# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APOTEX INC., AND APOTEX CORP,<br><br>　　　　Defendants. | C.A. No. 24-64-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SLAYBACK PHARMA LLC,<br><br>　　　　Defendant. | C.A. No. 24-65-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>　　　　Defendant. | C.A. No. 24-66-JLH<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR TELECONFERENCE TO RESOLVE
PROTECTIVE ORDER DISPUTES**

Plaintiff Eagle Pharmaceuticals, Inc. ("Eagle"), Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex"), Defendant Slayback Pharma LLC ("Slayback"), and Defendant Baxter Healthcare Corporation ("Baxter") respectfully move this Court to schedule a teleconference to address two outstanding disputes regarding the proposed protective order.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on the following date(s): July 11, 2024

- Delaware Counsel: Philip Rovner (Baxter); Daniel Taylor (Slayback); Cortlan Hitch (Apotex); Daniel M. Silver (Eagle).

- Lead Counsel: Noah Leibowitz (Baxter); Christopher Ferenc (Apotex); Robyn Ast-Gmoser (Slayback); Wyley Proctor (Eagle's counsel in the Baxter case); and Marc Zubick and Alex Grabowski (Eagle's counsel in the Apotex and Slayback cases).

The parties are available for a teleconference on the following dates: August 2, August 6 (in the afternoon), and August 7 (in the morning).

Dated: July 15, 2024

| **MCCARTER & ENGLISH, LLP** | **MORRIS JAMES LLP** |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Cortlan S. Hitch* |
| Daniel M. Silver (#4758) | Kenneth L. Dorsney (#3726) |
| Alexandra M. Joyce (#6423) | Cortlan S. Hitch (#6720) |
| Maliheh Zare (#7133) | 500 Delaware Avenue, Suite 1500 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | kdorsney@morrisjames.com |
| (302) 984-6300 | chitch@morrisjames.com |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | |
| mzare@mccarter.com | OF COUNSEL: |
| | |
| *Attorneys for Plaintiff Eagle Pharmaceuticals Inc.* | Deepro R. Mukerjee |
| | Lance A. Soderstrom |
| OF COUNSEL: | KATTEN MUCHIN ROSENMAN LLP |
| | 50 Rockefeller Center |
| Wyley S. Proctor | New York, NY 10020-1605 |
| MCCARTER & ENGLISH, LLP | deepro.mukerjee@katten.com |
| 265 Franklin Street | lance.soderstrom@katten.com |
| Boston, MA 02110 | |
| (617) 449-6529 | Jitendra Malik |
| wproctor@mccarter.com | Joseph M. Janusz |
| | KATTEN MUCHIN ROSENMAN LLP |
| *Attorney for Plaintiff Eagle Pharmaceuticals Inc. in C.A. Nos. 24-66-JLH* | 550 South Tyron Street, Suite 2900 |
| | Charlotte, NC 28202 |
| | jitty.malik@katten.com |
| | joe.janusz@katten.com |
| Daniel G. Brown | Christopher B. Ferenc |
| Kelly A. Welsh | KATTEN MUCHIN ROSENMAN LLP |
| LATHAM & WATKINS LLP | 1919 Pennsylvania Avenue, NW Suite 800 |
| 555 Eleventh Street, NW, Suite 1000 | Washington, DC 20006 |
| Washington, DC 20004 | Christopher.ferenc@katten.com |
| (202) 637-2200 | |

| | |
|---|---|
| Kenneth G. Schuler<br>Marc N. Zubick<br>Alex Grabowski<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>(312) 876-7700<br><br>*Attorneys for Plaintiff Eagle Pharmaceuticals Inc. in C.A. Nos. 24-64-JLH and 24-65-JLH* | Rachel L. Schweers<br>KATTEN MUCHIN ROSENMAN LLP<br>525 W. Monroe Street<br>Chicago, IL 60661<br>rachel.schweers@katten.com<br><br>*Attorneys for Defendants Apotex Inc. and Apotex Corp.* |

| | |
|---|---|
| **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ Philip A. Rovner*<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>provner@potteranderson.com<br><br>OF COUNSEL:<br><br>Martin J. Black<br>Judah Bellin<br>DECHERT LLP<br>Cira Centre, 2929 Arch Street<br>Philadelphia, PA 19104<br>Martin.black@dechert.com<br>Judah.bellin@deckert.com<br><br>Amanda K. Antons<br>DECHERT LLP<br>35 W. Wacker Drive, Suite 3700<br>Chicago, IL 60601<br>Amanda.antons@dechert.com | **SMITH KATZENSTEIN & JENKINS LLP**<br><br>*/s/ Daniel A. Taylor*<br>Neal C. Belgam (#2721)<br>Daniel A. Taylor (#6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>Nbelgam@skjlaw.com<br>Dtaylor@skjlaw.com<br><br>Andrew Miller<br>Ajay Kayal<br>Connie Huttner<br>Robyn Ast-Gmoser<br>WINDELS MARX LANE & MITTENDORF, LLP<br>One Giralda Farms<br>Madison, NJ 07940<br>amiller@windelsmarx.com<br>akayal@windelsmarx.com<br>chuttner@windelsmarx.com<br>rast-gmoser@windelsmarx.com<br><br>*Attorneys for Defendant Slayback Pharma LLC* |

4

Noah M. Leibowitz
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Noah.leibowitz@dechert.com

*Attorneys for Defendant Baxter Healthcare Corporation*

11627175