# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APOTEX INC., and APOTEX CORP.,<br><br>Defendants. | C.A. No.: 24-64-JLH |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SLAYBACK PHARMA LLC,<br><br>Defendant. | C.A. No.: 24-65-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 18, 2024 true and correct copies of (1) Plaintiff Eagle Pharmaceuticals, Inc.'s Responses and Objections to Defendants' First Set of Joint Interrogatories (Nos. 1-9) and (2) Plaintiff Eagle Pharmaceuticals, Inc.'s Responses and Objections to Defendants' First Set of Requests for Production (Nos. 1-50) were served on the following counsel in the manner indicated:

### VIA EMAIL:

Kenneth L. Dorsney
Cortlan S. Hitch
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
kdorsney@morrisjames.com
chitch@morrisjames.com

Deepro R. Mukerjee
Lance A. Soderstrom
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Center
New York, NY 10020-1605
Deepro.mukerjee@katten.com
Lance.soderstrom@katten.com

Jitendra Malik
Joseph M. Janusz
KATTEN MUCHIN ROSENMAN LLP
550 South Tyron Street, Suite 2900
Charlotte, NC 28202
Jitty.malik@katten.com
Joe.janusz@katten.com

Christopher B. Ferenc
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Avenue, NW Suite 800
Washington, DC 20006
Christopher.ferenc@katten.com

Rachel L. Schweers
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
Rachel.schweers@katten.com

*Attorneys for Defendants Apotex, Inc. and Apotex Corp.*

Neal C. Belgam
Daniel A. Taylor
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
Nbelgam@skjlaw.com
Dtaylor@skjlaw.com

Andrew Miller
Ajay Kayal
Connie Huttner
Robyn Ast-Gmoser
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
amiller@windelsmarx.com
akayal@windelsmarx.com
chuttner@windelsmarx.com
rast-gmoser@windelsmarx.com

*Attorneys for Defendant Slayback Pharma LLC*

| | |
|---|---|
| Dated: July 18, 2024 | **MCCARTER & ENGLISH, LLP** |
| | */s/ Maliheh Zare* |
| OF COUNSEL: | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| Daniel G. Brown | Maliheh Zare (#7133) |
| LATHAM & WATKINS LLP | 405 N. King Street, 8th Floor |
| 1271 Avenue of the Americas | Wilmington, DE 19801 |
| New York, NY 10020 | (302) 984-6300 |
| (212) 906-1200 | dsilver@mccarter.com |
| daniel.brown@lw.com | ajoyce@mccarter.com |
| | mzare@mccarter.com |
| Kenneth G. Schuler | |
| Marc N. Zubick | *Attorneys for Plaintiff* |
| Alex Grabowski | |
| LATHAM & WATKINS LLP | |
| 330 North Wabash Avenue, Suite 2800 | |
| Chicago, IL 60611 | |
| (312) 876-7700 | |
| kenneth.schuler@lw.com | |
| marc.zubick@lw.com | |
| alex.grabowski@lw.com | |
| | |
| Kelly A. Welsh | |
| Susan Y. Tull | |
| LATHAM & WATKINS LLP | |
| 555 Eleventh Street, NW, | |
| Suite 1000 Washington, D.C. 20004 | |
| kelly.welsh@lw.com | |
| susan.tull@lw.com | |

ME1 49112782v.1