**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>SLAYBACK PHARMA LLC,<br><br>        Defendant. | C.A. No.: 24-65-JLH<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 31, 2024 true and correct copies of *Plaintiff Eagle Pharmaceuticals, Inc.'s Initial Infringement Charts for Defendant Slayback Pharma LLC* were served on the following counsel in the manner indicated:

### VIA EMAIL:

Neal C. Belgam
Daniel A. Taylor
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
Nbelgam@skjlaw.com
Dtaylor@skjlaw.com

Andrew Miller
Ajay Kayal
Connie Huttner
Robyn Ast-Gmoser
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
amiller@windelsmarx.com
akayal@windelsmarx.com
chuttner@windelsmarx.com
rast-gmoser@windelsmarx.com

*Attorneys for Defendant Slayback Pharma LLC*

ME1 49298820v.1

Dated: July 31, 2024

**MCCARTER & ENGLISH, LLP**

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

OF COUNSEL:                                                Alexandra M. Joyce (#6423)

Maliheh Zare (#7133)

Daniel G. Brown                                           405 N. King Street, 8th Floor

LATHAM & WATKINS LLP                                      Wilmington, DE 19801

1271 Avenue of the Americas                               (302) 984-6300

New York, NY 10020                                        dsilver@mccarter.com

(212) 906-1200                                            ajoyce@mccarter.com

daniel.brown@lw.com                                       mzare@mccarter.com

Kenneth G. Schuler                                        *Attorneys for Plaintiff*

Marc N. Zubick

Alex Grabowski

LATHAM & WATKINS LLP

330 North Wabash Avenue, Suite 2800

Chicago, IL 60611

(312) 876-7700

kenneth.schuler@lw.com

marc.zubick@lw.com

alex.grabowski@lw.com

Kelly A. Welsh

Susan Y. Tull

LATHAM & WATKINS LLP

555 Eleventh Street, NW,

Suite 1000 Washington, D.C. 20004

kelly.welsh@lw.com

susan.tull@lw.com