# EXHIBIT A

# CENTER FOR DRUG EVALUATION AND RESEARCH

*APPLICATION NUMBER:*

## 216078Orig1s000

## <u>SUMMARY REVIEW</u>

### Cross-Discipline Team Leader Review

| Date | 5-Dec-2022 |
|---|---|
| From | Tefsit Bekele, Ph.D. |
| Subject | Cross-Discipline Team Leader (CDTL) Memo |
| NDA | 216078 |
| Type of Application | 505(b)(2) |
| Applicant | Celebrity Pharmaceuticals, LLC. |
| Date of Receipt | 31-Oct-2022 |
| PDUFA Goal Date | 31-Dec-2022 |
| Proposed Proprietary/Established Names | Bendamustine HCl |
| Dosage forms / Strength | Injection/ 100 mg/4 mL |
| Route of Administration | Intravenous |
| Proposed Indication(s) | •Indicated for the treatment of patients with chronic lymphocytic leukemia. Efficacy relative to first line therapies other than chlorambucil has not been established.<br>•Indicated for the treatment of patients with indolent B-cell non-Hodgkin lymphoma that has progressed during or within six months of treatment with rituximab or a rituximab-containing regimen. |
| Recommended: | **APPROVAL** |

This cross-discipline team leader review is based on the primary reviews, memos and documented review input of:

- Clinical (Madeline O'Connor, PhD, RN)
- ADL (Elizabeth Everhart, MSN, RN, ACNP)
- Pharmacology/Toxicology (Michael Manning, Ph.D.)
- DEMPA (Nicole Iverson, PharmD., BCPS)
- Drug Product (Rajiv Agarwal, Ph.D.)
- Drug Substance (Kabir Shahjahan, Ph.D.)
- Microbiology (Jason God, Ph.D.)
- Manufacturing Process and Facilities (Diana Goll, Ph.D.)
- Biopharmaceutics (Qi Zhang, Ph.D.)

## 1. Introduction

NDA 216078 was originally submitted by Celebrity Pharmaceuticals, LLC for Bendamustine HCl Injection, 100 mg/4 mL (25 mg/mL) in accordance with section 505(b)(2) of the Food, Drug and Cosmetic Act.  Bendamustine acts as an alkylating agent causing intra-strand and inter-strand cross-links between DNA bases and was originally approved under the brand name Treanda in 2009 (discontinued in 2016).

The Listed Drug (LD) for this NDA is BELRAPZO™ (bendamustine hydrochloride) injection, 100 mg/4mL (25 mg/mL).  BELRAPZO was approved under NDA 205580 in May of 2018 and is

Reference ID: 5088314

indicated for the treatment of (i) chronic lymphocytic leukemia (CLL) efficacy relative to first line therapies other than chlorambucil has not been established and (ii) indolent B-cell non-Hodgkin lymphoma that has progressed during or within six months of treatment with rituximab or a rituximab containing regimen.  It is an intravenous injection solution packaged in a multi-dose vial and is presented as a clear colorless to pale yellow, sterile solution.  The proposed product has the same indications, dosage form, dose, route of administration, and dosing regimen as the LD but differs from the LD in terms of the qualitative and quantitative composition of the excipients.  In particular, the LD utilizes propylene glycol as ▓▓▓▓ (b) (4) and the proposed drug product utilizes alcohol as ▓▓▓▓ (b) (4).  Akin to the LD, the proposed product is designed to be diluted with 0.9% Sodium Chloride Injection, USP or with 2.5% Dextrose/0.45% Sodium Chloride Injection, USP prior to intravenous administration.

The recommended dosing regimen for Bendamustine HCl Injection, 100 mg/4 mL (25 mg/mL) is 100 mg/m2 infused intravenously over 30 minutes on Days 1 and 2 of a 28-day cycle, up to 6 cycles for CLL and 120 mg/m2 infused intravenously over 60 minutes on Days 1 and 2 of a 21-day cycle, up to 8 cycles for NHL.

## 2. Background

NDA 216078 presents a new formulation of bendamustine hydrochloride.  Bendamustine is an alkylating antitumor agent. The antitumor effects of bendamustine hydrochloride have been demonstrated by multiple *in vitro* studies in multiple tumor cell lines including breast cancer, non-small cell and small cell lung cancer and ovarian carcinoma.

The Applicant developed a 100 mg/4 mL presentation which is consistent with the listed drug, BELRAPZO™.  Both the LD and the proposed product are supplied as sterile, clear, and colorless to yellow, RTD solutions packaged in multi-dose clear glass vials.  The LD and the proposed product have the same indications, dosage form, route of administration, and dosing regimen but differ in terms of the qualitative and quantitative composition of the excipients.  The current application contains no clinical data but instead relies on the Agency's determination of safety and efficacy for the listed drug, BELRAPZO™.  Accordingly, approval of NDA 216078 from clinical, non-clinical and clinical pharmacology perspectives will be primarily based on publicly available information for BELRAPZO™.

NDA 216078 was originally submitted to the agency in September of 2021 and received a Tentative Approval (TA) in July of 2022. **The current submission includes no new data but instead only includes a request for full approval**.

## 3. Product Quality

This resubmission contains no CMC information but instead only includes a request for full approval. All facilities associated with this application remain adequate and are acceptable to support approval of this NDA.  The previously accepted expiration dating period of **18-months** for the drug product remains unchanged.

Reference ID: 5088314

<u>Overall Product Quality Recommendation</u>: The Office of Pharmaceutical Quality (drug substance, drug product, drug process, microbiology, biopharmaceutics and facilities) recommends APPROVAL of NDA 216078.  Based on the available real-time stability data, the applicant proposed, and the **OPQ accepts the expiration dating period of 18-months for the drug product when stored under refrigerated conditions (i.e. 2°C and 8°C) and protected from light**. Analogous to the LD, the proposed product is formulated to be diluted with either 0.9% Sodium Chloride Injection, USP or 2.5% Dextrose/0.45% Sodium Chloride Injection, USP.  The final admixture is stable for 24 hours when stored refrigerated (2-8°C or 36- 46°F) or for ⁽ᵇ⁾⁽⁴⁾ hours when stored at room temperature (15-30°C or 59-86°F) (see USPI Section 2: DOSAGE AND ADMINISTRATION for infusate in-use period and storage partially used vials).

## 6. Clinical Pharmacology

n/a

## 7. Non-Clinical Pharmacology/Toxicology

The non-clinical pharmacology/toxicology team confirmed that no new data was included in this submission.  Accordingly, NDA 216078 remains approvable from a pharmacology/toxicology perspective.

## 8.  Clinical/Statistical-Efficacy

The clinical team confirmed that no new data was included in this submission.  Accordingly, NDA 216078 remains approvable from a clinical perspective.

## 9.  Safety

Safety was based on the Prescribing Information for the Listed Drug BELRAPZO™.(bendamustine hydrochloride) Injection 100 mg/4 mL.

## 10. Advisory Committee Meeting          N/A

## 11. Pediatrics N/A

## 12. Other Relevant Regulatory Issues          N/A

## 13. Labeling

The USPI submitted by the Applicant was compared to and updated to align with the approved USPI for the listed drug, BELRAPZO™.  The final agreed upon labeling was submitted on 11 May 2022 (see review dated 06/09/2022).

At the completion of labeling negotiations, the USPI was acceptable from the ADL and all review disciplines.  The label was deemed to be compliant with Physician Labeling Rule (PLR) [including the Pregnancy and Lactation Labeling Rule (PLLR)] requirements; is consistent with labeling guidance recommendations and with CDER labeling policies; conveys the essential scientific information needed for safe and effective use of the drug; is clinically meaningful and scientifically accurate; is a useful communication tool for health care practitioners, and is consistent with other USPI with the same active moiety, drug class, or similar indication.

Reference ID: 5088314

Cross Discipline Team Leader Review

## 14. Recommendations/Risk Benefit Assessment

- **Recommended Regulatory Action**

The evaluation of this NDA was primarily based on product quality information as this product relies on the safety and efficacy of the listed drug, BELRAPZO™. The proposed product has the same active ingredient, dosage form, dosing regimen, route of administration and concentration of bendamustine following dilution as the listed drug.

NDA 216078 is eligible for full approval once orphan exclusivity granted to Eagle Pharmaceuticals Incorporation's product, Belrapzo expires on December 07, 2022. Accordingly, the CDTL recommends full **APPROVAL** of NDA 216078 for Bendamustine Hydrochloride Injection, 100 mg/4 mL (25 mg/mL) for the treatment of patients with chronic lymphocytic leukemia (efficacy relative to first line therapies other than chlorambucil has not been established) and for the treatment of patients with indolent B-cell non-Hodgkin lymphoma that has progressed during or within six months of treatment with rituximab or a rituximab-containing regimen.

- **Risk Benefit Assessment**

Please refer to NDA 208850.

Reference ID: 5088314

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

/s/

--------------------------------------------------------

SHERITA D MCLAMORE
12/05/2022 10:30:33 AM

Reference ID: 5088314

## Cross-Discipline Team Leader Review

| Date | 13-Jun-2022 |
|---|---|
| From | Sherita D. McLamore, Ph.D. |
| Subject | Cross-Discipline Team Leader (CDTL) Memo |
| NDA | 216078 |
| Type of Application | 505(b)(2) |
| Applicant | Celebrity Pharmaceuticals, LLC. |
| Date of Receipt | 14-Sept-2021 |
| PDUFA Goal Date | 14-Jul-2022 |
| Proposed Proprietary/Established Names | Bendamustine HCl |
| Dosage forms / Strength | Injection/ 100 mg/4 mL |
| Route of Administration | Intravenous |
| Proposed Indication(s) | •Indicated for the treatment of patients with chronic lymphocytic leukemia. Efficacy relative to first line therapies other than chlorambucil has not been established.<br>•Indicated for the treatment of patients with indolent B-cell non-Hodgkin lymphoma that has progressed during or within six months of treatment with rituximab or a rituximab-containing regimen. |
| **Recommended:** | **TENTATIVE APPROVAL** |

This cross-discipline team leader review is based on the primary reviews, memos and documented review input of:

- Clinical (Pamela Seam, M.D.)
- ADL (Elizabeth Everhart, MSN, RN, ACNP)
- Pharmacology/Toxicology (Michael Manning, Ph.D.)
- DEMPA (Nicole Iverson, PharmD., BCPS)
- OPDP Consult (Jennifer Chen, Pharm.D)
- Drug Product (Rajiv Agarwal, Ph.D.)
- Drug Substance (Kabir Shahjahan, Ph.D.)
- Microbiology (Jason God, Ph.D.)
- Manufacturing Process and Facilities (Diana Goll, Ph.D.)
- Biopharmaceutics (Qi Zhang, Ph.D.)

## 1. Introduction

NDA 216078 was submitted by Celebrity Pharmaceuticals, LLC for Bendamustine HCl Injection, 100 mg/4 mL (25 mg/mL) in accordance with section 505(b)(2) of the Food, Drug and Cosmetic Act. Bendamustine acts as an alkylating agent causing intra-strand and inter-strand cross-links between DNA bases and was originally approved under the brand name Treanda in 2009 (discontinued in 2016).

Reference ID: 4998661

The Listed Drug (LD) for this NDA is BELRAPZO™ (bendamustine hydrochloride) injection, 100 mg/4mL (25 mg/mL). BELRAPZO was approved under NDA 205580 in May of 2018 and is indicated for the treatment of (i) chronic lymphocytic leukemia (CLL) efficacy relative to first line therapies other than chlorambucil has not been established and (ii) indolent B-cell non-Hodgkin lymphoma that has progressed during or within six months of treatment with rituximab or a rituximab containing regimen. It is an intravenous injection solution packaged in a multi-dose vial and is presented as a clear colorless to pale yellow, sterile solution. The proposed product has the same indications, dosage form, dose, route of administration, and dosing regimen as the LD but differs from the LD in terms of the qualitative and quantitative composition of the excipients. In particular, the LD utilizes propylene glycol as ____ (b) (4) and the proposed drug product utilizes alcohol as ____ (b) (4)  Akin to the LD, the proposed product is designed to be diluted with 0.9% Sodium Chloride Injection, USP or with 2.5% Dextrose/0.45% Sodium Chloride Injection, USP prior to intravenous administration.

The recommended dosing regimen for Bendamustine HCl Injection, 100 mg/4 mL (25 mg/mL) is 100 mg/m2 infused intravenously over 30 minutes on Days 1 and 2 of a 28-day cycle, up to 6 cycles for CLL and 120 mg/m2 infused intravenously over 60 minutes on Days 1 and 2 of a 21-day cycle, up to 8 cycles for NHL.

## 2. Background

This application presents a new formulation of bendamustine hydrochloride. Bendamustine is an alkylating antitumor agent. The antitumor effects of bendamustine hydrochloride have been demonstrated by multiple *in vitro* studies in multiple tumor cell lines including breast cancer, non-small cell and small cell lung cancer and ovarian carcinoma.

The Applicant developed a 100 mg/4 mL presentation which is consistent with the listed drug, BELRAPZO™. Both the LD and the proposed product are supplied as sterile, clear, and colorless to yellow, RTD solutions packaged in multi-dose clear glass vials. The LD and the proposed product have the same indications, dosage form, route of administration, and dosing regimen but differ in terms of the qualitative and quantitative composition of the excipients. The current application contains no clinical data but instead relies on the Agency's determination of safety and efficacy for the listed drug, BELRAPZO™. Accordingly, approval of NDA 216078 from clinical, non-clinical and clinical pharmacology perspectives will be primarily based on publicly available information for BELRAPZO™.

## 3. Product Quality

Bendamustine hydrochloride ____ (b) (4) is a small, achiral, BCS class 4 molecule that is manufactured and release tested by Baxter Oncology GmbH. of Germany. It is a white to off-white, slightly hygroscopic powder that is freely soluble in methanol and slightly soluble in isopropyl alcohol, acetonitrile, and tetrahydrofuran. The drug substance exhibits polymorphic behaviour and has a melting range of 151-154°C. ____ (b) (4)

Cross Discipline Team Leader Review

The applicant references DMF [(b) (4)] for the manufacture and control [(b) (4)] DMF [(b) (4)] was reviewed in conjunction with this NDA and was deemed adequate. The [(b) (4)] was included in the NDA. Based on the information provided, a [(b) (4)] month retest period has been established by the drug substance manufacturer.

The drug product, Bendamustine HCl Injection,100 mg/4 mL (25 mg/mL) is a sterile, clear, and colorless to yellow ready-to-dilute solution in a multiple-dose clear glass vial. The drug product formulation is for the most part non-aqueous with each multi-dose vial of containing 100 mg bendamustine hydrochloride, [(b) (4)] mg alcohol. [(b) (4)] mg monothioglycerol in polyethylene glycol 400 and sodium hydroxide as needed for pH modification. All excipients are compendial grades and commonly used in the proposed dosage form. The formulation contains no novel excipients, overages or antimicrobial preservatives in the formulation.

The drug product is manufactured, and release tested by Baxter Oncology GmbH of Germany at a commercial batch size of [(b) (4)] A complete description of the manufacturing process is included in the submission. [(b) (4)]
[(b) (4)] The manufacturing process employs standard operating procedures for this dosage form and includes well defined IPCs, CPPs and CQAs.

The container closure system for the drug product consists of three components: a glass vial, an [(b) (4)] closure and a flip off aluminum seal. The glass vials are comprised of USP [(b) (4)] 6 mL/20 mm dark amber tubular glass vial. The [(b) (4)] closure is a 20mm [(b) (4)], [(b) (4)] rubber stopper. The aluminum seal does not have direct contact with the solution and is therefore not considered a primary packaging component. The primary container closure system was deemed suitable for the intended use and the rubber closure was demonstrated to be compatible with the drug product based on stability and leachable and extractable studies.

The biopharmaceutics review focused on bridging the proposed drug product to the LD to support the requested waiver for *in vivo* bioavailability. Based on the totality of the information provided, the proposed drug product is considered adequately bridged to the listed drug, under 21 CFR §320.24(b)(6), and an in vivo pharmacokinetic study was not required.

NDA 216078 included 5 manufacturing, testing and packaging facilities all of which were considered adequate to perform the responsibilities listed in the NDA.

Overall Product Quality Recommendation: The Office of Pharmaceutical Quality (drug substance, drug product, drug process, microbiology, biopharmaceutics and facilities) recommends APPROVAL of NDA 216078. Based on the available real-time stability data, the applicant proposed, and the **OPQ accepts the expiration dating period of 18-months for the drug product when stored under refrigerated conditions (i.e. 2°C and 8°C) and protected from light**. Analogous to the LD, the proposed product is formulated to be diluted with either 0.9% Sodium Chloride Injection, USP or 2.5% Dextrose/0.45% Sodium Chloride Injection, USP. The final admixture is stable for 24 hours when stored refrigerated (2-8°C or 36- 46°F) or for [(b) (4)] hours when stored at room temperature (15-30°C or 59-86°F) (see USPI Section 2: DOSAGE AND ADMINISTRATION for infusate in-use period and storage partially used vials).

Cross Discipline Team Leader Review

## 6. Clinical Pharmacology
n/a

## 7. Non-Clinical Pharmacology/Toxicology
The proposed product is a reformulation of the LD and the applicant is relying in part on the Agency's previous findings of safety and efficacy as described in the approved labeling for the LD. The active pharmaceutical ingredient (API), strength, dosage form, route of administration, dosing regimen, and indications sought for the proposed bendamustine HCl formulation and the LD are the same. The excipient profile of the proposed bendamustine HCl formulation and the LD differ.

The Applicant referenced published articles to assess the impact of the reformulation on blood compatibility in lieu of conducting nonclinical studies.

The Applicant's justification for the proposed level of Alcohol is acceptable.  The Applicant's justifications for the proposed acceptance criteria for impurities exceeding the ICH Q3B(R2) qualification threshold and the permitted daily exposure of extractables/leachables from the container closure system are acceptable. The Applicant's reliance on the in vitro and in vivo genotoxicity, carcinogenicity, and reproductive toxicity information described in the approved labeling for the LD is acceptable. From the perspective of nonclinical pharmacology and toxicology, the proposed bendamustine HCl formulation recommended for approval for the proposed indications.

## 8.  Clinical/Statistical-Efficacy
No clinical data was submitted for this NDA and efficacy was based on the Prescribing  Information for the LD, BELRAPZO™ (bendamustine hydrochloride) Injection 100 mg/4 mL.  Accordingly. the clinical team recommends granting tentative approval  of NDA 216078.

## 9.  Safety
Safety was based on the Prescribing Information for the Listed Drug BELRAPZO™.(bendamustine hydrochloride) Injection 100 mg/4 mL.

## 10. Advisory Committee Meeting            N/A

## 11. Pediatrics N/A

## 12. Other Relevant Regulatory Issues            N/A

## 13. Labeling

The USPI submitted by the Applicant was compared to and updated to align with the approved USPI for the listed drug, BELRAPZO™.  . The final agreed upon labeling was submitted on 11 May 2022.

At the completion of labeling negotiations, the USPI was acceptable from the ADL and all review disciplines.  The label was deemed to be compliant with Physician Labeling Rule (PLR) [including the Pregnancy and Lactation Labeling Rule (PLLR)] requirements; is consistent with labeling guidance recommendations and with CDER labeling policies; conveys the essential scientific information needed for safe and effective use of the drug; is clinically meaningful and scientifically

Cross Discipline Team Leader Review

accurate; is a useful communication tool for health care practitioners, and is consistent with other USPI with the same active moiety, drug class, or similar indication.

While USPI is acceptable from the ADL standpoint, because of marketing exclusivity of the listed drug, this application is recommended for a tentative approval and the revision date at the end of the Highlights will remain as X/XXXX until this product receives full approval.

## 14. Recommendations/Risk Benefit Assessment

- **Recommended Regulatory Action**

The evaluation of this NDA was primarily based on product quality information as this product relies on the safety and efficacy of the listed drug, BELRAPZO™. The proposed product has the same active ingredient, dosage form, dosing regimen, route of administration and concentration of bendamustine following dilution as the listed drug.  There were no new clinical studies conducted for this 505(b)(2) application  a n d  the CDTL recommends **TENATIVE APPROVAL** of this NDA due to the unexpired patents and exclusivity on the relied-upon listed drug, BELRAPZO™.

The proposed product may be granted full approval once the exclusivity period has expired

- **Risk Benefit Assessment**

 Please refer to NDA 208194.

---

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

---

/s/

-----------------------------------------------------------


SHERITA D MCLAMORE
06/13/2022 09:34:12 PM

# EXHIBIT B

# CENTER FOR DRUG EVALUATION AND RESEARCH

## *APPLICATION NUMBER:*

## 215033Orig1s000

## <u>SUMMARY REVIEW</u>

**Cross-Discipline Team Leader Review**

| | |
|---|---|
| **Date** | 5-Dec-2022 |
| **From** | Sherita D. McLamore, Ph.D. |
| **Subject** | Cross-Discipline Team Leader (CDTL) Review |
| **NDA** | 215003 |
| **Type of Application** | 505(b)(2) |
| **Applicant** | Apotex Inc |
| **Date of Receipt** | 7-Oct-2022 |
| **PDUFA Goal Date** | 7-Dec-2022 |
| **Proposed Proprietary/Established Names** | Bendamustine HCl |
| **Dosage forms / Strength** | Injection/ 100 mg/4 mL |
| **Route of Administration** | Intravenous |
| **Proposed Indication(s)** | •Indicated for the treatment of patients with chronic lymphocytic leukemia. Efficacy relative to first line therapies other than chlorambucil has not been established.<br>•Indicated for the treatment of patients with indolent B-cell non-Hodgkin lymphoma that has progressed during or within six months of treatment with rituximab or a rituximab-containing regimen. |
| **Recommended:** | **Approval** |

This cross-discipline team leader review is based on the primary reviews, memos and documented review input of:
- Clinical (Madeline O'Connor, M.D.)
- ADL (Elizabeth Everhart, MSN, ACNP)
- Pharmacology/Toxicology (Moran Choe, Ph.D.)
- DEMPA (Nicole Iverson, Pharm. D.)
- Drug Product (Rajiv Agarwal, Ph.D., Ph.D)
- Drug Substance (Kabir Shahjahan, Ph.D.)
- Microbiology (Julie Nemecek, Ph.D.)
- Manufacturing Process and Facilities (Yifan Wang, Ph.D.)

## 1. Introduction

NDA 215033 was submitted by Apotex Inc. for Bendamustine HCl Injection, 100 mg/4 mL (25 mg/mL) in accordance with section 505(b)(2) of the Food, Drug and Cosmetic Act. Bendamustine hydrochloride is an alkylating antitumor agent. The antitumor effects of bendamustine hydrochloride have been demonstrated by multiple *in vitro* studies in multiple tumor cell lines including breast cancer, non-small cell and small cell lung cancer and ovarian carcinoma. Bendamustine was originally approved under the brand name Treanda in 2009 (discontinued in 2016). This application presents a new formulation of bendamustine hydrochloride.

Reference ID: 5088589

Cross Discipline Team Leader Review

The Listed Drug (LD) for this NDA is BELRAPZO™ (bendamustine hydrochloride) injection, 100 mg/4mL (25 mg/mL).  BELRAPZO was approved under NDA 205580 in May of 2018.  BELRAPZO is indicated for the treatment of (i) chronic lymphocytic leukemia (CLL) efficacy relative to first line therapies other than chlorambucil has not been established. and (ii) indolent B-cell non-Hodgkin lymphoma that has progressed during or within six months of treatment with rituximab or a rituximab containing regimen.  It is an is an intravenous injection solution packaged in a multi-dose vial and is presented as a clear colorless to pale yellow, sterile solution.  The proposed product has the same indications, dosage form, dose, route of administration, and dosing regimen as the LD.  The proposed product differs from the LD in terms of the qualitative and quantitative composition of the excipients.  Specifically, the Apotex formulation contains ___(b) (4)___ ethanol as the ___(b) (4)___ whereas the Listed Drug contains propylene glycol as ___(b) (4)___.  Akin to the LD, the proposed product is designed to be diluted with 0.9% Sodium Chloride Injection, USP, or with 2.5% Dextrose/0.45% Sodium Chloride Injection, USP prior to intravenous administration with a final concentration ranging from 0.05 to 0.7 mg/mL.  However, ___(b) (4)___

The recommended dosing regimen for Bendamustine HCl Injection, 25 mg/mL is 100 mg/m$^2$ administered intravenously over ___(b) (4)___ minutes on Days 1 and 2 of a 28-day cycle, up to 6 cycles for CLL and 120 mg/m$^2$ administered intravenously over ___(b) (4)___ minutes on Days 1 and 2 of a 21-day cycle, up to 8 cycles for NHL.

## 2. Background

The Applicant developed a 100 mg/4 mL (25 mg/mL) presentation which is consistent with the listed drug.  Both the LD and the proposed product are supplied as sterile, clear, and colorless to yellow, RTD solutions packaged in multi-dose clear glass vials.  The LD and the proposed product have the same indications, dosage form, route of administration, and dosing regimen but differ in terms of the qualitative and quantitative composition of the excipients.  NDA215033 contains no clinical data but instead relies on the Agency's determination of safety and efficacy for the listed drug, BELRAPZO™.  NDA 215033 was originally submitted to the agency in June of 2021 and received a tentative approval in March of 2022 as a result of the unexpired patents and exclusivity on the relied-upon listed drug, Belrapzo.  The proposed product may be granted full approval once the exclusivity period has expired on December 7, 2022.

This submission includes minimal new data.  This submission includes a request to extend the drug product expiry and a request for full approval.

## 3. Product Quality

Bendamustine is a small achiral molecule that is manufactured by MSN Laboratories Private Limited of India.  The drug product, Bendamustine HCl Injection,100 mg/4 mL (25 mg/mL) is supplied as a clear colorless to pale yellow, ready to dilute sterile solution in a multiple-dose vial.  The drug product formulation is for the most part non-aqueous and contains no preservatives.

The proposed product, like the listed drug, is designed to be diluted with 0.9% Sodium Chloride Injection, USP, or 2.5% Dextrose/0.45% Sodium Chloride Injection, USP.  The final admix is stable for up to 24 hours when stored refrigerated or up to 3 hour when stored at room temperature (see USPI).  The Naming of Drug Products Containing Salt Drug Substances Guidance for Industry states that "…In such cases, when the monograph title contains the specific salt form of the active

moiety, the strength of the product or preparation also is expressed in terms of the specific salt form". The listed drug follows this exception. Accordingly, the proposed product will follow this exception as well.

NDA 215033 was recommended for approval at the end of the previous review cycle.  The current submission does not include any significant new product quality data.  **Instead, the primary purpose for this submission is the extension of shelf life for the drug product and a request for full approval.**

**Overall Product Quality Recommendation**: The Office of Pharmaceutical Quality (drug substance, drug product, drug process, microbiology, biopharmaceutics and facilities) recommends APPROVAL of NDA 215033.  Based on the available stability data, the applicant proposed and the OPQ accepts the expiration dating period of **24-months** for the drug product when stored under refrigerated conditions (i.e. 2°C and 8°C) and protected from light. Analogous to the LD, the proposed product is formulated to be diluted with either 0.9% Sodium Chloride Injection, USP or 2.5% Dextrose/0.45% Sodium Chloride Injection, USP.  The final admixture is stable for 24 hours when stored refrigerated (2-8°C or 36- 46°F) or for (b) (4) hours when stored at room temperature (15-30°C or 59-86°F) (see USPI Section 2: DOSAGE AND ADMINISTRATION for infusate in-use period and storage partially used vials).

## 6. Clinical Pharmacology
n/a

## 7. Non-Clinical Pharmacology/Toxicology
The non-clinical pharmacology/toxicology team confirms that there was no new nonclinical information included in this submission.   NDA 215033 remains approvable from a P/T perspective.

## 8.  Clinical/Statistical-Efficacy
The clinical team confirmed that was no new data to preclude the approval of this application. Accordingly, NDA 215033 remains approvable from a clinical perspective.

## 9.  Safety
Safety was based on the Prescribing Information for the Listed Drug, Belrapzo (bendamustine hydrochloride) Injection 100 mg/4 mL.

## 10. Advisory Committee Meeting          **N/A**

## 11. Pediatrics N/A

## 12. Other Relevant Regulatory Issues          N/A

## 13. Labeling
Labeling was finalized during the previous review cycle.  There were nominal changes to the USPI (see labeling review dated 03/03/2022).

Cross Discipline Team Leader Review

## 14. Recommendations/Risk Benefit Assessment

- **Recommended Regulatory Action**

The evaluation of this NDA was primarily based on product quality information as this product relies on the safety and efficacy of the listed drug, Belrapzo. The proposed product has the same active ingredient, dosage form, dosing regimen, route of administration and concentration of bendamustine following dilution as the listed drug.

NDA 215033 is eligible for full approval once orphan exclusivity granted to Eagle Pharmaceuticals Incorporation's product, Belrapzo expires on December 07, 2022. Accordingly, as there are no outstanding issue to precluding approval of this application, the CDTL recommends full **APPROVAL** of NDA 215033 for Bendamustine Hydrochloride Injection, 100 mg/4 mL (25 mg/mL) for  the treatment of patients with chronic lymphocytic leukemia (efficacy relative to first line therapies other than chlorambucil has not been established) and for the treatment of patients with indolent B-cell non-Hodgkin lymphoma that has progressed during or within six months of treatment with rituximab or a rituximab-containing regimen.

- **Risk Benefit Assessment**

Please refer to NDA 205580.

Reference ID: 5088589

-------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

-------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------------

SHERITA D MCLAMORE
12/05/2022 02:40:05 PM

# EXHIBIT C

# CENTER FOR DRUG EVALUATION AND RESEARCH

*APPLICATION NUMBER:*

## 212209Orig1s000

## <u>SUMMARY REVIEW</u>

**Department of Health and Human Services**
**Public Health Service**
**Food and Drug Administration**
**Center For Drug Evaluation and Research**
**Division of Hematologic Malignancies 2**

**MEMORANDUM**

| | |
|---|---|
| **Date:** | 12/1/2022 |
| **From:** | M. OConnor, PhD, RN, Clinical Analyst |
| | E. Everhart, MSN, RN, ACNP, Associate Director for Labeling |
| **To:** | Electronic Document Record |
| **Sponsor** | Slayback Pharma LLC    **Drug:**   Vivimusta (bendamustine) |
| **Subject:** | NDA 212209 505(b)(2) Bendamustine Class 1 Resubmission |
| **Resubmission Date** | 10/7/2022      **PDUFA Due Date:**    12/7/2022 |
| **Through:** | Nicholas Richardson, DO, MPH - Clinical Team Lead |

There are no changes noted in this resubmission that would alter the conclusion that this NDA can receive final approval for the specified indications. For specific details regarding the submission, please see initial clinical review dated 2/26/2022.  Because no clinical data was included in the application, no financial disclosure information was provided.

<u>Labeling Recommendations</u>

The labeling was reviewed and placed in DARRTS on 2/25/2022 and again on 8/9/2022; other than the addition of the proprietary name, Vivimusta, the USPI was modified as follows:

1. Section 11:

   - To remove the proprietary name from the first sentence in the description as this sentence is associated with only the active moiety.

   - The dosage form "injection" moved inside the parentheses for the product name to align with product title as presented in Highlights as there is only one dosage form.

2. Section 16:

   - The dosage form "injection" moved inside the parentheses for the product name to align with product title as presented in Highlights as there is only one dosage form.

   - The phrase ▨▨▨▨▨ (b) (4) removed as it is not necessary to describe in section 16.

3. Throughout the USPI minor formatting changes to align with PLR requirements.

The USPI is acceptable with the changes described above and is recommended for approval.

Reference ID: 5086853

-----------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

-----------------------------------------------------------------------------------------

/s/

-----------------------------------------------------------

MADELINE B O'CONNOR
12/01/2022 01:09:32 PM

ELIZABETH E EVERHART
12/01/2022 01:41:28 PM

NICHOLAS C RICHARDSON
12/01/2022 03:08:06 PM

BINDU N KANAPURU
12/02/2022 03:19:21 PM

## Division Director Summary Review

| Date | July 1, 2020 |
| --- | --- |
| **From** | Nicole Gormley, MD |
| **Subject** | Division Director Summary Review |
| **NDA Number** | 212209 (Class 2 Resubmission) |
| **Applicant** | Slayback Pharma, LLC |
| **Date of Submission** | February 14, 2020 |
| **PDUFA Goal Date** | August 14, 2020 |
| **Proposed Name** | Bendamustine HCL |
| **Dosage Form(s)/Strength** | Injection 100mg/4ml in a multiple-dose vial |
| **Applicant Proposed Indication(s)** | •Indicated for the treatment of patients with chronic lymphocytic leukemia. Efficacy relative to first line therapies other than chlorambucil has not been established. •Indicated for the treatment of patients with indolent B-cell non-Hodgkin lymphoma that has progressed during or within six months of treatment with rituximab or a rituximab-containing regimen. |
| **Action or Recommended Action:** | Tentative Approval |

This Division Director Summary Review is based on review of the following materials:

- CDTL Review by Sherita McLamore, PhD.
- Clinical Review by Candis Morrison, PhD, CRNP

**Summary:** On February 14, 2020, Slayback Pharma, LLC submitted this application for Bendamustine HCL in accordance with section 505(b)(2) of the Food, Drug and Cosmetic Act. The listed drug (LD) for this application was Belrapzo (bendamustine hydrochloride) Injection 100mg/4 mL, manufactured by Eagle Pharmaceuticals, approved under NDA 205580. The proposed drug product has the same indications, dosage form, route of administration, and (b) (4) as the LD, but differs in its excipient profile. The application did not contain any clinical information, but relied upon information in the public domain and the Agency's determination of safety and efficacy for the LD.

NDA 212209 has been previously issued two complete responses due to issues related to product quality. Specifically, the drug substance manufacturing site ( (b) (4) had an unacceptable compliance history and objectionable conditions were noted at the facility during inspections. Therefore, OPF recommended a withhold during the first two review cycles. In this submission, the Applicant withdrew (b) (4) and (b) (4) and proposed new facilities. The new facilities were deemed acceptable to support approval of the NDA.

NDA 212209 is not eligible for full approval due to the orphan exclusivity granted to Eagle Pharmaceuticals Incorporation's product, Bendeka and may be granted full approval once the exclusivity period has expired.

All review disciplines recommend (tentative) approval of this application.

**Regulatory Recommendation:** Tentative Approval

Nicole Gormley, MD
Division Director (acting), DHMII

-------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

-------------------------------------------------------------------------------------

/s/

-----------------------------------------------------------

NICOLE J GORMLEY
07/01/2020 04:43:05 PM

Signatory Authority Review

# Summary Review for Regulatory Action

| | |
|---|---|
| **Date** | June 14, 2019 |
| **From** | Albert Deisseroth MD, PhD, Supervisory Associate Division Director |
| **Subject** | Division Director Summary Review |
| **NDA #** | NDA 212209 |
| **Applicant** | Slayback Pharma, LLC |
| **Date of Submission** | August 31, 2018 |
| **PDUFA Goal Date** | June 30, 2019 |
| **Proposed Proper Name** | Bendamustine HCl |
| **Dosage Forms/Strength** | Intravenous Injection/100mg/4ml |
| **Recommendation** | Complete Response |
| **Indications** | 1. for the treatment of patients with CLL (efficacy relative to first line therapies other than chlorambucil has not been established)<br>2. for the treatment of patients with indolent B-cell non-Hodgkins lymphoma that has progressed during or within six months of treatment with rituximab or a rituximab-containing regimen. |

| Material Reviewed/Consulted | |
|---|---|
| CDTL Review | Sherita D. McLamore, PhD |
| RPM | Wanda Nguyen PharmD |

1

Signatory Authority Review

# Signatory Authority Review

(This section is derived in part from the review of Dr. Sherita McLamore.)

**Background:** On August 31, 2018, Slayback Pharma, LLC submitted a 505(b)(2) application (NDA212209) for Bendamustine HCl Injection. The Listed Drug for this application is Belrapzo (bendamustine HCl) manufactured by Eagle Pharmaceuticals which was approved under NDA 205580 in 2018. The drug product proposed in NDA 212209 has the identical dosage forms, route of administration, indications and                    (b) (4)  as the Eagle product but differs in its excipient profile.

**Drug Substance Manufacturing Facility Deficiencies:** The drug substance was manufactured by                   (b) (4)  of        (b) (4)  An inspection of the         (b) (4)  manufacturing site in        (b) (4)  revealed that the site was not in compliance with CGMPs. The manufacturing review team (Office of Pharmaceutical Quality) concluded that the site was inadequate from a compliance point of view and was therefore recommended for WITHHOLD. They stated that a resolution of all deficiencies is required before this NDA could be approved.

All review divisions recommended approval except for the Office of Pharmaceutical Quality which recommended disapproval on the basis of the inspection which revealed that the drug substance was being manufactured in a facility that was not in compliance with CGMPs.

**Regulatory Recommendation:** This Supervisory Associate Division Director (DHP) recommends a Complete Response for NDA 212209.

2

---------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

---------------------------------------------------------------------------------------

/s/

------------------------------------------------------------

ALBERT B DEISSEROTH
06/14/2019 05:33:52 PM

# EXHIBIT D

ORAL ORDER, Having reviewed the parties' submissions and heard oral argument relating to two disputes over the otherwise agreed-upon protective order (PO) in Civil Actions 18-192-CFC, 18-237-CFC, 18-247-CFC, and 18-275-CFC, IT IS HEREBY ORDERED that Defendants proposal with respect to paragraphs 19 and 20 of the contemplated PO, which would prohibit Plaintiffs from disclosing confidential information (CI) produced to Plaintiffs in discovery by any one Defendant to the outside counsel and experts of any other Defendant without first obtaining the producing Defendants consent, is REJECTED for the reasons stated by the Court and made clear by the Courts questioning of the parties at oral argument on October 17, 2018. The Court further notes that its decision was informed by the following: (1) this action is one of four actions that have been effectively consolidated for pre-trial purposes with a single schedule (including a consolidated Markman hearing) and common discovery; (2) Plaintiffs have proposed a reasonable alternative to Defendants' proposal that would limit the cross-disclosure of CI to Defendants' outside counsel and experts; (3) Defendants agree that their outside counsel are not competitive decision makers and are subject to an agreed-upon prosecution bar in the contemplated PO; (4) the deadline for the parties to identify their respective experts affords each Defendant sufficient time to seek Court intervention in the event a Defendant believes (i) an identified expert is a competitive decision maker or should be subject to the PO's prosecution bar, and/or (ii) good cause exists to prohibit the expert in question from having access to a Defendants CI; (5) Defendants' proposal would place an undue, unfair, and unnecessary burden on Plaintiffs; (6) Defendants' proposal would lead to significant disruptions in discovery, depositions, and court proceedings and would impose an undue burden on the Court; and (7) Defendants have not demonstrated that restrictions beyond Plaintiffs' proposed alternative are necessary to avoid the risk that a co-Defendant would use a producing Defendants' CI's to the competitive disadvantage of the producing Defendant. Ordered by Judge Colm F. Connolly on 10/18/2018. Associated Cases: 1:18-cv-00192-CFC, 1:18-cv-00237-CFC, 1:18-cv-00247-CFC, 1:18-cv-00275-CFC(nmf) (Entered: 10/18/2018)

As of October 19, 2018, PACER did not contain a publicly available document associated with this docket entry. The text of the docket entry is shown above.

*Pharmacyclics LLC et al v. Fresenius Kabi USA, LLC et al*
1-18-cv-00192 (DED), 10/18/2018, docket entry

# EXHIBIT E

ORAL ORDER: Having reviewed the parties' submissions relating to disputes over the otherwise agreed-upon protective order ("PO"), IT IS HEREBY ORDERED that: (1) Defendants' proposal with respect to paragraph 13, which would preclude Plaintiffs (and presumably the Court, but not Defendants) from sharing any Defendant's confidential information ("CI") with anyone (including outside counsel and experts who are subject to the PO) associated with any other Defendant without the particular Defendant's prior consent, is REJECTED, as such an approach risks imposing an undue burden on the Court (independent of the burden it imposes on Plaintiffs) -- this decision is without prejudice to Defendants having an opportunity to propose a more targeted provision to address their concerns; (2) Lupin's request (paragraph 5(e)) to disclose CI to Ms. Naidu, a non-attorney whose activities have been recognized by courts to at least relate to competitive decisionmaking, is REJECTED; Lupin has an in-house attorney, to whom Plaintiffs do not object, and Lupin's staffing preferences do not outweigh the concerns raised by Plaintiffs about the sharing of their CI nor is it even clear that Ms. Naidu will be unable to manage the litigation without access to CI; and (3) Defendants' proposal (paragraphs 30-33) to permit clawback of inadvertently-produced irrelevant, non-privileged information is REJECTED, as Defendants' concerns are adequately protected by other provisions (e.g., regarding mistaken confidentiality designations) and the breadth of Defendants' proposal threatens to unreasonably burden the Court (in connection with, e.g., disputes regarding relevance). IT IS FURTHER ORDERED that the teleconference scheduled for tomorrow is CANCELLED. Ordered by Judge Leonard P. Stark on 9/13/2018. (etg) (Entered: 09/13/2018)

As of September 14, 2018, PACER did not contain a publicly available document associated with this docket entry. The text of the docket entry is shown above.

*H. Lundbeck A/S et al v. Apotex Inc. et al*
1-18-cv-00088 (DED), 9/13/2018, docket entry 106

# EXHIBIT F

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY

SHIRE, LLC,                          )   14-CV-5694
                                     )
            Plaintiff,               )
                                     )
      v.                             )
                                     )
COREPHARMA, LLC,                     )   Camden, NJ
                                     )   May 18, 2015
            Defendants.              )   11:01 a.m.
_____)
SHIRE, LLC,                          )   14-CV-6095
                                     )
            Plaintiff,               )
                                     )
      v.                             )
                                     )
AMERIGEN PHARMACEUTICALS LIMITED,)
                                     )
            Defendants.              )
_____)
SHIRE, LLC,                          )   15-CV-1454
                                     )
            Plaintiff,               )
                                     )
      v.                             )
                                     )
PAR PHARMACEUTICALS, INC.,           )
et al.,                              )
            Defendants.              )
```

                    TRANSCRIPT OF STATUS CONFERENCE
                 BEFORE THE HONORABLE JOEL SCHNEIDER
                    UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiffs:          CYNTHIA S. BETZ, ESQUIRE
Shire, LLC                   MCCARTER & ENGLISH
                             Four Gateway Center
                             100 Mulberry Street
                             Newark, NJ 07102

                             JEFFREY ELIKAN, ESQUIRE
                             ERICA N. ANDERSON, ESQUIRE
                             COVINGTON & BURLING, LLP
                             One City Center
                             850 Tenth Street NW
                             Washington, DC 20001-4956

```
For the Defendants:        MICHAEL INNES, ESQUIRE
CorePharma, LLC            BETH D. JACOB, ESQUIRE
                           KELLEY, DRYE & WARREN, ESQUIRE
                           101 Park Avenue
                           New York, NEW YORK 10178

For the Defendants:        SEAN R. KELLY, ESQUIRE
Par Pharmaceuticals,       SAIBER, SCHLESINGER, SATZ &
Inc., et al.,                GOLDSTEIN, LLC
                           18 Columbia Turnpike, Suite 200
                           Florham Park, NJ 07932

                           STEPHEN YANG, ESQUIRE
                           ARENT, FOX, LLP
                           1717 K Street, NW
                           Washington, DC 20006

For the Defendants:        STEVEN GERBER, ESQUIRE
Amerigen Pharmaceuticals   GONZALEZ, SAGGIO & HARLAN, LLP
Limited                    155 Willowbrook Boulevard
                           Suite 300
                           Wayne, NJ 07470

                           KATHERINE E. ROHLF, ESQUIRE
                           HUSCH, BLACKWELL
                           120 South Riverside Plaza
                           Suite 2200
                           Chicago, IL 60606




Audio Operator:            SARAH ECKERT

Transcribed by:            DIANA DOMAN TRANSCRIBING, LLC
                           P.O. Box 129
                           Gibbsboro, New Jersey  08026-0129
                           Office:  (856) 435-7172
                           Fax:     (856) 435-7124
                           Email:   dianadoman@comcast.net


Proceedings recorded by electronic sound recording, transcript
produced by transcription service.
```

1    responsive information that needs to be looked at by all

2    defendants, we can do that, but by clearly sharing everything

3    and forcing outside counsel to review more documents than it

4    needs to, documents that is not necessary to review, Your

5    Honor, this is -- this can be unworkable.

6           And another point made by Shire's counsel is the

7    prejudice that it will suffer if there is a expert report by

8    defendants where we have allegedly inconsistent positions.

9    Well, Your Honor, if that's the case, Shire is free to ask the

10    expert in a deposition the questions it wants to ask as long it

11    does not disclose improperly the confidential information that

12    belongs to other defendants.  Shire is free to ask the

13    defendants as long -- ask defendants experts as long as it does

14    not use another defendant's experts opining a formulation that

15    is completely different from another defendant's and try to use

16    that as evidence against that other defendants.  Your Honor,

17    that, again, is improper, because the defendant whose evidence

18    is going to be used, the other defendant does not have the

19    opportunity to get discovery on that.  He cannot go depose the

20    witnesses of the other defendants.  There's no discovery on it,

21    and the evidence will be highly prejudicial, and that's why

22    Your Honor needs to prevent such misuse and such cross use of

23    each other's confidential information.

24           THE COURT:  Thank you, counsel.

25           MR. YANG:  Thank you.

1          THE COURT:  Counsel, the Court is prepared to issue

2    its ruling, and I'll confirm it in an order of the Court.  The

3    issue before the Court is whether the existing discovery

4    confidentiality order that's in place between Shire,

5    CorePharma, and Amerigen should be amended simply to include

6    Par Pharma as an additional party to it or as Par Pharma

7    suggests, paragraph 5 should be amended and a new paragraph 7

8    should be added.  The amendment to paragraph 5 would prevent

9    the sharing of confidential information amongst the defendants.

10   Par Pharma has listed in its May 6, 2015 letter brief, docket

11   number 48, page 3, the bullet points, the information that

12   would not be shared.

13         Shire opposes the amendments.  It's not entirely

14   clear what the positions of CorePharma and Amerigen are as to

15   the entirety of the issues.  As to paragraph 5, I think both

16   defendants object to the proposed amendment.

17         For the reason to be discussed for the Court -- by

18   the Court, the Court is going to deny Par's application, and

19   the Court is going to issue an order including the docket

20   number from the Par case in the existing discovery

21   confidentiality order.  The Court believes that existing

22   paragraph 5 is necessary to assure the efficient case

23   management of these three cases and the orderly administration

24   and handling of the case.  If the Court adopts Par's

25   suggestion, the Court believes that it would create intractable

1    management problems dealing with depositions, expert reports,

2    the Markman hearing, et cetera.

3          The Court has a lot of experience in these

4    consolidated cases.  This is the first time this issue has come

5    up before this Court.  In this Court's experience, it has not

6    faced, and I hope it will continue to be the case, a problem

7    with the sharing of confidential information between parties to

8    a litigation.

9          The Court believes that paragraph 5 assures that no

10   parties gain an unfair advantage and that it puts all parties

11   on a level playing field.  Frankly and candidly, the Court sees

12   no material prejudice to Par from this ruling.  Certainly, in

13   every case, there's a risk of inadvertent disclosure, but

14   again, as this Court has noted, in its experience, this has not

15   been a problem.  Paragraph 5 gives Par the protection it needs

16   to assure that its information is not inadvertently disclosed

17   and either intentionally or inadvertently misused for any

18   purpose.

19         The Court wholeheartedly agrees with the suggestion

20   made by CorePharma and Amerigen that if there are exceptional

21   circumstances -- or exceptional might be too strong of a world.

22   If there is good cause to limit the distribution of certain

23   confidential information for a particular reason, there are

24   provisions in the DCO where that can be accommodated, and

25   certainly, this Court can entertain an application by any party

1    if it seeks to limit the distribution of its confidential

2    information to a greater degree than is already set forth in

3    paragraph 5 of the DCO.

4           Par has suggested that there's prejudice to the

5    extent there be increased costs.  The Court does not give that

6    argument any material weight.  The increased cost in the

7    context of the costs of handling this type of litigation in the

8    Court's view would be immaterial or certainly not significant

9    enough to warrant the degree and prejudice reflected in the

10   case law.

11          The Court does not believe the addition of paragraph

12   7 is necessary.  The Court is troubled by the fact that it

13   would hamper plaintiff's ability to use relevant information

14   against a defendant.  I don't know how a Court can do that at

15   this point in the case, but again, the Court has to emphasize

16   that it has had a good deal of experience with these cases.

17   The DCOs have gone smoothly.  The Court hasn't experienced any

18   problem witness this case.  Granted, we're not that far along,

19   but there seems to be no problems thus far with paragraph 5,

20   and I would think that if paragraph 7 was significant and

21   important enough for defendants in this type of litigation to

22   have it included in a DCO, CorePharma and Amerigen would have

23   raised it before Par raised it when it was brought into this

24   litigation.

25          So for the reasons discussed, the Court is going to

Colloquy                                                31

1   deny Par's application.  The Court is going to order that all

2   parties shall be subject to the same DCO that's already entered

3   in the case.  All parties will be subject to the same terms

4   that currently exist without prejudice to any party's right to

5   move for good cause to prevent a dissemination of especially

6   secret or sensitive information or information that one party

7   believes for one reason or another is completely inappropriate

8   to be distributed or produced to either a co-defendant or

9   Shire.

10          So that's the Court's ruling on the DCO issue.

11          I should add, although I appreciate Par's offering to

12  submit additional authority to the Court on this issue, the

13  parties had a full and fair opportunity to brief the issue, and

14  no authority has been submitted to the Court where the

15  suggestions that Par proposed have been adopted by the Court.

16  I don't doubt that there have been cases where similar orders

17  have been entered, but for all the Court knows, that was done

18  by consent, and if the parties consent to amended DCO, as per

19  Par's suggestion, that's fine with the Court, but we don't have

20  that issue here.

21          So now that we're done with the DCO issue, let's move

22  to the discovery issues in the case.  I have the parties'

23  letter briefs, and what I'd like to do is what I do in every

24  case, start with the plaintiff.  We'll deal with the

25  plaintiff's issues case by case, and then we'll get to each