# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOTEX INC., AND APOTEX CORP, <br><br> Defendants. | C.A. No. 24-64-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Defendant. | C.A. No. 24-66-JLH <br><br> **JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES**

WHEREAS, the parties have conferred and agreed upon an extension of time for certain deadlines in the case schedule;

IT IS STIPULATED AND AGREED by and between Plaintiff Eagle Pharmaceuticals, Inc. and Defendants Apotex Inc., Apotex Corp., Slayback Pharma LLC, and Baxter Healthcare

...

Corporation, through their undersigned counsel, and subject to the approval of the Court, that the following deadlines shall be extended as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Plaintiff Serves Opening Claim Construction Brief | Wednesday, November 13, 2024 | Thursday, November 14, 2024 |
| Defendants Serve Answering Claim Construction Brief | Wednesday, December 4, 2024 | Thursday, December 5, 2024 |
| Substantial Completion of Document Production | Wednesday, December 18, 2024 | No change |
| Plaintiff Serves Reply Claim Construction Brief | Thursday, December 19, 2024 | No change |
| Defendants Serve Sur-Reply Claim Construction Brief | Monday, January 6, 2025 | No change |
| Optional Technology Tutorial | Wednesday, January 8, 2025 | No change |
| Parties File Joint Claim Construction Brief | Wednesday, January 8, 2025 | No change |
| Interim Status Report on Discovery | Friday, January 10, 2025 | No change |
| Parties Meet and Confer and File Amended Joint Claim Construction Chart | Friday, January 17, 2025 | No change |
| Hearing on Claim Construction | January 30, 2025 at 10 a.m. | No change |
| Defendants' Final Identification of Invalidity References | Friday, May 16, 2025 | No change |
| Plaintiff's Final Identification of Accused Products | Friday, May 16, 2025 | No change |
| Plaintiff's Produce Final Infringement Contentions | Friday, May 30, 2025 | No change |
| Defendants' Produce Final Invalidity Contentions | Friday, June 13, 2025 | No change |
| Defendants' Response to Final Infringement Contentions | Friday, June 27, 2025 | No change |
| Plaintiff's Response to Final Invalidity Contentions | Friday, July 11, 2025 | No change |

ME1 51120339v.1

| | | |
|---|---|---|
| Close of Fact Discovery | Friday, August 1, 2025 | No change |
| Opening Expert Reports | Friday, September 5, 2025 | No change |
| Rebuttal Expert Reports | Friday, October 10, 2025 | No change |
| Reply Expert Reports | Friday, November 7, 2025 | No change |
| Close of Expert Discovery | Friday, December 12, 2025 | No change |
| Dispositive Motions and *Daubert* Motions | Friday, January 23, 2026 | No change |
| Answering Dispositive Motions and *Daubert* Motions | Friday, February 20, 2026 | No change |
| Reply Dispositive Motions and *Daubert* Motions | Friday, March 6, 2026 | No change |
| Hearing on Dispositive Motions and Daubert Motions | May 27, 2026 at 10 a.m. | No change |
| Parties to File Joint Proposed Final Pretrial Order | 7 days before Pretrial Conference | No change |
| Parties to File Proposed Jury Instructions, Voir Dire, Verdict Forms | 7 days before Pretrial Conference | No change |
| Final Pretrial Conference in Eagle Pharmaceuticals Inc. v. Apotex, Inc., No. 24-64-JLH | July 13, 2026 at 3:00 p.m. | No change |
| Trial Begins in Eagle Pharmaceuticals Inc. v. Apotex, Inc., No. 24-64-JLH | July 20, 2026 | No change |
| Final Pretrial Conference in Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC, No. 24-65-JLH | September 22, 2026 at 3:00 p.m. | No change |
| Trial Begins in Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC, No. 24-65-JLH | September 28, 2026 | No change |

ME1 51120339v.1

| | | |
|---|---|---|
| Final Pretrial Conference in Eagle Pharmaceuticals Inc. v. Baxter Healthcare Corp., No. 24-66-JLH | December 7, 2026 at 3:00 p.m. | No change |
| Trial Begins in Eagle Pharmaceuticals Inc. v. Baxter Healthcare Corp., No. 24-66-JLH | December 14, 2026 | No change |
| Joint Form of Order to Enter Judgment on the Verdict | 7 days after verdict | No change |
| Joint Status Report re Post-Trial Motions | 7 days after verdict | No change |

Dated: November 13, 2024

| | |
|---|---|
| **MCCARTER & ENGLISH, LLP** | **POTTER ANDERSON & CORROON LLP** |
| */s/ Maliheh Zare* | */s/ Philip A. Rovner* |
| Daniel M. Silver (#4758) | Philip A. Rovner (#3215) |
| Alexandra M. Joyce (#6423) | P.O. Box 951 |
| Maliheh Zare (#7133) | Wilmington, DE 19899 |
| Renaissance Centre | (302) 984-6000 |
| 405 N. King Street, 8th Floor | provner@potteranderson.com |
| Wilmington, Delaware 19801 | |
| (302) 984-6300 | *Attorneys for Defendant Baxter* |
| dsilver@mccarter.com | *Healthcare Corporation* |
| ajoyce@mccarter.com | |
| mzare@mccarer.com | |
| | |
| *Attorneys for Plaintiff* | |
| | |
| **MORRIS JAMES LLP** | **SMITH KATZENSTEIN & JENKINS LLP** |
| */s/ Kenneth L. Dorsney* | */s/ Daniel A. Taylor* |
| Kenneth L. Dorsney (#3726) | Neal C. Belgam (No. 2721) |
| Cortlan S. Hitch (#6720) | Daniel A. Taylor (No. 6934) |
| 500 Delaware Avenue, Suite 1500 | 1000 West Street, Suite 1501 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 888-6800 | (302) 652-8400 |
| kdorsney@morrisjames.com | nbelgam@skjlaw.com |
| chitch@morrisjames.com | dtaylor@skjlaw.com |
| | |
| *Attorneys for Defendants Apotex Inc. and Apotex Corp.* | *Attorneys for Defendant Slayback Pharma LLC* |

IT IS SO ORDERED this _____ day of _____, 2024.

_____
United States District Judge

5