# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SLAYBACK PHARMA LLC,<br><br>    Defendant. | C.A. No. 24-65-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on November 19, 2024, Defendant Slayback Pharma LLC served their, (1) First Set of Interrogatories (Nos. 1-3); and (2) First Set of Requests for Production (Nos. 1-4) on the following counsel for Plaintiff via email:

Daniel M. Silver
Alexandra M. Joyce
Maliheh Zare
**MCCARTER & ENGLISH, LLP**
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com
mzare@mccarter.com

Daniel G. Brown
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
daniel.brown@lw.com

Kenneth G. Schuler<br>
Marc N. Zubick<br>
Alex Grabowski<br>
**LATHAM & WATKINS LLP**<br>
330 North Wabash Avenue, Suite 2800<br>
Chicago, IL 60611<br>
(312) 876-7700<br>
kenneth.schuler@lw.com<br>
marc.zubick@lw.com<br>
alex.grabowski@lw.com<br>

Kelly A. Welsh<br>
Susan Y. Tull<br>
**LATHAM & WATKINS LLP**<br>
555 Eleventh Street, NW,<br>
Suite 1000 Washington, D.C. 20004<br>
kelly.welsh@lw.com<br>
susan.tull@lw.com<br>

Dated: November 19, 2024

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Slayback Pharma LLC*