# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SLAYBACK PHARMA LLC,<br><br>    Defendant. | C.A. No. 24-65-JLH |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Jason A. Lief of WINDELS MARX LANE & MITTENDORF, LLP, 156 West 56th Street, New York, New York 10019, to represent Defendant Slayback Pharma LLC in the above-captioned matter.

Dated: November 26, 2024

                                                       **SMITH KATZENSTEIN & JENKINS LLP**

                                                       */s/ Daniel A. Taylor*
                                                       Neal C. Belgam (No. 2721)
                                                       Daniel A. Taylor (No. 6934)
                                                       1000 West Street, Suite 1501
                                                       Wilmington, DE 19801
                                                       (302) 652-8400
                                                       nbelgam@skjlaw.com
                                                       dtaylor@skjlaw.com

                                                       *Attorneys for Defendant Slayback Pharma LLC*

2

**<u>ORDER GRANTING MOTION</u>**

     IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of Jason A. Lief is GRANTED.

Dated: November ___, 2024

                                                 _____
                                               United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the United States Supreme Court, the United States Court of Appeals for the Federal Circuit, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York and the United States District Court for the District of Colorado. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: November 26, 2024

*/s/ Jason A. Lief*
Jason A. Lief
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019
T: (212) 237-1061
F: (212) 262-1215
jlief@windelsmarx.com

3