# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SLAYBACK PHARMA LLC,<br><br>Defendant. | C.A. No. 24-65-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 19, 2024 true and correct copies of (1) *Plaintiff Eagle Pharmaceuticals, Inc.'s Responses and Objections to Slayback Pharma LLC's First Set of Interrogatories* and (2) *Plaintiff Eagle Pharmaceuticals, Inc.'s Responses and Objections to Slayback Pharma LLC's First Set of Requests for Production (Nos. 1-4)* were served on the following counsel in the manner indicated:

## VIA EMAIL:

Neal C. Belgam
Daniel A. Taylor
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
Nbelgam@skjlaw.com
Dtaylor@skjlaw.com

ME1 51491668v.1

Andrew Miller
Ajay Kayal
Connie Huttner
Robyn Ast-Gmoser
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
amiller@windelsmarx.com
akayal@windelsmarx.com
chuttner@windelsmarx.com
rast-gmoser@windelsmarx.com

*Attorneys for Defendant Slayback Pharma LLC*

Dated: December 19, 2024

**MCCARTER & ENGLISH, LLP**

*/s/ Daniel M. Silver*

OF COUNSEL:

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Maliheh Zare (#7133)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com
mzare@mccarter.com

Daniel G. Brown
Susan Y. Tull
Kelly A. Welsh
LATHAM & WATKINS LLP
555 Eleventh Street, NW,
Suite 1000 Washington, D.C. 20004
daniel.brown@lw.com
susan.tull@lw.com
kelly.welsh@lw.com

*Attorneys for Plaintiff*

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
kenneth.schuler@lw.com
marc.zubick@lw.com
alex.grabowski@lw.com