# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on January 9, 2025, Defendant Slayback Pharma LLC served its responses to Plaintiff's Third Set of Requests for Production (Nos. 73-79) on the following counsel via email:

Daniel M. Silver
Alexandra M. Joyce
Maliheh Zare
**MCCARTER & ENGLISH, LLP**
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com
mzare@mccarter.com

Daniel G. Brown
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
daniel.brown@lw.com

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
kenneth.schuler@lw.com
marc.zubick@lw.com
alex.grabowski@lw.com

Kelly A. Welsh
Susan Y. Tull
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW,
Suite 1000 Washington, D.C. 20004
kelly.welsh@lw.com
susan.tull@lw.com

Dated: January 9, 2025

                                                    **SMITH KATZENSTEIN & JENKINS LLP**

                                                    */s/ Daniel A. Taylor*
                                                    Neal C. Belgam (No. 2721)
                                                    Daniel A. Taylor (No. 6934)
                                                    1000 West Street, Suite 1501
                                                    Wilmington, DE 19801
                                                    (302) 652-8400
                                                    nbelgam@skjlaw.com
                                                    dtaylor@skjlaw.com

                                                    *Attorneys for Defendant Slayback Pharma LLC*