# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOTEX INC., AND APOTEX CORP., <br><br> Defendants. | C.A. No. 24-64-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Defendant. | C.A. No. 24-66-JLH <br><br> **JURY TRIAL DEMANDED** |

**AMENDED JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Court's Scheduling Orders (No. 24-64, D.I. 34 at ¶ 11, D.I. 87, D.I. 90; No. 24-65, D.I. 29 at ¶ 11, D.I. 58, D.I. 60; No. 24-66, D.I. 29 at ¶ 11, D.I. 57, D.I. 59), Plaintiff Eagle Pharmaceuticals, Inc. ("Eagle" or "Plaintiff"), and Defendants Apotex Inc. and Apotex Corp. (jointly, "Apotex"), Slayback Pharma LLC ("Slayback"), and Baxter Health Corporation ("Baxter") (collectively, "Defendants") hereby provide the following Amended Joint Claim Construction Chart for terms found in the asserted claims of U.S. Patent Nos. 11,844,783 (the "'783 Patent") and 11,872,214 (the "'214 Patent") (collectively, the "Patents-in-Suit").  Exhibit A provides the parties agreed upon constructions.  Exhibit B provides the parties' disputed terms, the parties' proposed constructions, and citations to the intrinsic evidence supporting each parties' respective positions.

The parties reserve the right to rely on intrinsic evidence identified as supporting its proposed construction of one term as intrinsic evidence supporting its proposed construction of any other term.  The parties also reserve the right to rely on intrinsic evidence identified by the opposing party, and to amend and/or supplement the positions set forth in this Amended Joint Claim Construction Chart with additional intrinsic evidence and/or modified proposed constructions, in response to positions taken by the opposing party (including by any expert witnesses), and in response to any request or order by the Court.  The parties further reserve the right to rely on additional intrinsic evidence, as well as extrinsic evidence, to the extent it is necessary to provide additional context or to rebut arguments made the opposing party during claim construction briefing.  The parties further reserve the right to propose clarifying jury instructions on any portions of any ordered constructions that rely on or recite legal standards.

Pursuant to Paragraph 12 of the Scheduling Orders, copies of the patents, all relevant intrinsic evidence, and any other evidence cited in the parties' briefing were included in a Joint Appendix with the Joint Claim Construction Brief filed on January 8, 2025.

Dated: January 17, 2025

| **MCCARTER & ENGLISH, LLP** | **POTTER ANDERSON & CORROON LLP** |
|---|---|
| */s/ Daniel M. Silver* | */s/ Philip A. Rovner* |
| Daniel M. Silver (#4758) | Philip A. Rovner (#3215) |
| Alexandra M. Joyce (#6423) | Andrew M. Moshos (#6685) |
| Maliheh Zare (#7133) | P.O. Box 951 |
| Renaissance Centre | Wilmington, DE 19899 |
| 405 N. King Street, 8th Floor | (302) 984-6000 |
| Wilmington, Delaware 19801 | provner@potteranderson.com |
| (302) 984-6300 | amoshos@potteranderson.com |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | *Attorneys for Defendant Baxter* |
| mzare@mccarer.com | *Healthcare Corporation* |
| | |
| *Attorneys for Plaintiff* | |
| **MORRIS JAMES LLP** | **SMITH KATZENSTEIN & JENKINS LLP** |
| */s/ Kenneth L. Dorsney* | */s/ Daniel A. Taylor* |
| Kenneth L. Dorsney (#3726) | Neal C. Belgam (No. 2721) |
| Cortlan S. Hitch (#6720) | Daniel A. Taylor (No. 6934) |
| 500 Delaware Avenue, Suite 1500 | 1000 West Street, Suite 1501 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 888-6800 | (302) 652-8400 |
| kdorsney@morrisjames.com | nbelgam@skjlaw.com |
| chitch@morrisjames.com | dtaylor@skjlaw.com |
| | |
| *Attorneys for Defendants Apotex Inc. and Apotex Corp.* | *Attorneys for Defendant Slayback Pharma LLC* |

**Exhibit A**
**Agreed Upon Constructions for the Patents-in-Suit**

| No. | Claim Term | Agreed Upon Construction |
|---|---|---|
| 1 | "pharmaceutically acceptable fluid"<br><br>'783 Patent, claim 1<br><br>'214 Patent, claims 1 and 6 | "fluid which is suitable for pharmaceutical use" |

**Exhibit B**
**Disputed Constructions for the Patents-in-Suit**

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|
| 1 | "a liquid bendamustine-containing composition comprising"<br><br>'783 Patent, claim 1<br><br>'214 Patent, claims 1 and 6 | Plain and ordinary meaning, i.e. "a liquid bendamustine-containing composition that includes, but is not limited to" | *See, e.g.*, '783 Patent at claims 1, 2, 14; '783 Patent specification at Abstract; 1:6-24; 2:1-36; 2:65-3:41; 3:66-4:13; 4:27-59; 4:63-5:2; 5:7-16; 5:36-6:35; 6:36-13:53 (Examples 1-8) and the associated tables and figures; '783 Patent prosecution history, including at March 21, 2023 at Double Patenting Rejections; June 16, 2023 Response to Office Action including Amendment, Remarks, and Terminal Disclaimers; June 30, 2023 Terminal Disclaimers; August 21, 2023 Non-Final Office Action; September 19, 2023 Amendment and Remarks; October 24, | Plain and ordinary meaning, i.e., "a liquid bendamustine-containing composition including, but not limited to" but it cannot open the closed "consisting of"/"consists of" limitation. | '783 Patent at 2:1-17; 2:65-3:4; 4:27-39; 4:45-53; 5:7-12; 5:36-46; 5:49-61; 6:28-31; 6:45-7:42 (Example 1 and Table 1).<br><br>'214 Patent at 2:1-17; 3:1-8; 4:31-43; 4:49-57; 5:11-16; 5:40-50; 5:53-65; 6:30-34; 6:45-7:45 (Example 1 and Table 1).<br><br>'214 Patent File History, December 14, 2022 Claims.<br><br>'214 Patent File History, March 14, 2023 Non-Final Rejection.<br><br>'214 Patent File History, June 14, 2023 Amendment and Response to Office |

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | 2023 Notice of Allowance.<br><br>*See, e.g.*, '214 Patent at claims 1, 6; '214 Patent specification at Abstract; 1:6-24; 2:1-38; 3:1-45; 4:3-18; 4:31-63; 4:67-5:6; 5:11-20; 5:40-6:37; 6:39-43; 6:45-13:67 (Examples 1-8) and the associated tables and figures; '214 Patent prosecution history, including at March 14, 2023 Non-Final Office Action at Double Patenting Rejections; June 14, 2023 Response to Office Action including Amendment, Remarks, and Terminal Disclaimers; November 8, 2023 Amendment and Remarks; November 22, 2023 Notice of Allowance. | | Action.<br><br>'783 Patent File History, December 14, 2022 Claims.<br><br>'783 Patent File History, March 21, 2023 Non-Final Rejection.<br><br>'783 Patent File History, June 16, 2023 Amendment and Response to Office Action. |
| 2 | "a pharmaceutically acceptable fluid | '783 Patent claim 1 and '214 Patent claim 1: "a | *See, e.g.*, '783 Patent at claims 1, 9, 11, 13; | 783 claim 1 and '214 claim 1: "a fluid | '783 Patent at 2:1-17; 2:65-3:4; 3:35-57; 4:27- |

3

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|
| | consisting of polyethylene glycol and optionally one or more of propylene glycol, ethanol, benzyl alcohol and glycofurol" / "wherein the pharmaceutically acceptable fluid consists of polyethylene glycol and optionally one or more of propylene glycol, ethanol, benzyl alcohol and glycofurol"<br><br>'783 Patent, claim 1<br><br>'214 Patent, claims 1 and 6 | fluid which is suitable for pharmaceutical use that is limited to polyethylene glycol and optionally, one or more of propylene glycol, ethanol, benzyl alcohol and glycofurol (but does not exclude impurities and substances unrelated to this element)"<br><br>'214 Patent claim 6: "wherein the fluid which is suitable for pharmaceutical use is limited to polyethylene glycol and optionally, one or more of propylene glycol, ethanol, benzyl alcohol and glycofurol (but does not exclude impurities and substances unrelated to this element)" | '783 Patent specification at Abstract; 1:6-24; 2:1-7; 2:30-36; 2:53-55; 2:65-3:5; 3:35-4:59; 5:36-61; 6:14-35; 6:36-13:53 (Examples 1-8) and the associated tables and figures; '783 Patent prosecution history, including at December 14, 2023 Claims; March 21, 2023 Non-Final Office Action; June 16, 2023 Amendment, Remarks, and Information Disclosure Statement; July 11, 2023 Final Office Action; July 28, 2023 Amendment and Remarks and Ex. A; August 21, 2023 Non-Final Office Action; September 19, 2023 Amendment and Remarks; October 24, 2023 Notice of Allowance; '707 Patent prosecution history, | suitable for pharmaceutical use having only polyethylene glycol and optionally one or more of propylene glycol, ethanol, benzyl alcohol and glycofurol, as ingredients"<br><br>'214 claim 6: "wherein the fluid suitable for pharmaceutical use has only polyethylene glycol and optionally one or more of propylene glycol, ethanol, benzyl alcohol and glycofurol, as ingredients." | 39; 4:45-53; 5:7-12; 5:36-46; 5:49-61; 6:28-31; 6:45-7:42 (Example 1 and Table 1).<br><br>'214 Patent at 2:1-17; 3:1-8; 3:39-61; 4:31-43; 4:49-57; 5:11-16; 5:40-50; 5:53-65; 6:30-34; 6:45-7:45 (Example 1 and Table 1).<br><br>'214 Patent File History, December 14, 2022 Claims.<br><br>'214 Patent File History, March 14, 2023 Non-Final Rejection.<br><br>'214 Patent File History, June 14, 2023 Amendment and Response to Office Action.<br><br>'783 Patent File History, December 14, |

4

ME1 51838999v.1

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | including at January 28, 2011 Claims, March 30, 2011 Amendment and Remarks; US Provisional App. No. 61/299,100 at January 28, 2010 Claims<br><br>*See, e.g.*, '214 Patent at claims 1, 5, 6, 9; '214 Patent specification at Abstract; 1:6-24; 2:1-8; 2:30-38; 2:56-58; 3:1-8; 3:39-4:63; 5:40-65; 6:18-43; 6:45-13:67 (Examples 1-8) and the associated tables and figures; '214 Patent prosecution history, including at December 14, 2022 Claims; March 14, 2023 Non-Final Office Action; June 14, 2023 Amendment, Remarks, and Information Disclosure Statement; July 11, 2023 Final Office Action; July 28, 2023 Amendment and | | 2022 Claims.<br><br>'783 Patent File History, March 21, 2023 Non-Final Rejection.<br><br>'783 Patent File History, June 16, 2023 Amendment and Response to Office Action. |

5

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | Remarks and Ex. A; August 21, 2023 Non-Final Office Action; November 8, 2023 Amendment and Remarks; November 22, 2023 Notice of Allowance; '707 Patent prosecution history, including: January 28, 2011 Claims, March 30, 2011 Amendment and Remarks; US Provisional App. No. 61/299,100 at January 28, 2010 Claims | | |
| 3 | "wherein the bendamustine concentration in the composition is from about 25 mg/mL"<br><br>'214 Patent, claims 1 and 6 | "wherein the bendamustine concentration in the composition is about 25 mg/mL" | *See, e.g.*, '214 Patent at claims 1, 6; '214 Patent specification at 1:6-24; 2:12-15; 3:25-38; 5:18-24; '214 Patent prosecution history, including at December 14, 2022 Claims; March 14, 2023 Non-Final Office Action; June 14, 2023 Amendment and Remarks; July 11, 2023 | Indefinite. The claim does not explicitly recite an upper bound and the specification does not clearly provide an upper bound. | '214 Patent, 3:25-38.<br><br>'214 Patent File History, December 14, 2022 Originally Filed Claims; March 14, 2023 Non-final Office Action; June 14, 2023 Amendment and Response to Office Action; July 11, 2023 Final Office Action; |

6

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | Final Office Action; July 28, 2023 Amendment and Remarks; August 21, 2023 Non-Final Office Action; November 8, 2023 Amendment and Remarks; November 22, 2023 Notice of Allowance<br><br>*See, e.g.*, '783 Patent at claims 1, 3-5, 11, 12; '783 Patent specification at 1:6-24; 2:12-15; 3:21-34; 5:14-20; '783 Patent prosecution history including at September 12, 2023 Amendment; September 14, 2023 Examiner Interview Summary | | July 28 Amendment and Response to Office Action; August 21, 2023 Non-final Office Action; November 8, 2023 Amendment and Response to Office Action; November 22, 2023 Notice of Allowance. |

7