**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-64-JLH |
| | **JURY TRIAL DEMANDED** |
| v. | |
| APOTEX INC., AND APOTEX CORP, | |
| Defendants. | |
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-65-JLH |
| v. | **JURY TRIAL DEMANDED** |
| SLAYBACK PHARMA LLC, | |
| Defendant. | |
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-66-JLH |
| v. | **JURY TRIAL DEMANDED** |
| BAXTER HEALTHCARE CORPORATION, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING
MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S
MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

The Court having considered Plaintiff Eagle Pharmaceuticals, Inc.'s Motion for Exemption

of Persons from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the

"Motion"),

1

IT IS SO ORDERED this _____ day of January, 2025 that:

1.      The Motion is GRANTED, and for purposes of the January 30, 2025 Markman hearing in the above-captioned cases, the following person is exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use his electronic devices:

- Jacob Whitt

2.      The person listed in Paragraph 1 above shall present this Order, along with a valid photographic I.D., to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

_____
United States District Judge