IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>SLAYBACK PHARMA LLC,<br><br>  Defendant. | C.A. No. 24-65-JLH |

**[PROPOSED] ORDER**

WHEREAS, the Court has considered Defendant's Motion requesting an exemption of persons from the District of Delaware's May 17, 2024, Standing Order on Personal Devices:

IT IS HEREBY ORDERED that the Motion is GRANTED, and that for purposes of the Thursday, January 30, 2025 oral argument, the following persons are exempt from the District of Delaware's May 17, 2024, Standing Order and shall be permitted to retain and use their personal electronic devices:

- Jason A. Lief, admitted *pro hac vice*

SO ORDERED this ____ day of January, 2025

_____
The Honorable Jennifer L. Hall
United States District Judge