# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP,<br><br>Defendants. | C.A. No. 24-64-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SLAYBACK PHARMA LLC,<br><br>Defendant. | C.A. No. 24-65-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Defendant. | C.A. No. 24-66-JLH<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 13, 2025, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

BAXTER HEALTHCARE CORP.'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF COMMON INTERROGATORIES TO DEFENDANTS APOTEX, INC., APOTEX CORP., SLAYBACK PHARMA LLC, AND BAXTER HEALTHCARE CORP.

**BY EMAIL**

| | |
|---|---|
| Daniel M. Silver | Wyley S. Proctor |
| Alexandra M. Joyce | McCarter & English, LLP |
| Maliheh Zare | 265 Franklin St. |
| McCarter & English, LLP | Boston, MA 02110 |
| Renaissance Centre | wproctor@mccarter.com |
| 405 N. King Street, 8th Floor | |
| Wilmington, DE 19801 | |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | |
| mzare@mccarter.com | |

OF COUNSEL:   POTTER ANDERSON & CORROON LLP

Martin J. Black
Judah Bellin        By: /s/ *Philip A. Rovner*
DECHERT LLP              Philip A. Rovner (#3215)
Cira Centre, 2929 Arch St.      Andrew M. Moshos (#6685)
Philadelphia, PA 19104        Hercules Plaza
(215) 994-4000             P.O. Box 951
                 Wilmington, DE 19899
Amanda K. Antons           (302) 984-6000
DECHERT LLP             provner@potteranderson.com
230 Northgate Street #209,      amoshos@potteranderson.com
Lake Forest, IL 60045
(312) 646-5800           *Attorneys for Defendant*
                 *Baxter Healthcare Corporation*
Noah M. Leibowitz
DECHERT LLP
Three Bryant Park,
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3538

Dated: March 13, 2025
1211181