# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOTEX INC., AND APOTEX CORP, <br><br> Defendants. | C.A. No. 24-64-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Defendant. | C.A. No. 24-66-JLH <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 2, 2025, the following document was served on the following counsel of record at the addresses and in the manner indicated:

AMENDED NOTICE OF SUBPOENA OF SRIKANTH SUNDARAM

**BY EMAIL**

Daniel M. Silver, Esq.
Alexandra M. Joyce, Esq.
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com
ajoyce@mccarter.com

*Counsel for Eagle Pharmaceuticals, Inc.*

Wyley S. Proctor, Esq.
MCCARTER & ENGLISH, LLP
265 Franklin St.
Boston, MA 02110
wproctor@mccarter.com
EagleLitigation@McCarter.com

*Co-Counsel for Eagle Pharmaceuticals, Inc.*

Lauren Eiten, Esq.
Rachel L. Schweers, Esq.
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
lauren.eiten@katten.com
rachel.schweers@katten.com

*Co-counsel for Apotex Inc. and Apotex Corp*

Christopher B. Ferenc, Esq.
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Ave., NW., Suite 800
Washington, DC 20006
Christopher.ferenc@katten.com

*Co-counsel for Apotex Inc. and Apotex Corp*

Constance S. Huttner, Esq.
Robyn Ast-Gmoser, Esq.
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
chuttner@windelsmarx.com
rast-gmoser@windelsmarx.com

*Co-counsel for Slayback Pharma LLC*

Jason A. Lief, Esq.
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
jlief@windelsmarx.com

*Co-counsel for Slayback Pharma LLC*

LATHAM & WATKINS LLP
Eaglebendamustinelitigation.lwteam@lw.com

2

OF COUNSEL:

Martin J. Black
Judah Bellin
DECHERT LLP
Cira Centre, 2929 Arch St.
Philadelphia, PA 19104
(215) 994-4000

Amanda K. Antons
DECHERT LLP
35 W Wacker Drive Suite 3400
Chicago, IL 60601
(312) 646-5800

Noah M. Leibowitz
DECHERT LLP
Three Bryant Park,
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3538

Dated: April 3, 2025
12153819

POTTER ANDERSON & CORROON LLP

By: /s/ *Philip A. Rovner*
    Philip A. Rovner (#3215)
    Andrew M. Moshos (#6685)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE  19899
    (302) 984-6000
    provner@potteranderson.com
    amoshos@potteranderson.com

*Attorneys for Defendant
Baxter Healthcare Corporation*