# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF DEPOSITION OF THIPPABATTUNI LOURDU CHINNU

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Eagle Pharmaceuticals, Inc., by and through its attorneys, will take the deposition of Thippabattuni Lourdu Chinnu at the law offices of McCarter & English, LLP, Renaissance Centre, 405 N. King St., 8th Floor, Wilmington, DE 19801.  The deposition shall take place on a date and at a time to be agreed upon.

The deposition will be taken before an officer authorized by the laws of the United States to administer oaths and will be recorded by videotape, audiotape, and stenographic means.  The deposition will continue from day to day until completed, with adjournments as to time and place as may be necessary.  The deposition shall be for all allowable purposes.  Plaintiff reserves the right to use this videotape deposition at the time of trial.

| | |
|---|---|
| Dated: May 1, 2025 | MCCARTER & ENGLISH, LLP |
| | |
| | /s/ Alexandra M. Joyce |
| OF COUNSEL: | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| Daniel G. Brown | Maliheh Zare (#7133) |
| Kelly A. Welsh | 405 N. King Street, 8th Floor |
| LATHAM & WATKINS LLP | Wilmington, DE 19801 |
| 555 Eleventh Street NW, Suite 1000 | (302) 984-6300 |
| Washington, DC 20004 | dsilver@mccarter.com |
| (202) 637-2200 | ajoyce@mccarter.com |
| daniel.brown@lw.com | mzare@mccarter.com |
| kelly.welsh@lw.com | |
| | |
| Kenneth G. Schuler | *Attorneys for Eagle Pharmaceuticals, Inc.* |
| Marc N. Zubick | |
| Alex Grabowski | |
| LATHAM & WATKINS LLP | |
| 330 North Wabash Avenue, Suite 2800 | |
| Chicago, IL 60611 | |
| (312) 876-7700 | |
| kenneth.schuler@lw.com | |
| marc.zubick@lw.com | |
| alex.grabowski@lw.com | |

2