# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP,<br><br>Defendants. | C.A. No. 24-64-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SLAYBACK PHARMA LLC,<br><br>Defendant. | C.A. No. 24-65-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Defendant. | C.A. No. 24-66-JLH<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES**

WHEREAS, Plaintiffs and Defendants have each raised discovery disputes for the Court's resolution, after having met and conferred pursuant to the Court's discovery procedures, and the Court has entered letter briefing schedules to address the parties' respective disputes and also ordered additional meet and confers (*see* D.I. 129, D.I. 135, and D.I. 136 in C.A. No. 24-64-JLH;

ME1 53021872v.1

D.I. 108, D.I. 113, and D.I. 114 in C.A. No. 24-65-JLH; D.I. 99 and D.I. 101 in C.A. No. 24-66-JLH);

WHEREAS, the Court has further ordered the parties to submit by May 5, 2025 a letter explaining whether the parties have been able to resolve any of their discovery disputes (*see* D.I. 136 in C.A. No. 24-64-JLH; D.I. 114 in C.A. No. 24-65-JLH); and

WHEREAS, the parties need additional time to complete the meet and confer process pursuant to the Court's order;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, and subject to the approval of the Court, that the deadlines below are extended as follows:

1) The deadline for the parties to file a letter indicating (a) whether they have been able to resolve or table any of the six listed disputes; and (b) which disputes remain to be resolved by the Court (D.I. 136 in C.A. No. 24-64-JLH; D.I. 114 in C.A. No. 24-65-JLH) is extended to May 7, 2025 (from May 5, 2025);

2) The letter briefing scheduled to address Defendants' discovery disputes is extended by two days as follows (D.I. 135 in C.A. No. 24-64-JLH; D.I. 108 in C.A. No. 24-65-JLH; D.I. 101 in C.A. No. 24-66-JLH):

    i. Defendants' Opening Discovery Dispute letter is extended to May 7, 2025;

    ii. Plaintiffs' Responsive Discovery Dispute letter is extended to May 14, 2025; and

    iii. Defendants' Reply Discovery Dispute letter is extended to May 19, 2025.

Dated: May 5, 2025

| MCCARTER & ENGLISH, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Philip A. Rovner* |
| Daniel M. Silver (#4758) | Philip A. Rovner (#3215) |
| Alexandra M. Joyce (#6423) | P.O. Box 951 |
| Maliheh Zare (#7133) | Wilmington, DE 19899 |
| Renaissance Centre | (302) 984-6000 |
| 405 N. King Street, 8th Floor | provner@potteranderson.com |
| Wilmington, Delaware 19801 | |
| (302) 984-6300 | *Attorneys for Defendant Baxter Healthcare Corporation* |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | |
| mzare@mccarer.com | |

*Attorneys for Plaintiff*

| MORRIS JAMES LLP | SMITH KATZENSTEIN & JENKINS LLP |
|---|---|
| */s/ Kenneth L. Dorsney* | */s/ Daniel A. Taylor* |
| Kenneth L. Dorsney (#3726) | Neal C. Belgam (No. 2721) |
| Cortlan S. Hitch (#6720) | Daniel A. Taylor (No. 6934) |
| 500 Delaware Avenue, Suite 1500 | 1000 West Street, Suite 1501 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 888-6800 | (302) 652-8400 |
| kdorsney@morrisjames.com | nbelgam@skjlaw.com |
| chitch@morrisjames.com | dtaylor@skjlaw.com |
| *Attorneys for Defendants Apotex Inc. and Apotex Corp.* | *Attorneys for Defendant Slayback Pharma LLC* |

IT IS SO ORDERED this _____ day of _____, 2025.

_____
United States Magistrate Judge

ME1 53021872v.1