**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOTEX INC., AND APOTEX CORP, <br><br> Defendants. | C.A. No. 24-64-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES

WHEREAS, Plaintiffs and Defendants have each raised discovery disputes for Court resolution pursuant to the Court's discovery procedures, and the Court has entered letter briefing schedules to address the parties' respective disputes (*see* D.I. 108 and D.I. 113 in C.A. No. 24-65-JLH);

WHEREAS, the parties met and conferred on May 6, 2025 and are still conferring regarding the issues Plaintiff has raised with the Court;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, and subject to the approval of the Court, that the deadlines below are extended as follows:

ME1 53060833v.1

1) The letter briefing schedule the address Plaintiffs' discovery disputes is extended by

   two days as follows (D.I. 113 in C.A. No. 24-65-JLH):

   i.    Plaintiffs' Opening Discovery Dispute letter is extended to May 9, 2025;

   ii.   Defendants' Responsive Discovery Dispute letter is extended to May 16, 2025; and

   iii.  Plaintiffs' Reply Discovery Dispute letter is extended to May 21, 2025.


Dated:  May 7, 2025


MCCARTER & ENGLISH, LLP                    MORRIS JAMES LLP

*/s/ Daniel M. Silver*                     */s/ Cortlan S. Hitch*
Daniel M. Silver (#4758)                   Kenneth L. Dorsney (#3726)
Alexandra M. Joyce (#6423)                 Cortlan S. Hitch (#6720)
Maliheh Zare (#7133)                       500 Delaware Avenue, Suite 1500
Renaissance Centre                         Wilmington, DE 19801
405 N. King Street, 8th Floor              (302) 888-6800
Wilmington, Delaware 19801                 kdorsney@morrisjames.com
(302) 984-6300                             chitch@morrisjames.com
dsilver@mccarter.com
ajoyce@mccarter.com                        *Attorneys for Defendants*
mzare@mccarer.com                          *Apotex Inc. and Apotex Corp.*

*Attorneys for Plaintiff*


                                           SMITH KATZENSTEIN &
                                           JENKINS LLP

                                           */s/ Daniel A. Taylor*
                                           Neal C. Belgam (No. 2721)
                                           Daniel A. Taylor (No. 6934)
                                           1000 West Street, Suite 1501
                                           Wilmington, DE 19801
                                           (302) 652-8400
                                           nbelgam@skjlaw.com
                                           dtaylor@skjlaw.com

                                           *Attorneys for Defendant*
                                           *Slayback Pharma LLC*

ME1 53060833v.1

IT IS SO ORDERED this _____ day of _____, 2025.

_____
United States District Judge

ME1 53060833v.1