# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-64-JLH |
| v. | **JURY TRIAL DEMANDED** |
| APOTEX INC., AND APOTEX CORP., | |
| Defendants. | |
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-65-JLH |
| v. | **JURY TRIAL DEMANDED** |
| SLAYBACK PHARMA LLC, | |
| Defendant. | |
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-66-JLH |
| v. | **JURY TRIAL DEMANDED** |
| BAXTER HEALTHCARE CORPORATION, | |
| Defendant. | |

**PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION TO
DEFENDANTS APOTEX, INC., APOTEX CORP., SLAYBACK PHARMA LLC, AND
BAXTER HEALTHCARE CORP.**

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 34 and the applicable Local Rules of the

U.S. District Court for the District of Delaware, Plaintiff Eagle Pharmaceuticals, Inc. ("Eagle" or

"Plaintiff") requests Defendants Apotex, Inc. and Apotex Corp. ("Apotex"), Defendant Slayback

Pharma LLC ("Slayback"), and Defendant Baxter Healthcare Corporation ("Baxter")

NDA Product, including any use of sodium hydroxide to adjust the pH of any batch of polyethylene glycol used in Your NDA Product.

**REQUEST FOR PRODUCTION NO. 19:**

Batch records showing each instance in which sodium hydroxide was used to adjust the pH of any batch of polyethylene glycol for use in Your NDA Product.

**REQUEST FOR PRODUCTION NO. 20:**

Batch records showing each instance in which sodium hydroxide was not used to adjust the pH of any batch of polyethylene glycol for use in Your NDA Product.

**REQUEST FOR PRODUCTION NO. 21:**

All documents that refer or relate to the amount of sodium hydroxide present in Your NDA Product.

**REQUEST FOR PRODUCTION NO. 22:**

All documents that refer or relate to the use of sodium hydroxide to adjust the pH of polyethylene glycol for use in pharmaceutical drug products.

**REQUEST FOR PRODUCTION NO. 23:**

All documents that refer or relate to the manufacture, synthesis, production, development, transfer, processing, storage, specification, preparation, or formulation of Your NDA Product, including, without limitation, any impurity specifications.

**REQUEST FOR PRODUCTION NO. 24:**

All documents that refer or relate to any inactive ingredients in Your NDA Product including but not limited to the use, manufacture, synthesis, or preparation of these inactive ingredients.

15

**REQUEST FOR PRODUCTION NO. 68:**

All documents referring or relating to the manner in which physicians and/or medical care providers administer Your NDA Product to patients.

Dated: May 21, 2024

OF COUNSEL:

Daniel G. Brown
Kelly A. Welsh
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700

**MCCARTER & ENGLISH, LLP**

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff Eagle
Pharmaceuticals, Inc. in
C.A. Nos. 24-64-JLH and 24-65-JLH*

**MCCARTER & ENGLISH, LLP**

OF COUNSEL:

Wyley S. Proctor
MCCARTER & ENGLISH, LLP
265 Franklin Street
Boston, MA 02110
(617) 449-6500
wproctor@mccarter.com

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff Eagle
Pharmaceuticals, Inc. in
C.A. No. 24-66-JLH*

24

# EXHIBIT 2

# Dechert
## LLP

Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

**JUDAH BELLIN**

Judah.Bellin@dechert.com
+1 215 994 2139 Direct
+1 215 994 2222 Fax

March 28, 2025

Wyley Proctor
McCarter & English
265 Franklin Street
Boston, MA 02110

**Re: *Eagle Pharmaceuticals, Inc. v. Apotex Inc., et. al*, Case No. 24-cv-00064 (D. Del.); *Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC*, Case No. 24-cv-00065 (D. Del.); *Eagle Pharmaceuticals, Inc. v. Baxter Healthcare Corporation*, Case No. 1:24-cv-00066-JLH (D. Del.)**

Counsel,

I write on behalf of Defendants in response to Eagle's email dated March 21, 2025.

Eagle has not satisfied its obligations with respect to RFP No. 39. Following the parties' narrowing, this Request seeks documents concerning the role of sodium hydroxide in Belrapzo, Bendeka, or any Bendamustine Product. The documents relate to a central issue in this case, one that Judge Hall identified during the parties' Markman hearing: whether the sodium hydroxide in liquid bendamustine formulations is part of those formulations' "pharmaceutically acceptable fluid." *See* Markman Tr. 38-41.

Despite the relevance of these documents, Eagle admitted during the parties' March 18, 2025 meet and confer that it has not performed ***any*** searches to identify documents responsive to this Request. That admission alone confirms Eagle's failure to satisfy its discovery obligations.

Eagle's attempt to justify this failure fall flat. While Eagle insists that the scope of this Request is unclear, Eagle ignores that it requested the ***same discovery*** from Defendants.[1] Moreover, this Request provides numerous examples of responsive documents, including documents that refer or relate to:

- "[T]he decision to include sodium hydroxide in BELRAPZO®, BENDEKA®, or any other Bendamustine Product."

---

[1] *See* Eagle Common Rog No. 2 ("Identify and describe with full particularity the role of sodium hydroxide in Your NDA Product and/or its manufacture…"); Eagle Common RFP No. 22 ("All documents that refer or relate to the use of sodium hydroxide to adjust the pH of polyethylene glycol for use in pharmaceutical drug products.")



March 28, 2025
Page 2

- "[H]ow and when sodium hydroxide is used in BELRAPZO®, BENDEKA®, or any other Bendamustine Product."

- "[T]he amounts of sodium hydroxide included in BELRAPZO®, BENDEKA®, or any other Bendamustine Product."

- "[A]ny excipients considered as alternatives to sodium hydroxide in BELRAPZO®, BENDEKA®, or any other Bendamustine Product."

- "[A]ny testing related to the inclusion of sodium hydroxide in BELRAPZO®, BENDEKA®, or any other Bendamustine Product."

*See* Common RFP No. 39.

Next, Eagle's March 21, 2025 email insists that it produced 2,953 documents "responsive to this request," but it did not identify a single purportedly "responsive" document in its production. Moreover, Eagle's newfound ability to identify "responsive" documents is at odds with Eagle's previous representations that identifying any such documents would be too burdensome. If Eagle's counsel used certain criteria to identify 2,953 responsive documents in its production, Eagle can use those same criteria to identify additional responsive documents in Eagle's corporate files.

Finally, Eagle improperly attempts to shift its discovery obligations to Defendants. During the parties' March 18 meet and confer and in Eagle's March 21 email, Eagle faults Defendants for not identifying specific responsive documents missing from Eagle's production. But Defendants do not know which unproduced responsive documents are in Eagle's possession—only Eagle does. And the responsibility for identifying these documents falls on Eagle, not Defendants.

Regardless, in the spirit of compromise, Defendants propose that Eagle search for documents referring or related to the role of sodium hydroxide in Belrapzo, Bendeka, any other liquid Bendamustine Product developed by Eagle. Further, while Eagle claims it is unable to determine how to search for these documents, Defendants have identified several custodians who appear likely to have relevant documents. Accordingly, Eagle should at minimum search any shared drives, lab notebooks, and the custodial files and emails for the following custodians and produce any responsive documents:[2]

---

[2] The collection timeline for each custodian corresponds to their tenure at Eagle (based on publicly available information).



March 28, 2025
Page 3

- **Srikanth Sundaram (former Eagle Chief Scientific Officer):** Dr. Sundaram was involved in numerous conversations regarding the role of sodium hydroxide in Eagle's liquid bendamustine product. *See, e.g.,* EAGLEBEN-CELERITY-00116384; EAGLEBEN-CELERITY-00121607. And when former Eagle VP of Research and Development Charles Wescott was asked during his deposition about the "███████" of sodium hydroxide in Eagle's bendamustine formulation, Wescott testified that Dr. Sundaram "█████████████████." EAGLEBEN-CELERITY-00294241 at 352.

  Dr. Sundaram's files should be searched from **January 2009-January 2013**.

- **James Romito (Eagle Sr. Director, Analytical Development):** Dr. Romito prepared the protocol for the "████████████████████" in Eagle's liquid bendamustine formulation, including by providing instructions related to adding sodium hydroxide. *See, e.g.,* EAGLEBEN-CELERITY-00121607 at 607-608. Dr. Romito also requested and reviewed the "███████████" documents for sodium hydroxide in Eagle's liquid bendamustine product. *See, e.g.,* EAGLEBEN-SA_00166689 at 690.

  Dr. Romito's files should be searched from **January 2011-present.**

- **Jianyei Wu (former Eagle Senior Director, Pharmaceutical Development):** Dr. Wu oversaw the manufacturing of Eagle's liquid bendamustine formulation, including with respect to adding sodium hydroxide. *See, e.g.,* EAGLEBEN-CELERITY-00125536 at 537. He also oversaw the development of testing methods for Eagle's liquid bendamustine formulations and provided guidance regarding the addition of sodium hydroxide. *See, e.g.,* EAGLEBEN-CELERITY-00149147.

  Dr. Wu's files should be searched from **January 2010-June 2013**.

- **Padam Sharma (former Eagle Senior Director, Injectable, Parenteral, Aseptic Processing, Sterile External Manufacturing, CMO):** Dr. Sharma appears to have reviewed and approved the "███████████████" for the sodium hydroxide used in Eagle's liquid bendamustine product; he also participated in meetings with Zydus related to the ingredients in Eagle's liquid bendamustine product (including NaOH). *See, e.g.,* EAGLEBEN-SA_00150852 at 852-853.

  Dr. Sharma's files should be searched from **January 2011-January 2013**.



March 28, 2025
Page 4

- **Peter Grebow (former Eagle Vice President, Research and Development)**: Dr. Grebow was involved with discussions related to the addition of sodium hydroxide in Eagle's liquid bendamustine formulation. *See, e.g.,* EAGLEBEN-CELERITY-00116384; EAGELEBEN-CELERITY-00116439.

    Dr. Grebow's files should be searched from **January 1, 2013-December 31, 2017**.

Please confirm that Eagle agrees. If not, please provide your availability for a meet and confer next week.

Sincerely,

*/s/ Judah Bellin*

Judah Bellin

# EXHIBIT 3

**From:** Proctor, Wyley
**Mail received time:** Wed, 9 Apr 2025 22:48:58
**Sent:** Wed, 9 Apr 2025 22:48:40
**To:** Bellin, Judah  EXT Christopher Ferenc  EXT Ajay Kayal  EXT Andrew Miller  EXT Constance Huttner  Dtaylor@skjlaw.com  jlief@windelsmarx.com  mdaughton@skjlaw.com  nbelgam@skjlaw.com  EXT Robyn Ast-Gmoser  Antons, Amanda  amoshos@potteranderson.com  Dechert-Bendamustine  Marley, Jacinda  msingleton@potteranderson.com  Black, Martin  mshaw@potteranderson.com  Leibowitz, Noah  EXT Phil Rovner  EXT Cortlan Hitch  EXT Deepro Mukerjee  EGreek@morrisjames.com  EXT Jitty Malik  EXT Joe Janusz  khunt@morrisjames.com  EXT K Dorsney  EXT Lance Soderstrom  lauren.eiten@katten.com  EXT Rachel Schweers  EXT Daniel Silver  EXT Maliheh Zare  'Kelly.Welsh@lw.com'  Alex.Grabowski@lw.com  Daniel.Brown@lw.com  EXT Daniel Taylor  EXT Neal Belgam
**Cc:** Eagle Litigation  EAGLEBENDAMUSTINELITIGATION.LWTEAM@lw.com  EXT Wyley Proctor
**Subject:** RE: Bendamustine - Correspondence
**Importance:** Normal
**Sensitivity:** None

---

[EXTERNAL EMAIL]

Counsel:

I write in response to your April 3 letter.  Eagle will produce the executed Blue Owl transaction documents.  You have not, however, explained the relevance of the significant number of other materials listed in your letter, including "draft agreements"; "all presentations, summaries, and analyses compiled on behalf of (or otherwise provided to) Eagle by consultants, advisors or other independent parties related to the transaction," "communications between Eagle, Blue Owl Capital, and/or the unnamed 'party'"; and "all similar documents … exchanged between Eagle and any other potential purchasers for the royalty stream."

While your letter listed various RFPs, the relevance of which to this issue is unclear, you have not explained how any of these additional documents are relevant to any claims or defenses in this case, other than concluding they are relevant to "damages."  Unless and until Defendants are able to adequately explain the relevance of these materials, Eagle will not produce the additional documents listed in your April 3 letter.

Best,
Wyley



**Wyley S. Proctor | Partner**
McCarter & English, LLP
265 Franklin Street | Boston, MA 02110

wproctor@mccarter.com | www.mccarter.com | V-Card
T 617.449.6529   M 617.530.0834

Boston | East Brunswick | Hartford | Indianapolis | Miami | Newark | New York
Philadelphia | Stamford | Trenton | Washington, DC | Wilmington

**From:** Bellin, Judah <Judah.Bellin@dechert.com>
**Sent:** Thursday, April 3, 2025 12:09 PM
**To:** Proctor, Wyley <wproctor@McCarter.com>; EXT Christopher Ferenc <christopher.ferenc@katten.com>; EXT Ajay Kayal <akayal@windelsmarx.com>; EXT Andrew Miller <amiller@windelsmarx.com>; EXT Constance Huttner <chuttner@windelsmarx.com>; Dtaylor@skjlaw.com; jlief@windelsmarx.com; mdaughton@skjlaw.com; nbelgam@skjlaw.com; EXT Robyn Ast-Gmoser <rast-gmoser@windelsmarx.com>; Antons, Amanda <Amanda.Antons@dechert.com>; amoshos@potteranderson.com; Dechert-Bendamustine <Dechert-Bendamustine@dechert.com>; Marley, Jacinda <jacinda.marley@dechert.com>; msingleton@potteranderson.com; Black, Martin <martin.black@dechert.com>; mshaw@potteranderson.com; Leibowitz, Noah <Noah.Leibowitz@dechert.com>; EXT Phil Rovner <provner@potteranderson.com>; EXT Cortlan Hitch <CHitch@morrisjames.com>; EXT Deepro Mukerjee <deepro.mukerjee@katten.com>; EGreek@morrisjames.com; EXT Jitty Malik <jitty.malik@katten.com>; EXT Joe Janusz <joe.janusz@katten.com>; khunt@morrisjames.com; EXT K Dorsney <kdorsney@morrisjames.com>; EXT Lance Soderstrom <lance.soderstrom@katten.com>; lauren.eiten@katten.com; EXT Rachel Schweers <rachel.schweers@katten.com>; Silver, Daniel <DSilver@McCarter.com>; Zare, Maliheh <mzare@mccarter.com>; 'Kelly.Welsh@lw.com' <Kelly.Welsh@lw.com>; Alex.Grabowski@lw.com; Daniel.Brown@lw.com; EXT Daniel Taylor <DAT@skjlaw.com>; EXT Neal Belgam <NCB@skjlaw.com>; KENNETH.SCHULER@lw.com; Nichols, Chelsea <chnichols@mccarter.com>
**Cc:** Eagle Litigation <EagleLitigation@McCarter.com>; EAGLEBENDAMUSTINELITIGATION.LWTEAM@lw.com; Proctor, Wyley <wproctor@McCarter.com>
**Subject:** Bendamustine - Correspondence

## EXTERNAL EMAIL | STOP | VERIFY | REPORT

---

Counsel,

Please see the attached correspondence.

**Judah Bellin**
Associate

**Dechert LLP**
+1 215 994 2139 Direct
+1 201 741 7290 Mobile
judah.bellin@dechert.com
dechert.com

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

# EXHIBIT 4

US011872214B2

(12) **United States Patent**
Palepu et al.

(10) Patent No.: **US 11,872,214 B2**
(45) Date of Patent: *****Jan. 16, 2024**

(54) **FORMULATIONS OF BENDAMUSTINE**

(71) Applicant: **Eagle Pharmaceuticals, Inc.**, Woodcliff Lake, NJ (US)

(72) Inventors: **Nagesh R. Palepu**, Southampton, PA (US); **Philip Christopher Buxton**, Uxbridge (GB)

(73) Assignee: **Eagle Pharmaceuticals, Inc.**, Woodcliff Lake, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **18/081,251**

(22) Filed: **Dec. 14, 2022**

(65) **Prior Publication Data**

US 2023/0115693 A1     Apr. 13, 2023

**Related U.S. Application Data**

(63) Continuation of application No. 17/412,623, filed on Aug. 26, 2021, which is a continuation of application No. 16/509,920, filed on Jul. 12, 2019, now Pat. No. 11,103,483, which is a continuation of application No. 16/015,656, filed on Jun. 22, 2018, now abandoned, which is a continuation of application No. 15/432,335, filed on Feb. 14, 2017, now Pat. No. 10,010,533, which is a continuation of application No. 15/013,436, filed on Feb. 2, 2016, now Pat. No. 9,572,797, which is a continuation of application No. 14/031,879, filed on Sep. 19, 2013, now Pat. No. 9,265,831, which is a continuation of application No. 13/016,473, filed on Jan. 28, 2011, now Pat. No. 8,609,707.

(60) Provisional application No. 61/299,100, filed on Jan. 28, 2010.

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 9/08* | (2006.01) |
| *A61K 47/10* | (2017.01) |
| *A61K 47/18* | (2017.01) |
| *A61P 35/00* | (2006.01) |
| *A61K 31/4184* | (2006.01) |
| *A61K 47/20* | (2006.01) |
| *A61K 47/12* | (2006.01) |
| *A61K 47/22* | (2006.01) |
| *A61K 9/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ *A61K 31/4184* (2013.01); *A61K 9/08* (2013.01); *A61K 47/10* (2013.01); *A61K 47/12* (2013.01); *A61K 47/18* (2013.01); *A61K 47/20* (2013.01); *A61K 47/22* (2013.01); *A61K 9/0019* (2013.01)

(58) **Field of Classification Search**
CPC ...... A61K 31/4184; A61K 9/08; A61K 47/10; A61K 47/12; A61K 47/18; A61K 47/20; A61K 47/22; A61K 9/0019
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,071,620 A | 1/1978 | Sklar |
| 4,711,906 A | 12/1987 | Von et al. |
| 4,879,286 A | 11/1989 | Alam et al. |
| 5,204,335 A | 4/1993 | Sauerbier et al. |
| 5,223,515 A | 6/1993 | Mikura et al. |
| 5,741,523 A | 4/1998 | Teagarden et al. |
| 7,252,799 B2 | 8/2007 | Miekka et al. |
| 7,772,274 B1 | 8/2010 | Palepu |
| 8,076,366 B2 | 12/2011 | Courvoisier et al. |
| 8,344,006 B2 | 1/2013 | Drager et al. |
| 8,389,558 B2 | 3/2013 | Alakhov et al. |
| 8,609,707 B2 | 12/2013 | Palepu et al. |
| 8,791,270 B2 | 7/2014 | Brittain et al. |
| 9,000,021 B2 | 4/2015 | Sundaram et al. |
| 9,034,908 B2 | 5/2015 | Sundaram |
| 9,144,568 B1 | 9/2015 | Sundaram |
| 9,265,831 B2 | 2/2016 | Palepu et al. |
| 9,572,796 B2 | 2/2017 | Palepu et al. |
| 9,572,797 B2 | 2/2017 | Palepu et al. |
| 9,572,887 B2 | 2/2017 | Sundaram |
| 9,572,888 B2 | 2/2017 | Sundaram |
| 9,579,384 B2 | 2/2017 | Sundaram |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1850048 A | 10/2006 |
| CN | 101584668 A | 11/2009 |

(Continued)

OTHER PUBLICATIONS

Kumar et al. (AAPS PharmSciTech 2006;7(3):E1-E7) (Year: 2006).*
McGinity et al. (Journal of Pharmaceutical Sciences 1975;64(2):356-357) (Year: 1975).*

(Continued)

*Primary Examiner* — Ernst V Arnold
(74) *Attorney, Agent, or Firm* — BakerHostetler

(57) **ABSTRACT**

Long term storage stable bendamustine-containing compositions are disclosed. The compositions can include bendamustine or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable fluid which can include in some embodiments PEG, PG or mixtures thereof and an antioxidant or chloride ion source. The bendamustine-containing compositions have less than about 5% total impurities, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

**9 Claims, No Drawings**

**US 11,872,214 B2**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 9,597,397 | B2 | 3/2017 | Sundaram |
| 9,597,398 | B2 | 3/2017 | Sundaram |
| 9,597,399 | B2 | 3/2017 | Sundaram |
| 10,010,533 | B2 | 7/2018 | Palepu et al. |
| 2002/0102215 | A1 | 8/2002 | Klaveness et al. |
| 2002/0122768 | A1 | 9/2002 | Liu et al. |
| 2004/0014964 | A1 | 1/2004 | Cheesman et al. |
| 2004/0043069 | A1 | 3/2004 | Vanderbist et al. |
| 2005/0025702 | A1 | 2/2005 | Decicco et al. |
| 2005/0042285 | A1 | 2/2005 | Ukai et al. |
| 2006/0035945 | A1 | 2/2006 | Attardo et al. |
| 2006/0128777 | A1 | 6/2006 | Bendall et al. |
| 2006/0159713 | A1 | 7/2006 | Brittain et al. |
| 2006/0205694 | A1 | 9/2006 | Alonso et al. |
| 2007/0116729 | A1 | 5/2007 | Palepu |
| 2008/0118544 | A1 | 5/2008 | Wang |
| 2009/0082416 | A1 | 3/2009 | Czarnik |
| 2009/0209606 | A1 | 8/2009 | Bendall et al. |
| 2009/0264488 | A1 | 10/2009 | Cooper et al. |
| 2009/0325978 | A1 | 12/2009 | Onai et al. |
| 2010/0092474 | A1 | 4/2010 | Gallagher et al. |
| 2010/0145266 | A1 | 6/2010 | Orlowski |
| 2010/0216858 | A1 | 8/2010 | Popek et al. |
| 2010/0247669 | A1 | 9/2010 | Eliasof et al. |
| 2010/0273730 | A1 | 10/2010 | Hsu et al. |
| 2011/0015244 | A1 | 1/2011 | Alakhov et al. |
| 2011/0015245 | A1 | 1/2011 | Alakhov et al. |
| 2011/0184036 | A1 | 7/2011 | Palepu et al. |
| 2011/0190363 | A1 | 8/2011 | Drager et al. |
| 2012/0059000 | A1 | 3/2012 | Ren et al. |
| 2012/0071532 | A1 | 3/2012 | Cooper et al. |
| 2012/0157505 | A1 | 6/2012 | Labell et al. |
| 2012/0308516 | A1 | 12/2012 | Hlavinka et al. |
| 2013/0041003 | A1 | 2/2013 | Brittain et al. |
| 2013/0041004 | A1 | 2/2013 | Drager et al. |
| 2013/0210878 | A1 | 8/2013 | Soppimath et al. |
| 2013/0210879 | A1 | 8/2013 | Palepu et al. |
| 2013/0217888 | A1 | 8/2013 | Shrawat et al. |
| 2013/0253025 | A1 | 9/2013 | Sundaram |
| 2014/0094496 | A1 | 4/2014 | Sundaram |
| 2014/0275196 | A1 | 9/2014 | Sundaram |
| 2018/0000789 | A1 | 1/2018 | Palepu et al. |
| 2018/0000938 | A1 | 1/2018 | Sundaram |
| 2018/0185488 | A1 | 7/2018 | Sundaram |
| 2018/0296535 | A1 | 10/2018 | Palepu et al. |
| 2018/0296536 | A1 | 10/2018 | Palepu et al. |
| 2018/0369383 | A1 | 12/2018 | Sundaram |
| 2019/0192659 | A1 | 6/2019 | Sundaram |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 102164579 | A | 8/2011 |
| DE | 80967 | A | 1/1970 |
| DE | 159289 | A1 | 3/1983 |
| JP | 09-508128 | A | 8/1997 |
| JP | 2005-537285 | A | 12/2005 |
| JP | 2008-526991 | A | 7/2008 |
| JP | 2012-503666 | A | 2/2012 |
| JP | 2012-525387 | A | 10/2012 |
| JP | 2015-501814 | A | 1/2015 |
| WO | 99/01118 | A2 | 1/1999 |
| WO | 2001/097860 | | 12/2001 |
| WO | 2001/097861 | | 12/2001 |
| WO | 2001/098294 | | 12/2001 |
| WO | 02/01225 | A1 | 1/2002 |
| WO | 2006/054315 | A1 | 5/2006 |
| WO | 2006/110551 | A2 | 10/2006 |
| WO | 2010/036702 | A1 | 4/2010 |
| WO | 2010/126676 | A1 | 11/2010 |
| WO | 2010/148288 | A2 | 12/2010 |
| WO | 2011/094565 | A1 | 8/2011 |
| WO | 2011/103150 | A2 | 8/2011 |
| WO | 2012/015810 | A2 | 2/2012 |
| WO | 2013/142358 | A1 | 9/2013 |

OTHER PUBLICATIONS

Wasylaschuk et al. (Journal of Pharmaceutical Sciences, vol. 96, No. 1, Jan. 2007:106-116). (Year: 2007).*

Pokorny et al., Antioxidants in Food: Practical Applications 2001, CRC Press, p. 324.

Poulsen, Introduction to Chemistry (2010).

Pramod K. Gupta, et al.. "Injectable Drug Development Techniques to Reduce Pain and Irritation", pp. 183, Informa Healthcare, 2008, ISBN 13: 978-1-5749-1095-7.

Preiss et al., "Pharmacological and clinical date of Bendamustine," 17th International Cancer Congress, pp. 1637-1640 (1998).

Preiss et al., Studies on the Pharmacokinetics of Bendamustine (Cytostasan®) in Humans, Pharmazie, 40(11):782-784 (1985).

R.A. Pethrick et al., Excerpt from Polymer Yearbook 13, CRC Press, Oct. 1, 1996, Technology & Engineering Vinogradova et al.

Rassachaert et al., "A phase 1 study of bendamustine hydrochloride administered once every 3 weeks in patients with solid tumors," Anti-Cancer Drugs, vol. 18 No. 5 pp. 587-595 (2007).

Remington's Pharmaceutical Sciences, 18th edition, (1990), p. 1322.

Remington's Pharmaceutical Sciences, 18th edition, (1990), pp. 1286-1288.

Remington's Pharmaceutical Sciences 1990 (Eighteenth Edition), Mack Publishing Company, Chapter 85, 1570-1580.

Renu Chadha, et al., Drug Carrier Systems for Anticancer Agents: A Review, Journal of Scientific & Industrial Reasearch, vol. 67, pp. 185-197, 2008.

Ribomustin Monograph (Updated Aug. 2005).

Ribomustin Monograph (Updated Jan. 2002).

Ribomustin Product Information, Janssen-Cilag Pty Ltd (Updated Sep. 15, 2016).

Rote Liste 1996 for Ribomustin (86 023).

Rote Liste 2003 for Ribomustin (86 045).

Rowe et al. Handbook of Pharmaceutical Excipients, 6th edition, 2009, pp. 454-455.

Rowe et al., "Handbook of Pharmaceutical Excipients," Pharmaceutical Press, 6th edition pp. 857 (extract from index) (2009).

Rowe, et al., (ed) Handbook of Pharmaceutical Excipients, 5th ed., Pharmaceutical Press, pp. 545-550, Polyethylene Glycol, 2006.

Safety Data Sheet, Lactic Acid, 88%, Columbus Chemical Industries, 2013.

Scasnar at al., Radiochemical Assay of Stability of 14C-Cytostasan Solutions During Preparation and Storage, Journal of Radioanalytical and Nuclear Chemistry, Articles 121(2):489-497 (1988).

Schoffski et al., "Weekly administration of bendamustine: A phase 1 study in patients with advanced progressive solid tumors," Annals of Oncology II, pp. 729-734 (2000).

Schoffski et al., Repeated administration of short infusions of bendamustine: a phase 1 study in patients with advanced progressive solid tumours, J. Cancer Res Clin Oncol, vol. 126 No. 1 pp. 41-47 (2000).

Schwanen et al., In vitro evaluation of bendamustine induced apoptosis in B-chronic lymphocytic leukemia, Leukemia 16:2096-2105 (2002).

SciFinder, Hydrolytic degradation of IMET 3393, American Chemical Society, 2018.

Seager et al., Structure of Products Prepared by Freeze-Drying Solutions Containing Organic Solvents, PDA Journal oi Pharmaceutical Science and Technology, 39(4):161-179 (1985).

Search History issued in connection with PCT/US2013/32295 dated May 10, 2013.

Shah et al., Physical, Chemical, and Bioavailability Studies of Parenteral Diazepam Formulations Containing Propylene Glycol and Polyethylene Glycol 400, Drug Development and Industrial Pharm.), 17:12, 1635-1654 (Oct. 20, 2008).

Sigma-Aldrich, Webpage Catalog for poly(ethylene glycol), http://www.sigmaaldrich.com/catalog/product/aldrich/202398?lang=en®ion=US#, accessed Nov. 15, 2015 (2 pages).

Sikora, "Cancer drug development in the post-genomic age," Current Science, vol. 81 No. 5 pp. 549-554 (2001).

Spectra Analysis, Inc., Oxidative Degradation of Polyethyleneglycol . . . , Application Note 016, Mar. 2008.

US 11,872,214 B2

Page 3

(56) **References Cited**

OTHER PUBLICATIONS

Spiegel et al., "Use of Nonaqueous Solvents in Parenteral Products," Journal of Pharmaceutical Sciences, vol. 52, No. 10 pp. 917-927 (1963).

Strickley, Solubilizing Excipients in Oral and Injectable Formulations, Pharmaceutical Research 21(2):201-230 (Feb. 2004).

Supplemental European Search Report issued in connection with PCT/US2011/022958 dated Dec. 16, 2013.

T. W. Graham Solomons, Organic Chemistry (John Wiley & Sons, 3d ed. 1984).

Tageja, Bendamustine: Safety and Efficacy in the Management of Indolent Non-Hodgkins Lymphoma, Clinical Medicine Insights: Oncology 2011:5 145-156.

Teagarden & Baker, Practical Aspects of Freeze-Drying of Pharmaceutical and Biological Products Using Non-Aqueous Co-Solvent Systems, Chapter 8 in Freeze-Drying/Lyophilization of Pharmaceutical and Biological Products, 239-76 (2nd Edition, Edited by Rey, L. & May, J., Marcel Dekker, New York) (2004).

Teagarden & Baker, Practical Aspects of Lyophilization Using Non-Aqueous Co-Solvent Systems, 15 Eur. J. Pharma. Sciences, 115-33 (2002).

*Teva Pharmaceuticals International GMBH, et al.* v. *Apotex Inc., et al*—Civil Action 1:17-cv-01164: Defendants Apotex Inc. and Apotex Corp.'s Answer to Complaint, Defenses and Counterclaims (Document 17), dated Nov. 27, 2017.

*Teva Pharmaceuticals International GMBH, et al.* v. *Fresenius Kabi USA, LLC.*—Civil Action No. 1:17-cv-01201: Answer to Complaint, Separate Defenses, and Counterclaims (Document 10), dated Sep. 15, 2017.

*Teva Pharmaceuticals International GMBH, et al.* v. *Fresenius Kabi USA, LLC.*—Civil Action No. 1:17-cv-01201: Answer to Fresenius Kabi USA, LLC's Counterclaims (Document 14), dated Oct. 6, 2017.

*Teva Pharmaceuticals International GMBH, et al.* v. *Fresenius Kabi USA, LLC.*—Civil Action No. 1:17-cv-01201: Complaint (Document 1), dated Aug. 24, 2017.

*Teva Pharmaceuticals International GMBH, et al.* v. *Fresenius Kabi, LLC., et al*—Civil Action No. 1:18-cv-01586: Answer to Fresenius Kabi USA, LLC's Counterclaims (Document 13), dated Nov. 27, 2018.

*Teva Pharmaceuticals International GMBH, et al.* v. *Fresenius Kabi, LLC., et al*—Civil Action No. 1:18-cv-01586: Complaint (Document 1), dated Oct. 15, 2018.

*Teva Pharmaceuticals International GMBH, et al.* v. *Fresenius Kabi, LLC., et al*—Civil Action No. 1:18-cv-01586: Defendant Mylan Laboratories LTD.'s Answer to Complaint for Patent Infringement (Document 11), dated Nov. 9, 2018.

*Teva Pharmaceuticals International GMBH, et al.* v. *Fresenius Kabi, LLC., et al*—Civil Action No. 1:18-cv-01586: Defendant Fresenius Kabi USA, LLC's Answer to Complaint, Separate Defenses, and Counterclaims (Document 9), dated Nov. 6, 2018.

*Teva Pharmaceuticals International GMBH, et al.* v. *Mylan Laboratories Limited*—Civil Action No. 1:17-cv-01790: Complaint (Document 1), dated Dec. 12, 2017.

*Teva Pharmaceuticals International GMBH, et al.* v. *Slayback Pharma Limited Liability Company*—Civil Action No. 1:18-cv-00117: Complaint (Document 1), dated Jan. 19, 2018.

*Teva Pharmaceuticals International GMBH, et al.* v. *Slayback Pharma Limited Liability Company*—Civil Action No. 1:18-cv-00117: Defendant Slayback Pharma Limited Liability Company's Answer to Complaint, Addtional Defenses and Counterclaims (Document 9), dated Feb. 12, 2018.

*Teva Pharmaceuticals International GMBH, et al.* v. *Apotex Inc., etal*—Civil Action No. 1:17-cv-01164: Complaint (Document 1), dated Aug. 18, 2017.

Thiesen, "Bendamustine, a well-tollerated cytotoxic agent used in Germany for may years, is soon to be marketed in the rest of Europe for a range of indicatons including chronic lymphocytic leukaemia," pp. 1-4 (2010). Available at http://www.hospitalpharmacyeurope.com/featured-articles/bendamustine.

Third Party Submission in related EP2528602 based on PCT/US2011/022958 dated Nov. 19, 2013 (9 pages).

Thomas A. Jennings, Lyophilization, Introduction and Basic Principles (2006)(original copyright 1999).

Treanda (Highlights of prescribing information 2008) (Year: 2008).

Treanda, "Highlights of Prescribing Information," Treanda ( bendamustine hydrochloride) for Injection, for intravenous infusion, pp. 1-13 (2010).

Treanda, "Highlights of Prescribing Information," Treanda ( bendamustine hydrochloride) for Injection, for intravenous infusion, pp. 1-6 (2008).

U.S. Pharmacopeia 32-NF-27-General Notices and Requirements (2009).

USP 24/NF 19 (2000) entry for Propylene Glycol (USP).

V.G. Vinogradova, et al., Polymer Yearbook 13, New Metal Chelates as Antioxidant Stabilizers for Polymers . . . , pp. 87-111, 1996.

V.M. Mikhal'chuk, et al., Antioxidative Stabilization of Polyethylene . . . , Russian Journal of Applied Chemistry, vol. 77, No. 1, pp. 131-135, 2004.

Vlok, Manual of Nursing, vol. 1 (9th edition), 1988.

W. Furst, et al., "About the Hydrolytic Decomposition of IMET 3393," Pharmazeutische Zentralhalle, vol. 108, Issue 9, pp. 608-614, 1969 (English translation and the original article).

Wayne P. Olson, Volatile Solvents for Drying and Microbial Kill in the Final Container, Pharmaceutical Engineering, 110-118(1997).

Weide et al., Bendamustine Mitoxantrome and Rituximab (BMR): A New Effective Regimen for Refractory or Relapsed Indolent Lymphomas, Leukemia & Lymphoma, 43(2):327-331 (2002).

Werner et al., Hydrolysis Products of Cancerostatic Cytostasan(Registered) (Bendamustine), 42 (4) Die Pharmazie, Govi Verlag Pharmazeutischer Verlag GMBH, Eschborn, DE, 272-73.

William H. Brown, Organic Chemistry 5th Edition, pp. 358-360, 2009.

Wittaya-Areekul and Nail, Freeze-Drying of tert-Butyl Alcohol/Water Cosolvent Systems: Effects of Formulation and Process Variables on Residual Solvents, Journal of Pharmaceutical Sciences 87(4):491-495 (1998).

Written Opinion issued in counterpart PCT/US2013/032289 dated Jun. 6, 2013.

Written Opinion issued in counterpart PCT/US2013/032295 dated Jun. 3, 2013.

Zimmerman et al., Elements of Organic Chemistry (1977).

Zips et al., "New Anticancer Agents: In Vitro and In Vivo Evaluation," In Vivo,vol. 19 pp. 1-8 (2005).

Zumdahl et al., Chemistry, 7th Ed. (2007).

Gandhi & Burger, Bendamustine in B cell malignancies: the new, 46-year old kid on the block, Clin Cancer Res. Dec. 15, 2009; 15(24):7456-7461.

Gibson et al., "Pharmaceutical preformulation and formulation: A practical guide from candidate drug selection to commercial dosage form", Informa Healthcare USA, 2009, vol. 199, 2d ed, pp. 1-559.

Glimelius et al., Bolus-Injection (2-4 min) Versus Short-term (10-20 min) Infusion of 5-Fluorouracil in Patients with Advanced Colorectal Cancer: a Prospective Randomised Trial, Eur J. Cancer, 34, 674-678 (1998).

Gust and Krauser. Investigations on the Stability of Bendamustin, a Cytostatic Agent of the Nitrogen Mustard Type I. Synthesis, Isolation, and Characterization of Reference Substances, in Monatshefte fur Chemie, 128:291-99 (1997).

Heider et al., Efficacy and Toxicity of Bendamustine in Patients with Relapsed Low-Grade non-Hodgkin's Lymphomas, Anticancer Drugs, 12, 725-729 (2001).

HFSA Guidelines, Journal of Cardiac Failure vol. 16 No. 6 (2010).

ICH Harmonised Tripartite Guideline, Stability testing of New Drug Substances and Products Q1A(R2), dated Feb. 6, 2003.

Interlocutory decision in Opposition proceedings of EP 2528602 issued Apr. 8, 2019.

International Conference on Harmonisation in Guideline on Impurities in New Drug Products: Availability, 62 Fed. Reg. 27, 454-27,461 (May 19, 1997).

International Search Report and Written Opinion for No. PCT/US2013/032289 dated Jun. 6, 2013. (5 Pages).

## US 11,872,214 B2

Page 4

### (56) References Cited

#### OTHER PUBLICATIONS

International Search Report and Written Opinion issued in counterpart PCT/US2013/032295 dated Jun. 2013 (4 pages).

International Search Report and Written Opinion of International application based on PCT/US2011/022958, dated Apr. 2011 (8 pages).

Jay S. Trivedi, et al., Water-Insoluble Drug Formulation, 7. Solubilization Using CoSolvent Approach, pp. 141-168, 2000.

Jay S. Trivedi, Water-Insoluble Drug Formulation, Second Edition, 9 Solubilization Using Cosolvent Approach, pp. 161-194, 2008.

JC Price, Handbook of Pharm. Excipients, 5th Edition, Polyethylene Glycol, pp. 545-550, Aug. 9, 2005.

Jerry March, Advanced Organic Chemistry (4th ed.. John Wiley & Sons, Inc. 1992).

John D. Roberts & Marjorie C. Caserio, Basic Principles of Organic Chemistry 612-13, 615-16, 617-18 (W. A. Benjamin, Inc., 2d ed. 1977).

Jonkman-de Vries et al., Pharmaceutical Development of (Investigational) Anticancer Agents for Parental Use—A Review, Drug Dev Ind Pharm. 22(6):475-494 (1996).

Julia A. Barman Balfour, et al., "Bendamustine", Drugs, vol. 61, No. 5, pp. 631-638, 2001.

Kalaycio. M., Clinical Experience With Bendamustine: A New Treatment for Patients With Chronic Lymphocytic Leukemia; Clin Leukemia. 2008; 2(4): 223-229.

Kenneth E. Avis, et al., Remington, Parenteral Preparations, Chapter 41, pp. 780-786, 2000.

Knauf et al., Bendamustine Versus Chlorambucil in Treatment-Naive Patients with B-Cell Chronic Lymphocytic Leukemia (B-CLL): Results of an International Phase III Study, Blood, 110(11), 609a (abstract 2043) (2007).

Koomans et al., Sodium Balance in Renal Failure: A Comparison of Patients with Normal Subjects Under Extremes of Sodium Intake, Hypertension 7:714-721 (1985).

Kurt H. Bauer, et al., Pharmazeutische Technologies, pp. 225-228, HW9, 1993.

Kurt H. Bauer, et al., Pharmazeutische Technologies, pp. 424-425, HW10, 1993.

Larry A. Gatlin, et al., Injectable Drug Development, 17. Formulation and Administration . . . Products, pp. 401-420.

Leonard & Jann, A New Synthesis of Aziridinium Salts. 2,2-Pentamethylene-1,1-tetramethyleneaziridinium Perchlorate A Prototype, 82 J. Am. Chemistry Soc'y 6418-6419 (1960).

Leoni et al., SDX-105 (Bendamustine), a Clinically Active Antineoplastic Agent Possesses a Unique Mechanism of Action, Abstract, 102(11) Blood, Abstract #2363 (Nov. 16, 2003).

Lian-Feng Huang, et al., Water-Insoluble Drug Formulation, Second Edition, Ch. 7. Formulation Strategies and Practice . . . Support, pp. 113-132.

Lissitchkov et al., Phase-I/II study to Evaluate Dose Limiting Toxicity, Maximum Tolerated Dose, and Tolerability of Bendamustine HCl in Pre-treated Patients With B-Chronic Lymphocytic Leukaemia (Binet stages B and C) Requiring Therapy, J. Cancer Res. Clin. Oncol. 132:99-104 (2006).

Liu (ed). Water-Insoluble Drug Formulation, 1st ed., CRC Press, Chapters 7 and 9, 2000.

Liu (ed). Water-Insoluble Drug Formulation, 2nd ed., CRC Press, Chapters 7 and 9, 2008.

Lyondell Tebol(Registered) 99, Tertiary Butyl Alcohol in Freeze-Drying Applications,(Lyondell Chemical Co., 2003).

Lyophilization of Biopharmaceuticals (Henry R. Costantino & Michael K. Pikal eds., Association of Pharmaceutical Scientists 2004).

Maas et al., "Stabilitat von Bendamustinhydrochlorid in Infusionslosungen," Die Pharmazie, Govi Verlag Pharmazeutischer Verlag Gmbh, vol. 49. No. 10 pp. 775-777 (1994). (Abstract Only).

Margolin et al., Shortening the Infusion Time of Anticancer Drugs: Who Will Benefit?, J. of Clinical Oncology, 25(19):2642-2643 (2007).

McGinity, et al., Journal of Pharmaceutical Sciences, Influence of Peroxide Impurities in Polyethylene Glycols . . . , vol. 64, No. 2 pp. 356-357, 1975.

Michael J. Akers, Remington, The Science and Practice of Pharmacy 21st Edition, Parenteral preparation, chapter 41, pp. 802-835, 2005.

Michael P. Gamcsik, et al., NMR Studies of the Conjugation . . . , J. Med. Chem., vol. 33, pp. 1009-1014, 1990.

National Kidney Foundation, "Clinical Practice Guidelines and Clinical Practice Recommendations" (http://kidneyfoundation.cachefly.net/professionals/KDOQI/guideline_upHD_PD_VA/hd_guide5.htm) (2006).

Neelam Seedher, et al., Solubilization of Nimesulide; Use of Co-solvents, Indian J. Pharm. Sci., vol. 65, No. 1, pp. 58-61, 2003.

Nema et al., Excipients and Their Use in Injectable Products, PDA J. Pharma. Sci. & Tech., 51(4):166-171 (Jul.-Aug. 1997).

Ni et al., Stabilization and Preformulation of Anticancer Drug-SarCNU, Int'l J. of Pharma., 249:257-264 (2002).

Ni et al., Use of Pure t-Butanol as a Solvent for Freeze-Drying: A Case Study, Int'l 1. J. of Pharma., 226:39-46 (2001).

Nuijen et al., Pharmaceutical Development of a Parenteral Lyophilized Formulation of the Novel Antitumor Agent Aplidine, PDA J. Pharmaceut. Sci. and Technol. 54(3):193-208 (May-Jun. 2000).

O'Connor, Hydrolysis and Alkylating Reactivity of Aromatic Nitrogen Mustards, J.Chem. Soc. Perkin Trans. 2, 1933-1939(1991).

Orrie M. Friedman, et al., Colorimetric Estimation of Nitrogen . . . , Analytical Chemistry, pp. 906-910.

Ozegowski et al., JMET 3393, ?-[1-Methyl-5-bis-(Beta-chloroethyl)-amino-benzimidazolyl-(2)]-butyric acid hydrochloride, a new cytostatic agent from the benzimidazole mustard gas series, 110 Zbl Pharm. 1013-1019 (1971).

"Draft Note for Guidance on Excipients, Antioxidants and Antimicrobial Preservatives in the Dossier for Application for Marketing Authorisation of Medicinal Product", EMEA, 2003, pp. 1-10.

American Heart Association, "Living With Heart Failure" (https://www.heart.org/idc/groups/heart-public/@wcm/@hcm/@gwtg/documents/downloadable/ucm_309068.pdf) (2001).

American Society of Hospital Pharmacists. ASHP Technical Assistance Bulletin on Hospital Distribution and Control. Am J. Hosp. Pharm. 1980, 37:1097-103.

Armstrong et al., Separation of Drug Stereoisomers by the Formation of . . . beta-Cyclodextrin Inclusion Complexes, Science, vol. 232, pp. 1132-1135, May 30, 1986.

Baldi et al., Statistical Procedures for Optimizing the Freeze-Drying of a Model Drug in Tert-Butyl Alcohol: Water Mixtures, Eur. J. of Pharm. & Biopharm. 40(3):138-41 (1994).

Bergsagel et al., Effect of cyclophosphamide on Advanced Lung Cancer and the Hematological Toxicity of Large, Intermittent Intravenous Doses, Canad. Med. Ass. J., 98, 532-538 (1968).

Bernard Testa, et al., Hydrolysis in Drug and Prodrug Metabolism, pp. 681-684.

Biewenga et al. "The Pharmacology of the Antioxidant Lipoic Acid," Gen. Pharmac., 1997, 29, 3, 315-331.

Boylan et al., Parenteral Products, Chapter 12 in Banker, et al., Modern Pharmaceutics, Fourth Ed. (2002).

Brigitte C. Scott, et al., Lipoic and Dihydrolipoic Acids . . . , Free Rad. Res., vol. 20, No. 2, pp. 119-133, 1994.

Broadhead, Pharmaceutical Preformulation and Formulation, Chapter 9 in "Parenteral Dosage Forms," (Interpharm) 2001.

Canadian Society of Hospital Pharmacists: Guidelines for Drug-Use Control, 2008.

Center for Drug Evaluation and Research, Andrew Dmytrijuk, FDA Medical Review for the Approval of Bendeka (2015).

*Cephalon, Inc., et al., v. Slayback Pharma Limited Liability Company*—Civil Action No. 1:17-cv-01154: Joint Status Report (Document 164), dated Oct. 19, 2018.

*Cerhalon, Inc, et al. v. Slayback Pharma Limited Liability Company*—Civil Action No. 1:17-cv-01154: Complaint (Document 1), dated Aug. 16, 2017.

*Cerhalon, Inc., et al., v. Slayback Pharma Limited Liability Company, et al.*—Civil Action No. 1:17-cv-01154: Answer to Slayback Pharma Limited Liability Company's Counterclaims (Document 56), dated Mar. 5, 2018.

US 11,872,214 B2

Page 5

(56)            References Cited

OTHER PUBLICATIONS

*Cerhalon, Inc., et al.,* v. *Slayback Pharma Limited Liability Company, et al.*—Civil Action No. 1:17-cv-01154: Joint Claim Construction Chart (Document 94), dated Jul. 24, 2018.

*Cerhalon, Inc., et al.,* v. *Slayback Pharma Limited Liability Company, et al.*—Civil Action No. 1:17-cv-01154: Answer to Apotex Inc. and Apotex Corp.'s Counterclaims (Document 22), dated Dec. 18, 2017.

*Cerhalon, Inc., et al.,* v. *Slayback Pharma Limited Liability Company, et al.*—Civil Action No. 1:17-cv-01154: Answer to Slayback Pharma Limited Liability Company's Counterclaims, dated Oct. 20, 2017.

*Cerhalon, Inc., et al.,* v. *Slayback Pharma Limited Liability Company*—Civil Action No. 1:17-cv-00154: Defendant Slayback Pharma Limited Liability Company's Answer to Complaint and Counterclaims (Document 11), dated Sep. 29, 2017.

Charles P. Carpenter, et al., A Study of the Polyethylene Glycols as Vehicles . . . , Journal of the American Pharmaceutical Association, vol. XII, No. 1.

Cheson et al., Bendamustine: Rebirth of an Old Drug, J. Clin. Oncol. 27,1492-1501 (2009).

Cheung et al., Safety and Pharmacokinetics of Bendamustine Rapid-Infusion Formulation, J. of Clinical Pharmacology 2017.00(0)1-11.

Chu et al., Common Chemotherapy Regimens in Clinical Practice, Physicians' Cancer Chemotherapy Drug Manual 2009.

Cyclobond(Registered) Handbook, A Guide to Using Cyclodextrin Bonded Phases for Chiral LC Separations, 6th ed., 2002, Advanced Separation Technologies, Inc., pp. 1-58, pp. 42-45.

Derry E. Wilman, Application of 15N Nuclear Magnetic Resonance . . . , J. Med. Chem., vol. 38, pp. 2256-2258, 1995.

E. Santacesaria, et al., Thermal Stability of Nonionic Polyoxyalkylene . . . , Journal of Applied Polymer Science, vol. 42, pp. 2053-2061, 1991.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01459: Answer to Slayback Pharma LLC's Counterclaims (Document 13), dated Oct. 31, 2018.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01459: Complaint (Document 1), dated Sep. 20, 2018.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01459: Defendant Slayback Pharma Limited Liability Company's Answer to Complaint, Additional Defenses, and Counterclaims (Document 9), dated Oct. 10, 2018.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Answer to Slayback Pharma LLC's Counterclaims (Document 12), dated Jan. 3, 2019.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Complaint (Document 1), dated Dec. 11, 2018.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Defendant Slayback Pharma Limited Liability Company's Answer to Complaint, Additional Defenses, and Counterclaims(Document 11), public version dated Dec. 20, 2018.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Eagle Pharmaceuticals' Opposition to Slayback Pharma's Motion for Judgment on the Pleadings (Document 23), redacted-public version dated Feb. 12, 2019.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Opening Brief in Support of Slayback Pharma Limited Liability Company's Motion for Judgment on the Pleadings (Document 17), public version dated Jan. 11, 2019.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Reply Brief in Further Support of Slayback Pharma Limited Liability Company's Motion for Judgment on the Pleadings (Document 27), public verison dated Mar. 1, 2019.

*Eagle Pharmaceuticals, Inc., et al.* v. *Hospira, Inc*—Civil Action No. 1:18-cv-01074: Exhibit Index—Includes Confidential Information (Document 21), public version dated Sep. 7, 2018.

*Eagle Pharmaceuticals, Inc., et al.* v. *Hospira, Inc*—Civil Action No. 1:18-cv-01074: Complaint (Document 1), dated Jul. 19, 2018.

*Eagle Pharmaceuticals, Inc., et al.* v. *Hospira, Inc*—Civil Action No. 1:18-cv-01074: Defendant Hospira, Inc's Motion to Dismiss (Document 13), dated Aug. 31, 2018.

*Eagle Pharmaceuticals, Inc., et al.* v. *Hospira, Inc*—Civil Action No. 1:18-cv-01074: Hospira's Reply Brief in Support of its Motion to Dismiss Plaintiffs' Complaint (Document 29), public version dated Nov. 26, 2018.

*Eagle Pharmaceuticals, Inc., et al.* v. *Hospira, Inc*—Civil Action No. 1:18-cv-01074: Hospira, Inc's Brief in Support of its rule 12(b)(6) Motion to Dismiss Plaintiffs' Complain (Document 20), public version dated Sep. 7, 2018.

*Eagle Pharmaceuticals, Inc., et al.* v. *Hospira, Inc*—Civil Action No. 1:18-cv-01074: Plaintiffs' Opposition to Motion to Dismiss (Document 26), redacted-public version dated Nov. 2, 2018.

EC Safety Data Sheet: Ribomustin(Registered) 2007.

Eric Watson, et al., Kinetics of Phosphoramide Mustard . . . , Journal of Pharmaceutical Sciences, vol. 74, No. 12, pp. 1283-1292, 1985.

Eugene C. Corbett, Jr., Intravenous Fluids: It's More Than Just 'Fill 'Er up!', Series #52 Practical Gastroenterology 44-60 (2007).

Excipient—Drug Interactions in Parenteral Formulations', Akers et. al., Journal of Pharmaceutical Sciences, vol. 91, issue 11, pp. 2283-2300, Nov. 2002.

Flamberg et al., Low Temperature Vacuum Drying of Sterile Parenterals From Ethanol, Bulletin of the Parenteral Drug Association, 24(5):209-17 (1970).

Floss et al., Intravenous fluids principles of treatment, Clinical Pharmacist, 3:274-283 (Oct. 2011).

Friedberg et al., Bendamustine in Patients with Rituximab-Refractory Indolent and Transformed Non-Hodgkin's Lymphoma: Results from a Phase II Multicenter, Single-Agent Study, J. Clin. Oncol., 26(2):204-210 (2008).

Fujisawa Deutschland GmbH Ribomustin(Registered) Products and Technical Specifications.

*Cephalon, Inc., et al.,* v. *Slayback Pharma Limited Liability Company, et al.,* Civil Action No. 1:17-cv-01154: Responsive Expert Report of Juergen Siepmann, Ph.D., 525 pages.

*Cephalon, Inc., et al.,* v. *Slayback Pharma Limited Liability Company, et al.,* Civil Action No. 1:17-cv-01154: Opinion, dated Apr. 27, 2020, 70 pages.

* cited by examiner

US 11,872,214 B2

1

# FORMULATIONS OF BENDAMUSTINE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of application Ser. No. 17/412,623, filed Aug. 26, 2021, which is a continuation of application Ser. No. 16/509,920, filed Jul. 12, 2019, now U.S. Pat. No. 11,103,483, which is a continuation of application Ser. No. 16/015,656, filed Jun. 22, 2018, now abandoned, which is a continuation of application Ser. No. 15/432,335, filed Feb. 14, 2017, now U.S. Pat. No. 10,010, 533, issued Jul. 3, 2018, which is a continuation of application Ser. No. 15/013,436, filed Feb. 2, 2016, now U.S. Pat. No. 9,572,797, issued Feb. 21, 2017, which is a continuation of application Ser. No. 14/031,879, filed Sep. 19, 2013, now U.S. Pat. No. 9,265,831, issued Feb. 23, 2016, which is a continuation of application Ser. No. 13/016,473, filed Jan. 28, 2011, now U.S. Pat. No. 8,609,707, issued Dec. 17, 2013, which claims the benefit of U.S. Provisional Patent Application No. 61/299,100, filed Jan. 28, 2010, the contents of each of which are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

Bendamustine free base is represented by the following structural formula (I)

(I)



Bendamustine is used in the treatment of a number of cancers including leukemias, Hodgkins disease and multiple myelomas. Bendamustine is the active ingredient of the commercial product Treanda™, a lyophilized powder for reconstitution.

Bendamustine exhibits rapid degradation upon reconstitution of the lyophilized product. Bendamustine undergoes hydrolysis by direct substitution rather than an addition elimination process due to the presence of the highly labile aliphatic chlorine atoms. Some of the main degradants of bendamustine are the monohydroxy compound known as HP1 (hydrolysis product 1) and dihydroxy compound HP2 (hydrolysis product 2). The monohydroxy compound appears as the main impurity at Relative Retention Time (RRT) 0.6 and the dihydroxy compound appears as the main impurity at RRT 0.27. Minor peaks appear at RRT 1.2, which are presently unknown.

The stability of bendamustine in water is measured in hours, and is therefore, not suitable for long-term storage in liquid form. The lyophile possesses good chemical stability. However, reconstitution of the lyophile is clinically inconvenient, taking 15-30 mins with implications of chemical instability. There is a need for ready to use (RTU) bendamustine formulations having enhanced stability.

2

## SUMMARY OF THE INVENTION

In other aspects of the invention, the bendamustine-containing compositions include a) a pharmaceutically acceptable fluid which contains one or more of propylene glycol, ethanol, polyethylene glycol, benzyl alcohol and glycofurol, and b) a stabilizing amount of a chloride salt. In other aspects of the invention, the bendamustine-containing compositions include DMSO (dimethyl sulfoxide) as part of the pharmaceutically acceptable fluid included therein. Regardless of the pharmaceutically acceptable fluid included, the amount of bendamustine included in the composition is preferably from about 20 mg/mL to about 60 mg/mL. Still further aspects of the invention include methods of treatment using bendamustine-containing compositions and kits containing the same.

One of the advantages of the inventive liquid compositions is that they have substantially improved long term stability when compared to currently available formulations. For example, the inventive bendamustine compositions are substantially free of impurities after at least about 15 months at a temperature of from about 5° C. to about 25° C. The inventive formulations are advantageously ready to use or ready for further dilution. Reconstitution of lyophilized powders is not required.

## DETAILED DESCRIPTION OF THE INVENTION

Unless defined otherwise, all technical and scientific terms used herein have the same meaning as is commonly understood by one of ordinary skill in the art to which this invention belongs. In the event that there is a plurality of definitions for a term herein, those in this section prevail unless stated otherwise.

As used herein, RRT is calculated by dividing the retention time of the peak of interest by the retention time of the main peak. Any peak with an RRT<1 elutes before the main peak, and any peak with an RRT>1 elutes after the main peak.

For purposes of the present invention, "substantially free of impurities" shall be understood to include bendamustine-containing compositions in which the amount of total impurities is less than about 5%, as calculated on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after a period of about 15 months at a temperature of from about 5° C. to about 25° C. The amount of impurities is further calculated as being based upon the original amount bendamustine (or salt thereof) being present in the composition or formulation.

For purposes of the present invention, a pharmaceutically acceptable fluid is a fluid which is suitable for pharmaceutical use.

Preferably, the amount of any individual degradant in the inventive compositions does not exceed 2% PAR as determined by HPLC at a wavelength of 223 nm after storage periods of at least about 15 months at a temperature of from about 5° C. to about 25° C. In some aspects, the amount of time the inventive compositions demonstrate long term storage stability is at least about 18 months and preferably at least about 2 years when stored under the conditions described herein.

US 11,872,214 B2

3

In accordance with one aspect of the invention there are provided long term storage stable bendamustine-containing compositions including:

a) bendamustine or a pharmaceutically acceptable salt thereof; and

b) a pharmaceutically acceptable fluid including
    i) PEG, PG or mixtures thereof; and
    ii) a stabilizing amount of an antioxidant.

The total impurities in the inventive compositions resulting from the degradation of the bendamustine in the compositions is less than about 5% PAR as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of from about 5° C. to about 25° C., and thus have long term stability for at least the same period of time or longer. Preferably, the bendamustine-containing compositions demonstrate long term storage stability for at least about 2 years, especially when stored at the lower (refrigerated) temperatures. In one embodiment, the amount of total impurities in the inventive compositions resulting from the degradation of the bendamustine is less than about 3% PAR as determined by HPLC at a wavelength of 223 nm after at least about 2 years at a temperature of from about 5° C. to about 25° C.

In some aspects of the invention, the bendamustine concentration in the inventive compositions is from about 10 mg/mL to about 100 mg/mL, preferably 20 mg/mL to about 60 mg/mL. Preferably the bendamustine concentration in the inventive compositions is from about 25 mg/mL to about 50 mg/mL, and more preferably from about 30 mg/mL to about 50 mg/mL. It will be understood that compositions containing any useful concentration within the ranges, i.e. 10, 20, 25, 30, 35, 40, 45, 50, 55, 60 . . . 100 are contemplated. In other embodiments, the bendamustine concentration in the composition is about 50 mg/mL. In alternative aspects, the amount of bendamustine is outside these ranges but the amounts will be sufficient for single or multiple administrations of dosages generally regarded as effective amounts.

In several embodiments of the invention, pharmaceutically acceptable fluid is non-aqueous and may be, but is not necessarily, a solvent for the bendamustine or salt thereof. Within this aspect, the pharmaceutically acceptable fluid is propylene glycol (PG) or polyethylene glycol (PEG). In other embodiments of the invention however, the pharmaceutically acceptable fluid is a mixture of PEG and PG. For example, the pharmaceutically acceptable fluid can include about 50% PEG and about 50% PG. Alternatively, pharmaceutically acceptable fluid includes about 95% PEG and about 5% PG. The amount of PEG and PG can also be varied within the ranges, i.e. the ratio of PEG:PG in the pharmaceutically acceptable fluid can range from about 95:5 to about 50:50. Within this range, is a pharmaceutically acceptable fluid containing about 75% PEG and about 25% PG, and preferably 80% PEG and 20% PG. In another embodiment, a pharmaceutically acceptable fluid can include about 85% PEG and about 15% PG while another preferred pharmaceutically acceptable fluid includes about 90% PEG and about 10% PG. The molecular weight of the PEG will be within the range of pharmaceutically acceptable weights although PEG 400 is preferred in many aspects of the invention.

Without meaning to be bound by any theory or hypothesis, the hydroxide of the polyethylene glycol molecule is less reactive than the hydroxides of propylene glycol. As a result, the ester forms at a slower rate in polyethylene glycol than propylene glycol and the resulting bendamustine degradants are unexpectedly and substantially reduced over

4

extended periods of time when PEG is a substantial part of the pharmaceutically acceptable fluid.

The bendamustine-containing compositions according to several preferred aspects of the invention include a stabilizing amount of an antioxidant. For purposes of the present invention, "stabilizing amount" shall be understood to include those amounts which increase or enhance the stability of the bendamustine in the compositions described herein. The presence of one or more antioxidants described herein thus contributes, at least in part to the long term stability of the composition. Within this guideline, suitable antioxidant concentrations can range from about 2.5 mg/mL to about 35 mg/mL, and preferably from about 5 mg/mL to about 20 mg/mL or from about 10 mg/mL to about 15 mg/mL. In some other embodiments, the concentration of the antioxidant in the bendamustine-containing composition is about 5 mg/mL.

Suitable antioxidants for inclusion include those which are pharmaceutically acceptable for use in human and veterinary formulations although not limited to those currently regarded as safe by any regulatory authority. For example, the antioxidant can be selected from among lipoic acid, thioglycerol (also known as monothioglycerol) and analogs thereof, propyl gallate, methionine, cysteine, metabisulfites, sodium formaldehyde sulfoxylate, phenol-containing aromatic and aliphatic compounds, dihydrolipoic acid and mixtures of the foregoing. Preferably, the antioxidant is thioglycerol, lipoic acid or a mixture thereof. Some particularly preferred embodiments of the invention include thioglycerol.

In view of the foregoing, some preferred long term storage stable bendamustine-containing compositions in accordance with the invention compositions include:

I. a) bendamustine or a pharmaceutically acceptable salt thereof; and

b) a pharmaceutically acceptable fluid including
    i) polyethylene glycol and propylene glycol; and
    ii) a stabilizing amount of thioglycerol; or

II. a) about 50 mg/mL bendamustine or a pharmaceutically acceptable salt thereof; and

b) a pharmaceutically acceptable fluid including
    i) about 90% PEG and about 10% PG; and
    ii) about 2.5 mg/mL thioglycerol.

Each of these compositions have the same stability profiles already described, i.e. having less than about 5% total impurities, PAR as determined by HPLC at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

In accordance with other aspects of the invention, there are provided long term storage stable bendamustine-containing compositions, including:

a) bendamustine or a pharmaceutically acceptable salt thereof;

b) a pharmaceutically acceptable fluid including one or more of the following: PG, ethanol, PEG, benzyl alcohol and glycofurol; and

c) a stabilizing amount of a chloride salt.

These compositions also have the low levels of impurities and long term stability mentioned herein. Preferred pharmaceutically acceptable fluids include PG, PEG or ethanol in this embodiment of the invention. Preferably, the PEG is PEG 400. If desired, glycerin and/or 88% (w/w) lactic acid can be added to the pharmaceutically acceptable fluid.

Suitable chloride salts include but are not limited to organic chloride salts, sodium chloride, choline chloride, hydrochloride salts of amino acids and mixtures thereof. Thus, as will be appreciated by those of ordinary skill, one

US 11,872,214 B2

5

can select from among a number of suitable chloride salts and it is Applicants' intention that the scope of the invention includes all such chloride salts that are capable of being included in bendamustine-containing formulations for extended periods without having a deleterious effect on the drug. In one embodiment of the invention, the chloride salt concentration is from about 10 to about 300 mg/mL. In another embodiment, the chloride salt concentration is from about 50 to about 215 mg/mL. In one preferred embodiment, the chloride salt concentration is about 215 mg/mL.

In accordance with another aspect of the invention, there is provided long term storage stable bendamustine-containing compositions, including:

    a) bendamustine or a pharmaceutically acceptable salt thereof; and

    b) a pharmaceutically acceptable fluid including DMSO.

These compositions also have the low levels of impurities and long term stability mentioned herein. In some aspects, the bendamustine concentration in these compositions is from about 10 mg/mL to about 100 mg/mL. Preferably, the bendamustine concentration is from about 20 mg/mL to about 50 mg/mL, more preferably from about 25 mg/mL to about 50 mg/mL. In an alternative embodiment, the bendamustine concentration is about 50 mg/mL.

Another embodiment of the invention provides methods of treating cancer in mammals. The methods include administering to a mammal in need thereof an effective amount of one of the bendamustine-containing compositions described herein. Since the active ingredient portion of the inventive composition is an FDA-approved drug, those of ordinary skill will recognize that the doses of bendamustine employed in this aspect of the invention will be similar to those employed in any treatment regimens designed for bendamustine as marketed under the trade name TRE-ANDA. The patient package insert containing dosing information is incorporated herein by reference. The methods of treatment also include administering the inventive formulations for any purpose or physical condition for which bendamustine has been indicated as being useful.

Another embodiment of the invention includes methods of preparing bendamustine-containing compositions described herein. The methods include reconstituting lyophilized bendamustine in a pharmaceutically acceptable fluid containing one of the following:

    A) i) PEG, PG or mixtures thereof; and

        ii) a stabilizing amount of an antioxidant;

    B) i) one or more of PG, ethanol, PEG, benzyl alcohol and glycofurol; and

        ii) a stabilizing amount of a chloride salt; or

    C) DMSO.

The steps are carried out under pharmaceutically acceptable conditions for sterility and manufacturing.

In a further aspect of the invention, there are provided methods of controlling or preventing the formation of impurities in bendamustine-containing compositions during long term storage. The methods include combining an amount of bendamustine or a pharmaceutically acceptable salt thereof with a sufficient amount of a pharmaceutically acceptable fluid containing one of the following:

    A) i) PEG, PG or mixtures thereof; and

        ii) a stabilizing amount of an antioxidant;

    B) i) one or more of PG, ethanol, PEG, glycofurol and benzyl alcohol; and

        ii) a stabilizing amount of a chloride salt; or

    C) DMSO.

Further optional steps in accordance therewith include transferring one or more pharmaceutically acceptable doses

6

of the formulations into a suitable sealable container and storing the sealed container at a temperature of from about 5° C. to about 25° C. As a result of carrying out these steps, it is possible to control or substantially prevent the formation of impurities which otherwise occur with bendamustine-containing compositions during long term storage so that the artisan is provided with bendamustine-containing formulations having less than about 5% total impurities PAR as determined by HPLC at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

The compositions of the present invention can be packaged in any suitable sterile vial or container fit for the sterile storage of a pharmaceutical such as bendamustine. Suitable containers can be glass vials, polypropylene or polyethylene vials or other special purpose containers and be of a size sufficient to hold one or more doses of bendamustine.

A further aspect of the invention includes kits containing lyophilized bendamustine or a pharmaceutically acceptable salt thereof in a first container or vial; and, in a second container, a sufficient amount of a pharmaceutically acceptable fluid such as those described herein, i.e. one of the following:

    A) i) PEG, PG or mixtures thereof; and

        ii) a stabilizing amount of an antioxidant;

    B) i) one or more of PG, ethanol, PEG, glycofurol and benzyl alcohol; and

        ii) a stabilizing amount of a chloride salt; or

    C) DMSO.

For purposes of this embodiment, the amount of fluid which is sufficient is an amount which allows the bendamustine to be dissolved or dispersed to a degree which renders the liquid composition ready for use.

As will be appreciated by those of ordinary skill, the kit will contain other pharmaceutically necessary materials for storing and/or administering the drug, including instructions for storage and use, additional diluents, if desired, etc.

EXAMPLES

The following examples serve to provide further appreciation of the invention but are not meant in any way to restrict the effective scope of the invention.

Example 1

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 10 mg/ml in one of ethanol, propylene glycol and benzyl alcohol as indicated in Table 1 below. 215 mg/ml of choline chloride was added in half of the samples as a source of soluble chloride ions. The samples were maintained at 40° C. and analyzed periodically for drug content and total impurities. The results obtained are presented in Table 1.

TABLE 1

| Stability of Bendamustine HCl | | | | |
| --- | --- | --- | --- | --- |
| Formulation | Temp | Time | BDM mg/ml | % Total Impurities |
| BDM - 10 mg/mL Choline chloride - 215 mg/mL | | Initial | 10.43 | 0.27 |
| | 40° C. | 48 hrs | 10.48 | 1.27 |
| | | 7 day | 10.26 | 2.11 |
| BDM - 10 mg/mL Ethanol qs to 1 mL | | Initial | 10.55 | 0.27 |
| | 40° C. | 48 hrs | 10.30 | 2.39 |
| | | 7 day | 9.55 | 6.66 |

US 11,872,214 B2

7

TABLE 1-continued

| Stability of Bendamustine HCl | | | | |
|---|---|---|---|---|
| Formulation | Temp | Time | BDM mg/ml | % Total Impurities |
| BDM - 10 mg/mL | | Initial | 9.99 | 0.21 |
| Choline chloride - 215 mg/mL | 40° C. | 48 hrs | 9.95 | 0.60 |
| Propylene glycol qs to 1 mL | | 7 day | 9.43 | 2.31 |
| BDM - 10 mg/mL | | Initial | 9.68 | 0.21 |
| Propylene glycol qs to 1 mL | 40° C. | 48 hrs | 9.45 | 0.88 |
| | | 7 day | 9.00 | 3.44 |
| BDM - 10 mg/mL | | Initial | 9.95 | 1.19 |
| Choline Chloride - 215 mg/mL | 40° C. | 48 hrs | 9.89 | 3.51 |
| Benzyl alcohol qs to 1 mL | | 7 day | 8.97 | 4.24 |
| BDM - 10 mg/mL | | Initial | 9.52 | 0.33 |
| Benzyl alcohol qs to 1 mL | 40° C. | 48 hrs | 8.67 | 4.18 |
| | | 7 day | 7.49 | 7.84 |

Note:
In Table 1 the total % impurities include total contributions from peaks at various RRTs.

As shown in Table 1, the bendamustine formulations are very stable in solutions containing solvent and chloride salt. Table 1 shows that bendamustine, when dissolved at a concentration of about 10 mg/mL, in a pharmaceutically acceptable fluid, such as ethanol and propylene glycol, and containing a stabilizing amount of a chloride salt, such as choline chloride, had less than about 5% after at least 7 days storage at 40° C.

The data presented in Table 1 translates to bendamustine-containing compositions including a pharmaceutically acceptable fluid and a stabilizing amount of a chloride salt having a shelf life of at least about 15 months at 5° C. and 25° C.

The sample including ethanol alone exhibited more than 6.5 total degradants after 7 days storage at 40° C. The sample including benzyl alcohol alone exhibited more than 7.5% total degradants after 7 days storage at 40° C. Bendamustine-containing compositions with such high levels of degradation would not be suitable for long-term storage.

Example 2

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 10 mg/ml in DMSO. The samples were maintained at 40° C. and analyzed periodically for drug content and impurity profile. The results obtained are presented in Table 2.

TABLE 2

| Stability of Bendamustine HCl in DMSO | | | | |
|---|---|---|---|---|
| Formulation | Temp | Time | Content (mg/mL) | % Total Imp |
| BDM - 10 mg/mL | | Initial | 10.2 | 0.23 |
| DMSO qs to 1 mL | 40° C. | 48 hrs | 9.80 | 0.30 |
| | | 1 week | 10.0 | 0.56 |

Note:
In Table 2 the total % impurities include total contributions from peaks at various RRTs

8

Table 2 shows that bendamustine, when dissolved in DMSO, had substantially no increase in total degradants. The data presented in Table 2 translates to bendamustine-containing compositions including DMSO having a shelf life of at least about 15 months at 5° C. and 25° C. In fact, such compositions are expected to have long term stability for periods beyond 15 months, i.e. up to 2 years or greater.

Example 3

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 20 mg/ml in polyethylene glycol 400 and 5 mg/ml of lipoic acid was added as a stabilizing antioxidant as indicated in Table 3 below. The samples were maintained at 40° C. or 25° C. and analyzed after 15 days for drug content and impurities. The results obtained are presented in Table 3.

TABLE 3

| Stability of Bendamustine (20 mg/ml) in PEG 400 and Antioxidants | | | | | |
|---|---|---|---|---|---|
| Antioxidant | T ° C. | Time days | % Initial | % Imp RRT 0.58 | % Total Imps |
| None | 25 | 15 | 97.6 | 2.08 | 2.28 |
| | 40 | 15 | 56.3 | 2.17 | 41.9 |
| Lipoic Acid | 25 | 15 | 98.5 | <LD | 0.23 |
| 5 mg/ml | 40 | 15 | 97.5 | 0.33 | 0.53 |

<LD = Below Level of Detection

As shown in Table 3, bendamustine, when dissolved in a pharmaceutically acceptable fluid, such as polyethylene glycol, in the presence of a stabilizing amount of an antioxidant, such as lipoic acid, had substantially no increase in total degradants after a period of 15 days. The data presented in Table 3 translates to bendamustine-containing compositions including a pharmaceutically acceptable fluid and a stabilizing amount of an antioxidant having a shelf life of at least about 15 months at 5° C. and 25° C.

The sample including PEG alone, on the other hand, which did not contain an antioxidant, did not exhibit stabilizing effects at 40° C. This sample had more than 40% more total impurities than the sample including lipoic acid. Bendamustine-containing compositions with such high levels of total impurities would not be suitable for long-term storage.

Example 4

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 50 mg/ml in 90% polyethylene glycol 400 and 10% propylene glycol. 5 mg/ml of thioglycerol, α-lipoic acid or dihydrolipoic acid was added as a stabilizing antioxidant as indicated in Table 4 below. The samples were maintained at 40° C. and analyzed after 15 days or one month for drug content and impurity profile as indicated in Table 4 below. The results obtained are presented in Table 4.

US 11,872,214 B2

9

### TABLE 4

Stability of Bendamustine (50 mg/ml) in 90% PEG 400, 10% Propylene Glycol and Antioxidant

| Antioxidant | T (° C.) | Time | Content (mg/mL) | % Initial | % Impurities RRT HP1 0.59 | PG ester 1.10 | % Total Imps |
|---|---|---|---|---|---|---|---|
| Thioglycerol | 40 | initial | 48.8 | 100 | <LD | <LD | 0 |
| | 40 | 1 month | 48.5 | 99.4 | 0.06 | 0.20 | 0.71 |
| α-lipoic acid | 40 | initial | 49 | 100 | <LD | <LD | 0 |
| | 40 | 15 days | 48.8 | 99.6 | 0.19 | 0.13 | 0.32 |
| | 40 | 1 month | 48.7 | 99.4 | 0.34 | 0.26 | 0.79 |

### TABLE 4-continued

Stability of Bendamustine (50 mg/ml) in 90% PEG 400, 10% Propylene Glycol and Antioxidant

| Antioxidant | T (° C.) | Time | Content (mg/mL) | % Initial | % Impurities RRT HP1 0.59 | PG ester 1.10 | % Total Imps |
|---|---|---|---|---|---|---|---|
| Dihydrolipoic acid | 40 | initial | 49.3 | 100 | <LD | <LD | 0 |
| | 40 | 1 month | 47.7 | 97.4 | 0.63 | 0.12 | 1.84 |

<LD = Below Level of Detection

As shown in Table 4, bendamustine, when dissolved in a pharmaceutically acceptable fluid, such as a combination of polyethylene glycol and propylene glycol, in the presence of a stabilizing amount of an antioxidant, such as thioglycerol, α-lipoic acid or dihydrolipoic acid, had substantially no increase in total degradants after a period of 1 month. This data supports the position that bendamustine-containing

10

compositions according to the invention have a shelf life of at least about 2 years when stored at temperatures between 5° C. and 25° C.

### Example 5

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 50 mg/ml in a mixture of polyethylene glycol 400 and propylene glycol as indicated in Table 5 below. 5 mg/ml of lipoic acid was added as a stabilizing antioxidant. The samples were maintained at 40° C., 25° C. and 5° C. and analyzed after 1 week, 15 days or one month for drug content and impurity profile as indicated in Table 5 below. The results obtained are presented in Table 5.

### TABLE 5

Stability of Bendamustine (50 mg/ml) and Lipoic Acid (5 mg/ml) in PEG400 and Propylene glycol

| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | % Area of degradants HP1 0.58 | PG ester 1.10 | PG ester 1.13 | % Total Imp. |
|---|---|---|---|---|---|---|---|---|
| BDM— | Initial | | 49.6 | 100 | BDL | BDL | BDL | 0.18 |
| 50 mg/mL | 40° C. | 1 W | 49.0 | 98.8 | 0.05 | 0.13 | BDL | 0.38 |
| Lipoic acid— | | 15 d | 48.3 | 97.4 | 0.08 | 0.26 | BDL | 0.55 |
| 5 mg/mL | | 1 M | 48.0 | 96.8 | 0.11 | 0.43 | 0.13 | 1.03 |
| PEG | 25° C. | 15 d | 49.6 | 100.0 | BDL | 0.10 | BDL | 0.30 |
| 400:PG | | 1 M | 48.4 | 97.6 | 0.05 | 0.19 | BDL | 0.43 |
| (75:25) qs to 1 mL | 5° C. | 1 M | 49.6 | 100.0 | BDL | 0.07 | BDL | 0.27 |
| BDM— | Initial | | 50.2 | 100 | BDL | BDL | BDL | 0.21 |
| 50 mg/mL | 40° C. | 1 W | 49.9 | 99.4 | BDL | 0.15 | BDL | 0.30 |
| Lipoic acid— | | 15 d | 49.1 | 97.8 | 0.06 | 0.35 | BDL | 0.73 |
| 5 mg/mL | | 1 M | 49.0 | 97.6 | 0.09 | 0.90 | 0.25 | 1.82 |
| PEG | 25° C. | 15 d | 49.9 | 99.4 | BDL | 0.12 | BDL | 0.32 |
| 400:PG | | 1 M | 49.7 | 99.0 | BDL | 0.25 | BDL | 0.59 |
| (50:50) qs to 1 mL | 5° C. | 1 M | 50.0 | 99.6 | BDL | 0.11 | BDL | 0.33 |
| BDM— | Initial | | 50.8 | 100 | BDL | BDL | BDL | 0.21 |
| 50 mg/mL | 40° C. | 1 W | 50.4 | 99.2 | BDL | 0.11 | BDL | 0.30 |
| Lipoic acid— | | 15 d | 49.7 | 97.8 | 0.07 | 0.17 | BDL | 0.43 |
| 5 mg/mL | | 1 M | 49.7 | 97.8 | 0.13 | 0.27 | 0.09 | 0.84 |
| PEG | 25° C. | 15 d | 50.8 | 100.0 | BDL | 0.10 | BDL | 0.26 |
| 400:PG | | 1 M | 50.8 | 100.0 | 0.05 | 0.14 | BDL | 0.39 |
| (90:10) qs to 1 mL | 5° C. | 1 M | 50.8 | 100.0 | BDL | 0.06 | BDL | 0.34 |

BDL = Below Detectable Limit

As shown in Table 5, bendamustine, when dissolved in certain mixtures of polyethylene glycol and propylene glycol and a stabilizing amount of lipoic acid, had substantially no increase in total degradants after a period of 1 month. The data presented in Table 5 translates to bendamustine-containing compositions having a shelf life of at least about 2 years when stored at temperatures between 5° C. and at 25° C.

### Example 6

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 50 mg/ml in 90% polyethylene glycol 400 and 10% propylene glycol and α-lipoic acid was added as a stabilizing antioxidant as indicated in Table 6 below. The samples were maintained at 40° C., 25° C. and 5° C. and analyzed for drug content and impurity profile as indicated in Table 6 below. The results obtained are presented in Table 6.

US 11,872,214 B2

**11**                                                           **12**

TABLE 6

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stability of Bendamustine in 90% PEG 400, 10% PG and α-lipoic acid | | | | | | | | | | | | | | |
| | | Time | Amt. | % of | | | | % Area of degradants | | | | | % Total |
| Formulation | Temp | Per. | mg/ml | Initial | 0.59 | 1.10 | 1.13 | 1.15 | 1.17 | 1.20 | 1.22 | 1.30 | Imp. |
| BDM— | Initial | | 51.0 | 100 | 0.20 | 0.06 | <LD | <LD | <LD | <LD | <LD | <LD | 0.26 |
| 50 mg/mL | 40° C. | 1 M | 50.5 | 99.0 | 0.21 | 0.31 | 0.13 | 0.07 | 0.13 | 0.10 | <LD | <LD | 0.95 |
| α-lipoic | | 2 M | 49.7 | 97.5 | 0.22 | 0.71 | 0.28 | 0.14 | 0.12 | 0.21 | 0.12 | <LD | 2.02 |
| acid— | | 3 M | 48.7 | 95.5 | 0.22 | 1.01 | 0.45 | 0.21 | 0.14 | 0.37 | 0.16 | 0.05 | 2.96 |
| 10 mg/ml | 25° C. | 3 M | 50.5 | 99.0 | 0.20 | 0.36 | 0.07 | <LD | <LD | 0.10 | <LD | <LD | 0.73 |
| PEG | | 6 M | 50.4 | 98.8 | 0.22 | 0.60 | 0.17 | 0.06 | 0.06 | 0.09 | 0.10 | 0.08 | 1.44 |
| 400:PG | 5° C. | 6 M | 50.9 | 99.8 | 0.16 | 0.05 | <LD | <LD | <LD | <LD | <LD | <LD | 0.21 |
| (90:10) qs | | 12 M | 50.6 | 99.2 | 0.20 | 0.18 | <LD | <LD | <LD | <LD | <LD | <LD | 0.38 |
| to 1 ml | | | | | | | | | | | | | |
| BDM— | Initial | | 50.3 | 100 | 0.18 | <LD | <LD | <LD | <LD | <LD | <LD | <LD | 0.18 |
| 50 mg/mL | 40° C. | 1 M | 50.0 | 99.4 | 0.19 | 0.32 | 0.08 | 0.06 | 0.08 | 0.06 | 0.06 | <LD | 0.85 |
| α-lipoic | | 2 M | 49.8 | 99.0 | 0.19 | 0.65 | 0.21 | 0.12 | 0.13 | 0.23 | 0.14 | 0.06 | 1.85 |
| acid— | | 3 M | 49.5 | 98.4 | 0.15 | 0.89 | 0.37 | 0.17 | 0.13 | 0.32 | 0.10 | <LD | 2.40 |
| 15 mg/ml | | 6 M | 47.0 | 93.4 | 0.20 | 1.76 | 0.66 | 0.19 | 0.31 | 0.47 | 0.33 | 0.17 | 4.93 |
| PEG | 25° C. | 3 M | 50.0 | 99.4 | 0.20 | 0.35 | 0.08 | <LD | <LD | 0.13 | 0.11 | <LD | 0.79 |
| 400:PG | | 6 M | 49.5 | 98.4 | 0.19 | 0.58 | 0.15 | 0.06 | 0.07 | 0.09 | 0.08 | 0.10 | 1.38 |
| (90:10) qs | 5° C. | 6 M | 50.3 | 100 | 0.17 | 0.15 | <LD | <LD | <LD | <LD | <LD | <LD | 0.23 |
| to 1 mL | | 12 M | 50.2 | 99.8 | 0.19 | 0.15 | <LD | <LD | <LD | <LD | <LD | <LD | 0.34 |

<LD = Below Level of Detection

The data reported in Table 6 along with the data in Table 5 demonstrates that bendamustine solutions are stable when dissolved in mixtures of PEG and PG and 5-15 mg/mL α-lipoic acid. As shown in Table 6, bendamustine, when dissolved in combinations of polyethylene glycol and propylene glycol, in the presence of a stabilizing amount of lipoic acid, had less than 3% increase in total degradants after a period of 3 months at 40° C. Additionally, the compounds had substantially no increase in total degradants after a period of 6-12 months at 5° C. and 25° C. The data corresponds to bendamustine solutions being stable under ambient or refrigerated storage conditions for well in excess of 2 years, and thus long term stable.

Example 7

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 50 mg/ml in 90% polyethylene glycol 400 and 10% propylene glycol. 2.5 mg/ml of thioglycerol was added as an antioxidizing agent. The samples were maintained at 40° C. and 25° C. and analyzed for drug content and impurity profile as indicated in Table 7 below. The results obtained are presented in Table 7.

TABLE 7

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stability of Bendamustine in 90% PEG 400, 10% PG and Thioglycerol | | | | | | | | | | | | | | |
| | | Time | Amt | % of | | | | RRTs of degradants | | | | | % Total |
| Formulation | Temp | Per. | mg/ml | Initial | 0.15 | 0.37 | 1.10 | 1.13 | 1.15 | 1.17 | 1.18 | 1.20 | 1.22 | Imp. |
| BDM— | Initial | | 50.3 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 |
| 50 mg/mL | 40° C. | 15 d | 50.2 | 99.8 | BDL | BDL | BDL | 0.18 | BDL | BDL | BDL | 0.05 | 0.08 | 0.31 |
| Thio | | 1 M | 49.9 | 99.2 | BDL | 0.12 | 0.32 | 0.07 | BDL | BDL | 0.09 | 0.08 | BDL | 0.75 |
| glycerol | | 2 M | 49.1 | 97.6 | BDL | 0.18 | 0.56 | 0.24 | 0.09 | 0.17 | 0.19 | 0.12 | 0.11 | 1.76 |
| 2.5 mg/mL | | 3 M | 48.8 | 97.0 | BDL | 0.23 | 0.85 | 0.34 | 0.16 | 0.30 | 0.34 | 0.29 | 0.19 | 2.94 |
| PEG | 25° C. | 3 M | 49.9 | 99.2 | 0.06 | 0.12 | 0.23 | 0.07 | BDL | 0.06 | 0.07 | 0.06 | BDL | 0.67 |
| 400:PG | | 6 M | 49.3 | 98.0 | BDL | 0.23 | 0.53 | 0.22 | 0.11 | BDL | 0.21 | 0.22 | 0.20 | 2.07 |
| (90:10) qs | | | | | | | | | | | | | | |
| to 1 mL | | | | | | | | | | | | | | |

BDL = Below Detectable Limit

US 11,872,214 B2

13

The stability is similar to that of α-lipoic acid samples in Example 6 above. As shown in Table 7, bendamustine, when dissolved in a combination of polyethylene glycol and propylene glycol, and a stabilizing amount of thioglycerol, had less than 3% increase in total degradants after a period of 3 months at 40° C. Additionally, the same compounds had substantially no increase in total degradants after a period of 6 months at 25° C. The data reported supports the conclusion that these bendamustine solutions are stable under ambient or refrigerated storage conditions for about 2 years.

Example 8

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 50 mg/ml in 85% PEG 400 and 15% PG in the presence of 5 mg/ml of thioglycerol. The samples were maintained at 40° C. and 25° C. and analyzed for drug content and impurity profile as indicated in Table 8 below. The results obtained are presented in Table 8.

TABLE 8

Stability of Bendamustine in 85% PEG 400, 15% PG and Thioglycerol

| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | % Total Imp. |
|---|---|---|---|---|---|
| BDM - 50 mg/mL | | Initial | 51.5 | 100 | 0.12 |
| Thioglycerol - 5 mg/mL | 40° C. | 1 M | 50.4 | 97.9 | 1.18 |
| PEG 400:PG (85:15) qs | 25° C. | 1 M | 51.4 | 99.8 | 0.41 |
| to 1 mL | | 3 M | 50.4 | 97.9 | 1.21 |
| | 5° C. | 3 M | 51.0 | 99.0 | 0.26 |

The stability is similar to that of thioglycerol samples in Example 7 above. As reported in Table 8, total impurities did not exceed 2% at 40° C. or 25° C. storage over one month, or at 25° C. and 5° C. storage after three months. The data reported in Table 8 supports the conclusion that these bendamustine solutions are stable under ambient or refrigerated storage conditions for at least about 2 years if not longer.

14

We claim:

1. A sterile vial containing a liquid bendamustine-containing composition comprising
   about 100 mg of bendamustine, or a pharmaceutically acceptable salt thereof, wherein the bendamustine concentration in the composition is from about 25 mg/mL;
   a pharmaceutically acceptable fluid consisting of polyethylene glycol and optionally one or more of propylene glycol, ethanol, benzyl alcohol and glycofurol; and
   a stabilizing amount of an antioxidant,
   wherein the total impurities resulting from the degradation of the bendamustine is less than about 5% peak area response, as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of about 5° C. to about 25° C.

2. The sterile vial of claim 1, wherein the antioxidant is monothioglycerol.

3. The sterile vial of claim 1, wherein the antioxidant is monothioglycerol in a concentration of about 5 mg/mL.

4. The composition of claim 1, wherein the composition is stable for at least about 15 months at 5° C. or for at least about 15 months at 25° C.

5. The sterile vial of claim 1, wherein the liquid bendamustine-containing composition further comprises ethanol.

6. A liquid bendamustine-containing composition comprising
   100 mg of bendamustine, or a pharmaceutically acceptable salt thereof, and a stabilizing amount of an antioxidant, in a pharmaceutically acceptable fluid;
   wherein the pharmaceutically acceptable fluid consists of polyethylene glycol and optionally one or more of propylene glycol, ethanol, benzyl alcohol and glycofurol; and
   wherein the bendamustine concentration in the pharmaceutically acceptable fluid is from about 25 mg/mL,
   wherein the total impurities resulting from the degradation of the bendamustine is less than about 5% peak area response, as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of about 5° C. to about 25° C.

7. The composition of claim 6, wherein the antioxidant is monothioglycerol.

8. The composition of claim 6, wherein the antioxidant is monothioglycerol in a concentration of about 5 mg/mL.

9. The composition of claim 6, further comprising ethanol.

*   *   *   *   *

# EXHIBIT 5

US011844783B2

(12) **United States Patent** (10) **Patent No.: US 11,844,783 B2**
Palepu et al. (45) **Date of Patent: *Dec. 19, 2023**

(54) **FORMULATIONS OF BENDAMUSTINE**

(71) Applicant: **Eagle Pharmaceuticals, Inc.**, Woodcliff Lake, NJ (US)

(72) Inventors: **Nagesh R. Palepu**, Southampton, PA (US); **Philip Christopher Buxton**, Uxbridge (GB)

(73) Assignee: **Eagle Pharmaceuticals, Inc.**, Woodcliff Lake, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **18/081,238**

(22) Filed: **Dec. 14, 2022**

(65) **Prior Publication Data**

US 2023/0115164 A1 Apr. 13, 2023

**Related U.S. Application Data**

(63) Continuation of application No. 17/412,623, filed on Aug. 26, 2021, which is a continuation of application No. 16/509,920, filed on Jul. 12, 2019, now Pat. No. 11,103,483, which is a continuation of application No. 16/015,656, filed on Jun. 22, 2018, now abandoned, which is a continuation of application No. 15/432,335, filed on Feb. 14, 2017, now Pat. No. 10,010,533, which is a continuation of application No. 15/013,436, filed on Feb. 2, 2016, now Pat. No. 9,572,797, which is a continuation of application No. 14/031,879, filed on Sep. 19, 2013, now Pat. No. 9,265,831, which is a continuation of application No. 13/016,473, filed on Jan. 28, 2011, now Pat. No. 8,609,707.

(60) Provisional application No. 61/299,100, filed on Jan. 28, 2010.

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 47/10* | (2017.01) |
| *A61K 47/18* | (2017.01) |
| *A61K 9/08* | (2006.01) |
| *A61P 35/00* | (2006.01) |
| *A61K 31/4184* | (2006.01) |
| *A61K 47/20* | (2006.01) |
| *A61K 47/12* | (2006.01) |
| *A61K 47/22* | (2006.01) |
| *A61K 9/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ *A61K 31/4184* (2013.01); *A61K 9/08* (2013.01); *A61K 47/10* (2013.01); *A61K 47/12* (2013.01); *A61K 47/18* (2013.01); *A61K 47/20* (2013.01); *A61K 47/22* (2013.01); *A61K 9/0019* (2013.01)

(58) **Field of Classification Search**
CPC ...... A61K 31/4184; A61K 9/08; A61K 47/10; A61K 47/12; A61K 47/18; A61K 47/20; A61K 47/22; A61K 9/0019
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,071,620 | A | 1/1978 | Sklar |
| 4,711,906 | A | 12/1987 | Von et al. |
| 4,879,286 | A | 11/1989 | Alam et al. |
| 5,204,335 | A | 4/1993 | Sauerbier et al. |
| 5,223,515 | A | 6/1993 | Mikura et al. |
| 5,741,523 | A | 4/1998 | Tesgarden et al. |
| 7,252,799 | B2 | 8/2007 | Miekka et al. |
| 7,772,274 | B1 | 8/2010 | Palepu |
| 8,076,366 | B2 | 12/2011 | Courvoisier et al. |
| 8,344,006 | B2 | 1/2013 | Drager et al. |
| 8,389,558 | B2 | 3/2013 | Alakhov et al. |
| 8,609,707 | B2 | 12/2013 | Palepu et al. |
| 8,791,270 | B2 | 7/2014 | Brittain et al. |
| 9,000,021 | B2 | 4/2015 | Sundaram et al. |
| 9,034,908 | B2 | 5/2015 | Sundaram |
| 9,144,568 | B1 | 9/2015 | Sundaram |
| 9,265,831 | B2 | 2/2016 | Palepu et al. |
| 9,572,796 | B2 | 2/2017 | Palepu et al. |
| 9,572,797 | B2 | 2/2017 | Palepu et al. |
| 9,572,887 | B2 | 2/2017 | Sundaram |
| 9,572,888 | B2 | 2/2017 | Sundaram |
| 9,579,384 | B2 | 2/2017 | Sundaram et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1850048 A | 10/2006 |
| CN | 101584668 A | 11/2009 |

(Continued)

OTHER PUBLICATIONS

Kumar et al. (AAPS PharmSciTech 2006;7(3):E1-E7) (Year: 2006).*

*Primary Examiner* — Ernst V Arnold
(74) *Attorney, Agent, or Firm* — BakerHostetler

(57) **ABSTRACT**

Long term storage stable bendamustine-containing compositions are disclosed. The compositions can include bendamustine or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable fluid which can include in some embodiments PEG, PG or mixtures thereof and an antioxidant or chloride ion source. The bendamustine-containing compositions have less than about 5% total impurities, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

**14 Claims, No Drawings**

## US 11,844,783 B2

Page 2

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 9,597,397 B2 | 3/2017 | Sundaram | |
| 9,597,398 B2 | 3/2017 | Sundaram | |
| 9,597,399 B2 | 3/2017 | Sundaram | |
| 10,010,533 B2 | 7/2018 | Palepu et al. | |
| 11,707,450 B1 * | 7/2023 | Chinnari | A61K 47/10 |
| | | | 514/394 |
| 2002/0102215 A1 | 8/2002 | Klaveness et al. | |
| 2002/0122768 A1 | 9/2002 | Liu et al. | |
| 2004/0014964 A1 | 1/2004 | Cheesman et al. | |
| 2004/0043069 A1 | 3/2004 | Vanderbist et al. | |
| 2005/0025702 A1 | 2/2005 | Decicco et al. | |
| 2005/0042285 A1 | 2/2005 | Ukai et al. | |
| 2006/0035945 A1 | 2/2006 | Attardo et al. | |
| 2006/0128777 A1 | 6/2006 | Bendall et al. | |
| 2006/0159713 A1 | 7/2006 | Brittain et al. | |
| 2006/0205694 A1 | 9/2006 | Alonso et al. | |
| 2007/0116729 A1 | 5/2007 | Palepu | |
| 2008/0118544 A1 | 5/2008 | Wang | |
| 2009/0082416 A1 | 3/2009 | Czarnik | |
| 2009/0209606 A1 | 8/2009 | Bendall et al. | |
| 2009/0264488 A1 | 10/2009 | Cooper et al. | |
| 2009/0325978 A1 | 12/2009 | Onai et al. | |
| 2010/0092474 A1 | 4/2010 | Gallagher et al. | |
| 2010/0145266 A1 | 6/2010 | Orlowski | |
| 2010/0216858 A1 | 8/2010 | Popek et al. | |
| 2010/0247669 A1 | 9/2010 | Eliasof et al. | |
| 2010/0273730 A1 | 10/2010 | Hsu et al. | |
| 2011/0015244 A1 | 1/2011 | Alakhov et al. | |
| 2011/0015245 A1 | 1/2011 | Alakhov et al. | |
| 2011/0184036 A1 | 7/2011 | Palepu et al. | |
| 2011/0190363 A1 | 8/2011 | Drager et al. | |
| 2012/0059000 A1 | 3/2012 | Ren et al. | |
| 2012/0071532 A1 | 3/2012 | Cooper et al. | |
| 2012/0157505 A1 | 6/2012 | Labell et al. | |
| 2012/0308516 A1 | 12/2012 | Hlavinka et al. | |
| 2013/0041003 A1 | 2/2013 | Brittain et al. | |
| 2013/0041004 A1 | 2/2013 | Drager et al. | |
| 2013/0210878 A1 | 8/2013 | Soppimath et al. | |
| 2013/0210879 A1 | 8/2013 | Palepu et al. | |
| 2013/0217888 A1 | 8/2013 | Shrawat et al. | |
| 2013/0253025 A1 | 9/2013 | Sundaram | |
| 2014/0094496 A1 | 4/2014 | Sundaram | |
| 2014/0275196 A1 | 9/2014 | Sundaram | |
| 2018/0000789 A1 | 1/2018 | Palepu et al. | |
| 2018/0000938 A1 | 1/2018 | Sundaram | |
| 2018/0185488 A1 | 7/2018 | Sundaram | |
| 2018/0296535 A1 | 10/2018 | Palepu et al. | |
| 2018/0296536 A1 | 10/2018 | Palepu et al. | |
| 2018/0369383 A1 | 12/2018 | Sundaram | |
| 2019/0192659 A1 | 6/2019 | Sundaram | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 102164579 A | 8/2011 |
| DE | 80967 A | 1/1970 |
| DE | 159289 A1 | 3/1983 |
| JP | 09-508128 A | 8/1997 |
| JP | 2005-537285 A | 12/2005 |
| JP | 2008-526991 A | 7/2008 |
| JP | 2012-503666 A | 2/2012 |
| JP | 2012-525387 A | 10/2012 |
| JP | 2015-501814 A | 1/2015 |
| WO | 99/01118 A2 | 1/1999 |
| WO | 2001/097860 | 12/2001 |
| WO | 2001/097861 | 12/2001 |
| WO | 2001/098294 | 12/2001 |
| WO | 02/02125 A1 | 1/2002 |
| WO | 2006/054315 A1 | 5/2006 |
| WO | 2006/110551 A2 | 10/2006 |
| WO | 2010/036702 A1 | 4/2010 |
| WO | 2010/126676 A1 | 11/2010 |
| WO | 2010/148288 A2 | 12/2010 |
| WO | 2011/094565 A1 | 8/2011 |

| | | |
|---|---|---|
| WO | 2011/103150 A2 | 8/2011 |
| WO | 2012/015810 A2 | 2/2012 |
| WO | 2013/142358 A1 | 9/2013 |

### OTHER PUBLICATIONS

McGinity et al. (Journal of Pharmaceutical Sciences 1975;64(2):356-357) (Year: 1975).*

Wasylaschuk et al. (Journal of Pharmaceutical Sciences, vol. 96, No. 1, Jan. 2007:106-116). (Year: 2007).*

"Draft Note for Guidance on Excipients, Antioxidants and Antimicrobial Preservatives In the Dossier for Application for Marketing Authorisation of Medicinal Product", EMEA, 2003, pp. 1-10.

American Heart Association, "Living With Heart Failure" (https://www.heart.org/idc/groups/heart-public/@wcm/@hcm/@gwtg/documents/downloadable/ucm_309068.pdf) (2001).

American Society of Hospital Pharmacists. ASHP Technical Assistance Bulletin On Hospital Distribution and Control. Am J. Hosp. Pharm. 1980, 37:1097-103.

Armstrong et al., Separation of Drug Stereoisomers by the Formation of . . . beta-Cyclodextrin Inclusion Complexes, Science, vol. 232, pp. 1132-1135, May 30, 1986.

Baldi et al., Statistical Procedures for Optimizing the Freeze-Drying of a Model Drug in Tert-Butyl Alcohol: Water Mixtures, Eur. J. of Pharm. & Biopharm. 40(3):138-41 (1994).

Bergsagel et al., Effect of cyclophosphamide on Advanced Lung Cancer and the Hematological Toxicity of Large, Intermittent Intravenous Doses, Canad. Med. Ass. J., 98, 532-538 (1968).

Biewenga et al. "The Pharmacology of the Antioxidant Lipoic Acid," Gen. Pharmac., 1997, 29, 3, 315-331.

Boylan et al., Parenteral Products, Chapter 12 in Banker, et al., Modern Pharmaceutics, Fourth Ed. (2002).

Brigitte C. Scott, et al., Lipoic and Dihydrolipoic Acids . . . , Free Rad. Res., vol. 20, No. 2, pp. 119-133, 1994.

Broadhead, Parenteral Preformulation and Formulation, Chapter 9 in "Parenteral Dosage Forms," (Interpharm) 2001.

Canadian Society of Hospital Pharmacists: Guidelines for Drug-Use Control, 2008.

Center for Drug Evaluation and Research, Andrew Dmytrijuk, FDA Medical Review for the Approval of Bendeka (2015).

Cephalon, Inc., v. Slayback Pharma Limited Liability Company—Civil Action No. 1:17-cv-01154: Joint Status Report (Document 164), dated Oct. 19, 2018.

Cerhalon, Inc, et al. v. Slayback Pharma Limited Liability Company—Civil Action No. 1:17-cv-01154: Complaint (Document 1), dated Aug. 16, 2017.

Cerhalon, Inc., et al., v. Slayback Pharma Limited Liability Company, et al.—Civil Action No. 1:17-cv-01154: Answer to Slayback Pharma Limited Liability Company's Counterclaims (Document 56), dated Mar. 5, 2018.

Cerhalon, Inc., et al., v. Slayback Pharma Limited Liability Company, et al.—Civil Action No. 1:17-cv-01154: Joint Claim Construction Chart (Document 94), dated Jul. 24, 2018.

Cerhalon, Inc., et al., v. Slayback Pharma Limited Liability Company, et al.—Civil Action No. 1:17-cv-01154: Answer to Apotex Inc. and Apotex Corp.'s Counterclaims (Document 22), dated Dec. 18, 2017.

Cerhalon, Inc., et al., v. Slayback Pharma Limited Liability Company, et al.—Civil Action No. 1:17-cv-01154: Answer to Slayback Pharma Limited Liability Company's Counterclaims, dated Oct. 20, 2017.

Cerhalon, Inc., et al., v. Slayback Pharma Limited Liability Company—Civil Action No. 1:17-cv-00154: Defendant Slayback Pharma Limited Liability Company's Answer to Complaint and Counterclaims (Document 11), dated Sep. 29, 2017.

Charles P. Carpenter, et al., A Study of the Polyethylene Glycols as Vehicles . . . , Journal of the American Pharmaceutical Association, vol. XII, No. 1.

Cheson et al., Bendamustine: Rebirth of an Old Drug, J. Clin. Oncol. 27,1492-1501 (2009).

Cheung et al., Safety and Pharmacokinetics of Bendamustine Rapid-Infusion Formulation, J. of Clinical Pharmacology 2017.00(0)1-11.

US 11,844,783 B2

Page 3

(56) **References Cited**

OTHER PUBLICATIONS

Chu et al., Common Chemotherapy Regimens in Clinical Practice, Physicians' Cancer Chemotherapy Drug Manual 2009.

Cyclobond(Registered) Handbook, A Guide to Using Cyclodextrin Bonded Phases for Chiral LC Separations, 6th ed., 2002, Advanced Separation Technologies, Inc., pp. 1-58, pp. 42-45.

Derry E. Wilman, Application of 15N Nuclear Magnetic Resonance . . . , J. Med. Chem., vol. 38, pp. 2256-2258, 1995.

E. Santacesaria, et al., Thermal Stability of Nonionic Polyoxyalkylene . . . , Journal of Applied Polymer Science, vol. 42, pp. 2053-2061, 1991.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01459: Answer to Slayback Pharma LLC's Counterclaims (Document 13), dated Oct. 31, 2018.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01459: Complaint (Document 1), dated Sep. 20, 2018.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01459: Defendant Slayback Pharma Limited Liability Company's Answer to Complaint, Additional Defenses, and Counterclaims (Document 9), dated Oct. 10, 2018.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Answer to Slayback Pharma LLC's Counterclaims (Document 12), dated Jan. 3, 2019.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Complaint (Document 1), dated Dec. 11, 2018.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Defendant Slayback Pharma Limited Liability Company's Answer to Complaint, Additional Defenses, and Counterclaims(Document 11), public version dated Dec. 20, 2018.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Eagle Pharmaceuticals' Opposition to Slayback Pharma's Motion for Judgment on the Pleadings (Document 23), redacted-public version dated Feb. 12, 2019.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Opening Brief in Support of Slayback Pharma Limited Liability Company's Motion for Judgment on the Pleadings (Document 17), public version dated Jan. 11, 2019.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Reply Brief in Further Support of Slayback Pharma Limited Liability Company's Motion for Judgment on the Pleadings (Document 27), public verison dated Mar. 1, 2019.

*Eagle Pharmaceuticals, Inc., et al.* v. *Hospira, Inc*—Civil Action No. 1:18-cv-01074: Exhibit Index-Includes Confidential Information (Document 21), public version dated Sep. 7, 2018.

*Eagle Pharmaceuticals, Inc., et al.* v. *Hospira, Inc*—Civil Action No. 1:18-cv-01074: Complaint (Document 1), dated Jul. 19, 2018.

*Eagle Pharmaceuticals, Inc., et al.* v. *Hospira, Inc*—Civil Action No. 1:18-cv-01074: Defendant Hospira, Inc's Motion to Dismiss (Document 13), dated Aug. 31, 2018.

*Eagle Pharmaceuticals, Inc., et al.* v. *Hospira, Inc*—Civil Action No. 1:18-cv-01074: Hospira's Reply Brief in Support of its Motion to Dismiss Plaintiffs' Complaint (Document 29), public version dated Nov. 26, 2018.

*Eagle Pharmaceuticals, Inc., et al.* v. *Hospira, Inc*—Civil Action No. 1:18-cv-01074: Hospira, Inc's Brief in Support of its rule 12(b)(6) Motion to Dismiss Plaintiffs' Complain (Document 20), public version dated Sep. 7, 2018.

*Eagle Pharmaceuticals, Inc., et al.* v. *Hospira, Inc*—Civil Action No. 1:18-cv-01074: Plaintiffs' Opposition to Motion to Dismiss (Document 26), redacted-public version dated Nov. 2, 2018.

EC Safety Data Sheet: Ribomustin(Registered) 2007.

Eric Watson, et al., Kinetics of Phosphoramide Mustard . . . , Journal of Pharmaceutical Sciences, vol. 74, No. 12, pp. 1283-1292, 1985.

Eugene C. Corbett, Jr., Intravenous Fluids: It's More Than Just 'Fill 'Er Up!', Series #52 Practical Gastroenterology 44-60 (2007).

Excipient-Drug Interactions in Parenteral Formulations', Akers et al., Journal of Pharmaceutical Sciences, vol. 91, issue 11, pp. 2283-2300, Nov. 2002.

Flamberg et al., Low Temperature Vacuum Drying of Sterile Parenterals From Ethanol, Bulletin of the Parenteral Drug Association, 24(5):209-17 (1970).

Floss et al., Intravenous fluids principles of treatment, Clinical Pharmacist, 3:274-283 (Oct. 2011).

Friedberg et al., Bendamustine in Patients with Rituximab-Refractory Indolent and Transformed Non-Hodgkin's Lymphoma: Results from a Phase II Multicenter, Single-Agent Study, J. Clin. Oncol., 26(2):204-210 (2008).

Galacid Excel 88 fact sheet (lactic acid 88%).

Gandhi & Burger, Bendamustine in B cell malignancies: the new, 46-year old kid on the block, Clin Cancer Res. Dec. 15, 2009; 15(24):7456-7461.

Gibson et al., "Pharmaceutical preformulation and formulation: A practical guide from candidate drug selection to commercial dosage form", Informa Healthcare USA, 2009, vol. 199, 2d ed, pp. 1-559.

Glimelius et al., Bolus-Injection (2-4 min) Versus Short-term (10-20 min) Infusion of 5-Fluorouracil in Patients with Advanced Colorectal Cancer: a Prospective Randomised Trial, Eur J. Cancer, 34, 674-678 (1998).

Gust and Krauser. Investigations on the Stability of Bendamustin, a Cytostatic Agent of the Nitrogen Mustard Type I. Synthesis, Isolation, and Characterization of Reference Substances, in Monatshefte fur Chemie, 128:291-99 (1997).

Heider et al., Efficacy and Toxicity of Bendamustine in Patients with Relapsed Low-Grade non-Hodgkin's Lymphomas, Anticancer Drugs, 12, 725-729 (2001).

HFSA Guidelines, Journal of Cardiac Failure vol. 16 No. 6 (2010).

ICH Harmonised Tripartite Guideline, Stability testing of New Drug Substances and Products Q1A(R2), dated Feb. 6, 2003.

Interlocutory decision in Opposition proceedings of EP 2528602 issued Apr. 8, 2019.

International Conference on Harmonisation in Guideline on Impurities in New Drug Products: Availability, 62 Fed. Reg. 27, 454-27,461 (May 19, 1997).

International Search Report and Written Opinion for No. PCT/US2013/032289 dated Jun. 6, 2013. (5 Pages).

International Search Report and Written Opinion issued in counterpart PCT/US2013/032295 dated Jun. 2013 (4 pages).

International Search Report and Written Opinion issued in counterpart PCT/US2013/26187.

International Search Report and Written Opinion of International application based on PCT/US2011/022958, dated Apr. 2011 (8 pages).

Jay S. Trivedi, et al., Water-Insoluble Drug Formulation, 7. Solubilization Using CoSolvent Approach, pp. 141-168, 2000.

Jay S. Trivedi, Water-Insoluble Drug Formulation, Second Edition, 9 Solubilization Using Cosolvent Approach, pp. 161-194, 2008.

JC Price, Handbook of Pharm. Excipients, 5th Edition, Polyethylene Glycol, pp. 545-550, Aug. 9, 2005.

Jerry March, Advanced Organic Chemistry (4th ed., John Wiley & Sons, Inc. 1992).

John D. Roberts & Marjorie C. Caserio, Basic Principles of Organic Chemistry 612-13, 615-16, 617-18 (W. A. Benjamin, Inc., 2d ed. 1977).

Jonkman-de Vries et al., Pharmaceutical Development of (Investigational) Anticancer Agents for Parental Use—A Review, Drug Dev Ind Pharm. 22(6):475-494 (1996).

Julia A. Barman Balfour, et al., "Bendamustine", Drugs, vol. 61, No. 5, pp. 631-638, 2001.

Kalaycio. M., Clinical Experience With Bendamustine: A New Treatment for Patients With Chronic Lymphocytic Leukemia; Clin Leukemia. 2008; 2(4): 223-229.

Kenneth E. Avis, et al., Remington, Parenteral Preparations, Chapter 41, pp. 780-786, 2000.

Knauf et al., Bendamustine Versus Chlorambucil in Treatment-Naive Patients with B-Cell Chronic Lymphocytic Leukemia (B-CLL): Results of an International Phase III Study, Blood, 110(11), 609a (abstract 2043) (2007).

Koomans et al., Sodium Balance in Renal Failure: A Comparison of Patients with Normal Subjects Under Extremes of Sodium Intake, Hypertension 7:714-721 (1985).

US 11,844,783 B2

Page 4

(56) **References Cited**

OTHER PUBLICATIONS

Kurt H. Bauer, et al., Pharmazeutische Technologies, pp. 225-228, HW9, 1993.

Kurt H. Bauer, et al., Pharmazeutische Technologies, pp. 424-425, HW10, 1993.

Leonard & Jann, A New Synthesis of Aziridinium Salts. 2,2-Pentamethylene-1,1-tetramethyleneaziridinium Perchlorate A Prototype, 82 J. Am. Chemistry Soc'y 6418-6419 (1960).

Leoni et al., SDX-105 (Bendamustine), a Clinically Active Antineoplastic Agent Possesses a Unique Mechanism of Action, Abstract, 102(11) Blood, Abstract #2363 (Nov. 16, 2003).

Lissitchkov et al., Phase-I/II study to Evaluate Dose Limiting Toxicity, Maximum Tolerated Dose, and Tolerability of Bendamustine HCl in Pre-treated Patients With B-Chronic Lymphocytic Leukaemia (Binet stages B and C) Requiring Therapy, J. Cancer Res. Clin. Oncol. 132:99-104 (2006).

Liu (ed). Water-Insoluble Drug Formulation, 1st ed., CRC Press, Chapters 7 and 9, 2000.

Liu (ed). Water-Insoluble Drug Formulation, 2nd ed., CRC Press, Chapters 7 and 9, 2008.

Lyondell Tebol(Registered) 99, Tertiary Butyl Alcohol in Freeze-Drying Applications,(Lyondell Chemical Co., 2003).

Lyophilization Of Biopharmaceuticals (Henry R. Costantino & Michael K. Pikal eds., Association of Pharmaceutical Scientists 2004).

Maas et al., "Stabilitat von Bendamustinhydrochlorid in Infusionslosungen," Die Pharmazie, Govi Verlag Pharmazeutischer Verlag Gmbh, vol. 49. No. 10 pp. 775-777 (1994). (Abstract Only).

Margolin et al., Shortening the Infusion Time of Anticancer Drugs: Who Will Benefit?, J. of Clinical Oncology, 25(19):2642-2643 (2007).

McGinity, et al., Journal of Pharmaceutical Sciences, Influence of Peroxide Impurities in Polyethylene Glycols . . . , vol. 64, No. 2 pp. 356-357, 1975.

Michael J. Akers, Remington, The Science and Practice of Pharmacy 21st Edition, Parenteral preparation, chapter 41, pp. 802-835, 2005.

Michael P. Gamcsik, et al., NMR Studies of the Conjugation . . . , J. Med. Chem., vol. 33, pp. 1009-1014, 1990.

National Kidney Foundation, "Clinical Practice Guidelines and Clinical Practice Recommendations" (http://kidneyfoundation.cachefly.net/professionals/KDOQI/guideline_upHD_PD_VA/hd_guide5.htm) (2006).

Neelam Seedher, et al., Solubilization of Nimesulide; Use of Co-solvents, Indian J. Pharm. Sci., vol. 65, No. 1, pp. 58-61, 2003.

Nema et al., Excipients and Their Use in Injectable Products, PDA J. Pharma. Sci. & Tech., 51(4):166-171 (Jul.-Aug. 1997).

Ni et al., Stabilization and Preformulation of Anticancer Drug-SarCNU, Int'l J. of Pharma., 249:257-264 (2002).

Ni et al., Use of Pure t-Butanol as a Solvent for Freeze-Drying: A Case Study, Int'l. J. of Pharma., 226:39-46 (2001).

Nuijen et al., Pharmaceutical Development of a Parenteral Lyophilized Formulation of the Novel Antitumor Agent Aplidine, PDA J. Pharmaceut. Sci. and Technol. 54(3):193-208 (May-Jun. 2000).

O'Connor, Hydrolysis and Alkylating Reactivity of Aromatic Nitrogen Mustards, J.Chem. Soc. Perkin Trans. 2, 1933-1939(1991).

Ozegowski et al., IMET 3393, ?-[1-Methyl-5-bis-(Beta-chloroethyl)-amino-benzimidazolyl-(2)]-butyric acid hydrochloride, a new cytostatic agent from the benzimidazole mustard gas series, 110 Zbl Pharm. 1013-1019 (1971).

Paul J. Sheskey, Handbook of Pharmaceutical Excipients, 7th Edition, Propyl Gallate.

Pokorny et al., Antioxidants in Food: Practical Applications 2001, CRC Press, p. 324.

Poulsen, Introduction to Chemistry (2010).

Pramod K. Gupta, et al., "Injectable Drug Development Techniques to Reduce Pain and Irritation", pp. 183, Informa Healthcare, 2008, ISBN 13: 978-1-5749-1095-7.

Preiss et al., "Pharmacological and clinical date of Bendamustine", 17th International Cancer Congress, pp. 1637-1640 (1998).

Preiss et al., Studies on the Pharmacokinetics of Bendamustine (Cytostasan®) in Humans, Pharmazie, 40(11):782-784 (1985).

R.A. Pethrick et al., Excerpt from Polymer Yearbook 13, CRC Press, Oct. 1, 1996, Technology & Engineering Vinogradova et al.

Rassachaert et al., "A phase 1 study of bendamustine hydrochloride administered once every 3 weeks in patients with solid tumors," Anti-Cancer Drugs, vol. 18 No. 5 pp. 587-595 (2007).

Remington's Pharmaceutical Sciences, 18th edition, (1990), p. 1322.

Remington's Pharmaceutical Sciences, 18th edition, (1990), pp. 1286-1288.

Remington's Pharmaceutical Sciences 1990 (Eighteenth Edition), Mack Publishing Company, Chapter 85, 1570-1580.

Renu Chadha, et al., Drug Carrier Systems for Anticancer Agents: A Review, Journal of Scientific & Industrial Reasearch, vol. 67, pp. 185-197, 2008.

Ribomustin Monograph (Updated Aug. 2005).

Ribomustin Monograph (Updated Jan. 2002).

Ribomustin Product Information, Janssen-Cilag Pty Ltd (Updated Sep. 15, 2016).

Rote Liste 1996 for Ribomustin (86 023).

Rote Liste 2003 for Ribomustin (86 045).

Rowe et al. Handbook of Pharmaceutical Excipients, 6th edition, 2009, pp. 454-455.

Rowe et al., "Handbook of Pharmaceutical Excipients," Pharmaceutical Press, 6th edition pp. 857 (extract from index) (2009).

Rowe, et al., (ed) Handbook of Pharmaceutical Excipients, 5th ed., Pharmaceutical Press, pp. 545-550, Polyethylene Glycol, 2006.

Safety Data Sheet, Lactic Acid, 88%, Columbus Chemical Industries, 2013.

Scasnar at al., Radiochemical Assay of Stability of 14C-Cytostasan Solutions During Preparation and Storage, Journal of Radioanalytical and Nuclear Chemistry, Articles 121(2):489-497 (1988).

Schoffski et al., "Weekly administration of bendamustine: A phase 1 study in patients with advanced progressive solid tumors," Annals of Oncology II, pp. 729-734 (2000).

Schoffski et al., Repeated administration of short infusions of bendamustine: a phase 1 study in patients with advanced progressive solid tumours, J. Cancer Res Clin Oncol, vol. 126 No. 1 pp. 41-47 (2000).

Schwanen et al., In vitro evaluation of bendamustine induced apoptosis in B-chronic lymphocytic leukemia, Leukemia 16:2096-2105 (2002).

Scifinder, Hydrolytic degradation of IMET 3393, American Chemical Society, 2018.

Seager et al., Structure of Products Prepared by Freeze-Drying Solutions Containing Organic Solvents, PDA Journal of Pharmaceutical Science and Technology, 39(4): 161-179 (1985).

Search History issued in connection with PCT/US2013/32295 dated May 10, 2013.

Shah et al., Physical, Chemical, and Bioavailability Studies of Parenteral Diazepam Formulations Containing Propylene Glycol and Polyethylene Glycol 400, Drug Development and Industrial Pharm.), 17:12, 1635-1654 (Oct. 20, 2008).

Sigma-Aldrich, Webpage Catalog for poly(ethylene glycol), http://www.sigmaaldrich.com/catalog/product/aldrich/202398?lang=en&ion=-US#, accessed Nov. 15, 2015 (2 pages).

Sikora, "Cancer drug development in the post-genomic age," Current Science, vol. 81 No. 5 pp. 549-554 (2001).

Spectra Analysis, Inc., Oxidative Degradation of Polyethyleneglycol . . . , Application Note 016, Mar. 2008.

Spiegel et al., "Use of Nonaqueous Solvents in Parenteral Products," Journal of Pharmaceutical Sciences, vol. 52, No. 10 pp. 917-927 (1963).

Strickley, Solubilizing Excipients in Oral and Injectable Formulations, Pharmaceutical Research 21(2):201-230 (Feb. 2004).

Supplemental European Search Report issued in connection with PCT/US2011/022958 dated Dec. 16, 2013.

T. W. Graham Solomons, Organic Chemistry (John Wiley & Sons, 3d ed. 1984).

Tageja, Bendamustine: Safety and Efficacy in the Management of Indolent Non-Hodgkins Lymphoma, Clinical Medicine Insights: Oncology 2011:5 145-156.

(56)　　　　**References Cited**

OTHER PUBLICATIONS

Teagarden & Baker, Practical Aspects of Freeze-Drying of Pharmaceutical and Biological Products Using Non-Aqueous Co-Solvent Systems, Chapter 8 in Freeze-Drying/Lyophilization of Pharmaceutical and Biological Products, 239-76 (2nd Edition, Edited by Rey, L. & May, J., Marcel Dekker, New York) (2004).

Teagarden & Baker, Practical Aspects of Lyophilization Using Non-Aqueous Co-Solvent Systems, 15 Eur. J. Pharma. Sciences, 115-33 (2002).

*Teva Pharmaceuticals International GMBH, et al.* v. *Apotex Inc., et al*—Civil Action 1:17-cv-01164: Defendants Apotex Inc. and Apotex Corp.'s Answer to Complaint, Defenses and Counterclaims (Document 17), dated Nov. 27, 2017.

*Teva Pharmaceuticals International GMBH, et al.* v. *Fresenius Kabi USA, LLC.*—Civil Action No. 1:17-cv-01201: Answer to Complaint, Separate Defenses, and Counterclaims (Document 10), dated Sep. 15, 2017.

*Teva Pharmaceuticals International GMBH, et al.* v. *Fresenius Kabi USA, LLC.*—Civil Action No. 1:17-cv-01201: Answer to Fresenius Kabi USA, LLC's Counterclaims (Document 14), dated Oct. 6, 2017.

*Teva Pharmaceuticals International GMBH, et al.* v. *Fresenius Kabi USA, LLC.*—Civil Action No. 1:17-cv-01201: Complaint (Document 1), dated Aug. 24, 2017.

*Teva Pharmaceuticals International GMBH, et al.* v. *Fresenius Kabi, LLC., et al*—Civil Action No. 1:18-cv-01586: Answer to Fresenius Kabi USA, LLC's Counterclaims (Document 13), dated Nov. 27, 2018.

*Teva Pharmaceuticals International GMBH, et al.* v. *Fresenius Kabi, LLC., et al*—Civil Action No. 1:18-cv-01586: Complaint (Document 1), dated Oct. 15, 2018.

*Teva Pharmaceuticals International GMBH, et al.* v. *Fresenius Kabi, LLC., et al*—Civil Action No. 1:18-cv-01586: Defendant Mylan Laboratories LTD.'s Answer to Complaint for Patent Infringement (Document 11), dated Nov. 9, 2018.

*Teva Pharmaceuticals International GMBH, et al.* v. *Fresenius Kabi, LLC., et al*—Civil Action No. 1:18-cv-01586: Defendant Fresenius Kabi USA, LLC's Answer to Complaint, Separate Defenses, and Counterclaims (Document 9), dated Nov. 6, 2018.

*Teva Pharmaceuticals International GMBH, et al.* v. *Mylan Laboratories Limited*—Civil Action No. 1:17-cv-01790: Complaint (Document 1), dated Dec. 12, 2017.

*Teva Pharmaceuticals International GMBH, et al.* v. *Slayback Pharma Limited Liability Company*—Civil Action No. 1:18-cv-00117: Complaint (Document 1), dated Jan. 19, 2018.

*Teva Pharmaceuticals International GMBH, et al.* v. *Slayback Pharma Limited Liability Company*—Civil Action No. 1:18-cv-00117: Defendant Slayback Pharma Limited Liability Company's Answer to Complaint, Additional Defenses and Counterclaims (Document 9), dated Feb. 12, 2018.

U.S. Appl. No. 17/412,623, filed Aug. 26, 2021.
U.S. Appl. No. 16/509,920, filed Jul. 12, 2019.
U.S. Appl. No. 16/015,656, filed Jun. 22, 2018.
U.S. Appl. No. 15/432,335, filed Feb. 14, 2017.
U.S. Appl. No. 15/013,436, filed Feb. 2, 2016.
U.S. Appl. No. 14/031,879, filed Sep. 19, 2013.
U.S. Appl. No. 13/016,473, filed Jan. 28, 2011.

*Teva Pharmaceuticals International GMBH, et al.* v. *Apotex Inc., et al*—Civil Action No. 1:17-cv-01164: Complaint (Document 1), dated Aug. 18, 2017.

Thiesen, "Bendamustine, a well-tollerated cytotoxic agent used in Germany for may years, is soon to be marketed in the rest of Europe for a range of indicatons including chronic lymphocytic leukaemia," pp. 1-4 (2010). Available at http://www.hospitalpharmacyeurope.com/featured-articles/bendamustine.

Third Party Submission in related EP2528602 based on PCT/US2011/022958 dated Nov. 19, 2013 (9 pages).

Thomas A. Jennings, Lyophilization, Introduction and Basic Principles (2006)(original copyright 1999).

Treanda (Highlights of prescribing information 2008) (Year: 2008).

Treanda, "Highlights of Prescribing Information," Treanda ( bendamustine hydrochloride) for Injection, for intravenous infusion, pp. 1-13 (2010).

Treanda, "Highlights Of Prescribing Information," Treanda ( bendamustine hydrochloride) for Injection, for intravenous infusion, pp. 1-6 (2008).

U.S. Pharmacopeia 32-NF-27-General Notices and Requirements (2009).

USP 24/NF 19 (2000) entry for Propylene Glycol (USP).

V.G. Vinogradova, et al., Polymer Yearbook 13, New Metal Chelates as Antioxidant Stabilizers for Polymers . . . , pp. 87-111, 1996.

V.M. Mikhal'chuk, et al., Antioxidative Stabilization of Polyethylene . . . , Russian Journal of Applied Chemistry, vol. 77, No. 1, pp. 131-135, 2004.

Vlok, Manual of Nursing, vol. 1 (9th edition), 1988.

W. Furst, et al., "About the Hydrolytic Decomposition of IMET 3393," Pharmazeutische Zentralhalle, vol. 108, Issue 9, pp. 608-614, 1969 (English translation and the original article).

Wayne P. Olson, Volatile Solvents for Drying and Microbial Kill in the Final Container, Pharmaceutical Engineering, 110-118(1997).

Weide et al., Bendamustine Mitoxantrone and Rituximab (BMR): A New Effective Regimen for Refractory or Relapsed Indolent Lymphomas, Leukemia & Lymphoma, 43(2):327-331 (2002).

Werner et al., Hydrolysis Products of Cancerostatic Cytostasan(Registered) (Bendamustine), 42 (4) Die Pharmazie, Govi Verlag Pharmazeutischer Verlag GMBH, Eschborn, DE, 272-73.

William H. Brown, Organic Chemistry 5th Edition, pp. 358-360, 2009.

Wittaya-Areekul and Nail, Freeze-Drying of tert-Butyl Alcohol/Water Cosolvent Systems: Effects of Formulation and Process Variables on Residual Solvents, Journal of Pharmaceutical Sciences 87(4):491-495 (1998).

Written Opinion issued in counterpart PCT/US2013/032289 dated Jun. 6, 2013.

Written Opinion issued in counterpart PCT/US2013/032295 dated Jun. 3, 2013.

Zimmerman et al., Elements of Organic Chemistry (1977).

Zips et al., "New Anticancer Agents: In Vitro and In Vivo Evaluation," In Vivo, vol. 19 pp. 1-8 (2005).

Zumdahl et al., Chemistry, 7th Ed. (2007).

*Cephalon, Inc., et al.*, v. *Slayback Pharma Limited Liability Company, et al.*, Civil Action No. 1:17-cv-01154: Responsive Expert Report of Juergen Siepmann, Ph.D., 525 pages.

*Cephalon, Inc., et al.*, v. *Slayback Pharma Limited Liability Company, et al.*, Civil Action No. 1:17-cv-01154: Opinion, dated Apr. 27, 2020, 70 pages.

* cited by examiner

US 11,844,783 B2

1

## FORMULATIONS OF BENDAMUSTINE

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of application Ser. No. 17/412,623, filed Aug. 26, 2021, which is a continuation of application Ser. No. 16/509,920, filed Jul. 12, 2019, now U.S. Pat. No. 11,103,483, which is a continuation of application Ser. No. 16/015,656, filed Jun. 22, 2018, now abandoned, which is a continuation of application Ser. No. 15/432,335, filed Feb. 14, 2017, now U.S. Pat. No. 10,010,533, issued Jul. 3, 2018, which is a continuation of application Ser. No. 15/013,436, filed Feb. 2, 2016, now U.S. Pat. No. 9,572,797, issued Feb. 21, 2017, which is a continuation of application Ser. No. 14/031,879, filed Sep. 19, 2013, now U.S. Pat. No. 9,265,831, issued Feb. 23, 2016, which is a continuation of application Ser. No. 13/016,473, filed Jan. 28, 2011, now U.S. Pat. No. 8,609,707, issued Dec. 17, 2013, which claims the benefit of U.S. Provisional Patent Application No. 61/299,100, filed Jan. 28, 2010, the contents of each of which are incorporated herein by reference.

### BACKGROUND OF THE INVENTION

Bendamustine free base is represented by the following structural formula (I)



(I)

Bendamustine is used in the treatment of a number of cancers including leukemias, Hodgkins disease and multiple myelomas. Bendamustine is the active ingredient of the commercial product Treanda™, a lyophilized powder for reconstitution.

Bendamustine exhibits rapid degradation upon reconstitution of the lyophilized product. Bendamustine undergoes hydrolysis by direct substitution rather than an addition elimination process due to the presence of the highly labile aliphatic chlorine atoms. Some of the main degradants of bendamustine are the monohydroxy compound known as HP1 (hydrolysis product 1) and dihydroxy compound HP2 (hydrolysis product 2). The monohydroxy compound appears as the main impurity at Relative Retention Time (RRT) 0.6 and the dihydroxy compound appears as the main impurity at RRT 0.27. Minor peaks appear at RRT 1.2, which are presently unknown.

The stability of bendamustine in water is measured in hours, and is therefore, not suitable for long-term storage in liquid form. The lyophile possesses good chemical stability. However, reconstitution of the lyophile is clinically inconvenient, taking 15-30 mins with implications of chemical instability. There is a need for ready to use (RTU) bendamustine formulations having enhanced stability.

2

## SUMMARY OF THE INVENTION

In other aspects of the invention, the bendamustine-containing compositions include a) a pharmaceutically acceptable fluid which contains one or more of propylene glycol, ethanol, polyethylene glycol, benzyl alcohol and glycofurol, and b) a stabilizing amount of a chloride salt. In other aspects of the invention, the bendamustine-containing compositions include DMSO (dimethyl sulfoxide) as part of the pharmaceutically acceptable fluid included therein. Regardless of the pharmaceutically acceptable fluid included, the amount of bendamustine included in the composition is preferably from about 20 mg/mL to about 60 mg/mL. Still further aspects of the invention include methods of treatment using bendamustine-containing compositions and kits containing the same.

One of the advantages of the inventive liquid compositions is that they have substantially improved long term stability when compared to currently available formulations. For example, the inventive bendamustine compositions are substantially free of impurities after at least about 15 months at a temperature of from about 5° C. to about 25° C. The inventive formulations are advantageously ready to use or ready for further dilution. Reconstitution of lyophilized powders is not required.

### DETAILED DESCRIPTION OF THE INVENTION

Unless defined otherwise, all technical and scientific terms used herein have the same meaning as is commonly understood by one of ordinary skill in the art to which this invention belongs. In the event that there is a plurality of definitions for a term herein, those in this section prevail unless stated otherwise.

As used herein, RRT is calculated by dividing the retention time of the peak of interest by the retention time of the main peak. Any peak with an RRT<1 elutes before the main peak, and any peak with an RRT>1 elutes after the main peak.

For purposes of the present invention, "substantially free of impurities" shall be understood to include bendamustine-containing compositions in which the amount of total impurities is less than about 5%, as calculated on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after a period of about 15 months at a temperature of from about 5° C. to about 25° C. The amount of impurities is further calculated as being based upon the original amount bendamustine (or salt thereof) being present in the composition or formulation.

For purposes of the present invention, a pharmaceutically acceptable fluid is a fluid which is suitable for pharmaceutical use.

Preferably, the amount of any individual degradant in the inventive compositions does not exceed 2% PAR as determined by HPLC at a wavelength of 223 nm after storage periods of at least about 15 months at a temperature of from about 5° C. to about 25° C. In some aspects, the amount of time the inventive compositions demonstrate long term storage stability is at least about 18 months and preferably at least about 2 years when stored under the conditions described herein.

In accordance with one aspect of the invention there are provided long term storage stable bendamustine-containing compositions including:

3

a) bendamustine or a pharmaceutically acceptable salt thereof; and

b) a pharmaceutically acceptable fluid including
   i) PEG, PG or mixtures thereof; and
   ii) a stabilizing amount of an antioxidant.

The total impurities in the inventive compositions resulting from the degradation of the bendamustine in the compositions is less than about 5% PAR as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of from about 5° C. to about 25° C., and thus have long term stability for at least the same period of time or longer. Preferably, the bendamustine-containing compositions demonstrate long term storage stability for at least about 2 years, especially when stored at the lower (refrigerated) temperatures. In one embodiment, the amount of total impurities in the inventive compositions resulting from the degradation of the bendamustine is less than about 3% PAR as determined by HPLC at a wavelength of 223 nm after at least about 2 years at a temperature of from about 5° C. to about 25° C.

In some aspects of the invention, the bendamustine concentration in the inventive compositions is from about 10 mg/mL to about 100 mg/mL, preferably 20 mg/mL to about 60 mg/mL. Preferably the bendamustine concentration in the inventive compositions is from about 25 mg/mL to about 50 mg/mL, and more preferably from about 30 mg/mL to about 50 mg/mL. It will be understood that compositions containing any useful concentration within the ranges, i.e. 10, 20, 25, 30, 35, 40, 45, 50, 55, 60 . . . 100 are contemplated. In other embodiments, the bendamustine concentration in the composition is about 50 mg/mL. In alternative aspects, the amount of bendamustine is outside these ranges but the amounts will be sufficient for single or multiple administrations of dosages generally regarded as effective amounts.

In several embodiments of the invention, pharmaceutically acceptable fluid is non-aqueous and may be, but is not necessarily, a solvent for the bendamustine or salt thereof. Within this aspect, the pharmaceutically acceptable fluid is propylene glycol (PG) or polyethylene glycol (PEG). In other embodiments of the invention however, the pharmaceutically acceptable fluid is a mixture of PEG and PG. For example, the pharmaceutically acceptable fluid can include about 50% PEG and about 50% PG. Alternatively, pharmaceutically acceptable fluid includes about 95% PEG and about 5% PG. The amount of PEG and PG can also be varied within the ranges, i.e. the ratio of PEG:PG in the pharmaceutically acceptable fluid can range from about 95:5 to about 50:50. Within this range, is a pharmaceutically acceptable fluid containing about 75% PEG and about 25% PG, and preferably 80% PEG and 20% PG. In another embodiment, a pharmaceutically acceptable fluid can include about 85% PEG and about 15% PG while another preferred pharmaceutically acceptable fluid includes about 90% PEG and about 10% PG. The molecular weight of the PEG will be within the range of pharmaceutically acceptable weights although PEG 400 is preferred in many aspects of the invention.

Without meaning to be bound by any theory or hypothesis, the hydroxide of the polyethylene glycol molecule is less reactive than the hydroxides of propylene glycol. As a result, the ester forms at a slower rate in polyethylene glycol than propylene glycol and the resulting bendamustine degradants are unexpectedly and substantially reduced over extended periods of time when PEG is a substantial part of the pharmaceutically acceptable fluid.

The bendamustine-containing compositions according to several preferred aspects of the invention include a stabiliz-

4

ing amount of an antioxidant. For purposes of the present invention, "stabilizing amount" shall be understood to include those amounts which increase or enhance the stability of the bendamustine in the compositions described herein. The presence of one or more antioxidants described herein thus contributes, at least in part to the long term stability of the composition. Within this guideline, suitable antioxidant concentrations in the compositions can range from about 2.5 mg/mL to about 35 nm/mL, and preferably from about 5 mg/mL to about 20 mg/mL or from about 10 mg/mL to about 15 mg/mL. In some other embodiments, the concentration of the antioxidant in the bendamustine-containing composition is about 5 mg/mL.

Suitable antioxidants for inclusion include those which are pharmaceutically acceptable for use in human and veterinary formulations although not limited to those currently regarded as safe by any regulatory authority. For example, the antioxidant can be selected from among lipoic acid, thioglycerol (also known as monothioglycerol) and analogs thereof, propyl gallate, methionine, cysteine, metabisulfites, sodium formaldehyde sulfoxylate, phenol-containing aromatic and aliphatic compounds, dihydrolipoic acid and mixtures of the foregoing. Preferably, the antioxidant is thioglycerol, lipoic acid or a mixture thereof. Some particularly preferred embodiments of the invention include thioglycerol.

In view of the foregoing, some preferred long term storage stable bendamustine-containing compositions in accordance with the invention compositions include:

I. a) bendamustine or a pharmaceutically acceptable salt thereof; and
   b) a pharmaceutically acceptable fluid including
      i) polyethylene glycol and propylene glycol; and
      ii) a stabilizing amount of thioglycerol; or

II. a) about 50 mg/mL bendamustine or a pharmaceutically acceptable salt thereof; and
   b) a pharmaceutically acceptable fluid including
      i) about 90% PEG and about 10% PG; and
      ii) about 2.5 mg/mL thioglycerol.

Each of these compositions have the same stability profiles already described, i.e. having less than about 5% total impurities, PAR as determined by HPLC at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

In accordance with other aspects of the invention, there are provided long term storage stable bendamustine-containing compositions, including:

a) bendamustine or a pharmaceutically acceptable salt thereof;

b) a pharmaceutically acceptable fluid including one or more of the following: PG, ethanol, PEG, benzyl alcohol and glycofurol; and

c) a stabilizing amount of a chloride salt.

These compositions also have the low levels of impurities and long term stability mentioned herein. Preferred pharmaceutically acceptable fluids include PG, PEG or ethanol in this embodiment of the invention. Preferably, the PEG is PEG 400. If desired, glycerin and/or 88% (w/w) lactic acid can be added to the pharmaceutically acceptable fluid.

Suitable chloride salts include but are not limited to organic chloride salts, sodium chloride, choline chloride, hydrochloride salts of amino acids and mixtures thereof. Thus, as will be appreciated by those of ordinary skill, one can select from among a number of suitable chloride salts and it is Applicants' intention that the scope of the invention includes all such chloride salts that are capable of being included in bendamustine-containing formulations for

US 11,844,783 B2

5

extended periods without having a deleterious effect on the drug. In one embodiment of the invention, the chloride salt concentration is from about 10 to about 300 mg/mL. In another embodiment, the chloride salt concentration is from about 50 to about 215 mg/mL. In one preferred embodiment, the chloride salt concentration is about 215 mg/mL.

In accordance with another aspect of the invention, there is provided long term storage stable bendamustine-containing compositions, including:

a) bendamustine or a pharmaceutically acceptable salt thereof; and

b) a pharmaceutically acceptable fluid including DMSO.

These compositions also have the low levels of impurities and long term stability mentioned herein. In some aspects, the bendamustine concentration in these compositions is from about 10 mg/mL to about 100 mg/mL. Preferably, the bendamustine concentration is from about 20 mg/mL to about 50 mg/mL, more preferably from about 25 mg/mL to about 50 mg/mL. In an alternative embodiment, the bendamustine concentration is about 50 mg/mL.

Another embodiment of the invention provides methods of treating cancer in mammals. The methods include administering to a mammal in need thereof an effective amount of one of the bendamustine-containing compositions described herein. Since the active ingredient portion of the inventive composition is an FDA-approved drug, those of ordinary skill will recognize that the doses of bendamustine employed in this aspect of the invention will be similar to those employed in any treatment regimens designed for bendamustine as marketed under the trade name TRE-ANDA. The patient package insert containing dosing information is incorporated herein by reference. The methods of treatment also include administering the inventive formulations for any purpose or physical condition for which bendamustine has been indicated as being useful.

Another embodiment of the invention includes methods of preparing bendamustine-containing compositions described herein. The methods include reconstituting lyophilized bendamustine in a pharmaceutically acceptable fluid containing one of the following:

A) i) PEG, PG or mixtures thereof; and
    ii) a stabilizing amount of an antioxidant;
B) i) one or more of PG, ethanol, PEG, benzyl alcohol and glycofurol; and
    ii) a stabilizing amount of a chloride salt; or
C) DMSO.

The steps are carried out under pharmaceutically acceptable conditions for sterility and manufacturing.

In a further aspect of the invention, there are provided methods of controlling or preventing the formation of impurities in bendamustine-containing compositions during long term storage. The methods include combining an amount of bendamustine or a pharmaceutically acceptable salt thereof with a sufficient amount of a pharmaceutically acceptable fluid containing one of the following:

A) i) PEG, PG or mixtures thereof; and
    ii) a stabilizing amount of an antioxidant;
B) i) one or more of PG, ethanol, PEG, glycofurol and benzyl alcohol; and
    ii) a stabilizing amount of a chloride salt; or
C) DMSO.

Further optional steps in accordance therewith include transferring one or more pharmaceutically acceptable doses of the formulations into a suitable sealable container and storing the sealed container at a temperature of from about 5° C. to about 25° C. As a result of carrying out these steps, it is possible to control or substantially prevent the formation

6

of impurities which otherwise occur with bendamustine-containing compositions during long term storage so that the artisan is provided with bendamustine-containing formulations having less than about 5% total impurities PAR as determined by HPLC at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

The compositions of the present invention can be packaged in any suitable sterile vial or container fit for the sterile storage of a pharmaceutical such as bendamustine. Suitable containers can be glass vials, polypropylene or polyethylene vials or other special purpose containers and be of a size sufficient to hold one or more doses of bendamustine.

A further aspect of the invention includes kits containing lyophilized bendamustine or a pharmaceutically acceptable salt thereof in a first container or vial; and, in a second container, a sufficient amount of a pharmaceutically acceptable fluid such as those described herein, i.e. one of the following:

A) i) PEG, PG or mixtures thereof; and
    ii) a stabilizing amount of an antioxidant;
B) i) one or more of PG, ethanol, PEG, glycofurol and benzyl alcohol; and
    ii) a stabilizing amount of a chloride salt; or
C) DMSO.

For purposes of this embodiment, the amount of fluid which is sufficient is an amount which allows the bendamustine to be dissolved or dispersed to a degree which renders the liquid composition ready for use.

As will be appreciated by those of ordinary skill, the kit will contain other pharmaceutically necessary materials for storing and/or administering the drug, including instructions for storage and use, additional diluents, if desired, etc.

Examples

The following examples serve to provide further appreciation of the invention but are not meant in any way to restrict the effective scope of the invention.

Example 1

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 10 mg/ml in one of ethanol, propylene glycol and benzyl alcohol as indicated in Table 1 below. 215 mg/ml of choline chloride was added in half of the samples as a source of soluble chloride ions. The samples were maintained at 40° C. and analyzed periodically for drug content and total impurities. The results obtained are presented in Table 1.

TABLE 1

| | | | BDM | % Total |
|---|---|---|---|---|
| Stability of Bendamustine HCl | | | | |
| Formulation | Temp | Time | mg/ml | Impurities |
| BDM - 10 mg/mL | | Initial | 10.43 | 0.27 |
| Choline chloride - | 40° C. | 48 hrs | 10.48 | 1.27 |
| 215 mg/mL | | 7 day | 10.26 | 2.11 |
| Ethanol qs to 1 mL | | | | |
| BDM - 10 mg/mL | | Initial | 10.55 | 0.27 |
| Ethanol qs to 1mL | 40° C. | 48 hrs | 10.30 | 2.39 |
| | | 7 day | 9.55 | 6.66 |

US 11,844,783 B2

7

### TABLE 1-continued

Stability of Bendamustine HCl

| Formulation | Temp | Time | BDM mg/ml | % Total Impurities |
|---|---|---|---|---|
| BDM - 10 mg/mL | | Initial | 9.99 | 0.21 |
| Choline chloride - | 40° C. | 48 hrs | 9.95 | 0.60 |
| 215 mg/mL | | 7 day | 9.43 | 2.31 |
| Propylene glycol qs to 1 mL | | | | |
| BDM - 10 mg/mL | | Initial | 9.68 | 0.21 |
| Propylene glycol qs | 40° C. | 48 hrs | 9.45 | 0.88 |
| to 1 mL | | 7 day | 9.00 | 3.44 |
| BDM - 10 mg/mL | | Initial | 9.95 | |
| Choline Chloride - | 40° C. | 48 hrs | 9.89 | 3.51 |
| 215 mg/mL | | 7 day | 8.97 | 4.24 |
| Benzyl alcohol qs to 1 mL | | | | |
| BDM - 10 mg/mL | | Initial | 9.52 | 0.33 |
| Benzyl alcohol qs | 40° C. | 48 hrs | 8.67 | 4.18 |
| to 1 mL | | 7 day | 7.49 | 7.84 |

Note:
In Table 1 the total % impurities include total contributions from peaks at various RRTs.

As shown in Table 1, the bendamustine formulations are very stable in solutions containing solvent and chloride salt. Table 1 shows that bendamustine, when dissolved at a concentration of about 10 mg/mL, in a pharmaceutically acceptable fluid, such as ethanol and propylene glycol, and containing a stabilizing amount of a chloride salt, such as choline chloride, had less than about 5% after at least 7 days storage at 40° C.

The data presented in Table 1 translates to bendamustine-containing compositions including a pharmaceutically acceptable fluid and a stabilizing amount of a chloride salt having a shelf life of at least about 15 months at 5° C. and 25° C.

The sample including ethanol alone exhibited more than 6.5 total degradants after 7 days storage at 40° C. The sample including benzyl alcohol alone exhibited more than 7.5% total degradants after 7 days storage at 40° C. Bendamustine-containing compositions with such high levels of degradation would not be suitable for long-term storage.

### Example 2

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 10 mg/ml in DMSO. The samples were maintained at 40° C. and analyzed periodically for drug content and impurity profile. The results obtained are presented in Table 2.

### TABLE 2

Stability of Bendamustine HCl in DMSO

| Formulation | Temp | Time | Content (mg/mL) | % Total Imp |
|---|---|---|---|---|
| BDM - 10 mg/mL | | Initial | 10.2 | 0.23 |
| DMSO qs to 1 mL | 40° C. | 48 hrs | 9.80 | 0.30 |
| | | 1 week | 10.0 | 0.56 |

Note:
In Table 2 the total % impurities include total contributions from peaks at various RRTs

Table 2 shows that bendamustine, when dissolved in DMSO, had substantially no increase in total degradants. The data presented in Table 2 translates to bendamustine-containing compositions including DMSO having a shelf life of at least about 15 months at 5° C. and 25° C. In fact,

8

such compositions are expected to have long term stability for periods beyond 15 months, i.e. up to 2 years or greater.

### Example 3

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 20 mg/ml in polyethylene glycol 400 and 5 mg/ml of lipoic acid was added as a stabilizing antioxidant as indicated in Table 3 below. The samples were maintained at 40° C. or 25° C. and analyzed after 15 days for drug content and impurities. The results obtained are presented in Table 3.

### TABLE 3

Stability of Bendamustine (20 mg/ml) in PEG 400 and Antioxidants

| Antioxidant | T ° C. | Time days | % Initial | % Imp RRT 0.58 | % Total Imps |
|---|---|---|---|---|---|
| None | 25 | 15 | 97.6 | 2.08 | 2.28 |
| | 40 | 15 | 56.3 | 2.17 | 41.9 |
| Lipoic Acid | 25 | 15 | 98.5 | <LD | 0.23 |
| 5 mg/ml | 40 | 15 | 97.5 | 0.33 | 0.53 |

<LD = Below Level of Detection

As shown in Table 3, bendamustine, when dissolved in a pharmaceutically acceptable fluid, such as polyethylene glycol, in the presence of a stabilizing amount of an antioxidant, such as lipoic acid, had substantially no increase in total degradants after a period of 15 days. The data presented in Table 3 translates to bendamustine-containing compositions including a pharmaceutically acceptable fluid and a stabilizing amount of an antioxidant having a shelf life of at least about 15 months at 5° C. and 25° C.

The sample including PEG alone, on the other hand, which did not contain an antioxidant, did not exhibit stabilizing effects at 40° C. This sample had more than 40% more total impurities than the sample including lipoic acid. Bendamustine-containing compositions with such high levels of total impurities would not be suitable for long-term storage.

### Example 4

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 50 mg/ml in 90% polyethylene glycol 400 and 10% propylene glycol. 5 mg/ml of thioglycerol, α-lipoic acid or dihydrolipoic acid was added as a stabilizing antioxidant as indicated in Table 4 below. The samples were maintained at 40° C. and analyzed after 15 days or one month for drug content and impurity profile as indicated in Table 4 below. The results obtained are presented in Table 4.

### TABLE 4

Stability of Bendamustine (50 mg/ml) in 90% PEG 400, 10% Propylene Glycol and Antioxidant

| Antioxidant | T (° C.) | Time | Content (mg/mL) | % Initial | % Impurities RRT HP1 0.59 | PG ester 1.10 | % Total Imps |
|---|---|---|---|---|---|---|---|
| Thioglycerol | 40 | initial | 48.8 | 100 | <LD | <LD | 0 |
| | 40 | 1 month | 48.5 | 99.4 | 0.06 | 0.20 | 0.71 |
| α-lipoic acid | 40 | initial | 49 | 100 | <LD | <LD | 0 |
| | 40 | 15 days | 48.8 | 99.6 | 0.19 | 0.13 | 0.32 |
| | 40 | 1 month | 48.7 | 99.4 | 0.34 | 0.26 | 0.79 |

US 11,844,783 B2

9
10

## TABLE 4-continued

Stability of Bendamustine (50 mg/ml) in 90% PEG 400, 10% Propylene Glycol and Antioxidant

| Anti-oxidant | T (° C.) | Time | Content (mg/mL) | % Initial | % Impurities RRT | | % Total Imps |
|---|---|---|---|---|---|---|---|
| | | | | | HP1 0.59 | PG ester 1.10 | |
| Dihydro-lipoic acid | 40 | initial | 49.3 | 100 | <LD | <LD | 0 |
| | 40 | 1 month | 47.7 | 97.4 | 0.63 | 0.12 | 1.84 |

<LD = Below Level of Detection

As shown in Table 4, bendamustine, when dissolved in a pharmaceutically acceptable fluid, such as a combination of polyethylene glycol and propylene glycol, in the presence of a stabilizing amount of an antioxidant, such as thioglycerol, α-lipoic acid or dihydrolipoic acid, had substantially no increase in total degradants after a period of 1 month. This data supports the position that bendamustine-containing compositions according to the invention have a shelf life of at least about 2 years when stored at temperatures between 5° C. and 25° C.

### Example 5

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 50 mg/ml in a mixture of polyethylene glycol 400 and propylene glycol as indicated in Table 5 below. 5 mg/ml of lipoic acid was added as a stabilizing antioxidant. The samples were maintained at 40° C., 25° C. and 5° C. and analyzed after 1 week, 15 days or one month for drug content and impurity profile as indicated in Table 5 below. The results obtained are presented in Table 5.

## TABLE 5

Stability of Bendamustine (50 mg/ml) and Lipoic Acid (5 mg/ml) in PEG400 and Propylene glycol

| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | % Area of degradants | | | % Total Imp. |
|---|---|---|---|---|---|---|---|---|
| | | | | | HPI 0.58 | PG ester 1.10 | PG ester 1.13 | |
| BDM- | | Initial | 49.6 | 100 | BDL | BDL | BDL | 0.18 |
| 50 mg/mL | 40° C. | 1 W | 49.0 | 98.8 | 0.05 | 0.13 | BDL | 0.38 |
| Lipoic acid- | | 15 d | 48.3 | 97.4 | 0.08 | 0.26 | BDL | 0.55 |
| 5 mg/mL | | 1 M | 48.0 | 96.8 | 0.11 | 0.43 | 0.13 | 1.03 |
| PEG | 25° C. | 15 d | 49.6 | 100.0 | BDL | 0.10 | BDL | 0.30 |
| 400:PG | | 1 M | 48.4 | 97.6 | 0.05 | 0.19 | BDL | 0.43 |
| (75:25) qs to 1 mL | 5° C. | 1 M | 49.6 | 100.0 | BDL | 0.07 | BDL | 0.27 |
| BDM- | | Initial | 50.2 | 100 | BDL | BDL | BDL | 0.21 |
| 50 mg/mL | 40° C. | 1 W | 49.9 | 99.4 | BDL | 0.15 | BDL | 0.30 |
| Lipoic acid- | | 15 d | 49.1 | 97.8 | 0.06 | 0.35 | BDL | 0.73 |
| 5 mg/mL | | 1 M | 49.0 | 97.6 | 0.09 | 0.90 | 0.25 | 1.82 |
| PEG | 25° C. | 15 d | 49.9 | 99.4 | BDL | 0.12 | BDL | 0.32 |
| 400:PG | | 1 M | 49.7 | 99.0 | BDL | 0.25 | BDL | 0.59 |
| (50:50) qs to 1 mL | 5° C. | 1 M | 50.0 | 99.6 | BDL | 0.11 | BDL | 0.33 |
| BDM- | | Initial | 50.8 | 100 | BDL | BDL | BDL | 0.21 |
| 50 mg/mL | 40° C. | 1 W | 50.4 | 99.2 | BDL | 0.11 | BDL | 0.30 |
| Lipoic acid- | | 15 d | 49.7 | 97.8 | 0.07 | 0.17 | BDL | 0.43 |
| 5 mg/mL | | 1 M | 49.7 | 97.8 | 0.13 | 0.27 | 0.09 | 0.84 |
| PEG | 25° C. | 15 d | 50.8 | 100.0 | BDL | 0.10 | BDL | 0.26 |
| 400:PG | | 1 M | 50.8 | 100.0 | 0.05 | 0.14 | BDL | 0.39 |
| (90:10) qs to 1 mL | 5° C. | 1 M | 50.8 | 100.0 | BDL | 0.06 | BDL | 0.34 |

BDL = Below Detectable Limit

As shown in Table 5, bendamustine, when dissolved in certain mixtures of polyethylene glycol and propylene glycol and a stabilizing amount of lipoic acid, had substantially no increase in total degradants after a period of 1 month. The data presented in Table 5 translates to bendamustine-containing compositions having a shelf life of at least about 2 years when stored at temperatures between 5° C. and at 25° C.

### Example 6

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 50 mg/ml in 90% polyethylene glycol 400 and 10% propylene glycol and α-lipoic acid was added as a stabilizing antioxidant as indicated in Table 6 below. The samples were maintained at 40° C., 25° C. and 5° C. and analyzed for drug content and impurity profile as indicated in Table 6 below. The results obtained are presented in Table 6.

US 11,844,783 B2

11

### TABLE 6

Stability of Bendamustine in 90% PEG 400, 10% PG and α-lipoic acid

| Formulation | Temp | Time Per. | Amt. mg/ml | % of Initial | 0.59 | 1.10 | 1.13 | 1.15 | 1.17 | 1.20 | 1.22 | 1.30 | % Total Imp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BDM-50 mg/mL α-lipoic acid-10 mg/mL PEG 400:PG (90:10) qs to 1 mL | Initial | Initial | 51.0 | 100 | 0.20 | 0.06 | <LD | <LD | <LD | <LD | <LD | <LD | 0.26 |
| | 40° C. | 1 M | 50.5 | 99.0 | 0.21 | 0.31 | 0.13 | 0.07 | 0.13 | 0.10 | <LD | <LD | 0.95 |
| | | 2 M | 49.7 | 97.5 | 0.22 | 0.71 | 0.28 | 0.14 | 0.12 | 0.21 | 0.12 | <LD | 2.02 |
| | | 3 M | 48.7 | 95.5 | 0.22 | 1.01 | 0.45 | 0.21 | 0.14 | 0.37 | 0.16 | 0.05 | 2.96 |
| | 25° C. | 3 M | 50.5 | 99.0 | 0.20 | 0.36 | 0.07 | <LD | 0.10 | 0.10 | <LD | <LD | 0.73 |
| | | 6 M | 50.4 | 98.8 | 0.22 | 0.60 | 0.17 | 0.06 | 0.06 | 0.09 | 0.10 | 0.08 | 1.44 |
| | 5° C. | 6 M | 50.9 | 99.8 | 0.16 | 0.05 | <LD | <LD | <LD | <LD | <LD | <LD | 0.21 |
| | | 12 M | 50.6 | 99.2 | 0.20 | 0.18 | <LD | <LD | <LD | <LD | <LD | <LD | 0.38 |
| BDM-50 mg/mL α-lipoic acid-15 mg/mL PEG 400:PG (90:10) qs to 1 mL | Initial | Initial | 50.3 | 100 | 0.18 | <LD | <LD | <LD | <LD | <LD | <LD | <LD | 0.18 |
| | 40° C. | 1 M | 50.0 | 99.4 | 0.19 | 0.32 | 0.08 | 0.06 | 0.08 | 0.06 | 0.06 | <LD | 0.85 |
| | | 2 M | 49.8 | 99.0 | 0.19 | 0.65 | 0.21 | 0.12 | 0.13 | 0.23 | 0.14 | 0.06 | 1.85 |
| | | 3 M | 49.5 | 98.4 | 0.15 | 0.89 | 0.37 | 0.17 | 0.13 | 0.32 | 0.10 | <LD | 2.40 |
| | | 6 M | 47.0 | 93.4 | 0.20 | 1.76 | 0.66 | 0.19 | 0.31 | 0.47 | 0.33 | 0.17 | 4.93 |
| | 25° C. | 3 M | 50.0 | 99.4 | 0.20 | 0.35 | 0.08 | <LD | <LD | <LD | 0.11 | <LD | 0.79 |
| | | 6 M | 49.5 | 98.4 | 0.19 | 0.58 | 0.15 | 0.06 | 0.07 | 0.09 | 0.08 | 0.10 | 1.38 |
| | 5° C. | 6 M | 50.3 | 100 | 0.17 | 0.06 | <LD | <LD | <LD | <LD | <LD | <LD | 0.23 |
| | | 12 M | 50.2 | 99.8 | 0.19 | 0.15 | <LD | <LD | <LD | <LD | <LD | <LD | 0.34 |

<LD = Below Level of Detection

The data reported in Table 6 along with the data in Table 5 demonstrates that bendamustine solutions are stable when dissolved in mixtures of PEG and PG and 5-15 mg/mL α-lipoic acid. As shown in Table 6, bendamustine, when dissolved in combinations of polyethylene glycol and propylene glycol, in the presence of a stabilizing amount of lipoic acid, had less than 3% increase in total degradants after a period of 3 months at 40° C. Additionally, the same compounds had substantially no increase in total degradants after a period of 6-12 months at 5° C. and 25° C. The data corresponds to bendamustine solutions being stable under ambient or refrigerated storage conditions for well in excess of 2 years, and thus long term stable.

12

## Example 7

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 50 mg/ml in 90% polyethylene glycol 400 and 10% propylene glycol. 2.5 mg/ml of thioglycerol was added as an antioxidizing agent. The samples were maintained at 40° C. and 25° C. and analyzed for drug content and impurity profile as indicated in Table 7 below. The results obtained are presented in Table 7.

### TABLE 7

Stability of Bendamustine in 90% PEG 400, 10% PG and Thioglycerol

| Formulation | Temp | Time Per. | Amt mg/ml | % of Initial | 0.15 | 0.37 | 1.10 | 1.13 | 1.15 | 1.17 | 1.18 | 1.20 | 1.22 | % Total Imp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BDM-50 mg/mL Thioglycerol-2.5 mg/mL PEG 400:PG (90:10) qs to 1 mL | Initial | Initial | 50.3 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 |
| | 40° C. | 15 d | 50.2 | 99.8 | BDL | BDL | 0.18 | BDL | BDL | BDL | 0.05 | 0.08 | BDL | 0.31 |
| | | 1 M | 49.9 | 99.2 | BDL | 0.12 | 0.32 | 0.07 | BDL | BDL | 0.09 | 0.08 | BDL | 0.75 |
| | | 2 M | 49.1 | 97.6 | BDL | 0.18 | 0.56 | 0.24 | 0.09 | 0.17 | 0.19 | 0.12 | 0.11 | 1.76 |
| | | 3 M | 48.8 | 97.0 | BDL | 0.23 | 0.85 | 0.34 | 0.16 | 0.30 | 0.34 | 0.29 | 0.19 | 2.94 |
| | 25° C. | 3 M | 49.9 | 99.2 | 0.06 | 0.12 | 0.23 | 0.07 | BDL | BDL | 0.06 | 0.07 | 0.06 | 0.67 |
| | | 6 M | 49.3 | 98.0 | BDL | 0.23 | 0.53 | 0.22 | 0.11 | BDL | 0.21 | 0.22 | 0.20 | 2.07 |

US 11,844,783 B2

13      14

TABLE 7-continued

| Formulation | Temp | Time Per. | Amt mg/ml | % of Initial | 0.15 | 0.37 | 1.10 | 1.13 | 1.15 | 1.17 | 1.18 | 1.20 | 1.22 | % Total Imp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Stability of Bendamustine in 90% PEG 400, 10% PG and Thioglycerol

RRTs of degradants

BDL = Below Detectable Limit

The stability is similar to that of α-lipoic acid samples in Example 6 above. As shown in Table 7, bendamustine, when dissolved in a combination of polyethylene glycol and propylene glycol, and a stabilizing amount of thioglycerol, had less than 3% increase in total degradants after a period of 3 months at 40° C. Additionally, the same compounds had substantially no increase in total degradants after a period of 6 months at 25° C. The data reported supports the conclusion that these bendamustine solutions are stable under ambient or refrigerated storage conditions for about 2 years.

Example 8

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 50 mg/ml in 85% PEG 400 and 15% PG in the presence of 5 mg/ml of thioglycerol. The samples were maintained at 40° C. and 25° C. and analyzed for drug content and impurity profile as indicated in Table 8 below. The results obtained are presented in Table 8.

TABLE 8

Stability of Bendamustine in 85% PEG 400, 15% PG and Thioglycerol

| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | % Total Imp. |
|---|---|---|---|---|---|
| BDM - 50 mg/mL | Initial | | 51.5 | 100 | 0.12 |
| Thioglycerol - 5 mg/mL | 40° C. | 1 M | 50.4 | 97.9 | 1.18 |
| PEG 400:PG (85:15) qs to | 25° C. | 1 M | 51.4 | 99.8 | 0.41 |
| 1 mL | | 3 M | 50.4 | 97.9 | 1.21 |
| | 5° C. | 3 M | 51.0 | 99.0 | 0.26 |

The stability is similar to that of thioglycerol samples in Example 7 above. As reported in Table 8, total impurities did not exceed 2% at 40° C. or 25° C. storage over one month, or at 25° C. and 5° C. storage after three months. The data reported in Table 8 supports the conclusion that these bendamustine solutions are stable under ambient or refrigerated storage conditions for at least about 2 years if not longer.

We claim:
1. A method of treating leukemia in a human in need thereof comprising
providing a liquid bendamustine-containing composition comprising
bendamustine, or a pharmaceutically acceptable salt thereof, wherein the bendamustine concentration in the composition is from about 20 mg/mL to about 60 mg/mL,
a pharmaceutically acceptable fluid consisting of polyethylene glycol and optionally one or more of propylene glycol, ethanol, benzyl alcohol and glycofurol; and
a stabilizing amount of an antioxidant

wherein the total impurities in the liquid bendamustine-containing composition resulting from the degradation of the bendamustine is less than about 5% peak area response, as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of about 5° C. to about 25° C.;
diluting the liquid bendamustine containing composition; and
intravenously administering the diluted composition to the human.
2. The method of claim 1, wherein the liquid bendamustine containing composition is diluted with about 50 mL of a diluent.
3. The method of claim 1, wherein the concentration of bendamustine in the liquid bendamustine-containing compositions is about 25 mg/ml.
4. The method of claim 1, wherein the concentration of bendamustine in the liquid bendamustine-containing composition is 25 mg/ml.
5. The method of claim 1, wherein the liquid bendamustine-containing composition includes 100 mg of bendamustine at a concentration of 25 mg/mL.
6. The method of claims 1, wherein the antioxidant is monothioglycerol.
7. The method of claim 1, wherein the antioxidant in the liquid bendamustine containing composition is monothioglycerol in a concentration of about 5 mg/mL.
8. The method of claim 1, wherein the liquid bendamustine-containing composition is stable for at least about 15 months at 5° C. or for at least about 15 months at 25° C., prior to dilution.
9. The method of claim 1, wherein the liquid bendamustine-containing composition further comprises ethanol.
10. The method of claims 1, wherein the liquid bendamustine-containing composition is packages in a sterile vial.
11. A method of treating leukemia in a human in need thereof comprising providing a liquid bendamustine-containing composition packaged in a sterile vial and comprising
100 mg of bendamustine, or a pharmaceutically acceptable salt thereof, at a concentration of about 25 mg/mL;
a pharmaceutically acceptable fluid consisting of polyethylene glycol and optionally one or more of propylene glycol, ethanol, benzyl alcohol and glycofurol; and
a stabilizing amount of an antioxidant that is monothioglycerol;
wherein the total impurities in the liquid bendamustine-containing composition resulting from the degradation of the bendamustine is less than about 5% peak area response, as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of about 5° C. or for at least about 15 months at 25° C.;
diluting the liquid bendamustine containing composition with about 50 mL of a diluent;
and intravenously administering the diluted composition to the human.

US 11,844,783 B2

15

16

12. The method of claim 11, wherein the liquid benda-mustine-containing composition comprises 100 mg of ben-damustine, or a pharmaceutically acceptable salt thereof, at a concentration of 25 mg/mL.

13. The method of claim 12, wherein the liquid benda-mustine-containing composition further comprises ethanol.

14. The method of claim 12, wherein the liquid benda-mustine containing composition is diluted with about 50 mL of a diluent.

\* \* \* \* \*

# EXHIBIT 6

**BELRAPZO- bendamustine hydrochloride injection**
**Eagle Pharmaceuticals, Inc**

----------

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use BELRAPZO safely and effectively. See full prescribing information for BELRAPZO.**

**BELRAPZO® (bendamustine hydrochloride injection), for intravenous use.**
**Initial U.S. Approval: 2008**

--------------------------------------- **INDICATIONS AND USAGE** ---------------------------------------
BELRAPZO is an alkylating drug indicated for treatment of patients with:
- Chronic lymphocytic leukemia (CLL). Efficacy relative to first line therapies other than chlorambucil has not been established. (1.1)
- Indolent B-cell non-Hodgkin lymphoma (NHL) that has progressed during or within six months of treatment with rituximab or a rituximab-containing regimen. (1.2)

----------------------------------- **DOSAGE AND ADMINISTRATION** -----------------------------------
For CLL:
- 100 mg/m$^2$ infused intravenously over 30 minutes on Days 1 and 2 of a 28-day cycle, up to 6 cycles. (2.1)

For NHL:
- 120 mg/m$^2$ infused intravenously over 60 minutes on Days 1 and 2 of a 21-day cycle, up to 8 cycles. (2.2)

----------------------------------- **DOSAGE FORMS AND STRENGTHS** -----------------------------------
Injection: 100 mg/4mL (25 mg/mL) in a multiple-dose vial. (3)

------------------------------------------- **CONTRAINDICATIONS** -------------------------------------------
BELRAPZO is contraindicated in patients with a history of a hypersensitivity reaction to bendamustine, polyethylene glycol 400, propylene glycol, or monothioglycerol. Reactions to bendamustine hydrochloride have included anaphylaxis and anaphylactoid reactions. (4, 5.4)

----------------------------------- **WARNINGS AND PRECAUTIONS** -----------------------------------
- Myelosuppression: Delay or reduce dose, and restart treatment based on ANC and platelet count recovery. (5.1)
- Infections: Monitor for fever and other signs of infection or reactivation of infections and treat promptly. (5.2)
- Progressive multifocal leukoencephalopathy (PML): Monitor for new or worsening neurological, cognitive or behavioral signs or symptoms suggestive of PML. (5.3)
- Anaphylaxis and Infusion Reactions: Severe anaphylactic reactions have occurred. Monitor clinically and discontinue drug for severe reactions. Pre-medicate in subsequent cycles for milder reactions. (5.4)
- Tumor Lysis Syndrome: May lead to acute renal failure and death; anticipate and use supportive measures in patients at high risk. (5.5)
- Skin Reactions: Discontinue for severe skin reactions. Cases of SJS, DRESS and TEN, some fatal, have been reported. (5.6)
- Hepatotoxicity: Monitor liver chemistry tests prior to and during treatment. (5.7)
- Other Malignancies: Pre-malignant and malignant diseases have been reported. (5.8)
- Extravasation Injury: Take precautions to avoid extravasation, including monitoring intravenous infusion site during and after administration. (5.9)
- Embryo-fetal toxicity: Can cause fetal harm. Advise females of reproductive potential and males with female partners of reproductive potential of the potential risk to a fetus and to use an effective method of contraception. (5.10, 8.1, 8.3)

------------------------------------------- **ADVERSE REACTIONS** -------------------------------------------
- Adverse reactions (frequency >5%) during infusion and within 24 hours post-infusion are nausea and fatigue. (6.1)
- Most common adverse reactions (≥15%) for CLL are anemia, thrombocytopenia, neutropenia, lymphopenia, leukopenia, hyperbilirubinemia, pyrexia, nausea, vomiting. (6.1, 6.2)
- Most common adverse reactions (≥15%) for NHL are lymphopenia, leukopenia, anemia, neutropenia, thrombocytopenia, nausea, fatigue, vomiting, diarrhea, pyrexia, constipation, anorexia, cough, headache, weight decreased, dyspnea, rash, and stomatitis. (6.1)

Do not use BELRAPZO in patients with AST or ALT 2.5-10 × upper limit of normal (ULN) and total bilirubin 1.5-3 × ULN, or total bilirubin > 3 × ULN *[see Clinical Pharmacology (12.3)]*

## 10 OVERDOSAGE

The intravenous LD50 of bendamustine hydrochloride is 240 mg/m$^2$ in the mouse and rat. Toxicities included sedation, tremor, ataxia, convulsions and respiratory distress.

Across all clinical experience, the reported maximum single dose received was 280 mg/m$^2$. Three of four patients treated at this dose showed ECG changes considered dose-limiting at 7 and 21 days post-dosing. These changes included QT prolongation (one patient), sinus tachycardia (one patient), ST and T wave deviations (two patients) and left anterior fascicular block (one patient). Cardiac enzymes and ejection fractions remained normal in all patients.

No specific antidote for bendamustine hydrochloride overdose is known. Management of overdosage should include general supportive measures, including monitoring of hematologic parameters and ECGs.

## 11 DESCRIPTION

BELRAPZO (bendamustine hydrochloride) is an alkylating agent. The chemical name of bendamustine hydrochloride is 1H-benzimidazole-2-butanoic acid, 5-[bis(2-chloroethyl)amino]-1-methyl-, monohydrochloride. Its empirical molecular formula is $C_{16}H_{21}Cl_2N_3O_2$ HCl, and the molecular weight is 394.7. Bendamustine hydrochloride contains a mechlorethamine group and a benzimidazole heterocyclic ring with a butyric acid substituent, and has the following structural formula:



BELRAPZO (bendamustine hydrochloride) injection for intravenous use is supplied as a sterile, clear, and colorless to yellow ready-to-dilute solution in a multiple-dose clear glass vial. Each milliliter contains 25 mg of bendamustine hydrochloride, USP, 0.1 mL of propylene glycol, USP, 5 mg of monothioglycerol, NF (used as an antioxidant) and q.s. to 1 mL polyethylene glycol 400, NF (sodium hydroxide, NF and water for injection, USP are used to prepare a 1N NaOH solution that may be used for pH modification of PEG 400).

## 12 CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

Bendamustine is a bifunctional mechlorethamine derivative containing a purine-like benzimidazole ring. Mechlorethamine and its derivatives form electrophilic alkyl groups. These groups form covalent bonds with electron-rich nucleophilic moieties, resulting in interstrand DNA crosslinks. The bifunctional covalent linkage can lead to cell death via several pathways. Bendamustine is active against both quiescent and dividing cells. The exact mechanism of action of bendamustine remains unknown.

### 12.2 Pharmacodynamics

# EXHIBIT 7

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF DELAWARE

 3

 4   EAGLE PHARMACEUTICALS, INC.,     )
                                      )
 5                    Plaintiff,      )
                                      ) C.A. No. 24-64-JLH
 6   v.                               )
                                      )
 7   APOTEX INC. and APOTEX CORP.,    )
                                      )
 8                    Defendant.      )
     - - - - - - - - - - - - - - - - -
 9   EAGLE PHARMACEUTICALS, INC.,     )
                                      )
10                    Plaintiff,      ) C.A. No. 24-65-JLH
                                      )
11   v.                               )
                                      )
12   SLAYBACK PHARMA LLC,             )
                                      )
13                    Defendant.      )
     - - - - - - - - - - - - - - - - -
14   EAGLE PHARMACEUTICALS, INC.,     )
                                      )
15                    Plaintiff,      ) C.A. No. 24-66-JLH
                                      )
16   v.                               )
                                      )
17   BAXTER HEALTHCARE CORPORATION,   )
                                      )
18                    Defendant.      )

19
                              J. Caleb Boggs Courthouse
20                            844 North King Street
                              Wilmington, Delaware
21
                              Thursday, January 30, 2025
22                            10:02 a.m.
                              Markman Hearing
23

24   BEFORE:  THE HONORABLE JENNIFER L. HALL, U.S.D.C.J.

25
```

```
 1    APPEARANCES:

 2              McCARTER & ENGLISH, LLP
              BY:  DANIEL M. SILVER, ESQUIRE
 3              BY:  WYLEY S. PROCTOR, ESQUIRE

 4                      -and-

 5              LATHAM & WATKINS LLP
              BY:  DANIEL G. BROWN, ESQUIRE
 6              BY:  ALEX GRABOWSKI, ESQUIRE
              BY:  KELLY ANNE WELSH, ESQUIRE
 7
                                  For the Plaintiff
 8
              POTTER ANDERSON & CORROON LLP
 9              BY:  PHILIP A. ROVNER, ESQUIRE

10                      -and-

11              DECHERT LLP
              BY:  MARTIN BLACK, ESQUIRE
12              BY:  JUDAH BELLIN, ESQUIRE
              BY:  AMANDA K. ANTONS, Ph.D.
13              BY:  NOAH M. LEIBOWITZ, ESQUIRE

14                                  For the Defendant
                                  Baxter Healthcare
15

16              MORRIS JAMES LLP
              BY:  CORTLAN S. HITCH, ESQUIRE
17                      -and-

18              KATTEN MUCHIN ROSENMAN
19              BY:  CHRISTOPHER B. FERENC, ESQUIRE

20                                  For the Apotex Defendants

21              SMITH KATZENSTEIN & JENKINS LLP
22              BY:  DANIEL A. TAYLOR, ESQUIRE

23                      -and-

24              WINDELS MARX
              BY:  JASON A. LIEF, ESQUIRE
25                                  For the Slayback Defendant
```

10:44:19  1    antioxidant at the end.  So you have this mixed claim.

10:44:21  2              Maybe, depending on how you construe it and the

10:44:23  3    statements they've been making here, it's going to turn out

10:44:25  4    to be indefinite.  I don't know.

10:44:27  5              But the reality is that the "consisting of"

10:44:30  6    element closed the claim.  That's the law.  They just -- no

10:44:33  7    matter what this claim covers or doesn't cover, it cannot

10:44:36  8    cover another pharmaceutically acceptable fluid.

10:44:39  9              Now, you can resolve these issues by looking at

10:44:42 10    the claim, as the way the Federal Circuit did in *Norian*, and

10:44:46 11    I think it was in *Shire*, as a recipe claim.

10:44:49 12              It's -- what is this claim?

10:44:51 13              It's a -- okay, okay.

10:45:06 14              So the claim is really a recipe to make a stable

10:45:10 15    form of bendamustine.  And it has a series of ingredients.

10:45:14 16              And the first ingredient is the bendamustine.

10:45:17 17    And bendamustine is described as the active ingredient in

10:45:20 18    the specification.

10:45:22 19              The second ingredient is the pharmaceutically

10:45:24 20    acceptable fluid.

10:45:24 21              And the third is an antioxidant.

10:45:26 22              THE COURT:  And even though we don't normally

10:45:29 23    think of claims as recipe claims, would it be appropriate

10:45:32 24    here, because we all understand that the bendamustine and

10:45:35 25    the antioxidant are in the fluid at the end of the day?

10:45:40  1          MR. BLACK:  That's right.  Exactly.  And that's

10:45:43  2   consistent with the way the Court phrased it in *Shire*,

10:45:47  3   consisting -- because of the way -- because it's "consisting

10:45:49  4   of".  Consists of creates a strong presumption that excludes

10:45:52  5   any elements, steps or ingredients not specified in the

10:45:55  6   claim.

10:45:55  7          And then you have a very similar statement in

10:45:59  8   *Norian*.  The patentee characterized the solution in terms of

10:46:03  9   the components put into it, and their scope was limited to

10:46:05 10   the designated ingredients.

10:46:08 11          THE COURT:  Now, counsel raised a point today in

10:46:10 12   argument, which I think was persuasive, that that opens you

10:46:13 13   up to turn around and argue that because sodium hydroxide

10:46:17 14   was added as an ingredient, now that takes it out of the

10:46:22 15   scope of the claim.  Even though a person of ordinary

10:46:26 16   skill -- either because -- a person of ordinary skill in the

10:46:28 17   art wouldn't understand that sodium hydroxide is part of PEG

10:46:33 18   and exists in PEG or because they've got some argument about

10:46:37 19   it being used up.

10:46:41 20          MR. BLACK:  Right.  So you've got the 12(c)

10:46:42 21   motion.  You had the benefit of reading the 12(c) motion,

10:46:45 22   which we didn't write.

10:46:46 23          THE COURT:  Right.

10:46:46 24          MR. BLACK:  There's going to have to be some

10:46:48 25   development on the record on this, but the pharmaceutically

10:46:51  1    acceptable fluid has to be PEG.  The pharmaceutically

10:46:56  2    acceptable fluid is really the key term.

10:46:58  3         See, we're having a little Kabuki theater

10:47:00  4    because they didn't want to ask that pharmaceutically

10:47:03  5    acceptable fluid be a solvent, because they can't do that.

10:47:05  6    Because the pharmaceutically acceptable fluid is an agreed

10:47:10  7    claim term which they agreed to, and it means a fluid which

10:47:15  8    is suitable for pharmaceutical use.

10:47:18  9         And they did that because that's in the -- those

10:47:22 10    words are exactly in the specification, and the

10:47:24 11    specification explicitly says it can be a solvent.  So if

10:47:28 12    you add a fluid, and pharmaceutically acceptable fluids come

10:47:32 13    in many flavors.  There's only five that are allowed in this

10:47:35 14    case.

10:47:35 15         Saline is a pharmaceutically acceptable fluid.

10:47:37 16    Dextrose is a pharmaceutically acceptable fluid.  Ringer's

10:47:41 17    lactate.  Mineral oil can be a pharmaceutically acceptable

10:47:45 18    fluid.  If it's pure enough, it's on the FDA's list.

10:47:48 19         But they can't add a pharmaceutically acceptable

10:47:49 20    fluid to this formulation unless it's one of the listed

10:47:53 21    five, because they selected "consisting of" not comprising,

10:47:57 22    not even consisting essentially of.  When they prosecuted

10:48:01 23    the patent, they went all the way to "consisting of" to get

10:48:04 24    it allowed over *Drager*.

10:48:06 25         And that has a consequence.  We have to start

10:48:09  1    with that.  And no matter what you want to do with respect

10:48:12  2    to the antioxidant or the "comprising" element, it cannot

10:48:16  3    open that "consisting of" element.  It is closed by law.  A

10:48:20  4    basic principle that they understood throughout.

10:48:23  5             Where are my slides going or -- oh, he's helping

10:48:26  6    me.  He's very good.

10:48:27  7             So that's the issue.  We have this messy claim.

10:48:34  8    We need some principles to help us through this, and then we

10:48:38  9    can draft a jury instruction that will implement the

10:48:41 10    principles when we get there.

10:48:43 11             The other two issues at the end.  Impurities, I

10:48:49 12    think, Your Honor, we don't believe it needs to be in the

10:48:53 13    construction.  But, sure, if PEG -- if there's a --

10:48:57 14    everything that goes into a pharmaceutical product comes

10:49:01 15    from the natural world.  Everything in the natural world is

10:49:04 16    going to have some impurity in it.  You can't have anything

10:49:07 17    that doesn't have, you know, one part in a million of some

10:49:12 18    manufacturing byproduct or something.

10:49:13 19             And we're not saying that that would take it out

10:49:15 20    of the claim.  We agree with that.

10:49:17 21             What we're concerned about is putting the word

10:49:21 22    impurity into the claim without an explanation because they

10:49:24 23    seem to think everything's an impurity whether or not -- and

10:49:28 24    we need to have some guideposts on that.

10:49:31 25             THE COURT:  What if a person of ordinary skill

10:49:34 1    in the art -- and I get it.  This wasn't your brief -- would

10:49:38 2    understand that you add sodium hydroxide to PEG to adjust

10:49:43 3    the pH.  But, nevertheless, it's still PEG.

10:49:49 4            Can they put that on a trial?

10:49:51 5            You would say, No, because sodium hydroxide is a

10:49:54 6    pharmaceutically acceptable fluid.

10:49:55 7            MR. BLACK:  I would say, no, that the

10:49:57 8    combination of the PEG and the sodium hydroxide is not a --

10:50:02 9    it's not a pharmaceutically acceptable fluid on that list.

10:50:06 10   And what you'd get when you combined the two is not PEG.

10:50:10 11   PEG is a -- the formula that, with a molecular formula.  And

10:50:16 12   my understanding is -- and I'm not the expert on the team on

10:50:19 13   this issue -- but my understanding is that you will not have

10:50:22 14   one of the things that's on that list.

10:50:24 15           But you will be providing a pharmaceutically

10:50:28 16   acceptable fluid, which is not on the list.  And that would

10:50:29 17   be -- that would be fatal.

10:50:31 18           So, but I agree that's more of an infringement

10:50:34 19   issue.  And he's standing to make sure that I don't make any

10:50:38 20   admissions on behalf of him.

10:50:39 21           MR. FERENC:  I just wanted to make the offer,

10:50:41 22   Your Honor, having advanced the motion, if you had questions

10:50:42 23   about it, that are relevant to the claim construction.  I'm

10:50:45 24   happy to answer it.

10:50:45 25           THE COURT:  No.  I understand what's going on

10:50:48 1    here.  I don't understand how we're going to get out of the

10:50:50 2    situation, but I fully understand what's going on.

10:50:52 3                MR. FERENC:  Your Honor, may I make one comment?

10:50:53 4                So one of the things that, you know, Mr. Black

10:50:56 5    was saying, if you have a fluid that is water and salt,

10:50:59 6    that's salt water.  The fluid is salt water.  It has other

10:51:02 7    things in it, right.

10:51:03 8                So the whole point about the ingredients here,

10:51:05 9    and our offered construction, is that that's how they chose

10:51:08 10   to describe what the pharmaceutically acceptable fluid must

10:51:11 11   be.  These are the ingredients that it can only be.

10:51:14 12               So if there's another fluid that has different

10:51:16 13   ingredients, that would be outside the scope of the claim.

10:51:18 14   Otherwise, the "consisting of" amendment has no purpose.  It

10:51:21 15   has no consequence.

10:51:23 16               So, again, in the context of:  What is a fluid,

10:51:27 17   we have to look at, okay, who's using what fluids?  And what

10:51:30 18   the ingredients of those fluids?  And then we can decide:

10:51:33 19   Is that outside or inside the claim?

10:51:35 20               But for the purposes of construction, I think,

10:51:38 21   you know, our position is simply that the "consisting of"

10:51:40 22   has to have a legal consequence.  And what is that

10:51:43 23   consequence?  It limits what ingredients must be present or

10:51:46 24   can be present in the pharmaceutically acceptable fluid.

10:51:49 25               So if there's a different fluid with different

11:55:50  1    patentee was incorporating the dependent claim "about

11:55:56  2    25 milligrams per mL," but just forgot to delete the "from."

11:56:00  3             It would be a different situation if the claim

11:56:03  4    said more than about 25 and less than about 60 and just

11:56:08  5    deleted the 60 part, but that's just not what happened here.

11:56:13  6             And, also, I note that "from about 25 milligrams

11:56:17  7    per mL" doesn't make any sense in the context of the patent,

11:56:20  8    and a person of skill in the art would understand that the

11:56:24  9    word "from" was included accidentally during prosecution and

11:56:29 10    needs to be deleted.

11:56:30 11             And that's all I had to say.

11:56:32 12             Is there anything else we need to address today?

11:56:35 13             MR. SILVER:  Nothing from Plaintiffs, Your

11:56:36 14    Honor.  Thank you.

11:56:37 15             MR. BLACK:  Nothing from Baxter.  Nothing from

11:56:41 16    the Defendants, Your Honor.

11:56:41 17             THE COURT:  All right.  It was great to see

11:56:42 18    everyone.  Have a lovely weekend.

11:56:45 19             DEPUTY CLERK:  All rise.

20             (Court was concluded at 11:56 a.m.)

21             I hereby certify the foregoing is a true and

22    accurate transcript from my stenographic notes in the

23    proceeding.

24             /s/ Heather M. Triozzi
                 Certified Merit and Real-Time Reporter
25               U.S. District Court

# EXHIBIT 8

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-64-JLH |
| v. | **JURY TRIAL DEMANDED** |
| APOTEX INC., AND APOTEX CORP., | |
| Defendants. | |
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-65-JLH |
| v. | **JURY TRIAL DEMANDED** |
| SLAYBACK PHARMA LLC, | |
| Defendant. | |
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-66-JLH |
| v. | **JURY TRIAL DEMANDED** |
| BAXTER HEALTHCARE CORPORATION, | |
| Defendant. | |

**PLAINTIFF'S FIRST SET OF COMMON INTERROGATORIES TO
DEFENDANTS APOTEX, INC., APOTEX CORP., SLAYBACK PHARMA LLC, AND
BAXTER HEALTHCARE CORP.**

Pursuant to FEDERAL RULES OF CIVIL PROCEDURE 26 and 33 and the applicable Local Rules

of the U.S. District Court for the District of Delaware, Plaintiff Eagle Pharmaceuticals, Inc.

("Eagle" or "Plaintiff") submits the following interrogatories to Defendants Apotex, Inc. and

Apotex Corp. ("Apotex"), Defendant Slayback Pharma LLC ("Slayback"), and Defendant Baxter

describe the role(s) each such person played in such preparation and/or filing of any such amendment, supplement, and/or revision.

## INTERROGATORY NO. 2:

Identify and describe with full particularity the role of sodium hydroxide in Your NDA Product and/or its manufacture, including by describing and identifying; when, if ever, sodium hydroxide has been added to PEG used to manufacture Your NDA Product; how and when the decision to add sodium hydroxide to PEG used to manufacture Your NDA Product was made; how You determine the amount of sodium hydroxide to add to PEG; the purpose for which sodium hydroxide is added to PEG; any testing conducted by, on behalf of, or at the direction of You on the interaction between sodium hydroxide and any other component(s) of Your NDA Product, and any testing conducted by, on behalf of, or at the direction of You on Your NDA Product to determine the presence or absence of sodium hydroxide.

## INTERROGATORY NO. 3:

Describe with full particularity Your first awareness of the Asserted Patents and/or Asserted Patent Applications, including the date on which You first became aware of the Asserted Patents and/or Asserted Patent Applications, the circumstances under which You became aware of the Asserted Patents and/or Asserted Patent Applications, and any actions You took as a result of that awareness, including the identity of all persons with knowledge concerning those circumstances, and the identity of all documents relating to those circumstances.

## INTERROGATORY NO. 4:

Describe with particularity the complete legal and factual basis for any contention by You that Plaintiff's claims for infringement of the Asserted Patents are barred in whole, or in part, on

Dated: May 21, 2024

**MCCARTER & ENGLISH, LLP**

*/s/ Daniel M. Silver*

OF COUNSEL:

Daniel G. Brown
Kelly A. Welsh
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff Eagle*
*Pharmaceuticals Inc. in*
*C.A. Nos. 24-64-JLH and 24-65-JLH*


**MCCARTER & ENGLISH, LLP**

*/s/ Daniel M. Silver*

OF COUNSEL:

Wyley S. Proctor
MCCARTER & ENGLISH, LLP
265 Franklin Street
Boston, MA 02110
(617) 449-6500
wproctor@mccarter.com

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff Eagle*
*Pharmaceuticals, Inc. in*
*C.A. No. 24-66-JLH*

# EXHIBIT 9

**From:** Proctor, Wyley
**Mail received time:** Wed, 9 Apr 2025 22:40:52
**Sent:** Wed, 9 Apr 2025 22:40:33
**To:** Bellin, Judah  EXT Christopher Ferenc  EXT Ajay Kayal  EXT Andrew Miller  EXT Constance Huttner  Dtaylor@skjlaw.com  jlief@windelsmarx.com  mdaughton@skjlaw.com  nbelgam@skjlaw.com  EXT Robyn Ast-Gmoser  Antons, Amanda  amoshos@potteranderson.com  Dechert-Bendamustine  Marley, Jacinda  msingleton@potteranderson.com  Black, Martin  mshaw@potteranderson.com  Leibowitz, Noah  EXT Phil Rovner  EXT Cortlan Hitch  EXT Deepro Mukerjee  EGreek@morrisjames.com  EXT Jitty Malik  EXT Joe Janusz  khunt@morrisjames.com  EXT K Dorsney  EXT Lance Soderstrom  lauren.eiten@katten.com  EXT Rachel Schweers  EXT Daniel Silver  EXT Maliheh Zare  'Kelly.Welsh@lw.com'  Alex.Grabowski@lw.com  Daniel.Brown@lw.com  EXT Daniel Taylor  EXT Neal Belgam  KENNETH.SCHULER@lw.com  Nichols, Chelsea
**Cc:** Eagle Litigation  EAGLEBENDAMUSTINELITIGATION.LWTEAM@lw.com  EXT Wyley Proctor
**Subject:** RE: Eagle v. Apotex, 24-64; Eagle v. Slayback, 24-65; Eagle v. Baxter, 24-66
**Importance:** Normal
**Sensitivity:** None

---

[EXTERNAL EMAIL]

Counsel:

Your March 28 letter contains numerous misrepresentations of our March 18 meet and confer and the parties' correspondence regarding Defendants' RFP No. 39.  We will not address each here, but for example, your claim that "Eagle admitted during the parties' meet and confer that it has not performed any searches to identify documents responsive to this Request" is patently false.  As we have explained repeatedly during calls and in correspondence, Eagle has confirmed that it has *already produced* a significant number of documents showing the "role of sodium hydroxide"; these documents were identified through reasonable searches of Eagle's files.  It appears Defendants have failed to review Eagle's production before threatening to seek Court intervention.

Similarly, you misrepresent the parties' discussions regarding the "criteria" used to identify responsive documents. We have identified nearly 3,000 documents in Eagle's production containing information responsive to RFP No. 39.  We have asked Defendants—and indeed, have been asking Baxter since at least October—to meaningfully narrow this request or otherwise identify how Eagle's production to date is inadequate to show the "role of sodium hydroxide."  We would need this information to develop parameters to locate whatever *additional* documents Defendants contend have not yet been produced but are necessary to show the "role of sodium hydroxide."  And as I have explained to Baxter's counsel for several months, Defendants' proposal that Eagle search for "documents referring or related to the role of sodium hydroxide" is not a meaningful narrowing of this request.

Further, your argument regarding Eagle's requests to Defendants is puzzling.  Defendants' products are accused of infringement; Eagle's products are not.  Defendants have failed to explain how the parties' respective discovery obligations on this issue are the same.

Finally, to the extent Defendants now request that Eagle search all of the "shared drives, lab notebooks, and custodial files and emails" of Dr. Sundaram, Dr. Romito, Dr. Wu, and Dr. Sharma for the terms "sodium hydroxide" and "bendamustine" (*see* Mar. 28, 2025 Ltr. at 2-3), such request is overbroad, unduly burdensome, and not proportionate to the needs of the case and Eagle stands on its objections.

Best,
Wyley



**Wyley S. Proctor | Partner**
McCarter & English, LLP
265 Franklin Street | Boston, MA 02110

[wproctor@mccarter.com](mailto:wproctor@mccarter.com) | [www.mccarter.com](http://www.mccarter.com) | V-Card
T 617.449.6529   M 617.530.0834

Boston | East Brunswick | Hartford | Indianapolis | Miami | Newark | New York
Philadelphia | Stamford | Trenton | Washington, DC | Wilmington

---

**From:** Bellin, Judah <Judah.Bellin@dechert.com>
**Sent:** Friday, March 28, 2025 10:20 AM
**To:** Proctor, Wyley <wproctor@McCarter.com>; EXT Christopher Ferenc <christopher.ferenc@katten.com>; EXT Ajay Kayal <akayal@windelsmarx.com>; EXT Andrew Miller <amiller@windelsmarx.com>; EXT Constance Huttner <chuttner@windelsmarx.com>; Dtaylor@skjlaw.com; jlief@windelsmarx.com; mdaughton@skjlaw.com; nbelgam@skjlaw.com; EXT Robyn Ast-Gmoser <rast-gmoser@windelsmarx.com>; Antons, Amanda <Amanda.Antons@dechert.com>; amoshos@potteranderson.com; Dechert-Bendamustine <Dechert-Bendamustine@dechert.com>; Marley, Jacinda <jacinda.marley@dechert.com>; msingleton@potteranderson.com; Black, Martin <martin.black@dechert.com>; mshaw@potteranderson.com; Leibowitz, Noah <Noah.Leibowitz@dechert.com>; EXT Phil Rovner <provner@potteranderson.com>; EXT Cortlan Hitch <CHitch@morrisjames.com>; EXT Deepro Mukerjee <deepro.mukerjee@katten.com>; EGreek@morrisjames.com; EXT Jitty Malik <jitty.malik@katten.com>; EXT Joe Janusz <joe.janusz@katten.com>; khunt@morrisjames.com; EXT K Dorsney <kdorsney@morrisjames.com>; EXT Lance Soderstrom <lance.soderstrom@katten.com>; lauren.eiten@katten.com; EXT Rachel Schweers <rachel.schweers@katten.com>; Silver, Daniel <DSilver@McCarter.com>; Zare, Maliheh <mzare@mccarter.com>; 'Kelly.Welsh@lw.com' <Kelly.Welsh@lw.com>; Alex.Grabowski@lw.com; Daniel.Brown@lw.com; EXT Daniel Taylor <DAT@skjlaw.com>; EXT Neal Belgam <NCB@skjlaw.com>; KENNETH.SCHULER@lw.com; Nichols, Chelsea <chnichols@mccarter.com>
**Cc:** Eagle Litigation <EagleLitigation@McCarter.com>; EAGLEBENDAMUSTINELITIGATION.LWTEAM@lw.com; Proctor, Wyley <wproctor@McCarter.com>
**Subject:** RE: Eagle v. Apotex, 24-64; Eagle v. Slayback, 24-65; Eagle v. Baxter, 24-66

# EXTERNAL EMAIL | STOP | VERIFY | REPORT

---

Counsel,

Please see the attached letter.

**Judah Bellin**
Associate

**Dechert LLP**
+1 215 994 2139 Direct
+1 201 741 7290 Mobile
[judah.bellin@dechert.com](mailto:judah.bellin@dechert.com)
[dechert.com](http://dechert.com)

---

**From:** Proctor, Wyley <wproctor@McCarter.com>

**Sent:** Friday, March 21, 2025 3:21 PM
**To:** EXT Christopher Ferenc <christopher.ferenc@katten.com>; EXT Ajay Kayal <akayal@windelsmarx.com>; EXT Andrew Miller <amiller@windelsmarx.com>; EXT Constance Huttner <chuttner@windelsmarx.com>; Dtaylor@skjlaw.com>; jlief@windelsmarx.com; mdaughton@skjlaw.com; nbelgam@skjlaw.com; EXT Robyn Ast-Gmoser <rast-gmoser@windelsmarx.com>; Antons, Amanda <Amanda.Antons@dechert.com>; amoshos@potteranderson.com; Dechert-Bendamustine <Dechert-Bendamustine@dechert.com>; Marley, Jacinda <jacinda.marley@dechert.com>; msingleton@potteranderson.com; Black, Martin <martin.black@dechert.com>; mshaw@potteranderson.com; Leibowitz, Noah <Noah.Leibowitz@dechert.com>; EXT Phil Rovner <provner@potteranderson.com>; EXT Cortlan Hitch <CHitch@morrisjames.com>; EXT Deepro Mukerjee <deepro.mukerjee@katten.com>; EGreek@morrisjames.com; EXT Jitty Malik <jitty.malik@katten.com>; EXT Joe Janusz <joe.janusz@katten.com>; khunt@morrisjames.com; EXT K Dorsney <kdorsney@morrisjames.com>; EXT Lance Soderstrom <lance.soderstrom@katten.com>; lauren.eiten@katten.com>; EXT Rachel Schweers <rachel.schweers@katten.com>; EXT Daniel Silver <DSilver@McCarter.com>; EXT Maliheh Zare <mzare@mccarter.com>; 'Kelly.Welsh@lw.com' <Kelly.Welsh@lw.com>; Alex.Grabowski@lw.com; Daniel.Brown@lw.com; EXT Daniel Taylor <DAT@skjlaw.com>; EXT Neal Belgam <NCB@skjlaw.com>; KENNETH.SCHULER@lw.com; Nichols, Chelsea <chnichols@mccarter.com>
**Cc:** Eagle Litigation <EagleLitigation@McCarter.com>; EAGLEBENDAMUSTINELITIGATION.LWTEAM@lw.com; EXT Wyley Proctor <wproctor@McCarter.com>
**Subject:** Eagle v. Apotex, 24-64; Eagle v. Slayback, 24-65; Eagle v. Baxter, 24-66

[EXTERNAL EMAIL]

Counsel,

As discussed at the meet and confer on March 18, 2025, regarding Defendants' RFP No. 31, Eagle provides the following information regarding the status of its productions containing U.S. license and settlement agreements concerning the patents-in-suit, related U.S. patents, and Eagle's liquid bendamustine products.

| License/Settlement | Bates No. | Status |
|---|---|---|
| Robert, LLC | EAGLEBEN-SA_00242303; EAGLEBEN-SA_00242343 | Produced August 8, 2024 |
| Cephalon/Teva | EAGLEBEN-SA_00072300 | Produced August 8, 2024 |
| Hospira | EAGLEBEN-SA_00344219 | Produced March 14, 2025 |
| Accord | EAGLEBEN-SA_00344174 | Produced March 14, 2025 |
| Accord | EAGLEBEN-SA_00344190 | Produced March 14, 2025 |
| Dr. Reddy's (DRL) | EAGLEBEN-SA_00333048 | Redacted version produced 12/6/2024; clearing third party confidentiality to remove redactions. Will produce by March 26, 2025. |
| Fresenius | | Clearing third party confidentiality. Will produce by March 26, 2025. |
| Aurobindo | | Clearing third party confidentiality. Will produce by March 26, 2025. |

The foregoing represents all U.S. license and settlement agreements concerning the patents-in-suit, related U.S. patents, and Eagle's liquid bendamustine products. Eagle does not intend to withhold any license or settlement agreement concerning the same.

Regarding RFP No. 39, Eagle notes that it has produced 2,953 documents that amounts to 134,366 pages of documents responsive to this request. This amounts to more pages than each Defendant's *entire* unique document production universe to date. As Defendants well know, this case has been the subject of extensive discovery dating back nearly a decade. Eagle asked Defendants to identify documents or categories of documents that it believes Eagle has failed to produce, and Defendants could only identify a single document. Meanwhile, that single document, Appendix E to the February 27, 2019 Opening Expert Report of Dr. Rodolfo Pinal, is already in possession of co-Defendants Apotex and Slayback because it is a report compiled by Defendants' expert in C.A. No. 17-1154-CFC, and was marked highly confidential by those co-Defendants

under that case's protective order.  Baxter can easily obtain a copy by speaking to its co-Defendants.  If Baxter is unable to obtain a copy from its co-Defendants, Eagle will look into whether it can produce a copy in these actions.

Based on the parties' correspondence to date, it appears Defendants would like Eagle to go on a fishing expedition through more than a decade's worth of documents housed by countless custodians and attempt to identify and produce "all documents referring or related to the role of sodium hydroxide in Belrapzo, Bendeka or *any* other Bendamustine Product." This request is overbroad, unduly burdensome, and not proportionate to the needs of the case.  Moreover, it is unclear to Eagle how documents related to the role of sodium hydroxide *in Eagle's* liquid bendamustine products is relevant to any issue in the case.  Eagle is willing to consider a compromise position from Defendants, but in the absence of Defendants' identification of specific deficiencies or a meaningfully narrowed request proportional to needs of these cases, Eagle maintains its position that it will not search for and produce additional responsive documents beyond the hundreds of thousands of pages it already produced.

Eagle is available for a further meet and confer should Defendants wish to discuss any specific deficiencies or narrowing of their request.

Best,
Wyley



**Wyley S. Proctor | Partner**
McCarter & English, LLP
265 Franklin Street | Boston, MA 02110

wproctor@mccarter.com | www.mccarter.com | V-Card
T 617.449.6529   M 617.530.0834

Boston | East Brunswick | Hartford | Indianapolis | Miami | Newark | New York
Philadelphia | Stamford | Trenton | Washington, DC | Wilmington

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

# EXHIBIT 10



**Wyley Proctor**
Partner

T. 617-449-6529
F. 617-607-9146

wproctor@mccarter.com

McCarter & English, LLP
265 Franklin Street
Boston, MA 02110-3113
www.mccarter.com

<u>**Via Email**</u>

August 16, 2024

Judah Bellin
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
judah.bellin@dechert.com

Re:    *Eagle Pharmaceuticals, Inc. v. Baxter Healthcare Corp.*, 1:24-cv-66-JLH (D. Del.)

Counsel:

I write in response to your August 1, 2024 letter regarding Eagle's responses to Defendants' and Baxter's interrogatories and requests for production.

Baxter primarily takes issue with Eagle's agreement to produce the Prior Litigation Documents, as defined in Eagle's July 18, 2024 Responses and Objections the First Set of Joint Requests for Production Propounded by Baxter ("Eagle's RFP Responses"), in response to certain of the requests for production. Baxter's assertion that the defined Prior Litigation Documents would omit "at least two categories of documents" is not correct.

First, the Prior Litigation Documents expressly "*include[] documents from earlier litigations that were re-produced in those litigations….*" Eagle's RFP Responses at 13 (emphasis added). Second, for the majority of requests, Eagle has agreed to produce additional categories of documents, such as the Research and Development Documents, the Financial Documents, the Patent and Prosecution Documents, and/or the Regulatory Documents. Eagle's production of the Prior Litigation Documents (which were re-produced on August 8, 2024), along with the other documents that Eagle has agreed to produce, satisfy its discovery obligations in response to the requests for production listed in your letter. Once Baxter has had an opportunity to review the documents that were already produced, and will be produced, it is free to raise any concerns with Eagle if it believes there are documents that are missing and fairly encompassed in the requests, but such complaints are premature at this stage.

***Common RFP No. 5***. This request seeks, *inter alia*, "[a]ll documents relating to Stability Testing on Liquid Bendamustine Products…." Subject to Eagle's General and specific objections, Eagle has agreed to produce the Prior Litigation Documents and the Research and Development Documents, which include documents relating to Eagle's development work, including stability data. To the extent Baxter demands documents concerning ongoing stability studies for Bendeka® or Belrapzo®, such documents are not relevant and such a demand is overbroad, unduly burdensome, and not proportional to the needs of the case.



**Wyley Proctor**
Partner

T. 617-449-6529
F. 617-607-9146

wproctor@mccarter.com

McCarter & English, LLP
265 Franklin Street
Boston, MA 02110-3113
www.mccarter.com

***Common RFP No. 9.*** This request seeks "[a]ll Prior Art or alleged Prior Art of which You are aware, including without limitation, any Prior Art identified by any party in any Bendamustine Liquid Litigation in any contention, discovery response, pleading, correspondence, or other oral or written communication." Subject to Eagle's General and specific objections, Eagle has agreed to produce, and has produced, substantial documents responsive to this request, *i.e.*, responsive documents within the Prior Litigation Documents. Baxter's request for additional production of so-called "alleged Prior Art" purports to require Eagle to form a legal conclusion and subjective determination of whether a document or thing is "alleged 'Prior Art,'" and is overbroad and unduly burdensome.

***Common RFP No. 24.*** This request seeks, *inter alia*, "[a]ll documents concerning the decisions to file the Family Patent Applications…." Subject to Eagle's General and specific objections, Eagle has agreed to produce the Prior Litigation Documents and the Patent and Prosecution Documents in response to this request. To the extent Baxter contends that additional documents, including later-created documents, fall within the scope of this request, such documents are protected from disclosure by the attorney-client privilege, the work product doctrine, and/or any other applicable privilege or protection.

***Common RFP Nos. 27, 37, 39, 42.*** In response to each of these requests, Eagle has agreed to produce the Prior Litigation Documents and/or additional documents, including the Research and Development Documents, the Patent and Prosecution Documents, the Financial Documents, and/or the Regulatory Documents, which amply satisfy Eagle's discovery obligations.

***Common RFP No. 29.*** This request seeks "[a]ll documents relating to any Citizen Petition or other submission to the FDA concerning bendamustine." In response to other requests, Eagle has already agreed to produce, *inter alia*, the Regulatory Documents. To the extent Baxter contends that additional documents fall within the scope of this request, such a demand is overbroad and unduly burdensome, seeks documents and things not relevant to any party's claim or defense, and is not proportional to the needs of the case.

***Common RFP No. 31.*** This request seeks "[a]ll settlement or license agreements related to the Patents-in-Suit, any Bendamustine Product, Family Patent, or Bendamustine Liquid Litigation." Subject to Eagle's General and specific objections, Eagle has agreed to produce the Prior Litigation Documents and executed license agreements concerning the Asserted Patents. In your August 1, 2024 letter, you further demand "licenses that cover 'patents comparable to the patent in suit,'" which seeks legal conclusion, subjective determination, and expert discovery and implicates Eagle's confidentiality obligations to third parties. Eagle is willing to meet and confer regarding Common RFP No. 31 as narrowed in your August 1, 2024 letter.

***Common RFP No. 38.*** This request seeks, *inter alia*, "[a]ll documents that refer or relate to any supplier or potential supplier of bulk bendamustine or any pharmaceutical formulation or dosage form containing bendamustine…" As explained in Eagle's RFP Responses, this overbroad request would subject Eagle to undue expense, seeks documents and things not relevant to any party's claim or defense, and is not proportional to the needs of the case. In response to other requests,



**Wyley Proctor**
Partner

T. 617-449-6529
F. 617-607-9146

wproctor@mccarter.com

McCarter & English, LLP
265 Franklin Street
Boston, MA 02110-3113

www.mccarter.com

Eagle has already agreed to produce, *inter alia*, the Research and Development Documents and the Regulatory Documents, which include information regarding Eagle's suppliers. Your letter fails to identify deficiencies in the documents that Eagle has already agreed to produce that would justify Baxter's demand for additional production.

**Common RFP No. 40 & 41.** These overbroad and overly burdensome requests seek, *inter alia*, production of "[a]ll documents that refer or relate to any Bendamustine Product as listed on a drug formulary" and "[a]ll documents that refer or relate to the prescription of any Bendamustine Product…." In response to other requests, Eagle has agreed to make substantial production of documents, including production of financial documents. Your letter fails to identify any deficiencies in the documents that Eagle has already agreed to produce that would justify Baxter's demand for additional document production.

**Common RFP No. 45.** This request seeks, *inter alia*, "[a]ll documents concerning Your decision to develop BELRAPZO®…." In response to other requests, Eagle has already agreed to produce the Research and Development Documents, the Regulatory Documents, the Prior Litigation Documents, and the Financial Documents. Again, your letter fails to identify alleged deficiencies in the documents that Eagle has agreed to produce.

**Common RFP Nos. 46 & 47.** Subject to Eagle's General and specific objections, in responses to these requests, Eagle has agreed to produce the Financial Documents and the Prior Litigation Documents, which satisfy Eagle's discovery obligations regarding these requests.

**Common RFP No. 50.** This request seeks, *inter alia*, "[a]ny documents that describe or quantify the importance of Belrapzo® to Plaintiff's overall business…" In response to other requests, Eagle has already agreed to produce, *inter alia*, the Research and Development Documents, the Regulatory Documents, the Prior Litigation Documents, and the Financial Documents. Your letter does not articulate any basis to demand document production beyond the substantial documents that Eagle has agreed to produce.

**Baxter RFP No. 1.** As explained in Eagle's Responses to Baxter's First Set of Requests for Production, Baxter's RFP No. 1, which seeks production of "[a]ll documents concerning any testing or analysis of the Baxter Product performed by Eagle," purports to require Eagle to produce documents and things, to the extent any exist, that would be protected from disclosure by, *inter alia*, the work product doctrine. Eagle is not aware of any non-privileged, non-work product documents or things responsive to this request within Eagle's possession, custody, or control. To the extent any are identified, subject to its General and specific objections, Eagle will produce non-privileged, non-work product documents or things responsive to this request within Eagle's possession, custody, or control.

**Common Interrogatories.** In its July 18, 2024 Responses and Objections to Baxter's Common Interrogatories, Eagle has identified individuals with information responsive to several interrogatories. Your letter fails to explain why Baxter's demand for the identification of more names is proportional to the needs of the case, in particular in light of Eagle's substantial document production. Finally, Eagle will supplement its responses to Defendants' Common Interrogatories



**Wyley Proctor**
Partner

T. 617-449-6529
F. 617-607-9146

wproctor@mccarter.com

McCarter & English, LLP
265 Franklin Street
Boston, MA 02110-3113

www.mccarter.com

Nos. 2, 7, 8, and 9 in due course identifying documents from which the answers to those interrogatories may be derived or ascertained pursuant to Federal Rule of Civil Procedure 33(d).

Sincerely,

Wyley S. Proctor

# EXHIBIT 11

**From:** Miller, Amanda
**Mail received time:** Thu, 8 Aug 2024 19:36:23
**Sent:** Thu, 8 Aug 2024 19:36:07
**To:** EXT Alexandra Joyce　EXT Christopher Ferenc　EXT Cortlan Hitch　EXT Deepro Mukerjee　EXT Jitty Malik 'joseph.janusz@katten.com'　EXT K Dorsney　EXT Lance Soderstrom　EXT Rachel Schweers　EXT Ajay Kayal　EXT Andrew Miller　EXT Constance Huttner　EXT Daniel Taylor 'mdaughton@skjlaw.com'　EXT Neal Belgam　EXT Robyn Ast-Gmoser Antons, Amanda　Bellin, Judah 'msingleton@potteranderson.com'　Black, Martin　Leibowitz, Noah　EXT Phil Rovner　Dechert-Bendamustine
**Cc:** EXT Alexandra Joyce　Alex Grabowski (Alex.Grabowski@lw.com)　Daniel Brown　Kelly Welsh　kenenth.schuler@lw.com　Linda Smith　Marc Zubick (Marc.Zubick@lw.com)　EXT Daniel Silver　Susan Tull - Latham & Watkins LLP (susan.tull@lw.com)　Yiwei JIang　EXT Maliheh Zare　EXT Wyley Proctor　'EAGLEBENDAMUSTINELITIGATION.LWTEAM@lw.com'　Eagle Litigation
**Subject:** Document Production -- Eagle v. Apotex (24-64-JLH) / Eagle v. Slayback (24-65-JLH) / Eagle v. Baxter (24-66-JLH)
**Importance:** Normal
**Sensitivity:** None

---

[EXTERNAL EMAIL]

Counsel,

Plaintiff Eagle Pharmaceuticals, Inc. hereby makes the following production:

> **EAGLEBEN-SA VOL003**
> **Zip File Name:** EAGLEBEN-SA VOL003.zip
> **Bates Range:** EAGLEBEN-SA_00002636 to EAGLEBEN-SA_00320848

Please use the below link to access Eagle's production. **The password for the FTP link will follow in a separate email.**

> **The FTP URL is as follows:** EAGLEBEN-SA VOL003 - Final

In order to access the production, please <u>follow these instructions</u>:

1. 1. You will be asked to log in and enter a password. Your Login ID is the same as your email address. Each user has a unique password, listed in the table below.

| Name | Email/Login ID | Password |
|---|---|---|
| Christopher B. Ferenc | christopher.ferenc@katten.com | 7x1E68(^*Z"#\\n3-TYmsY:IWslYE^; |
| Joseph M. Janusz | joseph.janusz@katten.com | ^d0mGCcDc$,.I1]6b-e#;MAFR8Z-7K |
| Jitendra "Jitty" Malik | jitty.malik@katten.com | +qS06(7w$g5!($SVInP[h2n[[~;rbo |
| Deepro R. Mukerjee | deepro.mukerjee@katten.com | af6n1ZpNAR&#O=i>HK#b0FEx}7&p8& |
| Rachel L. Schweers | rachel.schweers@katten.com | 6&NJcPff+`iQx1[9£NS5Ba$l^^34FR |
| Lance A. Soderstrom | lance.soderstrom@katten.com | +[?L]3G}pcoe47FmW1es19+Os1U32< |

| Cortlan Hitch | chitch@morrisjames.com | 3`883|JNEn?-&vtB[=~-fn-`Vq'QJ1 |
| Kenneth Dorsney | kdorsney@morrisjames.com | _K/e_aB20Z(43z(vP"k#5/:R]1j,c) |
| Daniel Taylor | DTAYLOR@SKJLAW.COM | w%9t2DtN*x-?]c)S\\Wy3`ZI2FWb1u6 |
| Andrew J. Miller | amiller@windelsmarx.com | cYVO^S_%OJ>Z_7Vcz%{)t@/6"40pbA |
| Ajay Kayal | akayal@windelsmarx.com | QT>s3f9:a7l1C"EnT8l.5WJIZ~T-]c |
| Constance S. Huttner | chuttner@windelsmarx.com | 28zSl$hW\\h£{6QL7I%i&N4P'7rO@j9 |
| Robyn Ast-Gmoser | rast-gmoser@windelsmarx.com | E960f[9B8ye!~A£/$?oEi1Ohi7rQlt |
| Neal C. Belgam | NBELGAM@SKJLAW.COM | 14+7tA~-5>%rKv:tl!a0Xd(u2pLh!5 |
| Amanda K. Antons | amanda.antons@dechert.com | ,Qv{F<u0*[%9/4(0}r&!P-Z~3jTHN= |
| Judah Bellin | Judah.Bellin@dechert.com | ;ly.SY-tnprR~$4z1nI4_Rfr@-&3h} |
| Martin J. Black | martin.black@dechert.com | s>Tq52{!@}X-|#1x;2rc:K4o$g^,6} |
| Noah M. Leibowitz | noah.leibowitz@dechert.com | y8:K>V0e@c*R78>%O4`?o^%eLR%g'7 |
| Philip A. Rovner | provner@potteranderson.com | Mo0:b1T:q3~a7h]UVGrO#t}5|d[528 |

2. 2. Once you have logged in (Step 1), you will have access to this production file (EAGLEBEN-SA VOL003). Click to download.

3. 3. To open the file, please enter the password to the FTP link (sent in a separate email).

Should you have any issues logging in, please let us know.



**Amanda J. Miller | Paralegal**
McCarter & English, LLP
Renaissance Centre, 405 N. King Street, 8th Floor | Wilmington, DE 19801

amiller@mccarter.com | www.mccarter.com
T 302.984.6380   M 302.602.1428
Boston | East Brunswick | Hartford | Indianapolis | Miami | New ark | New York
Philadelphia | Stamford | Trenton | Washington, DC | Wilmington

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

# EXHIBIT 12



## Eagle Pharmaceuticals Announces $69 Million Agreement to Monetize BENDEKA® Royalties

March 31, 2025

WOODCLIFF LAKE, N.J., March 31, 2025 (GLOBE NEWSWIRE) -- Eagle Pharmaceuticals, Inc. (OTCMKTS: EGRX) (the "Company" or "Eagle") today announced that it has entered into a royalty purchase agreement with an entity that was provided capital by funds managed by Blue Owl Capital Inc. ("Blue Owl") (the "Agreement"), dated March 31, 2025, to sell the royalty interest in annual net sales of BENDEKA® (bendamustine hydrochloride injection) in the United States for an aggregate purchase price of $69 million before transaction costs.

BENDEKA is a ready-to-dilute liquid, low-volume (50 mL) and short-time ten-minute infusion formulation of bendamustine. It is approved for the treatment of chronic lymphocytic leukemia ("CLL") and for the treatment of indolent B-cell non-Hodgkin lymphoma ("NHL") that has progressed during or within six months of treatment with rituximab or a rituximab-containing regimen.

"We are pleased to reach this agreement. Blue Owl's capital support for the royalty interest of BENDEKA underscores the value of this asset as an important therapy for the treatment of CLL and NHL. This transaction will provide immediate, non-dilutive capital to Eagle," said Christopher Krawtschuk, Chief Financial Officer of Eagle.

Under the terms of the agreement, Eagle will receive $69 million before transaction costs as an upfront payment in exchange for a prespecified amount of Eagle's royalty interest for net sales of BENDEKA for the quarter ending December 31, 2024, and 100% of the royalty interest thereafter, up to an aggregate cap of up to 1.3 times the purchase price, depending on when the royalty cap is achieved, after which all future royalty payments from net sales of BENDEKA will revert back to Eagle.

The Company plans to use the net proceeds from the transaction to repay in full its existing Third Amended and Restated Credit Agreement, dated November 1, 2022, among Eagle, the lenders party thereto and JPMorgan Chase Bank, N.A., as administrative agent, as amended to date (the "Credit Agreement"), including the remaining balance under a drawn term loan of $27.5 million, as well as $25 million under a revolving credit facility. The remaining proceeds are expected to be used for general corporate purposes.

The Company is continuing to invest in its R&D programs, including CAL02, which is a novel first-in-class anti-virulence agent being developed for the treatment of severe community-acquired bacterial pneumonia as an add on to standard of care therapy, and EA 114, which is a novel and proprietary formulation of Fulvestrant being developed for the treatment of hormone-receptor-positive (HR+) metastatic breast cancer.

Armentum Partners, LLC served as Eagle's financial advisor on the transaction, and Latham & Watkins LLP served as counsel to Eagle. Gibson, Dunn & Crutcher LLP acted as counsel to Blue Owl.

### About Eagle Pharmaceuticals, Inc.

Eagle is a fully integrated pharmaceutical company with research and development, clinical, manufacturing and commercial expertise. Eagle is committed to developing innovative medicines that result in meaningful improvements in patients' lives. Eagle's commercialized products include PEMFEXY®, RYANODEX®, BENDEKA®, BELRAPZO®, TREAKISYM® (Japan), and BYFAVO® and BARHEMSYS® through its wholly owned subsidiary Acacia Pharma Inc. Eagle's oncology and critical care pipeline includes product candidates with the potential to address underserved therapeutic areas across multiple disease states, and the company is focused on developing medicines with the potential to become part of the personalized medicine paradigm in cancer care. Additional information is available on Eagle's website at www.eagleus.com.

### Forward-Looking Statements

This press release contains "forward-looking statements" regarding future events or our future financial performance. Forward-looking statements are statements that are not historical facts. Words and phrases such as "anticipated," "forward," "will," "would," "could," "may," "intend," "remain," "regain," "maintain," "potential," "prepare," "expected," "believe," "plan," "seek," "continue," "goal," "estimate," and similar expressions are intended to identify forward-looking statements. These statements include, but are not limited to, statements with respect to the Company's use of proceeds from the transaction;  the potential benefits and usefulness of CAL02 and EA 114, including their potential to treat severe community-acquired bacterial pneumonia and hormone-receptor-positive (HR+) metastatic breast cancer, respectively; expectations with respect to clinical trials including timing and results thereof; the potential of product candidates to address underserved therapeutic areas across multiple disease state; and expectations with respect to the sufficiency of the Company's cash resources, including continued investment in its R&D programs. All such statements are subject to certain risks and uncertainties, many of which are difficult to predict and generally beyond the Company's control, which could cause actual results to differ materially from those expressed in, or implied or projected by, the forward-looking information and statements. Such risks and uncertainties include, but are not limited to: the completion of the review and preparation of the Company's financial information and internal control over financial reporting and disclosure controls and procedures and the timing thereof; the discovery of additional information; further delays in the Company's financial reporting, including as a result of unanticipated factors; the Company's ability to obtain additional financing and the timing and potential terms thereof; whether the objectives of the Company's review of potential financing and other alternatives will be achieved, the terms, structure, benefits and costs of any arrangement or transaction resulting therefrom, and whether any transaction will be consummated at all; the extent to which the rights under the Company's stockholder rights agreement become exercisable, if at all; the risk that the Company's review of potential financing and other alternatives and its announcement could have an adverse effect on the ability of the Company to retain customers and retain and hire key personnel and maintain relationships with customers, suppliers, employees, stockholders and other relationships and on its operating results and business generally; the risk that the Company's review of potential financing and other alternatives could divert the attention and time of the Company's management; the costs resulting from the review of potential financing and other alternatives; the risk of the Company potentially seeking protection under bankruptcy laws; the possibility that the Company will be unable to re-list its common stock on the Nasdaq or another exchange and, if re-listed, the possibility that the Company thereafter will be unable to comply with the listing rules of such exchange; the limitations on trading of the Company's common stock related to the Company's trading on the OTC Expert Market; the impact on the price of the Company's common stock and the Company's reputation; the Company's ability to remediate material weaknesses in its internal control over financial reporting; the Company's ability to recruit and hire a new Chief Executive Officer and retain key personnel; the ability of the Company to realize the anticipated benefits of its plan

designed to improve operational efficiencies and realign its sales and marketing expenditures and the impacts thereof; the Company's reliance on third parties to manufacture commercial supplies of its products and clinical supplies of its product candidates; the impacts of geopolitical factors such as the conflicts between Russia and Ukraine and Hamas, Iran and Israel; delay in or failure to obtain regulatory approval of the Company's or its partners' product candidates and successful compliance with Federal Drug Administration, European Medicines Agency and other governmental regulations applicable to product approvals; changes in the regulatory environment; the uncertainties and timing of the regulatory approval process; whether the Company can successfully market and commercialize its products; the success of the Company's relationships with its partners; the outcome of litigation and other legal proceedings and the risk of additional litigation and legal proceedings, including with respect to the matters referenced herein; the strength and enforceability of the Company's intellectual property rights or the rights of third parties; competition from other pharmaceutical and biotechnology companies and competition from generic entrants into the market; unexpected safety or efficacy data observed during clinical trials; clinical trial site activation or enrollment rates that are lower than expected; the risks inherent in drug development and in conducting clinical trials; risks inherent in estimates or judgments relating to the Company's critical accounting policies, or any of the Company's estimates or projections, which may prove to be inaccurate; and unanticipated factors in addition to the foregoing that may impact the Company's financial and business projections and may cause the Company's actual results and outcomes to materially differ from its estimates and projections. Readers are cautioned not to place undue reliance on these forward-looking statements. All forward-looking statements contained in this press release speak only as of the date on which they were made. Except to the extent required by law, the Company undertakes no obligation to update such statements to reflect events that occur or circumstances that exist after the date on which they were made.

**Investor Relations Contact**

Lisa M. Wilson
T: 212-452-2793
E: lwilson@insitecony.com

# EXHIBIT 13

# Dechert
## LLP

Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
+1 215 994 4000  Main
+1 215 994 2222  Fax
www.dechert.com

**JUDAH BELLIN**

Judah.Bellin@dechert.com
+1 215 994 2139  Direct
+1 215 994 2222  Fax

April 3, 2025

Wyley Proctor
McCarter & English
265 Franklin Street
Boston, MA 02110

**Re:** *Eagle Pharmaceuticals, Inc. v. Apotex Inc., et. al*, Case No. 24-cv-00064 (D. Del.); *Eagle Pharmaceuticals, Inc. v. Baxter Healthcare Corporation*, Case No. 1:24-cv-00066-JLH (D. Del.)

Counsel,

I write on behalf of Baxter and Apotex.  On March 31, 2025, Eagle announced a royalty purchase deal with "an entity that was provided capital by funds managed by Blue Owl Capital" to sell Eagle's royalty interest in annual net sales of Bendeka for $69 million.  *See Eagle Pharmaceuticals Announces $69 Million Agreement to Monetize BENDEKA® Royalties*, Eagle Pharmaceuticals (March 31, 2025), https://investor.eagleus.com/news-releases/news-release-details/eagle-pharmaceuticals-announces-69-million-agreement-monetize.  Under the public terms of the deal, "Eagle will receive $69 million before transaction costs as an upfront payment in exchange for a prespecified amount of Eagle's royalty interest for net sales of BENDEKA for the quarter ending December 31, 2024, and 100% of the royalty interest thereafter, up to an aggregate cap of up to 1.3 times the purchase price, depending on when the royalty cap is achieved, after which all future royalty payments from net sales of BENDEKA will revert back to Eagle."  *Id.*

Baxter and Apotex are entitled to documents related to this royalty financing transaction, including, at minimum: (i) the executed transaction documents, including all associated schedules and attachments thereto, as well as any ancillary agreements arising from or related thereto; (ii) documents exchanged between Eagle, Blue Owl Capital, and/or the unnamed "party" (including any draft agreements, term sheets, financial/market analyses, valuations, summaries, presentations and/or forecasts/projections); (iii) all presentations, summaries, and analyses compiled on behalf of (or otherwise provided to) Eagle by consultants, advisors or other independent parties related to the transaction; (iv) any relevant communications between Eagle, Blue Owl Capital, and/or the unnamed "party"; and (v) all similar documents identified in categories (i)-(iv) exchanged between Eagle and any other potential purchasers for the royalty stream.  These documents, which are relevant at least to damages, are responsive to numerous Common Requests for Production, including one or more of the following:



April 3, 2025
Page 2

- Common RFP No. 19 ("All documents concerning any strategic, business, or marketing plans or any competitive evaluations, market research, market analysis, promotion plans, or pricing strategies with respect to BELRAPZO ®, BENDEKA ®, or any other Bendamustine Product.")

- Common RFP No. 21 ("Documents sufficient to show Eagle's customers for BELRAPZO®, BENDEKA®, or any other Bendamustine Product, from initial launch through today, and to show the purchasing history of each customer by month, quarter, and year.")

- Common RFP No. 22 ("All documents concerning the market share of BELRAPZO®, BENDEKA®, or any other Bendamustine Product, by month, quarter, and year in any market, including but not limited to the markets for chemotherapy medications, bendamustine drug products, and liquid bendamustine drug products.")

- Common RFP No. 46 ("Any and all documents or reports reporting sales of Bendeka and royalty payments made by Teva regarding Bendeka ")

- Common RFP No. 52 ("All Documents and Communications Relating To any agreement or license, or amendments thereto, regarding any United States patent purporting to claim any Bendamustine Product, including reporting or submission of royalty payments or any other form of financial payment or receipt of funds dictated by the agreement or license.")

- Common RFP No. 53 ("All Documents and Communication with Third Parties Relating To any United States patent purporting to claim any Bendamustine Product, including without limitation the valuation of such patents, the valuation of a license to such patent, or the scope of such patents.")

- Common RFP No. 54 ("All Documents and Communications Relating To the Eagle-Teva Agreement, including the executed Eagle-Teva Agreement, any and all prior versions or drafts of the Eagle-Teva Agreement, and all Related Documents specifying negotiated terms and conditions or addressing rights to develop, supply, manufacture, distribute, promote or commercialize any Bendamustine Product in markets including, but not limited to North America.")

- Common RFP No. 55 ("All Communications with any Person Relating to the Eagle-Teva Agreement.")



April 3, 2025
Page 3

Please confirm by Friday, April 11, 2025, that Eagle will produce these documents. Otherwise, please provide your availability for a meet and confer next week.

Sincerely,

*/s/ Judah Bellin*

Judah Bellin

# EXHIBIT 14

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-64-JLH |
| v. | **JURY TRIAL DEMANDED** |
| APOTEX INC., AND APOTEX CORP, | |
| Defendant. | |
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-65-JLH |
| v. | **JURY TRIAL DEMANDED** |
| SLAYBACK PHARMA LLC, | |
| Defendant. | |
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-66-JLH |
| v. | **JURY TRIAL DEMANDED** |
| BAXTER HEALTHCARE CORPORATION, | |
| Defendant. | |

**<u>DEFENDANTS APOTEX, INC., APOTEX CORP., SLAYBACK PHARMA LLC, AND
BAXTER HEALTHCARE CORP.'S FIRST SET OF REQUESTS FOR PRODUCTION
TO PLAINTIFF EAGLE PHARMACEUTICALS, INC.</u>**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendants Apotex, Inc. and

Apotex Corp. ("Apotex"), Defendant Slayback Pharma LLC ("Slayback"), and Baxter

Healthcare Corporation ("Baxter") hereby request that Plaintiff and Counterclaim Defendant

**DOCUMENT REQUEST NO. 19:**

All documents concerning any strategic, business, or marketing plans or any competitive evaluations, market research, market analysis, promotion plans, or pricing strategies with respect to BELRAPZO®, BENDEKA®, or any other Bendamustine Product.

**DOCUMENT REQUEST NO. 20:**

Documents sufficient to show all pricing information for BELRAPZO®, BENDEKA®, or any other Bendamustine Product, from initial launch through today.

**DOCUMENT REQUEST NO. 21:**

Documents sufficient to show Eagle's customers for BELRAPZO®, BENDEKA®, or any other Bendamustine Product, from initial launch through today, and to show the purchasing history of each customer by month, quarter, and year.

**DOCUMENT REQUEST NO. 22:**

All documents concerning the market share of BELRAPZO®, BENDEKA®, or any other Bendamustine Product, by month, quarter, and year in any market, including but not limited to the markets for chemotherapy medications, bendamustine drug products, and liquid bendamustine drug products.

**DOCUMENT REQUEST NO. 23:**

All marketing, promotional, advertising, and sales materials concerning BELRAPZO®, BENDEKA®, and any other Bendamustine Product.

**DOCUMENT REQUEST NO. 24:**

All documents concerning the decisions to file the Family Patent Applications, including but not limited to business plans, presentations, agendas, and meeting minutes.

14

**DOCUMENT REQUEST NO. 25:**

All documents concerning the prosecution of the Patents-in-Suit, including without limitation, certified copies of the file histories and any communications between or among You, any inventors, and any other Person relating thereto.

**DOCUMENT REQUEST NO. 26:**

All documents concerning the prosecution of the Family Patents, including without limitation, certified copies of the file histories and any communications between or among You, any inventors, and any other Person relating thereto.

**DOCUMENT REQUEST NO. 27:**

All documents relating to the patentability of the Patents-in-Suit and/or any Family Patent.

**DOCUMENT REQUEST NO. 28:**

All documents relating to any opposition, revocation proceeding, inter partes review, reissuance, reexamination, interference, or other proceeding concerning the validity, patentability, or enforceability of the Patents-in-Suit, any of the Family Patents, or any foreign counterparts thereto.

**DOCUMENT REQUEST NO. 29:**

All documents relating to any Citizen Petition or other submission to the FDA concerning bendamustine.

**DOCUMENT REQUEST NO. 30:**

All documents relating to the level of ordinary skill in the art for any claim of the Patents-in-Suit.

**DOCUMENT REQUEST NO. 38:**

All documents that refer or relate to any supplier or potential supplier of bulk bendamustine or any pharmaceutical formulation or dosage form containing bendamustine, including, without limitation, any relationship or potential relationship between Eagle and such supplier, contact with, and purchase orders to such supplier; communications with such suppliers (including documents constituting any such communications); specifications for bulk bendamustine; and any information relating to the manufacture, storage, handling, transfer and shipment of bulk bendamustine.

**DOCUMENT REQUEST NO. 39:**

All documents that refer or relate to sodium hydroxide in BELRAPZO®, BENDEKA®, or any other Bendamustine Product, including, without limitation, documents that refer or relate to the decision to include sodium hydroxide in BELRAPZO®, BENDEKA®, or any other Bendamustine Product, how and when sodium hydroxide is used in BELRAPZO®, BENDEKA®, or any other Bendamustine Product, the amounts of sodium hydroxide included in BELRAPZO®, BENDEKA®, or any other Bendamustine Product, any excipients considered as alternatives to sodium hydroxide in BELRAPZO®, BENDEKA®, or any other Bendamustine Product, and any testing related to the inclusion of sodium hydroxide in BELRAPZO®, BENDEKA®, or any other Bendamustine Product.

**DOCUMENT REQUEST NO. 40:**

All documents that refer or relate to any Bendamustine Product as listed on a drug formulary, including, without limitation, any prescription Bendamustine Product covered by a prescription drug plan or another insurance plan offering prescription drug benefits and any and all documents and things related to criteria that include proven efficacy, safety, quality, and cost.

17

Dated:  June 18, 2024

**POTTER ANDERSON & CORROON LLP**

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Defendant Baxter Healthcare Corporation*

**SMITH KATZENSTEIN & JENKINS LLP**

/s/ Daniel A. Taylor
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Slayback Pharma LLC*

**MORRIS JAMES LLP**

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

# EXHIBIT 15

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use BENDEKA safely and effectively. See full prescribing information for BENDEKA.**

**BENDEKA™ (bendamustine hydrochloride) injection, for intravenous infusion.**
**Initial U.S. Approval: 2008**

--------------------------**INDICATIONS AND USAGE**--------------------------
BENDEKA is an alkylating drug indicated for treatment of patients with:
- Chronic lymphocytic leukemia (CLL). Efficacy relative to first line therapies other than chlorambucil has not been established. (1.1)
- Indolent B-cell non-Hodgkin lymphoma (NHL) that has progressed during or within six months of treatment with rituximab or a rituximab-containing regimen. (1.2)

--------------------**DOSAGE AND ADMINISTRATION**--------------------
For CLL:
- 100 mg/m$^2$ infused intravenously over 10 minutes on Days 1 and 2 of a 28-day cycle, up to 6 cycles (2.1)
- Dose modifications for hematologic toxicity: for Grade 3 or greater toxicity, reduce dose to 50 mg/m$^2$ on Days 1 and 2; if Grade 3 or greater toxicity recurs, reduce dose to 25 mg/m$^2$ on Days 1 and 2. (2.1)
- Dose modifications for non-hematologic toxicity: for clinically significant Grade 3 or greater toxicity, reduce the dose to 50 mg/m$^2$ on Days 1 and 2 of each cycle. (2.1)
- Dose re-escalation may be considered. (2.1)

For NHL:
- 120 mg/m$^2$ infused intravenously over 10 minutes on Days 1 and 2 of a 21-day cycle, up to 8 cycles (2.2)
- Dose modifications for hematologic toxicity: for Grade 4 toxicity, reduce the dose to 90 mg/m$^2$ on Days 1 and 2 of each cycle; if Grade 4 toxicity recurs, reduce the dose to 60 mg/m$^2$ on Days 1 and 2 of each cycle. (2.2)
- Dose modifications for non-hematologic toxicity: for Grade 3 or greater toxicity, reduce the dose to 90 mg/m$^2$ on Days 1 and 2 of each cycle; if Grade 3 or greater toxicity recurs, reduce the dose to 60 mg/m$^2$ on Days 1 and 2 of each cycle. (2.2)

General Dosing Considerations:
- Delay treatment for Grade 4 hematologic toxicity or clinically significant ≥ Grade 2 non-hematologic toxicity. (2.1, 2.2)
- BENDEKA must be diluted prior to infusion. (2.3)

--------------------**DOSAGE FORMS AND STRENGTHS**--------------------
BENDEKA multi-use vial contains 100 mg of BENDEKA as a non-aqueous ready-to-use solution (3).

--------------------**CONTRAINDICATIONS**--------------------
BENDEKA is contraindicated in patients with a history of a hypersensitivity reaction to bendamustine, polyethylene glycol 400, propylene glycol, or monothioglycerol. Reactions to bendamustine hydrochloride have included anaphylaxis and anaphylactoid reactions (4, 5.3)

--------------------**WARNINGS AND PRECAUTIONS**--------------------

- Myelosuppression: Delay or reduce dose. Restart treatment based on ANC and platelet count recovery. (2.1) Complications of myelosuppression may lead to death. (5.1)
- Infections: Monitor for fever and other signs of infection and treat promptly. (5.2)
- Anaphylaxis and Infusion Reactions: Severe anaphylactic reactions have occurred. Monitor clinically and discontinue drug for severe reactions. Pre-medicate in subsequent cycles for milder reactions. (5.3)
- Tumor Lysis Syndrome: May lead to acute renal failure and death; anticipate and use supportive measures in patients at high risk. (5.4)
- Skin Reactions: Discontinue for severe skin reactions. Cases of SJS and TEN, some fatal, have been reported when bendamustine hydrochloride was administered concomitantly with allopurinol and other medications known to cause these syndromes. (5.5)
- Other Malignancies: Pre-malignant and malignant diseases have been reported. (5.6)
- Extravasation: Take precautions to avoid extravasation, including monitoring intravenous infusion site during and after administration. (5.7)
- Embryo-fetal toxicity: Fetal harm can occur when administered to a pregnant woman. Women should be advised to avoid becoming pregnant when receiving bendamustine hydrochloride. (5.8, 8.1)

--------------------**ADVERSE REACTIONS**--------------------
- Adverse reactions (frequency >5%) during infusion and within 24 hours post-infusion are nausea and fatigue (6.1)
- Most common non-hematologic adverse reactions for CLL (frequency ≥15%) are pyrexia, nausea, and vomiting. (6.2)
- Most common non-hematologic adverse reactions for NHL (frequency ≥15%) are nausea, fatigue, vomiting, diarrhea, pyrexia, constipation, anorexia, cough, headache, weight decreased, dyspnea, rash, and stomatitis. (6.3)
- Most common hematologic abnormalities (frequency ≥15%) are lymphopenia, anemia, leukopenia, thrombocytopenia, and neutropenia. (6.2, 6.3)

**To report SUSPECTED ADVERSE REACTIONS, contact Eagle Pharmaceuticals, Inc. at 1-855-318-2170 or FDA at 1-800-FDA-1088 or *www.fda.gov/medwatch***

--------------------**DRUG INTERACTIONS**--------------------
Concomitant CYP1A2 inducers or inhibitors have the potential to affect the exposure of bendamustine. (7)

--------------------**USE IN SPECIFIC POPULATIONS**--------------------
- Renal impairment: Do not use if CrCL is <40 mL/min. Use with caution in lesser degrees of renal impairment. (8.6)
- Hepatic impairment: Do not use in moderate or severe hepatic impairment. Use with caution in mild hepatic impairment. (8.7)

**See 17 for PATIENT COUNSELING INFORMATION**

**Revised: 07/2015**

---

**FULL PRESCRIBING INFORMATION: CONTENTS***
**1 INDICATIONS AND USAGE**
  1.1 Chronic Lymphocytic Leukemia (CLL)
  1.2 Non-Hodgkin Lymphoma (NHL)
**2 DOSAGE AND ADMINISTRATION**
  2.1 Dosing Instructions for CLL
  2.2 Dosing Instructions for NHL
  2.3 Preparation for Intravenous Administration
  2.4 Admixture Stability
  2.5 Stability of Partially Used Vials (Needle Punched Vials)
**3 DOSAGE FORMS AND STRENGTHS**
**4 CONTRAINDICATIONS**
**5 WARNINGS AND PRECAUTIONS**
  5.1 Myelosuppression
  5.2 Infections
  5.3 Anaphylaxis and Infusion Reactions
  5.4 Tumor Lysis Syndrome
  5.5 Skin Reactions
  5.6 Other Malignancies
  5.7 Extravasation
  5.8 Embryo-fetal Toxicity
**6 ADVERSE REACTIONS**
  6.1 Adverse Events in Clinical Trials
  6.2 Clinical Trials Experience in CLL
  6.3 Clinical Trials Experience in NHL
  6.4 Post-Marketing Experience
**7 DRUG INTERACTIONS**
**8 USE IN SPECIFIC POPULATIONS**
  8.1 Pregnancy
  8.3 Nursing Mothers
  8.4 Pediatric Use
  8.5 Geriatric Use
  8.6 Renal Impairment
  8.7 Hepatic Impairment
  8.8 Effect of Gender
**10 OVERDOSAGE**
**11 DESCRIPTION**
**12 CLINICAL PHARMACOLOGY**
  12.1 Mechanism of Action
  12.2 Pharmacodynamics
  12.3 Pharmacokinetics
**13 NONCLINICAL TOXICOLOGY**
  13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
**14 CLINICAL STUDIES**
  14.1 Chronic Lymphocytic Leukemia (CLL)
  14.2 Non-Hodgkin Lymphoma (NHL)
**15 REFERENCES**
**16 HOW SUPPLIED/STORAGE AND HANDLING**
  16.1 Safe Handling and Disposal
  16.2 How Supplied
  16.3 Storage
**17 PATIENT COUNSELING INFORMATION**
*Sections or subsections omitted from the full prescribing information are not listed.

HIGHLY CONFIDENTIAL                                                                 EAGLEBEN-CELERITY00010568

methyl, monohydrochloride. Its empirical molecular formula is $C_{16}H_{21}Cl_2N_3O_2 \cdot HCl$, and the molecular weight is 394.7. Bendamustine hydrochloride contains a mechlorethamine group and a benzimidazole heterocyclic ring with a butyric acid substituent, and has the following structural formula:



BENDEKA injection is intended for intravenous infusion only after dilution with either of the following:

- 0.9% Sodium Chloride Injection, USP (normal saline); or

- 2.5% Dextrose/0.45% Sodium Chloride Injection, USP; or

- 5% Dextrose Injection, USP.

It is supplied as a sterile, clear, colorless to yellow ready-to-dilute solution in a multi-use clear glass vial. Each milliliter of the injection contains 25 mg of bendamustine hydrochloride, 0.1 mL of propylene glycol, USP, 5 mg of monothioglycerol, NF and q.s. to 1 mL polyethylene glycol 400, NF. Sodium hydroxide may have been used to adjust the acidity of PEG 400. The 5% Dextrose Injection, USP, offers a sodium-free method of administration.

## 12 CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

Bendamustine is a bifunctional mechlorethamine derivative containing a purine-like benzimidazole ring. Mechlorethamine and its derivatives form electrophilic alkyl groups. These groups form covalent bonds with electron-rich nucleophilic moieties, resulting in interstrand DNA crosslinks. The bifunctional covalent linkage can lead to cell death via several pathways. Bendamustine is active against both quiescent and dividing cells. The exact mechanism of action of bendamustine remains unknown.

### 12.2 Pharmacodynamics

Based on the pharmacokinetics/pharmacodynamics analyses of data from adult NHL patients, nausea increased with increasing bendamustine $C_{max}$.

*Cardiac Electrophysiology*
The effect of bendamustine on the QTc interval was evaluated in 53 patients with indolent NHL and mantle cell lymphoma on Day 1 of Cycle 1 after administration of rituximab at 375 mg/m$^2$ intravenous infusion followed by a 30-minute intravenous infusion of bendamustine at 90 mg/m$^2$/day. No mean changes greater than 20 milliseconds were detected up to one hour post infusion. The potential for delayed effects on the QT interval after one hour was not evaluated.

17

# EXHIBIT 16

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | |
| v. | C.A. No. 24-64-JLH |
| APOTEX INC., AND APOTEX CORP, | |
| Defendants. | |
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | |
| v. | C.A. No. 24-65-JLH |
| SLAYBACK PHARMA LLC, | |
| Defendant. | |
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | |
| v. | C.A. No. 24-66-JLH |
| BAXTER HEALTHCARE CORPORATION, | |
| Defendant. | |

## DEFENDANTS APOTEX, INC., APOTEX CORP., SLAYBACK PHARMA LLC, AND BAXTER HEALTHCARE CORP.'S SECOND SET OF REQUESTS FOR PRODUCTION (NOS. 51-62) TO PLAINTIFF EAGLE PHARMACEUTICALS, INC.

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendants Apotex, Inc. and Apotex Corp. ("Apotex"), Defendant Slayback Pharma LLC ("Slayback"), and Baxter Healthcare Corporation ("Baxter") hereby request that Plaintiff and Counterclaim Defendant Eagle Pharmaceuticals, Inc. ("Eagle") produce for inspection and copying the documents and things specified below.

thereto, between Eagle, or related corporate entity, with (a) Cephalon, Inc. or related corporate entity or (b) Teva Pharmaceuticals International GmbH, or related corporate entity.

**DOCUMENT REQUEST NO. 52:**

All Documents and Communications Relating To any agreement or license, or amendments thereto, regarding any United States patent purporting to claim any Bendamustine Product, including reporting or submission of royalty payments or any other form of financial payment or receipt of funds dictated by the agreement or license.

**DOCUMENT REQUEST NO. 53:**

All Documents and Communication with Third Parties Relating To any United States patent purporting to claim any Bendamustine Product, including without limitation the valuation of such patents, the valuation of a license to such patent, or the scope of such patents.

**DOCUMENT REQUEST NO. 54:**

All Documents and Communications Relating To the Eagle-Teva Agreement, including the executed Eagle-Teva Agreement, any and all prior versions or drafts of the Eagle-Teva Agreement, and all Related Documents specifying negotiated terms and conditions or addressing rights to develop, supply, manufacture, distribute, promote or commercialize any Bendamustine Product in markets including, but not limited to North America.

**DOCUMENT REQUEST NO. 55:**

All Communications with any Person Relating to the Eagle-Teva Agreement.

**DOCUMENT REQUEST NO. 56:**

All analysis, summaries or reports received by Eagle or provided by Eagle pursuant to the Eagle-Teva Agreement.

Dated: August 27, 2024

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Slayback Pharma LLC*

**POTTER ANDERSON & CORROON LLP**

*/s/ Philip A. Rovner*
Philip A. Rovner (No. 3215)
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Defendant Baxter Healthcare Corporation*

**MORRIS JAMES LLP**

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (No. 3726)
Cortlan S. Hitch (No. 6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

# EXHIBIT 17

**From:** Proctor, Wyley
**Mail received time:** Thu, 1 May 2025 22:40:26
**Sent:** Thu, 1 May 2025 22:40:08
**To:** Bellin, Judah EXT Robyn Ast-Gmoser EXT Christopher Ferenc EXT Ajay Kayal EXT Andrew Miller EXT Constance Huttner 'Dtaylor@skjlaw.com' Lief, Jason A. 'mdaughton@skjlaw.com' 'nbelgam@skjlaw.com' Antons, Amanda 'amoshos@potteranderson.com' Dechert-Bendamustine Marley, Jacinda 'msingleton@potteranderson.com' Black, Martin 'mshaw@potteranderson.com' Leibowitz, Noah EXT Phil Rovner EXT Cortlan Hitch EXT Deepro Mukerjee 'EGreek@morrisjames.com' EXT Jitty Malik EXT Joe Janusz 'khunt@morrisjames.com' EXT K Dorsney EXT Lance Soderstrom 'lauren.eiten@katten.com' EXT Rachel Schweers Silver, Daniel Zare, Maliheh 'Kelly.Welsh@lw.com' 'Alex.Grabowski@lw.com' 'Daniel.Brown@lw.com' EXT Daniel Taylor EXT Neal Belgam
**Cc:** Eagle Litigation 'EAGLEBENDAMUSTINELITIGATION.LWTEAM@lw.com'
**Subject:** Re: Bendamustine Litigations: Buxton Deposition
**Importance:** Normal
**Sensitivity:** None

---

[EXTERNAL EMAIL]

Counsel:

Eagle agrees to Defendants' proposal of a 7 hour Buxton deposition over two days if Defendants agree that they will not submit Dr. Buxton to duplicative examinations. Please also confirm that Defendants will not limit the depositions of their witnesses to less than 7 hours. If Defendants agree, please prepare a stipulation for Eagle's review.

Regarding Magistrate Judge Burke's order to meet and confer, our lead counsel is unavailable until Monday, May 5. To that end, please let us know if Defendants would be amenable to seeking an extension of all deadlines set forth in D.I. 114, as well as Defendants' opening letter regarding discovery disputes, to Wednesday, May 7, with a commensurate extension of the response and reply briefing to May 14th and May 19th.

We are available to meet and confer on Monday, May 5 between 9:30 – 12 pm ET.

Best,
Wyley

---

**From:** Bellin, Judah <Judah.Bellin@dechert.com>
**Sent:** Thursday, May 1, 2025 5:56:20 PM
**To:** Proctor, Wyley <wproctor@McCarter.com>; EXT Robyn Ast-Gmoser <rast-gmoser@windelsmarx.com>; EXT Christopher Ferenc <christopher.ferenc@katten.com>; EXT Ajay Kayal <akayal@windelsmarx.com>; EXT Andrew Miller <amiller@windelsmarx.com>; EXT Constance Huttner <chuttner@windelsmarx.com>; 'Dtaylor@skjlaw.com' <Dtaylor@skjlaw.com>; Lief, Jason A. <jlief@windelsmarx.com>; 'mdaughton@skjlaw.com' <mdaughton@skjlaw.com>; 'nbelgam@skjlaw.com' <nbelgam@skjlaw.com>; Antons, Amanda <Amanda.Antons@dechert.com>; 'amoshos@potteranderson.com' <amoshos@potteranderson.com>; Dechert-Bendamustine <Dechert-Bendamustine@dechert.com>; Marley, Jacinda <jacinda.marley@dechert.com>; 'msingleton@potteranderson.com' <msingleton@potteranderson.com>; Black, Martin <martin.black@dechert.com>; 'mshaw@potteranderson.com' <mshaw@potteranderson.com>; Leibowitz, Noah <Noah.Leibowitz@dechert.com>; EXT Phil Rovner

<provner@potteranderson.com>; EXT Cortlan Hitch <CHitch@morrisjames.com>; EXT Deepro Mukerjee <deepro.mukerjee@katten.com>; 'EGreek@morrisjames.com' <EGreek@morrisjames.com>; EXT Jitty Malik <jitty.malik@katten.com>; EXT Joe Janusz <joe.janusz@katten.com>; 'khunt@morrisjames.com' <khunt@morrisjames.com>; EXT K Dorsney <kdorsney@morrisjames.com>; EXT Lance Soderstrom <lance.soderstrom@katten.com>; 'lauren.eiten@katten.com' <lauren.eiten@katten.com>; EXT Rachel Schweers <rachel.schweers@katten.com>; Silver, Daniel <DSilver@McCarter.com>; Zare, Maliheh <mzare@mccarter.com>; 'Kelly.Welsh@lw.com' <Kelly.Welsh@lw.com>; 'Alex.Grabowski@lw.com' <Alex.Grabowski@lw.com>; 'Daniel.Brown@lw.com' <Daniel.Brown@lw.com>; EXT Daniel Taylor <DAT@skjlaw.com>; EXT Neal Belgam <NCB@skjlaw.com>
**Cc:** Eagle Litigation <EagleLitigation@McCarter.com>; 'EAGLEBENDAMUSTINELITIGATION.LWTEAM@lw.com' <EAGLEBENDAMUSTINELITIGATION.LWTEAM@lw.com>
**Subject:** RE: Bendamustine Litigations: Buxton Deposition

<strong style="color:red">EXTERNAL EMAIL | STOP | VERIFY | REPORT</strong>

Wyley,

To follow up, Defendants are available to meet and confer tomorrow at 4:30 PM ET. Please confirm that this works for Eagle, and we'll circulate an invite. Thanks.

**Judah Bellin**
Associate

**Dechert LLP**
+1 215 994 2139 Direct
+1 201 741 7290 Mobile
judah.bellin@dechert.com
dechert.com

**From:** Bellin, Judah
**Sent:** Thursday, May 1, 2025 1:39 PM
**To:** Proctor, Wyley <wproctor@McCarter.com>; EXT Robyn Ast-Gmoser <rast-gmoser@windelsmarx.com>; EXT Christopher Ferenc <christopher.ferenc@katten.com>; EXT Ajay Kayal <akayal@windelsmarx.com>; EXT Andrew Miller <amiller@windelsmarx.com>; EXT Constance Huttner <chuttner@windelsmarx.com>; 'Dtaylor@skjlaw.com' <Dtaylor@skjlaw.com>; Lief, Jason A. <jlief@windelsmarx.com>; 'mdaughton@skjlaw.com' <mdaughton@skjlaw.com>; 'nbelgam@skjlaw.com' <nbelgam@skjlaw.com>; Antons, Amanda <Amanda.Antons@dechert.com>; 'amoshos@potteranderson.com' <amoshos@potteranderson.com>; Dechert-Bendamustine <Dechert-Bendamustine@dechert.com>; Marley, Jacinda <jacinda.marley@dechert.com>; 'msingleton@potteranderson.com' <msingleton@potteranderson.com>; Black, Martin <martin.black@dechert.com>; 'mshaw@potteranderson.com' <mshaw@potteranderson.com>; Leibowitz, Noah <Noah.Leibowitz@dechert.com>; EXT Phil Rovner <provner@potteranderson.com>; EXT Cortlan Hitch <CHitch@morrisjames.com>; EXT Deepro Mukerjee <deepro.mukerjee@katten.com>; 'EGreek@morrisjames.com' <EGreek@morrisjames.com>; EXT Jitty Malik <jitty.malik@katten.com>; EXT Joe Janusz <joe.janusz@katten.com>; 'khunt@morrisjames.com' <khunt@morrisjames.com>; EXT K Dorsney <kdorsney@morrisjames.com>; EXT Lance Soderstrom <lance.soderstrom@katten.com>; 'lauren.eiten@katten.com' <lauren.eiten@katten.com>; EXT Rachel Schweers <rachel.schweers@katten.com>; Silver, Daniel <DSilver@McCarter.com>; Zare, Maliheh <mzare@mccarter.com>; 'Kelly.Welsh@lw.com' <Kelly.Welsh@lw.com>; 'Alex.Grabowski@lw.com' <Alex.Grabowski@lw.com>; 'Daniel.Brown@lw.com' <Daniel.Brown@lw.com>; EXT Daniel Taylor <DAT@skjlaw.com>; EXT Neal Belgam <NCB@skjlaw.com>
**Cc:** Eagle Litigation <EagleLitigation@McCarter.com>; 'EAGLEBENDAMUSTINELITIGATION.LWTEAM@lw.com' <EAGLEBENDAMUSTINELITIGATION.LWTEAM@lw.com>
**Subject:** RE: Bendamustine Litigations: Buxton Deposition

Wyley,

In light of Judge Burke's order (D.I. 114 in the Slayback case), we propose a compromise on the Buxton deposition issue by agreeing to a hard stop at 7 hours, which is what FRCP 30 provides, over two days.  Please let us know if we have agreement. Please also let us know if Eagle is available to meet and confer today at 4 PM ET. Thanks.

**Judah Bellin**
Associate

**Dechert LLP**
+1 215 994 2139 Direct
+1 201 741 7290 Mobile
judah.bellin@dechert.com
dechert.com

---

**From:** Proctor, Wyley <wproctor@McCarter.com>
**Sent:** Wednesday, April 30, 2025 10:46 AM
**To:** EXT Robyn Ast-Gmoser <rast-gmoser@windelsmarx.com>; Bellin, Judah <Judah.Bellin@dechert.com>; EXT Christopher Ferenc <christopher.ferenc@katten.com>; EXT Ajay Kayal <akayal@windelsmarx.com>; EXT Andrew Miller <amiller@windelsmarx.com>; EXT Constance Huttner <chuttner@windelsmarx.com>; 'Dtaylor@skjlaw.com' <Dtaylor@skjlaw.com>; Lief, Jason A. <jlief@windelsmarx.com>; 'mdaughton@skjlaw.com' <mdaughton@skjlaw.com>; 'nbelgam@skjlaw.com' <nbelgam@skjlaw.com>; Antons, Amanda <Amanda.Antons@dechert.com>; 'amoshos@potteranderson.com' <amoshos@potteranderson.com>; Dechert-Bendamustine <Dechert-Bendamustine@dechert.com>; Marley, Jacinda <jacinda.marley@dechert.com>; 'msingleton@potteranderson.com' <msingleton@potteranderson.com>; Black, Martin <martin.black@dechert.com>; 'mshaw@potteranderson.com' <mshaw@potteranderson.com>; Leibowitz, Noah <Noah.Leibowitz@dechert.com>; EXT Phil Rovner <provner@potteranderson.com>; EXT Cortlan Hitch <CHitch@morrisjames.com>; EXT Deepro Mukerjee <deepro.mukerjee@katten.com>; 'EGreek@morrisjames.com' <EGreek@morrisjames.com>; EXT Jitty Malik <jitty.malik@katten.com>; EXT Joe Janusz <joe.janusz@katten.com>; 'khunt@morrisjames.com' <khunt@morrisjames.com>; EXT K Dorsney <kdorsney@morrisjames.com>; EXT Lance Soderstrom <lance.soderstrom@katten.com>; 'lauren.eiten@katten.com' <lauren.eiten@katten.com>; EXT Rachel Schweers <rachel.schweers@katten.com>; Silver, Daniel <DSilver@McCarter.com>; Zare, Maliheh <mzare@mccarter.com>; 'Kelly.Welsh@lw.com' <Kelly.Welsh@lw.com>; 'Alex.Grabowski@lw.com' <Alex.Grabowski@lw.com>; 'Daniel.Brown@lw.com' <Daniel.Brown@lw.com>; EXT Daniel Taylor <DAT@skjlaw.com>; EXT Neal Belgam <NCB@skjlaw.com>
**Cc:** Eagle Litigation <EagleLitigation@McCarter.com>; 'EAGLEBENDAMUSTINELITIGATION.LWTEAM@lw.com' <EAGLEBENDAMUSTINELITIGATION.LWTEAM@lw.com>; Proctor, Wyley <wproctor@McCarter.com>
**Subject:** RE: Bendamustine Litigations: Buxton Deposition

[EXTERNAL EMAIL]

Counsel,

As we already explained on the parties' meet and confer, we do not agree that an extended deposition is appropriate or consistent with the scheduling order, given that Dr. Buxton is a third-party witness who cannot sit for a full day and has already been deposed about this same development work.  We maintain our prior compromise offer of six hours over two days.

Best,
Wyley



**Wyley S. Proctor | Partner**
McCarter & English, LLP
265 Franklin Street | Boston, MA 02110

wproctor@mccarter.com | www.mccarter.com | V-Card
T 617.449.6529   M 617.530.0834

Boston | East Brunswick | Hartford | Indianapolis | Miami | Newark | New York
Philadelphia | Stamford | Trenton | Washington, DC | Wilmington

---

**From:** Ast-Gmoser, Robyn <rast-gmoser@windelsmarx.com>
**Sent:** Tuesday, April 29, 2025 3:42 PM
**To:** Proctor, Wyley <wproctor@McCarter.com>; 'Bellin, Judah' <Judah.Bellin@dechert.com>; 'EXT Christopher Ferenc' <christopher.ferenc@katten.com>; Kayal, Ajay <akayal@windelsmarx.com>; Miller, Andrew <amiller@windelsmarx.com>; Huttner, Constance <chuttner@windelsmarx.com>; 'Dtaylor@skjlaw.com' <Dtaylor@skjlaw.com>; Lief, Jason A. <jlief@windelsmarx.com>; 'mdaughton@skjlaw.com' <mdaughton@skjlaw.com>; 'nbelgam@skjlaw.com' <nbelgam@skjlaw.com>; 'Antons, Amanda' <Amanda.Antons@dechert.com>; 'amoshos@potteranderson.com' <amoshos@potteranderson.com>; 'Dechert-Bendamustine' <Dechert-Bendamustine@dechert.com>; 'Marley, Jacinda' <jacinda.marley@dechert.com>; 'msingleton@potteranderson.com' <msingleton@potteranderson.com>; 'Black, Martin' <martin.black@dechert.com>; 'mshaw@potteranderson.com' <mshaw@potteranderson.com>; 'Leibowitz, Noah' <Noah.Leibowitz@dechert.com>; Phil Rovner <provner@potteranderson.com>; 'EXT Cortlan Hitch' <CHitch@morrisjames.com>; 'EXT Deepro Mukerjee' <deepro.mukerjee@katten.com>; 'EGreek@morrisjames.com' <EGreek@morrisjames.com>; 'EXT Jitty Malik' <jitty.malik@katten.com>; 'EXT Joe Janusz' <joe.janusz@katten.com>; 'khunt@morrisjames.com' <khunt@morrisjames.com>; Ken Dorsney <kdorsney@morrisjames.com>; 'EXT Lance Soderstrom' <lance.soderstrom@katten.com>; 'lauren.eiten@katten.com' <lauren.eiten@katten.com>; 'EXT Rachel Schweers' <rachel.schweers@katten.com>; Silver, Daniel <DSilver@McCarter.com>; Zare, Maliheh <mzare@mccarter.com>; 'Kelly.Welsh@lw.com' <Kelly.Welsh@lw.com>; 'Alex.Grabowski@lw.com' <Alex.Grabowski@lw.com>; 'Daniel.Brown@lw.com' <Daniel.Brown@lw.com>; 'EXT Daniel Taylor' <DAT@skjlaw.com>; 'EXT Neal Belgam' <NCB@skjlaw.com>
**Cc:** Eagle Litigation <EagleLitigation@McCarter.com>; 'EAGLEBENDAMUSTINELITIGATION.LWTEAM@lw.com' <EAGLEBENDAMUSTINELITIGATION.LWTEAM@lw.com>
**Subject:** RE: Bendamustine Litigations: Buxton Deposition

**EXTERNAL EMAIL | STOP | VERIFY | REPORT**

---

Counsel,
The briefing schedule set out by Magistrate Burke results in a low likelihood that the Court will rule on the dispute regarding the number of hours for the Buxton deposition in advance of the deposition.

Please let us know if you would agree to **8 hours of deposition across the two days**, with a hard stop at 8 hours.

Robyn

---

**From:** Ast-Gmoser, Robyn
**Sent:** Monday, April 21, 2025 7:00 PM
**To:** 'Proctor, Wyley' <wproctor@McCarter.com>; Bellin, Judah <Judah.Bellin@dechert.com>; EXT Christopher Ferenc <christopher.ferenc@katten.com>; Kayal, Ajay <akayal@windelsmarx.com>; Miller, Andrew <amiller@windelsmarx.com>; Huttner, Constance <chuttner@windelsmarx.com>; Dtaylor@skjlaw.com; Lief, Jason A. <jlief@windelsmarx.com>; mdaughton@skjlaw.com; nbelgam@skjlaw.com; Antons, Amanda <Amanda.Antons@dechert.com>;

amoshos@potteranderson.com; Dechert-Bendamustine <Dechert-Bendamustine@dechert.com>; Marley, Jacinda <jacinda.marley@dechert.com>; msingleton@potteranderson.com; Black, Martin <martin.black@dechert.com>; mshaw@potteranderson.com; Leibowitz, Noah <Noah.Leibowitz@dechert.com>; Phil Rovner <provner@potteranderson.com>; EXT Cortlan Hitch <CHitch@morrisjames.com>; EXT Deepro Mukerjee <deepro.mukerjee@katten.com>; EGreek@morrisjames.com; EXT Jitty Malik <jitty.malik@katten.com>; EXT Joe Janusz <joe.janusz@katten.com>; khunt@morrisjames.com; Ken Dorsney <kdorsney@morrisjames.com>; EXT Lance Soderstrom <lance.soderstrom@katten.com>; lauren.eiten@katten.com; EXT Rachel Schwees <rachel.schwees@katten.com>; Silver, Daniel <DSilver@McCarter.com>; Zare, Maliheh <mzare@mccarter.com>; 'Kelly.Welsh@lw.com' <Kelly.Welsh@lw.com>; Alex.Grabowski@lw.com; Daniel.Brown@lw.com; EXT Daniel Taylor <DAT@skjlaw.com>; EXT Neal Belgam <NCB@skjlaw.com>

**Cc:** Eagle Litigation <EagleLitigation@McCarter.com>; EAGLEBENDAMUSTINELITIGATION.LWTEAM@lw.com

**Subject:** RE: Bendamustine Litigations: Buxton Deposition

Counsel,

Thank you for the response that slightly increases the number of hours offered for Dr. Buxton.

However, the Defendants continue to believe that Eagle's offer is insufficient given the number of patents, the number of parties, and the unique issues in this litigation.

The Defendants' counterproposal is 10 hours for all Defendants' across two days.

Please let us know Eagle's positions by the end of the day Tuesday April 22, 2025. So that Defendants can include this topic in the upcoming request to the Court for a teleconference on discovery disputes.

Robyn

---

**From:** Proctor, Wyley <wproctor@McCarter.com>
**Sent:** Wednesday, April 16, 2025 7:10 PM
**To:** Bellin, Judah <Judah.Bellin@dechert.com>; EXT Christopher Ferenc <christopher.ferenc@katten.com>; Kayal, Ajay <akayal@windelsmarx.com>; Miller, Andrew <amiller@windelsmarx.com>; Huttner, Constance <chuttner@windelsmarx.com>; Dtaylor@skjlaw.com; Lief, Jason A. <jlief@windelsmarx.com>; mdaughton@skjlaw.com; nbelgam@skjlaw.com; Ast-Gmoser, Robyn <rast-gmoser@windelsmarx.com>; Antons, Amanda <Amanda.Antons@dechert.com>; amoshos@potteranderson.com; Dechert-Bendamustine <Dechert-Bendamustine@dechert.com>; Marley, Jacinda <jacinda.marley@dechert.com>; msingleton@potteranderson.com; Black, Martin <martin.black@dechert.com>; mshaw@potteranderson.com; Leibowitz, Noah <Noah.Leibowitz@dechert.com>; Phil Rovner <provner@potteranderson.com>; EXT Cortlan Hitch <CHitch@morrisjames.com>; EXT Deepro Mukerjee <deepro.mukerjee@katten.com>; EGreek@morrisjames.com; EXT Jitty Malik <jitty.malik@katten.com>; EXT Joe Janusz <joe.janusz@katten.com>; khunt@morrisjames.com; Ken Dorsney <kdorsney@morrisjames.com>; EXT Lance Soderstrom <lance.soderstrom@katten.com>; lauren.eiten@katten.com; EXT Rachel Schwees <rachel.schwees@katten.com>; Silver, Daniel <DSilver@McCarter.com>; Zare, Maliheh <mzare@mccarter.com>; 'Kelly.Welsh@lw.com' <Kelly.Welsh@lw.com>; Alex.Grabowski@lw.com; Daniel.Brown@lw.com; EXT Daniel Taylor <DAT@skjlaw.com>; EXT Neal Belgam <NCB@skjlaw.com>
**Cc:** Eagle Litigation <EagleLitigation@McCarter.com>; EAGLEBENDAMUSTINELITIGATION.LWTEAM@lw.com; Proctor, Wyley <wproctor@McCarter.com>
**Subject:** Bendamustine Litigations: Buxton Deposition

This message has originated from an External Source. Please use caution when opening attachments, clicking links, or responding to this email.

Counsel:

Following up on our meet and confer today, Eagle proposes that Dr. Buxton be deposed for six hours over two days, May 21 and 22, provided that Defendants agree that they will not seek to re-depose Dr. Buxton in connection with the 25-74, 25-75, and 25-79 matters. This is a reasonable compromise, in particular because Dr. Buxton was already deposed in a related case about the same development work on related patents, which share a common specification. There should be no need for Defendants to re-question the witness on topics covered previously.

Eagle will, of course, be reasonable in allowing counsel to complete a particular line of questioning past the 6-hour mark, but, in light of Dr. Buxton's advanced age and the fact that he has already been deposed on related subject matter, we cannot agree to a deposition of indefinite length. We expect Defendants likewise to be reasonable in accommodating Dr. Buxton in taking breaks during the deposition.

Please provide each Defendants' response to this proposal.

Best,
Wyley



**Wyley S. Proctor | Partner**
McCarter & English, LLP
265 Franklin Street | Boston, MA 02110

wproctor@mccarter.com | www.mccarter.com | V-Card
T 617.449.6529   M 617.530.0834

Boston | East Brunswick | Hartford | Indianapolis | Miami | Newark | New York
Philadelphia | Stamford | Trenton | Washington, DC | Wilmington

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Robyn Ast-Gmoser
Admitted to practice in Illinois and
Missouri
Windels Marx Lane & Mittendorf,
LLP
One Giralda Farms, Madison, NJ
07940
Direct Dial: 973.966.3239 |
General Fax: 973.966.3250
rast-gmoser@windelsmarx.com |
www.windelsmarx.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, regardless of whether you are a named recipient, please notify the sender by reply e-mail and delete the message and any attachments.

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies

of the original message.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

# EXHIBIT 18

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP,<br><br>Defendants. | C.A. No. 24-64-JLH-CJB<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SLAYBACK PHARMA LLC,<br><br>Defendant. | C.A. No. 24-65-JLH-CJB<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Defendant. | C.A. No. 24-66-JLH-CJB<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTIONS TO COMPEL

The Court, having considered the discovery disputes raised by Defendants Baxter Healthcare Corporation ("Baxter"), Slayback Pharma LLC ("Slayback"), Apotex Inc., and Apotex Corp. ("Apotex") (collectively, "Defendants") and all submissions related thereto, hereby GRANTS the Defendants' motions to compel.

IT IS HEREBY ORDERED this _____ day of _____ 2025 as follows:

1. Plaintiff Eagle Pharmaceuticals, Inc. ("Eagle") must search for and produce documents related to the role of sodium hydroxide (NaOH) in Eagle's bendamustine products by searching emails, test results, notes, presentations, and similar files of the custodians identified in Defendants' letter dated March 28, 2025 and producing documents responsive to Request for Production No. 39; and

2. Eagle must produce documents and communications related to Eagle's 2025 royalty purchase agreement that was announced by Eagle on March 31, 2025, as requested in Defendants' letter dated April 3, 2025.

3. The deposition of Dr. Buxton shall proceed under the Federal Rules of Civil Procedure, without any restriction on the questions that may be asked within the allotted seven hours.

_____
The Honorable Christopher J. Burke