## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-65-JLH |
| v. | **JURY TRIAL DEMANDED** |
| SLAYBACK PHARMA LLC, | |
| Defendant. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 28, 2025 a true and correct copy of *Plaintiff's Second Set of Individual Interrogatories to Defendant Slayback Pharma LLC (Nos. 3-4)* was served on the following counsel in the manner indicated:

### VIA EMAIL:

Neal C. Belgam
Daniel A. Taylor
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
Nbelgam@skjlaw.com
Dtaylor@skjlaw.com

Andrew Miller
Ajay Kayal
Connie Huttner
Robyn Ast-Gmoser
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
amiller@windelsmarx.com
akayal@windelsmarx.com
chuttner@windelsmarx.com
rast-gmoser@windelsmarx.com

ME1 53306455v.1

Jason A. Lief
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY 10019
alief@windelsmarx.com

*Attorneys for Defendant Slayback Pharma LLC*


Dated: May 28, 2025                                          **MCCARTER & ENGLISH, LLP**

                                                            */s/ Maliheh Zare*
OF COUNSEL:                                                  Daniel M. Silver (#4758)
                                                            Alexandra M. Joyce (#6423)
Daniel G. Brown                                             Maliheh Zare (#7133)
Kelly A. Welsh                                              405 N. King Street, 8th Floor
LATHAM & WATKINS LLP                                        Wilmington, DE 19801
555 Eleventh Street, NW, Suite 1000                         (302) 984-6300
Washington, DC 20004                                        dsilver@mccarter.com
daniel.brown@lw.com                                         ajoyce@mccarter.com
kelly.welsh@lw.com                                          mzare@mccarter.com

Kenneth G. Schuler                                          *Attorneys for Plaintiff*
Marc N. Zubick
Alex Grabowski
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
kenneth.schuler@lw.com
marc.zubick@lw.com
alex.grabowski@lw.com