**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SLAYBACK PHARMA LLC,<br><br>    Defendant. | C.A. No. 24-65-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on May 30, 2025, Defendant Slayback Pharma LLC served its Second Supplemental Rule 26(a) Initial Disclosures on the following counsel via email:

Daniel M. Silver
Alexandra M. Joyce
Maliheh Zare
**MCCARTER & ENGLISH, LLP**
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com
mzare@mccarter.com

Daniel G. Brown
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
daniel.brown@lw.com

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700

kenneth.schuler@lw.com  
marc.zubick@lw.com  
alex.grabowski@lw.com

Kelly A. Welsh  
Susan Y. Tull  
**LATHAM & WATKINS LLP**  
555 Eleventh Street, NW,  
Suite 1000 Washington, D.C. 20004  
kelly.welsh@lw.com  
susan.tull@lw.com

Dated: May 30, 2025

**SMITH KATZENSTEIN & JENKINS LLP**

<u>*/s/ Daniel A. Taylor*</u>
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Slayback Pharma LLC*