# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br><br> **JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER

This _____ day of _____, 2025, having considered Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint (the "Motion"),

IT IS HEREBY ORDERED that

1. The Motion is GRANTED.

2. Plaintiff shall file the Second Amended Complaint attached to the Motion as Exhibit 1 and exhibits within two (2) days of this Order.

                                                                            _____
                                                                            The Honorable Jennifer L. Hall
                                                                            United States District Judge