**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-65-JLH |
| v. | **JURY TRIAL DEMANDED** |
| SLAYBACK PHARMA LLC, | |
| Defendant. | |

**~~[PROPOSED]~~ ORDER**

This <u>11th</u> day of <u>    June      </u>, 2025, having considered Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint (the "Motion"),

IT IS HEREBY ORDERED that

1. The Motion is GRANTED.

2. Plaintiff shall file the Second Amended Complaint attached to the Motion as Exhibit 1 and exhibits within two (2) days of this Order.

_____
The Honorable Jennifer L. Hall
United States District Judge