# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>  Defendants. | C.A. No. 24-65-JLH |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>  Defendants. | C.A. No. 25-75-JLH |

## STIPIULATION AND [PROPOSED] ORDER EXTEDNING DEADLINE

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval of the Court, that the deadline for Defendants Slayback Pharma, LLC and Azurity Pharmaceuticals, Inc. to move, answer or otherwise respond to the Second Amended Complaint (D.I. 150 in C.A. No. 24-64-LH and D.I. 22 in C.A. No. 25-75-JLH) is extended by one week, from June 26, 2025 to July 3, 2025.

Dated: June 26, 2025

| | |
|---|---|
| **MCCARTER & ENGLISH, LLP** | **SMITH KATZENSTEIN & JENKINS LLP** |
| /s/ *Alexandra M. Joyce* | /s/ *Daniel A. Taylor* |
| Daniel M. Silver (#4758) | Neal C. Belgam (No. 2721) |
| Alexandra M. Joyce (#6423) | Daniel A. Taylor (No. 6934) |
| Maliheh Zare (#7133) | 1000 West Street, Suite 1501 |
| Renaissance Centre | Wilmington, DE 19801 |
| 405 N. King Street, 8th Floor | (302) 652-8400 |
| Wilmington, Delaware 19801 | nbelgam@skjlaw.com |
| (302) 984-6300 | dtaylor@skjlaw.com |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | *Attorneys for Defendants Slayback Pharma* |
| mzare@mccarer.com | *LLC and Azurity Pharmaceuticals, Inc.* |
| | |
| *Attorneys for Plaintiffs Eagle* | |
| *Pharmaceuticals, Inc. and Eagle Sub1, LLC* | |

SO ORDERED this _____ day of June, 2025

_____
The Honorable Jennifer L. Hall
United States District Judge

2