# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>　　　　Defendants. | C.A. No. 24-65-JLH |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Alan H. Pollack of WINDELS MARX LANE & MITTENDORF, LLP to represent Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. in the above-captioned matter.

Dated:  July 7, 2024

　　　　　　　　　　　　　　　　　　　　　　　SMITH, KATZENSTEIN & JENKINS LLP

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Daniel A. Taylor*
　　　　　　　　　　　　　　　　　　　　　　　Neal C. Belgam (No. 2721)
　　　　　　　　　　　　　　　　　　　　　　　Daniel A. Taylor (No. 6934)
　　　　　　　　　　　　　　　　　　　　　　　1000 West Street, Suite 1501
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　(302) 652-8400
　　　　　　　　　　　　　　　　　　　　　　　nbelgam@skjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　dtaylor@skjlaw.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Slayback Pharma*
　　　　　　　　　　　　　　　　　　　　　　　*LLC and Azurity Pharmaceuticals, Inc.*

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of Alan H. Pollack is GRANTED.

Dated: July ___, 2025

                                                                                      _____
                                                                                      United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New Jersey, New York, the United States Court of Appeals for the Federal Circuit, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the United States Patent and Trademark Office. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  July 7, 2025

/s/ Alan H. Pollack
Alan H. Pollack
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019
T: (212) 237-1000
F: (212) 262-1215
apollack@windelsmarx.com