IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>　　　　Defendants. | C.A. No. 24-65-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on September 9, 2025, Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. served their Second Supplemental – Highly Confidential – Responses to Plaintiffs' first set of Common Interrogatories (Nos. 1-9) on the following counsel via email:

Daniel M. Silver
Alexandra M. Joyce
Maliheh Zare
**MCCARTER & ENGLISH, LLP**
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com
mzare@mccarter.com

Daniel G. Brown
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
daniel.brown@lw.com

Marc N. Zubick
Alex Grabowski
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
marc.zubick@lw.com
alex.grabowski@lw.com

Kelly A. Welsh
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW,
Suite 1000 Washington, D.C. 20004
kelly.welsh@lw.com

Dated: September 9, 2025

                                              **SMITH KATZENSTEIN & JENKINS LLP**

                                              */s/ Daniel A. Taylor*
                                              Neal C. Belgam (No. 2721)
                                              Daniel A. Taylor (No. 6934)
                                              1000 N. West Street, Suite 1501
                                              Wilmington, DE 19801
                                              (302) 652-8400
                                              nbelgam@skjlaw.com
                                              dtaylor@skjlaw.com

                                              *Attorneys for Defendants Slayback Pharma*
                                              *LLC and Azurity Pharmaceuticals, Inc.*

2