# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH<br>**(CONSOLIDATED)**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that prior to 5:00 pm on September 11, 2025, the following document was served on the following counsel of record at the addresses and in the manner indicated:

BAXTER HEALTHCARE CORPORATION'S RESPONSES AND OBJECTIONS TO
NOTICE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS

## BY EMAIL

Daniel M. Silver
Alexandra M. Joyce
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com
ajoyce@mccarter.com

Wyley S. Proctor
Alexander T. Hornat
McCarter & English, LLP
265 Franklin St.
Boston, MA 02110
wproctor@mccarter.com
EagleLitigation@McCarter.com

| | |
|---|---|
| LATHAM & WATKINS LLP<br>Eaglebendamustinelitigation.lwteam@lw.com | Jason A. Lief<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, New York 10019<br>jlief@windelsmarx.com |
| Daniel Taylor<br>Neal C. Belgam<br>Smith, Katzenstein & Jenkins LLP<br>1000 N. West Street<br>PO Box 410<br>Suite 1501<br>Wilmington, DE 19899-0410<br>DAT@skjlaw.com<br>NCB@skjlaw.com | Constance S. Huttner<br>Robyn Ast-Gmoser<br>Windels Marx Lane & Mittendorf, LLP<br>One Giralda Farms<br>Madison, NJ 07940<br>chuttner@windelsmarx.com<br>rast-gmoser@windelsmarx.com |

OF COUNSEL:

Martin J. Black
Judah Bellin
DECHERT LLP
Cira Centre, 2929 Arch St.
Philadelphia, PA 19104
(215) 994-4000

Amanda K. Antons
DECHERT LLP
230 Northgate Street #209,
Lake Forest, IL 60045
(312) 646-5800

Noah M. Leibowitz
DECHERT LLP
Three Bryant Park,
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3538

Dated:  September 11, 2025

12459393

POTTER ANDERSON & CORROON LLP

By: /s/ *Philip A. Rovner*
    Philip A. Rovner (#3215)
    Andrew M. Moshos (#6685)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE  19899
    (302) 984-6000
    provner@potteranderson.com
    amoshos@potteranderson.com

*Attorneys for Defendant*
*Baxter Healthcare Corporation*