**IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-64-JLH |
| v. | **JURY TRIAL DEMANDED** |
| APOTEX INC., AND APOTEX CORP, | |
| Defendants. | |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC, | |
| Plaintiffs, | |
| v. | C.A. No. 24-65-JLH |
| SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC., | **JURY TRIAL DEMANDED** |
| Defendants. | |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC, | |
| Plaintiffs, | |
| v. | C.A. No. 24-66-JLH |
| BAXTER HEALTHCARE CORPORATION, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents:

**APOTEX, BAXTER AND SLAYBACK'S SECOND SET OF
COMMON REQUESTS FOR ADMISSION TO PLAINTIFFS (NO. 9-10)**

**APOTEX, BAXTER AND SLAYBACK'S THIRD SET OF
COMMON INTERROGATORIES TO PLAINTIFFS (NO. 11)**

were served upon the attorneys listed below via electronic mail on this 12th day of September,

2025 prior to 5:00 p.m. Eastern:

Daniel M. Silver
Alexandra M. Joyce
Maliheh Zare
MCCARTER & ENGLISH, LLP
405 N. King St., 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com
ajoyce@mccarter.com
mzare@mccarter.com

*Attorneys for Plaintiff*

Daniel G. Brown
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
daniel.brown@lw.com

Marc N. Zubik
Alex Grabowski
Kenneth Schuler
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
marc.zubick@lw.com
alex.grabowski@lw.com
kenneth.schuler@lw.com

Brett M. Sandford
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
brett.sandford@lw.com

Kelly A. Welsh
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
kelly.welsh@lw.com
EAGLEBENDAMUSTINELITIGATION.LWTEAM@lw.com

*Attorneys for Plaintiff*

2

Dated: September 12, 2025

                                         */s/ Kenneth L. Dorsney*

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
**MORRIS JAMES LLP**
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

3