IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>    Defendants. | C.A. No. 24-65-JLH |

**[PROPOSED] ORDER GRANTING LEAVE TO AMEND**

At Wilmington on this ___ day of _____, 2025, having considered Slayback's Unopposed Motion for Leave to File Amended Answers (D.I. __),

IT IS HEREBY ORDERED that, the Motion is GRANTED. Slayback shall file the amended answers attached as Exhibits A and C to its Motion within two (2) days of this Order.

                                                                                            _____
                                                                                            The Honorable Jennifer L. Hall
                                                                                            United States District Judge