IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>  Defendants. | C.A. No. 24-65-JLH |

### [PROPOSED] ORDER GRANTING LEAVE TO AMEND

At Wilmington on this 14th day of October, 2025, having considered Slayback's Unopposed Motion for Leave to File Amended Answers (D.I. 202),

IT IS HEREBY ORDERED that, the Motion is GRANTED. Slayback shall file the amended answers attached as Exhibits A and C to its Motion within two (2) days of this Order.

_____
The Honorable Jennifer L. Hall
United States District Judge