IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>    Defendants. | C.A. No. 24-65-JLH<br><br>UNREDACTED PUBLIC VERSION |

**SLAYBACK LLC AND AZURITY PHARMACEUTICALS, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWERS**

Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. ("Slayback") respectfully move the Court, pursuant to Federal Rule of Civil Procedure 15(a), for leave to amend Slayback's answers to the Second Amended Complaint in C.A. No. 24-65-JLH (D.I. 150) and the Second Amended Complaint filed in C.A. No. 25-75-JLH (C.A. No. 25-75-JLH, D.I. 22). The later case is consolidated under the above-captioned matter. (D.I. 156)

A copy of the proposed Amended Answer to the Second Amended Complaint in C.A. No. 24-65-JLH is attached as Exhibit A, and a blackline comparing the proposed Amended Answer to the Answer (D.I. 156) is attached as Exhibit B.

A copy of the proposed Amended Answer to the Second Amended Complaint in C.A. No. 25-75-JLH is attached as Exhibit C, and a blackline comparing the proposed Amended Answer to the Answer (D.I. 164) is attached as Exhibit D.

Pursuant to Local Rule 7.1.1, Slayback has met and conferred with Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC ("Eagle") about the proposed amendments to the answers. Eagle does not oppose Slayback's motion.

Dated: October 9, 2025

*Of Counsel:*

Constance S. Huttner
Alan Pollack
Jason A. Lief
Robyn Ast-Gmoser

**WINDELS MARX LANE & MITTENDORF LLC**
1 Giralda Farms
Madison, NJ 07940
(973) 966-3200

156 West 56th Street
New York, NY 10019
(212) 237-1000

chuttner@windelsmarx.com
apollack@windelsmarx.com
jlief@windelsmarx.com
rast-gmoser@windelsmarx.com

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*