IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>　　　　Defendants. | C.A. No. 24-65-JLH |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE, that on October 29, 2025, Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. served their Response to Plaintiffs' Third Set of Individual Interrogatories (No. 5) on the following counsel via email:

Daniel M. Silver
Alexandra M. Joyce
Maliheh Zare
**MCCARTER & ENGLISH, LLP**
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com
mzare@mccarter.com

Daniel G. Brown
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
daniel.brown@lw.com

Marc N. Zubick  
Alex Grabowski  
**LATHAM & WATKINS LLP**  
330 North Wabash Avenue, Suite 2800  
Chicago, IL 60611  
(312) 876-7700  
marc.zubick@lw.com  
alex.grabowski@lw.com  

Kelly A. Welsh  
**LATHAM & WATKINS LLP**  
555 Eleventh Street, NW,  
Suite 1000 Washington, D.C. 20004  
kelly.welsh@lw.com  

Dated: October 29, 2025

        **SMITH KATZENSTEIN & JENKINS LLP**

        */s/ Daniel A. Taylor*
        Neal C. Belgam (No. 2721)
        Daniel A. Taylor (No. 6934)
        1000 N. West Street, Suite 1501
        Wilmington, DE 19801
        (302) 652-8400
        nbelgam@skjlaw.com
        dtaylor@skjlaw.com

        *Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*