# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>　　　　Defendants. | C.A. No. 24-65-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on November 3, 2025, Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. served their Responses and Objections to Plaintiffs' Second Set of Common Requests for Admission (Nos. 11-14) on the following counsel via email:

Daniel M. Silver
Alexandra M. Joyce
Maliheh Zare
**MCCARTER & ENGLISH, LLP**
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com
mzare@mccarter.com

Daniel G. Brown
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
daniel.brown@lw.com

Marc N. Zubick
Alex Grabowski
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
marc.zubick@lw.com
alex.grabowski@lw.com

Kelly A. Welsh
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW,
Suite 1000 Washington, D.C. 20004
kelly.welsh@lw.com

Dated: November 3, 2025

                                                **SMITH KATZENSTEIN & JENKINS LLP**

                                                */s/ Daniel A. Taylor*
                                                Neal C. Belgam (No. 2721)
                                                Daniel A. Taylor (No. 6934)
                                                1000 N. West Street, Suite 1501
                                                Wilmington, DE 19801
                                                (302) 652-8400
                                                nbelgam@skjlaw.com
                                                dtaylor@skjlaw.com

                                                *Attorneys for Defendants Slayback Pharma*
                                                *LLC and Azurity Pharmaceuticals, Inc.*