## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>    Defendants. | C.A. No. 24-65-JLH |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE, that on November 4, 2025, Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. served the following requests:

- Second Set of Requests for Admission (Nos. 3–9)
- Second Set of Requests for Production (Nos. 5–8)
- Fourth Set of Interrogatories (Nos. 6–7)

on the following counsel via email:

Daniel M. Silver
Alexandra M. Joyce
Maliheh Zare
**MCCARTER & ENGLISH, LLP**
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com
mzare@mccarter.com

Daniel G. Brown
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
daniel.brown@lw.com

Marc N. Zubick  
Alex Grabowski  
**LATHAM & WATKINS LLP**  
330 North Wabash Avenue, Suite 2800  
Chicago, IL 60611  
(312) 876-7700  
marc.zubick@lw.com  
alex.grabowski@lw.com  

Kelly A. Welsh  
**LATHAM & WATKINS LLP**  
555 Eleventh Street, NW,  
Suite 1000 Washington, D.C. 20004  
kelly.welsh@lw.com  

Dated: November 4, 2025

                                                                 **SMITH KATZENSTEIN & JENKINS LLP**

                                                                 */s/ Daniel A. Taylor*  
                                                                 Neal C. Belgam (No. 2721)  
                                                                 Daniel A. Taylor (No. 6934)  
                                                                 1000 N. West Street, Suite 1501  
                                                                Wilmington, DE 19801  
                                                                (302) 652-8400  
                                                                nbelgam@skjlaw.com  
                                                                dtaylor@skjlaw.com

                                                                *Attorneys for Defendants Slayback Pharma*  
                                                                 *LLC and Azurity Pharmaceuticals, Inc.*