# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.,<br><br>　　　　　Defendants. | C.A. No. 24-65-JLH<br>**(CONSOLIDATED)**<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, and subject to the approval of the Court, that the deadline for Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC to respond to Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.'s Amended Responses to Second Amended Complaint and Counterclaim is extended to November 24, 2025 (from November 13, 2025) with any response by Slayback Pharma LLC and Azurity Pharmaceuticals, Inc., including any answering brief in response to a motion, to be extended to December 24, 2025 (from December 8, 2025).

Dated: November 13, 2025

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | SMITH KATZENSTEIN & JENKINS LLP |
| */s/ Daniel M. Silver* | */s/ Daniel A. Taylor* |
| Daniel M. Silver (#4758) | Neal C. Belgam (No. 2721) |
| Alexandra M. Joyce (#6423) | Daniel A. Taylor (No. 6934) |
| Maliheh Zare (#7133) | 1000 N. West Street, Suite 1501 |
| Renaissance Centre | Wilmington, DE 19801 |
| 405 N. King Street, 8th Floor | (302) 652-8400 |
| Wilmington, Delaware 19801 | nbelgam@skjlaw.com |
| (302) 984-6300 | dtaylor@skjlaw.com |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | *Attorneys for Defendants* |
| mzare@mccarter.com | |
| | |
| *Attorneys for Plaintiffs* | |

ME1\59002367.v1

IT IS SO ORDERED this _____ day of _____, 2025.

_____
United States District Judge