# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br>           Plaintiffs, <br><br>    v. <br><br><br> APOTEX INC. and APOTEX CORP, <br><br>        Defendants. | C.A. No. 24-64-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br>           Plaintiffs, <br><br>    v. <br><br><br> SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC., <br><br>        Defendants. | C.A. No. 24-65-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br>           Plaintiffs, <br><br>    v. <br><br><br> BAXTER HEALTHCARE CORPORATION, <br><br>        Defendant. | C.A. No. 24-66-JLH <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANTS APOTEX INC. AND APOTEX CORP., SLAYBACK PHARMA LLC, AND BAXTER HEALTHCARE CORP.'S NOTICE OF DEPOSITION OF DAVID BRICKER**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(1) and the Local Court Rules for the United States District Court for the District of Delaware, Defendants Apotex Inc. and Apotex Corp. ("Apotex"), Slayback Pharma LLC ("Slayback") and Baxter Healthcare Corporation ("Baxter") will take the deposition of David Bricker.

PLEASE TAKE FURTHER NOTICE that the deposition will take place on November 25, 2025 at 9:00 a.m. CT, by remote video conference, or at another date, time, and/or location mutually agreed upon by the parties. The deposition shall be conducted upon oral examination before a court reporter, notary public, or other official authorized to administer oaths under law, and will be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means.

Dated: November 18, 2025

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
    Philip A. Rovner (#3215)
    Andrew M. Moshos (#6685)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    amoshos@potteranderson.com

*Attorneys for Defendant*
*Baxter Healthcare Corporation*

MORRIS JAMES LLP

By: */s/ Cortlan S. Hitch*
    Kenneth L. Dorsney (#3726)
    Cortlan S. Hitch (#6720)
    3205 Avenue North Boulevard, Suite 100
    Wilmington, DE 19803
    (302) 888-6800
    kdorsney@morrisjames.com
    chitch@morrisjames.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

SMITH KATZENSTEIN & JENKINS LLP

By: */s/ Daniel A. Taylor*
    Neal C. Belgam (#2721)
    Daniel A. Taylor (#6934)
    1000 West Street, Suite 1501
    Wilmington, DE 19801
    nbelgam@skjlaw.com
    dtaylor@skjlaw.com

*Attorneys for Defendants*
*Slayback Pharma LLC and*
*Azurity Pharmaceuticals, Inc.*