# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 24-65-JLH **(CONSOLIDATED)** <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, and subject to the approval of the Court, that the deadline for Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC to respond to Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.'s Amended Response to Second Amended Complaint and Counterclaims is extended to November 26, 2025 (from November 24, 2025).

Dated: November 21, 2025

| MCCARTER & ENGLISH, LLP | SMITH KATZENSTEIN & JENKINS LLP |
|---|---|
| */s/ Daniel M. Silver* | */s/ Daniel A. Taylor* |
| Daniel M. Silver (#4758) <br> Alexandra M. Joyce (#6423) <br> Maliheh Zare (#7133) <br> Renaissance Centre <br> 405 N. King Street, 8th Floor <br> Wilmington, Delaware 19801 <br> (302) 984-6300 <br> dsilver@mccarter.com <br> ajoyce@mccarter.com <br> mzare@mccarter.com <br><br> *Attorneys for Plaintiffs* | Neal C. Belgam (No. 2721) <br> Daniel A. Taylor (No. 6934) <br> 1000 N. West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> nbelgam@skjlaw.com <br> dtaylor@skjlaw.com <br><br> *Attorneys for Defendants* |

ME1\59134254.v1

IT IS SO ORDERED this _____ day of _____, 2025.

_____
United States District Judge

IT IS SO ORDERED this _____ day of _____, 2025.

_____
United States District Judge