# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 24-65-JLH <br> **(CONSOLIDATED)** <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 5, 2025, a true and correct copy of *Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC's Objections and Responses to Defendants Slayback Pharma LLC and Azurity Pharmaceuticals Inc.'s Fifth Set of Interrogatories (No. 8)* was served on the following counsel in the manner indicated:

## VIA EMAIL:

Neal C. Belgam
Daniel A. Taylor
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
Nbelgam@skjlaw.com
Dtaylor@skjlaw.com

Andrew Miller  
Ajay Kayal  
Jason A. Lief  
Connie Huttner  
Robyn Ast-Gmoser  
WINDELS MARX LANE & MITTENDORF, LLP  
One Giralda Farms  
Madison, NJ 07940  
amiller@windelsmarx.com  
akayal@windelsmarx.com  
jlief@windelsmarx.com  
chuttner@windelsmarx.com  
rast-gmoser@windelsmarx.com  

*Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*

| | |
|---|---|
| Dated: December 5, 2025 | **MCCARTER & ENGLISH, LLP** |
| | |
| | */s/ Maliheh Zare* |
| OF COUNSEL: | Daniel M. Silver (#4758) |
| Daniel G. Brown | Alexandra M. Joyce (#6423) |
| Kelly A. Welsh | Maliheh Zare (#7133) |
| LATHAM & WATKINS LLP | 405 N. King Street, 8th Floor |
| 555 Eleventh Street, NW, | Wilmington, DE 19801 |
| Suite 1000 Washington, D.C. 20004 | (302) 984-6300 |
| daniel.brown@lw.com | dsilver@mccarter.com |
| kelly.welsh@lw.com | ajoyce@mccarter.com |
| | mzare@mccarter.com |
| Kenneth G. Schuler | |
| Marc N. Zubick | *Attorneys for Plaintiffs* |
| Alex Grabowski | |
| Michelle Chin | |
| Nathan Fuller | |
| Manuela Burek | |
| Hanna Bondarowicz | |
| LATHAM & WATKINS LLP | |
| 330 North Wabash Avenue, Suite 2800 | |
| Chicago, IL 60611 | |
| (312) 876-7700 | |
| kenneth.schuler@lw.com | |
| marc.zubick@lw.com | |
| alex.grabowski@lw.com | |
| michelle.chin@lw.com | |
| nathan.fuller@lw.com | |
| manuela.burek@lw.com | |
| hanna.bondarowicz@lw.com | |

ME1\59266969.v1

Brett M. Sandford
LATHAM & WATKINS LLP
505 Montgomery Street
San Francisco, CA 94111
(415) 391-0600

Ramya Sri Vallabhaneni
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
ramya.vallabhaneni@lw.com

ME1\59266969.v1