# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>      Plaintiffs,<br><br>      v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>      Defendants. | C.A. No. 24-65-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on December 5, 2025, Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. ("Slayback") served the following documents:

- Slayback's HIGHLY CONFIDENTIAL Objections and Reponses to Plaintiffs' Fourth Set of Individual Interrogatories (Nos. 6–9);

- Slayback's Objections and Reponses to Plaintiffs' Second Set of Individual Requests for Admission (No. 10);

- Slayback's Objections and Reponses to Plaintiffs' Third Set of Common Requests for Production (Nos. 73–81); and

- Slayback's Objections and Reponses to Plaintiffs' Third Sect of Common Requests for Admission (No. 15)

on the following counsel via email:

Daniel M. Silver
Alexandra M. Joyce
Maliheh Zare
**MCCARTER & ENGLISH, LLP**
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com
mzare@mccarter.com

Daniel G. Brown
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
daniel.brown@lw.com
Marc N. Zubick
Alex Grabowski
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
marc.zubick@lw.com
alex.grabowski@lw.com

Kelly A. Welsh
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW,
Suite 1000 Washington, D.C. 20004
kelly.welsh@lw.com

Dated: December 5, 2025

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*