IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC,<br><br>Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |

## **PLAINTIFFS' NOTICE OF DEPOSITION OF JOSH MATHEW**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC, by and through their attorneys, will take the deposition of Josh Mathew at the offices of Windels Marx, One Giralda Farms, Madison, New Jersey 07940. The deposition shall take place on December 17, 2025 at 9:00 a.m. ET.

The deposition will be taken before an officer authorized by the laws of the United States to administer oaths and will be recorded by videotape, audiotape, and stenographic means. The deposition will continue from day to day until completed, with adjournments as to time and place as may be necessary. The deposition shall be for all allowable purposes. Plaintiffs reserve the right to use this videotape deposition at the time of trial.

ME1\59330064.v1

2

| | |
|---|---|
| Dated: December 11, 2025 | **MCCARTER & ENGLISH, LLP** |
| | |
| OF COUNSEL: | */s/ Alexandra M. Joyce* |
| | Daniel M. Silver (#4758) |
| Daniel G. Brown | Alexandra M. Joyce (#6423) |
| Kelly A. Welsh | Maliheh Zare (#7133) |
| LATHAM & WATKINS LLP | 405 N. King Street, 8th Floor |
| 555 Eleventh Street NW, Suite 1000 | Wilmington, DE 19801 |
| Washington, DC 20004 | (302) 984-6300 |
| (202) 637-2200 | dsilver@mccarter.com |
| daniel.brown@lw.com | ajoyce@mccarter.com |
| kelly.welsh@lw.com | mzare@mccarter.com |
| | |
| Kenneth G. Schuler | *Attorneys for Plaintiffs* |
| Marc N. Zubick | |
| Alex Grabowski | |
| Michelle Chin | |
| LATHAM & WATKINS LLP | |
| 330 North Wabash Avenue, Suite 2800 | |
| Chicago, IL 60611 | |
| (312) 876-7700 | |
| kenneth.schuler@lw.com | |
| marc.zubick@lw.com | |
| alex.grabowski@lw.com | |
| michelle.chin@lw.com | |
| | |
| Brett M. Sandford | |
| LATHAM & WATKINS LLP | |
| 505 Montgomery Street, Suite 2000 | |
| San Francisco, CA 9411 | |
| (415) 391-0600 | |
| brett.sandford@lw.com | |
| | |
| Ramya Sri Vallabhaneni | |
| LATHAM & WATKINS LLP | |
| 1271 Avenue of the Americas | |
| New York, NY 10020 | |
| (212) 906-1200 | |
| ramya.vallabhaneni@lw.com | |