# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>   Plaintiffs,<br><br>   v.<br><br>APOTEX INC., AND APOTEX CORP.,<br><br>   Defendants. | C.A. No. 24-64-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>   Plaintiffs,<br><br>   v.<br><br>SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.,<br><br>   Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>   Plaintiffs,<br><br>   v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>   Defendant. | C.A. No. 24-66-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE

WHEREAS Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC (collectively, "Eagle") and Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. (collectively, "Slayback") continue to work toward a resolution of the underlying dispute that is the subject of

ME1\59590420.v1

Slayback's Objections to Magistrate Judge Tennyson's Ruling on the Sharing of Highly-Confidential Information of Non-Parties in Other Cases (D.I. 247 in C.A. No. 24-65-JLH) ("Slayback's Objection") but respectfully submit that additional time is necessary;

WHEREAS to preserve judicial economy and efficiency, Eagle and Slayback have agreed to further extend the deadline for Eagle's response to Slayback's Objection for one week to January 16, 2026;

IT IS HEREBY STIPULATED AND AGREED by and between Eagle and Slayback, through their undersigned counsel, and subject to the approval of the Court pursuant to Paragraph 6 of the Standing Order for Objections Filed Under Fed. R. Civ. P. 72, that the deadline for Eagle to respond to Slayback's Objection is extended to January 16, 2026 (from January 9, 2026).

Dated: January 9, 2026

| MCCARTER & ENGLISH, LLP | SMITH KATZENSTEIN & JENKINS LLP |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Daniel A. Taylor* |
| Daniel M. Silver (#4758) | Neal C. Belgam (No. 2721) |
| Alexandra M. Joyce (#6423) | Daniel A. Taylor (No. 6934) |
| Renaissance Centre | 1000 N. West Street, Suite 1501 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 652-8400 |
| (302) 984-6300 | nbelgam@skjlaw.com |
| dsilver@mccarter.com | dtaylor@skjlaw.com |
| ajoyce@mccarter.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | *Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2026.

_____
The Honorable Eleanor G. Tennyson

ME1\59590420.v1