# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.,<br><br>　　　　　　Defendants. | C.A. No. 24-65-JLH<br>**(CONSOLIDATED)**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

　　PLEASE TAKE NOTICE that on January 15, 2026, true and correct copies of (1) *Plaintiffs' Third Set of Individual Requests for Admission to Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. (Nos. 11-14)*, (2) *Plaintiffs' Fourth Set of Requests for Production to Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. (Nos. 80-85),* and (3) *Plaintiffs' Fifth Set of Individual Interrogatories to Defendants Slayback Pharma LLC and Azurity Pharmaceuticals Inc. (Nos. 10-12)* were served on the following counsel in the manner indicated:

### VIA EMAIL:

Neal C. Belgam
Daniel A. Taylor
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
nbelgam@skjlaw.com
dtaylor@skjlaw.com

Andrew Miller
Jason Lief
Ajay Kayal
Connie Huttner
Robyn Ast-Gmoser
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
amiller@windelsmarx.com
jlief@windelsmarx.com
akayal@windelsmarx.com
chuttner@windelsmarx.com
rast-gmoser@windelsmarx.com

*Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*

| | |
|---|---|
| Dated: January 16, 2026 | **MCCARTER & ENGLISH, LLP** |
| | */s/ Alexandra M. Joyce* |
| OF COUNSEL: | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| Kelly A. Welsh | 405 N. King Street, 8th Floor |
| LATHAM & WATKINS LLP | Wilmington, DE 19801 |
| 555 Eleventh Street, NW, | (302) 984-6300 |
| Suite 1000 Washington, D.C. 20004 | dsilver@mccarter.com |
| kelly.welsh@lw.com | ajoyce@mccarter.com |
| | |
| Kenneth G. Schuler | *Attorneys for Plaintiffs* |
| Marc N. Zubick | |
| Alex Grabowski | |
| Michelle Chin | |
| Nathan Fuller | |
| Manuela Burek | |
| Hanna Bondarowicz | |
| LATHAM & WATKINS LLP | |
| 330 North Wabash Avenue, Suite 2800 | |
| Chicago, IL 60611 | |
| (312) 876-7700 | |
| kenneth.schuler@lw.com | |
| marc.zubick@lw.com | |
| alex.grabowski@lw.com | |
| michelle.chin@lw.com | |
| nathan.fuller@lw.com | |
| manuela.burek@lw.com | |
| hanna.bondarowicz@lw.com | |

Brett M. Sandford
LATHAM & WATKINS LLP
505 Montgomery Street
San Francisco, CA 94111
(415) 391-0600

Ramya Sri Vallabhaneni
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
ramya.vallabhaneni@lw.com

ME1\59658894.v1