IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>    Defendants. | C.A. No. 24-65-JLH |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE, that on February 6, 2026, Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. ("Slayback") served the HIGHLY CONFIDENTIAL Opening Expert Report of Dr. Crowley Regarding Invalidity on the following counsel via email:

Daniel M. Silver
Alexandra M. Joyce
**MCCARTER & ENGLISH, LLP**
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

Marc N. Zubick
Alex Grabowski
Hanna Bondarowicz
Manuela Burek
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
marc.zubick@lw.com
alex.grabowski@lw.com
hanna.bondarowicz@lw.com
manuela.burek@lw.com

Kelly A. Welsh
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 350-5361
kelly.welsh@lw.com

Brett M. Sandford
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 395-8150
brett.sandford@lw.com

Dated: February 9, 2026

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*

2