# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>APOTEX INC., AND APOTEX CORP,<br><br>    Defendants. | C.A. No. 24-64-JLH<br><br>**(CONSOLIDATED)**<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>SLAYBACK PHARMA LLC,<br><br>    Defendant. | C.A. No. 24-65-JLH<br><br>**(CONSOLIDATED)**<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>    Defendant. | C.A. No. 24-66-JLH<br><br>**(CONSOLIDATED)**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document:

**DEFENDANTS' JOINT OPENING EXPERT REPORT OF
DAVID E. BUGAY ON INVALIDITY**

were served upon the attorneys listed below via electronic mail on the 6th day of February, 2026:

| | |
|---|---|
| Daniel M. Silver<br>Alexandra M. Joyce<br>MCCARTER & ENGLISH, LLP<br>405 N. King St., 8th Floor<br>Wilmington, DE 19801<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br><br>*Attorneys for Plaintiff* | Marc N. Zubik<br>Alex Grabowski<br>Kenneth Schuler<br>Michelle Chin<br>Nathan Fuller<br>Manuela Burek<br>Hanna Bondarowicz<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>marc.zubick@lw.com<br>alex.grabowski@lw.com<br>kenneth.schuler@lw.com<br>michelle.chin@lw.com<br>nathan.fuller@law.com<br>manuela.burek@lw.com<br>hanna.bondarowicz@lw.com<br><br>Ramya Sri Vallabhaneni<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 100200<br>ramya.vallabhaneni@lw.com<br><br>Brett M. Sandford<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>brett.sandford@lw.com<br><br>Kelly A. Welsh<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>kelly.welsh@lw.com<br>EAGLEBENDAMUSTINELITIGATION.LWTEAM@lw.com<br><br>*Attorneys for Plaintiff* |

2

Dated: February 9, 2026

          */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*