**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC,<br><br>Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' NOTICE OF DEPOSITION OF HARISH CHINNARI

PLEASE TAKE NOTICE that pursuant to Rules 30(b)(1) and 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC (collectively, "Eagle"), by and through its attorneys, will take the deposition of Harish Chinnari remotely via videoconference. The deposition shall take place on February 19, 2026 at 9:30 p.m. ET and, pursuant to party agreement, shall be reasonably limited to Topics 39 and 40 in Eagle's operative Rule 30(b)(6) Notice as those topics relate to Slayback's PE-3 Formulation.

The deposition will be taken before an officer authorized by the laws of the United States to administer oaths and will be recorded by videotape, audiotape, and stenographic means. The deposition will continue from day to day until completed, with adjournments as to time and place as may be necessary. The deposition shall be for all allowable purposes. Eagle reserves the right to use this videotape deposition at the time of trial.

2

| | |
|---|---|
| Dated: February 19, 2026 | MCCARTER & ENGLISH, LLP |
| | |
| OF COUNSEL: | /s/ Alexandra M. Joyce |
| | Daniel M. Silver (#4758) |
| Kenneth G. Schuler | Alexandra M. Joyce (#6423) |
| Marc N. Zubick | 405 N. King Street, 8th Floor |
| Alex Grabowski | Wilmington, DE 19801 |
| Michelle Chin | (302) 984-6300 |
| LATHAM & WATKINS LLP | dsilver@mccarter.com |
| 330 North Wabash Avenue, Suite 2800 | ajoyce@mccarter.com |
| Chicago, IL 60611 | |
| (312) 876-7700 | *Attorneys for Plaintiffs* |
| kenneth.schuler@lw.com | |
| marc.zubick@lw.com | |
| alex.grabowski@lw.com | |
| michelle.chin@lw.com | |

Brett M. Sandford
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 9411
(415) 391-0600
brett.sandford@lw.com

Ramya Sri Vallabhaneni
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
ramya.vallabhaneni@lw.com

Kelly A. Welsh
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
kelly.welsh@lw.com