# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>      Plaintiffs,<br><br>    v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>      Defendants. | C.A. No. 24-64-JLH |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>      Plaintiffs,<br><br>    v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>      Defendants. | C.A. No. 24-65-JLH |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>      Plaintiffs,<br><br>    v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>      Defendant. | C.A. No. 24-66-JLH |

**STIPULATION AND [PROPOSED] ORDER AMENDING CASE SCHEDULE**

WHEREAS, on March 6, 2026, Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC (collectively, "Eagle") served supplemental opening expert reports on Defendants Baxter Healthcare Corporation, Apotex Inc., Apotex Corp., and Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. (collectively, "Defendants"); and

WHEREAS Eagle and Defendants (collectively, the "Parties") agree that a short (1-day) extension of time for the remaining expert discovery deadlines is warranted, moving the deadlines to the following Monday with service time extended to midnight Eastern for rebuttal and reply expert reports;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval of the Court, that the deadlines for expert discovery are modified as follows, with no changes to any other deadline as shown in the table below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Rebuttal Expert Report | Friday, March 13, 2026 | Monday, March 16, 2026 |
| Reply Expert Reports | Friday, April 10, 2026 | Monday, April 13, 2026 |
| Close of Expert Discovery | Friday, May 8, 2026 | Monday, May 11, 2026 |
| Dispositive Motions and Daubert Motions | Friday, June 5, 2026 | No change |
| Answer Dispositive Motions and Daubert Motions | Wednesday, July 1, 2026 | No change |
| Reply Dispositive Motions and Daubert Motions | Monday, July 20, 2026 | No change |
| Hearing on Dispositive Motions and Daubert Motions | September 11, 2026 at 10:00 a.m. | No change |
| Parties to File Joint Proposed Final Pretrial Order | 7 days before Pretrial Conference | No change |
| Parties to File Proposed Jury Instructions, Voir Dire, Verdict Forms | 7 days before Pretrial Conference | No change |
| Final Pretrial Conference in Eagle Pharmaceuticals Inc. v. Apotex, Inc., No. 24-64-JLH | Monday, December 7, 2026 at 3:00 p.m. | No change |
| Trial Begins in Eagle Pharmaceuticals Inc. v. Apotex, Inc., No. 24-64-JLH | Monday, December 14, 2026 | No change |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Final Pretrial Conference in Eagle Pharmaceuticals Inc. v. Slayback Pharma LLC, No. 24-65-JLH | Monday, May 10, 2027 at 3:00 p.m. | No change |
| Trial Begins in Eagle Pharmaceuticals Inc. v. Slayback Pharma LLC, No. 24-65-JLH | Monday, May 17, 2027 | No change |
| Final Pretrial Conference in Eagle Pharmaceuticals Inc. v. Baxter Healthcare Corp., No. 24-66-JLH | Monday, September 6, 2027 at 3:00 p.m. | No change |
| Trial Begins in in Eagle Pharmaceuticals Inc. v. Baxter Healthcare Corp., No. 24-66-JLH | Monday, September 13, 2027 | No change |
| Joint Form of Order to Enter Judgment on the Verdict | 7 days after verdict | No change |
| Joint Status Report re Post-Trial Motions | 7 days after verdict | No change |

Pursuant to Local Rule 16.4(b), the undersigned certify that a copy of this request has been sent to their respective clients.

3

                    Respectfully submitted,

Dated: March 12, 2026

| **MCCARTER & ENGLISH, LLP** | **POTTER ANDERSON & CORROON LLP** |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Philip A. Rovner* |
| Daniel M. Silver (#4758) | Philip A. Rovner (#3215) |
| Alexandra M. Joyce (#6423) | Andrew M. Moshos (#6685) |
| Renaissance Centre | Hercules Plaza |
| 405 N. King Street, 8th Floor | 1313 North Market Street, 6th Floor |
| Wilmington, Delaware 19801 | Wilmington, DE 19899 |
| (302) 984-6300 | (302) 984-6000 |
| dsilver@mccarter.com | provner@potteranderson.com |
| ajoyce@mccarter.com | amoshos@potteranderson.com |
| | |
| *Attorneys for Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC* | *Attorneys for Defendant Baxter Healthcare Corporation* |

| **MORRIS JAMES LLP** | **SMITH KATZENSTEIN & JENKINS LLP** |
|---|---|
| */s/ Kenneth L. Dorsney* | */s/ Daniel A. Taylor* |
| Kenneth L. Dorsney (#3726) | Neal C. Belgam (No. 2721) |
| Cortlan S. Hitch (#6720) | Daniel A. Taylor (No. 6934) |
| 3205 Avenue North Boulevard, Suite 100 | 1000 West Street, Suite 1501 |
| Wilmington, DE 19803 | Wilmington, DE 19801 |
| (302) 888-6800 | (302) 652-8400 |
| kdorsney@morrisjames.com | nbelgam@skjlaw.com |
| chitch@morrisjames.com | dtaylor@skjlaw.com |
| | |
| *Attorneys for Defendants Apotex Inc. and Apotex Corp.* | *Attorneys for Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.* |

IT IS SO ORDERED this ___ day of March, 2026.

                    _____
                    United States District Judge