IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>      Plaintiffs,<br><br>      v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>      Defendants. | C.A. No. 24-65-JLH |

**STIPULATION AND [PROPOSED] ORDER DISMISSING SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.'S FIRST COUNTERCLAIM**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC (collectively, "Eagle") and Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. (collectively, "Slayback") hereby stipulate as follows:

The parties, by and through their respective undersigned counsel, and subject to the approval of the Court, stipulate and agree to dismiss Slayback's First Counterclaim regarding U.S. Patent Nos. 11,872,214 and 12,138,248 (D.I. 209 at 28, ¶¶ 10–107; D.I. 210 at 33, ¶¶ 10–107), with prejudice.  No other claim-in-suit or patent-in-suit is affected.  Each party shall bear its own costs and attorneys' fees.

Dated: March 11, 2026

| | |
|---|---|
| **MCCARTER & ENGLISH, LLP** | **SMITH KATZENSTEIN & JENKINS LLP** |
| /s/ *Alexandra M. Joyce* | /s/ *Daniel A. Taylor* |
| Daniel M. Silver (#4758) | Neal C. Belgam (No. 2721) |
| Alexandra M. Joyce (#6423) | Daniel A. Taylor (No. 6934) |
| Renaissance Centre | 1000 N. West Street, Suite 1501 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 652-8400 |
| (302) 984-6300 | nbelgam@skjlaw.com |
| dsilver@mccarter.com | dtaylor@skjlaw.com |
| ajoyce@mccarter.com | |
| *Attorneys for Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC* | *Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.* |

IT IS SO ORDERED this 13th day of March, 2026.

_____
The Honorable Jennifer L. Hall
United States District Judge

2