**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 24-65-JLH |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE, that on March 16, 2026, Defendants Slayback Pharma LLC and

Azurity Pharmaceuticals, Inc. ("Slayback") served the following rebuttal expert reports designated

HIGHLY CONFIDENTIAL under the Protective Order:

- Rebuttal Expert Report of Dr. Michael L. Brandt, PharmD, FASHP;

- Expert Report of James Malackowski;

- Expert Report of Dr. Sinko Regarding Non-Infringement;

- Expert Report of Dr. Brian C. Smith Regarding the Testing of Dr. Kittendorf; and

- Rebuttal Expert Report of Dr. Michael J. Thirman, M.D.

on the following counsel via email:

Daniel M. Silver
Alexandra M. Joyce
**MCCARTER & ENGLISH, LLP**
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

Marc N. Zubick
Alex Grabowski

Hanna Bondarowicz
Manuela Burek
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
marc.zubick@lw.com
alex.grabowski@lw.com
hanna.bondarowicz@lw.com
manuela.burek@lw.com

Kelly A. Welsh
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 350-5361
kelly.welsh@lw.com

Brett M. Sandford
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 395-8150
brett.sandford@lw.com

Dated: March 17, 2026

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Slayback Pharma
LLC and Azurity Pharmaceuticals, Inc.*

2