## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

EAGLE PHARMACEUTICALS, INC. and
EAGLE SUB1 LLC,

      Plaintiffs,

    v.

SLAYBACK PHARMA LLC and
AZURITY PHARMACEUTICALS, INC,

      Defendants.

C.A. No. 24-65-JLH
(CONSOLIDATED)

**JURY TRIAL DEMANDED**

## PLAINTIFFS' NOTICE OF DEPOSITION OF JAMES MALACKOWSKI

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC, by and through their attorneys, will take the deposition of James Malackowski in person at the offices of Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611. The deposition shall take place on April 15, 2026 at 8:30 a.m. CT.

The deposition will be taken before an officer authorized by the laws of the United States to administer oaths and will be recorded by videotape, audiotape, and stenographic means. The deposition will continue from day to day until completed, with adjournments as to time and place as may be necessary. The deposition shall be for all allowable purposes. Plaintiffs reserve the right to use this videotape deposition at the time of trial.

ME1\60521985.v1

Dated: April 1, 2026

OF COUNSEL:

Daniel G. Brown
Kelly A. Welsh
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
daniel.brown@lw.com
kelly.welsh@lw.com

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
Michelle Chin
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
kenneth.schuler@lw.com
marc.zubick@lw.com
alex.grabowski@lw.com
michelle.chin@lw.com

Brett M. Sandford
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 9411
(415) 391-0600
brett.sandford@lw.com

Ramya Sri Vallabhaneni
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
ramya.vallabhaneni@lw.com

MCCARTER & ENGLISH, LLP

/s/ Alexandra M. Joyce
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
MCCARTER & ENGLISH, LLP
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*

2