## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

EAGLE PHARMACEUTICALS, INC. and
EAGLE SUB1 LLC,

Plaintiffs,

v.

SLAYBACK PHARMA LLC, and
AZURITY PHARMACEUTICALS, INC,

Defendants.

C.A. No. 24-65-JLH

## DEFENDANTS SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS INC. NOTICE OF DEPOSITON OF DR. JEFFREY D. KITTENDORF, PH.D.

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(1) and the Local Court Rules for the United States District Court for the District of Delaware, Defendants Slayback Pharma LLC ("Slayback") and Azurity Pharmaceuticals, Inc. ("Azurity") will take the deposition of Dr. Jeffrey Kittendorf, Ph.D.

PLEASE TAKE FURTHER NOTICE that the deposition will take place on April 28, 2026 at the offices of Latham & Watkins, 330 N. Wabash Ave, Suite 2800, Chicago, IL 60611. The deposition shall be conducted upon oral examination before a court reporter, notary public, or other official authorized to administer oaths under law, and will be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means.

Dated: April 10, 2026

**SMITH KATZENSTEIN & JENKINS LLP**

*Of Counsel:*

Constance S. Hunter
Alan Pollack
Jason A. Lief
Robyn Ast-Gmoser
Kiersten A. Fowler

**WINDELS MARX LANE &
MITTENDORF, LLP**
180 Park Ave
Florham Park, NJ 07932
(973) 966-3200

156 West 56th Street
New York, NY 10019
(212) 237-1000

chuttner@windelsmarx.com
apollack@windelsmarx.com
jlief@windelsmarx.com
rast-gmoser@windelsmarx.com
kfowler@windelsmarx.com

/s/ Daniel A. Taylor
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Slayback Pharma
LLC and Azurity Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I, Daniel A. Taylor, hereby certify that on April 10, 2026, a true and correct copy of the foregoing documents were served on the following counsel for Plaintiffs only via email:

Daniel M. Silver
Alexandra M. Joyce
**MCCARTER & ENGLISH, LLP**
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

Marc N. Zubick
Alex Grabowski
Hanna Bondarowicz
Manuela Burek
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
marc.zubick@lw.com
alex.grabowski@lw.com
hanna.bondarowicz@lw.com
manuela.burek@lw.com

Kelly A. Welsh
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 350-5361
kelly.welsh@lw.com

Brett M. Sandford
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 395-8150
brett.sandford@lw.com

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*

Daniel A. Taylor (No. 6934)

3