## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 24-65-JLH <br> **(CONSOLIDATED)** <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 13, 2026 true and correct copies of (1) *Reply Expert Report of Khaleel K. Ashraf, M.D.*, (2) *Reply Expert Report of Caroline Attia, PharmD.*, (3) *Reply Report of Dr. Bernhardt Trout, Ph.D.*, (4) *Reply Expert Report of Christopher A. Vellturo, Ph.D.*, and (5) *Reply Expert Report of Dr. Jeffrey D. Kittendorf, Ph.D.* were served on the following counsel in the manner indicated:

## VIA EMAIL:

Neal C. Belgam
Daniel A. Taylor
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
ncb@skjlaw.com
dat@skjlaw.com

ME1\60653958.v1

Andrew Miller
Jason Lief
Ajay Kayal
Connie Huttner
Robyn Ast-Gmoser
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
amiller@windelsmarx.com
jlief@windelsmarx.com
akayal@windelsmarx.com
chuttner@windelsmarx.com
rast-gmoser@windelsmarx.com

*Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*

Dated: April 14, 2026

**MCCARTER & ENGLISH, LLP**

*/s/ Alexandra M. Joyce*

OF COUNSEL:

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)

Kenneth G. Schuler
405 N. King Street, 8th Floor
Marc N. Zubick
Wilmington, DE 19801
Alex Grabowski
(302) 984-6300
Michelle Chin
dsilver@mccarter.com
Nathan Fuller
ajoyce@mccarter.com
Manuela Burek
Hanna Bondarowicz
*Attorneys for Plaintiffs*
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
kenneth.schuler@lw.com
marc.zubick@lw.com
alex.grabowski@lw.com
michelle.chin@lw.com
nathan.fuller@lw.com
manuela.burek@lw.com
hanna.bondarowicz@lw.com

Kelly A. Welsh
LATHAM & WATKINS LLP
555 Eleventh Street, NW,
Suite 1000 Washington, D.C. 20004
kelly.welsh@lw.com

ME1\60653958.v1

Brett M. Sandford
LATHAM & WATKINS LLP
505 Montgomery Street
San Francisco, CA 94111
(415) 391-0600

Ramya Sri Vallabhaneni
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
ramya.vallabhaneni@lw.com

ME1\60653958.v1