**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>      Plaintiffs,<br><br>    v.<br><br>SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.,<br><br>      Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC (collectively, "Eagle") respectfully move this Court to schedule a teleconference to address an outstanding discovery dispute in this case:

- Eagle's request to strike the reasonable royalty opinions of Slayback's damages expert, James Malackowski, based on eight third-party license agreements that were not produced during fact discovery or disclosed in response to Eagle's Common Interrogatory No. 7, and to preclude Slayback and Mr. Malackowski from relying on these agreements for any purpose in this case.

In addition to significant email correspondence exchanged by the parties on this issue, the following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on at least the following dates:

On April 2, 2026 (approximately 20 minutes):

    Delaware Counsel:

        Amy R. Harriman (McCarter & English, LLP) for Eagle

        Daniel A. Taylor (Smith Katzenstein & Jenkins LLP) for Defendants

Lead Counsel:

> Kenneth G. Schuler and Brett M. Sandford (Latham & Watkins LLP) for Eagle

> Constance S. Huttner, Jason A. Lief, and Robyn Ast-Gmoser (Windels Marx Lane & Mittendorf, LLP) for Defendants

On April 10, 2026 (approximately 15 minutes total, with 5 minutes directed to this dispute):

Delaware Counsel:

> Daniel M. Silver (McCarter & English, LLP) for Eagle

> Daniel A. Taylor (Smith Katzenstein & Jenkins LLP) for Defendants Slayback Pharma LLC

Lead Counsel:

> Kenneth G. Schuler, Brett M. Sandford, and Kelly A. Welsh (Latham & Watkins LLP) for Eagle

> Constance S. Huttner, Jason A. Lief, and Robyn Ast-Gmoser (Windels Marx Lane & Mittendorf, LLP) for Defendants

The parties are available for a remote teleconference on the following dates:

- April 21, 2026;
- April 23, 2026; and
- April 24, 2026.

If the Court would prefer to proceed with an in-person conference, the parties are available on the following dates:

- April 30, 2026;
- May 1, 2026;
- May 14, 2026; and
- May 15, 2026.

2

Dated: April 14, 2026

**MCCARTER & ENGLISH, LLP**

*/s/ Daniel M. Silver*

OF COUNSEL:

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

Kelly A. Welsh
LATHAM & WATKINS LLP
555 Eleventh Street, NW,
Suite 1000 Washington, D.C. 20004
kelly.welsh@lw.com

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
kenneth.schuler@lw.com
marc.zubick@lw.com
alex.grabowski@lw.com

*Attorneys for Plaintiffs*

.

Brett M. Sandford
LATHAM & WATKINS LLP
505 Montgomery Street
San Francisco, CA 94111
(415) 391-0600

3