**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR EXEMPTION OF PERSON FROM THE DISTRICT OF
DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL
DEVICES FOR APRIL 30, 2026 DISCOVERY CONFERENCE**

The Court having considered the Motion for Exemption of Person from the District of

Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this _____ day of _____, 2026 that:

1. The Motion is GRANTED.

2. For purposes of the April 30, 2026, discovery conference in the above-captioned

case, the following person is exempt from the District of Delaware's May 17, 2024, Standing Order

and shall be permitted to retain and use her electronic devices:

- Ramya Sri Vallabhaneni

3. The person listed in Paragraph 2 above shall present this Order, along with a valid

photographic I.D., to the United States Marshals upon entry to the J. Caleb Boggs Federal Building

and United States Courthouse.

_____

THE HONORABLE JENNIFER L. HALL

1