**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>     Plaintiffs,<br><br>     v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>     Defendants. | C.A. No. 24-65-JLH |

**[PROPOSED] ORDER**

WHEREAS, the Court has considered Slayback's Motion requesting an exemption of persons from the District of Delaware's May 17, 2024, Standing Order on Personal Devices:

IT IS HEREBY ORDERED that the Motion is GRANTED, and that for purposes of the Discovery Dispute Conference on April 30, 2026, the following person is exempt from the District of Delaware's May 17, 2024, Standing Order and shall be permitted to retain and use their personal electronic devices:

- Daniel E. Forchheimer (admitted *pro hac vice*)

IT IS SO ORDERED this __28th__ day of April, 2026.

_____
The Honorable Jennifer L. Hall
United States District Judge