# EXHIBIT D

# REDACTED
# PUBLIC VERSION



## Planet Depos®
We Make It *Happen*™

## HIGHLY CONFIDENTIAL

# Transcript of James Malackowski

**Date:** April 15, 2026
**Case:** Eagle Pharmaceuticals, Inc., et al. -v- Slayback Pharma/Azurity Pharma

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

## Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

----------------------------x

EAGLE PHARMACEUTICALS,      :

INC. and EAGLE SUB1 LLC,    :

           Plaintiffs,   : Case No.

  v.                       : 1:24-CV-00065-JLH

SLAYBACK PHARMA LLC and      :

AZURITY PHARMACEUTICALS,     :

INC.,                        :

        Defendants.  :

----------------------------x

**HIGHLY CONFIDENTIAL**

Videotaped Deposition of JAMES MALACKOWSKI

Chicago, Illinois

Wednesday, April 15, 2026

8:41 a.m. CST

Job No.:  629327

Pages:  1 - 264

Reported Stenographically by:

Tiffany M. Pietrzyk, CSR RPR CRR

## Page 2

Videotaped deposition of JAMES MALACKOWSKI, held at the location of:

     OCEAN TOMO, LLC

     200 West Madison Street

     Chicago, Illinois 60606

     312.327.4400

Pursuant to notice, before Tiffany M. Pietrzyk, a Certified Shorthand Reporter in the States of California, Illinois, and Texas, Registered Professional Reporter, Certified Realtime Reporter, and a Notary Public in and for the State of Illinois.

## Page 3

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFFS:

    BRETT M. SANDFORD, ESQUIRE

    LATHAM & WATKINS LLP

    140 Scott Drive

    Menlo Park, California 94025

    650.328.4600

ON BEHALF OF THE DEFENDANTS:

    DANIEL E. FORCHHEIMER, ESQUIRE (via Zoom)

    ROBYN AST-GMOSER, ESQUIRE

    WINDELS MARX LANE & MITTENDORF LLP

    180 Park Avenue

    Florham Park, New Jersey 07932-1054

    973.966.3284

ALSO PRESENT:

    Karlo Papa

    Erin Schuppert, Planet Depos Videographer

## Page 4

C O N T E N T S

EXAMINATION OF JAMES MALACKOWSKI          PAGE

  By Mr. Sandford                           8

E X H I B I T S

    (Attached to transcript.)

DEPOSITION EXHIBITS                        PAGE

Exhibit 1   Expert Report of James            11
         Malackowski, dated 3/16/26

Exhibit 2   Errata to Expert Report of        12
         James Malackowski, dated
         4/12/26

Exhibit 3   Azurity Pharmaceuticals           48
         presentation entitled
         "Bendamustine Module," dated
         11/20/23, Bates number
         SLAY-VIVMUS0218279 through
         8292

Exhibit 4   Marketing materials, Bates        54
         number SLAY-VIVMUS0009765
         through 770

Exhibit 5   Marketing materials, Bates        55
         number SLAY-VIVMUS0010350
         through 377



E X H I B I T S (Cont.)

DEPOSITION EXHIBITS                                    PAGE

Exhibit 6    Azurity presentation, Bates      110
             number SLAY-VIVMUS0072180
             through 183

Exhibit 7    Eagle Pharmaceuticals            130
             presentation entitled "Q1 2023
             Oncology POA," dated 3/22/23,
             Bates number
             EAGLEBEN-SA_00344611 through
             762

Exhibit 8    Spreadsheet Bates number         145
             EAGLEBEN-SA_00002385

Exhibit 9    ████████████████████  ████
             ████████████████████
             ████████████████████
             ████  Bates number
             EAGLEBEN-SA_00072300 through
             2400

Exhibit 10   Fourth amendment to the          196
             Eagle-Cephalon agreement,
             dated 4/12/19

---

E X H I B I T S (Cont.)

DEPOSITION EXHIBITS                                    PAGE

Exhibit 11   Exclusive License Agreement      204
             between ████████████████
             ████████████████████
             ████████████████████, Bates
             number SLAY-VIVMUS0227465
             through 7491

Exhibit 12   Agreement for Purchase and       204
             Sale of Rights for Products
             between ████████████████
             ████████████████████
             ████████████████████
             ████  Bates number
             SLAY-VIVMUS0227539 through
             7555

Exhibit 13   Signpath Pharma Inc. 10-K,       230
             fiscal year ending 12/31/15,
             Bates number
             EAGLEBEN-SA_00376322 through
             401

---

P R O C E E D I N G S

THE VIDEOGRAPHER:  Today's date is April 14, 2026.  The time on the video monitor is 8:41.  Here begins Media Number 1 in the videotaped deposition of James Malackowski in the matter of Eagle Pharmaceuticals Incorporated, et al., versus Slayback Pharma/Azurity Pharma in the United States District Court for the District of Delaware, Cause Number 1:24-CV-00065-JLH.

The videographer today is Erin Schuppert, representing Planet Depos, headquartered at 451 Hungerford Drive, Suite 400, Rockville, Maryland.

This video deposition is taking place at 200 West Madison Street, Chicago, Illinois.

Would counsel please voice-identify themselves and state whom they represent.

MR. SANDFORD:  Brett Sandford from the law firm of Latham & Watkins on behalf of the plaintiffs.

MR. FORCHHEIMER:  Daniel Forchheimer from Windels Marx on behalf of Mr. Malackowski and Slayback.  And I'm here virtually.  And my colleague Robyn Ast-Gmoser from Windels Marx is also present in the room.

---

THE VIDEOGRAPHER:  The court reporter today is Tiffany Pietrzyk, Certified Realtime Reporter, representing Planet Depos.

The witness will now be sworn, and then we may proceed.

(Witness sworn.)

WHEREUPON:

JAMES MALACKOWSKI,

called as a witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. SANDFORD:

Q. Good morning, sir.

A. Good morning, sir.

Q. Can you please state your full name?

A. James Edward Malackowski.

Q. What's your home address, Mr. Malackowski?

A. 17111 Biscayne Boulevard, North Miami Beach, Florida 33160.

Q. And your business address, please?

A. It's a virtual world, but I think this office is probably close, 200 West Madison, Chicago.

Q. And you've been deposed a lot before, so I'm not going to go through the ground rules just to be efficient, but you understand you're testifying

HIGHLY CONFIDENTIAL
Transcript of James Malackowski
Conducted on April 15, 2026

41 (161 to 164)





HIGHLY CONFIDENTIAL
Transcript of James Malackowski
Conducted on April 15, 2026

43 (169 to 172)

HIGHLY CONFIDENTIAL
Transcript of James Malackowski
Conducted on April 15, 2026

44 (173 to 176)

HIGHLY CONFIDENTIAL
Transcript of James Malackowski
Conducted on April 15, 2026

52 (205 to 208)



HIGHLY CONFIDENTIAL
Transcript of James Malackowski
Conducted on April 15, 2026

53 (209 to 212)

HIGHLY CONFIDENTIAL
Transcript of James Malackowski
Conducted on April 15, 2026

54 (213 to 216)

HIGHLY CONFIDENTIAL
Transcript of James Malackowski
Conducted on April 15, 2026

55 (217 to 220)

HIGHLY CONFIDENTIAL
Transcript of James Malackowski
Conducted on April 15, 2026

56 (221 to 224)