# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>            Plaintiffs,<br><br>    v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>            Defendants. | C.A. No. 24-65-JLH |

## DEFENDANTS SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS INC. NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Constance S. Huttner, of Windels, Marx, Lane, & Mittendorf, LLP, hereby withdraws as counsel for Defendants Slayback Pharma LLC ("Slayback") and Azurity Pharmaceuticals, Inc. ("Azurity"). Slayback and Azurity will continue to be represented by Neal C. Belgam and Daniel A. Taylor of Smith, Katzenstein & Jenkins, LLP and Ajay Kayal, Jason A. Lief, Andrew J. Miller, Alan H. Pollack, Daniel E. Forchheimer, Robyn Ast-Gmoser, Kiersten A. Fowler, and Audrey R. Sparschu of Windels, Marx, Lane & Mittendorf, LLP.

Dated: May 4, 2026

*Of Counsel:*

Ajay Kayal
Jason A. Lief
Andrew J. Miller
Alan H. Pollack
Daniel E. Forchheimer
Robyn Ast-Gmoser
Kiersten A. Fowler
Audrey R. Sparschu

**WINDELS MARX LANE &
MITTENDORF, LLP**
180 Park Ave
Florham Park, NJ 07932
(973) 966-3200

156 West 56th Street
New York, NY 10019
(212) 237-1000

akayal@windelsmarx.com
jlief@windelsmarx.com
amiller@windelsmarx.com
apollack@windelsmarx.com
dforchheimer@windelsmarx.com
rast-gmoser@windelsmarx.com
kfowler@windelsmarx.com
asparschu@windelsmarx.com

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Slayback Pharma
LLC and Azurity Pharmaceuticals, Inc.*

2