**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

EAGLE PHARMACEUTICALS, INC. and
EAGLE SUB1 LLC,

     Plaintiffs,

    v.

SLAYBACK PHARMA LLC and AZURITY
PHARMACEUTICALS, INC.,

     Defendants.

C.A. No. 24-65-JLH

**SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS INC.'S
MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. (collectively "Slayback") move under Federal Rule of Civil Procedure 56(a) for summary judgment of Non-Infringement of Claims 1-9 of U.S. Patent No. 11,872,214, and Claims 1-11, 15, and 20 of U.S. Patent No. 12,138,248 ("Asserted Claims") by Slayback's accused Vivimusta® product. As detailed in ¶ 1 of Slayback's Concise Statement of Facts, the Asserted Claims are the only claims at issue in this litigation.

The grounds for this motion are set forth in Defendant Slayback's opening brief, filed contemporaneously.

Dated: June 5, 2026

*Of Counsel:*

Ajay Kayal
Jason A. Lief
Andrew J. Miller
Alan H. Pollack
Daniel E. Forchheimer
Robyn Ast-Gmoser
Kiersten A. Fowler
Audrey R. Sparschu

**WINDELS MARX LANE & MITTENDORF, LLP**
180 Park Ave
Florham Park, NJ 07932
(973) 966-3200

156 West 56th Street
New York, NY 10019
(212) 237-1000

akayal@windelsmarx.com
jlief@windelsmarx.com
amiller@windelsmarx.com
apollack@windelsmarx.com
dforchheimer@windelsmarx.com
rast-gmoser@windelsmarx.com
kfowler@windelsmarx.com
asparschu@windelsmarx.com

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*

2