# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH |

## [PROPOSED] ORDER GRANTING SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

At Wilmington on this ___ day of _____, 20__, the Court having considered the parties' briefing on Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.'s (collectively "Slayback") Motion for Summary Judgment of Non-Infringement of Claims 1-9 of U.S. Patent No. 11,872,214, and Claims 1-11, 15, and 20 of U.S. Patent No. 12,138,248 ("Asserted Claims") by Slayback's accused Vivimusta® product, and for the reasons stated in the accompanying Opinion;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED;

2.      The Court finds that Defendant Slayback's accused Vivimusta® product does not infringe all Asserted Claims of U.S. Patent Nos. 11,872,214 and 12,138,248 either literally or under the doctrine of equivalents;

3.      Judgment is entered on behalf of Defendant Slayback; and

4.      The Clerk of Court is directed to close the case.

_____

The Honorable Jennifer L. Hall