Case 1:24-cv-00065-JLH    Document 397-1    Filed 07/01/26    Page 1 of 66 PageID #: 14409

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>      Plaintiffs,<br><br>      v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>      Defendants. | C.A. No. 24-65-JLH |

**EXHIBITS 4, 9, 10, 11, AND 15 TO DECLARATION OF AUDREY SPARSCHU**

# Exhibit 4

tabbies

9



US 20130210879A1

(19) **United States**

(12) **Patent Application Publication** (10) **Pub. No.: US 2013/0210879 A1**

Palepu et al.                                    (43) **Pub. Date:     Aug. 15, 2013**

(54) **FORMULATIONS OF BENDAMUSTINE**

(71) Applicant: **Eagle Pharmaceuticals, Inc.,** (US)

(72) Inventors: **Nagesh R. Palepu**, Southampton, PA (US); **Philip Christopher Buxton**, Great Dunmow (GB); **Srikanth Sundaram**, Somerset, NJ (US)

(73) Assignee: **EAGLE PHARMACEUTICALS, INC.**, Woodcliff Lake, NJ (US)

(21) Appl. No.: **13/767,672**

(22) Filed:     **Feb. 14, 2013**

**Related U.S. Application Data**

(60) Provisional application No. 61/598,729, filed on Feb. 14, 2012.

**Publication Classification**

(51) **Int. Cl.**
    *A61K 47/10*        (2006.01)
    *A61K 31/4184*     (2006.01)

(52) **U.S. Cl.**
    CPC ............. *A61K 47/10* (2013.01); *A61K 31/4184* (2013.01)
    USPC ......................................................... **514/394**

(57)              **ABSTRACT**

Long term storage stable bendamustine-containing compositions are disclosed. The compositions can include bendamustine or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable fluid contains a mixture of PEG and PG; an organic or inorganic compound in an amount sufficient to obtain a pH of from about 6.0 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and optionally an antioxidant. The bendamustine-containing compositions have less than about 5% total esters, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

Patent Application Publication    Aug. 15, 2013   Sheet 1 of 10    US 2013/0210879 A1

FIG. 1

Table 1

| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | Area % of Degradants | | | | | | | | | | | | | | % Total Esters |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PG Esters | | PEG Esters | | | | | | | | | | | | |
| | | | | | 1.13 | 1.14 | 1.15 | 1.17 | 1.18 | 1.19 | 1.21 | 1.22 | 1.236 | 1.24 | 1.25 | 1.26 | 1.40 | |
| BDM - 25mg/mL Thioglycerol - 5mg/mL PEG 400:PG (90:10) qs to 1mL | Initial | | 24.1 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 |
| | 40°C | 15 d | 18.2 | 75.5 | 3.63 | BDL | 1.14 | 2.45 | BDL | 2.54 | 2.48 | 1.87 | 1.23 | 0.66 | 0.38 | 0.13 | BDL | 16.51 |
| | 25°C | 15 d | 23.2 | 96.3 | 0.16 | BDL | 0.07 | 0.14 | BDL | 0.08 | 0.16 | 0.12 | BDL | 0.07 | BDL | BDL | BDL | 0.8 |
| | | 1 M | 22.3 | 92.5 | 0.66 | BDL | 0.30 | 0.49 | BDL | BDL | 0.67 | 0.57 | 0.45 | 0.28 | 0.18 | 0.07 | 0.06 | 3.73 |

Patent Application Publication    Aug. 15, 2013   Sheet 2 of 10    US 2013/0210879 A1

FIG. 2

Table 2

| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | Area % of degradants | | | | | | | | % Total Esters | pH value (as per USP) |
| | | | | | PG Esters | | PEG Esters | | | | | | | |
| | | | | | PG Ester1 | PG Ester2 | 1.17 | 1.19 | 1.21 | 1.22 | 1.23 | 1.24 | | |
| BDM - 25mg Thioglycerol - 5mg PEG 400:PG (90:10) qs to 1mL (NaOH- 0.001 molarity) | | Initial | 25.0 | 100.0 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.08 | 0.08 | 3.44 |
| | 25°C | 15 days | 24.9 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.43 |
| | | 1M | 24.9 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.42 |
| | | 3M | 24.8 | 99.2 | 0.12 | BDL | BDL | BDL | BDL | BDL | BDL | 0.05 | 0.17 | 3.43 |
| | | 6M | 24.7 | 98.8 | 0.39 | 0.12 | 0.06 | 0.15 | 0.18 | 0.14 | 0.12 | 0.07 | 1.23 | 3.42 |
| | 5°C | 3M | 24.9 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.45 |
| | | 6M | 24.9 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.45 |

FIG. 3

**Table 3**

| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | PG Esters | | PEG Esters | | | | | | | | | % Total Esters |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1.11 | 1.14 | 1.17 | 1.19 | 1.21 | 1.22 | 1.23 | 1.24 | 1.25 | 1.26 | 1.27 | |
| 1. BDM - 25mg Thioglycerol - 5mg PEG 400:PG (90:10 v/v) qs to 1mL (As per USP pH 3.12) | Initial | | 25.0 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 |
| | 40°C | 15d | 18.4 | 73.6 | 7.22 | 4.74 | 1.92 | 3.01 | 3.12 | 2.64 | 1.86 | 1.06 | 0.62 | 0.25 | 0.11 | 26.55 |
| | 25°C | 15d | 24.7 | 98.8 | 0.55 | 0.15 | 0.06 | 0.20 | 0.19 | 0.16 | 0.13 | 0.06 | BDL | BDL | BDL | 1.50 |
| | | 1M | 24.1 | 96.4 | 0.80 | 0.36 | 0.20 | 0.31 | 0.28 | 0.44 | 0.40 | 0.21 | 0.16 | BDL | 0.05 | 3.21 |
| | | 2M | 22.6 | 90.4 | 2.62 | 1.31 | 0.63 | 0.90 | 0.95 | 0.81 | 0.60 | 0.43 | 0.30 | 0.11 | 0.05 | 8.71 |
| | | 3M | 20.1 | 80.4 | 4.81 | 2.85 | 1.36 | 2.06 | 2.27 | 1.99 | 1.58 | 1.03 | 0.55 | 0.28 | 0.12 | 18.90 |
| 2. BDM - 25mg Thioglycerol - 5mg NaOH - 0.4mg (0.01 molarity) WFI - 10µL PEG 400:PG (90:10 v/v) qs to 1mL (As per USP pH 3.54) | Initial | | 23.2 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 |
| | 40°C | 15d | 23.0 | 99.1 | 0.11 | BDL | BDL | BDL | 0.07 | BDL | BDL | BDL | BDL | BDL | 0.15 | 0.33 |
| | 25°C | 15d | 23.1 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 |
| | | 1M | 23.0 | 99.1 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 |
| | | 2M | 22.7 | 97.8 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.07 | 0.07 |
| | | 3M | 22.7 | 97.8 | 0.11 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.10 | 0.21 |
| 3. BDM - 25mg Thioglycerol - 5mg NaOH -1.2mg (0.03 molarity) WFI - 10µL PEG 400:PG (90:10 v/v) qs to 1mL (As per USP pH 4.05) | Initial | | 24.0 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 |
| | 40°C | 15d | 22.8 | 95.0 | BDL | BDL | BDL | BDL | 0.06 | BDL | BDL | BDL | BDL | BDL | 1.20 | 1.26 |
| | 25°C | 15d | 23.9 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.15 | 0.15 |
| | | 1M | 23.6 | 98.3 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.27 | 0.27 |
| | | 2M | 23.5 | 97.9 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.53 | 0.53 |
| | | 3M | 23.4 | 97.5 | 0.09 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.79 | 0.88 |

Patent Application Publication    Aug. 15, 2013   Sheet 3 of 10    US 2013/0210879 A1

Patent Application Publication    Aug. 15, 2013  Sheet 4 of 10    US 2013/0210879 A1

FIG. 4A

Table 4A

| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | PG Esters | | PEG Esters | | | | | | | | | | % Total Esters | pH value (as per USP) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PG Ester-1 | PG Ester-2 | 1.16 | 1.18 | 1.21 | 1.22 | 1.23 | 1.24 | 1.25 | 1.26 | 1.27 | 1.28 | | |
| 4. BDM - 25mg Thioglycerol - 5mg PEG 400:PG (90:10) qs to 1mL | Initial | | 24.8 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.10 | BDL | BDL | BDL | BDL | 0.10 | 3.21 |
| | 40°C | 15 d | 23.8 | 96.0 | 1.08 | 0.46 | 0.24 | 0.41 | 0.43 | BDL | BDL | 0.38 | 0.33 | 0.21 | 0.10 | 0.06 | 3.70 | 3.18 |
| | | 15d | 23.7 | 95.6 | 1.27 | 0.56 | 0.29 | 0.44 | 0.50 | BDL | BDL | 0.52 | 0.39 | 0.23 | 0.13 | 0.07 | 4.40 | 3.20 |
| | | 1 M | 22.8 | 91.9 | 1.99 | 0.95 | 0.46 | 0.80 | 0.80 | BDL | BDL | 0.78 | 0.60 | 0.37 | 0.21 | 0.11 | 7.07 | 3.17 |
| | 25°C | 15 d | 24.7 | 99.6 | 0.26 | 0.09 | BDL | 0.10 | 0.08 | BDL | BDL | 0.06 | BDL | 0.06 | BDL | BDL | 0.65 | 3.25 |
| | | 1 M | 24.6 | 99.2 | 0.29 | 0.12 | 0.06 | 0.08 | 0.09 | BDL | BDL | 0.09 | BDL | 0.06 | BDL | BDL | 0.79 | 3.20 |
| | | 2 M | 23.3 | 94.0 | 1.71 | 0.78 | 0.41 | 0.67 | 0.64 | BDL | BDL | 0.68 | 0.52 | 0.37 | 0.23 | 0.10 | 6.11 | 3.22 |
| | | 3 M | 23.2 | 93.5 | 1.37 | 0.69 | 0.43 | 0.47 | 0.86 | BDL | BDL | 0.85 | 0.68 | 0.56 | 0.35 | 0.16 | 6.42 | 3.21 |
| | | 6 M | 17.5 | 70.6 | 6.37 | 4.09 | 1.80 | 3.15 | 3.54 | 3.27 | 2.59 | 1.84 | 1.17 | 0.56 | 0.25 | 0.08 | 28.71 | 3.20 |
| | 5°C | 1 M | 24.7 | 99.6 | 0.08 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.08 | 3.21 |
| | | 3 M | 24.6 | 99.2 | 0.08 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.08 | 3.20 |
| | | 6 M | 24.5 | 98.8 | 0.11 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.11 | 3.19 |
| 5. BDM - 25mg Thioglycerol - 5mg PEG 400:PG (90:10) qs to 1mL (NaOH- 0.0005 molarity) | Initial | | 25.5 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.09 | BDL | BDL | BDL | BDL | 0.09 | 3.34 |
| | 40°C | 15 d | 25.6 | 100.4 | 0.12 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.12 | 3.27 |
| | | 1 M | 25.3 | 99.2 | 0.23 | 0.10 | BDL | 0.08 | 0.05 | BDL | BDL | 0.06 | 0.05 | 0.05 | BDL | BDL | 0.57 | 3.25 |
| | 25°C | 15 d | 25.5 | 100 | 0.06 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.06 | 3.33 |
| | | 1 M | 25.4 | 99.6 | 0.09 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.09 | 3.31 |
| | | 2 M | 25.3 | 99.2 | 0.17 | 0.07 | BDL | 0.07 | 0.05 | BDL | BDL | 0.09 | BDL | BDL | BDL | BDL | 0.45 | 3.30 |
| | | 3 M | 25.2 | 98.8 | 0.27 | 0.09 | BDL | 0.10 | 0.07 | BDL | BDL | 0.07 | 0.05 | BDL | BDL | BDL | 0.65 | 3.30 |
| | | 6 M | 24.5 | 96.1 | 0.62 | 0.26 | 0.10 | 0.25 | 0.29 | 0.32 | 0.28 | 0.15 | 0.08 | BDL | BDL | BDL | 2.35 | 3.31 |
| | 5°C | 1 M | 25.5 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.34 |
| | | 3 M | 25.4 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.35 |
| | | 6 M | 25.4 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.34 |

Patent Application Publication    Aug. 15, 2013  Sheet 5 of 10    US 2013/0210879 A1

FIG. 4B

Table 4B

| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | Area % of degradants | | | | | | | | | | | | % Total Esters | pH value (as per USP) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PG Esters | | PEG Esters | | | | | | | | | | | |
| | | | | | PG Ester-1 | PG Ester-2 | 1.16 | 1.18 | 1.21 | 1.22 | 1.23 | 1.24 | 1.25 | 1.26 | 1.27 | 1.28 | | |
| 6. BDM-25mg Thioglycerol-5mg PEG 400:PG (90:10) qs to 1mL (NaOH-0.001 molarity) | Initial | | 24.8 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.08 | BDL | BDL | BDL | BDL | 0.08 | 3.45 |
| | 40°C | 15 d | 24.5 | 98.8 | 0.09 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.09 | 3.38 |
| | | 1 M | 24.5 | 98.8 | 0.14 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.14 | 3.36 |
| | 25°C | 15 d | 24.8 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.41 |
| | | 1 M | 24.7 | 99.6 | 0.05 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.05 | 3.40 |
| | | 2 M | 24.7 | 99.6 | 0.15 | BDL | BDL | BDL | BDL | BDL | BDL | 0.08 | BDL | BDL | BDL | BDL | 0.23 | 3.42 |
| | | 3 M | 24.5 | 98.8 | 0.24 | 0.08 | 0.06 | 0.08 | BDL | BDL | BDL | 0.08 | 0.06 | BDL | BDL | BDL | 0.60 | 3.41 |
| | | 6 M | 24.1 | 97.2 | 0.38 | 0.16 | BDL | 0.17 | 0.20 | 0.23 | 0.19 | 0.08 | BDL | BDL | BDL | BDL | 1.41 | 3.40 |
| | 5°C | 1 M | 24.8 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.42 |
| | | 3 M | 24.8 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.41 |
| | | 6 M | 24.8 | 100.0 | 0.05 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.05 | 3.41 |
| 7. BDM-25mg Thioglycerol-5mg PEG 400:PG (90:10) qs to 1mL (NaOH-0.0015 molarity) | Initial | | 25.2 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.07 | BDL | BDL | BDL | BDL | 0.07 | 3.55 |
| | 40°C | 15 d | 25.2 | 100 | 0.09 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.09 | 3.47 |
| | | 1 M | 25.2 | 100 | 0.11 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.11 | 3.48 |
| | 25°C | 15 d | 25.2 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.53 |
| | | 1 M | 25.2 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.50 |
| | | 2 M | 25.1 | 99.6 | 0.11 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.11 | 3.52 |
| | | 3 M | 25.0 | 99.2 | 0.17 | 0.06 | BDL | BDL | BDL | BDL | BDL | 0.06 | BDL | BDL | BDL | BDL | 0.29 | 3.51 |
| | | 6 M | 24.4 | 96.8 | 0.31 | 0.10 | BDL | 0.14 | 0.18 | 0.22 | 0.18 | 0.08 | BDL | BDL | BDL | BDL | 1.21 | 3.5 |
| | 5°C | 1 M | 25.2 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.55 |
| | | 3 M | 25.1 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.50 |
| | | 6 M | 24.9 | 98.8 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.49 |

Patent Application Publication   Aug. 15, 2013   Sheet 6 of 10   US 2013/0210879 A1

**FIG. 5A**

Table 5A

| Formulation | Temp | Time period | Content (mg/ml) | % of Initial | Area% of Degradants | | | | % Total Esters | pH |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PG Esters | | PEG Esters | | | |
| | | | | | 1.11 | 1.14 | 1.28 | 1.40 | | |
| 8. BDM - 25mg/mL Thioglycerol - 5mg/mL PEG 400:PG (90:10) qs to 1mL | 40°C | 14 Days | 21.6 | 100 | 3.03 | 1.65 | BDL | 0.05 | 4.73 | 3.43 |
| 9. BDM - 25mg/mL Thioglycerol - 5mg/mL NaOH – 0.01 molarity PEG 400:PG (90:10) qs to 1mL | 40°C | 14Days | 22.9 | 100 | 0.06 | BDL | 0.17 | BDL | 0.23 | 3.56 |
| 10. BDM - 25mg/mL Thioglycerol - 5mg/mL NaOH – 0.02 molarity PEG 400:PG (90:10) qs to 1mL | 40°C | 14 Days | 21.2 | 100 | 0.38 | BDL | 0.79 | BDL | 1.17 | 3.71 |
| 11. BDM - 25mg/mL Thioglycerol - 5mg/mL NaOH 0.03 molarity PEG 400:PG (90:10) qs to 1mL | 40°C | 14 Days | 19.6 | 100 | 0.91 | BDL | 1.82 | BDL | 2.73 | 4.01 |
| 12. BDM - 25mg/mL Thioglycerol - 5mg/mL NaOH – 0.04 molarity PEG 400:PG (90:10) qs to 1mL | 40°C | 14 Days | 21.6 | 100 | 0.97 | BDL | 1.94 | BDL | 2.91 | 4.15 |

Patent Application Publication    Aug. 15, 2013    Sheet 7 of 10    US 2013/0210879 A1

**FIG. 5B**

Table 5B

| Formulation | Temp | Time period | Content (mg/ml) | % of Initial | Area% of Degradants | | | | % Total Esters | pH |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PG Esters | | PEG Esters | | | |
| | | | | | 1.11 | 1.14 | 1.28 | 1.40 | | |
| 13.   BDM - 25mg/mL Thioglycerol - 5mg/mL NaOH  0.05 molarity PEG 400:PG (90:10) qs to 1mL | 40°C | 14 Days | 20.8 | 100 | 1.75 | BDL | 4.62 | 0.11 | 6.48 | 4.31 |
| 14.   BDM - 25mg/mL Thioglycerol - 5mg/mL NaOH – 0.06 molarity PEG 400:PG (90:10) qs to 1mL | 40°C | 14 Days | 16.5 | 100 | 0.08 | BDL | 9.22 | 0.70 | 10.00 | 5.06 |
| 15.   BDM - 25mg/mL Thioglycerol - 5mg/mL NaOH – 0.07 molarity PEG 400:PG (90:10) qs to 1mL | 40°C | 14 Days | 13.2 | 100 | 2.13 | BDL | 11.39 | 1.25 | 17.07 | 5.70 |
| 16.   BDM - 25mg/mL Thioglycerol - 5mg/mL NaOH -0.08 molarity PEG 400:PG (90:10)  qs to 1mL | 40°C | 14 Days | 10.5 | 100 | 1.84 | BDL | 13.98 | 2.04 | 17.86 | 6.01 |
| 17.   BDM - 25mg/mL Thioglycerol - 5mg/mL NaOH – 0.09 molarity PEG 400:PG (90:10) qs to 1mL | 40°C | 14 Days | 8.21 | 100 | 1.40 | BDL | 15.85 | 3.10 | 20.35 | 6.26 |
| 18.   BDM - 25mg/mL Thioglycerol -5mg/mL NaOH – 0.1 molarity PEG 400:PG (90:10) qs to 1mL | 40°C | 14 Days | 5.65 | 100 | 1.13 | BDL | 17.26 | 4.24 | 22.63 | 6.56 |

Patent Application Publication    Aug. 15, 2013   Sheet 8 of 10    US 2013/0210879 A1

FIG. 6

Table 6

| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | Area % of degradants | | | | | % Total Esters |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PG Esters | PEG Esters | | | | |
| | | | | | 1.11 | 1.22 | 1.23 | 1.29 | 1.37 | |
| 19. BDM - 25mg Thioglycerol - 5mg Sodium acetate trihydrate - 0.01M PEG 400:PG (90:10 v/v) qs to 1mL | Initial | | 25.1 | 100.0 | BDL | BDL | BDL | BDL | 0.06 | 0.06 |
| | 40°C | 15d | 24.8 | 98.8 | 0.10 | BDL | BDL | 0.10 | 0.05 | 0.25 |
| | | 1M | 24.7 | 98.4 | 0.25 | 0.06 | 0.05 | 0.15 | 0.06 | 0.57 |
| | 25°C | 15d | 24.9 | 99.2 | BDL | BDL | BDL | BDL | BDL | 0.00 |
| | | 1M | 24.8 | 98.8 | BDL | BDL | BDL | 0.05 | BDL | 0.05 |
| | | 3M | 24.7 | 98.4 | 0.14 | BDL | 0.05 | 0.11 | 0.07 | 0.37 |
| | 5°C | 3 M | 24.9 | 99.2 | BDL | BDL | BDL | BDL | 0.07 | 0.07 |

Patent Application Publication    Aug. 15, 2013    Sheet 9 of 10    US 2013/0210879 A1

**FIG. 7**

Table 7

| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | Area % of degradants | | | | | | | | | | | | % Total Esters |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PG Esters | | PEG Esters | | | | | | | | | | |
| | | | | | 1.11 | 1.14 | 1.16 | 1.20 | 1.22 | 1.23 | 1.25 | 1.26 | 1.27 | 1.28 | 1.29 | 1.37 | |
| 20. BDM - 25mg Thioglycerol - 5mg Sodium acetate (anhydrous)– 0.01M PEG 400:PG (90:10 v/v) qs to 1mL | | Initial | 24.6 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 |
| | 40°C | 15d | 24.3 | 98.8 | 0.11 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.11 | 0.05 | 0.27 |
| | | 1M | 24.2 | 98.4 | 0.23 | 0.12 | BDL | 0.11 | 0.10 | 0.06 | BDL | BDL | BDL | 0.16 | BDL | BDL | 0.78 |
| | | 2M | 24.0 | 97.6 | 0.35 | 0.20 | 0.09 | 0.13 | 0.17 | 0.09 | 0.08 | 0.08 | BDL | 0.22 | BDL | 0.05 | 1.46 |
| | | 3M | 23.6 | 95.9 | 0.59 | 0.34 | 0.15 | 0.22 | 0.23 | 0.27 | 0.19 | 0.12 | 0.06 | 0.33 | BDL | 0.07 | 2.57 |
| | 25°C | 15d | 24.5 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 |
| | | 1M | 24.4 | 99.2 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.05 | BDL | 0.05 | 0.10 |
| | | 3M | 24.2 | 98.4 | 0.14 | BDL | BDL | 0.06 | BDL | BDL | BDL | BDL | BDL | 0.11 | BDL | 0.06 | 0.37 |
| | 5°C | 3 M | 24.4 | 99.2 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.05 | 0.05 |

Patent Application Publication    Aug. 15, 2013    Sheet 10 of 10    US 2013/0210879 A1

FIG. 8

Table 8

| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | PG Esters PG Ester 1 | PG Ester 2 | PEG Esters 1.16 | 1.19 | 1.21 | 1.23 | 1.24 | 1.26 | 1.27 | 1.30 | % Total Esters | pH value (as per USP) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21.\n\nBDM - 25mg\nSodium acetate trihydrate – 0.01M\nThioglycerol – 5mg\nPEG 400:PG (90:10 v/v) qs to 1mL | | Initial | 26.2 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.64 |
| | 40°C | 15d | 26.1 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.07 | 0.29 | 3.57 |
| | | 1M | 26.0 | 99.2 | 0.10 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.10 | 0.20 | 3.54 |
| | | 2M | 25.4 | 96.9 | 0.26 | 0.14 | 0.06 | 0.05 | 0.09 | 0.12 | 0.10 | 0.07 | BDL | 0.22 | 1.14 | 3.50 |
| | | 3M | 25.3 | 96.6 | 0.41 | 0.24 | 0.09 | 0.08 | 0.18 | 0.16 | 0.11 | 0.08 | 0.06 | 0.28 | 1.69 | 3.61 |
| | | 6M | 24.1 | 92.0 | 0.81 | 0.55 | 0.18 | 0.36 | 0.42 | 0.40 | 0.35 | 0.20 | 0.12 | 0.50 | 3.89 | 3.6 |
| | 25°C | 15d | 26.2 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.62 |
| | | 1M | 26.1 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.05 | 0.05 | 3.60 |
| | | 3M | 25.8 | 98.5 | 0.15 | 0.05 | BDL | 0.06 | BDL | BDL | BDL | BDL | BDL | 0.12 | 0.38 | 3.61 |
| | | 6M | 25.3 | 96.6 | 0.26 | 0.14 | BDL | 0.13 | 0.16 | 0.18 | 0.17 | 0.07 | BDL | 0.20 | 1.31 | 3.60 |
| | 5°C | 3M | 26.0 | 99.2 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.59 |
| | | 6M | 26.0 | 99.2 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.59 |

US 2013/0210879 A1

Aug. 15, 2013

1

## FORMULATIONS OF BENDAMUSTINE

### CROSS-REFERENCE TO RELATED APPLICATION

[0001]    This patent application claims priority under 35 U.S.C. §119(e) to U.S. Provisional Patent Application No. 61/598,729, filed Feb. 14, 2012, entitled "FORMULATIONS OF BENDAMUSTINE", the contents of which are incorporated by reference herein in its entirety.

### BACKGROUND OF THE INVENTION

[0002]    Bendamustine free base is represented by the following structural formula (I)

(I)

[0003]    Bendamustine is used in the treatment of a number of cancers including leukemias, Hodgkin's disease and multiple myelomas. Bendamustine is the active ingredient of the commercial product Treanda™, a lyophilized powder for reconstitution.

[0004]    Bendamustine exhibits rapid degradation upon reconstitution of the lyophilized product. Bendamustine undergoes hydrolysis by direct substitution rather than an addition elimination process due to the presence of the highly labile aliphatic chlorine atoms. Some of the main degradants of bendamustine are the monohydroxy compound known as HP1 (hydrolysis product 1) and dihydroxy compound HP2 (hydrolysis product 2). The monohydroxy compound appears as the main impurity at Relative Retention Time (RRT) 0.6 and the dihydroxy compound appears as the main impurity at RRT 0.27. Minor peaks appear at RRT 1.2, which are presently unknown.

[0005]    The stability of bendamustine in water is measured in hours, and is therefore, not suitable for long-term storage in liquid form. The lyophile possesses good chemical stability. However, reconstitution of the lyophile is clinically inconvenient, taking 15-30 minutes with implications of chemical instability. There is a need for ready to use (RTU) bendamustine formulations having enhanced stability.

[0006]    Some parenteral formulations containing lower molecular weight PEG's have significant variations in long term product stability from batch to batch. It has been determined that at least some and perhaps all of this unacceptable property is attributable to the PEG included therein. The amount of degradation observed in such formulations, typically in the form of PEG-esters of bendamustine, negatively impacts the expected shelf life of the formulations. Reproducibility of batch to batch stability assures consistent product potency and reduces the need for premature product recall and destruction.

[0007]    Lower molecular weight polyethylene glycols (PEG's) such as liquid PEG's having molecular weights from 200 to 600, PEG 400 most commonly, have been included in pharmaceutical formulations for decades. They are available from a number of suppliers globally. It has been found that there is significant variability in the excipient's stability depending upon the supplier, storage conditions, handling conditions, etc. Sometimes, batches including the PEG as received from the supplier have the performance specifications expected. Other times, they do not. This even occurs in some situations when an initial batch made with a certain supplier's PEG met performance requirements. Preventing or counteracting the deleterious of effects of some PEG's in liquid formulations would be an advance in the art. The present invention addresses this need.

### SUMMARY OF THE INVENTION

[0008]    In some aspects of the invention, the liquid bendamustine-containing compositions include a) a pharmaceutically acceptable fluid which contains a mixture of propylene glycol and polyethylene glycol, b) an organic compound or an inorganic compound in an amount sufficient to obtain a pH of from about 6.0 to about 11 for the polyethylene glycol as measured using United States Pharmacopeia (USP) official monograph for polyethylene glycol, and c) a stabilizing amount of an antioxidant. The amount of bendamustine as calculated on the basis of the HCl salt included in the composition is preferably from about 20 mg/mL to about 60 mg/mL. Still further aspects of the invention include methods of treatment using bendamustine-containing compositions and kits containing the same.

[0009]    One of the advantages of the inventive liquid compositions is that they have substantially improved long term stability. The batch to batch variability in stability attributable to the PEG included therein has been overcome. For example, the inventive bendamustine compositions are substantially free of impurities after at least about 15 months at a temperature of from about 5° C. to about 25° C. The inventive formulations are advantageously ready to use or ready for further dilution. Reconstitution of lyophilized powders when therapy is desired is not required.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0010]    FIGS. 1-8 are data tables corresponding to Examples 1-7.

[0011]    FIG. 1 is data Table 1 corresponding to Comparative Example 1.

[0012]    FIG. 2 is data Table 2 corresponding to Example 2.

[0013]    FIG. 3 is data Table 3 corresponding to Example 3.

[0014]    FIG. 4A is data Table 4A corresponding to Example 4.

[0015]    FIG. 4B is data Table 4B corresponding to Example 4.

[0016]    FIG. 5A is data Table 5A corresponding to Example 5.

[0017]    FIG. 5B is data Table 5B corresponding to Example 5.

[0018]    FIG. 6 is data Table 6 corresponding to Example 6.

[0019]    FIG. 7 is data Table 7 corresponding to Example 6.

[0020]    FIG. 8 is data Table 8 corresponding to Example 7.

DETAILED DESCRIPTION OF THE INVENTION

[0021] Unless defined otherwise, all technical and scientific terms used herein have the same meaning as is commonly understood by one of ordinary skill in the art to which this invention belongs. In the event that there is a plurality of definitions for a term herein, those in this section prevail unless stated otherwise.

[0022] As used herein, RRT is calculated by dividing the retention time of the peak of interest by the retention time of the main peak. Any peak with an RRT <1 elutes before the main peak, and any peak with an RRT >1 elutes after the main peak.

[0023] For purposes of the present invention, "substantially free of impurities" shall be understood to include bendamustine-containing compositions in which the amount of total polyethylene glycol esters and propylene glycol esters is less than about 5%, as calculated on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after a period of about 15 months at a temperature of from about 5° C. to about 25° C. The amount of impurities is further calculated as being based upon the original amount bendamustine (or salt thereof) being present in the composition or formulation. In one embodiment, the amount of total impurities in the inventive compositions resulting from the degradation of the bendamustine as evidenced by e.g. PEG-bendamustine esters and PG esters thereof, is less than about 3%, and more preferably less than about 2.4%, PAR as determined by HPLC at a wavelength of 223 nm after at least about 2 years at a temperature of from about 5° C. to about 25° C.

[0024] For purposes of the present invention, a pharmaceutically acceptable fluid is a fluid which is suitable for pharmaceutical use.

[0025] Preferably, in the inventive compositions, the amount of any individual polyethylene glycol esters does not exceed 0.2% and the amount of any individual propylene glycol esters does not exceed 1.5% PAR as determined by HPLC at a wavelength of 223 nm after storage periods of at least about 15 months at a temperature of from about 5° C. to about 25° C. Preferably, the amount of total polyethylene glycol esters is less than about 2%. Preferably, the amount of total propylene glycol esters is less than about 3%. In some aspects, the amount of time the inventive compositions demonstrate long term storage stability is at least about 18 months and preferably at least about 2 years when stored under the conditions described herein.

[0026] In accordance with one aspect of the invention there are provided long term storage stable bendamustine-containing compositions including:

[0027]    a) bendamustine or a pharmaceutically acceptable salt thereof; and

[0028]    b) a pharmaceutically acceptable fluid including

[0029]       i) a mixture of PEG and PG;

[0030]       ii) an organic compound or inorganic compound, or mixtures thereof in an amount sufficient to obtain an apparent pH of from about 6.0 to about 11 for the polyethylene glycol, as measured using USP official monograph for polyethylene glycol; and

[0031]       iii) a stabilizing amount of an antioxidant.

[0032] The total impurities in the inventive compositions resulting from the degradation of the bendamustine in the compositions is less than about 5% PAR as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of from about 5° C. to about 25° C.,

and thus have long term stability for at least the same period of time or longer. Preferably, the bendamustine-containing compositions demonstrate long term storage stability for at least about 2 years, especially when stored at the lower (refrigerated) temperatures.

[0033] In some aspects of the invention, the bendamustine is preferably present in the formulation as the HCl salt.

[0034] In some aspects of the invention, the bendamustine concentration calculated on the basis of the HCl salt in the inventive compositions is from about 10 mg/mL to about 100 mg/mL, preferably 20 mg/mL to about 60 mg/mL. Preferably the bendamustine concentration in the inventive compositions is from about 25 mg/mL to about 50 mg/mL, and more preferably from about 30 mg/mL to about 50 mg/mL. It will be understood that compositions containing any useful concentration within the ranges, i.e. 10, 20, 25, 30, 35, 40, 45, 50, 55, 60 . . . 100 are contemplated. In other embodiments, the bendamustine concentration in the composition is about 25 mg/mL. In alternative aspects, the amount of bendamustine is outside these ranges but the amounts will be sufficient for single or multiple administrations of dosages generally regarded as effective amounts.

[0035] In several embodiments of the invention, pharmaceutically acceptable fluid is non-aqueous and may be, but is not necessarily, a solvent for the bendamustine or salt thereof. Within this aspect, the pharmaceutically acceptable fluid is a mixture of propylene glycol (PG) and polyethylene glycol (PEG). For example, the pharmaceutically acceptable fluid can include about 50% PEG and about 50% PG. Alternatively, pharmaceutically acceptable fluid includes about 95% PEG and about 5% PG. The amount of PEG and PG can also be varied within the ranges, i.e. the ratio of PEG:PG in the pharmaceutically acceptable fluid can range from about 95:5 to about 50:50. Within this range, is a pharmaceutically acceptable fluid containing about 75% PEG and about 25% PG, and preferably 80% PEG and 20% PG. In another embodiment, a pharmaceutically acceptable fluid can include about 85% PEG and about 15% PG while another preferred pharmaceutically acceptable fluid includes about 90% PEG and about 10% PG. The molecular weight of the PEG is within the range of pharmaceutically acceptable weights although PEG 400 is preferred in many aspects of the invention.

[0036] In accordance with the USP official monograph for polyethylene glycol, see USP 35-NF30, the contents of which are incorporated by reference herein, the PEG pH is determined as follows: 5 g of PEG is dissolved into 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution is added. The pH is then measured. This value is sometimes referred to as the apparent pH. Different amounts of organic or inorganic compounds can be added to the PEG in order to arrive at a pH of from about 6.0 to about 11. Preferably, the pH of the PEG is from about 6.0 to about 11. More preferably, the pH of the PEG is from about 6.5 to about 8. In other preferred aspects, the pH is about 8.

[0037] The pH of the PEG is not the same as the pH of the final bendamustine HCl formulation. Preferably, the pH of the final bendamustine-containing formulation is from about 3.3 to about 4. More preferably, the pH of the final bendamustine-containing formulation is about 3.5. The pH of the final bendamustine-containing formulation is measured in accordance with the USP official monograph for polyethylene glycol. Preferably, a 5 g aliquot of the final bendamustine-containing formulation is added to 100 ml carbon dioxide free

3

water, and 0.3 ml of saturated KCl solution is added. The pH is then measured and adjusted if necessary to the preferred range.

[0038] Without meaning to be bound by any theory or hypothesis, polyethylene glycol quality can vary from batch to batch, manufacturer to manufacturer, over product lifetime and as a result of handling. Such variation has made it difficult to make reproducible long term storage stable bendamustine-containing formulations with high amounts of polyethylene glycol and propylene glycol, as the formation of PEG and PG esters is high. In order to obtain reproducible formulations, PEG is treated with an organic or inorganic compound to achieve the desired USP apparent pH. This treatment results in reproducible long-term storage stable bendamustine-containing compositions, with substantially no PEG or PG ester formation.

[0039] The bendamustine-containing compositions according to several preferred aspects of the invention include a stabilizing amount of an antioxidant. For purposes of the present invention, "stabilizing amount" shall be understood to include those amounts which increase or enhance the stability of the bendamustine in the compositions described herein. The presence of one or more antioxidants described herein thus contributes, at least in part to the long term stability of the composition. Within this guideline, suitable antioxidant concentrations in the compositions can range from about 2.5 mg/mL to about 35 mg/mL, and preferably from about 5 mg/mL to about 20 mg/mL or from about 10 mg/mL to about 15 mg/mL. In some other embodiments, the concentration of the antioxidant in the bendamustine-containing composition is about 5 mg/mL.

[0040] Suitable antioxidants for inclusion include those which are pharmaceutically acceptable for use in human and veterinary formulations although not limited to those currently regarded as safe by any regulatory authority. For example, the antioxidant can be selected from among lipoic acid, thioglycerol (also known as monothioglycerol) and analogs thereof, propyl gallate, methionine, cysteine, metabisulfites, sodium formaldehyde sulfoxylate, phenol-containing aromatic and aliphatic compounds, dihydrolipoic acid and mixtures of the foregoing. Preferably, the antioxidant is thioglycerol, lipoic acid or a mixture thereof. Some particularly preferred embodiments of the invention include thioglycerol.

[0041] In some aspects of the invention, organic compounds, inorganic compounds, and mixtures thereof are suitable acidity/alkalinity adjustors. Organic compounds include carboxylic compounds, nitrogenous compounds, carbonates, bicarbonates, and salts thereof. Preferably, the organic compounds are selected from monoethanolamine, diethanolamine, ethylenediaminetetraacetic acid (EDTA) phospholipid salts, ascorbate, ascorbic acid, sodium citrate, sodium sulfonic acid, sodium lauryl sulfate, quaternary amines, quaternary ammonium salts, and sodium acetate. Preferably, the organic compounds are selected from inorganic salts of organic acids. More preferably, the organic compound is sodium acetate. Inorganic compounds include compounds known to those of skill in the art, including, but not limited to, salts of hydroxides and salts of phosphates, sodium formate, sodium phosphate, potassium hydroxide, and phosphoric acid. Most preferably, the inorganic compound is sodium hydroxide.

[0042] In some embodiments of the invention, the amount of the organic compound or inorganic compound functioning

as the acidity/alkalinity adjustor is provided in an amount sufficient to obtain a pH of from about 6.0 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol. In some aspects of the invention, about 0.5 μL to about 50 μL of a 1N acidity/alkalinity adjustor solution is provided per 1 mL of a bendamustine-containing composition. Preferably, about 1 μL to about 10 μL of a 1N acidity/alkalinity adjustor solution is provided per 1 mL of a bendamustine-containing composition. In some aspects of the invention, the acidity/alkalinity adjustor is added to the polyethylene glycol prior to the addition of the other materials in the formulation. In other aspects the acidity/alkalinity adjustor is added to the pharmaceutically acceptable fluid after the addition of the other materials to adjust the acidity or alkalinity as needed. In some aspects of the invention, the concentration of the organic compound in the final formulation is from about 0.005M (molarity) to about 0.1M (molarity), and more preferably, about 0.01M. In some aspects of the invention, the concentration of the inorganic compound in the final formulation is from about 0.0005M (molarity) to about 0.04M (molarity). It will be understood that any useful concentration within the ranges, i.e. 0.001, 0.0015, 0.005, 0.01, 0.02, 0.03, 0.04 are contemplated. Preferably, the concentration of the inorganic compound in the final formulation is about 0.01 molarity.

[0043] In view of the foregoing, some preferred non-aqueous, liquid, long term storage stable bendamustine-containing compositions in accordance with the invention include:

[0044]    I. a) bendamustine or a pharmaceutically acceptable salt thereof; and

[0045]    b) a pharmaceutically acceptable fluid including

[0046]    i) polyethylene glycol and propylene glycol;

[0047]    ii) an organic compound or inorganic compound, or mixtures thereof in an amount sufficient to obtain a pH of from about 6.0 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

[0048]    iii) a stabilizing amount of thioglycerol; or

[0049]    II. a) about 25 mg/mL bendamustine or a pharmaceutically acceptable salt thereof; and

[0050]    b) a pharmaceutically acceptable fluid including

[0051]    i) about 90% PEG and about 10% PG;

[0052]    ii) an organic compound or inorganic compound, or mixtures thereof in an amount sufficient to obtain a pH of from about 6.0 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

[0053]    iii) about 2.5 mg/mL thioglycerol.

[0054] Each of these compositions have the same stability profiles already described, i.e. having less than about 5% total esters, PAR as determined by HPLC at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

[0055] Some more preferred formulations include:

I. a) bendamustine or a pharmaceutically acceptable salt thereof; and

[0056]    b) a pharmaceutically acceptable fluid including

[0057]    i) polyethylene glycol and propylene glycol;

[0058]    ii) sodium hydroxide in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the

4

polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

[0059]    iii) a stabilizing amount of thioglycerol; or

II. a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

[0060]    b) a pharmaceutically acceptable fluid including

[0061]    i) 90% polyethylene glycol and 10% propylene glycol;

[0062]    ii) sodium hydroxide in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

[0063]    iii) thioglycerol at a concentration of about 5 mg/mL; or

III. a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

[0064]    b) a pharmaceutically acceptable fluid including

[0065]    i) 85% polyethylene glycol and 15% propylene glycol;

[0066]    ii) sodium hydroxide in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

[0067]    iii) thioglycerol at a concentration of about 5 mg/mL; or

IV. a) bendamustine or a pharmaceutically acceptable salt thereof; and

[0068]    b) a pharmaceutically acceptable fluid including

[0069]    i) polyethylene glycol and propylene glycol;

[0070]    ii) sodium acetate in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

[0071]    iii) a stabilizing amount of thioglycerol; or

V. a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

[0072]    b) a pharmaceutically acceptable fluid including

[0073]    i) 90% polyethylene glycol and 10% propylene glycol;

[0074]    ii) sodium acetate in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

[0075]    iii) thioglycerol at a concentration of about 5 mg/mL; or

VI. a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

[0076]    b) a pharmaceutically acceptable fluid including

[0077]    i) 85% polyethylene glycol and 15% propylene glycol;

[0078]    ii) sodium acetate in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

[0079]    iii) thioglycerol at a concentration of about 5 mg/mL.

[0080]    Each of these compositions have the same stability profiles already described, i.e. having less than about 5% total esters, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

[0081]    In other aspects of the invention, preferred long term storage stable bendamustine-containing compositions in accordance with the invention include:

I. a) bendamustine or a pharmaceutically acceptable salt thereof; and

[0082]    b) a pharmaceutically acceptable fluid including

[0083]    i) polyethylene glycol and propylene glycol;

[0084]    ii) sodium hydroxide in an amount sufficient to obtain a pH of from about 3.3 to about 4.2 for the long term storage stable bendamustine-containing composition, as measured using USP monograph for polyethylene glycol; and

[0085]    iii) a stabilizing amount of thioglycerol; or

II. a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

[0086]    b) a pharmaceutically acceptable fluid including

[0087]    i) 90% polyethylene glycol and 10% propylene glycol;

[0088]    ii) sodium hydroxide in an amount sufficient to obtain a pH of from about 3.3 to about 4.2 for the long term storage stable bendamustine-containing composition, as measured using USP monograph for polyethylene glycol; and

[0089]    iii) thioglycerol at a concentration of about 5 mg/mL; or

III. a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

[0090]    b) a pharmaceutically acceptable fluid including

[0091]    i) 85% polyethylene glycol and 15% propylene glycol;

[0092]    ii) sodium hydroxide in an amount sufficient to obtain a pH of from about 3.3 to about 4.2 for the long term storage stable bendamustine-containing composition, as measured using USP monograph for polyethylene glycol; and

[0093]    iii) thioglycerol at a concentration of about 5 mg/mL; or

IV. a) bendamustine or a pharmaceutically acceptable salt thereof; and

[0094]    b) a pharmaceutically acceptable fluid including

[0095]    i) polyethylene glycol and propylene glycol;

[0096]    ii) sodium acetate in an amount sufficient to obtain a pH of from about 3.3 to about 4.2 for the long term storage stable bendamustine-containing composition, as measured using USP monograph for polyethylene glycol; and

[0097]    iii) a stabilizing amount of thioglycerol; or

V. a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

[0098]    b) a pharmaceutically acceptable fluid including

[0099]    i) 90% polyethylene glycol and 10% propylene glycol;

[0100]    ii) sodium acetate in an amount sufficient to obtain a pH of from about 3.3 to about 4.2 for the long term storage stable bendamustine-containing composition, as measured using USP monograph for polyethylene glycol; and

[0101]    iii) thioglycerol at a concentration of about 5 mg/mL; or

VI. a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

[0102]    b) a pharmaceutically acceptable fluid including

[0103]    i) 85% polyethylene glycol and 15% propylene glycol;

[0104]   ii) sodium acetate in an amount sufficient to obtain a pH of from about 3.3 to about 4.2 for the long term storage stable bendamustine-containing composition, as measured using USP monograph for polyethylene glycol; and

[0105]   iii) thioglycerol at a concentration of about 5 mg/mL.

[0106]   Each of these compositions have the same stability profiles already described, i.e. having less than about 5% total esters, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

[0107]   Another embodiment of the invention provides methods of treating cancer in mammals. The methods include administering to a mammal in need thereof an effective amount of one of the bendamustine-containing compositions described herein. Since the active ingredient portion of the inventive composition is an FDA-approved drug, those of ordinary skill will recognize that the doses of bendamustine employed in this aspect of the invention will be similar to those employed in any treatment regimens designed for bendamustine as marketed under the trade name TREANDA. The patient package insert containing dosing information is incorporated herein by reference. The methods of treatment also include administering the inventive formulations for any purpose or physical condition for which bendamustine has been indicated as being useful.

[0108]   Another embodiment of the invention includes methods of preparing bendamustine-containing compositions described herein. The methods include combining lyophilized bendamustine preferably as the HCl salt in a pharmaceutically acceptable fluid:

[0109]   A) i) a mixture of PEG and PG within the desired ratios described herein, e.g. 90:10, etc.;

[0110]   ii) an organic compound or an inorganic compound in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

[0111]   iii) a stabilizing amount of an antioxidant.

[0112]   The steps are carried out under pharmaceutically acceptable conditions for sterility and manufacturing.

[0113]   In a further aspect of the invention, there are provided methods of controlling or preventing the formation of polyethylene glycol esters and propylene glycol esters in bendamustine-containing compositions during long term storage. The methods include combining an amount of bendamustine or a pharmaceutically acceptable salt thereof with a sufficient amount of a pharmaceutically acceptable fluid containing:

[0114]   i) a mixture of PEG and PG in the ratios described herein;

[0115]   ii) an organic compound or an inorganic compound in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

[0116]   iii) a stabilizing amount of an antioxidant.

[0117]   Further optional steps in accordance therewith include transferring one or more pharmaceutically acceptable doses of the formulations into a suitable sealable container and storing the sealed container at a temperature of from about 5° C. to about 25° C. As a result of carrying out these steps, it is possible to control or substantially prevent the formation of impurities which otherwise occur with bendamustine-containing compositions during long term storage so that the artisan is provided with bendamustine-containing formulations having less than about 5% total esters PAR as determined by HPLC at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

[0118]   The compositions of the present invention can be packaged in any suitable sterile vial or container fit for the sterile storage of a pharmaceutical such as bendamustine. Preferably, the vials containing the formulation are sparged with nitrogen under seal before storage. Suitable containers can be glass vials, polypropylene or polyethylene vials or other special purpose containers and be of a size sufficient to hold one or more doses of bendamustine.

[0119]   A further aspect of the invention includes kits containing lyophilized bendamustine or a pharmaceutically acceptable salt thereof in a first container or vial; and, in a second container, a sufficient amount of a pharmaceutically acceptable fluid such as those described herein:

[0120]   i) a mixture of PEG and PG;

[0121]   ii) an organic compound or an inorganic compound in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

[0122]   iii) a stabilizing amount of an antioxidant.

[0123]   For purposes of this embodiment, the amount of fluid which is sufficient is an amount which allows the bendamustine to be dissolved or dispersed to a degree which renders the liquid composition ready for use, i.e. to administer to a patient in need thereof directly, or for dilution into a larger volume infusion at point of delivery.

[0124]   As will be appreciated by those of ordinary skill, the kit will contain other pharmaceutically necessary materials for storing and/or administering the drug, including instructions for storage and use, additional diluents, if desired, etc.

EXAMPLES

[0125]   The following examples serve to provide further appreciation of the invention but are not meant in any way to restrict the effective scope of the invention.

Comparative Example 1

[0126]   A mixture of PEG:PG (90:10) was prepared by combining 10 ml of PG with PEG 400 qs 100 ml. Thioglycerol at a concentration of 5 mg/ml was added to 80 ml of the PEG:PG (90:10) mixture and mixed well. The PEG:PG (90:10) and thioglycerol mixture was sparged with $N_2$. Bendamustine HCl at a concentration of 25 mg/ml was then added to 40 ml of the PEG:PG (90:10) and thioglycerol mixture, and mixed well. The volume of the bendamustine-containing formulation was made up to 50 ml with the PEG:PG (90:10) mixture, and then sparged with $N_2$. The bendamustine-containing formulation was then filtered and transferred to 5 cc vials, with each vial containing 4 ml. The vials were sparged with $N_2$, stoppered, crimped with aluminum seals. The samples were maintained at 40° C., 25° C. and 5° C. and analyzed after 15 days, one month, three months or five months for drug content and impurity profile as indicated in FIG. 1 (Table 1). The results obtained are presented in FIG. 1

US 2013/0210879 A1

Aug. 15, 2013

6

(Table 1). At 14 days at 40° C., the pH of the bendamustine-containing formulation was taken in accordance with the USP official monograph. 5 g of the final bendamustine-containing formulation was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added. The pH was measured to be 3.38.

[0127] As shown in FIG. 1 (Table 1), the sample, which did not include NaOH, did not provide long term storage stability. This sample exhibited more than 16% total esters compared to initial after only 15 days at 40° C. It was determined that bendamustine-containing compositions with such high ester formation would not be suitable for long term storage. It was determined that the cause of the excess ester formation was the PEG.

Example 2

[0128] A mixture of PEG 400 treated with NaOH was prepared by combining 200 μl of 1N NaOH to a concentration of 0.001 molarity and PEG qs to 200 ml, and mixing well. The pH of the PEG 400 and NaOH mixture was taken in accordance with the USP official monograph. 5 g of the PEG 400 and NaOH mixture was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added. The pH was then measured to be 7.30, which is within the preferred range. A PEG:PG (90:10) mixture was prepared by combining 20 ml of PG and the PEG 400 and NaOH mixture qs 200 ml. Thioglycerol at a concentration of 5 mg/ml was added to 60 ml of the PEG:PG (90:10) mixture and mixed well. Bendamustine HCl at a concentration of 25 mg/ml was then added to 40 ml of the PEG:PG (90:10) and thioglycerol mixture, and mixed well. The volume of the bendamustine-containing formulation was made up to 75 ml with the PEG: PG (90:10) solution. The bendamustine-containing formulation was then filtered and transferred to 5 cc vials, with each vial containing 4 ml. The pH of the bendamustine-containing formulations was taken in accordance with the USP official monograph. 5 g of the final bendamustine-containing formulation was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added. The pH was then measured and recorded in FIG. 2 (Table 2). The vials were sparged with $N_2$, stoppered, crimped with aluminum seals. The samples were maintained at 25° C. and 5° C. and analyzed after 15 days, one month, three months, or six months for drug content, pH and impurity profile as indicated in FIG. 2 (Table 2). The results obtained are presented in FIG. 2 (Table 2).

[0129] As shown in FIG. 2 (Table 2), even without "pre" sparging steps, bendamustine, when dissolved in polyethylene glycol and propylene glycol, in the presence of a stabilizing amount of thioglycerol, and NaOH at a concentration of 0.001 molarity, had substantially no increase in total degradants after a period of at least six months at 25° C. The bendamustine-containing compositions had about 1.23% total esters after 6 months analysis at 25° C. Additionally, the pH of the compositions was maintained at about 3.4 throughout the duration of the long term storage. The data presented in FIG. 2 (Table 2) translates into bendamustine-containing compositions including PEG and PG, an antioxidant, and NaOH having a shelf life of at least about 15 months of storage at a temperature of from 5° C. to about 25° C. with levels of impurities within the levels required herein.

Example 3

[0130] PEG:PG (90:10) mixtures were prepared by combining 10 ml of PG with PEG 400 qs 100 ml. Thioglycerol at a concentration of 5 mg/ml was added to 80 ml of the PEG:PG (90:10) mixture and mixed well. Bendamustine HCl at a concentration of 25 mg/ml was then added to 40 ml of the PEG:PG (90:10) and thioglycerol mixture, and mixed well. In addition to a sample, in which no NaOH was added (Sample 1), two samples were made in which a 1N NaOH solution was added to the PEG:PG (90:10) mixture to a concentration of 0.01 or 0.03 molarity (Samples 2 and 3, respectively), as indicated in FIG. 3 (Table 3), and mixed. The 0.01 and 0.03 molarity samples are unlike the samples in Examples 1 and 2, where the concentration of NaOH was 0.001 molarity. The volume of the bendamustine-containing solution was made up to 50 ml with the PEG:PG (90:10) mixture. The bendamustine-containing formulation was then filtered and transferred to 5 cc vials, with each vial containing 4 ml. The initial pH of the bendamustine-containing formulations was taken in accordance with the USP official monograph. 5 g of the final bendamustine-containing formulation was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added. The pH was then measured and recorded in FIG. 3 (Table 3). The vials were sparged with $N_2$, stoppered, crimped with aluminum seals. The samples were maintained at 40° C. and 25° C. and analyzed after 15 days, one month, two months, or three months for drug content and impurity profile as indicated in FIG. 3 (Table 3). The results obtained are presented in FIG. 3 (Table 3).

[0131] As shown in FIG. 3 (Table 3), bendamustine, when dissolved in polyethylene glycol and propylene glycol, in the presence of thioglycerol and NaOH at a concentration of 0.01 molarity or 0.03 molarity, has a pH of about 3.5 to about 4, which is within the preferred pH range. The bendamustine-containing samples according to the invention had substantially no increase in total degradants after a period of at least three months at 25° C. The bendamustine-containing compositions with NaOH concentration of 0.01 molarity and 0.03 molarity had about 0.33% and 1.26% total esters, respectively, after 15 days analysis at 40° C. This data supports the position that bendamustine-containing compositions according to the invention have a shelf life of at least about 2 years, if not longer, when stored under ambient or refrigerated storage conditions with levels of impurities within the levels required herein.

[0132] Also shown in FIG. 3 (Table 3), the control sample, which did not include NaOH did not provide long term storage stability. The pH of the control sample was 3.12. This sample exhibited more than 26% total esters compared to initial after only 15 days at 40° C., and almost 19% total esters compared to initial after 3 months at 25° C. Bendamustine-containing compositions with such high levels of degradation would not be long term storage stable.

Example 4

[0133] Mixtures of PEG 400 with NaOH were prepared by combining 0.1 ml, 0.2 ml or 0.3 ml (Samples 5, 6 and 7, respectively) of 1N NaOH and PEG qs to 200 ml, and mixing well. The pH of the PEG 400 and NaOH mixtures was taken in accordance with the USP official monograph. 5 g of the PEG 400 and NaOH mixtures were added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added. The pH was then measured. The pH of the PEG 400 and NaOH mixture for Sample 5 was 6.32. The pH of the PEG 400 and NaOH mixture for Sample 6 was 7.30. The pH of the PEG 400 and NaOH mixture for Sample 7 was 7.89. The pH for the PEG 400 and NaOH mixtures for each of Samples 5,

6 and 7 were within the preferred range. Mixtures of PEG:PG (90:10) were prepared by combining 20 ml of PG with PEG 400 qs 200 ml, without NaOH (Sample 4) or with NaOH at a concentration of 0.0005, 0.001, or 0.0015 molarity (Samples 5, 6 and 7, respectively), as indicated in FIGS. **4A** and **4B** (Tables 4A and 4B). Thioglycerol at a concentration of 5 mg/ml was added to 80 ml of the PEG:PG (90:10) mixture and mixed well. Bendamustine HCl at a concentration of 25 mg/ml was then added to 80 ml of the PEG:PG (90:10) and thioglycerol mixture, and mixed well. The volume of the bendamustine-containing formulation was made up to 100 ml with the PEG:PG (90:10) mixture, and mixed. The benda-mustine-containing formulation was then filtered and trans-ferred to 5 cc vials, with each vial containing 4 ml. The vials were sparged with $N_2$, stoppered, crimped with aluminum seals. The samples were maintained at 40° C., 25° C. and 5° C. and analyzed after 15 days, one month, two months, three months or six months for drug content, impurity profile and pH as indicated in FIGS. **4A** and **4B** (Tables 4A and 4B). The pH was evaluated as per the USP official monograph. 5 g of the final bendamustine-containing formulation was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added. The pH was then measured. The results obtained are presented in FIGS. **4A** and **4B** (Tables 4A and 4B).

[0134] As shown in FIGS. **4A** and **4B** (Tables 4A and 4B), bendamustine, when dissolved in polyethylene glycol and propylene glycol, in the presence of thioglycerol and NaOH at a concentration of 0.0005 molarity, 0.001 molarity or 0.0015 molarity, the bendamustine-containing samples according to the invention have a pH of about 3.3 to about 3.6. This is within the preferred pH range. The bendamustine-containing samples according to the invention had no or sub-stantially no increase in total degradants after a period of at least six months at 5° C. The bendamustine-containing com-positions with NaOH concentration of 0.005 molarity had about 2.35% total esters after six months analysis at 25° C. The bendamustine-containing compositions with NaOH con-centration of 0.001 molarity had about 1.41% total esters after six months analysis at 25° C. The bendamustine-containing compositions with NaOH concentration of 0.0015 molarity had about 1.21% total esters after six months analysis at 25° C. This data projects a shelf life of at least about 2 years, if not longer, when stored under ambient or refrigerated storage conditions with levels of impurities within the levels required herein.

[0135] Also shown in FIGS. **4A** and **4B** (Tables 4A and 4B), the control sample, which did not include NaOH, did not provide long term storage stability. The pH of the control sample is ranges from 3.17 to 3.25. This sample exhibited more than 28% total esters compared to initial after six months at 25° C. Bendamustine-containing compositions with such high levels of degradation would not be long term storage stable.

### Example 5

[0136] PEG:PG (90:10) mixtures were prepared by com-bining 10 ml of PG and PEG 400 qs 100 ml. Thioglycerol at a concentration of 5 mg/ml was added to 50 ml of the PEG:PG (90:10) mixture and mixed well. Bendamustine HCl at a concentration of 25 mg/ml was then added to 50 ml of the PEG:PG (90:10) and thioglycerol mixture, and mixed well. The volume of the bendamustine-containing formulation was made up to 60 ml with the PEG:PG (90:10) solution. The

bendamustine-containing formulation was transferred to 5 cc vials, with each vial containing 5 ml. Unlike in previous Examples, to each vial, except the control which was without NaOH (Sample 8), a 1N NaOH solution was added, yielding a final NaOH concentration of 0.01, 0.02, 0.03, 0.04, 0.05, 0.06, 0.07, 0.08, 0.09 or 0.1 molarity (Samples 9, 10, 11, 12, 13, 14, 15, 16, 17 and 18, respectively), as indicated in FIGS. **5A** and **5B** (Tables 5A and 5B). The vials were sparged with $N_2$, stoppered, crimped with aluminum seals. The samples were maintained at 40° C. and analyzed after 14 days for drug content and impurity profile as indicated in FIGS. **5A** and **5B** (Tables 5A and 5B). The results obtained are presented in FIGS. **5A** and **5B** (Tables 5A and 5B).

[0137] As shown in FIGS. **5A** and **5B** (Tables 5A and 5B), bendamustine, when dissolved in polyethylene glycol and propylene glycol, in the presence of thioglycerol and NaOH at a concentration of 0.01 molarity, 0.02 molarity, 0.03 molar-ity, or 0.04 molarity, the bendamustine-containing samples according to the invention have substantially low amount of total degradants after a period of about 14 days at 40° C. compared to bendamustine-containing samples having no NaOH and NaOH at a concentration 0.05 molarity or greater. The bendamustine-containing compositions with NaOH con-centration from 0.01 to 0.04 molarity had from 0.23% to 2.91% total esters after 14 days analysis at 40° C. This data projects a shelf life of at least about 2 years, if not longer, when stored under ambient or refrigerated storage conditions with levels of impurities within the levels required herein.

[0138] Also shown in FIGS. **5A** and **5B** (Tables 5A and 5B), the control sample, which did not include NaOH, did not provide long term storage stability. This sample exhibited more than 4% total esters after 14 days at 40° C. These bendamustine-containing compositions with such high levels of degradation would not be long term storage stable.

[0139] The bendamustine-containing compositions with NaOH concentration of 0.05 molarity or greater had more than 6% total esters after 14 days analysis at 40° C. These bendamustine-containing compositions with such high levels of degradation would not be long term storage stable.

### Example 6

[0140] PEG and sodium acetate mixtures were prepared by adding sodium acetate (sodium acetate trihydrate (Sample 19) in FIG. **6** (Table 6) and sodium acetate anhydrous (Sample 20) in FIG. **7** (Table 7)) at a concentration of 0.01 molarity to 81 mL PEG 400 and mixing. The pH was evaluated as per the USP official monograph. 5 g of the PEG and sodium acetate mixture was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added. The pH was then measured. The PEG and sodium acetate mixture of Sample 19 had a pH of 3.74 and the PEG and sodium acetate mixture of Sample 20 had a pH of 3.67. The PEG and sodium acetate mixtures of both Samples 19 and 20 are within the preferred range. PEG:PG (90:10) and sodium acetate mixtures were prepared by combining 10 ml of PG with the PEG 400 sodium acetate mixture and mixing. Thioglycerol at a concentration of 5 mg/ml was added to the PEG:PG (90:10) sodium acetate solution and mixed. Bendamustine HCl at a concentration of 25 mg/ml was then added to the PEG:PG (90:10) sodium acetate and thioglycerol mixture, and mixed. The volume of the bendamustine-containing formulation was made up to 100 ml with PEG 400. The bendamustine-containing formu-lation was then filtered and transferred to 5 cc vials, with each vial containing 4 ml. The vials were sparged with $N_2$, stop-

pered, crimped with aluminum seals. The samples were maintained at 40° C., 25° C. and 5° C. and analyzed after 15 days, one month, or three months for drug content and impurity profile as indicated in FIGS. **6** and **7** (Tables 6 and 7). The results obtained are presented in FIGS. **6** and **7** (Tables 6 and 7).

[0141]   As shown in FIGS. **6** and **7** (Tables 6 and 7), bendamustine, when dissolved in polyethylene glycol and propylene glycol, in the presence of thioglycerol and sodium acetate at a concentration of 0.01M, the bendamustine-containing samples according to the invention have substantially low amount of total degradants after a period of about 15 days at 40° C. The bendamustine-containing compositions with sodium acetate concentration of 0.01M also had substantially no degradants after three months analysis at 25° C. This data projects a shelf life of at least about 2 years, if not longer, when stored under ambient or refrigerated storage conditions with levels of impurities within the levels required herein.

### Example 7

[0142]   A PEG sodium acetate mixture was prepared by adding sodium acetate trihydrate at a concentration of 0.01 molarity to 81 mL PEG 400, mixing. The pH was evaluated as per the USP official monograph. 5 g of the PEG and sodium acetate mixture was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added. The pH was then measured. The PEG and sodium acetate mixture had a pH of 3.74, which is within the preferred range. A PEG:PG (90:10) sodium acetate mixture was prepared by combining 10 ml of PG with the PEG 400 sodium acetate mixture and mixing. Thioglycerol at a concentration of 5 mg/ml was added to the PEG:PG (90:10) sodium acetate mixture and mixed. Bendamustine HCl at a concentration of 25 mg/ml was then added to the PEG:PG (90:10) sodium acetate and thioglycerol mixture, and mixed. The volume of the bendamustine-containing formulation was made up to 100 ml with PEG 400. The bendamustine-containing formulation (Sample 21) was then filtered and transferred to 5 cc vials, with each vial containing 4 ml. The vials were sparged with $N_2$, stoppered, crimped with aluminum seals. The samples were maintained at 40° C., 25° C. and 5° C. and analyzed after 15 days, one month, or three months for drug content, impurity profile and pH as indicated in FIG. **8** (Table 8). The pH was evaluated as per the USP official monograph. 5 g of the final bendamustine-containing formulation was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added. The pH was then measured. The results obtained are presented in FIG. **8** (Table 8).

[0143]   As shown in FIG. **8** (Table 8), bendamustine, when dissolved in polyethylene glycol and propylene glycol, in the presence of thioglycerol and sodium acetate at a concentration of 0.01M, the bendamustine-containing samples according to the invention have a pH of about 3.5 to about 3.64. This is within the preferred pH range. The bendamustine-containing samples according to the invention have substantially low amount of total degradants after a period of about six months at 25° C. The bendamustine-containing compositions with sodium acetate concentration of 0.01M also had substantially no degradants after six months analysis at 5° C.

[0144]   The area % of the total esters increased about 1.31% over six months storage at 25° C. Such an increase projects a shelf life of at least about 2 years, if not longer, when stored under ambient or refrigerated storage conditions with levels of impurities within the levels required herein.

We claim:

1. A long term storage stable bendamustine-containing composition, comprising:
   a) bendamustine or a pharmaceutically acceptable salt thereof; and
   b) a pharmaceutically acceptable fluid comprising
      i) a mixture of polyethylene glycol, and propylene glycol;
      ii) an organic compound or an inorganic compound in an amount sufficient to obtain a pH of from about 6.0 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and
      iii) a stabilizing amount of an antioxidant;
said bendamustine-containing composition having less than about 5% total polyethylene glycol esters and propylene glycol esters, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

2. The long term storage stable bendamustine-containing composition of claim **1**, wherein the amount of the organic compound or an inorganic compound is provided in an amount sufficient to obtain a pH of from about 6.5 to about 8 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol.

3. The long term storage stable bendamustine-containing composition of claim **1**, wherein the pharmaceutically acceptable fluid comprises an inorganic compound selected from the group consisting of salts of hydroxides and salts of phosphates.

4. The long term storage stable bendamustine-containing composition of claim **3**, wherein the inorganic compound is sodium hydroxide.

5. The long term storage stable bendamustine-containing composition of claim **1**, wherein the pharmaceutically acceptable fluid comprises an organic compound selected from the group consisting of carboxylic compounds, nitrogenous compounds, carbonates, and salts thereof.

6. The long term storage stable bendamustine-containing composition of claim **5**, wherein the organic compound is sodium acetate or is diethanolamine.

7. The long term storage stable bendamustine-containing composition of claim **1**, wherein the bendamustine concentration is from about 20 mg/mL to about 60 mg/mL.

8. The long term storage stable bendamustine-containing composition of claim **7**, wherein the bendamustine concentration is from about 25 mg/mL to about 50 mg/mL.

9. The long term storage stable bendamustine-containing composition of claim **8**, wherein the bendamustine concentration is about 25 mg/mL.

10. The long term storage stable bendamustine-containing composition of claim **1**, wherein the pharmaceutically acceptable fluid comprises about 90% polyethylene glycol and about 10% propylene glycol.

11. The long term storage stable bendamustine-containing composition of claim **1**, wherein the pharmaceutically acceptable fluid comprises about 85% polyethylene glycol and about 15% propylene glycol.

12. The long term storage stable bendamustine-containing composition of claim **1**, wherein the antioxidant is selected from the group consisting of thioglycerol, monothioglycerol, lipoic acid, propyl gallate, methionine, cysteine, met-

abisulfites, sodium formaldehyde sulfoxylate, phenol-containing aromatic and aliphatic compounds and dihydrolipoic acid.

13. The long term storage stable bendamustine-containing composition of claim 12, wherein the antioxidant is thioglycerol or monothioglycerol.

14. The long term storage stable bendamustine-containing composition of claim 1, wherein the stabilizing amount of the antioxidant is from about 2.5 mg/mL to about 35 mg/mL.

15. The long term storage stable bendamustine-containing composition of claim 14, wherein the stabilizing amount of the antioxidant is from about 5 mg/mL to about 20 mg/mL.

16. The long term storage stable bendamustine-containing composition of claim 15, wherein the stabilizing amount of the antioxidant is about 5 mg/mL.

17. The long term storage stable bendamustine-containing composition of claim 1, wherein the concentration of the inorganic compound is from about 0.0005 molarity to about 0.04 molarity.

18. The long term storage stable bendamustine-containing composition of claim 17, wherein the concentration of the inorganic compound is about 0.01 molarity.

19. The long term storage stable bendamustine-containing composition of claim 1, wherein the concentration of the organic compound is from about 0.005M to about 0.1M.

20. The long term storage stable bendamustine-containing composition of claim 19, wherein the concentration of the organic compound is about 0.01M.

21. The long term storage stable bendamustine-containing composition of claim 1, wherein the pH of the polyethylene glycol, as measured using the USP monograph for polyethylene glycol, is about 6.5 or about 8.

22. The long term storage stable bendamustine-containing composition of claim 1, wherein the pH of the long term storage stable bendamustine-containing composition, as measured using the USP monograph for polyethylene glycol, is from about 3.3 to about 4.

23. The long term storage stable bendamustine-containing composition of claim 22, wherein the pH of the long term storage stable bendamustine-containing composition, as measured using the USP monograph for polyethylene glycol, is about 3.5.

24. The long term storage stable bendamustine-containing composition of claim 1, wherein the amount of total polyethylene glycol esters and propylene glycol esters is less than about 3%.

25. The long term storage stable bendamustine-containing composition of claim 1, wherein the amount of total polyethylene glycol esters and propylene glycol esters is less than about 2.4%.

26. The long term storage stable bendamustine-containing composition of claim 1, wherein the amount of individual polyethylene glycol esters less than about 0.2% and individual propylene glycol esters is less than about 1.5%.

27. The long term storage stable bendamustine-containing composition of claim 1, wherein the amount of total polyethylene glycol esters is less than about 2%.

28. The long term storage stable bendamustine-containing composition of claim 1, wherein the amount of total propylene glycol esters is less than about 3%.

29. The long term storage stable bendamustine-containing composition of claim 1, wherein said long term storage is at least about 2 years.

30. A long term storage stable bendamustine-containing composition, comprising:
  a) bendamustine or a pharmaceutically acceptable salt thereof; and
  b) a pharmaceutically acceptable fluid comprising
    i) 90% polyethylene glycol and 10% propylene glycol;
    ii) sodium hydroxide in an amount sufficient to obtain a pH of from about 6.5 for the polyethylene glycol, as measured using the USP monograph for polyethylene glycol; and
    iii) thioglycerol at a concentration of about 5 mg/mL;
said bendamustine-containing composition having less than about 5% total polyethylene glycol esters and propylene glycol esters, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

31. A long term storage stable bendamustine-containing composition, comprising:
  a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and
  b) a pharmaceutically acceptable fluid comprising
    i) 90% polyethylene glycol and 10% propylene glycol;
    ii) sodium acetate in an amount sufficient to obtain a pH of about 6.5 for the polyethylene glycol, as measured using the USP monograph for polyethylene glycol; and
    iii) thioglycerol at a concentration of about 5 mg/mL;
said bendamustine-containing composition having less than about 5% total polyethylene glycol esters and propylene glycol esters, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

32. A long term storage stable bendamustine-containing composition, comprising:
  a) bendamustine or a pharmaceutically acceptable salt thereof; and
  b) a pharmaceutically acceptable fluid comprising
    i) a mixture of polyethylene glycol, and propylene glycol;
    ii) an organic compound or an inorganic compound in an amount sufficient to obtain a pH of from about 3.3 to about 4.2 for the long term storage stable bendamustine-containing composition, as measured using the USP monograph for polyethylene glycol; and
    iii) a stabilizing amount of an antioxidant;
said bendamustine-containing composition having less than about 5% total polyethylene glycol esters and propylene glycol esters, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

33. A method of treating cancer in mammals, comprising administering an effective amount of a long term storage stable bendamustine-containing composition of claim 1 to a mammal in need thereof.

* * * * *

# Exhibit 9

28 JANUARY 2008

VOLUME **128** NUMBER **4**

# THE

# JOURNAL OF

# CHEMICAL

# PHYSICS



AMERICAN
INSTITUTE
ofPHYSICS

# THE JOURNAL OF CHEMICAL PHYSICS

CODEN: JCPSA6
ISSN: 0021-9606

jcp.aip.org

**Interim Editor:**

Branka M. Ladanyi, *Colorado State University, Fort Collins, CO*

**Senior Associate Editor:**

John C. Light, *The University of Chicago, Chicago, IL*

**Associate Editors:**

Laurie J. Butler, *The University of Chicago, Chicago, IL*
Edward W. Castner, Jr., *Rutgers University, Piscataway, NJ*
Ernest R. Davidson, *University of Washington, Seattle, WA*
Horia Metiu, *University of California, Santa Barbara, CA*
Murugappan Muthukumar, *University of Massachusetts, Amherst, MA*

## Editorial Board

*Term ending 31 December 2008*
Pablo G. Debenedetti (Princeton University, Princeton, NJ)
Jean-Pierre Hansen (University of Cambridge, Cambridge, UK)
William A. Lester, Jr. (University of California, Berkeley, CA)
Kopin P. Liu (Academia Sinica, Taipei, Taiwan)
Joseph V. Ortiz (Auburn University, Auburn, AL)
Geraldine L. Richmond (University of Oregon, Eugene, OR)
Timothy C. Steimle (Arizona State University, Tempe, AZ)
Gregory A. Voth (University of Utah, Salt Lake City, UT)

*Term ending 31 December 2009*
Steve Granick (University of Illinois, Urbana, IL)
Marsha I. Lester (University of Pennsylvania, Philadelphia, PA)
R. J. Dwayne Miller (University of Toronto, Toronto, Canada)
Abraham Nitzan (Tel-Aviv University, Tel-Aviv, Israel)
Jens K. Nørskov (Technical University of Denmark, Lyngby, Denmark)
Thomas P. Russell (University of Massachusetts, Amherst, MA)
Alan K. Soper (Rutherford Appleton Laboratory, Oxon, UK)
Attila Szabo (National Institutes of Health, Bethesda, MD)

*Term ending 31 December 2010*
Irène Burghardt (Ecole Normale Supérieure, Paris, France)
Fumio Hirata (Institute for Molecular Science, Okazaki, Japan)
Malcolm H. Levitt (Southampton University, Southampton, UK)
David E. Manolopoulos (University of Oxford, Oxford, UK)
Andrew J. Orr-Ewing (University of Bristol, Bristol, UK)
Annabella Selloni (Princeton University, Princeton, NJ)
Devarajan Thirumalai (University of Maryland, College Park, MD)
Andrei Tokmakoff (M.I.T., Cambridge, MA)

## Information for Authors

**Submissions:** Submit manuscripts, as electronic PDF files, via the website: **http://jcp.uchicago.edu.** Do not send manuscripts to the editorial offices as e-mail attachments. If preferred, mail printed manuscripts (2 copies) to Editor, *The Journal of Chemical Physics*. Department of Chemistry, 5735 S. Ellis Ave., The University of Chicago, Chicago, IL 60637; E-mail: editor@jcp.uchicago.edu; Fax: 773-702-8314. Submission implies that the manuscript has not been published previously and is not currently submitted for publication elsewhere. For detailed information for contributors, visit **http://jcp.aip.org/jcp/submit.jsp.**

**Publication Charge:** The American Institute of Physics does not require page charges for this journal.

**Open Access:** Through participation in *Author Select*® and payment of an $1500 fee, authors may choose open access publication for their accepted papers. Authors will receive information during the production process.

**Free Color Online:** If authors supply usable color files in time for production, color will appear online free of charge; the same files will be used for print, whether these appear in color or not.

**Color Printing:** Color illustrations will be published free of charge to authors in the printed journal if the Journal's editors deem the use of color to be essential. For all other color figures, fixed rates of $650 for the first color figure and $325 for each additional color figure apply. For multipart figures, a single charge will apply only if all parts are submitted as a single piece of artwork.

**Reprints:** Order reprints with or without covers only in multiples of 50 from AIP, Circulation & Fulfillment/Reprints, Suite 1NO1, 2 Huntington Quadrangle, Melville, NY 11747-4502; Fax: 516-349-9704; Tel.: 1-800-344-6909 (U.S. & Canada), or 516-576-2270.

**Supplemental Material** may be deposited with AIP's Electronic Physics Auxiliary Publication Service (EPAPS), a low-cost online depository. For a nominal fee, authors may submit multimedia, data tables, text, etc. Address requests to the Editor; for additional information, see **http://www.aip.org/pubservs/epaps.html.**

**Online Status Inquiry:** During the production process, authors may access information about their accepted manuscripts at **http://www.aip.org/msinq/status.html.**

*The Journal of Chemical Physics* (JCP). Physics is devoted to significant research in methods and applications of chemical physics. Innovative research in traditional areas of chemical physics such as spectroscopy, kinetics, statistical mechanics, and quantum mechanics continue to be areas of interest to readers of JCP. In addition, newer areas such as polymers, materials, surface/interfaces, information theory, and systems of biological relevance are of increasing importance. Routine applications of chemical physics techniques may not be appropriate for JCP. Content is published online daily, collected into four online and printed issues per month (48 issues per year); the journal is published by the American Institute of Physics.

### Editorial Office Staff
*Colorado State University:*
  editor@jcp.colostate.edu
*University of California, Santa Barbara:*
  jcpeditor@chem.ucsb.edu
*University of Chicago:*
  editor@jcp.uchicago.edu

**Production Staff at AIP:** jcp@aip.org

**Comments:** Direct comments on the journal or editorial process to Doreene Berger, Editorial Operations, AIP, Suite 1NO1, 2 Huntington Quadrangle, Melville, NY 11747-4502. Tel: 516-576-2444; Fax: 516-576-2450; E-mail: dberger@aip.org.

### 2008 Subscription Prices
**Institutions:** For information, visit **http://librarians.aip.org.** Institutional rates may be found online at **http://jcp.aip.org/jcp/subpricing.jsp** or contact AIP Customer Services at **subs@aip.org** [Tel.: 800-344-6902 (U.S. & Canada) or 516-576-2270; Fax: 516-349-9704].

**Members:** For information, visit **http://jcp.aip.org/jcp/subpricing.jsp** or contact AIP Customer Services at **subs@aip.org** [Tel.: 800-344-6902 (U.S. & Canada) or 516-576-2270; Fax: 516-349-9704].

### Additional Availability
**Online Access:** *The Journal of Chemical Physics* is available online at **http://jcp.aip.org.**
**Microform:** *The Journal of Chemical Physics* is available on microfiche issued at the same frequency as the printed journal, and annually on microfilm. Direct requests to AIP, Circulation & Fulfillment/Single Copy Sales, Suite 1NO1, 2 Huntington Quadrangle, Melville, NY 11747-4502; Fax: 516-349-9704; Tel.: 1-800-344-6902 (U.S. & Canada), or 516-576-2270.
**Document Delivery:** Copies of journal articles can be ordered for online delivery from DocumentStore, AIP's online document delivery service (**http://www.documentstore.org**).

### Customer Service
**Subscription Orders and Renewals** should be addressed to American Institute of Physics, P.O. Box 503284, St. Louis, MO 63150-3284. Tel.: 1-800-344-6902 (U.S. & Canada), or 516-576-2270; Fax: 516-349-9704; E-mail: subs@aip.org. Allow at least six weeks advance notice.
**Inquiries, Address Changes, Claims, Single Copy Replacements, and Back Volumes:** For address changes, please send both old and new addresses and, if possible, include the mailing label from a recent issue. Missing issue requests will be honored only if received within six months of publication date (nine months for Australia & Asia). Please forward your missing issue claim requests to claims@aip.org. Single copies of a journal may be ordered and back volumes are available in print, microfiche, or microfilm. Contact AIP Customer Services at 1-800-344-6902 (U.S. & Canada), or 516-576-2270; Fax: 516-349-9704; E-mail: subs@aip.org.
**Reprint Billing:** Contact AIP Publication Charge & Reprints/CFD, Suite 1NO1, 2 Huntington Quadrangle, Melville, NY 11747-4502; Tel.: 1-800-344-6909 (U.S. & Canada), or 516-576-2270; E-mail: pcr@aip.org.

### Rights and Permissions
**Copying:** Single copies of individual articles may be made for private use or research. Authorization is given to copy articles beyond the free use permitted under Sections 107 and 108 of the U.S. Copyright Law, provided that the copying fee of $23.00 per copy per article is paid to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, USA, http://www.copyright.com. For classroom use fees, contact CCC's Academic Permission Service. (Note: The ISSN for this journal is 0021-9606.)

Authorization does not extend to systematic or multiple reproduction, to copying for promotional purposes, to electronic storage or distribution, or to republication in any form. In all such cases, specific written permission from AIP must be obtained. Note: Copies of individual articles may also be purchased online via AIP's DocumentStore service (http://www.documentstore.org).
**Other Use:** See journal home page for author's web posting guidelines. Permission is granted to quote from the journal with the customary acknowledgment of the source. Republication of an article or portions thereof requires formal permission from AIP and may be subject to fees. Permission may be obtained online using Rightslink. Simply click on the Rightslink icon/Permission for Reuse link found in the article abstracts. You may also address requests to: AIP Office of Rights & Permissions, Suite 1NO1, 2 Huntington Quadrangle, Melville, NY 11747-4502; Tel.: 516-576-2268; Fax: 516-576-2450; E-mail: rights@aip.org.

**Digital Object Identifier (DOI):** Each archival article published is assigned a unique DOI that serves to identify the article in a digital environment. In print, the DOI appears at the end of each abstract.

*The Journal of Chemical Physics* (ISSN: 0021-9606) is published four times per month, 48 issues per year by the American Institute of Physics. The 2008 print+online base price is US$6200. POSTMASTER: Send address changes to *The Journal of Chemical Physics,* AIP, Suite 1NO1, 2 Huntington Quadrangle, Melville, NY 11747-4502. Periodicals postage paid at Huntington Station, NY 11746, and additional mailing offices.
Printed on Fabrite 35# paper, pH >7.0 and AIP Cote 38# paper (pH 6–8).

Copyright © 2008 American Institute of Physics. All rights reserved.

# JOURNAL OF CHEMICAL PHYSICS

CODEN: JCPSA6
ISSN: 0021-9606

LINDA HALL

FEB 2 1 2008

LIBRARY

## COMMUNICATIONS

**Fully relativistic calculations on the potential energy surfaces of the lowest 23 states of molecular chlorine** (5 pages)
Luiz Guilherme M. de Macedo and Wibe A. de Jong ....................................... 041101

**Resonant dissociative electron transfer of the presolvated electron to $CCl_4$ in liquid:**

**Direct observation and lifetime of the $CCl_4^{\cdot-}$ transition state** (4 pages)
C.-R. Wang, K. Drew, T. Luo, M.-J. Lu, and Q.-B. Lu ....................................... 041102

**Enhancement of the transverse conductance in DNA nucleotides** (4 pages)
Vincent Meunier and Predrag S. Krstić ....................................... 041103

**Solvent migration from the C- to the N-terminus of amino acid in photoionization of phenylglycine-water complex** (3 pages)
Hyung Min Kim, Kyu Young Han, Juyeon Park, Gap-Sue Kim, and Seong Keun Kim ................... 041104

## ARTICLES

### Theoretical Methods and Algorithms

**Hartree-Fock complete basis set limit properties for transition metal diatomics** (9 pages)
T. Gavin Williams, Nathan J. DeYonker, and Angela K. Wilson ....................................... 044101

**Study on the maximum accuracy of the pseudopotential density functional method with localized atomic orbitals versus plane-wave basis sets** (8 pages)
Michele Gusso ....................................... 044102

**On the mapping of time-dependent densities onto potentials in quantum mechanics** (4 pages)
Roi Baer ....................................... 044103

**Auxiliary basis sets for density fitting–MP2 calculations: Nonrelativistic triple-$\zeta$ all-electron correlation consistent basis sets for the $3d$ elements Sc–Zn** (4 pages)
J. Grant Hill and James A. Platts ....................................... 044104

**Local-density approximation for orbital densities applied to the self-interaction correction** (8 pages)
Naoto Umezawa ....................................... 044105

**Computing accurate potentials of mean force in electrolyte solutions with the generalized gradient-augmented harmonic Fourier beads method** (13 pages)
Ilja V. Khavrutskii, Joachim Dzubiella, and J. Andrew McCammon ....................................... 044106

**Dynamical dimer method for the determination of transition states with _ab initio_ molecular dynamics** (9 pages)
Alexander Poddey and Peter E. Blöchl ....................................... 044107

**A comparative assessment of the perturbative and renormalized coupled cluster theories with a noniterative treatment of triple excitations for thermochemical kinetics, including a study of basis set and core correlation effects** (7 pages)
Jingjing Zheng, Jeffrey R. Gour, Jesse J. Lutz, Marta Włoch, Piotr Piecuch, and Donald G. Truhlar ........ 044108

**The method of Gaussian weighted trajectories. III. An adiabaticity correction proposal** (7 pages)
L. Bonnet ....................................... 044109

**Improving upon CCSD(T): $\Lambda$CCSD(T). I. Potential energy surfaces** (13 pages)
Andrew G. Taube and Rodney J. Bartlett ....................................... 044110

**Improving upon CCSD(T): $\Lambda$CCSD(T). II. Stationary formulation and derivatives** (9 pages)
Andrew G. Taube and Rodney J. Bartlett ....................................... 044111

This material may be protected by Copyright law (Title 17 U.S. Code)

# The structure of aqueous sodium hydroxide solutions: A combined solution x-ray diffraction and simulation study

Tünde Megyes,[a) ] Szabolcs Bálint, Tamás Grósz, Tamás Radnai, and Imre Bakó
*Institute of Structural Chemistry, Chemical Research Center of the Hungarian Academy of Sciences,
Pusztaszeri út 59-67, H-1025 Budapest, Hungary*

Pál Sipos
*Department of Inorganic and Analytical Chemistry, Research Group of Environmental Chemistry (ReGECh),
University of Szeged, P.O. Box 440, H-6701 Szeged, Hungary*

(Received 5 July 2007; accepted 13 November 2007; published online 23 January 2008)

To determine the structure of aqueous sodium hydroxide solutions, results obtained from x-ray diffraction and computer simulation (molecular dynamics and Car-Parrinello) have been compared. The capabilities and limitations of the methods in describing the solution structure are discussed. For the solutions studied, diffraction methods were found to perform very well in describing the hydration spheres of the sodium ion and yield structural information on the anion's hydration structure. Classical molecular dynamics simulations were not able to correctly describe the bulk structure of these solutions. However, Car-Parrinello simulation proved to be a suitable tool in the detailed interpretation of the hydration sphere of ions and bulk structure of solutions. The results of Car-Parrinello simulations were compared with the findings of diffraction experiments. © 2008 American Institute of Physics. [DOI: 10.1063/1.2821956]

## I. INTRODUCTION

In the study of aqueous electrolyte solutions, alkali ion solutions are especially interesting due to their important role in solution chemistry, biochemistry, and pharmacology. Knowledge of their solution structure is central to understand the transport properties of ions,[1] the ionic permeability of organic structures such as biological membranes,[2] and the efficacy of ions in precipitating, or salting out, proteins from aqueous solutions.[3] A comprehensive report[4] summarizes the experimental—x-ray and neutron diffractions extended x-ray absorption fine structure and nuclear magnetic resonance—studies as well as traditional computer simulation results on the structure and dynamics of hydrated ions until 1993. These results account for an uncertainty as far as hydration number of $Na^+$ is concerned, placing it between 4 and 8,[5–9] and the general concept of sodium being a "loosely hydrated" ion is described. The first neighbor distance $r_{Na–H_2O}$ is estimated to be between 2.4 and 2.5 Å from experiments, but computer simulations suggest shorter values, varying from 2.24 to 2.37 Å.[10,11] The second hydration shell around sodium ion in aqueous solution is also described but with even greater ambiguity. Until a few years ago, neutron diffraction[6,9] and x-ray scattering[5,7,8,12] experiments were performed to study sodium ion hydration in various sodium salt solutions. Hydroxide solutions were less examined. Early x-ray diffraction experiments conducted on potassium hydroxide solutions resulted in coordination numbers of 4 for potassium and 6 for hydroxide ion; these results, in the light of new experimental and theoretical findings, should be reconsidered.[13,14] Sodium and hydroxide hydrations have

been studied in connection with sodium aluminate formation[15–17] as well when the interest was focused on the aluminate's polymerization. The question arose as to whether or not sodium hydroxide ion pairing competes with sodium aluminate ion pairing and, in addition, whether sodium hydroxide ion pairing influences the ability of aluminate ions to form dimers or even a more extended polymeric structure. As a matter of fact, until recently, sodium hydroxide ion pairing was only a question of low priority and the problem has not yet been understood in detail.

The diffuse character of literature data about the hydration of sodium ion is probably due to the chemical nature of the base as well as the experimental difficulties associated with these corrosive and viscous solutions. Until the past decade, only little attention has been devoted to hydroxide solutions, despite their importance in chemistry, biology, and industry. Highly concentrated aqueous NaOH solutions are of considerable practical (commercial) interest, mainly due to their special role in the aluminum industry, where they are used for dissolving aluminum oxide from its ores during the Bayer process. Recently the structure and dynamics of hydroxide solutions became a very frequently studied and popular area of research. The reason for this increasing interest is the debate about the nature and transport mechanism of hydrated hydroxide ions.

One of the products of the salvation of hydroxide compounds is the $OH^-$ ion. It was generally believed that the mobility mechanism of hydroxide ion may resemble that of the proton since they have similar mobilities[18] and the hydroxide ion can be regarded as a water molecule with a missing proton or a "proton hole."[19,20] However, a variety of solvated hydroxide complexes was suggested in previous experimental and theoretical studies. Gas-phase mass spectro-

a)Author to whom correspondence should be addressed. Electronic mail:
megyes@chemres.hu.

J. Chem. Phys. **128**, 044501 (2008)

metric measurements pointed to a shell closure at three water molecules.[21] Agmon[18] suggested the formation of either $H_7O_4^-$ species with three water molecules coordinated directly with $OH^-$ through hydrogen bonds of $H_3O_2^-$ species with two additional water molecules hydrogen bonded to the two oxygen atoms. Moreover, many experiments have demonstrated that the structural and dynamical properties of water undergo significant changes in the presence of $OH^-$.[22,23] For example, both Raman and IR spectroscopies reveal dramatic changes in the vibrational spectra, particularly a broadening in the normal water OH stretching frequency range.[24–26] Interestingly, at high concentrations, a "free" O–H stretch appears in the Raman spectrum but not in the IR. From this fact, it was inferred that $H_3O_2^-$ is the dominant solvation structure. Recently published infrared spectroscopy measurements[27] found no evidence for the existence of the stable hydroxide dimer, $H_3O_2^-$, in an aqueous solution. Their spectral data do confirm, however, the existence of a weak interaction with a single water molecule at the hydrogen site of $OH^-$.

A radically different structural diffusion mechanism has been formulated for negative charge defects in water, based on *ab initio* path integral simulations,[28] in which the authors found that the hydroxide ion has its own unique mobility mechanism and a new complex, $H_9O_5^-$, was reported to be the predominant solvation structure for the hydroxide ion. The solvation shell of $OH^-$ in water is not composed any more of three accepted and one donated hydrogen bonds, as the standard Lewis picture of an isolated $OH^-$ molecule would suggest. Rather, the hydrated $OH^-$ is mostly "hypercoordinated" in the sense that its oxygen prefers to accept four hydrogen bonds in a roughly square-planar configuration. In addition, its hydrogen is able to donate another hydrogen bond. This is consistent with a high solvation number between 5 and 6 for $OH^-$, as determined from a dielectric relaxation experiment on a dilute NaOH solution.[29] The results obtained from x-ray absorption spectroscopy[30] measurements on potassium hydroxide solutions indicate again that the hydroxide ion exists in hypercoordinated solvation shell. Also, in recent neutron diffraction experiments with isotopic substitution, it was found that the predominant hydration complex is the $H_9O_5^-$ ion,[31–35] in substantial agreement with the findings of Tuckermann *et al.*[28]

The structure of aqueous clusters of sodium[36–38] and hydroxide[39–45] ions has been the target of computational studies by quantum mechanical (QM) methods.

The calculations showed that it is probable to form stable, highly symmetric Na-water clusters with up to eight water molecules. The given number of water molecules around a sodium ion can be arranged in different, closely isoenergetic configurations, depending on the positions of the water molecules in the first or second shell of the sodium ion. These configurations resulted from competing sodium-water and water-water interactions.

The main conclusion from quantum mechanical calculations on hydroxide hydration is that the central proton in the simplest hydroxide hydrate, $H_3O_2^-$, is positioned asymmetrically with respect to the two oxygen atoms. The calculated oxygen-oxygen distances vary from 2.47 to 2.58 Å. How-

ever, there has been some theoretical evidence for the existence of a transition state for proton transfer in $H_3O_2^-$, with oxygen-oxygen distance contracted to $\sim 2.4$ Å. More complex hydroxide hydrates, $OH^-(H_2O)_n$, $(n=3-5)$, have been usually found in two isomeric forms: in the $C_n$ symmetry structure and in the $OH^-(H_2O)_{n-1}(H_2O)$ structure, respectively, with a single water molecule occupying the second hydration shell.

Solvation of sodium ion has been studied by classical molecular dynamics,[5,10–12] QM/molecular mechanics,[46–48] and *ab initio* molecular dynamics simulation methods.[49,50] Hydroxide ion solvation has been studied by applying force field based *non-ab initio*[51–55] and *ab initio* molecular dynamics simulation methods,[56–62] as well. Classical[63] and *ab initio*[64–66] molecular dynamics simulation studies were conducted on sodium and potassium hydroxide solutions with different concentrations.

Molecular dynamics techniques have provided valuable information about the solvation dynamics and coordination of hydroxide anion in water. In the *ab initio* molecular dynamics (MD) study published by Tuckerman *et al.*,[56,57] an equilibrium between the predominant planar $H_9O_5^-$ and tetrahedral $H_7O_4^-$ complexes has been detected. The oxygen-oxygen distance from $OH^-$ to the first hydration sphere has been 2.7 Å in the former and 2.6 Å in the latter complex. The appearance of a more open, tetrahedral structure has been conclusively linked with proton hop occurrence between the anion and a neighboring water molecule. Hypercoordination of $OH^-$ in $OH^-(H_2O)_4$ has been later confirmed by *ab initio* MD simulations.[64,65] On the other hand, another *ab initio* MD investigation has concluded that rapid interconversion between tri- and tetracoordinated $OH^-$ takes place during the simulation time span, with $OH^-(H_2O)_3$ as the predominant structure and with a rather short distance with coordinating oxygens $(<2.5$ Å$)$.[58] Recently Chandra *et al.*[61] found in their comprehensive study on proton transfer in hydrogen bonded networks using various density functional theory (DFT) functionals that PW91 and HCTH functionals predict unphysically high and low proton transfer rates, respectively, while BLYP yields a rate consistent with experiment. This finding means that the application of the three different functionals results in different mechanisms of proton transfer.

In order to gain a better insight into these problems, new structural studies performed by traditional solution chemistry methods of x-ray diffraction combined with molecular dynamics simulation over a series of moderately and highly concentrated solutions of sodium hydroxide are reported here, aiming to monitor the structural changes in the solution and thus to reveal more details on hydration, contact ion pairing, and solvent separated ion pairing in sodium hydroxide solutions as a function of concentration.

## II. DETAILS OF THE EXPERIMENTAL STUDY

### A. X-ray diffraction measurement and method of structural analysis

Concentrated NaOH stock solutions $(\sim 19M)$ were prepared from Millipore MilliQ water and analytical reagent

J. Chem. Phys. **128**, 044501 (2008)

TABLE I. Physical properties of NaOH solutions studied: salt concentration $c$, mass density $\rho$, linear x-ray absorption coefficient $\mu$, and atomic number density $\rho_0$.

| Sample name | $c$ (mol dm$^{-3}$) | $\rho$ (g cm$^{-3}$) | $\mu$ (cm$^{-1}$) | $\rho_0$ ($10^{-24}$ cm$^{-3}$) | NaOH:H$_2$O |
|---|---|---|---|---|---|
| A | 2.481 | 1.0954 | 1.2703 | 0.1044 | 1:22.29 |
| B | 4.735 | 1.1728 | 1.4513 | 0.1072 | 1:11.52 |
| C | 8.788 | 1.2930 | 1.7566 | 0.1103 | 1:5.95 |
| D | 15.47 | 1.4532 | 2.2198 | 0.1116 | 1:2.99 |
| E | 19.14 | 1.5216 | 2.4533 | 0.1104 | 1:2.19 |

grade NaOH (Hungaropharma, 99% purity) and their carbonate content was minimized as described previously.[67] The density of the solution was determined picnometrically. The exact concentration of the stock solution was determined by acid-base titration, following an accurate gravimetric dilution of the base solution. For the titration, HCl solution ("Convol" volumetric standard, accuracy of $\pm 0.1\%$) and phenolphtalein indicator were used. The NaOH solution was stored in an airtight Pyrex bottle. Solution series for the x-ray diffraction measurements were prepared by accurate gravimetric dilution of the sodium hydroxide stock solution. The concentrations and densities of the solutions studied together with their acronyms, which will be used hereafter in the text, are shown in Table I.

X-ray scattering measurements were performed at room temperature $[(24 \pm 1)\ °C]$, with a Philips X'Pert goniometer in a vertical Bragg-Brentano geometry with a pyrographite monochromator in the scattered beam by using Mo $K\alpha$ radiation ($\lambda = 0.7107$ Å). The liquid sample holder had plane-parallel windows prepared from 75 $\mu$m thin foils of biori-ented polypropylene. The scattering angle range of measurement spanned over $1.28° \leq 2\Theta \leq 120°$ corresponding to the range of $0.2\ \text{Å}^{-1} \leq k \leq 15.3\ \text{Å}^{-1}$ of the scattering variable $k = (4\pi/\lambda)\sin\Theta$. Over 100 000 counts were collected by a proportional detector at each of 150 discrete angles selected in $\Delta k \approx 0.1\ \text{Å}^{-1}$ steps, in several repeated runs (10 000 counts at each point).

The measurement technique and data treatment were essentially the same as described previously. The measured intensities were corrected for background, polarization, absorption, and Compton scattering using standard methods given in earlier works.[68]

The experimental structure function is defined as

$$h(k) = \left[ I(k) - \sum_{\alpha} x_\alpha f_\alpha^2(k) \right] / M(k), \qquad (1)$$

where $I(k)$ is the corrected coherent intensity of the scattered beam normalized to electron units,[69] $f_\alpha(k)$ and $x_\alpha$ are the scattering amplitude and mole fraction for a type of $\alpha$ particle, respectively, and $M(k)$ is the modification function, $[\sum x_\alpha f_\alpha(k)]^2$. The coherent scattering amplitudes were calculated as previously described.[68] The sodium hydroxide molecules were treated in atomic representation, and the necessary parameters were taken from the International Tables for X-ray Crystallography.[70]

The experimental radial distribution function (RDF) was computed from the structure function $h(k)$ by Fourier transformation according to

$$g(r) = 1 + \frac{1}{2\pi^2 r \rho_0} \int_{k_{\min}}^{k_{\max}} k h(k) \sin(kr) dk, \qquad (2)$$

where $r$ is the interatomic distance, $k_{\min}$ and $k_{\max}$ are the lower and upper limits of the experimental data, and $\rho_0$ is the atomic number density. After repeated Fourier transformations, the nonphysical peaks present in the $g(r)$ at small $r$ values were removed, and the structure function was corrected for residual systematic errors.[71]

In order to characterize the structure of the solution, as a first step, a visual evaluation and a preliminary semiquantitative analysis of the observed structure functions $kh(k)$ and RDF $g(r)$ were performed. Further on, the observed data were analyzed by geometrical model constructions and fitting the model structure functions to the corresponding experimental ones by the nonlinear least-squares method. The fitting strategy was previously described in Ref. 68.

## III. COMPUTATIONAL DETAILS

### A. Molecular dynamics simulation

A classical MD simulation has been performed in the $NVT$ ensemble at 300 K temperature. The simulation parameters are listed in Table II. The rigid SPC/E potential model[72] was applied to water. The ion-ion and ion-water short-range interactions were represented by Lennard-Jones potentials applying the point charge (PC) model.[73] During the 60 000 time steps of equilibration, the Nosé-Hoover thermostat was used to control the temperature. The simulation was performed by the DLPOLY 2.15 software[74] for 200 000 time steps leading to the total simulation time of 200 ps.

### B. Car-Parrinello simulation

An alternative simulation was performed by using the CPMD[75] (Car-Parrinello *ab initio* molecular dynamics) program package with the exchange functional derived by Becke[76] and the correlation term given by Lee *et al.*

TABLE II. Box length $L$ and number of sodium and hydroxide ions and water molecules used in the molecular dynamics simulations.

| Sample | $L$ (Å) | Na$^+$/OH$^-$ | H$_2$O |
|---|---|---|---|
| A | 24.503 | 21 | 470 |
| B | 23.679 | 38 | 436 |
| C | 23.002 | 64 | 384 |
| D | 22.240 | 102 | 308 |
| E | 21.962 | 122 | 268 |

TABLE III. Energy minimum geometries and total energies (in Å and kcal mol$^{-1}$) of Na–$(H_2O)_n$ clusters ($n=1,2,4,6,8$) clusters obtained from BLYP DFT and MP2 level of theory. A: 6-311+G$^{**}$ BSSE correction; B: 85 RY.

| $n$ | BLYP/A | | BLYP/PW/B | | MP2/A | |
|---|---|---|---|---|---|---|
| | $r_{Na\cdots O}$ | $-\Delta E$ | $r_{Na\cdots O}$ | $-\Delta E$ | $r_{Na\cdots O}$ | $-\Delta E$ |
| 1 | 2.247 | 24.1 | 2.292 | 23.1 | 2.265 | 23.9 |
| 2 | 2.268 | 46.8 | 2.321 | 41.0 | 2.319 | 43.9 |
| 4 | 2.331 | 76.6 | 2.381 | 72.2 | 2.356 | 73.7 |
| 6 | 2.456 | 98.9 | 2.501 | 92.5 | 2.452 | 96.8 |
| 8 | 2.646 | 116.8 | 2.671 | 112.4 | 2.619 | 114.7 |

(BLYP).[77] The valence electronic wave functions were expanded in plane waves with an 85 Ry cutoff and the valence-core interaction was described by the Troullier-Martins ultrasoft pseudopotentials. Semicore pseudopotentials were applied for sodium in which the $3p^6$ electronic state was described explicitly as a valence electron.

We have performed systematic calculations on Na–$(H_2O)_n$ ($n=1,2,4,6,8$) clusters by using the GAUSSIAN 03 RevB.05[78] program package and CPMD code with BLYP density functional. The Na–$(H_2O)_n$ clusters were also optimized at the MP2 level of theory. The calculation on the localized basis set was performed by using a 6-311+G$^{**}$ basis set. The interaction energies for each minimum obtained from localized basis set calculations were corrected for basis set superposition error (BSSE) with the full counterpoise (CP) procedure, resulting in a more reliable estimate of the interaction energy.[79] The obtained Na–O distances and interaction energies were in good agreement at all levels of theories. The results are presented in Table III.

All simulations were carried out for five solutions the composition of which were almost identical with those used in experiments and listed in Table I. A: 44 $H_2O$ and 2 NaOH; B: 46 $H_2O$ and 4 NaOH; C: 36 $H_2O$ and 6 NaOH; D: 30 $H_2O$ and 10 NaOH; E: 26 $H_2O$ and 12 NaOH. The hydrogen nuclei have been represented by the mass of the deuterium isotope. The cubic box size for each simulated system was calculated to fit to the experimental density. A short classical molecular dynamics simulation by using the rigid SPC/E potential model for water and Lennard-Jones potentials for ion-ion and ion-water short-range interactions was run to generate the initial configuration. The CPMD simulation was run by using a time step or $\Delta t=0.163$ fs and the fictitious electron mass ($\mu$) was 600 a.u. A continuous trajectory of 20 ps was obtained in the microcanonical ensemble during the last 10 ps, and it was used for the computation of average properties. The average temperature was 300 K within 5% fluctuation.

In CPMD simulations, it is important to maintain an adiabatic separation between the electronic and ionic degrees of freedom. In our case, this could be achieved with a mass ratio $\mu/M=1/6$ ($M$: smallest atomic mass of the system). We did not find any energy drift in our simulation, and the conserved energy fluctuation was about $10^{-7}$% ($\sim10^{-4}$ a.u.).

## IV. RESULTS AND DISCUSSION

### A. Structural results from x-ray diffraction

At first a semiquantitative structural analysis was performed at the level of the RDFs. As a second step, a least-squares fitting method was used to determine both the intra- and the intermolecular structural parameters. After examination of the weights of the contributions to the structure function, one contribution for each type of interatomic distances listed in Table IV was introduced in the fitting procedure.

The experimental structure functions [Fig. 1(a)] exhibit systematic variations across the solution series measured. It is clearly visible that the double peak in the range of 1.5–3.7 Å$^{-1}$ is shifted to the left and becomes broader with increasing NaOH concentration. The appearance of this double peak is a typical structural feature in water and aqueous solutions and it is associated with the extended hydrogen bonded network in the liquids. It is well known that the shape of the second peak is particularly sensitive to the degree of disruption of the hydrogen bonding. Other factors such as differences in cationic radii may have similar effects because the structure function is a sum of interfering waves, each originating from different contributions of the compo-

TABLE IV. Structural parameters from the x-ray diffraction refinement with estimated errors in the last digits. $n$ is the coordination number. Distances ($r$) and their mean-square deviations ($\sigma$) are given in Å. Superscripts $*$ and $w$ refer to hydroxide and water, respectively.

| Bond type | | $r$ | $\sigma$ | $n$ |
|---|---|---|---|---|
| Na$\cdots$O$^w$ | A | 2.43(2) | 0.15(1) | 5.38(10) |
| | B | 2.45(1) | 0.15(1) | 5.30(10) |
| | C | 2.45(1) | 0.15(1) | 5.21(10) |
| | D | 2.45(2) | 0.15(2) | 5.12(9) |
| | E | 2.46(2) | 0.15(1) | 4.37(7) |
| Na$\cdots$O$^*$ | D | 2.50(2) | 0.13(2) | 0.80(10) |
| | E | 2.50(1) | 0.09(2) | 1.30(10) |
| O$^w\cdots$O$^w$ | A | 2.85(2) | 0.20(1) | 3.90(10) |
| | B | 2.80(2) | 0.20(1) | 3.90(10) |
| | C | 2.82(2) | 0.20(2) | 3.45(9) |
| | D | 2.85(1) | 0.20(1) | 3.20(9) |
| | E | 2.85(3) | 0.20(2) | 1.80(10) |
| O$^*\cdots$O$^w$ | C | 2.70(2) | 0.20(2) | 4.85(10) |
| | D | 2.65(2) | 0.20(1) | 4.30(8) |
| | E | 2.65(2) | 0.20(1) | 3.25(5) |

Case 1:24-cv-00065-JLH    Document 397-1    Filed 07/01/26    Page 31 of 66 PageID #: 14439





FIG. 1. Structure functions $h(k)$ multiplied by $k$ (a) and radial distribution functions (b) for sodium hydroxide solutions obtained from x-ray diffraction experiment. Symbols used are identical in (a) and (b).

nent species. However, we are looking for changes that can be clearly assigned to specific structural or composition dependent factors in the present solution series. Thus, the increasing concentration of sodium ions in the solutions causes a broadening and shift of the second peak and, at the same time, the emergence and broadening of the fourth and fifth peaks. This means, in other words, that the sodium containing structural units in the system gradually and strongly distort the original water structure.

Some changes in the interesting structure features can be seen more directly from the RDFs shown in Fig. 1(b). For information, here we give the notations as used in the remaining part of the article. Thus, superscript $w$ means the oxygen or hydrogen originating from water molecules, $*$ is for the same elements in the hydroxide group, and unmarked elements are either from water or $OH^-$ ions. The peak centered around 2.85 Å obviously corresponds to the hydrogen bonded first neighbor distances.[80] A broadening of this peak, with substantial decrease in height and a significant shift in the peak position down to 2.75 Å, can be observed for samples A and B. The most likely reason for these changes is that a contribution of Na···O interaction also appears around 2.4 Å.[4] Thus the main peak includes contributions of the shorter Na···O distances and the longer $O^w$···$O^w$. With increase in concentration, the gradual emergence of a shoulder on the left-hand side on the same peak at higher concentrations (samples C to E) can also be ascribed to this Na···O contribution. Accordingly, with increase in concentration, the

Na···O contribution becomes more and more significant and the $O^w$···$O^w$ contribution gradually disappears, leading to the separation of the two peaks.

A gradual structural rearrangement can also be observed in the range of longer distances, between 3.2 and 5 Å. It is not possible to assign these changes to one or two pair contributions only. However, the tendency is clear: with increasing concentration, a broad peak emerges in the range of 3.2–3.8 Å followed by a broad peak around 4–5 Å. This longer-range structure replaces the broad minimum of pure water between 3.2 and 4.2 Å followed by a maximum around 4.2–5 Å. This is obviously due to a structural rearrangement, most probably the breakup of the longer-range structure of bulk water and development of a more compact, shorter-range local order in the more concentrated electrolyte solutions.

This phenomenon has been analyzed quantitatively. The structural parameters obtained from the least-squares fit of the structure functions $kh(k)$ shown in Fig. 1(a) are given in Table IV. The fitting procedure resulted in values of 2.43–2.46 Å for the intermolecular Na···$O^w$ distances. The sodium ions are coordinated by 4.3–5.3 water molecules, which is in agreement with earlier findings.[15,33] The decrease of the coordination number with increasing concentration is not so drastic as one could expect on the basis of stoichiometric arguments. Considering that the $NaOH:H_2O$ ratio decreases from ~22 to ~2, it is obvious that these "high" coordination numbers can be achieved only if some water molecules are shared between the hydration spheres of the sodium ions.

Description of Na···$O^*$ distances was possible only for the highly concentrated solutions because of their low contribution to the total scattering picture. In the most concentrated solutions, the Na···$O^*$ distance was found to be 2.50 Å. It has to be mentioned that even in the most concentrated (i.e., saturated) solution, the coordination number hardly approximates 1, meaning that contact ion pairs appear only in highly concentrated solutions. The $O^w$···$O^w$ distance was found to be between 2.80 and 2.85 Å. A drastic decrease of water-water coordination number can be observed with increase in concentration, showing that the hydrogen bonded structure of the bulk water is gradually destroyed and it completely disappears at the highest solute concentration. On the other hand, other O···O interactions appear with values in the range of 3.2–3.8 Å, arising from the interaction of the oxygen atoms in the hydration sphere of the sodium ions. Unfortunately it is not possible to describe quantitatively these interactions on the basis of x-ray diffraction measurements because the corresponding peak is rather broad and blurred. Due to their small contribution to the total scattering picture in low concentrated solutions, it was not possible to determine $O^*$···$O^w$ intermolecular interactions. Furthermore there are a lot of interactions contributing to the same distance (~2.5 Å). Consequently those with lower weights are not possible to be resolved. At higher concentrations, it was possible to determine the number of water molecules around the hydroxide ions. $O^*$···$O^w$ distance was found to be about 2.65–2.70 Å. $OH^-$ ion is coordinated by three to five water molecules in its hydration shell. The coordination number



FIG. 2. Comparison of radial distribution functions for sodium hydroxide solutions obtained from x-ray diffraction experiment (circles) and classical molecular dynamics simulation using the PC model (solid line).



FIG. 3. Comparison of O···O partial radial distribution functions obtained from classical molecular dynamics (solid line) and CPMD (dashed line) simulation.

decreases with increase in concentration, especially in the high concentration region, where the number of water molecules in the hydration sphere of hydroxide ion decreases from 4.3 to 3.25. This might be due to ion pair formation. The structural modeling can be done with simultaneous evaluation of experimental and molecular dynamics simulation data.

## B. Comparison of classical molecular dynamics simulations and x-ray diffraction experiments

The RDFs obtained from the x-ray diffraction experiments are compared with those obtained from classical molecular dynamics simulation using the PC model in Fig. 2.

The part of the total structure function that is relevant to the liquid structure (without intramolecular contribution) has been calculated from the partial RDFs according to the equation

$$H(k) = \sum_{\alpha \geq \beta} \sum \frac{(2 - \delta_{\alpha\beta})x_\alpha x_\beta f_\alpha f_\beta h_{\alpha\beta}(k)}{M(k)}, \qquad (3)$$

where $f_\alpha$ is the scattering length or scattering factor of the $\alpha$-type atom (which depends on $k$ in the case of x-ray diffraction) and $x_\alpha$ is the mole fraction of the $\alpha$ atom. $h_{\alpha\beta}(k)$ is defined according to the following equation:

$$h_{\alpha\beta}(k) = 4\pi\rho \int_0^{r_{max}} r^2(g_{\alpha\beta}(r) - 1)\frac{\sin(kr)}{kr}dr. \qquad (4)$$

The total RDF is defined as the Fourier transform of the structure function.

There is a striking disagreement between the experimental x-ray diffraction and the theoretical RDFs. The position and height of the first peak more or less coincide, but it was not possible to reproduce the peak between 3.2 and 3.8 Å. Moreover the RDFs obtained from simulation display a minimum in this range. The shapes of the experimental and theoretical RDFs in the range between 4 and 5 Å are also contradictory. Figure 3 compares the O···O RDFs obtained by classical molecular dynamics and CPMD simulations. The main difference can be observed in the range of 3.2–3.8 Å, where the classical simulation is evidently unable to describe

the structural changes of bulk water as a function of solute concentration. The reason for this discrepancy is that the OH⁻ anion lifetime is short and classical *non-ab initio* force field based potentials cannot appropriately describe the interaction between the water molecule and hydroxide anion. This finding is in agreement with results published very recently by Ufimtsev *et al.*[55] They have found that the major defect of traditional point charge models is that they predict inaccurately that OH⁻ accepts predominantly five to six hydrogen bonds in aqueous solution; consequently commonly used classical PC models are unlikely to be reliably used for such purposes.

## C. Car-Parrinello simulation

Figure 4 shows the comparison of the total RDFs for each concentration obtained from CPMD simulation and diffraction experiment. It can be stated that the position and height of the first peak agree very well and the changes in the range between 3 and 5 Å are satisfactorily reproduced. Table V contains the sum of square residuals between the RDFs obtained from experiment (XD) and simulations (both classical MD and CPMD). One can observe that the agreement with CPMD simulation is better.



FIG. 4. Comparison of radial distribution functions for sodium hydroxide solutions obtained from x-ray diffraction experiments (circles) and CPMD simulations (solid line).

TABLE V. Sum of square residuals $\Sigma(\text{RDF}_{XDexp} - \text{RDF}_{simulation})^2$.

| Sample | MD/expt. | CP/expt. |
|---|---|---|
| A | 1.50 | 1.075 |
| B | 0.85 | 0.60 |
| C | 0.96 | 0.61 |
| D | 1.11 | 0.63 |
| E | 2.14 | 0.49 |

The structures of the solutions were analyzed in terms of RDF's, denoted as $g_{\alpha\beta}(r)$, for the various atom-atom pairs. The corresponding running integration numbers $n_{\alpha\beta}(r)$ are defined by

$$n_{\alpha\beta}(r) = 4\pi\rho_\beta \int_0^r g_{\alpha\beta}(r)r^2 dr. \qquad (5)$$

The value of this integral up to the first minimum $(r_{m_1})$ in $g(r)$ is equal to the number of coordinating atoms of type $\beta$ around atoms of type $\alpha$ and $\rho_\beta$ is the number density of the atoms of type $\beta$. The molecular dynamics simulation yields individual pair distribution functions for each of these interactions and thus can be applied to get an insight into the arrangement of the molecules in the solution. The RDFs of the solutions obtained from CPMD simulations are presented in Figs. 5, 9, and 12, and the characteristic values of RDFs obtained by the CPMD simulation are given in Table VI.

Figure 5 shows the Na···O RDFs. A slight decrease of the first peak can be observed in the Na···O$^w$ RDFs with increasing concentration, which is due to the decrease in the coordination number from 5.3 to 4.3. The broad peak around 4–5 Å corresponds to the second hydration sphere of the sodium ion (coordination number is equal to 6.32 for solution A), which disappears gradually with increasing concentration.



FIG. 5. Na···O partial radial distribution functions obtained from CPMD simulation. Superscripts $*$ and $w$ refer to hydroxide and water, respectively.

The upper graph in Fig. 5 shows the Na···O$^*$ RDFs. Hydroxide ions were defined by assigning each hydrogen to its nearest neighbor oxygen, meaning that, if an oxygen had only one hydrogen assigned to it, this oxygen-hydrogen pair was taken into account as a hydroxide ion. With increase in concentration, the peak height positioned at 2.5 Å increases due to the formation of contact ion pairs in the solutions. In

TABLE VI. Characteristic values for the radial distribution functions $g_{\alpha\beta}(r)$. $n_{\alpha\beta}$ is the running integration number. Atom-atom distances are given in Å.

| Bond type | Sample | $r_{max}$ | $g_{\alpha\beta}(r_{max})$ | $r_{min}$ | $n_{\alpha\beta}(r_{min})$ |
|---|---|---|---|---|---|
| Na···O$^w$ | A | 2.45 | 5.33 | 3.10 | 3.34 |
|  | B | 2.50 | 4.49 | 3.10 | 5.31 |
|  | C | 2.50 | 5.01 | 3.10 | 5.20 |
|  | D | 2.55 | 4.70 | 3.10 | 5.11 |
|  | E | 2.55 | 4.48 | 3.10 | 4.30 |
| Na···O$^*$ | C | 2.45 | 0.60 | 3.10 | 0.30 |
|  | D | 2.50 | 0.99 | 2.91 | 0.70 |
|  | E | 2.50 | 1.57 | 3.21 | 1.45 |
| O$^*$···O$^w$ | A | 2.70 | 4.10 | 3.10 | 4.92 |
|  | B | 2.70 | 3.72 | 3.10 | 4.82 |
|  | C | 2.65 | 4.10 | 3.10 | 4.79 |
|  | D | 2.65 | 4.18 | 3.10 | 4.39 |
|  | E | 2.65 | 3.78 | 3.05 | 3.33 |
| O$^w$···O$^w$ | A | 2.80 | 2.59 | 3.10 | 3.76 |
|  | B | 2.80 | 2.35 | 3.10 | 3.49 |
|  | C | 2.80 | 1.98 | 3.10 | 3.14 |
|  | D | 2.75 | 1.42 | 3.00 | 1.50 |
|  | E | 2.80 | 0.89 | 2.95 | 1.02 |

J. Chem. Phys. **128**, 044501 (2008)



FIG. 6. Fraction of sodium ions with $n$ oxygen atoms in their solvation shells at various solute concentrations.



FIG. 8. Ball and stick representation of hydration shell of the sodium ions as obtained from the Car-Parrinello simulation for the most concentrated (19.14M) NaOH solution.

solution C, the coordination number of contact ion pairs was found to be 0.3 and increases with concentration to 1.45. The second broad peak (at 4.3 Å) corresponds to solvent separated ion pairs.

It is useful to analyze the concentration dependence of the coordination number of the sodium ion. Figure 6 shows the fraction of sodium ions with $n$ oxygen (from both water and hydroxide) atoms in their solvation shells. It is worth noting that the Na···O total coordination number including oxygen atoms both from water molecules and from hydroxide ions increases from 5.34 to 5.98. This is a rather uncommon behavior because the coordination number usually decreases with solute concentration.[81] It is apparent from Fig. 6 of the statistical distribution of coordination numbers that the sodium ion is coordinated preferably by five or six oxygen atoms in all solutions. Four coordinated sodium ion appears mostly in the less concentrated solutions. Coordination numbers higher than 6 are more frequently present in more concentrated ones. In solutions D and E, the sodium ions (90%–95% of them) are coordinated by five, six, or seven oxygen atoms. The total Na···O coordination number increases with concentration most probably due to the formation of contact ion pairs in solution.

The angle distributions of the ONaO angles in the first hydration shell of the sodium ion as obtained from the CPMD simulation are shown in Fig. 7. A slight preference of octahedral orientation of the oxygen atoms in the first hydration

sphere can be observed. At higher concentrations, even this slight orientation is distorted and the angle of 60° appears in the hydration sphere, which corresponds to the close-packing arrangement of oxygen atoms around the sodium ion.

Figure 8 shows a snapshot obtained from simulation of solution E. Seven oxygen atoms coordinate the sodium ion 1, while 2, 3, and 6 are coordinated by six and 4 and 5 by five oxygen atoms, respectively. It can be observed that oxygen atoms are shared between the hydration spheres of different sodium ions, and no preferential orientation of the hydration spheres can be detected. Furthermore, sodium ions are coordinated by hydroxide anions and any uncoordinated water molecule can be observed. No second hydration shell of any sodium ion free of other sodium ions can be formed; consequently besides Na–O–OH⁻, Na–O–Na-type solvent separated ion pairs are also present in the solution. Therefore, according to these calculations, the most concentrated NaOH solution has a peculiar, very compact structure.

Figure 9 shows the oxygen-oxygen RDFs. The first peak of $O^w$···$O^w$ RDFs at 2.80 Å decreases significantly with increasing concentration and, simultaneously, the second peak at 4.4 Å gradually shifted toward shorter distances (3.6 Å). This effect clearly indicates loss of the tetrahedral coordination of water in the concentrated solutions, which is in agreement with x-ray diffraction results and earlier findings from other studies.[31–35,64]

Further information can be drawn for hydrogen bonding structure of water from oxygen-hydrogen RDFs, obtained from CPMD simulation, shown in Fig. 10. In $O^w$–$H^w$ $g(r)$, the first peak about 1 Å represents the bonding distances within a water molecule, and the other peak at 1.7 Å is that of the hydrogen bond distance between two water molecules. Figure 10 clearly demonstrates that the intramolecular $O^w$–$H^w$ distance does not change from solution A to E, but the peak height of intermolecular $O^w$–$H^w$ at 1.7 Å gradually decreases. This is a sign of breaking up of water structure with increasing concentration.

Figures 11 and 12 show the spatial distribution of the



FIG. 7. Angle distribution of the ONaO angle in the first hydration shell of the sodium ion obtained from Car-Parrinello simulation.

044501-9    The structure of aqueous NaOH    J. Chem. Phys. 128, 044501 (2008)



FIG. 9. O···O partial radial distribution functions obtained from CPMD simulation. Superscripts * and w refer to hydroxide and water, respectively.

water neighbor molecules in the first and in between the first and the second hydration shell around a central water molecule. The tetrahedral coordination of liquid water diminishes as the concentration increases. The slight tetrahedral orientation of the second shell completely disappears and a new type of orientation of water molecules builds up, which is a consequence of the complete rearrangement of the water molecules in the first hydration shell of the sodium ion.

The first peak of $O^* \cdots O^w$ RDFs is centered around



FIG. 10. O–H partial radial distribution functions obtained from CPMD simulation. Superscripts * and w refer to hydroxide and water, respectively.



FIG. 11. The spatial distribution of the nearest neighbors around a central water molecule when $2.4 \text{ Å} < O^w \cdots O^w < 3.2 \text{ Å}$.

2.65 Å and it moves to shorter distances relative to pure water, which reflects the strong interactions between the hydroxide ions and water. The solution environment around OH⁻ also depends on the concentration.

We have analyzed the concentration dependence of the coordination numbers of the hydroxide ion. Figure 13 shows the fraction of hydroxide ions with $n$ oxygen [from water as a hydrogen donor, Fig. 13(a), and acceptor, Fig. 13(b)] atoms in their solvation shells. The $O^* \cdots O^w$ total coordination numbers are in good agreement with those found from x-ray diffraction measurements and decrease continuously from 4.92 to 3.33. The drastic change in the coordination number at the highest concentration is due to the sodium-hydroxide and hydroxide-hydroxide ion pair formation. From Fig. 12(a), it is revealed that two to six water molecules, bound by the oxygen atom of the hydroxide ion, coordinate the hydroxide ion preferably. In lower concentrated solutions (samples A B to C), most probably, four or five water molecules are coordinated to the hydroxide ion. At higher concentrations (samples D and E), two to four water molecules coordinate the hydroxide ion. Two coordinated hydroxide ion appears mostly in the highest concentrated solutions. From Fig. 12(b) one can observe that at all concentrations, the hydroxide ion is hydrated via its hydrogen atom as well. Obviously the fraction of such hydroxide ions decreases from 75% to 50% with increase in concentration. These results and the coordination numbers obtained are in accordance with earlier findings from *ab initio* molecular



FIG. 12. The spatial distribution of the neighbors around a central water molecule when $3.2 \text{ Å} < O^w \cdots O^w < 4.0 \text{ Å}$.

J. Chem. Phys. **128**, 044501 (2008)



FIG. 13. Fraction of hydroxide ions with $n$ water molecules in their solvation shells bounded by the oxygen atom (a) and by the hydrogen atom (b) of the hydroxide ion at various solute concentrations.



FIG. 14. Total radial distribution and contribution of different interactions to the total radial distribution functions obtained from CPMD simulation.

dynamics[28] and supported by neutron diffraction experiments,[33] namely, that the OH$^-$ ion coordinates three to four water molecules in its hydration shell through strong hydrogen bonds with its oxygen and another water molecule lies in the vicinity of its hydrogen (hypercoordinated hydroxide ion).

For O$^*$–H$^w$, the first peak position slightly shifted down to 1.7 Å, but the peak height is independent of the concentration. This means that the hydrogen bonds between the hydroxide group and water molecules are strengthened by the increasing concentration, but their geometrical structure remains practically unaffected. A little more confusing is the change in O$^w$–H$^*$ RDFs. It supports again the idea that by increasing concentration, a more pronounced structure is developed, but while a visible difference appears already between solutions A and B to E around 2.8 Å, the building up of bonds between O$^w$–H$^*$ at 1.7 Å appears at somewhat higher concentrations, between solutions C and D. The building up of hydrogen bonds with increasing the hydroxide concentration was already mentioned in earlier conductometric studies.[82] Nevertheless, the qualitative statement that increasing concentration builds up the hydrogen bonds between water and anion remains valid.

Finally a remark should be made for neutron diffraction data of these solutions, since neutron diffraction experi-

ments, when available, are very useful tools in clarifying solvation structures. Figure 14 shows the contributions of each interaction to the total intermolecular RDF, obtained from CPMD simulation and calculated for neutron diffraction data in the case of solutions B and D, respectively. Unfortunately the total RDF cannot be compared to neutron diffraction experimental data because it is usually not published in the literature and to compose it from its experimental partials is also not possible due to lack of some contributions. For CPMD simulations, however, the total RDF can be constructed. It can be observed that almost 90% of contributions to the total intermolecular RDF are given by the O–D and D–D interactions and, therefore, there is no real chance to resolve the sodium ion's solvation structure. Just a small evolvement in Na···O peak at about 2.5 Å is observable. However, the hydroxide ion solvation can be interpreted successfully from O–D and D–D peak changes. A small enhancement can be observed for the peak at 1.7 Å and a decrease for the peak at 2.8 Å, evidencing increasing hydrogen bonds between anions and water with decreasing water structure. This result is in agreement with those found from present x-ray diffraction and CPMD study.

## V. CONCLUSIONS

This is the first time when such a systematic work has been performed for NaOH solution of high concentration using x-ray diffraction. The results of diffraction experiments were compared to MD and CPMD simulations in order to obtain a more reliable picture of the structure of the liquids. Besides, the limitations of the methods applied are discussed.

The most important conclusion is that traditional, *non-ab initio*, force field based molecular dynamics simulation—a method with general success in reproducing experimental results and even supplying more detailed analysis of systems

that experiments may perform—fails to reproduce the experimental data correctly in the present case. This is clearly due to the deficiency of the effective intramolecular potentials applied. On the contrary, the CPMD performs better. The agreement between the RDF obtained by x-ray diffraction and the theoretical RDF is fairly good, meaning that the average picture of the structure of sodium hydroxide solutions obtained by CPMD simulation is confirmed by x-ray diffraction. The more detailed analysis of the partial RDFs casts a comprehensive and convincing picture about both sodium and hydroxide ion solvations. The concentration effect of decreasing coordination numbers around sodium ions by increasing concentration is proven and even more, a building up of sodium hydroxide ion pairs is demonstrated and supported by CPMD simulation study. The hydroxide ion hydration is examined as well and, to the best of our knowledge, this is the first time when hypercoordination of hydroxide ions is supported by a joint x-ray diffraction and molecular dynamics simulation study.

Beyond the description of the solvation structure of ions, a detailed analysis of the disruption of "bulk" water structure could also be given—an often neglected area of studies. Qualitative conclusions seem to be evident (hydrogen bonds of $O^w \cdots O^w$ types are breaking up and those of $O^w - H^*$ types are building up) but a more quantitative conclusion about the down shifts in peak positions also evidences the same phenomenon. The success of CPMD simulation is very useful because we have the hope of accessing more information about hydroxide ion behavior in other types of solutions in the future.

## ACKNOWLEDGMENTS

This research was supported by project NAP VE-NEUS05 OMFB-00650/2005 and project Hungarian Scientific Research Fund (OTKA) 73060. The authors wish to thank Michael Probst for valuable discussions and computer support. Computer resources were provided partly by University of Innsbruck on Altix 350 cluster and NIIF supercomputing center at Hungarian Academy of Sciences.

[1] R. W. Gurney, *Ionic Processes in Solution* (Dover, New York, 1953).

[2] C. R. Cantor and P. R. Schimmel, *Biophysical Chemistry* (Freeman, New York, 1980).

[3] K. D. Collins and M. W. Washabaugh, Q. Rev. Biophys. **18**, 323 (1985).

[4] H. Ohtaki and T. Radnai, Chem. Rev. (Washington, D.C.) **93**, 1157 (1993).

[5] G. Pálinkás, T. Radnai, and F. Hajdu, Z. Naturforsch. A **35a**, 107 (1980).

[6] N. Ohtomo and K. Arakawa, Bull. Chem. Soc. Jpn. **53**, 1789 (1980).

[7] M. Maeda and H. Ohtaki, Bull. Chem. Soc. Jpn. **48**, 3755 (1975).

[8] R. Caminiti, G. Licheri, G. Paschina, G. Piccalugga, and G. Pinna, J. Chem. Phys. **72**, 4522 (1980).

[9] Y. Kameda, K. Sugawara, T. Usuki, and O. Uemura, Bull. Chem. Soc. Jpn. **71**, 2769 (1998).

[10] G. Jancsó, K. Heinzinger, and P. Bopp, Z. Naturforsch. Teil A **40**, 1235 (1985).

[11] M. G. Schwendinger and B. M. Rode, Chem. Phys. Lett. **155**, 527 (1989).

[12] S. Bouzazi, S. Nasr, N. Jaidane, and M. C. Bellisent-Funel, J. Phys. Chem. B **110**, 23515 (2006).

[13] G. W. Brady and J. T. Krause, J. Chem. Phys. **27**, 304 (1957).

[14] G. W. Brady, J. Chem. Phys. **28**, 464 (1958).

[15] T. Radnai, P. M. May, G. T. Hefter, and P. Sipos, J. Phys. Chem. A **102**, 7841 (1998).

[16] P. Sipos, I. Bódi, P. M. May, and G. T. Hefter, in *Progress in Coordination and Organometallic Chemistry*, edited by G. Ondrejovicz and A. Sirota (Slovak Technical University, Bratislava, 1997), Vol. 3, pp. 303–307.

[17] P. Sipos, M. Schibeci, G. Peintler, P. M. May, and G. T. Hefter, J. Chem. Soc. Dalton Trans. **2006**, 1858.

[18] N. Agmon, Chem. Phys. Lett. **319**, 247 (2000).

[19] H. Z. Danneel, Z. Elektrochem. Angew. Phys. Chem. **16**, 249 (1905).

[20] E. Z. Hückel, Z. Elektrochem. Angew. Phys. Chem. **34**, 546 (1928).

[21] M. Meot-Ner and C. V. Speller, J. Phys. Chem. **90**, 6616 (1986).

[22] T. Corridoni, A. Sodo, F. Bruni, M. A. Ricci, and M. Nardone, Chem. Phys. **336**, 183 (2007).

[23] H. K. Nienhuys, A. J. Lock, R. A. van Santen, and H. J. Bakker, J. Chem. Phys. **117**, 8027 (2002).

[24] P. N. Zatsepina, J. Struct. Chem. **12**, 894 (1971).

[25] D. Schiöberg and G. J. Zundel, J. Chem. Soc., Faraday Trans. 2 **69**, 771 (1973).

[26] Y. Amo and Y. Tominaga, J. Raman Spectrosc. **31**, 547 (2000).

[27] M. Smiechowski and J. Stangret, J. Phys. Chem. A **111**, 2889 (2007).

[28] M. E. Tuckermann, D. Marx, and M. Parrinello, Nature (London) **417**, 925 (2002).

[29] R. Buchner, G. Hefter, P. M. May, and P. Sipos, J. Phys. Chem. B **103**, 11186 (1999).

[30] C. D. Cappa, J. D. Smith, B. M. Messer, R. C. Cohen, and R. J. Saykally, J. Phys. Chem. A **111**, 4776 (2007).

[31] F. Bruni, M. A. Ricci, and A. K. Soper, J. Chem. Phys. **114**, 8056 (2001).

[32] A. Botti, F. Bruni, S. Imberti, M. A. Ricci, and A. K. Soper, J. Chem. Phys. **119**, 5001 (2003).

[33] A. Botti, F. Bruni, S. Imberti, M. A. Ricci, and A. K. Soper, J. Chem. Phys. **120**, 10154 (2004).

[34] S. Imberti, A. Botti, F. Bruni, C. D. Cappa, M. A. Ricci, and A. K. Soper, J. Chem. Phys. **122**, 194509 (2005).

[35] S. E. McLain, S. Imberti, A. K. Soper, A. Botti, F. Bruni, and M. A. Ricci, Phys. Rev. B **74**, 094201 (2006).

[36] D. Feller, E. D. Glendening, D. E. Woon, and M. W. Feyereisen, J. Chem. Phys. **103**, 3526 (1995).

[37] G. N. Merrill, S. P. Webb, and D. B. Bivin, J. Phys. Chem. A **107**, 387 (2003).

[38] H. M. Lee, P. Tarakeshwar, J. Park, M. R. Kolaski, Y. J. Yoon, H.-B. Yi, W. Y. Kim, and K. S. Kim, J. Phys. Chem. A **108**, 2949 (2004).

[39] S. Xantheas, J. Am. Chem. Soc. **117**, 10373 (1995).

[40] J. J. Novoa, F. Mota, C. P. del Valle, and M. Planas, J. Phys. Chem. A **101**, 7842 (1997).

[41] M. Masamura, J. Mol. Struct.: THEOCHEM **498**, 87 (2000).

[42] A. Veerman, H. M. Lee, and K. S. Kim, J. Chem. Phys. **123**, 084321 (2005).

[43] D. Asthagiri, L. R. Pratt, J. D. Kress, and M. A. Gomez, Chem. Phys. Lett. **380**, 530 (2004).

[44] A. Kumar, M. Park, J. Y. Huh, H. M. Lee, and K. S. Kim, J. Phys. Chem. A **110**, 12484 (2006).

[45] C. Pak, H. M. Lee, J. C. Kim, D. Kim, and K. S. Kim, Struct. Chem. **16**, 187 (2005).

[46] M. Tanaka and M. Aida, J. Solution Chem. **33**, 887 (2004).

[47] A. Tongraar, K. R. Liedl, and B. M. Rode, J. Phys. Chem. A **102**, 10340 (1998).

[48] A. Tongraar and B. M. Rode, Chem. Phys. Lett. **385**, 378 (2004).

[49] S. B. Rempe and L. R. Pratt, Fluid Phase Equilib. **183–184**, 121 (2001).

[50] T. Ikeda, M. Boero, and K. Terakura, J. Chem. Phys. **126**, 034501 (2007).

[51] J. R. Pliego and J. M. Riveros, J. Phys. Chem. B **104**, 5155 (2000).

[52] E. Brodskaya, A. P. Lyubartsev, and A. Laaksonen, J. Phys. Chem. B **106**, 6479 (2002).

[53] R. Zangi and J. B. F. N. Engberts, J. Am. Chem. Soc. **127**, 2272 (2005).

[54] M. Mucha, T. Frigato, L. M. Levering, H. C. Allen, D. J. Tobias, L. X. Dang, and P. Jungwirth, J. Phys. Chem. B **109**, 7616 (2005).

[55] I. S. Ufimtsev, A. G. Kalinichev, T. J. Martinez, and R. J. Kirkpatrick, Chem. Phys. Lett. **442**, 128 (2007).

[56] M. E. Tuckerman, K. Laasonen, M. Sprik, and M. Parrinello, J. Chem. Phys. **103**, 150 (1995).

[57] M. E. Tuckerman, K. Laasonen, M. Sprik, and M. Parrinello, J. Phys. Chem. **99**, 5749 (1995).

[58] D. Asthagiri, L. R. Pratt, J. D. Kress, and M. A. Gomez, Proc. Natl. Acad. Sci. U.S.A. **101**, 7229 (2004).

[59] R. Ludwig, Angew. Chem., Int. Ed. **42**, 258 (2003).

J. Chem. Phys. **128**, 044501 (2008)

[60] M. E. Tuckerman, A. Chandra, and D. Marx, Acc. Chem. Res. **39**, 151 (2006).

[61] A. Chandra, M. E. Tuckerman, and D. Marx, Phys. Rev. Lett. **99**, 145905 (2007).

[62] D. Marx, ChemPhysChem **7**, 1848 (2006).

[63] M. Zapalowski and W. M. Bartzak, Comput. Chem. (Oxford) **24**, 459 (2000).

[64] B. Chen, J. M. Park, I. Ivanov, G. Tabacchi, M. L. Klein, and M. Parrinello, J. Am. Chem. Soc. **124**, 8534 (2002).

[65] B. Chen, I. Ivanov, J. M. Park, M. Parrinello, and M. L. Klein, J. Phys. Chem. B **106**, 12006 (2002).

[66] Z. Zhu and M. E. Tuckermann, J. Phys. Chem. **106**, 8009 (2002).

[67] P. Sipos, P. M. May, and G. T. Hefter, Analyst (Cambridge, U.K.) **125**, 955 (2000).

[68] T. Megyes, I. Bakó, S. Bálint, T. Grósz, and T. Radnai, J. Mol. Liq. **129**, 63 (2006); T. Megyes, S. Bálint, I. Bakó, T. Grósz, T. Radnai, and G. Pálinkás, Chem. Phys. **327**, 415 (2006).

[69] K. Krogh-Moe, Acta Crystallogr. **2**, 951 (1956); D. T. Cromer and J. T. Waber, *ibid.* **18**, 104 (1965).

[70] *International Tables for X-ray Crystallography* (Kynoch, Birmingham, 1974), Vol. 4.

[71] H. A. Levy, M. D. Danforth, and A. H. Narten, Oak Ridge National Laboratory Report No. ORNL 3960, 1966.

[72] H. J. C. Berendsen, J. R. Grigera, and T. P. Straatsma, J. Phys. Chem. **91**, 6269 (1987).

[73] W. L. Jorgensen, D. S. Maxwell, and J. Tirado-Rives, J. Am. Chem. Soc. **118**, 11225 (1996).

[74] W. Smith and T. Forester, DL_POLY, a package of molecular simulation routines, CCLRC, Daresbury Laboratory, Daresbury, Nr. Warrington, 1996.

[75] CPMD, Copyright IBM Corp. 1990–2001, Copyright MPI für Festkorperforschung Stuttgart 1997–2001.

[76] A. D. Becke, Phys. Rev. A **38**, 3098 (1988).

[77] C. Lee, W. Yang, and R. G. Parr, Phys. Rev. B **37**, 785 (1988).

[78] M. J. Frisch, G. W. Trucks, H. B. Schlegel, G. E. Scuseria, M. A. Robb, J. R. Cheeseman, J. A. Montgomery, Jr., T. Vreven, K. N. Kudin, J. C. Burant, J. M. Millam, S. S. Iyengar, J. Tomasi, V. Barone, B. Mennucci, M. Cossi, G. Scalmani, N. Rega, G. A. Petersson, H. Nakatsuji, M. Hada, M. Ehara, K. Toyota, R. Fukuda, J. Hasegawa, M. Ishida, T. Nakajima, Y. Honda, O. Kitao, H. Nakai, M. Klene, X. Li, J. E. Knox, H. P. Hratchian, J. B. Cross, C. Adamo, J. Jaramillo, R. Gomperts, R. E. Stratmann, O. Yazyev, A. J. Austin, R. Cammi, C. Pomelli, J. W. Ochterski, P. Y. Ayala, K. Morokuma, G. A. Voth, P. Salvador, J. J. Dannenberg, V. G. Zakrzewski, S. Dapprich, A. D. Daniels, M. C. Strain, O. Farkas, D. K. Malick, A. D. Rabuck, K. Raghavachari, J. B. Foresman, J. V. Ortiz, Q. Cui, A. G. Baboul, S. Clifford, J. Cioslowski, B. B. Stefanov, G. Liu, A. Liashenko, P. Piskorz, I. Komaromi, R. L. Martin, D. J. Fox, T. Keith, M. A. Al-Laham, C. Y. Peng, A. Nanayakkara, M. Challacombe, P. M. W. Gill, B. Johnson, W. Chen, M. W. Wong, C. Gonzalez, and J. A. Pople, GAUSSIAN 03, Revision B.05, Gaussian, Inc., Pittsburgh, PA, 2003.

[79] S. Boys and F. Bernandi, Mol. Phys. **19**, 553 (1970).

[80] A. H. Narten and H. A. Levy, J. Chem. Phys. **55**, 2263 (1971).

[81] T. Megyes, T. Grósz, T. Radnai, I. Bakó, and G. Pálinkás, J. Phys. Chem. A **108**, 7261 (2004); T. Megyes, T. Radnai, T. Grósz, and G. Pálinkás, J. Mol. Liq. **101**, 1 (2002).

[82] Á. Buvári-Barcza, M. Rózsahegyi, and L. Barcza, J. Mater. Chem. **8**, 451 (1998).

# **Exhibit 10**



Search text, DOI, authors, etc.    Advanced Search

# Is Salt Melting When It Dissolves in Water?

Alan Goodwin

**View Author Information** ∨

 |    **Access Through Your Institution**    |    **Other Access Options**

## Abstract

This paper explores the terms melting and dissolving as applied to a variety of pure substances and mixtures, including water, salt solutions, and alloys. Even though the two terms are usually strongly differentiated in elementary science teaching, it is concluded that the two processes are essentially the same as soon as the ideas are extended to systems containing more than one component. By definition, the extension to two components has already been done when solutions are considered. Both melting and dissolving involve transition between the solid and liquid states and are controlled by analogous thermodynamic and kinetic principles. It is suggested that very strong differentiation between the terms is unnecessary and potentially damaging. In elementary science learning, signaling that "salt melting into water is a totally wrong concept" may erect a barrier to subsequent chemistry learning.

There are many parallels to this dilemma in making strong differentiation between classifications throughout the learning and teaching of chemistry. Other examples include solute and solvent, and physical and chemical changes. Seeking an appropriate balance between certainty and flexibility seems to be important for current learning in chemistry and, at the same time, facilitating more sophisticated learning in the future. A feature of this paper is the continuing development of the author's understanding of melting and dissolving, a process that is clearly not yet complete.

# **Exhibit 11**

Ellery, professor of chemistry and chairman of the faculty of Union College at the chemical laboratory, papers will be presented. The visitors will then go to Troy and will inspect the new aeronautical, chemical and metallurgical engineering laboratory of Rensselaer Polytechnic Institute. An informal dinner will be held at 7:00 P. M. at which the president of the institute, Dr. William O. Hotchkiss, will greet the visitors. At 8:30 P. M. Dr. C. E. K. Mees, of the research department of the Eastman Kodak Company, will give an illustrated lecture on "Color Photography and the Kodachrome Process." Saturday morning will be given over to the presentation of papers at the Walker Chemical Laboratory.

In order to have as its guest and principal speaker Dr. Robert A. Millikan, of the California Institute of Technology, the annual meeting of the U. S. Institute for Textile Research will be postponed from November 7 to November 14, but will be held as originally planned at the Waldorf-Astoria, New York, N. Y. To celebrate the end of its fifth year, and to honor Dr. Millikan, the institute will give a dinner that evening at which President Francis P. Garvan, who is also president of the Chemical Foundation, will act as toastmaster. Another feature of the dinner will be reports of several applications of scientific textile research in the mills by technicians responsible for them. Dr. J. R. Katz, director of the institute's warp sizing research, now in progress at the Massachusetts Institute of Technology, will also speak. The regular annual meeting and meeting of the board of directors will be held in the morning. In the afternoon the Research Council will hold an open conference on the subject of creping of regenerated rayon and acetate fabrics, to which all who are interested are invited.

# DISCUSSION

## THE SOLUTE AS LIQUID

One of van't Hoff's great achievements was the proof that in dilute solutions a dissolved substance behaves in some respects like an ideal gas. A corollary, not drawn by van't Hoff, was to consider the solute as in all respects like a gas. Nernst[1] stated that a third substance, added in small amounts, has no more effect on the solubility than a gas will have on the partial pressure of a solid. This is not true experimentally, because any addition of alcohol to a saturated solution of sugar or sodium chloride will cause a decrease in solubility.[2] There is no need of speaking of a change in thermodynamic environment.

If we start with ether and methyl alcohol, the alcohol is called a gas and the ether a liquid at all concentrations if one has a rubber diaphragm, while the ether will be called a gas and the alcohol a liquid at all concentrations if one uses an animal bladder membrane. On the other hand, one of the criteria of two ideal liquids, benzene and toluene at 35°, is that the two shall mix without volume expansion or contraction. So far as volume relations are concerned, neither liquid behaves as a gas at any concentration.

This has been recognized by Lumsden,[3] who stated that a binary, non-aqueous solution is a mixture of two liquids. He excluded aqueous solutions because of difficulties in connection with ionization, hydration, etc. While these present problems experimentally, they do not affect the general principles. Putting Lumsden's concept in a broader form, all liquid solutions are mixtures of liquids, regardless whether any or all of the pure components are solids, liquids, vapors or gases at the temperature of the experiment. As such, all the components will show some of the properties of liquids.

If either component of a binary solution may act in some respects as a liquid and in other respects as a gas, we must clear up the apparent discrepancy. That is merely a question of wording. Instead of saying that at low concentrations the solute behaves more or less like an ideal gas so far as osmotic pressure relations are concerned, we say that at low concentrations a solute (present as liquid) or a suspended particle (present as solid, liquid or gas) behaves more or less like an ideal gas so far as osmotic pressure is concerned. This includes both the van't Hoff generalization and also the Einstein[4] generalization that suspended particles behave like an ideal gas when the sol is dilute.

Perrin[5] speaks of gamboge granules large enough to be visible in sunlight under a strong lens as behaving like an ideal gas with a molecular weight of two hundred thousand tons. Nobody supposes that these gamboge particles are gases or that the crystals of gold in a red gold sol are not solid. When we call a solute a gas, it is a purely metaphysical gas.

Some interesting consequences follow. A fused salt is a liquid. If the fused salt is considered to be completely dissociated, the ions must be liquids at the temperature in question. If the fused salt is not completely dissociated, the ions must either be liquids or

[1] Nernst, "Theoretische Chemie," 386, 1893; Nernst-Codd, "Theoretical Chemistry," 564, 1923.
[2] Lash Miller, *Jour. Phys. Chem.,* 1: 633, 1897.
[3] Lumsden, *Jour. Chem. Soc.,* 91: 24, 1907.

[4] Einstein, *Ann. Physik,* (4) 17: 549, 1905; 19: 280, 371, 1906.
[5] Perrin, "Brownian Movement and Molecular Reality," 46, 1910.

This material may be protected by Copyright law (Title 17 U.S. Code)

they must be gases dissolved in the liquid, undissociated salt. Owing to the practically complete absence of salt ions in the vapor phase under ordinary conditions, it is improbable that the ions of a fused salt are to be considered as dissolved gases. We conclude, therefore, that a fused salt consists of liquid ions and an unknown amount of liquid undissociated salt. As liquids, the two ions and the undissociated salt singly must have solvent or precipitating action, and this action must be selective. With sodium nitrate, potassium nitrate and lithium nitrate, each salt lowers the freezing point of either of the others.

In aqueous solutions of two salts with a common ion, we have, theoretically at least, a decrease of solubility, on account of the precipitating action of the common ion and an increase in the solubility due to the mutual solvent action of the two salts. If one of the salts is sparingly soluble, the solvent action of the other will be negligible in low concentrations and the precipitating effect of the common ion will be practically the whole thing.

There is no evidence of a complex salt between sodium and potassium nitrate; but potassium nitrate is more soluble in a sodium nitrate solution than in pure water. This is probably due to solvent action by liquid sodium nitrate and its liquid ions, anhydrous or hydrated as the case may be. One can predict that, at high enough temperatures, all the isotherms for water and two salts with a common ion, forming no other solid phases than these two pure salts, will be concave to the water corner of the triangular diagram, instead of being convex, as most of them now are.

If a sparingly soluble salt behaves like a dissociating gas, the concentration of the undissociated portion in a saturated solution should be constant, irrespective of the addition of another salt with a common ion. Arrhenius[6] showed that addition of sodium monochloracetate to a saturated solution of silver monochloracetate forced the total solubility of the silver salt below the calculated concentration of the undissociated silver salt in water. Similar results were obtained with silver propionate and butyrate and the corresponding sodium salts. We do not yet know why this should be; but we know now that the belief that the concentration of the undissociated portion of the silver salt must remain constant was based on the false assumption that the solute must behave in all respects like a gas.

When solid benzene dissolves in liquid toluene at −20°, we do not postulate solvation. We merely say that benzene is soluble in toluene—as it is. When sodium nitrate dissolves in nearly pure nitric acid, sodium acetate in pure acetic acid or lead sulfate in

pure sulfuric acid, we do not postulate solvation, though it may occur. We say that these substances are soluble in these liquids, just as we say that sodium chloride or sugar is soluble in water. If we start with a saturated solution of lead sulfate in water and add sulfuric acid continuously, there is at first a decrease in solubility owing to the presence of a common ion, and then an increase in solubility.[7] One should say that lead sulfate is soluble in sulfuric acid and is precipitated by water. There is a minimum solubility for lead chloride and hydrochloric acid, calcium sulfate and sulfuric acid, fluorides and hydrofluoric acid, and doubtless in many other cases.

Schukow[8] showed that potassium chloride and sodium chloride increase the solubility of sugar in water, but nobody knows whether this means that sodium and potassium chlorides are soluble in melted sugar.

The general results of this paper are:

(1) All liquid solutions are mixtures of liquids, regardless whether any or all of the pure components are solids, liquids, vapors or gases at the temperature of the experiment.

(2) The ions in a fused salt or in a solution are present as liquids and may exert a precipitating or solvent action.

(3) In low concentration a dissolved liquid or a suspended particle will behave in some respects like a gas. This postulate reconciles the conclusion of van't Hoff on true solutions and of Einstein on sols with the fact that true solutions are mixtures of liquids, showing in some cases the properties of liquids, and with the fact that the dispersed phase in a sol is rarely a gas.

(4) While it is customary and profitable in physical chemistry to treat the solute thermodynamically as a gas under certain circumstances, it is actually a liquid and is a gas only in a metaphysical sense. It is then not preposterous to say that the osmotic pressure may be that of a gas in a volume into which the liquid solute could not possibly be compressed.

(5) When dealing with the effect of one salt on the solubility of another salt, it is not safe to ignore the direct or indirect solvent or precipitating effect of the third ion or the undissociated salt on the solubility of the second salt.

WILDER D. BANCROFT
CORNELL UNIVERSITY

## ON THE FORMATION OF LAKE BALLS

UNDER this heading in SCIENCE for August 30, A. G. Huntsman describes certain balls obtained by Dr. H.

---

[6] Arrhenius, *Z. physik. Chem.*, 31: 225, 1899.

[7] Ditz and Kanhäuser, *Z. anorg. allgem. Chem.*, 98: 128, 1916.
[8] Schukow, *Z. Vereins deutsch. Zucker-Industrie*, 50: 291, 1900.

# Exhibit 15

This material may be protected by Copyright law (Title 17 U.S. Code)

# SOLUTION IN A DISSOLVED SOLID

CHARLES L. PARSONS

It was shown in the preceding paper that when beryllium hydroxid dissolves in a solution of one of its normal salts no evidence of any molecular complex or colloidal condition could be obtained, and it was proposed as a solution of the problem that the dissolved beryllium salt acted as a solvent for the beryllium hydroxid in exactly the same manner that acetic acid dissolved in water will dissolve camphor which is itself insoluble in water. It was stated that the two cases were perfectly analogous in their physical chemical behavior, and since no assumption of complexes was necessary in the one case none was necessary in the other. It is the purpose of this paper to study in some detail ternary mixtures in which the solute is itself insoluble or but slightly soluble in that one of the mixed solvents which first separates as a solid phase on cooling. There can be no question that the study could well be made to include the whole field of ternary mixtures and that much light would be thrown upon some obscure questions by so doing, but it is without the province of the present paper or its author to enter into the broader subject.

Two facts should be stated: First, there has been for some time in the literature of chemistry a clearly defined principle, apparently unnoticed by most writers, which will explain many of the seeming discrepancies of the dissociation theory without the assumption of complex molecules. Second, a dissolved solid itself frequently acts as a solvent or, if one prefers so to view it, alters the nature of the liquid in which it dissolves, the resultant solution becoming a true solvent with an entirely different freezing-point which is *raised* in the particular case under consideration. It may be, however, variously affected according to the solubility relations which the three components of the ternary mixture bear to each

660                    *Charles L. Parsons*

other.   Unfortunately the effect must, for the present at least, remain qualitative only.

The teacher of modern physical chemistry has many seeming discrepancies among the results of experiment to explain, or to pass over as unexplainable in the present condition of the science, and in no branch of his efforts is he more handicapped than in a critical study of the theory of electrolytic dissociation.   The bright student, who is told that a molecule of an undissociated substance lowers the freezing-point of water $1.86°$ but that if the freezing-point actually found happens to be too high it is caused by the molecules forming a smaller number of complexes, while if it is too low, it is explained by partial or complete dissociation into ions, while if altogether too low for this to apply it is due to the molecules removing water from the solution to form hydrates and thus diminishing the mass of the solvent, finds himself in the same state of mind that the modern scientist views the ancient "quintessence," although that principle, since it conveniently explained everything, was sufficient for the philosophy of an Aristotle.

Anything, therefore, which serves to remove the necessity for such supposition is to be welcomed, and while the present writer by no means doubts the existence of complex molecules he believes they have many times been assumed to exist where the facts are quite the opposite and that a logical explanation without the necessity of the assumption will help rather than injure the theory of electrolytic dissociation.

In the literature we find many instances where the freezing-point has appeared abnormally high and where consequently complex molecules have been assumed; we also find[1] a perfectly logical and irrefutable qualitative explanation of such facts without any such assumption, although no application is pointed out.

R. Mihaly[2] finds that water exerts great influence on the freezing-point of a mixture of benzene and alcohol and that the

---

[1] Miller: Jour. Phys. Chem., **1,** 634 (1897).

[2] Zeit. phys. Chem., 24, 13 (1897).

addition of successive amounts of water *raises* the freezing-point continuously to the point where the whole separates as two liquid layers. The results are ascribed to the formation of the complex $9C_2H_5OH.3H_2O$ which, on dilution, breaks down conveniently into $6C_2H_5OH.2H_2O$ and $3C_2H_5OH.H_2O$ as becomes necessary to satisfy the particular freezing point obtained. Mihaly finds similar results when water is added to a mixed solution of benzene and phenol and here the complex is supposed to be $2C_6H_5OH.H_2O$ which, upon dilution, dissociates into water and phenol, but even then the supposition does not fully explain the abnormal freezing point. Quite comparable results are also obtained by the addition of water to a mixture of benzene and acetic acid and also Mihaly states that when glycerine, lactic acid or other material was used which was soluble in the dissolved liquid but insoluble in benzene, perfectly analogous results were obtained and considers the result due to complex molecules.

LeBlanc and Noyes[1] find that lead nitrate added to a solution of potassium nitrate does not lower the freezing-point so much as when added to solutions of sodium nitrate and that its solubility in water is greatly increased by the addition of potassium nitrate. It is assumed that double salts must be formed. Working with $HgCl_2$ in aqueous hydrochloric acid like results were obtained, and it was concluded that all the $HgCl_2$ and HCl is combined as the double salt, $HgCl_2.2HCl$, which breaks up on dilution. If NaCl or KCl were substituted for the HCl, like effects were noticed, and in each case the solubility of the $HgCl_2$ is notably increased over that in pure water.

LeBlanc and Noyes also made a study of the effect of iodine upon a solution of potassium iodide and of silver cyanide upon a solution of potassium cyanide and in both instances found that the freezing-point was *raised* by the addition of the solute. In the case of potassium iodide the reason assigned was the formation of $KI_3$ and they also con-

---

[1] Zeit. phys. Chem. **6**, 386 (1890).

*Charles L. Parsons*

cluded that the amount of free iodine present must be very small and no greater than its solubility in pure water. With potassium cyanide the formation of $KAgCN_2$ was not sufficient to satisfy the results and the explanation was offered that AgCN was added in stages to $3KCN$, forming the complexes $K_3Ag(CN)_4$, $K_3Ag_2(CN)_5$ and $K_3Ag_3(CN)_6$. LeBlanc and Noyes also studied the conductivity of most of the mixtures and the conductivity decreased in each case, a result in accord with the assumption of a smaller number of molecules being formed.

Waddell[1] shows that salicylic acid added to a mixture of acetone and water raises the freezing-point of the solution and that the same result is obtained if phenol, paranitrophenol or hydroquinone is the solute. He makes no assumption of complexes being formed as he expected these results from a study of McIntosh's generalization[2] that the "addition of a substance to a binary solution in equilibrium with a solid phase raises the freezing-point if the substance added be non-miscible with the component appearing as solid phase." McIntosh studied the addition of water to a mixture of benzene and methyl alcohol, and to a mixture of benzene and ethyl alcohol and found that the freezing-point was raised in each case. He also found that the further addition of cupric chloride, which is insoluble in benzene, to these solutions caused a further rise in the freezing-point.

The whole matter has been beautifully cleared up mathematically by Miller,[3] who, starting with a theorem of Gibbs, shows thermodynamically that in all such solutions as those so far cited the freezing-point must rise. According to Miller this becomes apparent since Gibbs has shown the connection between the potentials of the various components of a liquid or solid phase and their vapor tension,[4] and Guldberg[5] has

---

[1] Jour. Phys. Chem., **3**, 160 (1899).
[2] Ibid., **1**, 492 (1897).
[3] Ibid., **1**, 634 (1897).
[4] Gibbs, p. 225.
[5] Comptes rendus, **70**, 1349 (1870).

shown the relation between vapor tension and freezing-point, and van't Hoff[1] has shown the relation between vapor tension and osmotic pressure. Miller completes the chain by showing that the potential is a function of the solubility and that if a solution of a substance S be prepared of equal concentration in different solvents, the potential will be greatest for that solution which is nearest saturated; or the greater the solubility in any solvent the less the potential for any given concentration. Therefore, when to a solution of S in a liquid mixture of A and B there be added an additional quantity of A, the potential will be increased if less S can dissolve in the mixture after addition of A than before and *vice versa.* It follows from this that where the solubility of a substance in a mixed liquid consisting of two substances A and B is diminished by addition of the substance A, which separates as the solid phase on cooling, the addition of A will raise the potential of S and its vapor tension and the temperature at which it is in equilibrium with solid A will rise also. These are exactly the conditions in every case cited above. Miller points out further the bearing upon the freezing-point, boiling-point, etc., of ternary solutions under conditions other than the particular one above cited, but the far-reaching effect upon the question of molecular complexes, dissociation and abnormal lowering is not indicated and seems to have been lost from sight by subsequent writers. This is true in the case where a dissolved solid takes the place of a second liquid, for then the number of published investigations is greatly multiplied.

Although the resemblance of a mixture of water and alcohol (or acetic acid) to a mixture of water and potassium iodide is obvious, it is certainly true that the thought of the average writer is that iodine will dissolve in the first mixture simply because it is soluble in alcohol, but the idea that it can dissolve in the second simply because it is soluble in potassium iodide seems never to have occurred to the many investigators of this interesting phenomena. It is certainly

---

[1] K. Svenska Vet. Akad. Handl. **21**, 21 (1884).

664                     *Charles L. Parsons*

true that there are striking analogies in the two instances and the solubility of the iodine increases respectively with the concentration of the alcohol or the potassium iodide. It will be held by some, and perhaps correctly, that the iodine is not soluble in one component of the binary mixture but in the liquid phase considered as a single liquid. Since the difference is simply one of the melting-point of one of the components, there is no difference whatever between a dissolved solid and a dissolved liquid and we have just as good a right to consider the iodine as soluble in the potassium iodide, itself rendered liquid by its solution in water, as we have to consider it soluble in aqueous alcohol, and *per se*, there is no more necessity to assume the formation of complex molecules in the first case than in the second to explain a rise in the freezing-point. In both cases the results follow from Miller's[1] deduction, since the saturated solutions if diluted with water precipitate iodine. The value of this point of view becomes more apparent if we consider the solubility of iodine in aqueous acetic acid. Ordinarily this is considered a case of mixed liquids, but if we happen to be working at a temperature below 16.6° we are in reality dealing with a dissolved solid. Iodine raises the freezing-point of such a liquid as does camphor or any other solid which is soluble in acetic acid and insoluble or but slightly soluble in water, always providing of course we are working with such concentrations of acetic acid that it is water which first crystallizes on cooling.

The idea that there is probably little difference, if any, between a binary liquid mixture in which one component is a solid and where both components are liquid is by no means new and is discussed by Bancroft in his paper on ternary mixtures,[2] and indeed this author appears to have held clearly the idea that a solid in solution might act as a solvent.

Lumsden,[3] has recently given additional evidence as to

[1] Loc. cit.
[2] Proc. Am. Acad., 30, 324, 365 (1894).
[3] Proc. Chem. Soc., 22, 307.

the status of a dissolved solid by showing from values deduced from atomic volumes and atomic refractions "that a solid assumes in solution the volume which the same weight of it would have if it existed as a liquid at the same temperature."

In order to study further the matter under discussion and if possible to bring additional evidence to bear on its solution, it was decided to make a study of the freezing-point, conductivity, and dialysis of some typical ternary mixtures. In a few instances only had the conductivity of such mixtures been studied and in those cases reported the conductivity had diminished where the freezing-point had risen, bearing out the assumption of the formation of complexes. It will be seen in the following pages that this is not always true but that quite to the contrary the conductivity may be notably increased while the assumed osmotic effect diminishes. It was thought, too, that dialysis might throw considerable light on the question, for where all three components of the ternary mixtures passed freely through parchment there would be a separation of that portion which diffused more readily, presumably the molecule of least molecular weight. On the other hand, if the solution contained complex molecules, these should pass through the parchment as such.

I desire to express my appreciation of the assistance of Messrs. J. C. Clark, C. A. Dodge and H. F. French in carrying out the main details of the experiments here described.

### Camphor, Acetic Acid and Water

It is a well-known fact that camphor is fairly soluble in strong acetic acid, almost insoluble in water and that in a mixture of the two its solubility increases with the concentration of acetic acid. As it is difficult to imagine this substance forming a complex with the acetic acid and as it is a non-electrolyte, the case seemed worthy of study.

When camphor was added to aqueous acetic acid containing 33.1 percent $CH_3COOH$ the following results were obtained. The exact mode of procedure was naturally to prepare the stronger solution first and dilute this with the

666                        *Charles L. Parsons*

pure solvent.   The conductivities are expressed in reciprocal ohms.

Solvent, 33.1 grams acetic acid in 100 cc. solution
Solute, camphor

| Grams camphor in 100 cc. solvent | Freezing-point |
|---|---|
| 0.1098 | +0.04 |
| 0.2606 | +0.09 |

### Specific conductivity 25°

33 percent acetic acid (1 cc. contained 0.3736 g. $CH_3COOH$) = 0.001521

| | | | | | | |
|---|---|---|---|---|---|---|
| 1.5847 | g. camphor in 1000 cc 33 percent acid | | | | $(n/96)$ | = 0.001505 |
| 3.1694 | " | " | " | " | $(n/48)$ | = 0.001494 |
| 6.3388 | " | " | " | " | $(n/24)$ | = 0.001479 |
| 12.6776 | " | " | " | " | $(n/12)$ | = 0.001448 |
| 19.016 | " | " | " | " | $(n/8)$ | = 0.001438 |

Solvent, 49.21 grams acetic acid in 100 cc
Solute, camphor

| Grams camphor in 100 cc solvent | Freezing-point |
|---|---|
| 0.1585 | +0.125 |
| 0.4489 | +0.205 |
| 0.6689 | +0.475 |

### Specific conductivity 25°

50 percent acetic acid (1 cc contained 0.5355 g. $CH_3COOH$) = 0.000942

| | | | | | | |
|---|---|---|---|---|---|---|
| 1.5847 | g. camphor in 1000 cc 50 percent acetic acid | | | | $(n/96)$ | = 0.0009298 |
| 3.1694 | " | " | " | " | $(n/48)$ | = 0.0009258 |
| 6.3387 | " | " | " | " | $(n/24)$ | = 0.0009118 |
| 12.6775 | " | " | " | " | $(n/12)$ | = 0.0008928 |
| 19.0162 | " | " | " | " | $(n/8)$ | = 0.0008690 |
| 38.0325 | " | " | " | " | $(n/4)$ | = 0.0008158 |
| 76.065 | " | " | " | " | $(n/2)$ | = 0.0007098 |

In studying the dialysis of these solutions of camphor only qualitative experiments were made but they are in perfect accord with the dialysis of beryllium hydroxid in beryllium sulphate solution mentioned in the preceding paper.   The camphor passed readily through the membrane

*Solution in a Dissolved Solid*        667

if the outer liquid was acetic acid.   It was precipitated within the membrane and very little passed through if pure water was the outer liquid, while the acetic acid passed readily. If the acetic acid was allowed to concentrate in the outer liquid, more camphor passed and would probably have continued to the saturation point of this dilute acid.

### Iodine, Acetic Acid, Water

The ternary mixture was prepared in the cold as it was found that the iodine attacked either the acetic acid or the water if the solution was heated in a pressure bottle to aid solution, as had been done with the camphor.  The results on the freezing-point are quite similar to those with camphor, but the specific conductivity *increases* instead of diminishes.

Solvent, 49.21 grams acetic acid in 100 cc
Solute, iodine

| Grams iodine in 100 cc solvents | Freezing-point |
|---|---|
| 0.2180 | +0.055 |
| 0.5782 | +0.535 |

Specific conductivity 25°

50 percent acetic acid (1 cc contained 0.5355 g. $CH_3COOH$) = 0.0009381
1.3213 g. I in 1000 cc 50 percent $CH_3COOH$ ($n/96$) = 0.001161
2.6427 " " " " " ($n/48$) = 0.001413
5.2854 " " " " " ($n/24$) = 0.001956
10.5708 " " " " " ($n/12$) = 0.003222

### Lead Oxide, Lead Acetate, Water

The solubility of lead oxide (PbO) in lead acetate has long been known, and the resultant solution under the name of basic acetate has long been of importance for clarifying sugar solutions.  The freezing-point is here again raised by the addition of the solute and we have a second instance where the conductivity increases, although not to so marked an extent.   The lead oxide was made by igniting the nitrate.

668 *Charles L. Parsons*

Solvent, 16.248 grams lead acetate in 100 cc solution
Solute, PbO

| Grams PbO in 100 cc solvent | Freezing-point |
|---|---|
| 1.3316 | 0.09 |
| 1.8996 | 0.11 |
| 2.2160 | 0.12 |
| 2.6632 | 0.139 |
| 3.324 | 0.168 |

| Specific conductivity 25° | |
|---|---|
| 3 percent lead acetate solution | =0.004048 |
| 1.1600 g. PbO in 1000 cc 3 percent Pb(C₂H₃O₂)₂ (n/96) | =0.004048 |
| 2.3220 "   "   "   "   "   "   (n/48) | =0.004071 |
| 4.6441 "   "   "   "   "   "   (n/24) | =0.004226 |
| 9.2883 "   "   "   "   "   "   (n/12) | =0.004481 |

3 percent lead acetate solution $=0.004048$

1.1600 g. PbO in 1000 cc 3 percent $Pb(C_2H_3O_2)_2$ $(n/96) = 0.004048$

2.3220 " " " " " " $(n/48) = 0.004071$

4.6441 " " " " " " $(n/24) = 0.004226$

9.2883 " " " " " " $(n/12) = 0.004481$

### Iodine, Potassium Iodide, Water

The solution of iodine in aqueous potassium iodide presents striking analogies to many well-known facts connected with the solution of a solid in a binary liquid mixture. The solubility of the iodine increases with the concentration of the potassium iodide component, and it is precipitated in quantity from a saturated solution by addition of water. The freezing-point of a solution of potassium iodide is raised by the addition of iodine and its conductivity is diminished as has been shown by LeBlanc and Noyes.[1] Measurements made in this laboratory are entirely confirmatory of their experiments as the following tables will show.

Solvent, 10 grams KI in 100 cc. solution
Solute, iodine

| Grams iodine to 100 cc KI solvent | Freezing-point |
|---|---|
| 3.7155 | +0.017 |
| 4.3348 | +0.022 |
| 5.2016 | +0.040 |
| 6.5022 | +0.070 |

[1] Zeit. phys. Chem., **6,** 398 (1890)

*Solution in a Dissolved Solid*          669

Specific conductivity 25°

| | | |
|---|---|---|
| 3 percent potassium iodine solution | | $=0.02271$ |
| 1.3213 g. iodine in 1000 cc 3 percent KI | $(n/96)$ | $=0.02248$ |
| 2.6827 " " " " " " | $(n/48)$ | $=0.02220$ |
| 5.2854 " " " " " " | $(n/24)$ | $=0.02193$ |
| 10.5708 " " " " " " | $(n/12)$ | $=0.02140$ |
| 15.8562 " " " " " " | $(n/8)$ | $=0.02080$ |

The solubility of iodine in potassium iodide solutions has been extensively investigated with widely varying conclusions. It is not within the province of this paper to go at length into the literature or the results attained, as the subject is being studied in this laboratory and will be presented later in a special communication. It may be noted, however, that the comprehensive work of Jakowkin[1] is based wholly upon the distribution coefficient between iodine and water and if the iodine is also soluble in the potassium iodide, as it would be in a liquid like aqueous alcohol, his conclusions have nothing whatever to rest upon. The results of Noyes and Seidensticker[2] should be expected if iodine were largely soluble in potassium iodide and slightly soluble in water and the examination was made of solutions of high dilution but still strong enough to have the solvent action of the potassium iodide of account while weak enough to have the mass of the iodine dissolved in the water effective in the equation. It should also be remembered that while the mass law equation $KI_3 = KI \times I_2$ apparently holds for these dilute solutions it certainly does not hold in the strong solutions for where saturated with iodine, the equation becomes $KI_3 = KI \times$ *constant*, or the concentration of the $KI_3$ is directly proportional to the KI and dilution should bring about no precipitation of iodine which really occurs in large quantity.

The fact that other investigators have obtained solid residues which analyze in the ratio $KI_3$ is no proof whatever that this substance exists in solution; nor for that matter

[1] Zeit. phys. Chem., **13**, 539 (1894); **20**, 19 (1896).

[2] Jour. Am. Chem. Soc., **21**, 219 (1899).

670                         *Charles L. Parsons*

is the solid itself necessarily more than a solid solution or per-
haps even a mixture.

The last and best word upon the subject is from Abegg
and Hamburger,[1] who have conclusively shown by equilibrium
experiments that no polyiodide of lithium or sodium exists
at $25°$ and that if there is a polyiodide of potassium it has a
complexity of at least $KI_7$. Their melting-point data on
mixtures of potassium iodide and iodine show that iodine is
certainly soluble in large amounts in potassium iodide to form
a solution which is liquid as low as $82°$.  It is certainly open
to question whether they obtained a maximum in their curve
near this temperature indicating the presence of $KI_7$ and the
data would serve almost as well to show a flat in the curve and
the probable separation into two liquid layers.  Preliminary
experiments made in this laboratory with mixtures of potassium
iodide and iodine in the ratio $KI : 3I_2$ melted easily at about
$82°$.  The melt was sealed off in a closed tube and thoroughly
mixed by shaking while melted.  It was then kept for twenty-
two hours in a thermostat at $85°$ and quickly cooled in cold
water.  On analysis the top portion showed a ratio as low as
$1.5$ $KI : I_2$ while the bottom of the mass gave $1 KI : 5.8$ $I_2$ but
both looked alike.  While the mass was shown by analysis
to be not homogeneous and was decidedly stronger in iodine
in lower portions no evidence of two distinct liquid layers
of definite concentration was obtained.

It is also interesting to watch the diffusion of iodine
throughout a crystal of potassium iodide when the two are
brought in contact although the cause therefor may be open
to discussion.

Iodine and potassium iodide both pass freely through
parchment when placed in contact with a liquid in which they
are soluble.  It was therefore reasoned that if a mixture of
potassium iodide and iodine were subjected to dialysis the
potassium iodide would pass much more rapidly through the
membrane than the iodine if the liquid contained mixed

---

[1] Zeit. anorg. Chem., **50,** 403 (1906).

molecules of these two substances while if the molecule was present as $KI_3$ there was nothing in the nature of the membrane to cause it to separate into parts and the outer liquid should show the same $KI : I_2$ ratio on analysis. Numerous dialyses were tried and in every instance the potassium iodide passed through much more rapidly than the iodine as predicted. With a fairly strong solution solid iodine separated out in the inner compartment and this was the fact even in those cases where the inner solution was so dilute that iodine would not separate out on the addition of water. Unfortunately it is impossible, except with rather high concentration of potassium iodide, to reach a concentration of iodine so that the ratio $KI : I_2$ holds and in any less ratio than this the argument would at once be put forward that there were present molecules of $KI_3$ and KI and that in this mixture we should expect, even more, that the KI would diffuse the more rapidly. In order to overcome this difficulty a solution was chosen of such a strength that it contained in 100 cc 2.5 grams of KI in excess of that required for the ratio $KI : I_2$ or $KI_3$. From this solution no iodine was precipitated by dilution with 2.5 percent KI solution although it was precipitated by water. It was reasoned that if this solution was dialyzed into 2.5 percent KI as an outer solution the molecule $KI_3$ should pass as such if present, since the excess of KI, being of the same unit concentration in both inner and outer liquids, would pass equally in either direction and would in no wise influence the results. It will be at once apparent from the following data that even with this source of error removed the KI passes much more rapidly through the membrane; solid iodine separates in quantity within, owing to the lessened concentration of the dissolving KI, and there is no evidence whatever of any complex molecule passing the membrane as such. The dialysis was carried out in a parchment tube which was placed in 200 cc of the 2.5 percent potassium iodide solution so that the level of the two liquids was approximately the same, being a little higher, if anything, in the outer liquid and the two solutions were stirred throughout

672                          *Charles L. Parsons*

the experiment.   At stated intervals the outer liquid was re-
moved and replaced by a fresh portion.

Outside solution contained 5 grams KI in 200 cc of
water $= 30.135$ m.mols.

Inside solution contained in 25 cc.

10.977 gms. KI $= 66.126$ m.mols.

16.163 gms. I   $= 63.68$  m:mols.

$$\frac{KI}{I_2} = 1.04.$$

### Analyses of outer solution after dialysis

| No. of dialysis | Time in minutes | m.mols $I_2$ | m.mols KI | $\frac{KI}{I_2}$ |
|---|---|---|---|---|
| 1 | 15 | 5.67 | 12.14 | 2.14 |
| 2 | 15 | 5.37 | 10.31 | 1.92 |
| 3 | 30 | 8.37 | 15.69 | 1.87 |
| 4 | 30 | 5.72 | 9.95 | 1.74 |
| 5 | 30 | 3.47 | 5.23 | 1.51 |

### Inside solution after dialysis

| m.mols $I_2$ | m.mols KI | $\frac{KI}{I_2}$ |
|---|---|---|
| 6.7 | 13.6 | 2.009 |

besides which more than 7 grams of iodine had separated out
in the crystalline condition within the tube.   Of this amount
6.94 grams were collected and weighed, but a small portion
could not be removed from the tube.

The total ratio of $\frac{KI}{I_2}$ was therefore less than 0.4 for the
inside tube after the dialysis.

There can be no question that there was a decided separa-
tion of potassium iodide from iodine by means of the parch-
ment, and it would scarcely seem probable that a membrane
could decompose complex molecules if present while it should
be remembered that an outer liquid was used which would
not by itself precipitate the iodine if used as a diluent.

*Solution in a Dissolved Solid* · 673

The free iodine was titrated with thiosulphate. The total iodine was determined in a separate aliquot part by distilling after addition of ferric chloride and sulphuric acid, in an apparatus with all joints of ground glass. The distillate which was received in potassium iodide solution was titrated with thiosulphate.

In order to run a check analysis on a compound where there could be no doubt as to the complexity of the molecule and to test the soundness of the reasoning in regard to the use of an outside solution of the same concentration as the excess of one of the components of the possible complex a solution of 2.5 grams potassium ferrocyanide in 25 cc of 1 percent KCN was dialyzed into successive portions of 200 cc each of 1 percent KCN in exactly the same manner as described in the foregoing experiments. The results are entirely in accord with the supposition made, the potassium ferrocyanide passing readily through the membrane as $K_4Fe(CN)_6$ while the concentration of the KCN in both inner and outer solution remained unchanged.

| Number of dialysis | $N/10$ I solution taken for 25 cc | $KMnO_4$ solution taken for 50 cc | Total millimols KCN in the surrounding liquid | Total millimols $K_4Fe(CN)_6$ in the surrounding liquid |
|---|---|---|---|---|
| 1 | 76 0 | 10.0 | 76 0 | 4.005 |
| 2 | 75.0 | 9.1 | 75.0 | 3.647 |
| 3 | 74.5 | 7.7 | 74.5 | 3.086 |
| 4 | 74.5 | 7.1 | 74.5 | 2.845 |
| 5 | 74.5 | 7.0 | 74.5 | 2.805 |

74.5 cc $n/10$ iodine = 25 cc 1 percent KCN
0.07382 gm. $K_4Fe(CN)_6$ = 1 cc $KMnO_4$

As shown in the table the KCN was titrated with iodine and the $K_4Fe(CN)_6$ with $KMnO_4$ solution. The number of millimols of KCN runs slightly high in the first two dialyses owing to the effect which a large excess of $K_4Fe(CN)_6$ has on the titration as pointed out by Clennell.[1]

[1] Chem. News, **72**, 227 (1895).

674                              *Charles L. Parsons*

### Silver Cyanide, Potassium Cyanide and Water

This system offers a peculiarly interesting field for the application of the method of reasoning already proposed because there can be no doubt of the existence of the complex molecule $KAg(CN)_2$. The complexes $K_3Ag(CN)_4$, $K_3Ag_2(CN)_5$ and $K_3Ag_3(CN)_6$ have also been proposed as probable by LeBlanc and Noyes[1] to explain the extent to which the solution of AgCN in KCN raises the freezing-point and decreases the conductivity.

To investigate the point at issue three experiments were carried out. First a solution of the ratio $KAg(CN)_2$ was dialyzed and, as the data below will show, there was no separation of KCN from AgCN by the membrane but the molecule $KAg(CN)_2$ passed readily as such although no attempt was made to show the exact amount. Secondly, a solution of AgCN in KCN in the proportion to form the complex $K_3Ag_2(CN)_5$ was made up and dialyzed into pure water and the amount of KCN and AgCN that passed was determined. Finally, the same solution as used in the second experiment was dialyzed into KCN solution of such concentration that it was just equal to the concentration of the excess of KCN, over the complex molecule $KAg(CN)_2$, in the inside solution. The results are entirely confirmatory. In the second experiment the KCN molecules passed through more rapidly than the $KAg(CN)_2$ which is especially apparent when we remember that there were only half so many present and in the third experiment apparently only $KAg(CN)_2$ passed at all since the passage of the KCN was equally rapid in both directions, while the $KAg(CN)_2$ in both the second and third experiment passed in amounts which agree very closely when we consider that they were carried out at room temperature on different days. It would certainly seem that the existence of any complex other than $KAg(CN)_2$ was highly improbable.

Details of the three experiments mentioned follow:

---

[1] Zeit. phys. Chem., **6**, 397 (1890).

### Experiment No. 1

50 cc of $n/2$ $KAg(CN)_2$ (*i. e.*, 25 cc $N$ KCN solution saturated with AgCN and diluted to 50 cc with $H_2O$) were put in a parchment tube, and dialyzed for ninety minutes into 3, 200 cc portions of $H_2O$, each 200 cc being used thirty minutes.

Results

| Number of dialysis | $N/10$ $AgNO_3$ taken to produce cloudiness in outer or inner solution |
|:---:|:---:|
| 1 | 1 drop |
| 2 | 1 drop |
| 3 | 1 drop |

### Experiment No. 2

50 cc of a solution (50 cc $N$ KCN saturated with AgCN, 25 cc $N$ KCN added and the whole made up to 100 cc) were placed in a dialyzing membrane and dialyzed for ninety minutes into 3, 200 cc portions of $H_2O$, each 200 cc being used thirty minutes. Each 200 cc portion then made up to 250 cc with $H_2O$ and 50 cc taken from each 250 cc and analyzed.

Results

| Number of dialysis | $N/10$ $AgNO_3$ taken to produce cloudiness in 50 cc | Wt. of AgCN present in 50 cc | Total millimols KCN which passed through the membrane | Total millimols $KAg(CN)_2$ which passed through the membrane |
|:---:|:---:|:---:|:---:|:---:|
| 1 | 2.4 | 0.0928 | 2.4 | 2.27 |
| 2 | 1.8 | 0.0772 | 1.8 | 1.98 |
| 3 | 1.5 | 0.0618 | 1.5 | 1.56 |

### Experiment No. 3

50 cc of a solution (50 cc $N$ KCN saturated with AgCN, 25 cc $N$ KCN added, and the whole made up to 100 cc with $H_2O$) were placed in a dialyzing membrane and dialyzed for ninety minutes into 3, 200 cc portions of $N/4$ KCN, each 200 cc being run thirty minutes. 50 cc of each 200 were then

676                    *Charles L. Parsons*

taken and analyzed.   50 cc $n/4$ KCN required 61.5 cc $n/10$
AgNO$_3$.

Results

| Number of dialysis | N/10 AgNO$_3$ taken to produce cloudiness in 50 cc | Wt. of AgCN present in 50 cc | Total millimols KCN which passed through the membrane | Total millimols KAg(CN)$_2$ which passed through the membrane |
|---|---|---|---|---|
| 1 | 61.0 | 0.8924 | none | 2.39 |
| 2 | 61.1 | 0.8843 | none | 1.96 |
| 3 | 61.2 | 0.8811 | none | 1.82 |

## Borax, Boric Acid, Water

Boric acid has long been known to be more soluble in a solution of borax than in pure water, and polyborates have been assumed as necessary to explain the abnormal conductivity and freezing point lowering.

Kahlenberg and Schreiner[1] determined the freezing point lowering and the conductivity of boric acid and various mixtures of boric acid and sodium hydroxide.   They showed that when boric acid was alone present in water the freezing point was in close theoretical agreement for the slightly dissociated acid.   On the other hand, when the various sodium borates were experimented with, the results had to be explained by various assumptions depending upon the ratio between the constituents and their concentration.   The most striking points brought out were that when sodium hydroxide and boric acid were mixed in the proportions $2NaOH + 4H_3BO_3$ the solution was identical with one obtained by dissolving an equivalent amount of borax; that if boric acid was added to either solution a relatively high freezing point was obtained which could be explained only by the assumption of polyborates, and that no single polyborate would explain the results.   The rise in the conductivity was also shown to accord with this hypothesis.

The question of the presence of polyborates was also studied by Auerbach,[2] and later in a very exhaustive manner by Mueller

[1] Zeit. phys. Chem., **20**, 547 (1896).
[2] Zeit. anorg. Chem., **37**, 353 (1903).

*Solution in a Dissolved Solid* 677

and Abegg.[1] Their conclusions were much the same and were to the effect that polyborates did exist in solution but that the conditions pointed to several complexes present at the same time. Mueller and Abegg studied especially the distribution coefficient of boric acid between amyl alcohol and water, and between amyl alcohol and water containing borax in solution, and they found from the free boric acid present no constant which would hold for either a di- tri-, tetra-, or pentaborate and concluded that several complexes must be present in equilibrium. For the purpose of the argument put forth in this paper, however, it should be remembered that their distribution coefficient depended upon the solubility of boric acid in water. If it is soluble in dissolved borate the same as if another liquid solvent were present, it of course leads to false conclusions as to the relative distribution of the boric acid.

The question seemed one particularly susceptible to the method of treatment already put forth, as all of the constituents pass readily through a membrane and the well-known methods of titration with the addition of glycerine made the details of analysis comparatively easy. If complex borates were formed they would either fail to pass through the membrane or would diffuse more slowly than the lighter and more rapid moving molecules. In either case the outer solution would become relatively poor in the boric acid content obtained by titration. On the other hand, if complexes were not formed the boric acid would naturally diffuse more rapidly than the borax, and the amount of that component in the outer solution would increase. It will be perfectly apparent from the experiments that the last supposition is what really takes place.

Solutions representing the following ratios were made up by dissolving boric acid in sodium hydroxide solution free from carbonate and were shown to be correctly prepared by titrating each solution.

$$2\,NaOH + 4\,H_3BO_3 \text{ (or } Na_2B_4O_7).$$
$$2\,NaOH + 6\,H_3BO_3 \text{ (or } Na_2B_4O_7 + 2\,H_3BO_3).$$
$$2\,NaOH + 8\,H_3BO_3 \text{ (or } Na_2B_4O_7 + 4\,H_3BO_3).$$
$$2\,NaOH + 10\,H_3BO_3 \text{ (or } Na_2B_4O_7 + 6\,H_3BO_3).$$

[1] Zeit. phys. Chem., **57**, 513 (1906).

678                    *Charles L. Parsons*

Each solution contained the equivalents of 1 mol of sodium hydroxide in 5 liters.

Fifty cc of each solution was placed in a parchment tube and dialyzed for four successive periods of thirty minutes each into 200 cc of pure water at room temperature, both inner and outer solutions being stirred and the outer solution being replaced by pure water at the end of each period. The following results were obtained:

TABLE I

Inner solution, 1 mol NaOH and 2 mols $H_3BO_3$ in 5 liters

$NaOH : H_3BO_3 :: 1 : 2$

Outer solutions after dialysis

| Time, minutes | cc N/5 HCl | cc N/5 NaOH | $\dfrac{\text{mols } H_3BO_3}{\text{mols NaOH}}$ |
|---|---|---|---|
| 30 | 8.0 | 16.5 | 2.06 |
| 30 | 7.2 | 15.2 | 2.11 |
| 30 | 5.8 | 12.5 | 2.13 |
| 30 | 4.9 | 11.2 | 2.27 |

The solute dialyzed apparently as borax, although there may be a slight tendency for the boric acid to go through the more rapidly. The difference of one-tenth in the ratio is, however, of light significance as the error is well within the limits of probability, considering the small amount of reagents used in titrating.

TABLE II

Inner solution, 1 mol NaOH and 3 mols $H_3BO_3$ in 5 liters

$NaOH : H_3BO_3 :: 1 : 3$

Outside solutions after dialysis

| Time, minutes | cc N/5 HCl | cc N/5 NaOH | $\dfrac{\text{mols } H_3BO_3}{\text{mols NaOH}}$ |
|---|---|---|---|
| 30 | 6.6 | 27.4 | 4.12 |
| 30 | 6.9 | 24.0 | 3.46 |
| 30 | 5.8 | 20.0 | 3.40 |
| 30 | 5.2 | 17.0 | 3.28 |

It is evident that the boric acid separates by diffusion which would not be expected if it were part of a complex molecule.

TABLE III

Inner solution, 1 mol NaOH and 4 mols $H_3BO_3$ in 5 liters

NaOH : $H_3BO_3$ : : 1 : 4

Outside solution after dialysis

| Time, minutes | cc N/5 HCl | cc N/5 NaOH | $\dfrac{\text{mols } H_3BO_3}{\text{mols NaOH}}$ |
|---|---|---|---|
| 30 | 8.5 | 42.1 | 4.93 |
| 30 | 5.8 | 28.5 | 4.86 |
| 30 | 5.3 | 25.0 | 4.70 |
| 30 | 4.9 | 22.4 | 4.54 |

The ratio of boric acid is again increased by diffusion.

TABLE IV

Inside solution, 1 mol NaOH and 5 mols $H_3BO_3$ in 5 liters

NaOH : $H_3BO_3$ : : 1 : 5

Outside solution after dialysis

| Time, minutes | cc N/5 HCl | cc N/5 NaOH | $\dfrac{\text{mols } H_3BO_3}{\text{mols NaOH}}$ |
|---|---|---|---|
| 30 | 5.6 | 37.6 | 6.71 |
| 30 | 5.2 | 32.8 | 6.30 |
| 30 | 5.0 | 31.4 | 6.21 |
| 30 | 4.2 | 24.0 | 5.62 |

Again the boric acid ratio notably increased.

The results of these four sets of experiments are perfectly in accord with the supposition that the boric acid is simply more soluble in borax solution than in water and that it is mixed with borax rather than combined with it as a polyborate. It is not claimed that polyborates may not exist as solids but simply that when in solution they are not present as complex molecules nor is there any more need to assume them to be so than in the case of the alums where the freezing point is known to be in accord with simple rather than double molecules.

680 *Charles L. Parsons*

## Summary

It is argued in this paper that a solid in solution may, and frequently does, act toward other solutes exactly as if it was a liquid miscible in the solvent in which the second solute was itself soluble.

It is shown that if this is the case many so-called abnormal osmotic effects are readily explained qualitatively without any other assumption than that of simple solution.

It is experimentally shown in many such instances, where complex molecules have been assumed, that the two solutes tend to separate from each other by diffusion through a membrane, permeable to either, while in other cases of undoubtedly complex molecules no such tendency exists and that the freezing-point and conductivity do sometimes, in the first instance, lead to opposite conclusions.

*New Hampshire College,*
*June, 1907.*