**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

EAGLE PHARMACEUTICALS, INC. and
EAGLE SUB1 LLC,

        Plaintiffs,

    v.

SLAYBACK PHARMA LLC and AZURITY
PHARMACEUTICALS, INC.,

        Defendants.

C.A. No. 24-65-JLH

## EXHIBITS 3, 4, AND 5 TO DECLARATION OF KIERSTEN FOWLER

# Exhibit 3

Third Edition

# Introduction to Modern Liquid Chromatography



Lloyd R. Snyder
Joseph J. Kirkland
John W. Dolan



# INTRODUCTION TO MODERN LIQUID CHROMATOGRAPHY

## Third Edition

**LLOYD R. SNYDER**
LC Resources, Inc.
Orinda, CA

**JOSEPH J. KIRKLAND**
Advanced Materials Technology
Wilmington, DE

**JOHN W. DOLAN**
LC Resources, Inc.
Amity, OR



WILEY

**A John Wiley & Sons, Inc., Publication**

# INTRODUCTION TO MODERN LIQUID CHROMATOGRAPHY

Third Edition

# INTRODUCTION TO MODERN LIQUID CHROMATOGRAPHY

## Third Edition

**LLOYD R. SNYDER**
LC Resources, Inc.
Orinda, CA

**JOSEPH J. KIRKLAND**
Advanced Materials Technology
Wilmington, DE

**JOHN W. DOLAN**
LC Resources, Inc.
Amity, OR



**WILEY**

**A John Wiley & Sons, Inc., Publication**

Copyright © 2010 by John Wiley & Sons, Inc. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning, or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 750-4470, or on the web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Permission Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008, or online at http://www.wiley.com/go/permission.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services or for technical support, please contact our Customer Care Department within the United States at (800) 762-2974, outside the United States at (317) 572-3993 or fax (317) 572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic formats. For more information about Wiley products, visit our web site at www.wiley.com.

*Library of Congress Cataloging-in-Publication Data*:

Snyder, Lloyd R.
   Introduction to modern liquid chromatography / Lloyd R. Snyder, Joseph J. Kirkland. – 3rd ed. / John W. Dolan.
       p.  cm.
   Includes index.
   ISBN 978-0-470-16754-0  (cloth)
  1.  Liquid chromatography.   I. Kirkland, J. J. (Joseph Jack), 1925- II. Dolan, John W. III. Title.
   QD79.C454S58 2009
   543′.84−dc22

                                        2009005626

Printed in the United States of America.

10 9 8 7 6 5 4 3 2 1

# CHAPTER ELEVEN

# QUALITATIVE AND QUANTITATIVE ANALYSIS

11.1  INTRODUCTION, 499

11.2  SIGNAL MEASUREMENT, 500
   11.2.1 Integrator Operation,  500
   11.2.2 Retention,  507
   11.2.3 Peak Size,  508
   11.2.4 Sources of Error,  508
   11.2.5 Limits,  512

11.3  QUALITATIVE ANALYSIS, 516
   11.3.1 Retention Time,  516
   11.3.2 On-line Qualitative Analysis,  517

11.4  QUANTITATIVE ANALYSIS, 520
   11.4.1 Calibration,  520
   11.4.2 Trace Analysis,  529

11.5  SUMMARY, 529

## 11.1  INTRODUCTION

The HPLC system can provide both qualitative and quantitative data. Qualitative information serves to identify analytes, while quantitative results define how much of each analyte is present. Three major factors affect the quality of these results. First, the HPLC hardware must operate in a predictable and repeatable fashion, so as to generate data that are sufficiently precise and accurate for the application at hand. Second, the data system and associated software must be able to convert the HPLC

*Introduction to Modern Liquid Chromatography, Third Edition*, by Lloyd R. Snyder, Joseph J. Kirkland, and John W. Dolan
Copyright © 2010 John Wiley & Sons, Inc.

**499**

detector output signal into meaningful qualitative and quantitative information. Third, the results from the routine application of a method also depend on the quality of the chromatogram (resolution, peak shape, baseline drift, etc.). In this chapter, however, we will assume "good" chromatography (no problems with the HPLC-system hardware, data system, or chromatography). With the exception of some specific examples, troubleshooting and correcting system problems are left to Chapter 17.

We will begin (Section 11.2) with how the data system measures the signal from the detector, including some sources of error (Section 11.2.4) and how the limits of a method are established (Section 11.2.5). Next, Section 11.3 (qualitative analysis) will cover some of the techniques used to identify analytes. Finally, Section 11.4 (quantitative analysis) will examine how data are used to answer the question of "how much"? The scope of this chapter is necessarily limited, so for more detailed information on many of the topics, the reader is referred to general texts on analytical chemistry and statistics, as well as the references cited in this chapter. In particular, reference [1] contains more information about chromatographic integration than most readers will need in a lifetime.

## 11.2  SIGNAL MEASUREMENT

The HPLC detector (Chapter 4) is a transducer that converts the concentration (or mass) of analyte in the column effluent into an electrical signal. The data system then transforms this signal into a plot of intensity against time (a chromatogram). The data initially are in the form of either analog or digital signals; digital data are required for storage and manipulation, so analog signals must be converted to a digital format prior to storage. Software associated with or external to the data system then converts the digital signal into something useful to the chromatographer—a chromatogram, a data table, or some other presentation of the data. The key quantities at any point in the chromatogram are the time ($x$-value) and intensity ($y$-value), from which are obtained the retention time (Section 11.2.2) and peak area or height (Section 11.2.3).

### 11.2.1  Integrator Operation

When the second edition of this book [2] was written, strip-chart recorders were common in many laboratories as primary data-gathering devices for HPLC systems, although some laboratories used dedicated integrators for data collection. Many of the measurements and calculations were made by hand, with little more than a ruler and hand-held calculator to aid the process. With the introduction of the personal computer (PC) in the early 1980s, and subsequent development of PC-based data systems, data collection for HPLC was revolutionized. Today nearly every HPLC system uses computer-based data collection and analysis. Some users refer to *integrators* as small, dedicated data-collection systems that gather chromatographic data from a single HPLC and produce very simple reports (e.g., retention time and area tables). *Computer-based data systems*, on the other hand, usually offer additional features, including instrument control and specialized data processing capabilities for one or more HPLC systems. For the present discussion, we will use the

terms "integrator" and "data system" (including its software) interchangeably. Data systems use a special set of terms (language) that describe settings or chromatographic characteristics. Several of these terms are mentioned in the following discussion and are summarized in later Figure 11.2. Terms vary somewhat from one manufacturer to another, but the same functions are common to most systems. *Note: Readers who already know how an integrator works—or don't care—may want to skip the rest of Section* 11.2.1.

### 11.2.1.1    Data Sampling

The data system measures the signal intensity at a high sampling rate throughout the chromatogram (generally 20–100 Hz [1]), as illustrated in Figure 11.1 ("data slices"). Because the chromatographic baseline rarely is true zero, the baseline is determined and the region below the baseline is subtracted from each data point, resulting in a set of corrected data slices that represent the chromatographic signal at each point in the chromatogram (Fig. 11.1). A high sampling rate will generate a large data file very quickly (e.g., a 20-min run sampled at 100 Hz creates $>10^5$ data points), so the data files can be large—regardless of inexpensive data storage. A peak can be defined at near maximum accuracy with 100 points across the peak, and more points do not improve the peak description [1], so *bunching* (Fig. 11.2*a*) of the raw data can reduce the file size while maintaining peak integrity. For example, a peak with $k = 1$ and $N = 10,000$, for a $150 \times 4.6$-mm column operated at 1 mL/min, will have a $6\sigma$ width of $\approx 11$ seconds. This converts to an effective sampling rate of $\approx 9$ Hz for 100 points across the peak, so a data collection rate of 10 Hz would be adequate to fully describe the peak. (Note that to minimize confusion, in this section we will refer to the data *sampling rate* for the original, raw signal and the data *collection rate* for the resultant bunched or simplified data set stored for further processing.) Thus every 10



**Figure 11.1** Illustration of peak integration by area slices and subtraction of area below the chromatographic baseline.

**502**   QUALITATIVE AND QUANTITATIVE ANALYSIS



**Figure 11.2**  Common integrator settings. (*a*) Data bunching; (*b*) peak-start and peak-end markers, baseline extended before and after peak; (*c*) slope sensitivity to detect presence of a peak.

adjacent, original points could be combined to reduce the data-file size and convert the effective data collection rate from 100 Hz to 10 Hz. Software can further reduce the file size by (1) adjusting the bunching rate across the chromatogram as peak widths increase for later peaks, and (2) using other data compression techniques.

Although 100 points across a peak fully defines the peak, for purposes of quantification, 20 (bunched) data points are sufficient to describe a peak. In addition to reduction of the data-file size, this bunching of data reduces the baseline noise as a function of the square root of the number of points that are combined. Thus reducing the data collection rate from 100 points per peak to 20 points per peak reduces the noise by a little more than 2-fold, yet does not noticeably compromise the quantitative information contained in the data. Some examples of a chromatogram at various bunching rates are shown in Figure 11.3. As the number of bunched points increases from the initial raw signal (Fig. 11.3*a*, ≈250 points across peak, relative peak height 1.00), the noise is greatly reduced with minor loss in peak height (e.g., Fig. 11.3*b*, ≈25 points, 0.98 height). However, if too many points are bunched, the peak gets very "steppy," while the peak heights are lowered and the valley between the peaks may be raised (Fig. 11.3*d*, ≈6 points, 0.93 height).

It should be noted, that for maximum data integrity, the sampling rate for the original data collection (e.g., 100 Hz) or an oversampled bunching (e.g., 10 Hz for



**Figure 11.3**  Effect of data bunching or data rate on signal and noise. (*a*) Raw signal showing noise, ≈250 points across peak; (*b*) 10 points from (*a*) per bunch; relative peak height 98%; (*c*) 20 points from (a) per bunch; relative height 97%; (*d*) 40 points from (*a*) per bunch; relative height 93%.

the example above) should be stored as "raw data." All subsequent data treatments (e.g., bunching to 20 points per peak) is performed without destroying the original raw data. Thus, if mistakes are made, or if the original data need to be treated in another manner, the raw data are available. *Data sampled at too high a data rate always can be simplified by bunching, but data sampled at too low a data rate cannot be divided to create more data points.* As a safety net, the data rate for stored raw data generally will be higher during method development or early application of the method; as the method is put into routine use, lower data rates will be used that adequately describe the peak(s), yet conserve data storage space.

### 11.2.1.2   Peak Recognition

One of the main functions of the data system is to recognize the presence of a peak in the chromatogram. It does this by monitoring the value of the detector signal and comparing it to the values of neighboring slices. When the signal increases for several consecutive slices, generally 5 to 10, a peak is recognized and a *peak-start* time (Fig. 11.2*b*) is recorded. The same data evaluation takes place on the tail of the peak so that, when a predetermined number of slices are not smaller than their predecessors, a *peak-end* time (Fig. 11.2*b*) is recorded. The *slope sensitivity* setting (Fig. 11.2*c*) determines how much change is required to identify a peak-start or peak-end, and this may vary based on the amount of baseline noise, the intensity of the peak, user choice, or other factors. Data systems include peak-detect algorithms that facilitate the detection of peaks on a sloping baseline, when peaks are not fully resolved, and in many other non-ideal separation conditions. Once the peak-start and peak-end points have been established, the peak width can be determined. Based on the assumption of a Gaussian curve as a peak shape, this can be reported as the $6\sigma$ width, $2.35\sigma$ at half the peak height ("width at half-height"), or other values based on the standard Gaussian distribution.

**504** QUALITATIVE AND QUANTITATIVE ANALYSIS



**Figure 11.4** Peak integration. (*a*) Integration of two well-resolved peaks on a noise-free baseline without drift. (*b*) Loss of peak area by tangent skim on rising concave baseline. (*c*) Excess peak area by tangent skim on rising convex baseline. (*d*) Proper use of a perpendicular drop for overlapping Gaussian peaks; for peaks of unequal size, the smaller peak is under-reported. (*e*) Use a perpendicular drop to integrate small peak after a tailing larger peak; the smaller peak is over-reported. (*f*) Use of skimming to integrate a small peak after a larger tailing peak. Adapted from [1].

### 11.2.1.3 Integration of Non-Ideal Chromatograms

Peaks that are well resolved and elute on a flat baseline, as in Figure 11.4*a*, are easy to identify and integrate. When peaks are not fully resolved, or the baseline is noisy or drifts, it is more difficult for the integrator to determine where each peak starts and stops, and therefore how many slices of data to assign to each peak. Peak *skimming*, as in Figure 11.4*b, c*, is the usual means of dealing with drifting baselines, but errors in the measurement of peak area can arise because of uncertainty in the actual position of the baseline below the peak. The measured peak area will be too small in the case of a concave baseline (Fig. 11.4*b*), and too large for a convex

1:24-cv-00065-JLH    Document 400-1    Filed 07/01/26    Page 16 of 67 PageID #: 15632

baseline (Fig. 11.4*c*). Much effort has been expended in trying to determine the best skimming technique (linear, exponential, etc.), but a linear skim as in Figure 11.1 is usually the best overall compromise [1].

When two peaks are not fully resolved, the most common way to separate them is to use a *perpendicular drop* from the valley between the peaks to the baseline drawn between the baseline before and after the peaks, as in Figure 11.4*d*. For equal sized, symmetric peaks, this technique accurately assigns the peak area to each peak, but for unequal, symmetric peaks the area is underestimated for the smaller peak, and overestimated for the larger peak [3]. If the peaks are of unequal size and one or both peaks tail, as in Figure 11.4*e*, the uncertainty in assignment of peak areas increases. At some point a change from the use of a perpendicular drop (Fig. 11.4*e*) to a skim (Fig. 11.4*f*) will be warranted. As a rule of thumb, if the smaller peak is <10% of the height of the larger peak, a skim should be used; if the smaller peak is >10%, a perpendicular is appropriate [1]. However, whatever skimming technique is used, the accuracy of resulting peak areas will be compromised—especially for smaller and/or tailing peaks. In some cases peak height may be preferred to area as a means of quantitation (Section 11.2.3).

### 11.2.1.4    Common Integration Errors

No matter how well designed the data-system software, it may not match the skill of the chromatographer for accurate integration. It is desirable to adjust the integration settings so as to do the best possible job of identifying peaks and determining how to assign peak area. This becomes more difficult the smaller the signal-to-noise ratio—potentially resulting in integration errors. Three common examples are shown in Figure 11.5. The baseline under a peak usually is assigned by identifying the baseline before and after a peak, then connecting the two baselines with a straight line. However, negative peaks and other baseline disturbances can confound this process, as illustrated in Figure 11.5*a*. Here the negative peak before the peak of interest results in a baseline that is too low (solid line), artificially increasing the area assigned to the peak. The baseline needs to be redrawn (dashed line). As mentioned in Section 11.2.1.3, it can be difficult to make a decision about whether to use a perpendicular drop or a tangent skim with a pair of poorly resolved peaks. In Figure 11.5*b* a perpendicular drop was incorrectly assigned (solid line), so this needs to be adjusted to a tangent skim (dashed line) for more accurate integration. Curved skimming algorithms (e.g., Gaussian) are available on some data systems, but it must be realized that all skimming techniques are estimates and will never give as accurate or consistent results as those obtained for baseline-resolved peaks.

One of the most difficult tasks for an integrator is to determine when a peak ends. This is complicated when tailing peaks, rising or falling baselines, and/or excessive baseline noise are present. In the case of Figure 11.5*c* the peak-end point was assigned too early and needs to be replaced with a later point (arrow in Fig. 11.5*c*). This is perhaps the most common error encountered with peaks sizes near the limit of detection or lower limit of quantification. One way to minimize this problem is to stop integration when the peak is sure to have left the detector. This can be accomplished by visually determining when the peak has returned to baseline (e.g., at the right end of the dashed baseline in Fig. 11.5*c*). At this time, set a "force peak-end" function in the data system (the name of the function will vary for

**506**   QUALITATIVE AND QUANTITATIVE ANALYSIS



**Figure 11.5** Common integration errors. (*a*) Improper peak-start assignment by the presence of a negative peak prior to analyte peak. Arrow shows move to a new peak-start point for proper integration (dashed line). (*b*) Improper integration of overlapping peaks (perpendicular drop); tangent skim (dashed line) gives proper integration. (*c*) Improper location of peak-end point. Arrow shows move to a new peak-end for proper integration (dashed line).

different systems). Rather than trying to find the peak-end point using the normal processes, the integrator will now automatically assign it to the forced time point for all chromatograms. It is a good practice to visually examine every chromatogram to confirm that the integration is correct and to make necessary adjustments if it is not. Some users feel that it is "cheating" to adjust baselines after the initial integration is done, but the simple fact is that a data system cannot properly integrate all peaks all the time. Of course, any such manual baseline changes must be carried out consistently and without reference to a desired answer.

### 11.2.1.5   Additional Suggestions

The preceding discussion covers only a portion of the factors that contribute to a well-integrated chromatogram. The software in today's data systems is very sophisticated, and is designed to properly identify peaks, adjust baselines, determine bunching rates, and so forth. When starting a new method, it usually is most efficient to run several representative samples and allow the integrator to assign the initial settings. After the results have been reviewed, the pre-assigned settings can be adjusted to correct for consistent errors, such as separation of two peaks by a perpendicular drop or a tangent skim. In other words, first let the integrator operate in the usual way, and then make any necessary changes in settings as needed.

To help protect data integrity, the pharmaceutical industry has a set of regulations called the electronic signatures rules, and referred to by the federal code, 21 CFR Part 11 [5]. One requirement of these rules is that any changes to raw data (e.g., baseline adjustments or peak-start–stop assignments) must be identified

with the operator's name, the date and time, and the reason for the change; and the original raw data must be preserved for later examination. Most data-system software is designed to accommodate these requirements through the use of a built-in audit trail. If this feature is turned on, each change requires entry of a comment, and the operator's electronic signature is added along with a date-and-time stamp. For example, in the case of the adjustment made for Figure 11.5$c$, the comment might be "wrong peak end." Even if the use of such audit trails is not required by your specific industry, activation and use of this feature is a good practice—it is an easy way to track changes made to the data in case the need arises to reexamine the decision at a later time.

The last paragraph of an excellent reference book on chromatographic integration [1, p. 191] provides a word of caution to the chromatographer:

*As long as integrators use perpendiculars and tangents and draw straight baselines beneath peaks, they are of use only in controlled circumstances, when chromatography is good. Even then, the use of integrators requires vigilance from the operator and skill in assessing and assigning parameters.* **Integrators cannot improve bad chromatography** *[emphasis added], only the analysts can do that [provide better methods]—and at the end of the day that is what they are paid for.*

### 11.2.2   Retention

Analyte retention is a primary measurement that is used for the qualitative identification of a compound (Section 11.3.1). Retention most commonly is measured as retention time, $t_R$, usually in decimal minutes (e.g., 6.54 min) but sometimes as seconds for fast separations (e.g., 36.4 sec). Occasionally retention is measured in volume units (e.g., 4.35 mL), but today this practice is rare. *Relative retention* times are used in many USP monographs and other methods. In such cases retention is reported relative to the retention time of a reference peak (e.g., the ratio of retention times of the two peaks). This method of reporting retention compensates somewhat for changes in absolute retention time, especially when a method is transferred from one HPLC system to another (of course, true peak identity needs to be established when methods are transferred, not just assumed via relative retention; see Section 12.7).

Retention time is measured from the time of injection to the top of the peak for each analyte of interest (Fig. 2.3$e$). The retention time should also correspond to the time at which the highest data slice was gathered. If all the chromatographic conditions are held constant (flow rate, temperature, mobile phase composition, etc.), $t_R$ should be constant (assuming a sample that is sufficiently small; Section 2.6). This also assumes a properly operating HPLC system, such that retention varies <0.02 to 0.05 minutes between injections within a single day's run.

For calculations of retention factor $k$ (Section 2.3.1), we also need to measure the column dead-time $t_0$. In most cases it will be adequate to identify $t_0$ as the retention time reported for the unretained "solvent" peak at the beginning of the chromatogram (Figs. 2.3$e$, 2.5$a$). For clean samples, no baseline disturbance at $t_0$ may be detectible, while some detectors (e.g., LC-MS; Section 4.14) may not report any change in signal at $t_0$. In the latter cases the determination of $t_0$ may require a separate measurement (Section 2.3.1).

**508**   QUALITATIVE AND QUANTITATIVE ANALYSIS



**Figure 11.6** (*a*) Peak area measurement by data slices. (*b*) Peak height measurement as the largest data slice.

### 11.2.3   Peak Size

Chromatographic data are collected as a series of time-voltage values (Section 11.2.1.1), with signal intensity commonly reported in units of $\mu$V-sec. *Peak area* is reported as the sum of all corrected data slices between the peak-start and peak-end points, as illustrated in Figure 11.6*a*. *Peak height* is reported as the value of the largest data slice of a peak, and corresponds to the slice at the retention time of the peak (Fig 11.6*b*). In the days when manual integration was used, peak height often was found to give less error, because it only required one measurement (height), whereas peak area required two measurements (height and width). However, with today's integrators, peak area is the most popular way to report peak size. In some cases peak height is expected to give better results, such as when partially resolved peaks do not overlap significantly at each other's peak maximum. In such cases the peak height will still correspond to the "pure" peak, whereas peak area may be compromised by improper assignment of area, as in Figure 11.4*d*. If in doubt, have the integrator report both heights and areas; then compare the results to see which are more precise and accurate (e.g., test the height and area data for precision and accuracy according to Sections 12.2.1 and 12.2.2).

### 11.2.4   Sources of Error

The *accuracy* of results is defined as the closeness of a measured value of an analyte to its true value. Accuracy is dependent on (1) the calibration of the system with reliable standards and (2) the resolution of adjacent peaks. *Precision* of results is a measure of how close replicate measurements are to the same value—at different times, for different instrumentation, and/or with different operators. The ability to control instrumental operating conditions for a particular method determines the precision of the method. It is desirable to have results that are both precise and accurate. Still it is possible to have accurate, but not precise results, or precise, but not accurate values. Precise *and* accurate quantitative analyses can be obtained only when careful attention is given to all phases of the analysis, from initial

sample collection to final report generation. Some of the major sources of error are:

- sampling and cleanup (Section 11.2.4.1)
- chromatography (Section 11.2.4.2)
- detection (Section 11.2.4.3)
- peak measurement (Section 11.2.4.4)
- calibration (Section 11.2.4.5)

### 11.2.4.1   Sampling and Cleanup

Any analytical result is based on the assumption that the analyzed sample is representative of the population from which it was obtained. So the first challenge is to obtain a sample (water, soil, powder, plasma, tissue, etc.) that meets this requirement (Section 16.1.1). Once the sample is obtained, it must be transported and stored in a manner that ensures sample integrity until the time of analysis. Most samples require sample preparation or cleanup steps (Chapter 16) prior to their introduction to the HPLC system. Each step of sample processing, including all of the ancillary instrumentation and reagents, contributes to the overall method error. Once the processed sample is placed in the autosampler tray, it is subject to additional errors, such as stability, evaporation, and injection variability. Some of these errors can be compensated—at least in part—by the use of internal standards (Section 11.4.1.2); other errors cannot be corrected.

### 11.2.4.2   Chromatography

Although sample preparation is the most likely source of large errors and imprecision, several different aspects of the chromatographic process contribute to variability of analytical results. The *chromatographic separation* is of primary concern. As discussed in Section 11.2.1, peaks that are baseline-resolved with flat, low-noise baselines are much easier to integrate; such peaks will give more consistent results. It is obvious that known peaks should be separated from each other, but a good method should also ensure that potential interferences (co-administered drugs, metabolites, degradants, byproducts, etc.) are separated from the peaks of interest. As noted above, *peak tailing* can make the measurement of peak area less reliable. In some cases nonlinear *adsorption* or other concentration-dependent interactions with the column will cause further variability in the results, often for small-mass injections or biological molecules. When the signal-to-noise ratio ($S/N$) is $<\approx 100$, noise can become an important contributor to imprecision (Section 4.2.3); larger peaks generally give more precise and accurate results. Finally, instrument variability (column aging, flow rate, temperature, etc.) can contribute to imprecision. Each of these factors can influence overall method precision and accuracy.

### 11.2.4.3   Detection

HPLC detectors (Chapter 4) are transducers that convert the concentration or mass of analyte in the mobile phase into an electrical signal. Some detectors, such as

the refractive index (RI) detector (Section 4.11) are very sensitive to changes in temperature or mobile-phase composition; this can add significant noise and uncertainty to the measurement. The most common detectors, the variable-wavelength and diode-array UV detectors (Section 4.4), are much less affected by these factors, but dirty flow cells, bubbles, and aging lamps can contribute to error in the detector output. Other detectors are subject to compromised signals due to suppressed ionization (LC-MS, Section 4.14), fluorescence quenching (fluorescence detector, Section 4.5), or other factors specific to the detection technique. All detectors have a limited linear range, above or below which the response per unit mass of analyte (sensitivity) changes; if the response is not compensated by the calibration curve, errors will be introduced. Finally, any electronic or software aberrations that result in a faulty conversion of the amount of analyte into a proportional electric signal will add to method imprecision; usually these contributions are minor and do not affect data quality.

### 11.2.4.4   Peak Measurement

As discussed in Section 11.2.1, there are many opportunities for errors when converting the HPLC detector output into values of analyte retention time and area. Location of the peak-start and peak-end points, separation of partially resolved peaks by perpendicular drop or tangent skim, location of the peak maxima, the amount of bunching or smoothing of data slices, and estimation of the baseline location under the peak are just some of the possible sources of error. Methods with well-separated peaks on flat, low-noise baselines will help minimize the amount of error contributed during the integration process, and this should be a primary goal during method development.

### 11.2.4.5   Calibration

Errors due to calibration fall into two general categories: instrument calibration and method calibration. *Instrument calibration* has been formally defined in a series of tests called instrument qualification, operational qualification, and performance qualification (IQ/OQ/PQ), as described in Section 3.10.1.1. These, plus a periodic system performance test (Section 17.2.1), help ensure that the various instrument components (pump, autosampler, detector, etc.) perform in an acceptable manner both individually and combined as an HPLC system. A properly calibrated instrument should make minimal contributions to the overall method error, but there will always be some variability in flow rate, mobile phase composition, temperature, and so forth.

*Method calibration* (Section 11.4.1) refers to the selection of reference standards, generation of a calibration curve (plot of concentration vs. response; also called a standard curve), and choice of the curve-fitting algorithm. Each of these steps can contribute to method error. Reference standards should be of known purity; if an internal standard (IS) is used, it should properly mimic the analyte in the sample preparation steps, and be accurately measurable in the chromatogram.

One measure of method performance is *linearity*, usually reported as the coefficient of determination $r^2$ (although $r^2$ *alone* is not always adequate, as discussed in Section 11.4.1.5). "Linearity" is shown if a plot of response vs. concentration fits a $y = mx + b$ relationship that passes acceptably close to the origin (e.g.,

| conc (ng/mL) | signal |
|---|---|
| 1 | 3.5 |
| 2 | 5.3 |
| 5 | 11.1 |
| 10 | 21.2 |
| 20 | 39.3 |
| 50 | 98.5 |
| 100 | 191.5 |

Excel

| Regression Statistics | | |
|---|---|---|
| Multiple R | 0.9999 | |
| R Squared | 0.9999 | |
| Standard Error (for curve) | 0.8017 | |
| Observations | 7 | |
| ANOVA | | . . . |
| | Coefficients | Standard Error (intercept, σ ) |
| Intercept (b) | 1.7774 | 0.3872 |
| conc (m, slope, S') | 1.9042 | |

**(3.3 x 0.39) / 1.90 = 0.67**
**LOD = 0.74 ng/mL**

**Figure 11.7** Calculation of limit of detection (LOD) from calibration curve data.

$b \leq$ the standard error of the $y$-intercept), and a linear regression generates some minimum value of $r^2$ (e.g., $r^2 \geq 0.98$). In such cases a single-point calibration curve may be justified. A *single-point calibration* comprises a single calibration standard (or the average of multiple injections of the same concentration), usually with a concentration near the target concentration for samples (e.g., 100% of a dosage form); the model $y = mx$ is assumed. Many pharmacopeial methods use single-point calibration.

When the calibration plot does not pass through the origin, or the range of possible sample concentrations covers several orders of magnitude, a *multi-point calibration* usually will be more appropriate. An example of this is seen for the data of Figure 11.7, where expected sample concentrations cover two orders of magnitude (1—100 ng/mL), so a multi-point calibration is chosen. For these data the plot is linear, as demonstrated by $r^2 = 0.9999$, but the $y$-intercept (1.7774 ng/mL) is >4 times the standard error of the $y$-intercept (0.3872), so a $y = mx + b$ model (with $b \neq 0$) is appropriate: $y = 1.9042x + 1.7774$.

A subset of multi-point calibration—*two-point calibration*—is appropriate and convenient when the calibration plot is linear (e.g., high value of $r^2$) but does not pass through the origin, and the range of expected sample concentrations is narrow (e.g., less than less than 1 order of magnitude). In such cases two calibration standards are made at two concentrations, preferably near the ends of the range (e.g., 80 and 120% for samples expected to be $100 \pm 20\%$). Any extrapolation

beyond the concentration of standards used in any multi-point calibration curve adds uncertainty to the measurement. Generally, it is easiest (and appropriate) to use linear calibration for HPLC methods, but in some cases quadratic or other curve-fitting methods may be required. Error always is introduced when a generalized model of response (i.e., calibration curve) is used to quantify specific samples, since there is error associated with each calibration point that contributes to the overall calibration error. An important part of method validation is to carry out a sufficient number of experiments under controlled conditions with known analyte concentrations so as to determine accuracy and precision throughout the method range (Sections 12.2.1, 12.2.2, 12.2.5).

### 11.2.5   Limits

A given HPLC method should produce results with acceptable precision and accuracy within a certain range of analyte concentrations. The *limit of detection* (LOD) is the smallest concentration at which an analyte can be confidently determined as being present in a sample, but not necessarily quantified with an exact value. The *lower limit of quantification*, also called the *limit of quantification* or *quantitation* (LLOQ or LOQ), is the smallest concentration of analyte that can be reported as a quantitative value with acceptable precision and accuracy. The *upper limit of quantification* (ULOQ or just *upper limit*) is the largest concentration of analyte that can be reported as a quantitative value with acceptable precision and accuracy. No matter what technique is used to establish these limits, it is strongly recommended [6] to verify the limits with injection of spiked samples at the limit concentrations. These three limits (LOD, LLOQ, ULOQ) are discussed in more detail below. There are several different ways to establish these method limits, and they do not all give equivalent results. For methods that are performed under the oversight of a regulatory agency, it is best to use the limits tests defined by the particular agency. If the method is for nonregulatory use, the decision about which limits tests to use is at the option of the laboratory.

Method limits are strongly linked to the use of the final data. For example, with bioanalytical methods (e.g., drugs in plasma), precision and accuracy are expected to be no worse than $\pm15\%$ RSD at all concentrations above the LLOQ and $\pm20\%$ at the LLOQ [6]. On the other hand, a method for release or stability of a drug product is expected to have $\leq1\%$ RSD at the 100% concentration [7]. The signal-to-noise ratio ($S/N$), as shown in Figure 4.7, will influence the overall method error. A simple estimate of the contribution of $S/N$ to the overall method variability is [8]

$$\%\text{-RSD} \approx \frac{50}{S/N} \tag{11.1}$$

This contribution to method variability combines with other sources of error (sampling, sample preparation, etc.) to determine the overall method variability.

Each source of error $x$ in a method accumulates as the sum of the variances $x^2$:

$$E_T = (E_1^2 + E_2^2 + \ldots + E_n^2)^{0.5} \tag{11.2}$$

where $E_T$ is the total error and $E_1, E_2, \ldots, E_n$ are the contributions of error from each source, $1, 2, \ldots, n$. For example, $E_1$ might be the error due to sample preparation,

$E_2$ the error due to the autosampler, or $E_3$ the error due to signal-to-noise (Eq. 11.1). As a rule, if the RSD of an error source is less than half the total RSD, its contribution to total RSD will be less than 15%. The largest error source in Equation (11.2) will dominate the result, so to reduce the total error, the largest source of error (often $S/N$ at the LOD or LLOQ) should be reduced first. If a single source of error is larger than the acceptable total error, the desired total error will not be reached until this source is reduced.

### 11.2.5.1  Limit of Detection (LOD)

There are four ways that values of LOD have been estimated:

- visual evaluation
- signal-to-noise ratio
- response standard deviation and slope
- %-RSD-based

These techniques are interrelated, in that they are different approaches to the same goal, but they may give somewhat different results.

*Visual evaluation* of the chromatogram for the presence or absence of an analyte can be used, but it is highly subjective and susceptible to analyst bias. Therefore it is not recommended.

The *signal-to-noise ratio* can be used to estimate the LOD. A $S/N = 3$ (measured as in Fig. 4.7) is commonly accepted as a definition of LOD. If the LOD can be determined by means of $S/N$ measurements made automatically by the data system for multiple injections, an average value of $S/N = 3$ then corresponds to the LOD. However, if both signal and noise measurements are made manually, the resulting LOD value may be somewhat subjective, due to (unintended) operator bias. In either case several injections at the determined LOD should be made to verify the corresponding LOD analyte concentration. From Equation (11.1) a concentration for which $S/N = 3$ should have its %-RSD $\approx 17\%$, which should approximately match the %-RSD for multiple injections at the LOD.

Use of the *response standard-deviation and slope* is also a straight-forward method for estimating the LOD [9]:

$$\text{LOD} = \frac{3.3\sigma}{S'} \tag{11.3}$$

where $\sigma$ is the standard deviation for a calibration curve and $S'$ is its slope (e.g., unit response per ng/mL of concentration). An example of this procedure is illustrated in Figure 11.7 with the aid of an Excel spreadsheet. Data for a calibration curve are collected and entered into a table of analyte concentration vs. detector signal (area or height). A linear regression in Excel is carried out with the data, yielding a table of regression statistics; $\sigma$ in Equation (11.3) is set equal to the standard error of the $y$-intercept (0.3872) and $S'$ is set equal to the concentration coefficient (1.9042). Substituted into Equation (11.3), the values in Figure 11.7 give LOD = $(3.3 \times 0.3872)/1.9042 = 0.67$ ng/mL.

Reference [9] allows either the standard error (SE) of the curve or SE of the $y$-intercept to be used for $\sigma$ in Eq. (11.3); we disagree and recommend using the

SE of the $y$-intercept (based on a $y = mx + b$ regression, with $b \neq 0$, even if a forced-zero curve will be used). The SE of the curve is an average of values for the entire curve (including high and low concentrations); for lower concentrations that are more pertinent at the LOD, the SE for an individual concentration decreases, and the %-RSD increases. LOD and LLOQ values should be based on the error at those concentrations, not an average for the curve—the SE of the $y$-intercept is a better estimate of this than is the SE of the entire curve.

An advantage of Equation (11.3), as opposed to the use of $S/N = 3$, is that the estimated LOD does not have to coincide with one of the calibration standards used to generate the calibration curve. For example, standards were injected at 1 and 2 ng/mL for the regression of Figure 11.7, yet the estimated LOD was 0.67 ng/mL. Equation (11.3) is only an estimate of the LOD, so it is important to confirm this LOD by injecting several samples spiked at 0.67 ng/mL to verify that peaks are indeed detected by the data system (the visual approach) and $S/N \approx 3$—or %-RSD $\approx 17\%$ (Eq. 11.1).

Finally, some users set the LOD based on a specific %-RSD. This %-*RSD-based* value of the LOD might be defined as the minimum concentration below which the %-RSD exceeds 17% (corresponding to $S/N \approx 3$ from Eq. 11.1). The use of this approach requires values of %-RSD as a function of analyte concentration, as are typically carried out during method validation.

It is only by making multiple injections at the proposed LOD that one can have confidence that the correct LOD has been chosen. The LOD estimate from $S/N$ or the method of Equation (11.3) can be confirmed by making 5 to 6 injections at the estimated LOD to give added statistical support—the calculation of the %-RSD at the LOD.

### 11.2.5.2   Lower Limit of Quantification (LLOQ or LOQ)

Values of LLOQ can be determined by three of the same procedure that are used for determining LOD values:

- signal-to-noise ratio
- response standard deviation and slope
- %-RSD based

If the *signal-to-noise* approach is taken, $S/N = 10$ is commonly accepted as the LLOQ, which can be verified by an RSD of $\leq 5\%$ (Eq. 11.1). The *response standard deviation and slope* procedure is based on the calibration curve, as described in Section 11.2.5.1. For LLOQ, Equation (11.3) is modified to [9]

$$\text{LLOQ} = \frac{10\sigma}{S'} \tag{11.4}$$

With the data of Figure 11.7, LLOQ = 2.0 ng/mL would be calculated from Equation (11.4) by using $\sigma$ = SE of the $y$-intercept (see discussion in Section 11.2.5.1).

*%-RSD-based* values of LLOQ are directly related to the allowed imprecision of a result—which is commonly 5%-RSD (for $S/N = 10$, Eq. 11.1) but can be any value that meets the requirements of the assay. For bioanalytical methods the LLOQ is defined as the smallest concentration for which %-RSD does not exceed 20% [6].

For such methods, sample preparation errors can be a significant contribution to total error, in addition to the contribution of $S/N$ at the LLOQ. Thus $S/N \leq 10$ at the LLOQ (according to the $S/N$ definition of LLOQ) is a reasonable expectation for multiple injections of calibrators; the $S/N$ contribution to total error (Eq. 11.2) should be no more than $(50/10) = 5\%$ (Eq. 11.1)—unlikely the primary source of error. Whatever value of %-RSD is allowed, the LLOQ can then be determined from a plot of %-RSD against the analyte concentration.

No matter what definition is chosen for LLOQ (or LOD), the data at the LLOQ (or LOD) must be sufficiently precise and accurate for the intended application. *LLOQ and LOD should always be verified with samples spiked at the appropriate concentration.*

### 11.2.5.3    Upper Limits

Whereas techniques to determine the LOD and LLOQ are specified in regulatory guidelines (e.g., [6, 9]), the upper limit of the method is defined in these guidelines only as the upper end of the calibration curve or highest quantifiable amount of analyte within the required precision and accuracy. No techniques are given to determine this amount. For analytical applications of HPLC, usually the lower limits are of most concern. The upper limit is dictated by the highest concentration tested (highest calibration curve concentration) or the point where detector nonlinearity or saturation starts to become a problem.

Assays of a drug substance (pure drug) or drug product (formulated drug), including associated impurities or degradation products, require that the method perform well at both the upper and lower limits of quantification. In such cases the reporting limits often are specified as a percentage of the response for the active pharmaceutical ingredient (API) at the normal dosage level. For example, impurities in new drug substances must be reported at the 0.05% level and quantified at the 0.1% level relative to the API [10]. This requires that the method have a linear response (or other defined curve shape) over a range of $>10^3$. This generally is not a problem with well-behaved detectors, such as UV (Section 4.4), but some detectors, such as the evaporative light-scattering detector (ELSD, Section 4.12.1), may have a much more limited linearity range, precluding them from such applications or requiring innovative techniques to work around the shortcomings of the detector.

### 11.2.5.4    Samples Outside Limits

Method validation (Section 12.5) is meant to define the performance of a method over the working range, often between the LOD and upper limit. When samples are encountered that exceed the method limits, adjustments in the method process may be required, if valid data are to be obtained. Whether the sample concentration is lower or higher than the method range, extrapolation of the calibration curve is strongly discouraged. Nonlinear behavior, due to sample adsorption at the low end, detector saturation at the high end, or other factors, is common enough that extrapolated data are not to be trusted. It is advisable to choose one of the alternatives listed below.

Samples that are above the upper limit of the calibration curve often can be diluted into the method range, and thus allow useful results to be obtained. Generally, it is best to dilute the sample with the appropriate blank sample matrix

(comprising all the constituents of the sample excluding the analyte; for example, blank plasma or the excipients in a pharmaceutical product) or sample diluent (i.e., injection solvent). For example, make a known dilution of an over-limit plasma sample with blank plasma prior to sample pretreatment, or a dilution of a pesticide formulation with additional injection solvent prior to injection. In applications where occasional over-limit samples are likely to be encountered, such as preliminary pharmacokinetic studies, it is wise to include dilution tests as part of the validation process. For example, spiked samples could be prepared to demonstrate that a 10-fold dilution of an over-limit sample gives the same result as a sample prepared at 1/10 the concentration. The method then could be written to allow dilution of any sample, up to 10-fold over-range, into the concentration range approved for analysis.

Samples that have concentrations below the standard curve may require a larger mass of injected sample. In some cases, this can be accomplished simply by injecting a larger sample volume. In other cases, concentration of the sample during sample pretreatment, or less dilution, can provide a solution. In any event, the process should be validated so that one has confidence in the quality of the resulting data. Some methods may be written so that samples with peaks between the LOD and the LLOQ are reported as below limit of quantification (BLQ), indicating that analyte is present but in an insufficient amount to quantify. In every case, the means adopted should be appropriate to the use of the final results.

## 11.3   QUALITATIVE ANALYSIS

Qualitative measurements are those that identify or help to identify the structure of an analyte. In general, chromatography is a weak tool for qualitative analysis, but a well-behaved HPLC system coupled to an appropriate detector can make it much more suitable. Three approaches are common for qualitative analysis by HPLC:

- retention time
- on-line qualitative analysis
- off-line analysis

Remember that no matter which technique is used, it is much easier to prove that two peaks are *not* the same compound than to prove that they are the same. That is, compounds with closely related structures usually have similar retention times and UV spectral characteristics, so retention time plus UV spectra may not be sufficient for peak identification—it may be necessary to use mass spectrometry, NMR, FTIR, or other techniques to confirm peak identity. Nevertheless, the identification of a peak is generally easier when its behavior and properties can be shown to be identical to those of a specific compound or standard—as opposed to a compound that is not available.

### 11.3.1   Retention Time

The most common technique for qualitative analysis by HPLC is to compare the retention time $t_R$ of the analyte to that of a reference standard (as discussed in Section 11.2.2, relative retention is often used instead of absolute retention time).

If all HPLC conditions (mobile-phase composition, temperature, flow, etc.) are kept constant, the retention time should be constant. Of course, conditions are never exactly constant, and this results in small variations in retention from run to run (e.g., $\pm 0.02-0.05$ min). If an injected analyte falls within the retention range of the standard, this supports the conclusion that the standard and analyte peaks are the same compound. However, retention time is *characteristic, but not unique*; more than one compound can have the same retention time.

In order to minimize the possibility of confusion of one compound for another with the same retention time, efforts should be taken during method development to ensure that adequate resolution is achieved between the analyte of interest and any likely interfering substances. The examples of adjacent peaks in Figure 2.17 can serve as a guide for how much resolution is required for this purpose, which depends considerably on the relative size of two adjacent peaks and how much they tail. Further considerations are (1) the likelihood that the column plate number and peak tailing can change over time, (2) relative retention can vary with inadvertent—usually small—changes in separation condition, and (3) the observed retention time can differ from the true retention time when two peaks overlap. Retention also can be influenced by the sample matrix; for example, the retention time of a pure reference standard may differ slightly from $t_R$ of the same compound in plasma. This is one reason why methods for drugs in biological samples should be calibrated using matrix-based standards [6] (by spiking known concentrations of the reference standard into blank [drug-free] matrix). Because several factors can create uncertainty in the use of retention time for confirming peak identity (qualitative analysis), *it is best to limit this technique to methods where a particular analyte is likely to be present and no other sample components are likely to overlap the analyte peak*.

Another retention-related technique for qualitative analysis is co-injection of a reference standard. In this case the sample is injected; then the reference standard is added to the sample and it is injected again. This technique is related to the method of standard addition (Section 11.4.1.4) used for quantitative analysis. If the peaks in the two injections have the same retention times, peak widths, and peak shapes (within normal variability), there is additional evidence to conclude that the two compounds are identical. On the other hand, if co-injection produces a broader peak, a distorted peak, or two peaks, it is strong evidence that the reference standard and analyte are not the same.

Finally, the use of retention-time predictions, literature values for retention time, or retention times of related substances are never sufficiently accurate to confirm the identity of a compound—although such estimates may prove useful for certain purposes (e.g., the combination of a retention estimate with mass spectral information for peak identification). The use of a retention time alone to identify an analyte should be limited to comparisons with the retention of a known reference standard, where the presence of interfering peaks is unlikely.

### 11.3.2 On-line Qualitative Analysis

Structural elucidation of unknown analytes can be performed with the aid of HPLC detectors, but rarely is HPLC detection as effective as off-line qualitative procedures. Several HPLC detectors (e.g., UV, NMR, or IR), provide qualitative

spectral information about the sample; other detectors, such as the chemiluminescent nitrogen detector, laser light-scattering detector, MS, or chiral detectors, generate more specific and quantitative information about the analyte, such as nitrogen content, approximate mass, analyte molecular weight, or optical rotation, respectively. Detectors usually collect information while the sample passes through the detector flow cell, so the time available for measurement during passage of the peak through the flow cell is similar in magnitude to the peak width—often only a few seconds. A further constraint is that the sample is usually very dilute. Stopped-flow operation is also possible, with the advantage of increasing the time allowed for measurement.

When compared to the same instrumental techniques used in an off-line, stand-alone application—where analysis time is not limited and analyte concentration often is much greater—the information content of on-line techniques is consequently reduced. For this reason on-line data may be most useful for proving that a particular peak is *not* a specific compound, rather than establishing chemical structure. However, when a reference standard is available, the combination of retention time with a single detector response can be sufficient to legally prove the identity of an analyte. An example of this is the use of LC-MS (or LC-MS/MS) in the forensic analysis of drugs of abuse. Finally, in many cases the presumed identity of a peak (e.g., a metabolite of a drug) plus qualitative information from on-line detection may be sufficient for tentative structural confirmation. When data from several HPLC detectors (e.g., FTIR, MS, or chemiluminescent nitrogen) are combined, the structural identity of an analyte can be inferred with greater confidence.

### 11.3.2.1    UV Detection

The diode-array UV detector (Section 4.4.3), and less commonly the variable-wavelength UV detector (Section 4.4.2) in the stopped-flow scanning mode, can generate UV spectra of chromatographic peaks as they pass through the detector flow cell. UV spectra alone, whether obtained on-line or off-line, rarely have enough information content to assign an analyte structure. The spectra may be sufficient to help confirm the presence of a compound suspected to be in a sample, but the spectral similarity of structurally similar compounds usually prevents any final conclusion about structure. For example, the UV spectra may be sufficient to confirm which peak is the active ingredient in a drug dissolution sample, but it would not be satisfactory to prove the present of a drug of abuse in a forensic situation.

### 11.3.2.2    LC-MS

The mass spectral detector (Section 4.14), especially in the MS-MS mode, can provide sufficient spectral information to confirm the identity of a peak. The quadrupole LC-MS in the MS-MS mode generates data on precursor-to-product ion transitions that can be used to help elucidate the structure of an unknown, especially when several different transitions can be obtained from the same analyte. The ion-trap LC-MS has the capability to generate additional structural information in the $MS^n$ mode, where product ions may be successively fragmented into smaller product ions (Section 4.14.2). However, with each successive fragmentation, the sample is diluted, reducing the quality of the data. The time-of-flight LC-MS also measures analyte-mass information that can help to provide structural identity. Because the mass resolution (e.g., $m/z \approx 1$) of LC-MS detectors is much lower than stand-alone MS units, fractional mass differences cannot be used for structural elucidation.

### 11.3.2.3   LC-FTIR

The Fourier transform infrared detector (Section 4.15.1) is used most commonly by trapping and evaporating aliquots of the column effluent, followed by spectroscopic measurements. The LC-FTIR can generate valuable structural information (e.g., Fig. 4.34) that can be used to determine or confirm the chemical structure of a chromatographic peak.

### 11.3.2.4   LC-NMR

The nuclear-magnetic-resonance LC detector (Section 4.15.2) in the flow-through or stopped-flow mode can provide valuable structural information about a peak (e.g., Fig. 4.35). For $^1$H NMR, deuterated solvents are required for the mobile phase, or the mobile phase must be evaporated—this can restrict the scope of application of LC-NMR.

### 11.3.2.5   Chemiluminescence Nitrogen Detector (CLND)

The CLND (Section 4.9) responds to the nitrogen content of the analyte. Because the detector response is proportional to the molar content of nitrogen in the sample, the detector can be calibrated with compounds of known nitrogen content. The molar nitrogen content of an analyte can be determined from the detector response and the mass of analyte injected (e.g., Fig. 4.20). Although this information is not sufficient to determine molecular structure, it can aid in structural analysis.

### 11.3.2.6   Laser Light-Scattering Detector (LLSD)

The LLSD (Section 4.12.3) can assign an approximate molecular weight to a macromolecular analyte, without the need for a reference standard of the analyte. This capability can be sufficient to distinguish between monomeric and dimeric forms of an analyte (e.g., Fig. 4.26). However, the accuracy of LLSD for determining analyte molecular weight is far below that of LC-MS.

### 11.3.2.7   Chiral Detectors

Chiral detectors (Section 4.10) can distinguish between enantiomeric forms of an analyte (e.g., Fig. 4.21), and give the sign of rotation. However, no other information is provided about the structure of the analyte.

### 11.3.2.8   Off-line Analysis

If fractions are collected from the HPLC effluent stream in the semipreparative or preparative mode (Chapter 15), a sufficient amount of pure analyte may be collected to enable off-line analysis for structural determination. Because larger quantities of sample are available and the time-frame restrictions of on-line analysis are removed, off-line structural analysis often can provide conclusive structural identity of a trapped peak. Traditional FTIR, NMR, and mass spectral analysis can be performed; with sufficient sample, wet chemical tests, X-ray crystallography, or other analytical techniques also may be applied.

## 11.4   QUANTITATIVE ANALYSIS

Whereas the HPLC can provide qualitative information about a sample, its real strength is shown in quantitative analysis. Other than the analytical balance, pH meter, or volumetric pipette, it is likely that HPLC is the most commonly used quantitative tool in the analytical laboratory. For its reliable application, five requirements must be met. First, the HPLC system and its associated method must work in a reproducible manner that provides the requisite precision and accuracy (Sections 11.2.4.2, 11.2.4.3). Second, the data system (Section 11.2) must precisely and accurately convert the detector signal into time and response data. Third, the system must be properly calibrated (Section 11.4.1) to allow measurement of unknown sample concentrations against known quantities of reference standards. Finally, all of the data must be processed in a manner that assures that the overall procedure performs at the required level to comply with appropriate regulatory standards (e.g., Section 12.5) or other end-use requirements for the data. Finally, separation conditions must be such as to enable stable baselines and adequate resolution ($R_s > 1.5$). However, the latter requirement has been dealt with in other chapters and will not be repeated here.

### 11.4.1   Calibration

Calibration is the process by which the detector response per unit concentration (or mass) of analyte is determined. Some detectors respond to analyte concentration (e.g., UV, Section 4.4), whereas others respond to analyte mass (e.g., evaporative light scattering, Section 4.12.1). In the present discussion we will assume that the detector is concentration sensitive; for the most part the exact same procedures are followed for mass-sensitive detectors. The two most common calibration techniques are *external standardization* and *internal standardization. Area normalization* often is used for purity analyses and other applications where relative concentration is more important than absolute concentration—or where standards for calibration do not exist. The *method of standard addition* is a specialized calibration technique of particular use when a blank sample is not available, and the sample matrix may affect the retention time and/or peak area response for the analyte. For such sample matrices (e.g., plasma), it is also strongly recommended (e.g., [6]) that the calibration standards be prepared in blank matrix (i.e., all the components that are normally found in a sample, excluding the analyte). This, of course, applies to both external and internal standardization (area-normalization and standard addition techniques already have the matrix present). In cases where the sample matrix has little influence on retention or selectivity, such as environmental water samples, or the assay of pure compounds or simple mixtures, matrix-based calibrators may not be required.

In order to obtain accurate results from a method, the calibration curve must adequately represent the concentration-response relationship for the analyte. One way to help improve the accuracy of the calibration curve is to evaluate whether *curve weighting* is appropriate. This topic is discussed in Section 11.4.1.5.

#### 11.4.1.1   External Standardization

A matrix-based set of *calibration standards* is prepared. Usually this is done by accurately weighing a quantity of reference standard of known purity and diluting

it in water or buffer to make a primary stock. This stock then is added to the sample matrix (e.g., sample diluent, blank plasma, water, soil, or other matrix appropriate to the sample type), to the concentration corresponding to the highest point on the *calibration curve*. (Some laboratories refer to the standard curve as a *line*; it also is commonly called a *standard curve*. "Curve" is generally used to describe this plot, even though it is most often a linear plot.) Further dilutions are made in matrix to prepare standards that span the method range, including the lowest point on the curve, and sometimes a standard at the limit of detection (LOD). It is customary to include a blank-matrix sample to demonstrate that interferences are not present in the blank.

The two most popular ways to prepare the calibration-curve samples are to use a linear or exponential (sometimes incorrectly called "logarithmic") dilution scheme. For example, with a standard curve covering a method range of 1 to 100 ng/mL, standards might be prepared at 0, 1, 20, 40, 60, 80, and 100 ng/mL for a linear dilution, or 0, 1, 2, 5, 10, 20, 50, and 100 ng/mL for an exponential dilution. At the same time as the calibration standards are prepared, or during preparation of analytical samples, it is a good idea to prepare *quality control standards* (Section 12.3) that will be used to check method performance within a batch of samples. If sample preparation is required, the calibration (and quality control) standards are then processed through the normal sample preparation process, yielding extracted calibration standards for injection.

For external standardization, the same volume of calibration standard at each concentration (level) is injected in sequence from lowest to highest concentration. The low-to-high sequence tends to minimize any carryover-related bias in the curve. The highest concentration standard can be followed by a blank (zero-concentration) standard to check for carryover (Section 17.2.5.10), as well as to avoid carryover bias if the following sample has a low concentration of the analyte. It is best to inject the same volume of different standard concentrations when running the calibration curve, rather than different volumes of the same concentration; the injection volume delivered by most autosamplers is very precise but not necessarily as accurate (Section 3.6.1).

A calibration plot can be constructed manually with the aid of spreadsheet software (e.g., Microsoft Excel), or with the data-system software. It is best to use the data-system software, because in most cases it can be validated, and transfer of data from the raw-data tables into the software is seamless. Excel and similar programs are flexible and work well, but are not considered validated (or validate-able) software by some regulatory guidelines published by authorities such as FDA or ICH, so additional data checking will need to be done to make sure the results are error-free. An example of an external calibration plot is presented in Figure 11.8 using the data from Table 11.1. The slope of the calibration plot, $S'$, is then used to calculate the concentration of unknown samples:

$$\text{ng/mL analyte} = \frac{\text{area analyte}}{S'} \tag{11.5}$$

In the case of Figure 11.8 (with a linear-regression forced through the origin; i.e., $x = 0, y = 0$), $S' = 200.8$ (area units)/(ng/mL analyte). So an analyte peak of 862 area counts would have a concentration of $(862/200.8) = 4.3$ ng/mL. Equation (11.5) assumes that the trend line intercepts the $x$-axis at $y = 0$, which may or

**522**  QUALITATIVE AND QUANTITATIVE ANALYSIS



**Figure 11.8**  Calibration curve based on external standardization data of Table 11.1 (curve forced through zero).

Table 11.1

**Calibration Curve Data for Figures 11.8 to 11.10 for Same Analyte and Separation Conditions**

| | Response | | |
|---|---|---|---|
| Concentration (ng/mL) | External Standard[a] | Internal Standard[b] | Standard Addition[c] |
| 0 | | | 487 |
| 1 | 215 | 0.0408 | 729 |
| 2 | 416 | 0.0789 | 911 |
| 5 | 976 | 0.185 | 1,435 |
| 10 | 2,056 | 0.390 | 2,529 |
| 20 | 4,060 | 0.770 | |
| 50 | 9,921 | 1.88 | |
| 100 | 20,140 | 3.82 | |
| 200 | 40,163 | 7.62 | |
| 500 | 99,796 | 18.9 | |
| 1000 | 201,123 | 38.2 | |

[a]Area units (Fig. 11.8).
[b]Analyte/IS ratio (Fig. 11.9).
[c]Area with standard added at concentration in column 1 (Fig. 11.10).

may not be the case (Section 11.2.4.5). Alternatively, carry out the linear-regression without forcing the fit through zero (0, 0 point); this is the usual approach taken by data processing software. In the present case, the data of Table 11.1 yield a regression equation (without forcing zero) of $y = 201x - 38$. Solving for $x$ and inserting $y = 862$ gives $x = 4.5$ ng/mL, which adjusts for the (slight) nonzero intercept. The calculated value represents the concentration of analyte in the injected sample; any weighing, dilution, or other sample processing corrections need to be applied to this value before the final sample concentration is reported.

Because the external standard method assumes that the area of the analyte peak accurately represents the concentration of analyte in the original sample, external standardization is best used with methods that involve minimal sample manipulation between the initial sampling process and injection. Therefore solid or liquid samples that undergo weighing, pipetting, dilution, dissolution, and/or filtration processes are good candidates for external standardization. Pharmaceutical dissolution analysis involves placing one or more drug tablets in a dissolution bath of known volume, taking samples at specific time points, filtering the samples, and injecting them. An environmental water sample might be aliquotted by volume, shaken in a measured volume of solvent, filtered, and injected. In both of these cases, it is easy to track the concentration of the injected sample relative to the initial untreated sample, so they would be good candidates for external standardization.

A variation of the external standardization method is *single-point calibration* (Section 11.2.4.5). In this technique experiments during method development and validation are performed to show that analyte response is proportional to its concentration over the method range. Then a single standard is injected, and the analyte concentration in an unknown sample is determined by the ratio of the areas of the standard and the unknown (equivalent to use of Eq. 11.5). Usually the range of the method is narrow, such as $\pm 20\%$ of the target dose of a drug in tablet form. For example, dissolution testing of drug products designed for immediate release can be tested with single-point calibration if supporting data have been gathered to show the validity of this technique [11].

### 11.4.1.2 Internal Standardization

Internal standardization is superior to external standardization whenever there are sample preparation steps (Chapter 16) in which sample loss can take place. For example, the determination of drugs in plasma often involves solid-phase or liquid–liquid extraction with variable volume recovery, evaporation to dryness, and reconstitution in the injection solvent. At each of these steps the initial and final sample volume seldom are the same for every sample, but the internal standard (IS) tracks such changes, making it possible to obtain precise and accurate results.

The primary difference between internal standardization and external standardization is that an IS is added to samples and calibrators prior to sample pretreatment; calculations of analyte concentration are based on the ratio of areas for the analyte and IS. Calibrators are prepared by weighing and serial dilution, just as for the external standard method (Section 11.4.1.1). Aliquots of the calibration standards (e.g., 200 µL of spiked plasma) are then mixed with an IS solution (e.g., 10 µL), as are all samples—standards and samples are then processed in the same way. The IS solution is prepared in water or buffer at a concentration such that a small volume (e.g., $\leq 5\%$ of the sample volume) will generate a peak of sufficient size (e.g., $S/N > 100$) for measurement with suitable precision and accuracy. As in the case of external standardization, standards are injected in a low-to-high concentration sequence.

The ratio of the area of analyte to area of IS in each of the calibration samples is calculated (e.g., Table 11.1) and a plot of this ratio against the analyte concentration is made (Fig. 11.9). The linear regression for these data gives $y = 0.0381x - 0.0073$, with a standard error of the $y$-intercept of 0.0172. Since the $y$-intercept (absolute

**524** QUALITATIVE AND QUANTITATIVE ANALYSIS



**Figure 11.9** Calibration curve based on internal standardization data of Table 11.1.

value) is <SE, it is appropriate to force the curve through the origin (Section 11.2.4.5); that is, $y = 0.0381x$. For this example, $S' = (0.0381 \text{ratio units})/(\text{ng/mL analyte})$. Calculations of unknown samples are carried out in the same manner as for external standardization, except that the analyte-to-IS ratio is used instead of the absolute analyte area:

$$\text{ng/mL analyte} = \frac{\text{analyte/IS area-ratio}}{S'} \tag{11.6}$$

Thus a sample for which the analyte area is 15,345 and the IS = 4725, the ratio = 3.25. From Equation (11.6), (3.25 ratio units)/0.0381 = 85.2 ng/mL analyte.

For an IS to properly perform its functions, it must have certain properties, several of which are summarized in Table 11.2. The IS or a sample component with the same retention time must never be present in the sample, or an invalid (low) assay result will be obtained. It is desirable to have the IS peak elute near the analyte so that it experiences a similar chromatographic history. If possible, elution just after the analyte is preferable, because if the IS has the correct retention time and area

Table **11.2**

**Internal Standard Properties**

1. Never found in sample
2. Similar $k$ to analyte, preferably eluted after analyte
3. Equivalent sample preparation properties to analyte ($pK_a$, log $P_{o/w}$, etc.)
4. Well-resolved from analyte (or stable-label for MS)
5. Stable
6. Pure or known purity
7. Compatible detector response (IS peak should have $S/N > 100$)
8. Structurally similar to analyte (desirable, but not essential if property 3 is applicable)

response, it is known that all peaks eluted earlier also were eluted under the proper chromatographic conditions. Peaks eluted after the IS may be subject to bubbles or equipment errors that would not be apparent from an examination of the IS peak.

One of the main roles of the IS is to correct for variations in analyte recovery during sample pretreatment; the IS should therefore possess chemical properties (extraction coefficients, $pK_a$ values for partly ionized analytes, etc.) that are similar to those of the analyte. When several analytes are present in a single sample, it may be desirable to have more than one IS, but this usually is not essential. The IS needs to be well-resolved from the analyte so that peak measurements are not compromised. The exception is for LC-MS applications where a stable, isotopically labeled compound often is used as the IS. Stable-label standards do not require chromatographic resolution if the MS resolution is adequate to distinguish clearly between the analyte and IS (usually the case). Isotopically labeled standards that co-elute with the analyte (typical for $^{13}C$ standards) will not be subject to changes in separation conditions (e.g., a bubble) or detector conditions (e.g., spray plume irregularity in the MS interface). Thus co-eluted standards more closely mimic the analyte than standards that do not co-elute (often the case for deuterated standards).

The IS needs to be sufficiently stable that it will not change during sample preparation and chromatographic separation. Although it is not necessary for the IS to be highly pure, as long as it is stable, it is important that no IS impurities interfere with the analyte response. The IS also requires an acceptable detector response. Some lists of IS requirements suggest that the IS should be structurally similar to the analyte. There is no basis for this requirement—as long as the IS has the other required properties. However, an IS that is structurally similar to the analyte is more likely to be suitable, so most users choose a structurally similar IS. Good IS candidates are structural analogues of the analyte or related compounds that are not likely to be present in the sample. In some cases it is convenient to make a "flip-flop" method, where two related compounds are used as the IS for each other. For example, in method 1, compound $X$ is used as the IS for analyte $Y$, and in method 2, compound $Y$ is used as the IS for analyte $X$; the limitation of this technique, of course, is that both $X$ and $Y$ can never be present in the same sample. This technique would work with two related drugs that were never co-dosed but had closely related extraction and chromatographic properties

### 11.4.1.3  Area Normalization

A standard feature of data systems is to report *percent peak area*. This is obtained by adding the areas of all peaks in a chromatogram and reporting each peak as a percentage of the total. This report format is convenient for screening a chemical reaction for completion and approximate product purity as well as other applications. A related report is *area normalization*, in which one peak is chosen as a reference peak and all other peaks are reported as a percentage of the reference peak. Area normalization is common for methods used to test drug stability or assay impurities in drug products. In the latter case, any peak $\geq 0.1\%$ of the active pharmaceutical ingredient (API) must be reported and identified, whereas peaks $\geq 0.05\%$ must be reported but not necessarily identified [10]. Both area-% and area normalization are convenient because they do not require standards for

each peak. However, both procedures rely on the assumption that the detector response for nonstandardized (e.g., unknown) peaks is the same as for peaks for which standards are available; this assumption may or may not be appropriate, depending on the sample composition and choice of detector. UV detection is notorious for order-of-magnitude differences in sensitivity for different compounds.

### 11.4.1.4   Standard Addition

The method of standard addition ("spiking") can be useful when a sample blank cannot be obtained, and the sample matrix can affect analyte recovery and/or response. For example, when measuring insulin levels in plasma, it is impossible to obtain plasma without insulin, so standard addition can be used.

Standard addition can be based on a single-point or multiple-point calibration. For single-point calibration, the sample is split into two fractions. One fraction is spiked with a known concentration of the standard, and both fractions are analyzed. The calibration factor is obtained as

$$S' = \frac{\text{area}_s - \text{area}_{ns}}{\text{conc}_s} \tag{11.7}$$

where $\text{area}_s$ and $\text{area}_{ns}$ are the areas of the spiked and nonspiked samples, respectively, and $\text{conc}_s$ is the concentration of standard *added* to the spiked sample. Using the data of Table 11.1, we see that for $\text{conc}_s = 2$ ng/mL, $\text{area}_s = 911$ and $\text{area}_{ns} = 487$. $S' = (911 - 487)/(2 \text{ ng/mL}) = 212$ area units/(ng/mL). Now the concentration of the non-spiked sample ($\text{conc}_{ns}$; shown as 0 ng/mL in Table 11.1) can be determined as

$$\text{conc}_{ns} = \frac{\text{area}_{ns}}{S'} \tag{11.8}$$

or $\text{conc}_{ns} = 487/212 = 2.3$ ng/mL.

For multiple-point calibration using standard addition, the sample is split into $n + 1$ fractions, where $n$ is the number of standards to be used. Then $n$ samples are spiked, each with a different concentration of standard and all samples are analyzed. A calibration curve is plotted, as shown in Figure 11.10 for the data of Table 11.1. Note that the regression line is extended to the left until it intersects the $x$-axis (arrow in Fig. 11.10). The value of the intercept $x$ corresponds to $-\text{conc}_{ns}$. Linear regression of the data of Table 11.1 gives $y = 201x + 496$. Solving for $x$ and inserting $y = 0$ gives $x = -2.5$, so $\text{conc}_{ns} = 2.5$ ng/mL. The result (<1 SD difference) is the same as that obtained above with Equations (11.7) and (11.8).

It should be stressed that the method of standard addition does not correct for baseline variation or other sample interferences. These problems must be handled in the usual way, before the standard addition procedure is applied. In effect, this approach is a form of in situ calibration, and it can be very useful when the more traditional techniques of external or internal standardization cannot be used. As noted in Section 11.3.1, the method of standard addition also can be useful in confirming peak identity, although its value for this purpose is no greater than the use of a retention time.



**Figure 11.10** Use of the method of standard addition to determine analyte concentration at $x$-axis intercept (arrow); data of Table 11.1.

### 11.4.1.5  Evaluating Calibration Curves

Plots for wide concentration-range calibration curves, such as those of Figures 11.8 and 11.9 can be hard to interpret when a linear $x$-axis is used, because the low concentration points are crowded together. An alternate way to examine the data is to make a plot of %-error against log concentration (a "%-error plot"). %-Error is determined by using the regression equation to calculate the theoretical $y$-value for each concentration; error is calculated as (experimental value – theoretical value)/theoretical value, and expressed as %-error.

The benefit of the %-error plot is shown in Figure 11.11 for a data from a hypothetical method-validation study. Calibrators were injected at 10 concentrations: 1, 2, 5, 10, 20, 50, 100, 200, 500, and 1000 ng/mL. The plot of %-error versus (linear) concentration of Figure 11.11$a$ shows that there is much more relative error at lower concentrations, but this figure is hard to interpret because of the crowding of data points at low concentrations. The %-error versus log concentration plot of Figure 11.11$b$ solves the crowding problem, and now the error at each concentration can be easily examined. The data fall into two sets—those above 20 ng/mL with a relatively constant error of $\approx\pm1\%$ (1 SD)—while remaining concentrations show increasing relative error as concentration is reduced (dashed lines of Fig. 11.11$b$). This pattern is expected, as $S/N$ makes a larger contribution to relative error (Eq. 11.1) at low concentrations. Other than the (normal) increase in error at low concentrations, the data of Figure 11.11 have acceptable regression statistics ($r^2 = 0.9999$, $y$-intercept $<$SE), so a multiple-point calibration curve with forced zero ($y = mx$; Sections 11.4.1.1, 11.4.1.2) is appropriate.

The %-error plot can highlight problems with calibration curves. Data similar to that of Figure 11.11$a$, $b$ are shown in the example of Figure 11.11$c$, which emphasizes the importance of picking the proper $y$-intercept. If a multiple-point calibration is chosen, with the curve forced through zero, the %-error plot of Figure 11.11$c$ results. Lower concentrations show increasing error, with an average error $\approx50\%$ for 1 ng/mL. For a bioanalytical method, where maximum error allowed at the LLOQ $= \pm20\%$, the lowest concentration with an average error of $\leq20\%$ is 5 ng/mL ($\approx9\%$ error); this limits the application of the method to a

**528**    QUALITATIVE AND QUANTITATIVE ANALYSIS



**Figure 11.11**  Use of %-error plots to examine calibration-curve data. (*a*) %-Error versus (linear) concentration; (*b*) data of (*a*) plotted as %-error versus log concentration (*y*-intercept <SE; curve forced through zero); (*c*) %-error versus log concentration (*y*-intercept >SE; curve improperly forced through zero).

range of 5 to 1000 ng/mL. For this data set the $y$-intercept $>$SE, so the proper curve fit is $y = mx + b$ (with $b \neq 0$). The resulting %-error plot (not shown) closely resembles Figure 11.11$b$, with an average error of $<6\%$ throughout the curve. Now the calibration curve allows a bioanalytical method to be applied over a range of 1 to 1000 ng/mL. It is interesting to note that for both curve fits (with $b = 0$ or $b \neq 0$), $r^2 > 0.9999$, so $r^2$ alone is not sufficient to ensure good performance of a multiple-point calibration.

Low $r$- or $r^2$-values can indicate that there are problems with a calibration curve, but the converse is not necessarily true—large $r^2$-values do not guarantee a well-behaved curve. A plot of %-error against log concentration (%-error plot) is a useful way to make a visual examination of data. *We recommend examining all calibration-curve data with a %-error plot as a means of highlighting potential problems with the method*.

### 11.4.2   Trace Analysis

HPLC is used for the analysis of samples of widely varying concentration. The term *trace analysis* often is used to describe small sample concentrations. One way to define trace analysis is to describe samples for which the precision of measurement is affected by the concentration, often with a transition point to trace analysis when $S/N < \approx100$ (Section 4.3). Other than the problems associated with dealing with low concentrations and small signals, trace analysis is little different from the analysis of more concentrated samples. With trace analysis, peak height measurements may be preferred over peak area. We recommend evaluating both peak height and peak area; choose the final measurement technique based on the one that gives the best precision and accuracy. For additional information, see Sections 2.6.3.2, 4.2.4, and 11.2.5; for discussion related to specific detectors, consult the appropriate detector discussion in Sections 4.4 through 4.16.

## 11.5   SUMMARY

Use of the HPLC as a qualitative or quantitative analytical tool requires that the system be operating properly and that the data system be set up to accurately determine peak retention times and peak areas or heights. Consideration has to be taken relative to resolution requirements for the peaks of interest, including the influence of relative peak size and shape. Although the HPLC system is not as useful a tool for qualitative analysis as some dedicated instruments (e.g., FTIR, NMR, or high-resolution MS), with the help of the appropriate detector(s) it can provide valuable qualitative information for many applications. Liquid chromatography shows its strongest assets with quantitative analysis. HPLC can be used for trace analysis of pollutants in river water, drugs and their metabolites in biological systems, or impurities in reagents. It is also useful for determining content uniformity of pharmaceutical products with high precision and accuracy. Quantitative analysis relies on selection of appropriate reference standards and proper calibration so that the results are of high quality and can withstand the scrutiny of review by regulatory agencies.

**530**    QUALITATIVE AND QUANTITATIVE ANALYSIS

## REFERENCES

1. N. Dyson, *Chromatographic Integration Methods*, 2nd ed., Royal Society of Chemistry, Letchworth, UK, 1998.
2. L. R. Snyder and J. J. Kirkland, *Introduction to Modern Liquid Chromatography*, 2nd ed., Wiley, New York, 1974.
3. V. R. Meyer, *J. Chromatogr. Sci.*, 33 (1995) 26.
4. R. Q. Thompson, *J. Chem. Ed.*, 62 (1985) 866.
5. *Guidance for Industry: Part 11, Electronic Records; Electronic Signatures—Scope and Application*, USFDA-CDER, Aug. 2003, http://www.fda.gov/ora/compliance_ref/part11.
6. *Guidance for Industry: Bioanalytical Method Validation*, USFDA-CDER, May 2001, http://www.fda.gov/cder/guidance/index.htm.
7. *Reviewer Guidance: Validation of Chromatographic Methods*, USFDA-CDER, Nov. 1994, http://www.fda.gov/cder/guidance/index.htm.
8. L. R. Snyder, J. J. Kirkland, and J. L. Glajch, *Practical HPLC Method Development*, 2nd ed., Wiley-Interscience, New York, 1997, p. 71.
9. *Validation of Analytical Procedures: Text and Methodology Q2(R1)*, International Conference on Harmonization, Nov. 2005, http://www.ich.org/LOB/media/MEDIA417.pdf.
10. *Impurities in New Drug Substances Q3A(R2)*, International Conference on Harmonization, Oct. 2006, http://www.ich.org/LOB/media/MEDIA422.pdf.
11. *Specifications: Test Procedures and Acceptance Criteria for New Drug Substances and New Drug Products: Chemical Substances Q6A*, International Conference on Harmonization, Oct. 1999, http://www.ich.org/LOB/media430.pdf.
12. J. C. Miller and J. N. Miller, *Statistics for Analytical Chemistry*, Halsted Press-Wiley, New York, 1984, secs. 4.9–4.10.

# Exhibit 4

Status: Currently Official on 11-Mar-2026
Official Date: Official as of 01-Dec-2024
Document Type: General Chapter
DOI: https://doi.org/10.31003/USPNF_M99380_09_01
Printed from: https://online.uspnf.com/uspnf/document/1_GUID-6C3DF8B8-D12E-4253-A0E7-6855670CDB7B_9_en-US  © 2026 USPC
Do not distribute



Kittendorf
**Exhibit No.** 10
**Date:** 4/28/26 DT

---

**NOTICE:** Revision Bulletin                                                    Posted on: 22-Nov-2024

### ⟨621⟩Chromatography

**Expert Committee:** General Chapters - Chemical Analysis

In accordance with the Rules and Procedures of the Council of Experts, the General Chapters - Chemical Analysis Expert Committee has revised General Chapter ⟨621⟩ Chromatography. The purpose of this revision is to further delay the implementation of the subsections System Sensitivity and Peak Symmetry under System Suitability until June 1, 2026, to coincide with the target official date of the revision proposal scheduled to appear in PF 51(2) [Mar.–Apr. 2025].

In addition, it will implement correction 1 to the PDG sign-off document agreed upon in November 2023, which rewords the entries for the Internal diameter in both Liquid Chromatography: Isocratic Elution and Liquid Chromatography: Gradient Elution to state that:

"Internal diameter: The internal diameter of the column may be adjusted even in the absence of a change in particle size and/or length."

It also corrects the formatting of the entry: "These changes are acceptable, provided that system suitability criteria are fulfilled, and selectivity and elution order of the specified impurities to be controlled are demonstrated to be equivalent." to start a new paragraph, which renders the statement to be applicable to the entire text above it in that section.

For additional details, please see the Notice of Intent to Revise describing the next steps and timelines for ⟨621⟩Chromatography revisions.

The ⟨621⟩ Chromatography Revision Bulletin supersedes the currently approved ⟨621⟩ Chromatography Revision Bulletin that became official on October 1, 2023.

Should you have any questions, please contact Edmond Biba, Senior Principal Scientist (301-230-3270 or exb@usp.org).

# ⟨621⟩ CHROMATOGRAPHY

To view the Notice from the Expert Committee that posted in conjunction with this accelerated revision, please click www.uspnf.com/rb-notice-gc-621-20241122

*Change to read:*

**(The sections *System Sensitivity* and *Peak Symmetry* will become official on ▲June 1, 2026▲ (RB 1-Dec-2024) as indicated.)**

## INTRODUCTION

Chromatographic separation techniques are multistage separation procedures in which the components of a sample are distributed between two phases, one of which is stationary while the other is mobile. The stationary phase may be a solid or a liquid supported on a solid or a gel. The stationary phase may be packed in a column, spread as a layer, or distributed as a film, etc. The mobile phase may be gaseous or liquid or supercritical fluid. The separation may be based on adsorption, mass distribution (partition), ion exchange, etc., or may be based on differences in the physicochemical properties of the molecules such as size, mass, volume, etc.

Portions of the present general chapter text that are national *USP–NF* text, and therefore not part of the harmonized text, are marked with symbols (♦ ♦) to specify this fact.

♦This chapter describes general procedures, definitions, and calculations of common parameters and generally applicable requirements for system suitability.

The types of chromatography useful in qualitative and quantitative analysis employed in USP procedures are column, gas, paper, thin-layer (including high-performance thin-layer chromatography), and pressurized liquid chromatography (commonly called high-pressure or high-performance liquid chromatography).

## GENERAL PROCEDURES

This section describes the basic procedures used when a chromatographic method is described in a monograph. The following procedures are followed unless otherwise indicated in the individual monograph.

USP-NF (621) Chromatography

## Paper Chromatography

### STATIONARY PHASE

The stationary phase is a sheet of paper of suitable texture and thickness. Development may be ascending, in which the solvent is carried up the paper by capillary forces, or descending, in which the solvent flow is also assisted by gravitational force. The orientation of paper grain with respect to solvent flow is to be kept constant in a series of chromatograms. (The machine direction is usually designated by the manufacturer.)

### APPARATUS

The essential equipment for paper chromatography consists of a vapor-tight chamber with inlets for addition of solvent and a rack of corrosion-resistant material about 5 cm shorter than the inside height of the chamber. The rack serves as a support for solvent troughs and for antisiphon rods that, in turn, hold up the chromatographic sheets. The bottom of the chamber is covered with the prescribed solvent system or mobile phase. Saturation of the chamber with solvent vapor is facilitated by lining the inside walls with paper wetted with the prescribed solvent system.

### SPOTTING

The substance or substances analyzed are dissolved in a suitable solvent. Convenient volumes delivered from suitable micropipets of the resulting solution, normally containing 1−20 µg of the compound, are placed in 6- to 10-mm spots not less than 3 cm apart.

### DESCENDING PAPER CHROMATOGRAPHY PROCEDURE

1. A spotted chromatographic sheet is suspended in the apparatus, using the antisiphon rod to hold the upper end of the sheet in the solvent trough. NOTE—Ensure that the portion of the sheet hanging below the rods is freely suspended in the chamber without touching the rack, the chamber walls, or the fluid in the chamber.]
2. The chamber is sealed to allow equilibration (saturation) of the chamber and the paper with the solvent vapor. Any excess pressure is released as necessary.
3. After equilibration of the chamber, the prepared mobile phase is introduced into the trough through the inlet.
4. The inlet is closed, and the mobile solvent phase is allowed to travel the desired distance down the paper.
5. The sheet is removed from the chamber.
6. The location of the solvent front is quickly marked, and the sheet is dried.
7. The chromatogram is observed and measured directly or after suitable development to reveal the location of the spots of the isolated drug or drugs.

### ASCENDING PAPER CHROMATOGRAPHY PROCEDURE

1. The mobile phase is added to the bottom of the chamber.
2. The chamber is sealed to allow equilibration (saturation) of the chamber and the paper with the solvent vapor. Any excess pressure is released as necessary.
3. The lower edge of the stationary phase is dipped into the mobile phase to permit the mobile phase to rise on the chromatographic sheet by capillary action.
4. When the solvent front has reached the desired height, the chamber is opened, the sheet is removed, the location of the solvent front is quickly marked, and the sheet is dried.
5. The chromatogram is observed and measured directly or after suitable development to reveal the location of the spots of the isolated drug or drugs.

## Thin-Layer Chromatography

### STATIONARY PHASE

The stationary phase is a relatively thin, uniform layer of dry, finely powdered material applied to a glass, plastic, or metal sheet or plate (typically called the plate). The stationary phase of thin-layer chromatography (TLC) plates has an average particle size of 10−15 µm, and that of high-performance TLC (HPTLC) plates has an average particle size of 5 µm. Commercial plates with a preadsorbent zone can be used if they are specified in a monograph. Sample applied to the preadsorbent region develops into sharp, narrow bands at the preadsorbent−sorbent interface. The separations achieved may be based on adsorption, partition, or a combination of both effects, depending on the particular type of stationary phase.

### APPARATUS

A chromatographic chamber made of inert, transparent material and having the following specifications is used: a flat-bottom or twin trough, a tightly fitted lid, and a size suitable for the plates. The chamber is lined on at least one wall with filter paper. Sufficient mobile phase

USP-NF ⟨621⟩ Chromatography

or developing solvent is added to the chamber so that, after impregnation of the filter paper, a depth appropriate to the dimensions of the plate used is available. The chromatographic chamber is closed and allowed to equilibrate.NoTE—Unless otherwise indicated, the chromatographic separations are performed in a saturated chamber.]

## DETECTION/VISUALIZATION

An ultraviolet (UV) light source suitable for observations under short- (254 nm) and long- (365 nm) wavelength UV light and a variety of spray reagents to make spots visible are often used.

## SPOTTING

Solutions are spotted on the surface of the stationary phase (plate) at the prescribed volume in sufficiently small portions to obtain circular spots of 2–5 mm in diameter (1–2 mm on HPTLC plates) or bands of 10–20 mm × 1–2 mm (5–10 mm × 0.5–1 mm on HPTLC plates) at an appropriate distance from the lower edge and sides of the plate.NoTE—During development, the application position must be at least 5 mm (TLC) or 3 mm (HPTLC) above the level of the mobile phase.The solutions are applied on a line parallel to the lower edge of the plate with an interval of at least 10 mm (5 mm on HPTLC plates) between the centers of spots, or 4 mm (2 mm on HPTLC plates) between the edges of bands, then allowed to dry.

## PROCEDURE

1. Place the plate in the chamber, ensuring that the spots or bands are above the surface of the mobile phase.
2. Close the chamber.
3. Allow the mobile phase to ascend the plate until the solvent front has traveled three-quarters of the length of the plate, or the distance prescribed in the monograph.
4. Remove the plate, mark the solvent front with a pencil, and allow to dry.
5. Visualize the chromatograms as prescribed.
6. Determine the chromatographicretardation factor $(R_F)$ values for the principal spots or zones.
7. Presumptive identification can be made by observation of spots or zones of identical $R_F$ value and about equal magnitude obtained, respectively, with an unknown and a standard chromatographed on the same plate. A visual comparison of the size or intensity of the spots or zones may serve for semiquantitative estimation. Quantitative measurements are possible by means of densitometry (absorbance or fluorescence measurements).

### Column Chromatography

## SOLID SUPPORT

Purified siliceous earth is used for normal-phase separation. Silanized chromatographic siliceous earth is used for reverse-phase partition chromatography.

## STATIONARY PHASE

The solid support is modified by the addition of a stationary phase specified in the individual monograph. If a mixture of liquids is used as the stationary phase, mix the liquids before the introduction of the solid support.

## MOBILE PHASE

The mobile phase is specified in the individual monograph. If the stationary phase is an aqueous solution, equilibrate with water. If the stationary phase is a polar organic fluid, equilibrate with that fluid.

## APPARATUS

Unless otherwise specified in the individual monograph, the chromatographic tube is about 22 mm in inside diameter and 200–300 mm in length. Attached to it is a delivery tube, without stopcock, about 4 mm in inside diameter and about 50 mm in length.

**Apparatus preparation:**Pack a pledget of fine glass wool in the base of the tube. Combine the specified volume of stationary phase and the specified amount of solid support to produce a homogeneous, fluffy mixture. Transfer this mixture to the chromatographic tube, and tamp using gentle pressure to obtain a uniform mass. If the specified amount of solid support is more than 3 g, transfer the mixture to the column in portions of approximately 2 g, and tamp each portion. If the assay or test requires a multisegment column with a different stationary phase specified for each segment, tamp after the addition of each segment, and add each succeeding segment directly to the previous one. Pack a pledget of fine glass wool above the completed column packing.NoTE—The mobile phase should flow through a properly packed column as a moderate stream or, if reverse-phase chromatography is applied, as a slow trickle.]

If a solution of the analyte is incorporated into the stationary phase, complete the quantitative transfer to the chromatographic tube by scrubbing the beaker used for the preparation of the test mixture with a mixture of about 1 g of solid support and several drops of the solvent used to prepare the sample solution before adding the final portion of glass wool.

USP-NF (621) Chromatography

PROCEDURE

1. Transfer the mobile phase to the column space above the column packing, and allow it to flow through the column under the influence of gravity.
2. Rinse the tip of the chromatographic column with about 1 mL of mobile phase before each change in composition of mobile phase and after completion of the elution.
3. If the analyte is introduced into the column as a solution in the mobile phase, allow it to pass completely into the column packing, then add mobile phase in several small portions, allowing each to drain completely, before adding the bulk of the mobile phase.
4. Where the procedure indicates the use of multiple chromatographic columns mounted in series and the addition of mobile phase in divided portions is specified, allow each portion to drain completely through each column, and rinse the tip of each with mobile phase before the addition of each succeeding portion.

## Gas Chromatography (GC)

### LIQUID STATIONARY PHASE

This type of phase is available in packed or capillary columns.

### PACKED COLUMN GC

The liquid stationary phase is deposited on a finely divided, inert solid support, such as diatomaceous earth, porous polymer, or graphitized carbon, which is packed into a column that is typically 2–4 mm in internal diameter and 1–3 m in length.

### CAPILLARY COLUMN GC

In capillary columns, which contain no packed solid support, the liquid stationary phase is deposited on the inner surface of the column and may be chemically bonded to it.

### SOLID STATIONARY PHASE

This type of phase is available only in packed columns. In these columns the solid phase is an active adsorbent, such as alumina, silica, or carbon, packed into a column. Polyaromatic porous resins, which are sometimes used in packed columns, are not coated with a liquid phase. [NOTE—Packed and capillary columns must be conditioned before use until the baseline and other characteristics are stable. The column or packing material supplier provides instructions for the recommended conditioning procedure.]

### APPARATUS

A gas chromatograph consists of a carrier gas source, injection port, column, detector, and recording device. The injection port, column, and detector are temperature controlled and may be varied as part of the analysis. The typical carrier gas is helium, nitrogen, or hydrogen, depending on the column and detector in use. The type of detector used depends on the nature of the compounds analyzed and is specified in the individual monograph. Detector output is recorded as a function of time, and the instrument response, measured as peak area or peak height, is a function of the amount present.

### TEMPERATURE PROGRAM

The length and quality of a GC separation can be controlled by altering the temperature of the chromatographic column. When a temperature program is necessary, the individual monograph indicates the conditions in table format. The table indicates the initial temperature, rate of temperature change (ramp), final temperature, and hold time at the final temperature.

### PROCEDURE

1. Equilibrate the column, injector, and detector with flowing carrier gas until a constant signal is received.
2. Inject a sample through the injector septum, or use an autosampler.
3. Begin the temperature program.
4. Record the chromatogram.
5. Analyze as indicated in the monograph.

## Liquid Chromatography

The term "liquid chromatography" (LC), as used in the compendia, is synonymous with high-pressure liquid chromatography and high-performance liquid chromatography. LC is a separation technique based on a solid stationary phase and a liquid mobile phase.

### STATIONARY PHASE

Separations are achieved by partition, adsorption, or ion-exchange processes, depending on the type of stationary phase used. The most commonly used stationary phases are modified silica or polymeric beads. The beads are modified by the addition of long-chain hydrocarbons. The specific type of packing needed to complete an analysis is indicated by the "L" designation in the individual monograph

(see also the section *Chromatographic Columns*). The size of the beads is often described in the monograph as well. Changes in the packing type and size are covered in the *System Suitability* section of this chapter.

## CHROMATOGRAPHIC COLUMN

The term "column" includes stainless steel, lined stainless steel, and polymeric columns, packed with a stationary phase. The length and inner diameter of the column affects the separation, and therefore typical column dimensions are included in the individual monograph. Changes to column dimensions are discussed in the *System Suitability* section of this chapter. Compendial monographs do not include the name of appropriate columns; this omission avoids the appearance of endorsement of a vendor's product and natural changes in the marketplace. See the section *Chromatographic Columns* for more information.

In LC procedures, a guard column may be used with the following requirements, unless otherwise is indicated in the individual monograph: (a) the length of the guard column must be NMT 15% of the length of the analytical column, (b) the inner diameter must be the same or smaller than that of the analytical column, and (c) the packing material should be the same as the analytical column (e.g., silica) and contain the same bonded phase (e.g., C18). In any case, all system suitability requirements specified in the official procedure must be met with the guard column installed.

## MOBILE PHASE

The mobile phase is a solvent or a mixture of solvents, as defined in the individual monograph.

## APPARATUS

A liquid chromatograph consists of a reservoir containing the mobile phase, a pump to force the mobile phase through the system at high pressure, an injector to introduce the sample into the mobile phase, a chromatographic column, a detector, and a data collection device.

## GRADIENT ELUTION

The technique of continuously changing the solvent composition during the chromatographic run is called gradient elution or solvent programming. The gradient elution profile is presented in the individual monograph as a gradient table, which lists the time and proportional composition of the mobile phase at the stated time.

## PROCEDURE

1. Equilibrate the column and detector with mobile phase at the specified flow rate until a constant signal is received.
2. Inject a sample through the injector, or use an autosampler.
3. Begin the gradient program.
4. Record the chromatogram.
5. Analyze as directed in the monograph.

## CHROMATOGRAPHIC COLUMNS

A complete list of packings (L), phases (G), and supports (S) used in *USP−NF* tests and assays is located in *USP−NF Reagents, Indicators, and Solutions—Chromatographic Columns* This list is intended to be a convenient reference for the chromatographer in identifying the pertinent chromatographic column specified in the individual monograph.♦

## DEFINITIONS

The system suitability and acceptance criteria in monographs have been set using parameters as defined below. With some equipment, certain parameters, such as the signal-to-noise ratio and resolution, can be calculated using software provided by the manufacturer. It is the responsibility of the user to ensure that the calculation methods used in the software are equivalent to the requirements of this *Pharmacopeia* and to make any necessary corrections if this is not the case.

**Chromatogram:** A graphical or other representation of detector response, effluent concentration, or other quantity used as a measure of effluent concentration versus time or volume. Idealized chromatograms are represented as a sequence of Gaussian peaks on a baseline *Figure*

_1_).



Figure 1.

$V_M$ = hold-up volume

$t_M$ = hold-up time

$V_{R1}$ = retention volume of peak 1

$t_{R1}$ = retention time of peak 1

$V_{R2}$ = retention volume of peak 2

$t_{R2}$ = retention time of peak 2

$W_h$ = peak width at half-height

$W_i$ = peak width at the inflection point

$h$ = height of the peak

$h/2$ = half-height of peak

**Distribution constant ($K_0$):** In size-exclusion chromatography, the elution characteristics of a component in a particular column may be given by the distribution constant (also referred to as distribution coefficient), which is calculated using the following equation:

$$K_0 = \frac{t_R - t_0}{t_t - t_0}$$

$t_R$ = retention time

$t_0$ = retention time of an unretained compound

$t_t$ = total mobile phase time

**Dwell volume ($D$) (also referred to as $V_D$):** The dwell volume (also known as gradient delay volume) is the volume between the point at which the eluents meet and the inlet of the column. It can be determined using the following procedure.

_COLUMN:_ Replace the chromatographic column by an appropriate capillary tubing (e.g., 1 m × 0.12 mm).

_MOBILE PHASE:_ See _Table 1_.

_MOBILE PHASE A:_ Water

_MOBILE PHASE B:_ 0.1% v/v solution of acetone in water

**Table 1**

USP-NF (621) Chromatography

| Time (min) | Mobile phase A (% v/v) | Mobile phase B (% v/v) |
|---|---|---|
| 0−20 | 100→0 | 0→100 |
| 20−30 | 0 | 100 |

*FLOW RATE:* Set to obtain sufficient back-pressure (e.g., 2 mL/min).

*DETECTION:* Spectrophotometer at 265 nm

Determine the time ($t_{0.5}$), in minutes, when the absorbance has increased by 50% (Figure 2).

$$D = t_D \times F$$

$t_D$    $= t0.5 - 0.5tG$ (min)

$t_G$    = pre-defined gradient time, 20 min

$F$    = flow rate (mL/min)



Figure 2.

[NOTE—where applicable, this measurement is performed with the autosampler in the "inject" position so as to include the injection loop volume in the dwell volume.]

**Hold-up time ($t_M$):** Time required for elution of an unretained component (see Figure 1, baseline scale being in minutes or seconds).

In size-exclusion chromatography, the term retention time of an unretained compound $t_0$ is used.

**Hold-up volume ($V_M$):** Volume of the mobile phase required for elution of an unretained component. It may be calculated from the hold-up time and the flow rate ($F$) in milliliters per minute using the following equation:

$$V_M = t_M \times F$$

In size-exclusion chromatography, the term "retention volume" of an unretained compound $V_0$ is used.

**Peak:** Portion of a chromatogram recording the detector response when a single component (or two or more unresolved components) is eluted from the column.

The peak response may be represented by the peak area or the peak height ($h$).

**Peak-to-Valley Ratio ($p/v$):** The peak-to-valley ratio may be employed as a system suitability criterion when baseline separation between two peaks is not achieved (see Figure 3).



Figure 3.

$$p / v = \frac{H_p}{H_v}$$

$H_p$ = height above the extrapolated baseline of the minor peak

$H_v$ = height above the extrapolated baseline at the lowest point of the curve separating the minor and major peaks

**Plate height (H) (height equivalent to one theoretical plate [HETP])**Ratio of the column length (L), in micrometers, to the plate number (N):

$$H = \frac{L}{N}$$

**Plate number (N) (number of theoretical plates)**A number indicative of column performance (column efficiency) can only be calculated from data obtained under either isothermal, isocratic, or isodense conditions, depending on the technique, as the plate number, using the following equation, the values of $t_R$ and $W_h$ being expressed in the same units:

$$N = 5.54 \left( \frac{t_R}{W_h} \right)^2$$

$t_R$ = retention time of the peak corresponding to the component

$W_h$ = peak width at half-height (h/2)

The plate number varies with the component as well as with the column, the column temperature, the mobile phase, and the retention time.

**Reduced plate height (h):**Ratio of the plate height (H), in micrometers, to the particle diameter $d_p$) in micrometers:

$$h = \frac{H}{d_p}$$

**Relative retardation ($R_{rel}$):** The relative retardation, used in thin-layer chromatography, is calculated as the ratio of the distances travelled by the spot of the compound of interest and a reference compound<span style="text-decoration: underline">Figure 4</span>).

USP-NF ⟨621⟩ Chromatography



Figure 4.

$$R_{rel} = b \, / \, c$$

$a$  = migration distance of the mobile phase

$b$  = migration distance of the compound of interest

$c$  = migration distance of the reference compound

**Relative retention ($r$):**Relative retention is calculated as an estimate using the following equation:

$$r = \frac{t_{Ri} - t_M}{t_{Rst} - t_M}$$

$t_{Ri}$  = retention time of the peak of interest

$t_{Rst}$  = retention time of the reference peak (usually the peak corresponding to the substance to be examined)

$t_M$  = hold-up time

## Relative retention, unadjusted ($r_G$)♦or (RRT)♦

The unadjusted relative retention is calculated using the following equation:

$$r_G = \frac{t_{Ri}}{t_{Rst}}$$

Unless otherwise indicated, values for relative retention stated in monographs correspond to unadjusted relative retention.

**♦Relative retention time (RRT):**See *Relative retention, unadjusted*♦

**Resolution ($R_s$):** The resolution between peaks of two components (*figure 1*) may be calculated using the following equation:

$$R_S = \frac{1.18 \, (t_{R2} - t_{R1})}{W_{h1} + W_{h2}}$$

$$t_{R2} > t_{R1}$$

$t_{R1}, t_{R2}$  = retention times of the peaks

$W_{h1}, W_{h2}$  = peak widths at half-height

In quantitative thin-layer chromatography, using densitometry, the migration distances are used instead of retention times and the resolution between peaks of two components may be calculated using the following equation:

$$R_S = \frac{1.18a \, (R_{F2} - R_{F1})}{W_{h1} + W_{h2}}$$

USP-NF ⟨621⟩ Chromatography

$$R_{F2} > R_{F1}$$

$R_{F1}, R_{F2}$   = retardation factors of the peaks

$W_{h1}, W_{h2}$   = peak widths at half-height

$a$          = migration distance of the solvent front

**Retardation factor ($R_F$):** The retardation factor, used in thin-layer chromatography, is the ratio of the distance from the point of application to the center of the spot and the distance simultaneously travelled by the solvent front from the point of application (*Figure 4*).

$$R_F = \frac{b}{a}$$

$b$    = migration distance of the component

$a$    = migration distance of the solvent front

**Retention factor ($k$):** The retention factor (also known as mass distribution ratio ($D_m$) or capacity factor ($k'$)) is defined as:

$$k = \frac{amount\ of\ component\ in\ stationary\ phase}{amount\ of\ component\ in\ mobile\ phase} = K_c\frac{V_S}{V_M}$$

$K_c$   = distribution constant (also known as equilibrium distribution coefficient)

$V_S$   = volume of the stationary phase

$V_M$   = volume of the mobile phase

The retention factor of a component may be determined from the chromatogram using the following equation:

$$k = \frac{t_R - t_M}{t_M}$$

$t_R$   = retention time

$t_M$   = hold-up time

**Retention time ($t_R$):** Time elapsed between the injection of the sample and the appearance of the maximum peak response of the eluted sample zone (*Figure 1*, baseline scale being in minutes or seconds).

**Retention volume ($V_R$):**

Volume of the mobile phase required for elution of a component. It may be calculated from the retention time and the flow rate ($F$, in milliliters per minute, using the following equation:

$$V_R = t_R \times F$$

**Retention time of an unretained compound ($t_0$):** In size-exclusion chromatography, retention time of a component whose molecules are larger than the largest gel pores (*Figure 5*).

USP-NF ⟨621⟩ Chromatography



Figure 5.

**Retention volume of an unretained compound ($V_0$):** In size-exclusion chromatography, retention volume of a component whose molecules are larger than the largest gel pores. It may be calculated from the retention time of an unretained compound and the flow rate ($F$, in milliliters per minute, using the following equation:

$$V_0 = t_0 \times F$$

**Separation factor ($\alpha$):** Relative retention calculated for two adjacent peaks (by convention, the value of the separation factor is always >1):

$$\alpha = k_2 / k_1$$

$k_1$ = retention factor of the first peak

$k_2$ = retention factor of the second peak

**Signal-to-noise ratio ($S/N$):** The short-term noise influences the precision and accuracy of quantitation. The signal-to-noise ratio is calculated using the following equation:

$$S / N = \frac{2H}{h}$$

$H$ = height of the peak (Figure 6) corresponding to the component concerned, in the chromatogram obtained with the prescribed reference solution, measured from the maximum of the peak to the extrapolated baseline of the signal observed over a distance of at least 5 times the width at half-height

$h$ = range of the noise in a chromatogram obtained after injection of a blank (Figure 7), observed over a distance of at least 5 times the width at half-height of the peak in the chromatogram obtained with the prescribed reference solution and, if possible, situated equally around the place where this peak would be found

USP-NF ⟨621⟩ Chromatography



Figure 6. Chromatogram of the reference solution



Figure 7.

**Symmetry factor ($A_s$):** The symmetry factor of a peak (also known as the asymmetry factor or tailing factor, Figure 8) is calculated using the following equation:

$$A_s = \frac{W_{0.05}}{2d}$$

$W_{0.05}$ = width of the peak at one-twentieth of the peak height

$d$ = distance between the perpendicular dropped from the peak maximum and the leading edge of the peak at one-twentieth of the peak height

An $A_s$ value of 1.0 signifies symmetry. When $A_s$ > 1.0, the peak is tailing. When $A_s$ < 1.0, the peak is fronting.



USP-NF ⟨621⟩ Chromatography

Figure 8.

**System repeatability:** The repeatability of response is expressed as an estimated percentage relative standard deviation (%RSD) of a consecutive series of measurements for not fewer than three injections or applications of a reference solution, and is calculated using the following equation.

$$\% RSD = \frac{100}{\bar{y}} \sqrt{\frac{\Sigma\left(y_i - \bar{y}\right)^2}{n-1}}$$

$y_i$ = individual values expressed as peak area, peak height, or ratio of areas by the internal standardization method

$\bar{y}$ = mean of individual values

$n$ = number of individual values

**Total mobile phase time ($t_t$):** In size-exclusion chromatography, retention time of a component whose molecules are smaller than the smallest gel pores (*Figure 5*).

**Total mobile phase volume ($V_t$):** In size-exclusion chromatography, retention volume of a component whose molecules are smaller than the smallest gel pores. It may be calculated from the total mobile phase time and the flow rate ($F$), in milliliters/minute, using the following equation:

$$V_t = t_t \times F$$

*Change to read:*

## SYSTEM SUITABILITY

[Note—This section only covers liquid chromatography and gas chromatography.]

The various components of the equipment employed must be qualified and be capable of achieving the performance required to conduct the test or assay. The system suitability tests represent an integral part of the analytical procedure and are used to ensure adequate performance of the chromatographic system. Column plate number, retention factor (mass distribution ratio), system repeatability, signal-to-noise, symmetry factor, and resolution/peak-to-valley ratio are the parameters that may be employed in assessing the performance of the chromatographic system. When it is indicated in the individual monograph, in case of complex chromatographic profiles (e.g., for biotechnological and biological products) visual comparison of the profiles can be used as a system suitability test. Factors that may affect the chromatographic behavior include:

- Composition and temperature of the mobile phase
- Ionic strength and pH of the aqueous component of the mobile phase
- Flow rate, column dimensions, column temperature, and pressure
- Stationary phase characteristics including, type of chromatographic support (particle-based or monolithic), particle or pore size, and porosity, and specific surface area
- Reverse phase and other surface modification of the stationary phases, the extent of chemical modification (as expressed by end-capping, carbon loading, etc.)

Retention times and relative retentions may be provided in monographs for information purposes only, unless otherwise stated in the monograph. There are no acceptance criteria applied to relative retentions.

Compliance with the system suitability criteria is required throughout the chromatographic procedure. No sample analysis is acceptable unless the suitability of the system has been demonstrated.

The following requirements are to be fulfilled, in addition to any other system suitability criteria stated in the monograph. When specific requirements are stated in the monograph, they supersede the requirements mentioned in this chapter.

### System Repeatability

♦When a relative standard deviation requirement is specified in an individual monograph, if the requirement is 2.0 or less the calculation is based on data from five replicate injections of the analyte, if the requirement is more than 2.0% data from six replicate injections are used.♦

In an assay of an active substance or an excipient, where the target value is 100% for a pure substance, and a system repeatability requirement is not specified, the maximum permitted relative standard deviation (%RSD$_{max}$) for the defined limits is calculated for a series ($n$ = 3 to 6) of injections of the reference solution. The maximum permitted relative standard deviation of the peak response does not exceed the appropriate value given in *Table 2*.

$$\% RSD_{max} = \frac{K B \sqrt{n}}{t_{90\%, n-1}}$$

USP-NF ⟨621⟩ Chromatography

$K$ = constant (0.349), obtained from the expression $K = \frac{0.6}{\sqrt{2}} \times \frac{t_{90\%,n-1}}{\sqrt{6}}$ in which $\frac{0.6}{\sqrt{2}}$ represents the required percentage relative standard deviation determined on 6 injections for $B = 1.0$

$B$ = upper limit given in the definition of the individual monograph minus 100%

$n$ = number of replicate injections of the reference solution (3 $\leq n \leq$ 6)

$t_{90\%,n-1}$ = Student's $t$ at the 90% probability level (double sided) with $n-1$ degrees of freedom

**Table 2. Maximum Permitted Relative Standard Deviation of Peak Response (Assay)**

|  | Number of Individual Injections ($n$) | | | |
|---|---|---|---|---|
|  | 3 | 4 | 5 | 6 |
| B (%) | Maximum Permitted Relative Standard Deviation (%) | | | |
| 2.0 | 0.41 | 0.59 | 0.73 | 0.85 |
| 2.5 | 0.52 | 0.74 | 0.92 | 1.06 |
| 3.0 | 0.62 | 0.89 | 1.10 | 1.27 |

$B$ = upper limit of content given in the individual monograph minus 100%

## ▲System Sensitivity

The signal-to-noise ratio is used to define the system sensitivity. The limit of quantitation (corresponding to a signal-to-noise ratio of 10) is equal to or less than the reporting threshold.

## Peak Symmetry

Unless otherwise stated, in a test or assay, the symmetry factor (tailing factor) of the peak used for quantification is 0.8–1.▲ (Official 1-Jun-2026)

*Change to read:*

## ADJUSTMENT OF CHROMATOGRAPHIC CONDITIONS

The chromatographic conditions described have been validated during the elaboration of the monograph.

The extent to which the various parameters of a chromatographic test may be adjusted without fundamentally modifying the pharmacopeial analytical procedures are listed below. Changes other than those indicated require revalidation of the procedure.

Multiple adjustments can have a cumulative effect on the performance of the system and are to be properly evaluated by the users. This is particularly important in cases where the separation pattern is described as a profile. In those cases, a risk assessment has to be carried out.

Any adjustments must be made on the basis of the pharmacopeial procedure.

If adjustments are made to a pharmacopeial procedure, additional verification tests may be required. To verify the suitability of the adjusted pharmacopeial procedure, assess the relevant analytical performance characteristics potentially affected by the change.

When a pharmacopeial procedure has been adjusted according to the requirements stated below, no further adjustments are allowed without appropriate revalidation.

Compliance with the system suitability criteria is required to verify that conditions for satisfactory performance of the test or assay are achieved.

Adjustment of conditions with gradient elution (HPLC) or temperature programming (GC) is more critical than with isocratic (HPLC) or isothermal (GC) elution, since it may shift some peaks to a different step of the gradient or to different elution temperatures, potentially causing partial or complete coelution of adjacent peaks or peak inversion, and, thus leading to the incorrect assignment of peaks and to the masking of peaks or a shift such that elution occurs beyond the prescribed elution time.

For some parameters the adjustments are explicitly defined in the monograph to ensure the system suitability.

USP-NF ⟨621⟩ Chromatography

## Thin-Layer Chromatography

*Composition of the mobile phase*: the amount of the minor solvent components may be adjusted by ±30% relative or ±2% absolute, whichever is the larger; no other component is altered by more than 10% absolute. A minor component comprises less than or equal to (100/n)%, *n* being the total number of components of the mobile phase. For a minor component at 10% of the mobile phase, a 30% relative adjustment allows a range of 7%–13% whereas a 2% absolute adjustment allows a range of 8%–12%, the relative value therefore being the larger; for a minor component at 5% of the mobile phase, a 30% relative adjustment allows a range of 3.5%–6.5% whereas a 2% absolute adjustment allows a range of 3%–7%, the absolute value being the larger in this case.

*pH of the aqueous component of the mobile phase*: ±0.2 pH units, unless otherwise prescribed

*Concentration of salts in the buffer component of a mobile phase*: ± 10%

*Application volume*: 10%–20% of the prescribed volume if using fine particle size plates (2–10 µm)

## Liquid Chromatography: Isocratic Elution

### COLUMN PARAMETERS AND FLOW RATE

*Stationary phase*: No change of the identity of the substituent (e.g., no replacement of C18 by C8); the other physicochemical characteristics of the stationary phase, i.e., chromatographic support, surface modification and extent of chemical modification must be similar; a change from totally porous particle (TPP) columns to superficially porous particle (SPP) columns is allowed provided the above-mentioned requirements are met.

*Column dimensions (particle size, length)*: The particle size and/or length of the column may be modified, provided that the ratio of the column length ($L$) to the particle size ($dp$) remains constant or in the range between −25% to +50% of the prescribed $L/dp$ ratio.

*Adjustments from totally porous to superficially porous particles*: For the application of particle-size adjustment from totally porous to superficially porous particles, other combinations of $L$ and $dp$ can be used, provided that the plate number ($N$) is within −25% to +50%, relative to the prescribed column.

These changes are acceptable, provided that system suitability criteria are fulfilled, and selectivity and elution order of the specified impurities to be controlled are demonstrated to be equivalent.

*Internal diameter*: ▲The internal diameter of the column may be adjusted even in the absence of a change in particle size and/or length▲.

(RB 1-Dec-2024)

Caution is necessary when the adjustment results in smaller peak volumes due to a smaller particle size or smaller internal column diameter, a situation that may require adjustments to minimize extra-column band broadening by factors such as instrument connections, detector cell volume and sampling rate, and injection volume.

When the particle size is changed, the flow rate requires adjustment, because smaller-particle columns will require higher linear velocities for the same performance (as measured by reduced plate height). The flow rate is adjusted for both the change in column diameter and particle size using the following equation:

$$F_2 = F_1 \times \left[ \left( dc_2^2 \times dp_1 \right) / \left( dc_1^2 \times dp_2 \right) \right]$$

$F_1$ = flow rate indicated in the monograph (mL/min)

$F_2$ = adjusted flow rate (mL/min)

$dc_1$ = internal diameter of the column indicated in the monograph

$dc_2$ = internal diameter of the column used (mm)

$dp_1$ = particle size indicated in the monograph (µm)

$dp_2$ = particle size of the column used (µm)

When a change is made from ≥3-µm to <3-µm particles in isocratic separations, an additional increase in linear velocity (by adjusting the flow rate) may be justified, provided that the column performance does not drop by more than 20%. Similarly, when a change is made from <3-µm to ≥3-µm particles, an additional reduction of linear velocity (flow rate) may be justified to avoid reduction in column performance by more than 20%.

After an adjustment due to a change in column dimensions, an additional change in flow rate of ±50% is permitted.

*Column temperature*: ± 10°C, where the operating temperature is specified, unless otherwise prescribed

Further adjustments in analytical procedure conditions (mobile phase, temperature, pH, etc.) may be required, within the permitted ranges described under *System Suitability* and *Adjustment of Chromatographic Conditions* in this chapter.

USP-NF ⟨621⟩ Chromatography

## MOBILE PHASE

*Composition*: The amount of the minor components of the mobile phase can be adjusted by ±30% relative. However, the change in any component cannot exceed ±10% absolute. A minor component comprises less or equal than (100/n) %,being the total number of components of the mobile phase:

♦Examples of adjustments for binary and ternary mixtures are given below.

### BINARY MIXTURES

*Specified ratio of 50:50*: 30% of 50 is 15% absolute, but this exceeds the maximum permitted change of ±10% absolute in either component Therefore, the mobile phase ratio may be adjusted only within the range of 40:60−60:40.

*Specified ratio of 2:98*: 30% of 2 is 0.6% absolute. Therefore, the maximum allowed adjustment is within the range of 1.4: 98.6−2.6: 97.4.

### TERNARY MIXTURES

*Specified ratio of 70:25:5*: For the second component, 30% of 25 is 7.5% absolute. Therefore, the second component may be adjusted withir the range of 32.5%−17.5% absolute. For the third component, 30% of 5 is 1.5% absolute. In all cases, a sufficient quantity of the first component is used to give a total of 100%. Therefore, mixture ranges of 62.5: 32.5: 5 to 77.5: 17.5: 5 or 68.5: 25: 6.5 to 71.5: 25: 3.5 would meet the requirement.♦

- *pH of the aqueous component of the mobile phase*: ±0.2 pH units, unless otherwise prescribed
- *Concentration of salts in the buffer component of a mobile phase*: ±10%
- *Flow rate*: In absence of a change in column dimensions, an adjustment of the flow rate by ±50% is permitted

### DETECTOR WAVELENGTH

No adjustment permitted.

### INJECTION VOLUME

When the column dimensions are changed, the following equation may be used for adjusting the injection volume:

$$V_{inj2} = V_{inj1} \left( L_2 \; d_{c2}{}^2 \right) / \left( L_1 \, d_{c1}{}^2 \right)$$

$V_{inj1}$ = injection volume indicated in the monograph (µL)

$V_{inj2}$ = adjusted injection volume (µL)

$L_1$ = column length indicated in the monograph (mm)

$L_2$ = new column length (mm)

$dc_1$ = column internal diameter indicated in the monograph (mm)

$dc_2$ = new column internal diameter (mm)

This equation may not be applicable to changes from TPP columns to SPP columns.

Even in the absence of any column dimension change, the injection volume may be varied provided System Suitability criteria remain withir their established acceptability limits. When the injection volume is decreased, special attention is given to (limit of) detection and repeatability of the peak response(s) to be determined. An increase is permitted provided, in particular, linearity and resolution of the peak(s) to be determined remain satisfactory.

## Liquid Chromatography: Gradient Elution

Adjustment of chromatographic conditions for gradient systems requires greater caution than for isocratic systems.

### COLUMN PARAMETERS AND FLOW RATE

*Stationary phase*: No change of the identity of the substituent (e.g., no replacement of C18 by C8); the other physicochemical characteristics of the stationary phase i.e., chromatographic support, surface modification, and extent of chemical modification must be similar; a change from totally porous particle (TPP) columns to superficially porous particle (SPP) columns is allowed provided the above-mentioned requirements are met.

*Column dimensions (particle size, length)*: The particle size and/or length of the column may be modified provided that the ratio of the column length ($L$) to the particle size ($dp$) remains constant or in the range between −25% to +50% of the prescribed $L/dp$ ratio.

*Adjustments from totally porous to superficially porous particles*: For the application of particle-size adjustment from totally porous to superficially porous particles, other combinations of $L$ and $dp$ can be used provided that the ratio $(L_R/W_h)^2$ is within −25% to +50%, relative to

USP-NF ⟨621⟩ Chromatography

the prescribed column ♦for all the peaks used to determine the system suitability parameters♦.

These changes are acceptable, provided that system suitability criteria are fulfilled, and selectivity and elution order of the specified impurities to be controlled are demonstrated to be equivalent.

*Internal diameter:*▲The internal diameter of the column may be adjusted even in the absence of a change in particle size and/or lengt▲ .

(RB 1-Dec-2024)

Caution is necessary when the adjustment results in smaller peak volume resulting from smaller particle size or smaller internal column diameter, a situation which may require adjustments to minimize extra-column band broadening by factors such as instrument connections, detector cell volume and sampling rate, and injection volume.

When the particle size is changed, the flow rate requires adjustment, because smaller-particle columns will require higher linear velocities for the same performance (as measured by reduced plate height). Flow rate is adjusted for both the change in column diameter and particle size using the following equation:

$$F_2 = F_1 \times \left[ \left( dc_2{}^2 \times dp_1 \right) / \left( dc_1{}^2 \times dp_2 \right) \right]$$

$F_1$ = flow rate indicated in the monograph (mL/min)

$F_2$ = adjusted flow rate (mL/min)

$dc_1$ = internal diameter of the column indicated in the monograph (mm)

$dc_2$ = internal diameter of the column used (mm)

$dp_1$ = particle size indicated in the monograph (μm)

$dp_2$ = particle size of the column used (μm)

A change in column dimensions, and thus in column volume, impacts the gradient volume which controls selectivity. Gradients are adjusted to the column volume by changing the gradient volume in proportion to the column volume. This applies to every gradient segment volume. Since the gradient volume is the gradient time $t_G$, multiplied by the flow rate, $F$, the gradient time for each gradient segment needs to be adjusted to maintain a constant ratio of the gradient volume to the column volume (expressed as $L \times dc^2$). Thus, the new gradient time, $t_{G2}$ can be calculated from the original gradient time $t_{G1}$, the flow rate(s), and the column dimensions as follows:

$$t_{G2} = t_{G1} \times \left( F_1 / F_2 \right) \left[ \left( L_2 \times dc_2{}^2 \right) / \left( L_1 \times dc_1{}^2 \right) \right]$$

Thus, the change in conditions for gradient elution requires three steps:

1. Adjust the column length and particle size according to $L/dp$.
2. Adjust the flow rate for changes in particle size and column diameter.
3. Adjust the gradient time of each segment for changes in column length, diameter, and flow rate. The example below illustrates this process.

**Table 3**

| Variable | Original Conditions | Adjusted Conditions | Comment |
|---|---|---|---|
| Column length (*L*), in mm | 150 | 100 | User's choice |
| Column diameter (*dc*), in mm | 4.6 | 2.1 | User's choice |
| Particle size (*dp*), in μm | 5 | 3 | User's choice |
| *L/dp* | 30.0 | 33.3 | (1) |
| Flow rate, in mL/min | 2.0 | 0.7 | (2) |
| Gradient adjustment factor $(t_{G2}/t_{G1})$ | — | 0.4 | (3) |
| Gradient conditions | — | — | — |

USP-NF ⟨621⟩ Chromatography

| Variable | Original Conditions | Adjusted Conditions | Comment |
|---|---|---|---|
| B (%) | Time (min) | Time (min) | |
| 30 | 0 | 0 | — |
| 30 | 3 | (3 × 0.4) = 1.2 | — |
| 70 | 13 | [1.2 + (10 × 0.4)] = 5.2 | — |
| 30 | 16 | [5.2 + (3 × 0.4)] = 6.4 | — |

1. An 11% increase within allowed $L/dp$ change of −25% to +50%

2. Calculated using $F_2 = F_1 [(dc_2{}^2 \times dp_1)/(dc_1{}^2 \times dp_2)]$

3. Calculated using $t_{G2} = t_{G1} \times (F_1/F_2) [(L_2 \times dc_2{}^2)/(L_1 \times dc_1{}^2)]$

*Column temperature*: ±5° C, where the operating temperature is specified, unless otherwise prescribed

Further adjustments in procedure conditions (mobile phase, temperature, pH, etc.) may be required, within the permitted ranges described under *System Suitability* and *Adjustment of Chromatographic Conditions* in this chapter.

## MOBILE PHASE

*Composition/gradient* Adjustments of the composition of the mobile phase and the gradient are acceptable provided that:
- The system suitability criteria are fulfilled.
- The principal peak(s) elute(s) within ±15% of the retention time(s) obtained with the original conditions; this requirement does not apply when the column dimensions are changed.
- The composition of the mobile phase and the gradient are such that the first peaks are sufficiently retained and the last peaks are eluted.

*pH of the aqueous component of the mobile phase*: ±0.2 pH units, unless otherwise prescribed

*Concentration of salts in the buffer component of a mobile phase*: ±10%

Where compliance with the system suitability criteria cannot be achieved, it is often preferable to consider the dwell volume or to change the column.

## DWELL VOLUME

The configuration of the equipment employed may significantly alter the resolution, retention time, and relative retentions described. Should this occur, it may be due to a change in dwell volume. Monographs preferably include an isocratic step before the start of the gradient program so that an adaptation can be made to the gradient time points to take account of differences in dwell volume between the system used for analytical procedure development and that actually used. It is the user's responsibility to adapt the length of the isocratic step to the analytical equipment used. If the dwell volume used during the elaboration of the monograph is given in the monograph, the time points ($t_c$ min) stated in the gradient table may be replaced by adapted time points ($t_c$ min), calculated using the following equation:

$$t_c = t - \frac{(D - D_0)}{F}$$

$D$ = dwell volume (mL)

$D_0$ = dwell volume used for development of the method (mL)

$F$ = flow rate (mL/min)

The isocratic step introduced for this purpose may be omitted if validation data for application of the analytical procedure without this step is available.

Detector wavelength: No adjustment permitted

Injection volume: When the column dimensions are changed, the following equation may be used for adjusting the injection volume:

$$V_{inj2} = V_{inj1} \left( L_2 dc_2^2 \right) / \left( L_1 dc_1^2 \right)$$

$V_{inj1}$ = injection volume indicated in the monograph (μL)

Case 1:24-cv-00065-JLH    Document 400-1    Filed 07/01/26    Page 61 of 67 PageID #: 15677

USP-NF ⟨621⟩ Chromatography

$V_{inj2}$ = adjusted injection volume (µL)

$L_1$ = column length indicated in the monograph (cm)

$L_2$ = new column length (cm)

$d_{c1}$ = column internal diameter indicated in the monograph (mm)

$d_{c2}$ = new column internal diameter (mm)

This equation may not be applicable to changes from TPP columns to SPP columns.

Even in the absence of any column dimension change, the injection volume may be varied provided system suitability criteria remain within their established acceptability limits. When the injection volume is decreased, special attention is given to (limit of) detection and repeatability of the peak response(s) to be determined. An increase is permitted provided, in particular, linearity and resolution of the peak(s) to be determined remain satisfactory.

## Gas Chromatography

COLUMN PARAMETERS

**Stationary phase**

*Particle size:* Maximum reduction of 50%; no increase permitted (packed columns)

*Film thickness:* −50% to +100% (capillary columns)

**Column dimensions**

*Length:* −70% to +100%

*Internal diameter:* ±50%

**Column temperature:** ±10%

**Temperature program:** Adjustment of temperatures is permitted as stated above; adjustment of ramp rates and hold times of up to ±20% is permitted.

**Flow rate:** ±50%

The above changes are acceptable provided system suitability criteria are fulfilled and selectivity and elution order of the specified impurities to be controlled are demonstrated to be equivalent.

**Injection volume and split ratio:** May be varied provided system suitability criteria remain within their established acceptability limits. When the injection volume is decreased, or the split ratio is increased special attention is given to (limit of) detection and repeatability of the peak response(s) to be determined. An increase in injection volume or decrease in split ratio is permitted provided, in particular, linearity and resolution of the peak(s) to be determined remain satisfactory.

**Injection port temperature and transfer-line temperature in static headspace conditions:** 10° C, provided no decomposition or condensation occurs

## QUANTITATION

The following quantitation approaches may be used in general texts or monographs.

### External Standard Method

Using a calibration function: Standard solutions with several graded amounts of a reference standard of the compound to be analyzed are prepared in a range that has been demonstrated to give a linear response, and a fixed volume of these standard solutions is injected. With the chromatograms obtained, a calibration function is prepared by plotting the peak areas or peak heights on the ordinate against the amount of reference standard on the abscissa. The calibration function is generally obtained by linear regression. Then, a sample solution is prepared according to the procedure specified in the individual monograph. The chromatography is performed under the same operating conditions as for the preparation of the calibration function, the peak area or peak height of the compound to be analyzed is measured, and the amount of the compound is read out or calculated from the calibration function.

Using one-point calibration: In an individual monograph, generally one of the standard solutions with a concentration within the linear range of the calibration function and a sample solution with a concentration close to that of the standard solution are prepared, and the chromatography is performed under fixed conditions to obtain the amount of the component by comparing the responses obtained. In this method, all procedures, such as the injection procedure, must be carried out under constant conditions.

### Internal Standard Method

Using a calibration function: In the internal standard method, a stable compound is chosen as an internal standard which shows a retention time close to that of the compound to be analyzed, and whose peak is well separated from all other peaks in the chromatogram. Several standard solutions containing a fixed amount of the internal standard and graded amounts of a reference standard of the compound to be

https://online.uspnf.com/uspnf/document/1_GUID-6C3DF8B8-D12E-4253-A0E7-6855670CDB7B_9_en-US?source=Search Results&highlight=Chro...    19/21

USP-NF ⟨621⟩ Chromatography

analyzed are prepared. Based on the chromatograms obtained by injection of a fixed volume of individual standard solutions, the ratio of peak area or peak height of the reference standard to that of the internal standard is calculated. A calibration function by plotting these ratios on the ordinate against the amount of the reference standard or the ratio of the amount of reference standard to that of the internal standard on the abscissa is prepared. The calibration function is generally obtained by linear regression. Then, a sample solution containing the internal standard in the same amount as in the standard solutions used for the preparation of the calibration function is prepared according to the procedure specified in the individual monograph. The chromatography is performed under the same operating conditions as for the preparation of the calibration function. The ratio of the peak area or peak height of the compound to be analyzed to that of the internal standard is calculated, and the amount of the compound is read out or calculated from the calibration function.

Using one-point calibration: In an individual monograph, generally one of the standard solutions with a concentration within the linear range of the calibration function and a sample solution with a concentration close to that of the standard solution, both containing a fixed amount of the internal standard, are prepared, and the chromatography is performed under fixed conditions to determine the amount of the compound to be analyzed by comparing the ratios obtained.

*Normalization procedure*: Provided linearity of the peaks has been demonstrated, individual monographs may prescribe that the percentage content of a component of the substance to be examined is calculated by determining the area of the corresponding peak as a percentage of the total area of all the peaks, excluding those due to solvents or reagents or arising from the mobile phase or the sample matrix, and those at or below the disregard limit or reporting threshold.

## OTHER CONSIDERATIONS

Detector response: ♦The detector sensitivity is the signal output per unit concentration or unit mass of a substance (also known as response factor) in the mobile phase entering the detector. The relative detector response factor, commonly referred to as relative response factor, expresses the sensitivity of a detector for a given substance relative to a standard substance.

In tests for related substances, any correction factors indicated in the monograph are applied.♦

Interfering peaks: Peaks due to solvents and reagents or arising from the mobile phase or the sample matrix are disregarded.

Measurement of peaks: Integration of the peak area of any impurity that is not completely separated from the principal peak is preferably performed by tangential skim (*Figure 9*).



Figure 9.

### REPORTING THRESHOLD

When the related substances test prescribes a limit for the total of impurities or a quantitative determination of an impurity, it is important to choose an appropriate reporting threshold and appropriate conditions for the integration of the peak areas.

In such tests the reporting threshold, i.e., the limit above which a peak is reported, is defined generally 0.05%.

**Auxiliary Information** -Please check for your question in the FAQs before contacting USP.

USP-NF ⟨621⟩ Chromatography

| Topic/Question | Contact | Expert Committee |
|---|---|---|
| <621> CHROMATOGRAPHY | Edmond Biba<br>Senior Scientific Liaison | GCCA2025 Chemical Analysis |
| REFERENCE STANDARDS SUPPORT | RS Technical Services<br>RSTECH@usp.org | GCCA2025 Chemical Analysis |

**Most Recently Appeared In:**
Pharmacopeial Forum: Volume No. 51(2)

**DOI: https://doi.org/10.31003/USPNF_M99380_09_0**

# Exhibit 5



usp.org

## Bendamustine Hydrochloride

**Type of Posting**          Revision Bulletin
**Posting Date**             22–Feb–2019
**Official Date**            01–Mar–2019
**Expert Committee**         Chemical Medicines Monographs 3
**Reason for Revision**      Compliance

In accordance with the Rules and Procedures of the 2015–2020 Council of Experts, the Chemical Medicines Monographs 3 Expert Committee has revised the Bendamustine Hydrochloride monograph. The purpose for the revision is to widen the acceptance criteria for Bendamustine related compound D in the test for *Organic Impurities* from NMT 0.10% to NMT 0.15% to be consistent with the FDA-approved specification.

The Bendamustine Hydrochloride Revision Bulletin supersedes the currently official monograph.

Should you have any questions, please contact Feiwen Mao, Senior Scientific Liaison (301-816-8320 or fm@usp.org).

Kittendorf
Exhibit No. 11
Date: 4/26/28 DT

**Empowering a healthy tomorrow**

EAGLEBEN-SA_00368468

**Add the following:**

# ▲Bendamustine Hydrochloride

$C_{16}H_{21}Cl_2N_3O_2 \cdot HCl$     394.72

1*H*-Benzimidazole-2-butanoic acid, 5-[bis(2-chloroethyl)amino]-1-methyl-, monohydrochloride;
4-{5-[Bis(2-chloroethyl)amino]-1-methyl-1*H*-benzimidazole-2-yl}butanoic acid monohydrochloride [3543-75-7].
Bendamustine (free base)

$C_{16}H_{21}Cl_2N_3O_2$     358.26
[16506-27-7].
Monohydrate

$C_{16}H_{21}Cl_2N_3O_2 \cdot HCl \cdot H_2O$     412.74
[1374784-02-7].

## DEFINITION
Bendamustine Hydrochloride is anhydrous or contains one molecule of hydration. The anhydrous form contains NLT 98.0% and NMT 102.0% of bendamustine hydrochloride ($C_{16}H_{21}Cl_2N_3O_2 \cdot HCl$), calculated on the as-is basis. The monohydrate form contains NLT 98.0% and NMT 102.0% of bendamustine hydrochloride ($C_{16}H_{21}Cl_2N_3O_2 \cdot HCl$), calculated on the anhydrous and solvent-free basis.

## IDENTIFICATION
- **A. INFRARED ABSORPTION ⟨197⟩:** [NOTE—Methods described in ⟨197K⟩ or ⟨197A⟩ may be used.]
- **B.** The retention time of the major peak of the *Sample solution* corresponds to that of the *Standard solution*, as obtained in the *Assay.*
- **C. IDENTIFICATION TESTS—GENERAL ⟨191⟩,** *Chemical Identification Tests, Chloride*

## ASSAY
- **PROCEDURE**
  **Solution A:** 0.1% (v/v) trifluoroacetic acid in water
  **Solution B:** 0.1% (v/v) trifluoroacetic acid in acetonitrile
  **Mobile phase:** See *Table 1.*

**Table 1**

| Time (min) | Solution A (%) | Solution B (%) |
|---|---|---|
| 0 | 93 | 7 |
| 5 | 93 | 7 |
| 13 | 73 | 27 |
| 16 | 73 | 27 |
| 25 | 43 | 57 |
| 26 | 10 | 90 |
| 31 | 10 | 90 |
| 40 | 93 | 7 |
| 45 | 93 | 7 |

**Diluent:** 1-Methyl-2-pyrrolidone and *Solution A* (1:1)
**Standard solution:** 4.2 mg/mL of USP Bendamustine Hydrochloride RS in *Diluent*

**Sample solution:** 4.2 mg/mL of Bendamustine Hydrochloride in *Diluent*
**Chromatographic system**
(See *Chromatography ⟨621⟩, System Suitability.*)
  **Mode:** LC
  **Detector:** UV 254 nm
  **Column:** 4.6-mm × 15-cm; 5-μm packing L60
  **Temperatures**
    **Autosampler:** 2°–8°
    **Column:** 30°
  **Flow rate:** 1 mL/min
  **Injection volume:** 2 μL
  **Analysis time:** 25 min
**System suitability**
  [NOTE—The slower syringe draw rate and higher detector sampling rate can be applied in order to improve the precision.]
  **Sample:** *Standard solution*
  **Suitability requirements**
    **Tailing factor:** NMT 2.0
    **Relative standard deviation:** NMT 1.0%
**Analysis**
  **Samples:** *Standard solution* and *Sample solution*
  Calculate the percentage of bendamustine hydrochloride ($C_{16}H_{21}Cl_2N_3O_2 \cdot HCl$) in the portion of Bendamustine Hydrochloride taken:

$$\text{Result} = (r_U/r_S) \times (C_S/C_U) \times 100$$

$r_U$ = peak response from the *Sample solution*
$r_S$ = peak response from the *Standard solution*
$C_S$ = concentration of USP Bendamustine Hydrochloride RS in the *Standard solution* (mg/mL)
$C_U$ = concentration of Bendamustine Hydrochloride in the *Sample solution* (mg/mL)

**Acceptance criteria:** 98.0%–102.0% on the as-is basis for the anhydrous form; 98.0%–102.0% on the anhydrous and solvent-free basis for the monohydrate form

## IMPURITIES
- **RESIDUE ON IGNITION ⟨281⟩:** NMT 0.1%

*Change to read:*

- **ORGANIC IMPURITIES**
  **Mobile phase, Diluent, Standard solution, Sample solution,** and **Chromatographic system:** Proceed as directed in the *Assay.*
  **System suitability solution:** 4.2 mg/mL of USP Bendamustine Hydrochloride RS, and 0.02 mg/mL each of USP Bendamustine Related Compound A RS, USP Bendamustine Related Compound C RS, USP Bendamustine Related Compound D RS, USP Bendamustine Related Compound E RS, USP Bendamustine Related Compound G RS, USP Bendamustine Related Compound H RS, and USP Bendamustine Related Compound I RS in *Diluent*
  **Sensitivity solution:** 2 μg/mL of USP Bendamustine Hydrochloride RS in *Diluent*, from the *Standard solution*
  **System suitability**
    **Samples:** *System suitability solution* and *Sensitivity solution*
    **Suitability requirements**
      **Resolution:** NLT 5 between the bendamustine related compound G and bendamustine peaks; NLT 4 between the bendamustine related compound H and bendamustine related compound I peaks, *System suitability solution*
      **Signal-to-noise ratio:** NLT 10, *Sensitivity solution*

© 2019 The United States Pharmacopeial Convention *All Rights Reserved.*

EAGLEBEN-SA_00368469

**2 Bendamustine**

*Revision Bulletin*
Official March 1, 2019

**Analysis**
**Sample:** *Sample solution*
Calculate the percentage of each impurity in the portion of Bendamustine Hydrochloride taken:

$$Result = (r_U/\{\Sigma[r_U \times (1/F)] + r_S\}) \times (1/F) \times 100$$

$r_U$ = peak area of each impurity from the *Sample solution*
$F$ = relative response factor for each impurity (see *Table 2*)
$r_S$ = peak area of bendamustine from the *Sample solution*

**Acceptance criteria:** See *Table 2*. The reporting threshold is 0.05%.

**Table 2**

| Name | Relative Retention Time | Relative Response Factor | Acceptance Criteria, NMT (%) |
|---|---|---|---|
| Bendamustine related compound A | 0.25 | 0.76 | 0.25 |
| Bendamustine related compound C | 0.60 | 0.83 | 0.20 |
| Bendamustine related compound D | 0.69 | 0.93 | ▲0.15▲ (RB 1-Mar-2019) |
| Bendamustine related compound E | 0.73 | 1.2 | 0.45 |
| Bendamustine related compound G | 0.90 | 3.1 | 0.35 |
| Bendamustine | 1.0 | — | — |
| Bendamustine related compound H | 1.15 | 0.98 | 0.30 |
| Bendamustine related compound I | 1.20 | 1.1 | 0.40 |
| Any individual unspecified impurity | — | 1.0 | 0.10 |
| Total impurities | — | — | 1.0 |

**SPECIFIC TESTS**
• **WATER DETERMINATION** ⟨921⟩, *Method I, Method Ia:* NMT 1.0% for the anhydrous form; 3.0%–5.5% for the monohydrate form

• **BACTERIAL ENDOTOXINS TEST** ⟨85⟩: Meets the requirements
• **MICROBIAL ENUMERATION TESTS** ⟨61⟩ and **TESTS FOR SPECIFIED MICROORGANISMS** ⟨62⟩: The total aerobic microbial count is NMT $10^3$ cfu/g. The total combined molds and yeasts count is NMT $10^2$ cfu/g.

**ADDITIONAL REQUIREMENTS**
• **PACKAGING AND STORAGE:** Preserve in well-closed containers. Store at room temperature.
• **USP REFERENCE STANDARDS** ⟨11⟩
USP Bendamustine Hydrochloride RS
USP Bendamustine Related Compound A RS
4-{5-[Bis(2-hydroxyethyl)amino]-1-methyl-1*H*-benzimidazol-2-yl}butanoic acid.
$C_{16}H_{23}N_3O_4$    321.38
USP Bendamustine Related Compound C RS
Ethyl 4-{5-[bis(2-hydroxyethyl)amino]-1-methyl-1*H*-benzimidazol-2-yl}butanoate.
$C_{18}H_{27}N_3O_4$    349.43
USP Bendamustine Related Compound D RS
4-{5-[(2-Chloroethyl)amino]-1-methyl-1*H*-benzimidazol-2-yl}butanoic acid.
$C_{14}H_{18}ClN_3O_2$    295.77
USP Bendamustine Related Compound E RS
4-{5-[(2-Chloroethyl)(2-hydroxyethyl)amino]-1-methyl-1*H*-benzimidazol-2-yl}butanoic acid.
$C_{16}H_{22}ClN_3O_3$    339.82
USP Bendamustine Related Compound G RS
4-[6-(2-Chloroethyl)-3,6,7,8-tetrahydro-3-methylimidazo[4,5-*h*][1,4]benzothiazin-2-yl]butanoic acid.
$C_{16}H_{20}ClN_3O_2S$    353.86
USP Bendamustine Related Compound H RS
4-[5-({2-[(4-{5-[Bis(2-chloroethyl)amino]-1-methyl-1*H*-benzimidazol-2-yl}butanoyl)oxy]ethyl}(2-chloroethyl)amino)-1-methyl-1*H*-benzimidazol-2-yl]butanoic acid.
$C_{32}H_{41}Cl_3N_6O_4$    680.07
USP Bendamustine Related Compound I RS
Ethyl 4-{5-[bis(2-chloroethyl)amino]-1-methyl-1*H*-benzimidazol-2-yl}butanoate.
$C_{18}H_{25}Cl_2N_3O_2$    386.32▲ 2S (JSP41)

© 2019 The United States Pharmacopeial Convention *All Rights Reserved.*

EAGLEBEN-SA_00368470