# EXHIBIT G



# Eagle Settles Investors' Drug Revenue Lawsuit for $9.5 Million

**Printed By:**    JMCPARTLIN6 on Thu, 25 Jun 2026 15:50:05 -0400

Bloomberg Law News 2026-06-25T15:50:05239871739-04:00

# Eagle Settles Investors' Drug Revenue Lawsuit for $9.5 Million

By Martina Barash 2026-03-27T17:15:56000-04:00

Eagle Pharmaceuticals Inc. has agreed to pay investors $9.5 million to settle class claims that it "stuffed" its drug distribution channels to boost its reported revenue, according to a court filing.

The proposed deal is fair and should receive preliminary approval, the investors leading the suit told the US District Court for the District of New Jersey on Thursday. The settlement amount represents about 9% of the $104.6 million in estimated maximum damages, according to the filing.

"Eagle has recently disclosed that substantial doubt exists about the Company's ability to continue as a going concern," the investors said. That calls into question the investors' ability to collect any judgment if they were to pursue "additional years of costly litigation," they said.

The suit centers on Eagle's Pemfexy cancer drug, which gained limited entry to the market—and subsequent uncapped entry—under an agreement with Eli Lilly, which held regulatory exclusivity for a similar chemotherapy product, according to the complaint. "Eagle began selling Pemfexy in February 2022, and it quickly became one of the Company's most important products," representing 32% of Eagle's total revenue for the first quarter of that fiscal year, the investors said.

But as initial stocking orders stopped in the second quarter and generics entered the market, Eagle and two top executives "secretly carried out a fraudulent 'channel stuffing' scheme to inflate Eagle's reported Pemfexy revenue," they alleged, referring to the practice of sending a wholesaler or retailer more of a product than it wants.

Eagle eventually acknowledged that its accounting for Q2 of 2022 shouldn't be relied on and would have to be restated, sending the company's stock into a tailspin. From highs of about $40 per share during the relevant period, the stock came to trade for less than $1.00 per share, losing more than 90% of its value and getting delisted from Nasdaq along the way, the investors said.

© 2026 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service



A hearing on the plaintiffs' settlement approval request is scheduled for April 20 before Magistrate Judge Michael A. Hammer.

Glancy Prongay Wolke & Rotter LLP is lead counsel for the investors. Saul Ewing LLP and Cooley LLP represent Eagle and former chief financial officer Brian Cahill. Ropes & Gray LLP represents founder and former CEO Scott Tarriff.

The case is Miller v. Eagle Pharms., Inc. , D.N.J., No. 2:23-cv-23011, motion 3/26/26 .

To contact the reporter on this story: Martina Barash in Washington at mbarash@bloomberglaw.com

To contact the editor responsible for this story: Brian Flood at bflood@bloombergindustry.com

© 2026 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Eagle Settles Investors' Drug Revenue Lawsuit for $9.5 Million

## Related Documents

Motion

Docket

**Bloomberg Law**®

© 2026 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service