**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 24-65-JLH |

**EXHIBITS 2, 3, 6, 7, 12-18, 21, 22, 26, 29 AND 30 TO DECLARATION OF JASON LIEF**

# Exhibit 2

# FORMULATIONS OF BENDAMUSTINE

## CROSS-REFERENCE TO RELATED APPLICATION

This patent application claims priority under 35 U.S.C. §119(e) to U.S. Provisional Patent Application No. 61/598,729, filed February 14, 2012, entitled "FORMULATIONS OF BENDAMUSTINE", the contents of which are incorporated by reference herein in its entirety.

## BACKGROUND OF THE INVENTION

Bendamustine free base is represented by the following structural formula (I)

(I).

Bendamustine is used in the treatment of a number of cancers including leukemias, Hodgkin's disease and multiple myelomas. Bendamustine is the active ingredient of the commercial product Treanda™, a lyophilized powder for reconstitution.

Bendamustine exhibits rapid degradation upon reconstitution of the lyophilized product. Bendamustine undergoes hydrolysis by direct substitution rather than an addition elimination process due to the presence of the highly labile aliphatic chlorine atoms. Some of the main degradants of bendamustine are the monohydroxy compound known as HP1 (hydrolysis product 1) and dihydroxy compound HP2 (hydrolysis product 2). The monohydroxy compound appears as the main impurity at Relative Retention Time (RRT) 0.6 and the dihydroxy compound appears as the main impurity at RRT 0.27. Minor peaks appear at RRT 1.2, which are presently unknown.

The stability of bendamustine in water is measured in hours, and is therefore, not suitable for long-term storage in liquid form.  The lyophile possesses good chemical stability.  However, reconstitution of the lyophile is clinically inconvenient, taking 15 – 30 minutes with implications of chemical instability.  There is a need for ready to use (RTU) bendamustine formulations having enhanced stability.

Some parenteral formulations containing lower molecular weight PEG's have significant variations in long term product stability from batch to batch.  It has been determined that at least some and perhaps all of this unacceptable property is attributable to the PEG included therein.  The amount of degradation observed in such formulations, typically in the form of PEG-esters of bendamustine, negatively impacts the expected shelf life of the formulations.  Reproducibility of batch to batch stability assures consistent product potency and reduces the need for premature product recall and destruction.

Lower molecular weight polyethylene glycols (PEG's) such as liquid PEG's having molecular weights from 200 to 600, PEG 400 most commonly, have been included in pharmaceutical formulations for decades.  They are available from a number of suppliers globally.  It has been found that there is significant variability in the excipient's stability depending upon the supplier, storage conditions, handling conditions, etc.  Sometimes, batches including the PEG as received from the supplier have the performance specifications expected.  Other times, they do not. This even occurs in some situations when an initial batch made with a certain supplier's PEG met performance requirements.  Preventing or counteracting the deleterious of effects of some PEG's in liquid formulations would be an advance in the art.  The present invention addresses this need.

**SUMMARY OF THE INVENTION**

In some aspects of the invention, the liquid bendamustine-containing compositions include a) a pharmaceutically acceptable fluid which contains a mixture of propylene glycol and polyethylene glycol, b) an organic compound or an inorganic compound in an amount sufficient to obtain a pH of from about 6.0 to about 11 for the polyethylene

3

glycol as measured using United States Pharmacopeia (USP) official monograph for polyethylene glycol, and c) a stabilizing amount of an antioxidant. The amount of bendamustine as calculated on the basis of the HCl salt included in the composition is preferably from about 20 mg/mL to about 60 mg/mL. Still further aspects of the invention include methods of treatment using bendamustine-containing compositions and kits containing the same.

One of the advantages of the inventive liquid compositions is that they have substantially improved long term stability. The batch to batch variability in stability attributable to the PEG included therein has been overcome. For example, the inventive bendamustine compositions are substantially free of impurities after at least about 15 months at a temperature of from about 5 ℃ to about 25 ℃. The inventive formulations are advantageously ready to use or ready for further dilution. Reconstitution of lyophilized powders when therapy is desired is not required.

**BRIEF DESCRIPTION OF THE DRAWINGS**

Figures 1-8 are data tables corresponding to Examples 1-7.

FIG. 1 is data Table 1 corresponding to Comparative Example 1.

FIG. 2 is data Table 2 corresponding to Example 2.

FIG. 3 is data Table 3 corresponding to Example 3.

FIG. 4A is data Table 4A corresponding to Example 4.

FIG. 4B is data Table 4B corresponding to Example 4.

FIG. 5A is data Table 5A corresponding to Example 5.

FIG. 5B is data Table 5B corresponding to Example 5.

FIG. 6 is data Table 6 corresponding to Example 6.

FIG. 7 is data Table 7 corresponding to Example 6.

FIG. 8 is data Table 8 corresponding to Example 7.

## DETAILED DESCRIPTION OF THE INVENTION

Unless defined otherwise, all technical and scientific terms used herein have the same meaning as is commonly understood by one of ordinary skill in the art to which this invention belongs. In the event that there is a plurality of definitions for a term herein, those in this section prevail unless stated otherwise.

As used herein, RRT is calculated by dividing the retention time of the peak of interest by the retention time of the main peak. Any peak with an RRT <1 elutes before the main peak, and any peak with an RRT >1 elutes after the main peak.

For purposes of the present invention, "substantially free of impurities" shall be understood to include bendamustine-containing compositions in which the amount of total polyethylene glycol esters and propylene glycol esters is less than about 5%, as calculated on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223nm, after a period of about 15 months at a temperature of from about 5°C to about 25°C. The amount of impurities is further calculated as being based upon the original amount bendamustine (or salt thereof) being present in the composition or formulation. In one embodiment, the amount of total impurities in the inventive compositions resulting from the degradation of the bendamustine as evidenced by e.g. PEG-bendamustine esters and PG esters thereof, is less than about 3%, and more preferably less than about 2.4%, PAR as determined by HPLC at a wavelength of 223nm after at least about 2 years at a temperature of from about 5 °C to about 25 °C.

For purposes of the present invention, a pharmaceutically acceptable fluid is a fluid which is suitable for pharmaceutical use.

Preferably, in the inventive compositions, the amount of any individual polyethylene glycol esters does not exceed 0.2% and the amount of any individual propylene glycol esters does not exceed 1.5% PAR as determined by HPLC at a wavelength of 223nm after storage periods of at least about 15 months at a temperature of from about 5°C to about 25°C. Preferably, the amount of total polyethylene glycol esters is less than about 2%. Preferably, the amount of total propylene glycol esters is less than about 3%. In some aspects, the amount of time the inventive compositions demonstrate long term storage stability is at least about 18 months and preferably at least about 2 years when stored under the conditions described herein.

In accordance with one aspect of the invention there are provided long term storage stable bendamustine-containing compositions including:

a) bendamustine or a pharmaceutically acceptable salt thereof; and

b) a pharmaceutically acceptable fluid including

i) a mixture of PEG and PG;

ii) an organic compound or inorganic compound, or mixtures thereof in an amount sufficient to obtain an apparent pH of from about 6.0 to about 11 for the polyethylene glycol, as measured using USP official monograph for polyethylene glycol; and

iii) a stabilizing amount of an antioxidant.

The total impurities in the inventive compositions resulting from the degradation of the bendamustine in the compositions is less than about 5% PAR as determined by HPLC at a wavelength of 223nm after at least about 15 months at a temperature of from about 5 °C to about 25 °C, and thus have long term stability for at least the same period of time or longer. Preferably, the bendamustine-containing compositions demonstrate long term storage stability for at least about 2 years, especially when stored at the lower (refrigerated) temperatures.

In some aspects of the invention, the bendamustine is preferably present in the formulation as the HCl salt.

In some aspects of the invention, the bendamustine concentration calculated on the basis of the HCl salt in the inventive compositions is from about 10 mg/mL to about 100 mg/mL, preferably 20 mg/mL to about 60 mg/mL. Preferably the bendamustine concentration in the inventive compositions is from about 25 mg/mL to about 50 mg/mL, and more preferably from about 30 mg/mL to about 50 mg/mL. It will be understood that compositions containing any useful concentration within the ranges, i.e. 10, 20, 25, 30, 35, 40, 45, 50, 55, 60 . . . 100 are contemplated. In other embodiments, the bendamustine concentration in the composition is about 25 mg/mL. In alternative aspects, the amount of bendamustine is outside these ranges but the amounts will be sufficient for single or multiple administrations of dosages generally regarded as effective amounts.

In several embodiments of the invention, pharmaceutically acceptable fluid is non-aqueous and may be, but is not necessarily, a solvent for the bendamustine or salt thereof. Within this aspect, the pharmaceutically acceptable fluid is a mixture of propylene glycol (PG) and polyethylene glycol (PEG). For example, the pharmaceutically acceptable fluid can include about 50% PEG and about 50% PG. Alternatively, pharmaceutically acceptable fluid includes about 95% PEG and about 5% PG. The amount of PEG and PG can also be varied within the ranges, i.e. the ratio of PEG:PG in the pharmaceutically acceptable fluid can range from about 95:5 to about 50:50. Within this range, is a pharmaceutically acceptable fluid containing about 75% PEG and about 25% PG, and preferably 80% PEG and 20% PG. In another embodiment, a pharmaceutically acceptable fluid can include about 85% PEG and about 15% PG while another preferred pharmaceutically acceptable fluid includes about 90% PEG and about 10% PG. The molecular weight of the PEG is within the range of pharmaceutically acceptable weights although PEG 400 is preferred in many aspects of the invention.

In accordance with the USP official monograph for polyethylene glycol, see USP 35-NF30, the contents of which are incorporated by reference herein, the PEG pH is determined as follows: 5 g of PEG is dissolved into 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution is added. The pH is then measured. This value is sometimes referred to as the apparent pH. Different amounts of organic or inorganic compounds can be added to the PEG in order to arrive at a pH of from

7

about 6.0 to about 11.  Preferably, the pH of the PEG is from about 6.0 to about 11. More preferably, the pH of the PEG is from about 6.5 to about 8.  In other preferred aspects, the pH is about 8.

The pH of the PEG is not the same as the pH of the final bendamustine HCl formulation.  Preferably, the pH of the final bendamustine-containing formulation is from about 3.3 to about 4.  More preferably, the pH of the final bendamustine-containing formulation is about 3.5.  The pH of the final bendamustine-containing formulation is measured in accordance with the USP official monograph for polyethylene glycol.  Preferably, a 5 g aliquot of the final bendamustine-containing formulation is added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution is added.  The pH is then measured and adjusted if necessary to the preferred range.

Without meaning to be bound by any theory or hypothesis, polyethylene glycol quality can vary from batch to batch, manufacturer to manufacturer, over product lifetime and as a result of handling.  Such variation has made it difficult to make reproducible long term storage stable bendamustine-containing formulations with high amounts of polyethylene glycol and propylene glycol, as the formation of PEG and PG esters is high.  In order to obtain reproducible formulations, PEG is treated with an organic or inorganic compound to achieve the desired USP apparent pH.  This treatment results in reproducible long-term storage stable bendamustine-containing compositions, with substantially no PEG or PG ester formation.

The bendamustine-containing compositions according to several preferred aspects of the invention include a stabilizing amount of an antioxidant.  For purposes of the present invention, "stabilizing amount" shall be understood to include those amounts which increase or enhance the stability of the bendamustine in the compositions described herein.  The presence of one or more antioxidants described herein thus contributes, at least in part to the long term stability of the composition.  Within this guideline, suitable antioxidant concentrations in the compositions can range from about 2.5 mg/mL to about 35 mg/mL, and preferably from about 5 mg/mL to about 20 mg/mL or from about 10 mg/mL to about 15 mg/mL. In some other embodiments, the

8

concentration of the antioxidant in the bendamustine-containing composition is about 5 mg/mL.

Suitable antioxidants for inclusion include those which are pharmaceutically acceptable for use in human and veterinary formulations although not limited to those currently regarded as safe by any regulatory authority. For example, the antioxidant can be selected from among lipoic acid, thioglycerol (also known as monothioglycerol) and analogs thereof, propyl gallate, methionine, cysteine, metabisulfites, sodium formaldehyde sulfoxylate, phenol-containing aromatic and aliphatic compounds, dihydrolipoic acid and mixtures of the foregoing. Preferably, the antioxidant is thioglycerol, lipoic acid or a mixture thereof. Some particularly preferred embodiments of the invention include thioglycerol.

In some aspects of the invention, organic compounds, inorganic compounds, and mixtures thereof are suitable acidity/alkalinity adjustors. Organic compounds include carboxylic compounds, nitrogenous compounds, carbonates, bicarbonates, and salts thereof. Preferably, the organic compounds are selected from monoethanolamine, diethanolamine, ethylenediaminetetraacetic acid (EDTA) phospholipid salts, ascorbate, ascorbic acid, sodium citrate, sodium sulfonic acid, sodium lauryl sulfate, quaternary amines, quaternary ammonium salts, and sodium acetate. Preferably, the organic compounds are selected from inorganic salts of organic acids. More preferably, the organic compound is sodium acetate. Inorganic compounds include compounds known to those of skill in the art, including, but not limited to, salts of hydroxides and salts of phosphates, sodium formate, sodium phosphate, potassium hydroxide, and phosphoric acid. Most preferably, the inorganic compound is sodium hydroxide.

In some embodiments of the invention, the amount of the organic compound or inorganic compound functioning as the acidity/alkalinity adjustor is provided in an amount sufficient to obtain a pH of from about 6.0 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol. In some aspects of the invention, about 0.5 μL to about 50 μL of a 1N acidity/alkalinity adjustor solution is provided per 1 mL of a bendamustine-containing composition. Preferably, about 1 μL to about 10 μL of a 1N acidity/alkalinity adjustor solution is provided per

9

1 mL of a bendamustine-containing composition. In some aspects of the invention, the acidity/alkalinity adjustor is added to the polyethylene glycol prior to the addition of the other materials in the formulation. In other aspects the acidity/alkalinity adjustor is added to the pharmaceutically acceptable fluid after the addition of the other materials to adjust the acidity or alkalinity as needed. In some aspects of the invention, the concentration of the organic compound in the final formulation is from about 0.005M (molarity) to about 0.1M (molarity), and more preferably, about 0.01M. In some aspects of the invention, the concentration of the inorganic compound in the final formulation is from about 0.0005M (molarity) to about 0.04M (molarity). It will be understood that any useful concentration within the ranges, i.e. 0.001, 0.0015, 0.005, 0.01, 0.02, 0.03, 0.04 are contemplated. Preferably, the concentration of the inorganic compound in the final formulation is about 0.01 molarity.

In view of the foregoing, some preferred non-aqueous, liquid, long term storage stable bendamustine-containing compositions in accordance with the invention include:

I.      a) bendamustine or a pharmaceutically acceptable salt thereof; and

        b) a pharmaceutically acceptable fluid including

                i) polyethylene glycol and propylene glycol;

                ii) an organic compound or inorganic compound, or mixtures thereof in an amount sufficient to obtain a pH of from about 6.0 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

                iii) a stabilizing amount of thioglycerol; or

II.     a) about 25 mg/mL bendamustine or a pharmaceutically acceptable salt thereof; and

        b) a pharmaceutically acceptable fluid including

                i) about 90% PEG and about 10% PG;

                ii) an organic compound or inorganic compound, or mixtures thereof in an amount sufficient to obtain a pH of from about 6.0 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

                iii) about 2.5 mg/mL thioglycerol.

Each of these compositions have the same stability profiles already described, i.e. having less than about 5% total esters, PAR as determined by HPLC at a wavelength

of 223nm, after at least about 15 months of storage at a temperature of from about 5 °C to about 25 °C.

Some more preferred formulations include:

I.    a) bendamustine or a pharmaceutically acceptable salt thereof; and

b) a pharmaceutically acceptable fluid including

i) polyethylene glycol and propylene glycol;

ii) sodium hydroxide in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

iii) a stabilizing amount of thioglycerol; or

II.    a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

b) a pharmaceutically acceptable fluid including

i) 90% polyethylene glycol and 10% propylene glycol;

ii) sodium hydroxide in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

iii) thioglycerol at a concentration of about 5 mg/mL; or

III.    a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

b) a pharmaceutically acceptable fluid including

i) 85% polyethylene glycol and 15% propylene glycol;

ii) sodium hydroxide in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

iii) thioglycerol at a concentration of about 5 mg/mL; or

IV.    a) bendamustine or a pharmaceutically acceptable salt thereof; and

b) a pharmaceutically acceptable fluid including

i) polyethylene glycol and propylene glycol;

ii) sodium acetate in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

11

    iii) a stabilizing amount of thioglycerol; or

V.  a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

   b) a pharmaceutically acceptable fluid including

    i) 90% polyethylene glycol and 10% propylene glycol;

    ii) sodium acetate in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

    iii) thioglycerol at a concentration of about 5 mg/mL; or

VI.  a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

   b) a pharmaceutically acceptable fluid including

    i) 85% polyethylene glycol and 15% propylene glycol;

    ii) sodium acetate in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

    iii) thioglycerol at a concentration of about 5 mg/mL.

Each of these compositions have the same stability profiles already described, i.e. having less than about 5% total esters, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223nm, after at least about 15 months of storage at a temperature of from about 5 °C to about 25 °C.


In other aspects of the invention, preferred long term storage stable bendamustine-containing compositions in accordance with the invention include:

I.  a) bendamustine or a pharmaceutically acceptable salt thereof; and

   b) a pharmaceutically acceptable fluid including

    i) polyethylene glycol and propylene glycol;

    ii) sodium hydroxide in an amount sufficient to obtain a pH of from about 3.3 to about 4.2 for the long term storage stable bendamustine-containing composition, as measured using USP monograph for polyethylene glycol; and

    iii) a stabilizing amount of thioglycerol; or

12

II.    a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

    b) a pharmaceutically acceptable fluid including

        i) 90% polyethylene glycol and 10% propylene glycol;

        ii) sodium hydroxide in an amount sufficient to obtain a pH of from about 3.3 to about 4.2 for the long term storage stable bendamustine-containing composition, as measured using USP monograph for polyethylene glycol; and

        iii) thioglycerol at a concentration of about 5 mg/mL; or

III.    a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

    b) a pharmaceutically acceptable fluid including

        i) 85% polyethylene glycol and 15% propylene glycol;

        ii) sodium hydroxide in an amount sufficient to obtain a pH of from about 3.3 to about 4.2 for the long term storage stable bendamustine-containing composition, as measured using USP monograph for polyethylene glycol; and

        iii) thioglycerol at a concentration of about 5 mg/mL; or

IV.    a) bendamustine or a pharmaceutically acceptable salt thereof; and

    b) a pharmaceutically acceptable fluid including

        i) polyethylene glycol and propylene glycol;

        ii) sodium acetate in an amount sufficient to obtain a pH of from about 3.3 to about 4.2 for the long term storage stable bendamustine-containing composition, as measured using USP monograph for polyethylene glycol; and

        iii) a stabilizing amount of thioglycerol; or

V.    a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

    b) a pharmaceutically acceptable fluid including

        i) 90% polyethylene glycol and 10% propylene glycol;

        ii) sodium acetate in an amount sufficient to obtain a pH of from about 3.3 to about 4.2 for the long term storage stable bendamustine-containing composition, as measured using USP monograph for polyethylene glycol; and

        iii) thioglycerol at a concentration of about 5 mg/mL; or

13

VI.    a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

b) a pharmaceutically acceptable fluid including

i) 85% polyethylene glycol and 15% propylene glycol;

ii) sodium acetate in an amount sufficient to obtain a pH of from about 3.3 to about 4.2 for the long term storage stable bendamustine-containing composition, as measured using USP monograph for polyethylene glycol; and

iii) thioglycerol at a concentration of about 5 mg/mL.

Each of these compositions have the same stability profiles already described, i.e. having less than about 5% total esters, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223nm, after at least about 15 months of storage at a temperature of from about 5 °C to about 25 °C.

Another embodiment of the invention provides methods of treating cancer in mammals. The methods include administering to a mammal in need thereof an effective amount of one of the bendamustine-containing compositions described herein. Since the active ingredient portion of the inventive composition is an FDA-approved drug, those of ordinary skill will recognize that the doses of bendamustine employed in this aspect of the invention will be similar to those employed in any treatment regimens designed for bendamustine as marketed under the trade name TREANDA. The patient package insert containing dosing information is incorporated herein by reference. The methods of treatment also include administering the inventive formulations for any purpose or physical condition for which bendamustine has been indicated as being useful.

Another embodiment of the invention includes methods of preparing bendamustine-containing compositions described herein. The methods include combining lyophilized bendamustine preferably as the HCl salt in a pharmaceutically acceptable fluid:

A)    i) a mixture of PEG and PG within the desired ratios described herein, e.g. 90:10, etc.;

14

ii) an organic compound or an inorganic compound in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

iii) a stabilizing amount of an antioxidant.

The steps are carried out under pharmaceutically acceptable conditions for sterility and manufacturing.

In a further aspect of the invention, there are provided methods of controlling or preventing the formation of polyethylene glycol esters and propylene glycol esters in bendamustine-containing compositions during long term storage. The methods include combining an amount of bendamustine or a pharmaceutically acceptable salt thereof with a sufficient amount of a pharmaceutically acceptable fluid containing:

i) a mixture of PEG and PG in the ratios described herein;

ii) an organic compound or an inorganic compound in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

iii) a stabilizing amount of an antioxidant.

Further optional steps in accordance therewith include transferring one or more pharmaceutically acceptable doses of the formulations into a suitable sealable container and storing the sealed container at a temperature of from about 5 °C to about 25 °C. As a result of carrying out these steps, it is possible to control or substantially prevent the formation of impurities which otherwise occur with bendamustine-containing compositions during long term storage so that the artisan is provided with bendamustine-containing formulations having less than about 5 % total esters PAR as determined by HPLC at a wavelength of 223nm, after at least about 15 months of storage at a temperature of from about 5 °C to about 25 °C.

The compositions of the present invention can be packaged in any suitable sterile vial or container fit for the sterile storage of a pharmaceutical such as bendamustine. Preferably, the vials containing the formulation are sparged with nitrogen under seal before storage. Suitable containers can be glass vials, polypropylene or polyethylene

15

vials or other special purpose containers and be of a size sufficient to hold one or more doses of bendamustine.

A further aspect of the invention includes kits containing lyophilized bendamustine or a pharmaceutically acceptable salt thereof in a first container or vial; and, in a second container, a sufficient amount of a pharmaceutically acceptable fluid such as those described herein:

i)  a mixture of PEG and PG;

ii) an organic compound or an inorganic compound in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

iii)  a stabilizing amount of an antioxidant.

For purposes of this embodiment, the amount of fluid which is sufficient is an amount which allows the bendamustine to be dissolved or dispersed to a degree which renders the liquid composition ready for use, i.e. to administer to a patient in need thereof directly, or for dilution into a larger volume infusion at point of delivery.

As will be appreciated by those of ordinary skill, the kit will contain other pharmaceutically necessary materials for storing and/or administering the drug, including instructions for storage and use, additional diluents, if desired, etc.

**EXAMPLES**

The following examples serve to provide further appreciation of the invention but are not meant in any way to restrict the effective scope of the invention.

**Comparative Example 1**

A mixture of PEG:PG (90:10) was prepared by combining 10 ml of PG with PEG 400 qs 100 ml.  Thioglycerol at a concentration of 5 mg/ml was added to 80 ml of the PEG:PG (90:10) mixture and mixed well.  The PEG:PG (90:10) and thioglycerol mixture was sparged with $N_2$.  Bendamustine HCl at a concentration of 25 mg/ml was then added to 40 ml of the PEG:PG (90:10) and thioglycerol mixture, and mixed well. The volume of the bendamustine-containing formulation was made up to 50 ml with

16

the PEG:PG (90:10) mixture, and then sparged with $N_2$. The bendamustine-containing formulation was then filtered and transferred to 5cc vials, with each vial containing 4 ml. The vials were sparged with $N_2$, stoppered, crimped with aluminum seals. The samples were maintained at 40 °C, 25 °C and 5 °C and analyzed after 15 days, one month, three months or five months for drug content and impurity profile as indicated in FIG. 1 (Table 1). The results obtained are presented in FIG. 1 (Table 1). At 14 days at 40 °C, the pH of the bendamustine-containing formulation was taken in accordance with the USP official monograph. 5 g of the final bendamustine-containing formulation was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added. The pH was measured to be 3.38.

As shown in FIG. 1 (Table 1), the sample, which did not include NaOH, did not provide long term storage stability. This sample exhibited more than 16% total esters compared to initial after only 15 days at 40 °C. It was determined that bendamustine-containing compositions with such high ester formation would not be suitable for long term storage. It was determined that the cause of the excess ester formation was the PEG.

**Example 2**

A mixture of PEG 400 treated with NaOH was prepared by combining 200 µl of 1N NaOH to a concentration of 0.001 molarity and PEG qs to 200 ml, and mixing well. The pH of the PEG 400 and NaOH mixture was taken in accordance with the USP official monograph. 5 g of the PEG 400 and NaOH mixture was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added. The pH was then measured to be 7.30, which is within the preferred range. A PEG:PG (90:10) mixture was prepared by combining 20 ml of PG and the PEG 400 and NaOH mixture qs 200 ml. Thioglycerol at a concentration of 5 mg/ml was added to 60 ml of the PEG:PG (90:10) mixture and mixed well. Bendamustine HCl at a concentration of 25 mg/ml was then added to 40 ml of the PEG:PG (90:10) and thioglycerol mixture, and mixed well. The volume of the bendamustine-containing formulation was made up to 75 ml with the PEG:PG (90:10) solution. The bendamustine-containing formulation was then filtered and transferred to 5cc vials, with each vial containing 4 ml. The pH of the bendamustine-containing formulations was taken in

accordance with the USP official monograph.  5 g of the final bendamustine-containing formulation was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added.   The pH was then measured and recorded in FIG. 2 (Table 2).    The vials were sparged with $N_2$, stoppered, crimped with aluminum seals.  The samples were maintained at 25 °C and 5 °C and analyzed after 15 days, one month, three months, or six months for drug content, pH and impurity profile as indicated in FIG. 2 (Table 2).  The results obtained are presented in FIG. 2 (Table 2).

As shown in FIG. 2 (Table 2), even without "pre" sparging steps, bendamustine, when dissolved in polyethylene glycol and propylene glycol, in the presence of a stabilizing amount of thioglycerol, and NaOH at a concentration of 0.001 molarity, had substantially no increase in total degradants after a period of at least six months at 25 °C.  The bendamustine-containing compositions had about 1.23% total esters after 6 months analysis at 25 °C.  Additionally, the pH of the compositions was maintained at about 3.4 throughout the duration of the long term storage.  The data presented in FIG. 2 (Table 2) translates into bendamustine-containing compositions including PEG and PG, an antioxidant, and NaOH having a shelf life of at least about 15 months of storage at a temperature of from 5 °C to about 25 °C with levels of impurities within the levels required herein.

## Example 3

PEG:PG (90:10) mixtures were prepared by combining 10 ml of PG with PEG 400 qs 100 ml.  Thioglycerol at a concentration of 5 mg/ml was added to 80 ml of the PEG:PG (90:10) mixture and mixed well.  Bendamustine HCl at a concentration of 25 mg/ml was then added to 40 ml of the PEG:PG (90:10) and thioglycerol mixture, and mixed well.  In addition to a sample, in which no NaOH was added (Sample 1), two samples were made in which a 1N NaOH solution was added to the PEG:PG (90:10) mixture to a concentration of 0.01 or 0.03 molarity (Samples 2 and 3, respectively), as indicated in FIG. 3 (Table 3), and mixed. The 0.01 and 0.03 molarity samples are unlike the samples in Examples 1 and 2, where the concentration of NaOH was 0.001 molarity.  The volume of the bendamustine-containing solution was made up to 50 ml with the PEG:PG (90:10) mixture.  The bendamustine-containing formulation was then filtered and transferred to 5cc vials, with each vial containing 4 ml.  The initial

18

pH of the bendamustine-containing formulations was taken in accordance with the USP official monograph.  5 g of the final bendamustine-containing formulation was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added.   The pH was then measured and recorded in FIG. 3 (Table 3).    The vials were sparged with $N_2$, stoppered, crimped with aluminum seals.  The samples were maintained at 40 °C and 25 °C and analyzed after 15 days, one month, two months, or three months for drug content and impurity profile as indicated in FIG. 3 (Table 3).  The results obtained are presented in FIG. 3 (Table 3).

As shown in FIG. 3 (Table 3), bendamustine, when dissolved in polyethylene glycol and propylene glycol, in the presence of thioglycerol and NaOH at a concentration of 0.01 molarity or 0.03 molarity, has a pH of about 3.5 to about 4, which is within the preferred pH range.  The bendamustine-containing samples according to the invention had substantially no increase in total degradants after a period of at least three months at 25 °C.  The bendamustine-containing compositions with NaOH concentration of 0.01 molarity and 0.03 molarity had about 0.33% and 1.26% total esters, respectively, after 15 days analysis at 40 °C.  This data supports the position that bendamustine-containing compositions according to the invention have a shelf life of at least about 2 years, if not longer, when stored under ambient or refrigerated storage conditions with levels of impurities within the levels required herein.

Also shown in FIG. 3 (Table 3), the control sample, which did not include NaOH did not provide long term storage stability.  The pH of the control sample was 3.12.  This sample exhibited more than 26% total esters compared to initial after only 15 days at 40 °C, and almost 19% total esters compared to initial after 3 months at 25 °C.  Bendamustine-containing compositions with such high levels of degradation would not be long term storage stable.

**Example 4**

Mixtures of PEG 400 with NaOH were prepared by combining 0.1 ml, 0.2 ml or 0.3 ml (Samples 5, 6 and 7, respectively) of 1N NaOH and PEG qs to 200 ml, and mixing well.  The pH of the PEG 400 and NaOH mixtures was taken in accordance with the USP official monograph.  5 g of the PEG 400 and NaOH mixtures were added to 100

19

ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added.   The pH was then measured.  The pH of the PEG 400 and NaOH mixture for Sample 5 was 6.32.  The pH of the PEG 400 and NaOH mixture for Sample 6 was 7.30. The pH of the PEG 400 and NaOH mixture for Sample 7 was 7.89.  The pH for the PEG 400 and NaOH mixtures for each of Samples 5, 6 and 7 were within the preferred range. Mixtures of PEG:PG (90:10) were prepared by combining 20 ml of PG with PEG 400 qs 200 ml, without NaOH (Sample 4) or with NaOH at a concentration of 0.0005, 0.001, or 0.0015 molarity (Samples 5, 6 and 7, respectively), as indicated in FIGS. 4A and 4B (Tables 4A and 4B).  Thioglycerol at a concentration of 5 mg/ml was added to 80 ml of the PEG:PG (90:10) mixture and mixed well.  Bendamustine HCl at a concentration of 25 mg/ml was then added to 80 ml of the PEG:PG (90:10) and thioglycerol mixture, and mixed well.  The volume of the bendamustine-containing formulation was made up to 100 ml with the PEG:PG (90:10) mixture, and mixed. The bendamustine-containing formulation was then filtered and transferred to 5cc vials, with each vial containing 4 ml.  The vials were sparged with $N_2$, stoppered, crimped with aluminum seals.  The samples were maintained at 40 °C, 25 °C and 5 °C and analyzed after 15 days, one month, two months, three months or six months for drug content, impurity profile and pH as indicated in FIGS. 4A and 4B (Tables 4A and 4B).  The pH was evaluated as per the USP official monograph.  5 g of the final bendamustine-containing formulation was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added.   The pH was then measured.  The results obtained are presented in FIGS. 4A and 4B (Tables 4A and 4B).

As shown in FIGS. 4A and 4B (Tables 4A and 4B), bendamustine, when dissolved in polyethylene glycol and propylene glycol, in the presence of thioglycerol and NaOH at a concentration of 0.0005 molarity, 0.001 molarity or 0.0015 molarity, the bendamustine-containing samples according to the invention have a pH of about 3.3 to about 3.6.  This is within the preferred pH range.  The bendamustine-containing samples according to the invention had no or substantially no increase in total degradants after a period of at least six months at 5 °C.  The bendamustine-containing compositions with NaOH concentration of 0.005 molarity had about 2.35% total esters after six months analysis at 25 °C.  The bendamustine-containing compositions with NaOH concentration of 0.001 molarity had about 1.41% total esters after six months analysis at 25 °C.  The bendamustine-containing compositions with NaOH

concentration of 0.0015 molarity had about 1.21% total esters after six months analysis at 25 °C. This data projects a shelf life of at least about 2 years, if not longer, when stored under ambient or refrigerated storage conditions with levels of impurities within the levels required herein.

Also shown in FIGS. 4A and 4B (Tables 4A and 4B), the control sample, which did not include NaOH, did not provide long term storage stability. The pH of the control sample is ranges from 3.17 to 3.25. This sample exhibited more than 28% total esters compared to initial after six months at 25 °C. Bendamustine-containing compositions with such high levels of degradation would not be long term storage stable.

## Example 5

PEG:PG (90:10) mixtures were prepared by combining 10 ml of PG and PEG 400 qs 100 ml. Thioglycerol at a concentration of 5 mg/ml was added to 50 ml of the PEG:PG (90:10) mixture and mixed well. Bendamustine HCl at a concentration of 25 mg/ml was then added to 50 ml of the PEG:PG (90:10) and thioglycerol mixture, and mixed well. The volume of the bendamustine-containing formulation was made up to 60 ml with the PEG:PG (90:10) solution. The bendamustine-containing formulation was transferred to 5cc vials, with each vial containing 5 ml. Unlike in previous Examples, to each vial, except the control which was without NaOH (Sample 8), a 1N NaOH solution was added, yielding a final NaOH concentration of 0.01, 0.02, 0.03, 0.04, 0.05, 0.06, 0.07, 0.08, 0.09 or 0.1 molarity (Samples 9, 10, 11, 12, 13, 14, 15, 16, 17 and 18, respectively), as indicated in FIGS. 5A and 5B (Tables 5A and 5B). The vials were sparged with $N_2$, stoppered, crimped with aluminum seals. The samples were maintained at 40 °C and analyzed after 14 days for drug content and impurity profile as indicated in FIGS. 5A and 5B (Tables 5A and 5B). The results obtained are presented in FIGS. 5A and 5B (Tables 5A and 5B).

As shown in FIGS. 5A and 5B (Tables 5A and 5B), bendamustine, when dissolved in polyethylene glycol and propylene glycol, in the presence of thioglycerol and NaOH at a concentration of 0.01 molarity, 0.02 molarity, 0.03 molarity, or 0.04 molarity, the bendamustine-containing samples according to the invention have substantially low amount of total degradants after a period of about 14 days at 40 °C compared to

21

bendamustine-containing samples having no NaOH and NaOH at a concentration 0.05 molarity or greater. The bendamustine-containing compositions with NaOH concentration from 0.01 to 0.04 molarity had from 0.23% to 2.91% total esters after 14 days analysis at 40 °C. This data projects a shelf life of at least about 2 years, if not longer, when stored under ambient or refrigerated storage conditions with levels of impurities within the levels required herein.

Also shown in FIGS. 5A and 5B (Tables 5A and 5B), the control sample, which did not include NaOH, did not provide long term storage stability. This sample exhibited more than 4% total esters after 14 days at 40 °C. These bendamustine-containing compositions with such high levels of degradation would not be long term storage stable.

The bendamustine-containing compositions with NaOH concentration of 0.05 molarity or greater had more than 6% total esters after 14 days analysis at 40 °C. These bendamustine-containing compositions with such high levels of degradation would not be long term storage stable.

**Example 6**

PEG and sodium acetate mixtures were prepared by adding sodium acetate (sodium acetate trihydrate (Sample 19) in FIG. 6 (Table 6) and sodium acetate anhydrous (Sample 20) in FIG. 7 (Table 7)) at a concentration of 0.01 molarity to 81 mL PEG 400 and mixing. The pH was evaluated as per the USP official monograph. 5 g of the PEG and sodium acetate mixture was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added. The pH was then measured. The PEG and sodium acetate mixture of Sample 19 had a pH of 3.74 and the PEG and sodium acetate mixture of Sample 20 had a pH of 3.67. The PEG and sodium acetate mixtures of both Samples 19 and 20 are within the preferred range. PEG:PG (90:10) and sodium acetate mixtures were prepared by combining 10 ml of PG with the PEG 400 sodium acetate mixture and mixing. Thioglycerol at a concentration of 5 mg/ml was added to the PEG:PG (90:10) sodium acetate solution and mixed. Bendamustine HCl at a concentration of 25 mg/ml was then added to the PEG:PG (90:10) sodium acetate and thioglycerol mixture, and mixed. The volume of the bendamustine-

22

containing formulation was made up to 100 ml with PEG 400. The bendamustine-containing formulation was then filtered and transferred to 5cc vials, with each vial containing 4 ml. The vials were sparged with $N_2$, stoppered, crimped with aluminum seals. The samples were maintained at 40 °C, 25 °C and 5 °C and analyzed after 15 days, one month, or three months for drug content and impurity profile as indicated in FIGS. 6 and 7 (Tables 6 and 7). The results obtained are presented in FIGS. 6 and 7 (Tables 6 and 7).

As shown in FIGS. 6 and 7 (Tables 6 and 7), bendamustine, when dissolved in polyethylene glycol and propylene glycol, in the presence of thioglycerol and sodium acetate at a concentration of 0.01M, the bendamustine-containing samples according to the invention have substantially low amount of total degradants after a period of about 15 days at 40 °C. The bendamustine-containing compositions with sodium acetate concentration of 0.01M also had substantially no degradants after three months analysis at 25 °C. This data projects a shelf life of at least about 2 years, if not longer, when stored under ambient or refrigerated storage conditions with levels of impurities within the levels required herein.

**Example 7**

A PEG sodium acetate mixture was prepared by adding sodium acetate trihydrate at a concentration of 0.01 molarity to 81 mL PEG 400, mixing. The pH was evaluated as per the USP official monograph. 5 g of the PEG and sodium acetate mixture was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added. The pH was then measured. The PEG and sodium acetate mixture had a pH of 3.74, which is within the preferred range. A PEG:PG (90:10) sodium acetate mixture was prepared by combining 10 ml of PG with the PEG 400 sodium acetate mixture and mixing. Thioglycerol at a concentration of 5 mg/ml was added to the PEG:PG (90:10) sodium acetate mixture and mixed. Bendamustine HCl at a concentration of 25 mg/ml was then added to the PEG:PG (90:10) sodium acetate and thioglycerol mixture, and mixed. The volume of the bendamustine-containing formulation was made up to 100 ml with PEG 400. The bendamustine-containing formulation (Sample 21) was then filtered and transferred to 5cc vials, with each vial containing 4 ml. The vials were sparged with $N_2$, stoppered, crimped with aluminum

23

seals.  The samples were maintained at 40 °C, 25 °C and 5 °C and analyzed after 15 days, one month, or three months for drug content, impurity profile and pH as indicated in FIG. 8 (Table 8).  The pH was evaluated as per the USP official monograph.  5 g of the final bendamustine-containing formulation was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added.   The pH was then measured.  The results obtained are presented in FIG. 8 (Table 8).

As shown in FIG. 8 (Table 8), bendamustine, when dissolved in polyethylene glycol and propylene glycol, in the presence of thioglycerol and sodium acetate at a concentration of 0.01M, the bendamustine-containing samples according to the invention have a pH of about 3.5 to about 3.64.  This is within the preferred pH range.  The bendamustine-containing samples according to the invention have substantially low amount of total degradants after a period of about six months at 25 °C.  The bendamustine-containing compositions with sodium acetate concentration of 0.01M also had substantially no degradants after six months analysis at 5 °C.

The area % of the total esters increased about 1.31% over six months storage at 25 °C.  Such an increase projects a shelf life of at least about 2 years, if not longer, when stored under ambient or refrigerated storage conditions with levels of impurities within the levels required herein.

24

**CLAIMS**

We claim:

1.       A long term storage stable bendamustine-containing composition, comprising:

   a) bendamustine or a pharmaceutically acceptable salt thereof; and

   b) a pharmaceutically acceptable fluid comprising

      i) a mixture of polyethylene glycol, and propylene glycol;

      ii) an organic compound or an inorganic compound in an amount sufficient to obtain a pH of from about 6.0 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

      iii) a stabilizing amount of an antioxidant;

said bendamustine-containing composition having less than about 5% total polyethylene glycol esters and propylene glycol esters, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223nm, after at least about 15 months of storage at a temperature of from about 5 °C to about 25 °C.

2.       The long term storage stable bendamustine-containing composition of claim 1, wherein the amount of the organic compound or an inorganic compound is provided in an amount sufficient to obtain a pH of from about 6.5 to about 8 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol.

3.       The long term storage stable bendamustine-containing composition of claim 1, wherein the pharmaceutically acceptable fluid comprises an inorganic compound selected from the group consisting of salts of hydroxides and salts of phosphates.

4.       The long term storage stable bendamustine-containing composition of claim 3, wherein the inorganic compound is sodium hydroxide.

5.       The long term storage stable bendamustine-containing composition of claim 1, wherein the pharmaceutically acceptable fluid comprises an organic compound selected from the group consisting of carboxylic compounds, nitrogenous compounds, carbonates, and salts thereof.

25

6.      The long term storage stable bendamustine-containing composition of claim 5, wherein the organic compound is sodium acetate or is diethanolamine.

7.      The long term storage stable bendamustine-containing composition of claim 1, wherein the bendamustine concentration is from about 20 mg/mL to about 60 mg/mL.

8.      The long term storage stable bendamustine-containing composition of claim 7, wherein the bendamustine concentration is from about 25 mg/mL to about 50 mg/mL.

9.      The long term storage stable bendamustine-containing composition of claim 8, wherein the bendamustine concentration is about 25 mg/mL.

10.     The long term storage stable bendamustine-containing composition of claim 1, wherein the pharmaceutically acceptable fluid comprises about 90% polyethylene glycol and about 10% propylene glycol.

11.     The long term storage stable bendamustine-containing composition of claim 1, wherein the pharmaceutically acceptable fluid comprises about 85% polyethylene glycol and about 15% propylene glycol.

12.     The long term storage stable bendamustine-containing composition of claim 1, wherein the antioxidant is selected from the group consisting of thioglycerol, monothioglycerol, lipoic acid, propyl gallate, methionine, cysteine, metabisulfites, sodium formaldehyde sulfoxylate, phenol-containing aromatic and aliphatic compounds and dihydrolipoic acid.

13.     The long term storage stable bendamustine-containing composition of claim 12, wherein the antioxidant is thioglycerol or monothioglycerol.

14.     The long term storage stable bendamustine-containing composition of claim 1, wherein the stabilizing amount of the antioxidant is from about 2.5 mg/mL to about 35 mg/mL.

26

15. The long term storage stable bendamustine-containing composition of claim 14, wherein the stabilizing amount of the antioxidant is from about 5 mg/mL to about 20 mg/mL.

16. The long term storage stable bendamustine-containing composition of claim 15, wherein the stabilizing amount of the antioxidant is about 5 mg/mL.

17. The long term storage stable bendamustine-containing composition of claim 1, wherein the concentration of the inorganic compound is from about 0.0005 molarity to about 0.04 molarity.

18. The long term storage stable bendamustine-containing composition of claim 17, wherein the concentration of the inorganic compound is about 0.01 molarity.

19. The long term storage stable bendamustine-containing composition of claim 1, wherein the concentration of the organic compound is from about 0.005M to about 0.1M.

20. The long term storage stable bendamustine-containing composition of claim 19, wherein the concentration of the organic compound is about 0.01M.

21. The long term storage stable bendamustine-containing composition of claim 1, wherein the pH of the polyethylene glycol, as measured using the USP monograph for polyethylene glycol, is about 6.5 or about 8.

22. The long term storage stable bendamustine-containing composition of claim 1, wherein the pH of the long term storage stable bendamustine-containing composition, as measured using the USP monograph for polyethylene glycol, is from about 3.3 to about 4.

23. The long term storage stable bendamustine-containing composition of claim 22, wherein the pH of the long term storage stable bendamustine-containing composition, as measured using the USP monograph for polyethylene glycol, is about 3.5.

27

24.    The long term storage stable bendamustine-containing composition of claim 1, wherein the amount of total polyethylene glycol esters and propylene glycol esters is less than about 3%.

25.    The long term storage stable bendamustine-containing composition of claim 1, wherein the amount of total polyethylene glycol esters and propylene glycol esters is less than about 2.4%.

26.    The long term storage stable bendamustine-containing composition of claim 1, wherein the amount of individual polyethylene glycol esters less than about 0.2% and individual propylene glycol esters is less than about 1.5%.

27.    The long term storage stable bendamustine-containing composition of claim 1, wherein the amount of total polyethylene glycol esters is less than about 2%.

28.    The long term storage stable bendamustine-containing composition of claim 1, wherein the amount of total propylene glycol esters is less than about 3%.

29.    The long term storage stable bendamustine-containing composition of claim 1, wherein said long term storage is at least about 2 years.

30.    A long term storage stable bendamustine-containing composition, comprising:
   a)  bendamustine or a pharmaceutically acceptable salt thereof; and
   b)  a pharmaceutically acceptable fluid comprising
       i)  90% polyethylene glycol and 10% propylene glycol;
       ii)  sodium hydroxide in an amount sufficient to obtain a pH of from about 6.5 for the polyethylene glycol, as measured using the USP monograph for polyethylene glycol; and
       iii) thioglycerol at a concentration of about 5 mg/mL;
said bendamustine-containing composition having less than about 5% total polyethylene glycol esters and propylene glycol esters, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography

("HPLC") at a wavelength of 223nm, after at least about 15 months of storage at a temperature of from about 5 °C to about 25 °C.

31.    A long term storage stable bendamustine-containing composition, comprising:

    a)  bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

    b)  a pharmaceutically acceptable fluid comprising

        i)  90% polyethylene glycol and 10% propylene glycol;

        ii)  sodium acetate in an amount sufficient to obtain a pH of about 6.5 for the polyethylene glycol, as measured using the USP monograph for polyethylene glycol; and

        iii) thioglycerol at a concentration of about 5 mg/mL;

said bendamustine-containing composition having less than about 5% total polyethylene glycol esters and propylene glycol esters, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223nm, after at least about 15 months of storage at a temperature of from about 5 °C to about 25 °C.

32.    A long term storage stable bendamustine-containing composition, comprising:

    a)  bendamustine or a pharmaceutically acceptable salt thereof; and

    b)  a pharmaceutically acceptable fluid comprising

        i)  a mixture of polyethylene glycol, and propylene glycol;

        ii)  an organic compound or an inorganic compound in an amount sufficient to obtain a pH of from about 3.3 to about 4.2 for the long term storage stable bendamustine-containing composition, as measured using the USP monograph for polyethylene glycol; and

        iii)  a stabilizing amount of an antioxidant;

said bendamustine-containing composition having less than about 5% total polyethylene glycol esters and propylene glycol esters, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223nm, after at least about 15 months of storage at a temperature of from about 5 °C to about 25 °C.

29

33.    A method of treating cancer in mammals, comprising administering an effective amount of a long term storage stable bendamustine-containing composition of claim 1 to a mammal in need thereof.

# Exhibit 3



EXHIBIT
9



US 20130210879A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2013/0210879 A1**
Palepu et al. (43) Pub. Date: **Aug. 15, 2013**

(54) **FORMULATIONS OF BENDAMUSTINE**

(71) Applicant: **Eagle Pharmaceuticals, Inc.,** (US)

(72) Inventors: **Nagesh R. Palepu**, Southampton, PA (US); **Philip Christopher Buxton**, Great Dunmow (GB); **Srikanth Sundaram**, Somerset, NJ (US)

(73) Assignee: **EAGLE PHARMACEUTICALS, INC.**, Woodcliff Lake, NJ (US)

(21) Appl. No.: **13/767,672**

(22) Filed: **Feb. 14, 2013**

**Related U.S. Application Data**

(60) Provisional application No. 61/598,729. filed on Feb. 14, 2012.

**Publication Classification**

(51) **Int. Cl.**
  *A61K 47/10*  (2006.01)
  *A61K 31/4184*  (2006.01)

(52) **U.S. Cl.**
  CPC ............ *A61K 47/10* (2013.01); *A61K 31/4184* (2013.01)
  USPC ........................................................ **514/394**

(57) **ABSTRACT**

Long term storage stable bendamustine-containing compositions are disclosed. The compositions can include bendamustine or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable fluid contains a mixture of PEG and PG; an organic or inorganic compound in an amount sufficient to obtain a pH of from about 6.0 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and optionally an antioxidant. The bendamustine-containing compositions have less than about 5% total esters, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

FIG. 1

Table 1

| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | PG Esters | | PEG Esters | | | | | | | | | | | | % Total Esters |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1.13 | 1.14 | 1.15 | 1.17 | 1.18 | 1.19 | 1.21 | 1.22 | 1.236 | 1.24 | 1.25 | 1.26 | 1.40 | |
| BDM - 25mg/mL | Initial | | 24.1 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 |
| Thioglycerol - 5mg/mL | 40°C | 15 d | 18.2 | 75.5 | 3.63 | BDL | 1.14 | 2.45 | BDL | 2.54 | 2.48 | 1.87 | 1.23 | 0.66 | 0.38 | 0.13 | BDL | 16.51 |
| | 25°C | 15 d | 23.2 | 96.3 | 0.16 | BDL | 0.07 | 0.14 | BDL | 0.08 | 0.16 | 0.12 | BDL | 0.07 | BDL | BDL | BDL | 0.8 |
| PEG 400:PG (90:10) qs to 1mL | | 1 M | 22.3 | 92.5 | 0.66 | BDL | 0.30 | 0.49 | BDL | BDL | 0.67 | 0.57 | 0.45 | 0.28 | 0.18 | 0.07 | 0.06 | 3.73 |

The header row spans "Area % of Degradants" over the PG Esters and PEG Esters columns.

FIG. 2

Table 2

| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | Area % of degradants | | | | | | | | | % Total Esters | pH value (as per USP) |
| | | | | | PG Esters | | PEG Esters | | | | | | | | |
| | | | | | PG Ester1 | PG Ester2 | 1.17 | 1.19 | 1.21 | 1.22 | 1.23 | 1.24 | | | |
| BDM - 25mg Thioglycerol - 5mg PEG 400:PG (90:10) qs to 1mL (NaOH- 0.001 molarity) | Initial | Initial | 25.0 | 100.0 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.08 | 0.08 | 3.44 |
| | 2.5°C | 15 days | 24.9 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.43 |
| | | 1M | 24.9 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.42 |
| | | 3M | 24.8 | 99.2 | 0.12 | BDL | BDL | BDL | BDL | BDL | BDL | 0.05 | 0.17 | 3.43 |
| | | 6M | 24.7 | 98.8 | 0.39 | 0.12 | 0.06 | 0.15 | 0.18 | 0.14 | 0.12 | 0.07 | 1.23 | 3.42 |
| | 5°C | 3M | 24.9 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.45 |
| | | 6M | 24.9 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.45 |

**FIG. 3**

**Table 3**

| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | % Area of degradants | | | | | | | | | | | % Total Esters |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PG Esters | | PEG Esters | | | | | | | | | |
| | | | | | 1.11 | 1.14 | 1.17 | 1.19 | 1.21 | 1.22 | 1.23 | 1.24 | 1.25 | 1.26 | 1.27 | |
| 1. | Initial | | 25.0 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 |
| BDM - 25mg Thioglycerol - 5mg PEG 400:PG (90:10 v/v) qs to 1mL (As per USP pH 3.12) | 40°C | 15d | 18.4 | 73.6 | 7.22 | 4.74 | 1.92 | 3.01 | 3.12 | 2.64 | 1.86 | 1.06 | 0.62 | 0.25 | 0.11 | 26.55 |
| | 25°C | 15d | 24.7 | 98.8 | 0.55 | 0.15 | 0.06 | 0.20 | 0.19 | 0.16 | 0.13 | 0.06 | BDL | BDL | BDL | 1.50 |
| | | 1M | 24.1 | 96.4 | 0.80 | 0.36 | 0.20 | 0.31 | 0.28 | 0.44 | 0.40 | 0.21 | 0.16 | BDL | 0.05 | 3.21 |
| | | 2M | 22.6 | 90.4 | 2.62 | 1.31 | 0.63 | 0.90 | 0.95 | 0.81 | 0.60 | 0.43 | 0.30 | 0.11 | 0.05 | 8.71 |
| | | 3M | 20.1 | 80.4 | 4.81 | 2.85 | 1.36 | 2.06 | 2.27 | 1.99 | 1.58 | 1.03 | 0.55 | 0.28 | 0.12 | 18.90 |
| 2. | Initial | | 23.2 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 |
| BDM - 25mg Thioglycerol - 5mg NaOH - 0.4mg (0.01 molarity) WFI - 10μL PEG 400:PG (90:10 v/v) qs to 1mL (As per USP pH 3.54) | 40°C | 15d | 23.0 | 99.1 | 0.11 | BDL | BDL | BDL | 0.07 | BDL | BDL | BDL | BDL | BDL | 0.15 | 0.33 |
| | 25°C | 15d | 23.1 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 |
| | | 1M | 23.0 | 99.1 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 |
| | | 2M | 22.7 | 97.8 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.07 | 0.07 |
| | | 3M | 22.7 | 97.8 | 0.11 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.10 | 0.21 |
| 3. | Initial | | 24.0 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 |
| BDM - 25mg Thioglycerol - 5mg NaOH - 1.2mg (0.03 molarity) WFI - 10μL PEG 400:PG (90:10 v/v) qs to 1mL (As per USP pH 4.05) | 40°C | 15d | 22.8 | 95.0 | BDL | BDL | BDL | BDL | 0.06 | BDL | BDL | BDL | BDL | BDL | 1.20 | 1.26 |
| | 25°C | 15d | 23.9 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.15 | 0.15 |
| | | 1M | 23.6 | 98.3 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.27 | 0.27 |
| | | 2M | 23.5 | 97.9 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.53 | 0.53 |
| | | 3M | 23.4 | 97.5 | 0.09 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.79 | 0.88 |

FIG. 4A

Table 4A

| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | Area % of degradants | | | | | | | | | | | | % Total Esters | pH value (as per USP) |
| | | | | | PG Esters | | PEG Esters | | | | | | | | | | | |
| | | | | | PG Ester -1 | PG Ester -2 | 1.16 | 1.18 | 1.21 | 1.22 | 1.23 | 1.24 | 1.25 | 1.26 | 1.27 | 1.28 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4. | Initial | | 24.8 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.10 | BDL | BDL | BDL | BDL | 0.10 | 3.21 |
| | 40°C | 15 d | 23.8 | 96.0 | 1.08 | 0.46 | 0.24 | 0.41 | 0.43 | BDL | BDL | 0.38 | 0.33 | 0.21 | 0.10 | 0.06 | 3.70 | 3.18 |
| BDM - 25mg | | 15d | 23.7 | 95.6 | 1.27 | 0.56 | 0.29 | 0.44 | 0.50 | BDL | BDL | 0.52 | 0.39 | 0.23 | 0.13 | 0.07 | 4.40 | 3.20 |
| | | 1 M | 22.8 | 91.9 | 1.99 | 0.95 | 0.46 | 0.80 | 0.80 | BDL | BDL | 0.78 | 0.60 | 0.37 | 0.21 | 0.11 | 7.07 | 3.17 |
| Thioglycerol - 5mg | 25°C | 15 d | 24.7 | 99.6 | 0.26 | 0.09 | BDL | 0.10 | 0.08 | BDL | BDL | 0.06 | BDL | 0.06 | BDL | BDL | 0.65 | 3.25 |
| PEG 400:PG (90:10) | | 1 M | 24.6 | 99.2 | 0.29 | 0.12 | 0.06 | 0.08 | 0.09 | BDL | BDL | 0.09 | BDL | 0.06 | BDL | BDL | 0.79 | 3.20 |
| qs to 1mL | | 2 M | 23.3 | 94.0 | 1.71 | 0.78 | 0.41 | 0.67 | 0.64 | BDL | BDL | 0.68 | 0.52 | 0.37 | 0.23 | 0.10 | 6.11 | 3.22 |
| | | 3 M | 23.2 | 93.5 | 1.37 | 0.69 | 0.43 | 0.47 | 0.86 | BDL | BDL | 0.85 | 0.68 | 0.56 | 0.35 | 0.16 | 6.42 | 3.21 |
| | | 6 M | 17.5 | 70.6 | 6.37 | 4.09 | 1.80 | 3.15 | 3.54 | 3.27 | 2.59 | 1.84 | 1.17 | 0.56 | 0.25 | 0.08 | 28.71 | 3.20 |
| | 5°C | 1 M | 24.7 | 99.6 | 0.08 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.08 | 3.21 |
| | | 3 M | 24.6 | 99.2 | 0.08 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.08 | 3.20 |
| | | 6 M | 24.5 | 98.8 | 0.11 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.11 | 3.19 |
| 5. | Initial | | 25.5 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.09 | BDL | BDL | BDL | BDL | 0.09 | 3.34 |
| | 40°C | 15 d | 25.6 | 100.4 | 0.12 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.12 | 3.27 |
| BDM - 25mg | | 1 M | 25.3 | 99.2 | 0.23 | 0.10 | BDL | 0.08 | 0.05 | BDL | BDL | 0.06 | 0.05 | 0.05 | BDL | BDL | 0.57 | 3.25 |
| | 25°C | 15 d | 25.5 | 100 | 0.06 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.06 | 3.33 |
| Thioglycerol - 5mg | | 1 M | 25.4 | 99.6 | 0.09 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.09 | 3.31 |
| PEG 400:PG (90:10) | | 2 M | 25.3 | 99.2 | 0.17 | 0.07 | BDL | 0.07 | 0.05 | BDL | BDL | 0.09 | BDL | BDL | BDL | BDL | 0.45 | 3.30 |
| qs to 1mL | | 3 M | 25.2 | 98.8 | 0.27 | 0.09 | BDL | 0.10 | 0.07 | BDL | BDL | 0.07 | 0.05 | BDL | BDL | BDL | 0.65 | 3.30 |
| | | 6 M | 24.5 | 96.1 | 0.62 | 0.26 | 0.10 | 0.25 | 0.29 | 0.32 | 0.28 | 0.15 | 0.08 | BDL | BDL | BDL | 2.35 | 3.31 |
| (NaOH- 0.0005 | 5°C | 1 M | 25.5 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.34 |
| molarity) | | 3 M | 25.4 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.35 |
| | | 6 M | 25.4 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.34 |

Patent Application Publication      Aug. 15, 2013   Sheet 5 of 10      US 2013/0210879 A1

**FIG. 4B**

Table 4B

| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | PG Esters | | 1.16 | 1.18 | 1.21 | 1.22 | 1.23 | 1.24 | 1.25 | 1.26 | 1.27 | 1.28 | % Total Esters | pH value (as per USP) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PG Ester -1 | PG Ester -2 | | | | | | | | | | | | |
| 6.<br>BDM - 25mg<br>Thioglycerol - 5mg<br>PEG 400:PG (90:10) qs to 1mL<br>(NaOH- 0.001 molarity) | Initial | | 24.8 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.08 | BDL | BDL | BDL | BDL | 0.08 | 3.45 |
| | 40°C | 15 d | 24.5 | 98.8 | 0.09 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.09 | 3.38 |
| | | 1 M | 24.5 | 98.8 | 0.14 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.14 | 3.36 |
| | 25°C | 15 d | 24.8 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.41 |
| | | 1 M | 24.7 | 99.6 | 0.05 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.05 | 3.40 |
| | | 2 M | 24.7 | 99.6 | 0.15 | BDL | BDL | BDL | BDL | BDL | BDL | 0.08 | BDL | BDL | BDL | BDL | 0.23 | 3.42 |
| | | 3 M | 24.5 | 98.8 | 0.24 | 0.08 | 0.06 | 0.08 | BDL | BDL | BDL | 0.08 | 0.06 | BDL | BDL | BDL | 0.60 | 3.41 |
| | | 6 M | 24.1 | 97.2 | 0.38 | 0.16 | BDL | 0.17 | 0.20 | 0.23 | 0.19 | 0.08 | BDL | BDL | BDL | BDL | 1.41 | 3.40 |
| | 5°C | 1 M | 24.8 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.42 |
| | | 3 M | 24.8 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.41 |
| | | 6 M | 24.8 | 100.0 | 0.05 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.05 | 3.41 |
| 7.<br>BDM - 25mg<br>Thioglycerol - 5mg<br>PEG 400:PG (90:10) qs to 1mL<br>(NaOH- 0.0015 molarity) | Initial | | 25.2 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.07 | BDL | BDL | BDL | BDL | 0.07 | 3.55 |
| | 40°C | 15 d | 25.2 | 100 | 0.09 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.09 | 3.47 |
| | | 1 M | 25.2 | 100 | 0.11 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.11 | 3.48 |
| | 25°C | 15 d | 25.2 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.53 |
| | | 1 M | 25.2 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.50 |
| | | 2 M | 25.1 | 99.6 | 0.11 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.11 | 3.52 |
| | | 3 M | 25.0 | 99.2 | 0.17 | 0.06 | BDL | BDL | BDL | BDL | BDL | 0.06 | BDL | BDL | BDL | BDL | 0.29 | 3.51 |
| | | 6 M | 24.4 | 96.8 | 0.31 | 0.10 | BDL | 0.14 | 0.18 | 0.22 | 0.18 | 0.08 | BDL | BDL | BDL | BDL | 1.21 | 3.5 |
| | 5°C | 1 M | 25.2 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.55 |
| | | 3 M | 25.1 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.50 |
| | | 6 M | 24.9 | 98.8 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.49 |

Patent Application Publication    Aug. 15, 2013 Sheet 6 of 10    US 2013/0210879 A1

**FIG. 5A**

Table 5A

| | Formulation | Temp | Time period | Content (mg/ml) | % of Initial | Area% of Degradants | | | | % Total Esters | pH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | PG Esters | | PEG Esters | | | |
| | | | | | | 1.11 | 1.14 | 1.28 | 1.40 | | |
| 8. | BDM - 25mg/mL Thioglycerol - 5mg/mL PEG 400:PG (90:10) qs to 1mL | 40°C | 14 Days | 21.6 | 100 | 3.03 | 1.65 | BDL | 0.05 | 4.73 | 3.43 |
| 9. | BDM - 25mg/mL Thioglycerol - 5mg/mL NaOH – 0.01 molarity PEG 400:PG (90:10) qs to 1mL | 40°C | 14Days | 22.9 | 100 | 0.06 | BDL | 0.17 | BDL | 0.23 | 3.56 |
| 10. | BDM - 25mg/mL Thioglycerol - 5mg/mL NaOH – 0.02 molarity PEG 400:PG (90:10) qs to 1mL | 40°C | 14 Days | 21.2 | 100 | 0.38 | BDL | 0.79 | BDL | 1.17 | 3.71 |
| 11. | BDM - 25mg/mL Thioglycerol - 5mg/mL NaOH  0.03 molarity PEG 400:PG (90:10) qs to 1mL | 40°C | 14 Days | 19.6 | 100 | 0.91 | BDL | 1.82 | BDL | 2.73 | 4.01 |
| 12. | BDM - 25mg/mL Thioglycerol - 5mg/mL NaOH – 0.04 molarity PEG 400:PG (90:10) qs to 1mL | 40°C | 14 Days | 21.6 | 100 | 0.97 | BDL | 1.94 | BDL | 2.91 | 4.15 |

**FIG. 5B**

Table 5B

| Formulation | Temp | Time period | Content (mg/ml) | % of Initial | PG Esters 1.11 | PG Esters 1.14 | PEG Esters 1.28 | PEG Esters 1.40 | % Total Esters | pH |
|---|---|---|---|---|---|---|---|---|---|---|
| 13. BDM - 25mg/mL Thioglycerol - 5mg/mL NaOH  0.05 molarity PEG 400:PG (90:10) qs to 1mL | 40°C | 14 Days | 20.8 | 100 | 1.75 | BDL | 4.62 | 0.11 | 6.48 | 4.31 |
| 14. BDM - 25mg/mL Thioglycerol - 5mg/mL NaOH – 0.06 molarity PEG 400:PG (90:10) qs to 1mL | 40°C | 14 Days | 16.5 | 100 | 0.08 | BDL | 9.22 | 0.70 | 10.00 | 5.06 |
| 15. BDM - 25mg/mL Thioglycerol - 5mg/mL NaOH – 0.07 molarity PEG 400:PG (90:10) qs to 1mL | 40°C | 14 Days | 13.2 | 100 | 2.13 | BDL | 11.39 | 1.25 | 17.07 | 5.70 |
| 16. BDM - 25mg/mL Thioglycerol - 5mg/mL NaOH -0.08 molarity PEG 400:PG (90:10)  qs to 1mL | 40°C | 14 Days | 10.5 | 100 | 1.84 | BDL | 13.98 | 2.04 | 17.86 | 6.01 |
| 17. BDM - 25mg/mL Thioglycerol - 5mg/mL NaOH – 0.09 molarity PEG 400:PG (90:10) qs to 1mL | 40°C | 14 Days | 8.21 | 100 | 1.40 | BDL | 15.85 | 3.10 | 20.35 | 6.26 |
| 18. BDM - 25mg/mL Thioglycerol -5mg/mL NaOH – 0.1 molarity PEG 400:PG (90:10) qs to 1mL | 40°C | 14 Days | 5.65 | 100 | 1.13 | BDL | 17.26 | 4.24 | 22.63 | 6.56 |

Patent Application Publication    Aug. 15, 2013  Sheet 8 of 10    US 2013/0210879 A1

Table 6

| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | PG Esters 1.11 | PEG Esters 1.22 | 1.23 | 1.29 | 1.37 | % Total Esters |
|---|---|---|---|---|---|---|---|---|---|---|
| 19. BDM - 25mg Thioglycerol - 5mg Sodium acetate trihydrate - 0.01M PEG 400:PG (90:10 v/v) qs to 1mL | Initial | | 25.1 | 100.0 | BDL | BDL | BDL | BDL | 0.06 | 0.06 |
| | 40°C | 15d | 24.8 | 98.8 | 0.10 | BDL | BDL | 0.10 | 0.05 | 0.25 |
| | | 1 M | 24.7 | 98.4 | 0.25 | 0.06 | 0.05 | 0.15 | 0.06 | 0.57 |
| | 25°C | 15d | 24.9 | 99.2 | BDL | BDL | BDL | BDL | BDL | 0.00 |
| | | 1 M | 24.8 | 98.8 | BDL | BDL | BDL | 0.05 | BDL | 0.05 |
| | | 3M | 24.7 | 98.4 | 0.14 | BDL | 0.05 | 0.11 | 0.07 | 0.37 |
| | 5°C | 3 M | 24.9 | 99.2 | BDL | BDL | BDL | BDL | 0.07 | 0.07 |

FIG. 6

**FIG. 7**

Table 7

| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | Area % of degradants | | | | | | | | | | | | | % Total Esters |
| | | | | | PG Esters | | PEG Esters | | | | | | | | | | | |
| | | | | | 1.11 | 1.14 | 1.16 | 1.20 | 1.22 | 1.23 | 1.25 | 1.26 | 1.27 | 1.28 | 1.29 | 1.37 | |
| 20. BDM - 25mg Thioglycerol - 5mg Sodium acetate (anhydrous) – 0.01M PEG 400:PG (90:10 v/v) qs to 1mL | Initial | | 24.6 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 |
| | 40°C | 15d | 24.3 | 98.8 | 0.11 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.11 | 0.05 | 0.27 |
| | | 1M | 24.2 | 98.4 | 0.23 | 0.12 | BDL | 0.11 | 0.10 | 0.06 | BDL | BDL | BDL | 0.16 | BDL | BDL | 0.78 |
| | | 2M | 24.0 | 97.6 | 0.35 | 0.20 | 0.09 | 0.13 | 0.17 | 0.09 | 0.08 | 0.08 | BDL | 0.22 | BDL | 0.05 | 1.46 |
| | | 3M | 23.6 | 95.9 | 0.59 | 0.34 | 0.15 | 0.22 | 0.23 | 0.27 | 0.19 | 0.12 | 0.06 | 0.33 | BDL | 0.07 | 2.57 |
| | 25°C | 15d | 24.5 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 |
| | | 1M | 24.4 | 99.2 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.05 | BDL | 0.05 | 0.10 |
| | | 3M | 24.2 | 98.4 | 0.14 | BDL | BDL | 0.06 | BDL | BDL | BDL | BDL | BDL | 0.11 | BDL | 0.06 | 0.37 |
| | 5°C | 3M | 24.4 | 99.2 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.05 | 0.05 |

Case 1:24-cv-00065-JLH    Document 420-1    Filed 07/01/26    Page 43 of 437 PageID #: 17181

FIG. 8

Table 8

| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | PG Esters | | PEG Esters | | | | | | | | % Total Esters | pH value (as per USP) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | PG Ester 1 | PG Ester 2 | 1.16 | 1.19 | 1.21 | 1.23 | 1.24 | 1.26 | 1.27 | 1.30 | | |
| | Initial | | 26.2 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.64 |
| 21. BDM - 25mg Sodium acetate trihydrate - 0.01M Thioglycerol - 5mg PEG 400:PG (90:10 v/v) qs to 1mL | 40°C | 15d | 26.1 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.07 | 0.29 | 3.57 |
| | | 1M | 26.0 | 99.2 | 0.10 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.10 | 0.20 | 3.54 |
| | | 2M | 25.4 | 96.9 | 0.26 | 0.14 | 0.06 | 0.08 | 0.09 | 0.12 | 0.10 | 0.07 | BDL | 0.22 | 1.14 | 3.50 |
| | | 3M | 25.3 | 96.6 | 0.41 | 0.24 | 0.09 | 0.08 | 0.18 | 0.16 | 0.11 | 0.08 | 0.06 | 0.28 | 1.69 | 3.61 |
| | | 6M | 24.1 | 92.0 | 0.81 | 0.55 | 0.18 | 0.36 | 0.42 | 0.40 | 0.35 | 0.20 | 0.12 | 0.50 | 3.89 | 3.6 |
| | 25°C | 15d | 26.2 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.62 |
| | | 1M | 26.1 | 99.6 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.05 | 0.05 | 3.60 |
| | | 3M | 25.8 | 98.5 | 0.15 | 0.05 | BDL | 0.06 | BDL | BDL | BDL | BDL | BDL | 0.12 | 0.38 | 3.61 |
| | | 6M | 25.3 | 96.6 | 0.26 | 0.14 | BDL | 0.13 | 0.16 | 0.18 | 0.17 | 0.07 | BDL | 0.20 | 1.31 | 3.60 |
| | 5°C | 3M | 26.0 | 99.2 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.59 |
| | | 6M | 26.0 | 99.2 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 | 3.59 |

US 2013/0210879 A1

1

Aug. 15, 2013

## FORMULATIONS OF BENDAMUSTINE

### CROSS-REFERENCE TO RELATED APPLICATION

[0001] This patent application claims priority under 35 U.S.C. §119(e) to U.S. Provisional Patent Application No. 61/598,729, filed Feb. 14, 2012, entitled "FORMULATIONS OF BENDAMUSTINE", the contents of which are incorporated by reference herein in its entirety.

### BACKGROUND OF THE INVENTION

[0002] Bendamustine free base is represented by the following structural formula (I)

(I)

[0003] Bendamustine is used in the treatment of a number of cancers including leukemias, Hodgkin's disease and multiple myelomas. Bendamustine is the active ingredient of the commercial product Treanda™, a lyophilized powder for reconstitution.

[0004] Bendamustine exhibits rapid degradation upon reconstitution of the lyophilized product. Bendamustine undergoes hydrolysis by direct substitution rather than an addition elimination process due to the presence of the highly labile aliphatic chlorine atoms. Some of the main degradants of bendamustine are the monohydroxy compound known as HP1 (hydrolysis product 1) and dihydroxy compound HP2 (hydrolysis product 2). The monohydroxy compound appears as the main impurity at Relative Retention Time (RRT) 0.6 and the dihydroxy compound appears as the main impurity at RRT 0.27. Minor peaks appear at RRT 1.2, which are presently unknown.

[0005] The stability of bendamustine in water is measured in hours, and is therefore, not suitable for long-term storage in liquid form. The lyophile possesses good chemical stability. However, reconstitution of the lyophile is clinically inconvenient, taking 15-30 minutes with implications of chemical instability. There is a need for ready to use (RTU) bendamustine formulations having enhanced stability.

[0006] Some parenteral formulations containing lower molecular weight PEG's have significant variations in long term product stability from batch to batch. It has been determined that at least some and perhaps all of this unacceptable property is attributable to the PEG included therein. The amount of degradation observed in such formulations, typically in the form of PEG-esters of bendamustine, negatively impacts the expected shelf life of the formulations. Reproducibility of batch to batch stability assures consistent product potency and reduces the need for premature product recall and destruction.

[0007] Lower molecular weight polyethylene glycols (PEG's) such as liquid PEG's having molecular weights from 200 to 600, PEG 400 most commonly, have been included in pharmaceutical formulations for decades. They are available from a number of suppliers globally. It has been found that there is significant variability in the excipient's stability depending upon the supplier, storage conditions, handling conditions, etc. Sometimes, batches including the PEG as received from the supplier have the performance specifications expected. Other times, they do not. This even occurs in some situations when an initial batch made with a certain supplier's PEG met performance requirements. Preventing or counteracting the deleterious of effects of some PEG's in liquid formulations would be an advance in the art. The present invention addresses this need.

### SUMMARY OF THE INVENTION

[0008] In some aspects of the invention, the liquid bendamustine-containing compositions include a) a pharmaceutically acceptable fluid which contains a mixture of propylene glycol and polyethylene glycol, b) an organic compound or an inorganic compound in an amount sufficient to obtain a pH of from about 6.0 to about 11 for the polyethylene glycol as measured using United States Pharmacopeia (USP) official monograph for polyethylene glycol, and c) a stabilizing amount of an antioxidant. The amount of bendamustine as calculated on the basis of the HCl salt included in the composition is preferably from about 20 mg/mL to about 60 mg/mL. Still further aspects of the invention include methods of treatment using bendamustine-containing compositions and kits containing the same.

[0009] One of the advantages of the inventive liquid compositions is that they have substantially improved long term stability. The batch to batch variability in stability attributable to the PEG included therein has been overcome. For example, the inventive bendamustine compositions are substantially free of impurities after at least about 15 months at a temperature of from about 5° C. to about 25° C. The inventive formulations are advantageously ready to use or ready for further dilution. Reconstitution of lyophilized powders when therapy is desired is not required.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0010] FIGS. 1-8 are data tables corresponding to Examples 1-7.

[0011] FIG. 1 is data Table 1 corresponding to Comparative Example 1.

[0012] FIG. 2 is data Table 2 corresponding to Example 2.

[0013] FIG. 3 is data Table 3 corresponding to Example 3.

[0014] FIG. 4A is data Table 4A corresponding to Example 4.

[0015] FIG. 4B is data Table 4B corresponding to Example 4.

[0016] FIG. 5A is data Table 5A corresponding to Example 5.

[0017] FIG. 5B is data Table 5B corresponding to Example 5.

[0018] FIG. 6 is data Table 6 corresponding to Example 6.

[0019] FIG. 7 is data Table 7 corresponding to Example 6.

[0020] FIG. 8 is data Table 8 corresponding to Example 7.

US 2013/0210879 A1

Aug. 15, 2013

2

## DETAILED DESCRIPTION OF THE INVENTION

[0021] Unless defined otherwise, all technical and scientific terms used herein have the same meaning as is commonly understood by one of ordinary skill in the art to which this invention belongs. In the event that there is a plurality of definitions for a term herein, those in this section prevail unless stated otherwise.

[0022] As used herein, RRT is calculated by dividing the retention time of the peak of interest by the retention time of the main peak. Any peak with an RRT <1 elutes before the main peak, and any peak with an RRT >1 elutes after the main peak.

[0023] For purposes of the present invention, "substantially free of impurities" shall be understood to include bendamustine-containing compositions in which the amount of total polyethylene glycol esters and propylene glycol esters is less than about 5%, as calculated on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after a period of about 15 months at a temperature of from about 5° C. to about 25° C. The amount of impurities is further calculated as being based upon the original amount bendamustine (or salt thereof) being present in the composition or formulation. In one embodiment, the amount of total impurities in the inventive compositions resulting from the degradation of the bendamustine as evidenced by e.g. PEG-bendamustine esters and PG esters thereof, is less than about 3%, and more preferably less than about 2.4%, PAR as determined by HPLC at a wavelength of 223 nm after at least about 2 years at a temperature of from about 5° C. to about 25° C.

[0024] For purposes of the present invention, a pharmaceutically acceptable fluid is a fluid which is suitable for pharmaceutical use.

[0025] Preferably, in the inventive compositions, the amount of any individual polyethylene glycol esters does not exceed 0.2% and the amount of any individual propylene glycol esters does not exceed 1.5% PAR as determined by HPLC at a wavelength of 223 nm after storage periods of at least about 15 months at a temperature of from about 5° C. to about 25° C. Preferably, the amount of total polyethylene glycol esters is less than about 2%. Preferably, the amount of total propylene glycol esters is less than about 3%. In some aspects, the amount of time the inventive compositions demonstrate long term storage stability is at least about 18 months and preferably at least about 2 years when stored under the conditions described herein.

[0026] In accordance with one aspect of the invention there are provided long term storage stable bendamustine-containing compositions including:

[0027] a) bendamustine or a pharmaceutically acceptable salt thereof; and

[0028] b) a pharmaceutically acceptable fluid including

[0029] i) a mixture of PEG and PG;

[0030] ii) an organic compound or inorganic compound, or mixtures thereof in an amount sufficient to obtain an apparent pH of from about 6.0 to about 11 for the polyethylene glycol, as measured using USP official monograph for polyethylene glycol; and

[0031] iii) a stabilizing amount of an antioxidant.

[0032] The total impurities in the inventive compositions resulting from the degradation of the bendamustine in the compositions is less than about 5% PAR as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of from about 5° C. to about 25° C.,

and thus have long term stability for at least the same period of time or longer. Preferably, the bendamustine-containing compositions demonstrate long term storage stability for at least about 2 years, especially when stored at the lower (refrigerated) temperatures.

[0033] In some aspects of the invention, the bendamustine is preferably present in the formulation as the HCl salt.

[0034] In some aspects of the invention, the bendamustine concentration calculated on the basis of the HCl salt in the inventive compositions is from about 10 mg/mL to about 100 mg/mL, preferably 20 mg/mL to about 60 mg/mL. Preferably the bendamustine concentration in the inventive compositions is from about 25 mg/mL to about 50 mg/mL, and more preferably from about 30 mg/mL to about 50 mg/mL. It will be understood that compositions containing any useful concentration within the ranges, i.e. 10, 20, 25, 30, 35, 40, 45, 50, 55, 60 . . . 100 are contemplated. In other embodiments, the bendamustine concentration in the composition is about 25 mg/mL. In alternative aspects, the amount of bendamustine is outside these ranges but the amounts will be sufficient for single or multiple administrations of dosages generally regarded as effective amounts.

[0035] In several embodiments of the invention, pharmaceutically acceptable fluid is non-aqueous and may be, but is not necessarily, a solvent for the bendamustine or salt thereof. Within this aspect, the pharmaceutically acceptable fluid is a mixture of propylene glycol (PG) and polyethylene glycol (PEG). For example, the pharmaceutically acceptable fluid can include about 50% PEG and about 50% PG. Alternatively, pharmaceutically acceptable fluid includes about 95% PEG and about 5% PG. The amount of PEG and PG can also be varied within the ranges, i.e. the ratio of PEG:PG in the pharmaceutically acceptable fluid can range from about 95:5 to about 50:50. Within this range, is a pharmaceutically acceptable fluid containing about 75% PEG and about 25% PG, and preferably 80% PEG and 20% PG. In another embodiment, a pharmaceutically acceptable fluid can include about 85% PEG and about 15% PG while another preferred pharmaceutically acceptable fluid includes about 90% PEG and about 10% PG. The molecular weight of the PEG is within the range of pharmaceutically acceptable weights although PEG 400 is preferred in many aspects of the invention.

[0036] In accordance with the USP official monograph for polyethylene glycol, see USP 35-NF30, the contents of which are incorporated by reference herein, the PEG pH is determined as follows: 5 g of PEG is dissolved into 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution is added. The pH is then measured. This value is sometimes referred to as the apparent pH. Different amounts of organic or inorganic compounds can be added to the PEG in order to arrive at a pH of from about 6.0 to about 11. Preferably, the pH of the PEG is from about 6.0 to about 11. More preferably, the pH of the PEG is from about 6.5 to about 8. In other preferred aspects, the pH is about 8.

[0037] The pH of the PEG is not the same as the pH of the final bendamustine HCl formulation. Preferably, the pH of the final bendamustine-containing formulation is from about 3.3 to about 4. More preferably, the pH of the final bendamustine-containing formulation is about 3.5. The pH of the final bendamustine-containing formulation is measured in accordance with the USP official monograph for polyethylene glycol. Preferably, a 5 g aliquot of the final bendamustine-containing formulation is added to 100 ml carbon dioxide free

US 2013/0210879 A1

Aug. 15, 2013

3

water, and 0.3 ml of saturated KCl solution is added. The pH is then measured and adjusted if necessary to the preferred range.

[0038] Without meaning to be bound by any theory or hypothesis. polyethylene glycol quality can vary from batch to batch. manufacturer to manufacturer, over product lifetime and as a result of handling. Such variation has made it difficult to make reproducible long term storage stable bendamustine-containing formulations with high amounts of polyethylene glycol and propylene glycol, as the formation of PEG and PG esters is high. In order to obtain reproducible formulations, PEG is treated with an organic or inorganic compound to achieve the desired USP apparent pH. This treatment results in reproducible long-term storage stable bendamustine-containing compositions, with substantially no PEG or PG ester formation.

[0039] The bendamustine-containing compositions according to several preferred aspects of the invention include a stabilizing amount of an antioxidant. For purposes of the present invention, "stabilizing amount" shall be understood to include those amounts which increase or enhance the stability of the bendamustine in the compositions described herein. The presence of one or more antioxidants described herein thus contributes, at least in part to the long term stability of the composition. Within this guideline, suitable antioxidant concentrations in the compositions can range from about 2.5 mg/mL to about 35 mg/mL, and preferably from about 5 mg/mL to about 20 mg/mL or from about 10 mg/mL to about 15 mg/mL. In some other embodiments, the concentration of the antioxidant in the bendamustine-containing composition is about 5 mg/mL.

[0040] Suitable antioxidants for inclusion include those which are pharmaceutically acceptable for use in human and veterinary formulations although not limited to those currently regarded as safe by any regulatory authority. For example. the antioxidant can be selected from among lipoic acid. thioglycerol (also known as monothioglycerol) and analogs thereof, propyl gallate. methionine, cysteine, metabisulfites. sodium formaldehyde sulfoxylate, phenol-containing aromatic and aliphatic compounds, dihydrolipoic acid and mixtures of the foregoing. Preferably, the antioxidant is thioglycerol, lipoic acid or a mixture thereof. Some particularly preferred embodiments of the invention include thioglycerol.

[0041] In some aspects of the invention, organic compounds, inorganic compounds, and mixtures thereof are suitable acidity/alkalinity adjustors. Organic compounds include carboxylic compounds, nitrogenous compounds, carbonates, bicarbonates, and salts thereof. Preferably, the organic compounds are selected from monoethanolamine, diethanolamine, ethylenediaminetetraacetic acid (EDTA) phospholipid salts, ascorbate, ascorbic acid, sodium citrate, sodium sulfonic acid, sodium lauryl sulfate, quaternary amines, quaternary ammonium salts, and sodium acetate. Preferably, the organic compounds are selected from inorganic salts of organic acids. More preferably, the organic compound is sodium acetate. Inorganic compounds include compounds known to those of skill in the art, including, but not limited to, salts of hydroxides and salts of phosphates, sodium formate, sodium phosphate, potassium hydroxide, and phosphoric acid. Most preferably, the inorganic compound is sodium hydroxide.

[0042] In some embodiments of the invention, the amount of the organic compound or inorganic compound functioning as the acidity/alkalinity adjustor is provided in an amount sufficient to obtain a pH of from about 6.0 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol. In some aspects of the invention, about 0.5 μL to about 50 μL of a 1N acidity/alkalinity adjustor solution is provided per 1 mL of a bendamustine-containing composition. Preferably. about 1 μL to about 10 μL of a 1N acidity/alkalinity adjustor solution is provided per 1 mL of a bendamustine-containing composition. In some aspects of the invention, the acidity/alkalinity adjustor is added to the polyethylene glycol prior to the addition of the other materials in the formulation. In other aspects the acidity/alkalinity adjustor is added to the pharmaceutically acceptable fluid after the addition of the other materials to adjust the acidity or alkalinity as needed. In some aspects of the invention, the concentration of the organic compound in the final formulation is from about 0.005M (molarity) to about 0.1M (molarity), and more preferably, about 0.01M. In some aspects of the invention, the concentration of the inorganic compound in the final formulation is from about 0.0005M (molarity) to about 0.04M (molarity). It will be understood that any useful concentration within the ranges, i.e. 0.001, 0.0015. 0.005, 0.01. 0.02, 0.03, 0.04 are contemplated. Preferably, the concentration of the inorganic compound in the final formulation is about 0.01 molarity.

[0043] In view of the foregoing. some preferred non-aqueous, liquid, long term storage stable bendamustine-containing compositions in accordance with the invention include:

[0044] I. a) bendamustine or a pharmaceutically acceptable salt thereof; and

[0045] b) a pharmaceutically acceptable fluid including

[0046] i) polyethylene glycol and propylene glycol;

[0047] ii) an organic compound or inorganic compound, or mixtures thereof in an amount sufficient to obtain a pH of from about 6.0 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

[0048] iii) a stabilizing amount of thioglycerol; or

[0049] II. a) about 25 mg/mL bendamustine or a pharmaceutically acceptable salt thereof; and

[0050] b) a pharmaceutically acceptable fluid including

[0051] i) about 90% PEG and about 10% PG;

[0052] ii) an organic compound or inorganic compound, or mixtures thereof in an amount sufficient to obtain a pH of from about 6.0 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

[0053] iii) about 2.5 mg/mL thioglycerol.

[0054] Each of these compositions have the same stability profiles already described, i.e. having less than about 5% total esters, PAR as determined by HPLC at a wavelength of 223 nm. after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

[0055] Some more preferred formulations include:

I. a) bendamustine or a pharmaceutically acceptable salt thereof; and

[0056] b) a pharmaceutically acceptable fluid including

[0057] i) polyethylene glycol and propylene glycol;

[0058] ii) sodium hydroxide in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the

US 2013/0210879 A1

Aug. 15, 2013

4

polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

[0059]    iii) a stabilizing amount of thioglycerol; or

II. a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

[0060]    b) a pharmaceutically acceptable fluid including

[0061]    i) 90% polyethylene glycol and 10% propylene glycol;

[0062]    ii) sodium hydroxide in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

[0063]    iii) thioglycerol at a concentration of about 5 mg/mL; or

III. a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

[0064]    b) a pharmaceutically acceptable fluid including

[0065]    i) 85% polyethylene glycol and 15% propylene glycol;

[0066]    ii) sodium hydroxide in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

[0067]    iii) thioglycerol at a concentration of about 5 mg/mL; or

IV. a) bendamustine or a pharmaceutically acceptable salt thereof; and

[0068]    b) a pharmaceutically acceptable fluid including

[0069]    i) polyethylene glycol and propylene glycol;

[0070]    ii) sodium acetate in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

[0071]    iii) a stabilizing amount of thioglycerol; or

V. a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

[0072]    b) a pharmaceutically acceptable fluid including

[0073]    i) 90% polyethylene glycol and 10% propylene glycol;

[0074]    ii) sodium acetate in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

[0075]    iii) thioglycerol at a concentration of about 5 mg/mL; or

VI. a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

[0076]    b) a pharmaceutically acceptable fluid including

[0077]    i) 85% polyethylene glycol and 15% propylene glycol;

[0078]    ii) sodium acetate in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

[0079]    iii) thioglycerol at a concentration of about 5 mg/mL.

[0080]    Each of these compositions have the same stability profiles already described, i.e. having less than about 5% total esters, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

[0081]    In other aspects of the invention, preferred long term storage stable bendamustine-containing compositions in accordance with the invention include:

I. a) bendamustine or a pharmaceutically acceptable salt thereof; and

[0082]    b) a pharmaceutically acceptable fluid including

[0083]    i) polyethylene glycol and propylene glycol;

[0084]    ii) sodium hydroxide in an amount sufficient to obtain a pH of from about 3.3 to about 4.2 for the long term storage stable bendamustine-containing composition, as measured using USP monograph for polyethylene glycol; and

[0085]    iii) a stabilizing amount of thioglycerol; or

II. a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

[0086]    b) a pharmaceutically acceptable fluid including

[0087]    i) 90% polyethylene glycol and 10% propylene glycol;

[0088]    ii) sodium hydroxide in an amount sufficient to obtain a pH of from about 3.3 to about 4.2 for the long term storage stable bendamustine-containing composition, as measured using USP monograph for polyethylene glycol; and

[0089]    iii) thioglycerol at a concentration of about 5 mg/mL; or

III. a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

[0090]    b) a pharmaceutically acceptable fluid including

[0091]    i) 85% polyethylene glycol and 15% propylene glycol;

[0092]    ii) sodium hydroxide in an amount sufficient to obtain a pH of from about 3.3 to about 4.2 for the long term storage stable bendamustine-containing composition, as measured using USP monograph for polyethylene glycol; and

[0093]    iii) thioglycerol at a concentration of about 5 mg/mL; or

IV. a) bendamustine or a pharmaceutically acceptable salt thereof; and

[0094]    b) a pharmaceutically acceptable fluid including

[0095]    i) polyethylene glycol and propylene glycol;

[0096]    ii) sodium acetate in an amount sufficient to obtain a pH of from about 3.3 to about 4.2 for the long term storage stable bendamustine-containing composition, as measured using USP monograph for polyethylene glycol; and

[0097]    iii) a stabilizing amount of thioglycerol; or

V. a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

[0098]    b) a pharmaceutically acceptable fluid including

[0099]    i) 90% polyethylene glycol and 10% propylene glycol;

[0100]    ii) sodium acetate in an amount sufficient to obtain a pH of from about 3.3 to about 4.2 for the long term storage stable bendamustine-containing composition, as measured using USP monograph for polyethylene glycol; and

[0101]    iii) thioglycerol at a concentration of about 5 mg/mL; or

VI. a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and

[0102]    b) a pharmaceutically acceptable fluid including

[0103]    i) 85% polyethylene glycol and 15% propylene glycol;

US 2013/0210879 A1

Aug. 15, 2013

5

[0104]   ii) sodium acetate in an amount sufficient to obtain a pH of from about 3.3 to about 4.2 for the long term storage stable bendamustine-containing composition, as measured using USP monograph for polyethylene glycol; and

[0105]   iii) thioglycerol at a concentration of about 5 mg/mL.

[0106]   Each of these compositions have the same stability profiles already described, i.e. having less than about 5% total esters, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

[0107]   Another embodiment of the invention provides methods of treating cancer in mammals. The methods include administering to a mammal in need thereof an effective amount of one of the bendamustine-containing compositions described herein. Since the active ingredient portion of the inventive composition is an FDA-approved drug, those of ordinary skill will recognize that the doses of bendamustine employed in this aspect of the invention will be similar to those employed in any treatment regimens designed for bendamustine as marketed under the trade name TREANDA. The patient package insert containing dosing information is incorporated herein by reference. The methods of treatment also include administering the inventive formulations for any purpose or physical condition for which bendamustine has been indicated as being useful.

[0108]   Another embodiment of the invention includes methods of preparing bendamustine-containing compositions described herein. The methods include combining lyophilized bendamustine preferably as the HCl salt in a pharmaceutically acceptable fluid:

[0109]   A) i) a mixture of PEG and PG within the desired ratios described herein, e.g. 90:10, etc.;

[0110]   ii) an organic compound or an inorganic compound in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

[0111]   iii) a stabilizing amount of an antioxidant.

[0112]   The steps are carried out under pharmaceutically acceptable conditions for sterility and manufacturing.

[0113]   In a further aspect of the invention, there are provided methods of controlling or preventing the formation of polyethylene glycol esters and propylene glycol esters in bendamustine-containing compositions during long term storage. The methods include combining an amount of bendamustine or a pharmaceutically acceptable salt thereof with a sufficient amount of a pharmaceutically acceptable fluid containing:

[0114]   i) a mixture of PEG and PG in the ratios described herein;

[0115]   ii) an organic compound or an inorganic compound in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

[0116]   iii) a stabilizing amount of an antioxidant.

[0117]   Further optional steps in accordance therewith include transferring one or more pharmaceutically acceptable doses of the formulations into a suitable sealable container and storing the sealed container at a temperature of from about 5° C. to about 25° C. As a result of carrying out these steps, it is possible to control or substantially prevent the formation of impurities which otherwise occur with bendamustine-containing compositions during long term storage so that the artisan is provided with bendamustine-containing formulations having less than about 5% total esters PAR as determined by HPLC at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

[0118]   The compositions of the present invention can be packaged in any suitable sterile vial or container fit for the sterile storage of a pharmaceutical such as bendamustine. Preferably, the vials containing the formulation are sparged with nitrogen under seal before storage. Suitable containers can be glass vials, polypropylene or polyethylene vials or other special purpose containers and be of a size sufficient to hold one or more doses of bendamustine.

[0119]   A further aspect of the invention includes kits containing lyophilized bendamustine or a pharmaceutically acceptable salt thereof in a first container or vial; and, in a second container, a sufficient amount of a pharmaceutically acceptable fluid such as those described herein:

[0120]   i) a mixture of PEG and PG;

[0121]   ii) an organic compound or an inorganic compound in an amount sufficient to obtain a pH of from about 6.5 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and

[0122]   iii) a stabilizing amount of an antioxidant.

[0123]   For purposes of this embodiment, the amount of fluid which is sufficient is an amount which allows the bendamustine to be dissolved or dispersed to a degree which renders the liquid composition ready for use, i.e. to administer to a patient in need thereof directly, or for dilution into a larger volume infusion at point of delivery.

[0124]   As will be appreciated by those of ordinary skill, the kit will contain other pharmaceutically necessary materials for storing and/or administering the drug, including instructions for storage and use, additional diluents, if desired, etc.

## EXAMPLES

[0125]   The following examples serve to provide further appreciation of the invention but are not meant in any way to restrict the effective scope of the invention.

## Comparative Example 1

[0126]   A mixture of PEG:PG (90:10) was prepared by combining 10 ml of PG with PEG 400 qs 100 ml. Thioglycerol at a concentration of 5 mg/ml was added to 80 ml of the PEG:PG (90:10) mixture and mixed well. The PEG:PG (90:10) and thioglycerol mixture was sparged with N$_2$. Bendamustine HCl at a concentration of 25 mg/ml was then added to 40 ml of the PEG:PG (90:10) and thioglycerol mixture, and mixed well. The volume of the bendamustine-containing formulation was made up to 50 ml with the PEG:PG (90:10) mixture, and then sparged with N$_2$. The bendamustine-containing formulation was then filtered and transferred to 5 cc vials, with each vial containing 4 ml. The vials were sparged with N$_2$, stoppered, crimped with aluminum seals. The samples were maintained at 40° C., 25° C. and 5° C. and analyzed after 15 days, one month, three months or five months for drug content and impurity profile as indicated in FIG. 1 (Table 1). The results obtained are presented in FIG. 1

US 2013/0210879 A1

Aug. 15, 2013

6

(Table 1). At 14 days at 40° C., the pH of the bendamustine-containing formulation was taken in accordance with the USP official monograph. 5 g of the final bendamustine-containing formulation was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added. The pH was measured to be 3.38.

[0127] As shown in FIG. 1 (Table 1), the sample, which did not include NaOH, did not provide long term storage stability. This sample exhibited more than 16% total esters compared to initial after only 15 days at 40° C. It was determined that bendamustine-containing compositions with such high ester formation would not be suitable for long term storage. It was determined that the cause of the excess ester formation was the PEG.

### Example 2

[0128] A mixture of PEG 400 treated with NaOH was prepared by combining 200 μl of 1N NaOH to a concentration of 0.001 molarity and PEG qs to 200 ml, and mixing well. The pH of the PEG 400 and NaOH mixture was taken in accordance with the USP official monograph. 5 g of the PEG 400 and NaOH mixture was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added. The pH was then measured to be 7.30, which is within the preferred range. A PEG:PG (90:10) mixture was prepared by combining 20 ml of PG and the PEG 400 and NaOH mixture qs 200 ml. Thioglycerol at a concentration of 5 mg/ml was added to 60 ml of the PEG:PG (90:10) mixture and mixed well. Bendamustine HCl at a concentration of 25 mg/ml was then added to 40 ml of the PEG:PG (90:10) and thioglycerol mixture, and mixed well. The volume of the bendamustine-containing formulation was made up to 75 ml with the PEG:PG (90:10) solution. The bendamustine-containing formulation was then filtered and transferred to 5 cc vials, with each vial containing 4 ml. The pH of the bendamustine-containing formulations was taken in accordance with the USP official monograph. 5 g of the final bendamustine-containing formulation was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added. The pH was then measured and recorded in FIG. 2 (Table 2). The vials were sparged with N₂, stoppered, crimped with aluminum seals. The samples were maintained at 25° C. and 5° C. and analyzed after 15 days, one month, three months, or six months for drug content, pH and impurity profile as indicated in FIG. 2 (Table 2). The results obtained are presented in FIG. 2 (Table 2).

[0129] As shown in FIG. 2 (Table 2), even without "pre" sparging steps, bendamustine, when dissolved in polyethylene glycol and propylene glycol, in the presence of a stabilizing amount of thioglycerol, and NaOH at a concentration of 0.001 molarity, had substantially no increase in total degradants after a period of at least six months at 25° C. The bendamustine-containing compositions had about 1.23% total esters after 6 months analysis at 25° C. Additionally, the pH of the compositions was maintained at about 3.4 throughout the duration of the long term storage. The data presented in FIG. 2 (Table 2) translates into bendamustine-containing compositions including PEG and PG, an antioxidant, and NaOH having a shelf life of at least about 15 months of storage at a temperature of from 5° C. to about 25° C. with levels of impurities within the levels required herein.

### Example 3

[0130] PEG:PG (90:10) mixtures were prepared by combining 10 ml of PG with PEG 400 qs 100 ml. Thioglycerol at

a concentration of 5 mg/ml was added to 80 ml of the PEG:PG (90:10) mixture and mixed well. Bendamustine HCl at a concentration of 25 mg/ml was then added to 40 ml of the PEG:PG (90:10) and thioglycerol mixture, and mixed well. In addition to a sample, in which no NaOH was added (Sample 1), two samples were made in which a 1N NaOH solution was added to the PEG:PG (90:10) mixture to a concentration of 0.01 or 0.03 molarity (Samples 2 and 3, respectively), as indicated in FIG. 3 (Table 3), and mixed. The 0.01 and 0.03 molarity samples are unlike the samples in Examples 1 and 2, where the concentration of NaOH was 0.001 molarity. The volume of the bendamustine-containing solution was made up to 50 ml with the PEG:PG (90:10) mixture. The bendamustine-containing formulation was then filtered and transferred to 5 cc vials, with each vial containing 4 ml. The initial pH of the bendamustine-containing formulations was taken in accordance with the USP official monograph. 5 g of the final bendamustine-containing formulation was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added. The pH was then measured and recorded in FIG. 3 (Table 3). The vials were sparged with N₂, stoppered, crimped with aluminum seals. The samples were maintained at 40° C. and 25° C. and analyzed after 15 days, one month, two months, or three months for drug content and impurity profile as indicated in FIG. 3 (Table 3). The results obtained are presented in FIG. 3 (Table 3).

[0131] As shown in FIG. 3 (Table 3), bendamustine, when dissolved in polyethylene glycol and propylene glycol, in the presence of thioglycerol and NaOH at a concentration of 0.01 molarity or 0.03 molarity, has a pH of about 3.5 to about 4, which is within the preferred pH range. The bendamustine-containing samples according to the invention had substantially no increase in total degradants after a period of at least three months at 25° C. The bendamustine-containing compositions with NaOH concentration of 0.01 molarity and 0.03 molarity had about 0.33% and 1.26% total esters, respectively, after 15 days analysis at 40° C. This data supports the position that bendamustine-containing compositions according to the invention have a shelf life of at least about 2 years, if not longer, when stored under ambient or refrigerated storage conditions with levels of impurities within the levels required herein.

[0132] Also shown in FIG. 3 (Table 3), the control sample, which did not include NaOH did not provide long term storage stability. The pH of the control sample was 3.12. This sample exhibited more than 26% total esters compared to initial after only 15 days at 40° C., and almost 19% total esters compared to initial after 3 months at 25° C. Bendamustine-containing compositions with such high levels of degradation would not be long term storage stable.

### Example 4

[0133] Mixtures of PEG 400 with NaOH were prepared by combining 0.1 ml, 0.2 ml or 0.3 ml (Samples 5, 6 and 7, respectively) of 1N NaOH and PEG qs to 200 ml, and mixing well. The pH of the PEG 400 and NaOH mixtures was taken in accordance with the USP official monograph. 5 g of the PEG 400 and NaOH mixtures were added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added. The pH was then measured. The pH of the PEG 400 and NaOH mixture for Sample 5 was 6.32. The pH of the PEG 400 and NaOH mixture for Sample 6 was 7.30. The pH of the PEG 400 and NaOH mixture for Sample 7 was 7.89. The pH for the PEG 400 and NaOH mixtures for each of Samples 5,

7

6 and 7 were within the preferred range. Mixtures of PEG:PG (90:10) were prepared by combining 20 ml of PG with PEG 400 qs 200 ml, without NaOH (Sample 4) or with NaOH at a concentration of 0.0005, 0.001, or 0.0015 molarity (Samples 5, 6 and 7, respectively), as indicated in FIGS. **4A** and **4B** (Tables 4A and 4B). Thioglycerol at a concentration of 5 mg/ml was added to 80 ml of the PEG:PG (90:10) mixture and mixed well. Bendamustine HCl at a concentration of 25 mg/ml was then added to 80 ml of the PEG:PG (90:10) and thioglycerol mixture, and mixed well. The volume of the bendamustine-containing formulation was made up to 100 ml with the PEG:PG (90:10) mixture, and mixed. The bendamustine-containing formulation was then filtered and transferred to 5 cc vials, with each vial containing 4 ml. The vials were sparged with $N_2$, stoppered, crimped with aluminum seals. The samples were maintained at 40° C., 25° C. and 5° C. and analyzed after 15 days, one month, two months, three months or six months for drug content, impurity profile and pH as indicated in FIGS. 4A and 4B (Tables 4A and 4B). The pH was evaluated as per the USP official monograph. 5 g of the final bendamustine-containing formulation was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added. The pH was then measured. The results obtained are presented in FIGS. 4A and 4B (Tables 4A and 4B).

[0134] As shown in FIGS. **4A** and **4B** (Tables 4A and 4B), bendamustine, when dissolved in polyethylene glycol and propylene glycol, in the presence of thioglycerol and NaOH at a concentration of 0.0005 molarity, 0.001 molarity or 0.0015 molarity, the bendamustine-containing samples according to the invention have a pH of about 3.3 to about 3.6. This is within the preferred pH range. The bendamustine-containing samples according to the invention had no or substantially no increase in total degradants after a period of at least six months at 5° C. The bendamustine-containing compositions with NaOH concentration of 0.005 molarity had about 2.35% total esters after six months analysis at 25° C. The bendamustine-containing compositions with NaOH concentration of 0.001 molarity had about 1.41% total esters after six months analysis at 25° C. The bendamustine-containing compositions with NaOH concentration of 0.0015 molarity had about 1.21% total esters after six months analysis at 25° C. This data projects a shelf life of at least about 2 years, if not longer, when stored under ambient or refrigerated storage conditions with levels of impurities within the levels required herein.

[0135] Also shown in FIGS. 4A and 4B (Tables 4A and 4B), the control sample, which did not include NaOH, did not provide long term storage stability. The pH of the control sample is ranges from 3.17 to 3.25. This sample exhibited more than 28% total esters compared to initial after six months at 25° C. Bendamustine-containing compositions with such high levels of degradation would not be long term storage stable.

### Example 5

[0136] PEG:PG (90:10) mixtures were prepared by combining 10 ml of PG and PEG 400 qs 100 ml. Thioglycerol at a concentration of 5 mg/ml was added to 50 ml of the PEG:PG (90:10) mixture and mixed well. Bendamustine HCl at a concentration of 25 mg/ml was then added to 50 ml of the PEG:PG (90:10) and thioglycerol mixture, and mixed well. The volume of the bendamustine-containing formulation was made up to 60 ml with the PEG:PG (90:10) solution. The

bendamustine-containing formulation was transferred to 5 cc vials, with each vial containing 5 ml. Unlike in previous Examples, to each vial, except the control which was without NaOH (Sample 8), a 1N NaOH solution was added, yielding a final NaOH concentration of 0.01, 0.02, 0.03, 0.04, 0.05, 0.06, 0.07, 0.08, 0.09 or 0.1 molarity (Samples 9, 10, 11, 12, 13, 14, 15, 16, 17 and 18, respectively), as indicated in FIGS. 5A and 5B (Tables 5A and 5B). The vials were sparged with $N_2$, stoppered, crimped with aluminum seals. The samples were maintained at 40° C. and analyzed after 14 days for drug content and impurity profile as indicated in FIGS. 5A and 5B (Tables 5A and 5B). The results obtained are presented in FIGS. 5A and 5B (Tables 5A and 5B).

[0137] As shown in FIGS. 5A and 5B (Tables 5A and 5B), bendamustine, when dissolved in polyethylene glycol and propylene glycol, in the presence of thioglycerol and NaOH at a concentration of 0.01 molarity, 0.02 molarity, 0.03 molarity, or 0.04 molarity, the bendamustine-containing samples according to the invention have substantially low amount of total degradants after a period of about 14 days at 40° C. compared to bendamustine-containing samples having no NaOH and NaOH at a concentration 0.05 molarity or greater. The bendamustine-containing compositions with NaOH concentration from 0.01 to 0.04 molarity had from 0.23% to 2.91% total esters after 14 days analysis at 40° C. This data projects a shelf life of at least about 2 years, if not longer, when stored under ambient or refrigerated storage conditions with levels of impurities within the levels required herein.

[0138] Also shown in FIGS. 5A and 5B (Tables 5A and 5B), the control sample, which did not include NaOH, did not provide long term storage stability. This sample exhibited more than 4% total esters after 14 days at 40° C. These bendamustine-containing compositions with such high levels of degradation would not be long term storage stable.

[0139] The bendamustine-containing compositions with NaOH concentration of 0.05 molarity or greater had more than 6% total esters after 14 days analysis at 40° C. These bendamustine-containing compositions with such high levels of degradation would not be long term storage stable.

### Example 6

[0140] PEG and sodium acetate mixtures were prepared by adding sodium acetate (sodium acetate trihydrate (Sample 19) in FIG. 6 (Table 6) and sodium acetate anhydrous (Sample 20) in FIG. 7 (Table 7)) at a concentration of 0.01 molarity to 81 mL PEG 400 and mixing. The pH was evaluated as per the USP official monograph. 5 g of the PEG and sodium acetate mixture was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added. The pH was then measured. The PEG and sodium acetate mixture of Sample 19 had a pH of 3.74 and the PEG and sodium acetate mixture of Sample 20 had a pH of 3.67. The PEG and sodium acetate mixtures of both Samples 19 and 20 are within the preferred range. PEG:PG (90:10) and sodium acetate mixtures were prepared by combining 10 ml of PG with the PEG 400 sodium acetate mixture and mixing. Thioglycerol at a concentration of 5 mg/ml was added to the PEG:PG (90:10) sodium acetate solution and mixed. Bendamustine HCl at a concentration of 25 mg/ml was then added to the PEG:PG (90:10) sodium acetate and thioglycerol mixture, and mixed. The volume of the bendamustine-containing formulation was made up to 100 ml with PEG 400. The bendamustine-containing formulation was then filtered and transferred to 5 cc vials, with each vial containing 4 ml. The vials were sparged with $N_2$, stop-

US 2013/0210879 A1

Aug. 15, 2013

8

pered, crimped with aluminum seals. The samples were maintained at 40° C., 25° C. and 5° C. and analyzed after 15 days, one month, or three months for drug content and impurity profile as indicated in FIGS. 6 and 7 (Tables 6 and 7). The results obtained are presented in FIGS. 6 and 7 (Tables 6 and 7).

[0141]   As shown in FIGS. 6 and 7 (Tables 6 and 7), bendamustine, when dissolved in polyethylene glycol and propylene glycol, in the presence of thioglycerol and sodium acetate at a concentration of 0.01M, the bendamustine-containing samples according to the invention have substantially low amount of total degradants after a period of about 15 days at 40° C. The bendamustine-containing compositions with sodium acetate concentration of 0.01M also had substantially no degradants after three months analysis at 25° C. This data projects a shelf life of at least about 2 years, if not longer, when stored under ambient or refrigerated storage conditions with levels of impurities within the levels required herein.

### Example 7

[0142]   A PEG sodium acetate mixture was prepared by adding sodium acetate trihydrate at a concentration of 0.01 molarity to 81 mL PEG 400, mixing. The pH was evaluated as per the USP official monograph. 5 g of the PEG and sodium acetate mixture was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added. The pH was then measured. The PEG and sodium acetate mixture had a pH of 3.74, which is within the preferred range. A PEG:PG (90:10) sodium acetate mixture was prepared by combining 10 ml of PG with the PEG 400 sodium acetate mixture and mixing. Thioglycerol at a concentration of 5 mg/ml was added to the PEG:PG (90:10) sodium acetate mixture and mixed. Bendamustine HCl at a concentration of 25 mg/ml was then added to the PEG:PG (90:10) sodium acetate and thioglycerol mixture, and mixed. The volume of the bendamustine-containing formulation was made up to 100 ml with PEG 400. The bendamustine-containing formulation (Sample 21) was then filtered and transferred to 5 cc vials, with each vial containing 4 ml. The vials were sparged with $N_2$, stoppered, crimped with aluminum seals. The samples were maintained at 40° C., 25° C. and 5° C. and analyzed after 15 days, one month, or three months for drug content, impurity profile and pH as indicated in FIG. 8 (Table 8). The pH was evaluated as per the USP official monograph. 5 g of the final bendamustine-containing formulation was added to 100 ml carbon dioxide free water, and 0.3 ml of saturated KCl solution was added. The pH was then measured. The results obtained are presented in FIG. 8 (Table 8).

[0143]   As shown in FIG. 8 (Table 8), bendamustine, when dissolved in polyethylene glycol and propylene glycol, in the presence of thioglycerol and sodium acetate at a concentration of 0.01M, the bendamustine-containing samples according to the invention have a pH of about 3.5 to about 3.64. This is within the preferred pH range. The bendamustine-containing samples according to the invention have substantially low amount of total degradants after a period of about six months at 25° C. The bendamustine-containing compositions with sodium acetate concentration of 0.01M also had substantially no degradants after six months analysis at 5° C.

[0144]   The area % of the total esters increased about 1.31% over six months storage at 25° C. Such an increase projects a shelf life of at least about 2 years, if not longer, when stored under ambient or refrigerated storage conditions with levels of impurities within the levels required herein.

We claim:

1. A long term storage stable bendamustine-containing composition, comprising:
   a) bendamustine or a pharmaceutically acceptable salt thereof; and
   b) a pharmaceutically acceptable fluid comprising
      i) a mixture of polyethylene glycol, and propylene glycol;
      ii) an organic compound or an inorganic compound in an amount sufficient to obtain a pH of from about 6.0 to about 11 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol; and
      iii) a stabilizing amount of an antioxidant;
   said bendamustine-containing composition having less than about 5% total polyethylene glycol esters and propylene glycol esters, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

2. The long term storage stable bendamustine-containing composition of claim 1, wherein the amount of the organic compound or an inorganic compound is provided in an amount sufficient to obtain a pH of from about 6.5 to about 8 for the polyethylene glycol, as measured using USP monograph for polyethylene glycol.

3. The long term storage stable bendamustine-containing composition of claim 1, wherein the pharmaceutically acceptable fluid comprises an inorganic compound selected from the group consisting of salts of hydroxides and salts of phosphates.

4. The long term storage stable bendamustine-containing composition of claim 3, wherein the inorganic compound is sodium hydroxide.

5. The long term storage stable bendamustine-containing composition of claim 1, wherein the pharmaceutically acceptable fluid comprises an organic compound selected from the group consisting of carboxylic compounds, nitrogenous compounds, carbonates, and salts thereof.

6. The long term storage stable bendamustine-containing composition of claim 5, wherein the organic compound is sodium acetate or is diethanolamine.

7. The long term storage stable bendamustine-containing composition of claim 1, wherein the bendamustine concentration is from about 20 mg/mL to about 60 mg/mL.

8. The long term storage stable bendamustine-containing composition of claim 7, wherein the bendamustine concentration is from about 25 mg/mL to about 50 mg/mL.

9. The long term storage stable bendamustine-containing composition of claim 8, wherein the bendamustine concentration is about 25 mg/mL.

10. The long term storage stable bendamustine-containing composition of claim 1, wherein the pharmaceutically acceptable fluid comprises about 90% polyethylene glycol and about 10% propylene glycol.

11. The long term storage stable bendamustine-containing composition of claim 1, wherein the pharmaceutically acceptable fluid comprises about 85% polyethylene glycol and about 15% propylene glycol.

12. The long term storage stable bendamustine-containing composition of claim 1, wherein the antioxidant is selected from the group consisting of thioglycerol, monothioglycerol, lipoic acid, propyl gallate, methionine, cysteine, met-

US 2013/0210879 A1

9

Aug. 15, 2013

abisulfites, sodium formaldehyde sulfoxylate, phenol-containing aromatic and aliphatic compounds and dihydrolipoic acid.

13. The long term storage stable bendamustine-containing composition of claim 12, wherein the antioxidant is thioglycerol or monothioglycerol.

14. The long term storage stable bendamustine-containing composition of claim 1, wherein the stabilizing amount of the antioxidant is from about 2.5 mg/mL to about 35 mg/mL.

15. The long term storage stable bendamustine-containing composition of claim 14, wherein the stabilizing amount of the antioxidant is from about 5 mg/mL to about 20 mg/mL.

16. The long term storage stable bendamustine-containing composition of claim 15, wherein the stabilizing amount of the antioxidant is about 5 mg/mL.

17. The long term storage stable bendamustine-containing composition of claim 1, wherein the concentration of the inorganic compound is from about 0.0005 molarity to about 0.04 molarity.

18. The long term storage stable bendamustine-containing composition of claim 17, wherein the concentration of the inorganic compound is about 0.01 molarity.

19. The long term storage stable bendamustine-containing composition of claim 1, wherein the concentration of the organic compound is from about 0.005M to about 0.1M.

20. The long term storage stable bendamustine-containing composition of claim 19, wherein the concentration of the organic compound is about 0.01M.

21. The long term storage stable bendamustine-containing composition of claim 1, wherein the pH of the polyethylene glycol, as measured using the USP monograph for polyethylene glycol, is about 6.5 or about 8.

22. The long term storage stable bendamustine-containing composition of claim 1, wherein the pH of the long term storage stable bendamustine-containing composition, as measured using the USP monograph for polyethylene glycol, is from about 3.3 to about 4.

23. The long term storage stable bendamustine-containing composition of claim 22, wherein the pH of the long term storage stable bendamustine-containing composition, as measured using the USP monograph for polyethylene glycol, is about 3.5.

24. The long term storage stable bendamustine-containing composition of claim 1, wherein the amount of total polyethylene glycol esters and propylene glycol esters is less than about 3%.

25. The long term storage stable bendamustine-containing composition of claim 1, wherein the amount of total polyethylene glycol esters and propylene glycol esters is less than about 2.4%.

26. The long term storage stable bendamustine-containing composition of claim 1, wherein the amount of individual polyethylene glycol esters less than about 0.2% and individual propylene glycol esters is less than about 1.5%.

27. The long term storage stable bendamustine-containing composition of claim 1, wherein the amount of total polyethylene glycol esters is less than about 2%.

28. The long term storage stable bendamustine-containing composition of claim 1, wherein the amount of total propylene glycol esters is less than about 3%.

29. The long term storage stable bendamustine-containing composition of claim 1, wherein said long term storage is at least about 2 years.

30. A long term storage stable bendamustine-containing composition, comprising:
  a) bendamustine or a pharmaceutically acceptable salt thereof; and
  b) a pharmaceutically acceptable fluid comprising
    i) 90% polyethylene glycol and 10% propylene glycol;
    ii) sodium hydroxide in an amount sufficient to obtain a pH of from about 6.5 for the polyethylene glycol, as measured using the USP monograph for polyethylene glycol; and
    iii) thioglycerol at a concentration of about 5 mg/mL;
said bendamustine-containing composition having less than about 5% total polyethylene glycol esters and propylene glycol esters, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

31. A long term storage stable bendamustine-containing composition, comprising:
  a) bendamustine or a pharmaceutically acceptable salt thereof at a concentration of about 25 mg/mL; and
  b) a pharmaceutically acceptable fluid comprising
    i) 90% polyethylene glycol and 10% propylene glycol;
    ii) sodium acetate in an amount sufficient to obtain a pH of about 6.5 for the polyethylene glycol, as measured using the USP monograph for polyethylene glycol; and
    iii) thioglycerol at a concentration of about 5 mg/mL;
said bendamustine-containing composition having less than about 5% total polyethylene glycol esters and propylene glycol esters, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

32. A long term storage stable bendamustine-containing composition, comprising:
  a) bendamustine or a pharmaceutically acceptable salt thereof; and
  b) a pharmaceutically acceptable fluid comprising
    i) a mixture of polyethylene glycol, and propylene glycol;
    ii) an organic compound or an inorganic compound in an amount sufficient to obtain a pH of from about 3.3 to about 4.2 for the long term storage stable bendamustine-containing composition, as measured using the USP monograph for polyethylene glycol; and
    iii) a stabilizing amount of an antioxidant;
said bendamustine-containing composition having less than about 5% total polyethylene glycol esters and propylene glycol esters, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

33. A method of treating cancer in mammals, comprising administering an effective amount of a long term storage stable bendamustine-containing composition of claim 1 to a mammal in need thereof.

* * * * *

# Exhibit 6

This material may be protected by Copyright law (Title 17 U.S. Code)

# SOLUTION IN A DISSOLVED SOLID

CHARLES L. PARSONS

It was shown in the preceding paper that when beryllium hydroxid dissolves in a solution of one of its normal salts no evidence of any molecular complex or colloidal condition could be obtained, and it was proposed as a solution of the problem that the dissolved beryllium salt acted as a solvent for the beryllium hydroxid in exactly the same manner that acetic acid dissolved in water will dissolve camphor which is itself insoluble in water. It was stated that the two cases were perfectly analogous in their physical chemical behavior, and since no assumption of complexes was necessary in the one case none was necessary in the other. It is the purpose of this paper to study in some detail ternary mixtures in which the solute is itself insoluble or but slightly soluble in that one of the mixed solvents which first separates as a solid phase on cooling. There can be no question that the study could well be made to include the whole field of ternary mixtures and that much light would be thrown upon some obscure questions by so doing, but it is without the province of the present paper or its author to enter into the broader subject.

Two facts should be stated: First, there has been for some time in the literature of chemistry a clearly defined principle, apparently unnoticed by most writers, which will explain many of the seeming discrepancies of the dissociation theory without the assumption of complex molecules. Second, a dissolved solid itself frequently acts as a solvent or, if one prefers so to view it, alters the nature of the liquid in which it dissolves, the resultant solution becoming a true solvent with an entirely different freezing-point which is *raised* in the particular case under consideration. It may be, however, variously affected according to the solubility relations which the three components of the ternary mixture bear to each

660                        *Charles L. Parsons*

other.    Unfortunately the effect must, for the present at least, remain qualitative only.

The teacher of modern physical chemistry has many seeming discrepancies among the results of experiment to explain, or to pass over as unexplainable in the present condition of the science, and in no branch of his efforts is he more handicapped than in a critical study of the theory of electrolytic dissociation.    The bright student, who is told that a molecule of an undissociated substance lowers the freezing-point of water $1.86°$ but that if the freezing-point actually found happens to be too high it is caused by the molecules forming a smaller number of complexes, while if it is too low, it is explained by partial or complete dissociation into ions, while if altogether too low for this to apply it is due to the molecules removing water from the solution to form hydrates and thus diminishing the mass of the solvent, finds himself in the same state of mind that the modern scientist views the ancient "quintessence," although that principle, since it conveniently explained everything, was sufficient for the philosophy of an Aristotle.

Anything, therefore, which serves to remove the necessity for such supposition is to be welcomed, and while the present writer by no means doubts the existence of complex molecules he believes they have many times been assumed to exist where the facts are quite the opposite and that a logical explanation without the necessity of the assumption will help rather than injure the theory of electrolytic dissociation.

In the literature we find many instances where the freezing-point has appeared abnormally high and where consequently complex molecules have been assumed; we also find[1] a perfectly logical and irrefutable qualitative explanation of such facts without any such assumption, although no application is pointed out.

R. Mihaly[2] finds that water exerts great influence on the freezing-point of a mixture of benzene and alcohol and that the

---

[1] Miller: Jour. Phys. Chem., **1**, 634 (1897).

[2] Zeit. phys. Chem., **24**, 13 (1897).

addition of successive amounts of water *raises* the freezing-point continuously to the point where the whole separates as two liquid layers. The results are ascribed to the formation of the complex $9C_2H_5OH.3H_2O$ which, on dilution, breaks down conveniently into $6C_2H_5OH.2H_2O$ and $3C_2H_5OH.H_2O$ as becomes necessary to satisfy the particular freezing point obtained. Mihaly finds similar results when water is added to a mixed solution of benzene and phenol and here the complex is supposed to be $2C_6H_5OH.H_2O$ which, upon dilution, dissociates into water and phenol, but even then the supposition does not fully explain the abnormal freezing point. Quite comparable results are also obtained by the addition of water to a mixture of benzene and acetic acid and also Mihaly states that when glycerine, lactic acid or other material was used which was soluble in the dissolved liquid but insoluble in benzene, perfectly analogous results were obtained and considers the result due to complex molecules.

LeBlanc and Noyes[1] find that lead nitrate added to a solution of potassium nitrate does not lower the freezing-point so much as when added to solutions of sodium nitrate and that its solubility in water is greatly increased by the addition of potassium nitrate. It is assumed that double salts must be formed. Working with $HgCl_2$ in aqueous hydrochloric acid like results were obtained, and it was concluded that all the $HgCl_2$ and HCl is combined as the double salt, $HgCl_2.2HCl$, which breaks up on dilution. If NaCl or KCl were substituted for the HCl, like effects were noticed, and in each case the solubility of the $HgCl_2$ is notably increased over that in pure water.

LeBlanc and Noyes also made a study of the effect of iodine upon a solution of potassium iodide and of silver cyanide upon a solution of potassium cyanide and in both instances found that the freezing-point was *raised* by the addition of the solute. In the case of potassium iodide the reason assigned was the formation of $KI_3$ and they also con-

[1] Zeit. phys. Chem. **6**, 386 (1890).

662                        *Charles L. Parsons*

cluded that the amount of free iodine present must be very small and no greater than its solubility in pure water. With potassium cyanide the formation of $KAgCN_2$ was not sufficient to satisfy the results and the explanation was offered that AgCN was added in stages to 3KCN, forming the complexes $K_3Ag(CN)_4$, $K_3Ag_2(CN)_5$ and $K_3Ag_3(CN)_6$. LeBlanc and Noyes also studied the conductivity of most of the mixtures and the conductivity decreased in each case, a result in accord with the assumption of a smaller number of molecules being formed.

Waddell[1] shows that salicylic acid added to a mixture of acetone and water raises the freezing-point of the solution and that the same result is obtained if phenol, paranitrophenol or hydroquinone is the solute. He makes no assumption of complexes being formed as he expected these results from a study of McIntosh's generalization[2] that the "addition of a substance to a binary solution in equilibrium with a solid phase raises the freezing-point if the substance added be non-miscible with the component appearing as solid phase." McIntosh studied the addition of water to a mixture of benzene and methyl alcohol, and to a mixture of benzene and ethyl alcohol and found that the freezing-point was raised in each case. He also found that the further addition of cupric chloride, which is insoluble in benzene, to these solutions caused a further rise in the freezing-point.

The whole matter has been beautifully cleared up mathematically by Miller,[3] who, starting with a theorem of Gibbs, shows thermodynamically that in all such solutions as those so far cited the freezing-point must rise. According to Miller this becomes apparent since Gibbs has shown the connection between the potentials of the various components of a liquid or solid phase and their vapor tension,[4] and Guldberg[5] has

---

[1] Jour. Phys. Chem., **3**, 160 (1899).
[2] Ibid., **1**, 492 (1897).
[3] Ibid., **1**, 634 (1897).
[4] Gibbs, p. 225.
[5] Comptes rendus, **70**, 1349 (1870).

shown the relation between vapor tension and freezing-point, and van't Hoff[1] has shown the relation between vapor tension and osmotic pressure. Miller completes the chain by showing that the potential is a function of the solubility and that if a solution of a substance S be prepared of equal concentration in different solvents, the potential will be greatest for that solution which is nearest saturated; or the greater the solubility in any solvent the less the potential for any given concentration. Therefore, when to a solution of S in a liquid mixture of A and B there be added an additional quantity of A, the potential will be increased if less S can dissolve in the mixture after addition of A than before and *vice versa*. It follows from this that where the solubility of a substance in a mixed liquid consisting of two substances A and B is diminished by addition of the substance A, which separates as the solid phase on cooling, the addition of A will raise the potential of S and its vapor tension and the temperature at which it is in equilibrium with solid A will rise also. These are exactly the conditions in every case cited above. Miller points out further the bearing upon the freezing-point, boiling-point, etc., of ternary solutions under conditions other than the particular one above cited, but the far-reaching effect upon the question of molecular complexes, dissociation and abnormal lowering is not indicated and seems to have been lost from sight by subsequent writers. This is true in the case where a dissolved solid takes the place of a second liquid, for then the number of published investigations is greatly multiplied.

Although the resemblance of a mixture of water and alcohol (or acetic acid) to a mixture of water and potassium iodide is obvious, it is certainly true that the thought of the average writer is that iodine will dissolve in the first mixture simply because it is soluble in alcohol, but the idea that it can dissolve in the second simply because it is soluble in potassium iodide seems never to have occurred to the many investigators of this interesting phenomena. It is certainly

---

[1] K. Svenska Vet. Akad. Handl. **21**, 21 (1884).

664                    *Charles L. Parsons*

true that there are striking analogies in the two instances and the solubility of the iodine increases respectively with the concentration of the alcohol or the potassium iodide. It will be held by some, and perhaps correctly, that the iodine is not soluble in one component of the binary mixture but in the liquid phase considered as a single liquid. Since the difference is simply one of the melting-point of one of the components, there is no difference whatever between a dissolved solid and a dissolved liquid and we have just as good a right to consider the iodine as soluble in the potassium iodide, itself rendered liquid by its solution in water, as we have to consider it soluble in aqueous alcohol, and *per se*, there is no more necessity to assume the formation of complex molecules in the first case than in the second to explain a rise in the freezing-point. In both cases the results follow from Miller's[1] deduction, since the saturated solutions if diluted with water precipitate iodine. The value of this point of view becomes more apparent if we consider the solubility of iodine in aqueous acetic acid. Ordinarily this is considered a case of mixed liquids, but if we happen to be working at a temperature below $16.6°$ we are in reality dealing with a dissolved solid. Iodine raises the freezing-point of such a liquid as does camphor or any other solid which is soluble in acetic acid and insoluble or but slightly soluble in water, always providing of course we are working with such concentrations of acetic acid that it is water which first crystallizes on cooling.

The idea that there is probably little difference, if any, between a binary liquid mixture in which one component is a solid and where both components are liquid is by no means new and is discussed by Bancroft in his paper on ternary mixtures,[2] and indeed this author appears to have held clearly the idea that a solid in solution might act as a solvent.

Lumsden,[3] has recently given additional evidence as to

---

[1] Loc. cit.

[2] Proc. Am. Acad., 30, 324, 365 (1894).

[3] Proc. Chem. Soc., 22, 307.

*Solution in a Dissolved Solid*        665

the status of a dissolved solid by showing from values deduced from atomic volumes and atomic refractions "that a solid assumes in solution the volume which the same weight of it would have if it existed as a liquid at the same temperature."

In order to study further the matter under discussion and if possible to bring additional evidence to bear on its solution, it was decided to make a study of the freezing-point, conductivity, and dialysis of some typical ternary mixtures. In a few instances only had the conductivity of such mixtures been studied and in those cases reported the conductivity had diminished where the freezing-point had risen, bearing out the assumption of the formation of complexes. It will be seen in the following pages that this is not always true but that quite to the contrary the conductivity may be notably increased while the assumed osmotic effect diminishes. It was thought, too, that dialysis might throw considerable light on the question, for where all three components of the ternary mixtures passed freely through parchment there would be a separation of that portion which diffused more readily, presumably the molecule of least molecular weight. On the other hand, if the solution contained complex molecules, these should pass through the parchment as such.

I desire to express my appreciation of the assistance of Messrs. J. C. Clark, C. A. Dodge and H. F. French in carrying out the main details of the experiments here described.

### Camphor, Acetic Acid and Water

It is a well-known fact that camphor is fairly soluble in strong acetic acid, almost insoluble in water and that in a mixture of the two its solubility increases with the concentration of acetic acid. As it is difficult to imagine this substance forming a complex with the acetic acid and as it is a non-electrolyte, the case seemed worthy of study.

When camphor was added to aqueous acetic-acid containing 33.1 percent $CH_3COOH$ the following results were obtained. The exact mode of procedure was naturally to prepare the stronger solution first and dilute this with the

666                        *Charles L. Parsons*

pure solvent.   The conductivities are expressed in reciprocal
ohms.

Solvent, 33.1 grams acetic acid in 100 cc. solution
Solute, camphor

| Grams camphor in 100 cc. solvent | Freezing-point |
|---|---|
| 0.1098 | +0.04 |
| 0.2606 | +0.09 |

### Specific conductivity 25°

33 percent acetic acid (1 cc. contained 0.3736 g. $CH_3COOH$) $= 0.001521$

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1.5847 | g. camphor in | 1000 cc | 33 percent | acid | | $(n/96)=$ | 0.001505 |
| 3.1694 | " | " | " | " | | $(n/48)=$ | 0.001494 |
| 6.3388 | " | " | " | " | " | $(n/24)=$ | 0.001479 |
| 12.6776 | " | " | " | " | " | $(n/12)=$ | 0.001448 |
| 19.016 | " | " | " | " | " | $(n/8)=$ | 0.001438 |

Solvent, 49.21 grams acetic acid in 100 cc
Solute, camphor

| Grams camphor in 100 cc solvent | Freezing-point |
|---|---|
| 0.1585 | +0.125 |
| 0.4489 | +0.205 |
| 0.6689 | +0.475 |

### Specific conductivity 25°

50 percent acetic acid (1 cc  contained  0.5355  g.  $CH_3COOH$) $= 0.000942$

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1.5847 | g.  camphor in | 1000 cc | 50 percent acetic acid | | | $(n/96)=$ | 0.0009298 |
| 3.1694 | " | " | " | " | " | $(n/48)=$ | 0.0009258 |
| 6.3387 | " | " | " | " | " | $(n/24)=$ | 0.0009118 |
| 12.6775 | " | " | " | " | " | $(n/12)=$ | 0.0008928 |
| 19.0162 | " | " | " | " | " | $(n/8)=$ | 0.0008690 |
| 38.0325 | " | " | " | " | " | $(n/4)=$ | 0.0008158 |
| 76.065 | " | " | " | " | " | $(n/2)=$ | 0.0007098 |

In studying the dialysis of these solutions of camphor
only qualitative experiments were made but they are in
perfect accord with the dialysis of beryllium hydroxid in
beryllium sulphate solution mentioned in the preceding
paper.   The camphor passed readily through the membrane

if the outer liquid was acetic acid. It was precipitated within the membrane and very little passed through if pure water was the outer liquid, while the acetic acid passed readily. If the acetic acid was allowed to concentrate in the outer liquid, more camphor passed and would probably have continued to the saturation point of this dilute acid.

### Iodine, Acetic Acid, Water

The ternary mixture was prepared in the cold as it was found that the iodine attacked either the acetic acid or the water if the solution was heated in a pressure bottle to aid solution, as had been done with the camphor. The results on the freezing-point are quite similar to those with camphor, but the specific conductivity *increases* instead of diminishes.

Solvent, 49.21 grams acetic acid in 100 cc
Solute, iodine

| Grams iodine in 100 cc solvents | Freezing-point |
|---|---|
| 0.2180 | +0.055 |
| 0.5782 | +0.535 |

Specific conductivity 25°

50 percent acetic acid (1 cc contained 0.5355 g. $CH_3COOH$) = 0.0009381
1.3213 g. I in 1000 cc 50 percent $CH_3COOH$ $(n/96)$ = 0.001161
2.6427 " " " " " $(n/48)$ = 0.001413
5.2854 " " " " " $(n/24)$ = 0.001956
10.5708 " " " " " $(n/12)$ = 0.003222

### Lead Oxide, Lead Acetate, Water

The solubility of lead oxide (PbO) in lead acetate has long been known, and the resultant solution under the name of basic acetate has long been of importance for clarifying sugar solutions. The freezing-point is here again raised by the addition of the solute and we have a second instance where the conductivity increases, although not to so marked an extent. The lead oxide was made by igniting the nitrate.

668                          *Charles L. Parsons*

Solvent, 16.248 grams lead acetate in 100 cc solution
Solute, PbO

| Grams PbO in 100 cc solvent | Freezing-point |
|---|---|
| 1.3316 | 0.09 |
| 1.8996 | 0.11 |
| 2.2160 | 0.12 |
| 2.6632 | 0.139 |
| 3.324 | 0.168 |

### Specific conductivity 25°

| | |
|---|---|
| 3 percent lead acetate solution | $=0.004048$ |
| 1.1600 g. PbO in 1000 cc 3 percent $Pb(C_2H_3O_2)_2$ $(n/96)$ | $=0.004048$ |
| 2.3220 " " " " " " $(n/48)$ | $=0.004071$ |
| 4.6441 " " " " " " $(n/24)$ | $=0.004226$ |
| 9.2883 " " " " " " $(n/12)$ | $=0.004481$ |

### Iodine, Potassium Iodide, Water

The solution of iodine in aqueous potassium iodide presents striking analogies to many well-known facts connected with the solution of a solid in a binary liquid mixture. The solubility of the iodine increases with the concentration of the potassium iodide component, and it is precipitated in quantity from a saturated solution by addition of water. The freezing-point of a solution of potassium iodide is raised by the addition of iodine and its conductivity is diminished as has been shown by LeBlanc and Noyes.[1] Measurements made in this laboratory are entirely confirmatory of their experiments as the following tables will show.

Solvent, 10 grams KI in 100 cc. solution
Solute, iodine

| Grams iodine to 100 cc KI solvent | Freezing-point |
|---|---|
| 3.7155 | +0.017 |
| 4.3348 | +0.022 |
| 5.2016 | +0.040 |
| 6.5022 | +0.070 |

[1] Zeit. phys. Chem., **6,** 398 (1890)

Specific conductivity $25°$

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3 percent potassium iodine solution | | | | | | $=0.02271$ | |
| 1.3213 g. iodine in 1000 cc 3 percent KI | | | | | $(n/96)=0.02248$ | | |
| 2.6827 " | " | " | " | " | " | $(n/48)=0.02220$ | |
| 5.2854 " | " | " | " | " | " | $(n/24)=0.02193$ | |
| 10.5708 " | " | " | " | " | " | $(n/12)=0.02140$ | |
| 15.8562 " | " | " | " | " | " | $(n/8)=0.02080$ | |

The solubility of iodine in potassium iodide solutions has been extensively investigated with widely varying conclusions. It is not within the province of this paper to go at length into the literature or the results attained, as the subject is being studied in this laboratory and will be presented later in a special communication. It may be noted, however, that the comprehensive work of Jakowkin[1] is based wholly upon the distribution coefficient between iodine and water and if the iodine is also soluble in the potassium iodide, as it would be in a liquid like aqueous alcohol, his conclusions have nothing whatever to rest upon. The results of Noyes and Seidensticker[2] should be expected if iodine were largely soluble in potassium iodide and slightly soluble in water and the examination was made of solutions of high dilution but still strong enough to have the solvent action of the potassium iodide of account while weak enough to have the mass of the iodine dissolved in the water effective in the equation. It should also be remembered that while the mass law equation $KI_3 = KI \times I_2$ apparently holds for these dilute solutions it certainly does not hold in the strong solutions for where saturated with iodine, the equation becomes $KI_3 = KI \times$ *constant*, or the concentration of the $KI_3$ is directly proportional to the KI and dilution should bring about no precipitation of iodine which really occurs in large quantity.

The fact that other investigators have obtained solid residues which analyze in the ratio $KI_3$ is no proof whatever that this substance exists in solution; nor for that matter

---

[1] Zeit. phys. Chem., **13**, 539 (1894); **20**, 19 (1896).

[2] Jour. Am. Chem. Soc., **21**, 219 (1899).

670                           *Charles L. Parsons*

is the solid itself necessarily more than a solid solution or perhaps even a mixture.

The last and best word upon the subject is from Abegg and Hamburger,[1] who have conclusively shown by equilibrium experiments that no polyiodide of lithium or sodium exists at $25°$ and that if there is a polyiodide of potassium it has a complexity of at least $KI_7$. Their melting-point data on mixtures of potassium iodide and iodine show that iodine is certainly soluble in large amounts in potassium iodide to form a solution which is liquid as low as $82°$. It is certainly open to question whether they obtained a maximum in their curve near this temperature indicating the presence of $KI_7$ and the data would serve almost as well to show a flat in the curve and the probable separation into two liquid layers. Preliminary experiments made in this laboratory with mixtures of potassium iodide and iodine in the ratio $KI : 3I_2$ melted easily at about $82°$. The melt was sealed off in a closed tube and thoroughly mixed by shaking while melted. It was then kept for twenty-two hours in a thermostat at $85°$ and quickly cooled in cold water. On analysis the top portion showed a ratio as low as $1.5\ KI : I_2$ while the bottom of the mass gave $1KI : 5.8\ I_2$ but both looked alike. While the mass was shown by analysis to be not homogeneous and was decidedly stronger in iodine in lower portions no evidence of two distinct liquid layers of definite concentration was obtained.

It is also interesting to watch the diffusion of iodine throughout a crystal of potassium iodide when the two are brought in contact although the cause therefor may be open to discussion.

Iodine and potassium iodide both pass freely through parchment when placed in contact with a liquid in which they are soluble. It was therefore reasoned that if a mixture of potassium iodide and iodine were subjected to dialysis the potassium iodide would pass much more rapidly through the membrane than the iodine if the liquid contained mixed

---

[1] Zeit. anorg. Chem., **50,** 403 (1906).

molecules of these two substances while if the molecule was present as $KI_3$ there was nothing in the nature of the membrane to cause it to separate into parts and the outer liquid should show the same $KI:I_2$ ratio on analysis. Numerous dialyses were tried and in every instance the potassium iodide passed through much more rapidly than the iodine as predicted. With a fairly strong solution solid iodine separated out in the inner compartment and this was the fact even in those cases where the inner solution was so dilute that iodine would not separate out on the addition of water. Unfortunately it is impossible, except with rather high concentration of potassium iodide, to reach a concentration of iodine so that the ratio $KI:I_2$ holds and in any less ratio than this the argument would at once be put forward that there were present molecules of $KI_3$ and KI and that in this mixture we should expect, even more, that the KI would diffuse the more rapidly. In order to overcome this difficulty a solution was chosen of such a strength that it contained in 100 cc 2.5 grams of KI in excess of that required for the ratio $KI:I_2$ or $KI_3$. From this solution no iodine was precipitated by dilution with 2.5 percent KI solution although it was precipitated by water. It was reasoned that if this solution was dialyzed into 2.5 percent KI as an outer solution the molecule $KI_3$ should pass as such if present, since the excess of KI, being of the same unit concentration in both inner and outer liquids, would pass equally in either direction and would in no wise influence the results. It will be at once apparent from the following data that even with this source of error removed the KI passes much more rapidly through the membrane; solid iodine separates in quantity within, owing to the lessened concentration of the dissolving KI, and there is no evidence whatever of any complex molecule passing the membrane as such. The dialysis was carried out in a parchment tube which was placed in 200 cc of the 2.5 percent potassium iodide solution so that the level of the two liquids was approximately the same, being a little higher, if anything, in the outer liquid and the two solutions were stirred throughout

672                          *Charles L. Parsons*

the experiment.   At stated intervals the outer liquid was re-
moved and replaced by a fresh portion.

Outside solution contained 5 grams KI in 200 cc of
water $= 30.135$ m.mols.

Inside solution contained in 25 cc.

10.977 gms. KI $= 66.126$ m.mols.

16.163 gms. I   $= 63.68$  m.mols.

$$\frac{KI}{I_2} = 1.04.$$

Analyses of outer solution after dialysis

| No. of dialysis | Time in minutes | m.mols $I_2$ | m.mols KI | $\frac{KI}{I_2}$ |
|---|---|---|---|---|
| 1 | 15 | 5.67 | 12.14 | 2.14 |
| 2 | 15 | 5.37 | 10.31 | 1.92 |
| 3 | 30 | 8.37 | 15.69 | 1.87 |
| 4 | 30 | 5.72 | 9.95 | 1.74 |
| 5 | 30 | 3.47 | 5.23 | 1.51 |

Inside solution after dialysis

| m.mols $I_2$ | m.mols KI | $\frac{KI}{I_2}$ |
|---|---|---|
| 6.7 | 13.6 | 2.009 |

besides which more than 7 grams of iodine had separated out
in the crystalline condition within the tube.   Of this amount
6.94 grams were collected and weighed, but a small portion
could not be removed from the tube.

The total ratio of $\frac{KI}{I_2}$ was therefore less than 0.4 for the
inside tube after the dialysis.

There can be no question that there was a decided separa-
tion of potassium iodide from iodine by means of the parch-
ment, and it would scarcely seem probable that a membrane
could decompose complex molecules if present while it should
be remembered that an outer liquid was used which would
not by itself precipitate the iodine if used as a diluent.

*Solution in a Dissolved Solid*    673

The free iodine was titrated with thiosulphate. The total iodine was determined in a separate aliquot part by distilling after addition of ferric chloride and sulphuric acid, in an apparatus with all joints of ground glass. The distillate which was received in potassium iodide solution was titrated with thiosulphate.

In order to run a check analysis on a compound where there could be no doubt as to the complexity of the molecule and to test the soundness of the reasoning in regard to the use of an outside solution of the same concentration as the excess of one of the components of the possible complex a solution of 2.5 grams potassium ferrocyanide in 25 cc of 1 percent KCN was dialyzed into successive portions of 200 cc each of 1 percent KCN in exactly the same manner as described in the foregoing experiments. The results are entirely in accord with the supposition made, the potassium ferrocyanide passing readily through the membrane as $K_4Fe(CN)_6$ while the concentration of the KCN in both inner and outer solution remained unchanged.

| Number of dialysis | N/10 I solution taken for 25 cc | $KMnO_4$ solution taken for 50 cc | Total millimols KCN in the surrounding liquid | Total millimols $K_4Fe(CN)_6$ in the surrounding liquid |
|---|---|---|---|---|
| 1 | 76 0 | 10.0 | 76 0 | 4.005 |
| 2 | 75.0 | 9.1 | 75.0 | 3.647 |
| 3 | 74.5 | 7.7 | 74.5 | 3.086 |
| 4 | 74.5 | 7.1 | 74.5 | 2.845 |
| 5 | 74.5 | 7.0 | 74.5 | 2.805 |

74.5 cc $n/10$ iodine $= 25$ cc 1 percent KCN
0.07382 gm. $K_4Fe(CN)_6 = 1$ cc $KMnO_4$

As shown in the table the KCN was titrated with iodine and the $K_4Fe(CN)_6$ with $KMnO_4$ solution. The number of millimols of KCN runs slightly high in the first two dialyses owing to the effect which a large excess of $K_4Fe(CN)_6$ has on the titration as pointed out by Clennell.[1]

---

[1] Chem. News, **72,** 227 (1895).

674          *Charles L. Parsons*

### Silver Cyanide, Potassium Cyanide and Water

This system offers a peculiarly interesting field for the application of the method of reasoning already proposed because there can be no doubt of the existence of the complex molecule $KAg(CN)_2$. The complexes $K_3Ag(CN)_4$, $K_3Ag_2(CN)_5$ and $K_3Ag_3(CN)_6$ have also been proposed as probable by LeBlanc and Noyes[1] to explain the extent to which the solution of AgCN in KCN raises the freezing-point and decreases the conductivity.

To investigate the point at issue three experiments were carried out. First a solution of the ratio $KAg(CN)_2$ was dialyzed and, as the data below will show, there was no separation of KCN from AgCN by the membrane but the molecule $KAg(CN)_2$ passed readily as such although no attempt was made to show the exact amount. Secondly, a solution of AgCN in KCN in the proportion to form the complex $K_3Ag_2(CN)_5$ was made up and dialyzed into pure water and the amount of KCN and AgCN that passed was determined. Finally, the same solution as used in the second experiment was dialyzed into KCN solution of such concentration that it was just equal to the concentration of the excess of KCN, over the complex molecule $KAg(CN)_2$, in the inside solution. The results are entirely confirmatory. In the second experiment the KCN molecules passed through more rapidly than the $KAg(CN)_2$ which is especially apparent when we remember that there were only half so many present and in the third experiment apparently only $KAg(CN)_2$ passed at all since the passage of the KCN was equally rapid in both directions, while the $KAg(CN)_2$ in both the second and third experiment passed in amounts which agree very closely when we consider that they were carried out at room temperature on different days. It would certainly seem that the existence of any complex other than $KAg(CN)_2$ was highly improbable.

Details of the three experiments mentioned follow:

---

[1] Zeit. phys. Chem., 6, 397 (1890).

*Solution in a Dissolved Solid*          675

## Experiment No. 1

50 cc of $n/2$ KAg(CN)$_2$ (*i. e.*, 25 cc $N$ KCN solution saturated with AgCN and diluted to 50 cc with H$_2$O) were put in a parchment tube, and dialyzed for ninety minutes into 3, 200 cc portions of H$_2$O, each 200 cc being used thirty minutes.

Results

| Number of dialysis | N/10 AgNO$_3$ taken to produce cloudiness in outer or inner solution |
|:---:|:---:|
| 1 | 1 drop |
| 2 | 1 drop |
| 3 | 1 drop |

## Experiment No. 2

50 cc of a solution (50 cc $N$ KCN saturated with AgCN, 25 cc $N$ KCN added and the whole made up to 100 cc) were placed in a dialyzing membrane and dialyzed for ninety minutes into 3, 200 cc portions of H$_2$O, each 200 cc being used thirty minutes. Each 200 cc portion then made up to 250 cc with H$_2$O and 50 cc taken from each 250 cc and analyzed.

Results

| Number of dialysis | N/10 AgNO$_3$ taken to produce cloudiness in 50 cc | Wt. of AgCN present in 50 cc | Total millimols KCN which passed through the membrane | Total millimols KAg(CN)$_2$ which passed through the membrane |
|:---:|:---:|:---:|:---:|:---:|
| 1 | 2.4 | 0.0928 | 2.4 | 2.27 |
| 2 | 1.8 | 0.0772 | 1.8 | 1.98 |
| 3 | 1.5 | 0.0618 | 1.5 | 1.56 |

## Experiment No. 3

50 cc of a solution (50 cc $N$ KCN saturated with AgCN, 25 cc $N$ KCN added, and the whole made up to 100 cc with H$_2$O) were placed in a dialyzing membrane and dialyzed for ninety minutes into 3, 200 cc portions of N/4 KCN, each 200 cc being run thirty minutes. 50 cc of each 200 were then

676                    *Charles L. Parsons.*

taken and analyzed.   50 cc $n/4$ KCN required 61.5 cc $n/10$ AgNO$_3$.

Results

| Number of dialysis | N/10 AgNO$_3$ taken to produce cloudiness in 50 cc | Wt. of AgCN present in 50 cc | Total millimols KCN which passed through the membrane | Total millimols KAg(CN)$_2$ which passed through the membrane |
|---|---|---|---|---|
| I | 61.0 | 0.8924 | none | 2.39 |
| 2 | 61.1 | 0.8843 | none | 1.96 |
| 3 | 61.2 | 0.8811 | none | 1.82 |

### Borax, Boric Acid, Water

Boric acid has long been known to be more soluble in a solution of borax than in pure water, and polyborates have been assumed as necessary to explain the abnormal conductivity and freezing point lowering.

Kahlenberg and Schreiner[1] determined the freezing point lowering and the conductivity of boric acid and various mixtures of boric acid and sodium hydroxide. They showed that when boric acid was alone present in water the freezing point was in close theoretical agreement for the slightly dissociated acid. On the other hand, when the various sodium borates were experimented with, the results had to be explained by various assumptions depending upon the ratio between the constituents and their concentration. The most striking points brought out were that when sodium hydroxide and boric acid were mixed in the proportions $2NaOH + 4H_3BO_3$ the solution was identical with one obtained by dissolving an equivalent amount of borax; that if boric acid was added to either solution a relatively high freezing point was obtained which could be explained only by the assumption of polyborates, and that no single polyborate would explain the results. The rise in the conductivity was also shown to accord with this hypothesis.

The question of the presence of polyborates was also studied by Auerbach,[2] and later in a very exhaustive manner by Mueller

---

[1] Zeit. phys. Chem., **20**, 547 (1896).

[2] Zeit. anorg. Chem., **37**, 353 (1903).

and Abegg.[1]    Their conclusions were much the same and were to the effect that polyborates did exist in solution but that the conditions pointed to several complexes present at the same time.    Mueller and Abegg studied especially the distribution coefficient of boric acid between amyl alcohol and water, and between amyl alcohol and water containing borax in solution, and they found from the free boric acid present no constant which would hold for either a di- tri-, tetra-, or pentaborate and concluded that several complexes must be present in equilibrium. For the purpose of the argument put forth in this paper, however, it should be remembered that their distribution coefficient depended upon the solubility of boric acid in water.    If it is soluble in dissolved borate the same as if another liquid solvent were present, it of course leads to false conclusions as to the relative distribution of the boric acid.

The question seemed one particularly susceptible to the method of treatment already put forth, as all of the constituents pass readily through a membrane and the well-known methods of titration with the addition of glycerine made the details of analysis comparatively easy.    If complex borates were formed they would either fail to pass through the membrane or would diffuse more slowly than the lighter and more rapid moving molecules.    In either case the outer solution would become relatively poor in the boric acid content obtained by titration. On the other hand, if complexes were not formed the boric acid would naturally diffuse more rapidly than the borax, and the amount of that component in the outer solution would increase. It will be perfectly apparent from the experiments that the last supposition is what really takes place.

Solutions representing the following ratios were made up by dissolving boric acid in sodium hydroxide solution free from carbonate and were shown to be correctly prepared by titrating each solution.

$$2NaOH + 4H_3BO_3 \text{ (or } Na_2B_4O_7).$$
$$2NaOH + 6H_3BO_3 \text{ (or } Na_2B_4O_7 + 2H_3BO_3).$$
$$2NaOH + 8H_3BO_3 \text{ (or } Na_2B_4O_7 + 4H_3BO_3).$$
$$2NaOH + 10H_3BO_3 \text{ (or } Na_2B_4O_7 + 6H_3BO_3).$$

[1] Zeit. phys. Chem., **57**, 513 (1906).

678                         *Charles L. Parsons*

Each solution contained the equivalents of 1 mol of sodium hydroxide in 5 liters.

Fifty cc of each solution was placed in a parchment tube and dialyzed for four successive periods of thirty minutes each into 200 cc of pure water at room temperature, both inner and outer solutions being stirred and the outer solution being replaced by pure water at the end of each period. The following results were obtained:

### TABLE I

Inner solution, 1 mol NaOH and 2 mols $H_3BO_3$ in 5 liters

NaOH : $H_3BO_3$ : : 1 : 2

Outer solutions after dialysis

| Time, minutes | cc N/5 HCl | cc N/5 NaOH | $\dfrac{\text{mols } H_3BO_3}{\text{mols NaOH}}$ |
|---|---|---|---|
| 30 | 8.0 | 16.5 | 2.06 |
| 30 | 7.2 | 15.2 | 2.11 |
| 30 | 5.8 | 12.5 | 2.13 |
| 30 | 4.9 | 11.2 | 2.27 |

The solute dialyzed apparently as borax, although there may be a slight tendency for the boric acid to go through the more rapidly. The difference of one-tenth in the ratio is, however, of light significance as the error is well within the limits of probability, considering the small amount of reagents used in titrating.

### TABLE II

Inner solution, 1 mol NaOH and 3 mols $H_3BO_3$ in 5 liters

NaOH : $H_3BO_3$ : : 1 : 3

Outside solutions after dialysis

| Time, minutes | cc N/5 HCl | cc N/5 NaOH | $\dfrac{\text{mols } H_3BO_3}{\text{mols NaOH}}$ |
|---|---|---|---|
| 30 | 6.6 | 27.4 | 4.12 |
| 30 | 6.9 | 24.0 | 3.46 |
| 30 | 5.8 | 20.0 | 3.40 |
| 30 | 5.2 | 17.0 | 3.28 |

*Solution in a Dissolved Solid* 679

It is evident that the boric acid separates by diffusion which would not be expected if it were part of a complex molecule.

TABLE III

Inner solution, 1 mol NaOH and 4 mols $H_3BO_3$ in 5 liters

$NaOH : H_3BO_3 :: 1 : 4$

Outside solution after dialysis

| Time, minutes | cc N/5 HCl | cc N/5 NaOH | mols $H_3BO_3$ / mols NaOH |
|---|---|---|---|
| 30 | 8.5 | 42.1 | 4.93 |
| 30 | 5.8 | 28.5 | 4.86 |
| 30 | 5.3 | 25.0 | 4.70 |
| 30 | 4.9 | 22.4 | 4.54 |

The ratio of boric acid is again increased by diffusion.

TABLE IV

Inside solution, 1 mol NaOH and 5 mols $H_3BO_3$ in 5 liters

$NaOH : H_3BO_3 :: 1 : 5$

Outside solution after dialysis

| Time, minutes | cc N/5 HCl | cc N/5 NaOH | mols $H_3BO_3$ / mols NaOH |
|---|---|---|---|
| 30 | 5.6 | 37.6 | 6.71 |
| 30 | 5.2 | 32.8 | 6.30 |
| 30 | 5.0 | 31.4 | 6.21 |
| 30 | 4.2 | 24.0 | 5.62 |

Again the boric acid ratio notably increased.

The results of these four sets of experiments are perfectly in accord with the supposition that the boric acid is simply more soluble in borax solution than in water and that it is mixed with borax rather than combined with it as a polyborate. It is not claimed that polyborates may not exist as solids but simply that when in solution they are not present as complex molecules nor is there any more need to assume them to be so than in the case of the alums where the freezing point is known to be in accord with simple rather than double molecules.

680                         *Charles L. Parsons*

## Summary

It is argued in this paper that a solid in solution may, and frequently does, act toward other solutes exactly as if it was a liquid miscible in the solvent in which the second solute was itself soluble.

It is shown that if this is the case many so-called abnormal osmotic effects are readily explained qualitatively without any other assumption than that of simple solution.

It is experimentally shown in many such instances, where complex molecules have been assumed, that the two solutes tend to separate from each other by diffusion through a membrane, permeable to either, while in other cases of un-doubtedly complex molecules no such tendency exists and that the freezing-point and conductivity do sometimes, in the first instance, lead to opposite conclusions.

*New Hampshire College,*
*June, 1907.*

# Exhibit 7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


EAGLE PHARMACEUTICALS, INC.,        )
                                    )
                 Plaintiff,         )
                                    ) C.A. No. 24-64-JLH
v.                                  )
                                    )
APOTEX INC. and APOTEX CORP.,       )
                                    )
                 Defendant.         )
- - - - - - - - - - - - - - - - - -
EAGLE PHARMACEUTICALS, INC.,        )
                                    )
                 Plaintiff,         ) C.A. No. 24-65-JLH
                                    )
v.                                  )
                                    )
SLAYBACK PHARMA LLC,                )
                                    )
                 Defendant.         )
- - - - - - - - - - - - - - - - - -
EAGLE PHARMACEUTICALS, INC.,        )
                                    )
                 Plaintiff,         ) C.A. No. 24-66-JLH
                                    )
v.                                  )
                                    )
BAXTER HEALTHCARE CORPORATION,      )
                                    )
                 Defendant.         )


                                    J. Caleb Boggs Courthouse
                                    844 North King Street
                                    Wilmington, Delaware

                                    Thursday, January 30, 2025
                                    10:02 a.m.
                                    Markman Hearing


BEFORE:  THE HONORABLE JENNIFER L. HALL, U.S.D.C.J.

APPEARANCES:

                McCARTER & ENGLISH, LLP
                BY:  DANIEL M. SILVER, ESQUIRE
                BY:  WYLEY S. PROCTOR, ESQUIRE

                        -and-

                LATHAM & WATKINS LLP
                BY:  DANIEL G. BROWN, ESQUIRE
                BY:  ALEX GRABOWSKI, ESQUIRE
                BY:  KELLY ANNE WELSH, ESQUIRE

                                For the Plaintiff

                POTTER ANDERSON & CORROON LLP
                BY:  PHILIP A. ROVNER, ESQUIRE

                        -and-

                DECHERT LLP
                BY:  MARTIN BLACK, ESQUIRE
                BY:  JUDAH BELLIN, ESQUIRE
                BY:  AMANDA K. ANTONS, Ph.D.
                BY:  NOAH M. LEIBOWITZ, ESQUIRE

                                For the Defendant
                                Baxter Healthcare

                MORRIS JAMES LLP
                BY:  CORTLAN S. HITCH, ESQUIRE

                        -and-

                KATTEN MUCHIN ROSENMAN
                BY:  CHRISTOPHER B. FERENC, ESQUIRE

                                For the Apotex Defendants

                SMITH KATZENSTEIN & JENKINS LLP
                BY:  DANIEL A. TAYLOR, ESQUIRE

                        -and-

                WINDELS MARX
                BY:  JASON A. LIEF, ESQUIRE

                                For the Slayback Defendant

*** PROCEEDINGS ***

DEPUTY CLERK:  All rise.  Court is now in session.  The Honorable Jennifer Hall presiding.

THE COURT:  Please be seated.  Good morning, everyone.

ALL COUNSEL:  Good morning, Your Honor.

THE COURT:  We're here today for a Markman hearing.  This is *Eagle Pharmaceuticals vs. Apotex* and *Slayback*.

Let's go ahead and put our appearances on the record.

MR. SILVER:  Good morning, Your Honor.  Dan Silver from McCarter & English on behalf of Eagle.  And I'm joined today by my partner, Wyley Proctor, my co-counsel in the Baxter case.  And then also by co-counsel from Latham & Watkins, Dan Brown, Alex Grabowski and Kelly Welsh, who are my co-counsel in the Apotex and Slayback cases.

THE COURT:  All right.  Very good.

MR. SILVER:  We also have Jacob Whitt present for Eagle as well.

THE COURT:  All right.  Good to see you.  Thanks for coming.

MR. ROVNER:  Good morning, Your Honor.  Phil Rovner from Potter Anderson & Corroon on behalf of

Defendant, Baxter Healthcare, in the 26 case.  With me is my co-counsel from the Dechert firm, Martin Black, Judah Bellin Noah Leibowitz, Amanda Antons.

And also with us is in-house counsel from Baxter, Laura DeMoor.

Just to let you know, Mr. Black and Mr. Bellin will be presenting argument on behalf of all three Defendants.

THE COURT:  Great.  Thank you very much.

MR. HITCH:  Good morning, Your Honor.  On behalf of Apotex, it's Cortlan Hitch from Morris James.  And joining me today is Christopher Ferenc from Katten.

THE COURT:  Okay.

MR. TAYLOR:  And good morning, Your Honor.  This is Daniel Taylor from Smith Katzenstein & Jenkins on behalf of Slayback.  And with me is Jason Lief of Windels Marx.

Thank you.

MR. BLACK:  Your Honor, if I might address the Court briefly?

THE COURT:  Sure.

MR. BLACK:  Martin Black, as just introduced. I'm here for Baxter.  You didn't call us initially, but we're the third case on the list.

THE COURT:  Yes.

MR. BLACK:  Just for clarification, we represent

Baxter.  We're going to argue for all the Defendants today.

Mr. Brown represents only Slayback and Apotex because Latham has a conflict with Baxter.

THE COURT:  Okay.

MR. BLACK:  The case has been consolidated. We're going to have the argument today, but Baxter is not waiving conflict at stages of this case where it's going to become important, like, at depositions.  I don't want any -- our participation in this hearing -- it's going to be a little bit awkward because we have the Baxter client here -- Ms. DeMoor is going to watch two of her law firms argue against each other today, and we don't want Latham to get the view that the conflict is okay and can proceed later.

THE COURT:  All right.  So you've got that on the record.

Is there anything you need the Court to do about this?

MR. BLACK:  No, no.  I think we need to proceed with the Markman hearing.  We just didn't want it to slip by the yellow light and then have them claim we waived the issue.

THE COURT:  Understood.

Anything you wanted to add, Mr. Silver?

MR. SILVER:  No, Your Honor.  We talked about that briefly in connection with the Protective Order back in

August.  And if and when there's a motion, we'll deal with it.  But it's -- Mr. Black has made his record, and I think we can get into the hearing, if it's okay with Your Honor.

THE COURT:  Okay.  That's fine.

MR. SILVER:  So, Your Honor, good morning.  For the record, Dan Silver on behalf of Eagle.

We have three terms today to discuss.  I'm going to discuss what I call the "comprising" term.

Mr. Brown is going to discuss the "consisting of" term.

And Mr. Grabowski is going to discuss the "from about" term.  So, If it's okay with Your Honor --

THE COURT:  Okay.

MR. SILVER:  -- we'll just go in order term by term?

THE COURT:  That's fine, although -- and I want to give everyone a chance to say what they want to say, but the "comprising" and the "consisting of," we've got some disputes over language that's going to be told to the jury in the jury instructions and whether it's confusing or not.  And I feel confident we can figure out exactly what language to use after we figure out the underlying legal dispute, which is really the main show here, which is:  Can you have other stuff in the pharmaceutical products besides what's listed in the claim or am I missing something?

MR. SILVER:  No.  I think that's fair, Your Honor.  And, actually, we were talking yesterday.  Without waiver of privilege, I'm not so sure there really is an underlying legal dispute from a claim construction perspective.  We think both "comprising" and "consisting of" are very common terms.  And Mr. Brown will talk more about "consisting of."

But with regard to "comprising," for instance, if I could just jump ahead, the parties agree on what the plain and ordinary meaning is.  The only issue is that Defendants want to graft this additional language onto the "comprising" term.

And Your Honor's exactly right.  It is a jury trial.  And so I don't think we'd be having these disputes if it were a bench trial and Your Honor was going to decide it, because Your Honor would be able to readily determine what was necessary to faithfully adhere to the claim.

And so our view is, given that it is a jury trial, we ought to be shooting for less complexity and more clarity for the jury's benefit.  And we think the Defendants' additional language here, which is really unprecedented, only adds confusion to the issue.

And so we know from *Phillips*, Your Honor, that the claims serve as the best guide for the interpretation.  And if we look at the structure of the claim, which I've put

up on the screen, you can see there are different limitations.

The preamble is "a sterile vial containing a" liquid bendamustine-containing -- "a sterile vial containing a liquid bendamustine-containing composition comprising."

And then there's a limitation for the bendamustine. And then there's a limitation for the pharmaceutically acceptable fluid. So those are two different concepts in the claim. And then there are other limitations as well.

And, importantly, it is a comprising claim meaning that those things have to be present, but that other things can be present as well.

And as Your Honor knows well, and we know from *Phillips* through the present, including as recently as last year, the Federal Circuit said in Apple, "Disputed terms must be given their plain and ordinary meaning unless there's lexicography or disclaimer." Neither of which Defendants are arguing here.

And the plain and ordinary meaning of "comprising" is exactly what we've proposed, and I think in which Defendants agree. And we've cited to a number of cases from the Federal Circuit and from this Court, just reinforcing that it means including, but not limited to.

And we submit, Your Honor, that Eagle's proposed

construction is the appropriate construction, especially in these two cases, which are going to go to a jury.  It's consistent with the claim structure and the claim language.  It acknowledges that "comprising" has a meaning.  And whatever the meaning of "consisting" is is the meaning that Your Honor will give to it, but we don't need to tie that back into the meaning of "comprising."  And we think the straightforward plain and ordinary meaning will avoid jury confusion.

The problem with -- one of the problems with Defendants' proposed construction is that it attempts to import a negative limitation to define -- which is disfavored, and we know that from the *Nippon vs. Sarepta* case from Judge Williams a couple years ago.  But that's a well-established precept of claim construction.

And so the problem with their construction, in addition to the negative limitation, is it's entirely unprecedented.  They haven't cited to Your Honor, despite the clear, plain and ordinary meaning of "comprising," they haven't cited to Your Honor a single case that has done what they're urging the Court to do here.  They're asking the Court to go out on a limb and read in this negative limitation.

And there certainly have been cases that have "comprising" in the preamble and "consisting" in a

limitation that have not done what Defendants are urging the Court to do here.  So we think it's improper for that reason.

And, again, it departs from the plain and ordinary meaning.  And there's no basis for doing so. There's no lexicography.  There's no disclaimer.

So Defendants say this language is necessary, but that's a straw man.  Nowhere is Eagle arguing that the "comprising" phrase expands the "consisting of" term.

We'll talk about "consisting" and what it means as a matters of law, but we're not going to use the "comprising" phrase to drive a Mack truck through it, Your Honor.  We understand that they are separate claim terms and they should both be construed.  And we've committed to that in our brief, and I suspect Your Honor will hold us to that.

THE COURT:  So, yeah.  So let's just -- so let's get into that and see if we can understand exactly what the argument is.

So I take it there's a dispute because one or more of the Defendants' products has got stuff in it that isn't in -- specified in the claim right now.

MR. SILVER:  Correct.

THE COURT:  Correct?  Right.

And I took that from the motion that I ruled on earlier this week.

So can it have another fluid in the product --

MR. SILVER:  I don't think --

THE COURT:  -- and still infringe?

MR. SILVER:  I don't think there's a per se prohibition on any other fluid.  And the reason I say that, Your Honor, again, if we go back and look at the claim, the element below the pharmaceutically acceptable fluid is a stabilizing amount of antioxidant.  There are well-known antioxidants that are in a fluid form that would be -- could be added to the composition.

And so I think what -- the question that Your Honor poses, I think gets to the heart of the issue.  But, really, it's more of an infringement issue because we have to look at a particular formulation, what's in it, in what amount.  What is the function of the various excipients that are in there.  And then assess does it fall within the scope of the claim or is it outside the scope of the claim?

And I think that's very common in cases, Your Honor.  From our perspective, just to put our cards on the table, these claim constructions are not in any way dispositive, in our view.  It is just a question of:  How are we going to convey it to the jury?  What do our experts need to do?  How can we present it in a way that's understandable?

Without, of course, any inability for Your Honor

to give the jury any necessary clarification in later instructions.

THE COURT:  So just to be -- and -- well, I'm going to give a clarification later.  I'm just going to tell you that right now.

MR. SILVER:  Okay.

THE COURT:  But what I'm hoping to work out today is:  What are the legal consequences of the way this claim is drafted?

Because I can give -- I can pick one or the other side for claim construction, but we're just going to be in the same issue where we're playing word games with the jury later.  And what I don't want to do is play word games.

So if I have to list a paragraph of a claim construction explaining exactly what this means, I'm fine doing that.  But we need to decide today legally what this means so we can move forward.

So that's where I'm coming from.  And I don't mean to catch you off guard, because I know you've split up the way the terms are being argued.

So let me just ask you this:  Can it have another pharmaceutically acceptable fluid in it that is not listed here?

Is that your position?

MR. SILVER:  Again, I think it would depend on

what it is, in what amount and at what function.

THE COURT:  Okay.

MR. SILVER:  Like if there's a molecule of water as an impurity, does that take it outside the scope of the claim?

THE COURT:  Put the impurity aside.  Say it's got ten percent -- well, I'm just trying to see what the metes and bounds of your argument are.

If it's got ten percent water in it, would that be in the claim or out of the claim?

MR. SILVER:  I would defer to Mr. Brown on that --

THE COURT:  Okay.

MR. SILVER:  -- Your Honor, because that's more the "consisting of" term.

THE COURT:  Okay.

MR. SILVER:  But I -- again, I think this probably, as with all claim constructions, then gets given to the experts.  And then there may be some dispute between them as to what -- you know, what's fair game and what's outside the scope of the claims.

So I don't know that we can get absolute precision today, and I don't know that it's fair to expect us at this fairly early stage of the case to draw firm lines in the sand when we haven't gotten samples of their

products, and tested them and whatnot.

THE COURT:  I understand.

MR. SILVER:  So, Your Honor, I think, you know, reading between the lines, I think most of the action here is going to be on the "consisting of" issue.  So I'll just wrap up on "comprising."

My point is simply that "comprising" is a stand-alone term in the claim.  It should be given its plain and ordinary meaning.  Whatever the definition of "consisting of" or "consists of" is, Your Honor can clarify that to the jury.

But we shouldn't have a situation, just objectively -- even as a lawyer, it's somewhat confusing to throw in this negative limitation at the end of the construction.  I can only imagine for a lay jury.

We just don't think it's helpful.  We think it injects confusion, and it's not necessary.  And, again, it's unprecedented.  No one's ever done it.

THE COURT:  Thank you very much.

MR. SILVER:  Thank you, Your Honor.

THE COURT:  Should we hear the next -- can we hear the "consisting of" thing now?

I think it might be better because I really do think --

MR. SILVER:  Sure.

THE COURT:  -- these should all get resolved together.

Is that okay with you, Mr. Black?

MR. BLACK:  Yeah.  I was going to suggest that actually.

THE COURT:  All right.

MR. BROWN:  Thank you, Your Honor.

So, as I think we covered a minute ago -- I lost my -- there are two differences between the parties, the language of the parties' construction.

Defendants propose putting in "as ingredients" on the end of the claim -- of the "consisting of" claim term.  And the Plaintiffs propose including the language on the exceptions within the claim construction itself.

I want to start with Defendants' issue on the "as ingredients," and I want to go back to the claim structure for a minute.  I think this will help get to the heart of Your Honor's question.

So if we look at where "as ingredients" goes, it would go at the end of this phrase that begins with the yellow highlighting.  And we would submit, first of all, it just doesn't go there.  You would -- you're putting "as ingredients" being excluded and then you have "and another ingredient."  It's sort of implicitly confusing.

But I think starting from the topic of -- so I'd

like to start with, I guess, the legal issue of that term. And that's very simple.

Under *Phillips*, you look at three things. You look at the claim language, specification, prosecution history. It doesn't come from any of those places. It's not -- they're not alleging that it's a term of art in the pharmaceutical field, that somebody would know that it means a particular thing.

And so it appears to be surplusage pulled from the case law, but that case law isn't in the specific context of this invention and this patent where we have the specification, prosecution history and everything else.

So going on to the practical aspects, which I think was where the heart of Your Honor's question came from, we think that "as ingredients" is really a Trojan horse. They seem to be using it in their briefing for two purposes. Neither of which is proper.

The first purpose is to go back upstream and vitiate the "comprising" language at the introduction and basically say, There cannot be an additional ingredient of any kind in the liquid composition. That seems to be their position.

The second position, which is also unfounded, is the "put in" argument, that it's -- as I am interpreting. I'm not sure I interpret the brief entirely.

But the way I interpret it, it's similar to the argument in the 12(c) motion that we're going to go back and look at, Oh, we put something in our manufacturing process in another country.  We put something in, and we say we put that in, so that's what counts, not what's in the vial at the end of the day, due to testing, due to whatever else that may come up, and we put in evidence of what's in there or not.

That seems to be -- they're trying to hinge that and drive that in through the "as ingredients" component. And I can sort of see them arguing to the jury, Look on our label.  Here's an ingredient.  That says it can't have more ingredients; therefore, we're outside the claim.  And so, as a practical matter, that -- we don't think that accurately states the law.

And so, for those reasons, both the legal reason that there's no basis in the intrinsic record to do it, and for the practical reason, that it seems designed to confuse the jury, vitiate another claim limitation and open up the claim to arguments that we don't think are properly and squarely addressed under the law.  We don't think that that is the right construction.

Going to -- I'd like to now move to our language, which puts into the claim limitations, the two known exceptions.  We would note that our claim construction

is identical to the one that Judge Jordan adopted in the *Shire vs. Cadila* case.

And there, I think, as we look at the totality of the intrinsic record, we think it supports both that we are correct and the Defendants' argument is not correct.

I'd like to start with the specification. And this is a section that was cited in the joint brief. I think we cited it on Page 36. They cite it, I think, on Page 26.

And I think there's some differences, as you read the specification and try to interpret what the parties are saying. There are sections where it discusses what the pharmaceutically acceptable fluid contains. And I think the word "contains" is open. That is, I guess, similar to "comprising." If you dissolve something within the pharmaceutically acceptable fluid, you could fairly say it contains that or it includes that.

Here is the only section that I saw in the specification where it tells you what the pharmaceutically acceptable fluid is. Here, it says, in one embodiment, it is propylene glycol. Where you're going to put other things into the pharmaceutically acceptable fluid, as you make the liquid composition.

But here it's telling what you it is. It is the PEG in that embodiment.

THE COURT:  Well, let me ask you.  You said that was the only spot.  I found some other spots.

MR. BROWN:  Sure.

THE COURT:  Let me ask you about Column 2 starting at Line 65 to Column 3, Line 5.

MR. BROWN:  Sure.  And are you in the '783?

THE COURT:  I am in the '783.  It says, "In accordance with one aspect of the invention, there are provided long-term storage-stable bendamustine-containing compositions, including."  And then it says -- it's split into an A and B.

And the A says bendamustine.  And then the B says, "A pharmaceutically acceptable fluid, including (i), PEG, PG or mixtures thereof and (ii) a stabilizing amount of an antioxidant."

That doesn't tell somebody that the antioxidant or other things are part of the pharmaceutically acceptable fluid?

MR. BROWN:  So I understand how you're reading it, Your Honor.  And as we read through this, you know, preparing for this, we think there's -- the way I interpret what's going on here is when they're describing what can be encompassed or included within the totality of the invention, "included" is broader.  It's like "comprising."  It's broader than definitional.

And so what is the pharmaceutically -- and even in this context, they separate out what somebody would understand to be the vehicle, which is what's being dissolved, what's -- you know, what the antioxidant and the active ingredient are being dissolved into with the antioxidant.

THE COURT:  So, because the structure of the sentence, I would more read it the fluid is 1 and 2.  And you're trying to say that only 1 is the fluid.  That's not the most natural reading, it seems to me.  I --

MR. BROWN:  I do understand.  I do understand what you're saying, and I do understand their argument.

We would -- because of the other sections of the specification and the way that this particular claim is drafted, directly corresponding to other sections of the specification where the antioxidant and other ingredients are pulled separately, and the fact that this is a -- this is an including.  Later on in the specification, I think they use containing quite a bit.

Just below that in Column 5, Lines 39 -- 39, 40 and 54, 55.  They use the words "containing."  Containing is clearly broader than and can mean both what is the fluid and what is in the fluid as part of the formulation.

But I think, more importantly, when you look at the different -- the differences in how these sections of

the specification are drafted, and then you look at how the claim itself is drafted, the claim itself is very clearly drafted corresponding to language like this, where the solvent system that is used here is -- it is a mixture of PEG and PG.  That is what we are saying is the pharmaceutically acceptable fluid.

And then I just noticed that below it, you have a whole discussion of these combinations.  And the PEG and the PG that they're discussing here, it always adds up to a hundred percent.  In other words, there's going to be more stuff in there, but yet, oh, it's 75 and 25 percent PEG and PG.  That is the pharmaceutically acceptable fluid in this particular embodiment.

THE COURT:  So I think -- so say I agree with your argument -- that your best argument is that you have to look at the claim itself, and that assumes that there's something in there that that's not part of the pharmaceutically acceptable fluid, notwithstanding that half the time, the specification says that the stabilizing antioxidant is part of it and half the time, it doesn't.

But say you're right that the claim is what it is.  And so how are you supposed to know -- so, say, you can have other things in the product and still infringe.

Can you have other fluids in the product and still infringe?

MR. BROWN:  So I would parallel Mr. Silver's statement a few minutes ago.  This is going to be an issue for experts as to:  Is this what somebody of ordinary skill in the art would consider the pharmaceutically acceptable fluid?

So an antioxidant, you see an antioxidant.  You know how much antioxidants are put into pharmaceutical compositions.  You -- somebody's going to look and see BHT or something.

That's the antioxidant.  They're going to know that that is there for that purpose.  If I could have the --

THE COURT:  But it's not -- it doesn't say a purpose.  It says a fluid.  Like they're all pharmaceutically acceptable; right?

MR. BROWN:  But the other -- but antioxidant does have a function.  If I put something else in there.  For example, there's the stabilizing -- in the specification, there's the discussion about the stabilizing amount of a chloride salt.  If I come in and put a stabilizing amount of a chloride salt in there, a skilled person of ordinary skill in the art would recognize that's separate from the fluid, which is there to be the vehicle for the formulation.

THE COURT:  I --

MR. BROWN:  So --

THE COURT:  I think there's something in there somewhere.  What I want to do is -- because we spent time getting ready for the claim construction today -- is decide what's in and what's out.

And so, if we're not ready to take a position yet, maybe we shouldn't be here working on this.

Can water be in there?  Can you have 10 percent water.

MR. BROWN:  So I would say, again, we would have an expert come in and say -- and I'm sure they would have one -- to say this amount of water is clearly a pharmaceutically acceptable fluid and would be an extra ingredient that would take you outside the claim.

And unless we had a strong counterargument, that we would have to come up with that, No, the water is there.  You know, as -- you know, like, for example, I know ethanol has -- we litigated this in a similar set of patents in front of Judge Connolly.  Ethanol, when you see the word ethanol, you know, there's 5 percent water there.

So then we have the impurity exception.  So we would have to -- we could have an argument about it, but if you have another solvent or another component that's there in an amount and in a -- for a purpose where the expert is going to say, and this person of ordinary skill in the art is going to read this and say, This is part of the

pharmaceutically acceptable fluid.  Then you've exceeded the bounds of that.

And, you know, we can get -- we ran into this in the other case.  You say it's 10 percent, 9 percent, 8 percent, whatever the number is.  You -- then you just sort of get down the slippery slope argument.  But in that case --

THE COURT:  So you agree -- will you agree with me:  You cannot have another pharmaceutically acceptable fluid in the product and still infringe the claim?

MR. BROWN:  No.  I don't agree with that statement --

THE COURT:  Okay.

MR. BROWN:  -- because, again, the antioxidant could be a pharmaceutically acceptable fluid on its own. And in that context, that -- also, within the impurities limitation, et cetera.  I guess, in a circular way, the skilled artisan would come back and say, That is not a pharmaceutically acceptable fluid.  It's the antioxidant.

But, as broadly as Your Honor worded the question, no, we would not agree to that.  We would not agree as wording.

THE COURT:  Well, I guess what I'm struggling here with here then is, and I'm not trying to beat a dead horse.  We're here, so let's try to straighten this out.

Antioxidant is a function.  Fluid is not a function.

Do you mean solvent?

MR. BROWN:  I think -- we haven't proposed putting solvent in the claim construction, but I think, you know, as you looked at, for example, the prosecution history that's discussed in there, when you -- I think that actually is very instructive, if you read through the entirety of what was included.

Where the *Drager* reference disclosed lots of things.  It disclosed the -- but, particularly, it disclosed a polar aprotic solvent as a critical aspect of the invention.

It also disclosed antioxidants.  It disclosed a bunch of variety of other ingredients that you could put in there.

And when we made the amendment, going to "consisting of," and putting pharmaceutically acceptable fluid into the claim and putting "consisting of," we only talked about that solvent.

THE COURT:  I agree with you on that.

MR. BROWN:  Yeah.

THE COURT:  I think you're right about that. But you made a choice to say "consisting of," and so it seems to me you can't have other solvents.

You agree you can't have other solvents?

MR. BROWN:  We can't have other solvents, subject to the known exceptions.  So if they're an impurity or if they fall within the known exceptions to "consisting of," you know, if you have like every -- every solvent has some water in it.  Every solvent has -- you know, if you get the material data sheet or something for -- you know, for one of these things.  You know, ethanol is going to have, you know, 4.7 percent water, whatever it's known to have.

Those things are within the impurity exception or the -- unrelated to the claim element exception.

THE COURT:  Okay.  So I think we've got our first sort of fence off.

Cannot have other solvents in the infringing product; right?

So if the person of ordinary skill in the art understands that, even something with some impurities is still PEG, then that's fine.  That can be in the product.

But you can't have another solvent that's not in here.  Can't have DMSO.

MR. BROWN:  You can't have DMSO, correct.  The only hesitation I have is -- you know, is the antioxidant a solvent.  Is the -- the way I look at the claim is you -- and this is consistent with the *Amgen* case.

You look at the elements.  And you go down the

list of things, and you see if you have the thing.  And if you have -- if I can go back -- so if I have a pharmaceutically acceptable fluid consisting of these things, I've met that element.  If I have an antioxidant -- if I have something else that's there for a different -- performing a different function, you don't then go back and ask:  Well, is the antioxidant also a pharmaceutically acceptable fluid, or a solvent or something like that.

No, it's there.  It's its own component that's separate from that.

And so that's why we phrased the construction as it is, which is we know what "consisting of" is.  This is a question of fact.  It's a Stage 2 infringement question.  And, you know, we don't even know, you know, all the details of what we may find when we do testing of Defendants' product, et cetera.

And so this is actually fairly normal in pharmaceutical formulation cases where you have, you know, a pH adjusting agent.  And there's a fact question about, you know, is -- you know, what components --

THE COURT:  A hundred percent, and I'm fully familiar with that.  I guess the difference here is, again, you're referring to stuff by its function, and fluid is not a function.

MR. BROWN:  I think -- I mean, I would suggest

that pharmaceutically acceptable fluid, I would suggest that it is a function, that it is -- if you look -- in fact, if we go forward to -- you know, here's the one that says in Example 1.  Table 1 shows that bendamustine, when dissolved in a concentration of about 10 milligrams per milliliter in a pharmaceutically acceptable fluid, such as ethanol and propylene glycol, and containing a stabilizing amount of chloride salt, such as choline chloride.

So, here, the fluid is holding the other components.  That's its -- that is its function.  It's dissolving the other components.

Similarly, I think this is --

THE COURT:  Is a solvent.

So you're saying solvent now?

MR. BROWN:  Yes.

THE COURT:  Okay.

MR. BROWN:  It is functioning as a solvent.

THE COURT:  I don't -- and by the way, I'm not -- I don't mean to be hard on the attorneys.  I think you and Mr. Silver have presented the best possible argument one could make.

This patent -- I've seen patents like this before.  We all have.  This is a poorly drafted patent, and I'm trying to make sense of it.  You're explaining it very well, what your position is to me, but it's challenging.

MR. BROWN:  Understood, Your Honor.

THE COURT:  Yeah.

MR. BROWN:  I -- well, I think -- after what Your Honor said, I don't think we need to go through the amendment and the prosecution history.

THE COURT:  You certainly agree that the solvent systems that you distinguished are not -- can't be in the Defendants' products.

MR. BROWN:  I do agree with that, and I -- but I want to respond to the argument that Defendants have made about solvent system.  You know, they sort of want to broaden that out to be a solvent and anything that's in the solvent.  And I think that is a very overbroad reading of the term.

If you read what's going on in *Drager*, you've got to have the polar aprotic.  You can also have polar protic as long as you don't have so much that you -- you know, whatever -- they provide a bunch of limitations that -- how much polar protic you can have.  But you must have the polar aprotic.

And so, for example, niacinamide that -- they find that in there, which is something that's dissolved in the -- I don't know what niacinamide is, but it's dissolved, apparently, in one of the solvents.  And they're contending that it's not a solvent.

We didn't discuss that at all, and we don't think that that's a -- I don't think niacinamide's at issue in this case, in any event. But we don't think that the solvent and anything that's put into the solvent is the solvent system. We think the solvent is the mixture of solvents, like PEG plus PG, PEG plus ethanol.

In *Drager*, it's, you know, DMA plus PG, whatever the ones are that they disclosed.

THE COURT: Thank you very much.

MR. BROWN: And then, I guess, the only -- the next part that I had to discuss was the "does not exclude impurities in substances" --

THE COURT: So the impurities part, you don't have to go over. I understand that. We'll figure that out, what we tell the jury. If somebody of ordinary skill in the art understands that something is PEG, then it's PEG, even it's got impurities.

But tell me about what "substances unrelated to this element" means.

MR. BROWN: So there it's simply and, particularly, in this -- you know, the context of our broader claim, you know, we think the function of this element is to -- you know, to maintain the -- you know, the -- is to hold the other elements.

So, for example, if you put something else in

with a clearly defined extraneous function, we will say that it's not part of the pharmaceutically acceptable fluid limitation.  But, also, that it's unrelated to the element because it's not there performing that function.

THE COURT:  So --

MR. BROWN:  So --

THE COURT:  -- I just want to make sure I understand.  So what you're saying is you're going to be -- you want to be able to tell the jury that the product can still infringe, even if there is an additional pharmaceutically acceptable fluid in the accused product, so long as it has a function, that is not just a solvent.

Is that what you're saying?

MR. BROWN:  Well, a skilled artisan is going to be able to look at the formulation and say, It's like everybody does this when they submit to the FDA.  This is our solvent.  This is our pH adjuster.  This is our, you know --

THE COURT:  I've never seen them say, This is our fluid.

MR. BROWN:  I think they might say carrier, but --

THE COURT:  Well, that's at least a function; right?

Yeah, okay.

MR. BROWN: Understood.

THE COURT: Okay.

MR. BROWN: But if a skilled artisan is going to look at the formulation and not say, you know, what -- in the context of this claim and say, Well, this other thing, whatever it is, is not part of the pharmaceutically acceptable fluid, because it's the antioxidant. Then whatever other properties that little bit of antioxidant has, it's not going to take you outside of this claim.

Similarly, if we had something like an antioxidant, a stabilizing amount of a chloride salt, this is not something that takes you outside of it, even if that were their -- I mean, I don't know of any salts that are fluids. But if there was a pH adjuster or if there was some other thing that's in there for a specific purpose, and it's in there in an amount and in a way that a skilled artisan is going to look at that and go, That's clearly not what -- no one skilled in the art is going to say, This is a pharmaceutically acceptable fluid, then it's not one. And so -- yeah.

THE COURT: Very helpful.

Did you want to add anything else?

MR. BROWN: I think that's all. I think that's all at this point.

THE COURT: Thank you very much. I appreciate

it.

MR. BROWN:  Thank you.

MR. BLACK:  Thank you, Your Honor.  Martin Black.

I'm going to start exactly where you started with the question, which is one I often think about at these Markman hearings, which is:  What is it exactly that we're doing here?  And most of the time, we are trying to find a proper definition for a specific term, and both sides are trying -- jockeying for position on it.

But sometimes we're talking about more basic principles about what's the function of the claim as a whole?  How do the different pieces interact?  And how do the legal principles that we have to deal with apply.

Most of these pharmaceutical cases are ANDA cases.  They're bench trials, so the Markman process and the trial process is seamless and we don't really have this issue.

Here, we really have kind of a separate issue, which is what we're ultimately going to tell the jury.  And in the Markman process, we just wanted to make sure one thing, that the two basic principles that go to how to read a comprising, consisting of claim were upheld during the Markman process.  Because, ultimately, we're going to have to craft a much more complex, and nuanced and English

language jury instruction, which is going to be longer than a couple of words put in a box next to it.

So we're content, as long as the principles are clearly stated in the Claim Construction Order. To that end, during the process of negotiation over the claim construction, we proposed to the other side to agree that, Okay, you've got a comprising element. We don't know -- we know what that means generally. It's not a -- it's a term of art to a jury, for sure. The lawyers deal with it all the time, but it's not the way ordinary people use comprising. But we have a jury instruction to deal with that.

But we've got to take account of the fact that this is an unusual claim with a nested comprising consisting of element, which was the way they prosecuted the case. And as you pointed out, has created a very messy situation.

So we've got to have something in the Claim Construction Order and, ultimately, in the jury instruction, written at an appropriate level for the jury -- that's not really today's problem, which says that the pharmaceutically acceptable fluid is closed to the elements explicitly identified, because that is how "consisting of" has been used in the patent law for a hundred years.

They refused to add that to the construction, and so we identified it as a claim construction issue. But,

as I said, ultimately, we're going to have to give the jury an instruction that makes sense to them on their terms.  I don't think we need to draft that today.  We just want those concepts upheld.

In the briefing, as we pushed and pressed, and ultimately, in their reply brief, they conceded that, Yes, okay.  Consisting is closed.  You can't have another pharmaceutically acceptable fluid other than the ones -- the five that are listed in the claim.

During the argument, I heard some waffling.  You asked a pointed question about water.  Water is the enemy of bendamustine stability.  The prior art was a wafflized powder, which was composed in water shortly before administration to the patient, because it's unstable over a period of hours.

So having water not only is an anathema to the invention, it's clearly outside the claim.  You can't have 10 or 50 percent water.  And the idea that they might have an expert come in and try to interpret the "consisting" element in that fashion is totally inappropriate.

So on the comprising-consisting relationship, I think the concepts are understood.  There's been statements in the brief that say what the law is.  We just eventually will need a jury instruction implementing that.  And that's going to take a little bit more work than we can do today.

THE COURT: I appreciate that. Let me ask you this: So you would say -- they made the point -- let me back up.

They made the point that certain antioxidants are in fluid form. So -- and they're pharmaceutically acceptable.

So what am I going to make of that?

MR. BLACK: The only pharmaceutical -- we know one thing. The claim was closed. It's consisting of -- the pharmaceutically acceptable fluid can consist of only five things. If they can't use an antioxidant that's a pharmaceutically acceptable fluid --

THE COURT: Okay.

MR. BLACK: -- they have to use a different one.

THE COURT: So you would say cannot be another fluid.

What about the fact that we all know that the antioxidant is dissolved in the fluid? So it's not like it's sitting there in solid form.

I mean, what am I supposed to make of that?

MR. BLACK: Sure. So that's where the claim is a mess, right. And it comes from the way it was prosecuted, because it started as a general comprising claim. And they added "pharmaceutically acceptable fluid consisting of." They put a semi-colon at the end. And then they left the

antioxidant at the end.  So you have this mixed claim.

Maybe, depending on how you construe it and the statements they've been making here, it's going to turn out to be indefinite.  I don't know.

But the reality is that the "consisting of" element closed the claim.  That's the law.  They just -- no matter what this claim covers or doesn't cover, it cannot cover another pharmaceutically acceptable fluid.

Now, you can resolve these issues by looking at the claim, as the way the Federal Circuit did in *Norian*, and I think it was in *Shire*, as a recipe claim.

It's -- what is this claim?

It's a -- okay, okay.

So the claim is really a recipe to make a stable form of bendamustine.  And it has a series of ingredients.

And the first ingredient is the bendamustine. And bendamustine is described as the active ingredient in the specification.

The second ingredient is the pharmaceutically acceptable fluid.

And the third is an antioxidant.

THE COURT:  And even though we don't normally think of claims as recipe claims, would it be appropriate here, because we all understand that the bendamustine and the antioxidant are in the fluid at the end of the day?

MR. BLACK: That's right. Exactly. And that's consistent with the way the Court phrased it in *Shire*, consisting -- because of the way -- because it's "consisting of". Consists of creates a strong presumption that excludes any elements, steps or ingredients not specified in the claim.

And then you have a very similar statement in *Norian*. The patentee characterized the solution in terms of the components put into it, and their scope was limited to the designated ingredients.

THE COURT: Now, counsel raised a point today in argument, which I think was persuasive, that that opens you up to turn around and argue that because sodium hydroxide was added as an ingredient, now that takes it out of the scope of the claim. Even though a person of ordinary skill -- either because -- a person of ordinary skill in the art wouldn't understand that sodium hydroxide is part of PEG and exists in PEG or because they've got some argument about it being used up.

MR. BLACK: Right. So you've got the 12(c) motion. You had the benefit of reading the 12(c) motion, which we didn't write.

THE COURT: Right.

MR. BLACK: There's going to have to be some development on the record on this, but the pharmaceutically

acceptable fluid has to be PEG.  The pharmaceutically acceptable fluid is really the key term.

See, we're having a little Kabuki theater because they didn't want to ask that pharmaceutically acceptable fluid be a solvent, because they can't do that. Because the pharmaceutically acceptable fluid is an agreed claim term which they agreed to, and it means a fluid which is suitable for pharmaceutical use.

And they did that because that's in the -- those words are exactly in the specification, and the specification explicitly says it can be a solvent.  So if you add a fluid, and pharmaceutically acceptable fluids come in many flavors.  There's only five that are allowed in this case.

Saline is a pharmaceutically acceptable fluid. Dextrose is a pharmaceutically acceptable fluid.  Ringer's lactate.  Mineral oil can be a pharmaceutically acceptable fluid.  If it's pure enough, it's on the FDA's list.

But they can't add a pharmaceutically acceptable fluid to this formulation unless it's one of the listed five, because they selected "consisting of" not comprising, not even consisting essentially of.  When they prosecuted the patent, they went all the way to "consisting of" to get it allowed over *Drager*.

And that has a consequence.  We have to start

with that.  And no matter what you want to do with respect to the antioxidant or the "comprising" element, it cannot open that "consisting of" element.  It is closed by law.  A basic principle that they understood throughout.

Where are my slides going or -- oh, he's helping me.  He's very good.

So that's the issue.  We have this messy claim. We need some principles to help us through this, and then we can draft a jury instruction that will implement the principles when we get there.

The other two issues at the end.  Impurities, I think, Your Honor, we don't believe it needs to be in the construction.  But, sure, if PEG -- if there's a -- everything that goes into a pharmaceutical product comes from the natural world.  Everything in the natural world is going to have some impurity in it.  You can't have anything that doesn't have, you know, one part in a million of some manufacturing byproduct or something.

And we're not saying that that would take it out of the claim.  We agree with that.

What we're concerned about is putting the word impurity into the claim without an explanation because they seem to think everything's an impurity whether or not -- and we need to have some guideposts on that.

THE COURT:  What if a person of ordinary skill

in the art -- and I get it.  This wasn't your brief -- would understand that you add sodium hydroxide to PEG to adjust the pH.  But, nevertheless, it's still PEG.

Can they put that on a trial?

You would say, No, because sodium hydroxide is a pharmaceutically acceptable fluid.

MR. BLACK:  I would say, no, that the combination of the PEG and the sodium hydroxide is not a -- it's not a pharmaceutically acceptable fluid on that list.  And what you'd get when you combined the two is not PEG.  PEG is a -- the formula that, with a molecular formula.  And my understanding is -- and I'm not the expert on the team on this issue -- but my understanding is that you will not have one of the things that's on that list.

But you will be providing a pharmaceutically acceptable fluid, which is not on the list.  And that would be -- that would be fatal.

So, but I agree that's more of an infringement issue.  And he's standing to make sure that I don't make any admissions on behalf of him.

MR. FERENC:  I just wanted to make the offer, Your Honor, having advanced the motion, if you had questions about it, that are relevant to the claim construction.  I'm happy to answer it.

THE COURT:  No.  I understand what's going on

here.  I don't understand how we're going to get out of the situation, but I fully understand what's going on.

MR. FERENC:  Your Honor, may I make one comment?

So one of the things that, you know, Mr. Black was saying, if you have a fluid that is water and salt, that's salt water.  The fluid is salt water.  It has other things in it, right.

So the whole point about the ingredients here, and our offered construction, is that that's how they chose to describe what the pharmaceutically acceptable fluid must be.  These are the ingredients that it can only be.

So if there's another fluid that has different ingredients, that would be outside the scope of the claim.  Otherwise, the "consisting of" amendment has no purpose.  It has no consequence.

So, again, in the context of:  What is a fluid, we have to look at, okay, who's using what fluids?  And what the ingredients of those fluids?  And then we can decide:  Is that outside or inside the claim?

But for the purposes of construction, I think, you know, our position is simply that the "consisting of" has to have a legal consequence.  And what is that consequence?  It limits what ingredients must be present or can be present in the pharmaceutically acceptable fluid.

So if there's a different fluid with different

ingredients, that would necessarily be outside the scope of the claim.  If we don't get something, that construction, then it's going to be very difficult for the jury to understand what is and is not inside the scope of the claim.  And Your Honor's stated goal here is to figure that out.

So, again, if there's any questions that you might have that are relevant to the 12(c) briefing that you reviewed earlier this week.  And I'm not going to reargue it here, but I was just offering that to clarify issues.

THE COURT:  I appreciate that.  I understand.

Well, there were other factual issues that prevented granting of the motion, which I hope was clear from the ruling that we put out.

Let me ask you this, Mr. Black.  Plaintiffs have made the point that they don't have what they need from you in terms of products so they can sort of -- I mean, we're talking in the abstract here instead of in the concrete.

Is that because they don't know yet what's in the products?

MR. BLACK:  No, Your Honor.  We've had full disclosure of documents.  They have the ANDAs.

I guess what they're referring to is we're missing exchange of samples that will take place and some testing.  That's not going to resolve this case.  They know what the formulation is by reading the ANDA, and they know

we don't have.  So I think that's a little bit of a let's kick the can down the road and just try to get this to a jury, which brings me to the last point, which is we can't go to the jury on a confusing mess.  The claim starts as a mess.  We're going to have to help try to clean it up.

The one thing we can't do is put in the words "unrelated to the invention" or "unrelated to the element" into the claim.

THE COURT:  Yeah.  We're not doing that.

MR. BLACK:  Okay.  Okay.

THE COURT:  There's zero percent chance that we'll do that.

MR. BLACK:  Well, then I will stop talking.

THE COURT:  Yeah.  All right.

Let me see if I have any other questions for you.

Counsel pointed out that there are a number of portions in the spec -- we counted one, two, three, four, five -- where they treat the stabilizing amount of chloride salts or stabilizing amount of antioxidant as something that is different from the pharmaceutically acceptable fluid.

And so, to the extent the stabilizing amount of antioxidant is, in fact, in liquid form and might be considered, standing alone, to be both a fluid and pharmaceutically acceptable, what am I to make of that?

MR. BLACK:  I think you might have to find the claim indefinite.  If we can't tell what the line is between the fluid -- the pharmaceutically acceptable fluid and the liquid bendamustine composition, I don't -- I don't know how -- and what position does that put us in as far as, you know, Defendants trying to work around this claim?  They created this mess.

I mean, if you look at the spec, there are points in the spec that clearly say what you say.  There are also many points in the spec, including the abstract.  And then this example where they give three very clear pharmaceutically acceptable fluid examples.

And in the briefing, and even in the argument today, they sort of -- they say that that's not there or they kind of pretend it's not there.  I don't understand that.

Here are three fluids, A, B and C.

A is PEG, PG or mixtures thereof and the antioxidant.  That's together.  It's the fluid A with two parts.

And then you've got fluid B, which could be a mixture of PG, ethanol, and those other ones and a chloride salt.  Okay.  And DMSO.

These are all different pharmaceutically acceptable fluids.  We think the idea was that you put the

fluid in and mix it with the bendamustine.  The fluid can have multiple other things that are in fluid form.  It can have things dissolved in it.  It can have a chloride salt, an antioxidant, but they're all pharmaceutically acceptable fluids within the nomenclature of the patent.

But if we can't tell, one way or the other, then the claim is going to be indefinite.  So I don't think it helps them at all.

THE COURT:  Thank you very much.

MR. BLACK:  Thank you, Your Honor.

MR. BROWN:  Thank you, Your Honor.  I'd like to just address a couple of points.

Can we have ours?

So I wanted to just go to the claim itself here. So the first point I wanted to address is this, the recipe claim or the recipe idea that it's not claiming what is in the formulation or the composition at the end of the day, that it's what at different points may have been put into the process.

And, first of all, I think the case law is -- you know, goes against that concept, unless there's a different reason specifically to do it.

But, here, this specifically says "a sterile vial containing."  And so it's -- what's in the vial is what you look at to determine infringement, not what was done in,

you know, in some other country before the product was made, used or sold or imported into the United States.

THE COURT: Well, doesn't that actually weigh in favor of them?

It contains a liquid bendamustine-containing composition. So that's what it's containing, it's containing the composition, which is in liquid form even though --

MR. BLACK: And then that's --

THE COURT: -- bendamustine was a --

MR. BROWN: And so I think that leads to my second point, Your Honor, which is the art here is pharmaceutical formulation. This is not metaphysics. We are not trying to take these words and create this definition where every known substance in the universe, either has to be on one side or on the other side of every line. These are -- and I take issue with counsel's indication of 112 as a boogeyman. And there's law around that.

You know, we don't think that that's an issue. The issue really here is patents directed to a pharmaceutical formulator. And, yeah, there's going to be more language that goes into the definition of skill in the art that we present at the end of the day. But, basically, that's who it is.

And these are folks who know what an antioxidant is.  Try to define -- I had a whole case in front of Judge Andrews that went on for years fighting over whether one -- you know, whether some little thing in a -- that was an impurity in a formulation was or wasn't an antioxidant.  We had experts and piles and piles of people on that.

It didn't read out the claim indefinite, and it was just an issue that we had to, you know, put to Judge Andrews in that case for trial, and he ruled on it.

THE COURT:  But how are they supposed to -- if you're saying that there can be another pharmaceutically acceptable fluid, how are they supposed to know if it falls in or outside the claim?

MR. BROWN:  I think the issue is that they know what the pharmaceutically acceptable fluid is when you look at it.  And I -- you know, back on to the metaphysics point for a little while, you know, they're casting aspersions on us for how we drafted the claim and everything else.

But the formulations that we've seen from the -- you know, I'm in the Apotex and Slayback cases, these are essentially taken from our patent, with our pharmaceutically acceptable that they used.  You know, PEG is a predominant ingredient.  They use the, you know, secondary ingredient that's right out of our patent.  They're adding things that are described in our patent.  This is not a design-around

case.

And we had -- you know, those patents were drafted in 2010 when this was a startup company trying to -- you know, the specifications, everything were drafted years ago when we had to sort of predict the future.

THE COURT:  So, I guess, I'm wondering why we're here then.

Is the antioxidant a fluid or not in their product?

MR. BROWN:  If the antioxidant is -- happens to be a fluid.  There are some that are and some that aren't.

THE COURT:  In the accused products?

MR. BROWN:  I don't know for -- first of all, I don't know the Baxter product at all.  And, actually, sitting here today, I don't know the answer to that question.

But as a sort of matter of interpreting the claim, if a skilled artisan -- you know, antioxidants go in in very small amounts.  A skilled artisan, looking at the identity of the composition, the amount that it goes in, is going to know that that's the antioxidant.  I can tell because of what the chemical is and where it goes in.

The fact that it's also a fluid and it's pharmaceutically acceptable doesn't change the essence of this claim, doesn't change the essence of this invention.

You still used the fluid made up of PEG, plus one of the other ingredients. You put an antioxidant in because the patent told you to put an antioxidant in.

And if you put some other functional group in, like, an antioxidant that a skilled artisan knows what it is, you don't go back and ask whether it's also a pharmaceutically acceptable fluid, because you know it's there, like antioxidant. And somebody of ordinary skill in the art can also see -- we understand the sections that Mr. Black was citing in the specification and that Your Honor asked about at the beginning.

But the other sections Your Honor pointed to are there. And this claim is directed -- drafted directly corresponding to those sections of the patent. So a skilled artisan can read and understand. Yes, I know what we're talking about. We're talking about this where, for example, in Column 3, where it says the pharmaceutically acceptable fluid is the two solvents that are used as the carrier for the formulation. That's something people who are formulators know.

A lot of what I'm hearing from the other side, and I understand it, but a lot of what I'm hearing really is, you know, in my view, metaphysics. We're trying to just put too many, too many, too many words to resolve this issue and make it something where the jury doesn't get to decide,

doesn't get to see, wow, this looks exactly like that.  This looks exactly like what they invented, and what's described here in the claim.

It -- I think -- and I would cite the Court to the *Azurity* case that we cited in our brief where this Court, you know, did -- you know, undertook a similar exercise, and particularly with the consisting of limitation.  You considered it a fact question.  It is a fact question to go to the finder of fact.

THE COURT:  So your brief said -- I just want to make clear, you agree or your position is that the composition, the liquid composition covered by the claims can include additional components so long as they are dissolved in the pharmaceutically acceptable fluid and do not make up part of the pharmaceutically acceptable fluid itself?

MR. BROWN:  Correct.

THE COURT:  So is that sort of circular?

Like it's --

MR. BROWN:  No.

THE COURT:  You have other stuff as long as it --

MR. BROWN:  So it's back to the same fact question, Your Honor.  So if I -- like if I take the antioxidant, and it's a liquid, a skilled artisan is going

to consider that dissolved in those five compounds.

I look at those five compounds.  I know what their characteristics are.  If I'm putting alpha -- alpha-tocopherol, I think, it may be a fluid.  That's Vitamin E.  I think, I'm not positive -- don't -- it's not a representation, but I think, for example, that's a fluid.

I put alpha-tocopherol in PEG with ethanol.  I think a skilled artisan is going to say that's dissolved in the pharmaceutically acceptable fluid.

THE COURT:  Okay.  And is that what we're talking about here in this case --

MR. BROWN:  Yes.

THE COURT:  -- or is that a hypothetical?

MR. BROWN:  Well, no.  Actually, no.  I don't know if any of them use that.  I do not -- I didn't come here intending to argue the infringement component.

The position that I know on the noninfringement side, it really comes down to the -- to what was in the 12(c) motion.

THE COURT:  All right.  Thank you very much.

All right.  Let's hear the next term.

MR. GRABOWSKI:  Good morning, Your Honor.  Alex Grabowski here for Plaintiff, Eagle, in the Apotex and Slayback cases.

I'm here to address the final term, which

contains a typo that we're asking the Court to correct.  You can see it here.  It's "wherein the bendamustine concentration composition is from about 25 milligrams per milliliter" and then just sort of abruptly cuts off where the POSA would expect it to be corresponding to about defining the range.

The reason that's there is just because there was a corresponding range.  It was deleted out.  The "from" was inadvertently left in.  So we're just asking the Court to take out that "from."  You can see it there in the full structure of the claim.

And there are two requirements for correcting these sorts of typos.

One, that the correction is not subject to reasonable debate based on the claim language and the specification.

And, second, that the prosecution history does not suggest a different meaning.

And, here, we meet both of those elements.

So starting with the claim.  As I mentioned, you see it just abruptly cuts off.  There's no range.  The POSA is going to know, given how it's used, that that's not normal.  That's not the way this term is used.

And you can tell that particularly from the specification.  The specification repeatedly uses this "from

about," "to about," "from about," "to about" sort of construction when it's defining ranges.

In fact, "from about" appears over 20 times in the specification defining various ranges. And every single time it shows up, it has a corresponding "to about." The lack of that is a major red flag.

If you look at the *Pavo Solutions* case, they're clear that -- when something is used in the specification in a consistent and exclusive way. If it's used differently in the claims, that tells the POSA there's a typo.

And we can also tell it's a typo from the prosecution history. The prosecution history is incredibly clear about what Eagle was trying to do and what happened here.

If you look at the -- oh, excuse me. And I'll also note that the Federal Circuit has held in *Ortho-McNeil* that POSAs can understand when you're trying to claim a range and when you're trying to claim something that's more specific than a range.

The prosecution history is incredibly clear. These are the original claims. It's originally here "from about to about 20 milligrams to 60 milligrams."

There's an amendment. The amendment strikes out that range, replaces it with "specifically 25 milligrams per milliliter." But you can see that "from" was inadvertently

left in.

And we know it's inadvertent because this is Exhibit 6, which is an office action reply. And that reply also contained remarks explaining what Eagle was trying to do.

And those remarks say -- this is at Page Bates 2069 -- "Claim 1 has been amended to include the subject matter of Claims 2 and 3."

Let's look at what Claims 2 and 3 are. Particularly, the end of Claim 3 here, "wherein the bendamustine concentration in the composition is about 25 milligrams per milliliter."

It's very clear. That's what was claimed. That's what Eagle said it was trying to fold in. It just accidentally left that "from" in there.

And that's consistent with the remainder of the prosecution history. If you go back to Exhibit 6, and you look throughout, Eagle's repeatedly talking about the fact that what they're claiming is a concentration of about 25 milligrams per milliliter or, for example, 25 milligrams per milliliter.

Eagle is very clear that this is no longer a range. This is 25 milligrams per milliliter and a little either way, about 25 milligrams per milliliter.

Now, Defendants have a few points they want to

make about this. They want to say that, Oh, well, you can only correct a misspelling or a wrong keystroke or something. But that's just not the law.

There are a number of cases that we've cited to Your Honor that describe specifically striking out or changing entire words. The *Intermec* case, in particular, is very relevant here because it's very similar. There was a phrase in the old claim "adapted to couple." They cut "to couple" and accidently left "adapted." The Court looked at the prosecution history in that case, saw "adapted" was left over, and struck it.

They also -- Defendants also argue that Eagle can't have made a typo because Eagle didn't seek a Certificate of Correction. That's just not correct. It's been rejected by the *Yodlee* case here in this district.

And it's just not practical, either, because Certificates of Correction take weeks or months to get and they're only prospective. So even if we had done that, we'd still be here in front of Your Honor asking for this. And it would have just been a waste of time.

And, finally, Defendants want to say, Well, what we're doing here is wrong because there's two reasonable corrections or, actually, looking at their slides, they've now upped that to about six reasonable corrections. But the fact of the matter is that's not true, because Eagle's very

consistent, again, through the prosecution history, that that's what they were claiming was about. They said exactly what claim they were trying to incorporate. They folded it in. They just left an extra word there, and it just needs to be struck.

Thank you, Your Honor.

THE COURT: Thank you very much.

MR. BELLIN: Thank you, Your Honor. Judah Bellin for Baxter, the Defendants.

So, as Mr. Grabowski said, there's no upper bound in this claim. That's undisputed.

The claims recite from about 25 mgs per mL in a bendamustine-concentrated dose. There's no upper bound. These claims are indefinite.

The specification does not support an inherent upper bound. Mr. Grabowski, I believe, showed this paragraph, but he cut off, I think, the last sentence, which says explicitly that the amount of bendamustine is outside the ranges that are disclosed in the specification. So that further shows that these claims are indefinite as invalid.

Mr. Grabowski just said, and they said in the briefing, that a POSA looking at these claims would recognize that there's no upper bound. There's no corresponding endpoint value that's necessary to complete a concentration range.

And, Your Honor, if it's undisputed that the claim does not provide a POSA the scope of the invention, that there's nothing in the specification that would provide a POSA notice of what an inherent upper bound is, the Court should find this indefinite. And I think we cited to a few cases in our briefing, which, you know, show multiple District Courts noting when a claim was indefinite because it failed to include certain bounds.

I believe Mr. Grabowski cited the *Ortho-McNeil* case saying that a POSA would always recognize when the inventor intended to claim a range. That case is totally different.

So, first of all, that case did not involve any allegation of a typo or an error. In that case, there were two claims. One of which included a range, explicitly. One claim did not include a range, but included a precise value.

So what the Court was saying there was that, looking at the claim and the specification, a POSA would understand when the inventor intended to claim a range and when they didn't. That's just not what's at issue here, Your Honor.

Mr. Grabowski pointed to the *Novo* case or, I guess, it's the Federal Circuit's language of them needing to prove a typo, not subject to reasonable debate. They haven't done that here, Your Honor.

This is an exacting standard. As we said, you know, there's nothing in the language of the claim that suggests that there was a mistake. Eagle hasn't explained why there was a mistake other than their own say-so.

In fact, we all agree, Your Honor, there's no upper bound. They quoted the *Intermec* case, I believe, Your Honor, but that case was -- that case is distinguishable because there the -- I think the language was a portable computing device adapted and detachably couplable to a communication device. The language was just logically and grammatically incoherent.

That's not the case here. And, again, we all agree that it just lacks an upper bound. That's what both of the claims say.

Your Honor, this is also consistent with the prosecution history. When Eagle was prosecuting this claim, they wanted to come -- they wanted to overcome the prior art, which recited a 5 mg per mL concentration. They wanted to get a more concentrated bendamustine liquid. And they said that they were trying to claim, e.g. 25 mgs per mL.

But they wanted a more concentrated bendamustine liquid. And that's what they claimed here.

They did this twice, Your Honor. This is intentional. This wasn't a mistake.

Your Honor, this is not like any of the cases

that Eagle has cited in their brief.  This isn't, you know, a case where the language is incoherent.  It's not missing a comma in a chemical compound, which is one of the cases.  It doesn't include a nonsensical word.

I think *Yodlee*, Mr. Grabowski referred to there. I think the claim referred to spitware.  The word is really software.

There's nothing like that here.  So it would be inappropriate for the Court to correct it.  And, Your Honor, on that point, too, the law is very clear that correction is improper when multiple possible corrections exist.

Here, Your Honor, in our brief and on this slide, we've shown there are multiple reasonable corrections.  At least six.  I think there are more just by looking at the spec, the ranges that are disclosed.  But, certainly, you know, within the prosecution history, Eagle referred to these ranges, 25 -- about 25 mgs per mL and 20 mgs per mL.

Again, we think these claims are invalid.  We don't think the Court should correct them.  But if the Court does believe that there is a typo or an error, the Court can choose from any one of these.  These are all taken from the specification and the prosecution history.

And, you know, I think Mr. Grabowski, and in their brief, they had mentioned or they had argued at least

that 25 mgs per mL is objectively unreasonable that -- I think he said, you know, consistently -- consistently they said about 25 mgs per mL. That's what they said they claimed.

But in this -- I'll point you to the exact same exhibit, Exhibit 6, that Mr. Grabowski just showed you. They refer to seeking to claim 20 e.g. 25 mgs per mL. And they said that the applicant was preparing -- was trying to cover 25 mgs per mL. And they say that that's what they claimed.

You see the language claimed, which is what you also saw with the 25 mgs per mL -- excuse me. With the about 25 mgs per mL. But you see that it could be either one. The Court could choose either one.

And because there are multiple corrections, the Court -- the -- multiple possible corrections if the Court finds there's an error, which you shouldn't. But if it does, the Court could choose one of those.

You know, I think we've also shown in the brief, Your Honor, that the '783 patent, the other asserted patent in this case, results from virtually the same prosecution history. Eagle claimed both about 25 mgs per mL and 25 mgs per mL. So for them to argue that, you know, the only reasonable correction is about 25 mgs per mL doesn't hold up.

You know, honestly, Your Honor, the first time Eagle even suggested that this claim had an "error" was when we told them that we were going to argue that the claims were indefinite.  They never sought to correct the claim.  They never mentioned at any other point that they thought that they were going to need to correct the claim.

So, you know, what's really happening here, we think, is that Eagle is trying to preserve its claim by asking you to redraft it.  And the Federal Circuit has said multiple times, that's not its role.  That's not the role of the District Court.  So the Court should decline to do so here.

THE COURT:  Can I ask you:  Would it be appropriate for me to consider, under the circumstances, that everybody knows that we're talking about a pharmaceutical patent?

And that this isn't the type of case where you have this worry that the patentee, the brand name product, is going to -- you know, is being sneaky.  And maybe they were trying to claim greater than 25, but now, they're taking a position that it just should be 25.

I mean, everybody knows what the concentration is in their product and what yours has to be.  And they knew that when they were drafting it.  And there's no reason to think they were trying to be sneaky and are going to try to

accuse, you know, 50 milligrams per mL to infringe.

Or is there a reason to think that here?

MR. BELLIN:  The reason is in the spec and in the prosecution history.  So the spec, again, says that the bendamustine concentration could be outside the ranges.  And the prosecution history, again, shows Eagle's intent to claim a more concentrated bendamustine concentration.  I think it's plain in the evidence, Your Honor.

THE COURT:  All right.  Thank you very much.

MR. BELLIN:  Thank you.

MR. GRABOWSKI:  Your Honor, if I could just address a couple of those points.

First off, I'll start where that ended.  There's nothing in the prosecution history that suggests we were trying to claim greater than 25 here.  I think, as we looked at in Exhibit 6, we were very clear about what we were trying to claim.  It was the subject matter of former dependent Claim 3, about 25 milligrams per milliliter.  There was just a word that got left over.

And I think actually one of Defendants' own cases kind of makes this point, that *Novo Nordisk* case they're relying on for purposes of the upper range -- on an upper range being invalid.  That was invalidated during prosecution.

If this were an issue that people actually

understood to be greater than 25 in an unbounded upper range during prosecution, it would have been addressed during prosecution. But the fact is, if you look through that entire reply consistently, Eagle's very clear, about 25, Example 25. And, yes, there's one place where Eagle says exactly 25. But that's what makes "about 25" the only reasonable correction.

If you look here, you can either say, Well, we've said about 25 some places, and we've also said 25 in one place. What's claimed is about 25.

If you correct it to 25 exactly, then none of these make sense. The only way it's consistent is if you read it as about 25.

The other point I will just make is that, while we agree there's clearly no written upper bound in the structure of the claim itself --

Can we go back to the claim slide? Thank you.

A little further. There. There we are. Thank you.

There's no written bound there, but there's a delta here between would a POSA recognize an explicit upper bound that says there's a typo, given how these terms are consistently used.

And have Defendants met their clear and convincing burden to show that there is no inherent upper

bound rendering this indefinite.

Other than the specification itself and the prosecution history, they haven't even put in evidence of that. There's nothing about what a POSA would understand the inherent bounds to be. They clearly haven't met that burden.

So even, if Your Honor thinks, Oh, this isn't a typo, and, frankly, I think, given the wording in Exhibit 6, that's, you know, not supported. But even if Your Honor thinks this isn't a typo, it's clearly not meeting their clear and convincing burden of what a POSA would understand inherently to support.

THE COURT: Okay. Thank you very much.

MR. GRABOWSKI: Thank you, Your Honor.

THE COURT: I have some thoughts, but I want to take a couple minutes just to make sure I express them clearly, especially in a case like this. It's probably better to be precise.

So why don't you give me a little time. I don't think I need much time. Maybe let's take a 15-minute recess. And if I need a little more time, I'll have somebody let you know.

DEPUTY CLERK: All rise.

(Recess was taken.)

DEPUTY CLERK: All rise.

THE COURT:  Hi.  Please be seated.

Okay.  I've got some thoughts that I wanted to convey while everything is fresh in my mind, because I've got 300 other cases that need my attention and I'll forget. So I wanted to give you what I can give you today.

So, just at the outset, I don't think there's a reasonable debate that these claims are a mess.  I agree with counsel about that.  We have very, very skilled attorneys on both sides arguing, and I appreciated hearing from everyone today.  Everyone did the best that they could with these claims.  It is not counsel in this room's fault that the claims are the way they are, but they are a mess.

And so the question is:  What we're going to do about it?

So starting with Terms 1 and 2, everybody in this room knows what "consisting of" and "comprising" means. We all know that.  We've got proposed constructions from both sides, but neither clarifies what the real issue is here, which is:  How do these claim elements fit together.

And the mess we're in in this respect is compounded by the fact that the patent is internally inconsistent about what it means when it talks about a pharmaceutically acceptable fluid.

So I'll just say the record, here's where we found, things that seem to support the proposition that the

fluid, when it's referred to, includes additional things that aren't necessarily a solvent.  So, for example, the abstract.  We have the portion we talked about during the hearing today, which is Column 2, Line 65 to Column 3 to 5. We have Column 4, Lines 30 to 39.  We have Column 5, Lines 36 to 46.  We have Column 5, Lines 52 to 61.  And we have Column 6, Lines 20 to 27.

And then we've also got portions of the patent where it talks about the stabilizer being a separate aspect or separate element.  We've got Column 2, Lines 1 to 7. Column 4, Lines 45 to 53.  Column 7, Lines 25 to 35. Column 8, Lines 26 to 34.  And Column 9, Lines 15 to 19.

So what do we do about this?

I agree with Defendants, in the abstract, that you can't have in the product another fluid that is a pharmaceutically acceptable fluid that is not on the list and still infringe.  I agree with them.

That said, I'm not willing to say, at this point, that a product that has, for example, liquid Vitamin E as an antioxidant doesn't infringe because it's a liquid. Because the patent claim expressly allows for an antioxidant as a separate element.

I think Plaintiff agreed today, and I think we all agree that there can't be another solvent system that's not on the list of pharmaceutically acceptable fluids.  But

I'm not going to say that the use of an antioxidant, that someone might characterize as a solvent because it's capable of dissolving a solid, would take a product outside of the scope of the claims.

I'm not going to allow the jury to decide the issue of whether a substance is "unrelated to this element" or "unrelated to the invention."  That's not something that's within the province of the jury.

I think that impurities that are normally associated with a component are included in the scope of the term.  I think we all agree on that.  We just have a dispute about whether or not to tell it to the jury.

And so what do we take from all of this?  I think the only thing we can do is to ultimately give the jury a narrative that explains how the "comprising" and "consisting" elements fit together.  But it's premature for us to work on that until I understand what the parties' positions are.

And, of course, I understand that the Court is to construe claims without reference to the accused products.  But the Court also only needs to construe claim terms to the extent there's a dispute, and I don't have an understanding about what the dispute is here still.

And doing it right now or adopting one or the other's party's proposed constructions right now is just

going to invite word games in front of the jury. And I have no interest in doing that.

So the bottom line here is that we all know what comprising and consisting of are. Adopting one or the other side's proposals is not going to help. It's just going to invite word games later.

So what we're going to do is we're going to hear what the parties have to say about it at summary judgment. And then, to the extent there's a dispute about what to tell the jury, we will deal with it at the jury instructions.

So that's Terms 1 and 2.

So for Term 3, the Court agrees with Plaintiff. The Court can correct typographical errors if the correction is not subject to reasonable debate based on consideration of the claim language and the specification. And the prosecution history does not suggest a different interpretation of the claims. And I find that both of those factors are met.

The prosecution history shows that the correction is not subject to reasonable debate, as was discussed here at the hearing today. There was an original claim that claimed "from about 20 milligrams per mill to about 60 milligrams per mL and a dependent claim that claimed about 25 milligrams per mL." The claims were amended. It's clear from the prosecution history that the

patentee was incorporating the dependent claim "about 25 milligrams per mL," but just forgot to delete the "from."

It would be a different situation if the claim said more than about 25 and less than about 60 and just deleted the 60 part, but that's just not what happened here.

And, also, I note that "from about 25 milligrams per mL" doesn't make any sense in the context of the patent, and a person of skill in the art would understand that the word "from" was included accidentally during prosecution and needs to be deleted.

And that's all I had to say.

Is there anything else we need to address today?

MR. SILVER:  Nothing from Plaintiffs, Your Honor.  Thank you.

MR. BLACK:  Nothing from Baxter.  Nothing from the Defendants, Your Honor.

THE COURT:  All right.  It was great to see everyone.  Have a lovely weekend.

DEPUTY CLERK:  All rise.

(Court was concluded at 11:56 a.m.)

I hereby certify the foregoing is a true and accurate transcript from my stenographic notes in the proceeding.

/s/ Heather M. Triozzi
Certified Merit and Real-Time Reporter
U.S. District Court

**'**

**'783** [3] - 19:6, 19:7, 61:20

**/**

**/s** [1] - 70:24

**1**

**1** [8] - 20:8, 20:9, 28:4, 55:7, 66:15, 67:10, 69:11
**10** [4] - 23:7, 24:4, 28:5, 35:18
**10:02** [1] - 1:22
**112** [1] - 47:18
**11:56** [1] - 70:20
**12(c** [5] - 17:2, 38:20, 38:21, 43:7, 52:19
**15** [1] - 67:12
**15-minute** [1] - 65:20
**19** [1] - 67:12

**2**

**2** [9] - 19:4, 20:8, 27:13, 55:8, 55:9, 66:15, 67:4, 67:10, 69:11
**20** [6] - 54:3, 54:22, 60:17, 61:7, 67:7, 69:22
**2010** [1] - 49:3
**2025** [1] - 1:21
**2069** [1] - 55:7
**24-64-JLH** [1] - 1:5
**24-65-JLH** [1] - 1:10
**24-66-JLH** [1] - 1:15
**25** [40] - 21:11, 53:3, 54:24, 55:12, 55:20, 55:23, 55:24, 57:12, 59:20, 60:17, 61:1, 61:3, 61:7, 61:9, 61:12, 61:13, 61:22, 61:24, 62:20, 62:21, 63:15, 63:18, 64:1, 64:4, 64:5, 64:6, 64:9, 64:10, 64:11, 64:13, 67:11, 69:24, 70:2, 70:4, 70:6
**26** [3] - 4:1, 18:9, 67:12
**27** [1] - 67:7

**3**

**3** [8] - 19:5, 50:17, 55:8, 55:9, 55:10,

63:18, 67:4, 69:12
**30** [2] - 1:21, 67:5
**300** [1] - 66:4
**34** [1] - 67:12
**35** [1] - 67:11
**36** [2] - 18:8, 67:6
**39** [3] - 20:20, 67:5

**4**

**4** [2] - 67:5, 67:11
**4.7** [1] - 26:9
**40** [1] - 20:20
**45** [1] - 67:11
**46** [1] - 67:6

**5**

**5** [7] - 19:5, 20:20, 23:19, 59:18, 67:4, 67:5, 67:6
**50** [2] - 35:18, 63:1
**52** [1] - 67:6
**53** [1] - 67:11
**54** [1] - 20:21
**55** [1] - 20:21

**6**

**6** [6] - 55:3, 55:17, 61:6, 63:16, 65:8, 67:7
**60** [4] - 54:22, 69:23, 70:4, 70:5
**61** [1] - 67:6
**65** [2] - 19:5, 67:4

**7**

**7** [2] - 67:10, 67:11
**75** [1] - 21:11

**8**

**8** [2] - 24:5, 67:12
**844** [1] - 1:20

**9**

**9** [2] - 24:4, 67:12

**A**

**a.m** [2] - 1:22, 70:20
**able** [3] - 7:16, 31:9, 31:15
**abruptly** [2] - 53:4, 53:21
**absolute** [1] - 13:22
**abstract** [4] - 43:17,

45:10, 67:3, 67:14
**acceptable** [68] - 8:8, 11:7, 12:22, 18:13, 18:16, 18:20, 18:22, 19:13, 19:17, 21:6, 21:12, 21:18, 22:4, 22:14, 23:12, 24:1, 24:9, 24:15, 24:19, 25:18, 27:3, 27:8, 28:1, 28:6, 31:2, 31:11, 32:7, 32:19, 34:21, 35:8, 36:6, 36:10, 36:12, 36:24, 37:8, 37:20, 39:1, 39:2, 39:5, 39:6, 39:12, 39:15, 39:16, 39:17, 39:19, 41:6, 41:9, 41:16, 42:10, 42:24, 44:21, 44:25, 45:3, 45:12, 45:25, 46:4, 48:12, 48:15, 48:22, 49:24, 50:7, 50:17, 51:14, 51:15, 52:9, 66:23, 67:16, 67:25
**accidentally** [2] - 55:15, 70:9
**accidently** [1] - 56:9
**accordance** [1] - 19:8
**account** [1] - 34:13
**accurate** [1] - 70:22
**accurately** [1] - 17:14
**accuse** [1] - 63:1
**accused** [3] - 31:11, 49:12, 68:20
**acknowledges** [1] - 9:4
**action** [2] - 14:4, 55:3
**active** [2] - 20:5, 37:17
**adapted** [4] - 56:8, 56:9, 56:10, 59:9
**add** [6] - 5:23, 32:22, 34:24, 39:12, 39:19, 41:2
**added** [3] - 11:10, 36:24, 38:14
**adding** [1] - 48:24
**addition** [1] - 9:17
**additional** [6] - 7:11, 7:21, 16:20, 31:10, 51:13, 67:1
**address** [6] - 4:18, 46:12, 46:15, 52:25, 63:12, 70:12
**addressed** [2] - 17:21, 64:2
**adds** [2] - 7:22, 21:9
**adhere** [1] - 7:17
**adjust** [1] - 41:2
**adjuster** [2] - 31:17,

32:14
**adjusting** [1] - 27:19
**administration** [1] - 35:14
**admissions** [1] - 41:20
**adopted** [1] - 18:1
**adopting** [2] - 68:24, 69:4
**advanced** [1] - 41:22
**agent** [1] - 27:19
**ago** [4] - 9:14, 15:8, 22:2, 49:5
**agree** [24] - 7:9, 8:22, 21:14, 24:8, 24:11, 24:21, 24:22, 25:21, 26:1, 29:6, 29:9, 34:6, 40:20, 41:18, 51:11, 59:5, 59:13, 64:15, 66:7, 67:14, 67:17, 67:24, 68:11
**agreed** [3] - 39:6, 39:7, 67:23
**agrees** [1] - 69:12
**ahead** [2] - 3:11, 7:9
**ALEX** [1] - 2:6
**Alex** [2] - 3:17, 52:22
**ALL** [1] - 3:7
**allegation** [1] - 58:14
**alleging** [1] - 16:6
**allow** [1] - 68:5
**allowed** [2] - 39:13, 39:24
**allows** [1] - 67:21
**alone** [2] - 14:8, 44:24
**alpha** [3] - 52:3, 52:4, 52:7
**alpha-tocopherol** [2] - 52:4, 52:7
**AMANDA** [1] - 2:12
**Amanda** [1] - 4:3
**amended** [2] - 55:7, 69:25
**amendment** [5] - 25:17, 29:5, 42:14, 54:23
**Amgen** [1] - 26:24
**amount** [16] - 11:8, 11:15, 13:1, 19:14, 22:19, 22:20, 23:11, 23:23, 28:7, 32:11, 32:16, 44:19, 44:20, 44:22, 49:20, 57:18
**amounts** [1] - 49:19
**anathema** [1] - 35:16
**ANDA** [2] - 33:15, 43:25
**ANDAs** [1] - 43:21
**ANDERSON** [1] - 2:8
**Anderson** [1] - 3:25

**Andrews** [2] - 48:3, 48:9
**ANNE** [1] - 2:6
**answer** [2] - 41:24, 49:15
**antioxidant** [43] - 11:8, 19:15, 19:16, 20:4, 20:6, 20:16, 21:20, 22:6, 22:10, 22:15, 24:14, 24:19, 25:1, 26:22, 27:4, 27:7, 32:7, 32:8, 32:11, 36:11, 36:18, 37:1, 37:21, 37:25, 40:2, 44:20, 44:23, 45:19, 46:4, 48:1, 48:5, 49:8, 49:10, 49:21, 50:2, 50:3, 50:5, 50:8, 51:25, 67:20, 67:21, 68:1
**antioxidants** [5] - 11:9, 22:7, 25:14, 36:4, 49:18
**ANTONS** [1] - 2:12
**Antons** [1] - 4:3
**APOTEX** [2] - 1:7
**Apotex** [7] - 2:20, 3:9, 3:18, 4:11, 5:2, 48:20, 52:23
**APPEARANCES** [1] - 2:1
**appearances** [1] - 3:11
**Apple** [1] - 8:16
**applicant** [1] - 61:8
**apply** [1] - 33:14
**appreciate** [3] - 32:25, 36:1, 43:10
**appreciated** [1] - 66:9
**appropriate** [4] - 9:1, 34:19, 37:23, 62:14
**aprotic** [3] - 25:12, 29:16, 29:20
**argue** [7] - 5:1, 5:11, 38:13, 52:16, 56:12, 61:23, 62:3
**argued** [2] - 12:20, 60:25
**arguing** [4] - 8:19, 10:8, 17:11, 66:9
**argument** [18] - 4:7, 5:6, 10:18, 13:8, 16:24, 17:2, 18:5, 20:12, 21:15, 23:21, 24:6, 28:20, 29:10, 35:10, 38:12, 38:18, 45:13
**arguments** [1] - 17:20
**art** [16] - 16:6, 22:4, 22:21, 23:24, 26:16,

30:16, 32:18, 34:9, 35:12, 38:17, 41:1, 47:12, 47:24, 50:9, 59:18, 70:8
**artisan** [10] - 24:18, 31:14, 32:3, 32:16, 49:18, 49:19, 50:5, 50:15, 51:25, 52:8
**aside** [1] - 13:6
**aspect** [3] - 19:8, 25:12, 67:9
**aspects** [1] - 16:13
**aspersions** [1] - 48:17
**asserted** [1] - 61:20
**assess** [1] - 11:16
**associated** [1] - 68:10
**assumes** [1] - 21:16
**attempts** [1] - 9:11
**attention** [1] - 66:4
**attorneys** [2] - 28:19, 66:9
**August** [1] - 6:1
**avoid** [1] - 9:8
**awkward** [1] - 5:10
**Azurity** [1] - 51:5

## B

**based** [2] - 53:15, 69:14
**basic** [3] - 33:11, 33:22, 40:4
**basis** [2] - 10:5, 17:17
**Bates** [1] - 55:6
**BAXTER** [1] - 1:17
**baxter** [1] - 2:14
**Baxter** [11] - 3:16, 4:1, 4:5, 4:22, 5:1, 5:3, 5:6, 5:10, 49:14, 57:9, 70:15
**beat** [1] - 24:24
**become** [1] - 5:8
**BEFORE** [1] - 1:24
**beginning** [1] - 50:11
**begins** [1] - 15:20
**behalf** [7] - 3:14, 3:25, 4:7, 4:10, 4:15, 6:6, 41:20
**BELLIN** [4] - 2:12, 57:8, 63:3, 63:10
**Bellin** [3] - 4:2, 4:6, 57:9
**below** [3] - 11:7, 20:20, 21:7
**bench** [2] - 7:15, 33:16
**bendamustine** [23] - 8:4, 8:5, 8:7, 19:9, 19:12, 28:4, 35:12, 37:15, 37:16, 37:17,

37:24, 45:4, 46:1, 47:5, 47:10, 53:2, 55:11, 57:13, 57:18, 59:19, 59:21, 63:5, 63:7
**bendamustine-concentrated** [1] - 57:13
**bendamustine-containing** [4] - 8:4, 8:5, 19:9, 47:5
**benefit** [2] - 7:20, 38:21
**best** [4] - 7:24, 21:15, 28:20, 66:10
**better** [2] - 14:23, 65:18
**between** [5] - 13:19, 14:4, 15:9, 45:2, 64:21
**BHT** [1] - 22:8
**bit** [5] - 5:10, 20:19, 32:8, 35:25, 44:1
**Black** [9] - 4:2, 4:6, 4:21, 6:2, 15:3, 33:4, 42:4, 43:14, 50:10
**BLACK** [22] - 2:11, 4:18, 4:21, 4:25, 5:5, 5:18, 15:4, 33:3, 36:8, 36:14, 36:21, 38:1, 38:20, 38:24, 41:7, 43:20, 44:10, 44:13, 45:1, 46:10, 47:9, 70:15
**Boggs** [1] - 1:19
**boogeyman** [1] - 47:18
**bottom** [1] - 69:3
**bound** [11] - 57:11, 57:13, 57:16, 57:23, 58:4, 59:6, 59:13, 64:15, 64:20, 64:22, 65:1
**bounds** [4] - 13:8, 24:2, 58:8, 65:5
**box** [1] - 34:2
**brand** [1] - 62:18
**brief** [12] - 10:15, 16:25, 18:7, 35:6, 35:23, 41:1, 51:5, 51:10, 60:1, 60:12, 60:25, 61:19
**briefing** [6] - 16:16, 35:5, 43:7, 45:13, 57:22, 58:6
**briefly** [2] - 4:19, 5:25
**brings** [1] - 44:3
**broaden** [1] - 29:12
**broader** [4] - 19:24, 19:25, 20:22, 30:22

**broadly** [1] - 24:20
**BROWN** [41] - 2:5, 15:7, 19:3, 19:6, 19:19, 20:11, 22:1, 22:15, 22:25, 23:9, 24:11, 24:14, 25:4, 25:22, 26:2, 26:21, 27:25, 28:15, 28:17, 29:1, 29:3, 29:9, 30:10, 30:20, 31:6, 31:14, 31:21, 32:1, 32:3, 32:23, 33:2, 46:11, 47:11, 48:14, 49:10, 49:13, 51:17, 51:20, 51:23, 52:12, 52:14
**Brown** [5] - 3:17, 5:2, 6:9, 7:6, 13:11
**bunch** [2] - 25:15, 29:18
**burden** [3] - 64:25, 65:6, 65:11
**BY** [12] - 2:2, 2:5, 2:6, 2:6, 2:9, 2:11, 2:12, 2:12, 2:13, 2:16, 2:19, 2:22
**byproduct** [1] - 40:18

## C

**C.A** [3] - 1:5, 1:10, 1:15
**Cadila** [1] - 18:2
**Caleb** [1] - 1:19
**cannot** [6] - 16:20, 24:9, 26:14, 36:15, 37:7, 40:2
**capable** [1] - 68:2
**cards** [1] - 11:19
**carrier** [2] - 31:21, 50:18
**case** [42] - 3:16, 4:1, 4:23, 5:5, 5:7, 9:14, 9:20, 13:24, 16:10, 18:2, 24:4, 24:7, 26:24, 30:3, 34:15, 39:14, 43:24, 46:20, 48:2, 48:9, 49:1, 51:5, 52:11, 54:7, 56:6, 56:10, 56:15, 58:10, 58:11, 58:13, 58:14, 58:22, 59:6, 59:7, 59:12, 60:2, 61:21, 62:17, 63:21, 65:17
**cases** [16] - 3:18, 8:23, 9:2, 9:24, 11:18, 27:18, 33:15, 33:16, 48:20, 52:24, 56:4, 58:6, 59:25, 60:3,

63:21, 66:4
**casting** [1] - 48:17
**catch** [1] - 12:19
**certain** [2] - 36:4, 58:8
**certainly** [3] - 9:24, 29:6, 60:16
**Certificate** [1] - 56:14
**Certificates** [1] - 56:17
**Certified** [1] - 70:24
**certify** [1] - 70:21
**cetera** [2] - 24:17, 27:16
**challenging** [1] - 28:25
**chance** [2] - 6:17, 44:11
**change** [2] - 49:24, 49:25
**changing** [1] - 56:6
**characteristics** [1] - 52:3
**characterize** [1] - 68:2
**characterized** [1] - 38:8
**chemical** [2] - 49:22, 60:3
**chloride** [8] - 22:19, 22:20, 28:8, 32:11, 44:19, 45:22, 46:3
**choice** [1] - 25:24
**choline** [1] - 28:8
**choose** [3] - 60:22, 61:14, 61:18
**chose** [1] - 42:9
**CHRISTOPHER** [1] - 2:19
**Christopher** [1] - 4:12
**Circuit** [5] - 8:16, 8:23, 37:10, 54:16, 62:9
**Circuit's** [1] - 58:23
**circular** [2] - 24:17, 51:18
**circumstances** [1] - 62:14
**cite** [2] - 18:8, 51:4
**cited** [10] - 8:22, 9:18, 9:20, 18:7, 18:8, 51:5, 56:4, 58:5, 58:9, 60:1
**citing** [1] - 50:10
**claim** [128] - 5:20, 6:25, 7:4, 7:17, 7:25, 8:9, 8:11, 9:3, 9:15, 10:13, 10:21, 11:6, 11:17, 11:20, 12:9, 12:11, 12:14, 13:5, 13:10, 13:18, 14:8, 15:12, 15:14, 15:16, 16:4, 17:13, 17:19, 17:20, 17:24, 17:25,

20:14, 21:2, 21:16, 21:21, 23:3, 23:13, 24:10, 25:5, 25:19, 26:11, 26:23, 30:22, 32:5, 32:9, 33:12, 33:23, 34:5, 34:14, 34:25, 35:9, 35:17, 36:9, 36:21, 36:23, 37:1, 37:6, 37:7, 37:10, 37:11, 37:12, 37:14, 38:6, 38:15, 39:7, 40:7, 40:20, 40:22, 41:23, 42:13, 42:19, 43:2, 43:4, 44:4, 44:8, 45:2, 45:6, 46:7, 46:14, 46:16, 48:7, 48:13, 48:18, 49:18, 49:25, 50:13, 51:3, 53:11, 53:15, 53:20, 54:17, 54:18, 56:8, 57:3, 57:11, 58:2, 58:7, 58:11, 58:16, 58:18, 58:19, 59:2, 59:16, 59:20, 60:6, 61:7, 62:2, 62:4, 62:6, 62:8, 62:20, 63:7, 63:15, 63:17, 64:16, 64:17, 66:19, 67:21, 68:21, 69:15, 69:22, 69:23, 70:1, 70:3
**Claim** [5] - 34:4, 34:17, 55:7, 55:10, 63:18
**claimed** [9] - 55:13, 59:22, 61:4, 61:10, 61:11, 61:22, 64:10, 69:22, 69:24
**claiming** [3] - 46:16, 55:19, 57:2
**claims** [22] - 7:24, 13:21, 37:23, 51:12, 54:10, 54:21, 57:12, 57:14, 57:20, 57:22, 58:15, 59:14, 60:19, 62:3, 66:7, 66:11, 66:12, 68:4, 68:20, 69:17, 69:24
**Claims** [2] - 55:8, 55:9
**clarification** [3] - 4:25, 12:1, 12:4
**clarifies** [1] - 66:18
**clarify** [2] - 14:10, 43:9
**clarity** [1] - 7:20
**clean** [1] - 44:5
**clear** [15] - 9:19, 43:12, 45:11, 51:11, 54:8, 54:13, 54:20, 55:13, 55:22, 60:10, 63:16, 64:4, 64:24,

65:11, 69:25

**clearly** [12] - 20:22, 21:2, 23:11, 31:1, 32:17, 34:4, 35:17, 45:9, 64:15, 65:5, 65:10, 65:17

**CLERK** [4] - 3:3, 65:23, 65:25, 70:19

**client** [1] - 5:10

**closed** [5] - 34:21, 35:7, 36:9, 37:6, 40:3

**co** [4] - 3:15, 3:16, 3:18, 4:2

**co-counsel** [4] - 3:15, 3:16, 3:18, 4:2

**colon** [1] - 36:25

**Column** [15] - 19:4, 19:5, 20:20, 50:17, 67:4, 67:5, 67:6, 67:7, 67:10, 67:11, 67:12

**combination** [1] - 41:8

**combinations** [1] - 21:8

**combined** [1] - 41:10

**coming** [2] - 3:23, 12:18

**comma** [1] - 60:3

**comment** [1] - 42:3

**committed** [1] - 10:14

**common** [2] - 7:6, 11:18

**communication** [1] - 59:10

**company** [1] - 49:3

**complete** [1] - 57:24

**complex** [1] - 33:25

**complexity** [1] - 7:19

**component** [5] - 17:10, 23:22, 27:9, 52:16, 68:10

**components** [5] - 27:20, 28:10, 28:11, 38:9, 51:13

**composed** [1] - 35:13

**composition** [13] - 8:5, 11:10, 16:21, 18:23, 45:4, 46:17, 47:6, 47:7, 49:20, 51:12, 53:3, 55:11

**compositions** [2] - 19:10, 22:8

**compound** [1] - 60:3

**compounded** [1] - 66:21

**compounds** [2] - 52:1, 52:2

**comprising** [30] - 6:8, 6:18, 7:5, 7:8, 7:12,

8:5, 8:11, 8:21, 9:4, 9:7, 9:19, 9:25, 10:9, 10:12, 14:6, 14:7, 16:19, 18:15, 19:24, 33:23, 34:7, 34:11, 34:14, 35:21, 36:23, 39:21, 40:2, 66:16, 68:15, 69:4

**comprising-consisting** [1] - 35:21

**computing** [1] - 59:9

**conceded** [1] - 35:6

**concentrated** [4] - 57:13, 59:19, 59:21, 63:7

**concentration** [9] - 28:5, 53:3, 55:11, 55:19, 57:25, 59:18, 62:22, 63:5, 63:7

**concept** [1] - 46:21

**concepts** [3] - 8:9, 35:4, 35:22

**concerned** [1] - 40:21

**concluded** [1] - 70:20

**concrete** [1] - 43:17

**confident** [1] - 6:21

**conflict** [3] - 5:3, 5:7, 5:13

**confuse** [1] - 17:18

**confusing** [4] - 6:20, 14:13, 15:24, 44:4

**confusion** [3] - 7:22, 9:9, 14:17

**connection** [1] - 5:25

**Connolly** [1] - 23:18

**consequence** [4] - 39:25, 42:15, 42:22, 42:23

**consequences** [1] - 12:8

**consider** [3] - 22:4, 52:1, 62:14

**consideration** [1] - 69:14

**considered** [2] - 44:24, 51:8

**consist** [1] - 36:10

**consistent** [8] - 9:3, 26:24, 38:2, 54:9, 55:16, 57:1, 59:15, 64:12

**consistently** [4] - 61:2, 64:4, 64:23

**consisting** [40] - 6:9, 6:18, 7:5, 7:7, 9:5, 9:25, 10:9, 10:10, 13:15, 14:5, 14:10, 14:22, 15:12, 25:18, 25:19, 25:24, 26:4,

27:3, 27:12, 33:23, 34:14, 34:22, 35:7, 35:19, 35:21, 36:9, 36:24, 37:5, 38:3, 39:21, 39:22, 39:23, 40:3, 42:14, 42:21, 51:7, 66:16, 68:16, 69:4

**consists** [2] - 14:10, 38:4

**consolidated** [1] - 5:5

**construction** [25] - 7:4, 9:1, 9:11, 9:15, 9:16, 12:11, 12:15, 14:15, 15:10, 15:14, 17:22, 17:25, 23:3, 25:5, 27:11, 34:6, 34:24, 34:25, 40:13, 41:23, 42:9, 42:20, 43:2, 54:2

**Construction** [2] - 34:4, 34:18

**constructions** [4] - 11:20, 13:18, 66:17, 68:25

**construe** [3] - 37:2, 68:20, 68:21

**construed** [1] - 10:14

**contained** [1] - 55:4

**containing** [13] - 8:3, 8:4, 8:5, 19:9, 20:19, 20:21, 28:7, 46:24, 47:5, 47:6, 47:7

**contains** [5] - 18:13, 18:14, 18:17, 47:5, 53:1

**contending** [1] - 29:24

**content** [1] - 34:3

**context** [7] - 16:11, 20:2, 24:16, 30:21, 32:5, 42:16, 70:7

**convey** [2] - 11:22, 66:3

**convincing** [2] - 64:25, 65:11

**CORP** [1] - 1:7

**CORPORATION** [1] - 1:17

**correct** [15] - 10:22, 10:23, 18:5, 26:21, 51:17, 53:1, 56:2, 56:14, 60:9, 60:20, 62:4, 62:6, 64:11, 69:13

**correcting** [1] - 53:12

**Correction** [2] - 56:14, 56:17

**correction** [6] - 53:14, 60:10, 61:24, 64:7, 69:13, 69:20

**corrections** [6] - 56:23, 56:24, 60:11, 60:14, 61:15, 61:16

**corresponding** [7] - 20:15, 21:3, 50:14, 53:5, 53:8, 54:5, 57:24

**Corroon** [1] - 3:25

**CORROON** [1] - 2:8

**Cortlan** [1] - 4:11

**CORTLAN** [1] - 2:16

**counsel** [9] - 3:15, 3:16, 3:18, 4:2, 4:4, 38:11, 44:17, 66:8, 66:11

**COUNSEL** [1] - 3:7

**counsel's** [1] - 47:17

**counted** [1] - 44:18

**counterargument** [1] - 23:14

**country** [2] - 17:4, 47:1

**counts** [1] - 17:5

**couplable** [1] - 59:9

**couple** [7] - 9:14, 34:2, 46:12, 56:8, 56:9, 63:12, 65:16

**course** [2] - 11:25, 68:19

**COURT** [89] - 1:1, 3:5, 3:8, 3:19, 3:22, 4:9, 4:13, 4:20, 4:24, 5:4, 5:14, 5:22, 6:4, 6:13, 6:16, 10:16, 10:23, 11:3, 12:3, 12:7, 13:2, 13:6, 13:13, 13:16, 14:2, 14:19, 14:21, 15:1, 15:6, 19:1, 19:4, 19:7, 20:7, 21:14, 22:12, 22:24, 23:1, 24:8, 24:13, 24:23, 25:21, 25:23, 26:12, 27:21, 28:13, 28:16, 28:18, 29:2, 29:6, 30:9, 30:13, 31:5, 31:7, 31:19, 31:23, 32:2, 32:21, 32:25, 36:1, 36:13, 36:15, 37:22, 38:11, 38:23, 40:25, 41:25, 43:10, 44:9, 44:11, 44:14, 46:9, 47:3, 47:10, 48:10, 49:6, 49:12, 51:10, 51:18, 51:21, 52:10, 52:13, 52:20, 57:7, 62:13, 63:9, 65:13, 65:15, 66:1, 70:17

**Court** [31] - 3:3, 4:19, 5:16, 8:23, 9:21,

9:22, 10:2, 38:2, 51:4, 51:6, 53:1, 53:9, 56:9, 58:4, 58:17, 60:9, 60:20, 60:21, 61:14, 61:16, 61:18, 62:11, 68:19, 68:21, 69:12, 69:13, 70:20, 70:25

**Courthouse** [1] - 1:19

**Courts** [1] - 58:7

**cover** [3] - 37:7, 37:8, 61:9

**covered** [2] - 15:8, 51:12

**covers** [1] - 37:7

**craft** [1] - 33:25

**create** [1] - 47:14

**created** [2] - 34:16, 45:7

**creates** [1] - 38:4

**critical** [1] - 25:12

**cut** [2] - 56:8, 57:17

**cuts** [2] - 53:4, 53:21

## D

**Dan** [3] - 3:13, 3:17, 6:6

**DANIEL** [3] - 2:2, 2:5, 2:22

**Daniel** [1] - 4:15

**data** [1] - 26:7

**dead** [1] - 24:24

**deal** [5] - 6:1, 33:14, 34:9, 34:11, 69:10

**debate** [5] - 53:15, 58:24, 66:7, 69:14, 69:20

**DECHERT** [1] - 2:11

**Dechert** [1] - 4:2

**decide** [6] - 7:15, 12:16, 23:3, 42:18, 50:25, 68:5

**decline** [1] - 62:11

**Defendant** [5] - 1:8, 1:13, 2:14, 2:25, 4:1

**defendant** [1] - 1:18

**defendants** [1] - 15:11

**Defendants** [17] - 2:20, 4:8, 5:1, 7:11, 8:19, 8:22, 10:1, 10:7, 29:10, 45:6, 55:25, 56:12, 56:21, 57:9, 64:24, 67:14, 70:16

**Defendants'** [8] - 7:21, 9:11, 10:20, 15:15, 18:5, 27:15, 29:8, 63:20

**defer** [1] - 13:11

**define** [2] - 9:12, 48:2
**defined** [1] - 31:1
**defining** [3] - 53:6, 54:2, 54:4
**definition** [4] - 14:9, 33:9, 47:15, 47:23
**definitional** [1] - 19:25
**DELAWARE** [1] - 1:2
**Delaware** [1] - 1:20
**delete** [1] - 70:2
**deleted** [3] - 53:8, 70:5, 70:10
**delta** [1] - 64:21
**DeMoor** [2] - 4:5, 5:11
**departs** [1] - 10:4
**dependent** [3] - 63:18, 69:23, 70:1
**depositions** [1] - 5:8
**DEPUTY** [4] - 3:3, 65:23, 65:25, 70:19
**describe** [2] - 42:10, 56:5
**described** [3] - 37:17, 48:25, 51:2
**describing** [1] - 19:22
**design** [1] - 48:25
**design-around** [1] - 48:25
**designated** [1] - 38:10
**designed** [1] - 17:18
**despite** [1] - 9:18
**detachably** [1] - 59:9
**details** [1] - 27:14
**determine** [2] - 7:16, 46:25
**development** [1] - 38:25
**device** [2] - 59:9, 59:10
**dextrose** [1] - 39:16
**difference** [1] - 27:22
**differences** [3] - 15:9, 18:10, 20:25
**different** [18] - 8:1, 8:9, 20:25, 27:5, 27:6, 33:13, 36:14, 42:12, 42:25, 44:21, 45:24, 46:18, 46:22, 53:18, 58:12, 69:16, 70:3
**differently** [1] - 54:9
**difficult** [1] - 43:3
**directed** [2] - 47:21, 50:13
**directly** [2] - 20:15, 50:13
**disclaimer** [2] - 8:18, 10:6
**disclosed** [8] - 25:10, 25:11, 25:14, 30:8,

57:19, 60:15
**disclosure** [1] - 43:21
**discuss** [6] - 6:7, 6:8, 6:9, 6:11, 30:1, 30:11
**discussed** [2] - 25:7, 69:21
**discusses** [1] - 18:12
**discussing** [1] - 21:9
**discussion** [2] - 21:8, 22:18
**disfavored** [1] - 9:13
**dispositive** [1] - 11:21
**dispute** [8] - 6:22, 7:4, 10:19, 13:19, 68:11, 68:22, 68:23, 69:9
**Disputed** [1] - 8:16
**disputes** [2] - 6:19, 7:14
**dissolve** [1] - 18:15
**dissolved** [10] - 20:4, 20:5, 28:4, 29:22, 29:23, 36:18, 46:3, 51:14, 52:1, 52:8
**dissolving** [2] - 28:11, 68:3
**distinguishable** [1] - 59:7
**distinguished** [1] - 29:7
**district** [1] - 56:15
**District** [3] - 58:7, 62:11, 70:25
**DISTRICT** [2] - 1:1, 1:2
**DMA** [1] - 30:7
**DMSO** [3] - 26:20, 26:21, 45:23
**documents** [1] - 43:21
**done** [6] - 9:20, 10:1, 14:18, 46:25, 56:18, 58:25
**dose** [1] - 57:13
**down** [4] - 24:6, 26:25, 44:2, 52:18
**draft** [2] - 35:3, 40:9
**drafted** [10] - 12:9, 20:15, 21:1, 21:2, 21:3, 28:23, 48:18, 49:3, 49:4, 50:13
**drafting** [1] - 62:24
**Drager** [4] - 25:10, 29:15, 30:7, 39:24
**draw** [1] - 13:24
**drive** [2] - 10:12, 17:10
**due** [2] - 17:6
**during** [8] - 33:23, 34:5, 35:10, 63:23, 64:2, 67:3, 70:9

**E**

**e.g** [2] - 59:20, 61:7
**Eagle** [20] - 3:9, 3:14, 3:21, 6:6, 10:8, 52:23, 54:13, 55:4, 55:14, 55:22, 56:12, 56:13, 59:3, 59:16, 60:1, 60:16, 61:22, 62:2, 62:8, 64:5
**EAGLE** [3] - 1:4, 1:9, 1:14
**Eagle's** [5] - 8:25, 55:18, 56:25, 63:6, 64:4
**early** [1] - 13:24
**either** [7] - 38:16, 47:16, 55:24, 56:16, 61:13, 61:14, 64:8
**element** [16] - 11:7, 26:11, 27:4, 30:19, 30:23, 31:3, 34:7, 34:15, 35:20, 37:6, 40:2, 40:3, 44:7, 67:10, 67:22, 68:6
**elements** [7] - 26:25, 30:24, 34:21, 38:5, 53:19, 66:19, 68:16
**embodiment** [3] - 18:20, 18:25, 21:13
**encompassed** [1] - 19:23
**end** [12] - 14:14, 15:12, 15:20, 17:6, 34:5, 36:25, 37:1, 37:25, 40:11, 46:17, 47:24, 55:10
**ended** [1] - 63:13
**endpoint** [1] - 57:24
**enemy** [1] - 35:11
**English** [2] - 3:14, 33:25
**ENGLISH** [1] - 2:2
**entire** [2] - 56:6, 64:4
**entirely** [2] - 9:17, 16:25
**entirety** [1] - 25:8
**error** [4] - 58:14, 60:21, 61:17, 62:2
**errors** [1] - 69:13
**especially** [2] - 9:1, 65:17
**ESQUIRE** [13] - 2:2, 2:3, 2:5, 2:6, 2:6, 2:9, 2:11, 2:12, 2:13, 2:16, 2:19, 2:22, 2:24
**essence** [2] - 49:24, 49:25
**essentially** [2] - 39:22,

48:21
**established** [1] - 9:15
**et** [2] - 24:17, 27:16
**ethanol** [8] - 23:16, 23:18, 23:19, 26:8, 28:6, 30:6, 45:22, 52:7
**event** [1] - 30:3
**eventually** [1] - 35:23
**evidence** [3] - 17:7, 63:8, 65:3
**exact** [1] - 61:5
**exacting** [1] - 59:1
**exactly** [14] - 6:21, 7:13, 8:21, 10:17, 12:15, 33:5, 33:7, 38:1, 39:10, 51:1, 51:2, 57:2, 64:6, 64:11
**Example** [2] - 28:4, 64:5
**example** [11] - 22:17, 23:16, 25:6, 29:21, 30:25, 45:11, 50:16, 52:6, 55:20, 67:2, 67:19
**examples** [1] - 45:12
**exceeded** [1] - 24:1
**exception** [3] - 23:20, 26:10, 26:11
**exceptions** [4] - 15:14, 17:25, 26:3, 26:4
**exchange** [1] - 43:23
**excipients** [1] - 11:15
**exclude** [1] - 30:11
**excluded** [1] - 15:23
**excludes** [1] - 38:4
**exclusive** [1] - 54:9
**excuse** [2] - 54:15, 61:12
**exercise** [1] - 51:7
**exhibit** [1] - 61:6
**Exhibit** [5] - 55:3, 55:17, 61:6, 63:16, 65:8
**exist** [1] - 60:11
**exists** [1] - 38:18
**expands** [1] - 10:9
**expect** [2] - 13:23, 53:5
**expert** [4] - 23:10, 23:23, 35:19, 41:12
**experts** [4] - 11:22, 13:19, 22:3, 48:6
**explained** [1] - 59:3
**explaining** [3] - 12:15, 28:24, 55:4
**explains** [1] - 68:15
**explanation** [1] -

40:22
**explicit** [1] - 64:21
**explicitly** [4] - 34:21, 39:11, 57:18, 58:15
**express** [1] - 65:16
**expressly** [1] - 67:21
**extent** [3] - 44:22, 68:22, 69:9
**extra** [2] - 23:12, 57:4
**extraneous** [1] - 31:1

**F**

**fact** [18] - 20:17, 27:13, 27:19, 28:2, 34:13, 36:17, 44:23, 49:23, 51:8, 51:9, 51:23, 54:3, 55:18, 56:25, 59:5, 64:3, 66:21
**factors** [1] - 69:18
**factual** [1] - 43:11
**failed** [1] - 58:8
**fair** [3] - 7:1, 13:20, 13:23
**fairly** [3] - 13:24, 18:16, 27:17
**faithfully** [1] - 7:17
**fall** [2] - 11:16, 26:4
**falls** [1] - 48:12
**familiar** [1] - 27:22
**far** [1] - 45:5
**fashion** [1] - 35:20
**fatal** [1] - 41:17
**fault** [1] - 66:11
**favor** [1] - 47:4
**FDA** [1] - 31:16
**FDA's** [1] - 39:18
**Federal** [6] - 8:16, 8:23, 37:10, 54:16, 58:23, 62:9
**fence** [1] - 26:13
**Ferenc** [1] - 4:12
**FERENC** [3] - 2:19, 41:21, 42:3
**few** [3] - 22:2, 55:25, 58:5
**field** [1] - 16:7
**fighting** [1] - 48:3
**figure** [4] - 6:21, 6:22, 30:14, 43:5
**final** [1] - 52:25
**finally** [1] - 56:21
**finder** [1] - 51:9
**fine** [4] - 6:4, 6:16, 12:15, 26:18
**firm** [2] - 4:2, 13:24
**firms** [1] - 5:11
**first** [10] - 15:21, 16:18, 26:13, 37:16,

46:15, 46:20, 49:13, 58:13, 62:1, 63:13
**fit** [2] - 66:19, 68:16
**five** [7] - 35:9, 36:10, 39:13, 39:21, 44:19, 52:1, 52:2
**flag** [1] - 54:6
**flavors** [1] - 39:13
**fluid** [98] - 8:8, 11:1, 11:5, 11:7, 11:9, 12:22, 18:13, 18:16, 18:20, 18:22, 19:13, 19:18, 20:8, 20:9, 20:22, 20:23, 21:6, 21:12, 21:18, 22:5, 22:13, 22:22, 23:12, 24:1, 24:10, 24:15, 24:19, 25:1, 25:19, 27:3, 27:8, 27:23, 28:1, 28:6, 28:9, 31:2, 31:11, 31:20, 32:7, 32:19, 34:21, 35:8, 36:5, 36:10, 36:12, 36:16, 36:18, 36:24, 37:8, 37:20, 37:25, 39:1, 39:2, 39:5, 39:6, 39:7, 39:12, 39:15, 39:16, 39:18, 39:20, 41:6, 41:9, 41:16, 42:5, 42:6, 42:10, 42:12, 42:16, 42:24, 42:25, 44:21, 44:24, 45:3, 45:12, 45:19, 45:21, 46:1, 46:2, 48:12, 48:15, 49:8, 49:11, 49:23, 50:1, 50:7, 50:18, 51:14, 51:15, 52:4, 52:6, 52:9, 66:23, 67:1, 67:15, 67:16
**fluids** [9] - 21:24, 32:14, 39:12, 42:17, 42:18, 45:17, 45:25, 46:5, 67:25
**fold** [1] - 55:14
**folded** [1] - 57:3
**folks** [1] - 48:1
**FOR** [1] - 1:2
**foregoing** [1] - 70:21
**forget** [1] - 66:4
**forgot** [1] - 70:2
**form** [7] - 11:9, 36:5, 36:19, 37:15, 44:23, 46:2, 47:7
**former** [1] - 63:17
**formula** [2] - 41:11
**formulation** [12] - 11:14, 20:23, 22:23, 27:18, 31:15, 32:4,

39:20, 43:25, 46:17, 47:13, 48:5, 50:19
**formulations** [1] - 48:19
**formulator** [1] - 47:22
**formulators** [1] - 50:20
**forward** [2] - 12:17, 28:3
**four** [1] - 44:18
**frankly** [1] - 65:8
**fresh** [1] - 66:3
**front** [4] - 23:18, 48:2, 56:19, 69:1
**full** [2] - 43:20, 53:10
**fully** [2] - 27:21, 42:2
**function** [16] - 11:15, 13:1, 22:16, 25:1, 25:2, 27:6, 27:23, 27:24, 28:2, 28:10, 30:22, 31:1, 31:4, 31:12, 31:23, 33:12
**functional** [1] - 50:4
**functioning** [1] - 28:17
**future** [1] - 49:5

## G

**game** [1] - 13:20
**games** [4] - 12:12, 12:13, 69:1, 69:6
**general** [1] - 36:23
**generally** [1] - 34:8
**given** [7] - 7:18, 8:17, 13:18, 14:8, 53:22, 64:22, 65:8
**glycol** [2] - 18:21, 28:7
**goal** [1] - 43:5
**GRABOWSKI** [4] - 2:6, 52:22, 63:11, 65:14
**Grabowski** [11] - 3:17, 6:11, 52:23, 57:10, 57:16, 57:21, 58:9, 58:22, 60:5, 60:24, 61:6
**graft** [1] - 7:11
**grammatically** [1] - 59:11
**granting** [1] - 43:12
**great** [2] - 4:9, 70:17
**greater** [3] - 62:20, 63:15, 64:1
**group** [1] - 50:4
**guard** [1] - 12:19
**guess** [9] - 16:1, 18:14, 24:17, 24:23, 27:22, 30:10, 43:22, 49:6, 58:23

**guide** [1] - 7:24
**guideposts** [1] - 40:24

## H

**half** [2] - 21:18, 21:20
**Hall** [1] - 3:4
**HALL** [1] - 1:24
**happy** [1] - 41:24
**hard** [1] - 28:19
**HEALTHCARE** [1] - 1:17
**Healthcare** [2] - 2:14, 4:1
**hear** [4] - 14:21, 14:22, 52:21, 69:7
**heard** [1] - 35:10
**hearing** [9] - 3:9, 5:9, 5:19, 6:3, 50:21, 50:22, 66:9, 67:4, 69:21
**Hearing** [1] - 1:22
**hearings** [1] - 33:7
**heart** [3] - 11:12, 15:18, 16:14
**Heather** [1] - 70:24
**held** [1] - 54:16
**help** [4] - 15:17, 40:8, 44:5, 69:5
**helpful** [2] - 14:16, 32:21
**helping** [1] - 40:5
**helps** [1] - 46:8
**hereby** [1] - 70:21
**hesitation** [1] - 26:22
**hi** [1] - 66:1
**highlighting** [1] - 15:21
**hinge** [1] - 17:9
**history** [22] - 16:5, 16:12, 25:6, 29:5, 53:17, 54:12, 54:20, 55:17, 56:10, 57:1, 59:16, 60:16, 60:23, 61:22, 63:4, 63:6, 63:14, 65:3, 69:16, 69:19, 69:25
**Hitch** [1] - 4:11
**HITCH** [2] - 2:16, 4:10
**hold** [3] - 10:15, 30:24, 61:24
**holding** [1] - 28:9
**honestly** [1] - 62:1
**Honor** [69] - 3:7, 3:13, 3:24, 4:10, 4:14, 4:18, 5:24, 6:3, 6:5, 6:12, 7:2, 7:15, 7:16, 7:23, 8:14, 8:25, 9:6, 9:18, 9:20, 10:13, 10:15, 11:6, 11:12,

11:19, 11:25, 13:14, 14:3, 14:10, 14:20, 15:7, 19:20, 24:20, 29:1, 29:4, 33:3, 40:12, 41:22, 42:3, 43:20, 46:10, 46:11, 47:12, 50:11, 50:12, 51:24, 52:22, 56:5, 56:19, 57:6, 57:8, 58:1, 58:21, 58:25, 59:5, 59:7, 59:15, 59:23, 59:25, 60:9, 60:12, 61:20, 62:1, 63:8, 63:11, 65:7, 65:9, 65:14, 70:14, 70:16
**Honor's** [4] - 7:13, 15:18, 16:14, 43:5
**HONORABLE** [1] - 1:24
**Honorable** [1] - 3:4
**hope** [1] - 43:12
**hoping** [1] - 12:7
**horse** [2] - 16:16, 24:25
**hours** [1] - 35:15
**house** [1] - 4:4
**hundred** [3] - 21:10, 27:21, 34:23
**hydroxide** [5] - 38:13, 38:17, 41:2, 41:5, 41:8
**hypothetical** [1] - 52:13

## I

**idea** [3] - 35:18, 45:25, 46:16
**identical** [1] - 18:1
**identified** [2] - 34:22, 34:25
**identity** [1] - 49:20
**ii** [1] - 19:14
**imagine** [1] - 14:15
**implement** [1] - 40:9
**implementing** [1] - 35:24
**implicitly** [1] - 15:24
**import** [1] - 9:12
**important** [1] - 5:8
**importantly** [2] - 8:11, 20:24
**imported** [1] - 47:2
**improper** [2] - 10:2, 60:11
**impurities** [7] - 24:16, 26:17, 30:12, 30:13, 30:17, 40:11, 68:9
**impurity** [9] - 13:4,

13:6, 23:20, 26:3, 26:10, 40:16, 40:22, 40:23, 48:5
**IN** [1] - 1:1
**in-house** [1] - 4:4
**inability** [1] - 11:25
**inadvertent** [1] - 55:2
**inadvertently** [2] - 53:9, 54:25
**inappropriate** [2] - 35:20, 60:9
**INC** [4] - 1:4, 1:7, 1:9, 1:14
**include** [5] - 51:13, 55:7, 58:8, 58:16, 60:4
**included** [7] - 19:23, 19:24, 25:9, 58:15, 58:16, 68:10, 70:9
**includes** [2] - 18:17, 67:1
**including** [7] - 8:15, 8:24, 15:13, 19:10, 19:13, 20:18, 45:10
**incoherent** [2] - 59:11, 60:2
**inconsistent** [1] - 66:22
**incorporate** [1] - 57:3
**incorporating** [1] - 70:1
**incredibly** [2] - 54:12, 54:20
**indefinite** [10] - 37:4, 45:2, 46:7, 48:7, 57:14, 57:20, 58:5, 58:7, 62:4, 65:1
**indication** [1] - 47:18
**infringe** [8] - 11:3, 21:23, 21:25, 24:10, 31:10, 63:1, 67:17, 67:20
**infringement** [5] - 11:13, 27:13, 41:18, 46:25, 52:16
**infringing** [1] - 26:14
**ingredient** [11] - 15:24, 16:20, 17:12, 20:5, 23:13, 37:16, 37:17, 37:19, 38:14, 48:23
**ingredients** [19] - 15:11, 15:16, 15:19, 15:23, 16:15, 17:10, 17:13, 20:16, 25:15, 37:15, 38:5, 38:10, 42:8, 42:11, 42:13, 42:18, 42:23, 43:1, 50:2
**inherent** [4] - 57:15,

58:4, 64:25, 65:5
**inherently** [1] - 65:12
**injects** [1] - 14:17
**inside** [2] - 42:19, 43:4
**instance** [1] - 7:8
**instead** [1] - 43:17
**instruction** [6] - 34:1, 34:11, 34:18, 35:2, 35:24, 40:9
**instructions** [3] - 6:20, 12:2, 69:10
**instructive** [1] - 25:8
**intended** [2] - 58:11, 58:19
**intending** [1] - 52:16
**intent** [1] - 63:6
**intentional** [1] - 59:24
**interact** [1] - 33:13
**interest** [1] - 69:2
**Intermec** [2] - 56:6, 59:6
**internally** [1] - 66:21
**interpret** [5] - 16:25, 17:1, 18:11, 19:21, 35:19
**interpretation** [2] - 7:24, 69:17
**interpreting** [2] - 16:24, 49:17
**intrinsic** [2] - 17:17, 18:4
**introduced** [1] - 4:21
**introduction** [1] - 16:19
**invalid** [3] - 57:20, 60:19, 63:23
**invalidated** [1] - 63:23
**invented** [1] - 51:2
**invention** [9] - 16:11, 19:8, 19:24, 25:13, 35:17, 44:7, 49:25, 58:2, 68:7
**inventor** [2] - 58:11, 58:19
**invite** [2] - 69:1, 69:6
**involve** [1] - 58:13
**issue** [27] - 5:21, 7:10, 7:22, 11:12, 11:13, 12:12, 14:5, 15:15, 16:1, 22:2, 30:2, 33:18, 33:19, 34:25, 40:7, 41:13, 41:19, 47:17, 47:20, 47:21, 48:8, 48:14, 50:24, 58:20, 63:25, 66:18, 68:6
**issues** [4] - 37:9, 40:11, 43:9, 43:11
**itself** [8] - 15:14, 21:2, 21:16, 46:14, 51:16,

64:16, 65:2

## J

**Jacob** [1] - 3:20
**JAMES** [1] - 2:16
**James** [1] - 4:11
**January** [1] - 1:21
**Jason** [1] - 4:16
**JASON** [1] - 2:24
**Jenkins** [1] - 4:15
**JENKINS** [1] - 2:21
**JENNIFER** [1] - 1:24
**Jennifer** [1] - 3:4
**jockeying** [1] - 33:10
**joined** [1] - 3:15
**joining** [1] - 4:12
**joint** [1] - 18:7
**Jordan** [1] - 18:1
**JUDAH** [1] - 2:12
**Judah** [2] - 4:2, 57:8
**Judge** [5] - 9:14, 18:1, 23:18, 48:2, 48:8
**judgment** [1] - 69:8
**jump** [1] - 7:9
**jury** [35] - 6:19, 6:20, 7:13, 7:18, 9:2, 9:8, 11:22, 12:1, 12:13, 14:11, 14:15, 17:11, 17:19, 30:15, 31:9, 33:20, 34:1, 34:9, 34:11, 34:18, 34:19, 35:1, 35:24, 40:9, 43:3, 44:3, 44:4, 50:25, 68:5, 68:8, 68:12, 68:15, 69:1, 69:10
**jury's** [1] - 7:20

## K

**Kabuki** [1] - 39:3
**Katten** [1] - 4:12
**KATTEN** [1] - 2:18
**Katzenstein** [1] - 4:15
**KATZENSTEIN** [1] - 2:21
**Kelly** [1] - 3:17
**KELLY** [1] - 2:6
**key** [1] - 39:2
**keystroke** [1] - 56:2
**kick** [1] - 44:2
**kind** [4] - 16:21, 33:19, 45:15, 63:21
**King** [1] - 1:20
**known** [6] - 11:8, 17:25, 26:3, 26:4, 26:9, 47:15
**knows** [5] - 8:14, 50:5, 62:15, 62:22, 66:16

## L

**label** [1] - 17:12
**lack** [1] - 54:6
**lacks** [1] - 59:13
**lactate** [1] - 39:17
**language** [22] - 6:19, 6:21, 7:11, 7:21, 9:3, 10:7, 15:10, 15:13, 16:4, 16:19, 17:24, 21:3, 34:1, 47:23, 53:15, 58:23, 59:2, 59:8, 59:10, 60:2, 61:11, 69:15
**last** [3] - 8:15, 44:3, 57:17
**LATHAM** [1] - 2:5
**Latham** [3] - 3:16, 5:3, 5:12
**Laura** [1] - 4:5
**law** [14] - 5:11, 10:11, 16:10, 17:15, 17:21, 34:23, 35:23, 37:6, 40:3, 46:20, 47:18, 56:3, 60:10
**lawyer** [1] - 14:13
**lawyers** [1] - 34:9
**lay** [1] - 14:15
**leads** [1] - 47:11
**least** [3] - 31:23, 60:14, 60:25
**left** [8] - 36:25, 53:9, 55:1, 55:15, 56:9, 56:10, 57:4, 63:19
**legal** [7] - 6:22, 7:4, 12:8, 16:1, 17:16, 33:14, 42:22
**legally** [1] - 12:16
**LEIBOWITZ** [1] - 2:13
**Leibowitz** [1] - 4:3
**less** [2] - 7:19, 70:4
**level** [1] - 34:19
**lexicography** [2] - 8:18, 10:6
**Lief** [1] - 4:16
**LIEF** [1] - 2:24
**light** [1] - 5:20
**limb** [1] - 9:22
**limitation** [11] - 8:6, 8:7, 9:12, 9:17, 9:23, 10:1, 14:14, 17:19, 24:17, 31:3, 51:8
**limitations** [4] - 8:2, 8:10, 17:24, 29:18
**limited** [2] - 8:24, 38:9
**limits** [1] - 42:23
**line** [3] - 45:2, 47:17, 69:3
**Line** [3] - 19:5, 67:4
**Lines** [10] - 20:20,

67:5, 67:6, 67:7, 67:10, 67:11, 67:12
**lines** [2] - 13:24, 14:4
**liquid** [14] - 8:4, 8:5, 16:21, 18:23, 44:23, 45:4, 47:5, 47:7, 51:12, 51:25, 59:19, 59:22, 67:19, 67:20
**list** [9] - 4:23, 12:14, 27:1, 39:18, 41:9, 41:14, 41:16, 67:16, 67:25
**listed** [4] - 6:25, 12:23, 35:9, 39:20
**litigated** [1] - 23:17
**LLC** [1] - 1:12
**LLP** [6] - 2:2, 2:5, 2:8, 2:11, 2:16, 2:21
**logically** [1] - 59:10
**long-term** [1] - 19:9
**Look** [1] - 17:11
**look** [29] - 7:25, 11:6, 11:14, 15:19, 16:3, 16:4, 17:3, 18:3, 20:24, 21:1, 21:16, 22:8, 26:23, 26:25, 28:2, 31:15, 32:4, 32:17, 42:17, 45:8, 46:25, 48:15, 52:2, 54:7, 54:15, 55:9, 55:18, 64:3, 64:8
**looked** [3] - 25:6, 56:9, 63:15
**looking** [6] - 37:9, 49:19, 56:23, 57:22, 58:18, 60:15
**looks** [2] - 51:1, 51:2
**lost** [1] - 15:8
**lovely** [1] - 70:18

## M

**Mack** [1] - 10:12
**main** [1] - 6:23
**maintain** [1] - 30:23
**major** [1] - 54:6
**man** [1] - 10:8
**manufacturing** [2] - 17:3, 40:18
**Markman** [7] - 1:22, 3:8, 5:19, 33:7, 33:16, 33:21, 33:24
**Martin** [3] - 4:2, 4:21, 33:3
**MARTIN** [1] - 2:11
**Marx** [1] - 4:16
**MARX** [1] - 2:24
**material** [1] - 26:7
**matter** [7] - 17:14, 37:7, 40:1, 49:17,

55:8, 56:25, 63:17
**matters** [1] - 10:11
**McCarter** [2] - 2:2, 3:14
**McNeil** [2] - 54:16, 58:9
**mean** [10] - 12:19, 20:22, 25:3, 27:25, 28:19, 32:13, 36:20, 43:16, 45:8, 62:22
**meaning** [13] - 7:10, 8:12, 8:17, 8:20, 9:4, 9:5, 9:7, 9:8, 9:19, 10:5, 14:9, 53:18
**means** [10] - 8:24, 10:10, 12:15, 12:17, 16:7, 30:19, 34:8, 39:7, 66:16, 66:22
**meet** [1] - 53:19
**meeting** [1] - 65:10
**mentioned** [3] - 53:20, 60:25, 62:5
**Merit** [1] - 70:24
**mess** [7] - 36:22, 44:4, 44:5, 45:7, 66:7, 66:12, 66:20
**messy** [2] - 34:16, 40:7
**met** [4] - 27:4, 64:24, 65:5, 69:18
**metaphysics** [3] - 47:13, 48:16, 50:23
**metes** [1] - 13:8
**mg** [1] - 59:18
**mgs** [13] - 57:12, 59:20, 60:17, 60:18, 61:1, 61:3, 61:7, 61:9, 61:12, 61:13, 61:22, 61:24
**might** [8] - 4:18, 14:23, 31:21, 35:18, 43:7, 44:23, 45:1, 68:2
**mill** [1] - 69:22
**milligrams** [17] - 28:5, 53:3, 54:22, 54:24, 55:12, 55:20, 55:23, 55:24, 63:1, 63:18, 69:22, 69:23, 69:24, 70:2, 70:6
**milliliter** [9] - 28:5, 53:4, 54:25, 55:12, 55:20, 55:21, 55:23, 55:24, 63:18
**million** [1] - 40:17
**mind** [1] - 66:3
**mineral** [1] - 39:17
**minute** [2] - 15:8, 15:17
**minutes** [2] - 22:2,

65:16

**missing** [3] - 6:25, 43:23, 60:2

**misspelling** [1] - 56:2

**mistake** [3] - 59:3, 59:4, 59:24

**mix** [1] - 46:1

**mixed** [1] - 37:1

**mixture** [3] - 21:4, 30:5, 45:22

**mixtures** [2] - 19:14, 45:18

**mL** [19] - 57:12, 59:18, 59:20, 60:17, 60:18, 61:1, 61:3, 61:7, 61:9, 61:12, 61:13, 61:22, 61:23, 61:24, 63:1, 69:23, 69:24, 70:2, 70:7

**molecular** [1] - 41:11

**molecule** [1] - 13:3

**months** [1] - 56:17

**morning** [8] - 3:5, 3:7, 3:13, 3:24, 4:10, 4:14, 6:5, 52:22

**Morris** [1] - 4:11

**MORRIS** [1] - 2:16

**most** [4] - 14:4, 20:10, 33:8, 33:15

**motion** [8] - 6:1, 10:24, 17:2, 38:21, 41:22, 43:12, 52:19

**move** [2] - 12:17, 17:23

**MR** [91] - 3:13, 3:20, 3:24, 4:10, 4:14, 4:18, 4:21, 4:25, 5:5, 5:18, 5:24, 6:5, 6:14, 7:1, 10:22, 11:2, 11:4, 12:6, 12:25, 13:3, 13:11, 13:14, 13:17, 14:3, 14:20, 14:25, 15:4, 15:7, 19:3, 19:6, 19:19, 20:11, 22:1, 22:15, 22:25, 23:9, 24:11, 24:14, 25:4, 25:22, 26:2, 26:21, 27:25, 28:15, 28:17, 29:1, 29:3, 29:9, 30:10, 30:20, 31:6, 31:14, 31:21, 32:1, 32:3, 32:23, 33:2, 33:3, 36:8, 36:14, 36:21, 38:1, 38:20, 38:24, 41:7, 41:21, 42:3, 43:20, 44:10, 44:13, 45:1, 46:10, 46:11, 47:9, 47:11, 48:14, 49:10, 49:13, 51:17,

51:20, 51:23, 52:12, 52:14, 52:22, 57:8, 63:3, 63:10, 63:11, 65:14, 70:13, 70:15

**MUCHIN** [1] - 2:18

**multiple** [7] - 46:2, 58:6, 60:11, 60:13, 61:15, 61:16, 62:10

**must** [4] - 8:17, 29:19, 42:10, 42:23

## N

**name** [1] - 62:18

**narrative** [1] - 68:15

**natural** [3] - 20:10, 40:15

**necessarily** [2] - 43:1, 67:2

**necessary** [5] - 7:17, 10:7, 12:1, 14:17, 57:24

**need** [16] - 5:16, 5:18, 9:6, 11:23, 12:16, 29:4, 35:3, 35:24, 40:8, 40:24, 43:15, 62:6, 65:20, 65:21, 66:4, 70:12

**needing** [1] - 58:23

**needs** [4] - 40:12, 57:4, 68:21, 70:10

**negative** [4] - 9:12, 9:17, 9:22, 14:14

**negotiation** [1] - 34:5

**nested** [1] - 34:14

**never** [3] - 31:19, 62:4, 62:5

**nevertheless** [1] - 41:3

**next** [4] - 14:21, 30:11, 34:2, 52:21

**niacinamide** [2] - 29:21, 29:23

**niacinamide's** [1] - 30:2

**Nippon** [1] - 9:13

**NOAH** [1] - 2:13

**Noah** [1] - 4:3

**nomenclature** [1] - 46:5

**none** [1] - 64:11

**noninfringement** [1] - 52:17

**nonsensical** [1] - 60:4

**Nordisk** [1] - 63:21

**Norian** [2] - 37:10, 38:8

**normal** [2] - 27:17, 53:23

**normally** [2] - 37:22,

68:9

**North** [1] - 1:20

**note** [3] - 17:25, 54:16, 70:6

**notes** [1] - 70:22

**nothing** [8] - 58:3, 59:2, 60:8, 63:14, 65:4, 70:13, 70:15

**notice** [1] - 58:4

**noticed** [1] - 21:7

**noting** [1] - 58:7

**notwithstanding** [1] - 21:18

**Novo** [2] - 58:22, 63:21

**nowhere** [1] - 10:8

**nuanced** [1] - 33:25

**number** [4] - 8:22, 24:5, 44:17, 56:4

## O

**objectively** [2] - 14:13, 61:1

**OF** [1] - 1:2

**of"** [1] - 38:4

**offer** [1] - 41:21

**offered** [1] - 42:9

**offering** [1] - 43:9

**office** [1] - 55:3

**often** [1] - 33:6

**oil** [1] - 39:17

**old** [1] - 56:8

**one** [41] - 9:10, 10:19, 12:10, 18:1, 18:20, 19:8, 23:11, 26:8, 28:3, 28:21, 29:24, 32:18, 32:19, 33:6, 33:21, 36:9, 36:14, 39:20, 40:17, 41:14, 42:3, 42:4, 44:6, 44:18, 46:6, 47:16, 48:3, 50:1, 53:14, 58:15, 60:3, 60:22, 61:14, 61:18, 63:20, 64:5, 64:10, 68:24, 69:4

**one's** [1] - 14:18

**ones** [3] - 30:8, 35:8, 45:22

**open** [3] - 17:19, 18:14, 40:3

**opens** [1] - 38:12

**Order** [3] - 5:25, 34:4, 34:18

**order** [1] - 6:14

**ordinary** [17] - 7:10, 8:17, 8:20, 9:8, 9:19, 10:5, 14:9, 22:3, 22:21, 23:24, 26:16,

30:15, 34:10, 38:15, 38:16, 40:25, 50:8

**original** [2] - 54:21, 69:21

**originally** [1] - 54:21

**Ortho** [2] - 54:16, 58:9

**Ortho-McNeil** [2] - 54:16, 58:9

**otherwise** [1] - 42:14

**ought** [1] - 7:19

**outset** [1] - 66:6

**outside** [15] - 11:17, 13:4, 13:21, 17:13, 23:13, 32:9, 32:12, 35:17, 42:13, 42:19, 43:1, 48:13, 57:18, 63:5, 68:3

**overbroad** [1] - 29:13

**overcome** [1] - 59:17

**own** [4] - 24:15, 27:9, 59:4, 63:20

## P

**Page** [3] - 18:8, 18:9, 55:6

**paragraph** [2] - 12:14, 57:17

**parallel** [1] - 22:1

**part** [13] - 19:17, 20:23, 21:17, 21:20, 23:25, 30:11, 30:13, 31:2, 32:6, 38:17, 40:17, 51:15, 70:5

**participation** [1] - 5:9

**particular** [5] - 11:14, 16:8, 20:14, 21:13, 56:6

**particularly** [5] - 25:11, 30:21, 51:7, 53:24, 55:10

**parties** [4] - 7:9, 15:9, 18:11, 69:8

**parties'** [2] - 15:10, 68:17

**partner** [1] - 3:15

**parts** [1] - 45:20

**party's** [1] - 68:25

**patent** [18] - 16:11, 28:22, 28:23, 34:23, 39:23, 46:5, 48:21, 48:24, 48:25, 50:3, 50:14, 61:20, 62:16, 66:21, 67:8, 67:21, 70:7

**patentee** [3] - 38:8, 62:18, 70:1

**patents** [4] - 23:17, 28:22, 47:21, 49:2

**patient** [1] - 35:14

**Pavo** [1] - 54:7

**PEG** [23] - 18:25, 19:14, 21:5, 21:8, 21:11, 26:18, 30:6, 30:16, 38:17, 38:18, 39:1, 40:13, 41:2, 41:3, 41:8, 41:10, 41:11, 45:18, 48:22, 50:1, 52:7

**people** [4] - 34:10, 48:6, 50:19, 63:25

**per** [30] - 11:4, 28:5, 53:3, 54:24, 55:12, 55:20, 55:21, 55:23, 55:24, 57:12, 59:18, 59:20, 60:17, 60:18, 61:1, 61:3, 61:7, 61:9, 61:12, 61:13, 61:22, 61:23, 61:24, 63:1, 63:18, 69:22, 69:23, 69:24, 70:2, 70:7

**percent** [13] - 13:7, 13:9, 21:10, 21:11, 23:7, 23:19, 24:4, 24:5, 26:9, 27:21, 35:18, 44:11

**performing** [2] - 27:6, 31:4

**period** [1] - 35:15

**person** [7] - 22:21, 23:24, 26:16, 38:15, 38:16, 40:25, 70:8

**perspective** [2] - 7:5, 11:19

**persuasive** [1] - 38:12

**PG** [8] - 19:14, 21:5, 21:9, 21:12, 30:6, 30:7, 45:18, 45:22

**pH** [4] - 27:19, 31:17, 32:14, 41:3

**Ph.D** [1] - 2:12

**PHARMA** [1] - 1:12

**pharmaceutical** [11] - 6:24, 16:7, 22:7, 27:18, 33:15, 36:8, 39:8, 40:14, 47:13, 47:22, 62:16

**pharmaceutically** [69] - 8:8, 11:7, 12:22, 18:13, 18:16, 18:19, 18:22, 19:13, 19:17, 20:1, 21:6, 21:12, 21:18, 22:4, 22:14, 23:12, 24:1, 24:9, 24:15, 24:19, 25:18, 27:3, 27:7, 28:1, 28:6, 31:2, 31:11, 32:6, 32:19, 34:20, 35:8, 36:5, 36:10,

36:12, 36:24, 37:8, 37:19, 38:25, 39:1, 39:4, 39:6, 39:12, 39:15, 39:16, 39:17, 39:19, 41:6, 41:9, 41:15, 42:10, 42:24, 44:21, 44:25, 45:3, 45:12, 45:24, 46:4, 48:11, 48:15, 48:21, 49:24, 50:7, 50:17, 51:14, 51:15, 52:9, 66:23, 67:16, 67:25

**Pharmaceuticals** [1] - 3:9

**PHARMACEUTICALS** [3] - 1:4, 1:9, 1:14

**Phil** [1] - 3:24

**PHILIP** [1] - 2:9

**Phillips** [3] - 7:23, 8:15, 16:3

**phrase** [4] - 10:9, 10:12, 15:20, 56:8

**phrased** [2] - 27:11, 38:2

**pick** [1] - 12:10

**pieces** [1] - 33:13

**piles** [2] - 48:6

**place** [3] - 43:23, 64:5, 64:10

**places** [2] - 16:5, 64:9

**plain** [8] - 7:10, 8:17, 8:20, 9:8, 9:19, 10:4, 14:8, 63:8

**Plaintiff** [7] - 1:5, 1:10, 1:15, 2:7, 52:23, 67:23, 69:12

**Plaintiffs** [3] - 15:13, 43:14, 70:13

**play** [1] - 12:13

**playing** [1] - 12:12

**plus** [4] - 30:6, 30:7, 50:1

**point** [17] - 14:7, 32:24, 36:2, 36:4, 38:11, 42:8, 43:15, 44:3, 46:15, 47:12, 48:16, 60:10, 61:5, 62:5, 63:21, 64:14, 67:19

**pointed** [5] - 34:16, 35:11, 44:17, 50:12, 58:22

**points** [6] - 45:9, 45:10, 46:12, 46:18, 55:25, 63:12

**polar** [5] - 25:12, 29:16, 29:19, 29:20

**poorly** [1] - 28:23

**portable** [1] - 59:8

**portion** [1] - 67:3

**portions** [2] - 44:18, 67:8

**POSA** [11] - 53:5, 53:21, 54:10, 57:22, 58:2, 58:4, 58:10, 58:18, 64:21, 65:4, 65:11

**POSAs** [1] - 54:17

**poses** [1] - 11:12

**position** [11] - 12:24, 16:22, 16:23, 23:5, 28:25, 33:10, 42:21, 45:5, 51:11, 52:17, 62:21

**positions** [1] - 68:18

**positive** [1] - 52:5

**possible** [3] - 28:20, 60:11, 61:16

**POTTER** [1] - 2:8

**Potter** [1] - 3:25

**powder** [1] - 35:13

**practical** [4] - 16:13, 17:14, 17:18, 56:16

**preamble** [2] - 8:3, 9:25

**precept** [1] - 9:15

**precise** [2] - 58:16, 65:18

**precision** [1] - 13:23

**predict** [1] - 49:5

**predominant** [1] - 48:22

**premature** [1] - 68:16

**preparing** [2] - 19:21, 61:8

**present** [8] - 3:20, 8:12, 8:13, 8:15, 11:23, 42:23, 42:24, 47:24

**presented** [1] - 28:20

**presenting** [1] - 4:7

**preserve** [1] - 62:8

**presiding** [1] - 3:4

**pressed** [1] - 35:5

**presumption** [1] - 38:4

**pretend** [1] - 45:15

**prevented** [1] - 43:12

**principle** [1] - 40:4

**principles** [6] - 33:12, 33:14, 33:22, 34:3, 40:8, 40:10

**privilege** [1] - 7:3

**problem** [3] - 9:10, 9:16, 34:20

**problems** [1] - 9:10

**proceed** [2] - 5:13, 5:18

**proceeding** [1] - 70:23

**PROCEEDINGS** [1] -

3:1

**process** [7] - 17:3, 33:16, 33:17, 33:21, 33:24, 34:5, 46:19

**Proctor** [1] - 3:15

**PROCTOR** [1] - 2:3

**product** [18] - 11:1, 21:23, 21:24, 24:10, 26:15, 26:18, 27:16, 31:9, 31:11, 40:14, 47:1, 49:9, 49:14, 62:18, 62:23, 67:15, 67:19, 68:3

**products** [8] - 6:24, 10:20, 14:1, 29:8, 43:16, 43:19, 49:12, 68:21

**prohibition** [1] - 11:5

**proper** [2] - 16:17, 33:9

**properly** [1] - 17:20

**properties** [1] - 32:8

**proposals** [1] - 69:5

**propose** [2] - 15:11, 15:13

**proposed** [7] - 8:21, 8:25, 9:11, 25:4, 34:6, 66:17, 68:25

**proposition** [1] - 66:25

**propylene** [2] - 18:21, 28:7

**prosecuted** [3] - 34:15, 36:22, 39:22

**prosecuting** [1] - 59:16

**prosecution** [26] - 16:4, 16:12, 25:6, 29:5, 53:17, 54:12, 54:20, 55:17, 56:10, 57:1, 59:16, 60:16, 60:23, 61:21, 63:4, 63:6, 63:14, 63:24, 64:2, 64:3, 65:3, 69:16, 69:19, 69:25, 70:9

**prospective** [1] - 56:18

**Protective** [1] - 5:25

**protic** [2] - 29:17, 29:19

**prove** [1] - 58:24

**provide** [3] - 29:18, 58:2, 58:3

**provided** [1] - 19:9

**providing** [1] - 41:15

**province** [1] - 68:8

**pulled** [2] - 16:9, 20:17

**pure** [1] - 39:18

**purpose** [6] - 16:18, 22:11, 22:13, 23:23, 32:15, 42:14

**purposes** [3] - 16:17, 42:20, 63:22

**pushed** [1] - 35:5

**put** [32] - 3:11, 7:25, 11:19, 13:6, 16:24, 17:3, 17:4, 17:7, 18:21, 22:7, 22:16, 22:19, 25:15, 30:4, 30:25, 34:2, 36:25, 38:9, 41:4, 43:13, 44:6, 45:5, 45:25, 46:18, 48:8, 50:2, 50:3, 50:4, 50:24, 52:7, 65:3

**puts** [1] - 17:24

**putting** [7] - 15:11, 15:22, 25:5, 25:18, 25:19, 40:21, 52:3

## Q

**questions** [3] - 41:22, 43:6, 44:15

**quite** [1] - 20:19

**quoted** [1] - 59:6

## R

**raised** [1] - 38:11

**ran** [1] - 24:3

**range** [15] - 53:6, 53:8, 53:21, 54:18, 54:19, 54:24, 55:23, 57:25, 58:11, 58:15, 58:16, 58:19, 63:22, 63:23, 64:1

**ranges** [6] - 54:2, 54:4, 57:19, 60:15, 60:17, 63:5

**read** [11] - 9:22, 18:11, 19:20, 20:8, 23:25, 25:8, 29:15, 33:22, 48:7, 50:15, 64:13

**readily** [1] - 7:16

**reading** [6] - 14:4, 19:19, 20:10, 29:13, 38:21, 43:25

**ready** [2] - 23:3, 23:5

**real** [1] - 66:18

**Real** [1] - 70:24

**Real-Time** [1] - 70:24

**reality** [1] - 37:5

**really** [16] - 6:23, 7:3, 7:21, 11:13, 14:23, 16:15, 33:17, 33:19, 34:20, 37:14, 39:2, 47:21, 50:22, 52:18,

60:6, 62:7

**reargue** [1] - 43:8

**reason** [9] - 10:3, 11:5, 17:16, 17:18, 46:22, 53:7, 62:24, 63:2, 63:3

**reasonable** [10] - 53:15, 56:22, 56:24, 58:24, 60:13, 61:24, 64:7, 66:7, 69:14, 69:20

**reasons** [1] - 17:16

**recently** [1] - 8:15

**recess** [1] - 65:21

**Recess** [1] - 65:24

**recipe** [5] - 37:11, 37:14, 37:23, 46:15, 46:16

**recite** [1] - 57:12

**recited** [1] - 59:18

**recognize** [4] - 22:21, 57:23, 58:10, 64:21

**record** [8] - 3:12, 5:15, 6:2, 6:6, 17:17, 18:4, 38:25, 66:24

**red** [1] - 54:6

**redraft** [1] - 62:9

**refer** [1] - 61:7

**reference** [2] - 25:10, 68:20

**referred** [4] - 60:5, 60:6, 60:17, 67:1

**referring** [2] - 27:23, 43:22

**refused** [1] - 34:24

**regard** [1] - 7:8

**reinforcing** [1] - 8:24

**rejected** [1] - 56:15

**relationship** [1] - 35:21

**relevant** [3] - 41:23, 43:7, 56:7

**relying** [1] - 63:22

**remainder** [1] - 55:16

**remarks** [2] - 55:4, 55:6

**rendering** [1] - 65:1

**repeatedly** [2] - 53:25, 55:18

**replaces** [1] - 54:24

**reply** [4] - 35:6, 55:3, 64:4

**Reporter** [1] - 70:24

**represent** [1] - 4:25

**representation** [1] - 52:6

**represents** [1] - 5:2

**requirements** [1] - 53:12

**resolve** [3] - 37:9,

43:24, 50:24
**resolved** [1] - 15:1
**respect** [2] - 40:1, 66:20
**respond** [1] - 29:10
**results** [1] - 61:21
**reviewed** [1] - 43:8
**ringer's** [1] - 39:16
**rise** [4] - 3:3, 65:23, 65:25, 70:19
**road** [1] - 44:2
**role** [2] - 62:10
**room** [1] - 66:16
**room's** [1] - 66:11
**ROSENMAN** [1] - 2:18
**Rovner** [1] - 3:25
**ROVNER** [2] - 2:9, 3:24
**ruled** [2] - 10:24, 48:9
**ruling** [1] - 43:13

## S

**saline** [1] - 39:15
**salt** [9] - 22:19, 22:20, 28:8, 32:11, 42:5, 42:6, 45:23, 46:3
**salts** [2] - 32:13, 44:20
**samples** [2] - 13:25, 43:23
**sand** [1] - 13:25
**Sarepta** [1] - 9:13
**saw** [3] - 18:18, 56:10, 61:12
**say-so** [1] - 59:4
**scope** [12] - 11:16, 11:17, 13:4, 13:21, 38:9, 38:15, 42:13, 43:1, 43:4, 58:2, 68:4, 68:10
**screen** [1] - 8:1
**se** [1] - 11:4
**seamless** [1] - 33:17
**seated** [2] - 3:5, 66:1
**second** [4] - 16:23, 37:19, 47:12, 53:17
**secondary** [1] - 48:23
**section** [2] - 18:7, 18:18
**sections** [7] - 18:12, 20:13, 20:15, 20:25, 50:9, 50:12, 50:14
**see** [20] - 3:22, 8:1, 10:17, 13:7, 17:11, 22:6, 22:8, 23:18, 27:1, 39:3, 44:15, 50:9, 51:1, 53:2, 53:10, 53:21, 54:25, 61:11, 61:13, 70:17
**seek** [1] - 56:13

**seeking** [1] - 61:7
**seem** [3] - 16:16, 40:23, 66:25
**selected** [1] - 39:21
**semi** [1] - 36:25
**semi-colon** [1] - 36:25
**sense** [4] - 28:24, 35:2, 64:12, 70:7
**sentence** [2] - 20:8, 57:17
**separate** [8] - 10:13, 20:2, 22:22, 27:10, 33:19, 67:9, 67:10, 67:22
**separately** [1] - 20:17
**series** [1] - 37:15
**serve** [1] - 7:24
**session** [1] - 3:4
**set** [1] - 23:17
**sheet** [1] - 26:7
**Shire** [3] - 18:2, 37:11, 38:2
**shooting** [1] - 7:19
**shortly** [1] - 35:13
**show** [3] - 6:23, 58:6, 64:25
**showed** [2] - 57:16, 61:6
**shown** [2] - 60:13, 61:19
**shows** [5] - 28:4, 54:5, 57:20, 63:6, 69:19
**side** [6] - 12:11, 34:6, 47:16, 50:21, 52:18
**side's** [1] - 69:5
**sides** [3] - 33:9, 66:9, 66:18
**Silver** [4] - 3:14, 5:23, 6:6, 28:20
**SILVER** [20] - 2:2, 3:13, 3:20, 5:24, 6:5, 6:14, 7:1, 10:22, 11:2, 11:4, 12:6, 12:25, 13:3, 13:11, 13:14, 13:17, 14:3, 14:20, 14:25, 70:13
**Silver's** [1] - 22:1
**similar** [6] - 17:1, 18:14, 23:17, 38:7, 51:6, 56:7
**similarly** [2] - 28:12, 32:10
**simple** [1] - 16:2
**simply** [3] - 14:7, 30:20, 42:21
**single** [2] - 9:20, 54:4
**sitting** [2] - 36:19, 49:15
**situation** [4] - 14:12, 34:16, 42:2, 70:3

**six** [2] - 56:24, 60:14
**skill** [11] - 22:3, 22:21, 23:24, 26:16, 30:15, 38:16, 40:25, 47:23, 50:8, 70:8
**skilled** [13] - 22:20, 24:18, 31:14, 32:3, 32:16, 32:18, 49:18, 49:19, 50:5, 50:14, 51:25, 52:8, 66:8
**SLAYBACK** [1] - 1:12
**Slayback** [7] - 2:25, 3:10, 3:18, 4:16, 5:2, 48:20, 52:24
**slide** [2] - 60:13, 64:17
**slides** [2] - 40:5, 56:23
**slip** [1] - 5:19
**slippery** [1] - 24:6
**slope** [1] - 24:6
**small** [1] - 49:19
**Smith** [1] - 4:15
**SMITH** [1] - 2:21
**sneaky** [2] - 62:19, 62:25
**sodium** [5] - 38:13, 38:17, 41:2, 41:5, 41:8
**software** [1] - 60:7
**sold** [1] - 47:2
**solid** [2] - 36:19, 68:3
**solution** [1] - 38:8
**Solutions** [1] - 54:7
**solvent** [30] - 21:4, 23:22, 25:3, 25:5, 25:12, 25:20, 26:5, 26:6, 26:19, 26:23, 27:8, 28:13, 28:14, 28:17, 29:6, 29:11, 29:12, 29:13, 29:25, 30:4, 30:5, 31:12, 31:17, 39:5, 39:11, 67:2, 67:24, 68:2
**solvents** [7] - 25:25, 26:1, 26:2, 26:14, 29:24, 30:6, 50:18
**someone** [1] - 68:2
**sometimes** [1] - 33:11
**somewhat** [1] - 14:13
**somewhere** [1] - 23:2
**sort** [12] - 15:24, 17:11, 24:6, 26:13, 29:11, 43:16, 45:14, 49:5, 49:17, 51:18, 53:4, 54:1
**sorts** [1] - 53:13
**sought** [1] - 62:4
**spec** [7] - 44:18, 45:8, 45:9, 45:10, 60:15, 63:3, 63:4
**specific** [4] - 16:10,

32:15, 33:9, 54:19
**specifically** [4] - 46:22, 46:23, 54:24, 56:5
**specification** [27] - 16:4, 16:12, 18:6, 18:11, 18:19, 20:14, 20:16, 20:18, 21:1, 21:19, 22:18, 37:18, 39:10, 39:11, 50:10, 53:16, 53:25, 54:4, 54:8, 57:15, 57:19, 58:3, 58:18, 60:23, 65:2, 69:15
**specifications** [1] - 49:4
**specified** [2] - 10:21, 38:5
**spent** [1] - 23:2
**spitware** [1] - 60:6
**split** [2] - 12:19, 19:10
**spot** [1] - 19:2
**spots** [1] - 19:2
**squarely** [1] - 17:21
**stability** [1] - 35:12
**stabilizer** [1] - 67:9
**stabilizing** [11] - 11:8, 19:14, 21:19, 22:17, 22:18, 22:20, 28:7, 32:11, 44:19, 44:20, 44:22
**stable** [2] - 19:9, 37:14
**stage** [1] - 13:24
**Stage** [1] - 27:13
**stages** [1] - 5:7
**stand** [1] - 14:8
**stand-alone** [1] - 14:8
**standard** [1] - 59:1
**standing** [2] - 41:19, 44:24
**start** [6] - 15:15, 16:1, 18:6, 33:5, 39:25, 63:13
**started** [2] - 33:5, 36:23
**starting** [4] - 15:25, 19:5, 53:20, 66:15
**starts** [1] - 44:4
**startup** [1] - 49:3
**statement** [3] - 22:2, 24:12, 38:7
**statements** [2] - 35:22, 37:3
**states** [1] - 17:15
**States** [1] - 47:2
**STATES** [1] - 1:1
**stenographic** [1] - 70:22
**steps** [1] - 38:5
**sterile** [3] - 8:3, 8:4,

46:23
**still** [11] - 11:3, 21:23, 21:25, 24:10, 26:18, 31:10, 41:3, 50:1, 56:19, 67:17, 68:23
**stop** [1] - 44:13
**storage** [1] - 19:9
**storage-stable** [1] - 19:9
**straighten** [1] - 24:25
**straightforward** [1] - 9:8
**straw** [1] - 10:8
**Street** [1] - 1:20
**strikes** [1] - 54:23
**striking** [1] - 56:5
**strong** [2] - 23:14, 38:4
**struck** [2] - 56:11, 57:5
**structure** [6] - 7:25, 9:3, 15:17, 20:7, 53:11, 64:16
**struggling** [1] - 24:23
**stuff** [5] - 6:24, 10:20, 21:11, 27:23, 51:21
**subject** [7] - 26:3, 53:14, 55:7, 58:24, 63:17, 69:14, 69:20
**submit** [3] - 8:25, 15:21, 31:16
**substance** [2] - 47:15, 68:6
**substances** [2] - 30:12, 30:18
**suggest** [5] - 15:4, 27:25, 28:1, 53:18, 69:16
**suggested** [1] - 62:2
**suggests** [2] - 59:3, 63:14
**suitable** [1] - 39:8
**summary** [1] - 69:8
**support** [3] - 57:15, 65:12, 66:25
**supported** [1] - 65:9
**supports** [1] - 18:4
**supposed** [4] - 21:22, 36:20, 48:10, 48:12
**surplusage** [1] - 16:9
**suspect** [1] - 10:15
**system** [4] - 21:4, 29:11, 30:5, 67:24
**systems** [1] - 29:7

## T

**table** [1] - 11:20
**Table** [1] - 28:4
**talks** [2] - 66:22, 67:9

**TAYLOR** [2] - 2:22, 4:14
**Taylor** [1] - 4:15
**team** [1] - 41:12
**ten** [2] - 13:7, 13:9
**Term** [1] - 69:12
**term** [22] - 6:8, 6:10, 6:12, 6:14, 6:15, 7:12, 10:9, 13:15, 14:8, 15:13, 16:1, 16:6, 19:9, 29:14, 33:9, 34:8, 39:2, 39:7, 52:21, 52:25, 53:23, 68:11
**Terms** [2] - 66:15, 69:11
**terms** [10] - 6:7, 7:6, 8:16, 10:13, 12:20, 35:2, 38:8, 43:16, 64:22, 68:22
**tested** [1] - 14:1
**testing** [3] - 17:6, 27:15, 43:24
**THE** [91] - 1:1, 1:2, 1:24, 3:5, 3:8, 3:19, 3:22, 4:9, 4:13, 4:20, 4:24, 5:4, 5:14, 5:22, 6:4, 6:13, 6:16, 10:16, 10:23, 11:3, 12:3, 12:7, 13:2, 13:6, 13:13, 13:16, 14:2, 14:19, 14:21, 15:1, 15:6, 19:1, 19:4, 19:7, 20:7, 21:14, 22:12, 22:24, 23:1, 24:8, 24:13, 24:23, 25:21, 25:23, 26:12, 27:21, 28:13, 28:16, 28:18, 29:2, 29:6, 30:9, 30:13, 31:5, 31:7, 31:19, 31:23, 32:2, 32:21, 32:25, 36:1, 36:13, 36:15, 37:22, 38:11, 38:23, 40:25, 41:25, 43:10, 44:9, 44:11, 44:14, 46:9, 47:3, 47:10, 48:10, 49:6, 49:12, 51:10, 51:18, 51:21, 52:10, 52:13, 52:20, 57:7, 62:13, 63:9, 65:13, 65:15, 66:1, 70:17
**theater** [1] - 39:3
**therefore** [1] - 17:13
**thereof** [2] - 19:14, 45:18
**they've** [3] - 37:3, 38:18, 56:23
**thinks** [2] - 65:7,

65:10
**third** [2] - 4:23, 37:21
**thoughts** [2] - 65:15, 66:2
**three** [6] - 4:7, 6:7, 16:3, 44:18, 45:11, 45:17
**throughout** [2] - 40:4, 55:18
**throw** [1] - 14:14
**Thursday** [1] - 1:21
**tie** [1] - 9:6
**tocopherol** [2] - 52:4, 52:7
**today** [22] - 3:8, 3:15, 4:12, 5:1, 5:6, 5:12, 6:7, 12:8, 12:16, 13:23, 23:3, 35:3, 35:25, 38:11, 45:14, 49:15, 66:5, 66:10, 67:4, 67:23, 69:21, 70:12
**today's** [1] - 34:20
**together** [4] - 15:2, 45:19, 66:19, 68:16
**took** [1] - 10:24
**topic** [1] - 15:25
**totality** [2] - 18:3, 19:23
**totally** [2] - 35:20, 58:11
**transcript** [1] - 70:22
**treat** [1] - 44:19
**trial** [6] - 7:14, 7:15, 7:19, 33:17, 41:4, 48:9
**trials** [1] - 33:16
**Triozzi** [1] - 70:24
**Trojan** [1] - 16:15
**truck** [1] - 10:12
**true** [2] - 56:25, 70:21
**try** [7] - 18:11, 24:25, 35:19, 44:2, 44:5, 48:2, 62:25
**trying** [24] - 13:7, 17:9, 20:9, 24:24, 28:24, 33:8, 33:10, 45:6, 47:14, 49:3, 50:23, 54:13, 54:17, 54:18, 55:4, 55:14, 57:3, 59:20, 61:8, 62:8, 62:20, 62:25, 63:15, 63:17
**turn** [2] - 37:3, 38:13
**twice** [1] - 59:23
**two** [15] - 5:11, 8:8, 9:2, 15:9, 16:16, 17:24, 33:22, 40:11, 41:10, 44:18, 45:19, 50:18, 53:12, 56:22,

58:15
**type** [1] - 62:17
**typo** [10] - 53:1, 54:10, 54:11, 56:13, 58:14, 58:24, 60:21, 64:22, 65:8, 65:10
**typographical** [1] - 69:13
**typos** [1] - 53:13

## U

**U.S** [1] - 70:25
**U.S.D.C.J** [1] - 1:24
**ultimately** [6] - 33:20, 33:24, 34:18, 35:1, 35:6, 68:14
**unbounded** [1] - 64:1
**under** [3] - 16:3, 17:21, 62:14
**underlying** [2] - 6:22, 7:4
**understandable** [1] - 11:24
**understood** [6] - 5:22, 29:1, 32:1, 35:22, 40:4, 64:1
**undertook** [1] - 51:6
**undisputed** [2] - 57:11, 58:1
**unfounded** [1] - 16:23
**UNITED** [1] - 1:1
**United** [1] - 47:2
**universe** [1] - 47:15
**unless** [4] - 8:17, 23:14, 39:20, 46:21
**unprecedented** [3] - 7:22, 9:18, 14:18
**unreasonable** [1] - 61:1
**unrelated** [7] - 26:11, 30:18, 31:3, 44:7, 68:6, 68:7
**unstable** [1] - 35:14
**unusual** [1] - 34:14
**up** [15] - 8:1, 12:19, 14:6, 17:7, 17:19, 21:9, 23:15, 36:3, 38:13, 38:19, 44:5, 50:1, 51:15, 54:5, 61:25
**upheld** [2] - 33:23, 35:4
**upped** [1] - 56:24
**upper** [13] - 57:10, 57:13, 57:16, 57:23, 58:4, 59:6, 59:13, 63:22, 63:23, 64:1, 64:15, 64:21, 64:25
**upstream** [1] - 16:18

**urging** [2] - 9:21, 10:1
**uses** [1] - 53:25

## V

**value** [2] - 57:24, 58:16
**variety** [1] - 25:15
**various** [2] - 11:15, 54:4
**vehicle** [2] - 20:3, 22:22
**vial** [5] - 8:3, 8:4, 17:5, 46:24
**view** [4] - 5:13, 7:18, 11:21, 50:23
**virtually** [1] - 61:21
**Vitamin** [2] - 52:5, 67:19
**vitiate** [2] - 16:19, 17:19
**vs** [3] - 3:9, 9:13, 18:2

## W

**waffling** [1] - 35:10
**wafflized** [1] - 35:12
**waived** [1] - 5:20
**waiver** [1] - 7:3
**waiving** [1] - 5:7
**waste** [1] - 56:20
**watch** [1] - 5:11
**water** [17] - 13:3, 13:9, 23:7, 23:8, 23:11, 23:15, 23:19, 26:6, 26:9, 35:11, 35:13, 35:16, 35:18, 42:5, 42:6
**Watkins** [1] - 3:17
**WATKINS** [1] - 2:5
**week** [2] - 10:25, 43:8
**weekend** [1] - 70:18
**weeks** [1] - 56:17
**weigh** [1] - 47:3
**well-established** [1] - 9:15
**well-known** [1] - 11:8
**WELSH** [1] - 2:6
**Welsh** [1] - 3:17
**whatnot** [1] - 14:1
**wherein** [2] - 53:2, 55:10
**Whitt** [1] - 3:20
**whole** [4] - 21:8, 33:13, 42:8, 48:2
**Williams** [1] - 9:14
**willing** [1] - 67:18
**Wilmington** [1] - 1:20
**Windels** [1] - 4:16
**WINDELS** [1] - 2:24

**wondering** [1] - 49:6
**word** [12] - 12:12, 12:13, 18:14, 23:18, 40:21, 57:4, 60:4, 60:6, 63:19, 69:1, 69:6, 70:9
**worded** [1] - 24:20
**wording** [2] - 24:22, 65:8
**words** [8] - 20:21, 21:10, 34:2, 39:10, 44:6, 47:14, 50:24, 56:6
**world** [2] - 40:15
**worry** [1] - 62:18
**wow** [1] - 51:1
**wrap** [1] - 14:6
**write** [1] - 38:22
**written** [3] - 34:19, 64:15, 64:20
**WYLEY** [1] - 2:3
**Wyley** [1] - 3:15

## Y

**year** [1] - 8:16
**years** [4] - 9:14, 34:23, 48:3, 49:4
**yellow** [2] - 5:20, 15:21
**yesterday** [1] - 7:2
**Yodlee** [2] - 56:15, 60:5

## Z

**zero** [1] - 44:11

# **Exhibit 12**

28 JANUARY 2008

VOLUME 128 NUMBER 4

# THE JOURNAL OF CHEMICAL PHYSICS





AMERICAN INSTITUTE OF PHYSICS

Case 1:24-cv-00065-JLH    Document 420-1    Filed 07/01/26    Page 159 of 437 PageID #: 17297

# THE JOURNAL OF CHEMICAL PHYSICS

CODEN: JCPSA6
ISSN: 0021-9606

jcp.aip.org

**Interim Editor:**

Branka M. Ladanyi, *Colorado State University, Fort Collins, CO*

**Senior Associate Editor:**

John C. Light, *The University of Chicago, Chicago, IL*

**Associate Editors:**

Laurie J. Butler, *The University of Chicago, Chicago, IL*
Edward W. Castner, Jr., *Rutgers University, Piscataway, NJ*
Ernest R. Davidson, *University of Washington, Seattle, WA*
Horia Metiu, *University of California, Santa Barbara, CA*
Murugappan Muthukumar, *University of Massachusetts, Amherst, MA*

**Editorial Board**

*Term ending 31 December 2008*

Pablo G. Debenedetti (Princeton University, Princeton, NJ)
Jean-Pierre Hansen (University of Cambridge, Cambridge, UK)
William A. Lester, Jr. (University of California, Berkeley, CA)
Kopin P. Liu (Academia Sinica, Taipei, Taiwan)
Joseph V. Ortiz (Auburn University, Auburn, AL)
Geraldine L. Richmond (University of Oregon, Eugene, OR)
Timothy C. Steimle (Arizona State University, Tempe, AZ)
Gregory A. Voth (University of Utah, Salt Lake City, UT)

*Term ending 31 December 2009*

Steve Granick (University of Illinois, Urbana, IL)
Marsha I. Lester (University of Pennsylvania, Philadelphia, PA)
R. J. Dwayne Miller (University of Toronto, Toronto, Canada)
Abraham Nitzan (Tel-Aviv University, Tel-Aviv, Israel)
Jens K. Nørskov (Technical University of Denmark, Lyngby, Denmark)
Thomas P. Russell (University of Massachusetts, Amherst, MA)
Alan K. Soper (Rutherford Appleton Laboratory, Oxon, UK)
Attila Szabo (National Institutes of Health, Bethesda, MD)

*Term ending 31 December 2010*

Irène Burghardt (Ecole Normale Supérieure, Paris, France)
Fumio Hirata (Institute for Molecular Science, Okazaki, Japan)
Malcolm H. Levitt (Southampton University, Southampton, UK)
David E. Manolopoulos (University of Oxford, Oxford, UK)
Andrew J. Orr-Ewing (University of Bristol, Bristol, UK)
Annabella Selloni (Princeton University, Princeton, NJ)
Devarajan Thirumalai (University of Maryland, College Park, MD)
Andrei Tokmakoff (M.I.T., Cambridge, MA)

**Information for Authors**

**Submissions:** Submit manuscripts, as electronic PDF files, via the website: **http://jcp.uchicago.edu.** Do not send manuscripts to the editorial offices as e-mail attachments. If preferred, mail printed manuscripts (2 copies) to Editor, *The Journal of Chemical Physics*, Department of Chemistry, 5735 S. Ellis Ave., The University of Chicago, Chicago, IL 60637; E-mail: editor@jcp.uchicago.edu; Fax: 773-702-8314. Submission implies that the manuscript has not been published previously and is not currently submitted for publication elsewhere. For detailed information for contributors, visit **http://jcp.aip.org/jcp/submit.jsp.**

**Publication Charge:** The American Institute of Physics does not require page charges for this journal.

**Open Access:** Through participation in *Author Select®* and payment of an $1500 fee, authors may choose open access publication for their accepted papers. Authors will receive information during the production process.

**Free Color Online:** If authors supply usable color files in time for production, color will appear online free of charge; the same files will be used for print, whether these appear in color or not.

**Color Printing:** Color illustrations will be published free of charge to authors in the printed journal if the Journal's editors deem the use of color to be essential. For all other color figures, fixed rates of $650 for the first color figure and $325 for each additional color figure apply. For multipart figures, a single charge will apply only if all parts are submitted as a single piece of artwork.

**Reprints:** Order reprints with or without covers only in multiples of 50 from AIP, Circulation & Fulfillment/Reprints, Suite 1NO1, 2 Huntington Quadrangle, Melville, NY 11747-4502; Fax: 516-349-9704; Tel.: 1-800-344-6909 (U.S. & Canada), or 516-576-2270.

**Supplemental Material** may be deposited with AIP's Electronic Physics Auxiliary Publication Service (EPAPS), a low-cost online depository. For a nominal fee, authors may submit multimedia, data tables, text, etc. Address requests to the Editor, for additional information, see **http://www.aip.org/pubservs/epaps.html.**

**Online Status Inquiry:** During the production process, authors may access information about their accepted manuscripts at **http://www.aip.org/msinq/status.html.**

*The Journal of Chemical Physics* (JCP) publishes concise and definitive reports of significant research methods and applications of chemical physics. Innovative research in traditional areas of chemical physics such as spectroscopy, kinetics, statistical mechanics, and quantum mechanics continue to be areas of interest to readers of JCP. In addition, newer areas such as polymers, materials, surface/interfaces, information theory, and systems of biological relevance are of increasing importance. Routine applications of chemical physics techniques may not be appropriate for JCP. Content is published online daily, collected into four online and printed issues per month (48 issues per year); the journal is published by the American Institute of Physics.

**Editorial Office Staff**

*Colorado State University:*
  editor@jcp.colostate.edu
*University of California, Santa Barbara:*
  jcpeditor@chem.ucsb.edu
*University of Chicago:*
  editor@jcp.uchicago.edu

**Production Staff at AIP:** jcp@aip.org

**Comments:** Direct comments on the journal or editorial process to Doreene Berger, Editorial Operations, AIP, Suite 1NO1, 2 Huntington Quadrangle, Melville, NY 11747-4502. Tel: 516-576-2444; Fax: 516-576-2450; E-mail: dberger@aip.org.

**2008 Subscription Prices**

**Institutions:** For information, visit **http://librarians.aip.org.** Institutional rates may be found online at **http://jcp.aip.org/jcp/subpricing.jsp** or contact AIP Customer Services at **subs@aip.org** [Tel.: 800-344-6902 (U.S. & Canada) or 516-576-2270; Fax: 516-349-9704].

**Members:** For information, visit **http://jcp.aip.org/jcp/subpricing.jsp** or contact AIP Customer Services at **subs@aip.org** [Tel.: 800-344-6902 (U.S. & Canada) or 516-576-2270; Fax: 516-349-9704].

**Additional Availability**

**Online Access:** *The Journal of Chemical Physics* is available online at **http://jcp.aip.org.**
**Microform:** *The Journal of Chemical Physics* is available on microfiche issued at the same frequency as the printed journal, and annually on microfilm. Direct requests to AIP, Circulation & Fulfillment/Single Copy Sales, Suite 1NO1, 2 Huntington Quadrangle, Melville, NY 11747-4502; Fax: 516-349-9704; Tel.: 1-800-344-6902 (U.S. & Canada), or 516-576-2270.
**Document Delivery:** Copies of journal articles can be ordered for online delivery from DocumentStore, AIP's online document delivery service (**http://www.documentstore.org**).

**Customer Service**

**Subscription Orders and Renewals** should be addressed to American Institute of Physics, P.O. Box 503284, St. Louis, MO 63150-3284. Tel.: 1-800-344-6902 (U.S. & Canada), or 516-576-2270; Fax: 516-349-9704; E-mail: subs@aip.org. Allow at least six weeks advance notice.
**Inquiries, Address Changes, Claims, Single Copy Replacements, and Back Volumes:** For address changes, please send both old and new addresses and, if possible, include the mailing label from a recent issue. Missing issue requests will be honored only if received within six months of publication date (nine months for Australia & Asia). Please forward your missing issue claim requests to claims@aip.org. Single copies of a journal may be ordered and back volumes are available in print, microfiche, or microfilm. Contact AIP Customer Services at 1-800-344-6902 (U.S. & Canada), or 516-576-2270; Fax: 516-349-9704; E-mail: subs@aip.org.
**Reprint Billing:** Contact AIP Publication Charge & Reprints/CFD, Suite 1NO1, 2 Huntington Quadrangle, Melville, NY 11747-4502; Tel.: 1-800-344-6909 (U.S. & Canada), or 516-576-2270; E-mail: pcr@aip.org.

**Rights and Permissions**

**Copying:** Single copies of individual articles may be made for private use or research. Authorization is given to copy articles beyond the free use permitted under Sections 107 and 108 of the U.S. Copyright Law, provided that the copying fee of $23.00 per copy per article is paid to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, USA, http://www.copyright.com. For classroom use fees, contact CCC's Academic Permission Service. (Note: The ISSN for this journal is 0021-9606.)

Authorization does not extend to systematic or multiple reproduction, to copying for promotional purposes, to electronic storage or distribution, or to republication in any form. In all such cases, specific written permission from AIP must be obtained. Note: Copies of individual articles may also be purchased online via AIP's DocumentStore service (http://www.documentstore.org).

**Other Use:** See journal home page for author's web posting guidelines. Permission is granted to quote from the journal with the customary acknowledgment of the source. Republication of an article or portions thereof requires formal permission from AIP and may be subject to fees. Permission may be obtained online using Rightslink. Simply click on the Rightslink icon/Permission for Reuse link found in the article abstracts. You may also address requests to: AIP Office of Rights & Permissions, Suite 1NO1, 2 Huntington Quadrangle, Melville, NY 11747-4502; Tel.: 516-576-2268; Fax: 516-576-2450; E-mail: rights@aip.org.

**Digital Object Identifier (DOI):** Each archival article published is assigned a unique DOI that serves to identify the article in a digital environment. In print, the DOI appears at the end of each abstract.

*The Journal of Chemical Physics* (ISSN: 0021-9606) is published four times per month, 48 issues per year by the American Institute of Physics. The 2008 print+online base price is US$6200. POSTMASTER: Send address changes to *The Journal of Chemical Physics*, AIP, Suite 1NO1, 2 Huntington Quadrangle, Melville, NY 11747-4502. Periodicals postage paid at Huntington Station, NY 11746, and additional mailing offices.
**Printed** on Fabrite 35# paper, pH >7.0 and AIP Cote 38# paper (pH 6–8).

Copyright © 2008 American Institute of Physics. All rights

Vol. 128, No. 4, 28 January 2008

CODEN: JCPSA6
ISSN: 0021-9606

LINDA HALL
FEB 2 1 2008
LIBRARY

## COMMUNICATIONS

**Fully relativistic calculations on the potential energy surfaces of the lowest 23 states of molecular chlorine** *(5 pages)*
Luiz Guilherme M. de Macedo and Wibe A. de Jong ...................................... **041101**

**Resonant dissociative electron transfer of the presolvated electron to $CCl_4$ in liquid: Direct observation and lifetime of the $CCl_4^{-}$ transition state** *(4 pages)*
C.-R. Wang, K. Drew, T. Luo, M.-J. Lu, and Q.-B. Lu ...................................... **041102**

**Enhancement of the transverse conductance in DNA nucleotides** *(4 pages)*
Vincent Meunier and Predrag S. Krstić ...................................... **041103**

**Solvent migration from the C- to the N-terminus of amino acid in photoionization of phenylglycine-water complex** *(3 pages)*
Hyung Min Kim, Kyu Young Han, Juyeon Park, Gap-Sue Kim, and Seong Keun Kim ...................................... **041104**

## ARTICLES

### Theoretical Methods and Algorithms

**Hartree-Fock complete basis set limit properties for transition metal diatomics** *(9 pages)*
T. Gavin Williams, Nathan J. DeYonker, and Angela K. Wilson ...................................... **044101**

**Study on the maximum accuracy of the pseudopotential density functional method with localized atomic orbitals versus plane-wave basis sets** *(8 pages)*
Michele Gusso ...................................... **044102**

**On the mapping of time-dependent densities onto potentials in quantum mechanics** *(4 pages)*
Roi Baer ...................................... **044103**

**Auxiliary basis sets for density fitting–MP2 calculations: Nonrelativistic triple-$\zeta$ all-electron correlation consistent basis sets for the $3d$ elements Sc–Zn** *(4 pages)*
J. Grant Hill and James A. Platts ...................................... **044104**

**Local-density approximation for orbital densities applied to the self-interaction correction** *(8 pages)*
Naoto Umezawa ...................................... **044105**

**Computing accurate potentials of mean force in electrolyte solutions with the generalized gradient-augmented harmonic Fourier beads method** *(13 pages)*
Ilja V. Khavrutskii, Joachim Dzubiella, and J. Andrew McCammon ...................................... **044106**

**Dynamical dimer method for the determination of transition states with *ab initio* molecular dynamics** *(9 pages)*
Alexander Poddey and Peter E. Blöchl ...................................... **044107**

**A comparative assessment of the perturbative and renormalized coupled cluster theories with a noniterative treatment of triple excitations for thermochemical kinetics, including a study of basis set and core correlation effects** *(7 pages)*
Jingjing Zheng, Jeffrey R. Gour, Jesse J. Lutz, Marta Włoch, Piotr Piecuch, and Donald G. Truhlar ...................................... **044108**

**The method of Gaussian weighted trajectories. III. An adiabaticity correction proposal** *(7 pages)*
L. Bonnet ...................................... **044109**

**Improving upon CCSD(T): $\Lambda$CCSD(T). I. Potential energy surfaces** *(13 pages)*
Andrew G. Taube and Rodney J. Bartlett ...................................... **044110**

**Improving upon CCSD(T): $\Lambda$CCSD(T). II. Stationary formulation and derivatives** *(9 pages)*
Andrew G. Taube and Rodney J. Bartlett ...................................... **044111**

© 2008 American Institute of Physics

This material may be protected by Copyright law (Title 17 U.S. Code)

# The structure of aqueous sodium hydroxide solutions: A combined solution x-ray diffraction and simulation study

Tünde Megyes,[a] Szabolcs Bálint, Tamás Grósz, Tamás Radnai, and Imre Bakó
*Institute of Structural Chemistry, Chemical Research Center of the Hungarian Academy of Sciences, Pusztaszeri út 59-67, H-1025 Budapest, Hungary*

Pál Sipos
*Department of Inorganic and Analytical Chemistry, Research Group of Environmental Chemistry (ReGECh), University of Szeged, P.O. Box 440, H-6701 Szeged, Hungary*

(Received 5 July 2007; accepted 13 November 2007; published online 23 January 2008)

To determine the structure of aqueous sodium hydroxide solutions, results obtained from x-ray diffraction and computer simulation (molecular dynamics and Car-Parrinello) have been compared. The capabilities and limitations of the methods in describing the solution structure are discussed. For the solutions studied, diffraction methods were found to perform very well in describing the hydration spheres of the sodium ion and yield structural information on the anion's hydration structure. Classical molecular dynamics simulations were not able to correctly describe the bulk structure of these solutions. However, Car-Parrinello simulation proved to be a suitable tool in the detailed interpretation of the hydration sphere of ions and bulk structure of solutions. The results of Car-Parrinello simulations were compared with the findings of diffraction experiments. © *2008 American Institute of Physics.* [DOI: 10.1063/1.2821956]

## I. INTRODUCTION

In the study of aqueous electrolyte solutions, alkali ion solutions are especially interesting due to their important role in solution chemistry, biochemistry, and pharmacology. Knowledge of their solution structure is central to understand the transport properties of ions,[1] the ionic permeability of organic structures such as biological membranes,[2] and the efficacy of ions in precipitating, or salting out, proteins from aqueous solutions.[3] A comprehensive report[4] summarizes the experimental—x-ray and neutron diffractions extended x-ray absorption fine structure and nuclear magnetic resonance—studies as well as traditional computer simulation results on the structure and dynamics of hydrated ions until 1993. These results account for an uncertainty as far as hydration number of $Na^+$ is concerned, placing it between 4 and 8,[5–9] and the general concept of sodium being a "loosely hydrated" ion is described. The first neighbor distance $r_{Na-H_2O}$ is estimated to be between 2.4 and 2.5 Å from experiments, but computer simulations suggest shorter values, varying from 2.24 to 2.37 Å.[10,11] The second hydration shell around sodium ion in aqueous solution is also described but with even greater ambiguity. Until a few years ago, neutron diffraction[6,9] and x-ray scattering[5,7,8,12] experiments were performed to study sodium ion hydration in various sodium salt solutions. Hydroxide solutions were less examined. Early x-ray diffraction experiments conducted on potassium hydroxide solutions resulted in coordination numbers of 4 for potassium and 6 for hydroxide ion; these results, in the light of new experimental and theoretical findings, should be reconsidered.[13,14] Sodium and hydroxide hydrations have

been studied in connection with sodium aluminate formation[15–17] as well when the interest was focused on the aluminate's polymerization. The question arose as to whether or not sodium hydroxide ion pairing competes with sodium aluminate ion pairing and, in addition, whether sodium hydroxide ion pairing influences the ability of aluminate ions to form dimers or even a more extended polymeric structure. As a matter of fact, until recently, sodium hydroxide ion pairing was only a question of low priority and the problem has not yet been understood in detail.

The diffuse character of literature data about the hydration of sodium ion is probably due to the chemical nature of the base as well as the experimental difficulties associated with these corrosive and viscous solutions. Until the past decade, only little attention has been devoted to hydroxide solutions, despite their importance in chemistry, biology, and industry. Highly concentrated aqueous NaOH solutions are of considerable practical (commercial) interest, mainly due to their special role in the aluminum industry, where they are used for dissolving aluminum oxide from its ores during the Bayer process. Recently the structure and dynamics of hydroxide solutions became a very frequently studied and popular area of research. The reason for this increasing interest is the debate about the nature and transport mechanism of hydrated hydroxide ions.

One of the products of the salvation of hydroxide compounds is the $OH^-$ ion. It was generally believed that the mobility mechanism of hydroxide ion may resemble that of the proton since they have similar mobilities[18] and the hydroxide ion can be regarded as a water molecule with a missing proton or a "proton hole."[19,20] However, a variety of solvated hydroxide complexes was suggested in previous experimental and theoretical studies. Gas-phase mass spectro-

[a]Author to whom correspondence should be addressed. Electronic mail: megyes@chemres.hu.

044501-2    Megyes *et al.*

J. Chem. Phys. **128**, 044501 (2008)

metric measurements pointed to a shell closure at three water molecules.[21] Agmon[18] suggested the formation of either $H_7O_4^-$ species with three water molecules coordinated directly with $OH^-$ through hydrogen bonds of $H_3O_2^-$ species with two additional water molecules hydrogen bonded to the two oxygen atoms. Moreover, many experiments have demonstrated that the structural and dynamical properties of water undergo significant changes in the presence of $OH^-$.[22,23] For example, both Raman and IR spectroscopies reveal dramatic changes in the vibrational spectra, particularly a broadening in the normal water OH stretching frequency range.[24-26] Interestingly, at high concentrations, a "free" O–H stretch appears in the Raman spectrum but not in the IR. From this fact, it was inferred that $H_3O_2^-$ is the dominant solvation structure. Recently published infrared spectroscopy measurements[27] found no evidence for the existence of the stable hydroxide dimer, $H_3O_2^-$, in an aqueous solution. Their spectral data do confirm, however, the existence of a weak interaction with a single water molecule at the hydrogen site of $OH^-$.

A radically different structural diffusion mechanism has been formulated for negative charge defects in water, based on *ab initio* path integral simulations,[28] in which the authors found that the hydroxide ion has its own unique mobility mechanism and a new complex, $H_9O_5^-$, was reported to be the predominant solvation structure for the hydroxide ion. The solvation shell of $OH^-$ in water is not composed any more of three accepted and one donated hydrogen bonds, as the standard Lewis picture of an isolated $OH^-$ molecule would suggest. Rather, the hydrated $OH^-$ is mostly "hypercoordinated" in the sense that its oxygen prefers to accept four hydrogen bonds in a roughly square-planar configuration. In addition, its hydrogen is able to donate another hydrogen bond. This is consistent with a high solvation number between 5 and 6 for $OH^-$, as determined from a dielectric relaxation experiment on a dilute NaOH solution.[29] The results obtained from x-ray absorption spectroscopy[30] measurements on potassium hydroxide solutions indicate again that the hydroxide ion exists in hypercoordinated solvation shell. Also, in recent neutron diffraction experiments with isotopic substitution, it was found that the predominant hydration complex is the $H_9O_5^-$ ion,[31-35] in substantial agreement with the findings of Tuckermann *et al.*[28]

The structure of aqueous clusters of sodium[36-38] and hydroxide[39-45] ions has been the target of computational studies by quantum mechanical (QM) methods.

The calculations showed that it is probable to form stable, highly symmetric Na-water clusters with up to eight water molecules. The given number of water molecules around a sodium ion can be arranged in different, closely isoenergetic configurations, depending on the positions of the water molecules in the first or second shell of the sodium ion. These configurations resulted from competing sodium-water and water-water interactions.

The main conclusion from quantum mechanical calculations on hydroxide hydration is that the central proton in the simplest hydroxide hydrate, $H_3O_2^-$, is positioned asymmetrically with respect to the two oxygen atoms. The calculated oxygen-oxygen distances vary from 2.47 to 2.58 Å. How-

ever, there has been some theoretical evidence for the existence of a transition state for proton transfer in $H_3O_2^-$, with oxygen-oxygen distance contracted to ~2.4 Å. More complex hydroxide hydrates, $OH^-(H_2O)_n$, ($n=3-5$), have been usually found in two isomeric forms: in the $C_n$ symmetry structure and in the $OH^-(H_2O)_{n-1}(H_2O)$ structure, respectively, with a single water molecule occupying the second hydration shell.

Solvation of sodium ion has been studied by classical molecular dynamics,[5,10-12] QM/molecular mechanics,[46-48] and *ab initio* molecular dynamics simulation methods.[49,50] Hydroxide ion solvation has been studied by applying force field based *non-ab initio*[51-55] and *ab initio* molecular dynamics simulation methods,[56-62] as well. Classical[63] and *ab initio*[64-66] molecular dynamics simulation studies were conducted on sodium and potassium hydroxide solutions with different concentrations.

Molecular dynamics techniques have provided valuable information about the solvation dynamics and coordination of hydroxide anion in water. In the *ab initio* molecular dynamics (MD) study published by Tuckerman *et al.*,[56,57] an equilibrium between the predominant planar $H_9O_5^-$ and tetrahedral $H_7O_4^-$ complexes has been detected. The oxygen-oxygen distance from $OH^-$ to the first hydration sphere has been 2.7 Å in the former and 2.6 Å in the latter complex. The appearance of a more open, tetrahedral structure has been conclusively linked with proton hop occurrence between the anion and a neighboring water molecule. Hypercoordination of $OH^-$ in $OH^-(H_2O)_4$ has been later confirmed by *ab initio* MD simulations.[64,65] On the other hand, another *ab initio* MD investigation has concluded that rapid interconversion between tri- and tetracoordinated $OH^-$ takes place during the simulation time span, with $OH^-(H_2O)_3$ as the predominant structure and with a rather short distance with coordinating oxygens ($<2.5$ Å).[58] Recently Chandra *et al.*[61] found in their comprehensive study on proton transfer in hydrogen bonded networks using various density functional theory (DFT) functionals that PW91 and HCTH functionals predict unphysically high and low proton transfer rates, respectively, while BLYP yields a rate consistent with experiment. This finding means that the application of the three different functionals results in different mechanisms of proton transfer.

In order to gain a better insight into these problems, new structural studies performed by traditional solution chemistry methods of x-ray diffraction combined with molecular dynamics simulation over a series of moderately and highly concentrated solutions of sodium hydroxide are reported here, aiming to monitor the structural changes in the solution and thus to reveal more details on hydration, contact ion pairing, and solvent separated ion pairing in sodium hydroxide solutions as a function of concentration.

## II. DETAILS OF THE EXPERIMENTAL STUDY

### A. X-ray diffraction measurement and method of structural analysis

Concentrated NaOH stock solutions (~19$M$) were prepared from Millipore MilliQ water and analytical reagent

044501-3    The structure of aqueous NaOH                                          J. Chem. Phys. **128**, 044501 (2008)

TABLE I. Physical properties of NaOH solutions studied: salt concentration $c$, mass density $\rho$, linear x-ray absorption coefficient $\mu$, and atomic number density $\rho_0$.

| Sample name | $c$ (mol dm$^{-3}$) | $\rho$ (g cm$^{-3}$) | $\mu$ (cm$^{-1}$) | $\rho_0$ ($10^{-24}$ cm$^{-3}$) | NaOH:H$_2$O |
|---|---|---|---|---|---|
| A | 2.481 | 1.0954 | 1.2703 | 0.1044 | 1:22.29 |
| B | 4.735 | 1.1728 | 1.4513 | 0.1072 | 1:11.52 |
| C | 8.788 | 1.2930 | 1.7566 | 0.1103 | 1:5.95 |
| D | 15.47 | 1.4532 | 2.2198 | 0.1116 | 1:2.99 |
| E | 19.14 | 1.5216 | 2.4533 | 0.1104 | 1:2.19 |

grade NaOH (Hungaropharma, 99% purity) and their carbonate content was minimized as described previously.[67] The density of the solution was determined picnometrically. The exact concentration of the stock solution was determined by acid-base titration, following an accurate gravimetric dilution of the base solution. For the titration, HCl solution ("Convol" volumetric standard, accuracy of $\pm 0.1\%$) and phenolphtalein indicator were used. The NaOH solution was stored in an airtight Pyrex bottle. Solution series for the x-ray diffraction measurements were prepared by accurate gravimetric dilution of the sodium hydroxide stock solution. The concentrations and densities of the solutions studied together with their acronyms, which will be used hereafter in the text, are shown in Table I.

X-ray scattering measurements were performed at room temperature [$(24 \pm 1)$ °C], with a Philips X'Pert goniometer in a vertical Bragg-Brentano geometry with a pyrographite monochromator in the scattered beam by using Mo $K\alpha$ radiation ($\lambda = 0.7107$ Å). The liquid sample holder had plane-parallel windows prepared from 75 $\mu$m thin foils of biori-ented polypropylene. The scattering angle range of measurement spanned over $1.28° \leqslant 2\Theta \leqslant 120°$ corresponding to the range of $0.2$ Å$^{-1} \leqslant k \leqslant 15.3$ Å$^{-1}$ of the scattering variable $k = (4\pi/\lambda)\sin\Theta$. Over 100 000 counts were collected by a proportional detector at each of 150 discrete angles selected in $\Delta k \approx 0.1$ Å$^{-1}$ steps, in several repeated runs (10 000 counts at each point).

The measurement technique and data treatment were essentially the same as described previously. The measured intensities were corrected for background, polarization, absorption, and Compton scattering using standard methods given in earlier works.[68]

The experimental structure function is defined as

$$h(k) = \left[ I(k) - \sum_\alpha x_\alpha f_\alpha^2(k) \right] \Big/ M(k), \qquad (1)$$

where $I(k)$ is the corrected coherent intensity of the scattered beam normalized to electron units,[69] $f_\alpha(k)$ and $x_\alpha$ are the scattering amplitude and mole fraction for a type of $\alpha$ particle, respectively, and $M(k)$ is the modification function, $[\sum x_\alpha f_\alpha(k)]^2$. The coherent scattering amplitudes were calculated as previously described.[68] The sodium hydroxide molecules were treated in atomic representation, and the necessary parameters were taken from the International Tables for X-ray Crystallography.[70]

The experimental radial distribution function (RDF) was computed from the structure function $h(k)$ by Fourier transformation according to

$$g(r) = 1 + \frac{1}{2\pi^2 r \rho_0} \int_{k_{\min}}^{k_{\max}} k h(k) \sin(kr) dk, \qquad (2)$$

where $r$ is the interatomic distance, $k_{\min}$ and $k_{\max}$ are the lower and upper limits of the experimental data, and $\rho_0$ is the atomic number density. After repeated Fourier transformations, the nonphysical peaks present in the $g(r)$ at small $r$ values were removed, and the structure function was corrected for residual systematic errors.[71]

In order to characterize the structure of the solution, as a first step, a visual evaluation and a preliminary semiquantitative analysis of the observed structure functions $kh(k)$ and RDF $g(r)$ were performed. Further on, the observed data were analyzed by geometrical model constructions and fitting the model structure functions to the corresponding experimental ones by the nonlinear least-squares method. The fitting strategy was previously described in Ref. 68.

## III. COMPUTATIONAL DETAILS

### A. Molecular dynamics simulation

A classical MD simulation has been performed in the *NVT* ensemble at 300 K temperature. The simulation parameters are listed in Table II. The rigid SPC/E potential model[72] was applied to water. The ion-ion and ion-water short-range interactions were represented by Lennard-Jones potentials applying the point charge (PC) model.[73] During the 60 000 time steps of equilibration, the Nosé-Hoover thermostat was used to control the temperature. The simulation was performed by the DLPOLY 2.15 software[74] for 200 000 time steps leading to the total simulation time of 200 ps.

### B. Car-Parrinello simulation

An alternative simulation was performed by using the CPMD[75] (Car-Parrinello *ab initio* molecular dynamics) program package with the exchange functional derived by Becke[76] and the correlation term given by Lee *et al.*

TABLE II. Box length $L$ and number of sodium and hydroxide ions and water molecules used in the molecular dynamics simulations.

| Sample | $L$ (Å) | Na$^+$/OH$^-$ | H$_2$O |
|---|---|---|---|
| A | 24.503 | 21 | 470 |
| B | 23.679 | 38 | 436 |
| C | 23.002 | 64 | 384 |
| D | 22.240 | 102 | 308 |
| E | 21.962 | 122 | 268 |

044501-4    Megyes *et al.*    J. Chem. Phys. **128**, 044501 (2008)

TABLE III. Energy minimum geometries and total energies (in Å and kcal mol$^{-1}$) of Na$-$(H$_2$O)$_n$ ($n=1,2,4,6,8$) clusters obtained from BLYP DFT and MP2 level of theory. A: 6-311+G$^{**}$ BSSE correction; B: 85 RY.

| | BLYP/A | | BLYP/PW/B | | MP2/A | |
|---|---|---|---|---|---|---|
| $n$ | $r_{Na\cdots O}$ | $-\Delta E$ | $r_{Na\cdots O}$ | $-\Delta E$ | $r_{Na\cdots O}$ | $-\Delta E$ |
| 1 | 2.247 | 24.1 | 2.292 | 23.1 | 2.265 | 23.9 |
| 2 | 2.268 | 46.8 | 2.321 | 41.0 | 2.319 | 43.9 |
| 4 | 2.331 | 76.6 | 2.381 | 72.2 | 2.356 | 73.7 |
| 6 | 2.456 | 98.9 | 2.501 | 92.5 | 2.452 | 96.8 |
| 8 | 2.646 | 116.8 | 2.671 | 112.4 | 2.619 | 114.7 |

(BLYP).[77] The valence electronic wave functions were expanded in plane waves with an 85 Ry cutoff and the valence-core interaction was described by the Troullier-Martins ultrasoft pseudopotentials. Semicore pseudopotentials were applied for sodium in which the $3p^6$ electronic state was described explicitly as a valence electron.

We have performed systematic calculations on Na$-$(H$_2$O)$_n$ ($n=1,2,4,6,8$) clusters by using the GAUSSIAN 03 RevB.05[78] program package and CPMD code with BLYP density functional. The Na$-$(H$_2$O)$_n$ clusters were also optimized at the MP2 level of theory. The calculation on the localized basis set was performed by using a 6-311+G$^{**}$ basis set. The interaction energies for each minimum obtained from localized basis set calculations were corrected for basis set superposition error (BSSE) with the full counterpoise (CP) procedure, resulting in a more reliable estimate of the interaction energy.[79] The obtained Na$-$O distances and interaction energies were in good agreement at all levels of theories. The results are presented in Table III.

All simulations were carried out for five solutions the composition of which were almost identical with those used in experiments and listed in Table I. A: 44 H$_2$O and 2 NaOH; B: 46 H$_2$O and 4 NaOH; C: 36 H$_2$O and 6 NaOH; D: 30 H$_2$O and 10 NaOH; E: 26 H$_2$O and 12 NaOH. The hydrogen nuclei have been represented by the mass of the deuterium isotope. The cubic box size for each simulated system was calculated to fit to the experimental density. A short classical molecular dynamics simulation by using the rigid SPC/E potential model for water and Lennard-Jones potentials for ion-ion and ion-water short-range interactions was run to generate the initial configuration. The CPMD simulation was run by using a time step or $\Delta t=0.163$ fs and the fictitious electron mass ($\mu$) was 600 a.u. A continuous trajectory of 20 ps was obtained in the microcanonical ensemble during the last 10 ps, and it was used for the computation of average properties. The average temperature was 300 K within 5% fluctuation.

In CPMD simulations, it is important to maintain an adiabatic separation between the electronic and ionic degrees of freedom. In our case, this could be achieved with a mass ratio $\mu/M=1/6$ ($M$: smallest atomic mass of the system). We did not find any energy drift in our simulation, and the conserved energy fluctuation was about $10^{-7}\%$ ($\sim 10^{-4}$ a.u.).

## IV. RESULTS AND DISCUSSION

### A. Structural results from x-ray diffraction

At first a semiquantitative structural analysis was performed at the level of the RDFs. As a second step, a least-squares fitting method was used to determine both the intra- and the intermolecular structural parameters. After examination of the weights of the contributions to the structure function, one contribution for each type of interatomic distances listed in Table IV was introduced in the fitting procedure.

The experimental structure functions [Fig. 1(a)] exhibit systematic variations across the solution series measured. It is clearly visible that the double peak in the range of 1.5–3.7 Å$^{-1}$ is shifted to the left and becomes broader with increasing NaOH concentration. The appearance of this double peak is a typical structural feature in water and aqueous solutions and it is associated with the extended hydrogen bonded network in the liquids. It is well known that the shape of the second peak is particularly sensitive to the degree of disruption of the hydrogen bonding. Other factors such as differences in cationic radii may have similar effects because the structure function is a sum of interfering waves, each originating from different contributions of the compo-

TABLE IV. Structural parameters from the x-ray diffraction refinement with estimated errors in the last digits. $n$ is the coordination number. Distances ($r$) and their mean-square deviations ($\sigma$) are given in Å. Superscripts $*$ and $w$ refer to hydroxide and water, respectively.

| Bond type | | $r$ | $\sigma$ | $n$ |
|---|---|---|---|---|
| Na$\cdots$O$^w$ | A | 2.43(2) | 0.15(1) | 5.38(10) |
| | B | 2.45(1) | 0.15(1) | 5.30(10) |
| | C | 2.45(1) | 0.15(1) | 5.21(10) |
| | D | 2.45(2) | 0.15(2) | 5.12(9) |
| | E | 2.46(2) | 0.15(1) | 4.37(7) |
| Na$\cdots$O$^*$ | D | 2.50(2) | 0.13(2) | 0.80(10) |
| | E | 2.50(1) | 0.09(2) | 1.30(10) |
| O$^w$$\cdots$O$^w$ | A | 2.85(2) | 0.20(1) | 3.90(10) |
| | B | 2.80(2) | 0.20(1) | 3.90(10) |
| | C | 2.82(2) | 0.20(2) | 3.45(9) |
| | D | 2.85(1) | 0.20(1) | 3.20(9) |
| | E | 2.85(3) | 0.20(2) | 1.80(10) |
| O$^*$$\cdots$O$^w$ | C | 2.70(2) | 0.20(2) | 4.85(10) |
| | D | 2.65(2) | 0.20(1) | 4.30(8) |
| | E | 2.65(2) | 0.20(1) | 3.25(5) |

044501-5    The structure of aqueous NaOH    J. Chem. Phys. **128**, 044501 (2008)





FIG. 1. Structure functions $h(k)$ multiplied by $k$ (a) and radial distribution functions (b) for sodium hydroxide solutions obtained from x-ray diffraction experiment. Symbols used are identical in (a) and (b).

nent species. However, we are looking for changes that can be clearly assigned to specific structural or composition dependent factors in the present solution series. Thus, the increasing concentration of sodium ions in the solutions causes a broadening and shift of the second peak and, at the same time, the emergence and broadening of the fourth and fifth peaks. This means, in other words, that the sodium containing structural units in the system gradually and strongly distort the original water structure.

Some changes in the interesting structure features can be seen more directly from the RDFs shown in Fig. 1(b). For information, here we give the notations as used in the remaining part of the article. Thus, superscript $w$ means the oxygen or hydrogen originating from water molecules, $^*$ is for the same elements in the hydroxide group, and unmarked elements are either from water or $OH^-$ ions. The peak centered around 2.85 Å obviously corresponds to the hydrogen bonded first neighbor distances.[80] A broadening of this peak, with substantial decrease in height and a significant shift in the peak position down to 2.75 Å, can be observed for samples A and B. The most likely reason for these changes is that a contribution of Na$\cdots$O interaction also appears around 2.4 Å.[4] Thus the main peak includes contributions of the shorter Na$\cdots$O distances and the longer $O^w\cdots O^w$. With increase in concentration, the gradual emergence of a shoulder on the left-hand side on the same peak at higher concentrations (samples C to E) can also be ascribed to this Na$\cdots$O contribution. Accordingly, with increase in concentration, the

Na$\cdots$O contribution becomes more and more significant and the $O^w\cdots O^w$ contribution gradually disappears, leading to the separation of the two peaks.

A gradual structural rearrangement can also be observed in the range of longer distances, between 3.2 and 5 Å. It is not possible to assign these changes to one or two pair contributions only. However, the tendency is clear: with increasing concentration, a broad peak emerges in the range of 3.2–3.8 Å followed by a broad peak around 4–5 Å. This longer-range structure replaces the broad minimum of pure water between 3.2 and 4.2 Å followed by a maximum around 4.2–5 Å. This is obviously due to a structural rearrangement, most probably the breakup of the longer-range structure of bulk water and development of a more compact, shorter-range local order in the more concentrated electrolyte solutions.

This phenomenon has been analyzed quantitatively. The structural parameters obtained from the least-squares fit of the structure functions $kh(k)$ shown in Fig. 1(a) are given in Table IV. The fitting procedure resulted in values of 2.43–2.46 Å for the intermolecular Na$\cdots$O$^w$ distances. The sodium ions are coordinated by 4.3–5.3 water molecules, which is in agreement with earlier findings.[15,33] The decrease of the coordination number with increasing concentration is not so drastic as one could expect on the basis of stoichiometric arguments. Considering that the NaOH:H$_2$O ratio decreases from $\sim$22 to $\sim$2, it is obvious that these "high" coordination numbers can be achieved only if some water molecules are shared between the hydration spheres of the sodium ions.

Description of Na$\cdots$O$^*$ distances was possible only for the highly concentrated solutions because of their low contribution to the total scattering picture. In the most concentrated solutions, the Na$\cdots$O$^*$ distance was found to be 2.50 Å. It has to be mentioned that even in the most concentrated (i.e., saturated) solution, the coordination number hardly approximates 1, meaning that contact ion pairs appear only in highly concentrated solutions. The $O^w\cdots O^w$ distance was found to be between 2.80 and 2.85 Å. A drastic decrease of water-water coordination number can be observed with increase in concentration, showing that the hydrogen bonded structure of the bulk water is gradually destroyed and it completely disappears at the highest solute concentration. On the other hand, other O$\cdots$O interactions appear with values in the range of 3.2–3.8 Å, arising from the interaction of the oxygen atoms in the hydration sphere of the sodium ions. Unfortunately it is not possible to describe quantitatively these interactions on the basis of x-ray diffraction measurements because the corresponding peak is rather broad and blurred. Due to their small contribution to the total scattering picture in low concentrated solutions, it was not possible to determine $O^*\cdots O^w$ intermolecular interactions. Furthermore there are a lot of interactions contributing to the same distance ($\sim$2.5 Å). Consequently those with lower weights are not possible to be resolved. At higher concentrations, it was possible to determine the number of water molecules around the hydroxide ions. $O^*\cdots O^w$ distance was found to be about 2.65–2.70 Å. OH$^-$ ion is coordinated by three to five water molecules in its hydration shell. The coordination number

044501-6    Megyes *et al.*    J. Chem. Phys. **128**, 044501 (2008)



FIG. 2. Comparison of radial distribution functions for sodium hydroxide solutions obtained from x-ray diffraction experiment (circles) and classical molecular dynamics simulation using the PC model (solid line).



FIG. 3. Comparison of O···O partial radial distribution functions obtained from classical molecular dynamics (solid line) and CPMD (dashed line) simulation.

decreases with increase in concentration, especially in the high concentration region, where the number of water molecules in the hydration sphere of hydroxide ion decreases from 4.3 to 3.25. This might be due to ion pair formation. The structural modeling can be done with simultaneous evaluation of experimental and molecular dynamics simulation data.

## B. Comparison of classical molecular dynamics simulations and x-ray diffraction experiments

The RDFs obtained from the x-ray diffraction experiments are compared with those obtained from classical molecular dynamics simulation using the PC model in Fig. 2.

The part of the total structure function that is relevant to the liquid structure (without intramolecular contribution) has been calculated from the partial RDFs according to the equation

$$H(k) = \sum_{\alpha \geq \beta} \sum \frac{(2 - \delta_{\alpha\beta})x_\alpha x_\beta f_\alpha f_\beta h_{\alpha\beta}(k)}{M(k)}, \quad (3)$$

where $f_\alpha$ is the scattering length or scattering factor of the $\alpha$-type atom (which depends on $k$ in the case of x-ray diffraction) and $x_\alpha$ is the mole fraction of the $\alpha$ atom. $h_{\alpha\beta}(k)$ is defined according to the following equation:

$$h_{\alpha\beta}(k) = 4\pi\rho \int_0^{r_{max}} r^2(g_{\alpha\beta}(r) - 1)\frac{\sin(kr)}{kr}dr. \quad (4)$$

The total RDF is defined as the Fourier transform of the structure function.

There is a striking disagreement between the experimental x-ray diffraction and the theoretical RDFs. The position and height of the first peak more or less coincide, but it was not possible to reproduce the peak between 3.2 and 3.8 Å. Moreover the RDFs obtained from simulation display a minimum in this range. The shapes of the experimental and theoretical RDFs in the range between 4 and 5 Å are also contradictory. Figure 3 compares the O···O RDFs obtained by classical molecular dynamics and CPMD simulations. The main difference can be observed in the range of 3.2–3.8 Å, where the classical simulation is evidently unable to describe

the structural changes of bulk water as a function of solute concentration. The reason for this discrepancy is that the OH⁻ anion lifetime is short and classical *non-ab initio* force field based potentials cannot appropriately describe the interaction between the water molecule and hydroxide anion. This finding is in agreement with results published very recently by Ufimtsev *et al.*[55] They have found that the major defect of traditional point charge models is that they predict inaccurately that OH⁻ accepts predominantly five to six hydrogen bonds in aqueous solution; consequently commonly used classical PC models are unlikely to be reliably used for such purposes.

## C. Car-Parrinello simulation

Figure 4 shows the comparison of the total RDFs for each concentration obtained from CPMD simulation and diffraction experiment. It can be stated that the position and height of the first peak agree very well and the changes in the range between 3 and 5 Å are satisfactorily reproduced. Table V contains the sum of square residuals between the RDFs obtained from experiment (XD) and simulations (both classical MD and CPMD). One can observe that the agreement with CPMD simulation is better.



FIG. 4. Comparison of radial distribution functions for sodium hydroxide solutions obtained from x-ray diffraction experiments (circles) and CPMD simulations (solid line).

J. Chem. Phys. **128**, 044501 (2008)

TABLE V. Sum of square residuals $\Sigma(RDF_{XDexp}-RDF_{simulation})2$.

| Sample | MD/expt. | CP/expt. |
|--------|----------|----------|
| A | 1.50 | 1.075 |
| B | 0.85 | 0.60 |
| C | 0.96 | 0.61 |
| D | 1.11 | 0.63 |
| E | 2.14 | 0.49 |

The structures of the solutions were analyzed in terms of RDF's, denoted as $g_{\alpha\beta}(r)$, for the various atom-atom pairs. The corresponding running integration numbers $n_{\alpha\beta}(r)$ are defined by

$$n_{\alpha\beta}(r) = 4\pi\rho_\beta \int_0^r g_{\alpha\beta}(r)r^2 dr. \tag{5}$$

The value of this integral up to the first minimum $(r_{m_1})$ in $g(r)$ is equal to the number of coordinating atoms of type $\beta$ around atoms of type $\alpha$ and $\rho_\beta$ is the number density of the atoms of type $\beta$. The molecular dynamics simulation yields individual pair distribution functions for each of these interactions and thus can be applied to get an insight into the arrangement of the molecules in the solution. The RDFs of the solutions obtained from CPMD simulations are presented in Figs. 5, 9, and 12, and the characteristic values of RDFs obtained by the CPMD simulation are given in Table VI.

Figure 5 shows the Na···O RDFs. A slight decrease of the first peak can be observed in the Na···O$^w$ RDFs with increasing concentration, which is due to the decrease in the coordination number from 5.3 to 4.3. The broad peak around 4–5 Å corresponds to the second hydration sphere of the sodium ion (coordination number is equal to 6.32 for solution A), which disappears gradually with increasing concentration.



FIG. 5. Na···O partial radial distribution functions obtained from CPMD simulation. Superscripts * and $w$ refer to hydroxide and water, respectively.

The upper graph in Fig. 5 shows the Na···O* RDFs. Hydroxide ions were defined by assigning each hydrogen to its nearest neighbor oxygen, meaning that, if an oxygen had only one hydrogen assigned to it, this oxygen-hydrogen pair was taken into account as a hydroxide ion. With increase in concentration, the peak height positioned at 2.5 Å increases due to the formation of contact ion pairs in the solutions. In

TABLE VI. Characteristic values for the radial distribution functions $g_{\alpha\beta}(r)$. $n_{\alpha\beta}$ is the running integration number. Atom-atom distances are given in Å.

| Bond type | Sample | $r_{max}$ | $g_{\alpha\beta}(r_{max})$ | $r_{min}$ | $n_{\alpha\beta}(r_{min})$ |
|-----------|--------|-----------|---------------------------|-----------|---------------------------|
| Na···O$^w$ | A | 2.45 | 5.33 | 3.10 | 3.34 |
|  | B | 2.50 | 4.49 | 3.10 | 5.31 |
|  | C | 2.50 | 5.01 | 3.10 | 5.20 |
|  | D | 2.55 | 4.70 | 3.10 | 5.11 |
|  | E | 2.55 | 4.48 | 3.10 | 4.30 |
| Na···O* | C | 2.45 | 0.60 | 3.10 | 0.30 |
|  | D | 2.50 | 0.99 | 2.91 | 0.70 |
|  | E | 2.50 | 1.57 | 3.21 | 1.45 |
| O*···O$^w$ | A | 2.70 | 4.10 | 3.10 | 4.92 |
|  | B | 2.70 | 3.72 | 3.10 | 4.82 |
|  | C | 2.65 | 4.10 | 3.10 | 4.79 |
|  | D | 2.65 | 4.18 | 3.10 | 4.39 |
|  | E | 2.65 | 3.78 | 3.05 | 3.33 |
| O$^w$···O$^w$ | A | 2.80 | 2.59 | 3.10 | 3.76 |
|  | B | 2.80 | 2.35 | 3.10 | 3.49 |
|  | C | 2.80 | 1.98 | 3.10 | 3.14 |
|  | D | 2.75 | 1.42 | 3.00 | 1.50 |
|  | E | 2.80 | 0.89 | 2.95 | 1.02 |

044501-8    Megyes *et al.*    J. Chem. Phys. **128**, 044501 (2008)



FIG. 6. Fraction of sodium ions with *n* oxygen atoms in their solvation shells at various solute concentrations.

solution C, the coordination number of contact ion pairs was found to be 0.3 and increases with concentration to 1.45. The second broad peak (at 4.3 Å) corresponds to solvent separated ion pairs.

It is useful to analyze the concentration dependence of the coordination number of the sodium ion. Figure 6 shows the fraction of sodium ions with *n* oxygen (from both water and hydroxide) atoms in their solvation shells. It is worth noting that the Na···O total coordination number including oxygen atoms both from water molecules and from hydroxide ions increases from 5.34 to 5.98. This is a rather uncommon behavior because the coordination number usually decreases with solute concentration.[81] It is apparent from Fig. 6 of the statistical distribution of coordination numbers that the sodium ion is coordinated preferably by five or six oxygen atoms in all solutions. Four coordinated sodium ion appears mostly in the less concentrated solutions. Coordination numbers higher than 6 are more frequently present in more concentrated ones. In solutions D and E, the sodium ions (90%–95% of them) are coordinated by five, six, or seven oxygen atoms. The total Na···O coordination number increases with concentration most probably due to the formation of contact ion pairs in solution.

The angle distributions of the ONaO angles in the first hydration shell of the sodium ion as obtained from the CPMD simulation are shown in Fig. 7. A slight preference of octahedral orientation of the oxygen atoms in the first hydration



FIG. 7. Angle distribution of the ONaO angle in the first hydration shell of the sodium ion obtained from Car-Parrinello simulation.



FIG. 8. Ball and stick representation of hydration shell of the sodium ions as obtained from the Car-Parrinello simulation for the most concentrated (19.14*M*) NaOH solution.

sphere can be observed. At higher concentrations, even this slight orientation is distorted and the angle of 60° appears in the hydration sphere, which corresponds to the close-packing arrangement of oxygen atoms around the sodium ion.

Figure 8 shows a snapshot obtained from simulation of solution E. Seven oxygen atoms coordinate the sodium ion 1, while 2, 3, and 6 are coordinated by six and 4 and 5 by five oxygen atoms, respectively. It can be observed that oxygen atoms are shared between the hydration spheres of different sodium ions, and no preferential orientation of the hydration spheres can be detected. Furthermore, sodium ions are coordinated by hydroxide anions and any uncoordinated water molecule can be observed. No second hydration shell of any sodium ion free of other sodium ions can be formed; consequently besides Na–O–OH⁻, Na–O–Na-type solvent separated ion pairs are also present in the solution. Therefore, according to these calculations, the most concentrated NaOH solution has a peculiar, very compact structure.

Figure 9 shows the oxygen-oxygen RDFs. The first peak of $O^w \cdots O^w$ RDFs at 2.80 Å decreases significantly with increasing concentration and, simultaneously, the second peak at 4.4 Å gradually shifted toward shorter distances (3.6 Å). This effect clearly indicates loss of the tetrahedral coordination of water in the concentrated solutions, which is in agreement with x-ray diffraction results and earlier findings from other studies.[31–35,64]

Further information can be drawn for hydrogen bonding structure of water from oxygen-hydrogen RDFs, obtained from CPMD simulation, shown in Fig. 10. In $O^w$–$H^w$ $g(r)$, the first peak about 1 Å represents the bonding distances within a water molecule, and the other peak at 1.7 Å is that of the hydrogen bond distance between two water molecules. Figure 10 clearly demonstrates that the intramolecular $O^w$–$H^w$ distance does not change from solution A to E, but the peak height of intermolecular $O^w$–$H^w$ at 1.7 Å gradually decreases. This is a sign of breaking up of water structure with increasing concentration.

Figures 11 and 12 show the spatial distribution of the

044501-9    The structure of aqueous NaOH    J. Chem. Phys. **128**, 044501 (2008)



FIG. 9. O···O partial radial distribution functions obtained from CPMD simulation. Superscripts * and w refer to hydroxide and water, respectively.

water neighbor molecules in the first and in between the first and the second hydration shell around a central water molecule. The tetrahedral coordination of liquid water diminishes as the concentration increases. The slight tetrahedral orientation of the second shell completely disappears and a new type of orientation of water molecules builds up, which is a consequence of the complete rearrangement of the water molecules in the first hydration shell of the sodium ion.

The first peak of $O^*\cdots O^w$ RDFs is centered around



FIG. 10. O–H partial radial distribution functions obtained from CPMD simulation. Superscripts * and w refer to hydroxide and water, respectively.



FIG. 11. The spatial distribution of the nearest neighbors around a central water molecule when 2.4 Å $< O^w\cdots O^w <$ 3.2 Å.

2.65 Å and it moves to shorter distances relative to pure water, which reflects the strong interactions between the hydroxide ions and water. The solution environment around $OH^-$ also depends on the concentration.

We have analyzed the concentration dependence of the coordination numbers of the hydroxide ion. Figure 13 shows the fraction of hydroxide ions with $n$ oxygen [from water as a hydrogen donor, Fig. 13(a), and acceptor, Fig. 13(b)] atoms in their solvation shells. The $O^*\cdots O^w$ total coordination numbers are in good agreement with those found from x-ray diffraction measurements and decrease continuously from 4.92 to 3.33. The drastic change in the coordination number at the highest concentration is due to the sodium-hydroxide and hydroxide-hydroxide ion pair formation. From Fig. 12(a), it is revealed that two to six water molecules, bound by the oxygen atom of the hydroxide ion, coordinate the hydroxide ion preferably. In lower concentrated solutions (samples A B to C), most probably, four or five water molecules are coordinated to the hydroxide ion. At higher concentrations (samples D and E), two to four water molecules coordinate the hydroxide ion. Two coordinated hydroxide ion appears mostly in the highest concentrated solutions. From Fig. 12(b) one can observe that at all concentrations, the hydroxide ion is hydrated via its hydrogen atom as well. Obviously the fraction of such hydroxide ions decreases from 75% to 50% with increase in concentration. These results and the coordination numbers obtained are in accordance with earlier findings from *ab initio* molecular



FIG. 12. The spatial distribution of the neighbors around a central water molecule when 3.2 Å $< O^w\cdots O^w <$ 4.0 Å.

044501-10    Megyes *et al.*

J. Chem. Phys. **128**, 044501 (2008)





FIG. 13. Fraction of hydroxide ions with *n* water molecules in their solvation shells bounded by the oxygen atom (a) and by the hydrogen atom (b) of the hydroxide ion at various solute concentrations.



FIG. 14. Total radial distribution and contribution of different interactions to the total radial distribution functions obtained from CPMD simulation.

dynamics[28] and supported by neutron diffraction experiments,[33] namely, that the OH$^-$ ion coordinates three to four water molecules in its hydration shell through strong hydrogen bonds with its oxygen and another water molecule lies in the vicinity of its hydrogen (hypercoordinated hydroxide ion).

For O$^*$–H$^w$, the first peak position slightly shifted down to 1.7 Å, but the peak height is independent of the concentration. This means that the hydrogen bonds between the hydroxide group and water molecules are strengthened by the increasing concentration, but their geometrical structure remains practically unaffected. A little more confusing is the change in O$^w$–H$^*$ RDFs. It supports again the idea that by increasing concentration, a more pronounced structure is developed, but while a visible difference appears already between solutions A and B to E around 2.8 Å, the building up of bonds between O$^w$–H$^*$ at 1.7 Å appears at somewhat higher concentrations, between solutions C and D. The building up of hydrogen bonds with increasing the hydroxide concentration was already mentioned in earlier conductometric studies.[82] Nevertheless, the qualitative statement that increasing concentration builds up the hydrogen bonds between water and anion remains valid.

Finally a remark should be made for neutron diffraction data of these solutions, since neutron diffraction experi-

ments, when available, are very useful tools in clarifying solvation structures. Figure 14 shows the contributions of each interaction to the total intermolecular RDF, obtained from CPMD simulation and calculated for neutron diffraction data in the case of solutions B and D, respectively. Unfortunately the total RDF cannot be compared to neutron diffraction experimental data because it is usually not published in the literature and to compose it from its experimental partials is also not possible due to lack of some contributions. For CPMD simulations, however, the total RDF can be constructed. It can be observed that almost 90% of contributions to the total intermolecular RDF are given by the O–D and D–D interactions and, therefore, there is no real chance to resolve the sodium ion's solvation structure. Just a small evolvement in Na$\cdots$O peak at about 2.5 Å is observable. However, the hydroxide ion solvation can be interpreted successfully from O–D and D–D peak changes. A small enhancement can be observed for the peak at 1.7 Å and a decrease for the peak at 2.8 Å, evidencing increasing hydrogen bonds between anions and water with decreasing water structure. This result is in agreement with those found from present x-ray diffraction and CPMD study.

## V. CONCLUSIONS

This is the first time when such a systematic work has been performed for NaOH solution of high concentration using x-ray diffraction. The results of diffraction experiments were compared to MD and CPMD simulations in order to obtain a more reliable picture of the structure of the liquids. Besides, the limitations of the methods applied are discussed.

The most important conclusion is that traditional, *non-ab initio*, force field based molecular dynamics simulation—a method with general success in reproducing experimental results and even supplying more detailed analysis of systems

that experiments may perform—fails to reproduce the experimental data correctly in the present case. This is clearly due to the deficiency of the effective intramolecular potentials applied. On the contrary, the CPMD performs better. The agreement between the RDF obtained by x-ray diffraction and the theoretical RDF is fairly good, meaning that the average picture of the structure of sodium hydroxide solutions obtained by CPMD simulation is confirmed by x-ray diffraction. The more detailed analysis of the partial RDFs casts a comprehensive and convincing picture about both sodium and hydroxide ion solvations. The concentration effect of decreasing coordination numbers around sodium ions by increasing concentration is proven and even more, a building up of sodium hydroxide ion pairs is demonstrated and supported by CPMD simulation study. The hydroxide ion hydration is examined as well and, to the best of our knowledge, this is the first time when hypercoordination of hydroxide ions is supported by a joint x-ray diffraction and molecular dynamics simulation study.

Beyond the description of the solvation structure of ions, a detailed analysis of the disruption of "bulk" water structure could also be given—an often neglected area of studies. Qualitative conclusions seem to be evident (hydrogen bonds of $O^w \cdots O^w$ types are breaking up and those of $O^w - H^*$ types are building up) but a more quantitative conclusion about the down shifts in peak positions also evidences the same phenomenon. The success of CPMD simulation is very useful because we have the hope of accessing more information about hydroxide ion behavior in other types of solutions in the future.

## ACKNOWLEDGMENTS

This research was supported by project NAP VE-NEUS05 OMFB-00650/2005 and project Hungarian Scientific Research Fund (OTKA) 73060. The authors wish to thank Michael Probst for valuable discussions and computer support. Computer resources were provided partly by University of Innsbruck on Altix 350 cluster and NIIF supercomputing center at Hungarian Academy of Sciences.

[1] R. W. Gurney, *Ionic Processes in Solution* (Dover, New York, 1953).
[2] C. R. Cantor and P. R. Schimmel, *Biophysical Chemistry* (Freeman, New York, 1980).
[3] K. D. Collins and M. W. Washabaugh, Q. Rev. Biophys. **18**, 323 (1985).
[4] H. Ohtaki and T. Radnai, Chem. Rev. (Washington, D.C.) **93**, 1157 (1993).
[5] G. Pálinkás, T. Radnai, and F. Hajdu, Z. Naturforsch. A **35a**, 107 (1980).
[6] N. Ohtomo and K. Arakawa, Bull. Chem. Soc. Jpn. **53**, 1789 (1980).
[7] M. Maeda and H. Ohtaki, Bull. Chem. Soc. Jpn. **48**, 3755 (1975).
[8] R. Caminiti, G. Licheri, G. Paschina, G. Piccalugga, and G. Pinna, J. Chem. Phys. **72**, 4522 (1980).
[9] Y. Kameda, K. Sugawara, T. Usuki, and O. Uemura, Bull. Chem. Soc. Jpn. **71**, 2769 (1998).
[10] G. Jancsó, K. Heinzinger, and P. Bopp, Z. Naturforsch. Teil A **40**, 1235 (1985).
[11] M. G. Schwendinger and B. M. Rode, Chem. Phys. Lett. **155**, 527 (1989).
[12] S. Bouzazi, S. Nasr, N. Jaidane, and M. C. Bellisent-Funel, J. Phys. Chem. B **110**, 23515 (2006).
[13] G. W. Brady and J. T. Krause, J. Chem. Phys. **27**, 304 (1957).
[14] G. W. Brady, J. Chem. Phys. **28**, 464 (1958).
[15] T. Radnai, P. M. May, G. T. Hefter, and P. Sipos, J. Phys. Chem. A **102**, 7841 (1998).

[16] P. Sipos, I. Bódi, P. M. May, and G. T. Hefter, in *Progress in Coordination and Organometallic Chemistry*, edited by G. Ondrejovicz and A. Sirota (Slovak Technical University, Bratislava, 1997), Vol. 3, pp. 303–307.
[17] P. Sipos, M. Schibeci, G. Peintler, P. M. May, and G. T. Hefter, J. Chem. Soc. Dalton Trans. **2006**, 1858.
[18] N. Agmon, Chem. Phys. Lett. **319**, 247 (2000).
[19] H. Z. Danneel, Z. Elektrochem. Angew. Phys. Chem. **16**, 249 (1905).
[20] E. Z. Hückel, Z. Elektrochem. Angew. Phys. Chem. **34**, 546 (1928).
[21] M. Meot-Ner and C. V. Speller, J. Phys. Chem. **90**, 6616 (1986).
[22] T. Corridoni, A. Sodo, F. Bruni, M. A. Ricci, and M. Nardone, Chem. Phys. **336**, 183 (2007).
[23] H. K. Nienhuys, A. J. Lock, R. A. van Santen, and H. J. Bakker, J. Chem. Phys. **117**, 8027 (2002).
[24] P. N. Zatsepina, J. Struct. Chem. **12**, 894 (1971).
[25] D. Schiöberg and G. J. Zundel, J. Chem. Soc., Faraday Trans. 2 **69**, 771 (1973).
[26] Y. Amo and Y. Tominaga, J. Raman Spectrosc. **31**, 547 (2000).
[27] M. Smiechowski and J. Stangret, J. Phys. Chem. A **111**, 2889 (2007).
[28] M. E. Tuckermann, D. Marx, and M. Parrinello, Nature (London) **417**, 925 (2002).
[29] R. Buchner, G. Hefter, P. M. May, and P. Sipos, J. Phys. Chem. B **103**, 11186 (1999).
[30] C. D. Cappa, J. D. Smith, B. M. Messer, R. C. Cohen, and R. J. Saykally, J. Phys. Chem. A **111**, 4776 (2007).
[31] F. Bruni, M. A. Ricci, and A. K. Soper, J. Chem. Phys. **114**, 8056 (2001).
[32] A. Botti, F. Bruni, S. Imberti, M. A. Ricci, and A. K. Soper, J. Chem. Phys. **119**, 5001 (2003).
[33] A. Botti, F. Bruni, S. Imberti, M. A. Ricci, and A. K. Soper, J. Chem. Phys. **120**, 10154 (2004).
[34] S. Imberti, A. Botti, F. Bruni, C. D. Cappa, M. A. Ricci, and A. K. Soper, J. Chem. Phys. **122**, 194509 (2005).
[35] S. E. McLain, S. Imberti, A. K. Soper, A. Botti, F. Bruni, and M. A. Ricci, Phys. Rev. B **74**, 094201 (2006).
[36] D. Feller, E. D. Glendening, D. E. Woon, and M. W. Feyereisen, J. Chem. Phys. **103**, 3526 (1995).
[37] G. N. Merrill, S. P. Webb, and D. B. Bivin, J. Phys. Chem. A **107**, 387 (2003).
[38] H. M. Lee, P. Tarakeshwar, J. Park, M. R. Kolaski, Y. J. Yoon, H.-B. Yi, W. Y. Kim, and K. S. Kim, J. Phys. Chem. A **108**, 2949 (2004).
[39] S. Xantheas, J. Am. Chem. Soc. **117**, 10373 (1995).
[40] J. J. Novoa, F. Mota, C. P. del Valle, and M. Planas, J. Phys. Chem. A **101**, 7842 (1997).
[41] M. Masamura, J. Mol. Struct.: THEOCHEM **498**, 87 (2000).
[42] A. Veerman, H. M. Lee, and K. S. Kim, J. Chem. Phys. **123**, 084321 (2005).
[43] D. Asthagiri, L. R. Pratt, J. D. Kress, and M. A. Gomez, Chem. Phys. Lett. **380**, 530 (2004).
[44] A. Kumar, M. Park, J. Y. Huh, H. M. Lee, and K. S. Kim, J. Phys. Chem. A **110**, 12484 (2006).
[45] C. Pak, H. M. Lee, J. C. Kim, D. Kim, and K. S. Kim, Struct. Chem. **16**, 187 (2005).
[46] M. Tanaka and M. Aida, J. Solution Chem. **33**, 887 (2004).
[47] A. Tongraar, K. R. Liedl, and B. M. Rode, J. Phys. Chem. A **102**, 10340 (1998).
[48] A. Tongraar and B. M. Rode, Chem. Phys. Lett. **385**, 378 (2004).
[49] S. B. Rempe and L. R. Pratt, Fluid Phase Equilib. **183–184**, 121 (2001).
[50] T. Ikeda, M. Boero, and K. Terakura, J. Chem. Phys. **126**, 034501 (2007).
[51] J. R. Pliego and J. M. Riveros, J. Phys. Chem. B **104**, 5155 (2000).
[52] E. Brodskaya, A. P. Lyubartsev, and A. Laaksonen, J. Phys. Chem. B **106**, 6479 (2002).
[53] R. Zangi and J. B. F. N. Engberts, J. Am. Chem. Soc. **127**, 2272 (2005).
[54] M. Mucha, T. Frigato, L. M. Levering, H. C. Allen, D. J. Tobias, L. X. Dang, and P. Jungwirth, J. Phys. Chem. B **109**, 7616 (2005).
[55] I. S. Ufimtsev, A. G. Kalinichev, T. J. Martinez, and R. J. Kirkpatrick, Chem. Phys. Lett. **442**, 128 (2007).
[56] M. E. Tuckerman, K. Laasonen, M. Sprik, and M. Parrinello, J. Chem. Phys. **103**, 150 (1995).
[57] M. E. Tuckerman, K. Laasonen, M. Sprik, and M. Parrinello, J. Phys. Chem. **99**, 5749 (1995).
[58] D. Asthagiri, L. R. Pratt, J. D. Kress, and M. A. Gomez, Proc. Natl. Acad. Sci. U.S.A. **101**, 7229 (2004).
[59] R. Ludwig, Angew. Chem., Int. Ed. **42**, 258 (2003).

J. Chem. Phys. 128, 044501 (2008)

044501-12    Megyes *et al.*

[60] M. E. Tuckerman, A. Chandra, and D. Marx, Acc. Chem. Res. **39**, 151 (2006).

[61] A. Chandra, M. E. Tuckerman, and D. Marx, Phys. Rev. Lett. **99**, 145905 (2007).

[62] D. Marx, ChemPhysChem **7**, 1848 (2006).

[63] M. Zapalowski and W. M. Bartzak, Comput. Chem. (Oxford) **24**, 459 (2000).

[64] B. Chen, J. M. Park, I. Ivanov, G. Tabacchi, M. L. Klein, and M. Parrinello, J. Am. Chem. Soc. **124**, 8534 (2002).

[65] B. Chen, I. Ivanov, J. M. Park, M. Parrinello, and M. L. Klein, J. Phys. Chem. B **106**, 12006 (2002).

[66] Z. Zhu and M. E. Tuckermann, J. Phys. Chem. **106**, 8009 (2002).

[67] P. Sipos, P. M. May, and G. T. Hefter, Analyst (Cambridge, U.K.) **125**, 955 (2000).

[68] T. Megyes, I. Bakó, S. Bálint, T. Grósz, and T. Radnai, J. Mol. Liq. **129**, 63 (2006); T. Megyes, S. Bálint, I. Bakó, T. Grósz, T. Radnai, and G. Pálinkás, Chem. Phys. **327**, 415 (2006).

[69] K. Krogh-Moe, Acta Crystallogr. **2**, 951 (1956); D. T. Cromer and J. T. Waber, *ibid.* **18**, 104 (1965).

[70] *International Tables for X-ray Crystallography* (Kynoch, Birmingham, 1974), Vol. 4.

[71] H. A. Levy, M. D. Danforth, and A. H. Narten, Oak Ridge National Laboratory Report No. ORNL 3960, 1966.

[72] H. J. C. Berendsen, J. R. Grigera, and T. P. Straatsma, J. Phys. Chem. **91**, 6269 (1987).

[73] W. L. Jorgensen, D. S. Maxwell, and J. Tirado-Rives, J. Am. Chem. Soc. **118**, 11225 (1996).

[74] W. Smith and T. Forester, DL_POLY, a package of molecular simulation routines, CCLRC, Daresbury Laboratory, Daresbury, Nr. Warrington, 1996.

[75] CPMD, Copyright IBM Corp. 1990–2001, Copyright MPI für Festkorperforschung Stuttgart 1997–2001.

[76] A. D. Becke, Phys. Rev. A **38**, 3098 (1988).

[77] C. Lee, W. Yang, and R. G. Parr, Phys. Rev. B **37**, 785 (1988).

[78] M. J. Frisch, G. W. Trucks, H. B. Schlegel, G. E. Scuseria, M. A. Robb, J. R. Cheeseman, J. A. Montgomery, Jr., T. Vreven, K. N. Kudin, J. C. Burant, J. M. Millam, S. S. Iyengar, J. Tomasi, V. Barone, B. Mennucci, M. Cossi, G. Scalmani, N. Rega, G. A. Petersson, H. Nakatsuji, M. Hada, M. Ehara, K. Toyota, R. Fukuda, J. Hasegawa, M. Ishida, T. Nakajima, Y. Honda, O. Kitao, H. Nakai, M. Klene, X. Li, J. E. Knox, H. P. Hratchian, J. B. Cross, C. Adamo, J. Jaramillo, R. Gomperts, R. E. Stratmann, O. Yazyev, A. J. Austin, R. Cammi, C. Pomelli, J. W. Ochterski, P. Y. Ayala, K. Morokuma, G. A. Voth, P. Salvador, J. J. Dannenberg, V. G. Zakrzewski, S. Dapprich, A. D. Daniels, M. C. Strain, O. Farkas, D. K. Malick, A. D. Rabuck, K. Raghavachari, J. B. Foresman, J. V. Ortiz, Q. Cui, A. G. Baboul, S. Clifford, J. Cioslowski, B. B. Stefanov, G. Liu, A. Liashenko, P. Piskorz, I. Komaromi, R. L. Martin, D. J. Fox, T. Keith, M. A. Al-Laham, C. Y. Peng, A. Nanayakkara, M. Challacombe, P. M. W. Gill, B. Johnson, W. Chen, M. W. Wong, C. Gonzalez, and J. A. Pople, GAUSSIAN 03, Revision B.05, Gaussian, Inc., Pittsburgh, PA, 2003.

[79] S. Boys and F. Bernandi, Mol. Phys. **19**, 553 (1970).

[80] A. H. Narten and H. A. Levy, J. Chem. Phys. **55**, 2263 (1971).

[81] T. Megyes, T. Grósz, T. Radnai, I. Bakó, and G. Pálinkás, J. Phys. Chem. A **108**, 7261 (2004); T. Megyes, T. Radnai, T. Grósz, and G. Pálinkás, J. Mol. Liq. **101**, 1 (2002).

[82] Á. Buvári-Barcza, M. Rózsahegyi, and L. Barcza, J. Mater. Chem. **8**, 451 (1998).

# Exhibit 13

Case 1:24-cv-00065-JLH   Document 420-1   Filed 07/01/26   Page 174 of 437 PageID #: 17312

# United States Patent [19]

## Townsend

US005304432A

[11] Patent Number: **5,304,432**

[45] Date of Patent: **Apr. 19, 1994**

[54] **MEMBRANE FLOW CELL BATTERY**

[75] Inventor: **Carl W. Townsend**, Los Angeles, Calif.

[73] Assignee: **Hughes Aircraft Company**, Los Angeles, Calif.

[21] Appl. No.: **959,587**

[22] Filed: **Oct. 13, 1992**

[51] Int. Cl.⁵ ............................................ H07M 10/36
[52] U.S. Cl. .................................... **429/50;** 429/105
[58] Field of Search ......................... 429/7, 15, 50, 105

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,338,746 | 8/1967 | Plust et al. | 429/9 |
| 4,093,527 | 6/1978 | Tanno et al. | 429/105 X |
| 4,343,868 | 8/1982 | Putt | 429/105 X |
| 4,783,381 | 11/1988 | Tytgat et al. | 429/10 |

*Primary Examiner*—Stephen Kalafut

*Attorney, Agent, or Firm*—M. E. Lachman; M. W. Sales; W. K. Denson-Low

[57] **ABSTRACT**

A rechargeable membrane flow cell battery useful for providing electrical power to electric loads. The rechargeable membrane flow cell battery includes a bipolar stack of at least two membrane flow cells and a single fuel cell electrode pair for converting membrane potentials generated by acidic and basic electrolyte ions to electrical potential. The ability to stack numerous membrane flow cells provides for increases in the energy density of the battery. The presence of a single electrode pair reduces activation polarization and decreases the cost and weight of the battery. Rapid recharging is accomplished by draining spent fluid and providing fresh electrolyte fluids. Conventional recharging is accomplished by reversing the fluid flows and applying electrical power, to regenerate the electrolytes.

**20 Claims, 2 Drawing Sheets**



Case 1:24-cv-00065-JLH   Document 420-1   Filed 07/01/26   Page 175 of 437 PageID #: 17313



FIG. 1.

Case 1:24-cv-00065-JLH   Document 420-1   Filed 07/01/26   Page 176 of 437 PageID #: 17314



FIG. 2.

5,304,432

**1**

## MEMBRANE FLOW CELL BATTERY

### BACKGROUND OF THE INVENTION

1. Field the Invention

The present invention relates generally to ion membrane flow cell batteries for generating electrical potential. More particularly the present invention involves rechargeable batteries wherein membrane potentials generated by ions moving across ion membranes located in a stacked series of ion membrane flow cells are converted to electrical current and voltage by a single electrode pair.

2. Description of Related Art

Batteries which provide electrical voltage for utility load leveling and powering electric vehicles and spacecraft instrumentation have been the subject of intensive research for decades. In particular, efforts have been directed toward providing batteries having higher energy densities and higher power densities. Increased battery energy density contributes to increased vehicle driving range between battery recharging. On the other hand, increased power density provides improved vehicle acceleration and high speed driving. Thus, batteries used to power drive train motors are benefitted by high energy densities and power densities.

Electric vehicles and other drive train motors currently in use typically are powered by lead-acid batteries. One problem associated with these batteries is their limited cycle life when used under deep discharge conditions. Further, since the structural components of these batteries are metal, they are prone to corrosion. Also, the metal contained in the lead-acid voltage generating system contributes to high battery weights.

Additionally, lead-acid batteries contain numerous cells and incorporate an electrode pair for each cell. For many applications, multi-cell batteries having an electrode pair for each cell are needed to generate the power and current densities required for powering, for example, electric vehicles.

A significant problem associated with multi-cell batteries is that provision must be made for the conduction of electric current from one cell to the next. In lead-acid batteries, substantial amounts of lead are provided solely for current conduction. This lead contributes substantial weight and does not contribute useful energy. An additional problem associated with battery electrodes involves activation polarization, a voltage loss due to the process of changing electronic flow into ionic flow. Unfortunately, since multi-cell batteries have numerous electrode pairs, they exhibit substantial amounts of activation polarization and decreased cycle lives. The presence of numerous electrode pairs also contributes to decreased battery efficiency, decreased power density and decreased current density.

It would be desirable to provide a battery in which multiple, heavy internal current conductors are not needed. It would also be desirable to provide corrosion resistant batteries which exhibit decreased amounts of activation polarization. Further, it would be desirable to provide batteries having increased cycle lives while being capable of developing power densities and energy densities sufficiently high to power vehicles having acceptable acceleration, high speed and range.

### SUMMARY OF THE INVENTION

The present invention provides a lightweight rechargeable corrosion resistant battery exhibiting de-

**2**

creased amounts of activation polarization and increased cycle life while being capable of developing power densities and energy densities sufficiently high to power vehicles having acceptable acceleration, high speed and range.

The present invention is based upon the discovery that two or more membrane flow cells can be arranged to form a stack of membrane flow cells, each of which includes a series of ionic membranes positioned between liquid flow channels. By causing charged species to migrate across the ionic membranes, charge imbalances within the liquid flow channels can be produced, generating membrane potentials. As a feature of the present invention, the rechargeable battery of the present invention utilizes a single electrode pair to convert the membrane potentials to electrical voltage. Advantageously, the ability to provide a rechargeable multi-cell battery which incorporates a single electrode pair eliminates the traditional requirement of one electrode pair for each battery cell. Accordingly, problems associated with electrode activation polarization, internal current conductors and short cycle life are minimized. Further, since many membrane cells can be stacked within the battery, the battery of the present invention can provide power densities and energy densities sufficient to power vehicles having acceptable acceleration, speed and range.

More particularly, the present invention provides a rechargeable battery for generating voltage by acidic and basic electrolytic fluids flowing between membranes. The battery includes a stack of at least two membrane flow cells, each of which includes a plurality of ionic membranes which separate fluid flow channels. At least one fluid flow cell includes separate acidic and basic electrolyte flow channels separated by a bilayer membrane. Separate salt solution flow channels are positioned adjacent each electrolyte flow channel and separated from each electrolyte flow channel by an ion membrane.

A cathode compartment wherein hydrogen ion is converted to hydrogen gas is positioned at a first end of the stack of flow cells and includes a cathode, cathode fluid flow channel, and a portion of an adjacent salt solution flow channel. Similarly, an anode compartment wherein hydrogen gas is consumed to form electrical potential, is positioned at a second end of the stack of flow cells and includes an anode, anode fluid flow channel, and a portion of an adjacent salt solution flow channel. In the rechargeable battery's simplest configuration, each separate salt solution flow channel referred to above, forms part of the battery anode compartment and the battery cathode compartment, respectively. In preferred embodiments in which the battery includes more than two flow cells, as described below, the separate salt solution flow channels form part of an adjacent membrane flow cell. When multiple membrane flow cells are stacked, the cathode compartment and anode compartment are each located at an end of the stack of membrane flow cells as described above.

In accordance with the present invention, in operation, flowing acidic electrolyte fluids and flowing basic electrolyte fluids provide ionic species which selectively migrate through the appropriate ion membranes, forming charge imbalances which in turn provide membrane potentials within the cells. The electrodes convert the potentials to electrical voltage and current. Salt solution, formed by combining migrating electrolyte

5,304,432

**3**

ions, is stored for later conversion back to the acidic electrolyte fluid and basic electrolyte fluid to be utilized again in the battery.

Preferably the acidic electrolyte fluid and basic electrolyte fluid are stored separately from the series of membrane flow cells in external reservoirs. On demand, the acidic and basic fluids are transferred to the appropriate fluid flow channels for generating electricity. Additionally, the salt and solvent are transferred to a reservoir for later regeneration of the acidic fluids and basic fluids. Conveniently, the regenerated acidic fluids and basic fluids are available for pumping to the external reservoirs and then transferring to the appropriate fluid flow channels for generating electricity.

The above-described and many other features and attendant advantages of the present invention will become better understood by reference to the following detailed description when taken in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a diagrammatic view of an exemplary membrane flow cell battery illustrating the stacked series of membrane cells and a single electrode pair in accordance with the present invention.

FIG. 2 is a schematic view of a voltage generating system including pumps and holding tanks in accordance with the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The rechargeable battery of the present invention is especially well-suited for supplying electrical current to electric motors such as those used to power electric vehicles. Even though the rechargeable battery of the present invention includes more than one cell, the battery incorporates only a single electrode pair. By eliminating the requirement for an electrode pair for each cell, the rechargeable battery of the present invention minimizes weight and electrode activation polarization and the resulting decrease in voltage. Additionally, the ability to stack a series of cells, simultaneously results in increased battery power density and energy density.

Although the rechargeable battery provided by the present invention is particularly well-suited for powering electrical vehicles, it will be understood by those skilled in the art that the rechargeable battery is useful for providing electrical voltage to electrical loads in a variety of applications. Accordingly, the battery of the present invention is not limited to use in connection with electrically powered vehicles, and other applications are within the scope of the present invention. For example, the rechargeable battery of the present invention is suitable for powering equipment utilized in spacecraft and for utility load leveling applications.

The following discussion is made with reference to FIG. 1, a diagrammatical illustration of a preferred battery of the present invention. The battery of FIG. 1 includes a stack of three membrane flow cells 10, 12, 14, wherein ionic charges moving across ion membranes form membrane potentials. These ion membranes are typically derivatized polymeric membranes and are available commercially from numerous suppliers including E. I. duPont of Wilmington, Del., Dow Chemical of Midland, Mich., and RAI of Hauppauge, N.Y. For purposes of the present invention bilayer membrane shown at numeral 24 is a laminate of two ion membranes and formed by laminating a cation membrane and an

**4**

anion membrane. These bilayer anion-cation membranes are available from Union Resources and Technology, Inc. of Whitehouse, N.J., and from Allied Chemical Co.

The two central membrane flow cells 10, 12 are identical and each includes an acidic electrolyte inlet 11 through which acidic electrolyte is introduced into an acidic fluid flow channel 16 formed by a first surface 18 of an anionic membrane 20 and a cation surface 22 of bilayer membrane 24. The acidic electrolyte is in fluid form and is a working fluid within each membrane potential cell. Suitable acids are those which are fluids or acids having solubility in a suitable solvent and which are non-oxidizing. Preferably the acidic electrolyte is a solution of an acid and solvent. Suitable acids include a variety of Bronsted acids such as the hydrohalide acids, including HCl, HBr, HI, HF (and mixtures of HF and antimony pentafluoride), acids belonging to the group consisting of sulfuric acid, trifluoromethanesulfonic acid, carboxylic acids, and phosphonic acids, including pyrophosphoric acid, phosphorous acid, and phosphoric acid. Suitable solvents for incorporating in electrolyte solutions include those solvents which are stable with respect to the acid. Preferably, and as discussed in more detail below, the solvent is water.

The battery of FIG. 1 further includes a basic electrolyte inlet 26 through which basic electrolyte fluid is introduced into a basic fluid flow channel 28 formed by a first surface 30 of cation membrane 32 and an anion surface 34 of bilayer membrane 24. The basic electrolyte is in fluid form and is a working fluid within the membrane potential cells. Suitable bases are those which are fluids or bases having solubility in a suitable solvent and which are non-oxidizing. Preferably, the basic electrolyte is in the form of a solution of a basic compound and solvent. Accordingly, suitable bases include sodium hydroxide, potassium hydroxide, sodium ethoxide, and sodium methoxide. As discussed in more detail below, a preferred solvent is water.

Membrane flow cells 10, 12 share a salt solution outlet 36 through which salt solution is transferred from a salt solution flow channel 38 formed by a second surface 40 of said anion membrane 20 and a second surface 42 of said cation membrane 32. The salt solution is the third working fluid within the membrane potential cells and is formed by the interaction of anions supplied by the acidic electrolyte and cations supplied by the basic electrolyte.

The third membrane flow cell 14 is provided by cathode compartment 44 wherein hydrogen gas is generated by fuel cell cathode 48, and anode compartment 46 wherein hydrogen gas is consumed by fuel cell anode 50. Cathode 48 and anode 50 can be any fuel cell hydrogen electrode pair such as those supplied by E-TEK, Inc. of Framingham, Mass.

The cathode flow compartment 44 is located at one end of the bipolar stack of membrane flow cells and includes a cathode electrolyte inlet 54 through which cathode electrolyte fluid is introduced into a cathode fluid flow channel 56. A cathode anion membrane 58 separates cathode fluid flow channel 56 from a salt solution flow channel 60 positioned adjacent cation membrane 32.

A hydrogen outlet 61 through which hydrogen flows from a first hydrogen flow channel 63 is formed by the fuel cell cathode 48 and a first battery endplate 80.

The anode flow compartment 46 is located at a second end of the bipolar stack of membrane flow cells and

5,304,432

5

6

includes an anode electrolyte inlet 64 through which anode electrolyte fluid is introduced into an anode fluid flow channel 66. An anode cation membrane 68 separates anode fluid flow channel 66 from a salt solution flow channel 70 positioned adjacent anion membrane 20. A hydrogen inlet 82 through which hydrogen is introduced into a second hydrogen flow channel 84 is sandwiched between the fuel cell anode 50 and a second battery end plate 86.

From the above discussion and the illustration of FIG. 1, it can be seen that the salt solution of flow channel 60 is a working fluid of membrane flow cell 10 and the cathode compartment. Similarly, salt solution of flow channel 70 is a working fluid of membrane flow cell 12 and the anode compartment. Finally the salt solution of flow channel 38 is a working fluid for flow cell 10 and flow cell 12. It is contemplated to be within the scope of the present invention to provide stacks of more than three membrane flow cells, wherein salt solutions are working fluids for adjacent stacked flow cells.

Additional battery components include conductive current collector screens 72, 74 positioned on cathode 48 and anode 50, respectively, for collecting charges at the electrodes. The endplates 80 and 86 form the outer walls of the battery and function as the positive terminal and the negative terminal, respectively. Advantageously, the battery of the present invention can be fabricated so that the endplates and conductive current collector screens are the only metal portions. Since there is no flowing electricity within the membrane flow cells, the cells can be fabricated of lightweight polymeric materials. This minimizes corrosion within the cells and provides low density light weight batteries.

Basically, in operation, the battery of the present invention provides electrical current by forcing ions provided by the electrolyte fluids to migrate across selected ion membranes. This movement (represented by wavy horizontal arrows in FIG. 1) generates charge imbalances within the flow cells. The charge imbalances create membrane potentials which are converted to electrical potential and current by reactions at the electrodes. The solvent and salt formed by the interaction of acid and base supplied ions are removed from the cell and can be regenerated to the acidic and basic components for later use. Similarly, spent acidic electrolyte and spent basic electrolyte is removed from the cell and recycled for later use. In ideal circumstances, the entirety of the acidic and basic fluids is consumed, leaving only the salt solution as the spent cell product.

Preferably, the flow cell membrane battery of the present invention is operated in combination with a system of reservoirs, pumps, and valves used for transporting the working fluids and hydrogen. An exemplary system is schematically illustrated in FIG. 2 which shows a flow cell battery, such as that of FIG. 1, at reference numeral 112. Following is a description of the system of FIG. 2 in operation with the battery of FIG. 1, to generate electrical voltage using equal molar amounts of aqueous phosphoric acid and aqueous NaOH as the acidic electrolyte and basic electrolyte fluid, respectively. Referring to FIG. 1 and FIG. 2, aqueous concentrationed $H_3PO_4$, ionizable to $H^+$ and $H_2PO_4^-$, is pumped on demand from reservoir 110 via line 122 to fluid flow channels 16 and 56 via inlets 11 and 54 respectively. Simultaneously, a suitable basic electrolyte, such as aqueous NaOH, ionizable to $Na^+$

and $OH^-$, is pumped from basic electrolyte reservoir 114 via line 120 to fluid flow channels 28 and 66 via inlets 26 and 64, respectively.

Hydroxide ions ($OH^-$) within fluid flow channels 28 and 66 migrate across anion surface membrane 34 of bilayer membrane 24, and protons ($H^+$) migrate across cation surface 22 of bilayer membrane 24. At interface 23 water and a membrane potential are formed by the interaction of $H^+$ and $OH^-$. These migrations and the formation of water and the membrane potential at bilayer membrane 24 simultaneously cause a charge imbalance within fluid flow channels 28 wherein $Na^+$ ions are pushed across cation membrane 32. Similarly, a resulting charge imbalance within fluid flow channels 16 results in $H_2PO_4^-$ ions being pushed across anion membrane 20. Salt in the form of $NaH_2PO_4$ is formed in flow channel 38 as a result of the migration of ions across cation membrane 32 and anion membrane 20. Accordingly, the net cell reaction is as follows:

$$\text{Acid} + \text{Base} \rightarrow \text{Salt} + \text{Water} + \text{Membrane Potential}$$

or

$$H_3PO_4 + NaOH \rightarrow NaH_2PO_4 + H_2O + \text{Membrane Potential}$$

The cathode 48 and anode 50 are used to convert the membrane potential to electrical current. The electrodes are in the form of a single pair of hydrogen electrodes and located at either end of the bipolar stack of membrane flow cells as shown in FIG. 1. The cathode reaction is as follows:

$$\tfrac{1}{2}H^+ + e^- \rightarrow \tfrac{1}{2}H_2$$

The hydrogen gas produced at the cathode is transported from fluid channel 61, through hydrogen outlet 63 and to transport lines 131 and 132 in FIG. 2. Hydrogen inlet 84 moves the hydrogen from the transport line and into fluid channel 82 where it is consumed at anode 50 in the following reaction:

$$\tfrac{1}{2}H_2 + OH^- \rightarrow H_2O + e^-$$

The current produced by this reaction is moved from the system to power an electric vehicle or equipment indicated by numeral 126. The spent basic electrolyte fluid is removed from flow channels 28 and 64 and preferably recycled through line 144 to base reservoir 114. Spent acid flows from battery cell 112 through line 124. The spent acid is preferably transferred to the acidic electrolyte fluid reservoir 110 through line 128. Salt solution is preferably collected from channels 60, 70 and 38 through line 148 and is stored in tank 115 for later use. The hydrogen can be eliminated from the system at 130 or recycled into a hydrogen recycling system through line 132 where it returns to cell 112 via valve 140 and line 143 for consumption at anode 50. Valve 138 is provided for controlling the pressure within line 132 and tanks 110, 114 and 115. Pressure gauges 136 and 134 are provided for monitoring the pressures within the hydrogen recycle lines.

The flow cell battery 112 of the present invention can be recharged by reversing pumps 116 and 118, thereby reversing the fluid flow directions in each of the fluid flow channels, and applying current to the cell, which reverses the membrane cell reactions. Accordingly, the salt and water are converted to the original acidic elec-

5,304,432

trolyte fluid and basic electrolyte fluid. An alternative method for recharging the battery involves removing the fluids from the cell fluid flow channels and tanks and introducing fresh fluids into the system. This latter method is preferred because it requires only minutes to accomplish the recharging task, rather than the several hours required f or electrolytic recharging. In this preferred method, during operation, the spent acid and base solutions are recycled to their respective acidic and basic electrolyte reservoirs, as described above and shown in FIG. 2. When all of the fresh electrolyte has been consumed, reservoirs 112, 114 and 115 are full of their respective spent solutions. For recharging the system, valve 145 is provided for draining spent acid solution from reservoir 110 and filling reservoir 110 with fresh acidic electrolyte. Similarly, valve 146 is provided for draining spent base solution from reservoir 114 and filling reservoir 114 with fresh basic electrolyte. Valve 152 is provided for draining salt solution from tank 115. The spent electrolytes may be discarded or retained for later use. When an extended recharge time is available, the spent electrolytes may be returned to the system and recharged back to the fresh state.

The above described system of reservoirs, pumps, and valves provides a means for the flow cell membrane battery of the present invention to generate electricity as long as fresh acidic and basic electrolyte can be introduced into the cell flow channels. Accordingly, the size of reservoirs 110 and 114 is partially determinative of the energy exhibited by cell 112. Acidic reservoirs on the order of 3 liters of acidic electrolyte may be used in combination with a basic electrolyte reservoir having a capacity on the order of 2 liters of a basic electrolyte for each kilowatt-hour of energy storage.

Another factor which contributes to the power and voltage exhibited by cell 112 is the number of membrane flow cells incorporated within the cell. FIG. 1 illustrates a cell which includes a stack of two membrane flow cells and one additional cell provided by the two end electrode compartments. However, it is within the present invention to provide flow cell batteries having a large number of flow cells. By providing a stack of numerous flow cells, greater total membrane potentials are developed which in turn provide greater electrical voltage and power. In fact the generated electrical voltage and the current and power densities are sufficient to power electrical vehicles for extended lengths of time at normal speeds and accelerations.

Additionally, by eliminating an electrode pair for each cell, the high cost associated with hydrogen electrodes for each cell is reduced dramatically. The reduced number of electrodes also provides batteries having much less weight and corrosion producing components.

The choice of basic electrolyte fluid and acidic electrolyte fluid also contributes to the energy density and power density developed by the battery. Acids and bases which are available in highly pure form are more efficiently utilized. Additionally, acids and bases which form highly concentrated solutions provide greater charge density and develop greater membrane potentials. Finally, strong acids and bases are preferred in order to maximize the cell voltage.

Similarly, solvents utilized to form the acidic and basic electrolyte fluids are preferably highly pure and capable of forming concentrated solutions of acid and base. Also, the fluids formed by the acid, base and solvent preferably have high ionic conductivity to maxi-

mize the power density of the cell. Those skilled in the art will appreciate that working fluids which include aqueous solutions $H_3PO_4$, $NaOH$, $NaH_3PO_4$, provide electrolyte fluids and salt solutions of pure compounds in a highly concentrated form and thus are particularly suitable as working fluids in the batteries of the present invention. In fact, related batteries utilizing aqueous solutions of concentrated $H_3PO_4$ and $NaOH$ have been shown to develop a cell voltage of 940 mV and a fluid energy density of 100 watt-hours per kilogram.

Although water is a particularly suitable solvent for forming the electrolyte fluids utilized in the battery of the present invention, higher voltages may be achieved with the use of non-aqueous solvents. For example, sodium ethoxide dissolved in ethanol exhibits stronger base properties than sodium hydroxide. When water is eliminated as a solvent, the generalized flow membrane cell reaction is as follows:

$$acid + base \rightarrow salt + non\text{-}aqueous\ solvent + membrane\ potential$$

For non-aqueous solvent battery systems, the cathode reaction is the same reaction as previously shown. However, the anode reaction is as follows:

$$\tfrac{1}{2}H_2 + non\text{-}aqueous\ solvent\ anion \rightarrow nonaqueous\ solvent + e^-.$$

In view of the above, although the present invention has been described with respect to acidic electrolyte fluid of concentrated aqueous $H_3PO_4$ and basic electrolyte of concentrated $NaOH$, a wide range of working fluids as well as cell geometries is possible. Those skilled in the art will recognize that altering the electrolyte fluids and the number of membrane cells within the stack will vary the power density and current density exhibited by the battery.

Having described exemplary embodiments of the present invention, it should be noted by those skilled in the art that the within disclosures are exemplary only and that various other alternatives, adaptations and modifications may be made within the scope of the present invention. Accordingly, the present invention is not limited to the specific embodiments as illustrated herein, but is only limited to the following claims.

What is claimed is:

1. A rechargeable battery for generating electrical potential by acidic fluid electrolytes and basic fluid electrolytes flowing in fluid flow channels between ionic membranes, said rechargeable battery comprising:

a) a bipolar stack of at least one membrane flow cell, wherein ionic charges moving across said ion membrane provide membrane potentials, said membrane flow cell comprising:

an acidic electrolyte inlet through which acidic electrolyte is introduced into an acidic fluid flow channel formed by a first surface of an anion membrane and a first surface of bilayer membrane;

a basic electrolyte inlet through which basic electrolyte fluid is introduced into a basic fluid flow channel formed by a first surface of a cation membrane and a second surface of a bilayer membrane; and

a salt outlet through which salt solution is transferred from a salt solution fluid flow channel formed by a second surface of said anion mem-

5,304,432

**9**

brane and a second surface of said cation membrane;

b) a cathode flow compartment wherein hydrogen gas is generated from said membrane potential, said cathode flow compartment located at one end of said bipolar stack and comprising:

a cathode electrolyte inlet through which cathode electrolyte fluid is introduced into a cathode fluid flow channel formed by a cathode anion membrane and a fuel cell cathode; and

a hydrogen outlet through which hydrogen flows from a first hydrogen flow channel formed by said fuel cell cathode and a first battery endplate;

c) an anode flow compartment wherein hydrogen is consumed to form said voltage, said anode compartment located at a second end of said bipolar stack and comprising:

an anode electrolyte inlet through which anode electrolyte fluid is introduced into an anode fluid flow channel formed by an anode cation membrane and a fuel cell anode; and

a hydrogen inlet through which hydrogen is introduced into a hydrogen flow channel formed by said anode and a second battery end plate;

d) means for transferring hydrogen from said hydrogen outlet to said hydrogen inlet; and

e) means for transferring said electrical potential from said rechargeable battery to an electric load.

2. The rechargeable battery of claim 1 wherein said bipolar stack comprises a plurality of said membrane flow cells.

3. The rechargeable battery of claim 1 wherein said bilayer membrane is a laminate comprising an anion membrane layer and a cation membrane layer.

4. The rechargeable battery of claim 3 wherein said first surface of a bilayer membrane is formed by said cation membrane.

5. The rechargeable battery of claim 3 wherein said second surface of a bilayer membrane is formed by said anion membrane.

6. The rechargeable battery of claim 1 wherein said first battery endplate is a positive battery terminal.

7. The rechargeable battery of claim 1 wherein said second battery endplate is a negative battery terminal.

8. The rechargeable battery of claim 1 wherein said cathode and said anode each further include conductive current collector screens.

9. The rechargeable battery of claim 1 wherein said acidic electrolyte fluid is aqueous phosphoric acid ($H_3PO_4$).

10. The rechargeable battery of claim 1 wherein aid basic electrolyte fluid is aqueous sodium hydroxide (NaOH).

11. The rechargeable battery of claim 1 wherein said salt solution is aqueous sodium phosphate, monobasic ($NaH_2PO_4$).

12. A method for generating electrical potential by producing membrane potentials within membrane flow cells and converting said membrane potential to electrical potential, said method comprising the steps of:

providing a battery having a bipolar stack of at least two ion membrane flow cells, a fuel cell cathode at

**10**

a first end of said bipolar stack and a fuel cell anode at a second end of said bipolar stack wherein each said ion membrane flow cell comprises an acidic fluid flow channel and a basic fluid flow channel;

simultaneously causing acidic electrolyte fluid to enter said ion membrane flow cells through said acidic fluid flow channels and causing basic electrolyte fluid to enter said ion membrane flow cells through said basic fluid flow channels, wherein acidic electrolyte ion and basic electrolyte ions selectively migrate across flow cell ion membranes and react to provide membrane potentials, salt solution, spent acidic electrolyte, and spent basic electrolyte;

transporting hydrogen produced at said fuel cell cathode through a hydrogen outlet to said fuel cell anode where said hydrogen is consumed to provide electrical potential; and

transferring said electrical potential from said anode to an electric load.

13. The method of claim 12 wherein said acidic electrolyte fluid enters said ion membrane flow cells by flowing through acidic electrolyte fluid flow channels separated by ion membranes.

14. The method of claim 12 wherein said basic electrolyte fluid enters said ion membrane flow cells by flowing through basic electrolyte fluid flow channels separated by ion membranes.

15. The method of claim 12 wherein said salt solution exits said ion membrane flow cells by flowing through salt solution flow channels separated by ion membranes.

16. The method of claim 12 wherein said membrane potential is generated at at least one bilayer membrane comprising a laminate of cation membrane and anion membrane, wherein said bilayer membrane separates an acidic electrolyte flow channel and a basic electrolyte flow channel, and said membrane potential is generated by hydrogen ions from said acidic electrolyte migrating across said cation membrane and anions from said basic electrolyte migrating across said anion membrane.

17. The method of claim 12 wherein said membrane flow cell battery is recharged by reversing spent acidic electrolyte fluid flow direction, reversing spent basic fluid flow direction, reversing salt solution flow direction and applying current to said membrane flow cell thereby causing said salt solution to form acidic electrolyte fluid and basic electrolyte fluid.

18. The method of claim 12 wherein said membrane flow cell battery is recharged by removing said spent acidic electrolyte fluid, said spent basic electrolyte fluid, and said salt solution from said fluid flow channels and introducing fresh acidic electrolyte fluid and fresh basic electrolyte fluid into said membrane flow cells.

19. The method of claim 18 wherein said removed salt solution is regenerated to provide acidic electrolyte fluid and basic electrolyte fluid.

20. The method of claim 18 wherein said removed spent basic electrolyte, said removed spent acidic electrolyte and said removed salt solution are recycled to acidic electrolyte, basic electrolyte, and salt solution reservoirs located external to said rechargeable battery.

* * * * *

# Exhibit 14



THEODORE L. BROWN

H. EUGENE LeMAY, JR.

# Chemistry

## The central science

### 2ND EDITION

# Chemistry

## The central science

The cover photo shows the surface of a high-purity crystal of arsenic (magnified about 1100 times) after it has been subjected to a vacuum at 282°C for 4 hours. The pyramidlike objects are actually pits in the surface caused by the evaporation of arsenic molecules. This photo was taken in connection with a study on the molecular processes by which molecules evaporate from crystalline solids. Photos such as this show that the most rapid evaporation occurs where imperfections are found in the crystal. (Photo courtesy of Gerd M. Rosenblatt, Carl A. Hultman, and Michael B. Dowell, Department of Chemistry, The Pennsylvania State University)

**THEODORE L. BROWN**
University of Illinois

**H. EUGENE LeMAY, JR.**
University of Nevada

Chemistry: The central science, 2nd edition
THEODORE L. BROWN ▲ H. EUGENE LEMAY, JR.

© 1981, 1977 by PRENTICE-HALL, INC., Englewood Cliffs, New Jersey 07632

All rights reserved. No part of this book
may be reproduced in any form or by any means
without permission in writing from the publisher.

10  9  8  7  6  5  4

Printed in the United States of America

PRENTICE-HALL INTERNATIONAL, INC., London
PRENTICE-HALL OF AUSTRALIA PTY. LIMITED, Sydney
PRENTICE-HALL OF CANADA, LTD., Toronto
PRENTICE-HALL OF INDIA PRIVATE LIMITED, New Delhi
PRENTICE-HALL OF JAPAN, INC., Tokyo
PRENTICE-HALL OF SOUTHEAST ASIA PTE. LTD., Singapore
WHITEHALL BOOKS LIMITED, Wellington, New Zealand

Library of Congress Cataloging in Publication Data

Brown, Theodore L
    Chemistry: the central science.

    Includes index.
    1. Chemistry.  I.  LeMay, Harold Eugene, 1940–
joint author.  II.  Title.
QD31.2.B78 1981      540      80-16771
ISBN 0-13-128504-1

This book was composed on film in Baskerville and Helvetica, with
Serif Gothic display type. Development editor: Raymond Mullaney;
acquiring editor: Elizabeth G. Perry; designer: Lorraine Mullaney;
production assistant: Richard D. Kilmartin; manufacturing buyer:
Raymond Keating; art preparation: Vantage Art, Inc.



# Our chemical world: atoms, molecules, and ions

Our present understanding of the changes we see around us—such as the melting of ice and the burning of wood—is intimately tied to our understanding of the nature and composition of matter. For example, before we can hope to understand what is happening when ice melts we must know what ice is—what it is composed of. It is possible to resolve or separate matter into a great variety of different **pure substances**. These are materials or portions of matter whose composition and intrinsic properties are uniform throughout. For example, seawater can be separated into several different pure substances, the most abundant being water and ordinary table salt (sodium chloride).

In this chapter we will examine the composition of matter. We will attempt to answer many fundamental questions: What types of pure substances are there? How can matter be separated into pure substances? Can pure substances be broken into simpler components? How do substances differ at the microscopic or atomic level? How do we represent the compositions of substances and how do we name them?

There is much more in the answers to these questions than can be contained in a single chapter. You should regard this chapter as, in part, an introduction. At this point you need to master some basic ideas and concepts and acquire a chemical vocabulary to facilitate laboratory work and further study of the text.

**2.1  States of matter**

As a starting point in answering the questions we have posed, it is useful to note that matter exists in three states: gas (also known as vapor), liquid, or solid. A gas has neither a shape of its own nor a fixed volume. It takes the shape and volume of any container into which it is introduced. It can be compressed to fit a small container; it will expand to occupy a large one. Air is a gas.

A liquid has no specific shape; it assumes the shape of the portion of any container that it occupies. It does not expand to fill the entire container; it has a specific volume. Furthermore, a liquid is only slightly compressible. Water and gasoline are common liquids.

A solid has a firmness that is not associated with either gases or liquids. It has a fixed volume and shape. Like liquids, solids are not compressible to any appreciable degree. Numerous objects around us are solids—nails, coins, salt, and sugar to name a few.

The state of a substance depends on temperature and pressure. Above 100°C, water exists as a gas, known as steam. Between 0°C and 100°C, it exists as a liquid. Below 0°C, it exists as a solid—ice.

Changes of state, such as the change of ice to liquid water, are examples of physical changes. Physical changes are ones that do not involve creation of new substances; they involve no change in the composition of the specimen of matter under consideration. Chemical changes, also called chemical reactions, involve conversion of one substance into another. Every pure substance has a unique set of properties or characteristics that allows us to recognize it and distinguish it from other substances. Chemical properties are those properties that refer to the way a substance is able to change into other substances (its reactivity, how it "reacts"). The physical properties of a substance are those that do not involve a change in the chemical identity of the substance.

## SAMPLE EXERCISE 2.1

Chlorine is a greenish-yellow gas with a density of 3.21 g/L. It can be changed to a liquid by cooling to −34.6°C; it reacts explosively with sodium to form sodium chloride (table salt). Which of these properties are physical properties and which are chemical?

Solution: The color and density of chlorine and the temperature at which it changes state, from a gas to a liquid, are all physical properties. They do not involve a change of chlorine into any other substance. The ability of chlorine to react explosively with sodium is a chemical property. In reacting with sodium, chlorine is changed into a different substance, sodium chloride.

**2.2  The classification of matter**

All specimens of matter can be classified either as pure substances or as mixtures of two or more substances. Most matter around us consists of mixtures. Mixtures are characterized by variable composition and by the fact that they can be separated by physical means. That is, mixtures can be separated by taking advantage of differences in physical properties such as boiling points. For example, we can recognize that blood is a mixture because its composition may vary in many ways, such as in its iron content. Furthermore, blood can be separated into two components, packed cells and plasma, by centrifugation, a physical method of separation. Some common methods of separating mixtures are discussed in Section 2.3.

26

**FIGURE 2.1** The classification of matter.

Any portion of matter that is uniform throughout is said to be *homogeneous*. Homogeneous mixtures are known as solutions. For example, when salt and water are mixed, a homogeneous mixture, or solution, forms. The salt is said to dissolve in the water. Mixtures that are not homogeneous are said to be *heterogeneous*. When water and clay are mixed, no solution forms; the resultant mixture is heterogeneous. A heterogeneous mixture can generally be separated by some physical means into homogeneous components.

We have seen that solutions are homogeneous mixtures. They are of uniform properties throughout, but these properties will vary from one solution to another, depending on the relative amounts of the components from which the solution is formed. By contrast, a pure substance is a homogeneous material with a constant, invariable composition and a distinct set of intrinsic properties. Water is an example of a pure substance. It is a particular kind of pure substance, because it is composed of more than one element; in this case two, hydrogen and oxygen. Such a pure substance, called a compound, can be decomposed by chemical reaction into elements. Thus water can be decomposed into hydrogen and oxygen. These two substances are termed elements to signify that they cannot be decomposed by chemical means into still simpler substances. (We will consider a more sophisticated criterion for defining an element later in this chapter.) Elements are the simplest substances. There are 106 known elements, but most of the millions of known compounds are formed from only about two dozen elements.

The classification of matter into mixtures, substances, compounds, and elements is summarized in Figure 2.1. Before we examine compounds and elements more closely, let's consider some of the ways a mixture can be separated into its component parts.

**2.3  Separation of mixtures**

Chemists often need to separate mixtures into their component substances. For example, separation procedures are used both to determine the composition of mixtures and to purify substances. A large number of separation procedures have been developed. Three of the most common of these are filtration, distillation, and chromatography.



# Conservation of mass; stoichiometry

Antoine Lavoisier (Section 1.1) was among the first to draw his conclusions about chemical processes from careful, quantitative observations. His work laid the basis for the law of conservation of mass, one of the most fundamental laws of chemistry. In this chapter, we will consider many practical problems based on the law of conservation of mass. These problems involve the quantitative relationships between substances undergoing chemical changes. The study of these quantitative relationships is known as stoichiometry (pronounced stoy-key-AHM-uh-tree), a word derived from the Greek words *stoicheion* ("element") and *metron* ("measure").

## 3.1 Law of conservation of mass

Studies of countless chemical reactions have shown that the total mass of all substances present after a chemical reaction is the same as the total mass before the reaction. This observation is embodied in the law of conservation of mass: There are no *detectable* changes in mass in any chemical reaction.* More precisely, *atoms are neither created nor destroyed during a chemical reaction;* instead, they merely exchange partners or become otherwise rearranged. The simplicity with which this law can be stated should not mask its significance. As with many other scientific laws, this law has implications far beyond the walls of the scientific laboratory.

*In Chapter 20, we will discuss the relationship between mass and energy summarized by the equation $E = mc^2$ ($E$ is energy, $m$ is mass, and $c$ is the speed of light). We will find that whenever an object loses energy it loses mass, and whenever it gains energy it gains mass. These changes in mass are too small to detect in chemical reactions. However, for nuclear reactions, such as those involved in a nuclear reactor or in a hydrogen bomb, the energy changes are enormously larger; in these reactions there are detectable changes in mass.

You can readily see that it will be helpful in your study of chemistry if you are able to classify chemical reactions into certain types. We have just considered two examples of a type we might call reaction of an active metal with water. Let's briefly consider here a few of the more important and common types you will be encountering in your laboratory work and in the chapters ahead.

## COMBUSTION IN OXYGEN

We have already encountered three examples of combustion reactions: the combustion of carbon, Equation [3.1]; of methane, Equation [3.4]; and of octane ($C_8H_{18}$), Equation [3.8]. Remember that combustion is a rapid reaction that usually produces a flame. Most of the combustions we observe involve $O_2$ as a reactant. From the examples we have already seen it should be easy to predict the products of the combustion of propane $C_3H_8$. We expect that combustion of this compound would lead to carbon dioxide and water as products, by analogy with our previous examples. That expectation is correct; propane is the major ingredient in LP (liquid propane) gas, used for cooking and home heating. It burns in air as described by the balanced equation

$$C_3H_8(g) + 5O_2(g) \longrightarrow 3CO_2(g) + 4H_2O(l) \qquad [3.12]$$

If we looked at further examples, we would find that combustion of compounds containing oxygen atoms as well as carbon and hydrogen (for example, $CH_3OH$) also produces $CO_2$ and $H_2O$.

## ACIDS, BASES, AND NEUTRALIZATION

Table 3.1 lists several acids and bases and the amount of each compound produced in the United States each year. You can see that these substances are produced in enormous quantities; they are among the most important chemicals in industry and in the chemical laboratory.

You will nearly always encounter acids and bases in the form of solutions of these substances in water. Acids are substances whose water solutions contain an excess of $H^+$ ions. Although we often represent hydrochloric acid as $HCl(aq)$, it exists in water as $H^+(aq)$ and $Cl^-(aq)$ ions. Thus the process of dissolving hydrogen chloride gas in water to form hydrochloric acid can be represented as follows:

$$HCl(g) \xrightarrow{H_2O} HCl(aq)$$

or

$$HCl(g) \xrightarrow{H_2O} H^+(aq) + Cl^-(aq)$$

The $H_2O$ given above the arrows in these equations is to remind us that the reaction medium is water. Pure sulfuric acid is a liquid; when it dissolves in water it releases $H^+$ ions in two successive steps:

$$H_2SO_4(l) \xrightarrow{H_2O} H^+(aq) + HSO_4^-(aq)$$

$$HSO_4^-(aq) \xrightarrow{H_2O} H^+(aq) + SO_4^{2-}(aq)$$

67

**TABLE 3.1** U.S. production of some acids and bases, 1977

| Compound | Formula | Annual production (kg) |
|---|---|---|
| Acids: | | |
| Sulfuric | $H_2SO_4$ | $3.1 \times 10^{10}$ |
| Phosphoric | $H_3PO_4$ | $7.1 \times 10^9$ |
| Nitric | $HNO_3$ | $6.7 \times 10^9$ |
| Hydrochloric | $HCl$ | $2.3 \times 10^9$ |
| Bases: | | |
| Sodium hydroxide | $NaOH$ | $9.5 \times 10^9$ |
| Ammonia | $NH_3$ | $1.5 \times 10^{10}$ |

Thus, although we frequently represent aqueous solutions of sulfuric acid as $H_2SO_4(aq)$, these solutions actually contain a mixture of $H^+(aq)$, $HSO_4^-(aq)$, and $SO_4^{2-}(aq)$.

**Bases** are compounds that produce an excess of hydroxide ions, $OH^-$, in water. A base such as sodium hydroxide does this because it is an ionic substance composed of $Na^+$ and $OH^-$ ions. When NaOH dissolves in water, the cations and anions simply separate in the solution:

$$NaOH(s) \xrightarrow{H_2O} Na^+(aq) + OH^-(aq)$$

Thus, although aqueous solutions of sodium hydroxide might be written as $NaOH(aq)$, it exists as $Na^+(aq)$ and $OH^-(aq)$ ions. Many other bases such as $Ca(OH)_2$ are also ionic hydroxide compounds. However, $NH_3$ is a base although it is not a compound of this sort.

You may have noticed in Table 3.1 that ammonia, $NH_3$, is produced in very large quantities. In fact, after sulfuric acid and lime (CaO), it is the third largest in production of U.S. chemicals. This important substance is used in fertilizers and as a primary chemical in other chemical processes. It may seem odd at first glance that ammonia is a base, because it contains no hydroxide ions. However, we must remember that the definition of a base is that it *produces* an excess of hydroxide ions in water. Ammonia does this by a reaction with water. We can represent the dissolving of ammonia gas in water as follows:

$$NH_3(g) + H_2O(l) \longrightarrow NH_4^+(aq) + OH^-(aq) \tag{3.17}$$

Solutions of ammonia in water are often labeled ammonium hydroxide, $NH_4OH$, to remind us that ammonia solutions are basic. (Ammonia is referred to as a weak base, which means that not all the $NH_3$ that dissolves in water goes on to form $NH_4^+$ and $OH^-$ ions; but that is a matter for Chapter 15, and it need not concern us here.)

Solutions of acids and bases have very different properties. Acids have a sour taste, whereas bases have a bitter taste.* Acids can change the

---

*Tasting chemical solutions is, of course, not a good practice. However, we have all had acids such as ascorbic acid (vitamin C), acetylsalicylic acid (aspirin), and citric acid (in citrus fruits) in our mouths, and we are familiar with the characteristic sour taste. It differs from the taste of soaps, which are mostly basic.

colors of certain dyes in a specific way that differs from the effect of a base. For example, the dye known as litmus is changed from blue to red by an acid, and from red to blue by a base. In addition, acidic and basic solutions differ in chemical properties in several important ways. When a solution of an acid is mixed with a solution of a base, a **neutralization reaction** occurs. The products of the reaction have none of the characteristic properties of either the acid or base. For example, when a solution of hydrochloric acid is mixed with precisely the correct quantity of a sodium hydroxide solution, the result is a solution of sodium chloride, a simple ionic compound possessing neither acidic nor basic properties. (In general, such ionic products are referred to as salts.) The neutralization reaction can be written as follows:

$$HCl(aq) + NaOH(aq) \longrightarrow H_2O(l) + NaCl(aq) \qquad [3.18]$$

When we write the reaction as we have here, it is important to keep in mind that the substances shown as $(aq)$ are present in the form of the separated ions, as discussed above. Notice that the acid and base in Equation [3.18] have combined to form water as a product. The general description of an acid-base neutralization reaction in aqueous solution, then, is that an acid and base react to form a salt and water. Using this general description we can predict the products formed in any acid-base neutralization reaction. Sample Exercise 3.2 illustrates how we might go about predicting the products and writing a balanced equation for a neutralization reaction.

## SAMPLE EXERCISE 3.2

Write a balanced equation for the reaction of hydrobromic acid, HBr, with barium hydroxide, $Ba(OH)_2$.

**Solution:** The products of any acid-base reaction are a salt and water. The salt is that formed from the cation of the base, $Ba(OH)_2$, and the anion of the acid, HBr. The charge on the barium ion is $2+$ (see Table 2.5), and that on the bromide ion is $1-$. Therefore, to maintain electrical neutrality, the formula for the salt must be $BaBr_2$. The unbalanced equation for the neutralization reaction is therefore

$$HBr(aq) + Ba(OH)_2(aq) \longrightarrow H_2O(l) + BaBr_2(aq)$$

To balance the equation we must provide two molecules of HBr to furnish the two $Br^-$ ions and to supply the two $H^+$ ions needed to combine with the two $OH^-$ ions of the base. The balanced equation is thus

$$2HBr(aq) + Ba(OH)_2(aq) \longrightarrow$$
$$2H_2O(l) + BaBr_2(aq)$$

### PRECIPITATION REACTIONS

One very important class of reactions occurring in solution is the precipitation reaction, in which one of the reaction products is insoluble. We will concern ourselves in this brief introduction with reactions between acids, bases, or salts in aqueous solution. As a simple example, consider the reaction between hydrochloric acid solution and a solution of the salt silver nitrate, $AgNO_3$. When the two solutions are mixed, a finely divided white solid forms. Upon analysis this solid proves to be silver

### SAMPLE EXERCISE 3.15

Suppose that in the precipitation reaction described in Sample Exercise 3.3, 3.5 g of $FeBr_3$ were mixed with 6.4 g of $Na_2S$ in solution. How much $Fe_2S_3(s)$ would be formed?

**Solution:** Our first step, as always, is to write the balanced equation:

$$2FeBr_3(aq) + 3Na_2S(aq) \longrightarrow Fe_2S_3(s) + 6NaBr(aq)$$

Let us now calculate the amount of product that could be formed from each of our given amounts of reactants, assuming that each is the limiting reagent. We can write the following stoichiometric relationships:

Mole ratio:
$$2 \text{ mol } FeBr_3 \simeq 3 \text{ mol } Na_2S \simeq 1 \text{ mol } Fe_2S_3$$

Weight ratio:
$$2(296 \text{ g}) FeBr_3 \simeq 3(78 \text{ g}) Na_2S \simeq 1(208 \text{ g}) Fe_2S_3$$

Using these, we have

$$\text{Grams } Fe_2S_3 = (3.5 \text{ g } FeBr_3)\left(\frac{208 \text{ g } Fe_2S_3}{2 \times 296 \text{ g } FeBr_3}\right)$$
$$= 1.2 \text{ g } Fe_2S_3$$

and

$$\text{Grams } Fe_2S_3 = (6.4 \text{ g } Na_2S)\left(\frac{208 \text{ g } Fe_2S_3}{3 \times 78 \text{ g } Na_2S}\right)$$
$$= 5.7 \text{ g } Fe_2S_3$$

These calculations show that $FeBr_3$ is the limiting reagent, and that mixing of 3.5 g $FeBr_3$ with 6.4 g $Na_2S$ in solution will yield at most 1.2 g $Fe_2S_3$ as precipitate.

## 3.9 Molarity and solution stoichiometry

We have seen how it is possible to employ the concept of the mole to determine the quantities of substances that react with one another or to determine the quantity of product that can be obtained from a given mass of reactant. However, it often happens that chemicals are employed not as solid materials but in the form of solutions, particularly aqueous solutions. For example, the reactions described in Sample Exercises 3.15 and 3.16 involve aqueous solutions of the ionic compounds appearing in the balanced equations. It is a great convenience to be able to measure out quantities of dissolved substances by measuring out volumes of the solutions, rather than by weighing out solids or liquids each time and then dissolving these in water.

In discussing solutions it is often convenient to call one component the solvent and the others solutes. The component of a solution whose physical state is preserved when the solution is formed is known as the solvent. For example, when sodium chloride (a solid) is mixed with water, the resultant solution is a liquid. Consequently, water is referred to as the solvent and sodium chloride as the solute. If all components of a solution are in the same state, the one present in greatest amount is called the solvent.

The term concentration is used to designate the amount of solute dissolved in a given quantity of solvent or solution. The method for expressing concentration that is most useful for discussing solution stoichiometry is molarity. The molarity (symbol $M$) of a solution is defined as the number of moles of solute in a liter of solution (soln):

$$\text{Molarity} = \frac{\text{moles solute}}{\text{volume of soln in liters}} \qquad [3.24]$$

# 11

# Liquids, solids, and intermolecular forces

The physical properties of any substance depend on its physical state. We have seen (Section 2.1) that matter exists in three states, gaseous, liquid, or solid. Some properties characteristic of these states are listed in Table 11.1. In Chapter 9 we discussed the gaseous state in some detail. We now turn our attention to the properties of liquids and solids. You will remember that we could explain the most important properties of gases in terms of the kinetic-molecular theory. This same theory, with some modifications, can also help us to understand the characteristics of liquids and solids. In this chapter we will also examine those properties of the molecules themselves that are important in determining whether a substance is a gas, liquid, or solid under a given set of conditions. A key concept in comparing the properties of substances is that of intermolecular forces, the attractive forces responsible for keeping molecules together in liquids and solids. In this chapter we will be exploring the relationships among structure, intermolecular forces, and physical properties.

## 11.1 The kinetic-molecular theory for liquids and solids

In the kinetic-molecular theory a gas is viewed as a collection of widely separated molecules in chaotic, constant motion. The translational, or kinetic, energies of the molecules are large in comparison with the attractive forces between them. Indeed, in the derivation of the ideal-gas equation attractive forces are ignored altogether.

There is a great deal of free volume in a gas, that is, volume not occupied by the molecules themselves. Because this is so, gases can be readily compressed upon application of an external force. By contrast, the molecules in a liquid are in quite close contact and are kept near to one another by the attractive forces between them. The liquid state is often referred to as a condensed state. The molecules of a liquid do move about with respect to one another, as in a gas. The major difference between the liquid and gaseous states of matter has to do with the

**TABLE 11.1   Some characteristic properties of the states of matter**

| State | Property |
|-------|----------|
| Gas | 1. Assumes both the volume and shape of container. |
| | 2. Is compressible. |
| | 3. Diffusion occurs rapidly. |
| | 4. Flows readily. |
| Liquid | 1. Assumes the shape of the portion of the container it occupies. |
| | 2. Does not expand to fill container. |
| | 3. Is virtually incompressible. |
| | 4. Diffusion occurs slowly. |
| | 5. Flows readily. |
| Solid | 1. Retains its own shape and volume. |
| | 2. Is virtually incompressible. |
| | 3. Diffusion occurs extremely slowly. |
| | 4. Does not flow. |

amount of space available for translational motion. In liquids the free volume is very small; typically it might be about 3 percent of the total volume of a liquid. In a gas, even at 10 atm pressure, the free volume is about 99 percent of the total.

Because the amount of free space is so small, and the molecules of a liquid are already in quite close contact, it requires considerable force to compress a liquid still further. Thus, liquids are much less compressible than gases; they have definite volumes, independent of the shape or size of their container. However, the molecules of a liquid move freely with respect to one another. Liquids thus do not have a definite shape; they can be poured, and they flow to assume the shape of their container.

The same sorts of attractive forces that cause molecules to form a liquid also operate in the formation of solids. The difference between liquids and solids is largely one of order. In a liquid the molecules, though close together, move about in more or less chaotic fashion. Each molecule is somewhat influenced in its motions by its nearest neighbors, but there is no long-range order. In a solid, on the other hand, each molecule takes up a certain position relative to its neighbors, and this regular arrangement extends throughout the solid. The transition from a liquid to a solid is thus rather like the change that occurs on a military parade ground when the troops are called to formation.

Solids, like liquids, are not very compressible, because there is little free volume. When pressure is applied to a solid, its volume can be reduced only by forcing the molecules closer together. The intermolecular forces that oppose compression can be very large.

Because the particles of a solid are not free to undergo long-range movement, solids are rigid. The molecules within a solid have little or no translational energy, because they are constrained to remain in their locations. However, they may have vibrational energy; that is, they may move back and forward periodically about the positions they occupy in the solid. The amount of vibrational energy in a solid is proportional to absolute temperature, just as the amount of translational energy in a gas is proportional to absolute temperature. Figure 11.1 illustrates schematically the comparisons among the three states of matter based on the kinetic-molecular model. This figure depicts most of the comparative features of the three states of matter that we have just discussed.

**11** Liquids, solids, and intermolecular forces

**11.2** Equilibria between phases



Gas

Total disorder; much empty space; particles have complete freedom of motion owing to separation and ineffective attractive forces.

Liquid

Disorder; particles or clusters of particles are free to move relative to each other; particles close together.

Solid

Ordered arrangement; particles can vibrate, but are in fixed positions; particles close together.

FIGURE 11.1 A molecular-level comparison of gases, liquids, and solids. The density of particles in the gas phase is exaggerated as compared with the usual situation.

## SAMPLE EXERCISE 11.1

At about 6°C the gas, liquid, and solid phases of benzene can all coexist in a stable mixture. Under these conditions, the molar volume of $C_6H_6(g)$ is 470 L, of $C_6H_6(l)$ is 88.7 mL, and of $C_6H_6(s)$ is 86.6 mL. Account for the relative volumes of 1 mol of benzene in the three states.

Solution: In gaseous benzene, the molecules are well separated from one another and experience few close encounters. The average attractive force between molecules is thus very low. In the liquid state the molecules are in close contact and experience strong intermolecular forces that keep them together. However, there is no long-range order in the liquid, and molecules can move with respect to one another in the small amount of free volume that the liquid possesses. In solid benzene the molecules are packed in a regular lattice array, held in position by the intermolecular forces between them. The free volume in the solid is even less than in the liquid form; the molar volume is therefore slightly smaller.

## 11.2 Equilibria between phases

We know that when a substance is capable of existing in more than one of the three states of matter, it readily undergoes conversion from one state, or phase, to another. For example, water exists on our planet as a liquid in oceans, rivers, and lakes, as a gas in the earth's atmosphere, and as a solid in snow cover and glaciers. Interconversions between these three forms of water go on continuously. We must now look in more detail at how the interconversions between two different phases of matter occur.

Let us carry out an experiment in which we begin with a quantity of ethyl alcohol, also called ethanol, in a closed container, with a large space above the liquid. Suppose that we could somehow begin the experiment with all the ethanol in liquid form. The pressure in the container under these conditions would be zero, as illustrated in Figure 11.2(a). We would find that the pressure in the container quickly rises as a function of time. After a short time the pressure would attain a constant value, termed the **vapor pressure** of liquid ethanol, Figure 11.2(b).

We can account for these observations by using the kinetic-molecular theory. We know that the molecules of liquid ethanol are in constant motion. At any given temperature some of the molecules possess more than the average thermal energy, some less. That is, there is a distribution of molecular energies in the liquid similar to the distribution in a gas, illustrated in Figure 9.10.

306

**12** Solutions

**12.2** The solution process



FIGURE 12.1 Interactions between $H_2O$ molecules and the $Na^+$ and $Cl^-$ ions of a NaCl crystal.

to understand solutions we must understand the kinds of attractive forces that exist between solute and solvent.

Any of the various kinds of intermolecular forces that we discussed in Chapter 11 can operate between solute and solvent particles in a solution. As a general rule, we expect solutions to form when the attractive forces between solute and solvent are comparable in magnitude with those that exist between the solute particles themselves or between solvent particles themselves. For example, the ionic substance NaCl dissolves readily in water. When NaCl is added to water, the water molecules orient themselves on the surface of the NaCl crystals as shown in Figure 12.1. The positive end of the water dipole is oriented toward the $Cl^-$ ions, while the negative end of the water dipole is oriented toward the $Na^+$ ions. The ion-dipole attractions between $Na^+$ and $Cl^-$ ions and water molecules are sufficiently strong to pull these ions from their positions in the crystal. Notice that the corner $Na^+$ ion is held in the crystal by only three adjacent $Cl^-$ ions. In contrast, an $Na^+$ ion on the edge of the crystal has four nearby $Cl^-$ ions, and a $Na^+$ ion in the interior of the crystal has six surrounding $Cl^-$ ions. The corner $Na^+$ ion is therefore particularly vulnerable to removal from the crystal. Once this $Na^+$ ion



FIGURE 12.2 Hydrated $Na^+$ and $Cl^-$ ions. The negative ends of the water dipole point toward the positive ion. The positive ends of the water dipole point toward the negative ion. We do not know whether one or both positive hydrogens touch the negative ion.

350

has been removed, adjacent $Cl^-$ ions are similarly exposed and are therefore removed more easily than before.

Once removed from the crystal, the $Na^+$ and $Cl^-$ ions are surrounded by water molecules as shown in Figure 12.2. Such interactions between solute and solvent molecules are known as solvation. When the solvent is water it is known as **hydration**.

Sodium chloride dissolves in water because the water molecules interact with the $Na^+$ and $Cl^-$ ions sufficiently strongly to overcome the attraction between $Na^+$ and $Cl^-$ ions in the crystal. To form a solution, the water molecules must also separate to make room for the ions. Therefore, we can visualize three types of interaction that take place in the solution process: (1) solute-solute interactions; (2) solute-solvent interactions; and (3) solvent-solvent interactions. The enthalpy changes accompanying each of these interactions when a salt dissolves in water are shown in Figure 12.3. Energy is required in processes (*a*) and (*b*) to overcome solute-solute and solvent-solvent attractions. Energy is released in process (*c*), when solute and solvent interact with one another. As shown in Figure 12.3, the net solution process can be either exothermic or endothermic. For example, ammonium nitrate, $NH_4NO_3$, dissolves by an endothermic reaction ($\Delta H = 26.4 \text{ kJ/mol}$). It has consequently been used to make instant ice packs, which are used to treat athletic injuries. The solid $NH_4NO_3$ is placed inside a thin-walled plastic bag. This, in turn, is sealed inside a thicker-walled bag together with some water. The small bag can be broken by kneading the larger bag. The resultant solution gets quite cold.

Figure 12.3 shows us that the heat of solution is the net result of enthalpy terms that are rather large when ionic solutions are involved. The overall heat may be exothermic or slightly endothermic. In both examples shown in Figure 12.3, however, there is a large exothermic heat term due to the attractive interaction of the ions with the solvent molecules—the solvation term, (*c*). We can understand from a diagram of this kind why NaCl does not dissolve in a nonpolar liquid such as gasoline.



FIGURE 12.3  Analysis of the enthalpy changes accompanying the solution process: process (*a*) represents the enthalpy required to separate solute particles; process (*b*) represents the enthalpy required to separate solvent particles; process (*c*) represents the enthalpy released when solute and solvent particles interact with each other. The figure on the left shows a net exothermic heat of solution, whereas the one on the right shows a net endothermic heat of solution.

The more readily a substance gives up a proton, the less readily its conjugate base will accept a proton. In other words, *the stronger an acid, the weaker its conjugate base; the weaker an acid, the stronger its conjugate base.* For example, HCl is a good proton donor because its conjugate base, $Cl^-$, has less attraction for protons than water does. The proton is therefore transferred to $H_2O$ to form $H^+(aq)$.

Figure 15.4 displays some common acids and their conjugate bases. Notice that strong acids have weak conjugate bases and weak acids have strong conjugate bases. $H^+(aq)$ is the strongest proton donor that can exist at equilibrium in aqueous solution. Thus acids listed above $H^+(aq)$ in Figure 15.4 completely transfer protons to water to form $H^+(aq)$. Likewise, $OH^-(aq)$ is the strongest base that can exist at equilibrium in aqueous solution. Any stronger proton acceptor will completely react with water, removing a proton to form $OH^-$ ions.

---

**SAMPLE EXERCISE 15.2**

Hydrocyanic acid, HCN, is ionized in water by the reaction

$$HCN(aq) \rightleftharpoons H^+(aq) + CN^-(aq)$$

to a lesser extent than is an HF solution of the same concentration. What is the conjugate base of HCN? Is it a stronger or weaker base than $F^-$?

**Solution:** The conjugate base of HCN is $CN^-$, the ion that remains after a proton has been lost to the solvent. Because HCN dissociates to a lesser extent than does HF, this means that the tendency of the reverse reaction to occur is greater. In the reverse reaction the conjugate base, $CN^-$, accepts a proton from the solvent. In other words, $CN^-$ is a stronger conjugate base than is $F^-$.

---

**15.3 The dissociation of water and the pH scale**

In the presence of an acid such as HCl, water acts as a proton acceptor; in the presence of a base such as $NH_3$ it acts as a proton donor. An important feature of water is that it is also capable of acting as a proton donor and proton acceptor toward itself. The process by which this occurs is called **autoionization:**

$$H-\ddot{O}: + H-\ddot{O}: \rightleftharpoons \left[ H-\ddot{O}-H \right]^+ + :\ddot{O}-H^- \qquad [15.8]$$

$$\quad\; | \qquad\quad | \qquad\qquad\qquad |$$
$$\quad H \qquad\quad H \qquad\qquad\quad H$$

This reaction amounts to a spontaneous ionization of the solvent. It occurs only to a very small extent. At room temperature, only about one out of every $10^8$ molecules is in the ionic form at any one instant. We know that water is a strongly hydrogen-bonded liquid. Thus, the hydrogen of one molecule may be attracted to an unshared pair of electrons on the oxygen of an adjacent molecule. Occasionally the hydrogen will transfer to the other molecule. Perhaps simultaneously there will be a transfer of $H^+$ from some other molecule to the oxygen that is losing a hydrogen ion. As a result of these ready transfers of $H^+$ from one molecule to another, there is, on the average, a certain very small fraction of molecules in the ionized form. No one molecule remains in that condition for long; the equilibria are extremely rapid. It has been found that,

445



FIGURE 15.5  Values of pH for some more commonly encountered solutions. The pH scale in this figure is shown to extend from 0 to 14, because nearly all solutions commonly encountered have pH values in that range. In principle, however, the pH values for strongly acidic solutions can be less than 0, and for strongly basic solutions can be greater than 14.

With a log table (Appendix B) or log function on a calculator, it is a simple matter to convert from concentration of $H^+(aq)$ to pH, and vice versa, as outlined in Sample Exercises 15.5 and 15.6.

## SAMPLE EXERCISE 15.5

Calculate the pH values for the two solutions described in Sample Exercise 15.4.

Solution:  In the first instance we found $[H^+]$ to be $1.0 \times 10^{-12}$. The pH of this solution is given by:

$$pH = -\log (1.0 \times 10^{-12}) = -(-12.00) = 12.00$$

The pH of the second solution is given by

$$pH = -\log (5.0 \times 10^{-6})$$
$$= -(\log 5 + \log 10^{-6})$$
$$= -(0.699 - 6.00) = 5.30$$

## SAMPLE EXERCISE 15.6

A sample of freshly pressed apple juice has a pH of 3.76. Calculate $[H^+]$.

Solution:  From the equation defining pH, Equation [15.11], we have $-\log [H^+] = 3.76$. Thus, $\log [H^+] = -3.76$. To find $[H^+]$ we need to find the antilog of $-3.76$. Some calculators have an antilog or $\log^{-1}$ function which makes the calculation quite simple. Other calculators rely on $10^x$ or $y^x$ functions to find antilogs: antilog $(-3.76) = 10^{-3.76}$. If you are relying on a log table, the simplest way to take the antilog is to write the log as a sum of an integer and a positive decimal fraction: $-3.76 = -4.00 + 0.24$. The antilog of $-4$ is $1 \times 10^{-4}$. From a log table we find that the antilog of 0.24 is approximately 1.7. Thus $[H^+] = 1.7 \times 10^{-4} M$.

### INDICATORS

Various means are available for quantitatively estimating pH. The simplest is the use of an indicator. An **indicator** is a colored substance, usually derived from plant material, that can exist in either an acid or base form. The two forms are differently colored. By adding a small amount of an indicator to a solution and noting its color, it is possible to

448

on the average, a proton transfers from one molecule to another in water at the rate of about 1000 times per second.

By expressing the hydrated proton as $H^+(aq)$ rather than $H_3O^+(aq)$, we can rewrite Equation [15.8] as

$$H_2O(l) \rightleftharpoons H^+(aq) + OH^-(aq) \tag{15.9}$$

The equilibrium expression for this autoionization reaction can be written as

$$K = \frac{[H^+][OH^-]}{[H_2O]}$$

The concentration of water in aqueous solutions is typically very large, about 55 $M$, and remains essentially constant for dilute solutions. It is therefore customary to exclude the concentration of water from equilibrium-constant expressions for aqueous solutions, just as we exclude the concentrations of pure solids and liquids from the equilibrium-constant expressions for heterogeneous reactions (Section 14.3). Thus we can write the equilibrium-constant expression for the autoionization of water as

$$K[H_2O] = K_w = [H^+][OH^-]$$

The product of two constants, $K$ and $[H_2O]$, defines a new constant, $K_w$. This important equilibrium constant is called the **ion-product constant** for water. $K_w$ has the value of $1.0 \times 10^{-14}$ at 25°C. This is an important equilibrium constant. You should memorize this expression:

$$K_w = [H^+][OH^-] = 1.0 \times 10^{-14} \tag{15.10}$$

Equation [15.10] is valid for aqueous solutions as well as for pure water. A solution for which $[H^+] = [OH^-]$ is said to be *neutral*. In most solutions $H^+$ and $OH^-$ concentrations are not equal. As the concentration of one of these ions increases, the concentration of the other must decrease so that the ion-product equals $1.0 \times 10^{-14}$. In acidic solutions, $[H^+]$ exceeds $[OH^-]$; in basic solutions, the reverse is true, $[OH^-]$ exceeds $[H^+]$.

**SAMPLE EXERCISE 15.3**

Calculate the values of $[H^+]$ and $[OH^-]$ in a neutral solution at 25°C.

**Solution:** By definition, in a neutral solution, $[H^+]$ equals $[OH^-]$. Let us call the concentration of each of these species in neutral solution $x$. Using Equation [15.10], we have

$$[H^+][OH^-] = (x)(x) = 1.0 \times 10^{-14}$$
$$x^2 = 1.0 \times 10^{-14}$$
$$x = 1.0 \times 10^{-7} = [H^+] = [OH^-]$$

In an acid solution, $[H^+]$ is greater than $1 \times 10^{-7} M$; in a basic solution it is less than $1 \times 10^{-7} M$.

## SAMPLE EXERCISE 15.4

Calculate the concentration of $H^+(aq)$ in (a) a solution in which $[OH^-]$ is $0.010\ M$; (b) a solution in which $[OH^-]$ is $2.0 \times 10^{-9}\ M$.

**Solution:**

(a) Using Equation [15.10] we have

$$[H^+][OH^-] = 1.0 \times 10^{-14}$$

$$[H^+] = \frac{1.0 \times 10^{-14}}{[OH^-]} = \frac{1.0 \times 10^{-14}}{0.010}$$

$$= 1.0 \times 10^{-12}\ M$$

This solution is basic because $[H^+] < [OH^-]$.

(b) In this instance

$$[H^+] = \frac{1.0 \times 10^{-14}}{[OH^-]} = \frac{1.0 \times 10^{-14}}{2.0 \times 10^{-9}}$$

$$= 5.0 \times 10^{-6}\ M$$

This solution is acidic because $[H^+] > [OH^-]$.

### pH

In almost every area of pure and applied chemistry the acid-base properties of water are of importance. As examples, the fate of pollutant chemicals in a water body, the rapidity with which a metal object immersed in water corrodes, and the suitability of an aquatic environment for support of fish and plant life are all critically dependent on the acidity or basicity of the water. The concentration of $H^+(aq)$ in such solutions is often expressed in terms of **pH**. The pH is defined as the negative log in base 10, of the hydrogen-ion concentration.*

$$pH = -\log [H^+] = \log \left( \frac{1}{[H^+]} \right) \tag{15.11}$$

Notice that a change in $[H^+]$ by a factor of 10 results in a unit change in pH. (If you need a review of exponential notation and of the use of logs, see Appendix A.) As an example of the use of Equation [15.11], let us calculate the pH of a neutral solution, that is, one in which $[H^+] = [OH^-] = 1 \times 10^{-7}$ (Sample Exercise 15.5). The pH is given by

$$pH = -\log [H^+] = -\log (1 \times 10^{-7}) = -0 - (-7) = 7$$

Thus, the pH of a neutral solution is 7.

Because pH is simply another means of expressing $[H^+]$, acidic and basic solutions can be distinguished on the basis of their pH values:

pH < 7 in acidic solutions

pH > 7 in basic solutions

pH = 7 in neutral solutions

You should keep in mind that the pH is a measure only of the equilibrium concentration of dissociated hydrogen ion present as $H^+(aq)$. The pH values characteristic of several familiar solutions are shown in Figure 15.5.

*Usually you will see pH defined as $-\log [H^+]$, occasionally as $-\log [H_3O^+]$. As discussed in Section 15.1, the same species is involved in all cases.



FIGURE 15.5 Values of pH for some more commonly encountered solutions. The pH scale in this figure is shown to extend from 0 to 14, because nearly all solutions commonly encountered have pH values in that range. In principle, however, the pH values for strongly acidic solutions can be less than 0, and for strongly basic solutions can be greater than 14.

With a log table (Appendix B) or log function on a calculator, it is a simple matter to convert from concentration of $H^+(aq)$ to pH, and vice versa, as outlined in Sample Exercises 15.5 and 15.6.

## SAMPLE EXERCISE 15.5

Calculate the pH values for the two solutions described in Sample Exercise 15.4.

Solution: In the first instance we found $[H^+]$ to be $1.0 \times 10^{-12}$. The pH of this solution is given by:

$$pH = -\log(1.0 \times 10^{-12}) = -(-12.00) = 12.00$$

The pH of the second solution is given by

$$pH = -\log(5.0 \times 10^{-6})$$
$$= -(\log 5 + \log 10^{-6})$$
$$= -(0.699 - 6.00) = 5.30$$

## SAMPLE EXERCISE 15.6

A sample of freshly pressed apple juice has a pH of 3.76. Calculate $[H^+]$.

Solution: From the equation defining pH, Equation [15.11], we have $-\log[H^+] = 3.76$. Thus, $\log[H^+] = -3.76$. To find $[H^+]$ we need to find the antilog of $-3.76$. Some calculators have an antilog or $\log^{-1}$ function which makes the calculation quite

simple. Other calculators rely on $10^x$ or $y^x$ functions to find antilogs: antilog $(-3.76) = 10^{-3.76}$. If you are relying on a log table, the simplest way to take the antilog is to write the log as a sum of an integer and a positive decimal fraction: $-3.76 = -4.00 + 0.24$. The antilog of $-4$ is $1 \times 10^{-4}$. From a log table we find that the antilog of 0.24 is approximately 1.7. Thus $[H^+] = 1.7 \times 10^{-4} M$.

### INDICATORS

Various means are available for quantitatively estimating pH. The simplest is the use of an indicator. An **indicator** is a colored substance, usually derived from plant material, that can exist in either an acid or base form. The two forms are differently colored. By adding a small amount of an indicator to a solution and noting its color, it is possible to

448

# Exhibit 15

issn 0021-9584
Volume 79, Number 3
March 2002

# Journal of
# Chemical Education

Published by THE DIVISION OF CHEMICAL EDUCATION OF THE AMERICAN CHEMICAL SOCIETY

LINDA HALL
FEB 2 8 2002
LIBRARY

Crystal Growth of Lysozyme 366
Biochemistry 321-331, 366-388
Surface Science 332, 349-355, 385
Electrochemistry 334-352, 397



March 2002

Volume 79 • Number 3

# Journal of Chemical Education

Print   •   Software   •   Online   •   Books

JChemEd.chem.wisc.edu   •   Owned and Published by the Division of Chemical Education, Inc., of the American Chemical Society



366

## Chemical Education Today

*Editorial*
**Should All Information Be Free?** — John W. Moore — ⚠ ⅏ — 279

*Especially for High School Teachers*
**Inquiry Methods in Chemistry** — Diana S. Mason — ⚠ ⅏ — 281

**ACS National Meeting: Orlando, April 7–11, 2002**
  **Program for the Division of Chemical Education** — ⚠ — 282
    Beth Pulliam, Vic Shanbhag, Frank Torre

  **High School Program** — ⚠ — 292
  **CHED-Sponsored Workshop** — ⚠ — 292
  **Presidential Plenary Session** — ⚠ — 293
  **Undergraduate Program** — 294
  **Notices, Division of Chemical Education** — ⚠ — 296
  **Product & Service Showcase** — ⚠ — 297

*Nobel Centennial Essays*
**A Century of Chemical Dynamics Traced through the Nobel Prizes.** — ⚠ ⅏ — 301
    **1943: George de Hevesy** — J. Van Houten

*NSF Highlights*
**The Influence of Modern NMR Spectroscopy on Undergraduate Organic, Inorganic,** — 306
    **and Physical Chemistry at Florida State University** — Joseph B. Vaughn, Jr.

**News & Announcements** — ⚠ ⅏ — 309

**Letters** — ⚠ ⅏ — 310

**Book & Media Reviews**
  **Uncle Tungsten: Memories of a Chemical Boyhood** by Oliver Sacks — ⚠ ⅏ — 312
    *reviewed by A. Truman Schwartz*

  **Chemical Kinetics and Catalysis** by Richard I. Masel — *reviewed by Richard Pagni* — ⅏ — 313

  **A Serious but Not Ponderous Book about Nuclear Energy** by Walter Scheider — ⅏ — 314
    *reviewed by Peggy Geiger*

  **Chemical Safety for Teachers and Their Supervisors, Grades 7–12** by American — ⚠ ⅏ — 315
    Chemical Society and ACS Board–Council Committee on Chemical Safety
    *reviewed by Lisa Keith-Lucas*

  **The Genie in the Bottle** by Joe Schwarcz — *reviewed by Jeffrey Kovac* — ⚠ ⅏ — 316

**The Information Page** — ⚠ ⅏ — 308
**Advertising in This Issue** — ⚠ ⅏ — 316
**Out of the Editor's Basket** — ⚠ ⅏ — 317
**Chem Ed Marketplace** — ⚠ — 320

⚠ designates articles of special interest to high school teachers

Visit CHC online for high school resources

JChemEd.chem.wisc.edu/HS

## JCE Online
### JChemEd.chem.wisc.edu

*JCE Online* contains the entire editorial content of this issue. Abstracts and supplemental material are also available.

• Everything at *JCE Online* is available to *JCE* subscribers.

• Abstracts and the full text of some articles are available to all.

⅏ Indicates that the full text of the article is available to all visitors to *JCE Online*.

⅏ Indicates that supplemental material for the article is available at *JCE Online*.




Lego Stoichiometry

352A



## Cover

Crystals of lysozyme grown under various conditions, as described in the article "A Novel and Innovative Biochemistry Laboratory: Crystal Growth of Hen Egg White Lysozyme" by Elizabeth Garrett, Audrey Wehr, Rebecca Hedge, David L. Roberts, and Jacqueline R. Roberts (page 366). The cover was designed by Betsy True.

## Chemistry for Everyone



*Products of Chemistry*
**Blending in with the Body** — Andrew L. Lewis and Mike Driver △ **321**

**Notes on the Early History of the Interaction between Physical Chemistry and Biochemistry: The Development of Physical Biochemistry** — Mercedes Guzmán-Casado and Antonio Parody-Morreale **327**

## In the Classroom

*Tested Demonstrations*
**Are Surfactant Molecules Really Oriented in the Interface?** — Nasimul Gani and Jasmina Khanam △ **332**

**The Lead–Acid Battery: Its Voltage in Theory and in Practice** — Richard S. Treptow △ **334**

**A Chemically Relevant Model for Teaching the Second Law of Thermodynamics** — Bryce E. Williamson and Tetsuo Morikawa **339**

## In the Laboratory

**The Electrolytic Recovery of Copper from Brass. A Laboratory Simulation of an Industrial Application of Electrical Energy** — Domenico Osella, Mauro Ravera, Cristina Soave, Sonia Scorza �W **343**

**Integrating HPLC and Electrochemistry: A LabVIEW-Based Pulsed Amperometric Detection System** — Mark B. Jensen �W **345**

**A Simple Student Experiment for Teaching Surface Electrochemistry: Adsorption of Polyoxometalate on Graphite Electrodes** — David Martel, Neso Sojic, Alexander Kuhn �W **349**

*JCE Classroom Activity*
**Lego Stoichiometry** — J. Eric Witzel △ W **352A**

**Quantifying Meniscus Forces with an Electronic Balance: Direct Measurement of Liquid Surface Tension. A Physical Chemistry Experiment** — Rafael M. Digilov �W **353**

**The Visible Spectrum of Liquid Oxygen in the General Chemistry Laboratory** — Frazier Nyasulu, John Macklin, William Cusworth III ⚫W **356**

**Two Experiments Illustrating the Importance of Sampling in a Quantitative Chemical Analysis** — David Harvey ⚫W **360**



**282**



**334**





Blending in with the Body

321



**Authors**

## Submissions to JCE

Looking for the *Journal*'s
Guide to Submissions?

See the Jan 2000 issue, p 29

Go to JCE Online at:

JChemEd.chem.wisc.edu/
Contributors/Authors/
index.html

---

**JChemEd.chem.wisc.edu/
JCEWWW/**

Only@JCE Online Features

- **Biographical Snapshots
  of Famous Chemists**

- **Conceptual Questions and
  Challenge Problems**

- **JCE WebWare**

- **Mathcad in the Chemistry
  Curriculum**

- **WWW Site Reviews**

- **Buyers Guide**

## In the Laboratory, continued

ICP in the Physical Chemistry Laboratory: Determination of Plasma Temperature    ω   364
Melissa A. Page, Benjamin W. Smith, Kathryn R. Williams

A Novel and Innovative Biochemistry Laboratory: Crystal Growth
of Hen Egg White Lysozyme    Elizabeth Garrett, Audrey Wehr,   ω   366
Rebecca Hedge, David L. Roberts, Jacqueline R. Roberts

Using Infrared Spectroscopy to Investigate Protein Structure    ω   369
Janet C. Olchowicz, Deidra R. Coles, Lori E. Kain, Gina MacDonald

The Cis–Trans Equilibrium of N-Acetyl-L-Proline. An Experiment for the Biophysical
Chemistry Laboratory    ω   372
Kathryn R. Williams, Bhavin Adhyaru, Igor German, Eric Alvarez

Experimental Design and Polyelectrolyte Effects on Ligand Binding to Nucleic Acids.
An Undergraduate Biochemistry Lab    ω   374
Matthew A. Fisher, Danielle Johnston, Daniel A. Ritt

## Research: Science and Education

*Concepts in Biochemistry*
Cholesterol Biosynthesis: Lanosterol to Cholesterol    John M. Risley   377

The Stoichiometric Displacement Model and Langmuir and Freundlich Adsorption    ω   385
Xindu Geng and Don M. Zebolsky

Statistical Study of Distribution Diagrams for Two-Component Systems:
Relationships of Means and Variances of the Discrete Variable Distributions
with Average Ligand Number and Intrinsic Buffer Capacity    ω   389
Rosario Moya-Hernández, Juan Carlos Rueda-Jackson, María Teresa Ramírez,
Guillermo A. Vázquez, Josef Havel, Alberto Rojas-Hernández

Is Salt Melting When It Dissolves in Water?    Alan Goodwin   △   393

## Information • Textbooks • Media • Resources

Redox Redux: Recommendations for Improving Textbook and IUPAC Definitions    △   397
Ed Vitz



**Join in!**

**JCE** Forums at **Only@JCE Online**

http://jchemed.chem.wisc.edu/cgi-bin/webx



Information for
Contributors
Subscribers
Advertisers
**308**

**Journal of Chemical Education** (ISSN 0021-9584) is published monthly by the Division of Chemical Education, Inc., of the American Chemical Society. Office of publication: Journal of Chemical Education, Department of Chemistry and Biochemistry, University of Northern Colorado, Greeley, CO 80639. Periodical postage paid at Greeley, CO, and additional mailing office. • **Subscription prices** (all subscriptions include print and full online access). Individuals: U.S. $45 per year, non-U.S. $60 per year. ACS Student Affiliates: $36 per year. Libraries, institutions and companies: rates (with two choices of online access) available on request. Single copies $13 U.S., $17 non-U.S. Volume (12 copies for a calendar year) $143 U.S., $187 non-U.S. Other rates available on request. Single copies of issues available for the preceding 3 years only. • **Subscribe to** *Journal of Chemical Education* and *JCE Annual CD.* Use the form on the Inquiry Card inserted in this issue or contact the Subscription Department at the address on the Information Page. • **Payment.** Make checks payable to "Journal of Chemical Education". Foreign remittances must be made by credit card (MasterCard, VISA, or American Express), international money order, bank draft payable in U.S. funds at a U.S. bank, or UNESCO coupons. • **Postmaster.** Send address changes to Journal of Chemical Education, Subscription Department, P. O. Box 1267, Bellmawr, NJ 08099-1267. • Copyright © 2002 by the Division of Chemical Education, Inc., American Chemical Society.

This material may be protected by Copyright law (Title 17 U.S. Code)

# Is Salt Melting When It Dissolves in Water?

## Alan Goodwin

Institute of Education, Manchester Metropolitan University, Manchester M20 2RR, UK; A.Goodwin@mmu.ac.uk

At the level of introductory science a sharp distinction in meaning is generally found between the terms *melting* and *dissolving*. Elementary school teachers are concerned when their pupils refer to salt or sugar "dissolving" in water as "melting" (or "disappearing"—which it clearly does), and researchers into alternative conceptions prick up their ears (*1*, p 80):

> Young children do not always discriminate between melting and dissolving. Although two materials are required for the dissolving process, children tend to focus only on the solid and they regard the process as "melting".

Since both words, melt and dissolve, are relatively common in everyday language, it is instructive to explore the relevant formal definitions in a dictionary. The following are taken from the *Oxford Compact English Dictionary* (*2*):

> *dissolve*: incorporate or become incorporated into a liquid so as to form a solution (from Latin dissolvere 'to disunite')
>
> *melt*: 1. to become liquefied by heat. 2. change to a liquid condition by heat. 3. soften or liquefy by the action of moisture; dissolve.

Obviously the third meaning of "melt" blurs the distinction that many chemists, and especially chemistry teachers, draw between the two words. It is also surprising to note that in the case of melt there is no explicit mention of the original state of matter concerned being "solid".

Extending the search just a little further to *Chambers Science and Technology Dictionary* (*3*), there is no entry for the word dissolve except for the specific usage in image technology, that is,

> Transition from one scene to another in which the whole image of the first gradually disappears as it is replaced by the second.

It seems that from a scientific viewpoint, dissolve is considered too trivial to merit any explanation. The definition of *melting point* will, however, be useful in subsequent discussion:

> (In Chemistry) The temperature at which a solid begins to liquefy. Pure metals, eutectics and some intermediate constituents melt at a constant temperature. Alloys generally melt over a range.

## Melting

It is unrealistic to focus examples of melting on metals, as the above definition apparently does, since melting points and ranges are characteristics of a wide range of substances and mixtures of substances. However, the above quotations do emphasize two points regarding melting:

1. *melting*—a term representing the transition from the solid to the liquid state caused by heating a solid material.

2. *melting*—takes place at a fixed temperature, the melting point, for pure substances (and a few other special cases) and over a range of temperatures for less pure ones.

It seems to me that from a "chemist's" perspective, these two statements are noncontroversial. It is, however, worth exploring a few of the assumptions that remain implicit.

First, the solid in question can be a pure substance or a mixture. It seems, from the quotation above (*1*), that there may be a suggestion that mixtures and impure substances cannot melt *by definition*: that is, if two or more substances are present, then the process can only be dissolving.

Second, although not stated explicitly, there are other conditions that apply for chemists:

1. The temperature change must take place slowly so that conditions of equilibrium can be assumed; for example, pure substances melt over a range of temperature if the temperature rise is too fast to enable the equilibrium between the solid and liquid to be maintained. This is important procedurally when determining the purity or identity of chemicals (usually organic) by melting-point or mixed-melting-point methods. An article in this *Journal* (*4*) makes the interesting observation that, even when equilibrium conditions are maintained, theory predicts that a slightly impure substance will melt over a *wider* temperature range than those that are much less pure. This can lead to confusion *if* students or their teachers think about it.

2. Any impurity that is to have an effect on the melting point of a solid must be miscible with it in the liquid state. When liquid and solid phases are in equilibrium any component present in both phases must produce the same saturated vapor pressure from each phase.

3. For a melting point to be meaningful the solid under test must be as homogeneous as possible. This is one reason why melting points are normally determined on small samples of finely powdered solids that have been well mixed.

## Dissolving

Superficially it appears that this is the less problematic concept. All that is required is a liquid (solvent) and another substance, solid, liquid, or gas (the solute), which will mix with it intimately under prevailing conditions and in the proportions present. The resulting liquid is a solution. (If on freezing/solidification this solution retains the random distribution of the constituents then the solid is termed a *solid solution*. This is unusual. In most cases the solid separating out when a solution is cooled slowly is a pure component.)

The characteristic that defines a system in which dissolving is happening seems to be only that *more than one substance is involved*. Melting, in contrast, can occur with a single substance. However, chemists do not limit the term melting to pure substances. It is quite usual to refer to metal alloys, rocks, and glass as melting when they are heated to form a liquid. Moreover, it is clear that the application of heat cannot be used

as a simple criterion to distinguish melting from dissolving, since (i) a substance *at* its melting point can be solid *or* liquid, and (ii) when solids are dissolved in liquids, more of the solid will usually dissolve at a higher temperature.

Melting and dissolving seem to be much less distinct than they did initially. This blurring of the concepts of melting and dissolving is not new; indeed, my own views might be traced back to my chemistry teacher and my undergraduate physical chemistry text (5). That melting (freezing-point depression) and solubility are essentially the same is also explicit in the last edition of this text (6) and in other texts (e.g., 7).

It is when common solids dissolve in common solvents that are liquid at room temperature that the use of the word "melting" seems least appropriate. Figure 1 represents two interconnected thermochemical cycles, which contain the processes of both melting sodium chloride *and* dissolving it in water. Both processes involve the separation of sodium and chloride ions into the liquid state, where they are relatively free to move. The obvious difference between them is the large amount of energy that is required to melt the solid, whereas the heat of solution of salt in water is close to zero. The lattice energy of NaCl is equal to $\Delta H_{\text{melting}} + \Delta H_{\text{evaporation}}$. In this case it has almost the same magnitude, but the opposite sign, as the heats of hydration of the separated ions from the gaseous state. This is what makes dissolving salt in water only a very slightly endothermic process. Thus, it is much easier to dissolve salt in water than to melt sodium chloride.

It seems to be this *practical* difference in the ease of getting the ions into the liquid state that makes it useful to give different names to the process in this instance. If we change the substance from salt to sugar, ions are no longer implicated but again the heat required for melting the solid is offset by the heat of hydration of sugar molecules when in solution (explained by interactions of –OH groups with water molecules). In both these instances the driving force for the solution process is predominantly the large increase in entropy that occurs when the ions enter the liquid state:

$$\text{If } \Delta H \cong 0 \qquad \text{then } \Delta G \cong -T\Delta S$$

In the case of alloys (e.g., lead and tin [solders], copper and zinc [brasses]) or any pair of relatively nonpolar solids and or liquids, then *dissolving* is also a proper term for the formation of the liquid solution at a sufficiently high temperature. If the initial system is or contains solid, *melting* as the temperature rises seems to be exactly equivalent to an increase of solubility at higher temperatures.

An example from a simple alloy system is given in Figure 2. This shows the simplified phase diagram for the two-component system formed by zinc and cadmium. If this is considered to be formation of a *solution*, it is debatable which component is the solute and which the solvent. Presumably zinc is the solvent when cadmium is the solid in the two-phase region and vice versa. When liquid 50:50 Cd/Zn alloy is cooled from about 400 °C, crystals of zinc begin to separate out around 300 °C. This is shown from point A in Figure 2. At the same time the liquid composition becomes richer in cadmium, as shown by the arrows. As the temperature continues to fall solid zinc continues to separate out until the liquid reaches the eutectic composition at E, at which point the temperature remains at 265 °C until all the liquid has



Figure 1. Energy relationships for "melting" and "dissolving".



Figure 2. Phase diagram for the zinc/cadmium alloy system. Adapted from ref 8 (cf. ref 9).



Figure 3. Phase diagram for sodium chloride/water system, drawn to scale from solubility data (10). A schematic representation (9), shown in the inset, emphasizes the similarity with the Zn/Cd system shown in Figure 2.

solidified. If the alloy is again heated the solid eutectic mixture will first melt at 265 °C and the zinc crystals will gradually dissolve (or melt) until the whole system becomes a liquid solution (or molten) just above 300 °C. Probably we would use the words melt and molten in this context—but only because of "general" usage, since we are working at high temperatures.

If we return to the water/salt system we find that this also forms a simple eutectic. The diagram in Figure 3, which is drawn to scale from solubility data (10), shows some marked differences from the schematic diagram found in many student texts (e.g., 9). A representation of such a schematic diagram is shown as the inset. Careful examination of Figure 3 shows important clarifications to the schematic diagram.

1. The actual concentration of sodium chloride is much lower, both at E and at B.

2. There is a clear discontinuity in the curve at D. This represents a change in the stable form of solid sodium chloride. Below about 0 °C the solid that crystallizes (or freezes) out is $NaCl \cdot 2H_2O$; above, it is $NaCl$. At B it seems that the solution remains liquid well beyond the critical temperature of pure water. The critical temperature of water is 373.98 °C. Thus, dissolved salt increases this value to around 450 °C for the saturated solution. It is not clear what happens to the salt above 450 °C.

In this case the whole composition range is *not* accessible. Levine (7, section 12.10), provides information for the $NaNO_3/H_2O$ system for which it *is*. However, if a *solution* of salt in water (say at X in Fig. 3) with a lower salt concentration than the eutectic is cooled, pure ice begins to separate out at around -10 °C and continues until the solution composition reaches E, when at -21.2 °C the remaining solution solidifies. Reheating this solid reverses the process. The eutectic mixture *melts* at -21.2 °C and as the temperature rises, does the remaining ice *melt* or does it *dissolve* in the solution?

Consider the solid formed by cooling a liquid mixture of composition Y with higher salt concentration than E. Again the eutectic mixture melts at -21.2 °C and more salt then melts into the liquid phase as the temperature rises. Or does it dissolve? Line EB is usually termed the "solubility curve", although it is equally valid to call it the "melting point curve". Water lowers the melting point of salt when it dissolves in it just as salt does for water! It is clear that Moore (5, p 127; 6, p 247) believes the two terms to be synonymous: "solubility curve and freezing point depression curve are two different names for the same thing". In this context, ice *dissolving* in salt solution as the temperature rises is just as valid a description as ice *melting*. Conversely, ice can be considered to be "crystallizing out" as the temperature falls (i.e., the solubility of water in salt solution is decreasing).

A particularly interesting example of the interchangeability of the terms melting and dissolving is given by crystals of "hypo" (sodium thiosulfate pentahydrate), $Na_2S_2O_3 \cdot 5H_2O$. When these are very carefully heated they melt to a clear liquid. Or do they dissolve in their own water of crystallization? The choice is yours. When cooled slowly and left undisturbed, this liquid readily becomes supersaturated, or supercooled, forming crystals again only when shaken or when seeded with a small crystal of the solid.

## Conclusion

It seems that the term *melt* is the only appropriate one in the case where a pure substance is being turned from the solid to the liquid state by increasing its temperature. Beyond that, the process taking place as solid mixtures of two or more compounds are heated can properly be called *either* melting or dissolving, melting being more usual at higher temperatures. In the case of sodium chloride and its solution in water I am convinced that in elementary science teaching there are sufficient differences to justify distinguishing between melting and dissolving. However, there seems to be a danger here if we are too sure—as adults or as teachers—that salt *dissolves* in water and that the idea that it *melts* is a serious misconception. We may be erecting a substantial barrier to understanding chemistry at a more sophisticated level where it seems that the two concepts "dissolve" into one.

There are exact parallels to this problem of making too strong the differentiation between polarized classificatory concepts. Other such cases include

> Solids and liquids
>
> Solutes and solvents
>
> Chemical and physical changes
>
> Organic and inorganic compounds
>
> Ionic and covalent bonding

For efficient learning it is important to find, with the student, an appropriate balance with sufficient certainty to render a classification or definition meaningful and useful and sufficient flexibility to facilitate further learning and re-examination of the ideas in the future. In fact, the process of achieving this balance legitimates a role for the learners in being critical and ideally leads to their *empowerment* to make their own sense of the subject matter.

The need to change what I *thought* I knew was reinforced for me when I came across the following statement in relation to systems in which solid solutions are formed (14):

> In view of the use of the freezing point as a criterion of purity, it is important to realize that the freezing point may be *raised* by the presence of another component.

Apparently this is the case when Pt is added to Au, or Ni to Cu, although I had no previous awareness of this possibility. Readjustment is in progress. I believed that the addition of a soluble impurity to a pure substance *always* lowers the temperature at which melting begins. Clearly, there are exceptions to this rule.

I hope it is clear from the text above that the writing of this paper was a significant learning experience for me. This is, I believe, an example of the growth of pedagogical subject knowledge (15) within my own learning. As teachers we tend to hide these insights from each other because we believe we should know the answers. I certainly used to believe that most other chemists already knew the "right" answers and that such learning signified a personal, and shameful, deficit in my own chemical knowledge. I am now convinced that such learning should be celebrated. It can, with benefit, be shared with colleagues, and the fact that the teacher is still learning *should* be shared with students.

## Literature Cited

1. Driver, R.; Squires, A.; Rushworth, P.; Wood-Robinson, W. *Making Sense of Secondary Science: Research into Children's Ideas*; Routledge: London and New York, 1994.
2. *Oxford Compact English Dictionary*; Oxford University Press: Oxford, 1996.
3. *Science and Technology Dictionary*; Walker, P., Ed.; Chambers: Edinburgh, 1991.
4. Harding, K. E. *J. Chem Educ.* **1999**, *76*, 224–225.
5. Moore, W. J. *Physical Chemistry*, 3rd ed.; Longmans, Green: London, 1957.
6. Moore, W. J. *Physical Chemistry*, 5th ed.; Longmans: London, 1972.
7. Levine, I. N. *Physical Chemistry*, 4th ed.; McGraw-Hill: New York, 1995.
8. Brandes, E. A.; Brook, G. B. *Smithell's Metals Reference Book*; Butterworth-Heinemann: Oxford, 1992; Section 11-181.
9. Freemantle, M. *Chemistry in Action*, 2nd ed.; Macmillan: London, 1995.
10. Linke, W. F. *Solubilities of Inorganic and Metal–Organic Compounds*, Vol. 2; American Chemical Society: Washington, DC, 1965.
11. Atkins, P.; Jones, L. *Chemical Principles: the Quest for Insight*; Freeman: New York, 1999.
12. Kaye, G. W. C.; Laby, T. H. *Tables of Physical and Chemical Constants*, 16th ed.; Longman: London, 1995.
13. *Handbook of Chemistry and Physics*, 80th ed.; Lide, D. R., Ed.; CRC Press: Boca Raton, Florida, 1999.
14. Alberty, R. A.; Sibley R. J. *Physical Chemistry*, 2nd ed.; Wiley: New York, 1997.
15. Shulman, L. S. *Educ. Res.* **1986**, *15*, 4–14.

New — video especially for organic and biochemistry!

Chemistry Comes Alive 5!


denaturing protein


decomposition of $H_2O_2$ by catalase


precipitating DNA


polymers: forming solid latex


Software

**• All CD-ROMs ready to ship. To order, for information, or a free catalog contact:**
JCE Software, University of Wisconsin–Madison, Department of Chemistry, 1101 University Avenue, Madison, WI 53706-1396; phone: 1-800/991-5534 or 608/262-5153; fax: 608/265-8094; email: jcesoft@chem.wisc.edu; http://jchemed.chem.wisc.edu/

# Exhibit 16


ACS Publications
Most Trusted. Most Cited. Most Read.

Search text, DOI, authors, etc.

Advanced Search

# Is Salt Melting When It Dissolves in Water?

Alan Goodwin

View Author Information ⌄

 | Access Through Your Institution

Other Access Options

## Abstract

This paper explores the terms melting and dissolving as applied to a variety of pure substances and mixtures, including water, salt solutions, and alloys. Even though the two terms are usually strongly differentiated in elementary science teaching, it is concluded that the two processes are essentially the same as soon as the ideas are extended to systems containing more than one component. By definition, the extension to two components has already been done when solutions are considered. Both melting and dissolving involve transition between the solid and liquid states and are controlled by analogous thermodynamic and kinetic principles. It is suggested that very strong differentiation between the terms is unnecessary and potentially damaging. In elementary science learning, signaling that "salt melting into water is a totally wrong concept" may erect a barrier to subsequent chemistry learning.

There are many parallels to this dilemma in making strong differentiation between classifications throughout the learning and teaching of chemistry. Other examples include solute and solvent, and physical and chemical changes. Seeking an appropriate balance between certainty and flexibility seems to be important for current learning in chemistry and, at the same time, facilitating more sophisticated learning in the future. A feature of this paper is the continuing development of the author's understanding of melting and dissolving, a process that is clearly not yet complete.

# Exhibit 17

Ellery, professor of chemistry and chairman of the faculty of Union College at the chemical laboratory, papers will be presented. The visitors will then go to Troy and will inspect the new aeronautical, chemical and metallurgical engineering laboratory of Rensselaer Polytechnic Institute. An informal dinner will be held at 7:00 P. M. at which the president of the institute, Dr. William O. Hotchkiss, will greet the visitors. At 8:30 P. M. Dr. C. E. K. Mees, of the research department of the Eastman Kodak Company, will give an illustrated lecture on "Color Photography and the Kodachrome Process." Saturday morning will be given over to the presentation of papers at the Walker Chemical Laboratory.

IN order to have as its guest and principal speaker Dr. Robert A. Millikan, of the California Institute of Technology, the annual meeting of the U. S. Institute for Textile Research will be postponed from November 7 to November 14, but will be held as originally planned at the Waldorf-Astoria, New York, N. Y. To celebrate the end of its fifth year, and to honor Dr. Millikan, the institute will give a dinner that evening at which President Francis P. Garvan, who is also president of the Chemical Foundation, will act as toastmaster. Another feature of the dinner will be reports of several applications of scientific textile research in the mills by technicians responsible for them. Dr. J. R. Katz, director of the institute's warp sizing research, now in progress at the Massachusetts Institute of Technology, will also speak. The regular annual meeting and meeting of the board of directors will be held in the morning. In the afternoon the Research Council will hold an open conference on the subject of creping of regenerated rayon and acetate fabrics, to which all who are interested are invited.

# DISCUSSION

## THE SOLUTE AS LIQUID

ONE of van't Hoff's great achievements was the proof that in dilute solutions a dissolved substance behaves in some respects like an ideal gas. A corollary, not drawn by van't Hoff, was to consider the solute as in all respects like a gas. Nernst[1] stated that a third substance, added in small amounts, has no more effect on the solubility than a gas will have on the partial pressure of a solid. This is not true experimentally, because any addition of alcohol to a saturated solution of sugar or sodium chloride will cause a decrease in solubility.[2] There is no need of speaking of a change in thermodynamic environment.

If we start with ether and methyl alcohol, the alcohol is called a gas and the ether a liquid at all concentrations if one has a rubber diaphragm, while the ether will be called a gas and the alcohol a liquid at all concentrations if one uses an animal bladder membrane. On the other hand, one of the criteria of two ideal liquids, benzene and toluene at 35°, is that the two shall mix without volume expansion or contraction. So far as volume relations are concerned, neither liquid behaves as a gas at any concentration.

This has been recognized by Lumsden,[3] who stated that a binary, non-aqueous solution is a mixture of two liquids. He excluded aqueous solutions because of difficulties in connection with ionization, hydration, etc. While these present problems experimentally, they do not affect the general principles. Putting Lumsden's concept in a broader form, all liquid solutions are mixtures of liquids, regardless whether any or all of the pure components are solids, liquids, vapors or gases at the temperature of the experiment. As such, all the components will show some of the properties of liquids.

If either component of a binary solution may act in some respects as a liquid and in other respects as a gas, we must clear up the apparent discrepancy. That is merely a question of wording. Instead of saying that at low concentrations the solute behaves more or less like an ideal gas so far as osmotic pressure relations are concerned, we say that at low concentrations a solute (present as liquid) or a suspended particle (present as solid, liquid or gas) behaves more or less like an ideal gas so far as osmotic pressure is concerned. This includes both the van't Hoff generalization and also the Einstein[4] generalization that suspended particles behave like an ideal gas when the sol is dilute.

Perrin[5] speaks of gamboge granules large enough to be visible in sunlight under a strong lens as behaving like an ideal gas with a molecular weight of two hundred thousand tons. Nobody supposes that these gamboge particles are gases or that the crystals of gold in a red gold sol are not solid. When we call a solute a gas, it is a purely metaphysical gas.

Some interesting consequences follow. A fused salt is a liquid. If the fused salt is considered to be completely dissociated, the ions must be liquids at the temperature in question. If the fused salt is not completely dissociated, the ions must either be liquids or

[1] Nernst, "Theoretische Chemie," 386, 1893; Nernst-Codd, "Theoretical Chemistry," 564, 1923.
[2] Lash Miller, *Jour. Phys. Chem.,* 1: 633, 1897.
[3] Lumsden, *Jour. Chem. Soc.,* 91: 24, 1907.

[4] Einstein, *Ann. Physik,* (4) 17: 549, 1905; 19: 280, 371, 1906.
[5] Perrin, "Brownian Movement and Molecular Reality," 46, 1910.

This material may be protected by Copyright law (Title 17 U.S. Code)

they must be gases dissolved in the liquid, undissociated salt. Owing to the practically complete absence of salt ions in the vapor phase under ordinary conditions, it is improbable that the ions of a fused salt are to be considered as dissolved gases. We conclude, therefore, that a fused salt consists of liquid ions and an unknown amount of liquid undissociated salt. As liquids, the two ions and the undissociated salt singly must have solvent or precipitating action, and this action must be selective. With sodium nitrate, potassium nitrate and lithium nitrate, each salt lowers the freezing point of either of the others.

In aqueous solutions of two salts with a common ion, we have, theoretically at least, a decrease of solubility, on account of the precipitating action of the common ion and an increase in the solubility due to the mutual solvent action of the two salts. If one of the salts is sparingly soluble, the solvent action of the other will be negligible in low concentrations and the precipitating effect of the common ion will be practically the whole thing.

There is no evidence of a complex salt between sodium and potassium nitrate; but potassium nitrate is more soluble in a sodium nitrate solution than in pure water. This is probably due to solvent action by liquid sodium nitrate and its liquid ions, anhydrous or hydrated as the case may be. One can predict that, at high enough temperatures, all the isotherms for water and two salts with a common ion, forming no other solid phases than these two pure salts, will be concave to the water corner of the triangular diagram, instead of being convex, as most of them now are.

If a sparingly soluble salt behaves like a dissociating gas, the concentration of the undissociated portion in a saturated solution should be constant, irrespective of the addition of another salt with a common ion. Arrhenius[6] showed that addition of sodium monochloracetate to a saturated solution of silver monochloracetate forced the total solubility of the silver salt below the calculated concentration of the undissociated silver salt in water. Similar results were obtained with silver propionate and butyrate and the corresponding sodium salts. We do not yet know why this should be; but we know now that the belief that the concentration of the undissociated portion of the silver salt must remain constant was based on the false assumption that the solute must behave in all respects like a gas.

When solid benzene dissolves in liquid toluene at −20°, we do not postulate solvation. We merely say that benzene is soluble in toluene—as it is. When sodium nitrate dissolves in nearly pure nitric acid, sodium acetate in pure acetic acid or lead sulfate in

pure sulfuric acid, we do not postulate solvation, though it may occur. We say that these substances are soluble in these liquids, just as we say that sodium chloride or sugar is soluble in water. If we start with a saturated solution of lead sulfate in water and add sulfuric acid continuously, there is at first a decrease in solubility owing to the presence of a common ion, and then an increase in solubility.[7] One should say that lead sulfate is soluble in sulfuric acid and is precipitated by water. There is a minimum solubility for lead chloride and hydrochloric acid, calcium sulfate and sulfuric acid, fluorides and hydrofluoric acid, and doubtless in many other cases.

Schukow[8] showed that potassium chloride and sodium chloride increase the solubility of sugar in water, but nobody knows whether this means that sodium and potassium chlorides are soluble in melted sugar.

The general results of this paper are:

(1) All liquid solutions are mixtures of liquids, regardless whether any or all of the pure components are solids, liquids, vapors or gases at the temperature of the experiment.

(2) The ions in a fused salt or in a solution are present as liquids and may exert a precipitating or solvent action.

(3) In low concentration a dissolved liquid or a suspended particle will behave in some respects like a gas. This postulate reconciles the conclusion of van't Hoff on true solutions and of Einstein on sols with the fact that true solutions are mixtures of liquids, showing in some cases the properties of liquids, and with the fact that the dispersed phase in a sol is rarely a gas.

(4) While it is customary and profitable in physical chemistry to treat the solute thermodynamically as a gas under certain circumstances, it is actually a liquid and is a gas only in a metaphysical sense. It is then not preposterous to say that the osmotic pressure may be that of a gas in a volume into which the liquid solute could not possibly be compressed.

(5) When dealing with the effect of one salt on the solubility of another salt, it is not safe to ignore the direct or indirect solvent or precipitating effect of the third ion or the undissociated salt on the solubility of the second salt.

WILDER D. BANCROFT

CORNELL UNIVERSITY

## ON THE FORMATION OF LAKE BALLS

UNDER this heading in SCIENCE for August 30, A. G. Huntsman describes certain balls obtained by Dr. H.

[6] Arrhenius, *Z. physik. Chem.*, 31: 225, 1899.

[7] Ditz and Kanhäuser, *Z. anorg. allgem. Chem.*, 98: 128, 1916.

[8] Schukow, *Z. Vereins deutsch. Zucker-Industrie*, 50: 291, 1900.

# Exhibit 18

J Nephrol (2017) 30:485–492
DOI 10.1007/s40620-016-0363-9

CrossMark

REVIEW

# Intravenous fluids: balancing solutions

Ewout J. Hoorn[1]

Received: 3 October 2016 / Accepted: 4 November 2016 / Published online: 29 November 2016
© The Author(s) 2016. This article is published with open access at Springerlink.com

**Abstract** The topic of intravenous (IV) fluids may be regarded as "reverse nephrology", because nephrologists usually treat to remove fluids rather than to infuse them. However, because nephrology is deeply rooted in fluid, electrolyte, and acid-base balance, IV fluids belong in the realm of our specialty. The field of IV fluid therapy is in motion due to the increasing use of balanced crystalloids, partly fueled by the advent of new solutions. This review aims to capture these recent developments by critically evaluating the current evidence base. It will review both indications and complications of IV fluid therapy, including the characteristics of the currently available solutions. It will also cover the use of IV fluids in specific settings such as kidney transplantation and pediatrics. Finally, this review will address the pathogenesis of saline-induced hyperchloremic acidosis, its potential effect on outcomes, and the question if this should lead to a definitive switch to balanced solutions.

**Keywords** Balanced crystalloids · Hyponatremia · Hypotonic fluids · Hyperchloremic acidosis · Kidney transplantation · Pediatrics

## Introduction

In a sense, the topic of intravenous fluids is "reverse nephrology". Nephrologists usually spend their days removing

✉ Ewout J. Hoorn
  e.j.hoorn@erasmusmc.nl

[1] Division of Nephrology and Transplantation, Department of Internal Medicine, Erasmus Medical Center, Room D-438, PO Box 2040, 3000, CA, Rotterdam, The Netherlands

fluids, either by diuretics or by ultrafiltration, rather than infusing them. Still, nephrologists like to think of themselves as experts in fluid, electrolyte, and acid-base balance. This is directly linked to IV fluids as IV fluid therapy implies infusing fluid, electrolytes, and buffers directly into the extracellular fluid volume. IV fluids can be used to correct electrolyte or acid-base disorders, while—equally so—their inadequate use can cause these disorders (Tables 1, 2). Nephrologists are often asked for advice on IV fluids in consultative services, for example in the intensive care, surgical or medical wards. Regardless of the context, the proper prescription of IV fluids requires understanding of physiology. Or, stated more eloquently, "their appropriate use requires reverence for the fine balance that constitutes human homeostasis [1]." A useful approach is to consider IV fluids as drugs, including specific pharmacokinetic and pharmacodynamics properties (as recently reviewed by us [2]). In addition, to understand the current selection of the types of IV fluids, it is useful to briefly review the history of IV fluids in medicine. One of the pioneers in applying IV fluids was Dr. Thomas Latta who, during the cholera epidemic in 1832, instead of infusing fluid into the colon, decided to "throw it immediately in the circulation" [3]. He used a fluid consisting of "soda and two scruples of subcarbonate of soda in six pints of water", which was remarkably effective, but also quickly forgotten [4]. Between 1882 and 1885 the British physiologist Dr. Sydney Ringer conducted his so-called "extravital investigations" and developed a fluid which enabled a frog's heart to continue beating outside the body by using a solution comparable to blood plasma [5, 6]. In 1932 the American pediatrician Dr. Alexis Hartmann modified Ringer's solution by adding the buffer lactate [7, 8]. The IV fluid lactated Ringer's or Hartmann's solution still reminds us today of these achievements and may be considered the first balanced solutions

🖄 Springer

486                                                                                   J Nephrol (2017) 30:485–492

**Table 1** Indications for intravenous fluids

Replace extracellular fluid volume losses

Maintain fluid and electrolyte balance

Correct existing electrolyte or acid-base disorders

Provide a source of glucose

**Table 2** Complications of intravenous fluids

| Typical type of IV fluid | Complication |
| --- | --- |
| Normal saline | Hyperchloremic metabolic acidosis, worsening hypertension |
| Hypotonic IV fluids | Hyponatremia |
| Hypertonic or isotonic IV fluids | Hypernatremia |
| Usually isotonic IV fluids | Fluid overload |

(Table 3). Around 1900 the Dutch physiologist Dr. Hartog Jacob Hamburger developed "physiological" or "normal" saline, i.e. 0.9% sodium chloride [9, 10]. In retrospect, the adjectives "physiological" and "normal" may be considered misnomers, because especially the chloride concentration in 0.9% NaCl is supraphysiological (154 vs. 100 mmol/l, Table 3) [11]. The fluids developed by Latta, Ringer, Hartmann, and Hamburger all qualify as *crystalloids*, water with electrolytes forming a solution. Crystalloids should be distinguished from *colloids*, in which—chemically speaking—insoluble particles are suspended, but not in solution. A naturally occurring colloid is albumin, which was first used to treat trauma casualties, including burn patients after the Pearl Harbor attack [12]. Today, albumin is occasionally used in severe hypovolemic shock, and in patients with liver failure [13]. Other colloids include dextrans, hydroxyethyl starches, and gelatins. Colloids will not be reviewed in detail here, because they are being used less frequently after several signals that they may cause harm (increased mortality [14] and acute kidney injury (AKI) [15]), especially after retraction of the articles by Dr. Joachim Boldt [16]. Instead, this review will focus on the evolving field of crystalloid IV fluids.

## Indications for intravenous fluids

IV fluids are so ubiquitous in clinical medicine that one would almost forget considering its indications (Table 1). An important classification is the distinction between replacement and maintenance IV fluids. Patients requiring replacement IV fluids have a degree of volume depletion that may be due to hemorrhagic or non-hemorrhagic causes. For both categories, the rapid infusion of isotonic saline is indicated for resuscitation (e.g., 500 ml in 10 min, repeated as needed). Isotonic IV fluids expand the intravascular compartment more effectively than hypotonic IV fluids. No studies are available to address whether balanced crystalloids offer advantages in this setting [17]. Colloids are not recommended because of their adverse effects (discussed above) and also because they may be less effective [18]. In less severe volume depletion, the goal of replacement therapy is to correct existing abnormalities in fluid, electrolyte, or acid-base balance. Furthermore, IV fluids may be used in patients with pre-renal azotemia in the context of AKI or acute on chronic renal insufficiency. The fractional excretion of urea rather than sodium may be useful to select patients eligible for a trial of fluid repletion [19]. Maintenance IV fluids are usually given when the patient cannot drink for a prolonged period of time. Owing to immobility, hospitalized patients often require less than a liter of water per day. However, this rough estimate can change dramatically in circumstances with increased loss due to fever, sweating, burns, tachypnea, gastro-intestinal losses, drains, or polyuria. Conversely, non-osmotic stimuli may be present for the release of vasopressin (the anti-diuretic hormone), resulting in renal water retention [20].

**Table 3** Composition of commonly used intravenous fluids

| | Osmolality | Tonicity | Na$^+$ | Cl$^-$ | K$^+$ | Mg$^{2+}$ | Ca$^{2+}$ | Buffer$^a$ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Plasma | 288 | Reference | 140 | 103 | 4.5 | 1.25 | 2.5 | 24 |
| 0.9% NaCl | 308 | Isotonic | 154 | 154 | 0 | 0 | 0 | 0 |
| Lactated Ringer's | 279 | Hypotonic | 130 | 111 | 4.0 | 0 | 2.7 | 29 |
| PlasmaLyte | N/A | Isotonic | 140 | 98 | 5.0 | 1.5 | 0 | 50 |
| Sterofundin | 309 | Isotonic | 140 | 127 | 4.0 | 1.0 | 2.5 | 29 |
| 5% Glucose | 278 | Hypotonic | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.4% NaHCO$_3$ | 333 | Hypertonic | 167 | 0 | 0 | 0 | 0 | 167 |

All in mmol/l, except for osmolality in mOsm/kg. *N/A* not available

$^a$Buffers consist of bicarbonate (plasma, NaHCO$_3$), lactate (lactated Ringer's), acetate (27 mmol/l in PlasmaLyte, 24 mmol/l in Sterofundin), gluconate (23 mmol/l in PlasmaLyte), and maleate (5 mmol/l in Sterofundin)

 Springer

Changes in body weight and the serum sodium concentration (as measure of water balance) are useful parameters to assess water balance and, accordingly, plan initial IV fluid therapy. Other parameters should also guide the selection of IV fluid therapy, including blood pressure, acid-base status, kidney function, and the presence of diabetes. In general, isotonic IV fluids are recommended for maintenance [20], but specific settings may require tailored therapy. Recommended average rates of infusion are 100–120 ml/h, but should be decreased (25 ml/h in oligoanuric states, 40–60 ml/h in edematous states) or increased (>120 ml/h with urinary concentrating defect) depending on the clinical context [20]. The tendency towards isotonic maintenance IV fluids may be related to previous cases of acute hyponatremia, for example due to the combination of postoperative vasopressin release and the use of hypotonic IV fluids [21]. In addition, because IV fluid therapy can cause fluid overload, and a positive fluid balance in the ICU is associated with higher mortality [22], the need for giving maintenance fluids should always be critically reviewed [23]. Although IV fluids often contain glucose, it offers a poor source of long-term nutrition, which should usually come from enteral tube feeding. Alternatively, in patients with compromised gut function, total parental nutrition may be indicated. These considerations raise the question if glucose should be part of maintenance IV fluids. This practice differs per country and no large studies are available comparing isotonic maintenance fluids with or without dextrose. One randomized trial in the peri-operative setting did show that 72% of patients receiving IV fluids containing dextrose developed transient hyperglycemia, whereas those without dextrose remained normoglycemic [24]. Because hyperglycemia is associated with worse outcomes after acute neurological injury, dextrose may need to be avoided especially in this setting [25, 26]. When hypoglycemia is a potential risk (e.g., during surgery in children) dextrose levels can be safely reduced from 5 to 1% (Table 4) [27].

## Etiology of saline-induced acidosis

Normal saline has long been the dominant type of IV fluid both for replacement and maintenance. A unique side-effect of normal saline is hyperchloremic metabolic acidosis. A straightforward question without a clear answer is why "normal" saline causes hyperchloremic acidosis. Normal saline differs from other IV fluids in two regards: it does not contain a buffer and it has a higher chloride concentration. Indeed, both the change in serum chloride and the volume of infused 0.9% NaCl correlated with the degree of acidosis in one study [28]. One possibility, therefore, is that expansion of the extracellular fluid with a buffer-free fluid dilutes serum bicarbonate and therefore causes acidosis. This phenomenon of "dilution acidosis", however, is not linear because experimental data showed that a 28% expansion of the extracellular fluid volume reduced serum bicarbonate by only 10% [29]. The degree of acidosis is likely attenuated by mobilization of intracellular bicarbonate (e.g., from bone) and binding of hydrogen ions by albumin and hemoglobin. Subsequent clinical cases, however, did find the degree of acidosis to be predictable by the amount of normal saline [30]. Both Gattioni et al. and Doberer et al. performed in vitro experiments to investigate the basis of dilution acidosis [31, 32]. They concluded that, for dilution acidosis to occur, the infused volume should largely exceed urine output, and an open $CO_2/HCO_3^-$ buffer system should exist, where the buffer base ($HCO_3^-$) but not the buffer acid ($CO_2$) is diluted [31]. In a commentary accompanying both studies, Davenport offered yet another explanation focusing on the observation that hyperchloremic acidosis usually occurs in a phase of clinical improvement [33]. He suggested that improved organ perfusion results in a "wash out" of lactate, organic acids, and other intermediary metabolites. This, however, should increase the serum anion gap, which is usually normal in hyperchloremic acidosis. Dilution acidosis is also unlikely to be a renal phenomenon (i.e., due to reduced bicarbonate reabsorption or reduced proton excretion), because it has also been reported in patients with end-stage renal disease receiving normal saline [34], and the kidney responds with an appropriate increase in $NH4^+$ excretion [35].

## Comparing solutions

The development of hyperchloremic metabolic acidosis during IV fluid therapy has led to the search for alternative options. Continuous hemorrhage experiments in dogs

| **Table 4** Answered and unanswered questions | Sufficient evidence | Unanswered questions |
|---|---|---|
| | Crystalloids have fewer side-effects than colloids | Are balanced crystalloids better than normal saline? |
| | Normal saline can cause hyperchloremic acidosis and impair coagulation | Which balanced crystalloid is preferable? |
| | Isotonic rather than hypotonic maintenance IV fluids are preferable in pediatrics | Should maintenance IV fluids contain glucose? |



488 J Nephrol (2017) 30:485–492

showed that resuscitation with lactated Ringer's kept blood pH stable at 7.40, while normal saline reduced it slightly to 7.36 [36]. In humans, a 2-h peri-operative infusion of 30 ml/kg/h normal saline but not lactated Ringer's increased serum chloride (104 to 115 mmol/l) and reduced pH (7.40 to 7.28) [37]. The authors considered this phenomenon benign unless confused with hypoperfusion or when superimposed with respiratory acidosis by analgetics in the post-operative phase. In a double-blind randomized trial, patients who received normal saline while undergoing aortic reconstructive surgery required more bicarbonate supplementation and more blood products [38]. However, no differences in the duration of mechanical ventilation, intensive care or hospital stay, and incidence of complications were noted [38]. Subsequent studies confirmed the differential effects on coagulation of IV fluids, ascribing this both to a dilutional coagulopathy by normal saline [39] and the development of hypercoagulability with lactated Ringer's [40]. Together, these head-to-head comparisons clearly show that normal saline causes hyperchloremic metabolic acidosis and impairs coagulation. Because these fluids were given for relatively short periods of time (peri-operatively or during resuscitation after trauma), long-term outcomes were more difficult to evaluate. Still, these studies likely spurred the development of newer balanced crystalloid solutions, including PlasmaLyte and Sterofundin (Table 3). For PlasmaLyte and Sterofundin other buffers than lactate are used (acetate and maleate) and these solutions are isotonic compared to the mildly hypotonic lactated Ringer's [41]. Since their introduction, several studies have been performed with these newer balanced crystalloids. In healthy volunteers, 2 l of normal saline but not PlasmaLyte increased serum chloride and reduced renal artery flow velocity and renal cortical tissue perfusion (as measured by magnetic resonance imaging) [42]. This effect may be a direct consequence of hyperchloremia, which has been shown to produce renal vasoconstriction and a fall in glomerular filtration rate [43]. This effect on renal blood flow may have contributed to a greater expansion of the extracellular fluid volume with normal saline. Indeed, the excretion of both water and sodium are slower after 2 l of normal saline than after a balanced solution [11]. Because the hypertensive effect of sodium also depends on chloride, normal saline may increase blood pressure, especially in hypertensive patients [44]. Although observational, a study on postoperative IV fluids also favored PlasmaLyte over normal saline [45]. The use of normal saline after open abdominal surgery was associated with higher mortality, and more infections, blood transfusions, renal replacement therapy (RRT), electrolyte disorders, and acidosis [45]. One of the first large prospective studies was an open-label, sequential period pilot study comparing a so-called "chloride-liberal" IV fluid regimen (normal saline, gelatin,

albumin) to a "chloride-restrictive" regimen (Hartmann's solution, PlasmaLyte, chloride-poor albumin) [46]. The chloride-restrictive regimen nearly halved the risk of AKI and RRT. In a 6-month extension of this study these differences in renal outcomes remained [47]. In contrast, the more recent and controlled SPLIT trial (double-blind and double-crossover) compared normal saline with PlasmaLyte in 2278 ICU-patients and found no differences in the incidences of AKI or RRT [48]. Of note, this study did not report serum chloride concentrations and a relatively small volume (median of 2 l) was infused in patients with moderate severity of disease [49]. Finally, and quite surprisingly, no sample size calculations were performed [48].

## Intravenous fluids in specific settings

### Kidney transplantation

If high-chloride IV fluids indeed impair renal blood flow or even kidney function, the type of IV fluid during kidney transplantation may be particularly relevant. O'Malley et al. addressed this issue in a double-blind randomized trial comparing lactated Ringer's to normal saline (primary outcome was serum creatinine at day 3) [50]. The study was terminated prematurely because significantly more patients in the normal saline group developed hyperchloremic acidosis and hyperkalemia (serum potassium >6 mmol/l) [50]. Of interest, urine output and graft function were also significantly worse in the normal saline group even a few days after transplantation. Recently, a Cochrane analysis was performed on this topic including the six studies that have been performed to date (477 patients, 70% live donor) [51]. In this analysis, the use of normal saline was associated with a higher risk of hyperchloremic acidosis, but not hyperkalemia or delayed graft function. No intervention studies in other solid organ transplantations are available. However, an observational study in 158 liver transplantations identified the use of >3.2 l of chloride-liberal fluids and a higher pre-operative model for end-stage liver disease (MELD) score as independent predictors for postoperative AKI (occurring in a third of the patients) [52].

### Pediatrics

Until recently IV fluids in pediatrics were usually hypotonic. Maintenance requirements for water were traditionally based on caloric expenditure [53]. This usually resulted in glucose-containing solutions with less than 0.9% NaCl (e.g., 0.67, 0.45 or 0.2% NaCl). Because glucose is metabolized to carbon dioxide and water, the net result is a hypotonic solution. This may become problematic if there is a reason for the release of vasopressin. A

 Springer

J Nephrol (2017) 30:485–492    489

myriad of non-osmotic stimuli for vasopressin is recognized, including hypovolemia, nausea, pain, the postoperatieve state, several drugs or underlying disease (ranging from infections to malignancy) [20]. Indeed, several cases of iatrogenic acute hyponatremia due to hypotonic IV fluids have been reported in children [54]. In a previous observational study, we showed that almost half of the children with hyponatremia developed this in-hospital while receiving more electrolyte-free water in IV fluids [55]. In children with gastroenteritis plasma levels of vasopressin were frequently high due to vomiting, hypovolemia, hypoglycemia, or "stress" [56]. Consequently, most children had a urinary tonicity that exceeded that of 0.45% saline, predisposing them to the development of hyponatremia. In a randomized trial, the same group subsequently showed that isotonic IV fluids in children with gastroenteritis effectively treat hyponatremia present on admission while preventing hospital-acquired hyponatremia [57]. More rapid infusion of IV fluids, however, did not correct dehydration faster [57]. When considering the pediatric patient population as a whole, a systematic review (including six studies) confirmed that hypotonic solutions greatly increased the risk of developing hyponatremia [58]. One of the first randomized controlled trials that compared 0.45% NaCl with 0.9% NaCl in 5% dextrose as maintenance IV-fluids, however, did not detect an effect on serum sodium, but likely lacked power [59]. A larger trial comparing the same solutions postoperatively did demonstrate a greater risk for hyponatremia with hypotonic fluids [60]. Two meta-analyses, both including ten randomized controlled trials, again confirmed the risk of hyponatremia with hypotonic fluids [61, 62]. Despite this increasing body of evidence, two additional trials were conducted recently [63, 64]. Friedman and colleagues randomized 110 children to receive isotonic (0.9% NaCl in 5% dextrose) or hypotonic IV fluids (0.45% NaCl in 5% dextrose) at maintenance rates for 48 h [63]. The difference in serum sodium concentration after 48 h was minimal (1.4 mmol/l), although the two children developing hyponatremia were both in the hypotonic IV fluid group. The study by McNab et al. had a similar set-up, but is of interest for two reasons [64]. First, the sample size was large: 690 children who required IV fluids for over 6 h. Second, PlasmaLyte was used as isotonic IV fluid and was compared with a hypotonic IV fluid containing 77 mmol/l sodium. Patients in the isotonic group developed hyponatremia significantly less often (11% vs. 4%). Although cerebral edema was not more common in the hypotonic group, a trend towards more seizures was observed (7 vs. 1 children, p = 0.07). In all of these studies isotonic IV fluids did not increase the risk of hypernatremia or fluid overload [65]. Overall, the message is crystal clear: similar to adults, children also require isotonic maintenance IV fluids, and the focus should now be on the implementation of this compelling evidence [66].

## Intravenous fluids to correct electrolyte or acid-base disorders

In addition to replacing fluid loss or maintaining fluid balance, IV fluids may also be used specifically to correct an existing electrolyte or acid-base disorder. IV fluids are instrumental in the treatment of certain subtypes of hyponatremia, hypernatremia, metabolic acidosis, and metabolic alkalosis, which will be discussed here. IV fluids can also be used as vehicle to correct other electrolyte disorders (hypokalemia, hypocalcemia, hypomagnesemia, and hypophosphatemia) but this is beyond the scope of this review. Because hyponatremia always indicates a positive water balance, water restriction or approaches to increase renal water excretion are usually the mainstay of treatment. However, patients with hyponatremia can be truly hypovolemic (e.g., due to vomiting or diarrhea), in which case water balance is less negative (relatively positive) in comparison to sodium balance. In these patients hyponatremia can be corrected by isotonic IV fluids. Because vasopressin release is driven by hypovolemia, a sudden water diuresis may occur when the extracellular volume normalizes during IV fluid therapy with the risk of (too) rapid correction of hyponatremia [67]. In addition, acute or symptomatic hyponatremia is usually treated by specific IV fluids, namely hypertonic saline (usually 3% NaCl). In this context, the tonicity rather than the volume of the IV fluid is relevant, as this hypertonic solution will attract water from the intracellular compartment. As such, hypertonic saline can be used to treat cerebral edema in hyponatremic encephalopathy. The amount of hypertonic saline that should be administered can be calculated by the Adrogué–Madias formula [68]. More recently, the approach of giving a bolus of hypertonic saline has been advocated because it can be given rapidly in emergency situations while avoiding calculations [69, 70]. However, a strong evidence base for these recommendations is lacking. Ayus et al. did recently report their experience with a protocol of uniformly infusing 500 ml 3% hypertonic saline in 6 h in 64 patients with hyponatremic encephalopathy [71]. Although this approach appeared safe and effective, the patients had severe hyponatremia (average serum sodium $114 \pm 0.8$ mmol/l), in whom the distinction between acute or chronic (or acute on chronic) hyponatremia is often difficult to make. In addition, it is important to factor in body weight [72]. In contrast to hyponatremia, hypernatremia should be treated with hypotonic fluids [73]. If possible, increasing oral water intake is preferable, but otherwise half-isotonic or

 Springer

490                                                                                                    J Nephrol (2017) 30:485–492

5% dextrose can be used (while avoiding hyperglycemia). Of note, patients presenting with hypernatremia can be severely hypovolemic and may require initial resuscitation with isotonic saline (that is still relatively hypotonic to serum sodium). In patients in whom volume depletion is accompanied by metabolic acidosis, sodium bicarbonate rather than sodium chloride may be the preferred solution. This strategy may be particularly effective in patients who lost bicarbonate due to gastrointestinal losses. Intravenous sodium bicarbonate is usually reserved for acute metabolic acidosis, but it remains controversial when to initiate treatment (usually when pH <7.1). In addition, the focus should be on the underlying cause of the acidosis (e.g., ketoacids, lactate, or intoxications). If intravenous sodium bicarbonate is given, calculating the bicarbonate space helps to assess the amount of sodium bicarbonate. Commercially available solutions with preset concentrations of sodium bicarbonate may be used (e.g., 1.4, 4.2 or 8.4%, Table 3). Depending on the concentration of sodium bicarbonate used, hypernatremia is a potential side-effect [74]. An alternative solution in this regard is tris-hydroxymethylaminomethase (THAM), an amino alcohol which buffers acids and carbon dioxide [75]. In patients with lactic acidosis due to sepsis or a low-flow state, sodium bicarbonate does not improve outcomes [76, 77]. Experimentally, the negative effects of sodium bicarbonate (lowering of serum calcium and generation of carbon dioxide) can be effectively targeted by calcium supplementation and hyperventilation, but clinical trials are lacking [76, 78]. The much-criticized high chloride concentration of normal saline may actually benefit patients with so-called chloride depletion metabolic alkalosis [79, 80]. This usually concerns patients who lost large amounts of hydrogen chloride from their upper gastrointestinal tract. In these patients hypochloremia is central to the pathogenesis of metabolic alkalosis, as it will directly impair renal bicarbonate excretion. Thus, whatever the place of the newer balanced crystalloid solution may become, normal saline will still remain the treatment of choice for chloride depletion metabolic alkalosis.

## Conclusions

Electrolyte solutions are part of our daily clinical practice. The use of isotonic rather than hypotonic maintenance IV fluids is now well established, especially in pediatrics (Table 4) [64]. The comparison between normal saline and balanced crystalloid solutions, however, is still undecided. Although balanced crystalloid IV fluids have physiological appeal given their resemblance to human plasma (Table 3), strong evidence in favor of their general use is still lacking (Table 4). Normal saline can cause hyperchloremic acidosis, which, in turn, may negatively affect renal blood



flow [42, 43]. Although preliminary studies indeed showed a higher degree of AKI and RRT in patients treated with normal saline compared to balanced crystalloids [46, 47], a recent large randomized controlled trial failed to confirm these differences [48]. Such differences in outcome may be especially evident in patients receiving large volumes of IV fluids, providing a potential focus for future trials. Similarly, in the setting of kidney transplantation, prevention of hyperchloremic acidosis may be most relevant in patients receiving a cadaveric donor, in whom delayed graft function is a common problem. Regardless of these interesting developments in the field of IV fluids, the first critical assessment should be whether the patient actually requires IV fluids, and if so, to tailor this to the specific characteristics of that individual patient.

**Compliance with ethical standards**

**Conflict of interest**  The author declares that he has no conflict of interest.

**Ethical approval**  This article does not contain any studies with human participants performed by any of the authors.

**Open Access**  This article is distributed under the terms of the Creative Commons Attribution 4.0 International License (http://creativecommons.org/licenses/by/4.0/), which permits unrestricted use, distribution, and reproduction in any medium, provided you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons license, and indicate if changes were made.

## References

1. Goldfarb DS (2010) The normal saline ceremony. Am J Kidney Dis 56(2):A28–A29
2. Severs D, Rookmaaker MB, Hoorn EJ (2015) Intravenous solutions in the care of patients with volume depletion and electrolyte abnormalities. Am J Kidney Dis 66(1):147–153
3. Latta TA (1832) Malignant cholera. Documents communicated by the Central Board of Health, London, relative to the treatment of cholera by the copious injection of aqueous and saline fluids into the veins. The Lancet 18:274–280
4. Cosnett JE (1989) The origins of intravenous fluid therapy. The Lancet 1(8641):768–771
5. Miller DJ (2004) Sydney Ringer; physiological saline, calcium and the contraction of the heart. J Physiol 555(Pt 3):585–587
6. Ringer S. Regarding the action of the hydrate of soda, hydrate of ammonia, and the hydrate of potash on the ventricle of the frog's heart. J Physiol (London) 1880/82;3:195–202.
7. Lee JA (1981) Sydney Ringer (1834–1910) and Alexis Hartmann (1898–1964). Anaesthesia 36(12):1115–1121
8. Hartmann AF, Senn MJ (1932) Studies in the metabolism of sodium R-lactate. I. Response of normal human subjects to the intravenous injection of sodium R-lactate. J Clin Invest 11(2):327–335
9. Hamburger HJ (1902) *Osmotischer Druck und Ionenlehre in den medicinischen Wissenschaften: Zugleich Lehrbuch physikalisch-chemischer Methoden*. J. F. Bergmann, Wiesbaden



10. Awad S, Allison SP, Lobo DN (2008) The history of 0.9% saline. Clin Nutr 27(2):179–188

11. Reid F, Lobo DN, Williams RN, Rowlands BJ, Allison SP (2003) (Ab)normal saline and physiological Hartmann's solution: a randomized double-blind crossover study. Clin Sci (Lond) 104(1):17–24

12. Caironi P, Gattinoni L (2009) The clinical use of albumin: the point of view of a specialist in intensive care. Blood Transfus 7(4):259–267

13. Finfer S, Bellomo R, Boyce N et al (2004) A comparison of albumin and saline for fluid resuscitation in the intensive care unit. N Engl J Med 350(22):2247–2256

14. Zarychanski R, Abou-Setta AM, Turgeon AF et al (2013) Association of hydroxyethyl starch administration with mortality and acute kidney injury in critically ill patients requiring volume resuscitation: a systematic review and meta-analysis. JAMA 309(7):678–688

15. Myburgh JA, Finfer S, Bellomo R et al (2012) Hydroxyethyl starch or saline for fluid resuscitation in intensive care. N Engl J Med 367(20):1901–1911

16. Wise J (2013) Boldt: the great pretender. BMJ 346:f1738

17. Rizoli S (2011) PlasmaLyte. J Trauma 70(5 Suppl):17–18

18. Smorenberg A, Groeneveld AB (2015) Diuretic response to colloid and crystalloid fluid loading in critically ill patients. J Nephrol 28(1):89–95

19. Carvounis CP, Nisar S, Guro-Razuman S (2002) Significance of the fractional excretion of urea in the differential diagnosis of acute renal failure. Kidney Int 62(6):2223–2229

20. Moritz ML, Ayus JC (2015) Maintenance intravenous fluids in acutely Ill patients. N Engl J Med 373(14):1350–1360

21. Arieff AI (1986) Hyponatremia, convulsions, respiratory arrest, and permanent brain damage after elective surgery in healthy women. N Engl J Med 314(24):1529–1535

22. Boyd JH, Forbes J, Nakada TA, Walley KR, Russell JA (2011) Fluid resuscitation in septic shock: a positive fluid balance and elevated central venous pressure are associated with increased mortality. Crit Care Med 39(2):259–265

23. Lief L (2016) Maintenance intravenous fluids in acutely Ill patients. N Engl J Med 374(3):289–290

24. Chin KJ, Macachor J, Ong KC, Ong BC (2006) A comparison of 5% dextrose in 0.9% normal saline versus non-dextrose-containing crystalloids as the initial intravenous replacement fluid in elective surgery. Anaesth Intensive Care 34(5):613–617

25. Petzold A, Citerio G, Mayer SA (2016) Maintenance intravenous fluids in acutely Ill patients. N Engl J Med 374(3):290

26. Seners P, Turc G, Oppenheim C, Baron JC (2015) Incidence, causes and predictors of neurological deterioration occurring within 24 h following acute ischaemic stroke: a systematic review with pathophysiological implications. J Neurol Neurosurg Psychiatry 86(1):87–94

27. Sumpelmann R, Mader T, Eich C, Witt L, Osthaus WA (2010) A novel isotonic-balanced electrolyte solution with 1% glucose for intraoperative fluid therapy in children: results of a prospective multicentre observational post-authorization safety study (PASS). Paediatr Anaesth 20(11):977–981

28. Waters JH, Miller LR, Clack S, Kim JV (1999) Cause of metabolic acidosis in prolonged surgery. Crit Care Med 27(10):2142–2146

29. Garella S, Chang BS, Kahn SI (1975) Dilution acidosis and contraction alkalosis: review of a concept. Kidney Int 8(5):279–283

30. Prough DS, Bidani A (1999) Hyperchloremic metabolic acidosis is a predictable consequence of intraoperative infusion of 0.9% saline. Anesthesiology 90(5):1247–1249

31. Gattinoni L, Carlesso E, Maiocchi G, Polli F, Cadringher P (2009) Dilutional acidosis: where do the protons come from? Intensive Care Med 35(12):2033–2043

32. Doberer D, Funk GC, Kirchner K, Schneeweiss B (2009) A critique of Stewart's approach: the chemical mechanism of dilutional acidosis. Intensive Care Med 35(12):2173–2180

33. Davenport A (2009) Dilutional acidosis or uncovered cellular metabolism? Intensive Care Med 35(12):2009–2011

34. Mirza BI, Sahani M, Leehey DJ, Patel SB, Yang VL, Ing TS (1999) Saline-induced dilutional acidosis in a maintenance hemodialysis patient. Int J Artif Organs 22(10):676–678

35. Wilcox CS, Granges F, Kirk G, Gordon D, Giebisch G (1984) Effects of saline infusion on titratable acid generation and ammonia secretion. Am J Physiol 247(3 Pt 2):F506–F519.

36. Cervera AL, Moss G (1975) Dilutional re-expansion with crystalloid after massive hemorrhage: saline versus balanced electrolyte solution for maintenance of normal blood volume and arterial pH. J Trauma 15(6):498–503

37. Scheingraber S, Rehm M, Sehmisch C, Finsterer U (1999) Rapid saline infusion produces hyperchloremic acidosis in patients undergoing gynecologic surgery. Anesthesiology 90(5):1265–1270

38. Waters JH, Gottlieb A, Schoenwald P, Popovich MJ, Sprung J, Nelson DR (2001) Normal saline versus lactated Ringer's solution for intraoperative fluid management in patients undergoing abdominal aortic aneurysm repair: an outcome study. Anesth Analg 93(4):817–822

39. Todd SR, Malinoski D, Muller PJ, Schreiber MA (2007) Lactated Ringer's is superior to normal saline in the resuscitation of uncontrolled hemorrhagic shock. J Trauma 62(3):636–639

40. Kiraly LN, Differding JA, Enomoto TM et al (2006) Resuscitation with normal saline (NS) vs. lactated ringers (LR) modulates hypercoagulability and leads to increased blood loss in an uncontrolled hemorrhagic shock swine model. J Trauma 61(1):57–64 (**discussion 5**)

41. Severs D, Hoorn EJ, Rookmaaker MB (2015) A critical appraisal of intravenous fluids: from the physiological basis to clinical evidence. Nephrol Dial Transplant 30(2):178–187

42. Chowdhury AH, Cox EF, Francis ST, Lobo DN (2012) A randomized, controlled, double-blind crossover study on the effects of 2-L infusions of 0.9% saline and plasma-lyte(R) 148 on renal blood flow velocity and renal cortical tissue perfusion in healthy volunteers. Ann Surg 256(1):18–24

43. Wilcox CS (1983) Regulation of renal blood flow by plasma chloride. J Clin Invest 71(3):726–735

44. Hsieh BS, Wang TC, Chen YM, Wu KD (1994) Blood pressure, circulating atrial natriuretic peptide and sodium excretion responses during acute saline infusion in patients with essential hypertension. J Formos Med Assoc 93(7):576–581

45. Shaw AD, Bagshaw SM, Goldstein SL et al (2012) Major complications, mortality, and resource utilization after open abdominal surgery: 0.9% saline compared to Plasma-Lyte. Ann Surg 255(5):821–829

46. Yunos NM, Bellomo R, Hegarty C, Story D, Ho L, Bailey M (2012) Association between a chloride-liberal vs chloride-restrictive intravenous fluid administration strategy and kidney injury in critically ill adults. JAMA 308(15):1566–1572

47. Yunos NM, Bellomo R, Glassford N, Sutcliffe H, Lam Q, Bailey M (2015) Chloride-liberal vs. chloride-restrictive intravenous fluid administration and acute kidney injury: an extended analysis. Intensive Care Med 41(2):257–264

48. Young P, Bailey M, Beasley R et al (2015) Effect of a buffered crystalloid solution vs saline on acute kidney injury among patients in the intensive care unit: the SPLIT randomized clinical trial. JAMA 314(16):1701–1710

49. Kellum JA, Shaw AD (2015) Assessing toxicity of intravenous crystalloids in critically Ill patients. JAMA 314(16):1695–1697

50. O'Malley CM, Frumento RJ, Hardy MA et al (2005) A randomized, double-blind comparison of lactated Ringer's solution



492                                                                                                                J Nephrol (2017) 30:485–492

and 0.9% NaCl during renal transplantation. Anesth Analg 100(5):1518–1524 (**table of contents**)

51. Wan S, Roberts MA, Mount P. Normal saline versus lower-chloride solutions for kidney transplantation. Cochrane Database Syst Rev 2016(8):CD010741

52. Nadeem A, Salahuddin N, El Hazmi A et al (2014) Chloride-liberal fluids are associated with acute kidney injury after liver transplantation. Crit Care 18(6):625

53. Holliday MA, Segar WE (1957) The maintenance need for water in parenteral fluid therapy. Pediatrics 19(5):823–832

54. Halberthal M, Halperin ML, Bohn D (2001) Lesson of the week: acute hyponatraemia in children admitted to hospital: retrospective analysis of factors contributing to its development and resolution. BMJ 322(7289):780–782

55. Hoorn EJ, Geary D, Robb M, Halperin ML, Bohn D (2004) Acute hyponatremia related to intravenous fluid administration in hospitalized children: an observational study. Pediatrics 113(5):1279–1284

56. Neville KA, Verge CF, O'Meara MW, Walker JL (2005) High antidiuretic hormone levels and hyponatremia in children with gastroenteritis. Pediatrics 116(6):1401–1407

57. Neville KA, Sandeman DJ, Rubinstein A, Henry GM, McGlynn M, Walker JL (2010) Prevention of hyponatremia during maintenance intravenous fluid administration: a prospective randomized study of fluid type versus fluid rate. J Pediatr 313-9(2):e1–e2

58. Choong K, Kho ME, Menon K, Bohn D (2006) Hypotonic versus isotonic saline in hospitalised children: a systematic review. Arch Dis Child 91(10):828–835

59. Saba TG, Fairbairn J, Houghton F, Laforte D, Foster BJ (2011) A randomized controlled trial of isotonic versus hypotonic maintenance intravenous fluids in hospitalized children. BMC Pediatr 11:82

60. Choong K, Arora S, Cheng J et al (2011) Hypotonic versus isotonic maintenance fluids after surgery for children: a randomized controlled trial. Pediatrics 128(5):857–866

61. Foster BA, Tom D, Hill V (2014) Hypotonic versus isotonic fluids in hospitalized children: a systematic review and meta-analysis. J Pediatr 163-9(1):e2

62. Wang J, Xu E, Xiao Y (2014) Isotonic versus hypotonic maintenance IV fluids in hospitalized children: a meta-analysis. Pediatrics 133(1):105–113

63. Friedman JN, Beck CE, DeGroot J, Geary DF, Sklansky DJ, Freedman SB (2015) Comparison of isotonic and hypotonic intravenous maintenance fluids: a randomized clinical trial. JAMA Pediatr 169(5):445–451

64. McNab S, Duke T, South M et al (2015) 140 mmol/L of sodium versus 77 mmol/L of sodium in maintenance intravenous fluid therapy for children in hospital (PIMS): a randomised controlled double-blind trial. The Lancet 385(9974):1190–1197

65. Moritz ML, Ayus C (2009) Isotonic maintenance fluids do not produce hypernatraemia. Arch Dis Child 94(2):170

66. Duke T (2016) Maintenance intravenous fluids for children: enough evidence, now for translation and action. Paediatr Int Child Health (London) 36(3):165–167

67. Liamis G, Kalogirou M, Saugos V, Elisaf M (2006) Therapeutic approach in patients with dysnatraemias. Nephrol Dial Transplant 21(6):1564–1569

68. Adrogue HJ, Madias NE (2000) Hyponatremia. N Engl J Med 342(21):1581–1589

69. Spasovski G, Vanholder R, Allolio B et al (2014) Clinical practice guideline on diagnosis and treatment of hyponatraemia. Nephrol Dial Transplant 29(Suppl 2):i1–i39

70. Moritz ML, Ayus JC (2010) 100 cc 3% sodium chloride bolus: a novel treatment for hyponatremic encephalopathy. Metab Brain Dis 25(1):91–96

71. Ayus JC, Caputo D, Bazerque F, Heguilen R, Gonzalez CD, Moritz ML (2015) Treatment of hyponatremic encephalopathy with a 3% sodium chloride protocol: a case series. Am J Kidney Dis 65(3):435–442

72. Spital A (2015) Treatment of hyponatremic encephalopathy. Am J Kidney Dis 66(3):540

73. Sterns RH (1999) Hypernatremia in the intensive care unit: instant quality–just add water. Crit Care Med 27(6):1041–1042

74. Hoorn EJ, Betjes MG, Weigel J, Zietse R (2008) Hypernatraemia in critically ill patients: too little water and too much salt. Nephrol Dial Transplant 23(5):1562–1568

75. Hoste EA, Colpaert K, Vanholder RC et al (2005) Sodium bicarbonate versus THAM in ICU patients with mild metabolic acidosis. J Nephrol 18(3):303–307

76. Kraut JA, Madias NE (2016) Lactic acidosis: current treatments and future directions. Am J Kidney Dis 68(3):473–482

77. Jung B, Rimmele T, Le Goff C et al (2011) Severe metabolic or mixed acidemia on intensive care unit admission: incidence, prognosis and administration of buffer therapy. A prospective, multiple-center study. Crit Care 15(5):R238

78. Kimmoun A, Ducrocq N, Sennoun N et al (2014) Efficient extra- and intracellular alkalinization improves cardiovascular functions in severe lactic acidosis induced by hemorrhagic shock. Anesthesiology 120(4):926–934

79. Luke RG, Galla JH (2012) It is chloride depletion alkalosis, not contraction alkalosis. J Am Soc Nephrol 23(2):204–207

80. van Noord C, Zietse R, van den Dorpel MA, Hoorn EJ (2012) The case mid R: a 62-year-old man with severe alkalosis. Kidney Int 81(7):711–712

 Springer

# Exhibit 21

www.japtr.org

**REVIEW ARTICLE**

# Recent trends in the impurity profile of pharmaceuticals

Kavita Pilaniya,
Harish K. Chandrawanshi[1],
Urmila Pilaniya[1],
Pooja Manchandani[2],
Pratishtha Jain[3], Nitin Singh[3]

Department of Pharmaceutics,
Shivdan Singh Institute of Technology
and Management, Aligarh, U.P.,
[1]V.N.S. Institute of Pharmacy, Bhopal,
[2]SGSITS, Indore, [3]Oriental College of
Pharmacy, Bhopal, M.P., India

**DOI:** 10.4103/0110-5558.72422

*J. Adv. Pharm. Tech. Res.*

## ABSTRACT

Various regulatory authorities such as the International Conference on Harmonization (ICH), the United States Food and Drug administration (FDA), and the Canadian Drug and Health Agency (CDHA) are emphasizing on the purity requirements and the identification of impurities in Active Pharmaceutical Ingredients (APIs). The various sources of impurity in pharmaceutical products are — reagents, heavy metals, ligands, catalysts, other materials like filter aids, charcoal, and the like, degraded end products obtained during \ after manufacturing of bulk drugs from hydrolysis, photolytic cleavage, oxidative degradation, decarboxylation, enantiomeric impurity, and so on. The different pharmacopoeias such as the British Pharmacopoeia, United State Pharmacopoeia, and Indian Pharmacopoeia are slowly incorporating limits to allowable levels of impurities present in APIs or formulations. Various methods are used to isolate and characterize impurities in pharmaceuticals, such as, capillary electrophoresis, electron paramagnetic resonance, gas–liquid chromatography, gravimetric analysis, high performance liquid chromatography, solid-phase extraction methods, liquid–liquid extraction method, Ultraviolet Spectrometry, infrared spectroscopy, supercritical fluid extraction column chromatography, mass spectrometry, Nuclear magnetic resonance (NMR) spectroscopy, and RAMAN spectroscopy. Among all hyphenated techniques, the most exploited techniques for impurity profiling of drugs are Liquid Chromatography (LC)-Mass Spectroscopy (MS), LC-NMR, LC-NMR-MS, GC-MS, and LC-MS. This reveals the need and scope of impurity profiling of drugs in pharmaceutical research.

**Key words:** Characterization, chromatography, identification, impurities, NMR, mass spectrometry

## INTRODUCTION

The impurities in drug products can be attributed not only to the drug substance or inert ingredients used for formulating a drug product; but they can also be brought into the drug product through the formulation process or by contact with packaging of the various impurities that can be found in drug products.

"Any component of the drug product that is not the chemical entity defined as the drug substance or an excipient in the drug product." (ICH Q6A: Specifications).[1] It is important to give greater consideration to these detrimental impurities. In general, most of these impurities are small molecules. This is especially true in solid dosage forms where the limited mobility restricts the reactivity of larger molecules. For most drugs, the reactive species consist of water (which can hydrolyze some drugs or effect the dosage form performance), small electrophiles (e.g., aldehyde and carboxylic acid derivatives), peroxides (which can oxide some drugs), and metals (which can catalyze oxidation and other drug degradation pathways). Additionally, some impurites can cause toxicological problems. The presence of these unwanted chemicals, even in small amounts, may influence the efficacy and safety of the pharmaceutical products. Impurity profiling (i.e., the identity as well as the quantity of impurity in the pharmaceuticals), is now receiving critical attention from regulatory authorities. The different pharmacopoeias such as BP (British pharmacopoeias), USP (United States pharmacopoeias), IP (Indian pharmacopoeias), and so on, are slowly incorporating limits to the allowable levels of impurities present in active pharmaceutical ingredients (APIs) or formulations. The large number of compounds under investigation in drug discovery presents a significant analytical challenge for the detection, quantitation, and characterization of the compounds alone.[2] Here, in Figure 1, we have summarized all classes of impurities.

**Address for correspondence**

Dr. Harish K Chandrawanshi, Department of Pharmaceutics, Saraswati Nagar, Vidisha - 464 001, M.P., India.
E-mail: hchandrawanshi@gmail.com

## SOURCES OF IMPURITY IN MEDICINES

According to the International Conference on Harmonization (ICH) guidelines, impurities associated with APIs are classified in different ways.

### Organic Impurities

Organic impurities are the most common impurities found in every API unless proper care is taken in every step involved, throughout the multi-step synthesis. Although the end products are always washed with solvents, there is always a chance that the residual unreacted starting materials remain, unless the manufacturers are very careful about the impurities. In a paracetamol bulk, there is a limit test for p-aminophenol, which could be a starting material for one manufacturer or be an intermediate for others [Figure 2].

#### Oxidative degradation

Hydrocortisone, methotrexate, adinazolam, hydroxyl group directly bonded to an aromatic ring (e.g., phenol derivatives such as catecholamines and morphine), conjugated dienes, heterocyclic aromatic rings, nitroso and nitrite derivatives, and aldehydes (e.g., flavones) are all susceptible to oxidative degradation.

#### Decarboxylation

Some dissolved carboxylic acids, such as p-aminosalicylic acid, lose carbon dioxide from the carboxyl group when heated, in the case of photoreaction of rufloxacin.[3]

#### Hydrolysis

Hydrolysis is a common phenomenon for the ester type of drugs, especially in liquid dosage forms. Examples include benzyl penicillin, barbitol, chloramphenicol, chlordiazepoxide, lincomycin, ethyl paraben,[4] and cefpodoxime proxetil.[5] Moreover, the hydrolysis scheme of benzocain has been depicted in Figure 3.

## PHOTOLYTIC CLEAVAGE

Pharmaceutical products are exposed to light while being manufactured as a solid or solution, and then they are packaged. Most compounds will degrade as solutions when exposed to high energy UV exposure (Ergometrine,[6] Nifedipine,[7] riboflavin, and phenothiazines are very labile to photo-oxidation.). Fluoroquinolones antibiotics are also found to be susceptible to photolytic cleavage.[8] In ciprofloxacin eye drops, the photocleavage reaction produces the ethylenediamine analog of ciprofloxacin.[9]

### Enantiomeric Impurities

The single enantiomeric form of a chiral drug is now considered as an improved chemical entity that may offer a better pharmacological profile and an increased therapeutic index, with a more favorable adverse reaction profile.



**Figure 1:** Flow chart depicting various kinds of impurities



**Figure 2:** Production of paracetamol from intermediate, p-Aminophenol



**Figure 3:** Ester hydrolysis of benzocaine

However, the pharmacokinetic profiles of levofloxacin (S-isomeric form) and ofloxacin (R-isomeric form) are comparable, suggesting the lack of advantages of a single isomer in this regard. For the manufacturers of a single enantiomeric drug (eutomer), the undesirable stereoisomers

in drug control are considered in the same manner as other organic impurities.[10]

## Inorganic Impurities

Inorganic impurities may also be derived from the manufacturing processes used for bulk drugs. They are normally known and identified, and include the following:

### Reagents, ligands, and catalysts

The chances of having these impurities are rare: however, in some processes, these could create a problem unless the manufacturers take proper care during production.

### Heavy metals

The main sources of heavy metals are the water used in the processes and the reactors (if stainless steel reactors are used), where acidification or acid hydrolysis takes place. These impurities of heavy metals can easily be avoided using demineralized water and glass-lined reactors.

### Other materials (e.g., filter aids, charcoal etc.)

The filters or filtering aids such as centrifuge bags are routinely used in the bulk drugs manufacturing plants and in many cases, activated carbon is also used. The regular monitoring of fibers and black particles in the bulk drugs is essential to avoid these contaminations.

## In-Process Production Impurities

### Crystallization related impurities

Impurity can be any substance other than the material being crystallized. Therefore, even the solvent from which the crystals are grown can be considered as an impurity. When impurities are added specifically to produce a desired morphological effect they are referred to as additives. The presence of impurities or additives in a crystallization system can have a radical effect on crystal growth, nucleation, and agglomeration, asn also on the uptake of foreign ions in the crystal structure.[11]

### Stereochemistry related impurities

It is of paramount importance to look for stereochemistry related compounds; that is, those compounds that have a similar chemical structure, but different spatial orientation. These compounds can be considered as impurities in the APIs. The single enantiomeric form of a chiral drug is now considered as an improved chemical entity that may offer a better pharmacological profile and an increased therapeutic index, with a more favorable adverse reaction profile, for example, the pharmacokinetic profile of levofloxacin (S-isomeric form) and ofloxacin (R-isomeric form) are comparable, other examples are levofloxacin (S-ofloxacin), esomeprazole (S-omeprazole), and lavalbuterol (R-albuterol).[10]

### Solvents remain after processing

Residual solvents are organic volatile chemicals used during the manufacturing process or generated during the production. Some solvents that are known to cause toxicity should be avoided in the production of bulk drugs.[12] Depending on the possible risk to human health, residual solvents are divided into three classes [Table 1].

### Synthetic intermediates and by-products

Impurities in pharmaceutical compounds or a new chemical entity (NCE) can originate during the synthetic process, from raw materials, intermediates, and / or by-products. Impurity profiling of tablets by GC-MS and MDMA (3, 4-Methylene dioxy methamphetamine) samples produced impurities in the intermediates via the reductive amination route.[13]

### Impurities generated during storage

A number of impurities can originate during storage or shipment of drug products. It is essential to carry out stability studies to predict, evaluate, and ensure drug product safety.[14]

### Metal impurities

Metal acts as an impurity in the APIs and excepients. Metals can be divided into three classes, as mentioned in Table 2.[15]

### Leachables / Extractables

Regulatory, safety, and scientific considerations in evaluating extractables and leachables is important, along with strategy studies, for analytical identification, quantification, and monitoring.[16]

## ICH Guidelines

We have summarized various classes based on impurities according to the ICH guideline in Table 3.

## ICH Limits for Impurities

According to the ICH guidelines on impurities in new drug products, identification of impurities below 0.1% level is not considered to be necessary, unless potential impurities are expected to be unusually potent or toxic. According to the

## Table 1: Classification of solvents on the basis of their limit in parts per million (ppm)

| Category | Name of the solvent/limits | Unit/specification |
|---|---|---|
| Class I | Benzene (2 ppm), carbon tetrachloride (4 ppm), methylene chloride (600 ppm), methanol (3000 ppm, pyridine (200 ppm), toluene (890 ppm) | More than this should be avoided |
| Class II | N, Ndimethylformamide (880 ppm), acetonitrile (410 ppm) | More than this should be avoided |
| Class III | Acetic acid, ethanol, acetone (50 mg) | Have permitted daily exposure of 50 mg or less per day, as per the ICH guidelines |

Pilaniya, *et al*.: Recent trends in impurity profile

**Table 2: Classification of metals on the basis of their safety concern**

| Category | Examples |
|---|---|
| Class I (metals of significant safety concern) | Ir (iridinium), Pt (platinum), Rh (rhubedium), Mo (molibidnum), V (vanadium), Cr (chromium), and Ni (nickel) |
| Class II (metals with low safety concern) | Cu (copper) and Mn (manganese) |
| Class III (metals with minimal safety concern) | Fe (iron) and Zn (zinc) |

**Table 3: Classification of Q guideline on the basis of impurities**

| Section | Impurities | Sub-section |
|---|---|---|
| Q3A(R2) | Impurities in new drug substances | Q3A(R) |
| Q3B(R2) | Impurities in new drug products | Q3B(R) |
| Q3C(R4) | Impurities: Guideline for residual solvents | Q3C |
| | Impurities: Guideline for residual solvents (Maintenance) PDE for tetrahydrofuran (in Q3C(R3)) | Q3C(M) |
| | PDE for N-methylpyrrolidone (in Q3C(R3)) | Q3C(M) |

ICH, the maximum daily dose qualification threshold to be considered is as follows; <2 g / day, 0.1 % or 1 mg per day intake (whichever is lower) >2 g / day, 0.05%.

i) Organic Impurities
Each specific identified impurity
- Each specific unidentified impurity at or above 0.1%
- Any unspecific impurity, with a limit of not more than 0.1%
- Total impurities
ii) Residual solvents
iii) Inorganic impurities[17]

**Isolation Methods**

It is often necessary to isolate impurities. However, if instrumental methods are used, isolation of impurities is avoided, as it directly characterizes the impurities. Generally, chromatographic and non-chromatographic techniques are used for the isolation of impurities prior to its characterization. The term 'chromatographic reactor' refers to the use of an analytical-scale column, serving both as a flow-through reactor and a separation medium for the reactant(s) and product(s). High-performance liquid chromatography (HPLC) and the chromatographic reactor approach, with solution-phase hydrolysis kinetics can be used for an aprepitant (EmendTM) prodrug and fosaprepitant dimeglumine.[18] In loratidine, the impurity found was ofloratidine;[19] other examples include celecoxib[20] and amikacin.[21]

The structure of impurities — unknown degradation products in drug substances and drug products — must, according to the current FDA and EMEA guidelines, elucidate if they exceed a level of greater than 0.1%. Analytical Services provide the latest analytical techniques for structure elucidation (e.g., high-field NMR, LC-MSMS, GC-MS, and MALDI-TOF) as well as for preparative isolation of unknown impurities (e.g., semi and fully preparative HPLC). Software tools for the prediction of spectra support the study of our experts.

**Solid-Phase Extraction Methods**

Solid phase extraction (SPE) is an increasingly useful sample preparation technique. With SPE, many of the problems associated with liquid – liquid extraction can be prevented,

such as incomplete phase separation, less-than-quantitative recoveries, use of expensive, breakable specialty glassware, and disposal of large quantities of organic solvents. SPE is more efficient than liquid – liquid extraction, yields quantitative extractions that are easy to perform, is rapid, and can be automated. Solvent use and laboratory time are reduced. SPE is used very often to prepare liquid samples and extract semi-volatile or nonvolatile analytes, and can also be used with solids that are pre-extracted into solvents. SPE products are excellent for sample extraction, concentration, and cleanup. They are available in a wide variety of chemistries, adsorbents, and sizes. Selecting the most suitable product for each application and sample is important.

**Liquid – Liquid Extraction Methods**

Liquid – liquid extraction, also known as solvent extraction and partitioning, is a method to separate compounds based on their relative solubilities in two different immiscible liquids, usually water and an organic solvent. It is an extraction of a substance from one liquid phase into another liquid phase. Liquid – liquid extraction is a basic technique in chemical laboratories, where it is performed using a separating funnel. This type of process is commonly performed after a chemical reaction as part of the workup.

**Accelerated Solvent Extraction Methods**

Accelerated Solvent Extraction (ASE) is a better technique for the extraction of solid and semisolid sample matrices, using common solvents, at elevated temperatures and pressures. ASE systems are available in the entry level ASE 150 system and the fully automated ASE 350. Extractions that normally take hours can be done in minutes using ASE with pH hardened pathways, using Dionium™ components. Compared to techniques such as Soxhlet and sonication, ASE generates results in a fraction of the time. The many steps involved in sample preparation can now be automated with the ASE flow-through technology. Filtration and clean up of solid samples can be achieved as part of the solvent extraction process in a single step. ASE offers a lower cost per sample than other techniques, reducing solvent consumption by up to 90%.

## Supercritical Fluid Extraction

Supercritical Fluid Extraction (SFE) is the process of separating one component (the extractant) from another (the matrix), using supercritical fluids as the extracting solvent. Extraction is usually from a solid matrix, but can also be from liquids. SFE can be used as a sample preparation step for analytical purposes, or on a larger scale to either strip unwanted material from a product (e.g., decaffeination) or collect a desired product (e.g., essential oils). Carbon dioxide (CO2) is the most used supercritical fluid, sometimes modified by co-solvents such as ethanol or methanol. Extraction conditions for supercritical CO2 are above the critical temperature of 31°C and critical pressure of 72 bar. Addition of modifiers may slightly alter this.

## Column Chromatography

Column chromatography in chemistry is a method used to purify individual chemical compounds from mixtures of compounds. It is often used for preparative applications on scales from micrograms to kilograms. The classical preparative chromatography column is a glass tube with a diameter of 50 mm and a height of 50 cm to 1 m with a tap at the bottom. Two methods are generally used to prepare a column; the dry method and the wet method. The individual components are retained by the stationary phase differently and separate from each other while they are running at different speeds through the column with the eluent. At the end of the column they elute one at a time. During the entire chromatography process the eluent is collected in a series of fractions. The composition of the eluent flow can be monitored and each fraction is analyzed for dissolved compounds, for example, by analytical chromatography, UV absorption or fluorescence. Colored compounds (or fluorescent compounds, with the aid of an UV lamp) can be seen through the glass wall as moving bands.

## Flash Chromatography

Distillation, re-crystallization, and extraction are all important techniques for the purification of organic compounds. However, the technique used most commonly in modern organic research is 'flash' chromatography. In traditional column chromatography the sample to be purified is placed on top of a column containing some solid support, often silica gel. The rest of the column is then filled with a solvent (or a mixture of solvents), which then runs through the solid support under the force of gravity. The various components to be separated travel through the column at different rates and are then collected separately as they emerge from the bottom of the column. Unfortunately, the rate at which the solvent percolates through the column is slow. In flash chromatography, however, air pressure is used to speed up the flow of the solvent, dramatically decreasing the time needed to purify the sample.[22]

## Thin Layer Chromatography

Thin layer chromatography (TLC) is a chromatography technique used to separate mixtures. Thin layer chromatography is performed on a sheet of glass, plastic or aluminum foil, which is coated with a thin layer of adsorbent material, usually silica gel, aluminium oxide or cellulose. This layer of adsorbent is known as the stationary phase.

After the sample has been applied on the plate, a solvent or solvent mixture (known as the mobile phase) is drawn up the plate via capillary action. As different analytes ascend the TLC plate at different rates, separation is achieved.

Thin layer chromatography finds many applications to determine the components that are contained in plants. It is also used for monitoring organic reactions and analyzing ceramides and fatty acids; for the detection of pesticides or insecticides in food and water; for analyzing the dye composition of fibers in forensics and identifying compounds present in a given substance, and for assaying the radiochemical purity of radiopharmaceuticals [Figure 4]. A number of enhancements can be made to the original method, to automate the different steps, to increase the resolution achieved with TLC, and to allow more accurate quantization. This method is referred to as HPTLC or 'high performance TLC'.

## Gas Chromatography

Gas–liquid chromatography (GLC) or simply gas chromatography (GC), is a common type of chromatography used in analytical chemistry for separating and analyzing compounds that can be vaporized without decomposition. Typical uses of GC include testing the purity of a particular substance or separating the different components of a mixture (the relative amounts of such components can also be determined). In some situations, GC may help in identifying a compound. In preparative chromatography, GC can be used to prepare pure compounds from a mixture.[23]



**Figure 4:** Separation of different chemical constituents by TLC

Pilaniya, *et al*.: Recent trends in impurity profile

## High Performance Liquid Chromatography

High performance liquid chromatography (or high pressure liquid chromatography, HPLC) is a form of column chromatography used frequently in biochemistry and analytical chemistry, to separate, identify, and quantify compounds, based on their idiosyncratic polarities and interactions with the column's stationary phase. HPLC utilizes different types of stationary phases (typically, hydrophobic saturated carbon chains), a pump that moves the mobile phase(s) and analyte through the column, and a detector that provides a characteristic retention time for the analyte. The detector may also provide other characteristic information (i.e., UV / Vis spectroscopic data for the analyte if so equipped). Analyte retention time varies depending on the strength of its interactions with the stationary phase, the ratio / composition of the solvent(s) used, and the flow rate of the mobile phase.[24]

## Supercritical Fluid Chromatography

Supercritical Fluid Chromatography (SFC) is a form of normal phase chromatography that is used for the analysis and purification of low-to-moderate molecular weight, thermally labile molecules. It can also be used for the separation of chiral compounds. Its principles are similar to those of HPLC, however SFC typically utilizes carbon dioxide as the mobile phase; therefore, the entire chromatographic flow path must be pressurized.

## Capillary Electrophoresis

Capillary electrophoresis (CE), also known as capillary zone electrophoresis (CZE), can be used to separate ionic species by their charge and frictional forces and mass. In traditional electrophoresis, electrically charged analytes move in a conductive liquid medium under the influence of an electric field. Introduced in the 1960s, the technique of capillary electrophoresis (CE) was designed to separate species based on their size, to charge ratio in the interior of a small capillary filled with an electrolyte.

## Electron Paramagnetic Resonance

Electron paramagnetic resonance (EPR) or electron spin resonance (ESR) spectroscopy is a technique for studying the chemical species that have one or more unpaired electrons, such as organic and inorganic free radicals or inorganic complexes possessing a transition metal ion. The basic physical concepts of EPR are analogous to those of NMR, but it is electron spins that are excited here instead of spins of the atomic nuclei. As the most stable molecules have all their electrons paired, the EPR technique is less widely used than NMR. However, this limitation to the paramagnetic species also means that the EPR technique is one of great specificity, as ordinary chemical solvents and matrices do not give rise to EPR spectra.

## Gas Chromatography – Mass Spectroscopy

Gas chromatography – mass spectrometry (GC – MS) is a method that combines the features of gas – liquid chromatography and mass spectrometry, to identify different substances within a test sample. Applications of GC – MS include drug detection, fire investigation, environmental analysis, explosives investigation, and identification of unknown samples. Additionally, it can identify trace elements in materials that were previously thought to have disintegrated beyond identification. The GC – MS has been widely heralded as a 'gold standard' for forensic substance identification because it is used to perform a specific test. A specific test positively identifies the actual presence of a particular substance in a given sample. A non-specific test merely indicates that a substance falls into a category of substances. Although a non-specific test could statistically suggest the identity of the substance, this could lead to false positive identification.

## Gravimetric Analysis

Gravimetric analysis describes a set of methods in analytical chemistry for the quantitative determination of an analyte based on the mass of a solid. A simple example is the measurement of solids suspended in a water sample: A known volume of water is filtered, and the collected solids are weighed. In most cases, the analyte must first be converted to a solid by precipitation, with an appropriate reagent. The precipitate can then be collected by filtration, washed, dried to remove traces of moisture from the solution, and weighed. The amount of analyte in the original sample can then be calculated from the mass of the precipitate and its chemical composition.

## UV Spectrometry

Ultraviolet (UV) spectroscopy is a physical technique of the optical spectroscopy that uses light in the visible, ultraviolet, and near infrared ranges. The Beer-Lambert law states that the absorbance of a solution is directly proportional to the concentration of the absorbing species in the solution and the path length. Thus, for a fixed path length, UV / VIS spectroscopy can be used to determine the concentration of the absorber in a solution. It is necessary to know how rapidly the absorbance changes with concentration.

## Infrared Spectroscopy

Infrared spectroscopy is the subset of spectroscopy that deals with the infrared region of the electromagnetic spectrum. It covers a range of techniques, the most common being a form of absorption spectroscopy. As with all spectroscopic techniques, it can be used to identify compounds and investigate sample compositions. A common laboratory instrument that uses this technique is an infrared spectrophotometer. The infrared portion of the electromagnetic spectrum is usually divided into three regions; the near-, mid- and far-infrared, named according to their relation to the visible spectrum. The

far-infrared, approximately $400 – 10$ cm$^{-1}$ ($1000 – 30$ μm), lying adjacent to the microwave region, has low energy and may be used for rotational spectroscopy. The mid-infrared, approximately $4000 – 400$ cm$^{-1}$ ($30 – 2.5$ μm), may be used to study the fundamental vibrations and associated rotational-vibrational structure.

## Fluorescence Spectroscopy

Fluorescence spectroscopy is called as fluorometry or spectrofluorometry. It is a type of electromagnetic spectroscopy, which analyzes the fluorescence from a sample. It involves using a beam of light, usually ultraviolet light, which excites the electrons in the molecules of certain compounds and causes them to emit light of a lower energy, typically, but not necessarily, visible light. A complementary technique is absorption spectroscopy. Devices that measure fluorescence are called fluorometers or fluorimeters.

## Characterization Method

Highly sophisticated instrumentation, such as MS attached to a GC or HPLC, are inevitable tools in the identification of minor components (drugs, impurities, degradation products, metabolites) in various matrices. For characterization of impurities, different techniques are used; which are as follows;

### Mass spectrometry

Mass spectrometers are used in the industry and academia for both routine and research purposes. The following list is just a brief summary of the major mass spectrometric applications:

Biotechnology: Is the analysis of proteins, peptides, and oligonucleotides.

Pharmaceuticals: Deal with drug discovery, combinatorial chemistry, pharmacokinetics, and drug metabolism.

Clinical: Deals with neonatal screening, hemoglobin analysis, and drug testing.

Environmental: Deals with polycyclic aromatic hydrocarbons (PAHs), Polychlorinated biphenyls (PCBs), water quality, and food contamination.

Geological: Deals with the oil composition.

The instruments include: Ionization source, for example, electrospray ionization (ESI) and matrix-assisted laser desorption ionization (MALDI); Analyzer mass to charge (m/z), for example, quadruple and magnet; FT-ICR detector, for example, the photomultiplier micro-channel plate electron multiplier.

Ionization methods include the following:
Atmospheric Pressure Chemical Ionization (APCI), Chemical Ionization (CI), Electron Impact (EI), Electrospray ionization (ESI), Fast atom bombardment (FAB), Field desorption / Field ionization (FD / FI), Matrix-assisted laser desorption ionization (MALDI), and Thermospray ionization (TSP).

### NMR spectroscopy

Nuclear Magnetic Resonance (NMR) spectroscopy is a powerful and theoretically complex analytical tool. In NMR, the chemical environment of the specific nuclei is deduced from the information obtained about the nuclei.

Nuclear magnetic resonance (NMR) is a property that magnetic nuclei have in a magnetic field and the applied electromagnetic (EM) pulse or pulses, which cause the nuclei to absorb energy from the EM pulse and radiate this energy back out. The energy radiated back out is at a specific resonance frequency, which depends on the strength of the magnetic field and other factors. This allows for the observation of specific quantum mechanical magnetic properties of an atomic nucleus. Many scientific techniques exploit NMR phenomena, to study molecular physics, crystals, and non-crystalline materials, through NMR spectroscopy. NMR is also routinely used in advanced medical imaging techniques, such as in magnetic resonance imaging (MRI).

All stable nuclides that contain an odd number of protons and / or neutrons (see Isotope) have an intrinsic magnetic moment and angular momentum, in other words a spin > 0, while all nuclides with even numbers of both have spin 0. The most commonly studied nuclei are $^1$H (the most NMR-sensitive isotope after the radioactive $^3$H) and $^{13}$C, although nuclei from isotopes of many other elements (e.g., $^2$H, $^{10}$B, $^{11}$B, $^{14}$N, $^{15}$N, $^{17}$O, $^{19}$F, $^{23}$Na, $^{29}$Si, $^{31}$P, $^{35}$Cl, $^{113}$Cd, and $^{195}$Pt) are studied by high-field NMR spectroscopy as well.

A key feature of NMR is that the resonance frequency of a particular substance is directly proportional to the strength of the applied magnetic field. It is this feature that is exploited in imaging techniques. If a sample is placed in a nonuniform magnetic field, then the resonance frequencies of the sample's nuclei depend on where in the field they are located. As the resolution of the imaging techniques depends on how big the gradient of the field is, many efforts are made to develop more powerful magnets, often using superconductors. The effectiveness of NMR can also be improved using hyper polarization, and / or two-dimensional, three-dimensional, and higher dimension multi-frequency techniques.

Nuclear Magnetic Resonance phenomena are also utilized in low-field NMR, NMR spectroscopy, and MRI in the Earth's magnetic field (referred to as Earth's field NMR).[25]

### Raman spectroscopy

Raman spectroscopy is a spectroscopic technique used to study vibrational, rotational, and other low-frequency modes in a system. It relies on the inelastic scattering or the Raman scattering of the monochromatic light, usually from a laser, in the visible, near infrared, or near ultraviolet range. The laser light interacts with the photons or other

Pilaniya, *et al.*: Recent trends in impurity profile

excitations in the system, resulting in the energy of the laser photons being shifted up or down. The shift in energy gives information about the phonon modes in the system. Infrared spectroscopy yields similar, but complementary, information. Typically, a sample is illuminated with a laser beam. Light from the illuminated spot is collected with a lens and sent through a monochromator. Wavelengths close to the laser line, due to elastic Rayleigh scattering, are filtered out, while the rest of the collected light is dispersed onto a detector.

Spontaneous Raman scattering is typically very weak, and as a result the main difficulty of Raman spectroscopy is separating the weak inelastically scattered light from the intense Rayleigh scattered laser light. Modern instrumentation almost universally employs notch or edge filters for laser rejection and spectrographs (either axial transmissive (AT) or Czerny-Turner (CT) monochromator) or FT (Fourier transform spectroscopy), and CCD detectors.

There are a number of advanced types of Raman spectroscopy, including surface-enhanced Raman, tip-enhanced Raman, polarized Raman, stimulated Raman (analogous to stimulated emission), transmission Raman, spatially-offset Raman, and hyper Raman. Heavily B-doped polycrystalline diamond films ($[B] \geq 10^{19}$ cm$^{-3}$) are studied by Raman spectroscopy and electron spin resonance. The formation of an impurity band is accompanied by a Fano-type interference for the one-photon scattering. Bands at 1200 and 500 cm$^{-1}$ are observed in Raman spectroscopy for concentrations above $10^{20}$ cm$^{-3}$. They are related to the maxima in the photon density of states, and are ascribed to disordered regions or crystalline regions of very small size. The concentration of defects associated with the paramagnetic signal observed around $g = 2.0030$ increases drastically above $10^{21}$ B cm$^{-3}$. The Mott insulator-metal transition is accompanied by the presence of a new paramagnetic signal ($g = 2.0007$ for $2 \times 10^{20}$ B cm$^{-3}$, $g = 1.9990$ for $10^{21}$ B cm$^{-3}$) ascribed to free holes in the impurity band.[26]

## APPLICATIONS OF ISOLATION AND CHARACTERIZATION OF IMPURITIES

Numerous applications have been sought in the areas of drug designing and monitoring. Quality, stability, and safety of pharmaceutical compounds, whether produced synthetically, extracted from natural products or produced by recombinant methods. The applications include alkaloids, amines, amino acids, analgesics, antibacterials, anticonvulsants, antidepressants, tranquilizers, antineoplastic agents, local anesthetics, macromolecules, steroids, and so on.[27]

## CONCLUSION

Isolation and characterization of impurities is mandatory

for acquiring and evaluating data that establishes biological safety, which reveals the need and scope for impurity profiling of drugs in pharmaceutical research. To isolate and quantify the impurities, various instrumental analytical techniques have been used routinely. Moreover the recognition and regulatory contemplation of organic impurities is an extremely complex problem owing to numerous sources ranging from microbial contamination to degradation products of APIs apart from traces of intermediates. Although, ICH has an out lighted course of action with regard to impurities, but still much more needs to be done. Hence, there is a strapping need to have unified specifications / standards with regard to impurities.

## REFERENCES

1. Keitel S. Impurity Profiles in Active Pharmaceutical Ingredients. EU / Swissmedic GMP Workshop Beijing University; Sep. 2006.

2. Josephs JL, Sanders M, Shipkova P. Detection and Characterization of Pharmaceutical Metabolites, Degradants and Impurities by the Application of MS / MS Software Algorithms; Technical Program. Feb 25, 2007.

3. Condorelli G, De Guidi G, Giulfrido S. Molecular mechanisms of photosensitization induced by drugs XII. Photochemistry and photosensitization of rufloxacin: An unusual photodegradation path for the antibacterials containing a fluoroquinolone like chromophore. Photochem Photobiol 1999;70:280-6.

4. Connor KA, Amidon GL, Stella VJ. Chemical Stability of Pharmaceuticals- A Handbook for Pharmacists. 2nd ed. New York: John Wiley and Sons; 1986. p. 182-4.

5. Hoerle SL, Evans KD, Snider BG. HPLC Determination of Impurities in a 3rd Generation Cephalosporin. Somerset, New Jersey: Eastern Analytical Symposium; Nov, 16-20, 1992.

6. Roy J, Bhuiyan K, Faruque A. Injectable ergometrine: Stability and packaging for developing countries. Indian Drugs1997; 34:634-6.

7. Kumar V, Sunder N, Potdar A. Critical factors in developing pharmnaceutical formulations- An overview. Part 2. Pharm Technol 1992;16:86-8.

8. Smith A, Pennefather PM, Kaye SB. Fluoroquinolones - place in ocular therapy. Drugs 2001;61:747-61.

9. Roy J, Das SC. The effect of sunlight on ciprofloxacin eye drops. 2010. [In press].

10. Riley TN. Steric aspects of drug action. Pharmacist 1998;23:40-51.

11. Hatakka H, Alatalo H, Palosaari S. Effect of Impurities and additives on crystal Growth Available from: http://www2.lut.fi/~hhatakka/docit/impure.html.[Last accessed on 2010].

12. Jacobs P, Dewe W, Flament A. A new validation approach applied to the GC determination of impurities in organic solvents. J Pharm Biomed Anal 2005;40:294-304.

13. Gimeno P, Besacier F, Bottex M, Dujourdy L, Chaudron-Thozet H. A study of impurities in intermediates and 3, 4 methylenedioxymethamphetamine (MDMA) samples produced via reductive amination routes. Forensic Sci Int 2005;155:141-57.

14. Ahuja S. Impurities Evaluation of Pharmaceuticals. New York: Marcel Dekker; 1998. p. 142.

15. Humfrey C. Keeping afloat in a sea of impurities, Global Safety Assessment AstraZeneca. London: R and D, SCI; Jun 07, 2007.

16. Markovic I. Evaluation of safety and quality impact of extractable and leachable substances in therapeutic biologic protein products: A risk-based perspective. Informa 2007;6:487-91.

Pilaniya, *et al.*: Recent trends in impurity profile

17. Bari SB, Kadam BR, Jaiswal YS. Impurity profile: Significance in Active Pharmaceutical Ingredient. Eurasian J Anal Chem 2007;2:1.

18. Peter JS, Ahmed A, Yan W. An HPLC chromatographic reactor approach for investigating the hydrolytic stability of a pharmaceutical compound. J Pharm Biomed Anal 2006;41:883-90.

19. Radhakrishna T, Satynarayana J, Satynarayana A. Determination of Loratidine and its Related Impurities by HPLC. Indian Drugs 2002;39:342.

20. Radhakrishna T, Satynarayana J, Satynarayana A. HPLC method for the Degradation of Celecoxib and its Related Impurities. Indian Drugs 2002;40:166.

21. Zawilla NH, Li B, Hoogmartens J. Improved RP-LC method combined with pulsed electrochemical detection for the analysis of amikacin. J Pharm Biomed Anal 2006;42:114.

22. Still WC, Kahn M, Mitra A. Flash chromatography. J Org Chem 1978;43:2923-5.

23. Donald LP, Gary ML. Introduction to Organic Laboratory Techniques. Vol. 4. Thomson Brooks; 2006. p. 797-817.

24. Look DC, Jones RL, Cantwell G. Characterization of homoepitaxial *p*-type ZnO grown by molecular beam epitaxy. Appl Phys Lett 2002;81:1830.

25. Buckau G, Duschner H, Psarros N. Characterization of humic and fulvic acids from Gorleben groundwater. Fresenius J Anal Chem 1990;338:245-52.

26. Gonon P, Gheeraert E, Deneuville A.Characterization of heavily B-doped polycrystalline diamond films using Raman spectroscopy and electron spin resonance. J Appl Phys 1995;78:7059-2.

27. Lohr LL, Sharp TR, Alsante KM. Isolation and Identification of Process Related Impurities and Degradation Products from Pharmaceutical Drug Candidates. Part 2: The Roles of NMR and Mass Spectrometry. Am Pharm Rev 2001;14:232-9. available from:http: // www.americanpharmaceuticalreview.com / past_articles_f.htm [Last accessed on 2010].

**Source of Support:** Nil, **Conflict of Interest:** Nil.

## New features on the journal's website

**Optimized content for mobile and hand-held devices**
HTML pages have been optimized of mobile and other hand-held devices (such as iPad, Kindle, iPod) for faster browsing speed.
Click on **[Mobile Full text]** from Table of Contents page.
This is simple HTML version for faster download on mobiles (if viewed on desktop, it will be automatically redirected to full HTML version)

**E-Pub for hand-held devices**
EPUB is an open e-book standard recommended by The International Digital Publishing Forum which is designed for reflowable content i.e. the text display can be optimized for a particular display device.
Click on **[EPub]** from Table of Contents page.
There are various e-Pub readers such as for Windows: Digital Editions, OS X: Calibre/Bookworm, iPhone/iPod Touch/iPad: Stanza, and Linux: Calibre/Bookworm.

**E-Book for desktop**
One can also see the entire issue as printed here in a 'flip book' version on desktops.
Links are available from Current Issue as well as Archives pages.
Click on View as eBook

# Exhibit 22

# MARTIN'S
# PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES

## Physical Chemical and Biopharmaceutical Principles in the Pharmaceutical Sciences

### EIGHTH EDITION

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

EDITOR

**PATRICK J. SINKO, PhD, RPh**

Distinguished Professor
Parke-Davis Chair Professor in Pharmaceutics and Drug Delivery
Ernest Mario School of Pharmacy
Rutgers, The State University of New Jersey
Piscataway, New Jersey

Wolters Kluwer

Philadelphia · Baltimore · New York · London
Buenos Aires · Hong Kong · Sydney · Tokyo

*Acquisitions Editor:* Matt Hauber
*Development Editor:* Deborah Bordeaux
*Editorial Coordinator:* Vinodhini Varadharajalu
*Marketing Manager:* Phyllis Hitner
*Production Project Manager:* Justin Wright
*Manager, Graphic Arts & Design:* Stephen Druding
*Art Director:* Jennifer Clements
*Manufacturing Coordinator:* Margie Orzech
*Prepress Vendor:* Aptara, Inc.

8th edition

Copyright © 2024 Wolters Kluwer.
Copyright © 2017 Wolters Kluwer.
Copyright © 2011, 2006 Lippincott Williams & Wilkins, a Wolters Kluwer business.

Two Commerce Square
2001 Market Street
Philadelphia, PA 19103 USA
LWW.com

All rights reserved. This book is protected by copyright. No part of this book may be reproduced or transmitted in any form or by any means, including photocopies or scanned-in or other electronic copies, or utilized by any information storage and retrieval system without written permission from the copyright owner, except for brief quotations embodied in critical articles and reviews. Materials appearing in this book prepared by individuals as part of their official duties as U.S. government employees are not covered by the above-mentioned copyright. To request permission, please contact Lippincott Williams & Wilkins at Two Commerce Square, 2001 Market Street, Philadelphia, PA 19103, via e-mail at permissions@lww.com, or via Website at shop.lww.com (products and services).

9  8  7  6  5  4  3  2  1

Printed in Mexico

Library of Congress Cataloging-in-Publication Data
Names: Sinko, Patrick J., editor.
Title: Martin's physical pharmacy and pharmaceutical sciences : physical
   chemical and biopharmaceutical principles in the pharmaceutical sciences /
   editor, Patrick J. Sinko.
Other titles: Physical pharmacy and pharmaceutical sciences
Description: Eighth edition. | Philadelphia, PA : Wolters Kluwer, [2024] |
   Includes bibliographical references and index.
Identifiers: LCCN 2022051835 (print) | LCCN 2022051836 (ebook) |
   ISBN 9781975174811 (paperback) | ISBN 9781975174828 (ebook)
Subjects: MESH: Chemistry, Pharmaceutical | Chemistry, Physical | BISAC:
   MEDICAL / Pharmacy | MEDICAL / Education & Training
Classification: LCC RS403 (print) | LCC RS403 (ebook) | NLM QV 744 | DDC
   615/.19–dc23/eng/20230113
LC record available at https://lccn.loc.gov/2022051835
LC ebook record available at https://lccn.loc.gov/2022051836

This work is provided "as is," and the publisher disclaims any and all warranties, express or implied, including any warranties as to accuracy, comprehensiveness, or currency of the content of this work.

This work is no substitute for individual patient assessment based upon healthcare professionals' examination of each patient and consideration of, among other things, age, weight, gender, current or prior medical conditions, medication history, laboratory data and other factors unique to the patient. The publisher does not provide medical advice or guidance and this work is merely a reference tool. Healthcare professionals, and not the publisher, are solely responsible for the use of this work including all medical judgments and for any resulting diagnosis and treatments.

Given continuous, rapid advances in medical science and health information, independent professional verification of medical diagnoses, indications, appropriate pharmaceutical selections and dosages, and treatment options should be made and healthcare professionals should consult a variety of sources. When prescribing medication, healthcare professionals are advised to consult the product information sheet (the manufacturer's package insert) accompanying each drug to verify, among other things, conditions of use, warnings and side effects and identify any changes in dosage schedule or contraindications, particularly if the medication to be administered is new, infrequently used or has a narrow therapeutic range. To the maximum extent permitted under applicable law, no responsibility is assumed by the publisher for any injury and/or damage to persons or property, as a matter of products liability, negligence law or otherwise, or from any reference to or use by any person of this work.

shop.lww.com

 

# MOLECULAR DISPERSIONS

**5**

### PATRICK J. SINKO

content is prohibited. Unauthorized reproduction of this content is prohibited.

## CHAPTER OBJECTIVES

**At the conclusion of this chapter the student should be able to:**

1 Identify and describe the four colligative properties of nonelectrolytes in solution.
2 Understand the various types of pharmaceutical true solutions.
3 Calculate molarity, normality, molality, mole fraction, percentage expressions, and equivalent weights.
4 Define ideal and real solutions using Raoult's and Henry's laws.
5 Use Raoult's law to calculate partial and total vapor pressure.
6 Calculate vapor pressure lowering, boiling point elevation, freezing point lowering, and pressure for solutions of nonelectrolytes.
7 Use colligative properties to determine molecular weight.
8 Understand the important properties of solutions of electrolytes.
9 Understand and apply Faraday's law and electrolytic conductance.

10 Calculate the conductance of solutions, the equivalent conductance, and the equivalent conductance of electrolytes.
11 Compare and contrast the colligative properties of electrolytic solutions and concentrated solutions of nonelectrolytes.
12 Apply the Arrhenius theory of electrolytic dissociation.
13 Apply the theory of strong electrolytes; for example, calculate the degree of dissociation, activity coefficients, and so on.
14 Calculate ionic strength.
15 Calculate osmotic coefficients, osmolality, and osmolarity.
16 Understand the differences between osmolality and osmolarity.
17 Describe three classes of solid solutions and how they differ.
18 Understand the differences between substitutional and interstitial solid solutions.

## INTRODUCTION

In this chapter, you will begin to learn about pharmaceutical systems. In the pharmaceutical sciences, a system is a bounded space or an exact quantity of a substance. Substances can be mixed to form a variety of pharmaceutical mixtures (or dispersions) such as true solutions, colloidal dispersions, and coarse dispersions. A dispersion usually consists of at least two phases with one or more dispersed (internal) phases in a single continuous (external) phase. A phase is a distinct homogeneous part of a system separated by definite boundaries from other parts of the system. Each phase may be consolidated into a contiguous mass or region, such as a single tea leaf floating in water. A true solution is a mixture of two or more components that form a homogeneous molecular dispersion, in other words, a one-phase system with consistent properties. From a thermodynamic perspective, a solution is a mixture of two or more substances that forms a stable, molecular dispersion. In a true solution, the suspended particles are less than 1 nm in size, are completely dissolved, and are not large enough to scatter light but are small enough to be evenly dispersed, resulting in a homogeneous appearance. An example of a true solution is a mixture of sugar and water such as Simple Syrup.

The diameter of particles in coarse dispersions is greater than ~500 nm (0.5 $\mu$m). Two typical pharmaceutical coarse dispersions are emulsions (liquid–liquid dispersions) and suspensions (solid–liquid dispersions). A colloidal dispersion represents a system with a particle size between a true solution and a coarse dispersion, roughly 1 to 500 nm. A colloidal dispersion may be considered a two-phase (heterogeneous) system under some circumstances. However, it may also be a one-phase system (homogeneous) under other circumstances. For example, liposomes or microspheres in an aqueous delivery vehicle are considered heterogeneous colloidal dispersions because they consist of distinct particles constituting a separate phase. On the other hand, colloidal dispersions of acacia or sodium carboxymethyl-cellulose in water are homogeneous since they do not differ significantly from a sucrose solution. Therefore, they are a single-phase system or true solution.[1] Another example of a homogeneous colloidal dispersion that is also considered a true solution is drug–polymer conjugates since they can completely dissolve in water. This chapter focuses on molecular dispersions, also known as true solutions. Later chapters will cover colloidal and coarse dispersions.

A solution composed of only two substances (a solvent and a solute) is a binary solution. The terms component and constituent are used interchangeably to represent the pure chemical substances that make up a solution. The number of components has a definite significance in the phase rule. The constituent present in the greater amount in a binary solution is arbitrarily designated as the solvent and the constituent in the lesser amount as the solute. When a solid is dissolved in a liquid, however, the liquid is usually taken as the solvent and the solid as the solute, irrespective of the relative amounts of the constituents. When water is one of the constituents of a liquid mixture, it is usually considered the solvent. When dealing with mixtures of liquids that are miscible in all proportions, such as alcohol and water, it is less

**111**

### TABLE 5-1

### Types of Solutions

| Solute | Solvent | Example |
|--------|---------|---------|
| Gas | Gas | Air |
| Liquid | Gas | Water in oxygen |
| Solid | Gas | Iodine vapor in air |
| Gas | Liquid | Carbonated water |
| Liquid | Liquid | Alcohol in water |
| Solid | Liquid | Aqueous sodium chloride solution |
| Gas | Solid | Hydrogen in palladium |
| Liquid | Solid | Mineral oil in paraffin |
| Solid | Solid | Ionic cocrystal of escitalopram oxalate (Lexapro) |

meaningful to classify the constituents as solute and solvent. The various types of solutions and examples are shown in Table 5-1.

## PHYSICAL PROPERTIES OF SUBSTANCES

The physical properties of substances can be classified as *colligative, additive,* and *constitutive.* In the field of thermodynamics, physical properties of systems are classified as *extensive* properties, which depend on the quantity of the matter in the system (e.g., mass and volume), and *intensive* properties, which are independent of the amount of the substances in the system (e.g., temperature, pressure, density, surface tension, and viscosity of a pure liquid).

*Colligative properties* depend mainly on the number of particles in a solution. The colligative properties of solutions

KEY CONCEPT

## PHARMACEUTICAL DISPERSIONS

Broadly defined, a solution may be any combination of solids, liquids, and gases. When two substances are mixed, one becomes dispersed in the other. Only the size of the dispersed phase and not its composition is considered when classifying a pharmaceutical dispersion. The two components may become dispersed at the molecular level forming a true solution. In other words, the dispersed phase is smaller than 1 nm, completely dissolves, cannot scatter light, and cannot be visualized using microscopy. If the dispersed phase is in the size range of 1 to 500 nm, it is considered a colloidal dispersion. Common examples of colloidal dispersions include blood, liposomes, and zinc oxide paste. If the particle size is greater than 500 nm (or 0.5 $\mu$m), it is considered a coarse dispersion. Two common examples of coarse dispersions are emulsions and suspensions.

are osmotic pressure, vapor pressure lowering, freezing point depression, and boiling point elevation. The values of the colligative properties are approximately the same for equal concentrations of different nonelectrolytes in solution regardless of the species or chemical nature of the constituents. In considering the colligative properties of solid-in-liquid solutions, it is assumed that the solute is nonvolatile and that the pressure of the vapor above the solution is provided entirely by the solvent.

*Additive properties* depend on the total contribution of the atoms in the molecule or on the sum of the properties of the constituents in a solution. An example of an additive property of a compound is the molecular weight, that is, the sum of the masses of the constituent atoms. The masses of the components of a solution are also additive, the total mass of the solution being the sum of the masses of the individual components.

*Constitutive properties* depend on the arrangement and to a lesser extent on the number and kind of atoms within a molecule. These properties give clues to the constitution of individual compounds and groups of molecules in a system. Many physical properties may be partly additive and partly constitutive. The refraction of light, electric properties, surface and interfacial characteristics, and the solubility of drugs are at least in part constitutive and in part additive properties; these are considered in other sections of the book.

### Types of Solutions

A solution can be classified according to the states in which the solute and solvent occur, and because three states of matter (gas, liquid, and crystalline solid) exist, nine types of homogeneous mixtures of solute and solvent are possible. These types, together with some examples, are given in Table 5-1.

When solids or liquids dissolve in a gas to form a gaseous solution, the molecules of the solute can be treated thermodynamically like a gas; similarly, when gases or solids dissolve in liquids, the gases and the solids can be considered to exist in the liquid state. In the formation of solid solutions, the atoms of the gas or liquid take up positions in the crystal lattice and behave like atoms or molecules of solids.

The solutes (whether gases, liquids, or solids) are divided into two main classes: *nonelectrolytes* and *electrolytes.* Nonelectrolytes are substances that do not ionize when dissolved in water and therefore do not conduct an electric current through the solution. Examples of nonelectrolytes are sucrose, glycerin, naphthalene, and urea. The colligative properties of solutions of nonelectrolytes are fairly regular. A 0.1-molar (M) solution of a nonelectrolyte produces approximately the same colligative effect as any other nonelectrolytic solution of equal concentration. Electrolytes are substances that form ions in solution, conduct electric current, and show apparent "anomalous" colligative properties; that is, they produce a considerably greater freezing point depression and boiling point elevation than do nonelectrolytes of the same concentration. Examples of electrolytes are hydrochloric acid, sodium sulfate, ephedrine, and phenobarbital.

Electrolytes may be subdivided further into *strong electrolytes* and *weak electrolytes* depending on whether the substance is completely or only partly ionized in water. Hydrochloric acid and sodium sulfate are strong electrolytes, whereas ephedrine and phenobarbital are weak electrolytes. The classification of electrolytes according to Arrhenius and the discussion of the modern theories of electrolytes are given later in the book.

## CONCENTRATION EXPRESSIONS

The concentration of a solution can be expressed either in terms of the quantity of solute in a definite *volume of solution* or as the quantity of solute in a definite *mass of solvent or solution*. The various expressions are summarized in Table 5-2.

### Molarity and Normality

Molarity and normality are the expressions commonly used in analytical work.[2] All solutions of the same molarity contain the same number of solute molecules in a definite volume of solution. When a solution contains more than one solute, it may have different molar concentrations with respect to the various solutes. For example, a solution can be 0.001 M with respect to phenobarbital and 0.1 M with respect to sodium chloride. One liter of such a solution is prepared by adding 0.001 mole of phenobarbital (0.001 mole × 232.32 g/mole = 0.2323 g) and 0.1 mole of sodium chloride (0.1 mole × 58.45 g/mole = 5.845 g) to enough water to make 1,000 mL of solution.

Difficulties are sometimes encountered when one desires to express the molarity of an ion or radical in a solution. A molar solution of sodium chloride is 1 M with respect to both the sodium and the chloride ion, whereas a molar solution of $Na_2CO_3$ is 1 M with respect to the carbonate ion and

2 M with respect to the sodium ion because each mole of this salt contains 2 moles of sodium ions. A molar solution of sodium chloride is also 1 normal (1 N) with respect to both its ions; however, a molar solution of sodium carbonate is 2 N with respect to both the sodium and the carbonate ion.

Molar and normal solutions are popular in chemistry because they can be brought to a convenient volume; a volume aliquot of the solution, representing a known weight of solute, is easily obtained using the burette or pipette.

Both molarity and normality have the disadvantage of changing value with temperature because of the expansion or contraction of liquids and should not be used when one wishes to study the properties of solutions at various temperatures. Another difficulty arises in the use of molar and normal solutions for the study of properties such as vapor pressure and osmotic pressure, which are related to the concentration of the solvent. The volume of the solvent in a molar or a normal solution is not usually known, and it varies for different solutions of the same concentration, depending upon the solute and solvent involved.

### Molality

A molal solution is prepared in terms of weight units and does not have the disadvantages just discussed; therefore, molal concentration appears more frequently than molarity and normality in theoretical studies. It is possible to convert molality into molarity or normality if the final volume of the solution is observed or if the density is determined. In aqueous solutions more dilute than 0.1 M, it usually may be assumed for practical purposes that molality and molarity are equivalent. For example, a 1% solution by weight of sodium chloride with a specific gravity of 1.0053 is 0.170 M and 0.173 molal (0.173 *m*). The following difference between molar and molal solutions should also be noted. If another solute, containing neither sodium nor chloride ions, is added to a certain volume of a molal solution of sodium chloride,

## TABLE 5-2

### Concentration Expressions

| Expression | Symbol | Definition |
|---|---|---|
| Molarity | M,c | Moles (gram molecular weights) of solute in 1 L of solution |
| Normality | N | Gram equivalent weights of solute in 1 L of solution |
| Molality | *m* | Moles of solute in 1,000 g of solvent |
| Mole fraction | X,N | Ratio of the moles of one constituent (e.g., the solute) of a solution to the total moles of all constituents (solute and solvent) |
| Mole percent | | Moles of one constituent in 100 moles of the solution; mole percent is obtained by multiplying mole fraction by 100 |
| Percent by weight | % w/w | Grams of solute in 100 g of solution |
| Percent by volume | % v/v | Milliliters of solute in 100 mL of solution |
| Percent weight-in-volume | % w/v | Grams of solute in 100 mL of solution |
| Milligram percent | | Milligrams of solute in 100 mL of solution |

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

Case 1:24-cv-00065-JLH Document 420-1 Filed 07/01/26 Page 244 of 437 PageID #: 17382

the solution remains 1 *m* in sodium chloride, although the total volume and the weight of the solution increase. Molarity, of course, *decreases* when another solute is added because of the increase in volume of the solution.

Molal solutions are prepared by adding the proper weight of solvent to a carefully weighed quantity of the solute. The volume of the solvent can be calculated from the specific gravity, and the solvent can then be measured from a burette rather than weighed.

## Mole Fraction

Mole fraction is used frequently in experimentation involving theoretical considerations because it gives a measure of the relative proportion of moles of each constituent in a solution. It is expressed as

$$X_1 = \frac{n_1}{n_1 + n_2} \tag{5-1}$$

$$X_2 = \frac{n_2}{n_1 + n_2} \tag{5-2}$$

for a system of two constituents. Here $X_1$ is the mole fraction of constituent 1 (the subscript 1 is ordinarily used as the designation for the solvent), $X_2$ is the mole fraction of constituent 2 (usually the solute), and $n_1$ and $n_2$ are the numbers of moles of the respective constituents in the solution. The sum of the mole fractions of solute and solvent must equal unity. Mole fraction is also expressed in percentage terms by multiplying $X_1$ or $X_2$ by 100. In a solution containing 0.01 mole of solute and 0.04 mole of solvent, the mole fraction of the solute is $X_2 = 0.01/(0.04 + 0.01) = 0.20$. Because the mole fractions of the two constituents must equal 1, the mole fraction of the solvent is 0.8. The mole percent of the solute is 20%; the mole percent of the solvent is 80%.

The manner in which mole fraction is defined allows one to express the relationship between the number of solute and solvent molecules in a simple, direct way. In the example just given, it is readily seen that 2 of every 10 molecules in the solution are solute molecules, and it will be observed later that many of the properties of solutes and solvents are directly related to their mole fraction in the solution. For example, the partial vapor pressure above a solution brought about by the presence of a volatile solute is equal to the vapor pressure of the pure solute multiplied by the mole fraction of the solute in the solution.

## Percentage Expressions

The percentage method of expressing the concentration of pharmaceutical solutions is quite common. Percentage by weight signifies the number of grams of solute per 100 g of solution. A 10% by weight (% w/w) aqueous solution of glycerin contains 10 g of glycerin dissolved in enough water (90 g) to make 100 g of solution. Percentage by volume is expressed as the volume of solute in milliliters contained in 100 mL of the solution. Alcohol (United States Pharmacopeia) contains 92.3% by weight and 94.9% by volume of $C_2H_5OH$ at 15.56°C; that is, it contains 92.3 g of $C_2H_5OH$ in 100 g of solution or 94.9 mL of $C_2H_5OH$ in 100 mL of solution.

## Calculations Involving Concentration Expressions

The calculations involving the various concentration expressions are illustrated in the following example.

**Example 5-1 Solutions of Ferrous Sulfate**

An aqueous solution of exsiccated ferrous sulfate was prepared by adding 41.50 g of $FeSO_4$ to enough water to make 1,000 mL of solution at 18°C. The density of the solution is 1.0375 and the molecular weight of $FeSO_4$ is 151.9. Calculate (a) the molarity; (b) the molality; (c) the mole fraction of $FeSO_4$, the mole fraction of water, and the mole percent of the two constituents; and (d) the percentage by weight of $FeSO_4$

a. Molarity:

$$\text{Moles of FeSO}_4 = \frac{\text{g of FeSO}_4}{\text{Molecular weight}} = \frac{41.50}{151.9} = 0.2732$$

$$\text{Molarity} = \frac{\text{Moles of FeSO}_4}{\text{Liters of solution}} = \frac{0.2732}{1\ \text{L}} = 0.2732\ \text{M}$$

b. Molality:

$$\text{Grams of solution} = \text{Volume} \times \text{Density}$$

$$1{,}000 \times 1.0375 = 1{,}037.5\ \text{g}$$

$$\text{Grams of solvent} = \text{Grams of solution} - \text{Grams of FeSO}_4 = 1{,}037.5 - 41.5 = 996.0\ \text{g}$$

$$\text{Molality} = \frac{\text{Moles of FeSO}_4}{\text{kg of solvent}} = \frac{0.2732}{0.996} = 0.2743\ m$$

c. Mole fraction and mole percent:

$$\text{Moles of water} = \frac{996}{18.02} = 55.27\ \text{moles}$$

Mole fraction of $FeSO_4$:

$$X_2 = \frac{\text{Moles of FeSO}_4}{\text{Moles of water} + \text{Moles of FeSO}_4} = \frac{0.2732}{55.27 + 0.2732} = 0.0049$$

Mole fraction of water:

$$X_1 = \frac{55.27}{55.27 + 0.2732} = 0.9951$$

Notice that

$X_1 + X_2 = 0.9951 + 0.0049 = 1.0000$

Mole percent of $FeSO_4 = 0.0049 \times 100 = 0.49\%$

Mole percent of water $= 0.9951 \times 100 = 99.51\%$

d. Percentage by weight of $FeSO_4$:

$$= \frac{\text{g of FeSO}_4}{\text{g of solution}} \times 100 = \frac{41.50}{1{,}037.5} \times 100 = 4.00\%$$

Copyright 2024 Wolters Kluwer. Unauthorized reproduction of the content is prohibited.

## TABLE 5-3

### Conversion Equations for Concentration Terms

A. Molality (moles of solute/kg of solvent, $m$) and mole fraction of solute ($X_2$):

$$X_2 = \frac{m}{m + \dfrac{1,000}{M_1}}$$

$$m = \frac{1,000\,X_2}{M_1(1 - X_2)}$$

$$= \frac{1,000(1 - X_1)}{M_1 X_1}$$

B. Molarity (moles of solute/liter of solution, $c$) and mole fraction of solute ($X_2$):

$$X_2 = \frac{c}{c + \dfrac{1,000\rho - cM_2}{M_1}}$$

$$c = \frac{1,000\rho X_2}{M_1(1 - X_2) + M_2 X_2}$$

C. Molality ($m$) and molarity ($c$):

$$m = \frac{1,000c}{1,000\rho - M_2 c}$$

$$c = \frac{1,000\rho}{\dfrac{1,000}{m} + M_2}$$

D. Molality ($m$) and molarity ($c$) in terms of weight of solute, $w_2$, weight of solvent, $w_1$, and molecular weight, $M_2$, of solute:

$$m = \frac{w_2/M_2}{w_1/1,000} = \frac{1,000\,w_2}{w_1 M_2}$$

$$c = \frac{1,000\rho w_2}{M_2(w_1 + w_2)}$$

Definition of terms:
$\rho$ = density of the solution (g/cm$^3$)
$M_1$ = molecular weight of the solvent
$M_2$ = molecular weight of the solute
$X_1$ = mole fraction of the solvent
$X_2$ = mole fraction of the solute
$w_1$ = weight of the solvent (g, mg, kg, etc.)
$w_2$ = weight of the solute (g, mg, kg, etc.)

One can use the table of conversion equations, Table 5-3, to convert a concentration expression, say molality, into its value in molarity or mole fraction. Alternatively, knowing the weight, $w_1$, of a solvent, the weight, $w_2$, of the solute, and the molecular weight, $M_2$, of the solute, one can calculate the molarity, $c$, or the molality, $m$, of the solution. As an exercise, the reader should derive an expression relating $X_1$ to $X_2$ to the weights $w_1$ and $w_2$ and the solute's molecular weight, $M_2$. The data in *Example 5-1* are useful for determining whether your derived equation is correct.

## EQUIVALENT WEIGHTS

One gram atom of hydrogen weighs 1.008 g and consists of $6.02 \times 10^{23}$ atoms (Avogadro's number) of hydrogen. This gram atomic weight of hydrogen **can combine** with $6.02 \times 10^{23}$ atoms of fluorine **or** with half of $6.02 \times 10^{23}$ atoms of oxygen. One gram atom of fluorine weighs 19 g, and 1 g atom of oxygen weighs 16 g. Therefore, 1.008 g of hydrogen combines with 19 g of fluorine and with half of 16 or 8 g of oxygen. The quantities of fluorine and oxygen combining with 1.008 g of hydrogen are referred to as the equivalent weight of the combining atoms. One equivalent (Eq) of fluorine (19 g) combines with 1.008 g of hydrogen. One equivalent of oxygen (8 g) also combines with 1.008 g of hydrogen.

It is observed that 1 equivalent weight (19 g) of fluorine is identical with its atomic weight. Not so with oxygen, its gram equivalent weight (8 g) is equal to half its atomic weight. Stated otherwise, the atomic weight of fluorine contains 1 Eq of fluorine, whereas the atomic weight of oxygen contains 2 Eq. The equation relating these atomic quantities is as follows (the equation for molecules is quite like that for atoms, as seen in the next paragraph):

$$\text{Equivalent weight} = \frac{\text{Atomic weight}}{\substack{\text{Number of equivalents per} \\ \text{atomic weight (valence)}}} \qquad 5\text{-}3$$

The number of equivalents per atomic weight, namely, 1 for fluorine and 2 for oxygen, is the common *valence* of these elements. Many elements may have more than one valence and hence several equivalent weights, depending on the reaction under consideration. Magnesium will combine with two atoms of fluorine, and each fluorine can combine with one atom of hydrogen. Therefore, the valence of magnesium is 2, and its equivalent weight, according to equation (5-3), is one-half of its atomic weight (24/2 = 12 g/Eq). Aluminum will combine with three atoms of fluorine; the valence of aluminum is therefore 3 and its equivalent weight is one-third of its atomic weight, or 27/3 = 9 g/Eq.

The concept of equivalent weights not only applies to atoms but also extends to molecules. The equivalent weight of sodium chloride is identical to its molecular weight, 58.5 g/Eq; that is, the equivalent weight of sodium chloride is the sum of the equivalent weights of sodium (23 g) and chlorine (35.5 g), or 58.5 g/Eq. The equivalent weight of sodium chloride is identical to its molecular weight, 58.5 g, because the valence of sodium and chlorine is each 1 in the compound. The equivalent weight of $Na_2CO_3$ is numerically half of its molecular weight. The valence of the carbonate ion, $CO_3^{2-}$, is 2, and its equivalent weight is 60/2 = 30 g/Eq. Although the valence of sodium is 1, two atoms are present in $Na_2CO_3$, providing a weight of $2 \times 23$ g = 46 g; its equivalent weight is one-half of this, or 23 g/Eq. The equivalent weight of $Na_2CO_3$ is therefore 30 + 23 = 53 g, which is one half the molecular weight. The relationship of equivalent

Copyright @ 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

weight to molecular weight for molecules such as NaCl and $Na_2CO_3$ is [compare equation (5-3) for atoms]

$$\text{Equivalent weight (g/Eq)} = \frac{\text{molecular weight (g/mole)}}{\text{equivalent/mole}}$$

5-4

<div style="border:1px solid">

**Example 5-2   Calculation of Equivalent Weight**

(a) What is the number of equivalents per mole of $K_3PO_4$, and what is the equivalent weight of this salt? (b) What is the equivalent weight of $KNO_3$? (c) What is the number of equivalents per mole of $Ca_3(PO_4)_2$, and what is the equivalent weight of this salt?

a. $K_3PO_4$ represents 3 Eq/mole, and its equivalent weight is numerically equal to one-third of its molecular weight, namely, (212 g/mole) ÷ (3 Eq/mole) = 70.7 g/Eq.
b. The equivalent weight of $KNO_3$ is also equal to its molecular weight, or 101 g/Eq.
c. The number of equivalents per mole for $Ca_3(PO_4)_2$ is 6 (i.e., three calcium ions each with a valence of 2 or two phosphate ions each with a valence of 3). The equivalent weight of $Ca_3(PO_4)_2$ is therefore one-sixth of its molecular weight, or 310/6 = 51.7 g/Eq.

</div>

For a complex salt such as monobasic potassium phosphate (potassium acid phosphate), $KH_2PO_4$ (molecular weight, 136 g), the equivalent weight depends on how the compound is used. If it is used for its potassium content, the equivalent weight is identical to its molecular weight, or 136 g. When it is used as a buffer for its hydrogen content, the equivalent weight is one-half of the molecular weight, 136/2 = 68 g, because two hydrogen atoms are present. When used for its phosphate content, the equivalent weight of $KH_2PO_4$ is one-third of the molecular weight, 136/3 = 45.3 g, because the valence of phosphate is 3.

As defined in Table 5-2, the normality of a solution is the equivalent weight of the solute in 1 L of solution. For NaF, $KNO_3$, and HCl, the number of equivalent weights equals the number of molecular weights, and normality is identical with molarity. For $H_3PO_4$, the equivalent weight is one-third of the molecular weight, 98 g/3 = 32.67 g/Eq, assuming complete reaction, and a 1 N solution of $H_3PO_4$ is prepared by weighing 32.67 g of $H_3PO_4$ and bringing it to a volume of 1 L with water. For a 1 N solution of sodium bisulfate (sodium acid sulfate), $NaHSO_4$ (molecular weight 120 g), the weight of salt needed depends on the species for which the salt is used. If used for sodium or hydrogen, the equivalent weight would equal the molecular weight, or 120 g/Eq. If the solution were used for its sulfate content, 120/2 = 60 g of $NaHSO_4$ would be weighed out and sufficient water added to make 1 liter of solution.

In electrolyte replacement therapy, solutions containing various electrolytes are injected into a patient to correct serious electrolyte imbalances. The concentrations are usually expressed as equivalents per liter or milliequivalents per liter. For example, the normal plasma concentration of sodium ions in humans is about 142 mEq/L; the normal plasma concentration of bicarbonate ion, $HCO_3^-$, is 27 mEq/L. Equation (5-4) is useful for calculating the quantity of salts needed to prepare electrolyte solutions in hospital practice. The moles in the numerator and denominator of equation (5-4) may be replaced with, say, liters to give

$$\text{Equivalent weight (in g/Eq)} = \frac{\text{Grams/liter}}{\text{Equivalents/liter}}$$

5-5

or

$$\text{Equivalent weight (in mg/mEq)} = \frac{\text{Milligrams/liter}}{\text{Milliequivalents/liter}}$$

5-6

Equivalent weight (analogous to molecular weight) is expressed in g/Eq, or what amounts to the same units, mg/mEq.

<div style="border:1px solid">

**Example 5-3   $Ca^{2-}$ in Human Plasma**

Human plasma contains about 5 mEq/L of calcium ions. How many milligrams of calcium chloride dihydrate, $CaCl_2 \cdot 2H_2O$ (molecular weight 147 g/mole), are required to prepare 750 mL of a solution equal in $Ca^{2+}$ to human plasma? The equivalent weight of the dihydrate salt $CaCl_2 \cdot 2H_2O$ is half of its molecular weight, 147/2 = 73.5 g/Eq, or 73.5 mg/mEq. Using equation (5-6), we obtain

$$73.5 \text{ mg/mEq} = \frac{\text{mg/L}}{5 \text{ mEq/L}}$$

$$73.5 \text{ mg/mEq} \times 5 \text{ mEq/L} = 367.5 \text{ mg/L}$$

For 750 cm³, $367.5 \times \dfrac{750 \text{ mL}}{1,000 \text{ mL}} = 275.6$ mg of $CaCl_2 \cdot 2H_2O$

</div>

<div style="border:1px solid">

**Example 5-4   Equivalent Weight and Molecular Weight**

Calculate the number of equivalents per liter of potassium chloride, molecular weight 74.55 g/mole, present in a 1.15% w/v solution of KCl.

Using equation (5-5) and noting that the equivalent weight of KCl is identical to its molecular weight, we obtain

$$74.55 \text{ g/Eq} = \frac{11.5 \text{ g/L}}{\text{Eq/L}}$$

(11.5 g/L)/(74.55 g/Eq) = 0.154 Eq/L (or 154 mEq/L)

</div>

<div style="border:1px solid">

**Example 5-5   Sodium Content**

What is the $Na^+$ content in mEq/liter of a solution containing 5.00 g of NaCl per liter of solution? The molecular weight and therefore the equivalent weight of NaCl is 58.5 g/Eq or 58.5 mg/mEq.

$$\text{mEq/L} = \frac{\text{mg/L}}{\text{Eq. wt.}} = \frac{5,000 \text{ mg/L}}{58.5 \text{ mg/mEq}}$$

$$= 85.47 \text{ mEq of } Na^+ \text{ per L}$$

</div>

# NONELECTROLYTE SOLUTIONS

As stated earlier, the colligative properties of nonelectrolytes are ordinarily regular; on the other hand, solutions of electrolytes show apparent deviations. An ideal gas is defined in *Chapter 2: States of Matter* as one in which there is no attraction between the molecules, and it is found desirable to establish an ideal gas equation to which the properties of real gases tend as the pressure approaches zero. Consequently, the ideal gas law is referred to as a *limiting law*. It is convenient to

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited





## IDEALITY

Ideality in a gas implies the *complete absence* of attractive forces, and ideality in a solution means *complete uniformity* of attractive forces. Because a liquid is a highly condensed state, it cannot be expected to be devoid of attractive forces; nevertheless, if, in a mixture of A and B molecules, the forces between A and A, B and B, and A and B are all the same order, the solution is ideal according to the definition just given.

define an *ideal solution* as one in which there is no change in the properties of the components, other than dilution, when they are mixed to form the solution. No heat is evolved or absorbed during the mixing process, and the final volume of the solution represents an additive property of the individual constituents. Stated another way, no shrinkage or expansion occurs when the substances are mixed. The constitutive properties, for example, the refractive index, surface tension, and viscosity of the solution, are the weighted averages of the properties of the pure individual constituents.

Mixing substances with similar properties forms ideal solutions. For example, when 100 mL of methanol is mixed with 100 mL of ethanol, the final volume of the solution is 200 mL, and no heat is evolved or absorbed. The solution is nearly *ideal.*

When 100 mL of sulfuric acid is combined with 100 mL of water, however, the volume of the solution is about 180 mL at room temperature, and the mixing is attended by a considerable evolution of heat; the solution is said to be *nonideal,* or real. As with gases, some solutions are quite ideal in moderate concentrations, whereas others approach ideality only under extreme dilution.

### Escaping Tendency[3]

Two bodies are in thermal equilibrium when their temperatures are the same. If one body is heated to a higher temperature than the other, heat will flow "downhill" from the hotter to the colder body until both bodies are again in thermal equilibrium. This process is described in another way by using the concept of *escaping tendency and* say that the heat in the hotter body has a greater escaping tendency than that in the colder one. Temperature is a quantitative measure of the escaping tendency of heat, and at thermal equilibrium, when both bodies finally have the same temperature, the escaping tendency of each constituent is the same in all parts of the system.

A quantitative measure of the escaping tendencies of material substances undergoing physical and chemical transformations is *free energy.* For a pure substance, the free energy per mole, or the *molar free energy,* provides a measure of escaping tendency; for the constituent of a solution, it is the *partial molar free energy* or *chemical potential* that is used as an expression of escaping tendency. Chemical potential is

discussed in *Chapter 2: States of Matter*. The free energy of 1 mole of ice is greater than that of liquid water at 1 atm above 0°C and is spontaneously converted into water because

$$\Delta G = G_{liq} - G_{ice} < 0$$

At 0°C, at which temperature the system is in equilibrium, the molar free energies of ice and water are identical and $\Delta G = 0$. In terms of escaping tendencies, the escaping tendency of ice is greater than the escaping tendency of liquid water above 0°C, whereas at equilibrium, the escaping tendencies of water in both phases are identical.

### Ideal Solutions and Raoult's Law

The vapor pressure of a solution is a particularly important property because it serves as a quantitative expression of escaping tendency. In 1887, Raoult recognized that, in an ideal solution, the partial vapor pressure of each volatile constituent is equal to the vapor pressure of the pure constituent multiplied by its mole fraction in the solution. Thus, for two constituents A and B,

$$p_A = p_A^{\circ}\, X_A \qquad\qquad \text{5-7}$$

$$p_B = p_B^{\circ}\, X_B \qquad\qquad \text{5-8}$$

where $p_A$ and $p_B$ are the partial vapor pressures of the constituents over the solution when the mole fraction concentrations are $X_A$ and $X_B$, respectively. The vapor pressures of the pure components are $p_A^{\circ}$ and $p_B^{\circ}$, respectively. For example, if the vapor pressure of ethylene chloride in the pure state is 236 mm Hg at 50°C, then in a solution consisting of a mole fraction of 0.4 ethylene chloride and 0.6 benzene, the partial vapor pressure of ethylene chloride is 40% of 236 mm, or 94.4 mm. Thus, in an ideal solution, when liquid A is mixed with liquid B, the vapor pressure of A is reduced by dilution with B in a manner depending on the mole fractions of A and B present in the final solution. This will diminish the escaping tendency of each constituent, leading to a reduction in the rate of escape of the molecules of A and B from the surface of the liquid.

---

**Example 5-6   Partial Vapor Pressure**

What is the partial vapor pressure of benzene and of ethylene chloride in a solution at a mole fraction of benzene of 0.6? The vapor pressure of pure benzene at 50°C is 268 mm, and the corresponding $p_A^{\circ}$ for ethylene chloride is 236 mm. We have

$$p_B = 268 \times 0.6 = 160.8 \text{ mm}$$

$$p_A = 236 \times 0.4 = 94.4 \text{ mm}$$

---

If additional volatile components are present in the solution, each will produce a partial pressure above the solution, which can be calculated from Raoult's law. The total pressure is the sum of the partial pressures of all the constituents. In *Example 5-6*, the total vapor pressure $P$ is calculated as follows:

$$P = p_A + p_B = 160.8 + 94.4 = 255.2 \text{ mm}$$

The vapor pressure–composition curve for the binary system benzene and ethylene chloride at 50°C is shown in

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.



FIGURE 5-1 Vapor pressure–composition curve for an ideal binary system.

Figure 5-1. The three lines represent the partial pressure of ethylene chloride, the partial pressure of benzene, and the total pressure of the solution as a function of the mole fraction of the constituents.

## Aerosols and Raoult's Law

Aerosol dispensers have been used to package some drugs since the early 1950s. An aerosol contains the drug concentrated in a solvent or carrier liquid and a propellant mixture of the proper vapor characteristics. Chlorofluorocarbons (CFCs) were very popular propellants in aerosols until about 1989. Since that time they have been replaced in nearly every country because of the negative effects that CFCs have on the Earth's ozone layer. Today, two volatile hydrocarbons are commonly used as propellants in metered dose inhalers for treating asthma, hydrofluoroalkane 134 a (1,1,1,2,-tetrafluoroethane) or hydrofluoroalkane 227 (1,1,1,2,3,3,3-heptafluoropropane) or combinations of the two. Early metered dose inhalers commonly used trichloromonofluoromethane (CFC propellant 11) and dichlorodifluoromethane (CFC propellant 12) as propellants. CFC 11 and CFC 12 were used in various proportions to yield the proper vapor pressure and density at room temperature. Although still used with drugs, these halogenated hydrocarbons are no longer used in cosmetic aerosols and have been replaced by nitrogen and unsubstituted hydrocarbons. Since propellants represent the vast majority (>99%) of the dose delivered by a metered dose inhaler, it must be nontoxic to the patient.

**Example 5-7  Aerosol Vapor Pressure**

The vapor pressure of pure CFC 11 (molecular weight 137.4) at 21°C is $p_{11}° = 13.4$ lb/in$^2$ (psi) and that of CFC 12 (molecular weight 120.9) is $p_{12}° = 84.9$ psi. A 50:50 mixture by gram weight of the two propellants consists of 50 ÷ 137.4 g/mole = 0.364 mole of CFC

11 and 50 g ÷ 120.9 g/mole = 0.414 mole of CFC 12. What is the partial pressure of CFCs 11 and 12 in the 50:50 mixture, and what is the total vapor pressure of this mixture? We write

$$p_{11} = \frac{n_{11}}{n_{11} + n_{12}} p_{11}° = \frac{0.364}{0.364 + 0.414}(13.4) = 6.27 \text{ psi}$$

$$p_{12} = \frac{n_{12}}{n_{11} + n_{12}} p_{12}° = \frac{0.414}{0.364 + 0.414}(84.9) = 45.2 \text{ psi}$$

The total vapor pressure of the mixture is

$$6.27 + 45.2 = 51.5 \text{ psi}$$

To convert to gauge pressure (psig), one subtracts the atmospheric pressure of 14.7 psi:

$$51.5 - 14.7 = 36.8 \text{ psig}$$

The psi values just given are measured with respect to zero pressure rather than with respect to the atmosphere and are sometimes written psia to signify *absolute* pressure.

## Real Solutions

Ideality in solutions assumes complete uniformity of attractive forces. Many examples of solution pairs are known, however, in which the "cohesive" attraction of A for A exceeds the "adhesive" attraction existing between A and B. Similarly, the attractive forces between A and B may be greater than those between A and A or B and B. This may occur even though the liquids are miscible in all proportions. Such mixtures are *real* or *nonideal*; that is, they do not adhere to Raoult's law throughout the entire range of composition. Two types of deviation from Raoult's law are recognized, *negative deviation* and *positive deviation*.

When the "adhesive" attractions between molecules of different species exceed the "cohesive" attractions between like molecules, the vapor pressure of the solution is less than that expected from Raoult's ideal solution law, and *negative deviation* occurs. If the deviation is sufficiently great, the total vapor pressure curve shows a minimum, as observed in Figure 5-2, where A is chloroform and B is acetone.



FIGURE 5-2 Vapor pressure of a system showing negative deviation from Raoult's law.

The dilution of constituent A by addition of B normally would be expected to reduce the partial vapor pressure of A; this is the simple dilution effect embodied in Raoult's law. In the case of liquid pairs that show negative deviation from the law, however, the addition of B to A tends to reduce the vapor pressure of A to a greater extent than can be accounted for by the simple dilution effect. Chloroform and acetone manifest such an attraction for one another through the formation of a hydrogen bond, thus further reducing the escaping tendency of each constituent. This pair forms a weak compound,

$$Cl_3C—H \cdots O=C(CH_3)_2$$

that can be isolated and identified. Reactions between dipolar molecules, or between a dipolar and a nonpolar molecule, may also lead to negative deviations. The interaction in these cases, however, is usually so weak that no definite compound can be isolated.

When the interaction between A and B molecules is less than that between molecules of the pure constituents, the presence of B molecules reduces the interaction of the A molecules, and A molecules correspondingly reduce the B–B interaction. Accordingly, the dissimilarity of polarities or internal pressures of the constituents results in a greater escaping tendency of both the A and the B molecules. The partial vapor pressure of the constituents is greater than that expected from Raoult's law, and the system is said to exhibit *positive deviation*. The total vapor pressure often shows a maximum at one particular composition if the deviation is sufficiently large. An example of positive deviation is shown in Figure 5-3. Liquid pairs that demonstrate positive

deviation are benzene and ethyl alcohol, carbon disulfide and acetone, and chloroform and ethyl alcohol.

Raoult's law does not apply over the entire concentration range in a nonideal solution. It describes the behavior of either component of a real liquid pair only when that substance is present in high concentration and thus is considered to be the solvent. Raoult's law can be expressed as

$$p_{solvent} = p°_{solvent}X_{solvent} \qquad \text{5-9}$$

in such a situation, and it is valid only for the solvent of a nonideal solution that is sufficiently dilute with respect to the solute. It cannot hold for the component in low concentration, that is, the solute, in a dilute nonideal solution.

These statements will become clearer when one observes, in Figure 5-2, that the actual vapor pressure curve of chloroform (component A) approaches the ideal curve defined by Raoult's law as the solution composition approaches pure chloroform. Raoult's law can be used to describe the behavior of chloroform when it is present in high concentration (i.e., when it is the solvent). The ideal equation is not applicable to acetone (component B), however, which is present in low concentration in this region of the diagram, because the actual curve for acetone does not coincide with the ideal line. When one studies the left side of Figure 5-2, one observes that the conditions are reversed: Acetone is considered to be the solvent here, and its vapor pressure curve tends to coincide with the ideal curve. Chloroform is the solute in this range, and its curve does not approach the ideal line. Similar considerations apply to Figure 5-3.

## Henry's Law

The vapor pressure curves for both acetone and chloroform as *solutes* are observed to lie considerably below the vapor pressure of an ideal mixture of this pair. The molecules of solute, being in relatively small number in the two regions of the diagram, are completely surrounded by molecules of solvent and so reside in a uniform environment. Therefore, the partial pressure or escaping tendency of chloroform at low concentration is in some way proportional to its mole fraction, but, as observed in Figure 5-2, the proportionality constant is not equal to the vapor pressure of the pure substance. The vapor pressure–composition relationship of the solute cannot be expressed by Raoult's law but instead by an equation known as *Henry's law*:

$$p_{solute} = k_{solute}X_{solute} \qquad \text{5-10}$$

where $k$ for chloroform is less than $p°_{CHCL_3}$. Henry's law applies to the solute and Raoult's law applies to the solvent in dilute solutions of real liquid pairs. Of course, Raoult's law also applies over the entire concentration range (to both solvent and solute) when the constituents are sufficiently similar to form an ideal solution. Under any circumstance, when the partial vapor pressures of both constituents are directly proportional to the mole fractions over the entire range, the solution is said to be ideal; Henry's law becomes identical with Raoult's law, and $k$ becomes equal to $p°$. Henry's law is used for the study of gas solubilities discussed later in the book.



Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the content is prohibited.

FIGURE 5-3 Vapor pressure of a system showing positive deviation from Raoult's law.

## Distillation of Binary Mixtures

The relationship between vapor pressure (and hence boiling point) and composition of binary liquid phases is the underlying principle in distillation. In the case of miscible liquids, instead of plotting vapor pressure versus composition, it is more useful to plot the boiling points of the various mixtures, determined at atmospheric pressure, against composition.

The higher the vapor pressure of a liquid—that is, the more volatile it is—the lower is the boiling point. Because the vapor of a binary mixture is always richer in the more volatile constituent, the process of distillation can be used to separate the more volatile from the less volatile constituent. Figure 5-4 shows a mixture of a high-boiling liquid A and a low-boiling liquid B. A mixture of these substances having the composition *a* is distilled at the boiling point *b*. The composition of the vapor $v_1$ in equilibrium with the liquid at this temperature is *c*; this is also the composition of the distillate when it is condensed. The vapor is therefore richer in B than the liquid from which it was distilled. If a fractionating column is used, A and B can be completely separated. The vapor rising in the column is met by the condensed vapor or downward-flowing liquid. As the rising vapor is cooled by contact with the liquid, some of the lower-boiling fraction condenses, and the vapor contains more of the volatile component than it did when it left the retort. Therefore, as the vapor proceeds up the fractionating column, it becomes progressively richer in the more volatile component B, and the liquid returning to the distilling retort becomes richer in the less volatile component A.

Figure 5-4 shows the situation for a pair of miscible liquids exhibiting ideal behavior. Because vapor pressure curves can show maxima and minima (see Figs. 5-2 and 5-3), it follows that boiling point curves will show corresponding minima and maxima, respectively. With these mixtures, distillation produces either pure A or pure B plus a mixture of constant



FIGURE 5-4  Boiling point diagram of an ideal binary mixture.

composition and constant boiling point. This latter is known as an *azeotrope* (Greek: "boil unchanged") or *azeotropic mixture*. It is not possible to separate such a mixture completely into two pure components by simple fractionation. If the vapor pressure curves show a minimum (i.e., negative deviation from Raoult's law), the azeotrope has the highest boiling point of all the mixtures possible; it is therefore least volatile and remains in the flask, whereas either pure A or pure B is distilled off. If the vapor pressure curve exhibits a maximum (showing a positive deviation from Raoult's law), the azeotrope has the lowest boiling point and forms the distillate. Either pure A or pure B then remains in the flask.

When a mixture of HCl and water is distilled at atmospheric pressure, an azeotrope is obtained that contains 20.22% by weight of HCl and that boils at 108.58°C. The composition of this mixture is accurate and reproducible enough that the solution can be used as a standard in analytic chemistry. Mixtures of water and acetic acid and of chloroform and acetone yield azeotropic mixtures with maxima in their boiling point curves and minima in their vapor pressure curves. Mixtures of ethanol and water and of methanol and benzene both show the reverse behavior, namely, minima in the boiling point curves and maxima in the vapor pressure curves.

When a mixture of two practically *immiscible* liquids are heated while being agitated to expose the surfaces of both liquids to the vapor phase, each constituent independently exerts its own vapor pressure as a function of temperature as though the other constituent were not present. Boiling begins, and distillation may be affected when the sum of the partial pressures of the two immiscible liquids just exceeds the atmospheric pressure. This principle is applied in *steam distillation*, whereby many organic compounds insoluble in water can be purified at a temperature well below the point at which decomposition occurs. Thus, bromobenzene alone boils at 156.2°C, whereas water boils at 100°C at a pressure of 760 mm Hg. A mixture of the two, however, in any proportion, boils at 95°C. Bromobenzene can thus be distilled at a temperature 61°C below its normal boiling point. Steam distillation is particularly useful for obtaining volatile oils from plant tissues without decomposing the oils.

## COLLIGATIVE PROPERTIES

When a *nonvolatile solute* is combined with a *volatile solvent*, the vapor above the solution is provided solely by the solvent. The solute reduces the escaping tendency of the solvent, and based on Raoult's law, the vapor pressure of a solution containing a nonvolatile solute is lowered proportional to the relative number.

### Lowering of the Vapor Pressure

According to Raoult's law, the vapor pressure, $p_1$, of a solvent over a dilute solution is equal to the vapor pressure of the pure solvent, $p_1°$, times the mole fraction of solvent in the solution, $X_1$. Because the solute under discussion here is

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the content is prohibited.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited

## KEY CONCEPT

## COLLIGATIVE PROPERTIES

The freezing point, boiling point, and osmotic pressure of a solution also depend on the relative proportion of the molecules of the solute and the solvent. These are called *colligative properties* (Greek: "collected together") because they depend chiefly on the number rather than on the nature of the constituents.

considered nonvolatile, the vapor pressure of the solvent, $p_1$, is identical to the total pressure of the solution, $p$.

It is more convenient to express the vapor pressure of the solution in terms of the concentration of the solute rather than the mole fraction of the solvent, and this may be accomplished in the following way. The sum of the mole fractions of the constituents in a solution is unity:

$$X_1 + X_2 = 1 \qquad \textbf{5-11}$$

Therefore,

$$X_1 = 1 - X_2 \qquad \textbf{5-12}$$

where $X_1$ is the mole fraction of the solvent and $X_2$ is the mole fraction of the solute. Raoult's equation can be modified by substituting equation (5-12) for $X_1$ to give

$$p = p_1^\circ(1 - X_2) \qquad \textbf{5-13}$$

$$p_1^\circ - p = p_1^\circ X_2 \qquad \textbf{5-14}$$

$$\frac{p_1^\circ - p}{p_1^\circ} = \frac{\Delta p}{p_1^\circ} = X_2 = \frac{n_2}{n_1 + n_2} \qquad \textbf{5-15}$$

In equation (5-15), $\Delta p = p_1^\circ - p$ is the lowering of the vapor pressure and $\Delta p/p_1^\circ$ is the *relative vapor pressure lowering*. The relative vapor pressure lowering depends only on the mole fraction of the solute, $X_2$, that is, on the number of solute particles in a definite volume of solution. Therefore, the relative vapor pressure lowering is a *colligative property*.

---

**Example 5-8  Relative Vapor Pressure Lowering of a Solution**
Calculate the relative vapor pressure lowering at 20°C for a solution containing 171.2 g of sucrose ($w_2$) in 100 g ($w_1$) of water. The molecular weight of sucrose ($M_2$) is 342.3 and the molecular weight of water ($M_1$) is 18.02 g/mole. We have

$$\text{Moles of sucrose} = n_2 = \frac{w_2}{M_2} = \frac{171.2}{342.3} = 0.500$$

$$\text{Moles of water} = n_1 = \frac{w_1}{M_1} = 1{,}000/18.02 = 55.5$$

$$\frac{\Delta p}{p_1^\circ} = X_2 = \frac{n_2}{n_1 + n_2}$$

$$\frac{\Delta p}{p_1^\circ} = \frac{0.50}{55.5 + 0.50} = 0.0089$$

---

Notice that in *Example 5-8*, the relative vapor pressure lowering is a dimensionless number, as would be expected from its definition. The result can also be stated as a percentage; the vapor pressure of the solution has been lowered 0.89% by the 0.5 mole of sucrose.

The mole fraction, $n_2/(n_1 + n_2)$, is nearly equal to, and may be replaced by, the mole ratio $n_2/n_1$ in a dilute solution such as this one. Then, the relative vapor pressure lowering can be expressed in terms of molal concentration of the solute by setting the weight of solvent $w_1$ equal to 1,000 g. For an aqueous solution,

$$X_2 = \frac{\Delta P}{p_1^\circ} \cong \frac{n_2}{n_1} = \frac{w_2/M_2}{1{,}000/M_1} = \frac{m}{55.5} = 0.018\,m \qquad \textbf{5-16}$$

---

**Example 5-9  Calculation of the Vapor Pressure**
Calculate the vapor pressure when 0.5 mole of sucrose is added to 1,000 g of water at 20°C. The vapor pressure of water at 20°C is 17.54 mm Hg. The vapor pressure lowering of the solution is

$$\Delta p = p_1^\circ X_2 \cong p_1^\circ \times 0.018 \times m$$
$$= 17.54 \times 0.018 \times 0.5$$
$$= 0.158\,\text{mm} \cong 0.16\,\text{mm}$$

The final vapor pressure is

$$17.54 - 0.16 = 17.38\,\text{mm}$$

---

## Elevation of the Boiling Point

The normal boiling point is the temperature at which the vapor pressure of the liquid becomes equal to an external pressure of 760 mm Hg. A solution will boil at a higher temperature than will the pure solvent. This is the colligative property called boiling point elevation. As shown in Figure 5-5, the more of the solute that is dissolved, the greater is the effect. The boiling point of a solution of a nonvolatile solute is higher than that of the pure solvent because the solute lowers the vapor pressure of the solvent. This may be seen by referring to the curves in Figure 5-6. The vapor pressure curve for the solution lies below that of the pure solvent, and the temperature of the solution must be elevated to a value above that of the solvent to reach the normal boiling point. The elevation of



FIGURE 5-5 Theoretical plot of the normal boiling point for water (solvent) as a function of molality in solutions containing sucrose (a nonvolatile solute) in increasing concentrations. Note that the normal boiling point of water increases as the concentration of sucrose increases. This is known as boiling point elevation.



**FIGURE 5-6** Boiling point elevation of the solvent due to addition of a solute (not to scale).

the boiling point is shown in the figure as $T - T_o = \Delta T_b$. The ratio of the elevation of the boiling point, $\Delta T_b$, to the vapor pressure lowering, $\Delta p = p° - p$, at 100°C is approximately a constant at this temperature; it is written as

$$\frac{\Delta T_b}{\Delta p} = k' \qquad \text{5-17}$$

or

$$\Delta T_b = k'\Delta p \qquad \text{5-18}$$

Moreover, because $p°$ is a constant, the boiling point elevation may be considered proportional to $\Delta p/p°$, the relative lowering of vapor pressure. By Raoult's law, however, the relative vapor pressure lowering is equal to the mole fraction of the solute; therefore,

$$\Delta T_b = kX_2 \qquad \text{5-19}$$

Because the boiling point elevation depends only on the mole fraction of the solute, it is a colligative property.

In dilute solutions, $X_2$ is equal approximately to $m/(1,000/M_1)$ (equation [5-16]), and equation (5-19) can be written as

$$\Delta T_b = \frac{kM_1}{1,000} m \qquad \text{5-20}$$

or

$$\Delta T_b = K_b m \qquad \text{5-21}$$

where $\Delta T_b$ is known as the *boiling point elevation* and $K_b$ is called the *molal elevation constant* or the *ebullioscopic constant*. $K_b$ has a characteristic value for each solvent. For example, for water $K_b = 0.51$ whereas for acetic acid $K_b = 2.93$.[4] It may be considered as the boiling point elevation for an ideal 1 $m$ solution. Stated another way, $K_b$ is the ratio of the boiling point elevation to the molal concentration in an extremely dilute solution in which the system is approximately ideal.

The preceding discussion constitutes a plausible argument leading to the equation for boiling point elevation. A more satisfactory derivation of equation (5-21), however,

involves the application of the Clapeyron equation, which is written as

$$\frac{\Delta T_b}{\Delta p} = T_b \frac{V_v - V_l}{\Delta H_v} \qquad \text{5-22}$$

where $V_v$ and $V_l$ are the molar volume of the gas and the molar volume of the liquid, respectively, $T_b$ is the boiling point of the solvent, and $\Delta H_v$ is the molar heat of vaporization. Because $V_l$ is negligible compared to $V_v$, the equation becomes

$$\frac{\Delta T_b}{\Delta p} = T_b \frac{V_v}{\Delta H_v} \qquad \text{5-23}$$

and $V_v$, the volume of 1 mole of gas, is replaced by $RT_b/p°$ to give

$$\frac{\Delta T_b}{\Delta p} = \frac{RT_b^2}{p°\Delta H_v} \qquad \text{5-24}$$

or

$$\Delta T_b = \frac{RT_b^2}{\Delta H_v}\frac{\Delta p}{p°} \qquad \text{5-25}$$

From equation (5-16), $\Delta p/p_1° = X_2$, and equation (5-25) can be written as

$$\Delta T_b = \frac{RT_b^2}{\Delta H_v} X_2 = kX_2 \qquad \text{5-26}$$

which provides a more exact equation with which to calculate $\Delta T_b$.

Replacing the relative vapor pressure lowering $\Delta p/p_1°$ by $m/(1,000/M_1)$ according to the approximate expression (5-16), in which $w_2/M_2 = m$ and $w_1 = 1,000$ s, we obtain the formula

$$\Delta T_b = \frac{RT_b^2 M_1}{1,000\,\Delta H_v} m = k_b m \qquad \text{5-27}$$

Equation (5-27) provides a less exact expression with which to calculate $\Delta T_b$.

For water at 100°C, we have $T_b = 373.2$ K, $\Delta H_v = 9,720$ cal/mole, $M_1 = 18.02$ g/mole, and $R = 1.987$ cal/mole deg.

---

**Example 5-10 Calculation of the Elevation Constant**
A 0.200 $m$ aqueous solution of a drug gave a boiling point elevation of 0.103°C. Calculate the approximate molal elevation constant for the solvent, water. Substituting into equation (5-21) yields

$$K_b = \frac{\Delta T_b}{m} = \frac{0.103}{0.200} = 0.515 \text{ deg kg/mole}$$

---

The proportionality between $\Delta T_b$ and the molality is exact only at infinite dilution, at which the properties of real and ideal solutions coincide. The ebullioscopic constant, $K_b$, of a solvent can be obtained experimentally by measuring $\Delta T_b$ at various molal concentrations and extrapolating to infinite dilution ($m = 0$), as seen in Figure 5-7.



FIGURE 5-7  The influence of concentration on the ebullioscopic constant.

## Depression of the Freezing Point

The normal freezing point or melting point of a pure compound is the temperature at which the solid and the liquid phases are in equilibrium under a pressure of 1 atm. Equilibrium here means that the tendency for the solid to pass into the liquid state is the same as the tendency for the reverse process to occur, because both the liquid and the solid have the same escaping tendency. The value $T_0$, shown in Figure 5-8, for water saturated with air at this pressure is arbitrarily assigned a temperature of 0°C. The *triple point* of air-free water, at which solid, liquid, and vapor are in equilibrium, lies at a pressure of 4.58 mm Hg and a temperature of 0.0098°C.

It is not identical with the ordinary freezing point of water at atmospheric pressure but is rather the freezing point of water under the pressure of its own vapor. We shall use the triple point in the following argument because the depression $\Delta T_f$ here does not differ significantly from $\Delta T_f$ at a pressure of 1 atm. The two freezing point depressions referred to are illustrated in Figure 5-7. The $\Delta T_b$ of Figure 5-6 is also shown in the diagram. If a solute is dissolved in the liquid at the triple point, the escaping tendency or vapor pressure

of the liquid solvent is lowered below that of the pure solid solvent. The temperature must drop to reestablish equilibrium between the liquid and the solid. Because of this fact, the freezing point of a solution is always lower than that of the pure solvent. It is assumed that the solvent freezes out in the pure state rather than as a *solid solution* containing some of the solute. When such a complication does arise, special calculations, not considered here, must be used.

The more concentrated the solution, the farther apart are the solvent and the solution curves in the diagram (see Fig. 5-8) and the greater is the freezing point depression. Accordingly, a situation exists analogous to that described for the boiling point elevation, and the freezing point depression is proportional to the molal concentration of the solute. The equation is

$$\Delta T_f = K_f m \tag{5-28}$$

or

$$\Delta T_f = K_f \frac{1,000 w_2}{w_1 M_2} \tag{5-29}$$

$\Delta T_f$ is the *freezing point depression*, and $K_f$ is the *molal depression constant* or the *cryoscopic constant*, which depends on the physical and chemical properties of the solvent.

The freezing point depression of a solvent is a function only of the number of particles in the solution, and for this reason it is referred to as a *colligative* property. The depression of the freezing point, like the boiling point elevation, is a direct result of the lowering of the vapor pressure of the solvent. The value of $K_f$ for water is 1.86. It can be determined experimentally by measuring $\Delta T_f/m$ at several molal concentrations and extrapolating to zero concentration. As seen in Figure 5-9, $K_f$ approaches the value of 1.86 for water solutions of sucrose and glycerin as the concentrations tend toward zero, and equation **(5-28)** is valid only in very dilute solutions. The apparent cryoscopic constant for higher concentrations can be obtained from Figure 5-9. For work in pharmacy and biology, the $K_f$ value of 1.86 can be rounded off to 1.9, which is a good approximation for practical use with aqueous solutions, where concentrations are usually lower than 0.1 M. The value of $K_f$ for the solvent in a solution of citric acid is observed not



FIGURE 5-8  Depression of the freezing point of the solvent, water, by a solute (not to scale).



FIGURE 5-9  The influence of concentration on the cryoscopic constant for water.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the content is prohibited.

to approach 1.86. This abnormal behavior is to be expected when dealing with solutions of electrolytes. Their irrationality will be explained in later in this chapter, and proper steps will be taken to correct the difficulty.

$K_f$ can also be derived from Raoult's law and the Clapeyron equation. For water at its freezing point, $T_f = 273.2$ K, $\Delta H_f$ is 1,437 cal/mole, and

$$K_f = \frac{1.987 \times (273.2)^2 \times 18.02}{1,000 \times 1,437} = 1.86 \text{ deg kg/mole}$$

The cryoscopic constants, together with the ebullioscopic constants, for some solvents at infinite dilution have been reported in the literature.[4]

---

**Example 5-11  Calculation of Freezing Point**

What is the freezing point of a solution containing 3.42 g of sucrose and 500 g of water? The molecular weight of sucrose is 342. In this relatively dilute solution, $K_f$ is approximately equal to 1.86. We have

$$\Delta T_f = K_f m = K_f \frac{1,000 w_2}{w_1 M_2}$$

$$\Delta T_f = 1.86 \times \frac{1,000 \times 3.42}{500 \times 342}$$

$$\Delta T_f = 0.037°C$$

Therefore, the freezing point of the aqueous solution is −0.037°C.

---

**Example 5-12  Freezing Point Depression**

What is the freezing point depression of a 1.3 *m* solution of sucrose in water?

From the graph in Figure 5-8, one observes that the cryoscopic constant at this concentration is about 2.1 rather than 1.86. Thus, the calculation becomes

$$\Delta T_f = K_f \times m = 2.1 \times 1.3 = 2.73°C$$

---

## Osmotic Pressure

If cobalt chloride is placed in a parchment sac and suspended in a beaker of water, the water gradually becomes red as the solute diffuses throughout the vessel. In this process of *diffusion*, both the solvent and the solute molecules migrate freely. On the other hand, if the solution is confined in a membrane permeable only to the solvent molecules, the phenomenon known as *osmosis* (Greek: "a push or impulse")[5] occurs, and the barrier that permits only the molecules of one of the components (usually water) to pass through is known as a *semipermeable membrane*. A thistle tube over the wide opening of which is stretched a piece of untreated cellophane can be used to demonstrate the principle, as shown in Figure 5-10. The tube is partly filled with a concentrated solution of sucrose, and the apparatus is lowered into a beaker of water. The passage of water through the semipermeable membrane into the solution eventually creates enough pressure to drive the sugar solution up the tube until the hydrostatic pressure of the column of liquid equals the pressure causing the water to pass through the membrane and enter the thistle tube. When this occurs, the solution ceases to rise in the tube. Osmosis is therefore defined as the passage of the solvent into a solution through a semipermeable membrane. This process tends to equalize the escaping tendency of the solvent on both sides of the membrane. Escaping tendency can be measured in terms of vapor pressure or the closely related colligative property *osmotic pressure*. It should be evident that osmosis can also take place when a concentrated solution is separated from a less concentrated solution by a semipermeable membrane.

Osmosis in some cases is believed to involve the passage of solvent through the membrane by a distillation process or by dissolving in the material of the membrane in which the solute is insoluble. In other cases, the membrane may act as a sieve, having a pore size sufficiently large to allow passage of solvent but not of solute molecules.

### Measuring Osmotic Pressure




**A** Osmosis — Piston — Sugar

**B** A Simple Osmometer — fluid rising in tube due to osmotic pressure — 10% solution of sugar in water — semi-permeable membrane — pure water

FIGURE 5-10  The principle of osmosis and osmotic pressure. **(A)** Solvent passes spontaneously through the semipermeable membrane from the left side to the right side of the apparatus until the chemical potentials of both sides are equal. This means more solvent will be located on the right side of the apparatus. **(B)** A simple thistle tube osmometer. Water passes through the semipermeable membrane until the chemical potentials are equal. The fluid rising in the tube is a result of osmotic pressure.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the content is prohibited.

In either case, the phenomenon of osmosis depends on the fact that the chemical potential (a thermodynamic expression of escaping tendency) of a solvent molecule in solution is less than exists in the pure solvent. Solvent therefore passes spontaneously into the solution until the chemical potentials of solvent and solution are equal. The system is then at equilibrium. It may be advantageous for the student to consider osmosis in terms of the following sequence of events. (a) The addition of a nonvolatile solute to the solvent forms a solution in which the vapor pressure of the solvent is reduced (see Raoult's law). (b) If pure solvent is now placed adjacent to the solution but separated from it by a semipermeable membrane, solvent molecules will pass through the membrane into the solution to dilute out the solute and raise the vapor pressure back to its original value (namely, that of the original solvent). (c) The osmotic pressure that is set up because of this passage of solvent molecules can be determined either by measuring the hydrostatic head appearing in the solution or by applying a known pressure that just balances the osmotic pressure and prevents any net movement of solvent molecules into the solution. The latter is the preferred technique. The osmotic pressure thus obtained is proportional to the reduction in vapor pressure brought about by the concentration of solute present. Because this is a function of the molecular weight of the solute, osmotic pressure is a colligative property and can be used to determine molecule weights.

### Measurement of Osmotic Pressure

The osmotic pressure of the sucrose solution referred to in the last section is not measured conveniently by observing the height that the solution attains in the tube at equilibrium. The concentration of the final solution is not known because the passage of water into the solution dilutes it and alters the concentration. A more exact measure of the osmotic pressure of the undiluted solution is obtained by determining the excess pressure on the solution side that just prevents the passage of solvent through the membrane. Osmotic pressure is defined as the excess pressure, or pressure greater than that above the pure solvent, that must be applied to the solution to prevent the passage of the solvent through a perfect semipermeable membrane. In this definition, it is assumed that a semipermeable sac containing the solution is immersed in the *pure* solvent.

In 1877, the botanist Wilhelm Pfeffer measured the osmotic pressure of sugar solutions, using a porous cup impregnated with a deposit of cupric ferrocyanide, $Cu_2Fe(CN)_6$, as the semipermeable membrane. The apparatus was provided with a manometer to measure the pressure. Although many improvements have been made through the years, including the attachment of sensitive pressure transducers to the membrane that can be electronically amplified to produce a signal,[6] the direct measurement of osmotic pressure remains difficult and inconvenient. Nevertheless, osmotic pressure is the colligative property best suited to the

determination of the molecular weight of polymers such as proteins.

### van't Hoff and Morse Equations for Osmotic Pressure

In 1886, Jacobus van't Hoff recognized in Pfeffer's data proportionality between osmotic pressure, concentration, and temperature, suggested a relationship that corresponded to the equation for an ideal gas. van't Hoff concluded that there was an apparent analogy between solutions and gases and that the osmotic pressure in a dilute solution was equal to the pressure that the solute would exert if it were a gas occupying the same volume. The equation is

$$\pi V = nRT \qquad \text{5-30}$$

where $\pi$ is the osmotic pressure in atm, $V$ is the volume of the solution in liters, $n$ is the number of moles of solute, $R$ is the gas constant, equal to 0.082 liter atm/mole deg, and $T$ is the absolute temperature.

The student should be cautioned not to take van't Hoff's analogy too literally, for it leads to the belief that the solute molecules "produce" the osmotic pressure by exerting pressure on the membrane, just as gas molecules create a pressure by striking the walls of a vessel. It is more correct, however, to consider the osmotic pressure as resulting from the relative escaping tendencies of the *solvent* molecules on the two sides of the membrane. Equation (**5-30**) is a limiting law applying to dilute solutions, and it simplifies into this form from a more exact expression (equation [**5-36**]) only after introducing several assumptions that are not valid for real solutions.

---

**Example 5-13** **Calculating the Osmotic Pressure of a Sucrose Solution**

One gram of sucrose, molecular weight 342, is dissolved in 100 mL of solution at 25°C. What is the osmotic pressure of the solution? We have

$$\text{Moles of sucrose} = \frac{1.0}{342} = 0.0029$$

$$\pi \times 0.10 = 0.0029 \times 0.082 \times 298$$

$$\pi = 0.71 \,\text{atm}$$

---

Equation (**5-30**), the van't Hoff equation, can be expressed as

$$\pi = \frac{n}{V}RT = cRT \qquad \text{5-31}$$

where $c$ is the concentration of the solute in moles/liter (molarity). Morse and others have shown that when the concentration is expressed in molality rather than in molarity, the results compare more nearly with the experimental findings. The Morse equation is

$$\pi = RTm \qquad \text{5-32}$$

### Thermodynamics of Osmotic Pressure and Vapor Pressure Lowering

Osmotic pressure and the lowering of vapor pressure, both colligative properties, are inextricably related, and this

Copyright © 2024 Wolters Kluwer. Unauthorized reproduction of this document is prohibited.



**FIGURE 5-11** Apparatus for demonstrating the relationship between osmotic pressure and vapor pressure lowering.

relationship can be obtained from certain thermodynamic considerations.

We begin by considering a sucrose solution in the right-hand compartment of the apparatus shown in Figure 5-11 and the pure solvent—water—in the left-hand compartment. A semipermeable membrane through which water molecules, but not sucrose molecules, can pass separates the two compartments. It is assumed that the gate in the air space connecting the solutions can be shut during osmosis. The external pressure, say 1 atm, above the pure solvent is $P_o$ and the pressure on the solution, provided by the piston in Figure 5-11 and needed to maintain equilibrium, is $P$. The difference between the two pressures at equilibrium, $P - P_o$, or the excess pressure on the solution just required to prevent passage of water into the solution is the osmotic pressure $\pi$.

Let us now consider the alternative transport of water through the air space above the liquids. Should the membrane be closed off and the gate in the air space opened, water molecules would pass from the pure solvent to the solution by way of the vapor state by a distillation process. The space above the liquids serves as a "semipermeable membrane," just as does the real membrane at the lower part of the apparatus. The vapor pressure $p^\circ$ of water in the pure solvent under the influence of the atmospheric pressure $P_o$ is greater than the vapor pressure $p$ of water in the solution by an amount $p^\circ - p = \Delta p$. To bring about equilibrium, a pressure $P$ must be exerted by the piston on the solution to increase the vapor pressure of the solution until it is equal to that of the pure solvent, $p^\circ$. The excess pressure that must be applied, $P - P_o$, is again the osmotic pressure $\pi$. The operation of such an apparatus thus demonstrates the relationship between osmotic pressure and vapor pressure lowering.

By following this analysis further, it should be possible to obtain an equation relating osmotic pressure and vapor pressure. Observe that both the osmosis and the distillation process are based on the principle that the escaping tendency of water in the pure solvent is greater than that in the solution. By application of an excess pressure, $P - P_o = \pi$, on the solution side of the apparatus, it is possible to make the escaping tendencies of water in the solvent and solution identical. A state of equilibrium is produced; thus, the free energy of

solvent on both sides of the membrane or on both sides of the air space is made equal, and $\Delta G = 0$.

To relate vapor pressure lowering and osmotic pressure, we must obtain the free energy changes involved in (a) transferring 1 mole of solvent from solvent to solution by a distillation process through the vapor phase and (b) transferring 1 mole of solvent from solvent to solution by osmosis. We have (a)

$$\Delta G = RT \ln \frac{p}{p^\circ} \qquad 5\text{-}33$$

as the increase in free energy at constant temperature for the passage of 1 mole of water to the solution through the vapor phase, and (b)

$$\Delta G = -V_1(P - P_o) = -V_1\pi \qquad 5\text{-}34$$

as the increase in free energy at a definite temperature for the passage of 1 mole of water into the solution by osmosis. In equation (5-34), $V_1$ is the volume of 1 mole of solvent, or, more correctly, it is the *partial molar volume*, that is, the change in volume of the solution on the addition of 1 mole of solvent to a large quantity of solution.

Setting equations (5-33) and (5-34) equal gives

$$-\pi V_1 = RT \ln \frac{p}{p^\circ} \qquad 5\text{-}35$$

and eliminating the minus sign by inverting the logarithmic term yields

$$\pi = \frac{RT}{V_1} \ln \frac{p^\circ}{p} \qquad 5\text{-}36$$

Equation (5-36) is a more exact expression for osmotic pressure than are equations (5-31) and (5-32), and it applies to concentrated as well as dilute solutions, provided that the vapor follows the ideal gas laws.

The simpler equation (5-32) for osmotic pressure can be obtained from equation (5-36), if the solution obeys Raoult's law,

$$p = p^\circ X_1 \qquad 5\text{-}37$$

$$\frac{p}{p^\circ} = X_1 = 1 - X_2 \qquad 5\text{-}38$$

Equation (5-36) can thus be written

$$\pi V_1 = -RT \ln(1 - X_2) \qquad 5\text{-}39$$

and $\ln(1 - X_2)$ can be expanded into a series,

$$\ln(1 - X_2) = -X_2 - \frac{X_2^2}{2} - \frac{X_2^3}{3} \cdots - \frac{X_2^n}{2} \qquad 5\text{-}40$$

When $X_2$ is small, that is, when the solution is dilute, all terms in the expansion beyond the first may be neglected, and

$$\ln(1 - X_2) \cong -X_2 \qquad 5\text{-}41$$

so that

$$\pi V_1 = RTX_2 \qquad 5\text{-}42$$

For a dilute solution, $X_2$ equals approximately the mole ratio $n_2/n_1$, and equation (**5-42**) becomes

$$\pi \cong \frac{n_2}{n_1 V_1} RT \qquad \textbf{5-43}$$

where $n_1 V_1$, the number of moles of solvent multiplied by the volume of 1 mole, is equal to the total volume of solvent $V$ in liters. For a dilute aqueous solution, the equation becomes

$$\pi = \frac{n_2}{V} RT = RTm \qquad \textbf{5-44}$$

which is Morse's expression, equation (**5-32**).

---

**Example 5-14  Compute $\pi$**

Compute $\pi$ for a 1 $m$ aqueous solution of sucrose using both equation (**5-32**) and the more exact thermodynamic equation (**5-36**). The vapor pressure of the solution is 31.207 mm Hg and the vapor pressure of water is 31.824 mm Hg at 30.0°C. The molar volume of water at this temperature is 18.1 cm³/mole, or 0.0181 L/mole.

a. By the Morse equation,

$$\pi = RTm = 0.082 \times 303 \times 1$$
$$\pi = 24.8 \text{ atm}$$

b. By the thermodynamic equation,

$$\pi = \frac{RT}{V_1} \ln \frac{p^\circ}{p}$$
$$\pi = \frac{0.082 \times 303}{0.0181} \times 2.303 \log \frac{31.824}{31.207}$$
$$= 27.0 \text{ atm}$$

The experimental value for the osmotic pressure of a 1 $m$ solution of sucrose at 30°C is 27.2 atm.

---

## MOLECULAR WEIGHT DETERMINATION

The four colligative properties that have been discussed in this chapter—vapor pressure lowering, freezing point lowering, boiling point elevation, and osmotic pressure—can be used to calculate the molecular weights of nonelectrolytes present as solutes. Thus, the lowering of the vapor pressure of a solution containing a nonvolatile solute depends only on the mole fraction of the solute. This allows the molecular weight of the solute to be calculated in the following manner.

Because the mole fraction of solvent, $n_1 = w_1/M_1$, and the mole fraction of solute, $n_2 = w_2/M_2$, in which $w_1$ and $w_2$ are the weights of solvent and solute of molecular weights $M_1$ and $M_2$ respectively, equation (**5-15**) can be expressed as

$$\frac{p_1^\circ - p_1}{p_1^\circ} = \frac{n_2}{n_1 + n_2} = \frac{w_2/M_2}{(w_1/M_1) + (w_2/M_2)} \qquad \textbf{5-45}$$

In dilute solutions in which $w_2/M_2$ is negligible compared with $w_1/M_1$, the former term may be omitted from the denominator, and the equation simplifies to

$$\frac{\Delta p}{p_1^\circ} = \frac{w_2/M_2}{w_1/M_1} \qquad \textbf{5-46}$$

The molecular weight of the solute $M_2$ is obtained by rearranging equation (**5-46**) to

$$M_2 = \frac{w_2 M_1 p_1^\circ}{w_1 \Delta p} \qquad \textbf{5-47}$$

The molecular weight of a nonvolatile solute can similarly be determined from the boiling point elevation of the solution. Knowing $K_b$, the molal elevation constant, for the solvent and determining $T_b$, the boiling point elevation, one can calculate the molecular weight of a nonelectrolyte. Because $1,000 \, w_2/w_1$ is the weight of solute per kilogram of solvent, molality (moles/kilogram of solvent) can be expressed as

$$m = \frac{w_2/M_2}{w_1} \times 1,000 = \frac{1,000 w_2}{w_1 M_2} \qquad \textbf{5-48}$$

and

$$\Delta T_b = K_b m \qquad \textbf{5-49}$$

Then,

$$\Delta T_b = K_b \frac{1,000 w_2}{w_1 M_2} \qquad \textbf{5-50}$$

or

$$M_2 = K_b \frac{1,000 w_2}{w_1 \Delta T_b} \qquad \textbf{5-51}$$

---

**Example 5-15  Determination of the Molecular Weight of Sucrose by Boiling Point Elevation**

A solution containing 10.0 g of sucrose dissolved in 100 g of water has a boiling point of 100.149°C. What is the molecular weight of sucrose? We write

$$M_2 = 0.51 \times \frac{1,000 \times 10.0}{100 \times 0.149}$$
$$= 342 \text{ g/mole}$$

---

As shown in Figure 5-8, the lowering of vapor pressure arising from the addition of a nonvolatile solute to a solvent results in a depression of the freezing point. By rearranging equation (**5-29**), we obtain

$$M_2 = K_f \frac{1,000 w_2}{\Delta T_f w_1} \qquad \textbf{5-52}$$

where $w_2$ is the number of grams of solute dissolved in $w_1$ grams of solvent. It is thus possible to calculate the molecular weight of the solute from cryoscopic data of this type.

---

**Example 5-16  Calculating Molecular Weight Using Freezing Point Depression**

The freezing point depression of a solution of 2.000 g of 1,3-dinitrobenzene in 100.0 g of benzene was determined by the equilibrium method and was found to be 0.6095°C. Calculate the molecular weight of 1,3-dinitrobenzene. We write

$$M_2 = 5.12 \times \frac{1,000 \times 2.000}{0.6095 \times 100.0} = 168.0 \text{ g/mole}$$

---

Copyright © Wolters Kluwer Health, Inc. Unauthorized reproduction of this content is prohibited.

The van't Hoff and Morse equations can be used to calculate the molecular weight of solutes from osmotic pressure data, provided the solution is sufficiently dilute and ideal. The way osmotic pressure is used to calculate the molecular weight of colloidal materials is discussed in *Chapter 21*.

---

**Example 5-17** **Determining Molecular Weight by Osmotic Pressure**

Fifteen grams of a new drug dissolved in water to yield 1,000 mL of solution at 25°C was found to produce an osmotic pressure of 0.6 atm. What is the molecular weight of the solute? We write

$$\pi = cRT = \frac{c_g RT}{M_2} \qquad 5\text{-}53$$

where $c_g$ is in g/L of solution. Thus,

$$\pi = \frac{15 \times 0.0821 \times 298}{M_2}$$

or

$$M_2 = \frac{15 \times 24.45}{0.6} = 612 \text{ g/mole}$$

---

## Choice of Colligative Properties

Each of the colligative properties seems to have certain advantages and disadvantages for the determination of molecular weights. The boiling point method can be used only when the solute is nonvolatile and when the substance is not decomposed at boiling temperatures. The freezing point method is satisfactory for solutions containing volatile solutes, such as alcohol, because the freezing point of a solution depends on the vapor pressure of the solvent alone. The freezing point method is easily executed, and yields results of high accuracy for solutions of small molecules. It is sometimes inconvenient to use freezing point or boiling point methods, however, because they must be carried out at definite temperatures. Osmotic pressure measurements do not have this disadvantage, and yet the difficulties inherent in this method preclude its wide use. In summary, it may be said that the cryoscopic and newer vapor pressure techniques are the methods of choice, except for high polymers, in which instance the osmotic pressure method is used.

Because the colligative properties are interrelated, it should be possible to determine the value of one property from knowledge of any other. The relationship between vapor pressure lowering and osmotic pressure has already been shown. Freezing point depression and osmotic pressure can be related approximately as follows. The molality from the equation $m = \Delta T_f / K_f$ is substituted in the osmotic pressure equation, $\pi = RTm$, to give, at 0°C,

$$\pi = RT \frac{\Delta T_f}{K_f} = \frac{22.4}{1.86} \Delta T_f \qquad 5\text{-}54$$

or

$$\pi \cong 12 \Delta T_f \qquad 5\text{-}55$$

---

**TABLE 5-4**

**Approximate Expressions for the Colligative Properties**

| Colligative Property | Expression | Proportionality Constant in Aqueous Solution |
|---|---|---|
| Vapor pressure lowering | $\Delta p = 0.018\, p_1{}^{\circ} m$ | $0.018\, p_1{}^{\circ} = 0.43$ at 25°C = 0.083 at 0°C |
| Boiling point elevation | $\Delta T_b = K_b m$ | $K_b = 0.51$ |
| Freezing point depression | $\Delta T_f = K_f m$ | $K_f = 1.86$ |
| Osmotic pressure | $\pi = RTm$ | $RT = 24.4$ at 25°C = 22.4 at 0°C |

Lewis[7] suggested the equation

$$\pi = 12.06 \Delta T_f - 0.021 \Delta T_f{}^2 \qquad 5\text{-}56$$

which gives accurate results.

---

**Example 5-18** **Osmotic Pressure of Human Blood Serum**

A sample of human blood serum has a freezing point of −0.53°C. What is the approximate osmotic pressure of this sample at 0°C? What is its more accurate value as given by the Lewis equation? We write

$$\pi = 12 \times 0.53 = 6.36 \text{ atm}$$

$$\pi = 12.06 \times 0.53 - 0.021(0.53)^2 = 6.39 \text{ atm}$$

---

Table 5-4 presents the equations and their constants in summary form. All equations are approximate and are useful only for dilute solutions in which the volume occupied by the solute is negligible with respect to that of the solvent.

## ELECTROLYTE SOLUTIONS

The first satisfactory theory of ionic solutions was proposed by Arrhenius in 1887. The theory was based largely on studies of electric conductance by Kohlrausch, colligative properties by van't Hoff, and chemical properties such as heats of neutralization by Thomsen. Arrhenius[8] was able to bring together the results of these diverse investigations into a broad generalization known as the theory of electrolytic dissociation.

Although the theory proved quite useful for describing weak electrolytes, it was soon found unsatisfactory for strong and moderately strong electrolytes. Accordingly, many attempts were made to modify or replace Arrhenius' ideas with better ones, and finally, in 1923, Debye and Hückel put forth a new theory. It is based on the principles that *strong electrolytes* are completely dissociated into ions in solutions of moderate concentration and that any deviation from complete dissociation is due to interionic attractions. Debye and Hückel expressed the deviations in terms of activities,

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

activity coefficients, and ionic strengths of electrolytic solutions. These quantities, which had been introduced earlier by Lewis, are discussed in this chapter together with the theory of interionic attraction. Other aspects of ionic theory and the relationships between electricity and chemical phenomena are considered in following chapters.

This section begins with a discussion of some of the properties of ionic solutions that led to the Arrhenius theory of electrolytic dissociation.

## Properties of Solutions of Electrolytes

### Electrolysis

When, under a potential of several volts, a direct electric current (dc) flows through an electrolytic cell (Fig. 5-12), a chemical reaction occurs. The process is known as *electrolysis*. Electrons enter the cell from the battery or generator at the *cathode* (road down); they combine with positive ions or *cations* in the solution, and the cations are accordingly reduced. The negative ions, or *anions*, carry electrons through the solution and discharge them at the *anode* (road up), and the anions are accordingly oxidized. *Reduction* is the addition of electrons to a chemical species, and *oxidation* is removal of electrons from a species. The current in a solution consists of a flow of positive and negative ions toward the electrodes, whereas the current in a metallic conductor consists of a flow of free electrons migrating through a crystal lattice of fixed positive ions. Reduction occurs at the cathode, where electrons enter from the external circuit and are added to a chemical species in solution. Oxidation occurs at the anode, where the electrons are removed from a chemical species in solution and go into the external circuit.

In the electrolysis of a solution of ferric sulfate in a cell containing platinum electrodes, a ferric ion migrates to the cathode, where it picks up an electron and is reduced:

$$Fe^{3+} + e^- = Fe^{2+} \qquad \text{5-57}$$



**Battery**

**Electrons**

**Anode (+)** **(oxidation)** →

**Cathode (−)** **(reduction)**

Escaping $O_2$

$SO_4^{2-}$ ← **Anions (−)**

$Fe^{3+}$ **Cations (+)** →

— **Current direction** →

FIGURE 5-12  Electrolysis in an electrolytic cell.

The sulfate ion carries the current through the solution to the anode, but it is not easily oxidized; therefore, hydroxyl ions of the water are converted into molecular oxygen, which escapes at the anode, and sulfuric acid is found in the solution around the electrode. The oxidation reaction at the anode is

$$OH^- = \frac{1}{4}O_2 + \frac{1}{2}H_2O + e^- \qquad \text{5-58}$$

Platinum electrodes are used here because they do not pass into solution to any extent. When *attackable* metals, such as copper or zinc, are used as the anode, their atoms tend to lose electrons, and the metal passes into solution as the positively charged ion.

In the electrolysis of cupric chloride between platinum electrodes, the reaction at the cathode is

$$\frac{1}{2}Cu^{2+} + e^- = \frac{1}{2}Cu \qquad \text{5-59}$$

whereas at the anode, chloride and hydroxyl ions are converted, respectively, into gaseous molecules of chlorine and oxygen, which then escape. In each of these two examples, the net result is the transfer of one electron from the cathode to the anode.

### Transference Numbers

It should be noted that the flow of electrons through the solution from right to left in Figure 5-12 is accomplished by the movement of cations to the right as well as anions to the left. The fraction of total current carried by the cations or by the anions is known as the *transport* or *transference number* $t_+$ or $t_-$:

$$t_+ = \frac{\text{Current carried by cations}}{\text{Total current}} \qquad \text{5-60}$$

$$t_- = \frac{\text{Current carried by anions}}{\text{Total current}} \qquad \text{5-61}$$

The sum of the two transference numbers is obviously equal to unity:

$$t_+ + t_- = 1 \qquad \text{5-62}$$

The transference numbers are related to the velocities of the ions, the faster-moving ion carrying the greater fraction of current. The velocities of the ions in turn depend on hydration as well as ion size and charge. Hence, the speed and the transference numbers are not necessarily the same for positive and negative ions. For example, the transference number of the sodium ion in a 0.10 M solution of NaCl is 0.385. Because it is greatly hydrated, the lithium ion in a 0.10 M solution of LiCl moves more slowly than the sodium ion and hence has a lower transference number, 0.317.

### Electrical Units

According to Ohm's law, the strength of an electric current $I$ in amperes flowing through a metallic conductor is related

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the contents is prohibited.

## KEY CONCEPT

## FARADAY'S LAWS

In 1833 and 1834, Michael Faraday announced his famous laws of electricity, which may be summarized in the statement; the passage of 96,500 coulombs of electricity through a conductivity cell produces a chemical change of 1 g equivalent weight of any substance. The quantity 96,500 is known as the faraday, F. The best estimate of the value today is $9.648456 \times 10^4$ coulombs/g equivalent.

to the difference in applied potential or voltage $E$ and the resistance $R$ in ohms, as follows:

$$I = \frac{E}{R} \qquad 5\text{-}63$$

The current strength $I$ is the rate of flow of current or the quantity $Q$ of electricity (electronic charge) in coulombs flowing per unit time:

$$I = \frac{Q}{t} \qquad 5\text{-}64$$

and

Quantity of electric charge, $Q$ = Current, $I \times$ Time, $t$   5-65

The quantity of electric charge is expressed in coulombs (1 coulomb = $3 \times 10^9$ electrostatic units of charge, or esu), the current in amperes, and the electric potential in volts.

Electric energy consists of an intensity factor, electromotive force or voltage, and a quantity factor, coulombs.

Electric energy = $E \times Q$   5-66

### Faraday's Laws

A univalent negative ion is an atom to which a valence electron has been added; a univalent positive ion is an atom from which an electron has been removed. Each gram equivalent of ions of any electrolyte carries Avogadro's number ($6.02 \times 10^{23}$) of positive or negative charges. Hence, from Faraday's laws, the passage of 96,500 coulombs of electricity results in the transport of $6.02 \times 10^{23}$ electrons in the cell. One faraday is an Avogadro's number of electrons, corresponding to the mole, which is an Avogadro's number of molecules. The passage of 1 faraday of electricity causes the electrolytic deposition of the following number of gram atoms or "moles" of various ions: 1 $Ag^+$, 1 $Cu^+$, ½ $Cu^{2+}$, ½ $Fe^{2+}$, $Fe^{3+}$. Thus, the number of positive charges carried by 1 g equivalent of $Fe^{3+}$ is $6.02 \times 10^{23}$, but the number of positive charges carried by 1 g atom or 1 mole of ferric ions is $3 \times 6.02 \times 10^{23}$.

Faraday's laws can be used to compute the charge on an electron in the following way. Because $6.02 \times 10^{23}$ electrons are associated with 96,500 coulombs of electricity, each

electron has a charge $e$ of

$$e = \frac{96,500 \text{ coulombs}}{6.02 \times 10^{23}}$$

$$= 1.6 \times 10^{-19} \text{ coulomb} \qquad 5\text{-}67$$

and because 1 coulomb = $3 \times 10^9$ esu,

$$e = 4.8 \times 10^{-10} \text{ electrostatic unit of charge} \qquad 5\text{-}68$$

## Electrolytic Conductance

The resistance, $R$, in ohms of any uniform metallic or electrolytic conductor is directly proportional to its length, $l$, in cm and inversely proportional to its cross-sectional area, $A$, in $cm^2$,

$$R = \rho \frac{l}{A} \qquad 5\text{-}69$$

where $\rho$ is the resistance between opposite faces of a 1-cm cube of the conductor and is known as the *specific resistance*.

The *conductance*, $C$, is the reciprocal of resistance,

$$C = \frac{1}{R} \qquad 5\text{-}70$$

and hence can be considered as a measure of the ease with which current can pass through the conductor. It is expressed in reciprocal ohms or *mhos*. From equation (5-69):

$$C = \frac{1}{R} = \frac{1}{\rho} \frac{A}{l} \qquad 5\text{-}71$$

The *specific conductance* $\kappa$ is the reciprocal of specific resistance and is expressed in mhos/cm:

$$\kappa = \frac{1}{\rho} \qquad 5\text{-}72$$

It is the conductance of a solution confined in a cube 1 cm on an edge as seen in Figure 5-13. The relationship between specific conductance and conductance or resistance is obtained by combining equations (5-71) and (5-72):

$$\kappa = C \frac{l}{A} = \frac{1}{R} \frac{l}{A} \qquad 5\text{-}73$$



FIGURE 5-13 Relationship between specific conductance and equivalent conductance.

© Wolters Kluwer. Unauthorized reproduction of this content is prohibited.



FIGURE 5-14 Wheatstone bridge for conductance measurements.

## Measuring the Conductance of Solutions

The Wheatstone bridge assembly for measuring the conductance of a solution is shown in Figure 5-14. The solution of unknown resistance $R_x$ is placed in the cell and connected in the circuit. The contact point is moved along the slide wire $bc$ until at some point, say $d$, no current from the source of alternating current (oscillator) flows through the detector (earphones or oscilloscope). When the bridge is balanced, the potential at $a$ is equal to that at $d$, the sound in the earphones or the oscillating pattern on the oscilloscope is at a minimum, and the resistances $R_s$, $R_1$, and $R_2$ are read. In the balanced state, the resistance of the solution $R_x$ is obtained from the equation

$$R_x = R_s \frac{R_1}{R_2}$$    5-74

The variable condenser across resistance $R_s$ is used to produce a sharper balance. Some conductivity bridges are calibrated in conductance as well as resistance values. The electrodes in the cell are platinized with platinum black by electrolytic deposition so that catalysis of the reaction will occur at the platinum surfaces and formation of a nonconducting gaseous film will not occur on the electrodes.

Water that is carefully purified by redistillation in the presence of a little permanganate is used to prepare the solutions. Conductivity water, as it is called, has a specific conductance of about $0.05 \times 10^{-6}$ mho/cm at 18°C, whereas ordinary distilled water has a value somewhat greater than $1 \times 10^{-6}$ mho/cm. For most conductivity studies, "equilibrium water" containing $CO_2$ from the atmosphere is satisfactory. It has a specific conductance of about $0.8 \times 10^{-6}$ mho/cm.

The specific conductance, $\kappa$, is computed from the resistance, $R_x$, or conductance, $C$, by using equation (5-73). The quantity $l/A$, the ratio of distance between electrodes to the area of the electrode, has a definite value for each conductance cell; it is known as the *cell constant*, $K$. Equation (5-73) thus can be written as

$$\kappa = KC = K/R$$    5-75

(The subscript $x$ is no longer needed on $R$ and is therefore dropped.) It would be difficult to measure $l$ and $A$, but it is a simple matter to determine the cell constant experimentally. The specific conductance of several standard solutions has been determined in carefully calibrated cells. For example, a solution containing 7.45263 g of potassium chloride in 1,000 g of water has a specific conductance of 0.012856 mho/cm at 25°C. A solution of this concentration contains 0.1 mole of salt per cubic decimeter ($100\ cm^3$) of water and is known as a 0.1-*demal* solution. When such a solution is placed in a cell and the resistance is measured, the cell constant can be determined by using equation (5-75).

<div style="border:1px solid">

**Example 5-19 Calculating K**

A 0.1-demal solution of KCl was placed in a cell whose constant $K$ was desired. The resistance $R$ was found to be 34.69 ohms at 25°C. Thus,

$$K = \kappa R = 0.012856\ \text{mho/cm} \times 34.69\ \text{ohms}$$
$$= 0.4460\ \text{cm}^{-1}$$

</div>

<div style="border:1px solid">

**Example 5-20 Calculating Specific Conductance**

When the cell described in *Example 5-19* was filled with a 0.01 N $Na_2SO_4$ solution, it had a resistance of 397 ohms. What is the specific conductance? We write

$$\kappa = \frac{K}{R} = \frac{0.4460}{397} = 1.1234 \times 10^{-3}\ \text{mho/cm}$$

</div>

## Equivalent Conductance

To study the dissociation of molecules into ions, independent of the concentration of the electrolyte, it is convenient to use equivalent conductance rather than specific conductance. All solutes of equal normality produce the same number of ions when completely dissociated, and equivalent conductance measures the current-carrying capacity of this given number of ions. Specific conductance, on the other hand, measures the current-carrying capacity of all ions in a unit volume of solution and accordingly varies with concentration.

*Equivalent conductance* $\Lambda$ is defined as the conductance of a solution of sufficient volume to contain 1 g equivalent of the solute when measured in a cell in which the electrodes are spaced 1 cm apart. The equivalent conductance $\Lambda_c$ at a concentration of $c$ gram equivalents per liter is calculated from the product of the specific conductance $\kappa$ and the volume $V$ in $cm^3$ that contains 1 g equivalent of solute. The cell may be imagined as having electrodes 1 cm apart and to be of sufficient area so that it can contain the solution. The cell is shown in Figure 5-13. We have

$$V = \frac{1{,}000\ \text{cm}^3/\text{L}}{c\ \text{Eq/L}} = \frac{1{,}000}{c}\ \text{cm}^3/\text{Eq}$$    5-76

The equivalent conductance is obtained when $\kappa$, the conductance per $cm^3$ of solution (i.e., the specific conductance), is multiplied by $V$, the volume in $cm^3$ that contains 1 g equivalent weight of solute. Hence, the equivalent conductance, $\Lambda_c$, expressed in units of mho $cm^2$/Eq, is given

Copyright © 2011 Wolters Kluwer. Unauthorized reproduction of this content is prohibited.

**132**    MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES

by the expression

$$\Lambda_c = \kappa \times V$$

$$= \frac{1{,}000\,\kappa}{c}\ \text{mho cm}^2/\text{Eq} \qquad \textbf{5-77}$$

If the solution is 0.1 N in concentration, then the volume containing 1 g equivalent of the solute will be 10,000 cm³, and, according to equation (**5-77**), the equivalent conductance will be 10,000 times as great as the specific conductance. This is seen in the following example.

> **Example 5-21  Specific and Equivalent Conductance**
> The measured conductance of a 0.1 N solution of a drug is 0.0563 ohm at 25°C. The cell constant at 25°C is 0.520 cm⁻¹. What is the specific conductance and what is the equivalent conductance of the solution at this concentration? We write
>
> $$\kappa = 0.0563 \times 0.520 = 0.0293\ \text{mho/cm}$$
>
> $$\Lambda_c = 0.0293 \times 1{,}000/0.1$$
>
> $$= 293\ \text{mho cm}^2/\text{Eq}$$

## Equivalent Conductance of Strong and Weak Electrolytes

As the solution of a strong electrolyte is diluted, the *specific conductance* $\kappa$ *decreases* because the number of ions per unit volume of solution is reduced. It sometimes goes through a maximum before decreasing. Conversely, the *equivalent conductance* $\Lambda$ of a solution of a strong electrolyte steadily *increases* on dilution. The increase in $\Lambda$ with dilution is explained as follows. The quantity of electrolyte remains constant at 1 g equivalent according to the definition of equivalent conductance; however, the ions are hindered less by their neighbors in the more dilute solution and hence can move faster. The equivalent conductance of a weak electrolyte also increases on dilution, but not as rapidly at first.

Kohlrausch was one of the first investigators to study this phenomenon. He found that the equivalent conductance was a linear function of the square root of the concentration for strong electrolytes in dilute solutions, as illustrated in Figure 5-15. The expression for $\Lambda_c$, the equivalent conductance at a concentration $c$ (Eq/L), is

$$\Lambda_c = \Lambda_0 - b\sqrt{c} \qquad \textbf{5-78}$$

where $\Lambda_0$ is the intercept on the vertical axis and is known as the *equivalent conductance at infinite dilution*. The constant $b$ is the slope of the line for the strong electrolytes shown in Figure 5-15.

When the equivalent conductance of a weak electrolyte is plotted against the square root of the concentration, as shown for acetic acid in Figure 5-15, the curve cannot be extrapolated to a limiting value, and $\Lambda_0$ must be obtained by a method such as is described in the following paragraph. The steeply rising curve for acetic acid results from the fact that the dissociation of weak electrolytes increases on dilution, with a large increase in the number of ions capable of carrying the current.



**FIGURE 5-15** Equivalent conductance of strong and weak electrolytes.

Kohlrausch concluded that the ions of all electrolytes begin to migrate independently as the solution is diluted; the ions in dilute solutions are so far apart that they do not interact in any way. Under these conditions, $\Lambda_0$ is the sum of the equivalent conductances of the cations $l_c^o$ and the anions $l_a^o$ at infinite dilution

$$\Lambda_0 = l_c^o + l_a^o \qquad \textbf{5-79}$$

Based on this law, the known $\Lambda_0$ values for certain electrolytes can be added and subtracted to yield $\Lambda_0$ for the desired weak electrolyte. The method is illustrated in the following example.

> **Example 5-22  Equivalent Conductance of Phenobarbital**
> What is the equivalent conductance at infinite dilution of the weak acid phenobarbital? The $\Lambda_0$ of the strong electrolytes HCl, sodium phenobarbital (NaP), and NaCl are obtained from the experimental results shown in Figure 5-15. The values are $\Lambda_{0,\text{HCl}} = 426.2$, $\Lambda_{0,\text{NaP}} = 73.5$, and $\Lambda_{0,\text{NaCl}} = 126.5$ mho cm²/Eq.
>
> Now, by Kohlrausch's law of the independent migration of ions,
>
> $$\Lambda_{0,\text{HP}} = l_{\text{H+}}^o + l_{\text{P}}^o$$
>
> and
>
> $$\Lambda_{0,\text{HCl}} + \Lambda_{0,\text{NaP}} - \Lambda_{0,\text{NaCl}} = l_{\text{H-}}^o + l_{\text{Cl}^-}^o + l_{\text{Na+}}^o + l_{\text{P}}^o - l_{\text{Na+}}^o - l_{\text{Cl}}^o$$
>
> which, on simplifying the right-hand side of the equation, becomes
>
> $$\Lambda_{0,\text{HCl}} + \Lambda_{0,\text{NaP}} - \Lambda_{0,\text{NaCl}} = l_{\text{H+}}^o + l_{\text{P}}^o$$
>
> Therefore,
>
> $$\Lambda_{0,\text{HP}} = \Lambda_{0,\text{HCl}} + \Lambda_{0,\text{NaP}} - \Lambda_{0,\text{NaCl}}$$
>
> and
>
> $$\Lambda_{0,\text{HP}} = 426.2 + 73.5 - 126.5$$
>
> $$= 373.2\ \text{mho cm}^2/\text{Eq}$$

Copyright © 2024. Not for sale or unauthorized reproduction of this content is prohibited.

## Colligative Properties of Electrolytic Solutions and Concentrated Solutions of Nonelectrolytes

As stated in the previous chapter, van't Hoff observed that the osmotic pressure, $\pi$, of dilute solutions of nonelectrolytes, such as sucrose and urea, could be expressed satisfactorily by the equation $\pi = RTc$, where $R$ is the gas constant, $T$ is the absolute temperature, and $c$ is the concentration in moles/liter. van't Hoff found, however, that solutions of electrolytes gave osmotic pressures approximately two, three, and more times larger than expected from this equation, depending on the electrolyte investigated. Introducing a correction factor $i$ to account for the irrational behavior of ionic solutions, he wrote

$$\pi = iRT_c \qquad \text{5-80}$$

Using this equation, van't Hoff was able to obtain calculated values that compared favorably with the experimental results of osmotic pressure. van't Hoff recognized that $i$ approached the number of ions into which the molecule dissociated as the solution was made increasingly dilute.

The $i$ factor is plotted against the molal concentration of both electrolytes and nonelectrolytes in Figure 5-16. For nonelectrolytes, it is seen to approach unity, and for strong electrolytes, it tends toward a value equal to the number of ions formed upon dissociation. For example, $i$ approaches the value of 2 for solutes such as NaCl and $CaSO_4$, 3 for $K_2SO_4$ and $CaCl_2$, and 4 for $K_3Fe(C)_6$ and $FeCl_3$.

The van't Hoff factor can also be expressed as the ratio of any colligative property of a real solution to that of an ideal solution of a nonelectrolyte because $i$ represents the number of times greater that the colligative effect is for a real solution (electrolyte or nonelectrolyte) than for an ideal nonelectrolyte.

The colligative properties in dilute solutions of electrolytes are expressed on the molal scale by the equations

$$\Delta p = 0.018 i p_i^\circ m \qquad \text{5-81}$$

$$\pi = iRTm \qquad \text{5-82}$$

FIGURE 5-16  van't Hoff $i$ factor of representative compounds.

$$\Delta T_f = iK_f m \qquad \text{5-83}$$

$$\Delta T_b = iK_b m \qquad \text{5-84}$$

Equation (**5-81**) applies only to aqueous solutions, whereas (**5-82**) through (**5-84**) are independent of the solvent used.

---

**Example 5-23  Osmotic Pressure of Sodium Chloride**

What is the osmotic pressure of a 2.0 $m$ solution of sodium chloride at 20°C?

The $i$ factor for a 2.0 $m$ solution of sodium chloride as observed in Figure 5-5 is about 1.9. Thus,

$$\pi = 1.9 \times 0.082 \times 293 \times 2.0 = 91.3 \text{ atm}$$

---

## Theory of Electrolytic Dissociation

During the period in which van't Hoff was developing the solution laws, the Swedish chemist Svante Arrhenius was preparing his doctoral thesis on the properties of electrolytes at the University of Uppsala in Sweden. In 1887, he published the results of his investigations and proposed the now classic theory of dissociation.[8] The new theory resolved many of the anomalies encountered in the earlier interpretations of electrolytic solutions. Although the theory was viewed with disfavor by some influential scientists of the nineteenth century, Arrhenius' basic principles of electrolytic dissociation were gradually accepted and are still considered valid today. The theory of the existence of ions in solutions of electrolytes even at ordinary temperatures remains intact, aside from some modifications and elaborations that have been made through the years to bring it into line with certain stubborn experimental facts.

The original Arrhenius theory, together with the alterations that have come about as a result of the intensive research on electrolytes, is summarized as follows. When

---

### KEY CONCEPT

### VAN'T HOFF FACTOR *i*

The factor *i* may also be considered to express the departure of concentrated solutions of nonelectrolytes from the laws of ideal solutions. The deviations of concentrated solutions of nonelectrolytes can be explained on the same basis as deviations of real solutions from Raoult's law, considered in the preceding chapter. They included differences of internal pressures of the solute and solvent, polarity, compound formation or complexation, and association of either the solute or the solvent. The departure of electrolytic solutions from the colligative effects in ideal solutions of nonelectrolytes may be attributed—in addition to the factors just enumerated—to dissociation of weak electrolytes and to interaction of the ions of strong electrolytes. Hence, the van't Hoff factor *i* accounts for the deviations of real solutions of nonelectrolytes and electrolytes, regardless of the reason for the discrepancies.

Copyright © 2024 Wolters Kluwer, Unauthorized reproduction of the content is prohibited.

electrolytes are dissolved in water, the solute exists in the form of ions in the solution, as seen in the following equations:

$$H_2O + \underset{\text{[Ionic compound]}}{Na^+Cl^-} \rightarrow \underset{\text{[Strong electrolyte]}}{Na^+ + Cl^-} + H_2O \qquad \textbf{5-85}$$

$$H_2O + \underset{\substack{\text{[Covalent} \\ \text{compound]}}}{HCl} \rightarrow \underset{\text{[Strong electrolyte]}}{H_3O^+ + Cl^-} \qquad \textbf{5-86}$$

$$H_2O + \underset{\substack{\text{[Covalent} \\ \text{compound]}}}{CH_3COOH} \rightleftharpoons \underset{\text{[Weak electrolyte]}}{H_3O^+ + CH_3COO^-} \qquad \textbf{5-87}$$

The solid form of sodium chloride is marked with plus and minus signs in reaction (**5-85**) to indicate that sodium chloride exists as ions even in the crystalline state. If electrodes are connected to a source of current and are placed in a mass of fused sodium chloride, the molten compound will conduct the electric current because the crystal lattice of the pure salt consists of ions. The addition of water to the solid dissolves the crystal and separates the ions in solution.

Hydrogen chloride exists essentially as neutral molecules rather than as ions in the pure form and does not conduct electricity. When it reacts with water, however, it ionizes according to reaction (equation [**5-86**]). $H_3O^+$ is the modern representation of the hydrogen ion in water and is known as the *hydronium or oxonium* ion. In addition to $H_3O^+$, other hydrated species of the proton probably exist in solution, but they need not be considered here.[9]

Sodium chloride and hydrochloric acid are *strong electrolytes* because they exist almost completely in the ionic form in moderately concentrated aqueous solutions. Inorganic acids such as HCl, $HNO_3$, $H_2SO_4$, and HI; inorganic bases as NaOH and KOH of the alkali metal family and $Ba(OH)_2$ and $Ca(OH)_2$ of the alkaline earth group; and most inorganic and organic salts are highly ionized and belong to the class of strong electrolytes.

Acetic acid is a *weak electrolyte*, the oppositely directed arrows in equation (**5-87**) indicating that the equilibrium between the molecules and ions is established. Most organic acids and bases and some inorganic compounds, such as $H_3BO_3$, $H_2CO_3$, and $NH_4OH$, belong to the class of weak electrolytes. Even some salts (lead acetate, $HgCl_2$, HgI, and HgBr) and the complex ions $Hg(NH_3)_2^+$, $Cu(NH_3)_4^{2+}$, and $Fe(CN)_6^{3-}$ are weak electrolytes.

Faraday applied the term *ion* (Greek: "wanderer") to these species of electrolytes and recognized that the cations (positively charged ions) and anions (negatively charged ions) were responsible for conducting the electric current. Before the time of Arrhenius' publications, it was believed that a solute was not spontaneously decomposed in water but rather dissociated appreciably into ions only when an electric current was passed through the solution.

### Drugs and Ionization

Some drugs, such as anionic and cationic antibacterial and antiprotozoal agents, are more active when in the ionic state. Other compounds, such as the hydroxybenzoate esters (parabens) and many general anesthetics, bring about their biologic effects as nonelectrolytes. Still other compounds, such as the sulfonamides, are thought to exert their drug action both as ions and as neutral molecules.[10]

### Degree of Dissociation

Arrhenius did not originally consider strong electrolytes to be ionized completely except in extremely dilute solutions. He differentiated between strong and weak electrolytes by the fraction of the molecules ionized: the *degree of dissociation*, $\alpha$. A strong electrolyte was one that dissociated into ions to a high degree and a weak electrolyte was one that dissociated into ions to a low degree.

Arrhenius determined the degree of dissociation directly from conductance measurements. He recognized that the equivalent conductance at infinite dilution $\Lambda_0$ was a measure of the complete dissociation of the solute into its ions and that $\Lambda_c$ represented the number of solute particles present as ions at a concentration $c$. Hence, the fraction of solute molecules ionized, or the degree of dissociation, was expressed by the equation.[11]

$$\alpha = \frac{\Lambda_c}{\Lambda_0} \qquad \textbf{5-88}$$

where $\Lambda_c/\Lambda_0$ is known as the *conductance ratio*.

> **Example 5-24 Degree of Dissociation of Acetic Acid**
> The equivalent conductance of acetic acid at 25°C and at infinite dilution is 390.7 ohm cm²/Eq. The equivalent conductance of a 5.9 × 10⁻³ M solution of acetic acid is 14.4 ohm cm²/Eq. What is the degree of dissociation of acetic acid at this concentration? We write
>
> $$\alpha = \frac{14.4}{390.7} = 0.037 \text{ or } 3.7\%$$

The van't Hoff factor, $i$, can relate to the degree of dissociation, $\alpha$, in the following way. The $i$ factor equals unity for an ideal solution of a nonelectrolyte; however, a term must be added to account for the particles produced when a molecule of an electrolyte dissociates. For 1 mole of calcium chloride, which yields three ions per molecule, the van't Hoff factor is given by

$$i = 1 + \alpha(3 - 1) \qquad \textbf{5-89}$$

or, in general, for an electrolyte yielding $v$ ions,

$$i = 1 + \alpha(v - 1) \qquad \textbf{5-90}$$

from which we obtain an expression for the degree of dissociation,

$$\alpha = \frac{i - 1}{v - 1} \qquad \textbf{5-91}$$

Copyright © 2024 Wolters Kluwer. Unauthorized reproduction of this content is prohibited.

The cryoscopic method is used to determine $i$ from the expression

$$\Delta T_f = iK_f m \qquad \textbf{5-92}$$

or

$$i = \frac{\Delta T_f}{K_f m} \qquad \textbf{5-93}$$

---

**Example 5-25  Degree of Ionization of Acetic Acid**
The freezing point of a 0.10 $m$ solution of acetic acid is −0.188°C. Calculate the degree of ionization of acetic acid at this concentration. Acetic acid dissociates into two ions, that is, $v = 2$. We write

$$i = \frac{0.188}{1.86 \times 0.10} = 1.011$$

$$\alpha = \frac{i-1}{v-1} = \frac{1.011-1}{2-1} = 0.011$$

---

In other words, according to the result of *Example 5-25*, the fraction of acetic acid present as free ions in a 0.10 $m$ solution is 0.011. Stated in percentage terms, acetic acid in 0.1 $m$ concentration is ionized to the extent of about 1%.

## Theory of Strong Electrolytes

Arrhenius used $\alpha$ to express the degree of dissociation of both strong and weak electrolytes, and van't Hoff introduced the factor $i$ to account for the deviation of strong and weak electrolytes and nonelectrolytes from the ideal laws of the colligative properties, regardless of the nature of these discrepancies. According to the early ionic theory, the degree of dissociation of ammonium chloride, a strong electrolyte, was calculated in the same manner as that of a weak electrolyte.

---

**Example 5-26  Degree of Dissociation**
The freezing point depression for a 0.01 $m$ solution of ammonium chloride is 0.0367°C. Calculate the "degree of dissociation" of this electrolyte. We write

$$i = \frac{\Delta T_f}{K_f m} = \frac{0.0367°C}{1.86 \times 0.010} = 1.97$$

$$\alpha = \frac{1.97-1}{2-1} = 0.97$$

---

The Arrhenius theory is now accepted for describing the behavior only of weak electrolytes. The degree of dissociation of a weak electrolyte can be calculated satisfactorily from the conductance ratio $\Lambda_c/\Lambda_0$ or obtained from the van't Hoff $i$ factor.

Many inconsistencies arise, however, when an attempt is made to apply the theory to solutions of strong electrolytes. In dilute and moderately concentrated solutions, they dissociate almost completely into ions, and it is not satisfactory to write an equilibrium expression relating the concentration of the ions and the minute amount of undissociated molecules, as is done for weak electrolytes. Moreover, a discrepancy exists between $\alpha$ calculated from the $i$ value and $\alpha$ calculated from the conductivity ratio for strong electrolytes in aqueous solutions having concentrations greater than about 0.5 M.



## KEY CONCEPT

# WEAK AND STRONG ELECTROLYTES

The large number of oppositely charged ions in solutions of electrolytes influences one another through *interionic attractive forces*. Although this interference is negligible in dilute solutions, it becomes appreciable at moderate concentrations. In solutions of weak electrolytes, regardless of concentration, the number of ions is small and the interionic attraction correspondingly insignificant. Hence, the Arrhenius theory and the concept of the degree of dissociation are valid for solutions of weak electrolytes but not for strong electrolytes.

For these reasons, one does not account for the deviation of strong electrolyte from ideal nonelectrolyte behavior by calculating a degree of dissociation. It is more convenient to consider a strong electrolyte as completely ionized and to introduce a factor that expresses the deviation of the solute from 100% ionization. The *activity* and *osmotic coefficient*, discussed in subsequent paragraphs, are used for this purpose.

### Activity and Activity Coefficients

An approach that conforms well to the facts and that has evolved from many studies on solutions of strong electrolytes ascribes the behavior of strong electrolytes to an electrostatic attraction between the ions.

Not only are the ions interfered with in their movement by the "atmosphere" of oppositely charged ions surrounding them, they can also associate at high concentration into groups known as *ion pairs* (e.g., $Na^+Cl^-$) and ion triplets ($Na^+Cl^-Na^+$). Associations of still higher orders may exist in solvents of low dielectric constant, in which the force of attraction of oppositely charged ions is large.

Because of the electrostatic attraction and ion association in moderately concentrated solutions of strong electrolytes, the values of the freezing point depression and the other colligative properties are less than expected for solutions of unhindered ions. Consequently, a strong electrolyte may be *completely ionized, yet incompletely dissociated* into free ions.

One may think of the solution as having an "effective concentration" or, as it is called, an *activity*. The activity, in general, is less than the actual or stoichiometric concentration of the solute, not because the strong electrolyte is only partly ionized, but rather because some of the ions are effectively "taken out of play" by the electrostatic forces of interaction.

At infinite dilution, in which the ions are so widely separated that they do not interact with one another, the activity $a$ of an ion is equal to its concentration, expressed as molality or molarity. It is written on a molal basis at infinite dilution as

$$a = m \qquad \textbf{5-94}$$

LWBK1857-C05_111-146.indd   135


**136**   MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES

or

$$\frac{a}{m} = 1 \qquad \textbf{5-95}$$

As the concentration of the solution is increased, the ratio becomes less than unity because the effective concentration or activity of the ions becomes less than the stoichiometric or molal concentration. This ratio is known as the *practical activity coefficient*, $\gamma_m$, on the molal scale, and the formula is written, for a particular ionic species, as

$$\frac{a}{m} = \gamma_m \qquad \textbf{5-96}$$

or

$$a = \gamma_m m \qquad \textbf{5-97}$$

On the molarity scale, another *practical activity coefficient*, $\gamma_c$, is defined as

$$a = \gamma_c c \qquad \textbf{5-98}$$

and on the mole fraction scale, a *rational activity coefficient* is defined as

$$a = \gamma_x X \qquad \textbf{5-99}$$

One sees from equations (5-97) through (5-99) that these coefficients are proportionality constants relating activity to molality, molarity, and mole fraction, respectively, for an ion. The activity coefficients take on a value of unity and are thus identical in infinitely dilute solutions. The three coefficients usually decrease and assume different values as the concentration is increased; however, the differences among the three activity coefficients may be disregarded in dilute solutions, in which $c \equiv m < 0.01$. The concepts of activity and activity coefficient were first introduced by Lewis and Randall[12] and can be applied to solutions of nonelectrolytes and weak electrolytes as well as to the ions of strong electrolytes.

A cation and an anion in an aqueous solution may each have a different ionic activity. This is recognized by using the symbol $a_+$ when speaking of the activity of a cation and the symbol $a_-$ when speaking of the activity of an anion. An electrolyte in solution contains each of these ions, however, so it is convenient to define a relationship between the activity of the electrolyte $a_\pm$ and the activities of the individual ions. The activity of an electrolyte is defined by its *mean ionic activity*, which is given by the relation

$$a_\pm = (a_+^m a_-^n)^{1/(m+n)} \qquad \textbf{5-100}$$

where the exponents $m$ and $n$ give the stoichiometric numbers of given ions that are in solution. Thus, an NaCl solution has a mean ionic activity of

$$a_\pm = (a_{Na^+} \cdot a_{Cl^-})^{1/2}$$

whereas an FeCl₃ solution has a mean ionic activity of

$$a_\pm = (a_{Fe^{+++}} \cdot a_{Cl^-}^3)^{1/4}$$

The ionic activities of equation (5-100) can be expressed in terms of concentrations using any of equations (5-97) to

(5-99). Using equation (5-98), one obtains from equation (5-100) the expression

$$a_\pm = [(\gamma_+ c_+)^m (\gamma_- c_-)^n]^{1/(m+n)} \qquad \textbf{5-101}$$

or

$$a_\pm = (\gamma_+^m \gamma_-^n)^{1/(m+n)} (c_+^m c_-^n)^{1/(m+n)} \qquad \textbf{5-102}$$

The *mean ionic activity coefficient* for the electrolyte can be defined by

$$\gamma_\pm = (\gamma_+^m \gamma_-^n)^{1/(m+n)} \qquad \textbf{5-103}$$

and

$$\gamma_\pm^{m+n} = \gamma_+^m \gamma_-^n \qquad \textbf{5-104}$$

Substitution of equation (5-103) into equation (5-102) yields

$$a_\pm = \gamma_\pm (c_+^m c_-^n)^{1/(m+n)} \qquad \textbf{5-105}$$

By using equation (5-105), it should be noted that the concentration of the electrolyte $c$ is related to the concentration of its ions by

$$c_+ = mc \qquad \textbf{5-106}$$

and

$$c_- = nc \qquad \textbf{5-107}$$

> **Example 5-27** Mean Ionic Activity of FeCl₃
>
> What is the mean ionic activity of a 0.01 M solution of FeCl₃? We write
>
> $$a_\pm = \gamma_\pm (c_+ c_-^3)^{1/4} = \gamma_\pm [(0.01)(3 \times 0.01)^3]^{1/4}$$
> $$= 2.3 \times 10^{-2} \gamma_\pm$$

It is possible to obtain the *mean ionic activity coefficient*, $\gamma_\pm$, of an electrolyte by several experimental methods as well as by a theoretical approach. The experimental methods include distribution coefficient studies, electromotive force measurements, colligative property methods, and solubility determinations. These results can then be used to obtain approximate activity coefficients for individual ions, where this is desired.[13]

Debye and Hückel developed a theoretical method by which it is possible to calculate the activity coefficient of a single ion as well as the mean ionic activity coefficient of a solute without recourse to experimental data. Although the theoretical equation agrees with experimental findings only in dilute solutions (so dilute, in fact, that some chemists have referred jokingly to such solutions as "slightly contaminated water"), it has certain practical value in solution calculations. Furthermore, the Debye–Hückel equation provides a remarkable confirmation of modern solution theory.

The mean ionic activity coefficients of a number of strong electrolytes are given in Table 5-5. The results of various investigators vary in the third decimal place; therefore, most of the entries in the table are recorded only to two places, providing sufficient precision for the calculations in this

Copyright © 2024. Not for sale or unauthorized reproduction of this content's prohibited.

### TABLE 5-5

**Mean Ionic Activity Coefficients of Some Strong Electrolytes at 25°C on the Molal Scale**

| Molality ($m$) | HCl | NaCl | KCl | NaOH | CaCl₂ | H₂SO₂ | Na₂SO₂ | CuSO₂ | ZnSO₂ |
|---|---|---|---|---|---|---|---|---|---|
| 0.000 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| 0.005 | 0.93 | 0.93 | 0.93 | — | 0.79 | 0.64 | 0.78 | 0.53 | 0.48 |
| 0.01 | 0.91 | 0.90 | 0.90 | 0.90 | 0.72 | 0.55 | 0.72 | 0.40 | 0.39 |
| 0.05 | 0.83 | 0.82 | 0.82 | 0.81 | 0.58 | 0.34 | 0.51 | 0.21 | 0.20 |
| 0.10 | 0.80 | 0.79 | 0.77 | 0.76 | 0.52 | 0.27 | 0.44 | 0.15 | 0.15 |
| 0.50 | 0.77 | 0.68 | 0.65 | 0.68 | 0.51 | 0.16 | 0.27 | 0.067 | 0.063 |
| 1.00 | 0.81 | 0.66 | 0.61 | 0.67 | 0.73 | 0.13 | 0.21 | 0.042 | 0.044 |
| 2.00 | 1.01 | 0.67 | 0.58 | 0.69 | 1.55 | 0.13 | 0.15 | — | 0.035 |
| 4.00 | 1.74 | 0.79 | 0.58 | 0.90 | 2.93 | 0.17 | 0.14 | — | — |

book. Although the values in the table are given at various molalities, we can accept these activity coefficients for problems involving molar concentrations (in which $m < 0.1$) because, in dilute solutions, the difference between molality and molarity is not great.

The mean values of Table 5-5 for NaCl, CaCl₂, and ZnSO₄ are plotted in Figure 5-17 against the square root of the molality. The reason for plotting the square root of the concentration is due to the form that the Debye–Hückel equation takes. The activity coefficient approaches unity with increasing dilution. As the concentrations of some of the electrolytes are increased, their curves pass through minima and rise again to values greater than unity. Although the curves for different electrolytes of the same ionic class coincide at lower concentrations, they differ widely at higher values. The initial decrease in the activity coefficient with increasing concentration is due to the

interionic attraction, which causes the activity to be less than the stoichiometric concentration. The rise in the activity coefficient following the minimum in the curve of an electrolyte, such as HCl and CaCl₂, can be attributed to the attraction of the water molecules for the ions in concentrated aqueous solution. This *solvation* reduces the interionic attractions and increases the activity coefficient of the solute. It is the same effect that results in the salting out of nonelectrolytes from aqueous solutions to which electrolytes have been added.

### Activity of the Solvent

Thus far, the discussion of activity and activity coefficients has centered on the solute and particularly on electrolytes. It is customary to define the activity of the solvent on the mole fraction scale. When a solution is made infinitely dilute, it can be considered to consist essentially of pure solvent. Therefore, $X_1 \cong 1$, and the solvent behaves ideally in conformity with Raoult's law. Under this condition, the mole fraction can be set equal to the activity of the solvent, or

$$a = X_1 = 1 \qquad \text{5-108}$$

As the solution becomes more concentrated in solute, the activity of the solvent ordinarily becomes less than the mole fraction concentration, and the ratio can be given, as for the solute, by the rational activity coefficient,

$$\frac{a}{X_1} = \gamma_x \qquad \text{5-109}$$

or

$$a = \gamma_x X_1 \qquad \text{5-110}$$

The activity of a volatile solvent can be determined rather simply. The ratio of the vapor pressure, $p_1$, of the solvent in a solution to the vapor pressure of pure solvent, $p_1°$, is approximately equal to the *activity* of the solvent at ordinary pressures: $a_1 = p_1/p°$.



FIGURE 5-17 Mean ionic activity coefficients of representative electrolytes plotted against the square root of concentration.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

**138**  MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES

**Example 5-28  Calculating Escaping Tendency**
The vapor pressure of water in a solution containing 0.5 mole of sucrose in 1,000 g of water is 17.38 mm and the vapor pressure of pure water at 20°C is 17.54 mm. What is the activity (or escaping tendency) of water in the solution? We write

$$a = \frac{17.38}{17.54} = 0.991$$

## Reference State

The assignment of activities to the components of solutions provides a measure of the extent of departure from ideal solution behavior. For this purpose, a *reference state* must be established in which each component behaves ideally. The reference state can be defined as the solution in which the concentration (mole fraction, molal or molar) of the component is equal to the activity,

$$\text{Activity} = \text{Concentration}$$

or, what amounts to the same thing, the activity coefficient is unity,

$$\gamma_i = \frac{\text{Activity}}{\text{Concentration}} = 1$$

The reference state for a solvent on the mole fraction scale was shown in equation (**5-108**) to be the pure solvent.

The reference state for the solute can be chosen from one of several possibilities. If a liquid solute is miscible with the solvent (e.g., in a solution of alcohol in water), the concentration can be expressed in mole fraction, and the pure liquid can be taken as the reference state, as was done for the solvent. For a liquid or solid solute having a limited solubility in the solvent, the reference state is ordinarily taken as the infinitely dilute solution in which the concentration of the solute and the ionic strength (see the following) of the solution are small. Under these conditions, the activity is equal to the concentration and the activity coefficient is unity.

## Standard State

The activities ordinarily used in chemistry are relative activities. It is not possible to know the absolute value of the activity of a component; therefore, a standard must be established.

The *standard state* of a component in a solution is the state of the component at unit activity. The relative activity in any solution is then the ratio of the activity in that state to the value in the standard state. When defined in these terms, activity is a dimensionless number.

The pure liquid at 1 atm and at a definite temperature is chosen as the standard state of a solvent or of a liquid solute miscible with the solvent because, for the pure liquid, $a = 1$. Because the mole fraction of a pure solvent is also unity, mole fraction is equal to activity, and the reference state is identical with the standard state.

The standard state of the solvent in a solid solution is the pure solid at 1 atm and at a definite temperature. The assignment of $a = 1$ to pure liquids and pure solids will be found to be convenient in later discussions on equilibria and electromotive force.

The standard state for a solute of limited solubility is more difficult to define. The activity of the solute in an infinitely dilute solution, although equal to the concentration, is not unity, and the standard state is thus not the same as the reference state. The standard state of the solute is defined as a hypothetical solution of unit concentration (mole fraction, molal or molar) having, at the same time, the characteristics of an infinitely dilute or ideal solution. For complete understanding, this definition requires careful development, as carried out by Klotz and Rosenberg.[14]

## Ionic Strength

In dilute solutions of nonelectrolytes, activities and concentrations are considered to be practically identical because electrostatic forces do not bring about deviations from ideal behavior in these solutions. Likewise, for weak electrolytes that are present alone in solution, the differences between the ionic concentration terms and activities are usually disregarded in ordinary calculations because the number of ions present is small, and the electrostatic forces are negligible.

However, for strong electrolytes and for solutions of weak electrolytes together with salts and other electrolytes, such as exist in buffer systems, it is important to use activities instead of concentrations. The activity coefficient, and hence the activity, can be obtained by using one of the forms of the Debye–Hückel equation (considered later) if one knows the ionic strength of the solution. Lewis and Randall[15] introduced the concept of *ionic strength, μ,* to relate interionic attractions and activity coefficients. The ionic strength is defined on the molar scale as

$$\mu = \frac{1}{2}\left(c_1 z_1^2 + c_2 z_2^2 + c_3 z_3^2 + \cdots + c_j z_j^2\right) \qquad \textbf{5-111}$$

or, in abbreviated notation,

$$\mu = \frac{1}{2}\sum_1^j c_i z_i^2 \qquad \textbf{5-112}$$

where the summation symbol indicates that the product of $cz^2$ terms for all the ionic species in the solution, from the first one to the $j$th species, is to be added together. The term $c_i$ is the concentration in moles/liter of any of the ions and $z_i$ is its valence. Ionic strengths represent the contribution to the electrostatic forces of the ions of all types. It depends on the total number of ionic charges and not on the specific properties of the salts present in the solution. It was found that bivalent ions are equivalent not to two, but to four univalent ions; hence, by introducing the square of the valence, one gives proper weight to the ions of higher charge. The sum is divided by 2 because positive ion–negative ion pairs contribute to the total electrostatic interaction, whereas we are interested in the effect of each ion separately.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

---

**Example 5-29  Calculating Ionic Strength**

What is the ionic strength of (a) 0.010 M KCl, (b) 0.010 M $BaSO_4$, and (c) 0.010 M $Na_2SO_4$, and (d) what is the ionic strength of a solution containing all three electrolytes together with salicylic acid in 0.010 M concentration in aqueous solution?

a. **KCl:**

$$\mu = \frac{1}{2}[(0.01 \times 1^2) + (0.01 \times 1^2)]$$
$$= 0.010$$

b. **$BaSO_4$:**

$$\mu = \frac{1}{2}[(0.01 \times 2^2) + (0.01 \times 2^2)]$$
$$= 0.040$$

c. **$Na_2SO_4$:**

$$\mu = \frac{1}{2}[(0.02 \times 1^2) + (0.01 \times 2^2)]$$
$$= 0.030$$

d. The ionic strength of a 0.010 M solution of salicylic acid is 0.003 as calculated from a knowledge of the ionization of the acid at this concentration (using the equation $[H_3O^+] = \sqrt{K_a c}$). Unionized salicylic acid does not contribute to the ionic strength. The ionic strength of the mixture of electrolytes is the sum of the ionic strength of the individual salts. Thus,

$$\mu_{total} = \mu_{KCl} + \mu_{BaSO_4} + \mu_{Na_2SO_4} + \mu_{HSal}$$
$$= 0.010 + 0.040 + 0.030 + 0.003$$
$$= 0.083$$

---

**Example 5-30  Ionic Strength of a Solution**

A buffer contains 0.3 mole of $K_2HPO_4$ and 0.1 mole of $KH_2PO_4$ per liter of solution. Calculate the ionic strength of the solution.

The concentrations of the ions of $K_2HPO_4$ are $[K^+] = 0.3 \times 2$ and $[HPO_4^{2-}] = 0.3$. The values for $KH_2PO_4$ are $[K^+] = 0.1$ and $[H_2PO_4^-] = 0.1$. Any contributions to $\mu$ by further dissociation of $[HPO_4^{2-}]$ and $[H_2PO_4^-]$ are neglected. Thus,

$$\mu = \frac{1}{2}[(0.3 \times 2 \times 1^2) + (0.3 \times 2^2) + (0.1 \times 1^2) + (0.1 \times 1^2)]$$
$$\mu = 1.0$$

---

It will be observed in *Example 5-29* that the ionic strength of a 1:1 electrolyte such as KCl is the same as the molar concentration; $\mu$ of a 1:2 electrolyte such as $Na_2SO_4$ is three times the concentration; and $\mu$ for a 2:2 electrolyte is four times the concentration.

The mean ionic activity coefficients of electrolytes should be expressed at various ionic strengths instead of concentrations. Lewis showed the uniformity in activity coefficients when they are related to ionic strength:

a. The activity coefficient of a strong electrolyte is roughly constant in all dilute solutions of the same ionic strength, irrespective of the type of salts that are used to provide the additional ionic strength.

b. The activity coefficients of all strong electrolytes of a single class, for example, all uni-univalent electrolytes, are approximately the same at a definite ionic strength, provided the solutions are dilute.

The results in Table 5-5 illustrate the similarity of the mean ionic activity coefficients for 1:1 electrolytes at low concentrations (below 0.1 $m$) and the differences that become marked at higher concentrations.

Bull[16] pointed out the importance of the principle of ionic strength in biochemistry. In the study of the influence of pH on biologic action, the effect of the variable salt concentration in the buffer may obscure the results unless the buffer is adjusted to a constant ionic strength in each experiment. If the biochemical action is affected by the specific salts used, however, even this precaution may fail to yield satisfactory results. Further use will be made of ionic strength in the chapters on ionic equilibria, solubility, and kinetics.

### The Debye–Hückel Theory

Debye and Hückel derived an equation based on the principles that strong electrolytes are completely ionized in dilute solution and that the deviations of electrolytic solutions from ideal behavior are due to the electrostatic effects of the oppositely charged ions. The equation relates the activity coefficient of a particular ion or the mean ionic activity coefficient of an electrolyte to the valence of the ions, the ionic strength of the solution, and the characteristics of the solvent. The mathematical derivation of the equation is not attempted here but can be found in Lewis and Randall's *Thermodynamics* as revised by Pitzer and Brewer.[17] The equation can be used to calculate the activity coefficients of drugs whose values have not been obtained experimentally and are not available in the literature.

According to the theory of Debye and Hückel, the activity coefficient, $\gamma_i$, of an ion of valence $z_i$ is given by the expression

$$\log \gamma_i = -A z_i^2 \sqrt{\mu} \qquad \textbf{5-113}$$

Equation **(5-113)** yields a satisfactory measure of the activity coefficient of an ion species up to an ionic strength, $\mu$, of about 0.02. For water at 25°C, $A$, a factor that depends only on the temperature and the dielectric constant of the medium, is approximately equal to 0.51. The values of $A$ for various solvents of pharmaceutical importance are found in Table 5-6.

The form of the Debye–Hückel equation for a binary electrolyte consisting of ions with valences of $z_+$ and $z_-$ and present in a dilute solution ($\mu < 0.02$) is

$$\log \gamma_\pm = -A z_+ z_- \sqrt{\mu} \qquad \textbf{5-114}$$

The symbols $z_+$ and $z_-$ stand for the valences or charges, ignoring algebraic signs, on the ions of the electrolyte whose mean ionic activity coefficient is sought. The coefficient in equation **(5-114)** should be $\gamma_x$, the rational activity coefficient (i.e., $\gamma_\pm$ on the mole fraction scale), but in dilute solutions for which the Debye–Hückel equation is applicable, $\gamma_x$ can be assumed without serious error to be equal also to the practical coefficients, $\gamma_m$ and $\Lambda_c$, on the molal and molar scales.

### TABLE 5-6

### Values of $A$ for Solvents at 25°C[a]

| Solvent | Dielectric Constant, $\varepsilon$ | $A_{calc}$ |
|---|---|---|
| Acetone | 20.70 | 3.76 |
| Ethanol | 24.30 | 2.96 |
| Water | 78.54 | 0.509 |

[a]$A_{calc} = (1.824 \times 10^6)/(\varepsilon \times T)^{3/2}$, where $\varepsilon$ is the dielectric constant and $T$ is the absolute temperature on the Kelvin scale.

**Example 5-31  Mean Ionic Activity Coefficient**

Calculate the mean ionic activity coefficient for 0.005 M atropine sulfate (1:2 electrolyte) in an aqueous solution containing 0.01 M NaCl at 25°C. Because the drug is a uni-bivalent electrolyte, $z_1 z_2 = 1 \times 2 = 2$. For water at 25°C, $A$ is 0.51. We have

$\mu$ for atropine sulfate $= \frac{1}{2}[(0.005 \times 2 \times 1^2) + (0.005 \times 2^2)] = 0.015$

$\mu$ for NaCl $= \frac{1}{2}[(0.01 \times 1^2) + (0.01 \times 1^2)] = 0.01$

Total $\mu$ $= \overline{0.025}$

$\log \gamma_\pm = -0.51 \times 2 \times \sqrt{0.025}$

$\log \gamma_\pm = -1.00 + 0.839 = -0.161$

$\gamma_\pm = 0.690$

Thus, one observes that the activity coefficient of a strong electrolyte in dilute solution depends on the total ionic strength of the solution, the valence of the ions of the drug involved, the nature of the solvent, and the temperature of the solution. Notice that although the ionic strength term results from the contribution of all ionic species in solution, the $z_1 z_2$ terms apply only to the drug whose activity coefficient is being determined.

### Extension of the Debye–Hückel Equation to Higher Concentrations

The limiting expressions (5-113) and (5-114) are not satisfactory above an ionic strength of about 0.02, and equation (5-114) is not completely satisfactory for use in *Example 5-31*. A formula that applies up to an ionic strength of perhaps 0.1 is

$$\log \gamma_\pm = -\frac{A z_+ z_- \sqrt{\mu}}{1 + a_i B \sqrt{\mu}} \qquad \textbf{5-115}$$

The term $a_i$ is the mean distance of approach of the ions and is called the *mean effective ionic diameter* or the *ion size parameter*. Its exact significance is not known; however, it is somewhat analogous to the $b$ term in the van der Waals gas equation. The term $B$, like $A$, is a constant influenced only by the nature of the solvent and the temperature. The values of $a_i$ for several electrolytes at 25°C are given in Table 5-7 and the values of $B$ and $A$ for water at various temperatures are shown in Table 5-8. The values of $A$ for various solvents, as previously mentioned, are listed in Table 5-6.

### TABLE 5-7

### Mean Effective Ionic Diameter for Some Electrolytes at 25°C

| Electrolyte | $a_i$ (cm) |
|---|---|
| HCl | $5.3 \times 10^{-8}$ |
| NaCl | $4.4 \times 10^{-8}$ |
| KCl | $4.1 \times 10^{-8}$ |
| Methapyrilene HCl | $3.9 \times 10^{-8}$ |
| $MgSO_4$ | $3.4 \times 10^{-8}$ |
| $K_2SO_4$ | $3.0 \times 10^{-8}$ |
| $AgNO_3$ | $2.3 \times 10^{-8}$ |
| Sodium phenobarbital | $2.0 \times 10^{-8}$ |

Because $a_i$ for most electrolytes equals 3 to $4 \times 10^{-8}$ and $B$ for water at 25°C equals $0.33 \times 10^8$, the product of $a_i$ and $B$ is approximately unity. Equation (5-115) then simplifies to

$$\log \gamma_\pm = -\frac{A z_+ z_- \sqrt{\mu}}{1 + \sqrt{\mu}} \qquad \textbf{5-116}$$

**Example 5-32  Comparing Activity Coefficients**

Calculate the activity coefficient of a 0.004 M aqueous solution of sodium phenobarbital at 25°C that has been brought to an ionic strength of 0.09 by the addition of sodium chloride. Use equations (5-114) through (5-116) and compare the results.

Equation (5-114): $\log \gamma_\pm = -0.51\sqrt{0.09}$; $\gamma_\pm = 0.70$

Equation (5-115): $\log \gamma_\pm =$

$$-\frac{0.51\sqrt{0.09}}{1 + 2[(2 \times 10^8) \times (0.33 \times 10^3) \times \sqrt{0.09}]}; \gamma_\pm = 0.75$$

Equation (5-116): $\log \gamma_\pm = -\frac{0.51\sqrt{0.09}}{1 + \sqrt{0.09}}$; $\gamma_\pm = 0.76$

### TABLE 5-8

### Values of $A$ and $B$ for Water at Various Temperatures

| Temperature (°C) | $A$ | $B$ |
|---|---|---|
| 0 | 0.488 | $0.325 \times 10^8$ |
| 15 | 0.500 | $0.328 \times 10^8$ |
| 25 | 0.509 | $0.330 \times 10^8$ |
| 40 | 0.524 | $0.333 \times 10^8$ |
| 70 | 0.560 | $0.339 \times 10^8$ |
| 100 | 0.606 | $0.348 \times 10^8$ |

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

These results can be compared with the experimental values for some uni-univalent electrolytes in Table 5-5 at a molal concentration of about 0.1.

For still higher concentrations, that is, at ionic strengths above 0.1, the observed activity coefficients for some electrolytes pass through minima and then increase with concentration; in some cases, they become greater than unity, as seen in Figure 5-17. To account for the increase in $\gamma_\pm$ at higher concentrations, an empirical term $C\mu$ can be added to the Debye–Hückel equation, resulting in the expression

$$\log \gamma_\pm = -\frac{Az_+z_-\sqrt{\mu}}{1+a_iB\sqrt{\mu}} + C\mu \qquad \text{5-117}$$

This equation gives satisfactory results in solutions of concentrations as high as 1 M. The mean ionic activity coefficient obtained from equation (5-117) is $\gamma_x$; however, it is not significantly different from $\gamma_m$ and $\gamma_c$ even at this concentration. Zografi et al.[18] used the extended Debye–Hückel equation (equation [5-117]) in a study of the interaction between the dye orange II and quarternary ammonium salts.

Investigations have resulted in equations that extend the concentration to about 5 moles/L.[19]

## Coefficients for Expressing Colligative Properties

### The *L* Value

The van't Hoff expression $\Delta T_f = iK_f m$ probably provides the best single equation for computing the colligative properties of nonelectrolytes, weak electrolytes, and strong electrolytes. It can be modified slightly for convenience in dilute solutions by substituting molar concentration $c$ and by writing $iK_f$ as $L$, so that

$$\Delta T_f = Lc \qquad \text{5-118}$$

Goyan et al.[20] computed $L$ from experimental data for a number of drugs. It varies with the concentration of the solution. At a concentration of drug that is isotonic with body fluids, $L = iK_f$ is designated here as $L_{iso}$. It has a value equal to about 1.9 (actually 1.86) for nonelectrolytes, 2.0 for weak electrolytes, 3.4 for uni-univalent electrolytes, and larger values for electrolytes of high valences. A plot of $iK_f$ against the concentration of some drugs is presented in Figure 5-18,



*KEY CONCEPT*

## ACTIVITIES

Although activities can be used to bring the colligative properties of strong electrolytes into line with experimental results, the equations are complicated and are not treated in this book. Activities are more valuable in connection with equilibrium expressions and electrochemical calculations. The use of activities for calculating the colligative properties of weak electrolytes is particularly inconvenient because it also requires knowledge of the degree of dissociation.



FIGURE 5-18 $L_{iso}$ values of various ionic classes.

where each curve is represented as a band to show the variability of the $L$ values within each ionic class. The approximate $L_{iso}$ for each of the ionic classes can be obtained from the dashed line running through the figure.

### Osmotic Coefficient

Other methods of correcting for the deviations of electrolytes from ideal colligative behavior have been suggested. One of these is because as the solution becomes more dilute, $i$ approaches $\nu$, the number of ions into which an electrolyte dissociates, and at infinite dilution, $i = \nu$, or $i/\nu = 1$. Proceeding in the direction of more concentrated solutions, $i/\nu$ becomes less (and sometimes greater) than unity.

The ratio $i/\nu$ is designated as $g$ and is known as the *practical osmotic coefficient* when expressed on a molal basis. In the case of a weak electrolyte, it provides a measure of the degree of dissociation. For strong electrolytes, $g$ is equal to unity for complete dissociation, and the departure of $g$ from unity, that is, $1 - g$, in moderately concentrated solutions is an indication of the interionic attraction. Osmotic coefficients, $g$, for electrolytes and nonelectrolytes are plotted against ionic concentration, $\nu m$, in Figure 5-19. Because $g = 1/\nu$ or $i = g\nu$ in a dilute solution, the cryoscopic equation can be written as

$$\Delta T_f = g\nu K_f m \qquad \text{5-119}$$

The molal osmotic coefficients of some salts are listed in Table 5-9.

> **Example 5-33 Molality and Molarity**
> The osmotic coefficient of LiBr at 0.2 $m$ is 0.944 and the $L_{iso}$ value is 3.4. Compute $\Delta T_f$ for this compound using $g$ and $L_{iso}$. Disregard the difference between molality and molarity. We have
>
> $$\Delta T_f = g\nu K_f m = 0.944 \times 2 \times 1.86 \times 0.2$$
> $$= 0.70°$$
> $$\Delta T_f = L_{iso}c = 3.4 \times 0.2 = 0.68°$$

**142**    MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES



FIGURE 5-19   Osmotic coefficient, $g$, for some common solutes. (Reprinted with permission from G. Scatchard, W. Hamer, and S. Wood, Isotonic Solutions. I. The Chemical Potential of Water in Aqueous Solutions of Sodium Chloride, Potassium Chloride, Sulfuric Acid, Sucrose, Urea and Glycerol at 25°1. Am. Chem. Soc. 60, 3061, 1938. Copyright 1938 American Chemical Society.)

### TABLE 5-9

**Osmotic Coefficient, $g$, at 25°C[a]**

| m | NaCl | KCl | $H_2SO_4$ | Sucrose | Urea | Glycerin |
|---|------|-----|-----------|---------|------|----------|
| 0.1 | 0.9342 | 0.9264 | 0.6784 | 1.0073 | 0.9959 | 1.0014 |
| 0.2 | 0.9255 | 0.9131 | 0.6675 | 1.0151 | 0.9918 | 1.0028 |
| 0.4 | 0.9217 | 0.9023 | 0.6723 | 1.0319 | 0.9841 | 1.0055 |
| 0.6 | 0.9242 | 0.8987 | 0.6824 | 1.0497 | 0.9768 | 1.0081 |
| 0.8 | 0.9295 | 0.8980 | 0.6980 | 1.0684 | 0.9698 | 1.0105 |
| 1.0 | 0.9363 | 0.8985 | 0.7176 | 1.0878 | 0.9631 | 1.0128 |
| 1.6 | 0.9589 | 0.9024 | 0.7888 | 1.1484 | 0.9496 | 1.0192 |
| 2.0 | 0.9786 | 0.9081 | 0.8431 | 1.1884 | 0.9346 | 1.0230 |
| 3.0 | 1.0421 | 0.9330 | 0.9922 | 1.2817 | 0.9087 | 1.0316 |
| 4.0 | 1.1168 | 0.9635 | 1.1606 | 1.3691 | 0.8877 | 1.0393 |
| 5.0 | 1.2000 | 0.9900 | — | 1.4477 | 0.8700 | 1.0462 |

[a]Reprinted with permission from G. Scatchard, W. Hamer, and S. Wood, Isotonic solutions. I. The chemical potential of water in aqueous solutions of sodium chloride, potassium chloride, sulfuric acid, sucrose, urea and glycerol at 25°1. Am. Chem. Soc. 60, 3061, 1938. Copyright 1938 American Chemical Society.

## Osmolality

Although osmotic pressure classically is given in atmospheres, in clinical practice it is expressed in terms of osmols (Osm) or milliosmols (mOsm). A solution containing 1 mole (1 g molecular weight) of a nonionizable substance in 1 kg of water (a 1 $m$ solution) is referred to as a 1-osmolal solution. It contains 1 osmol (Osm) or 1,000 milliosmols (mOsm) of solute per kilogram of solvent. Osmolality measures the total number of particles dissolved in 1 kg of water, that is, the osmols per kilogram of water, and depends on the electrolytic nature of the solute. An ionic species dissolved in water will dissociate to form ions or "particles." These ions tend to associate somewhat, however, owing to their ionic interactions. The apparent number of "particles" in solution, as measured by osmometry or one of the other colligative methods, will depend on the extent of these interactions. An unionized material (i.e., a nonelectrolyte) is used as the reference solute for osmolality measurements, ionic interactions being insignificant for a nonelectrolyte. For an electrolyte that dissociates into ions in a dilute solution, osmolality or milliosmolality can be calculated from

$$\text{Milliosmolality (mOsm/kg)} = i \cdot mm \qquad \text{5-120}$$

where $i$ is approximately the number of ions formed per molecule and $mm$ is the millimolal concentration. If no ionic interactions occurred in a solution of sodium chloride, $i$ would equal 2.0. In a typical case, for a 1:1 electrolyte in dilute solution, $i$ is approximately 1.86 rather than 2.0, owing to ionic interaction between the positively and negatively charged ions.

Streng et al.[21] and Murty et al.[22] discuss the use of osmolality and osmolarity in clinical pharmacy. Molarity (moles of solute per liter of solution) is used in clinical practice more frequently than molality (moles of solute per kilogram of solvent). In addition, osmolarity is used more frequently than osmolality in labeling parenteral solutions in the hospital. Yet, osmolarity cannot be measured and must be calculated from the experimentally determined osmolality of a solution. As shown by Murty et al.,[22] the conversion is made using the relation

$$\text{Osmolarity} = (\text{Measured osmolality})$$
$$\times (\text{Solution density in g/mL}$$
$$- \text{Anhydrous solute concentration in g/mL}) \qquad \text{5-121}$$

According to Streng et al.,[21] osmolality is converted to osmolarity using the equation

$$\text{mOsm/liter solution} = \text{mOsm/(kg H}_2\text{O)}$$
$$\times [d_1{}^\circ(1 - 0.001\,\bar{v}_2{}^\circ)] \qquad \text{5-122}$$

where $d_1{}^\circ$ is the density of the solvent and $\bar{v}_2{}^\circ$ is the partial molal volume of the solute at infinite dilution.

---

**Example 5-34 Calculating Milliosmolality**
What is the milliosmolality of a 0.120 $m$ solution of potassium bromide? What is its osmotic pressure in atmospheres?
For a 120 millimolal solution of KBr:

$$\text{Milliosmolality} = 1.86 \times 120 = 223\ \text{mOsm/kg}$$

A 1-osmolal solution raises the boiling point 0.52°C, lowers the freezing point 1.86°C, and produces an osmotic pressure of 24.4 atm at 25°C. Therefore, a 0.223-Osm/kg solution yields an osmotic pressure of $24.4 \times 0.223 = 5.44$ atm.

---

**Example 5-35 Converting Osmolality to Osmolarity**
A 30-g/L solution of sodium bicarbonate contains 0.030 g/mL of anhydrous sodium bicarbonate. The density of this solution was found to be 1.0192 g/mL at 20°C and its measured milliosmolality was 614.9 mOsm/kg. Convert milliosmolality to milliosmolarity. We have:

$$\text{Milliosmolarity} = 614.9\ \text{mOsm/kg H}_2\text{O}$$
$$\times (1.0192\ \text{g/mL} - 0.030\ \text{g/mL})$$
$$= 608.3\ \text{mOsm/L solution}$$

---

As noted, osmolarity differs from osmolality by only 1% or 2%. However, in more concentrated solutions of polyvalent electrolytes together with buffers, preservatives, and other ions, the difference may become significant. For accuracy in the preparation and labeling of parenteral solutions, osmolality should be measured carefully with a vapor pressure or freezing point osmometer (rather than calculated) and the results converted to osmolarity using equation **(5-121)** or **(5-122)**.

Whole blood, plasma, and serum are complex liquids consisting of proteins, glucose, nonprotein nitrogenous materials, sodium, potassium, calcium, magnesium, chloride, and bicarbonate ions. The serum electrolytes, constituting less than 1% of the blood's weight, determine the osmolality of the blood. Sodium chloride contributes a milliosmolality of 275, whereas glucose and the other constituents together provide about 10 mOsm/kg to the blood.

Colligative properties such as freezing point depression are related to osmolality through equations **(5-83)** and **(5-119)**:

$$\Delta T_f \cong K_f im \qquad \text{5-123}$$

where $i = gv$ and $im = gvm$ is osmolality.

---

**Example 5-36 Calculate Freezing Point Depression**
Calculate the freezing point depression of (a) 0.154 $m$ solution of NaCl and (b) a 0.154 $m$ solution of glucose. What are the milliosmolalities of these two solutions?

a. From Table 5-9, $g$ for NaCl at 25°C is about 0.93, and because NaCl ionizes into two ions, $i = vg = 2 \times 0.93 = 1.86$. From equation **(5-120)**, the osmolality of a 0.154 $m$ solution is $im = 1.86 \times 0.154 = 0.2864$. The milliosmolality of this solution is therefore 286.4 mOsm/kg. Using equation **(5-123)**, with $K_f$ also equal to 1.86, we obtain for the freezing point depression of a 0.154 $m$ solution—or its equivalent, a 0.2864-Osm/kg solution—of NaCl:

$$\Delta T_f = (1.86)(1.86)(0.154)$$
$$= (1.86)(0.2864) = 0.53°C$$

---

Copyright © 2024 Wolters Kluwer. Unauthorized reproduction of this content is prohibited.

b. Glucose is a nonelectrolyte, producing only one particle for each of its molecules in solution, and for a nonelectrolyte, $i = v = 1$ and $g = i/v = 1$. Therefore, the freezing point depression of a 0.154 $m$ solution of glucose is approximately

$$\Delta T_f = K_f im = (1.86)(1.00)(0.154)$$
$$= 0.286°C$$

which is nearly one-half of the freezing point depression provided by sodium chloride, a 1:1 electrolyte that provides two particles rather than one particle in solution.

The osmolality of a nonelectrolyte such as glucose is identical to its molal concentration because osmolality = $i \times$ molality, and $i$ for a nonelectrolyte is 1.00. The milliosmolality of a solution is 1,000 times its osmolality or, in this case, 154 mOsm/kg.

Ohwaki et al.[23] studied the effect of osmolality on the nasal absorption of secretin, a hormone used in the treatment of duodenal ulcers. They found that maximum absorption through the nasal mucosa occurred at a sodium chloride milliosmolarity of about 860 mOsm/L (0.462 M), possibly owing to structural changes in the epithelial cells of the nasal mucosa at this high mOsm/liter value.

Although the osmolality of blood and other body fluids is contributed mainly by the content of sodium chloride, the osmolality and milliosmolality of these complex solutions by convention are calculated based on $i$ for nonelectrolytes, that is, $i$ is taken as unity, and osmolality becomes equal to molality. This principle is best described by an example.

---

**Example 5-37**  **Milliosmolarity of Blood**

Freezing points were determined using the blood of 20 normal individuals and were averaged to −0.5712°C. This value of course is equivalent to a freezing point depression of +0.5712°C below the freezing point of water because the freezing point of water is taken as 0.000°C at atmospheric pressure. What is the average milliosmolality, $x$, of the blood of these subjects?

Using equation **(5-123)** with the arbitrary choice of $i = 1$ for body fluids, we obtain

$$0.5712 = (1.86)(1.00)x$$
$$x = 0.3071 \text{ Osm/kg}$$
$$= 307.1 \text{ mOsm/kg}$$

---

It is noted in *Example 5-37* that although the osmolality of blood and its freezing point depression are contributed mainly by NaCl, an $i$ value of 1 was used for blood rather than $gv = 1.86$ for an NaCl solution.

The milliosmolality for blood obtained by various workers using osmometry, vapor pressure, and freezing point depression apparatus ranges from about 250 to 350 mOsm/kg.[24] The normal osmolality of body fluids is given in medical handbooks[25] as 275 to 295 mOsm/kg, but normal values are likely to fall in an even narrower range of 286 ± 4 mOsm/kg.[26] Freezing point and vapor pressure osmometers are now used routinely in the hospital. A difference of 50 mOsm/kg or more from the accepted values of a body fluid suggests an abnormality such as liver failure, hemorrhagic shock, uremia, or other toxic manifestations. Body water and electrolyte balance are also monitored by measurement of milliosmolality.

# SOLID SOLUTIONS

This section briefly introduces you to pharmaceutical solid solutions. Many drug candidates coming from drug discovery demonstrate poor aqueous solubility and, in turn, poor bioavailability.[27] Typically these drug candidates have high molecular weight, are highly lipophilic, and require a change in their properties in order to be used successfully as drugs. Various methods are used to modify the properties of drugs including the use of amorphous compounds, cocrystals, hydrates and solvates, polymorphs, and salts.[28] van't Hoff was among the first to introduce the term "solid solutions" in the 1890s.[29] A solid solution is described as a solid phase with characteristics of a solution where a solid solute is dissolved in a solid solvent.[30] Like liquid solutions, the composition of the constituents can be varied within a continuum, to a certain extent. The variation of components in a nonstoichiometric ratio allows for a control of properties, thus solid solution offers a strategy to tune material's properties in a continuous manner.

## Solid Solution or Solid Dispersion?

Among the many methods that are used to improve bioavailability, formulation of solid solutions and solid dispersions have been some of the most utilized to create delivery systems administered by many routes including mucosal, ocular, oral, and transdermal. Solid dispersions and solid solutions can be differentiated based on the molecular state of the drug in the carrier matrix.[31] The drug may be molecularly dissolved (i.e., the particle size of the drug is reduced to an absolute minimum) in the solid excipient matrix to become a solid solution or dispersed as crystalline or amorphous particles to make a solid dispersion. Solid solutions are one phase systems regardless of the number of components. Solid dispersions occur when drug particles are dispersed in the carrier forming a two phase system.[32,33] The excipients in these formulations are typically polymers such as polylactic acid (PLA) or cellulose acetate phthalate. However, waxy excipients (e.g., lecithin) and small molecule compounds (e.g., dextrose, sucrose, and urea) have also been used as carriers. If the final solid formulation is transparent, the drug is usually in solution and the delivery system is considered a solid solution. If the final delivery system is opaque, it is a solid dispersion. True solid solutions are thermodynamically stable. However, when the drug is initially dissolved in supersaturated solid solutions, it can precipitate over time.

## Classifying Solid Solutions

Solid solutions can be classified as interstitial or substitutional (Figure 5-20).[34] Substitutional solid solutions occur when a different atom, molecule, or ion replaces an atom,

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the contents is prohibited.

 

Substitutional                    Interstitial

FIGURE 5-20 Although solid solutions are classified as interstitial (cocrystals) or substitutional (drug in polymeric matrices), amorphous solid solutions are also used in the pharmaceutical sciences.

molecule, or ion in the lattice. Interstitial solid solutions occur when the different species fill an unoccupied crystallographic position in the lattice. Insertion of atoms/ions into the crystal lattice will affect the lattice parameters of the crystal. Even though IUPAC defines a solid solution as "a crystal containing a second constituent which fits into and is distributed in the lattice of the host crystal" and does not recommend the use of solid solution for amorphous materials (IUPAC 1997), amorphous solid solutions are commonly considered.

Therefore, one method of classifying solid solutions is based on the dispersion of particles in the carrier (i.e., the solvent), resulting in three classes: (1) substitutional crystalline, (2) interstitial crystalline, and (3) amorphous solid solutions.[35] Substitutional crystalline solid solutions, also known as cocrystals, have their crystalline structure formed by replacing solvent molecules in the crystal structure with molecules of drug and other components. Drug can also occupy the spaces between individual solvent molecules. For this type of solid solution, the components must have similar charges and size. For interstitial crystalline solid solutions, dissolved drug molecules are located in the spaces between carrier molecules within its crystal structure. For this to happen, the size difference between the drug and carrier (e.g., polymer) must be large. Obtaining a interstitial crystalline solid solution guarantees improved wettability of the drug substance molecules and prevents agglomeration of hydrophobic molecules within the carrier.[35] Finally, amorphous solid solutions consist of a carrier in the amorphous state with the drug randomly dispersed in it. Chiou and Riegelman were the first to prepare an amorphous solid solution of griseofulvin.[36] They used citric acid as the carrier. During that period, other common carriers included dextrose, sucrose, galactose, and urea. More recently, polymers such as polyvinylpyrrolidone and poly(ethylene glycol) have been used.

## Cocrystals

Cocrystals are defined as "crystalline single-phase materials composed of two or more different molecular and/or ionic compounds generally in a stoichiometric ratio that are neither solvates nor simple salts".[37] The constituents in typical pharmaceutical cocrystals are the drug and various coformers, which are neutral components that are usually

recognized as GRAS (Generally Recognized as Safe) materials.[38] Cocrystals formed using different coformers will result in different properties making cocrystal properties "tuneable" (i.e., you can design certain properties to overcome issues with the drug). Several pharmaceutical cocrystals are available on the market, for example Depakote (ionic cocrystal of divalproex sodium)[39,40] and Lexapro (ionic cocrystal of escitalopram oxalate).[41]

## ■ CHAPTER SUMMARY

This chapter focused on an important pharmaceutical mixture known as a molecular dispersion or true solution. Nine types of solutions, classified according to the states in which the solute and solvent occur, were defined. Three main types of pharmaceuticals true solutions or molecular dispersions were described: (1) nonelectrolyte solutions, (2) electrolyte solutions, and (3) solid solutions.

## References and Notes

1. H. R. Kruyt, *Colloid Science*, Vol. II, Elsevier, New York, 1949, Chapter 1.
2. W. H. Chapin and L. E. Steiner, *Second Year College Chemistry*, Wiley, New York, 1943, Chapter 13; M. J. Sienko, *Stoichiometry and Structure*, Benjamin, New York, 1964.
3. G. N. Lewis and M. Randall, *Thermodynamics*, McGraw-Hill, New York, 1923, Chapter 16; J. M. Johlin, J. Biol. Chem. 91, 551, 1931.
4. G. Kortum and J. O'M. Bockris, *Textbook of Electrochemistry*, Vol. II, Elsevier, New York, 1951, pp. 618, 620.
5. M. P. Tombs and A. R. Peacock, *The Osmotic Pressure of Biological Macromolecules*, Clarendon, Oxford, 1974, p. 1.
6. W. K. Barlow and P. G. Schneider, *Colloid Osmometry*, Wescor, Inc., Logan, Utah, 1978.
7. G. N. Lewis, J. Am. Chem. Soc. 30, 668, 1908.
8. S. Arrhenius, Z. Physik. Chem. 1, 631, 1887.
9. H. L. Clever, J. Chem. Educ. 40, 637, 1963; P. A. Giguère, J. Chem. Educ. 56, 571, 1979; R. P. Bell, *The Proton in Chemistry*, 2nd Ed., Chapman and Hall, London, 1973, pp. 13–25.
10. A. Albert, *Selective Toxicity*, Chapman and Hall, London, 1979, p. 344, 373–384.
11. S. Arrhenius, J. Am. Chem. Soc. 34, 361, 1912.
12. G. N. Lewis and M. Randall, *Thermodynamics*, McGraw-Hill, New York, 1923, p. 255.
13. S. Glasstone, *An Introduction to Electrochemistry*, Van Nostrand, New York, 1942, pp. 137–139.
14. I. M. Klotz and R. M. Rosenberg, *Chemical Thermodynamics*, 3rd Ed., W. A. Benjamin, Menlo Park, Calif., 1973, Chapter 19.
15. G. N. Lewis and M. Randall, *Thermodynamics*, McGraw-Hill, New York, 1923, p. 373.
16. H. B. Bull, *Physical Biochemistry*, 2nd Ed., Wiley, New York, 1951, p. 79.
17. G. N. Lewis and M. Randall, *Thermodynamics, Rev. K. S. Pitzer and L. Brewer*, 2nd Ed., McGraw-Hill, New York, 1961, Chapter 23.
18. G. Zografi, P. Patel, N. Weiner, J. Pharm. Sci. 53, 545, 1964.
19. R. H. Stokes and R. A. Robinson, J. Am. Chem. Soc. 70, 1870, 1948; M. Eigen, E. Wicke, J. Phys. Chem. 58, 702, 1954.
20. F. M. Goyan, J. M. Enright, and J. M. Wells, J. Am. Pharm. Assoc. Sci. Ed. 33, 74, 1944.
21. W. H. Streng, H. E. Huber, and J. T. Carstensen, J. Pharm. Sci. 67, 384, 1978; H. E. Huber, W. H. Streng, and H. G. H. Tan, J. Pharm. Sci. 68, 1028, 1979.
22. B. S. R. Murty, J. N. Kapoor, and P. O. DeLuca, Am. J. Hosp. Pharm. 33, 546, 1976.
23. T. Ohwaki, H. Ando, F. Kakimoto, K. Uesugi, S. Watanabe, Y. Miyake, and M. Kayano, J. Pharm. Sci. 76, 695, 1987.
24. C. Waymouth, In Vitro. 6, 109, 1970.

Copyright © Jones & Bartlett Learning, Inc. An unauthorized reproduction or distribution of this content is not allowed.

**146**   MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES

25. L. M. Tierney, M. A. Krupp, M. J. Chatton, *Current Medical Diagnosis and Treatment*, Lange, Los Altos, Calif., 1986, pp. 27, 1113.

26. L. Glasser, D. D. Sternalanz, J. Combie, and A. Robinson, Am. J. Clin. Pathol. 60, 695-699, 1973.

27. C. A. Lipinski, F. Lombardo, B. W. Dominyl, and P. J. Feeney 1997. Experimental and computational approaches to estimate solubility and permeability in drug discovery and development settings, Adv. Drug Del. Rev. 23, 3–25.

28. C. Hao, J. Jin, J. Xiong, Z. Yang, L. Gao, Y. Ma, B. Liu, X. Liu, Y. Chen and, G. Zhang. J. Pharm. Sci., 109, 2156–2165, 2020.

29. H. S. Van Klooster, Bakhuis Roozeboom and the phase rule, J. Chem. Educ. 31, 11, 594, 1954.

30. S. Glasstone, *Text Book of Physical Chemistry*, New York: D. Van Nostrand Company, Inc., 1940

31. R J. Chokshi, H. Zia, H K. Sandhu, N H. Shah, W A. Malick, Improving the dissolution rate of poorly water soluble drug by solid dispersion and solid solution—pros and cons, Drug Deliv, 14, 1, 33–45, 2007, doi: 10.1080/10717540600640278.

32. K. Sekiguchi, N. Obi, Studies on absorption of eutectic mixture. I. A comparison of the behavior of eutectic mixture of sulfathiazole and that of ordinary sulfathiazole in man, Chem. Pharmaceut. Bull. 9, 866–872, 1961.

33. A. H. Goldberg, M. Gibaldi, J. L. Kanig, Increasing dissolution rates and gastrointestinal absorption of drugs via solid solutions and eutectic mixtures. I-theoretical considerations and discussion of the literature. J. Pharm. Sci., 54, 1145-1148, 1965.

34. B. D. Cullity, *Elements of X-ray Diffraction*, Addison-Wesley Publishing Company Inc., 1978.

35. B. Karolewicz, A. Gorniak, S. Probst, A. Owczarek, J. Pluta, E. Zurawska-Plaksej. Polim. Med., 42, 1, 17–27, 2012.

36. W. L. Chiou, S. Riegelman, Pharmaceutical applications of solid dispersion systems. J. Pharm. Sci. 60, 1281–1302 1971.

37. S. Aitipamula, R. Banerjee, A. K. Bansal, K. Biradha, M. L. Cheney, A. R. Choudhury, G. R. Desiraju, A. G. Dikundwar, R. Dubey, N. Duggirala, P. P. Ghogale, S. Ghosh, P. K. Goswami, N. R. Goud, R. R. K. R. Jetti, P. Karpinski, P. Kaushik, D. Kumar, V. Kumar, B. Moulton, A. Mukherjee, G. Mukherjee, A. S. Myerson, V. Puri, A. Ramanan, T. Rajamannar, C. M. Reddy, N. Rodriguez-Hornedo, R. D. Rogers, T. N. G. Row, P. Sanphui, N. Shan, G. Shete, A. Singh, C. C. Sun, J. A. Swift, R. Thaimattam, T. S. Thakur, R. Kumar Thaper, S. P. Thomas, S. Tothadi, V. R. Vangala, N. Variankaval, P. Vishweshwar, D. R. Weyna, and M. J. Zaworotko, Polymorphs, salts, and cocrystals: What's in a name? Cryst. Growth Des 12, 2147–2152, 2012.

38. N. K. Duggirala, M. L. Perry, Ö. Almarsson, and M. J. Zaworotko, Pharmaceutical cocrystals: along the path to improved medicines, Chem. Commun. 52, 640–655, 2016.

39. B. C. Sherman, Solid substances comprising valproic acid and sodium valproate, U.S. Patent 6,077,542, 2000.

40. G. Petruševski, P. Naumov, G. Jovanovski, G. Bogoeva-Gaceva, and S. W. Ng, Solid-state forms of sodium valproate, active component of the anticonvulsant drug epilim, ChemMedChem. 3, 9, 1377–1386, 2008.

41. W. T. A. Harrison, H. S. Yathirajan, S. Bindya, H. G. Anilkumar, and Devaraju, Escitalopram oxalate: co-existence of oxalate dianions and oxalic acid molecules in the same crystal, Acta Crystallogr C, 63, 2, o129-o131, 2007.

## Recommended Readings

J. H. Hildebrand, R. L. Scott, *The Solubility of Nonelectrolytes*, 3rd Ed., Dover Publications, New York, 1964.

P. W. Atkins, J. De Paula, *Atkins' Physical Chemistry*, 8th Ed., W. H. Freeman, New York, 2006.

R. A. Robinson, R. H. Stokes, *Electrolyte Solutions: Second Revised Edition*, Dover Publications, Mineola, NY, 2002.

Copyright © 2024, Wolters Kluwer, Inc. Unauthorized reproduction of the content is prohibited.

# DIFFUSION 12

## PATRICK D. SINKO

Copyright is prohibited. Unauthorized reproduction of this content is prohibited.

## CHAPTER OBJECTIVES

**At the conclusion of this chapter the student should be able to:**

1 Define diffusion and describe relevant examples in the pharmaceutical sciences and the practice of pharmacy.
2 Understand the processes of dialysis, osmosis, and ultrafiltration as they apply to the pharmaceutical sciences and the practice of pharmacy.
3 Describe the mechanisms of transport in pharmaceutical systems and identify those which are diffusion based.
4 Define and understand Fick's laws of diffusion and their application.

5 Calculate diffusion coefficient, permeability, and lag time.
6 Relate permeability to a rate constant and to resistance.
7 Understand the concepts of steady state, sink conditions, membrane, and diffusion control.
8 Describe the various driving forces for diffusion, drug absorption, and elimination.
9 Describe multilayer diffusion and calculate component permeabilities.
10 Calculate drug release from a homogeneous solid.

## INTRODUCTION

This chapter discusses the fundamentals of diffusion. It is a topic of enough significance in the pharmaceutical sciences to have a dedicated chapter. So, what is it, and why is it so important? Diffusion is the movement of molecules from a higher concentration to a lower concentration. It is a simple concept that is found throughout everyday life and many aspects of the pharmaceutical sciences.

As a simple example, imagine taking a glass of still clear water and adding a drop of dye. In a quick manner, the dye begins to spread without stirring. This spreading will continue until the coloring is evenly dispersed throughout the water to give it a homogeneous color. The process is depicted in Figure 12-1.

Diffusion is a phenomenon that is prevalent throughout daily life. The process of diffusion is responsible for diverse events such as the smell of food traveling out from the kitchen to the driving force which transfers oxygen through lung tissue and into red blood cells, while simultaneously moving $CO_2$ in the opposite direction.

Diffusion is caused by random molecular motion and, in relative terms, is a slow process. In a classic text on diffusion, E. L. Cussler stated, "In gases, diffusion progresses at a rate of about 10 cm in a minute; in liquids, its rate is about 0.05 cm/min; in solids, its rate may be only about 0.0001 cm/min."[1] A logical question to ask is, can such a slow process be meaningful to the pharmaceutical sciences? The answer is absolutely, yes. Although the rate of diffusion can appear to be quite slow, other factors such as the distance that a diffusing molecule must traverse and the surface area available for diffusion, are also very important. For example, a typical cell membrane is approximately 5 nm thick. If

it is assumed that a drug will diffuse into a cell at a rate of 0.0005 cm/min, then it takes only a fraction of a second for a drug molecule to enter the cell. On the other hand, the thickest biomembrane is skin, with an average thickness of 3 $\mu$m. For the same rate of diffusion, it would take 600 times longer for the same drug molecule to diffuse through the skin. An even more extreme example is the levonorgestrel-releasing implant.[2] This long-acting contraceptive has been approved for 5 years of continuous use in human patients. To achieve low constant diffusion rates, six matchstick-sized, flexible, closed capsules made of silicon tubing are inserted into the upper arm of patients. Levonorgestrel implants provide low progestogen doses: 40 to 50 $\mu$g/day at 1 year of use, decreasing over time to 25 to 30 $\mu$g/day in the fifth year.

These examples are a small sample of the free diffusion of substances through liquids, solids, and membranes which are of considerable importance in the pharmaceutical sciences. Additional examples include the following:

- Drug release and dissolution from tablets, powders, and granules.
- Lyophilization, ultrafiltration, and other mechanical processes.
- Release of drugs and other materials from ointments and suppository bases.
- Passage of water vapor, gases, drugs, and dosage form additives through coatings, packaging, films, plastic container walls, seals, and caps.
- Permeation and distribution of drug molecules in living tissues.

Overall, diffusion encompasses numerous and multiple critical processes from pharmaceutical manufacturing, drug delivery, stability, and transport of drugs within the body.

**281**



**Diffusion**

FIGURE 12-1 Diffusion of a drop of food coloring in water. (BruceBlausen Licensed under CC BY 3.0 via Wikimedia Commons. Available at http://commons.wikimedia.org/wiki/File:Blausen0315_Diffusion.png#/media/File:Blausen_0315_Diffusion.png)

## STEADY-STATE DIFFUSION

The movement of mass in response to a spatial gradient in chemical potential resulting from random molecular motion (i.e., Brownian motion) is called diffusion. Although the thermodynamic basis for diffusion is best described using chemical potentials, it is mathematically simpler to describe it using concentration, a more experimentally practical variable. Therefore, *diffusion* is the random thermal movement of molecules in a solution. Thus, diffusion may only cause net transport of molecules in the presence of a concentration gradient.

Thomas Graham addressed diffusion during the years 1828 to 1833 and was one of the first to consider that diffusion must be decreasing with respect to time. Furthermore, his experiments led him to postulate, "flux caused by diffusion is proportional to the concentration difference of the diffused substance."[1]

Suppose we imagine in our experiment in Figure 12-1 with the dye in water that we have a permeable barrier in the water so that it forms two chambers (like Fig. 12-2). In that case, we can quantify the amount of dye that passes through the barrier over time. The mass or number of molecules ($M$) moving through a given cross-sectional area ($S$) during a given period ($dt$) is known as the flux, $J$:

$$J = \frac{M}{S \cdot dt} \qquad \text{12-1}$$

KEY CONCEPT



## DIFFUSION

*Diffusion* is a process of mass transfer of individual molecules of a substance brought about by random molecular motion and associated with a driving force such as a concentration gradient. The mass transfer of a solvent (e.g., water) or a solute (e.g., a drug) forms the basis for many fundamental phenomena in the pharmaceutical sciences. For example, diffusion across biologic membranes is required for a drug to be absorbed into and eliminated from the body and even get to a site of action within a cell. Diffusion can affect the shelf life of a drug product if a container or closure does not prevent diffusional solvent or drug loss or if it does not prevent the diffusion of water vapor into the container, leading to drug degradation. In addition, drug release from various drug delivery systems, drug absorption and elimination, dialysis, osmosis, and ultrafiltration are some examples of diffusion in the pharmaceutical sciences covered in this and other chapters.

The velocity of this molecular movement can be derived from the Stokes–Einstein equation:

$$D = \frac{RT}{6\pi\eta N_0 r_A} \qquad \text{12-2}$$

where $R$ is the gas constant, $T$ absolute temperature, $r_A$ the radius of spherical solute, $N_0$ Avogadro's number, and $\eta$ the viscosity of the solution. $D$ typically has units of cm²/s. We can see from the relationships of this equation that $D$ decreases with an increase in the size of the molecules or the viscosity of the solvent. $D$ is affected by concentration, temperature, pressure, solvent properties, and the chemical nature of the diffusant. Therefore, $D$ is referred to more correctly as a *diffusion coefficient* rather than as a constant.

### Fick's First Law of Diffusion

In 1855, Adolph Fick, a German physiologist, recognized that the relationships of heat and electricity conduction could be applied to mass transfer,[3] especially the mathematical models such as Fourier's law for heat conduction and Ohm's law for electrical conduction. Both Fourier's law and Ohm's law

**Molecules of dye  Membrane (cross section)**



FIGURE 12-2 Isolated system consisting of two sections separated by a permeable membrane. Net diffusion occurs as solute moves from the region of higher concentration to that of the lower concentration. At equilibrium, there is still random movement of solute, but the net diffusion is zero.

are proportions between the rate of energy transfer (heat and electricity, respectively) to the distances the energies travel. The fundamental relationships that he described govern diffusion processes that are encountered in pharmaceutical systems. *Fick's first law* of diffusion is:

$$J = -D \frac{dC}{dx} \qquad \textbf{12-3}$$

where $D$ is the *diffusion coefficient* of a penetrant (also called the *diffusant*), $C$ is its concentration in $g/cm^3$, and $x$ is the distance in centimeters of movement perpendicular to the surface of the barrier. It is important to note that:

1. the flux is proportional to the concentration gradient, $dC/dx$.
2. the negative sign of equation **(12-3)** signifies that diffusion occurs in a direction (the positive $x$ direction) opposite to that of increasing concentration. That is, diffusion occurs in the direction of decreasing concentration of diffusant; thus, the flux is always a positive quantity.
3. diffusion will stop when the concentration gradient no longer exists (i.e., when $dC/dx = 0$).

## Fick's Second Law

Fick's first law of diffusion relates the flux ($J$) which has units of mass. However, often one wants to examine the rate of change of diffusant concentration rather than mass at some point in the system. An equation for mass transport that emphasizes the change in *concentration* with time at a definite location rather than the *mass* diffusing across a unit area of barrier in unit time is known as *Fick's second law*. Fick's second law of diffusion forms the basis for most mathematical models of diffusion processes in the pharmaceutical sciences. This diffusion equation is derived as follows. The concentration, $C$, in a particular volume element (Figs. 12-3 and 12-4) changes only because of net flow of diffusing molecules into or out of the region. A difference in concentration results from a difference in input and output. The concentration of diffusant in the volume element changes with time,



FIGURE 12-3. Diffusion cell. The donor compartment contains diffusant at concentration $C$. (Used with permission of Pharmaceutical Press, from Steffansen B, Brodin B, Nielsen CU. *Molecular Biopharmaceutics: Aspects of Drug Characterisation, Drug Delivery, and Dosage Form Evaluation.* London; Grayslake, IL: Pharmaceutical Press; 2010: p. 136; permission conveyed through Copyright Clearance Center, Inc.)



FIGURE 12-4 Concentration gradient of diffusant across the diaphragm of a diffusion cell. It is normal for the concentration curve to increase or decrease sharply at the boundaries of the barrier because, in general, $C_1$ is different from $C_d$ (concentration of the donor compartment), and $C_2$ is different from $C_r$ (concentration of the receiver compartment). The concentration $C_1$ would be equal to $C_d$, for example, only if $K - C_1/C_d$ had a value of unity.

that is, $\Delta C/\Delta t$, as the flux or amount diffusing changes with distance, $\Delta J/\Delta x$, in the $x$ direction, or[*]

$$\frac{\partial C}{\partial t} = -\frac{\partial J}{\partial x} \qquad \textbf{12-4}$$

Differentiating the first-law expression, equation **(12-2)**, with respect to $x$, one obtains

$$-\frac{\partial J}{\partial x} = D \frac{\partial^2 c}{\partial x^2} \qquad \textbf{12-5}$$

Substituting $\partial C/\partial t$ from equation **(12-4)** into equation **(12-5)** results in Fick's second law, namely,

$$\frac{\partial C}{\partial t} = D \frac{\partial^2 c}{\partial x^2} \qquad \textbf{12-6}$$

Equation **(12-6)** represents diffusion only in the $x$ direction. If one wishes to express concentration changes of diffusant in three dimensions, Fick's second law is written in the general form

$$\frac{\partial C}{\partial t} = D \left( \frac{\partial^2 C}{\partial x^2} + \frac{\partial^2 C}{\partial y^2} + \frac{\partial^2 C}{\partial z^2} \right) \qquad \textbf{12-7}$$

Fortunately, this expression is not usually used in pharmaceutical problems of diffusion because movement in one direction is normally sufficient to describe most applications. Fick's second law states that the change in concentration with time in a particular region is proportional to the change in the concentration gradient at that point in the system.

---

[*]Concentration and flux are often written as $C(x, t)$ and $J(x, t)$, respectively, to emphasize that these parameters are functions of both distance, $x$, and time, $t$.

Copyright © 2024 Wolters Kluwer. Unauthorized reproduction of this content is prohibited.

## Steady State

An important condition, and one that helps simplify the calculations related to diffusion, is that of the *steady state*. Fick's first law, equation **(12-3)**, gives the flux (or rate of diffusion through a unit area) in the steady state of flow. The second law refers, in general, to a change in concentration of diffusant with time at any distance, $x$ (i.e., a nonsteady state of flow). Steady state can be described, however, in terms of the second law, equation **(12-6)**. Consider the diffusant originally dissolved in a solvent in the left-hand compartment of the chamber shown in Figure 12-3. Solvent alone is placed on the right-hand side of the barrier, and the solute or penetrant diffuses through the central barrier from solution to solvent side (donor compartment to receptor compartment). A large concentration gradient is formed between the donor and receptor. Assuming that the membrane is thin enough or porous enough, the rate of change of the concentration with respect to time will instantaneously become constant through the membrane resulting in a linear concentration gradient (i.e., it attains a pseudo–steady-state transport). However, the pseudo-steady state can be lost if too much of the drug accumulates in the receiver compartment. A system is under sink conditions when the solute concentration in the receiver compartment is essentially at zero. A more formal definition of sink conditions is that the total solute concentration must be about 10% or less of the solubility of the solute in the solvent ($C_{tot}/C_s \sim 0.1$).[4]

Sink conditions refer to the solute concentration in the "bulk" solution (i.e., a fluid volume at an "infinite" distance away from the solute, where the concentration is effectively zero). Consider a single particle in a large tank. The concentration gradient that the individual particle feels can be impacted by how close neighboring particles are. When the single particle dissolves, the bulk concentration of the fluid never changes appreciably ($C_{bulk} = 0$). If the tank shrinks to the particles' size and more particles are added, suddenly, the "bulk" concentration is no longer close to zero but is a function of the diffusion from its nearest neighbors. When there is appreciable accumulation in the volume near the particle, it affects the concentration gradient of its nearest neighbors. This is called the confinement effect. It is crucial to consider the confinement effect when considering the dissolution of very dense drug delivery systems, such as suspensions.

One way to establish sink conditions is to change the solubility of the solute in the receiver compartment. For example, selecting a pH where a solute is completely ionized to achieve maximum solubility creates a more significant mass sink in a smaller amount of fluid. When changing the pH is not an option, solubilizing or binding agents can be used to maintain sink conditions. Solubilizing agents such as surfactants act as a secondary phase in the receiver compartment. When the drug concentration in the receiver compartment is greater than the surfactant's critical micellar concentration, drugs will partition into the micelle formed, thus reducing the receiver drug concentration. These colloidal species act to remove drug mass from the aqueous receiver solution, allowing for more drugs to enter the aqueous receiver phase. Surfactants do not change the thermodynamic solubility of the drug. Instead, surfactants change the "effective" (i.e., total) drug solubility. Binding agents such as serum proteins (e.g., bovine serum albumin) remove the drug from the receiver compartment solution. The bulk receiver drug concentration remains low if the binding capacity of the binding agent is not saturated.[5–7]

A practical way to maintain sink conditions is to remove and replace the receiver compartment volume with fresh solvent (i.e., without any drug) to keep the concentration at a low level. This is done so that the system cannot reach equilibrium between the donor and receiver compartments. In other words, the receiver-side drug concentration is never high enough to reduce the driving force produced by the concentration gradient. This practical implementation of "sink conditions" can be used when the test apparatus has a very low volume, for example, in 96-well plates commonly used in drug development.

When the system has been in existence for a sufficient time, the concentration of diffusant in the solutions at the left and right of the barrier becomes constant with respect to time, that is, it reaches a *steady state*. Then, within each diffusional slice perpendicular to the direction of flow, the rate of change of concentration ($dC/dt$ will be zero), and by Fick's second law,

$$\frac{dC}{dt} = D\frac{d^2c}{dx^2} = 0 \qquad \text{12-8}$$

$C$ is the concentration of the permeant in the barrier expressed in mass/cm$^3$. Equation **(12-8)** demonstrates that because $D$ is not equal to zero, then $d^2C/dx^2 = 0$. When a second derivative such as this equals zero, one concludes that there is no change in $dC/dx$. In other words, the concentration gradient across the membrane, $dC/dx$, is constant, signifying a linear relationship between concentration, $C$, and distance, $x$. This is shown in Figure 12-4. Here, the distance $x$ is written as $h$ which is common in pharmaceutical literature. For drug diffusing from left to right in the chamber of Figure 12-3, concentration will not be rigidly constant, but rather is likely to vary slightly with time, which means that $dC/dt$ is not exactly zero. The conditions are referred to as a "quasistationary" state, but since little error is introduced by assuming steady state under these conditions, it is convenient and much simpler to do so.

## DIFFUSION THROUGH MEMBRANES

### Steady Diffusion Across a Thin Film and Diffusional Resistance

Yu and Amidon[8] developed an analysis for steady diffusion across a thin film using the perspective of the resistance to solute movement by the film. That is, the film has a resistance that is greater than free movement of the solute in solution. Figure 12-4 depicts steady diffusion across a thin film of thickness $h$. In this case, the diffusion coefficient

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the content is prohibited.

Case 1:24-cv-00065-JLH Document 420-1 Filed 07/01/26 Page 281 of 437 PageID #: 17419



FIGURE 12-5 Diffusion across a thin film. The solute molecules diffuse from the well-mixed higher concentration, $C_1$, to the well-mixed lower concentration, $C_2$. The concentrations on both sides of the film are kept constant. At steady state, the concentrations remain constant at all points in the film. The concentration profile inside the film is linear, and the flux is constant.

is considered constant because the solutions on both sides of the film, although different, are and remain dilute. The concentrations on both sides of the film, $C_d$ and $C_r$, are kept constant and both sides are well mixed. The driving force of diffusion is from the higher concentration ($C_d$) to the lower concentration ($C_r$). After sufficient time, steady state is achieved, and the concentrations are constant at all points in the film as shown in Figure 12-5. At steady state ($dC/dt = 0$), Fick's second law becomes

$$D\frac{\partial^2 e}{\partial z^2} = 0 \qquad \textbf{12-9}$$

Integrating equation (**12-9**) twice using the conditions that at $z = 0$, $C = C_d$ and at $z = h$, $C = C_r$, yields the following equation:

$$J = \frac{D}{h}(C_1 - C_2) \qquad \textbf{12-10}$$

The term $h/D$ is often called the diffusional resistance, denoted by $R$. The flux equation can then be written as

$$J = \frac{C_1 - C_2}{R} \qquad \textbf{12-11}$$

Although resistance to diffusion is a fundamental scientific principle, *permeability* is a term that is used more often in the pharmaceutical sciences. Resistance and permeability are inversely related. In other words, the higher the resistance to diffusion, the lower is the permeability of the diffusing substance. In the next few sections, the concept of permeability and the application of the measurement of permeability and resistance across a series of barriers will be introduced.

## Boundary Layers

The simplest case for steady-state diffusion presented previously in Figure 12-5 can be said to have boundary conditions of $C = Cd$ at $z = 0$, and $C = Cr$ at $z = h$ for the differential equation **12-9**. This schematic of a diffusion problem would

only be valid if the compartment in which the solute resides is perfectly mixed, with slow depletion of the solute (i.e., low permeation) and/or constant input of new solute (i.e., replacement), as well as being under no agitation. Since this is rarely the case in vivo (with peristaltic and segmental motion in the gastrointestinal [GI] tract for example) or in vitro (using propellers, magnetic stir bars, shaking devices, with cell monolayers or artificial membranes present), another model is used to predict the diffusion behavior of solutes across a boundary. This more accurate model is typically referred to as a film model, and it elicits a convenient reimagining of Figure 12-5. Whereas in Figure 12-5, there is only one impedance in the path of the concentration flow in the form of the membrane, the film model prescribes that another layer forms very close to the surface of the barrier on each side where a rapid change in concentration occurs from the bulk fluid to the solid surface. Two small domains are added to Figure 12-5 at $z = 0 - \delta c$ to $z = 0$ and at $z = h$ to $z = h + \delta c$ in which we could also draw pseudo–steady-state concentration profiles that mimic the profile originally presented in Figure 12-5. These "domains" are called the concentration boundary layer, $\delta c$. The importance of boundary layers is further elaborated on in the following sections, but first let's discuss where they come from and how to define their length.

Fluid mechanics describes a phenomenon where the relative motion within a space is significantly slower than that of the bulk flow near a surface, called a boundary layer. A momentum or flow boundary layer forms when fluid moves over a surface, for example, a membrane, a particle of a disintegrated drug product, etc. This fluid structure arises from the fluid interaction with the solid object through what is known as the "no-slip" boundary condition. In this case, slip is referring to the velocity of the fluid at the atomic surface of the solid, thus the "no-slip" condition simply states that the fluid velocity is zero at the solid surface. When fluid is in motion, it is important to know that there is a balance of two forces (inertial forces and viscous forces) that act on the fluid body at all times. These forces directly influence the formation of the momentum boundary layer. The momentum boundary layer is explicitly related to the concentration boundary layer, which is what is traditionally referred to as the "unstirred water layer (UWL)" or "diffusion layer" or "aqueous boundary layer (ABL)" in pharmaceutical sciences. The way that fluid motion is related to the concentration boundary layer is through a quantity called the Schmidt Number ($Sc = \mu/\rho D$), where $\mu$ is the dynamic viscosity of the fluid, $\rho$ is the density of the fluid, and D is the diffusivity of the solute. The exact relationship between the concentration boundary layer and the momentum boundary layer is $\delta_c/\delta_f = Sc^{-1/3}$, where $\delta_f$ is the momentum or flow boundary layer thickness. The ratio of the concentration boundary layer length and the momentum boundary layer length is equal to the inverse cube root of the Schmidt number. Therefore, an analytical solution to $\delta_f$ would provide a convenient tool to predict the concentration boundary layer thickness. This is accomplished through predicting the Reynolds number.

286    MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES

The Reynolds Number is a dimensionless number which describes the ratio of the inertial forces to the viscous forces ($Re = UL\rho/\mu$), where $U$ is the fluid velocity, $L$ is a characteristic length scale. The fluid velocity is obviously influenced by what is causing the fluid motion, in the GI tract, this would be the moving walls of the intestine expanding and contracting, while in an in vitro dissolution apparatus, it might be an impeller/stirrer. In the case of the in vitro device, the characteristic length scale is determined by the object that has the most significant influence on the fluid motion, thus would be the diameter of the impeller paddle. The dynamic viscosity and density can be independently determined and are intrinsic properties of the system. The Reynolds number is proportional to momentum (or flow) boundary layer ($Re^{-1/2} \propto \delta_f/L$), and rearranging and substituting this relationship into the Schmidt number equation above yields the general equation for the Sherwood number, $Sh$, $\frac{L}{\delta_c} \propto Re^{1/2} Sc^{1/3}$. Integration to find an average Sherwood number makes the proportion explicit for solutions of specific geometries, such as flow over a plate, a rotating disk, and around a spherical particle. For each geometry, the characteristic length, L, is the specific to that geometry.[9]

An alternate approach to determine the concentration boundary layer thickness is to use the Péclet number. The Péclet number is a dimensionless number that defines the ratio between the convection time scale and the diffusion time scale ($Pe = \frac{\tau_{conv}}{\tau_{diff}} = UL/D$). The concentration boundary layer length is where the convection forces begin to dominate over the diffusion forces, in practice, when the convection forces are approximately 100 times greater than the diffusion forces (i.e., Pe = 100). In the case of this Péclet number analysis, the characteristic length, L, is $\delta_c$.[10]

## Permeability

Diffusion can be measured in laboratory experiments. It is advantageous to set the experimental conditions so that calculations can be as simple as possible. The solute concentration in the receiver chamber can remain low by taking samples when there is low solute accumulation in the receiver compartment or by removing solute-containing fluid from the receiver compartment and replacing it with blank fluid (i.e., no solute). In this way, the concentration gradient across the barrier is estimated to be constant for the duration of the experiment.

In a simple single-barrier system, if a membrane separates the two compartments of a diffusion cell of cross-sectional area $S$ and the membrane has a thickness $h$, and if the concentrations in the membrane on the left (donor) and on the right (receptor) sides are $C_1$ and $C_2$, respectively (Fig. 12-4), then Fick's first law (equation 12-3) can be written as

$$J = \frac{dM}{Sdt} = D\left(\frac{C_1 - C_2}{h}\right) \qquad 12\text{-}12$$

where $(C_1 - C_2)/(h)$ approximates $dC/dx$. The gradient $(C_1 - C_2)/h$ within the diaphragm must be assumed to be

constant for a quasistationary state to exist[*]. The concentrations $C_1$ and $C_2$ within the membrane ordinarily are not known but can be described by the partition coefficient multiplied by the concentration $C_d$ on the donor side or $C_r$ on the receiver side, as follows. The distribution or partition coefficient[†], $K$, represents the partitioning of the solute between the material of the membrane and the fluid of the reservoir and it is given by

$$K = \frac{C_1}{C_d} = \frac{C_2}{C_r} \qquad 12\text{-}13$$

Hence,

$$\frac{dM}{dt} = \frac{DSK(C_d - C_r)}{h} \qquad 12\text{-}14$$

and, if sink conditions hold in the receptor compartment, $C_r \cong 0$,

$$\frac{dM}{dt} = \frac{DSKc_d}{h} = PSC_d \qquad 12\text{-}15$$

where the permeability coefficient ($P$)

$$P = \frac{DK}{h} \text{ (cm/s)} \qquad 12\text{-}16$$

It is noteworthy that the permeability coefficient, also called the permeability, $P$, has units of linear velocity.[‡]

In some cases, it is not possible to determine $D$, $K$, or $h$ independently and calculate $P$. However, it is a relatively simple matter to measure the rate of barrier permeation by quantitating the amount of permeant, $M$, in the receiving chamber over a period. One would also know the surface area, $S$, and concentration, $C_d$, in the donor phase in such an experiment. $P$ can then be calculated from the slope of a linear plot of $M$ versus $t$:

$$M = PSC_d t \qquad 12\text{-}17$$

if $C_d$ remains relatively constant throughout time (steady state). If $C_d$ changes appreciably with time, the calculation becomes slightly more complex in that $C_d = M_d/V_d$, the amount of drug in the donor phase divided by the donor phase volume, and then one obtains $P$ from the slope of $\log C_d$ versus $t$:

$$\log C_d = \log C_d(0) - \frac{PSt}{2.303V_d} \qquad 12\text{-}18$$

Equation (12-12) was presented for the specific case of a single-membrane system, which also assumes that the ABL

---

[*]Fick adapted the two diffusion equations (12-3) and (12-6) from the laws of heat conduction to the transport of matter. Equations of heat conduction are found in the book by Carslaw.[20] General solutions to these differential equations yield complex expressions. Simple equations are used here for the most part, and worked examples are provided so that the reader can follow the discussion of diffusion in various scenarios.

[†]Partition coefficients are more fully discussed in the chapter on solubility.

[‡]Confusion arises when the permeability coefficient is defined by $P = DK$ ($\text{cm}^2/\text{s}$) as used when $D$ and $K$ are not independently known. Equation (12-16), including $h$ in the denominator, is the conventional definition of permeability.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

(also called a UWL) that can exist on both sides of the membrane does not significantly affect the total transport process. We can, however, have systems where there are potential influences of multiple resistances on diffusion, such as those introduced by ABLs (i.e., multilayer diffusion). It is important to remember that boundary layers always form when fluid moves relative to a stationary surface. A concentration boundary layer (ABL/UWL) will develop due to the concentration gradient even if the fluid is entirely at rest.

## Diffusion Driving Forces

There are numerous diffusional driving forces in pharmaceutical systems. Up to this point, the discussion has focused on "ordinary diffusion," which is driven by a concentration gradient.[11] However, other potential driving forces for diffusion include pressure, temperature, and electric potential. Examples of driving forces in pharmaceutical systems are shown in Table 12-1.

### TABLE 12-1
#### Driving Forces in Pharmaceutical Systems

| Driving Force | Example | Description | References |
|---|---|---|---|
| Concentration | Passive diffusion | Passive diffusion is a process of mass transfer of individual molecules of a substrate brought about by random molecular motion and associated with a concentration gradient | 1 |
| | Drug dissolution | Drug "dissolution" occurs when a tablet is introduced into a solution and is usually accompanied by disintegration and deaggregation of the solid matrix followed by drug diffusion from the remaining small particles | 12 |
| Pressure | Osmotic drug release | Osmotic drug release systems utilize osmotic pressure as the driving force for controlled delivery of drugs; a simple osmotic pump consists of an osmotic core (containing drug with or without an osmotic agent) coated with a semipermeable membrane; the semipermeable membrane has an orifice for drug release from the pump; the dosage form, after contacting with the aqueous fluids, imbibes water at a rate determined by the fluid permeability of the membrane and osmotic pressure of core formulation; this osmotic imbibition of water results in high hydrostatic pressure inside the pump, which causes the flow of the drug solution through the delivery orifice | 13 |
| | Pressure-driven jets for drug delivery | Pressure-driven jets are used for drug delivery; a jet injector produces a high-velocity jet (>100 m/s) that penetrates the skin and delivers drugs subcutaneously, intradermally, or intramuscularly without the use of a needle; the mechanism for the generation of high-velocity jets includes either a compression spring or compressed air | 14 |
| Temperature | Lyophilization | Lyophilization (freeze-drying) of a frozen aqueous solution containing a drug and an inner-matrix building substance involves the simultaneous change in receding boundary with time, phase transition at the ice–vapor interface governed by the Clausius–Clapeyron pressure–temperature relationship, and water vapor diffusion across the pore path length of the dry matrix under low temperature and vacuum conditions | 15 |
| | Microwave-assisted extraction (MAE) | MAE is a process of using microwave energy to heat solvents in contact with a sample in order to partition analytes from the sample matrix into the solvent; the ability to rapidly heat the sample solvent mixture is inherent to MAE and is the main advantage of this technique; by using closed vessels, the extraction can be performed at elevated temperatures, accelerating the mass transfer of target compounds from the sample matrix | 16 |
| Electrical potential | Iontophoretic dermal drug delivery | Iontophoresis is used to enhance transdermal delivery of drugs by applying a small current through a reservoir that contains ionized drugs; one electrode (positive electrode to deliver positively charged ions and negative electrode to deliver negatively charged ions) is placed between the drug reservoir and the skin; the other electrode with opposite charge is placed a short distance away to complete the circuit, and the electrodes are connected to a power supply; when the current flows, charged ions are transported across the skin through a pore | 17,18 |
| | Electrophoresis | Electrophoresis involves the movement of charged particles through a liquid under the influence of an applied potential difference; an electrophoresis cell fitted with two electrodes contains dispersion; when a potential is applied across the electrodes, the particles migrate to the oppositely charged electrode; capillary electrophoresis is widely used as an analytical tool in the pharmaceutical sciences | 19 |

### TABLE 12-2

#### Diffusion Coefficients of Compounds in Various Media[a]

| Diffusant | Partial Molar Volume [cm$^3$/mole] | $D \times 10^6$ [cm$^2$/s] | Medium or Barrier [Temperature, °C] |
|---|---|---|---|
| Ethanol | 40.9 | 12.4 | Water[21] |
| n-Pentanol | 89.5 | 8.8 | Water[21] |
| Formamide | 26 | 17.2 | Water[21] |
| Glycine | 42.9 | 10.6 | Water[21] |
| Sodium lauryl sulfate | 235 | 6.2 | Water[21] |
| Glucose | 116 | 6.8 | Water[21] |
| Hexane | 103 | 15.0 | Chloroform[21] |
| Hexadecane | 265 | 7.8 | Chloroform[21] |
| Methanol | 25 | 26.1 | Chloroform[21] |
| Acetic acid dimer | 64 | 14.2 | Chloroform[21] |
| Methane | 22.4 | 1.45 | Natural rubber[22] |
| n-Pentane | — | 6.9 | Silicone rubber[23] |
| Neopentane | — | 0.002 | Ethylcellulose[23] |

[a]Reprinted from G. L. Flynn, S. H. Yalkowsky, and T. J. Roseman, Mass transport phenomena and models: theoretical concepts. J. Pharm. Sci. 63, 507, 1974, with permission from Elsevier.

## SYSTEMS WITH MULTIPLE DIFFUSIONAL COMPONENTS

Diffusivity is a fundamental material property of the system and is dependent on the solute, the temperature, and the medium through which diffusion occurs.[20] Gas molecules diffuse rapidly through air and other gases. Diffusivities in liquids are smaller, and in solids still smaller. Gas molecules pass slowly and with great difficulty through metal sheets and crystalline barriers. Diffusivities are a function of the molecular structure of the diffusant as well as the barrier material. Diffusion coefficients for gases and liquids passing through water, chloroform, and polymeric materials are given in Table 12-2. Approximate diffusion coefficients and permeabilities for drugs passing from a solvent in which they are dissolved (water, unless otherwise specified) through natural and synthetic membranes are given in Table 12-3. In the chapter on colloids, we will see that one can calculate the molecular weight and the radius of a spherical protein from knowledge of its diffusivity.

### Multilayer Diffusion

There are many examples of multilayer diffusion in the pharmaceutical sciences. Diffusion across biologic barriers may involve a number of layers consisting of separate membranes, cell contents, and fluids. The passage of gaseous or liquid solutes through the walls of containers and plastic packaging materials is also frequently treated as a case of multilayer diffusion. Finally, membrane permeation studies using Caco-2 or MDCK cell monolayers on permeable supports such as polycarbonate filters are other common examples of multilayer diffusion.

Higuchi[34] examined the passage of a topically applied drug from its vehicle through the skin. He considered the lipoidal and the hydrous skin layers of thickness $h_1$ and $h_2$, respectively, as two barriers in series which are shown in Figure 12-6. As discussed in conjunction with equation (12-11) above, the resistance, R, to diffusion in each layer is equal to the reciprocal of the permeability coefficient, $P_i$, of that layer. Permeability, P, was defined earlier [Equation (12-16)] as the diffusion coefficient, D, multiplied by the partition coefficient, K, and divided by the membrane thickness, h. For a particular lamina (i.e., layer) which is designated as i,

$$P_i = D_i K_i h_i \qquad \text{12-19}$$

and

$$R_i = 1/P_i = h/D_i K_i \qquad \text{12-20}$$

where $R_i$ is the resistance of a particular layer, i, to diffusion. The total resistance, R, is the reciprocal of the total permeability, P, and is additive for a series of layers. It is written in general as

$$R = R_1 + R_2 + \cdots + R_n \qquad \text{12-21a}$$

$$1/P = 1/P_1 + 1/P_2 + \cdots + 1/P_n \qquad \text{12-21b}$$

$$R = 1/P = h_1/D_1 K_1$$
$$+ h_2/D_2 K_2 + \cdots + h_n/D_n K_n \qquad \text{12-21c}$$

where $K_i$ is the distribution coefficient for layer i relative to the next corresponding layer, $i + 1$, of the system.[35] The total permeability for the two-ply model of the skin is obtained

### TABLE 12-3

## Drug Diffusion and Permeability Coefficients[a]

| Drug | Membrane Diffusion Coefficient ($cm^2/s$) | Membrane Permeability Coefficient (cm/s) | Pathway | References |
|---|---|---|---|---|
| Amiloride | — | $1.63 \times 10^{-4}$ | Absorption from human jejunum | 24 |
| Antipyrine | — | $4.5 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Atenolol | — | $0.2 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Benzoic acid | — | $36.6 \times 10^{-4}$ | Absorption from rat jejunum | 21 |
| Carbamazepine | — | $4.3 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Chloramphenicol | — | $1.87 \times 10^{-6}$ | Through mouse skin | 26 |
| Cyclosporin A | $4.3 \times 10^{-6}$ | — | Diffusion across cellulose membrane | 27 |
| Desipramine HCl | — | $4.4 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Enalaprilat | — | $0.2 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Estrone | — | $20.7 \times 10^{-4}$ | Absorption from rat jejunum | 21 |
| Furosemide | — | $0.05 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Glucosamine | $9.0 \times 10^{-6}$ | — | Diffusion across cellulose membrane | 27 |
| Glucuronic acid | $9.0 \times 10^{-6}$ | — | Diffusion across cellulose membrane | 27 |
| Hydrochlorothiazide | — | $0.04 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Hydrocortisone | — | $0.56 \times 10^{-4}$ | Absorption from rat jejunum | 21 |
| | — | $5.8 \times 10^{-5}$ | Absorption from rabbit vaginal tract | 28 |
| Ketoprofen | $2.1 \times 10^{-3}$ | — | Diffusion across abdominal skin from a hairless male rat | 29 |
| Ketoprofen | — | $8.4 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Mannitol | $8.8 \times 10^{-6}$ | — | Diffusion across cellulose membrane | 27 |
| Mannitol | — | $0.9 \times 10^{-4}$ | Diffusion across excised bovine nasal mucosa | 30 |
| Metoprolol–½ tartrate | — | $1.3 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Naproxen | — | $8.3 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Octanol | — | $12 \times 10^{-4}$ | Absorption from rat jejunum | 21 |
| PEG 400 | — | $0.58 \times 10^{-4}$ | Absorption from human jejunum | 31 |
| Piroxicam | — | $7.8 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Progesterone | — | $7 \times 10^{-4}$ | Absorption from rat jejunum | 21 |
| Propranolol | — | $3.8 \times 10^{-4}$ | Absorption from human jejunum | 31 |
| Salycylates | $1.69 \times 10^{-6}$ | — | Absorption from rabbit vaginal tract | 32 |
| Salycylic acid | — | $10.4 \times 10^{-4}$ | Absorption from rat jejunum | 21 |
| Terbutaline–½ sulfate | — | $0.3 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Testosterone | $7.6 \times 10^{-6}$ | — | Diffusion across cellulose membrane | 27 |
| Testosterone | — | $20 \times 10^{-4}$ | Absorption from rat jejunum | 21 |
| Verapamil–HCl | — | $6.7 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Water | $2.8 \times 10^{-10}$ | $2.78 \times 10^{-7}$ | Diffusion into human skin layers | 33 |

[a]All at 37°C.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the contents is prohibited.






**FIGURE 12-6** Passage of a drug on the skin's surface through a lipid layer, $h_1$, and a hydrous layer, $h_2$, and into the deeper layers of the dermis. The curve of concentration against the distance changes sharply at the two boundaries because the two partition coefficients have values other than unity.

by taking the reciprocal of equation (12-21c), expressed in terms of two layers, to yield

$$P = \frac{D_1 K_1 D_2 K_2}{h_1 D_2 K_2 + h_2 D_1 K_1} \qquad \textbf{12-22}$$

## Lag Time

The concept of *steady state* has been discussed above. However, most experiments of diffusion do not start under steady-state conditions. At $t = 0$ (initial conditions), drug in the donor chamber must partition into the membrane barrier(s), which initially has no drug, and establish a steady-state concentration in the barrier. The time to reach that steady state is known as the *lag time* and can be observed when the concentration in the receiver chamber is plotted against time, as shown in Figure 12-7.



**FIGURE 12-7** Butyl paraben diffusing through guinea pig skin from aqueous solution. Steady-state and nonsteady-state regions are shown. (Reprinted from H. Komatsu and M. Suzuki, Percutaneous absorption of butylparaben through guinea pig skin in vitro. J. Pharm. Sci. 68, 596, 1979. With permission from Elsevier.)

Figure 12-7 is a plot of the amount of butylparaben penetrating through guinea pig skin from a dilute aqueous solution of the penetrant. It is observed that the curve of Figure 12-7 is convex with respect to the time axis in the early stage and then becomes linear. The early stage is the nonsteady-state condition. At later times, the rate of diffusion is constant, the curve is essentially linear, and the system is at steady state. When the steady-state portion of the line is extrapolated to the time axis, as shown in Figure 12-7, the point of intersection is known as the *lag time*, $t_L$. This is the time required for a penetrant to establish a uniform concentration gradient within the membrane separating the donor from the receptor compartment.

From a plot such as this, the steady-state curve can be extrapolated to the $x$-axis and the lag time estimated.

The lag time to steady state for the two-layer system described by Higuchi for skin is

$$t_L = \frac{\dfrac{h_1^2}{D_1}\left(\dfrac{h_1}{6D_1 K_1} + \dfrac{h_2}{2D_2 K_2}\right) + \dfrac{h_2^2}{D_2}\left(\dfrac{h_1}{2D_1 K_1} + \dfrac{h_2}{6D_2 K_2}\right)}{(h_1/D_1 K_1 + h_2/D_2 K_2)}$$

**12-23**

When the partition coefficients, $K_i$, of the two layers are essentially the same and one of the $h/D$ terms, say 1, is much larger than the other, however, the time lag equation for the bilayer skin system reduces to a more simple time lag expression

$$t_L = h_1^2/6D_1 \qquad \textbf{12-24}$$

---

**Example 12-1 Simple Drug Diffusion Through a Membrane**

A newly synthesized steroid is allowed to pass through a siloxane membrane having a cross-sectional area, $S$, of 10.36 cm$^2$ and a thickness, $h$, of 0.085 cm in a diffusion cell at 25°C. From the horizontal intercept of a plot of $Q = M/S$ versus $t$, the lag time, $t_L$, is found to be 47.5 minutes. The original concentration $C_0$ is 0.003 mmole/cm$^3$. The amount of steroid passing through the membrane in 4.0 hours is $3.65 \times 10^{-3}$ mmole.

1. Calculate the parameter $DK$ and the permeability, $P$. We have

$$Q = \frac{3.65 \times 10^{-3}\ \text{mmole}}{10.36\ \text{cm}^2} = 0.35 \times 10^{-3}\ \text{mmole/cm}^2$$

$$= DK\left(\frac{0.003\ \text{mmole/cm}^3}{0.085\ \text{cm}}\right)\left[4.0\ \text{hr} - \left(\frac{47.5}{60}\right)\text{hr}\right]$$

$$DK = 0.0031\ \text{cm}^2/\text{hr} = 8.6 \times 10^{-7}\ \text{cm}^2/\text{s}$$

$$P = DK/h = (8.6 \times 10^{-7}\ \text{cm}^2/\text{s})/0.085\ \text{cm}$$

$$= 1.01 \times 10^{-5}\ \text{cm/s}$$

2. Using the lag time $t_L = h^2/6D$, calculate the diffusion coefficient. We have

$$D = \frac{h^2}{6t_L} = \frac{(0.085)^2\ \text{cm}^2}{6 \times 47.5\ \text{min}}$$

$$= 25.4 \times 10^{-6}\ \text{cm}^2/\text{min}$$

or

$$= 4.23 \times 10^{-7}\ \text{cm}^2/\text{min}$$

---

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the contents is prohibited.

3. Combining the permeability, equation **(12-16)**, with the value of $D$ from (b), calculate the partition coefficient, $K$. We have

$$K = \frac{Ph}{D} = \frac{(1.01 \times 10^{-5}\ \text{cm/s})(0.085\ \text{cm})}{4.23 \times 10^{-7}\ \text{cm}^2\text{/s}} = 2.03$$

Partition coefficients have already been discussed in the chapter on solubility.

---

**Example 12-2 Series Resistances in Cell Culture Studies**

Cell culture models are increasingly used to study drug transport; however, in many instances, only the effective permeability, $P_{\text{eff}}$, is calculated. For very hydrophobic drugs, interactions with the filter supporting the cells or the unstirred water layer (UWL) may provide more resistance to drug transport than the cell monolayer itself. Because the goal of the study is to assess the cell transport properties of drugs, $P_{\text{eff}}$ may be inherently biased due to drug interactions with the filter or UWL. Reporting $P_{\text{eff}}$ is of value only if the cell monolayer is the rate-limiting transport barrier. Therefore, prior to reporting the $P_{\text{eff}}$ of a compound, the effect of each of these barriers should be evaluated to ensure that the permeability relates to that across the cell monolayer.

In cell culture systems, the overall resistance to drug transport is composed of a series of resistances including those of the UWL ($R_{\text{aq}}$), the cell monolayer ($R_{\text{mono}}$), and the filter resistance ($R_f$) (Fig. 12-8). Total resistance is additive for a series of layers:

$$R_{\text{eff}} = R_{\text{aq}} + R_{\text{mono}} + R_f \qquad \text{12-25}$$

Resistance is the reciprocal of permeability; therefore, this can be written in terms of the reciprocal of the total permeability[36]:

$$\frac{1}{P_{\text{eff}}} = \frac{1}{P_{\text{aq}}} + \frac{1}{P_{\text{mono}}} + \frac{1}{P_f}$$

$$P_{\text{eff}} = \cfrac{1}{\cfrac{1}{P_{\text{aq}}^i} + \cfrac{1}{P_{\text{mono}}^i + \cfrac{1}{P_f^i}}} \qquad \text{12-26}$$



FIGURE 12-8 Diffusion of drug across the unstirred water layer (UWL), cell monolayer, and filter in a cell culture system.

where $P_{\text{eff}}$ is the measured effective permeability, $P_{\text{aq}}$ is the total permeability of the UWL (on two sides, i.e., adjacent to both the apical surface of the cell monolayer and the free surface of the filter), and $P_f$ is the permeability of the supporting microporous filter.

Permeability across the filter, $P_f$, can be obtained experimentally by measuring the $P_{\text{eff}}$ across a filter without cells (blank):

$$\frac{1}{P_{\text{eff}}^{\text{blank}}} = \frac{1}{P_{\text{aq}}} + \frac{1}{P_f} \qquad \text{12-27}$$

Because $P_{\text{aq}}$ is dependent on the stirring rate of fluid,

$$P_{\text{aq}} = KV^n \qquad \text{12-28}$$

(where $k$ is a hybrid constant that takes into account the diffusivity of the compound, kinematic viscosity, and geometric factors of the chamber; $V$ is the stirring rate in mL/min; and $n$ is an exponent that varies between 0 and 1 depending on the hydrodynamic conditions in the diffusion chamber), $P_f$ can be calculated using nonlinear regression by obtaining $P_{\text{eff}}$ across blank filters at various flow rates.

An example of the effect of changing flow rate on the permeability of testosterone through a cell monolayer is shown in Figure 12-9.[37]

Since testosterone is a very lipophilic compound, the aqueous UWL is a limiting barrier to diffusional transport. As the stirring rate is increased in the chamber, the resistance due to the UWL decreases and testosterone permeability increases. Similarly, $1/P_f + 1/P_{\text{mono}}$ can be determined by measuring the $P_{\text{eff}}$ through the cell monolayer at various flow rates and by using nonlinear regression and the equation

$$P_{\text{eff}} = \cfrac{1}{\cfrac{1}{P_f} + \cfrac{1}{P_{\text{mono}}} + \cfrac{1}{KV^n}} \qquad \text{12-29}$$



FIGURE 12-9 Transport of testosterone (0.10 mM) across Caco-2 cell monolayers at different stirring flow rates in a diffusion chamber system: 0 mL/min (■), 100 mL/min (○), and 400 mL/min (●). (Reprinted from Karlsson J, Artursson P. A new diffusion chamber system for the determination of drug permeability coefficients across the human intestinal epithelium that are independent of the unstirred water layer. Biochimica et Biophysica Acta (BBA)—Biomembranes. 1992, 1111(2), 204–210. doi:10.1016/0005-2736(92)90312-a, with permission from Elsevier.)

© 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

The implicit assumption of this method is that each resistance in series is independent of the other barriers. Therefore, $P_{mono}$ is calculated by difference, using the independently determined $P_f$. Because $P_{aq}$ is independent of the presence of the monolayer, $P_{mono}$ can be calculated as follows:

$$\frac{1}{P_{mono}} = \frac{1}{P_{eff}} - \frac{1}{P_{eff}^{blank}} \qquad \textbf{12-30}$$

Because the contributions of $R_f$ and $R_{aq}$ vary depending on the nature of the drug, it is important to correct for these biases by reporting $P_{mono}$. The deviation between $P_{mono}$ and $P_{eff}$ becomes more significant if the flow rate is low (i.e., $R_{aq}$ is high) or if the filter has low effective porosity (i.e., $R_f$ is high). In addition, the permeability of the drug also plays a major role such that the deviation between $P_{mono}$ and $P_{eff}$ becomes more significant for highly permeable compounds.[38]

## Membrane and Diffusion Layer Control

A multilayer case of special importance is that of a membrane between two aqueous phases with stationary or stagnant solvent layers in contact with the donor and receptor sides of the membrane (Fig. 12-10).

The permeability of the total barrier, consisting of the membrane and two static aqueous diffusion layers, is

$$P = \frac{1}{R} = \frac{D_m K D_a}{h_m D_a + 2h_a D_m K} = \frac{1}{h_m / D_m K + 2h_a / D_a} \qquad \textbf{12-31}$$

This expression is analogous to equation (12-22). In equation (12-31), however, only one partition coefficient, $K$, appears giving the ratio of concentrations of the drug in the membrane and in the aqueous solvent, $K = C_3/C_4 = C_3/C_2$. The flux, $J$, through this three-ply barrier is simply equal to the permeability, $P$, multiplied by the concentration gradient, $(C_1 - C_5)$, that is, $J = P(C_1 - C_5)$. The receptor serves as a sink (i.e., $C_5 = 0$), and the donor concentration $C_1$ is assumed to be constant, providing a steady-state flux.[39] We thus have



**Static diffusion layer** / **Membrane** / **Static diffusion layer** / **Aqueous receptor (sink)** / **Aqueous layer**

$C_1$  $C_2$  $C_3$  $C_4$  $C_5$

$\leftarrow h_{a_2} \rightarrow \leftarrow h_m \rightarrow \leftarrow h_{a_4} \rightarrow$

**FIGURE 12-10** Schematic of a multilayer (three-ply) barrier. The membrane is found between two static aqueous diffusion layers. (Reprinted from G. L. Flynn, O. S. Carpenter, and S. H. Yalkowsky, Total mathematical resolution of diffusion layer control of barrier flux. J. Pharm. Sci. 61, 313, 1972, with permission from Elsevier.)

$$J = \frac{1}{S}\frac{dM}{dt} = \frac{D_m K D_a C_1}{h_m D_a + 2h_a D_m K} \qquad \textbf{12-32}$$

In equations (12-31) and (12-32), $D_m$ and $D_a$ are membrane and aqueous solvent diffusivities, $h_m$ is the membrane thickness, and $h_a$ is the thickness of the aqueous diffusion layer, as shown in Figure 12-10. $M$ is the amount of permeant reaching the receptor, and $S$ is the cross-sectional area of the barrier. It is important to realize that $h_a$ is physically influenced by the hydrodynamics in the bulk aqueous phases. The higher the degree of stirring, the thinner is the stagnant aqueous diffusion layer; the slower the stirring, the thicker is this aqueous layer.

Equation (12-32) is the starting point for considering two important cases of multilayer diffusion, namely, diffusion under *membrane control* and diffusion under *aqueous diffusion layer control*.

### Membrane Control

When the membrane resistance to diffusion is much greater than the resistances of the aqueous diffusion layers, that is, $R_m$ is greater than $R_a$ by a factor of at least 10, or correspondingly, $P_m$ is much less than $P_a$, the rate-determining step (slowest step) is diffusion across the membrane. This is reflected in equation (12-32) when $h_m D_a$ is much greater than $2h_a D_m$. Thus, equation (12-32) reduces to

$$J = \left(\frac{K D_m}{h_m}\right) C_1 \qquad \textbf{12-33}$$

Equation (12-33) represents the simplest case of membrane control of flux.

### Aqueous Diffusion Layer Control

When $2h_a K D_m$ is much greater than $h_m D_a$, equation (12-32) becomes

$$J = \left(\frac{D_a}{2h_a}\right) C_1 \qquad \textbf{12-34}$$

and it is now said that the rate-determining barriers to diffusional transport are the stagnant aqueous diffusion layers. This statement means that the concentration gradient that controls the flux now resides in the aqueous diffusion layers rather than in the membrane. From the relationship $2h_a K D_m$  $h_m D_a$, it is observed that membrane control shifts to diffusion layer control when the partition coefficient, $K$, becomes sufficiently large.

> **Example 12-3** **Change from Membrane to Diffusion-Layer Control**
> Flynn and Yalkowsky[31] demonstrated a change from membrane to diffusion-layer control in a homologous series of *n*-alkyl *p*-aminobenzoate (PABA) esters through a silicone membrane. For the short-chain PABA esters, which diffuse easily in water, the concentration gradient is almost entirely within the membrane. As the alkyl chain of the ester is lengthened proceeding from butyl to pentyl to hexyl, lipid solubility increases and the concentration no longer drops across the membrane. Instead, the gradient is now found in the aqueous diffusion layers, and diffusion-layer control takes over

Copyright © 2024 Wolters Kluwer. Unauthorized reproduction of this content is prohibited.

as the dominant factor in the permeation process. The steady-state flux, $J$, for hexyl $p$-aminobenzoate was found to be $1.60 \times 10^{-7}$ mmole/cm$^2$ s. $D_a$ is $6.0 \times 10^{-6}$ cm$^2$/s and the concentration of the PABA ester, $C$, is 1.0 mmole/L. The system is in diffusion-layer control, so equation **(12-34)** applies. Calculate the thickness of the static diffusion layer, $h_a$. We have

$$J = \left(\frac{D_a}{2h_a}\right)C \quad \text{or} \quad h_a = \left(\frac{D_a}{2J}\right)C$$

$$h_a = \frac{6.0 \times 10^{-6}\ \text{cm}^2/\text{s}}{2(1.60 \times 10^{-7}\ \text{mmole/cm}^2\text{s})} \times (1.0 \times 10^{-3}\ \text{mmole/cm}^3) = 0.019\ \text{cm}$$

One observes from equations **(12-33)** and **(12-34)** that, under sink conditions, steady-state flux is proportional to concentration, $C$, in the donor phase whether the flux-determining mechanism is under membrane or diffusion-layer control. Equation **(12-34)** shows that the flux is independent of membrane thickness, $h_m$, and other properties of the membrane when under aqueous diffusion layer control.

The maximum flux obtained in a membrane preparation depends on the solubility, or limiting concentration, of the PABA homolog. The maximum flux can therefore be obtained using equation **(12-32)** in which $C$ is replaced by $C_s$, the solubility of the permeating compound:

$$J_{\max} = \frac{D_m K D_a}{h_m D_a + 2h_a K D_m} C_s \qquad \text{12-35}$$

The maximum steady-state flux, $J_{\max}$, for saturated solutions of the PABA esters is plotted against the ester chain length in Figure 12-11.[39] The plot exhibits peak flux between $n = 3$ and $n = 4$ carbons, that is, between propyl and butyl $p$-aminobenzoates. The peak in Figure 12-10 suggests a role of



FIGURE 12-11 Steady-state flux of a series of $p$-aminobenzoic acid esters. Maximum flux occurs between the esters having three and four carbons and is due to a change from membrane to diffusion-layer control, as explained in the text. (Reprinted from G. L. Flynn and S. H. Yalkowsky, Correlation and prediction of mass transport across membranes. I. Influence of alkyl chain length on flux-determining properties of barrier and diffusant. J. Pharm. Sci. 61, 838, 1972, with permission from Elsevier.)

the solubility characteristics of the PABA esters, but this peak primarily reflects the change from membrane to static diffusion-layer control of flux. For the methyl, ethyl, and propyl esters, the concentration gradient in the membrane gradually decreases and shifts from membrane control to a concentration gradient in the diffusion layers for the longer-chain esters.

By using a well-characterized membrane such as siloxane of known thickness and a homologous series of PABA esters, Flynn and Yalkowsky[39] were able to study the various factors: solubility, partition coefficient, diffusivity, diffusion lag time, and the effects of membrane and diffusion-layer control. From such carefully designed and conducted studies, it is possible to predict the roles played by various physicochemical factors as they influence diffusion of drugs through plastic containers, release rates from sustained delivery forms, and absorption and excretion processes for drugs distributed in the body.

### Lag Time Under Diffusion-Layer Control

Flynn et al.[35] showed that the lag time for ultrathin membranes under conditions of diffusion-layer control can be represented as

$$t_L = \frac{\left(\sum h_a\right)^2}{6D_a} \qquad \text{12-36}$$

where $\Sigma h_a$ is the sum of the thicknesses of the aqueous diffusion layers on the donor and receptor sides of the membrane. The correspondence between $t_L$ in equation **(12-36)** with that for systems under membrane control, equation **(12-33)**, is evident. The lag time for *thick* membranes operating under diffusion layer control is

$$t_L = \frac{h_m h_{a1} h_{a2} K}{(h_{a1} + h_{a2})D_a} \qquad \text{12-37}$$

When the diffusion layers, $h_{a1}$ and $h_{a2}$, are of the same thickness, the lag time reduces to

$$t_L = \frac{h_m h_a K}{2D_a} \qquad \text{12-38}$$

The partition coefficient, which was shown earlier to be instrumental in converting the flux from membrane to diffusion-layer control, now appears in the numerator of the lag-time equation. A large $K$ signifies lipophilicity of the penetrating drug species. As one ascends a homologous series of PABA esters, lengthening of the ester molecule increases the lag time once the system is in diffusion-layer control. In other words, higher lipophilicity increases the onset time for steady-state behavior. The sharp increase in lag time for PABA esters with alkyl chain length beyond $C_4$ is shown in Figure 12-12.[39]

> **Example 12-4** **Change in Membrane Control for Drugs Transported Across the Cornea**
> Schoenwald and Ward[40] examined the relationship between partition coefficient and permeability of a group of steroids in the cornea. The cornea is a tissue composed of two different major barriers. The first is the lipophilic surface, which is composed of five to six layers of epithelial cells. The second barrier is the stroma, which



FIGURE 12-12 Change in lag time of *p*-aminobenzoic acid esters with alkyl chain length. (Reprinted from G. L. Flynn and S. H. Yalkowsky, Correlation and prediction of mass transport across membranes. I. Influence of alkyl chain length on flux-determining properties of barrier and diffusant. J. Pharm. Sci. 61, 838, 1972, with permission from Elsevier.)

from a diffusion perspective functions as a very thick aqueous layer of fixed dimension, which cannot be reduced by stirring.

Figure 12-12 shows that below a log partition coefficient (log PC) of about 3, permeability increases as the partition coefficient increases, or as the compound becomes more lipophilic. In this range of log PC, the lipophilic epithelium is the primary barrier to diffusion and the aqueous stroma allows free and more rapid diffusion. However, above a log PC of 3, permeability starts to decrease. Here, the compound becomes so lipophilic that the epithelium becomes less of a barrier the limit of diffusion begins to change to the aqueous layer of the stroma.

# VARIOUS APPARATUS AND METHODS FOR ASSESSING DRUG DIFFUSION

Measurement of diffusional processes has long been of interest in the pharmaceutical sciences. A number of experimental methods and diffusion chamber designs have been reported in the literature. Some examples of those used in pharmaceutical and biologic transport studies are introduced here.

Diffusion chambers of simple construction, such as the one reported by Karth et al. (Fig. 12-14),[41] have been extensively utilized for diffusion work. They are made of glass, clear plastic, or polymeric materials, are easy to assemble and clean, and allow visibility of the liquids and, if included, a rotating stirrer. They may be thermostated for temperature control and lend themselves to automatic sample collection and assay. Typically, the donor chamber is filled with drug solution of known concentration. Samples are collected from the receiver compartment and assayed using a variety of analytical methods such as liquid scintillation counting or high-performance liquid chromatography with a variety of detectors (e.g., ultraviolet, fluorescence, or mass spectrometry). Using these methods, experiments may be run for several hours under controlled conditions.

Nasim et al.[22] reported on the permeation of 19 aromatic compounds from aqueous solution through polyethylene films. Higuchi and Aguiar[42] studied the permeability of water vapor through enteric coating materials.

A somewhat more complicated adaptation of a chamber system can be utilized for the determination of the sorption of gases and vapors which can be determined by use of a sensitive microbalance enclosed in a temperature-controlled and evacuated vessel. The gas or vapor is introduced at controlled pressures into the glass chamber containing the polymer or biologic film of known dimensions suspended on one arm of the balance and the mass of diffusant sorbed



FIGURE 12-13 Computer-generated curvilinear relationship between the log permeability coefficient of 11 labeled steroids and their respective log octanol–water partition coefficients. (Reprinted from R. D. Schoenwald and R. L. Ward. Relationship between steroid permeability across excised rabbit cornea and octanol-water partition coefficients. J. Pharm. Sci. 1978, 67(6), 786–788, with permission from Elsevier.)

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.



FIGURE 12-14 Simple diffusion cell. (Reprinted from M. G. Karth, W. I. Higuchi, and J. L. Fox, Direct membrane method for the study of interface-controlled transport of cholesterol in aqueous media. J. Pharm. Sci. 74, 612, 1985. With permission from Elsevier.)

at various pressures by the film is recorded directly.[43] Using this approach, measurement of the rate to achieve equilibrium sorption permits a calculation of the diffusion coefficients for gases and vapors.

In studying percutaneous absorption, animal or human skin, ordinarily obtained by autopsy, is employed. Scheuplein[33] described a cell for skin penetration experiments made of Pyrex and consisting of two halves, a donor and a receptor chamber, separated by a sample of skin supported on a perforated plate and securely clamped in place. The liquid in the receptor was stirred by a Teflon-coated bar magnet. The apparatus was submerged in a constant-temperature bath, and samples were removed periodically and assayed. For compounds such as steroids where penetration was slow, sensitive assays such as radioactive methods have been found to be necessary to determine the resulting low concentrations.

Wurster et al.[44] developed a permeability cell (Fig. 12-15) to study the diffusion through stratum corneum layer of



FIGURE 12-15 Diffusion cell for permeation through stripped skin layers. The permeant may be in the form of a gas, liquid, or gel. Key: *A*, glass stopper; *B*, glass chamber; *C*, aluminum collar; *D*, membrane and sample holder. (Reprinted from D. E. Wurster, J. A. Ostrenga, and L. E. Matheson, Jr., Sarin transport across excised human skin II: effect of solvent pretreatment on permeability. J. Pharm. Sci. 68, 1406, 1410, 1979. With permission.)



FIGURE 12-16 Sweetana/Grass diffusion cell. Tissue is mounted between acrylic half-cells. Buffer is circulated by gas lift ($O_2/CO_2$) at the inlet and flows in the direction of arrows, parallel to the tissue surface. Temperature control is maintained by a heating block.

the skin (stripped from the human forearm) of various permeants, including gases, liquids, and gels. During diffusion experiments, the chamber was kept at constant temperature and gently shaken in the plane of the membrane to reduce the UWLs. Samples were withdrawn from the receptor chamber at specific times and analyzed for the permeant.

Addicks et al.[45,46] described a flow-through cell and a cell that yielded results more comparable to the diffusion of drugs under clinical conditions. Grass and Sweetana[47] developed a side-by-side acrylic diffusion cell for studying tissue permeation, primarily using if for excised intestinal tissue. It was subsequently adapted for studying permeation through cultured cell monolayers.[48] These chambers (Fig. 12-16) have the advantage of employing laminar flow conditions across the tissue or cell surface creating a controllable fluid movement, allowing for an assessment of the ABL[49] and, therefore, calculation of intrinsic membrane drug permeability.

As drug discovery efforts have transitioned to high-throughput screening, permeability experiments which were routinely performed on tens of compounds have been adapted to throughputs of hundreds or thousands of compounds. Galkin et al. have described using optimized methods to grow cell monolayers and perform permeability studies in 96-well plates in order to screen large numbers of compounds in cell systems.[50]

In addition to the transport of drugs across various barriers and membranes, the kinetics and equilibria of liquid and solute absorption into plastics, skin, and chemical and other biologic materials by diffusion are of significant pharmaceutical interest. Absorption can be determined simply by placing sections of the film in a constant-temperature bath of the pure liquid or solution. The sections are retrieved at various times, excess liquid is removed with absorbent tissue, and the film samples are accurately weighed in tared bottles. Radioactive counting or other analytical techniques can also be used with this method to analyze for drug remaining in solution and, by difference, the amount sorbed into the film.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.



## KEY CONCEPT

# MEMBRANES AND BARRIERS

Flynn et al.[35] differentiated between a membrane and a barrier. A *membrane* is a biologic or physical "film" separating the phases, and material passes by passive, active, or facilitated transport across this film. The term *barrier* applies in a more general sense to the region or regions that offer resistance to passage of a diffusing material, the total barrier being the sum of individual resistances of membranes.

## DIFFUSION IN BIOLOGIC SYSTEMS

### Gastrointestinal Absorption of Drugs

Diffusion through biologic membranes is an essential step for drugs entering (i.e., absorption) or leaving (i.e., elimination) the body. It is also an important component along with convection for efficient drug distribution throughout the body and into tissues and organs. Diffusion can occur through the lipoidal bilayer of cells. This is termed *transcellular diffusion*. On the other hand, *paracellular* diffusion occurs through the spaces between adjacent cells. In addition to diffusion, drugs and nutrients also traverse biologic membranes using membrane transporters and, to a lesser extent, cell surface receptors. Membrane transporters are specialized proteins that facilitate drug transport across biologic membranes. The interactions between drugs and transporters can be classified as energy dependent (i.e., active transport) or energy independent (i.e., facilitated diffusion).

Membrane transporters are located in every organ responsible for the absorption, distribution, metabolism, and excretion (ADME) of drug substances.

The two main classes of transport are passive and carrier mediated (Figs. 12-17 and 12-18). Passive transfer involves a simple diffusion driven by differences in drug concentration on the two sides of the membrane. In intestinal absorption, the drug travels in most cases by passive transport from a region of high concentration in the GI tract to a region of low concentration in the systemic circulation. Given the instantaneous dilution of absorbed drug once it reaches the bloodstream, sink conditions are essentially maintained at all times.

Carrier-mediated transport can be classified as active transport (i.e., requires an energy source) or as facilitated diffusion (i.e., does not depend on an energy source such as adenosine triphosphate). In active transport, the drug can proceed from regions of *low* concentration to regions of *high* concentration through the "pumping action" of these biologic transport systems. Facilitative-diffusive carrier proteins cannot transport drugs or nutrients "uphill" or against a concentration gradient. We will make limited use of specialized carrier systems in this chapter and will concentrate attention mainly on passive diffusion. Specialized membrane transport mechanisms are covered in more detail in *Chapters 13 Biopharmaceutics and Pharmacokinetics and 15: Disintegration, Dissolution, and Drug Release*.

**Example 12-5 Intestinal Drug Absorption and Secretion**
The apparent permeability, $P_{app}$, of Taxol across a monolayer of Caco-2 cells is $4.4 \times 10^{-6}$ cm/s in the apical to basolateral direction (i.e., absorptive direction) and is $31.8 \times 10^{-6}$ cm/s from basolateral to apical direction (i.e., secretory direction). Assuming that both



FIGURE 12-17 Illustration shows the different mechanisms involved in transport across the intestinal membrane. Insert drawing shows the pathways for a drug when crossing the epithelium. (Reprinted from A. L. Ungell, Caco-2 replace or refine? Drug. Discov. Today Technol. 2004, 1, 423–430, with permission from Elsevier.)

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the content is prohibited.

FIGURE 12-18 Model for the absorption of a drug through the mucosa of the small intestine. Molecules can cross this barrier (i) by traveling across the epithelial cells (transcellular pathway), (ii) by traveling through the intercellular spaces (paracellular pathway), or (iii) by a carrier-mediated process in which they are carried across the epithelium by a protein carrier. (Reprinted from L. S. L. Gan and D. R. Thakker. Applications of the Caco-2 model in the design and development of orally active drugs: elucidation of biochemical and physical barriers posed by the intestinal epithelium. Adv. Drug Deliv. Rev. 1997, 23(1–3), 77–98. doi:10.1016/s0169-409x(96)00427-9, with permission from Elsevier.)



Mechanisms of transport

absorptive and secretory drug transport occurs under sink conditions ($C_r \ll C_d$), what is the amount of Taxol absorbed through the intestinal wall 2 hours after administering an oral dose? Assume that the Taxol concentration in the intestinal fluid is 0.1 mg/mL, and that the effective area for intestinal absorption and secretion is 1 m$^{2}$.[51,52]

We have

$$\frac{dJ}{dt} = \frac{dM}{dtA} = P_{app}C_d$$

For intestinal absorption,

$$M_a = P_{app}C_d At = (4.4 \times 10^{-6}\ \text{cm/s})(0.1\ \text{mg/mL})(1\ \text{m}^2)(2\ \text{hr})$$
$$= 31.68\ \text{mg}$$

Following intravenous administration, the initial Taxol concentration in the plasma is 10 $\mu$g/mL. How much Taxol will be secreted into the feces 2 hours after dosing?

For intestinal secretion,

$$M_e = P_{app}C_d At = (31.8 \times 10^{-6}\ \text{cm/s})(10\ \mu\text{g/mL})(1\ \text{m}^2)(2\ \text{hr})$$
$$= 22.90\ \text{mg}$$

## Effect of pH

Many drugs are weakly acidic or basic, and the ionic character of the drug and the biologic compartments and membranes have an important influence on the transfer process. From the Henderson–Hasselbalch relationship for a weak acid,

$$\text{pH} = \text{p}K_a + \log \frac{[A^-]}{[HA]} \qquad \textbf{12-39}$$

where [HA] is the molar concentration of the nonionized weak acid and [A$^-$] is the molar concentration of its ionized conjugate base. For a weak base, the equation is

$$\text{pH} = \text{p}K_a + \log \frac{[B]}{[BH^+]} \qquad \textbf{12-40}$$

where [B] is the concentration of the base and [BH$^+$] that of its conjugate acid. p$K_a$ is the dissociation exponent for the weak acid in each case. For the weak base, $\text{p}K_a = \text{p}K_w - \text{p}K_b$.

The percentage ionization of a drug which is a weak acid is the ratio of concentration of drug in the ionic form, $I$, to total concentration of drug in ionic, $I$, and undissociated, $U$, form, multiplied by 100:

$$\%\ \text{Ionized} = \frac{I}{I+U} \times 100 \qquad \textbf{12-41}$$

Therefore, the Henderson–Hasselbalch equation for weak acids can be written as

$$\frac{U}{I} = 10^{(\text{p}K_a - \text{pH})} = \text{antilog}(\text{p}K_a - \text{pH}) \qquad \textbf{12-42}$$

or

$$U = I\ \text{antilog}(\text{p}K_a - \text{pH}) \qquad \textbf{12-43}$$

Substituting $U$ into the equation for percentage ionization yields

$$\%\ \text{Ionized} = \frac{100}{1 + \text{antilog}(\text{p}K_a - \text{pH})} \qquad \textbf{12-44}$$

Similarly, for a weak molecular base,

$$\%\ \text{Ionized} = \frac{100}{1 + \text{antilog}(\text{pH} - \text{p}K_a)} \qquad \textbf{12-45}$$

In equation (**12-44**), p$K_a$ refers to the weak acid, whereas in (**12-45**), p$K_a$ signifies the acid that is conjugate to the weak base.

The percentage ionization at various pH values of the weak acid sulfisoxazole, p$K_a \cong 5.0$, is given in Table 12-4. At a point at which the pH is equal to the drug's p$K_a$, equal amounts are present in the ionic (or dissociated) and molecular (nonionic, undissociated) forms.

Drug absorption by means of diffusion through intestinal cells (i.e., enterocytes), *transcellular diffusion,* or in between those cells (i.e., *paracellular diffusion*) is governed by the

### TABLE 12-4

### Percentage Sulfisoxazole, p$K_a \cong 5.0$, Dissociated and Undissociated at pH Values

| pH | Percentage Dissociated | Percentage Undissociated |
|---|---|---|
| 2.0 | 0.100 | 99.900 |
| 4.0 | 9.091 | 90.909 |
| 5.0 | 50.000 | 50.000 |
| 6.0 | 90.909 | 9.091 |
| 8.0 | 99.900 | 0.100 |
| 10.0 | 99.999 | 0.001 |

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

state of ionization of the drug, its solubility and concentration in the intestine, and its membrane permeability.

## pH-Partition Hypothesis

Biologic membranes are predominantly lipophilic, and drugs penetrate these barriers mainly in their molecular, undissociated form. Brodie and his associates[53] were the first to apply the principle, known as the *pH-partition hypothesis,* which describes that drugs are absorbed from the GI tract by passive diffusion depending on the fraction of undissociated drug at the pH of the intestines. It is reasoned that the partition coefficient between membranes and GI fluids is large for the undissociated drug species and favors transport of the un-ionized form from the intestine through the mucosal wall and into the systemic circulation. Conversely, partitioning into lipid membranes is unfavorable for the dissociated or ionized species.

The pH-partition principle has been tested in a large number of in vitro and in vivo studies, and it has been found to be only partly applicable in real biologic systems.[53,54] In many cases, the ionized as well as the un-ionized form partitions into, and is appreciably transported across, lipophilic membranes. It is found for some drugs, such as sulfathiazole, that the in vitro permeability coefficient for the ionized form may actually exceed that for the molecular form of the drug.

Since partitioning transport of a drug across a membrane such as the GI mucosa is a diffusional process, it can be described by Fick's law:

$$-\frac{dM}{dt} = \frac{D_m SK}{h}(C_g - C_p) \qquad \text{12-46}$$

where $M$ is the amount of drug in the gut compartment at time $t$, $D_m$ is diffusivity in the intestinal membrane, $S$ is the area of the membrane, $K$ is the partition coefficient between membrane and aqueous medium in the intestine, $h$ is the membrane thickness, $C_g$ is the concentration of drug in the intestinal compartment, and $C_p$ is the drug concentration in the plasma compartment at time $t$. The gut compartment is kept at a high concentration and has a large enough volume relative to the plasma compartment so as to make $C_g$ a constant compared to $C_p$, which is relatively small. Since it is effectively at sink conditions, it can be omitted and equation (12-46) then becomes

$$-\frac{dM}{dt} = \frac{D_m SK C_g}{h} \qquad \text{12-47}$$

We can convert the left-hand side of (12-47) into concentration units by using $C$ (mass/unit volume) $\times V$ (volume). Using the relationship described previously in equation (12-16), the right-hand side of equation (12-44) (the diffusion constant, membrane area, partition coefficient, and membrane thickness) can be combined to yield a *permeability coefficient.* These changes lead to the pair of equations

$$-V\frac{dC_g}{dt} = P_g C_g \qquad \text{12-48}$$

$$-V\frac{dC_p}{dt} = P_p C_g \qquad \text{12-49}$$

where $C_g$ and $P_g$ of equation (12-48) are the concentration and permeability coefficient, respectively, for drug passage from intestine to plasma. In equation (12-49), $C_p$ and $P_p$ are corresponding terms for the reverse passage of drug from plasma to intestine. Because the gut volume, $V$, and the gut concentration, $C_g$, are constant, dividing (12-48) by (12-49) yields

$$\frac{dC_g/dt}{dC_p/dt} = \frac{P_g}{P_p} \qquad \text{12-50}$$

Equation (12-50) demonstrates that the ratio of absorption rates in the intestine-to-plasma and the plasma-to-intestine directions is equivalent to the ratio of the permeability coefficients.

Turner et al.[54] showed that undissociated drugs pass freely through the intestinal membrane in either direction by simple diffusion, in agreement with the pH-partition principle. Drugs that are partly ionized show an increased permeability ratio, indicating favored penetration from intestine to plasma. Completely ionized drugs, either negatively or positively charged, show permeability ratios $P_g/P_p$ of about 1.3, that is, a greater passage from gut to plasma than from plasma to gut. This suggested that penetration of ions is associated with sodium ion flux. Their forward passage, $P_g$, is apparently due to a coupling of the ions with sodium transport, which then ferries the drug ions across the membrane.

The pH-partition behavior of drug molecules can become more complex when the compounds have more than one $pK_a$ (ionizable site). As an example, Colaizzi and Klink[55] investigated the pH-partition behavior of the tetracyclines, a class of drugs comprised of molecules with three separate $pK_a$ values. They found that the lipid solubility and relative amounts of the ionic forms of a tetracycline at physiologic pH have an impact on the biologic activity of the various tetracycline analogs used in clinical practice.

## Modification of the pH-Partition Principle

Ho and coworkers[56] also showed that the pH-partition principle is only approximate, by assuming, as it does, that drugs are absorbed through the intestinal mucosa in only the nondissociated form. Absorption of relatively small ionic and nonionic species through the aqueous paracellular spaces and the aqueous diffusion layer adjacent to the membrane must also be considered.[21] Other complicating factors, such as metabolism of the drug in the GI membrane, absorption and secretion by carrier-mediated processes, absorption in micellar form, and enterohepatic circulatory effects, must also be accounted for in any model that is proposed to reflect the complete in vivo processes.

Ho, Higuchi, and their associates[21] investigated the GI absorption of drugs by combining diffusional principles and a knowledge of the physiologic factors involved. They employed an in situ preparation, as shown in Figure 12-19, known as the modified Doluisio method for in situ rat intestinal absorption. (The original rat intestinal preparation[57]

Copyright © 2024 Wolters Kluwer. Unauthorized reproduction of this content is prohibited.





FIGURE 12-19 Modified Doluisio technique for in situ rat intestinal absorption. A number of in situ perfusion flow patterns have been utilized to obtain drug permeabilities. These include (a) oscillating perfusion; (b) recirculating perfusion; (c) single-pass perfusion; (d) ligated intestinal loop. s, perfused intestinal segment; c, cannula; v, jejuna' veins; p, pump; r, reservoir. (Reprinted from B. H. Stewart, O. H. Chan, N. Jezyk, and D. Fleisher, Discrimination between drug candidates using models for evaluation of intestinal absorption. Adv. Drug Deliv. Rev. 1997, 23(1–3), 27–45. doi:10.1016/s0169-409x(96)00424-3, with permission from Elsevier.)

employed two syringes without the mechanical pumping modification.) This method isolates the small intestine in an anesthetized rat and perfuses a measured section of known surface area with a drug solution of known concentration. Drug concentration of the solution at the distal end of the perfused segment is measured and the difference in concentration allows the calculation of the amount of drug that has been absorbed. Permeability of the intestine can then be calculated.

Lennernas[58] has adapted the in situ perfusion technique previously described for rats to a system for use in humans. Figure 12-20 shows an intubation system that can be localized in the upper GI tract. There are various ports that can allow delivery of drug solution directly to a specific region of the intestine and ports that can be used for sampling. In addition, small inflatable sections can be used to hold drug solution at a particular region to provide a constant exposure. Similar to the in situ rat experiments, disappearance of drug can be determined by sampling aspirated material.

A diagram of the model of the various barriers involved in the absorption of a drug through the mucosal membrane of the small intestine is shown in Figure 12-21. The ABL is in series with the biomembrane, which is composed of lipid



FIGURE 12-20 Loc-I-Gut is a perfusion technique for the proximal region of the human jejunum. The multichannel tube is 175 cm long and is made of polyvinyl chloride with an external diameter of 5.3 cm. It contains six channels and is provided distally with two 40 mm long, elongated latex balloons, placed 10 cm apart and each separately connected to one of the smaller channels. The two wider channels in the center of the tube are for infusion and aspiration of perfusate. The two remaining peripheral smaller channels are used for administration of marker substances and/or for drainage. A tungsten weight is attached to the distal end of the tube in order to facilitate passage of the tube into the jejunum. The balloons are filled with air when the proximal balloon has passed the ligament of Treitz. Gastric suction is obtained by a separate tube. $^{14}$C-PEG 4,000 is used as a volume marker to detect water flux across the intestinal barrier. (From H. Lennernas, Animal data: the contributions of the Using Chamber and perfusion systems to predicting human oral drug delivery in vivo. Adv. Drug Deliv. Rev. 2007, 59(11), 1103–1120. doi:10.1016/j.addr.2007.06.016, with permission from Elsevier.)

regions and aqueous regions in parallel. The final reservoir is a sink consisting of the blood. The flux of a drug permeating the mucosal membrane is

$$J = P_{app}(C_b - C_{blood}) \qquad \textbf{12-51}$$



FIGURE 12-21 Model for the absorption of a drug through the mucosa of the small intestine. The intestinal lumen is on the left, followed by a static aqueous diffusion layer (DL). The gut membrane consists of aqueous pores (a) and lipoidal regions (l). The distance from the membrane wall to the systemic circulation (sink) is marked off from 0 to $-L_2$; the distance through the diffusion layer is 0 to $L_1$. (Reprinted from N. F. Ho, W. I. Higuchi, and J. Turi, Theoretical model studies of drug absorption and transport in the GI tract III. J. Pharm. Sci. 61, 192, 1972, with permission from Elsevier.)

Copyright © 2022 Wolters Kluwer, Inc. Unauthorized reproduction of the contents is prohibited.

## KEY CONCEPT

### TRANSPORT PATHWAYS

*Parallel* transport pathways are all of the potential pathway options encountered during a particular absorption step. Although many pathways are potentially available for drug transport across biologic membranes, drugs will traverse the particular absorption step by the path of least resistance.

For transport steps in *series* (i.e., one absorption step must be traversed before the next one), the slower absorption step is always the rate-determining process.

or, because the blood reservoir is a sink, $C_{\text{blood}} \approx 0$, and

$$J = P_{\text{app}}C_b \qquad \text{12-52}$$

where $P_{\text{app}}$ is the apparent permeability coefficient (cm/s) and $C_b$ is the total drug concentration in bulk solution in the lumen of the intestine. The apparent permeability coefficient is given by

$$P_{\text{app}} = \cfrac{1}{\cfrac{1}{P_{\text{aq}}} + \cfrac{1}{P_m}} \qquad \text{12-53}$$

where $P_{\text{aq}}$ is the permeability coefficient of the drug in the ABL (cm/s) and $P_m$ is the effective permeability coefficient for the drug in the lipoidal and polar aqueous regions of the membrane (cm/s).

The flux can be written in terms of drug concentration, $C_b$, in the intestinal lumen by combining with it a term for the volume, or

$$J = \frac{V}{S} \cdot \frac{dC_b}{dt} \qquad \text{12-54}$$

where $S$ is the surface area and $V$ is the volume of the intestinal segment. The first-order disappearance rate, $K_u$ (s$^{-1}$), of the drug in the intestine appears in the expression

$$\frac{dC_b}{dt} = -K_u C_b \qquad \text{12-55}$$

Substituting equation (12-55) into (12-54) gives

$$J = \frac{V}{S} \cdot K_u C_b \qquad \text{12-56}$$

And from equations (12-52) and (12-53), together with (12-56), we find

$$P_{\text{app}} = \cfrac{1}{\cfrac{1}{P_{\text{aq}}} + \cfrac{1}{P_m}} = \frac{V}{S} K_u \qquad \text{12-57}$$

or

$$K_u = \frac{S}{V} \cdot \frac{P_{\text{aq}}}{1 + \cfrac{P_{\text{aq}}}{P_m}} \qquad \text{12-58}$$

Consideration of two cases, (a) aqueous boundary layer control and (b) membrane control, results in simplification of equation (12-58) in the following two cases.

1.  When the permeability coefficient of the intestinal membrane (i.e., the velocity of drug passage through the membrane in centimeter per second) is much greater than that of the aqueous layer, the aqueous layer will cause a slower passage of the drug and become a rate-limiting barrier. Therefore, $P_{\text{aq}}/P_m$ will be much less than unity, and equation (12-58) can be reduced to

$$K_{u,\text{max}} = (S/V)P_{\text{aq}} \qquad \text{12-59a}$$

$K_u$ is now written as $K_{u,\text{max}}$ because the maximum possible diffusional rate constant is determined by passage across the ABL.

2.  If, on the other hand, the permeability of the aqueous boundary layer is much greater than that of the membrane, $P_{\text{aq}}/P_m$ will become much larger than unity, and equation (12-55) reduces to

$$K_u = (S/V)P_m \qquad \text{12-59b}$$

The rate-determining step for transport of drug across the membrane is now under membrane control, that is, limited by diffusion through the lipid regions of the cell.

When neither $P_{\text{aq}}$ nor $P_m$ is much larger than the other, the process is controlled by the rate of drug passage through both the stationary aqueous layer and the membrane. Figures 12-22 and 12-23 show the absorption studies of $n$-alkanol and $n$-alkanoic acid homologs, respectively, that concisely illustrate the changes from the biophysical interplay of pH, p$K_a$, solute lipophilicity due to carbon chain length, membrane permeability of the lipid and aqueous pore pathways, and permeability of the aqueous unstirred layer (UWL) as influenced by the hydrodynamics of the solution.



FIGURE 12-22 First-order absorption rate constant for a series of $n$-alkanols under various hydrodynamic conditions (static or low stirring rates and oscillation or high stirring fluid at 0.075 mL/s) in the jejunum, using the modified Doluisio technique. (From N. F. Ho, J. Y. Park, W. Morozowich, and W. I. Higuchi, in E. B. Roche (Ed.), *Design of Biopharmaceutical Properties Through Prodrugs and Analogs*, American Pharmaceutical Association, Academy of Pharmaceutical Sciences, Washington, D. C., 1977, p. 148. With permission.)

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.



FIGURE 12-23 First-order absorption rate constants of alkanoic acids versus buffered pH of the bulk solution of the rat gut lumen, using the modified Doluisio technique. Hydrodynamic conditions are shown in the figure. (From N. F. Ho, J. Y. Park, W. Morozowich, and W. I. Higuchi, in E. B. Roche (Ed.), *Design of Biopharmaceutical Properties Through Prodrugs and Analogs*, American Pharmaceutical Association, Academy of Pharmaceutical Sciences, Washington, D.C., 1977, p. 150. With permission.)

**Example 12-6  Intestinal Transport of a Small Molecule**
Calculate the first-order rate constant, $K_u$, for transport of an aliphatic alcohol across the mucosal membrane of the rat small intestine if $S/V = 11.2$ cm$^{-1}$, $P_{aq} = 1.5 \times 10^{-4}$ cm/s, and $P_m = 1.1 \times 10^{-4}$ cm/s.
We have:

$$K_u = (11.2)\frac{1.5 \times 10^{-4} \text{ cm/s}}{1 + \dfrac{1.5 \times 10^{-4} \text{ cm/s}}{1.1 \times 10^{-4} \text{ cm/s}}} = 11.2\left(\frac{1.5 \times 10^{-4}}{2.3636}\right)$$

$$K_u = 7.1 \times 10^{-4} \text{ s}^{-1}$$

For a weak electrolyte drug, the absorption rate constant, $K_u$, is[21]

$$K_u = \frac{S}{V} \cdot \frac{P_{aq}}{1 + \dfrac{P_{aq}}{P_0 X_s + P_p}} \qquad \textbf{12-60}$$

where $P_m$ of the membrane is now separated into two terms representing two parallel diffusional pathways (Fig. 12-17): $P_0$, the permeability coefficient of the lipoidal pathway for nondissociated drug, and $P_p$, the permeability coefficient of the polar or aqueous pathway which will allow for diffusion of both ionic and nonionic species:

$$P_m = P_0 X_s + P_p \qquad \textbf{12-61}$$

The fraction of undissociated drug species, $X_s$, at the pH of the membrane surface in the aqueous boundary is

$$X_s = \frac{[\text{H}^+]_s}{[\text{H}^+]_s + K_a} = \frac{1}{1 + \text{antilog}(\text{pH}_s - \text{pK}_a)} \qquad \textbf{12-62}$$

for weak acids, and

$$X_s = \frac{K_a}{[\text{H}^+]_s + K_a} = \frac{1}{1 + \text{antilog}(\text{pK}_a - \text{pH}_s)} \qquad \textbf{12-63}$$

for weak bases. Note the relationship between equations (**12-62**) and (**12-44**) and between (**12-63**) and (**12-45**). $K_a$ is

the dissociation constant of a weak acid or of the acid conjugate to a weak base, and $[\text{H}^+]_s$ is the hydrogen ion concentration at the membrane surface, where *s* stands for surface. The surface pH$_s$ is not necessarily equal to the pH of the buffered drug solution[21] because the membrane of the small intestine actively secretes buffer species (principally $CO_2^{2-}$ and $HCO_3^-$). It is only at a pH of about 6.5 to 7.0 that the surface pH is equal to the buffered solution pH.

**Example 12-7  Duodenal Absorption Rate Constant**
A weakly acidic drug having a $K_a$ value of $1.48 \times 10^{-5}$ is placed in the duodenum in a buffered solution of pH 5.0. Assume $[\text{H}^+]_s = 1 \times 10^{-5}$ in the duodenum, $P_{aq} = 5.0 \times 10^{-4}$ cm/s, $P_0 = 1.14 \times 10^{-3}$ cm/s, $P_p = 2.4 \times 10^{-5}$ cm/s, and $S/V = 11.20$ cm$^{-1}$. Calculate the absorption rate constant, $K_u$, using equation (**12-60**).
First, from equation (**12-62**), we have

$$X_s = \frac{1 \times 10^{-5}}{1 \times 10^{-5} + 1.48 \times 10^{-5}} = 0.403$$

Then,

$$K_u = (11.2)\frac{5.0 \times 10^{-4}}{1 + \dfrac{5.0 \times 10^{-4}}{(1.14 \times 10^{-3})0.403 + 2.4 \times 10^{-5}}}$$

$$K_u = 2.75 \times 10^{-3} \text{ s}^{-1}$$

**Example 12-8  Transcorneal Permeation of Pilocarpine**
In gastrointestinal absorption (see *Example 12-6*), the permeability coefficient is divided into $P_0$ for the lipoidal pathway for undissociated drug and $P_p$ for the polar pathway for both ionic and nonionic species. In an analogous way, $P$ can be divided for corneal penetration of a weak base into two permeation coefficients: $P_B$ for the un-ionized species and $P_{BH+}$ for its ionized conjugated acid. The following example demonstrates the use of these two permeability coefficients.
Mitra and Mikkelson[59] studied the transcorneal permeation of pilocarpine using an in vitro rabbit corneal preparation clamped into a special diffusion cell. The permeability (permeability coefficient) $P$ as determined experimentally is given at various pH values in Table 12-5.

1. Compute the un-ionized fraction, $f_B$, of pilocarpine at the pH values found in the table, using equation (**12-63**). The pK$_a$ of pilocarpine (actually the pK$_a$ of the conjugate acid of the weak base, pilocarpine, and known as the pilocarpinium ion) is 6.67 at 34°C.
2. The relationship between the permeability $P$ and the un-ionized fraction $f_B$ of pilocarpine base over this range of pH values is given by the equation

$$P = P_B f_B + P_{BH^+} f_{BH^+} \qquad \textbf{12-64}$$

**TABLE 12-5**

**Permeability Coefficients at Various pH Values**

| pH, donor solution | 4.67 | 5.67 | 6.24 | 6.40 | 6.67 | 6.91 | 7.04 | 7.40 |
|---|---|---|---|---|---|---|---|---|
| $P \times 10^6$ cm/s | 4.72 | 5.44 | 6.11 | 6.81 | 7.06 | 7.66 | 6.79 | 8.85 |

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the content is prohibited.

where B stands for base and BH$^+$ for its ionized or conjugate acid form. Noting that $f_{BH^+} = 1 - f_B$, we can write equation (**12-61**) as

$$P = P_{BH'} + (P_B - P_{BH'})f_B \qquad \textbf{12-65}$$

Obtain the permeability for the protonated species, $P_{BH^+}$, and the uncharged base, $P_B$, using least-squares linear regression on equation (**12-65**) in which $P$, the total permeability, is the dependent variable and $f_B$ is the independent variable.

3. Obtain the ratio of the two permeability coefficients, $P_{BH}'/P_B$.

**Answers:**

1. The calculated $f_B$ values are given at the various pH values in the following table:

| pH, donor solution | 4.67 | 5.67 | 6.24 | 6.40 | 6.67 | 6.91 | 7.04 | 7.40 |
|---|---|---|---|---|---|---|---|---|
| $f_B$ | 0.01 | 0.09 | 0.27 | 0.35 | 0.50 | 0.64 | 0.70 | 0.84 |

2. Upon linear regression, equation (**12-65**) gives

$$P = 4.836 \times 10^{-6} + 4.897 \times 10^{-6} \ f_B$$

$$\text{Intercept} = 4.836 \times 10^{-6} = P_{BH'}$$

$$\text{Slope} = 4.897 \times 10^{-6} = (P_B - 4.836 \times 10^{-6})$$

$$P_B = 9.73 \times 10^{-6} \text{ cm/s}$$

3. The ratio $P_B/P_{BH}^+ \cong 2$. The permeability of the un-ionized form is seen to be about twice that of the ionized form.

## Percutaneous Absorption

The skin serves a myriad of physiologic functions, including but not limited to the containment of fluids and tissues, protection from the external environment, temperature regulation, etc. These major functions of the skin include significant barrier properties and it is this barrier function that can significantly limit diffusion of drugs, and as a result make drug delivery though the skin difficult. In contrast to epithelial barriers such as the intestine, the skin is a multilayered structure with a dense cornified epithelium of unique lipid composition. The major barrier of the epidermis is the outer layer, the stratum corneum, where dead keratinized cells are a barrier, especially for water and hydrophilic compounds, but it also restricts passage of lipophilic compounds. Once a compound crosses the stratum corneum, it diffuses to the dermis and from there to the systemic circulation. Figure 12-24 shows the various structures of the skin involved in percutaneous absorption. Although the other layers provide some resistance to the overall permeation process, in vitro experiments have that the stratum corneum with a 10- to 15-$\mu$m thickness is the primary barrier. The structure of the stratum corneum is composed of keratin-filled cells and intercellular multilamellar lipids. This results in two possible pathways as shown in Figure 12-25, including transcellular where a compound diffuses through the cells and lipid phases associated with the cells, and paracellular or intercellular route where a compound diffuses around the cells. Both pathways are believed to influence overall permeation.[60]

Percutaneous penetration, that is, passage through the skin, is generally a passive process and hence can be described by diffusion. Topical drug administration involves (a) dissolution of a drug in its vehicle, (b) diffusion of solubilized drug (solute) from the vehicle to the surface of the skin, and (c) penetration of the drug through the layers of the skin.

Scheuplein[61] found that the average permeability constant, $P_s$, for water into skin is $1.0 \times 10^{-3}$ cm/hr and the average diffusion constant, $D_s$, is $2.8 \times 10^{-10}$ cm$^2$/s (the subscript s on $D$ refers to skin). Water penetration into the stratum corneum appears to alter the barrier only slightly, primarily by its effect on the pores of the skin. Small polar nonelectrolytes penetrate into the bulk of the stratum corneum and bind strongly to its components; diffusion of most substances through this barrier is quite slow. Diffusion, for the most part, is transcellular rather than occurring through channels between cells or through sebaceous pores and sweat ducts (Fig. 12-24; mechanism A rather than B, C, or E). Stratum corneum, normal and even hydrated, is the most impermeable biologic membrane. As a point of comparison, the measured permeability of hydrocortisone in skin[60] was $3.3 \times 10^{-7}$ cm/s, $1.31 \times 10^{-6}$ cm/s in rabbit jejunum,[62] and $3.5 \times 10^{-5}$ cm/s in Caco-2 monolayers.[63]

It is an oversimplification to assume that one route prevails under all conditions.[61] Yet, after steady-state conditions have been established, transcellular diffusion through the stratum corneum most likely predominates. In the early stages of penetration or for large polar molecules, diffusion through *shunt* pathways of the appendages (hair follicles, sebaceous, and sweat ducts) may be significant.

Scheuplein et al.[64] investigated the percutaneous absorption of a number of steroids. They found that the skin's main barrier to penetration by steroid molecules is the stratum corneum. The diffusion coefficient, $D_s$, for these compounds is approximately $10^{-11}$ cm$^2$/s, several orders of magnitude smaller than for most nonelectrolytes. This small value of $D_s$ results in low permeability of the steroids. The addition of polar groups to the steroid molecule reduces the diffusion constant still more. For the polar steroids, sweat and sebaceous ducts appear to play a more important part in percutaneous absorption than diffusion through the bulk stratum corneum.

The studies of Higuchi and coworkers[65] demonstrated the methods used to characterize the permeability of different sections of the skin. Distinct protein and lipid domains appear to have a role in the penetration of drugs into the stratum corneum. The uptake of a solute may depend on the characteristics of the protein region, the lipid pathway, or a combination of these two domains in the stratum corneum as well as the lipophilicity of the solute. The lipid content of the stratum corneum is important in the uptake of lipophilic solutes but is not involved in permeation of hydrophilic drugs.[66]

Since transport across the skin can be described by passive diffusion, Hansen et al.[67] reviewed the relationships of diffusion coefficients and permeability of skin partitioning and octanol–water distribution. They hypothesized that "especially under physiologic hydration most or all water is bound to stratum corneum proteins and therefore not available to dissolve any solute. Consequently only a reduced fraction of corneocyte proteins that is in contact with stratum

Copyright © 2024 Wolters Kluwer. Unauthorized reproduction of this article is prohibited.



FIGURE 12-24 Skin structures involved in percutaneous absorption. Thickness of layers is not drawn to scale. Key to sites of percutaneous penetration: A, transcellular; B, diffusion through channels between cells; C, through sebaceous ducts; D, transfollicular; E, through sweat ducts.

corneum lipids would be exposed to solute and participate in the adsorption."

Hansen found good correlation across several sets of data for comparison of the lipid–water partition coefficient of stratum



FIGURE 12-25 Schematic diagram of percutaneous penetration of chemicals through human stratum corneum. (Reprinted from N. Tayar, R. Tsai, B. Testa, P. Carrupt, C. Hansch, and A. Leo, Percutaneous penetration of drugs: a quantitative structure-permeability relationship study. J. Pharm. Sci. 1991, 80(8), 744–749, with permission from Elsevier.)

corneum lipids and octanol–water distribution coefficient (Fig. 12-26A). They also found good correlation between the partition coefficient of corneocyte protein–water partition coefficient and the same octanol–water distribution (Fig. 12-26B).

Chen et al.[68] described a mathematical model for percutaneous permeation, absorption, and disposition kinetics. The model accounts for the multiple parallel pathways described in Figures 12-24 and 12-25 and for the series of resistances of the multiple layers of the skin. The model uses a "brick and mortar" depiction of the stratum corneum in addition to the series of layers beneath (Fig. 12-27).

The proper choice of vehicle is important in ensuring bioavailability of topically applied drugs. Turi et al.[69] studied the effect of solvents—propylene glycol in water and polyoxypropylene 15 stearyl ether in mineral oil—on the penetration of diflorasone diacetate (a steroid ester) into the skin. The percutaneous flux of the drug was reduced by the presence of excess solvent in the base. Optimum solvent concentrations were determined for products containing both 0.05% and 0.1% diflorasone diacetate.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this contents is prohibited.



FIGURE 12-26  Log–log plots showing the dependence of (A) the lipid–water partition coefficient (PClip/w) and (B) the corneocyte protein–water partition coefficient (PCpro/w) upon the octanol–water distribution coefficient (KpH). The solid curves represent least squares fits over the entire data sets. (From S. Hansen, C. M. Lehr, U. F. Schaefer, Improved input parameters for diffusion models of skin absorption. Adv. Drug Deliv. Rev. 2013, 65(2), 251–264. doi:10.1016/j.addr.2012.04.011, with permission from Elsevier.)

The important factors influencing the penetration of a drug into the skin are (a) concentration of dissolved drug, $C_s$, because penetration rate is proportional to concentration; (b) the partition coefficient, $K$, between the skin and the vehicle, which is a measure of the relative affinity of the drug for skin and vehicle; and (c) diffusion coefficients, which represent the resistance of drug molecule movement through vehicle, $D_v$, and skin, $D_s$, barriers. The relative magnitude of the two diffusion coefficients, $D_v$ and $D_s$, determines whether release from vehicle or passage through the skin is the rate-limiting step.[69,70]

For diflorasone diacetate in propylene glycol–water (a highly polar base) and in polyoxypropylene 15 stearyl ether in mineral oil (a nonpolar base), the skin was found to be the rate-limiting barrier. The diffusional equation for this system is

$$-\frac{dC_v}{dt} = \frac{SK_{vs}D_sC_v}{Vh} \qquad \text{12-66}$$



FIGURE 12-27  Diagram of the overall "brick and mortar" scheme used to model transdermal penetration and absorption under in vitro conditions. (Reprinted by permission from Springer: Chen L, Han L, Saib O, Lian G. In silico prediction of percutaneous absorption and disposition kinetics of chemicals. Pharm Res. 2015, 32(5), 1779–1793. doi:10.1007/s11095-014-1575-0.)

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

where $C_v$ is the concentration of dissolved drug in the vehicle (g/cm³), $S$ is the surface area of application (cm²), $K_{sv}$ is the skin–vehicle partition coefficient of diflorasone diacetate, $D_s$ is the diffusion coefficient of the drug in the skin (cm²/s), $V$ is the volume of the drug product applied (cm³), and $h$ is the thickness of the skin barrier (cm).

The diffusion coefficient and the skin barrier thickness can be replaced by a resistance, $R_s$, to diffusion in the skin:

$$R_s = hD_s \qquad \textbf{12-67}$$

and equation (**12-66**) becomes

$$-\frac{dC_v}{dt} = \frac{SK_{vs}C_v}{VR_s} \qquad \textbf{12-68}$$

In a percutaneous experimental procedure, Turi et al.[64] measured the drug in the receptor rather than in the donor compartment of an in vitro diffusion apparatus, using hairless mouse skin as the barrier*. At steady-state penetration,

$$-V\frac{dC_v}{dt} = V_R\frac{dC_R}{dt} \qquad \textbf{12-69}$$

The rate of loss of drug from the vehicle in the donor compartment is equal to the rate of gain of drug in the receptor compartment. With this change, equation (**12-68**) is integrated to yield

$$M_R = \left(\frac{SK_{vs}C_v}{R_s}\right)t \qquad \textbf{12-70}$$

where $M_R$ is the amount of diflorasone diacetate in the receptor solution at time $t$. The flux, $J$, is

$$J = \frac{M_R}{St} = \frac{K_{vs}C_v}{R_s} \qquad \textbf{12-71}$$

The steady-state flux for a 0.05% diflorasone diacetate formulation containing various proportions (weight fractions) of polyoxypropylene 15 stearyl ether in mineral oil is shown in Figure 12-28. The skin–vehicle partition coefficient was measured for each vehicle formulation. The points represent the experimental values obtained with the diffusion apparatus; the line was calculated using equation (**12-71**). The point at 0 weight fraction of the ether cosolvent is due to low solubility and slow dissolution rate of the drug in mineral oil and can be disregarded. Beyond a critical concentration, about 0.2 weight fraction of polyoxypropylene 15 stearyl ether, penetration rate decreases. The results[71] indicated that one application of the topical steroidal preparation per day was adequate and that the 0.05% concentration was as effective as the 0.1% preparation.



FIGURE 12-28. Steady-state flux of diflorasone diacetate in a mixture of polyoxypropylene 15 stearate ether in mineral oil. (Reprinted from J. S. Turi, D. Danielson, and W. Wolterson, Effects of polyoxypropylene 15 stearyl ether and propylene glycol on percutaneous penetration rate of diflorasone diacetate. J. Pharm. Sci. 68, 275, 1979, with permission from Elsevier.)

---

**Example 12-9** **Diflorasone Diacetate Permeation of Hairless Mouse Skin**

A penetration study of $5.0 \times 10^{-3}$ g/cm³ diflorasone diacetate solution was conducted at 27°C in the diffusion cell of Turi et al.[69] using a solvent of 0.4 weight fraction of polyoxypropylene 15 stearyl ether in mineral oil. The partition coefficient, $K_{vs}$, for the drug distributed between hairless mouse skin and vehicle was found to be 0.625. The resistance, $R_s$, of the drug in the mouse skin was determined to be 6,666 hr/cm. The diameter of a circular section of mouse skin used as the barrier in the diffusion cell was 1.35 cm.* Calculate (a) the flux, $J = M_R/St$, in g/cm, and (b) the amount, $M_R$ in $\mu$g, of diflorasone diacetate that diffused through the hairless mouse skin in 8 hours.

Using equation (**12-71**), we obtain

1.
$$J = \frac{K_{vs}C_v}{R_s} = \frac{(0.625)(5.0 \times 10^{-3}\ \text{g/cm}^3)}{6,666\ \text{hr/cm}}$$
$$J = 4.69 \times 10^{-7}\ \text{g/cm}^2/\text{hr}$$

2.
$$M_R = J \times S \times t$$
$$M_R = (4.69 \times 10^{-7}\ \text{g/cm}^2/\text{hr}) \times \frac{\pi}{4}(1.35\ \text{cm})^2(8\ \text{hr})$$
$$M_R = 5.37 \times 10^{-6}\ \text{g} = 5.37\ \mu\text{g}$$

---

Ostrenga and his associates[72] studied the nature and composition of topical vehicles as they relate to the transport of a drug through the skin. They varied $D_s$, $K_{vs}$, and $C_v$ to improve skin penetration of two topical steroids, fluocinonide and fluocinolone acetonide, incorporated into various propylene glycol–water gels. In vivo penetration and in vitro diffusion using human abdominal skin removed at autopsy were studied. It was concluded that clinical efficacy of topical steroids can be estimated satisfactorily from the physical chemical properties of drug and vehicle and in vitro measurements

---

*The use of hairless mouse skin is a common model for investigating transport across the skin because it is a simpler model in that it removes the transfollicular shunt pathway visible in Figure 12-24.

*The area, $S$, of a circle, expressed in terms of its diameter, $d$, is $S = \frac{1}{4}\pi d^2$. (See inside front cover.)

Copyright © 2024 Wolters Kluwer. Unauthorized reproduction of this content is prohibited.



FIGURE 12-29  Comparison of in vitro penetration of steroid through a skin section and in vivo skin blanching test. Key: •, in vitro method; °, in vivo method. (Reprinted from J. Ostrenga, C. Steinmetz, and B. Poulsen, Significance of Vehicle Composition I: Relationship between Topical Vehicle Composition, Skin Penetrability, and Clinical Efficacy. J. Pharm. Sci. 60, 1177, 1971, with permission from Elsevier.)

of drug release and diffusion. The diffusion, $D_s$, of the drug in the skin barrier can be influenced by components of the vehicle (mainly solvents and surfactants), and an optimum partition coefficient can be obtained by altering the affinity of the vehicle for the drug.

In vitro penetration of human cadaver skin and in vivo penetration of fluocinolone acetonide from propylene glycol gels into living skin are compared in Figure 12-29. It is observed that the shapes and peaks of the two curves are approximately similar. Thus, it appears that in vitro studies using human skin sections can serve as a rough guide to the formulation of acceptable vehicles for these steroidal compounds.

Ostrenga et al.[72] were able to show a relationship between release of the steroid from its vehicle, in vitro penetration through human skin obtained at autopsy, and in vivo vaso-constrictor activity of the drug depending on compositions of the vehicle. They determined some useful guidelines for enhancing the formulations of topically administered drugs including (a) all the drug should be in solution in the vehicle, (b) the solvent mixtures must maintain a favorable partition coefficient so that the drug is soluble in the vehicle and yet have a great affinity for the skin barrier into which it penetrates, and (c) the components of the vehicle should favorably influence the permeability of the stratum corneum.

Sloan and coworkers[73] studied the effect of vehicles having a range of solubility parameters, $d$, on the diffusion of salicylic acid and theophylline through hairless mouse skin. They were able to correlate the partition coefficient, $K$, for the drugs between the vehicle and skin calculated from solubility parameters and the permeability coefficient, $P$, obtained experimentally from the diffusion data. The results obtained with salicylic acid, a soluble molecule, and with theophylline, a poorly soluble molecule with quite different physical chemical properties, were very similar.

The studies of skin permeation described thus far have focused upon efforts to increase percutaneous absorption processes to increase drug availability from topical dosing. However, for some classes of compounds, it is important that they not be absorbed across the skin. Pharmaceutical adjuvants, such as antimicrobial agents, antioxidants, coloring agents, and drug solubilizers, are not generally put on the skin in order to result in systemic exposure. They are expected to remain in the vehicle have activity on the skin's surface. However, they can penetrate the stratum corneum.

Parabens, typical preservatives incorporated into cosmetics and topical dosage forms, may cause allergic reactions if absorbed into the dermis. Komatsu and Suzuki[74] studied the in vitro percutaneous absorption of butylparaben (butyl $p$-hydroxybenzoate) through guinea pig skin. Disks of dorsal skin were placed in a diffusion cell between a donor and receptor chamber, and the penetration of $^{14}C$-butylparaben was determined by the fractional collection of samples from the cell's receptor side and measurement of radioactivity in a liquid scintillation counter.

When butylparaben was incorporated into various vehicles containing polysorbate 80, propylene glycol, and polyethylene glycol 400, a constant diffusivity was obtained averaging 3.63 ($\pm$0.47 SD) $\times 10^{-4}$ cm$^2$/hr.

The partition coefficient, $K_{vs}$, for the paraben between vehicle and skin changed markedly depending upon the vehicle. For a 0.015% (w/v) aqueous solution of butylparaben, $K_{vs}$ was found to be 2.77. For a 0.1% (w/v) solution of the preservative containing 2% (w/v) of polysorbate 80 and 10% (w/v) propylene glycol in water, the partition coefficient dropped to 0.18. The investigators found no apparent complexation between these solubilizers and butylparaben.

The addition of either propylene glycol or polyethylene glycol 400 to water was found to increase the solubility of paraben in the vehicle and to reduce its partition coefficient between vehicle and skin. By this means, skin penetration of butylparaben could be retarded, maintaining the preservative in the topical vehicle where it was desired. Komatsu and Suzuki[74] also found that the surfactant polysorbate 80 reduced preservative absorption, maintaining the antibacterial action of the paraben in the vehicle, but they concluded that the action of polysorbate 80 was a balance of complex factors that is difficult for the product formulator to predict and manage.

## Buccal Absorption

Permeability of the oral mucosa is between that of the intestinal mucosa and the skin and has been estimated to be 4 to 4,000 times greater than that of the skin.[75] The reason for the large range in the estimate derives from the fact that different regions of the mouth have slightly different characteristics

and therefore different diffusional properties. Harris and Robinson determined that the sublingual area was more permeable than the buccal region and that the palatal tissue was the least permeable. These differences are the result of the anatomical differences of each region including thickness and keratinization.

Using a wide range of organic acids and bases as drug models, Beckett and Moffat[76] studied the penetration of drugs into the lipid membrane of the mouths of humans. In harmony with the pH-partition hypothesis, absorption was related to the p$K_a$ of the compound and its lipid–water partition coefficient.

Ho and Higuchi[77] applied one of the earlier mass transfer models[78] to the analysis of the buccal absorption of $n$-alkanoic acids.[79] They utilized the aqueous–lipid phase model in which the weak acid species are transported across the aqueous diffusion layer and, subsequently, only the nonionized species pass across the lipid membrane. Unlike the intestinal membrane, the buccal membrane does not appear to possess significant aqueous pore pathways, and the surface pH is essentially the same as the buffered drug solution pH. Buccal absorption is assumed to be a first-order process owing to the capillary bed in the underlying submucosa. For their analysis, Ho and Higuchi used the following relationship:

$$\ln \frac{C}{C_0} = -K_u t \qquad \textbf{12-72}$$

where $C$ is the aqueous concentration of the $n$-alkanoic acid in the donor or mucosal compartment. The absorption rate constant, $K_u$, is

$$K_u = \frac{S}{V} \cdot \frac{P_{aq}}{1 + \dfrac{P_{aq}}{P_0 X_s}} \qquad \textbf{12-73}$$

the terms of which have been previously defined. Recall that, or, by equation **(12-59)**, $X_s = 1/[1 + \text{antilog}(pH_s - pK_a)]$ and is the fraction of un-ionized weak acid at $pH_s$.

With $S = 100$ cm$^2$, $V = 25$ cm$^3$, $P_{aq} = 1.73 \times 10^{-3}$ cm/s, $P_0 = 2.27 \times 10^{-3}$ cm/s, $pK_a = 4.84$, and $pH_s = 4.0$, equations **(12-62)** and **(12-73)** yield for caproic acid an absorption rate constant

$$K_u = \frac{100}{25} \left( \frac{1.73 \times 10^{-3}}{1 + \dfrac{1.73 \times 10^{-3}}{2.27 \times 10^{-3} \times 0.874}} \right) = 3.7 \times 10^{-3} \text{ s}^{-1}$$

Buccal absorption rate constants constructed according to the model of Ho and Higuchi agree well with experimental values. Their study shows an excellent correspondence between diffusional theory and in vivo absorption and suggests a potentially successful approach for the development of structure–activity relationships not only for buccal membrane permeation but also for diffusion-controlled absorption in general. ◯

## Uterine Diffusion

Drugs such as progesterone and other therapeutic and contraceptive compounds may be delivered in microgram amounts into the uterus by means of diffusion-controlled forms (intrauterine device). In this way, the patient is automatically and continuously provided medication or protected from pregnancy for days, weeks, or months.[80] In this case, diffusion controls release of the drug form the dosage form and also controls drug absorption through the uterine tissue.

Yotsuyanagi et al.[81] performed in situ vaginal drug absorption studies using the rabbit doe as an animal model to develop and test more effective uterine drug delivery systems. A solution of a model drug was perfused through a specially constructed cell and implanted in the vagina of the doe (Fig. 12-30), and the drug disappearance was monitored. The drug release followed first-order kinetics, and the results permitted the calculation of apparent permeability coefficient and diffusion layer thickness.



**FIGURE** 12-30  Implanted rib-cage cell in the vaginal tract of a rabbit. (Reprinted from T. Yotsuyanagi, A. Molakhia, et al., Systems approach to vaginal delivery of drugs I: development of in situ vaginal drug absorption procedure. J. Pharm. Sci. 64, 71, 1975, with permission from Elsevier.)

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the document is prohibited.



FIGURE 12-31 Contraceptive drug in water-insoluble silicone polymer matrix. Dimensions and sections of the matrix are shown together with concentration gradients across the drug release pathway. (Reprinted from S. Hwang, E. Owada, T. Yotsuyanagi, et al. Systems Approach to Vaginak Delivery of Drugs III: Simulation Studies Interfacing Steroid Release from Silicone Matrix and Vaginal Absorption in Rabbits. J. Pharm. Sci. 65, 1578, 1976, with permission from Elsevier.)

Drug may also be implanted in the vagina in a silicone matrix (Fig. 12-31), and drug release at any time can be calculated using a quadratic expression,[81]

$$\left(\frac{1}{2\pi ha_0^2 A}\right)M^2 + \frac{D_eK_s}{a_0}\left(\frac{1}{P_{aq}} + \frac{1}{P_m}\right)M - (2\pi hD_eC_st) = 0 \qquad \text{2-74}$$

The method of calculation can be shown, using the data of Hwang et al.,[71] which are given in Table 12-6. When the

**TABLE 12-6**

**Physical Parameters for the Release of Progesterone and Hydrocortisone from a Silicone Matrix for Vaginal Absorption in the Rabbit[71]**

| | Progesterone | Hydrocortisone |
|---|---|---|
| Solubility in matrix, $C_s$ (mg/cm$^3$) | 0.572 | 0.014 |
| Diffusion coefficient in matrix, $D_e$(cm$^2$/s) | $4.5 \times 10^{-7}$ | $4.5 \times 10^{-7}$ |
| Silicone–water partition coefficient, $K_s$ | 50.2 | 0.05 |
| Permeability coefficient of rabbit vaginal membrane, $P_m$ (cm/s) | $7 \times 10^{-4}$ | $5.8 \times 10^{-5}$ |
| $P_{aq}$ (when $h_{aq} = 100 \mu m$) | $7 \times 10^{-4}$ | $7 \times 10^{-4}$ |
| $P_{aq}$ (when $h_{aq} = 1{,}000 \mu m$) | $0.7 \times 10^{-4}$ | $0.7 \times 10^{-4}$ |

Reprinted from S. Hwang, E. Owada, T. Yotsuyanagi, L. Suhardja, Jr, N. F. H. Ho, G. L. Flynn, W. I. Higuchi, and J. V. Park, Systems approach to vaginal delivery of drugs II: in situ vaginal absorption of unbranched aliphatic alcohols. J. Pharm. Sci. 65, 1574–1578, 1976, with permission from Elsevier.

aqueous diffusion layer, $h_{aq}$, is 100 $\mu$m, the aqueous permeability coefficient, $P_{aq}$, is $7 \times 10^{-4}$ cm/s; this value is used in the following example.



**Example 12-10  Drug Release from Polymer Implant**

The length, $h$, of the silastic cylinder (Fig. 12-31) is 6 cm, its radius, $a_0$, is 1.1 cm, and the initial amount of drug per unit volume of plastic cylinder, or loading concentration, $A$, is 50 mg/cm$^3$.

Equation (12-74) is of the quadratic form $aM^2 + bM + c = 0$, where, for progesterone,

$$a = \frac{1}{(2)(3.1416)(6 \text{ cm})(1.1 \text{ cm})^2(50 \text{ mg/cm}^3)}$$
$$= 0.000438 \text{ mg}^{-1}$$

$$b = \frac{D_eK_s}{a_0}\left(\frac{1}{P_{aq}} + \frac{1}{P_m}\right) = \frac{(4.5 \times 10^{-7} \text{ cm}^2/\text{s})(50.2)}{1.1 \text{ cm}}$$
$$= \left(\frac{1}{7 \times 10^{-4} \text{ cm/s}} + \frac{1}{7 \times 10^{-4} \text{ cm/s}}\right) = 0.0587 \text{ (dimensionless)}$$

$$c = -2\pi hD_eC_st = -2(3.1416)(6 \text{ cm})$$
$$\times (4.5 \times 10^{-7} \text{ cm}^2/\text{s})(0.572 \text{ mg/cm}^3)$$
$$\times \left(\frac{86{,}400 \text{ s}}{\text{day}}\right)(t \text{ days}) = -0.8384 \times t \text{ (days)}$$

How much progesterone is released in 5 days? in 20 days? The quadratic formula to be used here is

$$M = \frac{-b + \sqrt{b^2 - 4ac}}{2a}$$

After 5 days,

$$c = -0.8384 \text{ mg/day} \times 5 \text{ days} = -4.1920 \text{ mg},$$

and

$$M = \frac{-0.0587 + \sqrt{(0.0587)^2 - (4)(0.000438)(-4.1920)}}{2(0.000438)}$$
$$= 51.6 \text{ mg}$$

After 20 days, $C = -0.8384 \text{ mg/day} \times 20 \text{ days} = -16.77 \text{ mg}$, and

$$M = \frac{-0.0587 + \sqrt{(0.0587)^2 - (4)(0.000438)(-16.77)}}{2(0.000438)}$$
$$= 139.8 \text{ mg}$$

## ELEMENTARY DRUG RELEASE

Release from dosage forms and subsequent absorption are controlled by the physical chemical properties of drug and delivery form and the physiologic and physical chemical properties of the biologic system. Drug concentration, aqueous solubility, molecular size, crystal form, protein binding, and p$K_a$ are among the physical chemical factors that must be understood to design a delivery system that exhibits controlled or sustained release characteristics.[82]

The release of a drug from a delivery system involves factors of both dissolution and diffusion. As the reader has already observed in this chapter, the foundations of diffusion and theories describing diffusional processes bear



FIGURE 12-32 Drug release for two steroids from a matrix or device providing zero-order release. (Reprinted by permission from Springer: R. W. Baker and H. K. Lonsdale, in A. C. Tanquary and R. E. Lacey (Eds.), Controlled Release of Biologically Active Agents, Plenum Press, New York, 1974, p. 30. Reproduced with permission of the Licensor through PLSclear.)

many resemblances. Dissolution rate is covered in detail in *Chapter 13: Disintegration, Dissolution, and Drug Release.*

## Zero-Order Drug Release

Although it is convenient to describe the flux, *J*, of equation (12-12) as proportional to a concentration gradient, it is more accurate to attribute it to thermodynamic activity. As such, the activity will change in different solvents, and the diffusion rate of a solvent at a specific concentration may vary widely depending on the solvent employed. The thermodynamic activity of a drug can be held constant ($a = 1$) in a dosage form by using a saturated solution in the presence of excess solid drug. Unit activity ensures constant release of the drug at a rate that depends on the membrane permeability and the geometry of the dosage form. Figure 12-32 shows the rate of delivery of two steroids from a device providing constant drug activity and what is known as "zero-order release." For more information about zero-order processes, the reader is referred to *Chapter 13: Disintegration, Dissolution, and Drug Release.* If excess solid is not present in the delivery form, the activity decreases as the drug diffuses out of the device, the release rate falls exponentially over time, and the process is referred to as first-order release, analogous to the well-known reaction in chemical kinetics. First-order release from dosage forms is discussed by Baker and Lonsdale.[83]

## Drugs in Polymer Matrices

A powdered drug is homogeneously dispersed throughout the matrix of an erodible tablet. The drug is assumed to dissolve in the polymer matrix and to diffuse out from the surface of the device. As the drug is released, the distance for diffusion becomes increasingly greater. The boundary that forms between drug and empty matrix recedes into the tablet as drug is eluted. A schematic illustration of such a device is shown in Figure 12-33A and was also the mechanism of release for the device in Figure 12-31. Figure 12-33B shows a granular matrix with interconnecting pores or capillaries. The drug is leached out of this device by entrance of the



FIGURE 12-33 Release of drug from homogeneous and granular matrix dosage forms. **A.** Drug eluted from a homogeneous polymer matrix. **B.** Drug leached from a heterogeneous or granular matrix. **C.** Schematic of the solid matrix and its receding boundary as drug diffuses from the dosage form. (Reprinted from T. Higuchi, Rate of release of medicaments from ointment bases containing drugs in suspension. J. Pharm. Sci. 50, 874, 1961, with permission from Elsevier.)

surrounding medium. Figure 12-33C depicts the concentration profile and shows the receding depletion zone that moves to the center of the tablet as the drug is released.

Higuchi[34] developed an equation for the release of a drug from an ointment base and later[84] applied it to diffusion of solid drugs dispersed in homogeneous and granular matrix dosage systems.

Fick's first law,

$$\frac{dM}{S\,dt} = \frac{dQ}{dt} = \frac{DC_S}{h}$$

12-75

can be applied to the case of a drug embedded in a polymer matrix, in which $dQ/dt^*$ is the rate of drug released per unit area of exposed surface of the matrix. An important concept for these types of dosage forms is that the boundary between

---

*$dM$ is amount of drug diffusing; $dQ$ is introduced here to represent $dM/S$, where $S$ is surface area of the boundary.

Copyright © 2024 Nazarbayev University. Unauthorized reproduction of content is prohibited.

the drug matrix and the drug-depleted matrix recedes with time. Consequently, the thickness of the empty matrix, $dh$, through which the drug diffuses also increases with time.

Whereas $C_s$ is the solubility or saturation concentration of drug in the matrix, $A$ is the total concentration (amount per unit volume), dissolved and undissolved, of drug in the matrix.

As drug passes out of a homogeneous matrix (Fig. 12-33A), the boundary of drug (represented by the dashed vertical line in Fig. 12-33C) moves to the left by an infinitesimal distance, $dh$. The infinitesimal amount, $dQ$, of drug released because of this shift of the front is given by the approximate linear expression

$$dQ = Adh - \frac{1}{2} C_s dh \qquad \text{12-76}$$

Now, $dQ$ of equation (**12-76**) is substituted into equation (**12-75**), integration is carried out, and the resulting equation is solved for $h$. The steps of the derivation as given by Higuchi[34] are

$$\left( A - \frac{1}{2} C_s \right) dh = \frac{DC_s}{h} dt \qquad \text{12-77}$$

$$\frac{2A - C_s}{2DC_s} \int h \, dh = \int dt \qquad \text{12-78}$$

$$t = \frac{(2A - C_s)}{4DC_s} h^2 + C \qquad \text{12-79}$$

The integration constant, $C$, can be evaluated at $t = 0$, at which $h = 0$, giving

$$t = \frac{(2A - C_s)h^2}{4DC_s} \qquad \text{12-80}$$

$$h = \left( \frac{4DC_s t}{2A - C_s} \right)^{1/2} \qquad \text{12-81}$$

The amount of drug depleted per unit area of matrix, $Q$, at time $t$ is obtained by integrating equation (**12-76**) to yield

$$Q = hA - 1/2 \, hC_s \qquad \text{12-82}$$

Substituting equation (**12-81**) into (**12-82**) produces the result

$$Q = \left( \frac{DC_s t}{2A - C_s} \right)^{1/2} (2A - C_s) \qquad \text{12-83}$$

which can be rewritten and is known as the Higuchi equation:

$$Q = [D(2A - C_s)C_s t]^{1/2} \qquad \text{12-84}$$

The instantaneous rate of release of a drug at time $t$ is obtained by differentiating equation (**12-84**) to yield

$$\frac{dQ}{dt} = \frac{1}{2} \left[ \frac{D(2A - C_s)C_s}{t} \right]^{1/2} \qquad \text{12-85}$$

Ordinarily, $A$ is much greater than $C_s$, and equation (**12-84**) reduces to

$$Q = (2ADC_s t)^{1/2} \qquad \text{12-86}$$

and equation (**12-85**) becomes

$$\frac{dQ}{dt} = \left( \frac{ADC_s}{2t} \right)^{1/2} \qquad \text{12-87}$$

for the release of a drug from a homogeneous polymer matrix–type delivery system. Equation (**12-86**) indicates that the amount of drug released is proportional to the square root of $A$, the total amount of drug in unit volume of matrix; $D$, the diffusion coefficient of the drug in the matrix; $C_s$, the solubility of drug in polymeric matrix; and $t$, the time.

---

**Example 12-11  Classic Drug Release: Higuchi Equation**

In a polymeric dosage, the total concentration of drug in the homogeneous matrix, $A$, is 0.02 g/cm$^3$, the drug's solubility $C_s$ is $1.0 \times 10^{-3}$ g/cm$^3$ in the polymer and the diffusion coefficient, $D$, of the drug in the polymer matrix at 25°C is $6.0 \times 10^{-6}$ cm$^2$/s, or $360 \times 10^{-6}$ cm$^2$/min.

a. What is the amount of drug per unit area, $Q$, released from a tablet matrix at time $t = 120$ min?
We use equation (**12-86**):

$$Q = [2(0.02 \text{ g/cm}^3)(360 \times 10^{-6} \text{ cm}^2/\text{min})$$
$$\times (1.0 \times 10^{-3} \text{ g/cm}^3)(120 \text{ min})]^{1/2}$$
$$= 1.3 \times 10^{-3} \text{ g/cm}^2$$

b. What is the instantaneous rate of drug release occurring at 120 minutes? We have

$$dQ/dt = \left[ \frac{(0.02)(360 \times 10^{-6})(1.0 \times 10^{-3})}{2 \times 120} \right]^{1/2}$$
$$= 5.5 \times 10^{-6} \text{ g/cm}^2 \text{ min}$$

---

## Release from Granular Matrices: Porosity and Tortuosity

The release of a solid drug from a granular matrix (Fig. 12-33B) involves the simultaneous penetration of the surrounding liquid, dissolution of the drug, and leaching out of the drug through interstitial channels or pores. A granule is, in fact, defined as a porous rather than a homogeneous matrix. The volume and length of the pore openings in the matrix must be accounted for in the diffusional equation, leading to a second form of the Higuchi equation,

$$Q = \left[ \frac{D\varepsilon}{\tau} (2A - \varepsilon C_s)C_s t \right]^{1/2} \qquad \text{12-88}$$

where $\varepsilon$ is the porosity of the matrix and $\tau$ is the tortuosity of the capillary system. Both of these parameters are dimensionless quantities.

Porosity, $\varepsilon$, is the fraction of matrix that exists as pores or channels into which the surrounding liquid can penetrate. The porosity term, $\varepsilon$, in equation (**12-88**) is the total porosity of the matrix after the drug has been extracted. This is equal to the initial porosity, $\varepsilon_0$, due to pores and channels in the matrix before the leaching process begins and the porosity created by extracting the drug. If $A$ g/cm$^3$ of drug is extracted from the matrix and the drug's specific volume or reciprocal density is $1/\rho$ cm$^3$/g, then the drug's

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the content is prohibited.

concentration, $A$, is converted to volume fraction of drug that will create an additional void space or porosity in the matrix once it is extracted. The total porosity of the matrix, $\varepsilon$, becomes

$$\varepsilon = \varepsilon_0 + A(1/\rho) \qquad \text{12-89}$$

The initial porosity, $\varepsilon_0$, of a compressed tablet may be small (i.e., a few percent) relative to the porosity $A/\rho$ created by the dissolution and removal of the drug from the device which is generally quite large. Therefore, the porosity frequently is calculated in a more convenient manner by disregarding $\varepsilon_0$ and writing

$$\varepsilon \cong (A/\rho) \qquad \text{12-90}$$

It is important to note that equation (**12-88**) differs from equation (**12-84**) only in the addition of $\varepsilon$ and $\tau$. This is due to the differences in the mechanism of drug release. Equation (**12-84**) is applicable to release from a homogeneous tablet that gradually erodes and releases the drug into the bathing medium. Equation (**12-88**) applies instead to a drug-release mechanism based upon entrance of the surrounding medium into a polymer matrix, where it dissolves and leaches out the soluble drug, leaving a shell of polymer and empty pores. In equation (**12-88**), diffusivity is multiplied by porosity, a fractional quantity, to account for the decrease in $D$ brought about by empty pores in the matrix. The apparent solubility of the drug, $C_s$, is also reduced by the volume fraction term, which represents porosity.

Tortuosity, $\tau$, is introduced into equation (**12-88**) to account for an increase in the path length of diffusion due to branching and bending of the pores as compared to the shortest "straight-through" pores. While porosity quantifies the reduction in cross-sectional area available for transport, tortuosity is a quantity which characterizes the convoluted nature of the porous pathways followed by diffusing species. Tortuosity tends to reduce the amount of drug release in a given interval of time, and so it appears in the denominator under the square root sign. A straight channel has a tortuosity of unity (a value of 1), and a channel through spherical beads of uniform size has a tortuosity of 2 or 3. The theoretical determination of tortuosity is model dependent and extremely cumbersome for all but the simplest geometries. Various methods for obtaining diffusivity, porosity, tortuosity, and other quantities required in an analysis of drug diffusion are given by Desai et al.[85]

Another application of equation (**12-88**) is the process of lyophilization,[15] which is commonly called *freeze-drying*. In the case of a frozen aqueous solution containing drug and an inert matrix-building substance (e.g., mannitol or lactose), there is a similarity to the release of drug form a granular matrix, except in the case of lyophilization, water vapor is the diffusing substance. The process involves the simultaneous change in the receding boundary with time, phase transition at the ice–vapor interface governed by the Clausius–Clapeyron pressure–temperature relationship, and water vapor diffusion across the pore path length of the dry matrix under low temperature and vacuum conditions.

## Soluble Drugs in Topical Vehicles and Matrices

The original Higuchi model[34,84] does not provide a fit to experimental data when the drug has significant solubility in the tablet or vehicle such as an ointment base. However, the model can be extended to drug release from homogeneous solid or semisolid vehicles by using a quadratic expression introduced by Bottari et al.,[86]

$$Q^2 + 2DRA^*Q - 2DA^*C_s t = 0 \qquad \text{12-91}$$

where

$$A^* = A - \frac{1}{2}(C_s + C_v) \qquad \text{12-92}$$

$Q$ is the amount of drug released per unit area of the dosage form, $D$ is an effective diffusivity of the drug in the vehicle, $A$ is the total concentration of drug, $C_s$ is the solubility of drug in the vehicle, $C_v$ is the concentration of drug at the vehicle–barrier interface, and $R$ is the diffusional resistance afforded by the barrier between the donor vehicle and the receptor phase. $A^*$ is an effective $A$ as defined in equation (**12-92**) and is used when $A$ is only about three or four times greater than $C_s$.

When

$$Q^2 \gg 2DRA^*Q \qquad \text{12-93}$$

equation (**12-91**) reduces to one form of the Higuchi equation [equation (**12-86**)]:

$$Q^2 = (2A^*DC_s t)^{1/2} \qquad \text{12-94}$$

Under these conditions, resistance to diffusion, $R$, is no longer significant at the interface between vehicle and receptor phase. When $C_s$ is not negligible in relation to $A$, the vehicle-controlled model of Higuchi becomes

$$Q = [D(2A - C_s)C_s t]^{1/2} \qquad \text{12-95}$$

The quadratic expression of Bottari, equation (**12-91**), should allow one to determine diffusion of drugs in ointment vehicles or homogeneous polymer matrices when $C_s$ becomes significant in relation to $A$. The approach of Bottari et al.[86] follows.

Because it is a second-degree power series in $Q$, equation (**12-91**) can be solved using the quadratic approach where one writes

$$aQ^2 + bQ + c = 0 \qquad \text{12-96}$$

Substituting with reference to equation (**12-91**), $a = 1$, $b = 2\,DRA^*$, and $c = -2DA^*C_s t$, equation (**12-96**) has the solution

$$Q = \frac{-b \pm \sqrt{b^2 - 4ac}}{2a} \qquad \text{12-97}$$

or

$$Q = \frac{-2DRA^* + \sqrt{(2DRA^*)^2 - (2DA^*C_s t)}}{2} \qquad \text{12-98}$$

in which the positive root is taken for physical significance. It is also possible to accommodate a lag time by replacing $t$ in equation (**12-98**) with $(t - t_L)$ for the steady-state period. Bottari et al.[86] obtained satisfactory values for $b$ and $c$ by use of a least-square fit of equation (**12-91**) involving the release

Copyright © 2024 Wolters Kluwer. Unauthorized reproduction of this content is prohibited.

312 MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES

of benzocaine from suspension-type aqueous gels. The diffusional resistance, $R$, is determined from steady-state permeation, and $C_v$ is then obtained from the expression

$$C_v = R(dQ/dt) \qquad \textbf{12-99}$$

The application of equation **(12-91)** is demonstrated in the following example.

---

**Example 12-12  Benzocaine Release from an Aqueous Gel**

a. Calculate $Q$, the amount in milligrams of micronized benzocaine released per square centimeter of surface area, from an aqueous gel after 9,000 seconds (2.5 hours) in a diffusion cell. Assume that the total concentration, $A$, is 10.9 mg/mL, the solubility, $C_s$, is 1.31 mg/mL, $C_v$ = 1.05 mg/mL, the diffusional resistance, $R$, of a silicone barrier separating the gel from the donor compartment is $8.10 \times 10^3$ s/cm, and the diffusivity, $D$, of the drug in the gel is $9.14 \times 10^{-6}$ cm²/s. From equation **(12-92)**, we have

$$A^* = 10.9 \text{ mg/mL} - \frac{1}{2}(1.31 + 1.05) \text{ mg/mL} = 9.72 \text{ mg/mL}$$

Then,

$$DRA^* = (9.14 \times 10^{-6} \text{ cm}^2/\text{s}) \times (8.10 \times 10^3 \text{ s}) \times (9.72 \text{ mg/mL})$$
$$= 0.7196 \text{ mg cm}^{-2}$$

$$DA^*C_s t = (9.14 \times 10^{-6}) \times (9.72) \times (1.31)(9,000) = 1.047 \text{ mg}^2/\text{cm}^4$$

$$Q = -0.7196 + [(0.7196)^2 + 2(1.047)]^{1/2} \text{ mg/cm}^2$$
$$= -0.7196 + [1.616] = 0.90 \text{ mg/cm}^2$$

The $Q_{(calc)}$ of 0.90 mg/cm² compares well with $Q_{(obs)}$ = 0.88 mg/cm².

A slight increase in accuracy can be obtained by replacing $t$ = 9,000 seconds with $t$ = (9,000 − 405) seconds, in which the lag time $t$ = 405 seconds is obtained from a plot of experimental $Q$ values versus $t^{1/2}$. This correction yields a $Q_{(calc)}$ = 0.87 mg/cm².

b. Calculate $Q$ using equation **(12-95)** and compare the result with that obtained in equation **(12-94)**. We have

$$Q = \{[(9.14 \times 10^{-6})][(2 \times 10.9) - 1.31](1.31)(9,000)\}^{1/2}$$
$$= 1.49 \text{ mg/cm}^2$$

Paul and coworkers[87] studied various cases in which $A$, the matrix loading of drug per unit volume in a polymeric dosage form, may be greater than, equal to, or less than the equilibrium solubility, $C_s$, of the drug in a matrix. The model is a refinement of the original Higuchi approach,[34,84] providing an accurate set of equations that describe release rates of drugs, fertilizers, pesticides, antioxidants, and preservatives in commercial and industrial applications over the entire range of ratios of $A$ to $C_s$.

---

Another example of a diffusional dosage form is a silastic capsule, as depicted in Figure 12-34A, which has been used to sustain and control the delivery of drugs.[88,89] The release of a drug from a silastic capsule is shown schematically in Figure 12-34B. The molecules of the crystalline drug lying against the inside wall of the capsule leave their crystals, pass into the polymer wall by a dissolution process, diffuse through the wall, and pass into the liquid diffusion layer and the medium surrounding the capsule. The concentration differences across the polymer wall of thickness $h_m$ and the stagnant diffusion layer of thickness $h_a$ are represented by the lines $C_p - C_m$ and $C_s - C_b$, respectively. $C_p$ is the solubility of



FIGURE 12-34 Diffusion of a drug from a silastic capsule. **A.** Drug in the capsule surrounded by a polymer barrier; **(B)** diffusion of the drug through the polymer wall and stagnant aqueous diffusion layer and into the receptor compartment at sink conditions. (Data from Y. W. Chien, in J. R. Robinson (Ed.), Sustained and Controlled Release Drug Delivery Systems, Marcel Dekker, New York, 1978, p. 229; and Y. W. Chien, Chem. Pharm. Bull. 24, 147, 1976.)

the drug in the polymer and $C_m$ is the concentration at the polymer–solution interface, that is, the concentration of drug in the polymer in contact with the solution. $C_s$, on the other hand, is the concentration of the drug in the solution at the polymer–solution interface, and it is seen in Figure 12-34B to be somewhat below the solubility of drug in polymer at the interface. There is a real difference between the solubility of the drug in the polymer and in the solution, although both exist at the interface. Finally, $C_b$ is the concentration of the drug in the bulk solution surrounding the capsule.

To express the rate of drug release under sink conditions, Chien[88] used the following expression:

$$Q = \frac{K_r D_a D_m}{K_r D_a h_m + D_m h_a} C_p t \qquad \textbf{12-100}$$

which is an integrated form analogous to equation **(12-32)**. In equation **(12-100)**, $Q$ is the amount of drug released per unit surface area of the capsule and $K_r$ is the partition coefficient, defined as[*]

$$K_r = C_s / C_p \qquad \textbf{12-101}$$

When diffusion through the capsule membrane or film is the limiting factor in drug release, that is, when $K_r D_a h_m$ is much greater than $D_m h_a$, equation **(12-100)** reduces to

$$Q = \left( \frac{D_m}{h_m} \right) C_p t \qquad \textbf{12-102}$$

---

[*]Contrary to convention, the partition coefficient, $K_r$, in equation **(12-101)** is defined as the water/lipid distribution coefficient. Thus, $K_r$ decreases here as the compound becomes more hydrophobic. The $K$ as used previously, for example, in equations **(12-19)**, **(12-31)**, and **(12-37)**, is the lipid/water distribution coefficient such that $K$ increases with increasing hydrophobicity of the compound. $C_m$ varies with time and eventually equals $C_p$. Therefore, the equilibrium partition coefficient does not involve $C_m$, but, rather, the equilibrium values $C_p$ and $C_s$.

and when the limiting factor is passage through the diffusion layer ($D_m h_a K_r D_a h_m$), then

$$Q = \left( \frac{D_a}{h_a} \right) C_s t = \left( \frac{K_r D_a}{h_a} \right) C_p t \qquad \textbf{12-103}$$

The right-hand expression can be written because $C_s = K_r C_p$, as defined earlier in equation (**12-101**).

The rate of drug release, $Q/t$, for a polymer-controlled process can be calculated from the slope of a linear $Q$ versus $t$ plot which from equation (**12-102**) is seen to equal $C_p D_m / h_m$. Likewise, $Q/t$, for the diffusion-layer–controlled process, resulting from plotting $Q$ versus $t$, is found to be $C_s D_a / h_a$. Furthermore, a plot of the release rate, $Q/t$, versus $C_s$, the solubility of the drug in the surrounding medium, should be linear with a slope of $D_a / h_a$.

---

**Example 12-13  Progesterone Diffusion from a Silastic Capsule**

The partition coefficient, $K_r = C_s/C_p$, of progesterone is 0.022; the solution diffusivity, $D_a$, is $4.994 \times 10^{-2}$ cm$^2$/day; the silastic membrane diffusivity, $D_m$, is $14.26 \times 10^{-2}$ cm$^2$/day; the solubility of progesterone in the silastic membrane, $C_p$, is 513 $\mu$g/cm$^3$; the thickness of the capsule membrane, $h_m$, is 0.080 cm, and that of the diffusion layer, $h_a$, as estimated by Chien, is 0.008 cm.

Calculate the rate of release of progesterone from the capsule and express it in $\mu$g/cm$^2$ per day. Compare the calculated result with the observed value, $Q/t = 64.50$ $\mu$g/cm$^2$ per day. Using equation (**12-100**), we obtain

$$\frac{Q}{t} = \frac{C_p K_r D_a D_m}{K_r D_a h_m + D_m h_a}$$

$$\frac{Q}{t} = \frac{\begin{array}{c}(513\ \mu\text{g/cm}^3)(0.022)(4.994 \times 10^{-2}\ \text{cm}^2/\text{day}) \\ \times (14.26 \times 10^{-2}\ \text{cm}^2/\text{day})\end{array}}{\begin{array}{c}(0.022)(4.994 \times 10^{-2}\ \text{cm}^2/\text{day})(0.008\ \text{cm}) \\ + (14.26 \times 10^{-2}\ \text{cm}^2/\text{day})(0.008\ \text{cm})\end{array}}$$

$$\frac{Q}{t} = \frac{0.08037}{0.00123} = 65.34\ \mu\text{g/cm}^2/\text{day}$$

In the example just given, (a) is $K_r D_a h_m$ much greater than $D_m h_a$ or (b) is $D_m h_a$ much greater than $K D_a h_m$? (c). What conclusion can be drawn regarding matrix or diffusion-layer control? First, we have

$$K_r D_a h_m = 8.79 \times 10^{-5};\ D_m h_a = 1.14 \times 10^{-3}$$

$$D_m h_a / (K_r D_a h_m + D_m h_a) = (1.14 \times 10^{-3})/[(8.79 \times 10^{-5})$$
$$+ (1.14 \times 10^{-3})] = 0.93$$

Therefore, $D_m h_a$ is much greater than $K_r D_a h_m$, and the system is 93% under aqueous diffusion-layer control. Therefore, it should thus be possible to use the simplified equation (**12-103**):

$$\frac{Q}{t} = \frac{K_r D_a C_p}{h_a} = \frac{(0.022)(4.994 \times 10^{-2})(513)^2}{0.008} 70.48\ \mu\text{g/cm}^2/\text{day}$$

Although $D_m h_a$ is larger than $K_r D_a h_m$ by about one order of magnitude (i.e., $D_m h_a / K D_a h_m = 13$), it is evident that a considerably better result is obtained by using the full expression, equation (**12-100**).

---

**Example 12-14  Contraceptive Release from Polymeric Capsules**

Two new contraceptive steroid esters, A and B, were synthesized, and the parameters determined for release from polymeric capsules are as follows[88]:

| | $K_r$ | $D_a$ (cm$^2$/day) | $D_m$ (cm$^2$/day) | $C_p$ ($\mu$g/cm$^3$) | $h_a$(cm) | $Q/t$ (obs) ($\mu$g/cm$^2$/day) |
|---|---|---|---|---|---|---|
| A | 0.15 | $25 \times 10^{-2}$ | $2.6 \times 10^{-2}$ | 100 | 0.008 | 24.50 |
| B | 0.04 | $4.0 \times 10^{-2}$ | $3.0 \times 10^{-2}$ | 85 | 0.008 | 10.32 |

Using equation (**12-100**) and the quantities given in the table, calculate values of $h_m$ in centimeters for these capsule membranes. First, we write

$$\frac{Q}{t} = \frac{C_p K_r D_a D_m}{K_r D_a h_m + D_m h_a}$$

$$\frac{Q}{t}(K_r D_a h_m + D_m h_a) = C_p K_r D_a D_m$$

$$\frac{Q}{t}(K_r D_a h_m) = C_p K_r D_a D_m - + D_m h_a(Q/t)$$

$$h_m = \frac{C_p K_r D_a D_m - D_m h_a(Q/t)}{(Q/t)K_r D_a}$$

For capsule A,

$$h_m = \frac{(100)(0.15)(25 \times 10^{-2})(2.6 \times 10^{-2}) - (2.6 \times 10^{-2})(0.008)(24.50)}{(24.50)(0.15)(25 \times 10^{-2})}$$

$$h_m = \frac{0.0924}{0.9188}\ \text{cm} = 0.101\ \text{cm}$$

Note that all units cancel (dimensional analysis) except centimeters in the equation for $h_m$. The reader should carry out similar calculations for compound B. (*Answer:* 0.097 cm.)

---

## Osmotic Drug Release

Osmotic drug release systems use osmotic pressure as driving force for the controlled delivery of drugs.[13] *Osmosis* was originally defined as the passage of both solute and solvent across a membrane but now refers to an action in which only the solvent is transferred. In the diffusional process discussed previously, we have focused on membranes which allow for passage of solute (Fig. 12-2). We now examine systems using *semipermeable membranes* where only solvent passes and dilutes the solution containing solute and solvent (Fig. 12-35). Here the process is still driven by concentration, but because only solvent can cross the membrane, there is a net movement of solvent molecules into a region of higher solute concentration, that is, the direction that tends to equalize the solute concentrations on the two sides. The result is an *osmotic pressure*, which is the minimum pressure required to maintain an equilibrium, with no net movement of solvent. Osmotic pressure of a solution is dependent on the number of discrete entities of solute present in the solution, meaning that the osmotic pressure depends on the molar concentration of the solute.

Osmotic drug release systems use osmotic pressure as a driving force for the controlled delivery of drugs. A simple osmotic pump consists of an osmotic core (containing drug with or without an osmotic agent) and is coated with a semipermeable membrane (Fig. 12-36A). The semipermeable membrane has an orifice for drug release from the

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

314    MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES



**(A)**



**Before**          **During operation**

**(B)**

FIGURE 12-35  Schematic diagram of an elementary osmotic pump (**A**) and a push–pull osmotic pump (**B**). (Reprinted from R. K. Verma, D. M. Krishna, and S. Garg S. Formulation aspects in the development of osmotically controlled oral drug delivery systems. J. Control Release. 2002, 79(1–3), 7–27, with permission from Elsevier.)

"pump." The dosage form, after coming in contact with the aqueous fluids, imbibes water at a rate determined by the fluid permeability of the membrane and osmotic pressure of core formulation. The osmotic imbibition of water results in high hydrostatic pressure inside the pump, which causes the flow of the drug solution through the delivery orifice. A lag time of 30 to 60 minutes is observed in many cases as the system hydrates and develops a steady-state pressure. Approximately 60% to 80% of drug is released at a constant rate (zero order) from the pump.



FIGURE 12-36  The process of osmosis over a semipermeable membrane, the *blue dots* represent solute particles driving the osmotic gradient. (From "0307 Osmosis" by OpenStax College–Anatomy & Physiology, Connexions Website. http://cnx.org/content/col11496/1.6/, Jun 19, 2013. Licensed under CC BY 3.0 via Wikimedia Commons. Available at http://commons.wikimedia.org/wiki/File:0307_Osmosis.jpg#/media/File:0307_Osmosis.jpg)

The drug release rate from a simple osmotic pump can be described by the following mathematic equation:

$$dM/dt = AK/h(\Delta\pi - \Delta p)C \qquad \textbf{12-104}$$

where $dM/dt$ is drug release rate, $A$ is the membrane area, $K$ is the membrane permeability, $h$ is the membrane thickness, $\Delta\pi$ and $\Delta p$ are the osmotic and hydrostatic pressure differences between the inside and outside of the system, respectively, and $C$ is the drug concentration inside the pump (i.e., dispensed fluid). If the size of the delivery orifice is sufficiently large, the hydrostatic pressure inside the system is minimized and $\Delta\pi$ is much greater than $\Delta p$. When the osmotic pressure in an environment is negligible, such as the GI fluids, as compared to that of core, $\pi$, can be safely substituted for $\Delta\pi$. Therefore, equation (**12-104**) can be simplified to

$$dM/dt = AK/h\pi C \qquad \textbf{12-105}$$

When all the parameters on the right-hand side of equation (**12-105**) remain constant, the drug release rate from an osmotic device is constant. This can be achieved by carefully designing the formulation and selecting the semipermeable membrane to achieve a saturated drug solution inside the pump so that $\pi$ and $C$ remain constant.

Drug release from osmotic systems is governed by various formulation factors such as the solubility and osmotic pressure of the core component(s), size of the delivery orifice, and nature of the rate-controlling membrane.

## Solubility

The kinetics of osmotic drug release is directly related to the solubility of the drug within the core. Assuming a tablet core of pure drug (Fig. 12-36A), we find the fraction of the core released with zero-order kinetics from

$$F(z) = 1 - S/\rho \qquad \textbf{12-106}$$

where $F(z)$ is the fraction released by zero-order kinetics, $S$ is the drug's solubility (g/mL), and $\rho$ is the density (g/mL) of the core tablet. Drugs with low solubility ($\leq 0.05$ g/mL) can easily reach saturation and would be released from the core through zero-order kinetics. However, according to equation (**12-106**), the zero-order release rate would be slow due to the small osmotic pressure gradient and low drug concentration. Conversely, highly water-soluble drugs would demonstrate a high release rate that would be zero order for a small percentage of the initial drug load. Thus, the intrinsic water solubility of many drugs might preclude them from incorporation into an osmotic pump. However, it is possible to modulate the solubility of drugs within the core and thus extend this technology to the delivery of drugs that might otherwise have been poor candidates for osmotic delivery.

## Osmotic Pressure

From equation (**12-106**), it is evident that the release rate of a drug from an osmotic system is directly proportional to the osmotic pressure of the core formulation. For controlling drug release from these systems, it is important to optimize the osmotic pressure gradient between the inside

compartment and the external environment. It is possible to achieve and maintain a constant osmotic pressure by maintaining a saturated solution of osmotic agent in the compartment. If a drug does not possess sufficient osmotic pressure, an osmotic agent can be added to the formulation, or the device can be designed with a specific osmotic portion to "push" the drug contents (Fig. 12-36B).

### Delivery Orifice

Osmotic delivery systems designed to provide continuous drug release contain at least one delivery orifice in the membrane for drug release. The size of the delivery orifice must be optimized to control the drug release from osmotic systems. If the size of delivery orifice is too small, zero-order delivery will be affected because of the development of hydrostatic pressure within the core. This hydrostatic pressure may not be relieved because of the small orifice size and may lead to deformation of the delivery system, thereby resulting in unpredictable drug delivery. On the other hand, the size of the delivery orifice should not be too large, for otherwise, solute diffusion from the orifice may take place. To optimize the size of the orifice, we can use the equation

$$A_s = 8\pi(LV/t)(\eta/\Delta P)^{1/2} \qquad \textbf{12-107}$$

where $A_s$ is the cross-sectional area, $\pi = 3.14\ldots$, $L$ is the diameter of the orifice, $V/t$ is the volume release per unit time, $\eta$ is the viscosity of the drug solution, and $\Delta P$ is the difference in hydrostatic pressure.

### Semipermeable Membrane

The choice of a rate-controlling membrane is an important aspect in the development of oral osmotic systems. The semipermeable membrane should be biocompatible with the GI tract. The membrane should also be water permeable and provide effective isolation from the dissolution process in the gut environment. As such, osmotic devices include the advantages of drug release independent of the pH and agitation intensity of the GI tract. To ensure that the coating is able to resist the pressure within the device, the thickness of the membrane is usually kept between 200 and 300 $\mu$m. Selecting membranes that have high water permeability can ensure high hydrostatic pressure inside the osmotic device and hence permit rapid drug release flow through the orifice.

In summary, designing a drug with suitable solubility and selecting a semipermeable membrane with favorable water permeability and orifice size are the factors for optimizing a sustained and constant drug release rate through an osmotic drug delivery system.

> **Example 12-15  Osmotic Release of Potassium Chloride**
> Five hundred mg of potassium chloride was pressed into 0.25 mL of water; the semipermeable membrane thickness is 0.025 cm with an area of 2.2 cm². The drug solubility is 330 mg/mL. The density of the solution is 2 g/mL. Here $K\pi = 0.686 \times 10^{-3}$ cm²/hr, and the diffusion coefficient, $D$, is $0.122 \times 10^{-3}$ cm²/hr. What is the release rate of potassium chloride in this osmotic delivery system?[90]

> Assuming the osmotic pressure is the main driving force of the system, we obtain, using equation (**12-105**),
>
> $$dM/dt = A/hK\,\pi C = (2.2\ \text{cm}^2/0.025\ \text{cm})(0.686 \times 10^{-3}\ \text{cm}^2/\text{hr})$$
> $$(330\ \text{mg/mL}) = 19.92\ \text{mg/hr}$$
>
> Correcting for the contribution of diffusion, we obtain
>
> $$dM/dt = A/hC\,(K\pi + D) = (2.2\ \text{cm}^2/0.025\ \text{cm})$$
> $$\times (330\ \text{mg/mL})(0.686 \times 10^{-3}\ \text{cm}^2/\text{hr}$$
> $$+\ 0.122 \times 10^{-3}\ \text{cm}^2/\text{hr}) = 23.5\ \text{mg/hr}$$

## Dialysis

The passage of solute together with solvent is a diffusional process called *dialysis*. Hwang and Kammermeyer[91] defined *dialysis* as a separation process based on unequal rates of passage of solutes and solvent through microporous membranes, carried out in batch or continuous mode.

*Hemodialysis* is used in treating patients with end-stage renal disease to rid the blood of metabolic waste products (small molecules) while preserving the high–molecular-weight components of the blood. Similar to osmosis, dialysis is a spontaneous concentration-driven diffusional process. Dialysis works on the principles of the diffusion of solutes and ultrafiltration of fluid across a semipermeable membrane. Blood flows by one side of a semipermeable membrane, and a dialysate, or special dialysis fluid, flows by the opposite side. Smaller solutes and fluid pass through the membrane, but the membrane blocks the passage of larger substances (e.g., red blood cells, large proteins).

## ■ CHAPTER SUMMARY

The fundamentals of diffusion were discussed in this chapter. Free diffusion of substances through liquids, solids, and membranes is a process of considerable importance to the pharmaceutical sciences. A fundamental understanding of the processes of dialysis, osmosis, and ultrafiltration is essential for pharmaceutical sciences. The mechanisms of transport in pharmaceutical systems were described in some detail. Fick's laws of diffusion were also defined and their application described. Important parameters such as diffusion coefficient, permeability, and lag time were discussed and sample calculations were performed to illustrate their use. The various driving forces behind diffusion, drug absorption, and elimination were described as well as elementary drug diffusion. Although many of the treatments in this chapter appear to be highly mathematical because of the extensive use of equations, the equations and their derivations are useful as the student learns about these important pharmaceutical processes at the mechanistic level.

### References

1. E. L. Cussler, *Diffusion: Mass Transfer in Fluid Systems*, 2nd Ed., Cambridge University Press, New York, 1997.
2. I. Sivin, Drug Saf. 26, 303, 2003.
3. J. Crank, *The Mathematics of Diffusion*, 2nd Ed., Oxford University Press, Oxford, 1975, Chapters 5 and 6.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the content is prohibited.

 

4. Y. Wang, B. Abrahmsson, L. Lindfors, and J. G. Brasseur, J. Pharm. Sci. 104, 9, 2015.
5. P. D. Sinko, S. Harris, N. Salehi, P. J. Meyer, G. L. Amidon, and G. E. Amidon, Mol. Pharm. 17, 7, 2020.
6. A. C. Jacobsen, P. A. Elvang, A. Bauer-Brandl, and M. Brandl, Eur. J. Pharm. Sci. 127, 2019.
7. O. Hedge, F. Höök, P. Joyce, and C. A. S Bergström, Langmuir, 37, 33, 2021.
8. L. X. Yu and G. L. Amidon, in G. L. Amidon, P. I. Lee, and E. M. Topp (Eds.), *Transport Processes in Pharmaceutical Systems*, Marcel Dekker, New York, 2000, p. 29.
9. K. Sugano, Mol. Pharm. 7, 5, 2010.
10. K. E. Johansson, J. Plum, M. Mosleh, C. M. Madsen, T. Rades, A. Müllertz, J. Pharm. Sci. 107, 4, 2018.
11. R. B. Bird, W. E. Stewart, and E. N. Lightfoot, *Transport Phenomena*, Wiley, New York, 1960.
12. D. E. Wurster and P. W. Tylor, J. Pharm. Sci. 54, 169, 1965.
13. R. K. Verma, D. M. Krishna, and S. Garg, J. Control. Release 79, 7, 2002.
14. J. Schramm and S. Mitragotri, Pharm. Res. 19, 1673, 2002.
15. N. F. Ho and T. J. Roseman, J. Pharm. Sci. 68, 1170, 1979.
16. C. S. Eskilsson and E. Björklund, J. Chromatogr. A, 902, 227, 2000.
17. A. K. Banga, S. Bose, and T. K. Ghosh, Int. J. Pharm. 179, 1, 1999.
18. P. Tyle, Pharm. Res. 3, 318, 1986.
19. P. Gebauer, J. L. Beckers, and P. Bocek, Electrophoresis, 23, 1779, 2002.
20. H. Carslaw, Mathematical Theory of the Conduction of Heat, Macmillan, New York, 1921.
21. N. F. Ho, J. Y. Park, G. E. Amidon, et al., in A. J. Aguiar (Ed.), *Gastrointestinal Absorption of Drugs*, American Pharmaceutical Association, Academy of Pharmaceutical Sciences, Washington, DC, 1981; W. I. Higuchi, N. F. Ho, J. Y. Park, and I. Komiya, in L. F. Prescott and W. S. Nimmo (Eds.), *Drug Absorption*, Adis Press, Balgowlah, Australia, 1981, p. 35; N. F. Ho, J. Y. Park, W. Morozowich, and W. I. Higuchi, in E. B. Roche (Ed.), *Design of Biopharmaceutical Properties Through Prodrugs and Analogs*, American Pharmaceutical Association, Academy of Pharmaceutical Sciences, Washington, DC, 1977, Chapter 8.
22. K. Nasim, M. C. Meyer, and J. Autian, J. Pharm. Sci. 61, 1775, 1972.
23. A. L. B. Ungell, Drug Discov. Today Technol. 1, 423–430, 2004.
24. H. Lennernäs, L. Knutson, T. Knutson, A. Hussain, L. Lesko, T. Salmonson, and G. L. Amidon, Eur. J. Pharm. Sci. 15, 271, 2002.
25. S. Winiwarter, N. M. Bonham, F. Ax, A. Hallberg, H. Lennernäs, and A. Karlén. J. Med. Chem. 41, 4939, 1998.
26. A. J. Aguiar and M. A. Weiner. J. Pharm. Sci. 58, 210, 1969.
27. A. W. Larhed, P. Artursson, J. Gråsjö, and E. Björk. J. Pharm. Sci. 86, 660, 1997.
28. N. F. Ho, L. Suhardja, S. Hwang, E. Owada, A. Molokhia, G. L. Flynn, W. I. Higuchi, and J. Y. Park. J. Pharm. Sci. 65, 1578, 1976.
29. M. Fujii, N. Hori, K. Shiozawa, K. Wakabayashi, E. Kawahara, and M. Matsumoto, Int. J. Pharm. 205, 117, 2000.
30. S. Lang, B. Rothen-Rutishauser, J. C. Perriard, M. C. Schmidt, and H. P. Merkle. Peptides. 19, 599, 1998.
31. N. Takamatsu, O. N. Kim, L. S. Welage, N. M. Idkaidek, Y. Hayashi, J. Barnett, R. Yamamoto, E. Lipka, H. Lennernäs, A. Hussain, L. Lesko, and G. L. Amidon, Pharm. Res. 18, 742, 2001.
32. K. F. Farng and K. G. Nelson, J. Pharm. Sci. 66, 1611, 1977.
33. R. J. Scheuplein, J. Invest. Dermatol. 45, 334, 1965.
34. T. Higuchi, J. Soc. Cosm. Chem. 11, 85, 1960.
35. G. L. Flynn, S. H. Yalkowsky, and T. J. Roseman, J. Pharm. Sci. 63, 479, 1974.
36. T. Korjamo, A. T. Heikkinen, and J. Mönkkönen, J Pharm Sci. 98, 12, 4469–4479, 2009, doi: 10.1002/jps.21762
37. J. Karlsson and P. Artursson, Biochim Biophys Acta., 1111, 2, 204–210, 1992, doi: 10.1016/0005-2736(92)90312-a
38. H. Yu and P. J. Sinko, J. Pharm. Sci. 86, 1448, 1997.
39. G. L. Flynn and S. H. Yalkowsky, J. Pharm. Sci. 61, 838, 1972.
40. R. D. Schoenwald and R. L. Ward, J Pharm Sci. 67, 6, 786–788, 1978.
41. M. G. Karth, W. I. Higuchi, and J. L. Fox, J. Pharm. Sci. 74, 612, 1985.
42. T. Higuchi and A. Aguiar, J. Am. Pharm. Assoc. Sci. Ed. 48, 574, 1959.
43. J. Crank and G. S. Park, *Diffusion in Polymers*, Academic Press, New York, 1968, p. 20.
44. D. E. Wurster, J. A. Ostrenga, and L. E. Matheson, Jr, J. Pharm. Sci. 68, 1406–1410, 1979.
45. W. J. Addicks, G. L. Flynn, and N. Weiner, Pharm. Res. 4, 337, 1987.
46. W. J. Addicks, G. L. Flynn, N. Weiner, and C. M. Chiang, Pharm. Res. 5, 377, 1988.
47. G. M. Grass and S. A. Sweetana, Pharm. Res. 5, 372, 1988.
48. I. J. Hidalgo, G. M. Grass, K. M. Hillgren, and R. T. Borchardt, In Vitro Cell. Dev. Biol. 28 A, 578, 1992.
49. I. J. Hidalgo, K. M. Hillgren, G. M. Grass, and R. T. Borchardt. Pharm Res. 8, 2, 222–227, 1991. doi: 10.1023/A:1015848205447.
50. A. Galkin, J. Pakkanen, and P. Vuorela, Pharmazie. 2008. doi:10.1691/ph.2008.7855
51. U. K. Walle and T. Walle, Drug Metab. Dispos, 26, 343, 1998.
52. A. Sparreboom, et al., Proc. Natl. Acad. Sci. 94, 2031, 1997.
53. B. B. Brodie and C. A. Hogben, J. Pharm. Pharmacol. 9, 345, 1957; P. A. Shore, B. B. Brodie, and C. A. Hogben, J. Pharmacol. Exp. Ther. 119, 361, 1957; L. S. Shanker, D. J. Tocco, B. B. Brodie, and C. A. Hogben, J. Pharmacol. Exp. Ther. 123, 81, 1958; C. A. Hogben, D. J. Tocco, B. B. Brodie, and L. S. Shanker, J. Pharmacol. Exp. Ther. 125, 275, 1959; L. S. Shanker, J. Med. Chem. 2, 343, 1960; L. S. Shanker, Annu. Rev. Pharmacol. 1, 29, 1961.
54. R. H. Turner, C. S. Mehta, and L. Z. Benet, J. Pharm. Sci. 59, 590, 1970.
55. J. L. Colaizzi and P. R. Klink, J. Pharm. Sci. 58, 1184, 1969.
56. A. Suzuki, W. I. Higuchi, and N. F. Ho, J. Pharm. Sci. 59, 644, 651, 1970; N. F. Ho, W. I. Higuchi, and J. Turi, J. Pharm. Sci. 61, 192, 1972; N. F. Ho and W. I. Higuchi, J. Pharm. Sci. 63, 686, 1974.
57. J. T. Doluisio, N. F. Billups, L. W. Dittert, E. T. Sugita, and J. V. Swintosky, J. Pharm. Sci. 58, 1196, 1969.
58. H. Lennernäs. Adv Drug Deliv Rev. 59, 11, 1103–1120, 2007. doi:10.1016/j.addr.2007.06.016
59. A. K. Mitra and T. J. Mikkelson, J. Pharm. Sci. 77, 771, 1988.
60. N. Tayar, R. S. Tsai, B. Testa, P. A. Carrupt, C. Hansch, and A. Leo. J Pharm Sci. 80, 8, 744–749, 1991.
61. R. J. Scheuplein, J. Invest. Dermatol. 45, 334, 1965; R. J. Scheuplein, J. Invest. Dermatol. 48, 79, 1967; R. J. Scheuplein and I. H. Blank, Physiol. Rev. 51, 702, 1971.
62. N. Jezyk, W. Rubas, and G. M. Grass, Pharm Res. 9, 12, 1580–1586, 1992.
63. W. Rubas, N. Jezyk, and G. M. Grass. Pharm Res. 10, 1, 113–118, 1993.
64. R. J. Scheuplein, I. H. Blank, G. J. Brauner, and D. J. MacFarlane, J. Invest. Dermatol. 52, 63, 1969.
65. C. D. Yu, J. L. Fox, N. F. Ho, and W. I. Higuchi, J. Pharm. Sci. 68, 1341, 1347, 1979; J. Pharm. Sci. 69, 772, 1980; H. Durrheim, G. L. Flynn, W. I. Higuchi, and C. R. Behl, J. Pharm. Sci. 69, 781, 1980; G. L. Flynn, H. Durrheim, and W. I. Higuchi, J. Pharm. Sci. 70, 52, 1981; C. R. Behl, G. L. Flynn, T. Kurihara, N. Harper, W. Smith, W. I. Higuchi, N. F. Ho, and C. L. Pierson, J. Invest. Dermatol. 75, 346, 1980.
66. P. V. Raykar, M. C. Fung, and B. D. Anderson, Pharm. Res. 5, 140, 1988.
67. S. Hansen, C. M. Lehr, and U. F. Schaefer. Adv Drug Deliv Rev. 65, 2, 251–264, 2013. doi:10.1016/j.addr.2012.04.011
68. L. Chen, L. Han, O. Saib, and G. Lian. Pharm Res. 32, 5, 1779–1793, 2015. doi:10.1007/s11095-014-1575-0
69. J. S. Turi, D. Danielson, and J. W. Wolterson, J. Pharm. Sci. 68, 275, 1979.
70. S. H. Yalkowsky and G. L. Flynn, J. Pharm. Sci. 63, 1276, 1974.
71. S. Hwang, E. Owada, T. Yotsuyanagi, L. Suhardja, Jr, N. F. Ho, G. L. Flynn, W. I. Higuchi, and J. V. Park, J. Pharm. Sci. 65, 1574, 1578, 1976.
72. J. Ostrenga, C. Steinmetz, and B. Poulsen, J. Pharm. Sci. 60, 1175, 1180, 1971.
73. K. B. Sloan, K. G. Siver, and S. A. Koch, J. Pharm. Sci. 75, 744, 1986.
74. H. Komatsu and M. Suzuki, J. Pharm. Sci. 68, 596, 1979.
75. W. R. Galey, H. K. Lonsdale, and S. Nacht, J. Invest. Dermat. 67, 713–717, 1976.
76. A. H. Beckett and A. C. Moffat, J. Pharm. Pharmacol. 20, 239S, 1968.
77. N. F. Ho and W. I. Higuchi, J. Pharm. Sci. 60, 537, 1971.
78. A. Suzuki, W. I. Higuchi, and N. F. Ho, J. Pharm. Sci. 59, 644, 651, 1970.
79. G. L. Flynn, N. F. Ho, S. Hwang, E. Owada, A. Motokhia, C. R. Behl, W. I. Higuchi, T. Yotsuyanagi, Y. Shah, and J. Park, in D. R. Paul and F. W. Harris (Eds.), *Controlled Release Polymeric Formulations*, American Chemical Society, Washington, DC, 1976, p. 87.
80. S. K. Chandrasekaran, H. Benson, and J. Urquhart, in J. R. Robinson (Ed.), *Sustained and Controlled Release Drug Delivery Systems*, Marcel Dekker, New York, 1978, p. 572.
81. T. Yotsuyanagi, A. Molakhia, S. Hwang, N. F. Ho, C. L. Flynn, and W. I. Higuchi, J. Pharm. Sci. 64, 71, 1975.
82. J. R. Robinson, *Sustained and Controlled Release Drug Delivery Systems*, Marcel Dekker, New York, 1978.

83. R. W. Baker and H. K. Lonsdale, in A. C. Tanquary and R. E. Lacey (Eds.), *Controlled Release of Biologically Active Agents*, Plenum Press, New York, 1974, p. 30.

84. T. Higuchi, J. Pharm. Sci. 50, 874, 1961.

85. S. J. Desai, P. Singh, A. P. Simonelli, and W. I. Higuchi, J. Pharm. Sci. 55, 1224–1230, 1235, 1966.

86. F. Bottari, G. DiColo, E. Nannipieri, et al., J. Pharm. Sci. 63, 1779, 1974; J. Pharm. Sci. 66, 927, 1977.

87. D. R. Paul and S. K. McSpadden, J. Memb. Sci. 1, 33, 1976; S. K. Chandrasekaran and D. R. Paul, J. Pharm. Sci. 71, 1399, 1982.

88. Y. W. Chien, in J. R. Robinson (Ed.), *Sustained and Controlled Release Drug Delivery Systems*, Marcel Dekker, New York, 1978, Chapter 4; Y. W. Chien, Chem. Pharm. Bull. 24, 1471, 1976.

89. Y. W. Chien, *Novel Drug Delivery Systems: Biomedical Applications and Theoretical Basis*, Marcel Dekker, New York, 1982, Chapter 9.

90. F. Theeuwes, J. Pharm. Sci. 64, 1987, 1975.

91. S. T. Hwang and K. Kammermeyer, *Membranes in Separations*, Wiley-Interscience, New York, 1975, pp. 23–28.

## Recommended Readings

E. L. Cussler, *Diffusion: Mass Transfer in Fluid Systems*, 2nd Ed., Cambridge University Press, New York, 1997.

G. L. Flynn, S. H. Yalkowsky, and T. J. Roseman, J. Pharm. Sci. 63, 479, 1974.

J. Crank, *The Mathematics of Diffusion*, 2nd Ed., Clarendon Press, Oxford, 1983.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.



# PHARMACEUTICAL POLYMERS

**17**

## PATRICK J. SINKO

Unauthorized reproduction of this content is prohibited.
© 2023 Wolters Kluwer, Inc.

## CHAPTER OBJECTIVES

**At the conclusion of this chapter the student should be able to:**

1 Know the basic concepts of polymers, definitions, and descriptive terms.
2 Understand the principles of polymer synthesis.
3 Distinguish the basic principles of homogeneous and dispersion polymerizations.
4 Understand the thermal, physical, and mechanical properties of polymers in general.

5 Explain the glass transition temperature and factors affecting the $T_g$.
6 Understand how polymer molecular weight affects its properties.
7 Know what types of polymers are generally used in the pharmaceutical area.
8 Explain why polymers are used in drug delivery applications.

## INTRODUCTION

Synthetic and natural-based polymers have found their way into the pharmaceutical and biomedical industries, and their applications are growing quickly. Understanding the role of polymers as ingredients in drug products is essential for a pharmacist or pharmaceutical scientist who deals with drug products on a routine basis. Having a basic understanding of polymers will allow you to familiarize yourself with the function of drug products and possibly develop new formulations or better delivery systems. This chapter will provide the basis for understanding pharmaceutical polymers. This chapter will cover the basic concepts of polymer chemistry, polymer properties, polymer types, polymers in pharmaceutical and biomedical industries, and reviews of some polymeric products in novel drug delivery systems and technologies.

## HISTORY OF POLYMERS

Polymers have a wide-ranging impact on modern society. Polymers are more commonly referred to as "plastics" since people are more familiar with plastic products they encounter around the house than any other type of polymeric product. Plastics can be molded, cast, extruded, drawn, thermoformed, or laminated into a final product such as plastic parts, films, and filaments. The first semisynthetic polymer ever made was guncotton (cellulose nitrate) by Christian F. Schönbein in 1845. The manufacturing process for this polymer was changed over the years due to its poor solubility, processability, and explosivity resulting in a variety of polymers such as Parkesine, celluloid (plasticized cellulose nitrate), cellulose acetate (cellulose treated with acetic acid), and hydrolyzed cellulose acetate soluble in acetone. In 1872, Bakelite, a strong and durable synthetic polymer based on

phenol and formaldehyde, was invented. Polycondensation-based polymeric products such as Bakelite and those based on phenoxy, epoxy, acrylic, and ketone resins were cheap substitutes for many parts in the auto and electronic industries. Other synthetic polymers were invented later, including polyethylene (1933), poly (vinyl chloride) (1933), polystyrene (1933), polyamide (1935), Teflon (1938), and synthetic rubbers (1942). Polyethylene was used to make radar equipment for airplanes. The British air force used polyethylene to insulate electrical parts of the radars in their planes. Synthetic rubber, which could be made in approximately 1 hour compared to 7 years for natural rubbers, was used to make tires and other military supplies. Teflon was used in atomic bombs to separate the hot isotopes of uranium. Nylon was used to make parachutes, replacing silk, which had to be imported from Japan.

The plastics revolution advanced technologies in the 20th century and opened new fields of application in the pharmaceutical and biomedical sectors. In recent years, polymers have been used to develop devices for controlling drug delivery or replacing failing natural organs. Polymers are used as coatings, binders, taste maskers, protective agents, drug carriers, and release controlling agents in oral delivery. Targeted delivery to the lower part of the gastrointestinal tract (e.g., in the colon) was made possible by using polymers that protect drugs during their passage through the stomach's harsh environment. Transdermal patches use polymers as backings, adhesives, or drug carriers in matrix or membrane products (these are described later in the book). Controlled delivery of proteins and peptides has been made possible using biodegradable polymers. You may find at least one polymer in many drug products that enhance product performance. The key difference between early polymers and pharmaceutical polymers is biocompatibility.

**481**

 



FIGURE 17-1 Polymer anatomy.

## POLYMERS IN GENERAL

The word "polymer" means "many parts."[1-5] A polymer is a large molecule made up of many small repeating units. In the early days of polymer synthesis, little was known about the chemical structures of polymers. Herman Staudinger, who received the Nobel Prize in Chemistry in 1953, coined the term "macromolecule" in 1922 and used it in reference to polymers. The difference between the two is that polymers are made of repeating units, whereas the term macromolecule refers to any large molecule, not necessarily just those made of repeating units. So, polymers are a subset of macromolecules.

A *monomer* is a small molecule that combines with other molecules of the same or different types to form a polymer. Since drawing a complete structure of a polymer is almost impossible, the structure of a polymer is displayed by showing the repeating unit (the monomer residue) and an "*n*" number that shows how many monomers are participating in the reaction. From the structural perspective, monomers are generally classified as olefinic (containing double bond) and functional (containing reactive functional groups) for which different polymerization methods are utilized. If two, three, four, or five monomers are attached to each other, the product is known as a dimer, trimer, tetramer, or pentamer, respectively. An *oligomer* contains from 30 to 100 monomeric units. Products containing more than 200 monomers are simply called a polymer (Fig. 17-1). From a thermodynamic perspective, polymers cannot exist in the gaseous state because of their high molecular weight. They exist only as liquids or high solid materials.

> **Example 17-1  Molecular Weight**
> A polyethylene with molecular weight of 100,000 g/mol is made of almost 3,570 monomer units ($—CH_2CH_2—$) with the molecular weight of 28 g/mol.

Since polymers originate from oil, they are generally cheap materials. Unlike other materials such as metals or ceramics, polymers are large molecular weight materials, and their molecular weight can be adjusted for a given application. For example, silicone polymers are supplied as vacuum grease (low molecular weight) and as durable implants (very high molecular weight). By changing the molecular weight, the physical and mechanical properties of the polymer can be tailor-made. This can be achieved by changing the structure of the monomer building blocks or by blending them with other polymers. Blending is a process intended to achieve superior properties that are unattainable from a single polymer. For example, polystyrene is not resistant against impact, so a polystyrene cup can be easily smashed into pieces if compressed between your fingers. However, polystyrene blended with polybutadiene is an impact resistant product. Alternatively, monomers of styrene and butadiene can be copolymerized to make a new copolymer of styrene–butadiene.

## POLYMER SYNTHESIS

To make polymers, monomers must interact with each other. Let us consider a simple scenario in which just one monomer type is going to be polymerized. The structure of the monomer molecule will tell us how we should polymerize it. A monomer may be unsaturated; in other words, it may contain a double bond of $\sigma$ (sigma) and $\pi$ (pi) between a pair of electrons. The $\pi$ bond generally requires low energy to break; therefore, polymerization starts at this site by the addition of a free radical on the monomer. On the other hand, if a monomer does not contain a double bond but possesses functional groups such as hydroxyl, carboxyl, or amines, they can interact via condensation. These two types of polymerization processes are described in the next two sections.

### Addition Polymerization

Free-radical polymerization is also known as chain or addition polymerization. As the name implies, a radical-generating



FIGURE 17-2 Addition or free-radical polymerization of styrene.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the content is prohibited.

| NH₂ – R – NH₂ <br> HOOC – R – COOH | [- R – NHCO – R' – NHCO - ] <br> Polyamide |
|---|---|
| HO – R – OH <br> O = C – N – R – N = C = O | [- NHCOO – R – NHCOO – R' - ] <br> Polyurethane |
| HO – R – OH <br> HOOC – Cl – COOH | [- R – COO -R' - COO - ] <br> Polyester |

FIGURE 17-3 Examples of condensation polymerization.

ingredient induces an initiator triggering polymerization. The initiator is an unstable molecule that is cleaved into two radical-carrying species under the action of heat, light, chemical, or high-energy irradiation. Each initiating radical can attack the double bond of a monomer. In this way, the radical is transferred to the monomer and a monomer radical is produced. This step in polymerization is called *initiation*. The monomer radical is also able to attack another monomer and then another monomer, and so on and so forth. This step is called *propagation* by which a *macroradical* is formed. Macroradicals prepared in this way can undergo another reaction with another macroradical or with another inert compound (e.g., an impurity in the reaction) which terminates the macroradical. Figure 17-2 shows the free-radical polymerization of styrene, a monomer, to polystyrene. Monomers such as acrylic acid, acrylamide, acrylic salts (such as sodium acrylate), and acrylic esters (methyl acrylate) contain double bonds and they can be polymerized via addition reactions.

## Condensation Polymerization

In condensation polymerization, also called step polymerization, two or more monomers carrying different reactive functional groups interact with each other as shown in Figure 17-3. For example, a monomer containing a reactive hydrogen from the amine residue can react with another monomer containing a reactive hydroxyl group (a residue of carboxyl group) to generate a new functional group (amide)

and water as a side product. If a monomer containing the reactive hydrogen reacts with a monomer containing reactive chlorine, the side product will be hydrochloric acid. Since each monomer is bifunctional (in other words, it contains two reactive hydrogens or two reactive chlorines), the reaction product can grow by reacting with another monomer generating a macromonomer. Nylon is prepared via condensation polymerization of a diamine and diacid chloride. The diamine and diacid chloride are dissolved in water and tetrachloroethylene, respectively. Since the two solutions do not mix with each other, they form two immiscible separate layers, with tetrachloroethylene at the bottom. At the interface of the two solutions, the two monomers interact and form the polymer. The polymers can then be gently removed from the interface as fiber. There are no radicals involved in this polymerization reaction.

Free-radical polymerization is an addition reaction that is characterized by fast growth of macroradicals. There is a high chance that high-molecular-weight chains are formed at the beginning of the reaction. On the other hand, condensation polymerization is a stepwise reaction in which smaller species are initially formed first and then combined to make higher-molecular-weight species. This reaction tends to be slow generally lasting for several hours. Figure 17-4 shows the concept.

## POLYMERIZATION METHODS

Now, the question is how can polymers be made from monomers? Reactions may be carried out in homogeneous or heterogeneous systems. The former includes bulk and solution polymerizations, whereas the latter includes any dispersed system such as suspensions, emulsions, and their reverse phase counterparts, in other words, inverse suspensions and inverse emulsions.

## Homogeneous Polymerization

Bulk polymerization occurs when no other materials except the monomer and initiator are used. If the monomer is



Addition polymerization

Ethene/Ethylene

Polyethene/Polyethylene



Condensation polymerization

Adipic acid    +    Hexamethylene diamine

Nylon 6,6

FIGURE 17-4 Condensation versus addition polymerizations.

Copyright © 2024 Wolters Kluwer. Unauthorized reproduction of the content is prohibited.

water soluble, a linear water-soluble polymer is theoretically prepared. With oil-soluble monomers, the polymer will be linear and soluble in oil. Surprisingly, sometimes when an olefinic water-soluble monomer is polymerized in bulk, a water-swellable polymer is prepared. This is due to excessive exothermic heat resulting in hydrogen abstraction from the polymer backbone, which promotes cross-linking reactions at the defective site. The cross-linked polymer obtained without using any chemical cross-linker is called a popcorn polymer and the reaction is called "popcorn polymerization." Crospovidone, a superdisintegrant in solid dose formulations, is a cross-linked polymer of vinyl pyrrolidone which is produced by popcorn polymerization.

In certain circumstances when the monomer is very temperature sensitive, a popcorn polymer can be obtained even without using an initiator. The monomer acrylic acid is glacial with a melting point around 13°C. If the monomer was stored at freezing temperature, the polymerization stabilizer will be unevenly distributed between the liquid and thawing phases. This results in poor protection of the monomer and sudden polymerization that generates tremendous amounts of heat.

To solve the problems associated with exothermic heat in bulk polymerization, polymerization can alternatively be conducted in solution. Depending on the monomer solubility, water or organic solvents can be used as diluents or solvents. Again, a water-soluble or an oil-soluble polymer is obtained if monomers are water soluble or oil soluble, respectively. The solvent or diluent molecules reside in between the monomer molecules, and they reduce the amount of interaction between the two neighboring monomers. In this way, less amounts of heat are generated in each period and a less exothermic but controllable reaction is conducted. Polymers prepared accordingly are generally soluble in their corresponding solvents, but they are swellable if a cross-linker is used during their polymerization. The cross-linker can be water soluble or oil soluble. Swellability of a polymer can be modified by the simultaneous use of water-soluble and oil-soluble cross-linkers.

## Dispersion Polymerization

Dispersion polymerization occurs in suspensions, emulsions, inverse suspensions, and inverse emulsions. In dispersion polymerization, two incompatible phases of water and oil are dispersed into each other. One phase is known as the minor (dispersed) phase and the other as the major (continuous) phase. The active material (monomer) can be water soluble or oil soluble. To conduct polymerization in a dispersed system, the monomer (in the dispersed phase) is dispersed into the continuous phase using a surface-active agent. The surfactant is chosen based on the nature of the continuous phase. In general, a successful dispersion polymerization requires that the surfactant be soluble in the continuous phase. Therefore, if the continuous phase is water, the surfactant should have more hydrophilic groups. On the other hand, if the continuous phase is oil, a more hydrophobic (lipophilic) surfactant would be selected. In general, two



FIGURE 17-5  Dispersion systems.

basic factors control the nature of the dispersion system. These are surfactant concentration and the surface tension of the system (nature of the dispersed phase) as shown in Figure 17-5. Dispersed systems were discussed in earlier chapters. The surfactant concentration determines the size of the polymer particles. The system will be a suspension or inverse suspension with particle sizes around 0.2 to 0.8 mm below the critical micelle concentration. Above the critical micelle concentration, 10- to 100-$\mu$m particles are formed. Nanosize particles can be made if enough surfactant is used. Nanoemulsion or inverse nanoemulsion systems are rarely used in the pharmaceutical industry because of the amount of surfactant required to stabilize the system. Surfactants represent undesirable impurities that affect drug stability and formulation acceptability. Water-insoluble polymers based on acrylic or methacrylic esters are prepared via suspension or emulsion polymerization. Eudragit L30D is a copolymer of methacrylic acid and ethyl acrylate which is manufactured using an emulsion technique. Eudragit NE30D is also a copolymer of ethyl acrylate and methyl methacrylate which can be manufactured in an emulsion system. On the other hand, water-soluble polymers based on acrylic or methacrylic salts as well as acrylamide can be prepared using inverse suspension or inverse emulsion systems. Emulsion systems that use water as a continuous phase are known as latex. Table 17-1 summarizes important polymerization methods that are potentially used to prepare pharmaceutical polymers.

# COPOLYMERS AND POLYMER BLENDS

If one polymer system cannot address the needs of a particular application, its properties need to be modified. For this reason, polymer systems can be physically blended or chemically reacted. With the former, a two-phase system generally exists, whereas with the latter a monophase system exists. This can clearly be seen in a differential scanning calorimeter (DSC) by monitoring the glass transition temperature ($T_g$) of the individual polymers. With polymer blends, two $T_g$ values are observed while one single $T_g$ is detected for copolymers. Thermal analysis is discussed in detail in the *Chapter 2: States of Matter.*

### TABLE 17-1
## Polymerization Methods

| | Bulk | Solution | Suspension | Inverse Suspension | Emulsion | Inverse Emulsion | Pseudo Latex |
|---|---|---|---|---|---|---|---|
| Monomer | WS or OS | WS or OS | OS | WS | OS | WS | |
| Initiator | WS or OS | WS or OS | Generally OS | Generally WS | Generally OS | Generally WS | |
| Cross-linker[a] | WS or OS | WS or OS | Generally OS | Generally WS | Generally OS | Generally WS | |
| Water | | If WS monomer is used | CP | DP | CP | DP | CP |
| Organic solvent | | If OS monomer is used | DP | CP | DP | CP | DP |
| Surfactant | | | WS; $C_{surf}$ <CMC; high HLB | OS; $C_{surf}$ <CMC; low HLB | WS; $C_{surf}$ >CMC; high HLB | OS; $C_{surf}$ >CMC; low HLB | WS |
| Polymer | | | | | | | OS[b] |

[a]Cross-linker is added if a swellable polymer is desired.

[b]Polymer is soluble in organic solvents, but the latex itself is water dispersible.

WS, water-soluble; OS, organic-soluble; DP, dispersed phase; CP, continuous phase; CMC, critical micelle concentration; HLB, hydrophilic lipophilic balance; $C_{surf}$, surfactant concentration.

*Copolymerization* refers to a polymerization reaction in which more than one type of monomer is involved. In general, copolymerization includes two types of monomers. If one monomer is involved, the process is called polymerization and the product is a *homopolymer*. For example, polyethylene is a homopolymer since it is made of just one type of monomer. Depending on their structure, monomers display different reactivities during the polymerization reaction. If the reactivities of two monomers are similar, there will be no preference for which monomer is added next, so the polymer that is formed is called a *random copolymer*. When one monomer is preferentially added to another monomer, the monomers are added to each other alternatively and the polymer product is called an *alternate copolymer*. Sometimes, monomers preferentially add onto themselves, and a *block copolymer* is formed. This happens when one monomer has a very high reactivity toward itself. Once more reactive monomers have participated in the reaction, the macroradical of the first monomer will attack the second monomer with the lower activity, and the second monomer will then grow as a block. Pluronic surfactants (EO-PO-EO terpolymers) are composed of block units of ethylene oxide and propylene oxides attached to each other. The major difference between graft copolymer and the other copolymer types is the nature of their building blocks. Other copolymer types are made of two or more monomer types, while a monomer and a polymer are generally used to make graft copolymers. For example, the physical and chemical properties of carboxymethyl cellulose (CMC) can be changed by grafting various monomers such as acrylic acid, acrylamide, and acrylonitrile onto the cellulose backbone. Although not very common, a terpolymer will be obtained when three monomers participate in the polymerization reaction. Different types of copolymer products are shown in Figure 17-6.

**Example 17-2  Pharmaceutical Polymers**

In pharmaceutical oral solid dosage forms, the Eudragit polymers are used for sustained-release, drug protection, and taste-masking applications. These polymers are made of acrylic esters (methyl methacrylate, ethyl acrylate). Their solubility, swellability, and pH-dependent properties have been modified by incorporating anionic and cationic monomers such as methacrylic acid and dimethylaminoethyl acrylate.

From a commercial standpoint, polymer properties can be simply changed by mixing or blending one or two polymer systems. Polymer blends are simply made by physical blending



Homopolymer

Random copolymer

Alternate copolymer

Block copolymer

Graft copolymer

FIGURE 17-6  Polymers made of two or more monomer units.

LWBK1857-C17_481-509.indd 485

of two different polymers in molten or in solution state. The blend is either solidified at lower temperature if prepared by melting or recovered at higher temperature if prepared in solution. Some thermoplastic polymers are not resistant to sudden stresses. Once impacted, the craze (microcrack) and macrocracks will grow very quickly within their structure and the polymer will simply and suddenly break apart. These polymers have rigid structures with high $T_g$ values. Adding a low $T_g$ polymer (in other words, a flexible polymer) such as rubber particles improves the impact resistance of these polymers by preventing the cracks from growing.

## INTERPENETRATING POLYMER NETWORKS

Interpenetrating polymer networks (IPNs) are also composed of two or more polymer systems but they are not a simple physical blend. Semi-IPNs are prepared by dissolving a polymer into a solution of another monomer. An initiator as well as a cross-linker is added into the solution and the monomer is polymerized and cross-linked in the presence of the dissolved polymer. The result will be a structure in which one cross-linked polymer interpenetrates into a non–cross-linked polymer system. With fully interpenetrated structures, two different monomers and their corresponding cross-linkers are polymerized and cross-linked simultaneously. This results in a doubly cross-linked polymer system that interpenetrates into one another. Alternatively, conducting the cross-linking reaction on a semi-interpenetrated product can form a full-IPN structure. The non–cross-linked phase of the semi-IPN product will be further cross-linked with a chemical cross-linker or via physical complexation.[6,7]

> **Example 17-3  IPN Polymer Structure**
> Elastic superporous hydrogels have been developed for oral gastric retention of the drugs with a narrow absorption window. These hydrogels are prepared using a two-step process. First, a semi-IPN structure is prepared by polymerizing and cross-linking a synthetic monomer (such as acrylamide) in the presence of a water-soluble polymer (e.g., alginate). Although the cross-linked acrylamide polymer is not soluble in water, the alginate component is. In the second step, the prepared semi-IPN is further treated with cations (such as calcium) to provide insolubility to the alginate component via ion complexation. This results in a full-IPN structure with a balanced swelling and mechanical properties.

## TOPOLOGY AND ISOMERISM

The topology of a polymer describes whether the polymer structure is linear, branched, or cross-linked. Topology can affect polymer properties in its solid or solution states. With a linear polymer, the polymer chains are not chemically attached to each other, instead weaker intermolecular forces hold the polymer chains together. A linear polymer can show dual behavior. Chains in a linear polymer can freely move, which offer the polymer a low melting temperature. On the

other hand, linear chains have a higher chance of approaching each other in their solid state, which increase their crystallinity and melting temperature. The same holds true for branched polymers in which short or long side groups are attached to the backbone of the polymer. Branched polymer chains move with difficulty because of the steric hindrance induced by the side groups but they presumably possess weaker intermolecular forces, which apparently help them move freely. With cross-linked polymers, the chains are chemically linked and will be restricted from moving to a sensible extent depending on the level of cross-linking. Very highly cross-linked polymers are very rigid structures that degrade at high temperatures before their chains start to move.

In solution, a branched polymer might display a better solvent permeability compared to its linear counterpart due to its side groups. Gum Arabic is a highly branched polymer with very high solubility in water. If a linear polymer is cross-linked, its solubility will be sacrificed at the expense of swellability. Therefore, a cross-linked polymer can swell in a solvent to an extent that is inversely related to the amount of cross-linker. Figure 17-7 summarizes and correlates polymer topology to its solution and melt properties.

Isomerism can be classified as structural isomerism (Fig. 17-8A), sequence isomerism (Fig. 17-8B), and stereo–isomerism (Fig. 17-8C). Gutta Percha natural rubber (*trans*-polyisoprene) and its synthetic counterpart (*cis*-polyisoprene) are similar in structure but their *trans* and *cis* nature results in a medium-crystal and amorphous behavior, respectively. This important feature can be accounted for in terms of the position of a methyl group. The *cis* and *trans* isomers of a same polymer display different $T_g$ and $T_m$ values, for example, polyisoprene ($T_g$ of –70°C vs. –50°C; $T_m$ of 39°C vs. 80°C), polybutadiene ($T_g$ of –102°C vs. –50°C; $T_m$ of 12°C vs. 142°C).[1] With sequence isomerism, monomers with pendant groups can attach to each other in head-to-tail, head-to-head, or tail-to-tail conformation. Stereoisomerism applies to polymers with chiral centers, which results in three different configurations—isotactic (pendant groups located on one side), syndiotactic (pendant groups located alternatively on both sides), and atactic (pendant groups located randomly on both sides) configurations.

> **Example 17-4  Stereoisomerism**
> The isotactic and atactic polypropylenes display glass transition temperatures of 100°C and –20°C, respectively. While the isotactic one is used for special packaging purposes, the atactic one is commonly used as a cheap excipient in general adhesive formulations.

## THERMOPLASTIC AND THERMOSET POLYMERS

Polymers with a linear or branched structure generally behave as thermoplastics. Thermoplastic polymers can undergo melting, which is potentially useful in processes such as compression molding, injection molding, and thermoforming. In other words, a polymer that is originally a solid can flow upon application of heat. The process of

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the contents is prohibited.






FIGURE 17-7 Polymer topology and properties.

thermomelting and solidification can be repeated indefinitely with thermoplastic polymers. Examples include polystyrene, polyethylene, and poly (vinyl chloride). On the other hand, thermosetting polymers are cross-linked polymers, which are formed upon combined application of a cross-linker and heat or combined application of heat and reaction of internal functional groups. In some cross-linking reactions such as in curing rubbers, the reaction is assisted by simultaneous application of heat and pressure. Therefore, these polymers assume a different status than thermoplastic polymers as their flow behavior is temperature independent. Once a thermoset polymer is formed, it does not soften



FIGURE 17-8 (**A**) Structural isomerism; (**B**) sequence isomerism; and (**C**) stereoisomerism.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

upon heating and decomposes with further application of heat. Since there is no reversible melting and solidifying in thermoset polymers, this feature is very useful when a thermoresistant polymer is desirable. Processing of polymers is generally favored by increasing temperature. A more processable polymer is one that requires a lower temperature to move its chains. A cross-linked polymer loses its processability as chain movement is hindered with the addition of cross-linker. On the other hand, linear and branched polymers gain more freedom to move as temperature increases.

For a polymer in its solution state, solubility in a solvent is also an entropy-favored process. In other words, a linear or branched polymer generally dissolves in an appropriate solvent. Addition of cross-links to their structure will hinder chain movement and reduce their solubility in that solvent. This is why cross-linked polymers swell when they are placed in a compatible solvent.

## POLYMER PROPERTIES

### Crystalline and Amorphous Polymers

Polymers display different thermal, physical, and mechanical properties depending on their structure, molecular weight, linearity, intra- and intermolecular interactions. If the structure is linear, polymer chains can pack together in regular arrays. For example, polypropylene chains fit together in a way that intermolecular attractions stabilize the chains into a regular lattice or crystalline state. With increased temperature, the crystal cells (crystallites) start to melt and the whole polymer mass suddenly melts at a certain temperature. Above the melting temperature, polymer molecules are in continuous motion and the molecules can slip past one another.

In many cases, the structure of a polymer is so irregular that crystal formation is thermodynamically infeasible. Such polymers form glass instead of crystal domains. A glass is a solid material existing in a noncrystalline (i.e., amorphous)



## CROSS-LINKING

A ladder is composed of two long legs and multiple short pieces that are used to connect them. When a ladder is used, you do not want its legs to move or even worse, to separate from each other. A ladder with more connection points on the two legs is more secure and more stable than a ladder with less. One cannot climb on a ladder without a connector. In polymer terms, cross-linked polymers are long linear chains (ladder legs) that are cross-linked using a functional or an olefin cross-linker (ladder legs connector). Cross-linked polymers are also intended for applications where a certain amount of load is applied. Examples of this are tires (made of cross-linked rubbers) and hydrogels (made of cross-linked hydrophilic polymers) that are expected to function and to survive under the service load of mechanical and swelling pressure, respectively. When you drive your car, the last thing you want is to have your tire melt away.

state. Amorphous structure is formed due to either rapid cooling of a polymer melt in which crystallization is prevented by quenching or due to the lack of structural regularity in the polymer structure. Rotation around single bonds of the polymer chains becomes very difficult at low temperatures during rapid cooling; therefore, the polymer molecules forcedly adopt a disordered state and form an amorphous structure. Amorphous or glassy polymers do not generally display a sharp melting point; instead, they soften over a wide temperature range.[8]

> **Example 17-5 Crystalline and Amorphous**
> Polystyrene and poly (vinyl acetate) are amorphous with melting range of 35°C to 85°C and 70°C to 115°C, respectively. On the other hand, poly (butylene terephthalate) and poly (ethylene terephthalate) are very crystalline with sharp melting range of 220°C and 250°C to 260°C, respectively.

Polymer strength and stiffness increases with crystallinity as a result of increased intermolecular interactions. With an increase in crystallinity, the optical properties of a polymer are changed from transparent (amorphous) to opaque (semicrystalline). This is due to differences in the refractive indices of the amorphous and crystalline domains, which lead to different levels of light scattering. From a pharmaceutical perspective, good barrier properties are needed when polymers are used as a packaging material or as a coating. Crystallinity increases the barrier properties of the polymer. Small molecules like drugs or solvents usually cannot penetrate or diffuse through crystalline domains. Therefore, crystalline polymers display better barrier properties and durability in the presence of attacking molecules. Diffusion and solubility are two important terms that are related to the level of crystallinity in a polymer. On the other hand, a less crystalline or an amorphous polymer is preferred when the release of a drug or an active material is intended. Crystallinity in each polymer depends on its topology and isomerism (linear vs. branched; isotactic vs. atactic), polymer molecular weight, intermolecular forces, pendant groups (bulky vs. small groups), rate of cooling, and stretching mode (uniaxial vs. biaxial). Another unique property of a crystalline polymer or a polymer-containing crystalline domains is anisotropy. A crystal cell displays different properties along longitudinal and transverse directions. This causes the polymer to behave like an anisotropic material.

### Thermal Transitions

Thermal transitions in polymers can occur in different orders. In other words, the volume of a polymer can change with temperature as a first- or second-order transition. When a crystal melts, the polymer volume increases significantly as the solid turns to a liquid. The melting temperature ($T_m$) represents a first-order thermal transition in polymers. On the other hand, the volume of an amorphous polymer gradually changes over a wide temperature range or the so-called glass transition temperature. This behavior



FIGURE 17-9  Thermal transitions in polymers.

represents a second-order thermal transition in polymers. As shown in Figure 17-9, $T_m$ and $T_g$ of a given polymer can be detected by DSC as an endothermic peak and a baseline shift, respectively. These two thermal transitions reflect the structural movement of the crystalline and amorphous regions of a polymer chain.

## Glass Transition Temperature

$T_g$ is an expression of molecular motion, which is dependent on many factors. Therefore, the $T_g$ is not an absolute property of a material and is influenced by the factors affecting the movement of polymer chains. At temperatures well below the $T_g$, amorphous polymers are hard, stiff, and glassy although they may not necessarily be brittle. On the other hand, at temperatures well above the $T_g$, polymers are rubbery and might flow. The $T_g$ values for linear organic polymers range from about –100°C to above 300°C. Even though some organic polymers are expected to have $T_g$ values above 300°C, they decompose at temperatures below their transition temperatures. From a pharmaceutical standpoint, $T_g$ is an important factor for solid dosage forms. For example, a chewable dosage form needs to be soft and flexible at mouth temperature of about 37°C. This means the polymer used as a chewable matrix should be softened at this temperature. Pharmaceutically acceptable polymers with their $T_g$ values close to the service temperature of 37°C would be the best candidates. Nicotine gum (Nicorette) gum is used as an aid in smoking cessation. It works by providing low levels of nicotine, which lessens the physical signs of withdrawal symptoms. The nicotine is released into the mouth as the patient chews the gum. After placing a piece of the Nicorette gum into the mouth the patient should chew it slowly several times. The patient should stop chewing it once they notice a tingling sensation or a peppery taste in the mouth. At this point the nicotine is being released and the patient should "park" the gum in the buccal area (in other words, between the cheek and the gum) and leave it there until the taste or tingling sensation is almost gone. The patient can resume chewing a few more times and then stop once the taste comes back. The patient should repeat this for about 30 minutes or until the taste or tingling sensation does not return. The reason that the patient "parks" the gum is because the release of nicotine should be slow and constant chewing will release the nicotine too quickly resulting in nausea, hiccups, or stomach problems. The patient should also avoid drinking or eating at this time. You have most likely experienced how gum behaves differently when you drink cold water or hot tea. This is all reflected in glass–rubber transition of the chewable matrix.

As mentioned before, the $T_g$ of a polymer is dependent on many factors and the most important ones are discussed here. Segmental motion in polymers is facilitated by the empty space in between the polymer chain ends, also called the *free volume*. As the free volume increases, polymer segments gain more freedom to move, and this affects the temperature at which the movement occurs. For example, low- and high-density polyethylenes are different in terms of the size of the free volume inside their structures. At a given weight, a low-density polymer occupies more volume as compared with its high-density counterpart. This means the polymer chain in general, and the chain segments in particular can move with more ease resulting in a lower $T_g$ value.

### $T_g$ and the Length of the Polymer Chain

Long polymer chains provide smaller free volume than their shorter counterparts. Since more free volume corresponds to lower $T_g$ values, polymers containing short chains or having lower molecular weight possess lower $T_g$ values.

## KEY CONCEPT

### ANISOTROPY

Take a roll of toilet paper from your bathroom and try to tear it apart from two directions perpendicular to each other. What will you observe?

If you tear it along the roll direction (its length), it will easily tear apart, and the tear line will be smooth and even. On the other hand, tearing in the other direction would be very difficult and the tear line will appear as a random irregular corrugated line. Why is this?

Toilet paper is manufactured using a process that applies a force along the roll direction. Because of the applied force, the chains are aligned in the direction of the force. When you try to tear the tissue in this direction, there is no barrier to the force and the material does not resist. On the other hand, tearing the tissue requires cutting the chains in the perpendicular direction that implies resistance from the material. This is *anisotropy*, which means material properties are different in different directions. Pharmaceutical tablets are generally compressed in one direction, which might affect drug release or tablet properties throughout.




### $T_g$ and Polymer Chain Side Group

A side group may be bulky or polar. Because of its steric hindrance, higher temperature is needed to induce segmental motion in polymers containing bulky groups. For example, polystyrene and polypropylene are only different in terms of their side groups, phenyl versus methyl, respectively. The larger size of the phenyl group results in the much higher $T_g$ value of polystyrene, 100°C as opposed to –20°C for polypropylene. On the other hand, polar side groups provide stronger intermolecular interactions that significantly affect the segmental motion of the polymer chains. Poly (vinyl chloride) is like polyethylene except hydrogen is replaced by one chlorine atom. Since chlorine is more polar than hydrogen, the PVC polymer displays a much higher $T_g$ of 100°C compared to –120°C for polyethylene.

### $T_g$ and Polymer Chain Flexibility

Flexible polymer chains display higher entropy (desire to move) than rigid chains. Flexible and rigid chains behave like liquid and solid, respectively. Groups such as phenyl, amide, sulfone, and carbonyl either inside the backbone or as a side group hanging on the backbone affect the overall polymer flexibility. For example, poly (ethylene adipate) and poly (ethylene terephthalate) are structurally very similar except for the phenylene residue in phthalate versus the butylene residue in adipate. This results in almost a 100°C difference in $T_g$ values of the two polymers (–70°C vs. 69°C, respectively).

### $T_g$ and Polymer Chain Branching

Linear polymer chains possess smaller free volume as opposed to their branched counterparts. Therefore, higher $T_g$ values are expected for linear polymers. On the other hand, branches in branched polymers impose hindrance or restriction to segmental motion, for which higher $T_g$ values are expected. Therefore, branching has no obvious effect on the $T_g$ unless the whole structure of the polymer is known.

### $T$ and Polymer Chain Cross-Linking

Compared to cross-linked chains, linear chains have a higher entropy and the desire to move; hence, they display low $T_g$ values. Adding cross-links to linear polymer chains limits chain movement resulting in less entropy at a given temperature and hence a higher $T_g$ value. For very highly cross-linked polymers, $T_g$ values are expected to be very high to the extent that the polymer starts to decompose before it shows any segmental motion.

### $T_g$ and Processing Rate

To prepare polymer products, the polymer needs to be processed at different temperatures or pressures that can significantly affect the molecular motion in polymers. Therefore, the rate of processes such as heating, cooling, loading, and so on and so forth might be considered when evaluating the $T_g$

value of a given polymer. Kinetically speaking, if the rate of the process is high (fast cooling, fast loading), the polymer chains cannot move to the extent that they are expected to. They virtually behave like rigid chains with lower tendency to move, which results in reading high $T_g$ values. For instance, when a DSC is used to measure the $T_g$ of a polymer, different $T_g$ values may be observed if the same polymer is heated up at different heating rates. This implies that the heating rate must be very realistic and should be consistent with the conditions in which the polymer is expected to serve.

### $T_g$ and Plasticizers

Plasticizer molecules can increase the entropy and mobility of the polymer chains. This is translated to lower $T_g$ values for plasticized polymers compared with their nonplasticized counterparts.

## Plasticized Polymers

A plasticizer is added to a polymer formulation to enhance its flexibility and to help its processing. It facilitates relative movement of polymer chains against each other. The addition of a plasticizer to a polymer results in a reduction in the glass transition temperature of the mixture. Since plasticizers increase molecular motion, drug molecules can diffuse through the plasticized polymer matrix at a higher rate depending on the plasticizer concentration.

> **Example 17-6** **Plasticized Polymers**
> Fluoxetine (Prozac Weekly) (fluoxetine hydrochloride) capsules contain hydroxypropyl methylcellulose and hydroxypropyl cellulose acetate succinate plasticized with sodium lauryl sulfate and triethyl citrate. Omeprazole magnesium (Prilosec), a delayed-release oral suspension, contains hydroxypropyl cellulose, hydroxypropyl methylcellulose, and methacrylic acid copolymer plasticized with glyceryl monostearate, triethyl citrate, and polysorbate. Triacetin can be found in ranitidine HCl (Zantac) 150-tablet formulations, which contains hydroxypropyl methylcellulose as its polymer matrix. Dibutyl sebacate is found in methylphenidate HCl (Metadate) CD which contains polymers such as povidone, hydroxypropyl methylcellulose, and ethyl cellulose.

## Molecular Weight

Addition of a monomer to a growing macroradical during polymer synthesis occurs by a diffusion or a random walk process. Monomers may or may not be added equally to the growing macroradicals. As a result, a polymer batch may contain polymer chains with different lengths (molecular weights) and hence different molecular weight distributions. A very narrow molecular weight distribution is very much desired for a polymer that is intended to be mechanically strong. On the other hand, a polymeric adhesive may have wide distribution of molecular sizes. In general, a given polymer cannot be identified as a molecule with a specific molecular weight. Since chains are different, the molecular weight of all chains should be considered and

must be averaged to have a more realistic figure for molecular weight of a given polymer. There are different ways that molecular weights of a polymer can be expressed; by the number of the chains, by the weight of the chains (the chain size), or by viscosity. However, the two most common ways are number ($M_n$) and weight ($M_w$) average calculations. If all polymer chains are similar in size, then the number and weight average values will be equivalent. If chains are of different sizes, then weight average is distancing itself from the number average value. The term *polydispersity* (PD) indicates how far the weight average can distance itself from the number average. A PD value closer to 1 means the polymer system is close to monodispersed and all the polymer chains are almost similar in size. The farther the value from 1 indicates that the polymer system is polydisperse and chains are different in size. Figure 17-10 shows the concept.

Consider that you have received two different batches of a same polymer as shown in Table 17-2. The first batch contains 2 chains of 50,000 g/mol and 10 chains of 20,000 g/mol in size. The second batch contains 2 chains of 100,000 g/mol and 10 chains of 10,000 g/mol in size. Calculations show both batches have the same number averages of 25,000 g/mol. Should you, as a pharmaceutical scientist, claim that the two batches are similar, and you can use them interchangeably within your formulation? You continue with the calculation to find out the weight average values for the two batches. Surprisingly, two very different numbers, 30,000 and 70,000 g/mol, are found for the batch 1 and the batch 2, respectively. This shows that the two batches are beyond a doubt different. Another important piece of data that can help you with your decision is PD which is the ratio of weight to number averages. *Polydispersity* of 2.8 versus 1.2 indicates that the batch 2 contains very different chains. If both polymer batches are soluble in water, they will show different solubility behavior in the presence of water. The shorter chains are dissolved faster in water than longer chains. Drug release from these batches will certainly be different as they assume different PD values.



Monodispersed polymers (All polymer chains similar in size)    $M_w/M_n = 1$    Polydispersity = 1

Polydispersed polymers (All polymer chains dissimilar in size)    $M_w/M_n \gg 1$    Polydispersity $\gg 1$

**FIGURE 17-10** Molecular weight distribution in polymer systems.

Different techniques are used to calculate different averages. Since the number average relies on the number of polymer chains, technique to measure this should also rely on the number of species such as number of particles, and so on and so forth. It is well known that colligative properties such as osmotic pressure and freezing point depression are dependent on the number of particles in the solution. Colligative properties were introduced earlier in the book. These techniques are very appropriate for calculating the average $M_n$ of a given polymer. On the other hand, the weight average

---

### TABLE 17-2

#### Average Molecular Weights and Polydispersity

| Number of Chains | Batch 1 | Batch 2 |
|---|---|---|
| 2 | 50,000 g/mol | 100,000 g/mol |
| 10 | 20,000 g/mol | 10,000 g/mol |

| Batch 1 | | | Batch 2 | | |
|---|---|---|---|---|---|
| $M_n$ | $M_w$ | PD | $M_n$ | $M_w$ | PD |
| 25,000 g/mol | 30,000 g/mol | 1.2 | 25,000 g/mol | 70,000 g/mol | 2.8 |

$$\overline{M_n} = \frac{\sum M_i N_i}{N_i} = \frac{(M_1 N_1) + (M_2 N_2) + (M_3 N_3) + (M_4 N_4) + \cdots}{N_1 + N_2 + N_3 + N_4 + \cdots}$$

$$\overline{M_w} = \frac{\sum M_i^2 N_i}{\sum M_i N_i} = \frac{(M_1^2 N_1) + (M_2^2 N_2) + (M_3^2 N_3) + (M_4^2 N_4) + \cdots}{(M_1 N_1) + (M_2 N_2) + (M_3 N_3) + (M_4 N_4) + \cdots}$$

Copyright © 2024 Wolters Kluwer. Unauthorized reproduction of this content is prohibited.

## KEY CONCEPT

# NUMBER AND WEIGHT AVERAGES

A research institute plans to hire a good scientist who can publish many high-quality manuscripts per year. The institute receives two resumes in which both scientists have claimed 20 publications a year. The applicants were then asked to submit more details about the journals they had published in. Now, the institute knows the total number of publications and the type and the number of journals they have published in. Journals were then categorized based on their impact factor (IF) as very high, high, medium, and low. Suppose the total number of publications is divided by the number of journals. In that case, both scientists score the same, with an average of five publications per journal per year. The number will change if the impact factors of the journals are also considered in the calculation. So, the new calculation shows the average number of 1.6 as opposed to 3.4 for scientists 1 and 2, respectively. It looks like the institute has found a tool to discriminate between the achievements of the

two scientists. These new numbers show that scientist 2 is more capable in publishing high-quality manuscripts. A similar discussion is valid for different polymer chains (journals) with different molecular weights (impact factors). With a number average, all chains are considered similar, and the effect of their size is overlooked.

| Journal | IF | Scientist 1 | Scientist 2 | $N_1$ | $W_1$ | $N_2$ | $W_2$ |
|---|---|---|---|---|---|---|---|
| Very high IF | 20 | 2 | 8 | | | | |
| High IF | 10 | 4 | 6 | 5 | 1.6 | 5 | 3.4 |
| Medium IF | 4 | 6 | 4 | | | | |
| Low IF | 1 | 8 | 2 | | | | |
| Total | 35 | 20 | 20 | | | | |

relies on the size of the molecules. Techniques such as light scattering are also reliant on the size of the molecules. Large- and small-sized molecules scatter light in a very different way. Therefore, it is reasonable to use a light-scattering technique to calculate the average $M_w$ of a polymer.

### Mechanical Properties

Depending on their structure, molecular weight, and intermolecular forces, polymers resist differently when they are stressed. They can resist against stretching (tensile strength), compression (compressive strength), bending (flexural strength), sudden stress (impact strength), and dynamic loading (fatigue). With increasing molecular weight and hence the level of intermolecular forces, polymers display superior properties under an applied stress. As far as structure is concerned, a flexible polymer can perform better under stretching whereas a rigid polymer is better under compression. A polymer is loaded, and its deformation is monitored to measure its strength. Figure 17-11 shows the stress–strain behavior of different materials. For elastic materials such as metals and ceramics, the stress and strain (deformation) correlation is linear up to the failure point. In general, these materials show high stress and very low elongation (deformation, strain) at their breaking point. Polymeric materials such as fibers and highly cross-linked polymers display elastic behavior, in other words, a linear

stress–strain correlation up to their breaking point. With an increase in intermolecular forces within a fibrous product or cross-link density of a cross-linked polymer, the slope of the stress–strain line will become steeper. The sharper the slope, the higher the modulus. Modulus and stiffness are two terms that can be used interchangeably to demonstrate the strength of a polymer. Some polymeric materials do not display a sharp or abrupt breaking point. Instead, they yield at certain stresses and continue to deform under lower stresses before they finally break apart. Tough plastics show this typical behavior. Rubbers or elastomers on the other hand display completely different behavior, which depends on the level of cross-linking or curing. In general, under very small stresses, they deform to a large extent to more than 10 to 15 times their original lengths. You may recall a rubber band

Methacrylic acid        Ethyl acrylate

FIGURE 17-11 Mechanical properties of polymers.

## KEY CONCEPT

# MOLECULAR WEIGHT DISTRIBUTION

If you plan to hire individuals for a cheerleading team, you may impose rigorous requirements. For example, they should all be 6-ft tall with a body mass index of 20. In the same sense, a soccer team might need a goalkeeper and a defense and forward, for each of which you may have different requirements. For example, height is significant for the goalkeeper position. In contrast, speed and accuracy are the most critical requirements for the forward. In polymer terms, chain size distribution per se is not a bad or a good thing. Depending on the application, the polymer needs to have a sharp or wide size distribution. A polymer for an engineering application like those in aircraft or spacecraft may need a narrow size distribution. In contrast, you may use a polymer with a broader size distribution for a general-purpose application.

when you stretch it from both ends. Highly cross-linked rubbers show very low deformation at their breaking point. In fact, cross-linking is the process by which properties of a rubber can be enhanced to a very tough plastic or even a fiber. Regardless of the polymer type (fiber, tough plastic, or rubber), certain amounts of energy are needed to break the polymer apart (in other words, toughness) and the area under the stress–strain curve measures it. The larger the area is, the tougher the polymer.

### Viscoelastic Properties

Mechanical properties of a given polymer are generally measured at a fixed rate of loading, certain temperature, or relative humidity, and so on and so forth. Polymers are neither a pure elastic nor a pure fluid material. They can store energy (display elastic behavior) and to dissipate it (display viscous behavior). For this reason, most polymers are viscoelastic materials. For example, poly (vinyl chloride) has a glass transition temperature of about 100°C. This means, it behaves like a solid at temperatures below its $T_g$ and like a fluid at temperatures above its $T_g$. Since a typical PVC product is generally used at room temperature, its $T_g$ is supposed to be well above the temperature of the environment in which it is expected to serve. In other words, a PVC product behaves like a solid or glass at any temperature (including its service temperature) below its $T_g$. Now, assume that your PVC product is expected to serve under a certain load (thermal, mechanical, etc.) and at certain temperature below its $T_g$, but for various periods of time. Such a loaded polymer, which originally behaves as a solid, or elastic may change its behavior upon a long-term loading. Over time, the polymer intermolecular forces will essentially become weaker and hence, the polymer becomes softer. This can be seen in the glass windows used in the old churches as they show different thicknesses from top to bottom.

### KEY CONCEPT
## ENTANGLEMENT

Let us say that there are two laundry machines with a total capacity of each 20 lb. You separate your clothes into two small (shorts) and large (pants) groups, each weighing 20 lb. Once the laundry step is completed, the clothes are transferred into a dryer. An important observation is that more time will be spent separating the large clothes from each other, which is not the case with the small clothes. This happens because large clothes tend to tie into each other. Because of this, the washer should be loaded with a smaller number of large articles of clothing as it makes it easier to wash and dry them. In polymer terms, large molecular-weight polymers (large clothes) have a better affinity to tie into each other than their smaller molecular-weight counterparts (small clothes). This is called *entanglement*. This occurs after a specific molecular weight and affects the polymer properties in both the solution and solid states.

There are generally two methods to evaluate the viscoelasticity in polymers: the creep test and the stress relaxation test. With the former, the polymer is first loaded with a certain weight and its deformation is then monitored over the time. With the latter, the polymer is first deformed to a certain extent, and then its stress relaxation (internal stress) is monitored with the time.

### Molecular Weight and Polymer Properties

Mechanical properties of a given polymer generally increase with an increase in molecular weight. Polymer melts and polymer solutions are handled with more difficulty as their molecular weight increases. This is due to a phenomenon called entanglement, which affects the flow of the polymer chains. As molecular weight increases, polymer chains are more likely to become entangled at certain molecular weights. This results in poor polymer flow either in the solid state (as a melt) or the solution state (as a solution). There is a working range of molecular weights for many applications that a given polymer in a solid or solution state can successfully be processed.

## VARIETY OF POLYMERS

Depending on their applications, polymers may be classified as rubbers, plastics, fibers, adhesives, and coatings. Each application requires a polymer to possess certain properties.

### Rubbers

Rubbers are mostly used in tire manufacturing. A tire is a dynamic service environment that experiences friction with the ground surface; must carry a heavy load of car weight and its passengers; and is exposed to ultraviolet radiation, ozone, oxygen (inside and outside of the tire), weathering conditions (wind, rain), and fatigue (dynamic loading and unloading). From a processing perspective, a tire is a composite of a few rubbers, metal, fiber, particulate fillers, and more. This requires rubber components of a tire to have excellent cohesive (strength) and adhesive (adhesion) properties. Rubbers have unique elongation properties, they can be stretched without failure, and they can be loaded with static and dynamic loads under very severe conditions. Just imagine for a moment, landing of a fully loaded cargo plane or a commercial aircraft. Different rubbers offer different properties. Those with double bonds (e.g., isoprene, butadiene) offer resiliency but are very susceptible to oxidation and ozonation. Those without double bonds (e.g., ethylene–propylene rubber) are very durable against weathering conditions. Some are very resistant to oil (e.g., chloroprene and nitrile) and some have excellent impermeability (e.g., isobutylene–isoprene rubber). Tube-in tires are still used in which the tube part is basically made of an air-impermeable rubber called butyl. Silicone is a very inert rubber with almost no affinity to any material. Therefore, silicone rubber is an excellent candidate for very durable parts such

**494**    MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES

as implants in biomedical applications. Rubbers in general are not very strong in their raw form but they have a potential to be cross-linked and cured. None of the rubbers used in tires can serve this application without undergoing a curing process. Rubber is loaded with certain chemicals (curing agents) and is cured or cross-linked at high pressure and temperature. The glass transition temperatures of the rubbery polymers (elastomers) are below the room temperature.

## Plastics

Plastics on the other hand possess completely different properties. Their glass transition temperature is generally above the room temperature as opposed to elastomers as shown in Figure 17-12. Plastic parts are manufactured by techniques such as injection molding, extrusion, and thermoforming that require the plastic to be in its molten state. Plastics that are used in general applications such as packaging are generally cheap and are structurally weak. Polymers such as polyethylene, polypropylene, and polystyrene have only carbon in their backbone. The other groups of plastics which are used in engineering applications are required to be impact resistant, weather resistant, solvent resistant, and so on and so forth. These are generally heterogeneous plastics, which have elements other than carbon such as N, Si, and O in their backbone. Polyesters, polyamides, and polyacetals are engineering plastics with very high intermolecular forces and hence high melting point.

## Fibers

Polymers for fibrous products are required to have a crystalline structure with a very sharp melting point. For this application, polymers need to be meltable and spinnable. Polypropylene fibers are used for plastic baskets, they are weak, and do not possess any specific properties. On the other hand, Kevlar fibers are used for bulletproof jackets. This application requires the fiber to have very strong intermolecular forces. In manufacturing fibers, both general and engineering plastics are used. Examples of fiber-forming materials are cellulose acetate, rayon, polypropylene, nylon, polyester, polyamide, and polyacrylonitrile.

## Adhesives and Coatings

The required properties of polymers for adhesive and coating applications are tackiness and adhesiveness. This means that adhesive forces (interaction with a second material) should be in balance with cohesive forces (interaction with itself). Both forces increase with the molecular weight of the polymer as molecular interactions increase between the same or different molecules due to increased surface area. Structurally speaking, the cohesive forces within a polymer can be modulated by changing its molecular weight, crystallinity, or addition of a second material such as plasticizers or oils. The adhesive intended for a nonpolar adherent should be nonpolar as well. On the other hand, very polar adhesive materials such as epoxy and cyanoacrylate are suggested for very polar adherents including metals. The rule of thumb "like dissolves like" is simply applied to polymers for adhesive and coating applications. Like plastics, adhesives can be categorized as general and engineering (structural). The difference is the level of intermolecular forces within the adhesive structure. Structural adhesives are generally used for engineering application such as in air and aerospace industries where high quality, durability, and strength are the basic requirements. To ensure that these requirements are met, the adhesive undergoes special treatment such as curing. Cyanoacrylate-based adhesives or silicone adhesives are generally cured by absorbing moisture from the air. Epoxy adhesives are generally supplied as two components and cured in the presence of a third component (primary, secondary, and tertiary amines). Polyester adhesives are cured using peroxides and catalyzed by amines. The curing process increases the cohesive forces at the expense of adhesive forces. Since an adhesive should possess a balance of cohesive and adhesive properties, the curing process should also be optimized.

Coating and adhesive applications rely on similar concepts. A successful adhesive or coating process requires that the matrix onto which the adhesive is applied to be fully covered by the polymer material, which is generally applied in an emulsion form. Coatings are used for protection purposes. A successful adhesive application requires careful understanding of the properties of the adhesive and adherents since an adhesive is generally trapped in between two or more materials. For coating applications, the coating polymer is generally exposed to a second environment such as air, oxygen, water, stomach fluid, intestinal fluid, solvents, and so on and so forth. This requires a thorough understanding of the coated matrix, coating material, as well as the service environment in which the material is expected to serve. Examples of coating materials are poly (vinyl acetate), acrylate esters, ethyl cellulose, and so on and so forth.



FIGURE 17-12  Plastics and elastomers.



FIGURE 17-13 Polymers as rheology modifier.

## POLYMERS AS RHEOLOGY MODIFIERS

Polymer chains are in a coiled conformation at rest, and they assume extended conformation once they are loaded. In applications where increased viscosity of the solution is desirable, the goal is to increase the chain end-to-end distance under a given load. In dissolution of a polymer and polymer swelling, the load originates from the interaction of a polymer and a solvent as well as concentration gradient of ions inside the polymer structure and the solution. Apparently longer end-to-end distances are potentially obtained if the polymer chains are longer and have more interaction with the solvent. In case of water as a solvent, the more hydrophilic polymer will be better. On the other hand, a more lipophilic polymer would be more desirable when the dissolution or swelling medium is organic. Figure 17-13 shows how different polymer chains and solutions display different rheologic behavior, which is characterized by the volume occupied by the polymer chains. Because of their hydrophilicity and high molecular weight, gums are the candidate of choice for increasing the viscosity of the aqueous solutions or dispersions.

### KEY CONCEPT

### POLYMER STRUCTURE AND SOLUTION VISCOSITY

Your cotton-based clothes get wetter on a rainy day as compared to plastics. So, if you go for a daylong trip on a rainy day, you might want to wear a poncho which is 100% plastic to repel the water. In polymer terms, polymers with water-loving functional groups make more and closer contacts with water, which causes molecules of water to move slower, which means they generate more viscosity.

## HYDROGELS

The concept of an end-to-end distance is also applied in swellable polymers. As mentioned earlier, the driving force for the dissolution and swelling processes are similar. Certain materials, when placed in excess water, can swell rapidly, and retain large volumes of water in their structures. Such aqueous gel networks are called hydrogels. These are usually made of a hydrophilic polymer that is cross-linked either by chemical bonds or by other cohesion forces such as ionic interaction, hydrogen bonding, or hydrophobic interactions. Hydrogels behave like an elastic solid in a sense that they can return to their original conformation even after a long-term loading.

A hydrogel swells for the same reason as its linear polymer dissolves in water to form a polymer solution or hydrosol. From a general physicochemical standpoint, a hydrosol is simply an aqueous solution of a polymer. Many polymers can undergo reversible transformation between hydrogel and hydrosol. When a hydrogel is made by introducing gas (air, nitrogen, or carbon dioxide) during its formation, it is called a porous hydrogel.

A hydrogel swells in water or in any aqueous medium because of positive forces (polymer–solvent interaction, osmotic, electrostatic) and negative forces (elastic) acting upon the polymer chains as shown in Figure 17-14. Dissolution of a polymer in a solvent is an entropy-driven process that happens spontaneously. A dry hydrogel is in its solid state and has the tendency to obtain more freedom as it goes into solution. If a polymer structure is nonionic, the major driving force of swelling will be polymer–solvent interactions. As the ion content of a hydrogel increases, two very strong osmotic and electrostatic forces are generated within the hydrogel structure. The presence of ions inside the gel and the absence of the same ions in the solvent trigger a diffusion process (osmosis) by which water enters the polymer structure until the concentration of the ion inside the gel and the solvent becomes

Copyright © 2024 Wolters Kluwer. Unauthorized reproduction of this content is prohibited.



FIGURE 17-14 Swelling forces in hydrogels.

equivalent. In fact, the polymer diffuses into water to balance its ion content with the surrounding solution. Polymer chains carrying ions are charged either negatively (anionic) or positively (cationic). In either case, similar charges on the polymer backbone will repel each other upon ionization in an aqueous medium. This creates more spaces inside the hydrogel and more water can be absorbed into its structure. Since swelling in many applications is a desirable property (e.g., in superabsorbent baby diapers or superdisintegrants in pharmaceutical solid dosage forms), the infinite dilution of the polymer needs to be restricted. Linking polymer chains to each other can do this, generating elastic forces and causing less entropy.

**Example 17-7 Superdisintegrants**
In pharmaceutical solid dosage forms, a superdisintegrant is generally used to help the dosage form properly disintegrate. The concept behind this is the osmotic pressure that is generated by either the hydrophilic (as in vinyl pyrrolidone) or ionic (as in CMC) nature of the structure. Sodium starch glycolate (Explotab, Primojel, Vivastar P), cross-linked poly (vinyl pyrrolidone) (Crospovidone), and cross-linked sodium salt of CMC (Ac-Di-Sol, Croscarmellose) are widely used as tablet and capsule disintegrants.

**Example 17-8 Osmotic Tablet and Pump**
Alza's Oros and Duros technologies are based on an osmosis concept. Oros provides 24-hour controlled drug release that is independent of many factors such as diet status. Tablets using Oros technology as shown in Figure 17-15 are made of two sections coated with a semipermeable material. The upper section contains drug, and the lower section contains the osmotic agent either a salt or a water-soluble/swellable polymer. The membrane allows water or the aqueous medium to enter the osmotic agent compartment. In the presence of water, osmotic pressure pushes the bottom compartment upward which in turn forces the drug through a laser-drilled orifice on top of the tablet. Since 1983, this technology has been used in several prescription and over-the-counter products marketed in the United States, including nifedipine (Procardia XL), glipizide (Glucotrol XL), methylphenidate, oxybutynin, and pseudoephedrine (Sudafed 24 Hour). Duros technology is utilized in implants that deliver drugs over a very long period. Leuprolide implant (Viadur) osmotic implant is based on Alza's Duros pump technology which delivers leuprolide acetate over a year-long period.

Depending on the nature of cross-linking, a hydrogel is classified as chemical or physical.



Laser drilled orifice

Drug molecules

Osmotic pressure pushes the lower part upwards

Osmotic agent ex: salt, swellable polymer

Coated with semi permeable membrane

FIGURE 17-15  An osmotic tablet based on Oros technology.

## Chemical Gels

Chemical gels are those that are covalently cross-linked. Therefore, chemical gels will not dissolve in water or other organic solvent unless the covalent cross-links are broken apart. At least two different approaches can be used to form chemical gels, either by adding an unsaturated olefinic monomer carrying more than one double bond (e.g., *N,N′*-methylene bisacrylamide, ethylene glycol dimethacrylate) or by reacting the functional groups on the polymer backbone. The first approach is used to make water-swellable gels or hydrogels. In general, cross-linking through double bonds is energetically favored as less energy is required to break a double bond than to react the functional groups. Cross-linked polymers of acrylic acid, sodium acrylate, and acrylamide have found extensive application in hygiene and agricultural industries as water absorbent polymers. These can absorb urine in diapers or can retain water in soil.

As far as the swelling is concerned, temperature has often a positive effect on the swelling process. Most chemical gels especially those made of hydrophilic chains can swell more in warmer solutions. These gels are the so-called thermoswelling chemical gels. On the other hand, thermoshrinking chemical gels are made of relatively hydrophobic monomers that shrink upon increases in temperature. Thermoshrinking hydrogels undergo thermally reversible swelling and deswelling. The temperature at which this sharp transition occurs corresponds to a lower critical solution temperature of the non–cross-linked polymer.

## Physical Gels

Hydrogen bonding, hydrophobic interaction, and complexation are three major tools in preparing a physical gel. A hydrogen bond is formed when two electronegative atoms, such as nitrogen and oxygen interact with the same hydrogen, N–H…O. The hydrogen is covalently attached to one atom, the donor, but interacts electrostatically with the other, the acceptor. This type of interaction occurs extensively in poly (vinyl alcohol), for example. Although its structure suggests easy dissolution in water, a poly (vinyl alcohol) at molecular weight more than 100,000 g/mol is water insoluble. To dissolve the polymer, the hydrogen bonds need to be broken and that requires the solution to be heated up to 80°C to 90°C.

Hydrophobic interactions are the major driving force for the folding of thermoresponsive hydrogels and globular proteins. The existence of hydrophobic groups will change the hydrophilic lipophilic balance (HLB) of the polymer that in turn affects its solubility in water. The more hydrophobic groups within the hydrogel structure, the more temperature dependent the swelling will be. As the number of hydrophobic group increases, the solubility–insolubility transition or swelling–deswelling transition shifts to a lower temperature. Polymers, such as methylcellulose, hydroxypropyl methylcellulose, or certain PEO/PPO/PEO triblock copolymers, dissolve only in cold water and form a viscous solution. Once the solution temperature increases up to a certain point, these solutions become thicker by forming a gel.

Complexation may happen between two oppositely charged groups of different polymer structures or via metal ions. In water, alginic acid with negatively charged groups and chitosan with positively charged groups can form a complex. The solubility of the complex is generally dependent on the pH of the dissolution medium and the $pK_a$ of the polymers. On the other hand, alginic acid carrying negatively charged carboxyl groups can form insoluble complexes with divalent and trivalent ions such as calcium, aluminum, and iron. These complexes are also reversible and pH dependent. Hydrogels either chemical or physical are also known as smart, intelligent, or responsive as they react to the environmental changes such as pH, temperature, salt concentration, salt type, solvent composition, or pressure. The unique properties of responsive hydrogels are ideal for making sensors and modulated drug delivery systems.

## POLYMERS FOR PHARMACEUTICAL APPLICATIONS

In a traditional pharmaceutics area, such as tablet manufacturing, polymers are used as tablet binders to bind the excipients of the tablet. Modern or advanced pharmaceutical dosage forms utilize polymers for drug protection, taste masking, controlled release of a given drug, targeted delivery, increase drug bioavailability, and so on and so forth.



Apart from solid dosage forms, polymers have found application in liquid dosage forms as rheology modifiers. They are used to control the viscosity of an aqueous solution or to stabilize suspensions or even for the granulation step in preparation of solid dosage forms. Major application of polymers in current pharmaceutical field is for controlled drug release, which will be discussed in detail in the following sections. In the biomedical area, polymers are generally used as implants and are expected to perform long-term service. This requires that the polymers have unique properties that are not offered by polymers intended for general applications. Table 17-3 provides a list of polymers with their applications in pharmaceutical and biomedical industries.

In general, the desirable polymer properties in pharmaceutical applications are film forming (coating), thickening (rheology modifier), gelling (controlled release), adhesion (binding), pH-dependent solubility (controlled release), solubility in organic solvents (taste masking), and barrier properties (protection and packaging).

From the solubility standpoint, pharmaceutical polymers can be classified as water soluble and water insoluble (oil soluble or organic soluble). The cellulose ethers with methyl and hydroxypropyl substitutions are water soluble, whereas ethyl cellulose and a group of cellulose esters such as cellulose acetate butyrate or phthalate are organic soluble. Hydrocolloid gums are also used when solubility in water is desirable. The synthetic water-soluble polymers have also found extensive applications in pharmaceutical industries, among them polyethylene glycol, polyethylene glycol vinyl alcohol polymers, polyethylene oxide, polyvinyl pyrrolidone, and polyacrylate or polymethacrylate esters containing anionic and cationic functionalities are well established.

## Cellulose-Based Polymers

Although cellulose itself is insoluble in water, its water-soluble derivatives have found extensive applications in pharmaceutical dosage forms. Methyl cellulose, CMC, and hydroxypropyl methylcellulose are the most common cellulose-based polymers with methyl, carboxymethyl, and hydroxypropyl/methyl substitution, respectively. Table 17-3 shows how functional group substitution results in different cellulose-based polymers with different properties.

Methocel polymers including pure methylcellulose and hydroxypropyl-substituted methylcellulose display thermogelling property in water. As the temperature of the solution increases, the hydrophobic groups of these polymers start to aggregate, as a result the polymer solution will assume a cloudy appearance. The cloud point temperature for the pure methyl cellulose (with no hydroxypropyl substitution) is about 50°C. As more methyl groups are substituted with hydroxypropyl groups, which have better solubility in water, the cloud point temperature shifts to higher temperature (60°C to 85°C for the Methocel E, F, and K). Cloud point temperature is critically dependent on the methyl substitution. On the other hand, aqueous viscosity of the Methocel

polymers is more dependent on the polymer molecular weight than its methyl/hydroxypropyl content.

## Hydrocolloids

Various hydrocolloids or polysaccharide gums are originated from a variety of sources as summarized in Table 17-4.

Most gums are hydrophilic and contain very long polymeric chains as well as different functional groups. These features are very attractive in many pharmaceutical processes such as coating, stabilization, thickening, binding, solubilization, and disintegration. Gums behave differently in water and aqueous solutions. Almost all display thickening property, whereas some show gelling property. Although thickening is a desirable property for solution, suspension, and emulsion dosage forms, the property of gelling is utilized in drug encapsulation for controlled delivery applications. Gums such as guar gum can provide excellent thickening property, whereas gums including alginate and chitosan can offer a gelling property in the presence of ions. Like synthetic polymers, gums can be blended to provide superior properties through synergy, which cannot be achieved by individual gum alone. On the negative side, gums are obtained from natural sources with different assay and qualities. Therefore, as opposed to synthetic polymers, the batch-to-batch consistency and quality is a major challenge for pharmaceutical suppliers. Besides, gums are a good platform for bacteria growth, which limits their shelf life and requires sterilization.

Polysaccharides and their derivatives can be used as a rate controller in sustained-release formulations due to their gelling property.[9] Gums can easily be derivatized to change their solution properties. For instance, chitosan is only soluble in acidic water, but its carboxymethyl derivative is soluble at a wider pH range. Gums offer a wide range of molecular weights that also affect their dissolution properties. They are biodegradable and their chemical composition varies greatly.[10] The physicochemical properties of polysaccharide solutions and gels have recently been reviewed for pharmaceutical and food applications.[11] Polysaccharides are claimed to effectively treat local colon disorders if they are used in colon-targeting delivery systems, which utilize the colonic microflora.[12] Inulin, amylase, guar gum, and pectin are specifically degraded by the colonic microflora and used as polymer drug conjugates and coating. It has been shown that drug release in the colon can be maximized if the hydrophobicity of the gums is modified chemically or physically using other conventional hydrophobic polymers.[13] In cancer therapy, polysaccharides are used as immune modulators. A few fungal polysaccharides, either alone or in combination with chemotherapy and/or radiotherapy, have been used clinically in the treatment of various cancers.[9] It was suggested that iron stabilized into a polysaccharide structure can be used to treat anemia. The product can also be used in resonance imaging as well as in separation of cells and proteins utilizing magnetic fields due to its magnetic properties.[14]



Copyright © 2023 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

**TABLE 17-3**

## Polymers in Pharmaceutical and Biomedical Applications

| Polymers | Characteristics | Applications |
|---|---|---|
| **Water-Soluble Synthetic Polymers** | | |
| **Poly(acrylic acid)** | It is miscible in alcohol, water, ethers, and chloroforms. Act as mucoadhesive polymer | Cosmetic, pharmaceuticals, immobilization of cationic drugs, base for Carbopol polymers |
| **Poly(ethylene oxide)** | It is a semicrystalline polymers having higher molecular weight | Coagulant, flocculent, very high molecular weight up to a few millions, swelling agent |
| **Poly(ethylene glycol)** | It is soluble in water and organic solvents such as benzene, chloroform | $M_w$ <10,000; liquid ($M_w$ <1000) and wax ($M_w$ >1000), plasticizer, base for suppositories |
| **Poly(vinyl pyrrolidone)** | It has good affinity to various polymers and resins. It has good film formation property. | Used to make betadine (iodine complex of PVP) with less toxicity than iodine, plasma replacement, tablet granulation |
| **Poly(vinyl alcohol)** | It has excellent film forming, emulsifying, and adhesive properties | Water-soluble packaging, tablet binder, tablet coating |
| **Polyacrylamide** | It is nontoxic and has good adhesion properties to many solid surfaces and dissolved substances. | Gel electrophoresis to separate proteins based on their molecular weights, coagulant, absorbent |
| **Poly (isopropyl acrylamide) and poly(cyclopropyl methacrylamide)** | It is thermo sensitive hydrogels and can absorb water and get dissolve in solution. | Thermogelling acrylamide derivatives, its balance of hydrogen bonding, and hydrophobic association changes with temperature |
| **Cellulose-Based Polymers** | | |
| **Ethyl cellulose** | Water insoluble; aqueous coating system for sustained-release applications; impermeable barrier; plasticized EC composed of dibutyl sebacate and oleic acid; Ethocel is commercially available from Dow; ethyl cellulose latex, Aquacoat, is also available from FMC Corp | Insoluble but dispersible in water, aqueous coating system for sustained-release applications |
| **Carboxymethyl cellulose** | Water soluble; variable degree of substitution; cross-linked CMC is water swellable and known as croscarmellose sodium in National Formulary (NF); FMC Corp. supplies cross-linked CMC (Ac-Di-Sol; accelerated dissolution) as tablet superdisintegrant | Superdisintegrant, emulsion stabilizer |
| **Hydroxyethyl cellulose** | Soluble in water and in alcohol | Tablet coating |
| **Hydroxypropyl cellulose** | Water soluble at low temperature | Film coating application |
| **Hydroxypropyl methyl cellulose** | Soluble in water <60°C and in organic solvents; Dow Chemical supplies<br><br>HPMC as Methocel (such as E, F, K) for tablet coating; HPMC coating replaced sugar coating with the advantage of much shorter coating time; possesses thermogelling property | Binder for tablet matrix and tablet coating, gelatin alternative as capsule material, also used as capsule material to substitute animal-based gelatin |

*(continued)*

Copyright © 2024 Wolters Kluwer, Unauthorized reproduction of this content is prohibited.



500    MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES

### TABLE 17-3
### Polymers in Pharmaceutical and Biomedical Applications (*Continued*)

| Polymers | Characteristics | Applications |
|---|---|---|
| Cellulose acetate phthalate  | It is hygroscopic in nature. No evidence of toxicity and might have a slight odour of acetic acid. | Enteric coating |
| **Water-Insoluble Biodegradable Polymers** | | |
| (Lactide-co-glycolide) polymers (PLGA)  | Poly(lactide-co-glycolide) has reduced stiffness compared to pure polyglycolide and offers faster degradation time than the lactide or glycolide homopolymers. | Microparticle–nanoparticle for drug delivery |
| **Starch-Based Polymers** | | |
| Starch  | Starch is a polymeric carbohydrate that is insoluble in cold water, alcohols, or other solvents. | Glidant, a diluent in tablets and capsules, a disintegrant in tablets and capsules, a tablet binder |
| Sodium starch glycolate | Sodium starch glycolate absorbs water rapidly, resulting in swelling which leads to rapid disintegration of tablets and granules. | Superdisintegrant for tablets and capsules in oral delivery. It is also used as a suspending agent and a gelling agent. |
| **Plastics and Rubbers** | | |
| Polyurethane  | They have strong bonding properties and have wide resiliency range. | Transdermal patch backing (soft, comfortable, moderate moisture transmission), blood pump, artificial heart, and vascular grafts, foam in biomedical and industrial products |
| Silicones | They are known for their outstanding temperature and oxidative stability, excellent low temperature flexibility, and high resistance to weathering and many chemicals. | Pacifier, therapeutic devices, implants, medical grade adhesive for transdermal delivery. |
| Polycarbonate  | Polycarbonate is a durable material. It is strong and will hold up longer to extreme temperatures. | Case for biomedical and pharmaceutical products |
| Polychloroprene  | It is a high performance multipurpose elastomer product. | Septum for injection, plungers for syringes, and valve components |
| Polyisobutylene  | It has moisture permeability, low toxicity, and is colorless. It has good shear stability and high thickening efficiency. | Pressure sensitive adhesives for transdermal delivery |
| Polycyanoacrylate  | They are used as strong-acid fast adhesives. They have some amount of toxicity. | Biodegradable tissue adhesives in surgery, a drug carrier in nano- and microparticles |

Copyright © 2024 Wolters Kluwer Inc. Unauthorized reproduction of this content is prohibited.

TABLE 17-3

## Polymers in Pharmaceutical and Biomedical Applications (*Continued*)

| Polymers | Characteristics | Applications |
|---|---|---|
| Poly (vinyl acetate) $OCOCH_3$ | PVAC resins produce clear, hard films that have good weather resistance and withstand water, grease, oil, and petroleum fuels. They have high initial tack, almost invisible bond line, softening at 30–45°C, good biodegradation resistance, poor resistance to creep under load, and low cost. | Binder for chewing gum |
| Polystyrene (PS) | Polystyrene is a transparent, rigid, brittle yet moderately strong polymer. It has good electrical properties but relatively low heat resistance. PS is soluble in chlorinated and aromatic solvents but insoluble in alcohols. | Petri dishes and containers for cell culture, cuvettes for size measurements |
| Polypropylene | It has good chemical resistance, good fatigue resistance, integral hinge property. | Tight packaging, heat shrinkable films, containers, sutures |
| Poly (vinyl chloride) (PVC) Cl | PVC is a dense polymer compared to most plastics. It ranks well for hardness and durability. | Blood bag, hoses, and tubing |
| Polyethylene | Polyethylene is of low strength, hardness and rigidity, but has a high ductility and impact strength as well as low friction. | Transdermal patch backing for drug in adhesive design, wrap, packaging, containers |
| Poly (methyl methacrylate) $O$ $OCH_3$ | PMMA polymer exhibits glass-like qualities—clarity, brilliance, transparency, translucence—at half the weight with up to 10 times the impact resistance. It is more robust and has less risk of damage. | Hard contact lenses |
| Poly (hydroxyethyl methacrylate) $O$ $O$ OH | Poly(hydroxyethyl) methacrylate (PHEMA) is a stable, optically transparent hydrophilic polymer that is one of the most widely applied hydrogel biomaterials. It exhibits excellent cytocompatibility. | Soft contact lenses |
| Acrylic acid and butyl acrylate copolymer COOH $COO(CH_2)_3CH_3$ | The polymers exhibit a characteristic water solubility which is pH-dependent. | High $Tg$ pressure–sensitive adhesive for transdermal patches |
| 2-Ethylhexyl acrylate and butyl acrylate copolymer | 2-Ethylhexyl acrylate polymerizes easily. The chemical, physical, and toxicologic properties, however, can be greatly modified by additives or stabilizers. | Low $Tg$ pressure–sensitive adhesive for transdermal patches |

(*continued*)

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

**T A B L E  17-3**

## Polymers in Pharmaceutical and Biomedical Applications (*Continued*)

| Polymers | Characteristics | Applications |
|---|---|---|
| **Vinyl acetate and methyl acrylate Copolymer**  | It has excellent availability. Higher polarity, which increases adhesion to more polar surfaces. | High cohesive strength pressure–sensitive adhesive for transdermal patches |
| **Ethylene vinyl acetate and polyethylene terephthalate**  | The material has good clarity and gloss, low-temperature toughness stress-crack resistance, hot-melt adhesive waterproof properties, and resistance to UV radiation. | Transdermal patch backing (heat sealable, occlusive, translucent) |
| **Polyethylene and polyethylene terephthalate**  | Polyethylene terephthalate polyester (PETP) is a hard, stiff, strong, dimensionally stable material that absorbs very little water. It has good gas barrier properties and good chemical resistance except to alkalis | Transdermal patch backing (when ethylene vinyl acetate copolymer is incompatible with the drug) |
| **Hydrocolloids** | | |
| **Alginic acid**  | Alginic acid can absorb 200–300 times its weight in water and solutes at low pH yielding a high viscosity, high pH gel. It is biocompatible and less toxic. | Oral and topical pharmaceutical products; thickening and suspending agent in a variety of pastes, creams, and gels, as well as a stabilizing agent for oil-in-water emulsions; binder and disintegrant |
| **Carrageenan** | Carrageenan is a safe natural product. **Carrageenans**, as linear, water-soluble, polymers, typically form highly viscous aqueous solutions. This is due to their unbranched, linear macromolecular structure, and polyelectrolytic nature. | Modified release, viscosifier |
| **Chitosan** | Chitosan is biodegradable, lacks toxicity. It shows antifungal effects and also stimulates immune system. | Cosmetics and controlled drug delivery applications, mucoadhesive dosage forms, rapid release dosage forms |
| **Hyaluronic acid** | Biocompatible and biodegradable polymer naturally found within extracellular matrix of human tissues. | Reduction of scar tissue, cosmetics |
| **Pectinic acid** | Water-insoluble, transparent gelatinous acid existing in over-ripe fruit and some vegetables. | Drug delivery |

| Cellulose-Based Polymers | R Group | Applications |
|---|---|---|
| **Cellulose**  | Water insoluble due to excessive hydrogen bonding | An adsorbent, a suspending agent, a capsule diluent. Powdered cellulose is also used as a thickening agent. |

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

### TABLE 17-3

## Polymers in Pharmaceutical and Biomedical Applications (*Continued*)

| Cellulose-Based Polymers | R Group | Applications |
|---|---|---|
| Methyl cellulose (MC) | Soluble in cold water only; commercially available as Methocel A; swells and disperses slowly in cold water to form a colloidal dispersion; practically insoluble in ethanol, saturated salt solutions, and hot water; soluble in glacial acetic acid. | Displays thermogelling property |
| Ethyl cellulose (EC) | Water-insoluble, plasticized EC composed of dibutyl sebacate and oleic acid | Commercially available as Ethocel, its aqueous dispersion is used for sustained-release and enteric-coating applications for sustained-release applications (Aquacoat); moisture barrier and taste-masking applications for tablet and multiparticulate dosage forms |
| Carboxymethyl cellulose (CMC) | Water soluble; also known as *cellulose gum*, is manufactured by the chemical synthesis of naturally derived cellulose with chloroacetic acid; cross-linked CMC is water swellable and known as croscarmellose sodium | Emulsion stabilizer of injections; adhesion and film-forming agents of tablets |
| Hydroxyethyl cellulose (HEC) | H and $CH_2CH_2OH$ | Soluble in water and in alcohol |
| Hydroxypropyl cellulose (HPC) | H and $CH_2CHOHCH_3$ | Water soluble at low temperature; film coating application |
| Hydroxypropyl methyl cellulose (HPMC) | H and $CH_3$ and $CH_2CHOHCH_3$ | Soluble in water below 60°C and in organic solvents; Dow Chemical supplies HPMC as Methocel (such as E, F, K) for tablet coating; HPMC coating replaced sugar coating with the advantage of much shorter coating time; possess thermogelling property; is also used as capsule material to substitute animal-based gelatin |

Alginic acid is a linear polysaccharide that mainly consists of two building blocks of mannuronic (M) and guluronic (G) acid residues. Alginic acid and its salts are anionic polymers that can offer gelling properties. Since they contain a carboxyl group, they can easily undergo a complexation reaction in the presence of ions. Depending on its source, the mannuronic and guluronic contents of the alginate product can be different. Between the two building blocks, the G blocks are responsible for the gelling property; as such, a product rich in G block offers stronger gel in the presence of ions, in particular, calcium. Excipient suppliers provide different grades of alginate with broad range of G/M ratios. Apparently, the mechanical property of the alginate gel is determined by the G/M contents of the product, the type of ion (monovalent, divalent, trivalent), the concentration of ion in the solution, as well as the duration of the gelling

### TABLE 17-4

## Hydrocolloids From Different Sources

| Plant Exudates | Seed Gum | Seaweed Extract | Microbial | Plant Extract | Animal-Based |
|---|---|---|---|---|---|
| Gum arabic | Guar | Agar | Xanthan | Pectin | Chitosan |
| Karaya | Locust bean | Carrageenan | Gellan | Konjac | Gelatin |
| Tragacanth | Psyllium | Alginate | Curdlan | | |
| Ghatti | | | | | |

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the content is prohibited.

process. For encapsulation purposes, all these factors must be considered in designing a tailor-made delivery system. Alginic acid and its derivatives have found applications as a stabilizing agent, binding agent, drug carrier, and so on and so forth. The antibiotic griseofulvin, which is supplied as oral suspension, contains sodium alginate stabilized with methylparaben. Alginic acid and ammonium calcium alginate can be found in metaxalone tablets. Alginate microbeads can be used to entrap drugs, macromolecules, and biologic cells. For this application, parameters such as calcium salt, other hardening agents, and different drying methods have been studied.[15] Islets of Langerhans cells embedded into alginate encapsulates can be transplanted without the risk of protein contamination and immune system suppression.[16]

Carrageenan is a sulfated linear polysaccharide of galactose and anhydrogalactose. It carries a half-ester sulfate group with the ability to react with proteins. If carrageenan is used in a solution containing proteins, the solution becomes gel or viscous due to a complex formation between carrageenan and charged amino acids of the protein. Therefore, a formulation scientist should be aware of any incompatibility issues which might jeopardize the stability of the drug solution, suspension, or emulsion. Depending on the concentration and location of the sulfated ester groups, carrageenan can be found in three different grades of kappa, iota, and lambda. Kappa carrageenan can form a strong and brittle gel, especially in the presence of potassium ions or if blended with locust bean gum. If a drug formulation requires a softer and more elastic gel, iota carrageenan can be used. Both kappa and iota carrageenan can be used for controlled delivery application as they display gelling properties under certain circumstances. If a drug formulation needs to be thickened and does not contain proteins of any source, a lambda carrageenan can be utilized. Donepezil hydrochloride orally disintegrating tablets and cefpodoxime proxetil oral suspension contain carrageenan. Carrageenan is shown to increase the permeation of sodium fluorescein through porcine skin as it changes the rheologic properties of the drug solution.[17] In capillary electrophoresis, a sulfated polysaccharide such as carrageenan can be used to separate the enantiomers of weakly basic pharmaceutical compounds. Different enantiomers of racemic compounds such as propranolol and pindolol have been separated using carrageenan.[18,19]

Chitosan is obtained from chitin, the second most abundant natural polymer after cellulose, which can be found in shrimp, crab, and lobster shells. Chitosan is a cationic polymer and has been investigated as an excipient in controlled delivery formulations and mucoadhesive dosage forms because of its gelling and adhesive properties. The bitter taste of natural extracts such as caffeine has been masked using chitosan. Chitosan can potentially be used as a drug carrier, a tablet excipient, delivery platform for parenteral formulations, disintegrant, and tablet coating.[20,21] From toxicity and safety standpoint, lower–molecular-weight chitosan (as an oligosaccharide) has been shown to have negligible cytotoxicity on Caco-2 cells.[22] During the

encapsulation process using synthetic polymers, the protein is generally exposed to the conditions which might cause their denaturation or deactivation. Therefore, a biocompatible alternative such as chitosan is desirable for such applications.[23] Because of its cationic nature, chitosan can make complexes with negatively charged polymers such as hyaluronic acid (HA) to make a highly viscoelastic polyelectrolyte complex. The complex has the potential to be used as cell scaffold and as a drug carrier for gene delivery.[24] Gels based on chitosan and ovalbumin protein have been suggested for pharmaceutical and cosmetic use.[25] In the veterinary area, chitosan can be used in the delivery of chemotherapeutics such as antibiotics, antiparasitics, anesthetics, painkillers, and growth promotants.[26] As an absorption enhancer, a protonated chitosan is able to increase paracellular permeability of peptide drugs across mucosal epithelia. While trimethyl derivative of chitosan is believed to enhance the permeation of neutral and cationic peptide analogs, the carboxymethyl derivative of chitosan offers gelling properties in an aqueous environment or with anionic macromolecules at neutral pHs.[27] Chitosan can also be mixed with nonionic surfactants such as sorbitan esters to make emulsion like solutions or creams.[28] To prepare chitosan beads or microspheres, the chitosan matrix needs to be treated with an anionic compound like pentasodium tripolyphosphate. A sustained-release dosage form of salbutamol sulfate beads can be prepared using chitosan in phosphate buffer.[29]

Pectin is a ripening product of green fruits such as lemon and orange skin. Protopectin is an insoluble pectin precursor present in such fruits, which is converted to pectinic acid and subsequently to pectin. The main component of pectin is D-galacturonic acid, which is in part esterified via methylation. Depending on its methoxyl content, pectin is classified as high methoxyl (HM, 50% or more esterification) and low methoxyl (LM, less than 50% esterification). Pectins can form a gel in an aqueous solution if certain conditions are existed. For instance, high methoxyl pectins require a minimum of 65% soluble solids and low pH (<3.5) to form a gel, whereas low methoxyl pectins require calcium and may form a gel at a much lower solid content, that is, 20%. Gelation and association of pectin chains in the presence of pH-reducing additives have also been reported.[30] While pectin is generally known as a suspending and thickening agent, it is also claimed to reduce blood cholesterol levels and to treat gastrointestinal disorders.[31] Pectin can be found in amlexanox oral paste.

Xanthan gum is found in several drug formulations including cefdinir oral suspension and nitazoxanide tablets. It is a highly branched glucomannan polysaccharide with excellent stability under acidic conditions. Xanthan is generally used in solution and suspension products for its thickening property. Because of its very rigid structure, its aqueous solution is significantly stable over a wide pH range. Like locust bean gum, xanthan gum is also nongelling but forms a gel once it is mixed with the locust bean gum. Concentrated xanthan gum solutions resist flow due to excessive hydrogen

Copyright © 2024 Wolters Kluwer. Unauthorized reproduction of this content is prohibited.

bonding in the helix structure, but they display shear-thinning rheology under the influence of shear flow. This feature of xanthan gum solutions is critical in food, pharmaceutical, and cosmetic manufacturing processes.[32] Oxymorphone hydrochloride extended-release tablets contain TIMERx, which consists of xanthan gum, and locust bean gum for controlled delivery.[33] Rectal delivery of morphine can be controlled using cyclodextrins as an absorption enhancer and xanthan as a swelling hydrogel. This combination produces a sustained plasma level of morphine and increases its rectal bioavailability.[34]

HA consists of $N$-acetyl-D-glucosamine and beta-glucuronic acid and has been used as fluid supplement in arthritis, in eye surgery, and to facilitate healing of surgical wounds. Solaraze gel for the topical treatment of actinic keratoses is composed of 3% sodium diclofenac in 2.5% HA gel.[35] Sodium hyaluronate and its derivatives have been evaluated in vitro and in vivo for optimized delivery of a variety of active molecules such as antibiotic gentamicin and cytokine interferon.[36] Hyaluronan is biocompatible and nonimmunogenic and has been suggested as a drug carrier for ophthalmic, nasal, pulmonary, parenteral, and dermal routes.[37] Sodium hyaluronate topical (Seprafilm), which is used to reduce scar tissue as a result of abdominal or pelvic surgery, is a bioresorbable membrane containing sodium hyaluronate.

Gum arabic or gum acacia is best known for its emulsifying properties and its solution viscosity at very high solid concentration. Locust bean gum consists of mannose and galactose sugar units at a ratio of 4:1. Like almost all gum solutions, an aqueous solution of this gum displays shear-thinning rheology. It shows synergistic effects with xanthan and kappa carrageenan. Gellan gum has been used in pharmaceutical dosage forms as a swelling agent,[38] as a tablet binder,[39] and as a rheology modifier.[40] Drug delivery behavior of scleroglucan hydrogels has been examined using theophylline as a model drug.[41] As an alternative tablet binder to starch and polyvinyl pyrrolidone, seed galactomannan of Leucaena, a natural polysaccharide comparable to guar gum, has been evaluated for poorly compressible drugs such as paracetamol.[42] Schizophyllan, which is secreted by fungus, has been evaluated as an immunostimulant (to suppress tumor growth), antitumor, antihepatitis, anti-HIV, and antiviral agent.[43,44] Sustained-release formulations based on guaran,[45] in situ gel-forming ability of xyloglucan,[46] and borax–guar gum complexes for colon-specific drug delivery have also been studied.[47]

One of the most recent applications of gums is in film forming. Recent concepts and products such as breath films, cough strips, flu, and sore throat strips have all been realized based on film-forming ability of gums. As opposed to branched gums, linear gums have more sites available for intermolecular hydrogen bonding; as a result, they offer better film-forming properties. Individual and blended gum products based on agar, alginate, $k$-carrageenan, methyl cellulose, pectin, CMC, and guar can potentially be used in film dosage forms.

# POLYMERS IN DRUG DELIVERY

## Introduction

Pharmaceutical polymers are widely used to achieve taste masking; controlled release (e.g., extended, pulsatile, and targeted), enhanced stability, and improved bioavailability. Monolithic delivery devices are systems in which a drug is dispersed within a polymer matrix and released by diffusion or erosion. The rate of drug release from a matrix product depends on the initial drug concentration and relaxation of the polymer chains, which overall displays a sustained-release characteristic. Extended-release alprazolam tablet is an example of monolithic products, in which extended or sustained delivery is provided by swelling and erosion of the polymer matrix. Alternatively, a drug can be released from a drug core through a porous or nonporous membrane. While drug release through a nonporous membrane is essentially driven by diffusion, porous membranes generate an extra path for drug release, that is, through pores. The status of drug release from membrane systems can generally be modified via membrane thickness, use of plasticizers, pore structure (size, size distribution, and morphology), and filler tortuosity (filler orientation). Membrane systems have found applications in drug stability, enteric release, taste masking, and sustained release. Enteric-coated products are the ones that pass the stomach environment safely and release the drug at a higher pH environment of the intestine. These must be coated with a pH-operative coating such as an anionic polymer. Examples of enteric-coated products are duloxetine, mesalamine, naproxen, omeprazole, and amino salicylic acid. Drugs such as lutein and lycopene are more stable in membrane dosage forms. Reservoir systems have been utilized to taste mask acetaminophen and caffeine. Potassium chloride and diltiazem also demonstrate sustained-release properties if formulated using a membrane system.

## Synthetic Polymers

Synthetic polymers based on acrylic or methacrylic acids have found extensive applications in the drug delivery area to protect the drug or to release the drug in a controlled manner. These are classified as cationic, anionic, and neutral (nonionic) polymers. Despite differing solubility and swellability across the GI tract, drug release from these matrices occurs through a diffusion process.

Cationic polymers: One of the most widely used cationic polymers for protective coating applications has dimethyl aminoethyl methacrylate for a functional group. As far as its purity is concerned, the polymer contains less than 3,000 ppm of residual monomers including butyl methacrylate (<1,000 ppm), methyl methacrylate (<1,000 ppm), and dimethyl aminoethyl methacrylate (<1,000 ppm). These are used as pH-dependent drug delivery platforms to protect sensitive drugs, to mask unpleasant tastes and odor, to protect the active ingredient from moisture, and to improve drug storage stability. Eudragit E 100 is, for instance, supplied as

Copyright © 2024 Wolters Kluwer. Unauthorized reproduction of this content is strictly prohibited.

a granule and is used in taste-masking applications where a low pH solubility (<5) is desirable.

Anionic polymers: Anionic polymers have methacrylic acid as a functional group and are generally used for drug delivery past the stomach into the duodenum, jejunum, ileum, or colon. As discussed in *Chapter 15: Biopharmaceutics and Pharmacokinetics*, since the pH of the fasted stomach is below pH 3 in nearly every healthy person and below pH 2 in most people, the stomach represents a harsh environment for many drugs. Since the methacrylic group dissociates at the higher pH of the small intestine and colon, anionic polymers such as Eudragit L 100–55 (with dissolution at pH 5.5) and Eudragit S 100 (with dissolution at pH >7.0) are highly desirable. Aqueous dispersions of these polymers (Eudragit L 30 D-55) are generally available for direct use in enteric-coating applications. Kollicoat MAE 30 DP, a combination of methacrylic acid and ethyl acrylate (1:1) monomers, is supplied as a 30% aqueous dispersion. The polymer is used as a film-former in enteric coating of solid dosage forms.

Neutral polymers: Acrylate or methacrylate polymers with or without aminoethyl functionality are generally insoluble or have pH-independent swelling property. These are neutral acrylic polymers which are used for sustained-release applications where insolubility of the polymeric drug carrier is very much desirable. Neutral polymers with added functionality are supplied as powder (e.g., Eudragit RS PO), granule (e.g., Eudragit RS 100), and aqueous dispersions (e.g., Eudragit RS 30 D). Neutral polymers with no added functionality are supplied as aqueous dispersions (Eudragit NE30D, NM30D, and NE40D).

## Biodegradable Polymers

Alternatively, the drug can be released from a dosage form because of polymer erosion. Erosion occurs because of biodegradation or swelling and might happen within the bulk of the polymer or may be limited to the polymer surface at a time. Porous and nonporous platforms can provide bulk and surface erosion, respectively. Polymers with ester and amide functional groups are susceptible to a hydrolytic degradation in strong acidic and basic environment. When a polymer starts to erode from its surface, the drug imbedded within the polymer matrix will be released at a rate depending on the erosion rate of the polymer. If erosion happens in bulk, a much faster release is expected as an enormous number of hydrolysable sites are simultaneously cleaved up in water.

Biodegradable polymers are classified as natural-based and synthetic. Polysaccharides and protein-based polymers are obtained from the natural sources. Polyesters or copolyesters of lactic acid and glycolic acid, polycaprolactone, polyanhydrides, and polyethylene glycol are the most common synthetic biodegradable polymers, which are used for variety of pharmaceutical applications.

> **Example 17-9 Injectable Implant**
> Injectable implants have been developed based on biodegradable polymers. Leuprolide (Eligard), a delivery system for prostate cancer, is supplied as an injectable suspension that utilizes the Atrigel technology for delivering the hormone leuprolide acetate. The delivery system consists of a biodegradable (lactide-co-glycolide) copolymer dissolved in a biocompatible solvent. The polymer gradually loses its organic solubility once it is injected subcutaneously. Doxycycline (Atridox), a bioabsorbable delivery system for the treatment of periodontal disease, also uses Atrigel technology to deliver an antibiotic, doxycycline hyclate.

Alternatively, a drug may be released because of matrix swelling. The matrix is made of nonbiodegradable but erodible polymers, which control the drug delivery due to its swelling. A polymer in its swollen form is mechanically weak and can be eroded at different rates depending on the swelling feature of the matrix.[48] A fast swelling hydrogel may undergo faster erosion and provide faster drug release compared with a slow swelling hydrogel. The release kinetics from a swellable matrix is generally zero-order.

## Ion-Exchange Resins

These are polymeric materials with two characteristics; they swell in an aqueous medium and they contain complexable and ionizable groups. Ion-exchange resins are generally made of methacrylic acid, sulfonated styrene, and divinyl benzene (DVB). The acidic resins can be weak or strong. Weak acid resins are produced based on methacrylic acid (containing COOH) monomer cross-linked with DVB. The counter-ion of the acidic carboxyl group is hydrogen (as in Polacrilex resin, Amberlite IRP64) or potassium (as in Polacrilin potassium, Amberlite IRP88). To make an ion-exchange resin with stronger acidity, the water-insoluble styrene is used as a monomer, which is sulfonated to become water compatible. Similarly, DVB is used to cross-link the polymer and the counter-ion of the sulfate group ($SO_3$) is generally sodium. The commercial product of sodium polystyrene sulfonate (Amberlite IRP69) is used to treat hyperkalemia. Cation exchangers are anionic polymers which contain carboxyl or sulfate groups with hydrogen, potassium, and sodium as counter-ions. On the other hand, cationic ion-exchange resins with the ability to exchange anions carry quaternary ammonium groups, $-N^+(R)3$ with chlorine as a counterion. Cholestyramine resin (Duolite AP143) is cationic styrene DVB polymer which is an anion exchanger and used to reduce cholesterol or to sequestrate the bile acid. Because of their unique properties, the ion-exchange resins are generally used for taste masking, drug stabilization, tablet disintegration, and sustained-release applications.

Cationic or anionic drugs can be complexed into the structure of an ion-exchange resin due to its ionic structure. The stability of the complex inside the mouth masks the taste of the drug since the drug will not be free to interact with taste buds. The drug will be released in the gastric medium once the complex becomes unstable. Certain drugs have a poor shelf life due to their instability against moisture, light, heat, and so on and so forth. Shelf stability and bioavailability of these drugs increase when formulated

with ion-exchange resins. The DVB–cross-linked potassium methacrylate copolymer possesses a very high swelling capacity in water. Although this polymer generally swells fast and to a high degree, its swelling properties are significantly affected by pH, the presence of salts, and the ionic strength of the aqueous solution. Nevertheless, the swelling pressure generated by this polymer is sufficient to disintegrate tablet dosage forms in an aqueous medium. These polymers can also provide a sustained or a zero-order release due to their high swelling capacity.

## Recent Applications of Polymers in Pharmaceutical Sciences

Polymers are finding increasing use in all spheres of life, and their applications in pharmaceutical sciences are constantly evolving. Nonetheless, drug delivery systems seem to be leveraging polymeric systems for many recent applications. However, biocompatibility remains a prerequisite for any of these applications. Some of the most sought-after applications in recent times include polymeric microneedles, polymeric nanofibers, vascular stents, and scaffolds for bone healing.

### (i) Polymeric Microneedles

As the name suggests, microneedles are micron-sized needles (<1 mm) made of polymeric materials. They can carry and deliver drugs across the skin through a micron-sized transport pathway that is minimally invasive, somewhat like the Chinese healing technique of acupuncture. Different microneedles (e.g., solid, coated, dissolving, hollow, and hydrogel) are fabricated depending on their way of delivering drugs into the epidermis. The concept has proven innovative for transdermal drug delivery allowing easy access through the stratum corneum barrier into the epidermis (up to a depth of ~1,500 μm). Microneedle drug delivery systems are made up of needles of micron size (usually 150–1,500 microns long, 50–250 microns wide, and a 1–25 microns thick tip), which are arranged on a small patch and is a hybrid between the hypodermic needle and a transdermal patch (Fig. 17-16). Microneedles can be fabricated using a variety of materials such as silicone, metals, ceramics, silica glass, carbohydrates, and a wide variety of polymers, including polylactic acid (PLA), poly (lactic-co-glycolic acid) (PLGA), polyglycolic acid (PGA), poly (carbonate), poly (vinyl alcohol) (PVA), polystyrene (PS), and polymethylmethacrylate (PMMA). Of these, the biodegradable polymers are opening avenues to make dissolving microneedles that do not need to be removed once the drug is delivered.

### (ii) Polymeric Nanofibers

Synthetic and natural polymers are viable candidates for making bioactive nanofibrous scaffolds for various applications like wound healing. Natural polymers like HA, chitosan, sodium alginate, gelatin, silk fibroin, and



FIGURE 17-16 Drug delivery through dissolving microneedles.

collagen are good material candidates for nanofibers fabrication. Common synthetic polymers that capable of giving a nanospun fibrous platform include poly(lactic acid), poly(lactic-co-glycolic acid), poly(caprolactone), poly(ethylene glycol), poly(vinyl alcohol), polyvinylpyrrolidone, or their blends and copolymers to further tune the functionality of the nanofibers. Synthetic polymers can be easily electrospun to create a fibrous micropattern like the architecture of the skin extracellular matrix. These polymeric nanofibers can be fabricated by well-known techniques of polymer self-assembly, thermally induced phase separation (TIPS), drawing, carding, touch-spinning, and electrospinning. Compared to other nanofibers manufacturing techniques, the electrospinning process can be used to give a porous structure with a high surface area using materials with tunable properties, compositions, shapes, and dimensions. The electrospun nanofibrous scaffolds are being greatly utilized for would healing applications as they provide more promising wound care that favors attachment, growth, and migration of fibroblasts, consequently promoting regeneration of skin tissue in the wound area. Their other possible technologic applications include tissue engineering, drug delivery, and cancer diagnosis.

### (iii) Polymeric Stents

Polymeric stents are finding widespread vascular applications to remove stenosis or occlusion in different arteries, such as intracranial, carotid, coronary, renal, iliac, femoral, popliteal, and tibial arteries. They also find nonvascular applications in clearing a blockage in nonvascular organs or body structures such as trachea, bronchi, esophagus, stomach, biliary tree, pancreas, colon, and the urinary tract.

Drug-eluting stents represent technologic innovation over bare-metal stents. Bioresorbable stents are also considered a revolution in the stent industry. They provide transient support and progressively degrade, are dissolved, or absorbed into the body after the remodeling process is completed. Preferred materials include biodegradable polymers like PLA, PLLA, PDLA, PGA, PLGA, PCL, and blends and copolymers. Some other polymers that resorb after a few months of stenting include polyorthoesters, phosphorylcholine, fibrin, HA, and polyethylene oxide/polybutylene terephthalate. These bioresorbable stents are well tolerated in the body as they provide:

- Positive outward remodeling after biodegradation.
- An improved possibility of later surgical revascularization.
- Facilitation of secondary reintervention.
- Lower risk of late stent thrombosis.

Manufacturing methods include, but are not limited to, photochemical etching, helical coiling, braiding techniques, fluid dispensing, three-dimensional (3D) printing, electrospinning, hot extrusion, and selective laser melting. Some developed polymeric stents include Fantom, ReZolve, REVA Gen I, IDEAL BioStent Gen I, Fortitude, MeRes 100, DESolve, Magnitude, and ABSORB BVS.

### (iv) Scaffolds for Bone Healing

The utilization of both natural and synthetic polymers as scaffolds with customizable fibrous or porous architecture in bone healing, regeneration, and resorption is increasing. In addition to extracellular matrix mimicking bone tissue, the natural polymers are absorbable, biodegradable, and nontoxic in the physiologic environment. They can be easily excreted from the body by metabolic processes. These include proteins (like collagen, silk, fibrin gels, and soy) or polysaccharides (alginate, chitin/chitosan, starch, cellulose, and HA derivatives).

On the other hand, synthetic polymers like poly (lactide-co-glycolide) (PLGA), poly ($\varepsilon$-caprolactone) (PCL), polylactide (PLA), poly(glycolic acid) (PGA), poly (propylene fumarate) (PPF), and poly(vinyl alcohol) (PVA) are playing a vital role as scaffolds for bone tissue regeneration largely in part due to their biocompatible and biodegradable properties. In addition, they can provide the desired mechanical properties and immunogenic potential and are available in sufficient supply for bone tissue applications. These polymers are promising materials as they provide the preferred platform for cell adhesion, cell proliferation, and deposition of the extracellular matrix until the impaired bone is revitalized and the new bone is formed.

*Natural-synthetic polymer composite scaffolds:* Sometimes natural-synthetic polymer scaffolds or synthetic polymer-bioceramics are combined to be used as composite scaffolds that give advantages of each individual material to promote regeneration of functional bone tissues. The poor processability and brittle tendency of ceramics can be overcome by the bone regeneration. Some examples include PLGA/Hap, PLGA/TCP, PLGA/CDHA.

## ■ CHAPTER SUMMARY

This chapter serves as a valuable source of information for those with little or no background in polymers, researchers in the polymer, pharmaceutics, and biomedical areas, and pharmacy students. Polymers are macromolecules with very large chains, contain a variety of functional groups, can be blended with other low- and high–molecular-weight materials, and can be tailored for any application. Polymers have been used as the primary tool to control drug release rate from various formulations and drug delivery systems. They are also increasingly used as taste-masking, stabilizing, and protective agents in oral drug delivery. This chapter reviewed basic concepts behind the behavior of polymers in the solid and solution states. Polymers can bind the particles of a solid dosage form and change the flow properties of a liquid dosage form. Extensive applications of polymers in drug delivery have been realized because polymers offer unique properties that any other materials have not attained. Understanding the basic concepts of polymers provides a foundation for further understanding drug products and designing better delivery systems.

### References and Notes

1. F. Rodriguez, *Principles of Polymer Systems*, Taylor & Francis, Philadelphia, PA, 1996.
2. G. Odian, *Principles of Polymerization*, 3rd Ed., Wiley, New York, 1991.
3. P. J. Flory, *Principles of Polymer Chemistry*, Cornell University, Ithaca, New York, 1953.
4. F. W. Billmeyer, *Textbook of Polymer Science*, 3rd Ed., Wiley, New York, 1984.
5. L. H. Sperling, *Introduction to Physical Polymer Science*, Wiley, New York, 1992.
6. H. Omidian, Y. Qiu, S. Yang, D. Kim, H. Park, and K. Park, *Hydrogels Having Enhanced Elasticity and Mechanical Strength Properties.* US Patent 6960617. 2005.
7. H. Omidian, J. G. Rocca, and K. Park, Macromol. Biosci 6, 703–710, 2006.
8. D. Braun, *Simple Methods for Identification of Plastics*, 2nd Ed., Hanser Publishers, Munchen, Wien, 1986.
9. S. C. Jong, J. M. Birmingham, and S. H. Pai, E. - R. Di, Immunologia Ed Immunofarmacologia 11, 115–122, 1991.
10. L. Hovgaard and H. Brondsted, Crit. Rev. Ther. Drug Carrier Syst 13, 185–223, 1996.
11. K. Nishinari and R. Takahashi, Curr. Opin. Colloid Interface Sci 8, 396–400, 2003.
12. A. W. Basit. Drugs, 65, 1991–2007, 2005.
13. Th. F. Vandamme, A. Lenourry, C. Charrueau, and J. C. Chaumeil, Carbohydr. Polym 48, 219–231, 2002.
14. K. I. Shingel and R. H. Marchessault, in R. H. Marchessault, F. Ravenelle, X. X. Zhu (Eds.), *Polysaccharides for Drug Delivery and Pharmaceutical Applications, ACS Symposium Series* 934, American Chemical Society, 2006, pp. 271–287.
15. L. W. Chan, H. Y. Lee, and P. W. S. Heng. Int. J. Pharm 242, 259–262, 2002.
16. J. Dusseault, S. K. Tam, M. Ménard, S. Polizu, G. Jourdan, L. H. Yahia, and J. P. Hallé, J. Biomed. Mater. Res. A 76, 243–251, 2006.
17. C. Valenta and K. Schultz. J. Control. Release 95, 257–265, 2004.
18. G. M. Beck and S. H. Neau. Chirality 8, 7, 503–510, 1996.
19. G. M. Beck and S. H. Neau. Chirality 12, 8, 614–620, 2000.
20. O. Felt, P. Buri, and R. Gurny. Drug Dev. Ind. Pharm 24, 11, 979–993, 1998.
21. A. K. Singla and M. Chawla. J. Pharm. Pharmacol 53, 8, 1047–1067, 2001.
22. S. Y. Chae, M. K. Jang, and J. W. Nah. J. Control. Release 102, 2, 383–394, 2005.

23. M. George and T. E. Abraham. J. Control. Release 114, 1, 1–14, 2006.
24. J. Wu, X. Wang, J. K. Keum, H. Zhou, M. Gelfer, C. Avila-Orta, H. Pan, W. Chen, S. -M. Chiao, B. S. Hsiao, and B. Chu, J. Biomed. Mater. Res. A 80, 4, 800–812, 2007.
25. S. Y. Yu, J. Hu, X. Pan, P. Yao, and M. Jiang, Langmuir 22, 6, 2754–2759, 2006.
26. S. Senel and S. J. McClure. Adv. Drug Deliv. Rev 56, 10, 1467–1480, 2004.
27. M. Thanou, J. C. Verhoef, and H. E. Junginger. Adv. Drug Deliv. Rev 52, 2, 117–126, 2001.
28. J. Grant, J. Cho, and C. Allen. Langmuir 22, 9, 4327–4335, 2006.
29. E. A. El Fattah, D. J. W. Grant, K. E. Gabr, and M. M. Meshali, Drug Dev. Ind. Pharm 24, 6, 541–547, 1998.
30. P. S. Holst, A. -L. Kjøniksen, H. Bu, S. A. Sande, and B. Nyström, Polym Bull 56, 2–3, 239–246, 2006.
31. B. R. Thakur, R. K. Singh, and A. K. Handa. Crit. Rev. Food Sci. Nutr 37, 1, 47–73, 1997.
32. K. W. Song, Y. S. Kim, and G. S. Chang. Fibers Polym 7, 2, 129–138, 2006.
33. M. J. Tobyn, J. N. Staniforth, A. R. Baichwal, and T. W. McCall, Int. J. Pharm 128, 1–2, 113–122, 1996.
34. K. Uekama, T. Kondo, K. Nakamura, T. Irie, K. Arakawa, M. Shibuya, and J. Tanaka, J. Pharm. Sci 84, 1, 15–20, 1995.
35. M. B. Brown and S. A. Jones. J. Eur. Acad. Dermatol. Venereol 19, 3, 308–318, 2005.
36. N. E. Larsen and E. A. Balazs. Adv. Drug Deliv. Rev 7, 2, 279–293, 1991.
37. Y. H. Liao, S. A. Jones, B. Forbes, G. P. Martin, and M. B. Brown, Drug Deliv 12, 6, 327–342, 2005.
38. P. J. Antony and N. M. Sanghavi. Drug Dev. Ind. Pharm 23, 4, 413–415, 1997.
39. P. J. Antony and N. M. Sanghavi. Drug Dev. Ind. Pharm 23, 4, 417–418, 1997.
40. P. B. Deasy and K. J. Quigley. Int. J. Pharm 73, 2, 117–123, 1991.
41. M. E. Daraio, N. Francois, and D. L. Bernik. Drug Deliv 10, 2, 79–85, 2003.
42. U. P. Deodhar, A. R. Paradkar, and A. P. Purohit, Drug Dev. Ind. Pharm 24, 6, 577–582, 1998.
43. T. Fuchs, W. Richtering, and W. Burchard. Macromol. Symp 99:227–238, 1995.
44. J. Munzberg, U. Rau, and F. Wagner. Carbohydr. Polym 27, 4, 271–276, 1995.
45. B. P. Nagori and N. K. Mathur. Ind. J. Chem. Technol 3, 5, 279–281, 1996.
46. N. Kawasaki, R. Ohkura, S. Miyazaki, Y. Uno, S. Sugimoto, and D. Attwood, Int. J. Pharm 181, 2, 227–234, 1999.
47. A. Rubinstein and I. Glikokabir. Stp. Pharma. Sci 5, 1, 41–46, 1995.
48. H. Omidian and K. Park. J. Drug Deliv. Sci. Technol 18, 2, 83–93, 2008.

## Recommended Readings

A. M. Stephen, *Food Polysaccharides and Their Applications*, Marcel Dekker, Inc., New York, 1995.

A. T. Florence and D. Attwood, *Physicochemical Principles of Pharmacy*, 4th Ed., Pharmaceutical Press, London, 2006, Chapter 8, pp. 273–322

D. Jones. Rapra Rev. Rep 174:124, 2004.

M. Saltzman, *Tissue Engineering: Engineering Principles for the Design of Replacement Organs and Tissues, Appendix A: Introduction to Polymers*, Oxford University Press, Inc., New York, 2004, pp. 453–480.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

# PHARMACEUTICAL EXCIPIENTS 22

## PATRICK J. SINKO

Copyright © 2024. Wolters Kluwer Health. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law. — Unauthorized reproduction of this content is prohibited.

## CHAPTER OBJECTIVES

**At the conclusion of this chapter the student should be able to:**

1 Understand the role that excipients play in the functioning of dosage forms.
2 Understand the critical attributes of excipients used in oral solid dosage forms.
3 Describe the general classes of excipients and their functions as used in oral solid dosage forms.
4 Relate information in this chapter to information in earlier chapters regarding understanding the physical and chemical characteristics of the excipient and how it might interact with the API or function in a dosage form.

5 Understand how the functional nature of the excipients might differ when used in different dosage forms or intended for different routes of administration.
6 Understand the impact of grade and supplier on the function of excipients.
7 Plan the selection of excipients for a tablet dosage form.
8 Understand the concept of "active" excipients. You should be able to explain the difference in active versus classic excipient functions.
9 Identify common adverse reactions to excipients.

## INTRODUCTION

Administering drugs or biologics (active pharmaceutical ingredients or APIs) to patients requires formulations and drug delivery systems (DDSs) in drug products. According to the World Health Organization (WHO), Technical Report Series, No. 961, Annex 10 (Procedure for prequalification of pharmaceutical products), an active pharmaceutical ingredient (API) is "a substance used in a finished pharmaceutical product, intended to furnish pharmacological activity or to otherwise have direct effect in the diagnosis, cure, mitigation, treatment or prevention of disease, or to have direct effect in restoring, correcting or modifying physiological functions in human beings." All other ingredients in a pharmaceutical formulation are inactive ingredients. "Inactive ingredients are clearly not consistently inert in their biological activity and therefore should not be listed as such. A more useful and concise term is excipient."[1] This chapter examines excipients, the other essential components of drug products.

The word excipient, derived from the Latin verb *excipere*, means "except or to receive," which can be described as "other than" and refers to their function.[2] Historically, excipients were considered the components in a dosage form "other than" the API. While an API exerts a therapeutic effect, excipients "are not intended to exert therapeutic effects at the intended dosage."[3] "Excipients are essential components in a drug formulation having a functional purpose related to the performance of a drug product. With advances in the technology of drug dosage forms and drug delivery systems, functional properties including preservation, solubility, release control, and disintegration have become more critical to issues of safety and bioavailability in modern drug products."[4] Excipients improve pharmaceutical product manufacture and performance by acting as an absorption enhancer, antioxidant, binder, buffer, chelating agent, coloring agent, compression aid, disintegrant, emulsifying agent, filler, flavoring agent, glidant, lubricant, preservative, surfactant, suspending agents, solubilizing agent, sweetener, vehicle, wetting agent, and the constituents of the outer covering of the medicinal products, for example, gelatin capsules. Excipients can be macromolecular substances such as albumin, or substances such as amino acids and sugars that are used in drug and biologic products. Excipients may constitute from 1% to 99% of a dosage form's total mass or volume, but for most dosage forms, excipients make up most of the mass or volume. Extreme examples include high-dose ($\geq$1,000 mg API/unit) drug products containing a single API such as metformin tablets or those containing multiple APIs such as Atripla tablets (efavirenz, emtricitabine, and tenofovir disoproxil fumarate). The selection of an excipient to be used in any dosage form is based on the desired physical and chemical characteristics of the dosage form (injectable, oral liquid, oral solid, etc.), the physical and chemical nature of possible excipients, and the intended purpose of the dosage form (application to the skin, inhalation, or oral ingestion). The excipient must carry out its intended purpose throughout the shelf life and delivery of the dosage form to the patient.

Excipients are used for many reasons. For example, making the product taste and look good improves patient compliance, particularly in pediatric populations. Some excipients play essential roles in manufacturing to improve powder flow (glidants) or assist in tablet ejection from tableting machines (lubricants). Excipients also serve as a vehicle to carry the API to the site in the body where the drug is to be absorbed, released, or intended to exert its action. For

**609**

  

example, excipients are essential for delaying aspirin's release to bypass the stomach and reduce gastric irritation/stomach upset. Delaying the release of mesalamine until the dose form gets to the lower intestine and colon allows for drug release where it needs to exert its therapeutic effect. Other excipients help tablets disintegrate into small particles, dissolving more quickly and reaching the bloodstream rapidly. Still, others protect the drug product's stability so it will be at maximum effectiveness at the time of use. Finally, some excipients are used to aid in drug product identification.

In an ideal world, excipients have specific functions, are nontoxic, do not interact with the API or other excipients, and have no pharmacologic/toxicologic activity. Excipients, however, can have multiple functions, and like drugs, they can exert pharmacologic and toxic effects. In 1937, over 100 people in 15 states in the United States died after taking Elixir Sulfanilamide (see Ref. 5 for a detailed account).[5] Sulfanilamide, a synthetic bacteriostatic antibiotic, was used in tablet and powder form to treat streptococcal infections. In response to the demand for a liquid formulation for children, efforts focused on identifying solvent/cosolvent systems to dissolve the drug. Sulfanilamide dissolved in diethylene glycol. To further increase palatability, they added a raspberry flavor. After testing the elixir for taste, appearance, and fragrance in September 1937, it was shipped all over the United States for distribution to patients. The formulator did not evaluate the formulation's toxicity and failed to realize that diethylene glycol, commonly used in antifreeze, was a deadly poison. The first patient deaths were reported by October, and an investigation established a link to Elixir sulfanilamide.

The U.S. Federal Food, Drug, and Cosmetic Act of 1938 was enacted because of this tragedy. The Act required manufacturers to perform safety testing and submit new drug applications demonstrating safety before marketing. To this day, the U.S. Food and Drug Administration (FDA) requires the development of safety profiles to support the use of new excipients as components of drug or biologic products.[3] Several pharmacopeias worldwide, such as United States Pharmacopeia (USP/NF, USP 44 NSF 39, 2021), the European Pharmacopeia, and the Japanese Pharmacopeia, provide public standards for excipients. The FDA's Inactive Ingredient Database (IID) provides maximum potency and daily exposure limits for excipients in FDA-approved drug products.[6] The *Handbook of Pharmaceutical Excipients* also lists monographs of the excipients used in commercial products in the developed countries in the world. The latest edition (9th Edition, 2020) of the *Handbook of Pharmaceutical Excipients* collects the essential data on excipients' physical properties, drug safety, and potential drug toxicity.

## EXCIPIENT FUNCTION, QUALITY, AND SAFETY

### What Is an Excipient?

"Excipients" mean any inactive ingredients added *intentionally* to therapeutic and diagnostic products that do not exert therapeutic effects at the intended dosage, according to a July 2019 draft U.S. FDA Guidance. Pifferi and Restani[7] remind us "intentionally" acknowledges that excipients must play multiple roles in dosage forms administered enterally, parenterally, and topically. Excipients sources include animals, biotechnology, chemical synthesis, minerals, and plants. They generally comprise most of the weight or volume of a dosage form. Regulators no longer consider excipients to be inert or inactive ingredients, and detailed knowledge of these materials is essential for formulators worldwide.[8] For example, excipients may improve product delivery (e.g., enhance absorption or control release of the drug substance). Similar expanded definitions of excipients have been adopted in the European Union and worldwide. Excipients may have some biologic activity even though they should not exert therapeutic effects. Process or product-related impurities such as degradation products, leachates, residual solvents, or extraneous contaminants in pharmaceutical dosage forms are not considered excipients.[2] An excipient is a "substance other than the active ingredient, which has been appropriately evaluated for safety and is included in a drug delivery system to:

1. Aid in the processing of the drug delivery system during its manufacture;
2. Protect, support, or enhance stability (formulation feasibility), bioavailability, or patient acceptability;
3. Aid in product identification; or
4. Enhance any other attribute of the overall safety and effectiveness of the drug during storage and use"[4,9]

### Excipient Functional Categories

The purpose an excipient serves in a formulation is generally categorized into broad descriptive functional categories. For example, USP excipient functional categories are shown in Table 22-1. Some functional categories apply to multiple dosage form types. An excipient can have multiple functions in a dosage form. The association of a functional category with a particular dosage form or excipient is not absolute and is not intended to limit use. The information can be applied to multiple dosage forms because of the complex nature and interplay between formulation ingredients, processing, and dosage form performance requirements. Each functional category includes a general description; physical properties common to these excipients; chemical properties; the mechanisms by which excipients achieve their function; dosage forms; and performance-related properties. In addition, USP chapters that can be useful in conducting specific tests and procedures and establishing acceptance criteria to ensure that material properties are adequately monitored and controlled are also listed. The effects of excipient properties on the quality and performance of a drug product may be unique for each formulation and process. They may vary from supplier to supplier and batch to batch. In addition, there could be properties of excipients that are not evaluated in official monographs.

**TABLE 22-1**

## Functional Categories of Excipients

| Acidifying or Alkalizing Agent | Drag-Reducing Agent | Polymer for Ophthalmic Use |
|---|---|---|
| Adhesive (pressure sensitive) | Emollient | Printing Ink Component |
| Air Displacement | Emulsifying Agent | Propellant |
| Alcohol Denaturant | Film-Forming Agent | Reducing Agent |
| Antifoaming or Defoaming Agent | Filtering Aid | Release-Modifying Agent |
| Antimicrobial Preservative | Flavor and Fragrance | Solvent |
| Antioxidant | Free Radical Scavenger | Sorbent |
| Antitack Agent | Gelling Agent | Stabilizer |
| Biodegradable Polymer | Glidant and/or Anticaking Agent | Stiffening Agent |
| Buffering Agent | Humectant | Sugar-Coating Agent |
| Bulking Agent | Liposome-Forming Agent | Suppository Base |
| Capsule Shell | Lubricant | Surfactant |
| Carrier | Mucoadhesive | Suspending and/or Viscosity-Increasing Agent |
| Cationic Dendrimer | Ointment Base | Sweetening Agent |
| Colloid Stabilizing Agent | Opacifier | Tonicity Agent |
| Coloring Agent | Permeation Enhancer | Transfer Ligand |
| Complexing Agent | Pharmaceutical Water | Vehicle |
| Crystallization Inhibitor | Physical–Chemical Identifier | Viscosity-Lowering Agent |
| Desiccant | Physical Form Stabilizer | Water-Repelling Agent |
| Diluent | Plasticizer | Wet Binder |
| Disintegrant | Polymeric Membrane | Wetting and/or Solubilizing Agent |

Excipients commonly used in tablets are shown in Table 22-2. Excipients can have multiple roles in a single dosage form or different formulation types. For example, lactose is a diluent (i.e., bulking agent or filler) in capsules or tablets. At the same time, it is a carrier in dry powder inhalation products.

## Excipients Can Have Multiple Functions in Pharmaceutical Preparations

A drug can have multiple effects. "Side effects" are all effects other than the therapeutic effect. Similarly, excipients can also have multiple functions in pharmaceutical dosage




**KEY CONCEPT**

## THE CHANGING VIEW OF EXCIPIENTS

There are many parallels between the essential requirements for APIs and excipients (Fig. 22-1). While both require quality and safety, APIs must demonstrate therapeutic efficacy. At the same time, excipients must have functionality that improves dosage form performance or manufacturability. The functionality of excipients is influenced by their physical, physicochemical, and biopharmaceutical properties. Excipients are no longer considered simply inert or pharmacologically inactive ingredients. They may have some biologic activity to improve product delivery, but they should not exert therapeutic effects. The effects of excipients on drug dissolution, luminal drug reactions, absorption, and the extent

of drug absorption are discussed by Kubbinga and coworkers (Fig. 22-2).[8] As our understanding of drug absorption and intestinal physiology has increased, it has become clear that some excipients may serve a more active role in enhancing drug absorption by influencing intestinal transporters or other membrane properties. Absorption enhancers are one such group of excipients used to improve the oral delivery of difficult-to-deliver drugs. These excipients offer new opportunities for pharmaceutical scientists to solve significant delivery challenges, but caution is also warranted as indiscriminate permeability enhancement can lead to undesired consequences.[3,10,11]

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the content is prohibited.

### TABLE 22-2
### Common Excipients Used in Tablets

| Excipient | Function | Examples |
|---|---|---|
| Diluents | Provide bulk and enable accurate dosing of potent ingredients | Sugar compounds, e.g., lactose, dextrin, glucose, sucrose, sorbitol<br><br>Inorganic compounds, e.g., silicates, calcium and magnesium salts, sodium or potassium chloride |
| Binders, compression aids, granulating agents | Bind the tablet ingredients together giving form and mechanical strength | Mainly natural or synthetic polymers, e.g., starches, sugars, sugar alcohols, and cellulose derivatives |
| Disintegrants | Aid dispersion of the tablet in the gastrointestinal tract, releasing the active ingredient and increasing the surface are for dissolution | Compounds which swell or dissolve in water, e.g., starch, cellulose derivatives, and alginates, crospovidone |
| Glidants | Improve the flow of powders during tablet manufacturing by reducing friction and adhesion between particles. Also used as anticaking agents. | Colloidal anhydrous silicon and other silica compounds |
| Lubricants | Similar action to glidants, however, they may slow disintegration and dissolution. The properties of glidants and lubricants differ, although some compounds, such as starch and talc, have both actions. | Stearic acid and its salts (e.g., magnesium stearate) |
| Tablet coatings and films | Protect tablet from the environment (air, light, and moisture), increase the mechanical strength, mask taste and smell, aid swallowing, assist in product identification. Can be used to modify release of the active ingredient. May contain flavors and colorings. | Sugar (sucrose) has now been replaced by film coating using natural or synthetic polymers. Polymers that are insoluble in acid, e.g., cellulose acetate phthalate, are used for enteric coatings to delay release of the active ingredient. |
| Coloring agents | Improve acceptability to patients, aid identification and prevent counterfeiting. Increase stability of light-sensitive drugs. | Mainly synthetic dyes and natural colors. Compounds that are themselves natural pigments of food may also be used. |

forms. The reader should not be surprised that some excipients can have divergent uses depending on the circumstance. An excipient's role can vary in either the same dosage form or different dosage forms depending on the amount used, the formulation, the physical or chemical state of the excipient, the route of administration, and the stage of the life cycle of the dosage form (during shelf storage, immediately after administration to a patient, during dissolution testing, etc.). Polysaccharides, including starch and its derivatives, are common pharmaceutical excipients obtained from several

plants such as corn, potatoes, rice, and wheat. Starch is a carbohydrate consisting of many glucose units that can be chemically or physically modified, allowing it to perform different functions. Starches are used as diluents, fillers, binders, disintegrants, and glidants in formulations. Another example is lubricant-type excipients. Sodium dodecyl sulfate and magnesium stearate are two common lubricant-type pharmaceutical excipients (Fig. 22-3). Sodium dodecyl sulfate (also called sodium lauryl sulfate [SDS]) is a surfactant that serves as a lubricant and dissolution aid in a tablet formulation. It acts as a lubricant during the tableting process when it is dry and as a dissolution aid after ingestion or dissolution testing when it interacts with water since it is an emulsifying agent and a detergent can be used to solubilize poorly soluble drugs by creating micelles in an aqueous mixture. In another example, magnesium stearate is a hydrophobic lubricant during manufacturing tablets to ensure that the tablets are ejected from the die in the tableting machine. Magnesium stearate is one of the most common excipients in tablet formulations. However, unintended secondary effects of using magnesium stearate can include reducing tablet hardness, slowing tablet disintegration, and retarding API dissolution.[2,12-19] The potentially harmful effects of magnesium stearate on tablet disintegration and API dissolution must be balanced with the amount required to ensure the



FIGURE 22-1 The basic requirements of safety and quality of excipients are shared with drugs (APIs) but excipients require validation and testing of tests for functionality whereas APIs are evaluated for efficacy.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

FIGURE 22-2 **Biopharmaceutic processes that may be modulated by excipients**. Kubbinga and coworkers describe a new approach in evaluating biopharmaceutic excipient effects. They evaluated a model excipient, lactose, formulated in combination with APIs from different BCS classes. Their results suggest that companies use different (relative) amounts of lactose depending on the characteristics of the API. (Reprinted from Kubbinga, M., Moghani, L. & Langguth, P. Novel insights into excipient effects on the biopharmaceutics of APIs from different BCS classes: Lactose in solid oral dosage forms. Eur. J. Pharm. Sci. 61, 27–31, doi:10.1016/j.ejps.2014.03.008 (2014), with permission from Elsevier.)



formation of pharmaceutically acceptable tablets and ejection from the die. The magnitude of the effect depends on the magnesium stearate, the presence and properties of the other ingredients, and the manufacturing process (mixing parameters such as total mixing time, mixer configuration, etc.) making the tablets. In a study, Uzunovic and Vranic[19] showed that slight differences in magnesium stearate content (0.77% vs. 1.1%) could slow the dissolution of ranitidine (see replotted dissolution data in Figure 22-4 even though both tablet formulations would be considered immediate release by compendial standards). In another study, Uchimoto and coworkers[12] demonstrated that when magnesium stearate was mixed with acetaminophen (also known as paracetamol) granules at a concentration of 0.1%, 80% of the acetaminophen dissolved after 18 minutes. However, increasing magnesium stearate significantly reduced dissolution. The time required for 80% of the acetaminophen to dissolve increased to 80 and 140 minutes, when the concentration of magnesium stearate was 2.0% and 3.0%, respectively. These increases were well beyond the time range considered to be immediate release.

**Example 22-1** A commercially available tablet dosage form for the treatment of Parkinson disease lists the following excipients in its list of inactive ingredients: mannitol, starch, colloidal silicon dioxide, povidone, and magnesium stearate.

The functional purpose(s) of each excipient:

Mannitol: diluent
**Starch:** diluent, binder, and/or disintegrant
**Colloidal silicon dioxide:** glidant and/or anticaking agent
Povidone: binder
Magnesium stearate: lubricant

Note that starch and colloidal silicon dioxide may serve more than one purpose in this formulation, and it is sometimes difficult to know exactly what an excipient function is without knowing more



FIGURE 22-4 **The effect of magnesium stearate on the in vitro dissolution of ranitidine hydrochloride tablets (0.77% vs. 1.1% magnesium stearate)**. While both tablets dissolution behavior indicate immediate release (i.e., 80% released in 45 minutes), the dissolution of ranitidine was significantly slower using a standard pharmacopeial test of dissimilarity (known as the $f_2$ test).

FIGURE 22-3 **Magnesium stearate and sodium dodecyl sulfate are two common lubricant-type pharmaceutical excipients**. Magnesium stearate is a magnesium salt of stearic acid. The salt consists of two stearate anions and one magnesium cation. Sodium dodecyl sulfate, also known as sodium lauryl sulfate, is an anionic surfactant.

Copyright © 2024 Wolters Kluwer. Unauthorized reproduction of this content is prohibited.



about the formulation. As discussed, the function of an excipient is dependent upon numerous factors such as the formulation and potential route of administration, the manufacturing process, the dosage form performance requirements, and other factors.

**Example 22-2** In another example, highly potent APIs tablet formulations contain mostly excipients since the drug is highly potent. A typical tablet of a potent drug might have the following ingredients:

1. **API** in an appropriate dose. For example, 2 mg.
2. **Diluent** to make the final tablet size 150 mg. Spray dried lactose, for example, can be used if the tablet is to be directly compressed (total needed = 139 mg).
3. **Binder.** Povidone K 25 can be used at 1% to 3% (total needed = 3 mg).
4. **Disintegrant.** Sodium starch glycolate 2% (total needed = 3 mg).
5. **Lubricant.** Magnesium stearate 1% (total needed = 1.5 mg).
6. **Glidant.** Colloidal silicone dioxide 1% (total needed = 1.5 mg).

This would result in a total tablet weight of 150 mg containing 2 mg of API. These ingredients would be screened and blended. Magnesium stearate would then be added and blended for an additional 5 minutes before being transferred to the tablet machine for tableting.

Vitamin E TPGS is another good example of an excipient with at least two functions—the first where it plays a traditional role in dosage forms but has biologic activity as well to improve product delivery. It is discussed further in *Example 22-3*.

**Example 22-3** D-$\alpha$-Tocopheryl polyethylene glycol 1000 succinate (vitamin E TPGS) is a water-soluble derivative of natural vitamin E, which is formed by esterification of vitamin E succinate with PEG 1000. A complete review article was recently published.[21] It has an average molecular weight of 1,513 consisting of an amphiphilic structure of lipophilic alkyl tail and hydrophilic polar head with a hydrophilic/lipophilic balance value of 13.2 and a relatively low critical micelle concentration (CMC) of 0.02% w/w. It is a waxy solid (melting point 37°C to 41°C) and completely dissolves in water. It has been widely investigated for its emulsifying, dispersing, gelling, and solubilizing effects on poorly water-soluble drugs. However, it is also considered an "active" excipient because it can also act as a P-glycoprotein (P-gp) inhibitor and has been used as an excipient for overcoming multidrug resistance (MDR). As such it is known to increase the bioavailability of drugs. Vitamin E TPGS has been approved by regulatory authorities worldwide including the U.S. FDA and has been used in numerous DDS such as nanocrystals, nanosuspensions, and solid dispersions. See Ref. 21 for a detailed discussion.[21]

## Excipient Quality and Regulation

Since excipients impact drug product performance, it is important to ensure they meet quality and performance standards. An excipient's functional category describes its role in a drug product. Excipient performance focuses on the identification, evaluation, and control of critical material attributes (CMAs). Official compendia (also known as pharmacopeias) establish specific tests and specifications for substances in pharmaceutical products, including excipients. Three compendia that provide information regarding excipient

standards, quality, purity, and packaging of the substances are the United States Pharmacopoeia National Formulary (USP-NF), the European Pharmacopoeia (Ph.Eur.), and the Japanese Pharmacopoeia (JP).[22,23] Compendia contain monographs that specify the minimum quality requirements for an excipient (standards, tests, and other conditions) (see Concept Box: Key Concept Pharmacopoeia, Compendia, and their Official Status). Performance-related properties are the physical, chemical, biologic, or microbiologic properties of excipients that may affect product quality and performance.

**Example 22-4 Excipient Performance-Related Properties Depend on the Application**
"A performance-related property (PRP) is a physical, chemical, biological, or microbiological property of an excipient anticipated to potentially impact finished product quality and performance, dependent on the application."[24] "Many factors influence powder flowability, such as particle size, shape, density, adhesiveness, electrostatic chargeability, and other surface conditions of the particles. In particular, particle size and shape are the most important factors for flowability."[25] Kudo et al.[25] measured two flow properties (angle of repose and compressibility) of granulated lactose samples ranging in size from 124.0 $\mu$m to 141.5 $\mu$m. They found the dependence of flow properties on particle shape was minimal. However, they did find that flowability related to particle size and particle size distribution. The greater the fraction of small particles in a distribution led to greater friction and poorer flow. Poor flow properties can lead to issues like inconsistent drug content uniformity. Therefore, in this application, particle size is a performance-related property for solid oral dosage forms. However, "if the excipient is dissolved in a liquid dosage form, the particle size distribution may not be a PRP."[24]



Setting compendial standards for excipients can be more challenging than setting standards for APIs. Unlike APIs, excipients may not be made for use in specific drug products, are often available from multiple suppliers, have special grades (e.g., microcrystalline cellulose), or do not have monograph specifications (e.g., for particle size). Another challenge is multisource suppliers of the same grade of excipient that can lead to batch-to-batch or supplier-supplier variability and, potentially, inequivalent performance. For example, Dansereau and Peck[26] found that for magnesium stearate samples,[27] variation was principally due to supplier–supplier variability rather than batch-to-batch variability from one manufacturer.

Unlike an API, an excipient has no official regulatory status. First, as described above, excipients used in drug products typically are manufactured and supplied in compliance with compendial standards. From the regulatory perspective, excipients cannot be used unless they meet certain criteria (e.g., it has been used for that function in a previously approved drug product). For example, under U.S. law, an excipient cannot be used unless it is "qualified" through one or more of the three U.S. FDA approval mechanisms, including:

1. The substance is "generally recognized as safe" (GRAS) by the FDA.
2. It is approved as a food additive.
3. The excipient has been used for a particular function in an approved new drug application (NDA).

*KEY CONCEPT*

## PHARMACOPOEIA, COMPENDIA, AND THEIR OFFICIAL STATUS

Pharmacopoeia means "drug-making" or "to make a medicine." This word derives from the ancient Greek (pharmakopoiia), from (pharmakon) "drug or healing medicine," followed by the verb-stem (poi) "to make" and finally the abstract noun ending (-ia).[28,29] It is commonly spelled "Pharmacopoeia" in Britain and Europe and "Pharmacopeia" in the United States. A pharmacopoeia is also known as a compendium, a collection of monographs describing individual and general standards for ingredients, dosage forms, and analysis methods (a series of tests, test procedures, and acceptance criteria). Independent groups such as the European Pharmacopoeia Commission, Pharmaceuticals and Medical Devices Agency, and the United States Pharmacopeial Convention publish and maintain official compendia in Europe, Japan, and the United States, respectively. Compendia provide quality standards for medicines and the substances used to manufacture them. Compliance with a compendial monograph is essential for an excipient since compendial standards are legally binding and a vital part of the regulatory requirements for drug product approval.

### Novel Excipients

An excipient used for the first time in a drug product or in a new route of administration is considered "novel."[30] On the one hand, new excipients with enhanced properties are needed to support advances in formulation technology. On the other hand, formulators are reluctant to use novel excipients since regulatory approval is far from certain due to safety issues. For example, regulators may view an excipient as "novel" if:

1. It has not been used in a particular route of administration or in amounts greater than they were used in an approved drug product.
2. It was used in food or over the counter (OTC) products, but not in approved drug products.

Since the approval of generic drugs does not require nonclinical and clinical studies, the uncertainty is even greater for formulators.

There is no pathway for excipients to be evaluated independently from a drug product application.[31] For that reason, most drugs are formulated with commonly used excipients that are already included in FDA's IID as well as those listed in official compendia. The IID lists the intended route and level of administration for some excipients.[32] Relying on the IID for selecting an excipient has limitations because excipients cannot generally be approved outside a specific route of administration and concentration range listed in the database. The IID does not include excipients used in other types of products such as OTC and biologic drug products. The current regulatory landscape and lack of an independent excipient approval pathway is limiting the entrance of new excipients in the market and, subsequently, new drug products.

According to the International Pharmaceutical Excipients Council (IPEC), "various types of excipients are currently considered novel excipients. For example:

1. New chemical entities
2. Modified excipients (generally polymers of the same family with varying chain length/molecular weight/substitution)
3. New co-processed excipients made from two or more previously approved excipients
4. Previously used excipients that are employed in a new route of administration or patient population
5. Excipients used in an approved drug product but at a higher level of use than previously listed in the IID
6. Approved food-use/cosmetic-use ingredient."

In the following sections, excipients from the FDA's IID, new grades of excipients and co-processed excipients will be reviewed.

*KEY CONCEPT*

## REQUIRED SAFETY DATA: HOW "NEW" IS A NOVEL EXCIPIENT?

Most drugs are formulated with commonly used excipients that are already included in FDA's Inactive Ingredients Database (IID) as well as those listed in official compendia. The reason? The amount of excipient safety information required by regulators to get drug product approval. Based on the type of novel excipient, different levels of safety information will be required. For example, if an IID excipient is used at typical concentrations listed in the IID and it is administered by the same route of administration, it will not be considered novel and will require minimal safety data (see Fig. 22-5). However, the excipient becomes "novel" if the concentration is increased, or it is to be administered by a different route of administration. For example, an excipient that is commonly used in oral products is considered new when it is used for the first time in eye drops.[23] Kozarewicz and Loftsson reviewed some of the regulatory challenges facing novel excipients.[23]

© 2022 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.



FIGURE 22-5 **The safety requirements for excipients relate to how new they are**.

## Inactive Ingredients Database

The FDA's IID provides maximum potency and daily exposure limits for excipients in FDA-approved drug products (Fig. 22-6).[6] The FDA's IID provides information on excipients present in FDA-approved drug products whether or not the product remains on the market if no safety concerns have been identified. The database lists the recommended maximum daily dose of the excipient in a drug product. The European Medicines Agency (EMA) has not developed a similar system.

## Excipient Grades

This section focuses on the grade of an excipient since a new grade of an existing family of excipients would be considered a novel excipient. So, let's start with the basic question—what is the "grade" of an excipient? The grade of an excipient refers to the specifications (particle size, bulk density, etc.) the form of the excipient must meet. For example, polyvinylpyrrolidone (PVP) is a widely used binder used in

wet granulation. Many derivatives of PVP have been developed to optimize its use for particular processes. Grades such as Povidone K-12, Povidone K-30, and Povidone K-90 have been developed to be used as suspending, stabilizing, or viscosity imparting agent. The "K" refers to the average molecular weight of the povidone. Some excipients are available in only one grade but from various suppliers. In another example, a specific excipient may be available from multiple suppliers with a "USP designation. So, "Excipient, USP" means that "Excipient" is available in a pharmaceutical grade and meets the specifications listed in the USP monograph for that excipient, no matter who makes it. In many cases different grades are available that have different characteristics and as a result one grade will be more appropriate for a specific use (e.g., Sprayed Dried Lactose in direct compression tablets). *Example 22-5* discusses the various grades and characteristics (e.g., compressibility, flowability, and lubricity) of a common excipient microcrystalline cellulose. Excipients from natural sources can be processed or modified to give improved physical and chemical characteristics (e.g., starch vs. pregelatinized starch). They often are blends of material and thus the relative amounts of each component must be carefully monitored to ensure reproducible product from batch to batch. Some excipients have a nominal name, but the material is really a blend of substances and not purely the named ingredient. Almost all excipients will have trace amounts of other elements in them, and this should be reflected in the certificate of analysis that comes with the lot and should be verified by the laboratory using the product in formulations for human or animal use.

> **Example 22-5** **Comparison of Different Grades of Microcrystalline Cellulose Made by Four Manufacturers**
> Nofrerias et al.[33] published a study comparing 21 powdery Microcrystalline Celluloses (MCC) of different grades (101, 102, 301, 302, and 200) made by four different manufacturers (FMC Biopolymer, Ming Thai Co., Blanver, and JRS Pharma). MCCs are commonly used as fillers or binders in oral dosage forms produced using a technique called

| Ingredient name | Route | Dosage form | Cas number | Unit | Potency amount | Potency unit | Maximum daily exposure | Maximum daily exposure unit |
|---|---|---|---|---|---|---|---|---|
| .Alpha.-tocopherol | Oral | Solution | 1406184 | H4N855PNZ1 | 1.05 | mg/1ml | | |
| .Alpha.-tocopherol | Oral | Tablet | 1406184 | H4N855PNZ1 | | | 1 | mg |
| .Alpha.-tocopherol | Oral | Tablet, chewable | 1406184 | H4N855PNZ1 | 0.1 | mg | | |
| .Alpha.-tocopherol | Oral | Tablet, extended Release | 1406184 | H4N855PNZ1 | | | 4 | mg |
| .Alpha.-tocopherol | Oral | Tablet, film coated | 1406184 | H4N855PNZ1 | | | 246 | mg |

FIGURE 22-6 **An excerpt of the U.S. FDA's inactive ingredient database download** (content current as of 4/21/2022).

direct compression. A large variety of MCCs are available with varying bulk densities, particle size distributions, crystallinity, etc. The product description for the same excipient grade provided by the different manufacturers does not differ greatly from one to another. For instance, the four manufacturers all offer "grade 101," which is described by all as having the finest particle size (average particle size is ~50 $\mu$m, except for JRS which is 65 $\mu$m). Grades 301 and 302 are described as the same quality as grades 101 and 102 but with a higher bulk density. The results show that each manufacturer has its own differences between grades. JRS and FMC Biopolymer demonstrated well-defined differences for each grade, which is the objective of having different grades of excipients. The other two manufacturers' grades either didn't show differences among the grades or they did not meet the manufacturer's description.

## Co-Processed Excipients

Co-processing was initially used by the food industry to improve stability, wettability and solubility, and to enhance the gelling properties of food ingredients such as co-processed glucomannan and galactomanan.[34] In pharmaceutical industry, the concept of co-processing of excipients was introduced in late 1980s with the introduction of co-processed MCC and calcium carbonate.[35] Cellactose (Meggle Co., Wasserburg, Germany) was introduced in 1990, which is a co-processed combination of 75% cellulose and 25% lactose.

Many single ingredient excipients suffer from performance issues in pharmaceutical products. For example, although microcrystalline cellulose has low chemical reactivity combined with excellent compactibility in making tablets, it has numerous limitations such as its low bulk density, high lubricant sensitivity, and poor flow characteristics.[36] In an attempt to reduce some of these problems some manufacturers of MCCs have introduced a number of new grades of MCC which improve some of the properties mentioned above. Most notable among these are high density and large particle size grades of the materials, which have been introduced by more than one company. While the new grades improved upon certain functional characteristics (e.g., greater plasticity, better compactibility), they either didn't solve all the functional challenges or introduced new shortcomings.[37–40] "Co-processed

excipients provide a means whereby new excipient functionality can be introduced without the time and economic constraints relating to the introduction of novel chemical excipients. A co-processed excipient is not a simple blend."[41,42] IPEC defines a co-processed excipient as follows:

"A co-processed excipient is a combination of two or more compendial or non-compendial excipients designed to physically modify their properties in a manner not achievable by simple physical mixing, and without significant chemical change. However, in some instances, formation of necessary components may occur, such as in-situ salt formation."[41,42]

In co-processed excipients,[43] the interaction of the different components at the subparticle level results in new physically engineered particles that maintain the advantages of the base excipient combined with functional qualities of the additional components.[44] Co-processing is a relatively simple process that involves physical mixing of two or more excipients in form of either homogeneous dispersion or solution followed by co-drying, co-precipitation, or co-crystallization. Co-processed excipients have been shown to exert superior functionalities as compared to the physical mixture of the individual components. Examples include improved compactibility and tablet strength,[45,46] superior antiadherent ability and dissolution stability,[47] increased resistance to lubricant sensitivity,[48] enhanced flow properties,[49] and decreased disintegration time.[50] See Table 22-3 for an example with the poorly compressible, high-dose drug acetaminophen (paracetamol).

It is important to remember that the components have only been physically combined, and not covalently altered in comparison to the corresponding physical blend. That is, the co-processed excipient component individual chemical identities are preserved. The safety of the co-processed excipient can then be bridged to the safety of the individual components, by analytical rather than toxicologic means.

## Adverse Reactions to Excipients

Excipients can be used to enhance drug absorption through a variety of mechanisms resulting in increased bioavailability. It is important that the effect of absorption enhancers

### TABLE 22-3

## Improved Tableting Performance of Acetaminophen (Paracetamol) with Co-Processed Excipients[51]

| API | Co-Processed Excipient | Physical Blend | Improved Parameters Compared to Physical Blend | References |
|---|---|---|---|---|
| Acetaminophen (Paracetamol) | Ludipress | $\alpha$-Lactose monohydrate, Kollidon 30 and Kollidon CL | Stable flow properties | Baykara et al.[52] |
| | Prosolv 90 | Avicel PH 102 and Aerosil | Improved powder and tablet properties except flowability | Lahdenpää et al.[53] |
| | Cellactose | Cellulose and lactose | Improved mechanical properties | Casalderrey et al.[54] |

S. Saha and A. F. Shahiwala, Multifunctional coprocessed excipients for improved tabletting performance. Expert Opin. Drug Deliv. 6, 197–208, doi:10.1517/17425240802708978), reprinted by permission of the Taylor & Francis Ltd, http://www.tandfonline.com.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

618 MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES

### TABLE 22-4

## Common Examples of Adverse Reactions to Excipients

| Excipient | Function | Caution in Practice |
|---|---|---|
| Tartrazine | Coloring agent | Reported cases of hypersensitivity, and hyperkinetic activity in children |
| Aspartame | Sweetener | Caution in patients with phenylketonuria |
| Benzalkonium chloride | Preservative | Bronchoconstriction (nebulizer solutions) and ocular toxicity (soft contact lens solutions) |
| Sodium metabisulfite | Antioxidant | Hypersensitivity, including bronchospasm and anaphylaxis, are reported for all sulfites |
| Propyl gallate | Antioxidant | Contact sensitivity and skin reactions |
| Lactose | Tablet filler | Caution in patients with galactosemia, glucose-galactose malabsorption syndrome, or lactase deficiency |
| Sesame oil | Oil (injections) | Hypersensitivity reactions reported |
| Lanolin (wool fat) | Emulsifier (topical products) | Skin hypersensitivity reactions, caution in patients with known sensitivity |

be transient (i.e., reversible) and that their effect be specific. While this field of excipient research is in the early stages, adverse effects of excipients are well known and were summarized by Haywood and Glass[2] and are shown in Table 22-4.

Although it is impossible to completely cover all the excipients used in pharmaceutical dosage forms used worldwide, this chapter introduces the primary dosage forms together with the most common excipients and several other important considerations about pharmaceutical excipients.

## ORAL SOLID DOSAGE FORMS

In this section the focus will be on oral solid dosage forms, the most common dosage form. Oral solid dosage forms include capsules, both hard and soft, and tablets. The pill was a dosage form common before World War II, but it is no longer made because of the difficulty in the manufacturing process. It is possible to administer the dose as a powder, but there are significant problems with that, and it has also lapsed to marginal use. The most common powders used today are topically applied dusting powders or powders intended to be mixed in a solvent such as water or juice before ingestion (e.g., bulk laxatives).

Tablets and capsules are the most used for ambulatory patients. Their use and function in the manufacture of the dosage form as well as the functioning of the dosage form after administration can be used to classify the types of excipients used. Each can be subdivided into various types based in part on the manufacturing techniques employed or the characteristics of the dosage form desired. There are limitations on the size of the dosage form that can be conveniently used by the patient or caregiver and easily swallowed by the patient. Dosage forms intended for use in special populations such as pediatric patients or geriatric patients are designed differently than those for the general patient populations. As a rule of thumb, the oral solid dosage form must be a minimum of 90 to 100 mg in size so the patient can easily handle it and rarely exceed 1,000 mg to be easily

swallowed. For pediatric patients the 1,000 mg size is unacceptable and often the product is designed as a capsule that can be taken apart and the contents to be sprinkled on apple sauce so the child can swallow it with one or two teaspoonsful of the mixture.

Several common excipient categories, functions, and examples in oral solid dosage forms are listed in Table 22-2.[2] Some of the more important excipients are described below. All excipients used in approved products are well studied and shown to be safe for human and veterinary use.

### Critical Attributes of Excipients Used in Oral Solid Dosage Forms

All oral solid dosage forms contain the API and excipients. While it is obvious why the API is present in oral solid dosage forms the rationale for use of various excipients will be described in this section. There are three critical characteristics of the API/excipient mixture: uniformity, flowability, and compressibility. If these characteristics of the mixture are not optimal the likelihood that a viable dosage form can be produced is low.

Uniformity is primarily based on the uniform distribution of the API throughout the blend prior to filling into capsules or compressing into a tablet. The particle size of the ingredients, particle size distribution, and the relative density difference between ingredients affect the blending process and can cause segregation to begin to occur after blending depending on the storage conditions of the blend and the nature of the vibrations associated with capsule filling and tablet manufacture.

*Chapter 19: Pharmaceutical Micromeritics* described in depth the dynamics of small particles. While the reader is referred to that chapter, some relevant highlights will be reviewed here.

### Uniformity: Blending to Create Uniform Powder Mixtures

The best approach to blending powders is by dividing and recombining the powder bed many times. The blending of

Copyright © 2024 Wolters Kluwer. Unauthorized reproduction of this content is prohibited.

powders can be carried out using conventional blending equipment such as the V blender, so named because of the shape of the blender, and twin shell blender, also so named because of the shape. As the blender rotates the powder moves and begins to slip between the spaces thus increasing the randomness of the mixture. The result is to separate and recombine the powders repeatedly.

The mixing dynamics have been characterized as having three components:

1. Diffusion where particles redistribute by random movement,
2. Convection where a group of adjacent particles move together from one place in the overall blend to another, and
3. Shear where the configuration of ingredients changes through the formation of a slip plane.

In all mixing equipment several things happen almost simultaneously. First the bed of solids expands. This is because the movement of the container adds air to the blend. This allows three-dimensional shear forces to become active (not unlike the type we see in an avalanche on a mountain side). All of this allows the powder to mix and intermingle, but it also allows particles to segregate by particle size and thus fight the intention of making a uniform blend. In other words, the forces involved in the mixing process are opposed by the tendency of smaller particles to migrate to the bottom of powder blends and larger powders to migrate to the top.

It would be preferable to develop a perfect mixture, which would yield the exact same number of particles of each component regardless of where in the mixture the sample is selected. A good example of the difference between a perfect mixture and a random mixture is if you imagine a mixture of two components. If a cross section of the mixture looks like a checkerboard it is a perfect mixture and if the cross section looks like a checkerboard that has been randomly rearranged it is a random mixture. Under normal circumstances, it is more practical to expect a pharmaceutical mixture to be a randomized mixture.

### Post-Mixing Segregation

There should be some adhesion of the particles to prevent post-blending segregation. Each time the powder is moved or subjected to vibration it will begin to separate. A good example of this can be easily seen. If you take a graduated cylinder and fill it most of the way with large particle sugar and add two or three tablespoonsful of powdered sugar to the top. You would then cover the top with plastic wrap and let it stand for several days. What you will see after several days is that the powdered sugar will migrate to the bottom. The energy needed is provided by the constant vibration of the container due to normal vibrations in the earth or the building in which it is housed. During capsule filling or tableting a great deal of vibrational energy is supplied by the equipment and thus during the filling or tableting a powder blend that may have started as a uniformly distributed mixture will

begin to segregate in the hopper that feeds the tableting or capsule filling machines.

One approach to avoiding the un-mixing that might occur during blending or the segregation that will occur during storage or when filling capsules or tableting is to ensure that the particle size range of all the ingredients are approximately the same. Unfortunately, this is not always possible as the particle size of the API must often be adjusted to impart a specific physical characteristic such as rate of dissolution (see *Chapter 13: Disintegration, Dissolution, and Drug Release*). Therefore, adjusting particle size to increase drug dissolution may in fact lead to faster segregation of the powder bed while making the final dosage form. There are some well-understood physical phenomena as well as formulation techniques which can overcome this apparent conundrum.

It is possible to create granules (aggregates of API and excipients) using what are known as a wet granulation technique. This process blends the API and excipients with a binder, which is activated by a solvent. The binder then attaches the particles together to form larger and more spherical particles. Once the particles are dry, they resist segregation because the micronized particles of the API are now bound to the particles of the excipients and no amount of routine vibration will separate them. The resultant granules can be sized using mills resulting in a narrow particle size range thus reducing the potential for segregation while in the tablet machine during tablet manufacture.

If, however, the API is sensitive to moisture and a wet granulation technique cannot be used it is still possible to obtain a uniform blend because of the high surface free energy observed in powders. As seen in *Chapter 10: Interfacial Phenomena*, the free energy associated with the surface increases as the surface area increases. Although it is very hard to directly measure the surface free energy of a solid a solid in contact with air would have a higher free energy than one in contact with a liquid or another solid. This is reflected in the amount of energy we must add to the system to reduce the particle size. Most pharmacy students will have first-hand knowledge of that as they try to reduce the particle size of a powder using a conventional mortar and pestle. Since the total Free Energy of the system is a function of the surface area of the powder exposed to the air, a micronized powder will have a much larger Free Energy per gram than a coarse powder. The laws of thermodynamics (see *Chapter 3: Thermodynamics*) predict that a system will spontaneously try to give up free energy thus the micronized powders will attempt to reduce the amount of surface in contact with air. This force gives rise to a phenomenon called ordered mixing. Thiel and others[55,56] in the late 70s and early 80s published several articles that demonstrated these phenomena. They stated, "Ordered mixtures formed by the adhesion of microfine particles to coarser carrier particles, offer a method of producing highly homogeneous powder mixtures containing a small quantity of microfine material, usually less than 5% by weight." While the adhesive forces that are involved are still not clearly known Crooks postulated "adsorption occurred at crystal

Copyright © 2024 Wolters Kluwer, Unauthorized reproduction of this content is prohibited

 




indentations and irregularities in the larger particle." Thus, what might have been viewed as an insurmountable problem of obtaining a uniform blend when using micronized API is not so when all the factors are considered. Now let us go back and more closely examine the experiment with the powdered sugar added to the top of a graduated cylinder filled with large particle granular sugar. You would note that a large portion of the powdered sugar had migrated to the bottom of the graduated cylinder as was predicted by our understanding of segregation in solid mixtures of different particle size. But on careful observation the larger granules of sugar have some powdered sugar particles now attached to them. This confirms the power of ordered mixing when using a small amount of the highly micronized API.

### Flowability

Flow properties of the final pharmaceutical blend are important especially with high-speed tablet machines. It has been well established that the more spherical the particles the easier it will be for them to flow. It is also been established that larger particles flow better as long as there are some very small particles added to them. This means that granules that are used to ensure uniformity of the blend also increase the flow rate provided there are some smaller particles present. These smaller particles are commonly referred to as "fines."

The common test of flow is to pass a sample of the powder through a powder funnel onto a flat surface and measure the angle the cone makes with the surface. This is called the angle of repose. The smaller the angle the better the flow rate. If glass beads are passed through the funnel the angle would be zero since they would not stack up at all but rather spill all over the flat surface. A powder that is irregularly shaped or made up of very small particle will not flow well and will make a cone with a high angle. Again, the best example at hand is powdered sugar, which will not flow out of the box, while granulated sugar will flow easily out of the box. The most commonly used excipient to be added to a blend of granules to aid in the flow of bulk pharmaceutical powders is colloidal silicone dioxide.

### Compressibility

Finally, it is important that the powder be able to be compressed into a shape and hold that shape. The powder must be able to undergo plastic deformation during compression. The resultant tablet will remain in the shape of the tablet punches and die. The exact mechanism is not clearly the same for all mixtures, but the presence of binders associated with granules can aid in this process through cold bonding between the granules. Too high a compression force can result in an elastic rebound and the tablet will not maintain its shape. Often this can be seen as "capping" phenomena where the curved top of the tablet lifts off after compression.

In the following sections, common classes of excipients will be reviewed.

| TABLE 22-5 |
| --- |
| **Common Pharmaceutical Tablet and Capsule Diluents** |
| Calcium carbonate |
| Dicalcium phosphate |
| Lactose anhydrous |
| Lactose monohydrate |
| Lactose spray process |
| Mannitol |
| Microcrystalline cellulose |
| Sorbitol |
| Starch |
| Sucrose |

### Diluent

Diluents are ingredients incorporated into formulations to increase dosage form volume or weight. They are sometimes referred to as fillers and they often comprise a significant proportion of the dosage form. The quantity and type of diluent selected depend upon its physical and chemical properties and it must be matched to the active ingredient to ensure satisfactory stability and performance. Because the diluent may comprise a large portion of the dosage form, successful and robust manufacturing and dosage form performance is very dependent upon its properties. Among the most important functional roles diluents play is to impart desirable manufacturing properties such as good powder flow, tablet compaction strength, and desired performance including content uniformity, disintegration, dissolution, tablet integrity, friability, and physical and chemical stability. Several commonly used solid dosage form diluents are listed in Table 22-5. Among the most used diluents are lactose, dicalcium phosphate, and microcrystalline cellulose. The grade of the excipient used can also impact the performance of the finished product.

### Binder

Tablet binders (Table 22-6) are incorporated into formulations to facilitate the agglomeration of powder into granules

| TABLE 22-6 |
| --- |
| **Common Pharmaceutical Tablet and Capsule Binders** |
| Hypromellose (HPMC) |
| Povidone |
| Pregelatinized starch |
| Sodium carboxymethylcellulose |
| Starch |

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

during mixing with a granulating fluid such as water, hydroalcoholic mixture, or other solvent. In a wet granulation process, the binder may be either dissolved or dispersed in the granulation liquid or blended in a dry state with other components and the granulation liquid added separately during agitation. Following evaporation of the granulation liquid, binders typically produce dry granules that achieve desirable manufacturing properties such as granule size and size distribution, shape, content, mass, active ingredient content, and compaction properties. Wet granulation facilitates the further processing of the granules by improving one or more granule properties such as flow, handling, strength, resistance to segregation, dustiness, appearance, solubility, compaction, or drug release. Tablet binders are soluble, partially soluble, or dispersible in the granulating solvent. Upon addition of liquid, binders typically facilitate the production of moist granules (agglomerates) by altering interparticle adhesion. During drying, solid bridges are produced that result in significant granule strength.

## Disintegrant

For most tablets and capsules, it is necessary to incorporate a disintegrant to overcome the cohesive strength of the tablet that was generated during compression. Disintegrants (Table 22-7) facilitate the uptake of water into the tablet or swell in contact with water producing an expansion of the tablet and the breakup of the bonds that hold the tablet together. The so-called super disintegrants perform both of these functions and cause tablets to disintegrate very rapidly upon exposure to water.

## Lubricant

Lubricants typically are used to reduce frictional forces between formulation components and metal contact surfaces of manufacturing equipment such as tablet punches and dies (Table 22-8). The most used lubricant in solid dosage forms is magnesium stearate. It is a solid powder that can be blended with other formulation components. Lubricants adhere to solid surfaces (formulation components and equipment parts) and reduce the particle–particle friction or the particle–equipment surface friction. Lubricants are

### TABLE 22-7
### Common Pharmaceutical Tablet and Capsule Disintegrants

| |
|---|
| Alginic acid |
| Crospovidone |
| Microcrystalline cellulose |
| Pregelatinized starch |
| Sodium croscarmellose |
| Sodium starch glycolate |
| Starch |

### TABLE 22-8
### Common Pharmaceutical Tablet and Capsule Lubricants

| |
|---|
| Magnesium stearate |
| Calcium stearate |
| Stearic acid |
| Sodium stearyl fumarate |
| Polyethylene glycol |
| Sodium lauryl sulfate |

typically incorporated in very low levels—often 1% w/w or less. Caution is required, however, because they may retard tablet disintegration or dissolution by creating large hydrophobic surfaces that will not wet or dissolve. Two classes of lubricants are available, such as lipid lubricants such as magnesium stearate and water-soluble lubricants such as SDS, which must be used in higher concentrations (2% to 5%) but which can promote dissolution rather than retard it.

## Glidants and Anticaking Agents

Glidants and anticaking agents (Table 22-9) are used to promote powder flow and to reduce the caking or clumping that can occur when powders are stored in bulk. Glidants and anticaking agents can also reduce the incidence of bridging during the emptying of powder hoppers and during powder processing. Glidants likely work through a combination of adsorption onto the surfaces of larger particles to help reduce particle–particle adhesive and cohesive forces and by being dispersed between the larger particles and acting to reduce the friction between those particles. Anticaking agents generally work by absorbing free moisture that may otherwise permit the formation of particle–particle bridges that can cause caking. The most common glidants are micronized silicon dioxide and talc.

## Wetting and Solubilizing Agents

Surfactants, or surface-active agents, are amphiphilic molecules that contain both a polar and nonpolar region that can function as emulsifying, wetting, and solubilizing agents (see Table 22-10). The amphiphilic nature of surfactants is responsible for two important properties of these compounds that account for a variety of interfacial phenomena.

### TABLE 22-9
### Common Pharmaceutical Tablet and Capsule Glidants and Anticaking Agents

| |
|---|
| Colloidal silicon dioxide |
| Calcium silicate |
| Magnesium silicate |
| Talc |

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

 

### TABLE 22-10

**Common Pharmaceutical Tablet and Capsule Wetting and Solubilizing Agents**

| |
| --- |
| Sodium lauryl sulfate |
| Docusate sodium |
| Lecithin |
| Poloxamer |
| Polysorbate 80 |

One is the ability of surfactant molecules to adsorb at gas–liquid, liquid–liquid, and solid–liquid interfaces to reduce interfacial tension. They also tend to self-associate and form aggregates or micelles once the critical micelle concentration is exceeded. The ability of surfactants to reduce interfacial tension is critical to emulsification and wetting while micelle formation enables the solubilization of water-insoluble compounds. These excipients are added to formulations to facilitate the wetting or solubilization of the drug substance. SDS can be used to perform both lubrication and solubilization in the same dosage form performing the former when dry and the latter when wet.

### Coating Agents

Pharmaceuticals may be coated for several reasons including taste masking, improving ingestion, improving appearance, ease of identification, protecting active ingredients from the environment, and controlling drug release in the GI tract. The materials used in coating systems (Table 22-11) include natural and synthetic or semisynthetic materials. Although more popular decades ago, sugarcoating tablets is still performed. Most are familiar with M&M candy and jellybeans, which are both sugar-coated products that use the same manufacturing technique used in the pharmaceutical industry to make sugar-coated tablets. Some coating materials are used as colloidal dispersions. Titanium dioxide, an inorganic compound, is used in coatings as an opacifier. The coating system forms a layer on the tablet and changes appearance

### TABLE 22-11

**Common Pharmaceutical Tablet and Capsule Coating Agents**

| |
| --- |
| Hypromellose |
| Ethylcellulose |
| Methylcellulose |
| Ammonio methacrylate copolymer |
| Cellulose acetate |
| Cellulose acetate phthalate |
| Methacrylic acid copolymer |
| Sucrose |

(nonfunctional coat) or performance (functional coat). Coating materials that are used must have the ability to form a complete and continuous film or coating system around the tablet that is sufficiently thick and stable. The coating material must be applied uniformly to ensure proper performance by spreading over the surface of the dosage form and coalescing to form a smooth film. One important functional tablet coating is enteric coating. Enteric-coating polymers are insoluble in the acidic environment of the stomach and either protect the drug from the acid of the stomach or protect the stomach from the irritation of the drug. Once the enteric-coated dosage form enters the intestine where the pH is higher, the acid functional group on the polymer ionizes and the polymer dissolves or disintegrates and allows the dosage form to disintegrate and the drug to dissolve.

### Drug Release–Modifying Agents

A variety of excipients, typically polymeric, may be used to delay the release of drug from a dosage form (Table 22-12). Common technologies used for this purpose include matrix tablets, multiparticulate–coated particles, and osmotically controlled dosage forms. Selection of the release-modifying agent is dependent upon the drug properties and the drug release profile that is needed to optimize dosage form performance. In comparing the tables of excipients provided here, excipients may serve different functions depending on how they are used in a formulation. For example, hypromellose (HPMC) may be used as a tablet binder, a delayed-release agent, or a tablet-coating agent depending on the quantity and processing methods used.

### Other Excipients

There are a variety of other excipients (antioxidants, coloring and flavoring agents, dissolution retardants, etc.) that are

### TABLE 22-12

**Common Pharmaceutical Tablet and Capsule Drug Release Modifying Agents**

| |
| --- |
| Hypromellose |
| Hydroxypropyl methylcellulose—acetate succinate |
| Ethylcellulose |
| Ammonio methacrylate copolymer |
| Cellulose acetate |
| Cellulose acetate phthalate |
| Methacrylic acid copolymer |
| Polymethacrylate |
| Carboxymethylcellulose |
| Polyvinylchloride |
| Polyvinylacetate |
| Fatty acids and waxes |

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the content is prohibited.

utilized in solid dosage forms that are not enumerated here. All excipients in a dosage form are there for a reason and current regulatory filings require a dosage form manufacturer to indicate the anticipated function(s) of each ingredient and ensure that they meet standards for safety, efficacy, and quality. The United States Pharmacopeia (USP/NF), the European Pharmacopeia, and the Japanese Pharmacopeia provide publicly available standards for these purposes. The USP/NF (USP 44 NSF 39, 2021), the Handbook of Pharmaceutical Excipients (9th Edition, 2020), and other standard textbooks identify the functional categories of excipients and their typical uses.

## Considerations for Other Dosage Forms

While the most common route of administration for ambulatory patients is oral, injectable and inhalation therapy are also very important while the use of vaginal/rectal suppositories or dosage forms for buccal or sublingual administration is less common.

### Injectables

Injectables are dosage forms intended to administer the API directly into the body. There are several common routes of administration of injectables, each using excipients to ensure that the administered dose causes the least toxicity while eliciting the expected pharmacologic response. The most common are intravenous (IV), intramuscular (IM), subcutaneous (SC), and intradermal (ID).

IV solutions are injected directly into a vein, completely bypassing an "absorption" step. This requires that the solution be isotonic (see *Chapter 5: Molecular Dispersions*). Failure to do this can cause dramatic damage to the circulating cells (e.g., red, and white blood cells) as well as the cells that line the vessels of the cardiovascular system. Thus, the amount of API must be supplemented with an excipient that adds an agent to maintain the proper osmotic pressure, which is a colligative property of all solutions, making the solution iso-osmotic with the blood. Some APIs (e.g., erythromycin) can be inherently irritating to the cardiovascular system but it is incumbent on the formulator to ensure that the overall formulation be as nontoxic as possible. The two most common excipients used for the purpose of ensuring an iso-osmotic solution are sodium chloride and dextrose. The reader is referred back to the *Chapter 5: Molecular Dispersions* for a more in depth discussion of colligative properties of solutions and the impact of both a too high osmotic pressure and a too low osmotic pressure.

Sometimes there is a need to control the pH to enhance the stability of the API. This can present a problem since deviation from the normal pH of the blood (~7.4) can also resulting in an irritating formulation. If the product must have a pH more acidic than the blood to ensure shelf-life stability, the buffer capacity of the solution must be low to allow the normal buffer capacity of the blood to overwhelm the buffer of the product when administered (see *Chapter 7: Buffered and Isotonic Solutions*).

If the product is to be a multi-use injectable then a bacterial preservative is also added such as chlorobutanol, which is used in concentrations up to 0.5%. Chlorobutanol is also a compound with therapeutic uses. It can be used as a sedative in much higher doses than would normally be given to a patient receiving the standard dose of the injectable in which it is used as a preservative. In the case of severe end-of-life pain (e.g., from bone cancer), the level of morphine can escalate from 15 mg every 4 to 6 hours to 1 or 2 g a day in a continuous infusion. In that case the patient will also get a therapeutic dose of the preservative and will appear sedated. The patient is best served by being given extemporaneously prepared preservative free morphine sulfate solution that is prepared fresh each day.

If the API is sensitive to hydrolysis a preparation can be made which can be reconstituted prior to use. This involves preparing the solution or suspension of the API and excipients and freeze drying the mixture under sterile conditions to form an amorphous mass. In this case the excipient of choice is mannitol to maintain the isotonicity of the reconstituted injectable. It is a sugar alcohol that does not discolor during freezing. It is available in a pyrogen free form and is used in weight ranges of 20% to 90% of the dry material. Freeze-drying takes advantage of the process of sublimation to create a solid with an amorphous structure. The solution is first prepared and rapidly frozen. It is then put under a vacuum, which causes the water to sublimate leaving behind the dissolved solids in an amorphous state. When the injectable is needed it is reconstituted by replacing the water lost during freeze drying. Normally water for injection is used to ensure the solution remains sterile and pyrogen free. Because of the high internal energy of the solid it rapidly dissolves or resuspends and is ready for administration.

It is possible to make an IV solution using a poorly water-soluble drug such as Taxol but to do this the drug must be solubilized using a surfactant which forms micelles. The two most commonly used excipients to solubilize Taxol are Tween 80 and Cremophor ELP which themselves can be irritating to the vascular system as the concentration is increased. The formulator must therefore balance the need for the therapeutic benefit with the added vascular irritation.

The IM route is favored for drugs that do not need extremely rapid onset but can more slowly be absorbed from the site of injection to the blood supply. It is also possible to design a dosage form that can reside at the site of injection and slowly release the drug over days. Most often this requires the use of oil as the solvent for the API. Corn oil is used as a solvent for many IM injections. Other digestible oils can be used but the formulator must be careful to avoid oils that have been associated with allergic reactions such as peanut oil. The volume of injection must also be controlled because the injection site will cause the muscle tissue to separate and more than 5 mL of injection can cause severe pain even when administered in the gluteus maximus. It should be obvious that an oil injectable does not need additional excipients to add osmotic pressure as it is not an aqueous

solution but a preservative might be needed to reduce or eliminate degradation of the oil as well as the API.

While the containers are not strictly speaking excipients their compatibility with the API and the excipients used must also be considered.

# ◼ CHAPTER SUMMARY

Excipients are essential elements in all finished dosage forms that allows the API to be made available to the patient in a convenient and reliable way to ensure the best outcome for the therapy. It is well known that excipients can play multiple roles in a single formulation and quite different roles in other formulations depending on their form, the intended route of administration, the process used for manufacturing the dosage form, etc. It is also well known that excipients can exert biologic effects that change drug absorption and bioavailability as well as cause adverse reactions. While it is impossible in a single chapter to cover all the uses of the over 300 approved excipients used in approved drug product throughout the world the reader should be able to extrapolate from the discussion the usefulness of various excipients in the most common dosage forms.

## References and Notes

1. L. K. Golightly, S. S. Smolinske, M. L. Bennett, E. W. Sutherland, III, and B. H. Rumack, Pharmaceutical excipients. Adverse effects associated with inactive ingredients in drug products (Part I), Med. Toxicol. Adv. Drug Exp. 3, 128–165, 1988.
2. A. Haywood and B. D. Glass, Pharmaceutical excipients – where do we begin? Australian Prescriber. 34, 112–114, 2011.
3. Center for Drug Evaluation and Research (CDER), FDA U.S. Department of Health & Human Services, Center for Biologics Evaluation and Research (CBER), 2005.
4. IPEC, 1–50, Brussels, Belgium, 2021.
5. C. Ballentine, in FDA Consumer Magazine, FDA, Bethesda, MD, 1981.
6. U. S. F. D. Administration, *Inactive Ingredient Search for Approved Drug Products*, https://www.accessdata.fda.gov/scripts/cder/iig/Index.cfm, 2022. Last Accessed 3 July 2022.
7. G. Pifferi and P. Restani, The safety of pharmaceutical excipients. Farmaco. 58, 541–550, 2003.
8. M. Kubbinga, L. Moghani, and P. Langguth, Novel insights into excipient effects on the biopharmaceutics of APIs from different BCS classes: lactose in solid oral dosage forms, Eur. J. Pharm. Sci. 61, 27–31, 2014.
9. W. H. Organization, Annex 9 guide to good storage practices for pharmaceuticals, 2003.
10. Center for Drug Evaluation and Research (CDER), FDA U.S. Department of Health & Human Services, Center for Biologics Evaluation and Research (CBER), 2003.
11. Food and Drug Administration (FDA) U.S. Department of Health & Human Services, Center for Drug Evaluation and Research, Washington, D.C., 1998.
12. T. Uchimoto et al., A comparative study of glycerin fatty acid ester and magnesium stearate on the dissolution of acetaminophen tablets using the analysis of available surface area, Eur. J. Pharm. Biopharm. 78, 492–498, 2011.
13. W. A. Strickland, Jr., E. Nelson, L. W. Busse, and T. Higuchi, The physics of tablet compression. IX. Fundamental aspects of tablet lubrication, J. Am. Pharm. Assoc. Am. Pharm. Assoc. 45, 51–55, 1956.
14. O. K. Udeala, J. O. Onyechi, and S. I. Agu, Preliminary evaluation of dika fat, a new tablet lubricant, J. Pharm. Pharmacol. 32, 6–9, 1980.
15. L. Estrada Flores, R. Lopez Arellano, and J. J. Diaz Esquivel, Lubricant susceptibility of Cellactose and Avicel PH-200: a quantitative relationship, Drug-Dev. Ind. Pharm. 26, 297–305, 2000.
16. G. Levy and R. H. Gumtow, Effect of certain tablet formulation factors on dissolution rate of the active ingredient. III. Tablet lubricants, J. Pharm. Sci. 52, 1139–1144, 1963.
17. K. S. Murthy and J. C. Samyn, Effect of shear mixing on in vitro drug release of capsule formulations containing lubricants, J. Pharm. Sci. 66, 1215–1219, 1977.
18. S. J. Homg and S. K. Kim, Effect of formulation factors on dissolution rate of nitrofurantoin tablet, Soul. Taehakkyo. Yakhak. Nonmunjip. 10, 25–38, 1985.
19. A. Uzunovic and E. Vranic, Effect of magnesium stearate concentration on dissolution properties of ranitidine hydrochloride coated tablets, Bosn. J. Basic Med. Sci. 7, 279–283, 2007.
20. J. W. Moore and H. H. Flanner, Mathematical comparison of curves with an emphasis on in vitro dissolution profiles, Pharm. Technol. 20, 64–74, 1996.
21. Y. Guo, J. Luo, S. Tan, B. O. Otieno, and Z. Zhang, The applications of vitamin E TPGS in drug delivery, Eur. J. Pharm. Sci. 49, 175–186, 2013.
22. D. P. Elder, M. Kuentz, and R. Holm, Pharmaceutical excipients – quality, regulatory and biopharmaceutical considerations, Eur. J. Pharm. Sci. 87, 88–99, 2016.
23. P. Kozarewicz and T. Loftsson, Novel excipients – regulatory challenges and perspectives – the EU insight, Int. J. Pharm. 546, 176–179, 2018.
24. USP, in *USP 35-NF 30 (United States Pharmacopeial Convention)*, 598–609, USP, Rockville, MD, 2012.
25. Y. Kudo, M. Yasuda, and S. Matsusaka, Effect of particle size distribution on flowability of granulated lactose. Adv. Powder Technol. 31, 121–127, 2020.
26. R. Dansereau and G. E. Peck, The effect of the variability in the physical and chemical properties of magnesium stearate on the properties of compressed tablets. Drug Dev. Ind. Pharm. 13, 975–999, 1987.
27. USP, in *USP 34- NF 29 (United States Pharmacopeial Convention)*, 1571–1157, USP, Rockville, MD, 2009.
28. D. Harper, in *Online Etymology Dictionary*. https://www.etymonline.com/ (last accessed 11/7/2022).
29. H. G. Liddell and R. Scott, in *A Greek–English Lexicon at the Perseus Project*.
30. ICH, in International Conference on Harmonisation of Technical Requirements for Registration of Pharmaceuticals for Human Use, 1–18.
31. R. Velagaleti, D. C. C., W. Brock, R. Osterberg, and J. M Goldring, Regulatory update: the IPEC novel excipient safety evaluation procedure, Pharm. Technol. 33, 2009.
32. U. S. F. D. A., Center for Drug Evaluation and Research (CDER), 2016.
33. I. Nofrerias et al., Comparison between microcrystalline celluloses of different grades made by four manufacturers using the SeDeM diagram expert system as a pharmaceutical characterization tool, Powder Technol. 342, 780–788, 2019.
34. J. J. Modeleszewski and D. A. Ballard, Coprocessed galactomannan-glucomannan, 1996.
35. D. K. Mehra, K. P. West, and J. D. Wiggins, Coprocessed microcrystalline cellulose and calcium carbonate composition and its preparation, EP0193984B1, European Patent, 1988.
36. M. J. Tobyn, G. P. McCarthy, J. N. Staniforth, and S. Edge Physicochemical comparison between microcrystalline cellulose and silicified microcrystalline cellulose. Int. J. Pharm. 169, 183–194, 1998.
37. A. Munoz-Ruiz, M. V. V. Antequera, M. Del Carmen Monedero Perales, and M. R. J. -C. Ballesteros, Tabletting properties of new granular microcrystalline celluloses. Eur. J. Pharm. Biopharm. 40, 36–40, 1994.
38. F. Khan and N. Pilpel The effect of particle size and moisture on the tensile strength of microcrystalline cellulose powder. Powder Technol. 48, 145–150, 1986.
39. J. A. Zeleznik, J. Virtanen and B. E. Sherwood, in AAPS Conference, PT 6167.
40. J. N. Staniforth and M. Chatrath, in AAPS Conference, PT 6206.
41. International Pharmaceutical Excipients Council: www.ipecamericas.org, 2014. Last accessed 3 July 2022.
42. IPEC. International Pharmaceutical Excipients Council: General Glossary of Terms and Acronyms, www.ipecamericas.org, 2014. Last accessed 3 July 2022.
43. A. Aljaberi et al., Tableting functionality evaluation of Prosolv Easytab in comparison to physical mixtures of its individual components, J. Drug Deliv. Sci. Technol. 23, 499–504, 2013.

44. S. K. Nachaegari and A. K. Bansal, Coprocessed excipients for solid dosage forms, Pharm. Technol. 28, 52–65, 2004.

45. A. I. Arida and M. M. Al-Tabakha, Cellactose a co-processed excipient: a comparison study, Pharm. Dev. Technol. 13, 165–175, 2008.

46. J. Muzikova and P. Novakova, A study of the properties of compacts from silicified microcrystalline celluloses, Drug. Dev. Ind. Pharm. 33, 775–781, 2007.

47. A. Aljaberi, A. Chatterji, N. H. Shah, and H. K. Sandhu Functional performance of silicified microcrystalline cellulose versus microcrystalline cellulose: a case study, Drug Dev. Ind. Pharm. 35, 1066–1071, 2009.

48. I. Rashid, M. Al-Remawi, S. A. Leharne, B. Z. Chowdhry, and A. Badwan, A novel multifunctional pharmaceutical excipient: modification of the permeability of starch by processing with magnesium silicate, Int. J. Pharm. 411, 18–26, 2011.

49. J. A. Dressler and K. G. Wagner, A corn starch/a-lactose monohydrate compound as a directly compressible excipient, Pharm. Technol. 15, 33–38, 2003.

50. J. Muzikova and I. Eimerova A study of the compaction process and the properties of tablets made of a new co-processed starch excipient. Drug. Dev. Ind. Pharm. 37, 576–582, 2011.

51. S. Saha and A. F. Shahiwala, Multifunctional coprocessed excipients for improved tabletting performance, Expert Opin. Drug Deliv. 6, 197–208, 2009.

52. T. Baykara, G. Duman, K. Ş. Özşener, Ş. Ordu, and B. Özateş, Comparing the compressibility of ludipress with the other direct tableting agents by using acetaminophen as an active ingredient, Drug Dev. Ind. Pharm. 17, 2359–2371, 1991.

53. E. Lahdenpää, O. Antikainen, and J. Yliruusi, Direct compression with silicified and non-silicified microcrystalline cellulose: Study of some properties of powders and tablets, STP Pharm. Sci. 11, 129–135, 2001.

54. M. Casalderrey, C. Souto, A. Concheiro, J. L. Gomez-Amoza, and R. Martinez-Pacheco, A comparison of drug loading capacity of cellactose with two ad hoc processed lactose-cellulose direct compression excipients, Chem. Pharm. Bull (Tokyo). 52, 398–401, 2004.

55. W. J. Thiel and L. T. Nguyen, Fluidized bed granulation of an ordered powder mixture, J. Pharm. Pharmacol. 34, 692–699, 1982.

56. M. J. Crooks and R. Ho, Ordered mixing in direct compression of tablets, Powder Technol. 14, 161–167, 1976.

## Recommended Readings

*Pharmaceutical Excipients Characterization by IR, Raman and NMR Spectroscopy* by David E. Bugay and W. Paul Findlay published by Marcel Dekker contains useful information on the spectroscopy of a large number of excipients.

The most complete compilation of the physical and chemical nature of the excipients that are currently in pharmaceutical products in the market throughout the world is found in the *Handbook of Pharmaceutical Excipients* edited by Rowe, Sheskey and Owens and published jointly by the American Pharmacists Association and the Pharmaceutical Press. This text also includes information on the relative safety of the excipients and its most common use.

The three major pharmacopeias all have sections on material used as excipients (US Pharmacopeia, European Pharmacopeia and the Japanese Pharmacopeia).

There are several publications, which compile information useful to the formulator with regard to all of the excipients currently used in marketed pharmaceutical products. The United States Food and Drug Administration has a list of inactive ingredients on its web site which lists all the inactive ingredients used in approved products in the United States along with the concentration in the dosage form. Formulators developing a new product will look to this list to determine the amount of an excipient that can be in the new dosage form without the need to establish safety thus reducing the need for extensive toxicology studies on the excipient.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the contents of this material is prohibited.

# Exhibit 26

US011872214B2

(12) **United States Patent**
Palepu et al.

(10) **Patent No.:**    **US 11,872,214 B2**
(45) **Date of Patent:**    *Jan. 16, 2024

(54) **FORMULATIONS OF BENDAMUSTINE**

(71) Applicant: **Eagle Pharmaceuticals, Inc.**, Woodcliff Lake, NJ (US)

(72) Inventors: **Nagesh R. Palepu**, Southampton, PA (US); **Philip Christopher Buxton**, Uxbridge (GB)

(73) Assignee: **Eagle Pharmaceuticals, Inc.**, Woodcliff Lake, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **18/081,251**

(22) Filed: **Dec. 14, 2022**

(65) **Prior Publication Data**

US 2023/0115693 A1    Apr. 13, 2023

**Related U.S. Application Data**

(63) Continuation of application No. 17/412,623, filed on Aug. 26, 2021, which is a continuation of application No. 16/509,920, filed on Jul. 12, 2019, now Pat. No. 11,103,483, which is a continuation of application No. 16/015,656, filed on Jun. 22, 2018, now abandoned, which is a continuation of application No. 15/432,335, filed on Feb. 14, 2017, now Pat. No. 10,010,533, which is a continuation of application No. 15/013,436, filed on Feb. 2, 2016, now Pat. No. 9,572,797, which is a continuation of application No. 14/031,879, filed on Sep. 19, 2013, now Pat. No. 9,265,831, which is a continuation of application No. 13/016,473, filed on Jan. 28, 2011, now Pat. No. 8,609,707.

(60) Provisional application No. 61/299,100, filed on Jan. 28, 2010.

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 9/08* | (2006.01) |
| *A61K 47/10* | (2017.01) |
| *A61K 47/18* | (2017.01) |
| *A61P 35/00* | (2006.01) |
| *A61K 31/4184* | (2006.01) |
| *A61K 47/20* | (2006.01) |
| *A61K 47/12* | (2006.01) |
| *A61K 47/22* | (2006.01) |
| *A61K 9/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ *A61K 31/4184* (2013.01); *A61K 9/08* (2013.01); *A61K 47/10* (2013.01); *A61K 47/12* (2013.01); *A61K 47/18* (2013.01); *A61K 47/20* (2013.01); *A61K 47/22* (2013.01); *A61K 9/0019* (2013.01)

(58) **Field of Classification Search**
CPC ...... A61K 31/4184; A61K 9/08; A61K 47/10; A61K 47/12; A61K 47/18; A61K 47/20; A61K 47/22; A61K 9/0019
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,071,620 | A | 1/1978 | Sklar |
| 4,711,906 | A | 12/1987 | Von et al. |
| 4,879,286 | A | 11/1989 | Alam et al. |
| 5,204,335 | A | 4/1993 | Sauerbier et al. |
| 5,223,515 | A | 6/1993 | Mikura et al. |
| 5,741,523 | A | 4/1998 | Teagarden et al. |
| 7,252,799 | B2 | 8/2007 | Miekka et al. |
| 7,772,274 | B1 | 8/2010 | Palepu |
| 8,076,366 | B2 | 12/2011 | Courvoisier et al. |
| 8,344,006 | B2 | 1/2013 | Drager et al. |
| 8,389,558 | B2 | 3/2013 | Alakhov et al |
| 8,609,707 | B2 | 12/2013 | Palepu et al. |
| 8,791,270 | B2 | 7/2014 | Brittain et al. |
| 9,000,021 | B2 | 4/2015 | Sundaram et al. |
| 9,034,908 | B2 | 5/2015 | Sundaram |
| 9,144,568 | B1 | 9/2015 | Sundaram |
| 9,265,831 | B2 | 2/2016 | Palepu et al. |
| 9,572,796 | B2 | 2/2017 | Palepu et al. |
| 9,572,797 | B2 | 2/2017 | Palepu et al. |
| 9,572,887 | B2 | 2/2017 | Sundaram |
| 9,572,888 | B2 | 2/2017 | Sundaram |
| 9,579,384 | B2 | 2/2017 | Sundaram et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1850048 A | 10/2006 |
| CN | 101584668 A | 11/2009 |

(Continued)

OTHER PUBLICATIONS

Kumar et al. (AAPS PharmSciTech 2006;7(3):E1-E7) (Year: 2006).*
McGinity et al. (Journal of Pharmaceutical Sciences 1975;64(2):356-357) (Year: 1975).*

(Continued)

*Primary Examiner* — Ernst V Arnold
(74) *Attorney, Agent, or Firm* — BakerHostetler

(57) **ABSTRACT**

Long term storage stable bendamustine-containing compositions are disclosed. The compositions can include bendamustine or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable fluid which can include in some embodiments PEG, PG or mixtures thereof and an antioxidant or chloride ion source. The bendamustine-containing compositions have less than about 5% total impurities, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

**9 Claims, No Drawings**

EXHIBIT
TROUT
6

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 9,597,397 B2 | 3/2017 | Sundaram |
| 9,597,398 B2 | 3/2017 | Sundaram |
| 9,597,399 B2 | 3/2017 | Sundaram |
| 10,010,533 B2 | 7/2018 | Palepu et al. |
| 2002/0102215 A1 | 8/2002 | Klaveness et al. |
| 2002/0122768 A1 | 9/2002 | Liu et al. |
| 2004/0014964 A1 | 1/2004 | Cheesman et al. |
| 2004/0043069 A1 | 3/2004 | Vanderbist et al |
| 2005/0025702 A1 | 2/2005 | Decicco et al. |
| 2005/0042285 A1 | 2/2005 | Ukai et al |
| 2006/0035945 A1 | 2/2006 | Attardo et al. |
| 2006/0128777 A1 | 6/2006 | Bendall et al |
| 2006/0159713 A1 | 7/2006 | Brittain et al. |
| 2006/0205694 A1 | 9/2006 | Alonso et al. |
| 2007/0116729 A1 | 5/2007 | Palepu |
| 2008/0118544 A1 | 5/2008 | Wang |
| 2009/0082416 A1 | 3/2009 | Czarnik |
| 2009/0209606 A1 | 8/2009 | Bendall et al. |
| 2009/0264488 A1 | 10/2009 | Cooper et al |
| 2009/0325978 A1 | 12/2009 | Onai et al. |
| 2010/0092474 A1 | 4/2010 | Gallagher et al. |
| 2010/0145266 A1 | 6/2010 | Orlowski |
| 2010/0216858 A1 | 8/2010 | Popek et al. |
| 2010/0247669 A1 | 9/2010 | Eliasof et al. |
| 2010/0273730 A1 | 10/2010 | Hsu et al. |
| 2011/0015244 A1 | 1/2011 | Alakhov et al. |
| 2011/0015245 A1 | 1/2011 | Alakhov et al |
| 2011/0184036 A1 | 7/2011 | Palepu et al. |
| 2011/0190363 A1 | 8/2011 | Drager et al. |
| 2012/0059000 A1 | 3/2012 | Ren et al. |
| 2012/0071532 A1 | 3/2012 | Cooper et al. |
| 2012/0157505 A1 | 6/2012 | Labell et al. |
| 2012/0308516 A1 | 12/2012 | Hlavinka et al. |
| 2013/0041003 A1 | 2/2013 | Brittain et al. |
| 2013/0041004 A1 | 2/2013 | Drager et al. |
| 2013/0210878 A1 | 8/2013 | Soppimath et al. |
| 2013/0210879 A1 | 8/2013 | Palepu et al. |
| 2013/0217888 A1 | 8/2013 | Shrawat et al. |
| 2013/0253025 A1 | 9/2013 | Sundaram |
| 2014/0094496 A1 | 4/2014 | Sundaram |
| 2014/0275196 A1 | 9/2014 | Sundaram |
| 2018/0000789 A1 | 1/2018 | Palepu et al. |
| 2018/0000938 A1 | 1/2018 | Sundaram |
| 2018/0185488 A1 | 7/2018 | Sundaram |
| 2018/0296535 A1 | 10/2018 | Palepu et al. |
| 2018/0296536 A1 | 10/2018 | Palepu et al. |
| 2018/0369383 A1 | 12/2018 | Sundaram |
| 2019/0192659 A1 | 6/2019 | Sundaram |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 102164579 A | 8/2011 |
| DE | 80967 A | 1/1970 |
| DE | 159289 A1 | 3/1983 |
| JP | 09-508128 A | 8/1997 |
| JP | 2005-537285 A | 12/2005 |
| JP | 2008-526991 A | 7/2008 |
| JP | 2012-503666 A | 2/2012 |
| JP | 2012-525387 A | 10/2012 |
| JP | 2015-501814 A | 1/2015 |
| WO | 99/01118 A2 | 1/1999 |
| WO | 2001/097860 | 12/2001 |
| WO | 2001/097861 | 12/2001 |
| WO | 2001/098294 | 12/2001 |
| WO | 02/02125 A1 | 1/2002 |
| WO | 2006/054315 A1 | 5/2006 |
| WO | 2006/110551 A2 | 10/2006 |
| WO | 2010/036702 A1 | 4/2010 |
| WO | 2010/126676 A1 | 11/2010 |
| WO | 2010/148288 A2 | 12/2010 |
| WO | 2011/094565 A1 | 8/2011 |
| WO | 2011/103150 A2 | 8/2011 |
| WO | 2012/015810 A2 | 2/2012 |
| WO | 2013/142358 A1 | 9/2013 |

OTHER PUBLICATIONS

Wasylaschuk et al. (Journal of Pharmaceutical Sciences, vol. 96, No. 1, Jan. 2007:106-116), (Year: 2007).*

Pokorny et al., Antioxidants in Food Practical Applications 2001, CRC Press, p. 324.

Poulsen, Introduction to Chemistry (2010).

Pramod K. Gupta, et al., "Injectable Drug Development Techniques to Reduce Pain and Irritation", pp. 183, Informa Healthcare, 2008, ISBN 13: 978-1-5749-1095-7.

Preiss et al., "Pharmacological and clinical date of Bendamustine," 17th International Cancer Congress, pp. 1637-1640 (1998).

Preiss et al., Studies on the Pharmacokinetics of Bendamustine (Cytostasan®) in Humans, Pharmazie, 40(11):782-784 (1985).

R.A. Pethrick et al., Excerpt from Polymer Yearbook 13, CRC Press, Oct. 1, 1996, Technology & Engineering Vinogradova et al

Rassachaert et al., "A phase 1 study of bendamustine hydrochloride administered once every 3 weeks in patients with solid tumors," Anti-Cancer Drugs, vol. 18 No. 5 pp. 587-595 (2007).

Remington's Pharmaceutical Sciences, 18th edition, (1990), p. 1322.

Remington's Pharmaceutical Sciences, 18th edition, (1990), pp. 1286-1288.

Remington's Pharmaceutical Sciences 1990 (Eighteenth Edition), Mack Publishing Company, Chapter 85, 1570-1580.

Renu Chadha, et al., Drug Carrier Systems for Anticancer Agents: A Review, Journal of Scientific & Industrial Reasearch, vol. 67, pp 185-197, 2008.

Ribomustin Monograph (Updated Aug. 2005).

Ribomustin Monograph (Updated Jan. 2002).

Ribomustin Product Information, Janssen-Cilag Pty Ltd (Updated Sep. 15, 2016).

Rote Liste 1996 for Ribomustin (86 023).

Rote Liste 2003 for Ribomustin (86 045).

Rowe et al. Handbook of Pharmaceutical Excipients. 6th edition, 2009, pp. 454-455

Rowe et al., "Handbook of Pharmaceutical Excipients." Pharmaceutical Press, 6th edition pp. 857 (extract from index) (2009).

Rowe, et al., (ed) Handbook of Pharmaceutical Excipients, 5th ed., Pharmaceutical Press, pp. 545-550, Polyethylene Glycol, 2006

Safety Data Sheet, Lactic Acid, 88%, Columbus Chemical Industries, 2013

Scasnar at al., Radiochemical Assay of Stability of 14C-Cytostasan Solutions During Preparation and Storage, Journal of Radioanalytical and Nuclear Chemistry, Articles 121(2):489-497 (1988).

Schoffski et al., "Weekly administration of bendamustine: A phase 1 study in patients with advanced progressive solid tumors," Annals of Oncology II, pp. 729-734 (2000).

Schoffski et al., Repeated administration of short infusions of bendamustine: a phase 1 study in patients with advanced progressive solid tumours, J. Cancer Res Clin Oncol, vol. 126 No. 1 pp 41-47 (2000).

Schwanen et al., In vitro evaluation of bendamustine induced apoptosis in B-chronic lymphocytic leukemia, Leukemia 16.2096-2105 (2002).

Seilinder, Hydrolytic degradation of IMI:13393, American Chemical Society, 2018

Seager et al., Structure of Products Prepared by Freeze-Drying Solutions Containing Organic Solvents, PDA Journal of Pharmaceutical Science and Technology, 39(4):161-179 (1985).

Search History issued in connection with PCT US2013 32295 dated May 10, 2013

Shah et al., Physical, Chemical, and Bioavailability Studies of Parenteral Diazepam Formulations Containing Propylene Glycol and Polyethylene Glycol 400, Drug Development and Industrial Pharm.), 17:12, 1635-1654 (Oct. 20, 2008).

Sigma-Aldrich, Webpage Catalog for poly(ethylene glycol), http://www.sigmaaldrich.com/catalog/product/aldrich/202398?lang=en&ion-US, accessed Nov. 15, 2015 (2 pages).

Sikora, "Cancer drug development in the post-genomic age," Current Science, vol. 81 No. 5 pp. 549-554 (2001)

Spectra Analysis, Inc., Oxidative Degradation of Polyethyleneglycol... Application Note 016, Mar. 2008.

(56)  **References Cited**

OTHER PUBLICATIONS

Spiegel et al., "Use of Nonaqueous Solvents in Parenteral Products," Journal of Pharmaceutical Sciences, vol. 52, No. 10 pp. 917-927 (1963).

Strickley, Solubilizing Excipients in Oral and Injectable Formulations, Pharmaceutical Research 21(2):201-230 (Feb. 2004).

Supplemental European Search Report issued in connection with PCT US2011/022958 dated Dec. 16, 2013.

T. W. Graham Solomons, Organic Chemistry (John Wiley & Sons, 3d ed. 1984).

Tageja, Bendamustine Safety and Efficacy in the Management of Indolent Non-Hodgkins Lymphoma. Clinical Medicine Insights: Oncology 2011:5 145-156.

Teagarden & Baker, Practical Aspects of Freeze-Drying of Pharmaceutical and Biological Products Using Non-Aqueous Co-Solvent Systems, Chapter 8 in Freeze-Drying/Lyophilization of Pharmaceutical and Biological Products, 239-76 (2nd Edition, Edited by Rey, L. & May, J., Marcel Dekker, New York) (2004).

Teagarden & Baker, Practical Aspects of Lyophilization Using Non-Aqueous Co-Solvent Systems, 15 Eur. J. Pharma. Sciences, 115-33 (2002).

Teva Pharmaceuticals International GMBH, et al. v. Apotex Inc., et al—Civil Action 1:17-cv-01164: Defendants Apotex Inc. and Apotex Corp.'s Answer to Complaint, Defenses and Counterclaims (Document 17), dated Nov. 27, 2017.

Teva Pharmaceuticals International GMBH, et al. v. Fresenius Kabi USA, LLC.—Civil Action No. 1:17-cv-01201: Answer to Complaint, Separate Defenses, and Counterclaims (Document 10), dated Sep. 15, 2017.

Teva Pharmaceuticals International GMBH, et al. v. Fresenius Kabi USA, LLC.—Civil Action No. 1:17-cv-01201: Answer to Fresenius Kabi USA, LLC's Counterclaims (Document 14), dated Oct. 6, 2017.

Teva Pharmaceuticals International GMBH, et al. v. Fresenius Kabi USA, LLC.—Civil Action No. 1:17-cv-01201: Complaint (Document 1), dated Aug. 24, 2017.

Teva Pharmaceuticals International GMBH, et al. v. Fresenius Kabi, LLC., et al—Civil Action No. 1:18-cv-01586: Answer to Fresenius Kabi USA, LLC''s Counterclaims (Document 13), dated Nov. 27, 2018.

Teva Pharmaceuticals International GMBH, et al. v. Fresenius Kabi, LLC., et al—Civil Action No. 1:18-cv-01586: Complaint (Document 1), dated Oct. 15, 2018.

Teva Pharmaceuticals International GMBH, et al. v. Fresenius Kabi, LLC., et al  Civil Action No. 1:18-cv-01586: Defendant Mylan Laboratories LTD.'s Answer to Complaint for Patent Infringement (Document 11), dated Nov. 9, 2018

Teva Pharmaceuticals International GMBH, et al. v. Fresenius Kabi, LLC., et al.—Civil Action No. 1:18-cv-01586: Defendant Fresenius Kabi USA, LLC's Answer to Complaint, Separate Defenses, and Counterclaims (Document 9), dated Nov. 6, 2018.

Teva Pharmaceuticals International GMBH, et al. v. Mylan Laboratories Limited—Civil Action No. 1:17-cv-01790: Complaint (Document 1), dated Dec. 12, 2017.

Teva Pharmaceuticals International GMBH, et al. v. Slayback Pharma Limited Liability Company—Civil Action No. 1:18-cv-00117: Complaint (Document 1), dated Jan. 19, 2018.

Teva Pharmaceuticals International GMBH, et al. v Slayback Pharma Limited Liability Company—Civil Action No. 1:18-cv-00117: Defendant Slayback Pharma Limited Liability Company's Answer to Complaint, Addtional Defenses and Counterclaims (Document 9), dated Feb. 12, 2018

Teva Pharmaceuticals International GMBH, et al. v. Apotex Inc., etal—Civil Action No. 1:17-cv-01164: Complaint (Document 1), dated Aug. 18, 2017.

Thiesen, "Bendamustine, a well-tollerated cytotoxic agent used in Germany for may years, is soon to be marketed in the rest of Europe for a range of indicatons including chronic lymphocytic leukaemia," pp. 1-4 (2010). Available at http: www.hospitalpharmacyeurope. com featured-articles bendamustine.

Third Party Submission in related EP2528602 based on PCT US2011 022958 dated Nov. 19, 2013 (9 pages).

Thomas A. Jennings, Lyophilization, Introduction and Basic Principles (2006)(original copyright 1999).

Treanda (Highlights of prescribing information 2008) (Year: 2008).

Treanda, "Highlights of Prescribing Information," Treanda ( bendamustine hydrochloride) for Injection, for intravenous infusion, pp. 1-13 (2010).

Treanda, "Highlights of Prescribing Information," Treanda ( bendamustine hydrochloride) for Injection, for intravenous infusion, pp. 1-6 (2008).

U.S. Pharmacopeia 32-NF-27-General Notices and Requirements (2009).

USP 24/NF 19 (2000) entry for Propylene Glycol (USP).

V.G. Vinogradova, et al., Polymer Yearbook 13, New Metal Chelates as Antioxidant Stabilizers for Polymers . . . , pp. 87-111, 1996.

V.M. Mikhal'chuk, et al., Antioxidative Stabilization of Polyethylene . . . , Russian Journal of Applied Chemistry, vol. 77, No. 1, pp. 131-135, 2004.

Vlok, Manual of Nursing, vol. 1 (9th edition), 1988.

W. Furst, et al., "About the Hydrolytic Decomposition of IMET 3393," Pharmazeutische Zentralhalle, vol. 108, Issue 9, pp. 608-614, 1969 (English translation and the original article).

Wayne P. Olson, Volatile Solvents for Drying and Microbial Kill in the Final Container, Pharmaceutical Engineering, 110-118(1997).

Weide et al., Bendamustine Mitoxantrome and Rituximab (BMR): A New Effective Regimen for Refractory or Relapsed Indolent Lymphomas, Leukemia & Lymphoma, 43(2):327-331 (2002).

Werner et al., Hydrolysis Products of Cancerostatic Cytostasan(Registered) (Bendamustine), 42 (4) Die Pharmazie. Govi Verlag Pharmazeutischer Verlag GMBH, Eschborn, DE, 272-73.

William H. Brown, Organic Chemistry 5th Edition, pp. 358-360, 2009.

Wittaya-Areekul and Nail, Freeze-Drying of tert-Butyl Alcohol/ Water Cosolvent Systems: Effects of Formulation and Process Variables on Residual Solvents, Journal of Pharmaceutical Sciences 87(4):491-495 (1998).

Written Opinion issued in counterpart PCT US2013 032289 dated Jun. 6, 2013.

Written Opinion issued in counterpart PCT US2013 032295 dated Jun. 3, 2013.

Zimmerman et al., Elements of Organic Chemistry (1977).

Zips et al., "New Anticancer Agents In Vitro and In Vivo Evaluation," In Vivo,vol. 19 pp. 1-8 (2005).

Zumdahl et al., Chemistry, 7th Ed. (2007).

Gandhi & Burger, Bendamustine in B cell malignancies: the new, 46-year old kid on the block. Clin Cancer Res. Dec. 15, 2009; 15(24):7456-7461.

Gibson et al., "Pharmaceutical preformulation and formulation: A practical guide from candidate drug selection to commercial dosage form", Informa Healthcare USA, 2009, vol. 199, 2d ed, pp. 1-559.

Glimelius et al., Bolus-Injection (2-4 min) Versus Short-term (10-20 min) Infusion of 5-Fluorouracil in Patients with Advanced Colorectal Cancer: a Prospective Randomised Trial, Eur J. Cancer, 34, 674-678 (1998).

Gust and Krauser, Investigations on the Stability of Bendamustin, a Cytostatic Agent of the Nitrogen Mustard Type I. Synthesis, Isolation, and Characterization of Reference Substances, in Monatshefte fur Chemie, 128:291-99 (1997).

Heider et al., Efficacy and Toxicity of Bendamustine in Patients with Relapsed Low-Grade non-Hodgkin's Lymphomas, Anticancer Drugs, 12, 725-729 (2001).

HFSA Guidelines, Journal of Cardiac Failure vol. 16 No. 6 (2010)

ICH Harmonised Tripartite Guideline. Stability testing of New Drug Substances and Products Q1A(R2), dated Feb. 6, 2003.

Interlocutory decision in Opposition proceedings of EP 2528602 issued Apr. 8, 2019.

International Conference on Harmonisation in Guideline on Impurities in New Drug Products: Availability. 62 Fed. Reg. 27, 454-27,461 (May 19, 1997).

International Search Report and Written Opinion for No. PCT US2013 032289 dated Jun. 6, 2013. (5 Pages).

(56) **References Cited**

OTHER PUBLICATIONS

International Search Report and Written Opinion issued in counterpart PCT/US2013/032295 dated Jun. 2013 (4 pages).

International Search Report and Written Opinion of International application based on PCT US2011 022958, dated Apr. 2011 (8 pages).

Jay S. Trivedi, et al., Water-Insoluble Drug Formulation, 7. Solubilization Using CoSolvent Approach, pp. 141-168, 2000.

Jay S. Trivedi, Water-Insoluble Drug Formulation, Second Edition, 9 Solubilization Using Cosolvent Approach, pp. 161-194, 2008.

JC Price. Handbook of Pharm. Excipients, 5th Edition, Polyethylene Glycol, pp. 545-550, Aug. 9, 2005.

Jerry March, Advanced Organic Chemistry (4th ed., John Wiley & Sons, Inc. 1992).

John D. Roberts & Marjorie C. Caserio, Basic Principles of Organic Chemistry 612-13, 615-16, 617-18 (W. A. Benjamin, Inc., 2d ed. 1977).

Jonkman-de Vries et al., Pharmaceutical Development of (Investigational) Anticancer Agents for Parental Use—A Review, Drug Dev Ind Pharm. 22(6):475-494 (1996).

Julia A Barman Balfour, et al., "Bendamustine", Drugs, vol. 61, No. 5, pp. 631-638, 2001.

Kalaycio, M., Clinical Experience With Bendamustine: A New Treatment for Patients With Chronic Lymphocytic Leukemia. Clin Leukemia. 2008; 2(4): 223-229

Kenneth E. Avis, et al., Remington. Parenteral Preparations, Chapter 41, pp. 780-786, 2000.

Knauf et al., Bendamustine Versus Chlorambucil in Treatment-Naive Patients with B-Cell Chronic Lymphocytic Leukemia (B-CLL) Results of an International Phase III Study, Blood, 110(11), 609a (abstract 2043) (2007).

Koomans et al., Sodium Balance in Renal Failure: A Comparison of Patients with Normal Subjects Under Extremes of Sodium Intake, Hypertension 7:714-721 (1985).

Kurt H. Bauer, et al., Pharmazeutische Technologies, pp. 225-228, HW9, 1993.

Kurt H. Bauer, et al., Pharmazeutische Technologies, pp. 424-425, HW10, 1993.

Larry A. Gatlin, et al., Injectable Drug Development. 17. Formulation and Administration . . . Products, pp. 401-420.

Leonard & Jann. A New Synthesis of Aziridinium Salts. 2,2-Pentamethylene-1,1-tetramethyleneaziridinium Perchlorate A Prototype, 82 J. Am. Chemistry Soc'y 6418-6419 (1960).

Leoni et al., SDX-105 (Bendamustine), a Clinically Active Antineoplastic Agent Possesses a Unique Mechanism of Action, Abstract, 102(11) Blood, Abstract #2363 (Nov. 16, 2003).

Lian-Feng Huang, et al., Water-Insoluble Drug Formulation, Second Edition, Ch. 7. Formulation Strategies and Practice . . . Support, pp 113-132.

Lissitchkov et al., Phase-I/II study to Evaluate Dose Limiting Toxicity, Maximum Tolerated Dose, and Tolerability of Bendamustine HCl in Pre-treated Patients With B-Chronic Lymphocytic Leukaemia (Binet stages B and C) Requiring Therapy. J. Cancer Res Clin Oncol. 132:99-104 (2006).

Liu (ed). Water-Insoluble Drug Formulation, 1st ed., CRC Press, Chapters 7 and 9. 2000.

Liu (ed). Water-Insoluble Drug Formulation, 2nd ed., CRC Press, Chapters 7 and 9. 2008.

Lyondell Tebol(Registered) 99, Tertiary Butyl Alcohol in Freeze-Drying Applications.(Lyondell Chemical Co., 2003).

Lyophilization of Biopharmaceuticals (Henry R. Costantino & Michael K. Pikal eds., Association of Pharmaceutical Scientists 2004).

Maas et al., "Stabilitat von Bendamustinhydrochlorid in Infusionslosungen." Die Pharmazie. Govi Verlag Pharmazeutischer Verlag Gmbh. vol 49 No. 10 pp. 775-777 (1994) (Abstract Only)

Margolin et al. Shortening the Infusion Time of Anticancer Drugs Who Will Benefit?, J. of Clinical Oncology, 25(19):2642-2643 (2007).

McGinity, et al., Journal of Pharmaceutical Sciences, Influence of Peroxide Impurities in Polyethylene Glycols . . . vol. 64, No. 2 pp. 356-357, 1975.

Michael J. Akers. Remington, The Science and Practice of Pharmacy 21st Edition, Parenteral preparation, chapter 41, pp. 802-835, 2005.

Michael P. Gamcsik, et al., NMR Studies of the Conjugation . . . J. Med. Chem., vol. 33, pp. 1009-1014, 1990.

National Kidney Foundation. "Clinical Practice Guidelines and Clinical Practice Recommendations" (http://kidneyfoundation cachefly net professionals KDOQI guideline upHD PD VA hd guide5 htm) (2006).

Neelam Seedher, et al., Solubilization of Nimesulide: Use of Co-solvents. Indian J. Pharm. Sci., vol. 65, No. 1, pp. 58-61, 2003.

Nema et al., Excipients and Their Use in Injectable Products, PDA J. Pharma. Sci. & Tech., 51(4):166-171 (Jul.-Aug. 1997).

Ni et al., Stabilization and Preformulation of Anticancer Drug-SarCNU, Int'l J. of Pharma., 249:257-264 (2002).

Ni et al., Use of Pure t-Butanol as a Solvent for Freeze-Drying: A Case Study. Int'l. J. of Pharma., 226:39-46 (2001).

Nuijen et al., Pharmaceutical Development of a Parenteral Lyophilized Formulation of the Novel Antitumor Agent Aplidine. PDA J. Pharmaceut. Sci. and Technol. 54(3):193-208 (May-Jun. 2000).

O'Connor, Hydrolysis and Alkylating Reactivity of Aromatic Nitrogen Mustards, J.Chem. Soc. Perkin Trans. 2, 1933-1939(1991).

Orrie M. Friedman, et al., Colorimetric Estimation of Nitrogen . . . , Analytical Chemistry, pp. 906-910

Ozegowski et al., IMET 3393, ?-[1-Methyl-5-bis-(Beta-chloroethyl)-amino-benzimidazolyl-(2)]-butyric acid hydrochloride, a new cytostatic agent from the benzimidazole mustard gas series, 110 Zbl Pharm. 1013-1019 (1971).

"Draft Note for Guidance on Excipients, Antioxidants and Antimicrobial Preservatives in the Dossier for Application for Marketing Authorisation of Medicinal Product", EMEA, 2003, pp. 1-10.

American Heart Association. "Living With Heart Failure" (https: www heart org idc groups heart-public @ wcm @ hcm @ gwtg documents downloadable ucm 309068 pdf) (2001).

American Society of Hospital Pharmacists. ASHP Technical Assistance Bulletin on Hospital Distribution and Control. Am J. Hosp. Pharm. 1980. 37:1097-103.

Armstrong et al., Separation of Drug Stereoisomers by the Formation of . . . beta-Cyclodextrin Inclusion Complexes, Science, vol. 232, pp. 1132-1135, May 30, 1986.

Baldi et al., Statistical Procedures for Optimizing the Freeze-Drying of a Model Drug in Tert-Butyl Alcohol. Water Mixtures, Eur. J. of Pharm. & Biopharm. 40(3):138-41 (1994).

Bergsagel et al., Effect of cyclophosphamide on Advanced Lung Cancer and the Hematological Toxicity of Large. Intermittent Intravenous Doses. Canad. Med. Ass. J., 98, 532-538 (1968).

Bernard Testa, et al., Hydrolysis in Drug and Prodrug Metabolism, pp 681-684.

Biewenga et al. "The Pharmacology of the Antioxidant Lipoic Acid." Gen. Pharmac., 1997. 29, 3. 315-331.

Boylan et al., Parenteral Products, Chapter 12 in Banker. et al., Modern Pharmaceutics. Fourth Ed. (2002)

Brigitte C. Scott, et al., Lipoic and Dihydrolipoic Acids . . . Free Rad. Res., vol. 20, No. 2, pp. 119-133, 1994.

Broadhead, Pharmaceutical Preformulation and Formulation. Chapter 9 in "Parenteral Dosage Forms," (Interpharm) 2001.

Canadian Society of Hospital Pharmacists. Guidelines for Drug-Use Control. 2008

Center for Drug Evaluation and Research, Andrew Dmytrijuk, FDA Medical Review for the Approval of Bendeka (2015).

Cephalon, Inc., et al., v. Slayback Pharma Limited Liability Company—Civil Action No. 1:17-cv-01154: Joint Status Report (Document 164), dated Oct. 19, 2018

Cerhalon, Inc., et al. v. Slayback Pharma Limited Liability Company—Civil Action No. 1:17-cv-01154: Complaint (Document 1), dated Aug. 16, 2017

Cerhalon, Inc., et al., v. Slayback Pharma Limited Liability Company, et al.—Civil Action No. 1:17-cv-01154: Answer to Slayback Pharma Limited Liability Company's Counterclaims (Document 56), dated Mar. 5, 2018.

(56) **References Cited**

OTHER PUBLICATIONS

*Cerhalon, Inc., et al., v. Slayback Pharma Limited Liability Company; et al.*—Civil Action No. 1:17-cv-01154: Joint Claim Construction Chart (Document 94), dated Jul. 24, 2018.

*Cerhalon, Inc., et al., v. Slayback Pharma Limited Liability Company; et al.*—Civil Action No. 1:17-cv-01154: Answer to Apotex Inc. and Apotex Corp.'s Counterclaims (Document 22), dated Dec. 18, 2017.

*Cerhalon, Inc., et al., v. Slayback Pharma Limited Liability Company; et al*—Civil Action No. 1:17-cv-01154: Answer to Slayback Pharma Limited Liability Company's Counterclaims, dated Oct. 20, 2017.

*Cerhalon, Inc., et al., v. Slayback Pharma Limited Liability Company*—Civil Action No. 1:17-cv-00154: Defendant Slayback Pharma Limited Liability Company's Answer to Complaint and Counterclaims (Document 11), dated Sep. 29, 2017.

Charles P. Carpenter, et al., A Study of the Polyethylene Glycols as Vehicles . . . , Journal of the American Pharmaceutical Association, vol. XII, No. 1.

Cheson et al., Bendamustine: Rebirth of an Old Drug, J. Clin. Oncol. 27.1492-1501 (2009).

Cheung et al., Safety and Pharmacokinetics of Bendamustine Rapid-Infusion Formulation, J. of Clinical Pharmacology 2017.00(0)1-11.

Chu et al., Common Chemotherapy Regimens in Clinical Practice, Physicians' Cancer Chemotherapy Drug Manual 2009.

Cyclobond(Registered) Handbook, A Guide to Using Cyclodextrin Bonded Phases for Chiral LC Separations, 6th ed., 2002, Advanced Separation Technologies, Inc., pp. 1-58, pp. 42-45

Derry E. Wilman, Application of 15N Nuclear Magnetic Resonance . . . , J. Med. Chem., vol. 38, pp. 2256-2258, 1995.

E. Santacesaria, et al., Thermal Stability of Nonionic Polyoxyalkylene . . . Journal of Applied Polymer Science, vol. 42, pp. 2053-2061, 1991.

*Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC*—Civil Action No. 1:18-cv-01459: Answer to Slayback Pharma LLC's Counterclaims (Document 13), dated Oct. 31, 2018.

*Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC*—Civil Action No. 1:18-cv-01459: Complaint (Document 1), dated Sep. 20, 2018.

*Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC*—Civil Action No. 1:18-cv-01459: Defendant Slayback Pharma Limited Liability Company's Answer to Complaint, Additional Defenses, and Counterclaims (Document 9), dated Oct. 10, 2018.

*Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Answer to Slayback Pharma LLC's Counterclaims (Document 12), dated Jan. 3, 2019.

*Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Complaint (Document 1), dated Dec. 11, 2018.

*Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Defendant Slayback Pharma Limited Liability Company's Answer to Complaint, Additional Defenses, and Counterclaims (Document 11), public version dated Dec. 20, 2018.

*Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Eagle Pharmaceuticals' Opposition to Slayback Pharma's Motion for Judgment on the Pleadings (Document 23), redacted-public version dated Feb. 12, 2019.

*Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Opening Brief in Support of Slayback Pharma Limited Liability Company's Motion for Judgment on the Pleadings (Document 17), public version dated Jan. 11, 2019.

*Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Reply Brief in Further Support of Slayback Pharma Limited Liability Company's Motion for Judgment on the Pleadings (Document 27), public verison dated Mar. 1, 2019.

*Eagle Pharmaceuticals, Inc., et al. v. Hospira, Inc*—Civil Action No. 1:18-cv-01074: Exhibit Index—Includes Confidential Information (Document 21), public version dated Sep. 7, 2018.

*Eagle Pharmaceuticals, Inc., et al. v. Hospira, Inc*—Civil Action No. 1:18-cv-01074: Complaint (Document 1), dated Jul. 19, 2018.

*Eagle Pharmaceuticals, Inc., et al. v. Hospira, Inc*—Civil Action No. 1:18-cv-01074: Defendant Hospira, Inc's Motion to Dismiss (Document 13), dated Aug. 31, 2018.

*Eagle Pharmaceuticals, Inc., et al. v. Hospira, Inc*—Civil Action No. 1:18-cv-01074: Hospira's Reply Brief in Support of its Motion to Dismiss Plaintiffs' Complaint (Document 29), public version dated Nov. 26, 2018.

*Eagle Pharmaceuticals, Inc., et al. v. Hospira, Inc*—Civil Action No. 1:18-cv-01074: Hospira, Inc's Brief in Support of its rule 12(b)(6) Motion to Dismiss Plaintiffs' Complain (Document 20), public version dated Sep. 7, 2018.

*Eagle Pharmaceuticals, Inc., et al. v. Hospira, Inc*—Civil Action No. 1:18-cv-01074: Plaintiffs' Opposition to Motion to Dismiss (Document 26), redacted-public version dated Nov. 2, 2018

EC Safety Data Sheet: Ribomustin(Registered) 2007.

Eric Watson, et al., Kinetics of Phosphoramide Mustard . . . , Journal of Pharmaceutical Sciences, vol. 74, No. 12, pp. 1283-1292, 1985.

Eugene C. Corbett, Jr., Intravenous Fluids: It's More Than Just 'Fill 'Er up!', Series #52 Practical Gastroenterology 44-60 (2007)

Excipient—Drug Interactions in Parenteral Formulations', Akers et al., Journal of Pharmaceutical Sciences, vol. 91, issue 11, pp 2283-2300, Nov. 2002.

Flamberg et al., Low Temperature Vacuum Drying of Sterile Parenterals From Ethanol, Bulletin of the Parenteral Drug Association, 24(5):209-17 (1970).

Floss et al., Intravenous fluids principles of treatment, Clinical Pharmacist, 3:274-283 (Oct. 2011).

Friedberg et al., Bendamustine in Patients with Rituximab-Refractory Indolent and Transformed Non-Hodgkin's Lymphoma: Results from a Phase II Multicenter, Single-Agent Study, J Clin Oncol., 26(2):204-210 (2008).

Fujisawa Deutschland GmbH Ribomustin(Registered) Products and Technical Specifications.

*Cephalon, Inc., et al., v. Slayback Pharma Limited Liability Company, et al.*, Civil Action No. 1:17-cv-01154: Responsive Expert Report of Juergen Siepmann, Ph.D., 525 pages.

*Cephalon, Inc., et al., v. Slayback Pharma Limited Liability Company, et al.*, Civil Action No. 1:17-cv-01154: Opinion, dated Apr. 27, 2020, 70 pages.

* cited by examiner

US 11,872,214 B2

**1**

## FORMULATIONS OF BENDAMUSTINE

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of application Ser. No. 17/412,623, filed Aug. 26, 2021, which is a continuation of application Ser. No. 16/509,920, filed Jul. 12, 2019, now U.S. Pat. No. 11,103,483, which is a continuation of application Ser. No. 16/015,656, filed Jun. 22, 2018, now abandoned, which is a continuation of application Ser. No. 15/432,335, filed Feb. 14, 2017, now U.S. Pat. No. 10,010,533, issued Jul. 3, 2018, which is a continuation of application Ser. No. 15/013,436, filed Feb. 2, 2016, now U.S. Pat. No. 9,572,797, issued Feb. 21, 2017, which is a continuation of application Ser. No. 14/031,879, filed Sep. 19, 2013, now U.S. Pat. No. 9,265,831, issued Feb. 23, 2016, which is a continuation of application Ser. No. 13/016,473, filed Jan. 28, 2011, now U.S. Pat. No. 8,609,707, issued Dec. 17, 2013, which claims the benefit of U.S. Provisional Patent Application No. 61/299,100, filed Jan. 28, 2010, the contents of each of which are incorporated herein by reference.

### BACKGROUND OF THE INVENTION

Bendamustine free base is represented by the following structural formula (I)

(I)

Bendamustine is used in the treatment of a number of cancers including leukemias, Hodgkins disease and multiple myelomas. Bendamustine is the active ingredient of the commercial product Treanda™, a lyophilized powder for reconstitution.

Bendamustine exhibits rapid degradation upon reconstitution of the lyophilized product. Bendamustine undergoes hydrolysis by direct substitution rather than an addition elimination process due to the presence of the highly labile aliphatic chlorine atoms. Some of the main degradants of bendamustine are the monohydroxy compound known as HP1 (hydrolysis product 1) and dihydroxy compound HP2 (hydrolysis product 2). The monohydroxy compound appears as the main impurity at Relative Retention Time (RRT) 0.6 and the dihydroxy compound appears as the main impurity at RRT 0.27. Minor peaks appear at RRT 1.2, which are presently unknown.

The stability of bendamustine in water is measured in hours, and is therefore, not suitable for long-term storage in liquid form. The lyophile possesses good chemical stability. However, reconstitution of the lyophile is clinically inconvenient, taking 15-30 mins with implications of chemical instability. There is a need for ready to use (RTU) bendamustine formulations having enhanced stability.

**2**

## SUMMARY OF THE INVENTION

In other aspects of the invention, the bendamustine-containing compositions include a) a pharmaceutically acceptable fluid which contains one or more of propylene glycol, ethanol, polyethylene glycol, benzyl alcohol and glycofurol, and b) a stabilizing amount of a chloride salt. In other aspects of the invention, the bendamustine-containing compositions include DMSO (dimethyl sulfoxide) as part of the pharmaceutically acceptable fluid included therein. Regardless of the pharmaceutically acceptable fluid included, the amount of bendamustine included in the composition is preferably from about 20 mg/mL to about 60 mg/mL. Still further aspects of the invention include methods of treatment using bendamustine-containing compositions and kits containing the same.

One of the advantages of the inventive liquid compositions is that they have substantially improved long term stability when compared to currently available formulations. For example, the inventive bendamustine compositions are substantially free of impurities after at least about 15 months at a temperature of from about 5° C. to about 25° C. The inventive formulations are advantageously ready to use or ready for further dilution. Reconstitution of lyophilized powders is not required.

### DETAILED DESCRIPTION OF THE INVENTION

Unless defined otherwise, all technical and scientific terms used herein have the same meaning as is commonly understood by one of ordinary skill in the art to which this invention belongs. In the event that there is a plurality of definitions for a term herein, those in this section prevail unless stated otherwise.

As used herein, RRT is calculated by dividing the retention time of the peak of interest by the retention time of the main peak. Any peak with an RRT<1 elutes before the main peak, and any peak with an RRT>1 elutes after the main peak.

For purposes of the present invention, "substantially free of impurities" shall be understood to include bendamustine-containing compositions in which the amount of total impurities is less than about 5%, as calculated on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after a period of about 15 months at a temperature of from about 5° C. to about 25° C. The amount of impurities is further calculated as being based upon the original amount bendamustine (or salt thereof) being present in the composition or formulation.

For purposes of the present invention, a pharmaceutically acceptable fluid is a fluid which is suitable for pharmaceutical use.

Preferably, the amount of any individual degradant in the inventive compositions does not exceed 2% PAR as determined by HPLC at a wavelength of 223 nm after storage periods of at least about 15 months at a temperature of from about 5° C. to about 25° C. In some aspects, the amount of time the inventive compositions demonstrate long term storage stability is at least about 18 months and preferably at least about 2 years when stored under the conditions described herein.

US 11,872,214 B2

<div style="display:flex"><div>

3

In accordance with one aspect of the invention there are provided long term storage stable bendamustine-containing compositions including:

    a) bendamustine or a pharmaceutically acceptable salt thereof; and

    b) a pharmaceutically acceptable fluid including

      i) PEG, PG or mixtures thereof; and

      ii) a stabilizing amount of an antioxidant.

The total impurities in the inventive compositions resulting from the degradation of the bendamustine in the compositions is less than about 5% PAR as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of from about 5° C. to about 25° C., and thus have long term stability for at least the same period of time or longer. Preferably, the bendamustine-containing compositions demonstrate long term storage stability for at least about 2 years, especially when stored at the lower (refrigerated) temperatures. In one embodiment, the amount of total impurities in the inventive compositions resulting from the degradation of the bendamustine is less than about 3% PAR as determined by HPLC at a wavelength of 223 nm after at least about 2 years at a temperature of from about 5° C. to about 25° C.

In some aspects of the invention, the bendamustine concentration in the inventive compositions is from about 10 mg/mL to about 100 mg/mL, preferably 20 mg/mL to about 60 mg/mL. Preferably the bendamustine concentration in the inventive compositions is from about 25 mg/mL to about 50 mg/mL., and more preferably from about 30 mg/mL to about 50 mg/mL. It will be understood that compositions containing any useful concentration within the ranges, i.e. 10, 20, 25, 30, 35, 40, 45, 50, 55, 60 . . . 100 are contemplated. In other embodiments, the bendamustine concentration in the composition is about 50 mg/mL. In alternative aspects, the amount of bendamustine is outside these ranges but the amounts will be sufficient for single or multiple administrations of dosages generally regarded as effective amounts.

In several embodiments of the invention, pharmaceutically acceptable fluid is non-aqueous and may be, but is not necessarily, a solvent for the bendamustine or salt thereof. Within this aspect, the pharmaceutically acceptable fluid is propylene glycol (PG) or polyethylene glycol (PEG). In other embodiments of the invention however, the pharmaceutically acceptable fluid is a mixture of PEG and PG. For example, the pharmaceutically acceptable fluid can include about 50% PEG and about 50% PG. Alternatively, pharmaceutically acceptable fluid includes about 95% PEG and about 5% PG. The amount of PEG and PG can also be varied within the ranges, i.e. the ratio of PEG:PG in the pharmaceutically acceptable fluid can range from about 95:5 to about 50:50. Within this range, is a pharmaceutically acceptable fluid containing about 75% PEG and about 25% PG, and preferably 80% PEG and 20% PG. In another embodiment, a pharmaceutically acceptable fluid can include about 85% PEG and about 15% PG while another preferred pharmaceutically acceptable fluid includes about 90% PEG and about 10% PG. The molecular weight of the PEG will be within the range of pharmaceutically acceptable weights although PEG 400 is preferred in many aspects of the invention.

Without meaning to be bound by any theory or hypothesis, the hydroxide of the polyethylene glycol molecule is less reactive than the hydroxides of propylene glycol. As a result, the ester forms at a slower rate in polyethylene glycol than propylene glycol and the resulting bendamustine degradants are unexpectedly and substantially reduced over

</div><div>

4

extended periods of time when PEG is a substantial part of the pharmaceutically acceptable fluid.

The bendamustine-containing compositions according to several preferred aspects of the invention include a stabilizing amount of an antioxidant. For purposes of the present invention, "stabilizing amount" shall be understood to include those amounts which increase or enhance the stability of the bendamustine in the compositions described herein. The presence of one or more antioxidants described herein thus contributes, at least in part to the long term stability of the composition. Within this guideline, suitable antioxidant concentrations in the compositions can range from about 2.5 mg/mL to about 35 mg/mL, and preferably from about 5 mg/mL to about 20 mg/mL or from about 10 mg/mL to about 15 mg/mL. In some other embodiments, the concentration of the antioxidant in the bendamustine-containing composition is about 5 mg/mL.

Suitable antioxidants for inclusion include those which are pharmaceutically acceptable for use in human and veterinary formulations although not limited to those currently regarded as safe by any regulatory authority. For example, the antioxidant can be selected from among lipoic acid, thioglycerol (also known as monothioglycerol) and analogs thereof, propyl gallate, methionine, cysteine, metabisulfites, sodium formaldehyde sulfoxylate, phenol-containing aromatic and aliphatic compounds, dihydrolipoic acid and mixtures of the foregoing. Preferably, the antioxidant is thioglycerol, lipoic acid or a mixture thereof. Some particularly preferred embodiments of the invention include thioglycerol.

In view of the foregoing, some preferred long term storage stable bendamustine-containing compositions in accordance with the invention compositions include:

    I. a) bendamustine or a pharmaceutically acceptable salt thereof; and

      b) a pharmaceutically acceptable fluid including

        i) polyethylene glycol and propylene glycol; and

        ii) a stabilizing amount of thioglycerol; or

    II. a) about 50 mg/mL bendamustine or a pharmaceutically acceptable salt thereof; and

      b) a pharmaceutically acceptable fluid including

        i) about 90% PEG and about 10% PG; and

        ii) about 2.5 mg/mL thioglycerol.

Each of these compositions have the same stability profiles already described, i.e. having less than about 5% total impurities, PAR as determined by HPLC at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

In accordance with other aspects of the invention, there are provided long term storage stable bendamustine-containing compositions, including:

    a) bendamustine or a pharmaceutically acceptable salt thereof;

    b) a pharmaceutically acceptable fluid including one or more of the following: PG, ethanol, PEG, benzyl alcohol and glycofurol; and

    c) a stabilizing amount of a chloride salt.

These compositions also have the low levels of impurities and long term stability mentioned herein. Preferred pharmaceutically acceptable fluids include PG, PEG or ethanol in this embodiment of the invention. Preferably, the PEG is PEG 400. If desired, glycerin and/or 88% (w/w) lactic acid can be added to the pharmaceutically acceptable fluid.

Suitable chloride salts include but are not limited to organic chloride salts, sodium chloride, choline chloride, hydrochloride salts of amino acids and mixtures thereof. Thus, as will be appreciated by those of ordinary skill, one

</div></div>

US 11,872,214 B2

5

can select from among a number of suitable chloride salts and it is Applicants' intention that the scope of the invention includes all such chloride salts that are capable of being included in bendamustine-containing formulations for extended periods without having a deleterious effect on the drug. In one embodiment of the invention, the chloride salt concentration is from about 10 to about 300 mg/mL. In another embodiment, the chloride salt concentration is from about 50 to about 215 mg/mL. In one preferred embodiment, the chloride salt concentration is about 215 mg/mL.

In accordance with another aspect of the invention, there is provided long term storage stable bendamustine-containing compositions, including:

a) bendamustine or a pharmaceutically acceptable salt thereof; and

b) a pharmaceutically acceptable fluid including DMSO.

These compositions also have the low levels of impurities and long term stability mentioned herein. In some aspects, the bendamustine concentration in these compositions is from about 10 mg/mL to about 100 mg/mL. Preferably, the bendamustine concentration is from about 20 mg/mL to about 50 mg/mL, more preferably from about 25 mg/mL to about 50 mg/mL. In an alternative embodiment, the bendamustine concentration is about 50 mg/mL.

Another embodiment of the invention provides methods of treating cancer in mammals. The methods include administering to a mammal in need thereof an effective amount of one of the bendamustine-containing compositions described herein. Since the active ingredient portion of the inventive composition is an FDA-approved drug, those of ordinary skill will recognize that the doses of bendamustine employed in this aspect of the invention will be similar to those employed in any treatment regimens designed for bendamustine as marketed under the trade name TRE-ANDA. The patient package insert containing dosing information is incorporated herein by reference. The methods of treatment also include administering the inventive formulations for any purpose or physical condition for which bendamustine has been indicated as being useful.

Another embodiment of the invention includes methods of preparing bendamustine-containing compositions described herein. The methods include reconstituting lyophilized bendamustine in a pharmaceutically acceptable fluid containing one of the following:

A) i) PEG, PG or mixtures thereof; and

ii) a stabilizing amount of an antioxidant;

B) i) one or more of PG, ethanol, PEG, benzyl alcohol and glycofurol; and

ii) a stabilizing amount of a chloride salt; or

C) DMSO.

The steps are carried out under pharmaceutically acceptable conditions for sterility and manufacturing.

In a further aspect of the invention, there are provided methods of controlling or preventing the formation of impurities in bendamustine-containing compositions during long term storage. The methods include combining an amount of bendamustine or a pharmaceutically acceptable salt thereof with a sufficient amount of a pharmaceutically acceptable fluid containing one of the following:

A) i) PEG, PG or mixtures thereof; and

ii) a stabilizing amount of an antioxidant;

B) i) one or more of PG, ethanol, PEG, glycofurol and benzyl alcohol; and

ii) a stabilizing amount of a chloride salt; or

C) DMSO.

Further optional steps in accordance therewith include transferring one or more pharmaceutically acceptable doses

6

of the formulations into a suitable sealable container and storing the sealed container at a temperature of from about 5° C. to about 25° C. As a result of carrying out these steps, it is possible to control or substantially prevent the formation of impurities which otherwise occur with bendamustine-containing compositions during long term storage so that the artisan is provided with bendamustine-containing formulations having less than about 5% total impurities PAR as determined by HPLC at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

The compositions of the present invention can be packaged in any suitable sterile vial or container fit for the sterile storage of a pharmaceutical such as bendamustine. Suitable containers can be glass vials, polypropylene or polyethylene vials or other special purpose containers and be of a size sufficient to hold one or more doses of bendamustine.

A further aspect of the invention includes kits containing lyophilized bendamustine or a pharmaceutically acceptable salt thereof in a first container or vial; and, in a second container, a sufficient amount of a pharmaceutically acceptable fluid such as those described herein, i.e. one of the following:

A) i) PEG, PG or mixtures thereof; and

ii) a stabilizing amount of an antioxidant;

B) i) one or more of PG, ethanol, PEG, glycofurol and benzyl alcohol; and

ii) a stabilizing amount of a chloride salt; or

C) DMSO.

For purposes of this embodiment, the amount of fluid which is sufficient is an amount which allows the bendamustine to be dissolved or dispersed to a degree which renders the liquid composition ready for use.

As will be appreciated by those of ordinary skill, the kit will contain other pharmaceutically necessary materials for storing and/or administering the drug, including instructions for storage and use, additional diluents, if desired, etc.

### EXAMPLES

The following examples serve to provide further appreciation of the invention but are not meant in any way to restrict the effective scope of the invention.

### Example 1

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 10 mg/ml in one of ethanol, propylene glycol and benzyl alcohol as indicated in Table 1 below. 215 mg/ml of choline chloride was added in half of the samples as a source of soluble chloride ions. The samples were maintained at 40° C. and analyzed periodically for drug content and total impurities. The results obtained are presented in Table 1.

TABLE 1

| Stability of Bendamustine HCl | | | | |
|---|---|---|---|---|
| Formulation | Temp | Time | BDM mg/ml | % Total Impurities |
| BDM - 10 mg/mL Choline chloride - | | Initial | 10.43 | 0.27 |
| 215 mg/mL | 40° C. | 48 hrs | 10.48 | 1.27 |
| Ethanol qs to 1 mL | | 7 day | 10.26 | 2.11 |
| BDM - 10 mg/mL | | Initial | 10.55 | 0.27 |
| Ethanol qs to 1 mL | 40° C. | 48 hrs | 10.30 | 2.39 |
| | | 7 day | 9.55 | 6.66 |

US 11,872,214 B2

7

TABLE 1-continued

Stability of Bendamustine HCl

| Formulation | Temp | Time | BDM mg/ml | % Total Impurities |
|---|---|---|---|---|
| BDM - 10 mg/mL | | Initial | 9.99 | 0.21 |
| Choline chloride - 215 mg/mL | 40° C. | 48 hrs | 9.95 | 0.60 |
| Propylene glycol qs to 1 mL | | 7 day | 9.43 | 2.31 |
| BDM - 10 mg/mL | | Initial | 9.68 | 0.21 |
| Propylene glycol qs to 1 mL | 40° C. | 48 hrs | 9.45 | 0.88 |
| | | 7 day | 9.00 | 3.44 |
| BDM - 10 mg/mL | | Initial | 9.95 | 1.19 |
| Choline Chloride - 215 mg/mL | 40° C. | 48 hrs | 9.89 | 3.51 |
| Benzyl alcohol qs to 1 mL | | 7 day | 8.97 | 4.24 |
| BDM - 10 mg/mL | | Initial | 9.52 | 0.33 |
| Benzyl alcohol qs to 1 mL | 40° C. | 48 hrs | 8.67 | 4.18 |
| | | 7 day | 7.49 | 7.84 |

Note:
In Table 1 the total % impurities include total contributions from peaks at various RRTs.

As shown in Table 1, the bendamustine formulations are very stable in solutions containing solvent and chloride salt. Table 1 shows that bendamustine, when dissolved at a concentration of about 10 mg/mL, in a pharmaceutically acceptable fluid, such as ethanol and propylene glycol, and containing a stabilizing amount of a chloride salt, such as choline chloride, had less than about 5% after at least 7 days storage at 40° C.

The data presented in Table 1 translates to bendamustine-containing compositions including a pharmaceutically acceptable fluid and a stabilizing amount of a chloride salt having a shelf life of at least about 15 months at 5° C. and 25° C.

The sample including ethanol alone exhibited more than 6.5 total degradants after 7 days storage at 40° C. The sample including benzyl alcohol alone exhibited more than 7.5% total degradants after 7 days storage at 40° C. Bendamustine-containing compositions with such high levels of degradation would not be suitable for long-term storage.

Example 2

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 10 mg/ml in DMSO. The samples were maintained at 40° C. and analyzed periodically for drug content and impurity profile. The results obtained are presented in Table 2.

TABLE 2

Stability of Bendamustine HCl in DMSO

| Formulation | Temp | Time | Content (mg/mL) | % Total Imp |
|---|---|---|---|---|
| BDM - 10 mg mL | | Initial | 10.2 | 0.23 |
| DMSO qs to 1 mL | 40° C. | 48 hrs | 9.80 | 0.30 |
| | | 1 week | 10.0 | 0.56 |

Note:
In Table 2 the total % impurities include total contributions from peaks at various RRTs

8

Table 2 shows that bendamustine, when dissolved in DMSO, had substantially no increase in total degradants. The data presented in Table 2 translates to bendamustine-containing compositions including DMSO having a shelf life of at least about 15 months at 5° C. and 25° C. In fact, such compositions are expected to have long term stability for periods beyond 15 months, i.e. up to 2 years or greater.

Example 3

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 20 mg/ml in polyethylene glycol 400 and 5 mg/ml of lipoic acid was added as a stabilizing antioxidant as indicated in Table 3 below. The samples were maintained at 40° C. or 25° C. and analyzed after 15 days for drug content and impurities. The results obtained are presented in Table 3.

TABLE 3

Stability of Bendamustine (20 mg/ml) in PEG 400 and Antioxidants

| Antioxidant | T C. | Time days | % Initial | % Imp RRT 0.58 | % Total Imps |
|---|---|---|---|---|---|
| None | 25 | 15 | 97.6 | 2.08 | 2.28 |
| | 40 | 15 | 56.3 | 2.17 | 41.9 |
| Lipoic Acid | 25 | 15 | 98.5 | <LD | 0.23 |
| 5 mg/ml | 40 | 15 | 97.5 | 0.33 | 0.53 |

<LD = Below Level of Detection

As shown in Table 3, bendamustine, when dissolved in a pharmaceutically acceptable fluid, such as polyethylene glycol, in the presence of a stabilizing amount of an antioxidant, such as lipoic acid, had substantially no increase in total degradants after a period of 15 days. The data presented in Table 3 translates to bendamustine-containing compositions including a pharmaceutically acceptable fluid and a stabilizing amount of an antioxidant having a shelf life of at least about 15 months at 5° C. and 25° C.

The sample including PEG alone, on the other hand, which did not contain an antioxidant, did not exhibit stabilizing effects at 40° C. This sample had more than 40% more total impurities than the sample including lipoic acid. Bendamustine-containing compositions with such high levels of total impurities would not be suitable for long-term storage.

Example 4

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 50 mg/ml in 90% polyethylene glycol 400 and 10% propylene glycol. 5 mg/ml of thioglycerol, α-lipoic acid or dihydrolipoic acid was added as a stabilizing antioxidant as indicated in Table 4 below. The samples were maintained at 40° C. and analyzed after 15 days or one month for drug content and impurity profile as indicated in Table 4 below. The results obtained are presented in Table 4.

US 11,872,214 B2

9

### TABLE 4

Stability of Bendamustine (50 mg/ml) in 90% PEG 400, 10% Propylene Glycol and Antioxidant

| Antioxidant | T (°C.) | Time | Content (mg/mL) | % Initial | HP1 0.59 | PG ester 1.10 | Total Imps |
|---|---|---|---|---|---|---|---|
| | | | | | % Impurities RRT | | % |
| Thioglycerol | 40 | initial | 48.8 | 100 | <LD | <LD | 0 |
| | 40 | 1 month | 48.5 | 99.4 | 0.06 | 0.20 | 0.71 |
| α-lipoic acid | 40 | initial | 49 | 100 | <LD | <LD | 0 |
| | 40 | 15 days | 48.8 | 99.6 | 0.19 | 0.13 | 0.32 |
| | 40 | 1 month | 48.7 | 99.4 | 0.34 | 0.26 | 0.79 |

### TABLE 4-continued

Stability of Bendamustine (50 mg/ml) in 90% PEG 400, 10% Propylene Glycol and Antioxidant

| Antioxidant | T (°C.) | Time | Content (mg/mL) | % Initial | HP1 0.59 | PG ester 1.10 | Total Imps |
|---|---|---|---|---|---|---|---|
| | | | | | % Impurities RRT | | % |
| Dihydrolipoic acid | 40 | initial | 49.3 | 100 | <LD | <LD | 0 |
| | 40 | 1 month | 47.7 | 97.4 | 0.63 | 0.12 | 1.84 |

<LD = Below Level of Detection

As shown in Table 4, bendamustine, when dissolved in a pharmaceutically acceptable fluid, such as a combination of polyethylene glycol and propylene glycol, in the presence of a stabilizing amount of an antioxidant, such as thioglycerol, α-lipoic acid or dihydrolipoic acid, had substantially no increase in total degradants after a period of 1 month. This data supports the position that bendamustine-containing

10

compositions according to the invention have a shelf life of at least about 2 years when stored at temperatures between 5° C. and 25° C.

### Example 5

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 50 mg/ml in a mixture of polyethylene glycol 400 and propylene glycol as indicated in Table 5 below. 5 mg/ml of lipoic acid was added as a stabilizing antioxidant. The samples were maintained at 40° C., 25° C. and 5° C. and analyzed after 1 week, 15 days or one month for drug content and impurity profile as indicated in Table 5 below. The results obtained are presented in Table 5.

### TABLE 5

Stability of Bendamustine (50 mg/ml) and Lipoic Acid (5 mg/ml) in PEG400 and Propylene glycol

| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | HP1 0.58 | PG ester 1.10 | PG ester 1.13 | Total Imp. |
|---|---|---|---|---|---|---|---|---|
| | | | | | % Area of degradants | | | % |
| BDM— | Initial | | 49.6 | 100 | BDL | BDL | BDL | 0.18 |
| 50 mg/mL | 40° C. | 1 W | 49.0 | 98.8 | 0.05 | 0.13 | BDL | 0.38 |
| Lipoic acid— | | 15 d | 48.3 | 97.4 | 0.08 | 0.26 | BDL | 0.55 |
| 5 mg/mL | | 1 M | 48.0 | 96.8 | 0.11 | 0.43 | 0.13 | 1.03 |
| PEG | 25 C. | 15 d | 49.6 | 100.0 | BDL | 0.10 | BDL | 0.30 |
| 400:PG | | 1 M | 48.4 | 97.6 | 0.05 | 0.19 | BDL | 0.43 |
| (75:25) qs to 1 mL | 5 C. | 1 M | 49.6 | 100.0 | BDL | 0.07 | BDL | 0.27 |
| BDM— | Initial | | 50.2 | 100 | BDL | BDL | BDL | 0.21 |
| 50 mg mL | 40 C. | 1 W | 49.9 | 99.4 | BDL | 0.15 | BDL | 0.30 |
| Lipoic acid— | | 15 d | 49.1 | 97.8 | 0.06 | 0.35 | BDL | 0.73 |
| 5 mg/mL | | 1 M | 49.0 | 97.6 | 0.09 | 0.90 | 0.25 | 1.82 |
| PEG | 25 C. | 15 d | 49.9 | 99.4 | BDL | 0.12 | BDI | 0.32 |
| 400:PG | | 1 M | 49.7 | 99.0 | BDL | 0.25 | BDL | 0.59 |
| (50:50) qs to 1 mL | 5 C. | 1 M | 50.0 | 99.6 | BDL | 0.11 | BDL | 0.33 |
| BDM | Initial | | 50.8 | 100 | BDL | BDL | BDL | 0.21 |
| 50 mg mL | 40 C. | 1 W | 50.4 | 99.2 | BDL | 0.11 | BDL | 0.30 |
| Lipoic acid— | | 15 d | 49.7 | 97.8 | 0.07 | 0.17 | BDL | 0.43 |
| 5 mg mL | | 1 M | 49.7 | 97.8 | 0.13 | 0.27 | 0.09 | 0.84 |
| PEG | 25 C | 15 d | 50.8 | 100.0 | BDL | 0.10 | BDI | 0.26 |
| 400:PG | | 1 M | 50.8 | 100.0 | 0.05 | 0.14 | BDL | 0.39 |
| (90:10) qs to 1 mL | 5 C. | 1 M | 50.8 | 100.0 | BDL | 0.06 | BDL | 0.34 |

BDL = Below Detectable Limit

As shown in Table 5, bendamustine, when dissolved in certain mixtures of polyethylene glycol and propylene glycol and a stabilizing amount of lipoic acid, had substantially no increase in total degradants after a period of 1 month. The data presented in Table 5 translates to bendamustine-containing compositions having a shelf life of at least about 2 years when stored at temperatures between 5° C. and at 25° C.

### Example 6

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 50 mg/ml in 90% polyethylene glycol 400 and 10% propylene glycol and α-lipoic acid was added as a stabilizing antioxidant as indicated in Table 6 below. The samples were maintained at 40° C., 25° C. and 5° C. and analyzed for drug content and impurity profile as indicated in Table 6 below. The results obtained are presented in Table 6.

US 11,872,214 B2

11 12

TABLE 6

| | | Time | Amt. | % of | % Area of degradants | | | | | | | | % Total |
| Formulation | Temp | Per. | mg/ml | Initial | 0.59 | 1.10 | 1.13 | 1.15 | 1.17 | 1.20 | 1.22 | 1.30 | Imp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BDM— | Initial | | 51.0 | 100 | 0.20 | 0.06 | <LD | <LD | <LD | <LD | <LD | <LD | 0.26 |
| 50 mg/mL | 40° C. | 1 M | 50.5 | 99.0 | 0.21 | 0.31 | 0.13 | 0.07 | 0.13 | 0.10 | <LD | <LD | 0.95 |
| α-lipoic | | 2 M | 49.7 | 97.5 | 0.22 | 0.71 | 0.28 | 0.14 | 0.12 | 0.21 | 0.12 | <LD | 2.02 |
| acid | | 3 M | 48.7 | 95.5 | 0.22 | 1.01 | 0.45 | 0.21 | 0.14 | 0.37 | 0.16 | 0.05 | 2.96 |
| 10 mg/mL | 25° C. | 3 M | 50.5 | 99.0 | 0.20 | 0.36 | 0.07 | <LD | <LD | 0.10 | <LD | <LD | 0.73 |
| PEG | | 6 M | 50.4 | 98.8 | 0.22 | 0.60 | 0.17 | 0.06 | 0.06 | 0.09 | 0.10 | 0.08 | 1.44 |
| 400:PG | 5° C. | 6 M | 50.9 | 99.8 | 0.16 | 0.05 | <LD | <LD | <LD | <LD | <LD | <LD | 0.21 |
| (90:10) qs | | 12 M | 50.6 | 99.2 | 0.20 | 0.18 | <LD | <LD | <LD | <LD | <LD | <LD | 0.38 |
| to 1 mL. | | | | | | | | | | | | | |
| BDM-- | Initial | | 50.3 | 100 | 0.18 | <LD | <LD | <LD | <LD | <LD | <LD | <LD | 0.18 |
| 50 mg/mL | 40° C. | 1 M | 50.0 | 99.4 | 0.19 | 0.32 | 0.08 | 0.06 | 0.08 | 0.06 | 0.06 | <LD | 0.85 |
| α-lipoic | | 2 M | 49.8 | 99.0 | 0.19 | 0.65 | 0.21 | 0.12 | 0.13 | 0.23 | 0.14 | 0.06 | 1.85 |
| acid-- | | 3 M | 49.5 | 98.4 | 0.15 | 0.89 | 0.37 | 0.17 | 0.13 | 0.32 | 0.10 | <LD | 2.40 |
| 15 mg/mL | | 6 M | 47.0 | 93.4 | 0.20 | 1.76 | 0.66 | 0.19 | 0.31 | 0.47 | 0.33 | 0.17 | 4.93 |
| PEG | 25° C. | 3 M | 50.0 | 99.4 | 0.20 | 0.35 | 0.08 | <LD | <LD | <LD | 0.11 | <LD | 0.79 |
| 400:PG | | 6 M | 49.5 | 98.4 | 0.19 | 0.58 | 0.15 | 0.06 | 0.07 | 0.09 | 0.08 | 0.10 | 1.38 |
| (90:10) qs | 5° C. | 6 M | 50.3 | 100 | 0.17 | 0.06 | <LD | <LD | <LD | <LD | <LD | <LD | 0.23 |
| to 1 mL. | | 12 M | 50.2 | 99.8 | 0.19 | 0.15 | <LD | <LD | <LD | <LD | <LD | <LD | 0.34 |

<LD = Below Level of Detection

The data reported in Table 6 along with the data in Table 5 demonstrates that bendamustine solutions are stable when dissolved in mixtures of PEG and PG and 5-15 mg/mL α-lipoic acid. As shown in Table 6, bendamustine, when dissolved in combinations of polyethylene glycol and propylene glycol, in the presence of a stabilizing amount of lipoic acid, had less than 3% increase in total degradants after a period of 3 months at 40° C. Additionally, the same compounds had substantially no increase in total degradants after a period of 6-12 months at 5° C. and 25° C. The data corresponds to bendamustine solutions being stable under ambient or refrigerated storage conditions for well in excess of 2 years, and thus long term stable.

Example 7

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 50 mg/ml in 90% polyethylene glycol 400 and 10% propylene glycol. 2.5 mg/ml of thioglycerol was added as an antioxidizing agent. The samples were maintained at 40° C. and 25° C. and analyzed for drug content and impurity profile as indicated in Table 7 below. The results obtained are presented in Table 7.

TABLE 7

| | | Time | Amt | % of | RRTs of degradants | | | | | | | | | % Total |
| Formulation | Temp | Per. | mg/ml | Initial | 0.15 | 0.37 | 1.10 | 1.13 | 1.15 | 1.17 | 1.18 | 1.20 | 1.22 | Imp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BDM— | Initial | | 50.3 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 |
| 50 mg/mL | 40° C. | 15 d | 50.2 | 99.8 | BDL | BDL | 0.18 | BDL | BDL | BDL | 0.05 | 0.08 | BDL | 0.31 |
| Thio | | 1 M | 49.9 | 99.2 | BDL | 0.12 | 0.32 | 0.07 | BDL | BDL | 0.09 | 0.08 | BDL | 0.75 |
| glycerol— | | 2 M | 49.1 | 97.6 | BDL | 0.18 | 0.56 | 0.24 | 0.09 | 0.17 | 0.19 | 0.12 | 0.11 | 1.76 |
| 2.5 mg/mL | | 3 M | 48.8 | 97.0 | BDL | 0.23 | 0.85 | 0.34 | 0.16 | 0.30 | 0.34 | 0.29 | 0.19 | 2.94 |
| PEG | 25° C. | 3 M | 49.9 | 99.2 | 0.06 | 0.12 | 0.23 | 0.07 | BDL | 0.06 | 0.07 | 0.06 | BDL | 0.67 |
| 400:PG | | 6 M | 49.3 | 98.0 | BDI | 0.23 | 0.53 | 0.22 | 0.11 | BDI | 0.21 | 0.22 | 0.20 | 2.07 |
| (90:10) qs | | | | | | | | | | | | | | |
| to 1 mL | | | | | | | | | | | | | | |

BDL = Below Detectable Limit

US 11,872,214 B2

13

The stability is similar to that of α-lipoic acid samples in Example 6 above. As shown in Table 7, bendamustine, when dissolved in a combination of polyethylene glycol and propylene glycol, and a stabilizing amount of thioglycerol, had less than 3% increase in total degradants after a period of 3 months at 40° C. Additionally, the same compounds had substantially no increase in total degradants after a period of 6 months at 25° C. The data reported supports the conclusion that these bendamustine solutions are stable under ambient or refrigerated storage conditions for about 2 years.

### Example 8

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 50 mg/ml in 85% PEG 400 and 15% PG in the presence of 5 mg/ml of thioglycerol. The samples were maintained at 40° C. and 25° C. and analyzed for drug content and impurity profile as indicated in Table 8 below. The results obtained are presented in Table 8.

TABLE 8

Stability of Bendamustine in 85% PEG 400, 15% PG and Thioglycerol

| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | % Total Imp. |
|---|---|---|---|---|---|
| BDM - 50 mg/mL | Initial | | 51.5 | 100 | 0.12 |
| Thioglycerol - 5 mg/mL | 40° C. | 1 M | 50.4 | 97.9 | 1.18 |
| PEG 400:PG (85:15) qs | 25° C. | 1 M | 51.4 | 99.8 | 0.41 |
| to 1 mL | | 3 M | 50.4 | 97.9 | 1.21 |
| | 5° C. | 3 M | 51.0 | 99.0 | 0.26 |

The stability is similar to that of thioglycerol samples in Example 7 above. As reported in Table 8, total impurities did not exceed 2% at 40° C. or 25° C. storage over one month, or at 25° C. and 5° C. storage after three months. The data reported in Table 8 supports the conclusion that these bendamustine solutions are stable under ambient or refrigerated storage conditions for at least about 2 years if not longer.

14

We claim:

1. A sterile vial containing a liquid bendamustine-containing composition comprising
   about 100 mg of bendamustine, or a pharmaceutically acceptable salt thereof, wherein the bendamustine concentration in the composition is from about 25 mg/mL;
   a pharmaceutically acceptable fluid consisting of polyethylene glycol and optionally one or more of propylene glycol, ethanol, benzyl alcohol and glycofurol; and
   a stabilizing amount of an antioxidant,
   wherein the total impurities resulting from the degradation of the bendamustine is less than about 5% peak area response, as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of about 5° C. to about 25° C.

2. The sterile vial of claim 1, wherein the antioxidant is monothioglycerol.

3. The sterile vial of claim 1, wherein the antioxidant is monothioglycerol in a concentration of about 5 mg/mL.

4. The composition of claim 1, wherein the composition is stable for at least about 15 months at 5° C. or for at least about 15 months at 25° C.

5. The sterile vial of claim 1, wherein the liquid bendamustine-containing composition further comprises ethanol.

6. A liquid bendamustine-containing composition comprising
   100 mg of bendamustine, or a pharmaceutically acceptable salt thereof, and a stabilizing amount of an antioxidant, in a pharmaceutically acceptable fluid;
   wherein the pharmaceutically acceptable fluid consists of polyethylene glycol and optionally one or more of propylene glycol, ethanol, benzyl alcohol and glycofurol; and
   wherein the bendamustine concentration in the pharmaceutically acceptable fluid is from about 25 mg/mL,
   wherein the total impurities resulting from the degradation of the bendamustine is less than about 5% peak area response, as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of about 5° C. to about 25° C.

7. The composition of claim 6, wherein the antioxidant is monothioglycerol.

8. The composition of claim 6, wherein the antioxidant is monothioglycerol in a concentration of about 5 mg/mL.

9. The composition of claim 6, further comprising ethanol.

\* \* \* \* \*

# Exhibit 29


G
G
000
0084
028
0
UC SOUTHERN REGIONAL LIBRARY FACILITY

# Cellulose



PDHPC

$$R = TPP-\overset{\overset{\displaystyle O}{\|}}{C}- \text{ or H}$$

(0.63)

HPC. As described by Sakakibara and Nakatsubo p. 826

TPP =

UC LIBRARIES

Record No. __4430139__

v. 15

no. 6

2008

 Springer

# Cellulose

### Editor-in-Chief

WOLFGANG G. GLASSER, Department of Wood Science and Forest Products, Virginia Tech., Blacksburg, VA 24061, USA; Tel. (540)231–4403; Fax (540)231–8176; E-mail: wglasser@vt.edu

### Associate Editors

R. MALCOLM BROWN, JR, University of Texas at Austin, Austin, TX, USA
FUMITAKA HORII, Kyoto University, Kyoto, Japan
DIETER KLEMM, Friedrich Schiller Universität Jena, Germany

### Editorial Board

R. H. Atalla, *USDA Forest Service, Madison, WI, USA*
Ch. Buchanan, *Eastman Chemical Company, Kingsport, TN, USA*
V. Bulone, *Royal Institute of Technology, Stockholm, Sweden*
H. Chanzy, *CERMAV, Grenoble, France*
H. P. Fink, *Fraunhofer Institute for Applied Polymer Research, Golm, Germany*
A. French, *United States Department of Agriculture, New Orleans, LA, USA*
P. Gatenholm, *Virginia Tech, Blacksburg, VA, USA*
D. G. Gray, *McGill University, Montreal, QC, Canada*
T. Heinze, *Friedrich Schiller University, Jena, Germany*
B. Henrissat, *AFMB-CNRS, Marseille, France*
L. Heux, *Centre National de la Recherche, Grenoble, France*
M. Himmel, *National Renewable Energy Laboratory, Golden, CO, USA*
A. T. Hotchkiss, *ARS, USDA, Wyndmoor, PA, USA*
Y. Hsieh, *University of California-Davis, Davis, CA, USA*

A. Isogai, *The University of Tokyo, Tokyo, Japan*
T. Kondo, *Kyushu University, Fukuoka, Japan*
S. Kuga, *Tokyo University, Tokyo, Japan*
P. Langan, *Los Alamos National Laboratory, Los Alamos, NM, USA*
R. H. Marchessault, *McGill University, Montreal, QC, Canada*
F. Nakatsubo, *Kyoto University, Kyoto, Japan*
R. Newman, *Scion Research, Rotorua, New Zealand*
Y. Nishio, *Kyoto University, Kyoto, Japan*
Ute Römling, *Karolinska Institutet, Sweden*
T. Rosenau, *University of Agricultural Science (BOKU), Vienna, Austria*
I. M. Saxena, *University of Texas, Austin, TX, USA*
H. Sixta, *Helsinki University of Technology (TKK), Helsinki, Finland*
J. Sugiyama, *Kyoto University, Kyoto, Japan*
Y. Uraki, *Hokkaido University, Sapporo, Japan*
L. Viikari, *VTT Biotechnology, Espoo, Finland*
L. Zhang, *Wuhan University, Hubei, China*

**Indexing / Abstracting**

*Cellulose* is indexed/abstracted in Chemical Abstracts, Biological Abstracts, BIOSIS Previews, Biotechnology Abstracts, Chemistry Citation Index, Compendex, Derwent Biotechnology Abstracts, DKILit, Materials Science Citation Index, The ISI Alerting Services, Science Citation Index Expanded, SCOPUS, and World Textiles.

# Cellulose

Volume 15/6    December 2008

**Commentary on the alleged "irregularities" in APT spectra of imidazolium-based ionic liquids**
Gerald Ebner, Andreas Hofinger, Lothar Brecker & Thomas Rosenau
**763–767**

**Simulation of X-ray diffractograms relevant to the purported polymorphs cellulose $IV_I$ and $IV_{II}$**
Roger H. Newman
**769–778**

**Effects of temperature and molecular weight on dissolution of cellulose in NaOH/urea aqueous solution**
Haisong Qi, Chunyu Chang & Lina Zhang
**779–787**

**Dissolving of cellulose in PEG/NaOH aqueous solution**
Lifeng Yan & Zhijuan Gao
**789–796**

**New approach to unravel the structure–property relationship of methylcellulose**
Hiroshi Kamitakahara, Arata Yoshinaga, Hajime Aono, Fumiaki Nakatsubo, Dieter Klemm & Walther Burchard
**797–801**

**Flocculation of cellulose fibre suspensions: the contribution of percolation and effective-medium theories**
A. Celzard, V. Fierro & A. Pizzi
**803–814**

**Degrees of polymerization (DP) and DP distribution of dilute acid-hydrolyzed products of alkali-treated native and regenerated celluloses**
Takuya Isogai, Masahiro Yanagisawa & Akira Isogai
**815–823**

**Fabrication of anodic photocurrent generation systems by use of 6-$O$-dihydrophytylcellulose as a matrix or a scaffold of porphyrins**
Keita Sakakibara & Fumiaki Nakatsubo
**825–835**

**The influence of periodate oxidation on the moisture sorptivity and dimensional stability of paper**
Per A. Larsson, Magnus Gimåker & Lars Wågberg
**837–847**

**Iron gall ink-induced corrosion of cellulose: aging, degradation and stabilization. Part 1: model paper studies**
Antje Potthast, Ute Henniges & Gerhard Banik
**849–859**

**Iron gall ink-induced corrosion of cellulose: aging, degradation and stabilization. Part 2: application on historic sample material**
Ute Henniges, Rebecca Reibke, Gerhard Banik, Enke Huhsmann, Ulrike Hähner, Thomas Prohaska & Antje Potthast
**861–870**



Available online
www.springerlink.com

## Aims and Scope

*Cellulose* is a bimonthly international journal devoted to the dissemination of research and scientific and technological progress in the field of cellulose and related naturally occurring polymers. This includes the chemistry, biochemistry, physics and materials science of cellulose and its sources, including wood and other biomass resources, and their derivatives. It also includes aspects of the conversion of these polymers and resources into manufactured goods, such as pulp, paper, textiles, and manufactured as well as natural fibers, and the chemistry of materials used in their processing. *Cellulose* publishes review articles, research papers, and technical notes. The Journal is concerned with the pure and applied science of cellulose and related materials, and also with the development of relevant new technologies. Appropriate areas are materials applications, applications for biological and biotechnological purposes, and nutritional, energy and fuels applications.

### Submissions online at
### http://www.editorialmanager.com/cellu/

## Photocopying

*In the U.S.A.*: This journal is registered at the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923 [info@copyright.com]. Authorizations to photocopy items for internal or personal use, or the internal or personal use of specific clients is granted by Springer for users registered with the Copyright Clearance Center (CCC). For those organizations that have been granted a photocopy licence, a separate system of payment has been arranged. Authorization does not extend to other kinds of copying, such as that for general distribution, for advertising or for promotional purposes, for creating new collective works, or for resale. The CCC's services for users can be found on the internet at www.copyright.com.

*In the rest of the world*: Permissions to photocopy must be obtained from the copyright owner. Please apply to Springer Rights & Permissions Department, P.O. Box 17, 3300 AA, Dordrecht, The Netherlands [permissions.dordrecht@springer.com].

*Cellulose* is published bimonthly (Volume 15, 6 issues, 2008).

Subscriptions should be sent to Springer Customer Service Journals, Haberstraße 7, 69126 Heidelberg, Germany, or P.O. Box 2485, Secaucus, NJ 07094-2485, U.S.A., or to any subscription agent.

For advertisement rates, prices of back volumes, and other information, please apply to Springer, P.O. Box 17, 3300 AA Dordrecht, The Netherlands.

Postmaster: Please send all address corrections to Cellulose, c/o Springer Customer Service Journals, Haberstraße 7, 69126 Heidelberg, Germany, or P.O. Box 2485, Secaucus, NJ 07094-2485, U.S.A.

Published by Springer, P.O. Box 17, 3300 AA Dordrecht, The Netherlands, and 101 Philip Drive, Norwell, MA

This material may be protected by Copyright law (Title 17 U.S. Code)

Cellulose (2008) 15:789–796
DOI 10.1007/s10570-008-9233-5

# Dissolving of cellulose in PEG/NaOH aqueous solution

**Lifeng Yan · Zhijuan Gao**

Received: 28 November 2007 / Accepted: 21 May 2008 / Published online: 5 June 2008
© Springer Science+Business Media B.V. 2008

**Abstract**   Here, a new solvent system for cellulose is reported. The solvent is a mixed aqueous solution of 1.0 wt.% poly(ethylene glycol) (PEG) and 9.0 wt.% of NaOH. Cellulose powder was added into the mixture at room temperature at first, and freezing it at $-15$ °C for 12 h following a thaw of the mixture at room temperature under strong stirring. There formed a clean solution of cellulose, and the optical microscopy was used to record the dissolving process. $^{13}$C-NMR, FT-IR, XRD, and intrinsic viscosity measurements revealed that there forms a homogeneous solution of cellulose in the new solvent system. The maximum solubility of cellulose with average molecular weight of $1.32 \times 10^5$ g mol$^{-1}$ in the solvent system is 13 wt.%. The cellulose solution in the new solvent system is stable, even for 30 days storage at room temperature.

**Keywords**   Cellulose · Aqueous solution · Dissolving

## Introduction

As the affluent biopolymer resource in the world, cellulose has attracted much attention for preparing novel polymers and materials (Rosenau et al. 2006; Nishio 2006; Klemm et al. 2006). However, a bottleneck question to cumber the application of it is the dissolving of cellulose in a simple solvent system. The existence of the crystalline of cellulose makes it difficult to dissolve. Although some solvent systems had been found in the past century, such as ammonium thiocyanate (Degroot et al. 1986), calcium and sodium thiocyanate (Hattori et al. 1998), lithium chloride/ $N,N$-dimethylacetamide (LiCl/DMAc) (McCormick et al. 1985; Ramos et al. 2005), and $NH_3/NH_4SCN$ (Cuculo et al. 1994) etc. Most of them are limited in a laboratory scale or result in serious environmental problems. Recently, a little green solvent systems have been developed by different groups which include $N$-methylmorpholine-$N$-oxide (NMMO) (Schrempf et al. 1995), ionic liquid (Swatloski et al. 2002), and water-based solvent systems (Isogai and Atalla 1998). Since the discovery of cellulose can be dissolved in a NaOH aqueous solution by freezing the suspension into an ice-state following a thawing process at room temperature, it opens new chance to dissolve cellulose in aqueous solution. Recently, efforts have also been done on understanding why the dissolving of cellulose in the alkali aqueous solution needs a precooling process. Solid-state $^{13}$C-NMR (Porro et al. 2007), low temperature DSC (Roy et al. 2001), small-angle X-ray scattering (Egal et al. 2007), and synchrotron radiation microdiffraction (Schoeck et al. 2007) studies revealed that the Na-cellulose complex and the hydration of alkali ions formation are the key factors to the

L. Yan (✉) · Z. Gao
Hefei National Laboratory for Physical Science at the Microscale and Department of Chemical Physics, University of Science and Technology of China, Hefei 230026, People's Republic of China
e-mail: lfyan@ustc.edu.cn



Cellulose (2008) 15:789–796

dissolving mechanism. The results also showed that the solubilization of cellulose is limited into a very narrow region of 8–9 wt.% NaOH and at temperature of 4 °C and below is quit remarkable. In additional, the solubility of cellulose in NaOH aqueous solution is low, typically only 5–6% for wood pulp, which limits the application of the solution. The other problem for the solvent system is the stability of the solution, and it usually result in the formation of gel in a short period of storage at room temperature. So, a number of additives have been tested to increase the solubility and stability of cellulose in the NaOH aqueous solution.

Lately, Zhang et al (2002; Cai and Zhang 2005) have found that cellulose can be easily and quickly dissolved in any of the pre-cooled aqueous solution of LiOH/urea, NaOH/urea or NaOH/thiourea, and produce stable cellulose solution. The role of urea and thiourea are believed the acceptor of hydrogen-bonding, which connect to the hydroxyl groups in cellulose and prevent the regeneration of cellulose through the inter- and intra-chains association. Our recent studies revealed that there exists a synergic interaction of NaOH and thiourea during the dissolving process of cellulose (Yan et al. 2007). In theory, the molecules with hydrogen-bonding acceptor are a possible candidate to stable the cellulose solution.

Poly(ethylene glycol) (PEG) is a typical environmental benign molecule, and its aqueous solution, especially the PEG-base aqueous biphasic systems (ABSs), such as the mixture of PEG with NaOH, $Na_2S$, $Na_2CO_3$ etc., are regarded recently as a potential green solvent system (Chen et al. 2005), which had been applied in both separation lignin from wood and organic reactions.

The repeat unit of PEG is $-(CH_2-CH_2-O)-$, and the oxygen atoms in the PEG chain are the hydrogen-bonding acceptor, which maybe an alternative regent to urea or thiourea to stable the cellulose solution. In this study, the mixture aqueous solution of NaOH and PEG was employed to work as a new solvent system for cellulose.

## Experimental section

### Materials

Cellulose   powder   ($M_\eta = 1.32 \times 10^5$ g mol$^{-1}$, Shanghai Hengxin Chemical Reagent Co., Ltd).

Sodium hydroxide and PEG-2000 were purchased from the Sinopharm Chemical Reagent Co., Ltd, and were used without further treatments. Ultrapure water with resistivity of 18 MΩ cm was produced by a Milli-Q (Millipore, USA) and was used for solution preparation.

### Dissolution of cellulose in PEG/NaOH aqueous solution

Cellulose was dried in vacuum at 35 °C overnight before use. One gram of PEG-2000 and 9.0 g of NaOH were added into 90 ml of ultrapure water to prepare the mixture aqueous solution of PEG/NaOH. Then 1.0–13.0 g of cellulose was added to the mixture and swell for 3 h at room temperature. Then the suspension was cooled down to −15 °C and held at that temperature overnight (12 h) until it became a solid frozen mass. The frozen solid was then allowed to thaw out at room temperature under strong stirring, and at the end a homogeneous cellulose solution was obtained.

### Characterization

The regeneration of cellulose was carried out by adding 1 N HCl into the cellulose solution, after washing by ultrapure water and it was dried in vacuum. The FT-IR spectra of the cellulose powder and regenerated cellulose were measured by using a Bruker spectrometer (KBr). $^{13}C$-NMR spectrum of the cellulose solution was measured on a Bruker spectrometer (Avance 300, 300 MHz). $D_2O$ was used instead of $H_2O$ to dissolve the cellulose and to make the NMR measurement directly.

Wide-angle X-ray diffraction (XRD) analysis of the cellulose samples was carried out on an X-ray diffractometer (D/MAX-1200, Rigaku Denki Co. Ltd., Japan) by a reflection method using a Cu Kα target at 40 kV and 30 mA. The diffraction angle ranged from 10° to 40°. All samples were ground into particle-like size to erase the influence of the crystalline orientation of each sample.

The viscosity of the cellulose in 9.0 wt.% NaOH/ 1 wt.% PEG aqueous solution was measured at 25 ± 0.1 °C with an Ubbelohde viscometer. The intrinsic viscosity ($[\eta]$) and Huggins constant ($k'$) were estimated by Huggins and Kraemer plots. In addition, the viscosity of the cellulose samples in LiCl/DMAc at 25 °C were also measured, and their

$M_\eta$ were calculated by the following equation (McCormick et al. 1985):

$$[\eta] = 1.278 \times 10^{-4} M_\eta^{1.19} \ (\text{ml g}^{-1})$$

The optical images of the cellulose solution were determined by pipetting 50 μl of the solution onto a clean glass following covered by another glass slide to form a middle liquid layer of cellulose solution between two glass slides. Then the samples were measured by a polarized optical microscopy (POM) (LW200-PC, Cewei, Shanghai) at room temperature.

A Shimadzu SEM (Superscan SSX-550, Japan) was used for the space resolved analysis. The apparatus is equipped with a low vacuum system which allows direct measurement of sample without gold coating. The backscattered electron images were recorded at low vacuum. The sample was prepared by depositing 50 μl of cellulose solution onto freshly cleaved mica and spin coated at 3,000 rpm for 60 s.

## Results and discussion

Figure 1 shows the photo of the dissolved cellulose in PEG/NaOH aqueous solution (a) and the regeneration



**Fig. 1** The photos of cellulose aqueous solutions in 1.0 wt.% PEG/9.0 wt% NaOH (a) and the regeneration of cellulose by adding dilute HCl acid (b)

of cellulose (b) by adding dilute HCl aqueous solution into it. Clearly, the cellulose solution is transparent at the beginning and some white cellulose aggregates appear after adding acid, indicating the regeneration of cellulose.

The dissolving process of cellulose in the new solvent system can be detected by polarized optical microscopy (POM). As shown in Fig. 2, before dissolving the cellulose exists in aggregative state, and the size of the aggregates is about several micrometers in diameter and tens micrometers in length. However, the big aggregates disappear (Fig. 2b) after a cooling-thaw treatment of the cellulose in the 1.0 wt.% PEG/9.0 wt.% NaOH aqueous solution, and at the end there forms clean solution with some air bubbles under the strong stirring (Fig. 2c), indicates the completely dissolving of cellulose. If the solution was dried in air, cellulose should be regenerated and there forms many small aggregates as shown in Fig. 2d. The size of the new formed aggregates is much smaller than the original ones, and the fractal aggregates also indicates the well dissolving of cellulose in the solution before drying.

To investigate the state of cellulose molecules in the solvent system, $D_2O$ was used instead of $H_2O$ to dissolve cellulose directly and the concentration of cellulose is 4.0 wt.%. Figure 3 shows the $^{13}C$-NMR spectrum of the cellulose solution at room temperature. Table 1 shows the summaries the chemical shifts of the cellulose solution in the aqueous PEG/NaOH solution and other solvent systems (McCormick et al. 1985; Zhang et al. 2001; Sun et al. 2001). Comparing with the $^{13}C$-NMR of cellulose I, the chemical shifts of cellulose in PEG/NaOH aqueous solution obviously shift to a higher magnetic field. The peaks locate at 103.9 ppm, 79.2 ppm, the double peaks at 75.5, 74.2, and 60.9 ppm are assigned to the C1, C4, C3,5, C2, and C6 carbon in cellulose, respectively (Zhang, et al. 2002). The shift of C4 indicates that the intramolecular hydrogen bonds in cellulose were destroyed, and it is similar to that of wood pulp dissolved in LiCl/DMAc (McCormick et al. 1985). The peak locates at 69.6 ppm is assigned to the carbon in PEG chain. So it can be concluded that the added cellulose was dissolved in the solution. The results reveal that the 1.0 wt.% PEG-2000/9.0 wt.% NaOH aqueous solution is a direct cellulose solvent rather than a derivative aqueous solution system.

Cellulose (2008) 15:789–796

**Fig. 2** Polarized optical microscopy (POM) images of cellulose before dissolving (**a**), after a cooling–thaw treatment in 1.0 wt.% PEG/9.0 wt.% NaOH aqueous solution (**b**), the as-prepared cellulose solution under strong stir with air bubbles (**c**), and the regenerated cellulose particles after the evaporation of water (**d**)





**Fig. 3** $^{13}$C-NMR spectra of 4.0 wt.% cellulose in 1.0 wt.% PEG/9.0 wt.% NaOH/D$_2$O aqueous solution

Figure 4 shows the WAXD curves of the cellulose (curve 1) and the regenerated cellulose (curve 2) from its PEG/NaOH solution. In curve 1, the diffraction peak at $2\theta = 15.4^\circ$ was the superposition of $(1\bar{1}0)$ and (110) planes, the peak at $2\theta = 22.7^\circ$ was for (200) plane, these peaks are the characteristics for cellulose I crystal. In curve 2, the peaks at $2\theta = 12.3^\circ$, $20.3^\circ$, and $22.1^\circ$ for $(1\bar{1}0)$, (110), and (200) planes are characteristic for cellulose II crystal (Zhou et al. 2004). Both the WAXD curves and the IR spectra indicate a typical regeneration of the cellulose from its solution, transition of cellulose I to II has occurred during the dissolution process.

The dissolved cellulose can be regenerated by adding dilute HCl. After washing and dried, the regenerated cellulose powder was obtained. Figure 5 shows the FT-IR spectra of the cellulose (curve 1),

**Table 1** $^{13}$C-Chemical shifts of C1, C4, C3,5, C2, and C6 for the cellulose in 1.0 wt.% PEG-2000/9.0 wt.% NaOH and other solvent systems

| Samples | Chemical shifts (ppm) | | | | |
|---|---|---|---|---|---|
| | C1 | C4 | C3, C5, C2 | C6 | Source |
| Cotton linters dissolved in 6 wt.% NaOH/4 wt.% urea | 103.9 | 79.2 | 75.7, 74.0 | 60.7 | Zhang et al. (2001) |
| Cellulose dissolved in LiCl/DMAc | 103.0 | 79.6 | 76.6, 74.4 | 60.7 | McCormick et al. (1985) |
| Cellulose dissolved in 9 wt.% NaOH/1 wt.% PEG | 103.9 | 79.5 | 75.5, 74.2 | 60.9 | This work |



Cellulose (2008) 15:789–796

793



**Fig. 4** XRD patterns of the cellulose (curve 1) and regenerated cellulose (curve 2) from its PEG/NaOH aqueous solution



**Fig. 5** FT-IR spectra of the cellulose (curve 1), PEG-2000 (curve 2), and regenerated cellulose (curve 3) from its PEG/NaOH aqueous solution

PEG-2000 (curve 2) and the regenerated cellulose from its PEG/NaOH solution (curve 3). Comparing curve 1 to curve 3, it can be found that the two curves owns near the same shape, but the characteristic band at 1432 cm$^{-1}$ (curve 1) for cellulose I shifts to 1420 cm$^{-1}$ (curve 3) for regenerated cellulose, indicating the formation of cellulose II. The shift is attributed to the change in the form of rotamers of the hydroxyls in positions "3" and "6" (corotations around bonds C3–O3 and C6–O6) (Sun et al. 2001). In addition, the band at 897 cm$^{-1}$ also increases, which corresponds to the vibration band of C5 and C6. The results reveal that after regeneration the



**Fig. 6** Thermal analysis of PEG-2000, the original cellulose and regenerated cellulose

crystalline of cellulose take place a change from cellulose I to cellulose II (Zhang et al. 2002), and it also indicates that cellulose dissolved well in the aqueous PEG-2000/NaOH solvent system. However, comparing the curve 3 and curve 2, it also can be found that there are trace of PEG residue in the regenerated cellulose.

Figure 6 shows the thermal analysis of the PEG-2000, cellulose and regenerated cellulose. The degradation of PEG-2000 takes place between 250 and 450 °C, while cellulose takes place degradation between 298 and 397 °C. For the regenerated cellulose the TGA curve is near the same to the original cellulose but gives a higher char yield on pyrolysis, indicates a high residual masses after the decomposition. The result also the reveals that the regenerated cellulose are relative pure, and most of PEG was removed.

Here, three aqueous solvent systems for cellulose were studied for comparison, and they are the 9.0 wt.% NaOH aqueous solution, 6.0 wt.% NaOH/ 4.0 wt.% urea aqueous solution, and 1.0 wt.% PEG-2000/9.0 wt.% NaOH aqueous solution. Figure 7 shows the photos of them at different periods of storage. The 9.0 wt.% NaOH aqueous solution and 1.0 wt.% PEG/9.0 wt.% NaOH aqueous solution without cellulose are also shown in Fig. 7a. Figure 7b–d are the fresh 4 wt.% cellulose solutions in PEG/NaOH, NaOH and NaOH/urea systems, respectively. All the three solutions are flowing. However, after 4 days of storage at room temperature, there forms gel from the cellulose solution in 9.0 wt.% NaOH, while the solutions of cellulose are still flowing

🍂 Springer



**Fig. 7** Photographs of: (**a**) 9.0 wt.% NaOH aqueous solution (left) and 1.0 wt.% PEG/9.0 wt.% NaOH aqueous solution (right); (**b**) fresh 4.0 wt.% cellulose aqueous solution in 1.0 wt.% PEG/9.0 wt.% NaOH; (**c**) fresh 4.0 wt.% cellulose aqueous solution in 9.0 wt.% NaOH; (**d**) fresh 4.0 wt.% cellulose aqueous solution in 6.0 wt.% NaOH/4.0 wt.% urea; (**e**) gel formed after 4 days storage of the cellulose aqueous solution in 9.0 wt.% NaOH; (**f**) gel formed after 11 days storage of the cellulose aqueous solution in 6.0 wt% NaOH/ 4.0 wt.% urea; (**g**) the cellulose aqueous solution in 1.0 wt.% PEG/9.0 wt.% NaOH after 11 days of storage at room temperature

and homogeneous in both aqueous solutions of 6.0 wt.% NaOH/4.0 wt.% urea and 1.0 wt.% PEG/ 9.0 wt.% NaOH. It indicates that both urea and PEG-2000 have ability to stable the cellulose solution. Continually, after storage at room temperature for 11 days the cellulose solution in aqueous NaOH/urea forms gel (Fig. 7f) while the cellulose solution in PEG/ NaOH is still flowing (Fig. 7g), indicates PEG-2000 is a much better stable reagent than urea for cellulose solution. The experimental result shows that the cellulose solution with PEG-2000 is stable at least for 30 days, which is attractive for its potential application. The reason maybe that PEG-2000 is a polymer with flexible chain and the motility of its basic units are limited in the chain. After cellulose dissolving, the PEG molecules maybe form new complex by

entanglement with cellulose which prevent the association of cellulose molecules, and it is also difficult to extrude them out again from the entangling complex dues to the chain limit and make the cellulose solution stable. However, urea and thiourea are small molecules, which are easily extruded out than PEG-2000 by the self-association of cellulose. The mechanism is still under investigation.

The stability of cellulose solution is another key index to evaluate the solvent system. Generally, the cellulose solution is unstable, and the self-association of cellulose chain always results in the gelation. For example, the 4.0 wt.% cellulose solution in NaOH/ urea forms hydrogel after storing at 8 °C for 4 days (Cai and Zhang 2006). However, in our new solvent system, the cellulose solution is much stable. Figure 8 shows the 4.0 wt.% cellulose solution in 1.0 wt.% PEG-2000/9.0 wt.% NaOH after storage at room temperature in air for 30 days. Clearly, the solution is still flowing. Figure 8b shows the POM image of the solution between two glass slides, and there are no obvious aggregates appear. After deposited the cellulose solution onto surface of freshly cleaved mica, the SEM image (Fig. 8c) shows many small aggregates and they are the regenerated cellulose particles after the evaporation of solvent.

The PEG/NaOH aqueous solution system owns powerful dissolving ability for cellulose. In this study, the maximum solubility of the 1.0 wt.% PEG-2000/9.0 wt.% NaOH aqueous solution for the cellulose with average molecular weight of $1.32 \times 10^5$ g mol$^{-1}$ is 13 wt.%.

Figure 9 displays the Huggins and Kraemer plots for the cellulose in 9% LiOH/DMAc solution (Fig. 9a) and 1.0 wt.% PEG/9.0 wt.% NaOH aqueous solution at 25 °C, respectively. The Huggins plots and the Kraemer plots had good intersections at $(0, \eta)$ for both systems, and it also indicates that the PEG/ NaOH system is a good solvent for cellulose. From Fig. 9a, the average molecular weight of the cellulose can be calculated and the value is $1.32 \times 10^5$ (g mol$^{-1}$). Compared to the intrinsic viscosity for the two solvent systems, it can be concluded that the cellulose molecules in PEG/NaOH aqueous solution are less expanded than in DMAc/LiCl. As stated before, the cellulose solution in PEG/NaOH is still flowing after 30 days of storage at room temperature, and the Huggins and Kraemer plots were also measured. As shown in Fig. 9b, there are still good

Cellulose (2008) 15:789–796

795





**Fig. 8** Photo (**a**), POM (**b**) and SEM images (**c**) of the 4.0 wt.% cellulose solution in PEG-2000/NaOH after storing at room temperature for 30 days

linear relation between [$\eta$] and the concentration (c), indicating the good dissolving of cellulose in the solution. However, the values of [$\eta$] become smaller



**Fig. 9** Intrinsic viscosity ([$\eta$]) dependence on concentration (c) of the cellulose in 9 wt.% DMAc/LiCl solution (**a**) and 1 wt.% PEG/9 wt.% NaOH aqueous solution (**b**) at 25 °C. The curves 1 and 2 are for cellulose solution as-prepared, and the curves 3 and 4 are for cellulose solution after 30 days store at room temperature

comparing to the fresh solution. A slight degradation on the molecular weight took place and the $M_\eta$ for the regenerated cellulose is $1.26 \times 10^5$. In additional, the dynamic rheological experiments should be done in near future to understand its solution behavior.

## Conclusion

In conclusion, here we report a new solvent system for cellulose, the aqueous solution of 1.0 wt.% PEG/ 9.0 wt.% NaOH, in which cellulose can be well dissolved and forms a homogeneous solution with a long period of stability. The role of PEG molecules is believed the hydrogen-bonding acceptor that prevent



796                                                                              Cellulose (2008) 15:789–796

the re-association of hydroxyl groups of cellulose to form gel. It is also believed that the chain of PEG make its repeat units difficult to be extruded out from the solution than small molecules such as urea or thiourea by the self-association of cellulose molecules, which results in the stable of the cellulose solution. Furthermore investigation include dynamic rheological experiments and laser light scattering will be done to study the new solvent system.

**Acknowledgement**  This work is supported by the National Basic Research Program of China (No. 2007CB210201) and the National Key Technology R&D Program (No. 2006BAF0 2A09).

# References

Cai J, Zhang L (2005) Rapid dissolving of cellulose in LiOH/urea and NaOH/urea aqueous solutions. Macromol Biosci 5:539. doi:10.1002/mabi.200400222

Cai J, Zhang L (2006) Unique gelation behavior of cellulose in NaOH/Urea aqueous solution. Biomacromolecules 7:183. doi:10.1021/bm0505585

Chen J, Spear SK, Huddleston JG, Rogers RD (2005) Polyethylene glycol and solutions of polyethylene glycol as green reaction media. Green Chem 7:64. doi:10.1039/b413546f

Cuculo JA, Smith CB, Sangwatanaroj U, Stejskal EO, Sankar SS (1994) A study on the mechanism of dissolution of the cellulose/NH₃/NH₄SCN system. J Polym Sci Part Polym Chem 32:229. doi:10.1002/pola.1994.080320203

Degroot W, Carroll FI, Cuculo JA (1986) A C-13-NMR spectral study of cellulose and glucopolyranose dissolved in the NH₃/NH₄SCN solvent system. J Polym Sci Polym Chem Ed 24:673. doi:10.1002/pola.1986.080240410

Egal M, Budtova T, Navard P (2007) Structure of aqueous solutions of microcrystalline cellulose/sodium hydroxide below 0 degrees C and the limit of cellulose dissolution. Biomacromolecules 8:2282. doi:10.1021/bm0702399

Hattori M, Koga T, Shimaya Y, Saito M (1998) Aqueous calcium thiocyanate solution as a cellulose solvent. Structure and interactions with cellulose. Polym J 30:43. doi:10.1295/polymj.30.43

Isogai A, Atalla RH (1998) Dissolution of cellulose in aqueous NaOH solutions. Cellulose 5:309. doi:10.1023/A:1009272632367

Klemm D, Schumann D, Kramer F (2006) Nanocelluloses as innovative polymers in research and application. Adv Polym Sci 205:49

McCormick CL, Callais PA, Hutchinson BH Jr (1985) Solution studies of cellulose in lithium-chloride and N, N-dimethylacetamide. Macromolecules 18:2394. doi:10.1021/ma00154a010

Nishio Y (2006) Material functionalization of cellulose and related polysaccharides via diverse microcompositions. Adv Polym Sci 205:97

Porro F, Bédué O, Chanzy H, Heux L (2007) Solid-state C-13 NMR study of Na-cellulose complexes. Biomacromolecules 8:2586. doi:10.1021/bm0702657

Ramos LA, Assaf JM, Seoud OAE, Frollini E (2005) Influence of the supramolecular structure and physicochemical properties of cellulose on its dissolution in a lithium chloride/N, N-dimethylacetamide solvent system. Biomacromolecules 6:2638. doi:10.1021/bm0400776

Rosenau T, Potthast A, Kosma P (2006) Trapping of reactive intermediates to study reaction mechanisms in cellulose chemistry. Adv Polym Sci 205:153

Roy C, Budtova T, Navard P, Bedue O (2001) Structure of cellulose-soda solutions at low temperatures. Biomacromolecules 2:687. doi:10.1021/bm010002r

Schoeck J, Davies RJ, Martel A, Riekel C (2007) Na-cellulose formation in a single cotton fiber studied by synchrotron radiation microdiffraction. Biomacromolecules 8:602. doi:10.1021/bm060844w

Schrempf C, Schild G, Ruf H (1995) Cellulose-NMMO-solution and their flowability. Papier 49:748

Sun RC, Fang JM, Tomkinson J, Geng ZC, Liu JC (2001) Fractional isolation, physico-chemical characterization and homogeneous esterification of hemicelluloses from fast-growing poplar wood. Carbohydr Polym 44:29. doi:10.1016/S0144-8617(00)00196-X

Swatloski RP, Spear SK, Holbrey JD, Rogers RD (2002) Dissolution of cellulose with ionic liquids. J Am Soc Chem 124:4974. doi:10.1021/ja025790m

Yan L, Chen J, Bangal PR (2007) Dissolving cellulose in a NaOH/thiourea aqueous solution: a topochemical investigation. Macromol Biosci 7:1139. doi:10.1002/mabi.200700072

Zhang L, Ruan D, Zhou J (2001) Structure and properties of regenerated cellulose films prepared from cotton linters in NaOH/Urea aqueous solution. Ind Eng Chem Res 40:5923. doi:10.1021/ie0010417

Zhang L, Ruan D, Gao S (2002) Dissolution and regeneration of cellulose in NaOH/thiourea aqueous solution. J Polym Sci Polym Phys 40:1521. doi:10.1002/polb.10215

Zhou J, Zhang L, Cai J (2004) Behavior of cellulose in NaOH/urea aqueous solution characterized by light scattering and viscometry. J Polym Sci Part B Polym Phys 42:347. doi:10.1002/polb.10636

# Exhibit 30

Cellulose (2016) 23:5–55
DOI 10.1007/s10570-015-0779-8



**REVIEW PAPER**

# Cellulose in NaOH–water based solvents: a review

**Tatiana Budtova · Patrick Navard**

Received: 7 August 2015 / Accepted: 7 October 2015 / Published online: 5 November 2015
© Springer Science+Business Media Dordrecht 2015

**Abstract** The article is a critical review of all aspects of the dissolution of cellulose in NaOH-based aqueous solutions: from the background properties of the solvent itself, to the mechanisms of cellulose fibre swelling and dissolution, solution structure and properties and influence of additives and, finally, to the properties of various materials (fibres, films, aerogels, composites and interpenetrated networks) prepared from these solutions. A historical evolution of the research on this topic is presented. The pros and cons of NaOH-based aqueous solvent for cellulose are summarised and some prospects are suggested.

**Keywords** Cellulose · Solutions · Alkali · Sodium hydroxide

CEMEF is a member of the European Polysaccharide Network of Excellence (www.epnoe.eu).

T. Budtova (✉) · P. Navard (✉)
MINES ParisTech, Centre de Mise en Forme des Matériaux (CEMEF), CNRS UMR 7635, PSL Research University, CS 10207, Rue Claude Daunesse, 06904 Sophia Antipolis Cedex, France
e-mail: tatiana.budtova@mines-paristech.fr

P. Navard
e-mail: patrick.navard@mines-paristech.fr

## Introduction

Cellulose is a linear, semi-flexible polymer that is self-organised in crystalline and non-crystalline phases. This is the case when cellulose is bio-synthesised in plants or other organisms or when it is coagulated or regenerated from a solution. As such, it is following the general rules that are applicable to long chain molecules. For example, non-crystalline phases (so-called amorphous phases) have different degrees of order and organisation; long chains are more difficult to dissolve than short ones for thermodynamic reasons and chains can entangle at high enough molar mass and concentration.

Since cellulose cannot melt, dissolution is a major issue. Many reviews have been devoted to cellulose dissolution (e.g. Warwicker et al. 1966; Liebert 2010). Cellulose solutions are used for processing cellulose in the form of fibres, films, membranes or other not too bulky objects such as sponges or aerogels, or for performing chemical derivatisation. Since cellulose chains have no specific features, dissolving cellulose should then happen as it is occurring for any other flexible or semi-flexible polymer, and solutions should behave as normal polymer solutions. This is indeed almost the case with one major difference from most synthetic polymers: cellulose is "synthesised" by nature in a complex environment where many other compounds (lignin, hemicellulose, fats, proteins, pectins) are present and interacting more or less



Cellulose (2016) 23:5–55

strongly with cellulose chains. It is thus important to distinguish cellulose as a polymer and native cellulose fibres. In addition, due to the bio-synthesis mechanisms, the organisation of chains is usually complex, like in the secondary plant cell walls, where cellulose chains are forming a sort of composite with many differently oriented layers.

Due to the importance of polymer dissolution in materials engineering where dissolution is used in many industrial areas (drug delivery, pulp and paper, membranes, recycling, etc.), there is a good knowledge of the mechanisms at stake when a solid polymer is placed in contact with a solvent (Miller-Chou and Koenig 2003). As a general basis, polymer chains will go into solution through the interface between the solid polymer and the solvent and will pass several phases. When the solid phase is placed in contact with the solvent, the solvent is swelling the solid phase at the interface, which goes above the glass transition temperature, and this swelling is increasing up to the point of chain disentanglement. Chains can then move out of the swollen phase to the solvent phase and the solubilisation front can advance inside the solid material. Such a scheme is indeed what is occurring when a man-made cellulose fibre is placed in a solvent (Chaudemanche and Navard 2011). In this case, cellulose is behaving as a normal polymer. This is not what is happening when a native cellulose fibre is dissolving. When placed in a swelling agent or a solvent, natural cellulose fibres show a heterogeneous swelling. The most spectacular effect of this inhomogeneous swelling is the ballooning phenomenon, where swelling takes place in some selected zones along the fibres. This type of swelling was observed and discussed a long time ago (Nägeli 1864; Pennetier 1883). One explanation for this phenomenon is that the swelling of the cellulose chains present in the secondary wall is causing the primary wall to extend and burst. According to this view, the expanding swollen cellulose pushes its way through tears in the primary wall. This wall rolls up in such a way as to form collars, rings or spirals, which restrict the uniform expansion of the fibre, and forms balloons as described by Ott et al. (1954). This explanation assumes that cellulose is in a swollen state in each of the balloons. Further studies of Chanzy et al. (1983), Cuissinat and Navard (2006a, b, 2008) and Cuissinat et al. (2008a) have shown that the dissolution mechanism is strongly dependent on the solvent quality.

Cuissinat and Navard performed observations by optical microscopy of free floating fibres between two glass plates for a wide range of solvent quality (as an example, N-methylmorpholine-N-oxide with various amounts of water). They identified four main dissolution modes for wood and cotton fibres as a function of the quality of the solvent.

It is usually said that cellulose is difficult to dissolve and that a rather limited number of solvents is available. However, this is the case for nearly all polymers. Dissolution is favoured since the entropy will increase in a solution state through the contributions of several entropic factors such as the entropy of mixing, the entropy of conformation mobility and, if applicable, the entropy gain due to counter ions. This is counterbalanced by the very large decrease of entropy if the polymer is compared to its parent monomer because of the polymer long chain. All these thermodynamic considerations apply to cellulose, with two additional difficulties. One is chain rigidity, which hampers the entropy increase when the chain is going into solution (degrees of freedom for a chain undergoing conformational changes are very limited for a cellulose chain that can only turn around its 1.4 links). A second difficulty is the large number of intra- and inter-hydrogen bonds present in cellulose, thus compelling the solvent to break them and prevent chains' self-aggregation in solution. The existence of hydrophobic interactions has been recently advocated as a reason for cellulose not to be soluble in water (Lindman et al. 2010; Glasser et al. 2012a, b). A recent molecular dynamic simulation shows that the cellulose dissolution in supercritical water is driven by the entropy gain upon the chain dissociation and is hindered by the loss of solvent entropy. Water molecules increase their density around chains in the solution with supercritical water, the opposite being found in ambient water situation (Tolonen et al. 2015). Aside from thermodynamics, kinetic effects are also playing a major role, which is recognised in the cellulose field as a need to "activate" cellulose, in other words, to find methods to accelerate fibre swelling and dissolution.

Cellulose being not soluble in classical organic solvents, the search for solubilisation has been a major field of research since the isolation of cellulose. The most active time was in the 1930s when four major classes of solvents, still studied now, were discovered: phosphoric acid, NaOH–water, ionic liquids and



amine oxides. Many chemical compounds used to prepare solutions are derivatising or complexing cellulose (Liebert 2010), implying it reverts (or regenerates) to cellulose after/during processing. The Fortisan process uses cellulose acetate-acetone solutions for producing cellulose acetate fibres that are saponified in caustic soda to revert to cellulose fibres (Segal and Eggerton 1961). Cellulose carbamate is obtained by the reaction of cellulose with urea and then regenerated in acid (Hill and Jacobsen 1938; Sprague and Noether 1961; Kunze and Fink 2005). The viscose process is based on cellulose xanthate dissolution in caustic soda followed by regeneration in acid (Russler et al. 2005, 2006; Musatova et al. 1972).

Many aqueous-based compounds are complexing cellulose. They are not leading to a real solution, i.e. a dispersion of cellulose chains at the molecular level in a solvent. The first such agent was discovered by Schweitzer in the middle of the 1800s. He found that it is possible to prepare clear solutions when cellulose is dissolved in mixtures of copper salts and ammonia (the cuprammonium process, with low production today). This class of compounds is very interesting in the sense that these cellulose complexes can be easily studied. Two compounds of this class, cuoxen ($[Cu(NH_2(CH_2)2NH_2)_2[HO]_2)$) and cadoxen ($[Cd(NH_2(CH_2)2-NH_2)_2[HO]_2)$), are widely used to give an indication of the cellulose molar mass through the measurement of the intrinsic viscosity [these methods being normalised as ASTM D1795 (2013) and ASTM D4243 (2009)]. These metal complexes dissolve cellulose by deprotonating and coordinatively binding hydroxyl groups in C2 and C3 positions (Liebert 2010). Many other inorganic salt hydrates combined or not with water were also found to dissolve cellulose while complexing it. A list of aqueous salts is given in Liebert (2010). As an example (Hattori et al. 2004), ethylenediamine/thiocyanate salts can solubilise cellulose of DP = 210 up to 16 wt%, leading to the formation of a mesophase for the highest concentrations.

Not many classes of compounds are leading to more or less well dispersed but non-derivatised and non-complexed cellulose solutions. The most important ones are phosphoric acid-based solvents, LiCl-based solvents, N-methylmorpholine N-oxyde/water, ionic liquids and NaOH–water. The possibility to dissolve cellulose in phosphoric acid has been known for a long time, starting with a patent of British Celanese in 1925 (British Celanese 1925). Boerstel et al. (2001) and

Northolt et al. (2001) showed that concentrated cellulose–phosphoric acid solutions are anisotropic at rest and that their spinning gives high modulus (44 GPa) and high strength (1.7 GPa) cellulose fibres. The possibility to dissolve cellulose in a non-aqueous mixture of N,N-dimethylacetamide (DMAc) and LiCl was first published in 1979 by Charles McCormick (McCormick and Lichatowich 1979). It is a widely used method to analyse cellulose chains in solution or to perform derivatisation at the laboratory scale. None of these solvents are commercially exploited to produce cellulose materials.

Graenacher and Salman (1939) obtained a patent in which they described the possibility to dissolve cellulose in amine oxides with aliphatic and cycloaliphatic amine oxides in up to 7–10 % solutions of cellulose at 50–90 °C. This discovery was not exploited until 1960–1980 when a series of patents (Johnson 1969; Franks and Varga 1979; McCorsley III and Varga 1979) disclosed that one member of this series of compounds, N-methylmorpholine N-oxide (NMMO) mixed with water, is able to dissolve cellulose. It is only within a rather limited range of compositions and temperatures that NMMO–water can dissolve cellulose. Fibres spun from these solutions are industrially produced under the generic term of Lyocell and mainly used in the textile industry.

Ionic liquids are now entering a very active phase of research. Here again, the dissolution of cellulose in "liquefied quaternary ammonium salts" was patented a long time ago, in 1934 (Graenacher 1934). In 2002, imidazolium-based ionic liquids were suggested to be promising cellulose solvents (Swatloski et al. 2002): cellulose can be dissolved up to rather high concentrations [up to 25–27 % (Le et al. 2014)] without any activation. 1-Butyl-3-methylimidazolium chloride (BMIMCl), 1-ethyl-3-methylimidazolium acetate (EMIMAc) and 1-allyl-3-methylimidazolium chloride (AMIMCl) have been used for making films and fibres and performing homogeneous esterification of cellulose as well (Zhang et al. 2005b; Heinze et al. 2005; Turner et al. 2004; Kosan et al. 2008). The advantages of ionic liquids are their negligible vapour pressure, nonflammability, high thermal and electrochemical stability, and ability to tailor their physical properties through changes in cation and anion chemical structures. One of the problems remaining to be solved is ionic liquid recycling.

The last major cellulose solvent family is based on aqueous sodium hydroxide solutions. Preparing cellulose



Cellulose (2016) 23:5–55

solutions in NaOH–water is very attractive. It is rather simple, with reagents that are easy to recycle and cheap, and the solvent itself is well known and widely used in the pulp industry. It is thus not surprising that it attracted attention. The history of the "relations" between cellulose and sodium hydroxide dates back to the nineteenth century. It was the discovery of mercerisation and the viscose process in which a cellulose derivative is dissolved in NaOH–water that gave the real start to using NaOH in the cellulose industry, in particular for making films (cellophane) and fibres (viscose). In the 1930s, it was found that cellulose is soluble in NaOH–water solutions in a certain limited range of low NaOH concentrations and low temperatures (Davidson 1934, 1936). However, the dissolution of most untreated cellulose samples was only partial. Due to these difficulties, the effects of adding other chemicals to NaOH–water to help dissolution were looked for. Already at that time, it was found that the addition of compounds such as ZnO or urea helped the dissolution (Davidson 1937). This discovery was not used until the 1980s when scientists from Asahi Chemicals in Japan found that steam-exploded cellulose was readily soluble in NaOH–water. These researchers made most of the basic physical and chemical studies of cellulose–NaOH solutions, but they did not manage to bring their process to industrialisation. More recently, processes based on enzymatically treated pulps and on the use of additives were developed, but with no industrial production up to now. Difficulties such as use of low temperatures for dissolution, low stability of the mixtures (gelation), low maximum concentration of cellulose (7–8 wt%) and moderate mechanical properties of the fibres were the main factors explaining why this dissolution method is not used. Other methods such as *N*-methylmorpholine *N*-oxyde or ionic liquids are favoured over NaOH–water at the present time.

The purpose of this article is to review the history of the dissolution of cellulose in NaOH–water with or without additives, the various hypotheses made for explaining the way dissolution occurs and the attempts to process cellulose fibres, films, membranes and highly porous objects.

## Structure and properties of aqueous NaOH systems

Anhydrous NaOH is a crystalline compound that strongly interacts with several chemicals of interest

here, including water. Upon interaction with water, a series of hydrates are formed after the destruction of the NaOH crystalline structure. The first to draw the water–NaOH phase diagram was Pickering (1893). He found a complex binary phase diagram, with multiple melting temperatures, ascribed to various hydrate structures. He identifed eight hydrates. The phase diagram was completed by Antropoff and Sommer (1926). Later, a comprehensive study using thermal analyses and solubility was performed by Cohen-Adad et al. (1960). They built the NaOH–water phase diagram based on crystallised hydrates; it is the most complete to date (Fig. 1).

Both ends of the phase diagram show rather simple behaviour. In the concentrated NaOH solutions, there is only one stable hydrate formed by one molecule of water and one molecule of NaOH. On the side of water concentrated solutions (the one of interest for dissolving cellulose), a stable crystalline hydrate is formed with seven water molecules and a metastable one with five water molecules. Between 25 and 70 % of NaOH, the phase diagram is very complex, with several hydrates being stable or even metastable like (NaOH, 4H$_2$O) and (NaOH, 3H$_2$O) located between 30 and 45 % of NaOH. The most complex region is where the NaOH concentration is between 20 and 40 %. Table 1



**Fig. 1** Binary phase diagram of NaOH and water. Adapted from Cohen-Adad et al. (1960)

Cellulose (2016) 23:5–55  9

**Table 1** Composition and temperature range of various NaOH–water hydrates

| Hydrates | NaOH concentration (wt/wt, %) | Temperature range °C |
|---|---|---|
| NaOH, 1 $H_2O$ | 69 | 12.9 to 62 |
| NaOH, 2 $H_2O$ | 52.6 | 6.2 to 12.9 |
| NaOH, 3.5 $H_2O$ | 38–38.8 | 5.1 to 6.2 |
| NaOH, 4 $H_2O$ | 34.8–35.7 | −18 to 5.1 |
| NaOH, 5 $H_2O$ | 30.2–30.9 | −24 to −18 |
| NaOH, 7 $H_2O$ | 22.8–24.1 | −28 to −24 |

Adapted from Roy (2002) and Rollet and Cohen-Adad (1964)

shows the various identified hydrates with their composition and temperature.

In the region of low NaOH concentration, two hydrates can be present. According to Rollet and Cohen-Adad (1964), a stable hydrate with composition (NaOH, $7H_2O$) is obtained after a rapid drop in temperature, in liquid air or dry ice, followed by an isothermal step. A metastable hydrate can also be formed, with composition (NaOH, $5H_2O$), when the temperature decreases relatively slowly. The region of interest for cellulose dissolution is below 20 % of NaOH. This has been recently studied by Roy et al. (2001), Roy (2002), Egal (2006) and Egal et al. (2007). The phase diagram in this region is reported in Fig. 2.

A classical eutectic mixture is found. The composition of the eutectic mixture was proposed to be (NaOH, $5H_2O$; $4H_2O$). It gives 20 % NaOH and 80 % $H_2O$. The melting temperature of this eutectic compound is $\sim 33.4$ °C with a melting enthalpy of the pure eutectic of 187 J $g^{-1}$ (Egal et al. 2007).

The structure of these hydrates is of importance regarding cellulose dissolution. When ions are in solution, they can have different solvated forms depending on their concentration and temperature (Fig. 3). The strongly bonded water forms the primary cage. In this region, ions and solvent molecules are moving together. The less bonded part is forming the secondary cage. These cages are organised in several possible manners, as shown in Fig. 3.

In the case of sodium hydroxide in water, Van Geet (1972) and Yamashiki et al. (1988) observed separated ion pairs for NaOH concentration around 9 % while Bartunek (1955) favoured the hypothesis of hydrated ion pairs.

Another important aspect is the measurement of the number of solvated water molecules present in these cages, which determines the size of these hydrates. Different techniques (NMR, ultrasonic velocity, ion mobility) can be used to measure the number of water molecules in the different cages. Yamashiki et al. (1988) found that the primary cage contains 8 water molecules per NaOH at +4 °C for a 10 wt% NaOH solution. For a 9 % solution, at 30 °C, Kunze et al.



**Fig. 2** Binary phase diagram of NaOH and water in the region of low NaOH concentration. Reprinted with permission from Egal et al. (2007) American Chemical Society

| Type of hydrate | Diameter/nm | Structure |
|---|---|---|
| Separated ion pairs | 1.5 - 2 | |
| Hydrated ion pairs | 1 - 1.5 | |
| Solvated hydrated dipole | 0.8 - 1 | |
| Hydrated dipole | 0.5 - 0.8 | |

**Fig. 3** General structures of alkali hydrates, adapted from Bartunek (1955)



(1985) found by $^{23}$Na NMR that four moles of water per Na$^+$ form the primary cage. A similar result was found by Van Geet (1972). This is fully compatible with what was reported by Yamashiki et al. (1988) if considering that OH$^-$ and Na$^+$ have the same number of water molecules in their primary cages. An interesting point is that the number of solvated water molecules per Na$^+$ does not seem to depend on temperature. There is no indication on how the structure of the weakly bounded secondary cage is changing with temperature. Yamashiki et al. (1988) found that about 23 water molecules per NaOH are freely moving in the secondary cage.

Yamashiki et al. (1988) proposed a model given in Fig. 4 where four water molecules are around each ion to form the primary solvation cage (in grey on Fig. 4). The secondary cage is around the primary, composed of 23 water molecules split between the two ions.

## Cellulose mercerisation

The fact that alkaline aqueous solutions have an effect on cellulose has been known since the nineteenth century with the discovery of mercerisation and the viscose process. Mercerisation is a process named after its inventor, John Mercer. Patented in 1850 (Mercer 1850), mercerisation is the treatment of native cellulose fibres by concentrated aqueous sodium hydroxide solution. After immersion in a NaOH solution and then washing, the initial cotton fabric has improved properties such as better lustre and smoothness, improved dye intake, improved mechanical properties and dimension stability, especially after the discovery by Horace Lowe in the 1890s that mercerisation under tension prevented shrinkage.



**Fig. 4** Tentative representation of the organisation of water molecules around ions for a NaOH–water solution with 9 wt% NaOH. Reprinted by permission from Macmillan Publishers Ltd.: Yamashiki et al. (1988)

Mercerisation has been an industrial process from the the end of the nineteenth century up to now. It has been defined in various standards like ASTM D1695 (2012) as a treatment in strong alkali conditions able to induce cellulose fibre irreversible swelling. One important effect is the transformation of cellulose from its native form (i.e. with Cell I crystalline structure) to cellulose with a Cell II crystalline structure via the intermediate crystalline species called Na–Cell.

Mercerisation is strongly acting on the cell wall morphology of cellulose fibre, changing, for example, the crystalline structure from the native cellulose I to cellulose II (Okano and Sarko 1985). Mercerisation is not fibre dissolution but a change in the morphology and crystalline structure that occurs in a highly swollen state during the formation of various alkali-cellulose complexes. The accessibility of –OH groups on the cellulose chain depends on the crystallinity of cellulose (Tasker et al. 1994), the highly crystalline cellulose being more difficult to mercerise (Chanzy and Roche 1976). During the first mercerisation step, the alkali solution penetrates amorphous regions, leading to cellulose fibre swelling (Okano and Sarko 1984). The polymer chains in these swollen areas are more mobile and they can diffuse laterally to form an alkali complex (Okano and Sarko 1985). Alkali then penetrates into the crystalline regions to ultimately form an antiparallel crystalline soda–cellulose complex called Na–Cell II (Petitpas 1948; Nishimura and Sarko 1987), departing from the parallel arrangement found in native cellulose crystal. The fact that the number of amorphous regions does not increase during mercerisation led many authors to conclude that there is a solid–solid phase transition between crystals of cellulose I to Na–cell II crystals. This suggests that this phase transition occurs through translation diffusion mechanisms, even if this mechanism is not clearly understood. Experiments performed by Nishiyama et al. (2000) showed that once Na–cellulose I or Na–cellulose II species are formed (depending on the initial NaOH concentration), they are stable when changing the NaOH concentration, suggesting the parallel-to-antiparallel conversion cannot take place in the crystalline regions of Na–cellulose. Yokota and coworkers (Yokota et al. 1990) found from the $^{13}$C NMR results that both crystalline and noncrystalline components of cellulose decrease their resonance intensities in the transition process from cellulose to

Cellulose (2016) 23:5–55                                                                                          11

the first stage of the transition (Na–Cell I), suggesting that the noncrystalline and the crystalline regions of cellulose are converted to Na–Cell simultaneously. These authors suggest that the crystalline part imposes some restriction on the swelling of the noncrystalline part of cellulose, but the conversion of both parts to Na–Cell may be possible when the swelling prevails in the whole microfibril as a result of the penetration of the alkaline solution into the crystalline part. Na–Cell I has one NaOH molecule per anhydroglucose unit and has a twofold helical chain conformation with a repeat unit of 10.1 Å.

There are conflicting views regarding the exact interaction mechanisms of NaOH with cellulose and even more contradicting opinions when it comes to explaining how cellulose goes from Cell I (parallel configuration) to Cell II (antiparallel configuration) without going through a dissolved state. Crystallography suggests it is a solid–solid transition while polymer physics suggest that chains cannot change their direction because of the lack of mobility. This contradiction has not yet been resolved.

A two-phase model based on "reactive structural fractions" where crystalline and non-crystalline fractions have different compositions, with more NaOH penetrating into the amorphous phases, was proposed in 1986 (Fink et al. 1986). This model is able to explain the differences between the alkali uptake measured by chemical methods and the composition of the crystalline phase.

Many authors (Kamide et al. 1985; Nishimura and Sarko 1991; Takahashi et al. 1991; Fink et al. 1995; Isogai 1997) agree that $Na^+$ breaks the intermolecular hydrogen bonds O2–H…O6′ and that the most probable location of the $Na^+$ ion is at C2. The carbon C3 seems to be the most resistant to a complexation with sodium hydroxide.

The classical mercerisation conditions are 18–32 % NaOH concentrations at 25–40 °C and the treatment time is very short, a few tens of minutes depending on the cellulose origin and process details. Mercerisation is a term used for the process of treating fibres and fabrics to change their properties in the above conditions, but it also sometimes refers to contacts between cellulose and NaOH–water, regardless of the concentration and conditions, leading to some confusion. It was noticed that temperature plays a complex role, changing the mercerisation efficiency (Sameii et al. 2008).

## Macroscopic mechanisms of cellulose fibre dissolution and cellulose fibre treatments to improve the dissolution in NaOH water

### Mechanisms of cellulose fibre dissolution

When placed in a swelling agent or a solvent, natural cellulose fibres show a nonhomogeneous swelling. The most spectacular effect of this nonhomogeneous swelling is the ballooning phenomenon where swelling takes place in some selected zones along the fibres (Fig. 5a). Figure 5b shows these balloons as observed by scanning electron microscopy. The balloon surface is very smooth. This heterogeneous swelling was observed and discussed long ago by Nägeli (1864), Pennetier (1883), Flemming and Thaysen (1919), Marsh (1941), Hock (1950) and Tripp and Rollins (1952).

One explanation of ballooning is that the swelling of the cellulose present in the secondary wall is causing the primary wall to extend and burst. According to this view, the expanding swollen cellulose pushes its way through the tears in the primary wall, which rolls up in such a way that it form "collars", rings or spirals (Fig. 5c, d ), restricting the uniform expansion of the fibre and forming balloons as described by Ott et al. (1954). Further studies of Cuissinat and Navard (2006a, b, 2008) and Cuissinat et al. (2008a, b) showed that the typology of dissolution mechanisms is universal, depending only on solvent quality. This also applies to NaOH–water with or without additives (Cuissinat and Navard 2006b). In all these studies, it is shown that the key parameter in the dissolution mechanism is the morphology of the fibre and, more precisely, the presence or not of the primary wall. Indeed, as long as the original wall structure of the native fibre is preserved, the dissolution mechanisms are similar for wood, cotton, other plant fibres and even some cellulose derivatives. Ballooning, often observed when cellulose native fibres are dissolving, originates from the specific cut of the primary wall followed by its rolling (Le Moigne and Navard 2010).

The study of dissolution of cotton fibres with different maturities (Le Moigne 2008) shows that there is a gradient of dissolution capacity from the inside to the outside of the fibre. The cellulose inside the secondary wall is the easiest part to dissolve. Ballooning appears only in fibres having the secondary



**Fig. 5** Ballooning effect seen with a cotton fibre placed in *N*-methylmorpholine *N*-oxyde–water (**a**) and the corresponding SEM image (**b**). Successive balloons can be seen along the fibre (**a**). They are surrounded by a primary wall "thread" (**c**) running all along the swollen fibre. Balloons are constrained on each side by a "collar" made of the rolled primary wall. (**d**) Cuts in the primary wall allowing secondary wall expansion. Adapted from Le Moigne (2008)







wall. When the secondary wall is swelling, the primary wall breaks in localised places, rolls up to form helices and surrounds fibre sections that cannot be swollen (Fig. 5a). When a cut of the primary wall occurs on the whole circumference of the fibre, the primary wall rolls up along the fibre direction in the two opposite directions and forms "collars". If the cut is more local and directed along the fibre axis, the primary wall rolls up perpendicularly to the fibre axis and forms one or more threads attached to two collars (Fig. 5c, d).

The primary wall does not dissolve easily and even sometimes does not dissolve at all as it occurs in thermodynamically bad solvents such as NaOH–water.

This rather complex swelling mechanism with balloons and "collars" is the one at stake when dissolving native cellulose in NaOH–water.

Pre-treatments of native cellulose fibres

Pre-treating cellulose fibres prior to use is a very common action. It is usually called activation and is thought to favour the interactions of all or at least a large fraction of the cellulose chains with a given reagent. Since reacting with this reagent is possible from a thermodynamic point of view (otherwise there would be no point to do it), it means that pre-treatment or activation has the role of speeding up the reaction. Activation is increasing the kinetics of dissolution. In many cases, it is difficult to dissolve or access all the cellulose fractions in the fibre. This is particularly the case when using NaOH-based solvents, but the same difficulty, usually called accessibility, is also present when wanting to transform cellulose into glucose. Cellulose-based materials are thus "activated" in order to help dissolution or degradation.

Many methods have been used for activating cellulose. Of course, thermodynamic actions such as decreasing molar mass are efficient, but they are not the only possibility. As far as dissolution is concerned, one way to activate it is to increase the number of accessible paths inside the cell wall structure that will bring reagents close to cellulose chains. Activation methods are numerous: mechanical, physical, chemical and enzymatic methods have been explored in order to facilitate the dissolution in NaOH–water. The main difficulty with activation, as will be demonstrated further, is that its efficiency is usually very difficult to assess unambiguously and thus to understand and predict the action of activation. Selected

examples pertaining to the dissolution of cellulose on NaOH–water will be given for three classes of activation, mechanical/physical, chemical and enzymatic.

*Mechanical/physical methods*

*Ball milling.* Hermans and Weidinger (1946) used ball-milled cellulose to help cellulose dissolution in 1 *N* sodium hydroxide. Kamide et al. (1984) reported that regenerated cellulose from a cupramonium solution and ball-milled amorphous cellulose where intramolecular hydrogen bonds are completely broken or weakened dissolves in aqueous alkali and that the solution is stable over a long period of time. It seems unlikely that all hydrogen bonds would be broken by ball milling, which mainly has the effect of strongly decreasing the crystal size such that the X-ray scattering pattern looks amorphous.

*Steam explosion.* Steam explosion consists of placing the cellulosic material under pressure in a mixture of water steam with other chemicals, waiting for their impregnation and inducing a sudden decompression. Steam explosion has the dual effect of degrading materials other than cellulose while creating many physical paths into the initially compact cell wall structure, thus increasing accessibility (Schultz et al. 1983). Steam explosion was used to obtain a solution of soft wood pulp in NaOH–water with a cellulose concentration high enough to perform spinning and produce cellulose fibres on industrial pilot equipment (Yamashiki et al. 1990a, b, c). These authors performed a complete characterisation of the effects of steam explosion. The resulting pulp was able to dissolve easily in NaOH–water, making a gel-like material ("gelanized state"). Later, Kihlman et al. (2011) used steam explosion to prepare solutions of dissolving pulps in NaOH–water with different additives (urea/thiourea, ZnO, PEG). The authors mentioned that the steam explosion treatment was strongly decreasing fibre length and cellulose DP. In one example, DP is decreased from about 650 to about 150, leading to a good dissolution yield, above 80 %, reaching 94 % in NaOH/urea/thiourea/water.

*Hydrothermal treatment.* A pulp is submitted to a soaking in water mixed with a very small amount of ascorbic acid at elevated temperature (170 °C). Struszczyk et al. (1991) and Wawro et al. (2009) showed that such a treatment strongly enhances the

dissolution in NaOH–water, allowing the production of manufactured goods. Such thermal treatments in hot water under pressure are known to decrease molar mass (Sasaki et al. 1998), which could explain the efficiency of such treatment.

*Steam explosion followed by grinding.* Yamane et al. (2015) used a sequence of steam exlosion and grinding treatment, a procedure used for preparing cellulose nanofibres. The study compared steam explosion and grinding treatment, concluding that grinding was superior to the steam explosion in terms of increase of solubility.

*Chemical methods*

Chemical methods usually aim at removing chemicals and polymers, which are possibly hampering dissolution. Lignin and some hemicellulose clearly fall in this category of species that are present in most cellulose materials coming from plants such as wood pulps. Kihlman et al. (2012) looked at the effect of the composition of wood pulp on its dissolution in NaOH/urea/thiourea and in NaOH/ZnO. They found that the solubility was not influenced by the fibre dimensions but that two parameters were important, DP and the composition of the hemicelluloses. The influence of DP clearly comes from a simple thermodynamic consideration. The influence of hemicellulose is more complicated to describe since most, if not all of these hemicelluloses, are soluble in NaOH–water-based solvents. It seems, however, to be important to remove hemicelluloses, which may act as a shield against solvent penetration when they are linked to cellulose (Le Moigne and Navard 2010; Le Moigne et al. 2010). As noted by Kihlman et al. (2012), "solubility of cellulose is not determined by macrocopic properties (e.g.; dimension of the fibres) but rather by properties prevaling at micro- and nano-levels, i.e. in regions close to the molecular and supramolecular architecture of the cellulose in the cell wall within fibrils and fibril aggregates".

One of the most popular techniques is a treatment with alkali solutions. Cellulosic materials will swell and hemicellulose will be mostly dissolved, changing the structure of the material such as the pore structure (Kasahara et al. 2004; Bredereck et al. 2003), fibrillation tendency (Zhang et al. 2005c) or crystallinity (Colom and Carrillo 2002). Such treatments thus strongly influence the accessibility of cellulose chains

 Springer

14                                                                                                          Cellulose (2016) 23:5–55

to small solvent molecules, influencing subsequent chemical treatments (Tatarova et al. 2012). An interesting phenomenon, which can further enhance accessibility, is the fact that parts of the fibres can swell more than others, creating stress inside the fibres (Öztürk and Bechtold 2008) and helping further dissolution.

Other methods have been studied in order to enhance the capability of cellulose fibres to dissolve in NaOH–water. As an attempt to decrease the amount of residual xylan present in fibres, Dos Santos et al. (2013) treated various wood pulps with nitren. Although efficient in removing xylan, this method also decreases the cellulose molar mass (Fig. 6). It was not possible to determine which of the two phenomena (removal of xylan and decrese of DP, or both) was responsible for increasing the solubility in NaOH–water.

Trygg and Fardim (2011) used an ethanol–HCl pretreatment to increase the "accessibility" of cellulose and help its dissolution in NaOH–water based solutions. It was shown that it removes the primary cell wall and also decreases molar mass, but the mechanisms behind the effects of such treatment are not very clear. The solutions of treated pulp were used to prepare cellulose beads (Trygg et al. 2013, 2014).

The effect of lignin on the dissolution in NaOH–urea/water was studied by Shi et al. (2014). The result is not easy to interpret, with a positive effect of lignin on dissolution in some cases and an adverse effect in others. The same positive or negative effects were found regarding the amount of hemicellulose. As stated by the authors, other factors than the lignin and hemicellulose contents control dissolution.

*Enzymatic treatments.* Enzymatic treatments have been extensively used as a pre-treatment of wood fibres. Several groups investigated the effect of cellulase treatments for improving dissolution in NaOH–water (Struszczyk et al. 1995; Struszczyk and Ciechanska 1998; Rahkamo et al. 1998; Wang et al. 2008; Le Moigne et al. 2010). The main result is that enzymatic treatments do increase the dissolution of cellulose in NaOH–water-based mixtures. However, as shown by Le Moigne et al. (2010), the reduction of molar mass cannot explain everything since the reduction to the same DP of two different pulps does not give the same solubility for these two pulps. As shown for the other treatments, there are deep intermolecular interactions preventing or favouring dissolution. A very clear manifestation of such phenomena is reported in the PhD dissertation of Dos Santos (2013), who used pulps without any detectable presence of pectins and treated them with a pure pectinase. Surprisingly, several pulps showed a very significant increase in solubility. Although the author was not able to give an explanation for this phenomenon, it was clearly shown that touching the molecular and supramolecular arrangement in the native cellulose fibres drastically changes their ability to dissolve. This implies that thermodynamics is not the major player. Other phenomena, more related to the kinetics of the phase change, are important.

## Structure, properties and thermodynamics of cellulose–NaOH–water without additives

First investigations of the dissolution in NaOH–water

Davidson (1934, 1936) studied cellulose dissolution and is, to our knowledge, the first to report the dissolution and not swelling as in the mercerisation process. He looked for optimal conditions to dissolve modified cotton, called "hydrocellulose", which was cellulose hydrolysed in strongly acidic conditions, which decreased its molar mass. Such a product would



**Fig. 6** Effect of nitren treatments at three nitren concentrations *x* of 3, 5 and 7 % on the molar mass distribution: "Sp-S" is untreated and "Sp-S_*x* %" treated spruce bleached sulphite pulps. Reprinted with permission from Dos Santos (2013)



be called microcrystalline cellulose now. Davidson showed that a decrease in temperature improves cellulose dissolution, as illustrated in Fig. 7.

Davidson found a maximum solubility of 80 % of the initial hydrolysed cellulose, probably due to its low molar mass. This dissolution occurred in a narrow range of NaOH–water concentration (Davidson reported 10 wt% of NaOH) and at low temperature (−5 °C). Davidson noticed that solubility increases when the chain length decreases, leading him to deduce that it would not be possible to dissolve unmodified (i.e. high molar mass) cellulose. With these results, we must consider that Davidson was the real inventor of cellulose dissolution in NaOH–water mixtures. However, it is often Sobue (Sobue et al. 1939) who is cited when cellulose dissolution in NaOH–water is discussed. The reason is that Sobue explored the whole ramie cellulose–NaOH–water ternary phase diagram based on the work of his group and previously published data on cellulose-alkali mixtures by Saito (1939). He noticed that in a narrow range of NaOH concentrations and temperatures, cellulose can be dissolved. The dissolution range was NaOH concentrations of 7–10 wt% and the temperature range −5 to +1 °C. He referred to this region and cellulose state with the term "Q-state".

This phase diagram, reported in all reviews, is shown in Fig. 8.

Figure 8 shows the presence of five different forms of alkali celluloses, or Na–Cell (I, II, III, IV or Q and V). The Na–Cell type depends on the temperature and NaOH concentration. The region of interest for dissolution, below 0 °C and at about 8 wt% NaOH concentration, is the location of what the authors called the alkali cellulose Na–Cell Q, Q as in Quellung ("swelling" in German). Sobue et al. (1939) also investigated the composition of alkali celluloses from molecular volume considerations. Later, Marsh (1941) reported cellulose swelling in aqueous solutions of different alkaline hydroxides (lithium, sodium, potassium, rubidium and caesium). All alkaline hydroxides can act on cotton, with a maximum swelling at a given hydroxide concentration depending on the nature of the metal ion, in the order Li > Na > K > Rb > Cs in terms of efficiency, measured by looking at the lowest concentration able to swell cellulose. Swelling (dissolution was apparently not an issue at this time) was explained in terms of the size of the hydrated ion. The larger is the ion, the more difficult it is to penetrate cellulose (Petitpas 1948). Such explanations are still considered today (Freytag and Donzé 1983). At very low alkaline hydroxide concentrations, hydrated ion pairs may be too large to separate cellulose chains effectively (Fig. 3). When the ion concentration increases, the number of water molecules decreases to form solvated dipole hydrates. Their hydrodynamic diameter decreases and ions can penetrate into



**Fig. 7** Hydrocellulose solubility versus NaOH concentration and solution temperature. Adapted from Davidson (1934)



**Fig. 8** NaOH–water–cellulose phase diagram, adapted from Sobue et al. (1939). The circle indicates the dissolution range



amorphous areas of cellulose fibre and then in well-organised domains. Another explanation of the influence of alkali concentration is that water is needed to swell cellulose. Na ions must bring water close to the cellulose chain to first swell it (Legrand and Grund 1952). A last hypothesis is that if the NaOH concentration is too high, the hydration of alkali ions is insufficient to break hydrogen bonding (Kuo and Hong 2005).

Staudinger and Mohr (1941) found that cotton dissolves in a 10 wt% NaOH solution if the cellulose DP is lower than 400. Hermans and Weidinger (1946) studied ball milling of cellulose. They confirmed that ball milling produced amorphous cellulose. They found this amorphous cellulose to be soluble in 1 $N$ sodium hydroxide without specifying the temperature. After the pioneering work of Keller (1957, 1968) showing that polymers could crystallise via a chain-folding mechanism, Maeda et al. (1970a, b) studied cellulose crystallisation from solutions in NaOH. Maeda et al. (1970b) attempted to dissolve cellulose in the Q-state [unspecified "cold" temperature, low cellulose concentration (0.02–0.5 wt%) at a low alkali concentration (2–6 wt%)]. They report dissolution and subsequent slow recrystallisation upon heating at temperatures in the range 25–50 °C. Maeda et al. (1970a) discussed this method for dissolution and also proposed another one that leads to faster crystallisation kinetics, where cellulose is dissolved in similar conditions with the addition of an equal amount of methanol. Crystallisation occurred in this case in less than 24 h.

Dissolution of cellulose in NaOH–water: research in Japan in the 1980s

A revival of interest in cellulose dissolution in NaOH–water came in the middle of the 1980s. A team of researchers from Asahi Chemical Industry Co. made a breakthrough in the dissolution of cellulose in dilute aqueous solutions of sodium hydroxide. In a series of papers (Kamide et al. 1984, 1987; Yamashiki et al. 1988, 1990a, b, c, 1992; Kamide et al. 1990, 1992; Yamada et al. 1992; Matsui et al.1995; Yamane et al. 1996a, b, c, d), they extensively studied dissolution mechanisms using different approaches, focussing their efforts on finding dissolution methods able to produce materials, mainly fibres and films. The first paper by Kamide et al. (1984) reported that

regenerated cellulose from a cupramonium solution and ball-milled amorphous cellulose, where intramolecular hydrogen bonds are completely broken or weakened, dissolved in aqueous alkali and that the solution was stable over a long period of time. They identified the intramolecular hydrogen bond ($O_3$–H……$O_5'$) to be weakened for the ensuring dissolution. The authors found that although crystallinity has a role, the more crystalline cellulose being the more difficult to dissolve (as found already by Davidson in 1934), it is by far not the only factor governing dissolution. The authors concluded that "in other words, the solubility behaviour cannot be explained by only the concepts of crystal-amorphous" *or* "accessible–inaccessible". The lack of a strong correlation between the amount of amorphous phase and solubility was confirmed later (Kamide et al. 1992). Wang et al. (2008) used enzymes to tailor the molar mass and crystallinity of cotton linters and dissolve them in NaOH–urea. Their conclusion is that the decrease in molar mass strongly decreases the dissolution time but that high crystallinity does not result in low solubility; "at least crystallinity alone could not explain the difficulty of cellulose dissolution". This issue of crystallinity where some authors found an influence on solubility and some others did not is probably linked to the difficulty of separating the crystallinity and crystal size. For example, ball milling strongly decreases the crystal size, which results in a solubility increase (Kamide et al. 1984). Being able to prepare stable cellulose–NaOH solutions, the same Asahi research group studied some of the solution properties. Regenerated cellulose ($M_w$ of $8 \times 10^4$), using the same protocol as in Kamide et al. (1984), was dissolved in 8 % NaOH–water. The molar mass as measured by light scattering did not change in the temperature range 10–45 °C and was similar to the one measured in cadoxen, showing that no aggregation was taking place in this solution. The authors deduced that their solutions were molecularly dispersed. The solvent was found to be a theta solvent at 40 °C. Cellulose has the behaviour of a semi-rigid chain (flexibility in NaOH–water lying between those in cadoxen and iron sodium tartarate) having a partially free draining behaviour. The unperturbed dimensions decreased with temperature.

A detailed study of cellobiose–NaOH interactions was conducted by Yamashiki et al. (1988). Based on [1]H and [23]Na NMR results, they proposed a model for

Cellulose (2016) 23:5–55

explaining NaOH–cellulose interactions. The number of water molecules solvated to a NaOH molecule is maximal at 4 °C in the range 0–15 wt% of NaOH, decreasing at this temperature from 11 water molecules at very low concentration to 8 water molecules at 15 wt% of NaOH. The authors concluded that provided that the proper intermolecular hydrogen bonds have been broken, the factor that controls dissolution is the structure of the alkali. Cellobiose takes part in hydrogen bond formation with the cations and anions strongly solvated with water. Na cations do not show a specific interaction with the OH groups of cellulose. A tentative model of the structure of cellobiose in NaOH–water was given by the authors (Fig. 9).

Because the weakening intermolecular hydrogen bonds were supposed to be a pre-requisite for good solubility of cellulose in NaOH–water, the same group of authors turned towards steam-explosion treatment in order to avoid using regenerated cellulose. The solubility of steam-exploded pulp was found to be very high, always with a maximum solubility in the temperature-NaOH concentration window found by the first investigators (Davidson and Sobue), as shown in Fig. 10. As far as the influence of temperature on cellulose dissolution in NaOH–water is concerned, Fig. 10 shows that the dissolution is slightly better at 4 °C than at −5 °C and shows a non-monotonous temperature dependence. However, Fig. 7 shows that the dissolution is better at −5 °C than at 0 °C. As will be shown later, some researchers prefer to use a solvent (NaOH–urea–water) cooled to −12 °C (Qi et al. 2008a) and others report the best dissolution after solution freezing at −20 °C and thawing (Isogai and



**Fig. 10** Dependence of solubility of alkali-soluble cellulose as a function of NaOH concentration at four temperatures (−5, 4, 15 and 30 °C). Lines are given to guide the eye. Replotted from Kamide et al. (1990)

Atalla 1998). The exact influence of temperature on cellulose dissolution is thus not well established. What is now accepted is that the dissolution must be performed below 0 °C.

X-ray studies showed that dissolution occurs in 8–9 wt% of NaOH in water at low temperature without any conversion of cellulose into Na–cell I and that dissolution may start first in the amorphous parts, resulting in a transparent, molecularly dispersed solution (Kamide et al. 1990). Steam explosion proved to be a very efficient way to produce stable solutions, at least as claimed by the authors, with a molecular weight of the dissolved cellulose high enough to lead to spinnable solutions and fibres with good mechanical properties (Zhang et al. 2005a). The solubility of steam-exploded soft wood pulps was greatly enhanced for degrees of polymerisation lower than 400. It was found that despite crystallinity increasing after steam explosion, the solubility increased. The degree of intramolecular hydrogen bond breakdown at the C3 and C6 positions was correlated with the increase of solubility. Solid-state $^{13}$C NMR confirmed the destruction of intermolecular $O_3$–H…$O_5'$ hydrogen bonds and $O_2$–H…$O_6'$ hydrogen bonds (Takahashi et al. 1991; Kamide et al. 1992). Molecular weight is a normal factor influencing solubility. Figure 11 shows that very large differences in solubility can be seen for cellulose of a similar molecular weight.



**Fig. 9** Schematic representation of the tentative structure of the dissolved cellobiose in NaOH–water. Reprinted with permission from Macmillan Publishers Ltd.: Yamashiki et al. (1988)



18                                                                                    Cellulose (2016) 23:5–55



**Fig. 11** Solubility $S_a$ versus the average molecular weight of native cellulose, replotted from Kamide et al. (1992)

Up to this point, only regenerated cellulose and steam exploded softwood pulp were used for preparing solutions. Isogai (1997) studied the interactions between solid or swollen cellulose with $Na^+$ and $OH^-$ ions by NMR using low molar mass cellulose (DP 15). His conclusions were that all C–H protons undergo an electron-shielding effect by NaOH. The shielding effect of carbons by NaOH was found to be varied, with C1 and C4 showing a shielding effect while C2, C3, C5 and C6 show an electron-deshielding effect. Experiments with NaOD-$D_2O$ suggest that C3–OH has the highest resistance to dissociation in NaOH among the three hydroxyl groups on the anydroglucose unit. Isogai and Atalla (1998) had difficulties in dissolving microcrystalline cellulose using the procedure developed by the Asahi group. They found that dissolution of a large variety of cellulose origins (microcrystalline cellulose, cotton linter, softwood bleached and unbleached kraft pulp, groundwood pulp) and treatments (mercerised, regenerated) can be better performed if the cellulose solution in 8.5 wt% NaOH is frozen at $-20$ °C before thawing at room temperature while adding water to reach 5 wt% NaOH in the solvent. With this procedure, solutions of microcrystalline cellulose were stable at room temperature. Other cellulose samples were partially soluble. The authors found that the presence of hemicellulose did not seem to be a factor influencing dissolution since most hemicellulose fractions were soluble in NaOH–water mixtures. Molar mass was

supposed to be the key point for explaining solubility, the higher masses being more difficult to dissolve, a fact explained by the authors through the concept of cellulose chain-coherent domains (and, surprisingly, not through simple entropic effects).

**Structure and properties of cellulose–NaOH solutions (without additives)**

Not many results have been reported in the literature regarding the possible mechanisms of dissolution of cellulose in NaOH–water without additives. A set of experiments carried out by Roy et al. (2001) and Egal et al. (2007) using thermal analysis as a main tool allowed better understanding the interations between NaOH and cellulose. The analysis is based on the fact that NaOH–water in the region of low NaOH concentration has a eutectic behaviour (see Fig. 2).

NaOH–water and the ternary microcrystalline cellulose–NaOH–water phase diagrams were studied by DSC. DSC melting thermograms of NaOH–$H_2O$ solutions at $T < 0$ °C and a concentration of NaOH between 0 and 20 wt% show two peaks, characteristic of a eutectic phase diagram. The melting peak at low temperature, around $-33/-34$ °C, is independent on the NaOH concentration and is the classical trace of the melting of the crystalline eutectic mixture, which was found to be composed of one metastable sodium pentahydrate and four water molecules (NaOH·$5H_2O$; $4H_2O$). Its melting enthalpy is 187 J $g^{-1}$, measured at the eutectic position (Egal et al. 2007). The high temperature peak corresponds to the melting of ice. An interesting feature shown in Fig. 12 is that the enthalpy of melting of the eutectic peak depends on the cellulose concentration. However, the melting temperature is constant.

Two conclusions can be drawn from these experiments. The first is that the eutectic mixture is still present when cellulose is added. The second is that the presence of cellulose drastically decreases the amount of this eutectic mixture. The higher the cellulose concentration, the smaller the amount of eutectic compound is. Since NaOH is only present in the eutectic compound, the decrease in its melting enthalpy allows the calculation of the number of NaOH molecules linked to cellulose and thus is not able to participate in the NaOH·$5H_2O$ crystal fraction of the eutectic mixture. The fact that the eutectic peak vanishes at a certain cellulose concentration means





**Fig. 12** DSC melting thermograms of $X$ Avicel–7.6NaOH–water solutions with $X = 0, 0.5, 4, 5$ and 7.6 g in 100 g solution. *Dashed line* corresponds to $X = 0$ (solution without cellulose). *Curves* are shifted vertically for clarity. Reprinted with permission from Egal et al. (2007) American Chemical Society

that at this cellulose concentration all sodium hydroxide molecules have been "trapped" by the cellulose chains. This corresponds to the dissolution limit since no more NaOH molecules are able to solvate any additional cellulose chains that could be brought in the solution. This concentration corresponds to four moles of NaOH per mole of anhydroglucose unit. Calculations showed that at very low cellulose concentrations, up to 20 NaOH molecules are linked to one anhydroglucose unit, but as soon as the concentration increases, there is a stable number of four NaOH molecules trapped by each anhydroglucose unit. Such a value, which roughly equals a maximum solubility of 7–8 wt% of cellulose in 7–8 wt% NaOH–water solution, corresponds to what is experimentally found when willing to prepare the highest possible concentrated solutions.

Wang and Deng (2009) looked at the dissolution kinetics of a cotton linter sample of DP 850 in static conditions, i.e. without stirring, varying the temperature and NaOH concentration, at a 2.5 wt% cellulose concentration. They measured two main parameters, solubility and the change between Cell I to Cell II crystal structure of the undissolved part. Without stirring, the authors show a very large influence of temperature. Almost no dissolution occurred above −11 °C while dissolution started to be effective at

−15 and −20 °C, with up to 30 wt% of the cotton linters dissolved. The undissolved fraction kept its Cell I structure when the cooling bath was above −11 °C. However, a gradual change of the cellulose crystal structure from cellulose I to cellulose II as a function of time was clearly observed for the undissolved fraction when the cooling bath was at −15 °C. At this temperature, the authors showed that the fraction of Cell I crystals was quickly reduced in the first 10 min of dissolution before the appearance of Cell II. They noted that this quick disappearance of cellulose I in the first 10 min has a similar trend as in the solubility measurement. The authors suggest that the dissolution of cellulose in alkaline solution is closely related to the transformation of cellulose I into cellulose II. Considering the NaOH–water phase diagram as the one plotted in Fig. 2, the authors calculated the amount of ice formed when cooling. They suggest that the ice formation in the free water present in the solution during cooling induced a higher liquid NaOH concentration (this is the classical eutectic behaviour described above in "Structure and properties of aqueous NaOH systems" section) in the immediate environment of solid cellulose, resulting in higher absorption of NaOH on cellulose, leading to its solubility. The higher the NaOH concentration is, the higher the solubility, according to Wang and Deng (2009). The fact that the NaOH concentration reaches 14 wt% at −15 °C is considered a major contribution to the solubility. However, the fact that cellulose is not dissolving in NaOH concentrations above about 10 wt% is in contradiction with this hypothesis. The interest of this work is to show that without stirring cellulose of DP 850 cannot dissolve at temperatures above −11 °C while Avicell of DP about 200 can be nearly fully dissolved at −6 °C. This illustrates the influence of molar mass in the thermodynamics of the dissolution process (the higher the molar mass, the more difficult it is to dissolve for entropic reasons) and clearly shows that the lower the temperature is, the better the enthalpic factors favouring dissolutions are.

Another approach to understanding cellulose dissolution in NaOH–water was recently suggested by Lindman and coworkers (Lindman et al. 2010; Medronho et al. 2012, 2015; Medronho and Lindman 2014a, b). They revisited the amphiphilic property of cellulose in order to show that the hydrophobic character of cellulose was not considered enough among the mechanisms operating during cellulose



dissolution. Their main point is that owing to the strongly hydrophilic character of cellulose, it should be easily soluble in water-based solvents able to make hydrogen bonds with cellulose. The fact that in some cases the additives that are used (like urea) are known to disrupt hydrophobic interactions pushed them to dispute the "all-hydrogen bond" attitude advocated widely for explaining why a given chemical is a solvent or not. This approach helps to explain why cellulose solubility has an inverse temperature dependence.

The amphiphilic character of cellulose is evident, aliphatic carbons being present on the edges of the pyranose rings together with highly polar groups on the side of the chain. Dissolution in NaOH–water at low NaOH concentrations means that a lot of water is present around the cellulose chains. A recent Monte Carlo simulation suggests that, as could be expected, the concentration of water is higher around the hydroxyl groups than around the hydrophobic moieties (Stenqvist et al. 2015). These authors concluded that the mutual polarisation between water and hydroxyl groups of cellulose is important and may induce orientation correlations of species close to the cellulose chain, influencing how cellulose interacts with co-solutes such as NaOH. If correct, polarisability effects could explain in part the influence of the temperature of dissolution reported in all studies because of the possible varying structure of the hydrated ions in contact with the cellulose chains. A recent simulation also confirms the presence of well-ordered, tightly coordinated water structures at the cellulose surface (Hadden et al. 2013). Finally, an NMR spectroscopic study of the interactions between water, KOH, LiOH and NaOH with cellobiose and cellulose (Xiong et al. 2013) showed that the dissolution behaviour seems to be very affected by the type of hydration shell alkali forms with water. The authors note that LiOH and NaOH are solvents for cellulose while KOH is not. The only difference they saw was that $Li^+$ and $Na^+$ are able to form two hydration shells, while $K^+$ only has a "loose hydration shell". They deduce that the key point is the ability of the alkali ions to form a stable complex with cellulose in order to dissolve it.

The structure of cellulose chains in water-based media is not well understood, with possible stacks of glucopyranose rings, a hypothesis supported by X-ray scattering experiments during cellulose regeneration (Isobe et al. 2012) and simulation of the first stages of

aggregation after chains exit from the plasma membrane during cell wall formation (Haigler et al. 2014). The organisation and conformation of chains, the structure of the hydrated ions, the coordination and polarisability of water around the hydroxyl groups and the way the hydrophobic planes escape polar regions must be better described in order to understand cellulose solubility in NaOH–water. In particular, the existence or not of molecularly dispersed solutions is still an open question.

The measurements of the viscosity of cellulose in NaOH–water give indications of possible aggregations in dilute solutions. In NaOH–water, cellulose intrinsic viscosity decreases with temperature increase (Kamide et al. 1987; Roy et al. 2003). However, the cellulose apparent average molecular weight remains constant with a temperature increase in 8 % NaOH–water (Kamide et al. 1987). The decrease in the intrinsic viscosity with the temperature increase cannot be the consequence of a gelation process since viscosity should increase with gelation and dilute solutions do not gel (Roy et al. 2003). Cellulose degradation was not the reason for this decrease either.

One way to explain the intrinsic viscosity decrease with temperature is the decrease of cellulose solvent thermodynamic quality, which seems to be a general phenomenon not only for dissolved cellulose (in any solvent), but also for solutions of cellulose derivatives. For example, the same dependence was reported for microcrystalline cellulose of DP 300 dissolved in EMIMAc ionic liquid (Gericke et al. 2009). The decrease in the intrinsic viscosity with a temperature increase is known for cellulose esters: for example, for cellulose acetate dissolved in EMIMAc (Rudaz and Budtova 2013), in m-cresol or dimethylformamide (Flory et al. 1958) or in acetone (Suzuki et al. 1980). The influence of temperature on the intrinsic viscosity was attributed to changes in the unperturbed chain dimensions.

Roy et al. (2003) explain that the decrease of the intrinsic viscosity with temperature is due the increasing role of the hydrophobic interactions with temperature increase. They assume that two mechanisms leading to the intrinsic viscosity decrease have to be considered. On one side, cellulose agglomerates become increasingly compact because of the interchain hydrophobic interactions with temperature increase. On the other side, because of interagglomerate interactions, new compact agglomerates are formed with a hydrodynamic



Cellulose (2016) 23:5–55 21

volume smaller than the additive sum of volumes of the initial agglomerates (like the formation of interpolymer complexes between oppositely charged macro-molecules). Thus, in the dilute region, the increasing role of inter- and intrachain hydrophobic interactions with temperature increase (above 20 °C) leads to aggregate compactisation. This is the same reason that has been advocated to describe the solution behaviour in semi-dilute states. In this state, solutions gel quickly without any additive. Gelation is faster if the concentration or temperature is increased (Roy et al. 2003; Egal 2006; Gavillon and Budtova 2008). The evolutions of storage and elastic moduli at various cellulose concentrations and temperatures were used to correlate the gelation time with solution temperature and cellulose concentration. Gelation time was approximated as the time where $G'$ and $G''$ cross, as shown in Fig. 13. Whatever the temperature is, the gelation of semidilute cellulose–NaOH solutions takes place, being faster at higher temperatures. Cellulose–9 % NaOH solutions behave in a similar way as aqueous methylcellulose solutions with a lower critical solution temperature and temperature-increase-induced gelation. However, contrary to methylcellulose solutions, gels formed from cellulose–9 % NaOH solutions are not thermoreversible: after cooling to any temperature including the temperature of cellulose dissolution (−6 °C), they do not re-dissolve.

With time, at a fixed temperature, the solution gradually transforms from a viscous liquid to an elastic, solid-like network. Both hydrogen bonding and hydrophobic association may lead to gelation, each being more or less pronounced at a certain temperature. Because all cellulose–NaOH gels are slightly turbid, a phase separation with local chain segregation could be a possible mechanism governing thermo-induced changes. The formed gel becomes opaque as a sign of a phase separation, which becomes more evident with long times where syneresis occurs. The overall picture of temperature-induced changes in the cellulose coil in dilute and semi-dilute solutions is shown in Fig. 14.

## Influence of additives on cellulose dissolution and solution properties in aqueous NaOH

Since the discovery of mercerisation, various low-molecular-weight components were added to cellulose or cellulose derivative solutions with the aim to improve either viscose processing (to lower the consumption of carbon disulphide, to ease filtration) or the properties of final materials. Urea, thiourea and different metal oxides were shown to increase the swelling of cellulose fibres and "fluidity" of viscose solutions. As will be demonstrated later, these experimental findings were mainly due to the increase of the cellulose soluble fraction, this fraction being of low molecular weight. At the same time, the dissolution of cellulose in 7–10 wt% NaOH at low temperatures was



**Fig. 13** $G'$ and $G''$ of a 5 % cellulose–9 % NaOH–water as a function of time at 20 °C: $G'$ (*1*) and $G''$ (*2*) and at 25 °C: $G'$ (*3*) and $G''$ (*4*). Reprinted with permission from Roy et al. (2003) American Chemical Society



**Fig. 14** Schematic presentation of the cellulose coil dimension changes with a temperature increase in dilute and semi-dilute solutions



discovered and the correlation between the swelling of cellulose fibres and cellulose dissolution was understood. The next logical step was to study whether the additives that influence the swelling of cellulose fibres could improve cellulose dissolution in aqueous NaOH.

Davidson in the late 1930s (1937) and then Laszkiewicz at the beginning of 1990s demonstrated the influence of metal oxides and urea or thiourea on cellulose dissolution in NaOH–water (Laszkiewicz and Wcislo 1990; Laszkiewicz and Cuculo 1993). Acrylamide, acrylic acid, acrylonitrile and later polyethylene glycol were also tested for improving cellulose solubility in aqueous sodium hydroxide. In the last 10–15 years, studies concentrated on ZnO, urea and thiourea added to NaOH–water for dissolving cellulose, the main goal being to understand the mechanisms of cellulose dissolution, the role of additives, the solution properties and making films and fibres.

In this section, we first give an overview of the influence of metal oxides, mainly ZnO, on cellulose dissolution and solution properties. Then the role of urea and/or thiourea are discussed. Finally all "other" additives to NaOH–water will be briefly presented.

Influence of ZnO and other metal oxides

The main facts and figures characterising cellulose dissolution in NaOH–water solutions with various metal oxides (MeO) such as zinc, beryllium and aluminium were obtained by Davidson (1937). In his work, the NaOH concentration, solution temperature and molar ratio MeO/NaOH were varied. Cotton and activated celluloses (so-called "oxycellulose" prepared from cotton linters treated first in sodium hypochlorite solution of pH 8.4 and then alkaline boiled) were examined in terms of the percentage of dissolved cellulose. The main results summarising the influence of ZnO are as follows:

- It was confirmed that the lower the solution temperature ($-5$ vs. 15 °C), the better the cellulose dissolution is, whatever the concentration of ZnO.
- At $-5$ °C the highest dissolution is achieved at a NaOH concentration of about 2.5 mol $l^{-1}$.
- The maximum dissolution yield, 100 %, was reached for "oxycellulose" dissolved in NaOH–water of 2–4 mol and a ZnO/NaOH ratio of 0.178;

the increase of the ZnO concentration led to the appearance of precipitated ZnO particles.
- Cellulose pre-treatment ("oxycellulose") improves the dissolution to the point that even cotton linters can be dissolved to a yield of about 85 %.
- It was also noticed that except being dissolved at the optimal NaOH concentration, the solutions were gelling.

Potassium hydroxide, mixed with ZnO or not, was also tested for improving cellulose solubility. The addition of ZnO increased the dissolution in KOH, but NaOH was shown to be more efficient: for the same oxycellulose, the best dissolution yield was of 70 % at 2 mol of KOH and ZnO/KOH molar ratio of 0.14 and 100 % in NaOH in the same conditions.

The addition of beryllium oxide to NaOH–water had a slightly lower but similar effect as ZnO. It is interesting to note that with beryllium oxide, the highest cellulose dissolution was obtained at 15 °C and not at $-5$ °C. However, for the same oxycellulose sample dissolved in sodium berrylate solution, the dissolution never reached a yield of 100 %.

Unlike zinc oxide and beryllium oxide, aluminium oxide decreases cellulose solubility in NaOH–water. Increasing the $Al_2O_3$ concentration decreased the cellulose solubility and shifted the maximum solubility towards higher NaOH values.

Until cellulose dissolution in NaOH–water was used to make materials in the late 1980s by a group of researchers from Asahi Chemical Industry, the dissolution of cellulose in aqueous NaOH and sodium zincate was used to fractionate cellulose. For example, Kleinert (1958) correlates the wt% of dissolved cellulose and % of low DP cellulose (below DP = 200) in various pulps. In other words, it was suggested that by measuring cellulose solubility in certain conditions (12 wt% NaOH, 2 wt% ZnO, at 20 °C), the amount of low-molecular-weight cellulose could be determined.

The next step was to understand the role of ZnO in increasing cellulose dissolution in aqueous NaOH. The question asked was whether Zn or sodium zincate is chemically bound to cellulose or not. Using radioactive-labelled $Zn^{65}$ and following its diffusion during cellulose coagulation, it was demonstrated that Zn is not bound to cellulose in any form (Borgin and Stamm 1950).

For more than 30 years, additives for dissolving cellulose in aqueous alkali seem to have been forgotten, at least from what is known in scientific publications. In 2002 a patent filed by Polish researchers from the Institute of Chemical Fibres from Łódź mentions the use of urea and ZnO in processing cellulose from NaOH–water solutions to increase the stability and spinnability of solutions (Struszczyk et al. 2002). The Polish group continued to work on the improvement of cellulose processing from aqueous NaOH together with Finnish scientists from VTT and Tampere University and the Biocelsol process was developed: cellulose was treated with a commercial endoglucanase-rich enzyme, dissolved in 7.8 % NaOH–0.84 % ZnO and coagulated in 5–15 % sulphuric acid with 10 % sodium sulphate (Vehviläinen et al. 2008, 2010, 2015). Fibres were spun with the best tenacity of 1.8 cN dtex$^{-1}$. At the same time, in her PhD thesis, M. Egal studied the structure of NaOH–ZnO–water and cellulose–NaOH–ZnO–water solutions and reported that gelation of the cellulose solution is significantly delayed in the presence of 0.5–2 wt% of ZnO (Egal 2006).

Finally, in 2011 three articles appeared simultaneously describing the properties of cellulose–NaOH–ZnO–water solutions and the corresponding films (Yang et al. 2011a, b; Liu et al. 2011a). In both articles from the L. Zhang group (Yang et al. 2011a, b), ZnO was added to 7 wt% NaOH–12 wt% urea–water and the solvent was cooled to −13 °C. The maximal dissolution yield was reported to occur at 0.5 wt% ZnO. The findings of Davidson (1937) concerning the influence of temperature and molecular weight on cellulose dissolution were confirmed: solubility increased with a cellulose molecular weight decrease but did not surpass 8 wt% cellulose for the lowest molecular weight used ($6 \times 10^4$) and the temperature increase strongly decreased the solubility. Yang et al. (2011a) claimed that inclusion complexes are formed: without ZnO, NaOH hydrates are attached to cellulose and urea self-assembled on the surface of NaOH hydrogen bonded to cellulose helping in dispersing cellulose. With ZnO, the interactions between Zn(OH)$_4^{2-}$ and cellulose were said to be stronger than between cellulose and NaOH. The role of ZnO was supposed to "break the intermolecular hydrogen bonds of cellulose and keeping the cellulose chains further apart from each other" (Yang et al. 2011a).

The influence of ZnO on the rheological properties of cellulose–NaOH solutions was studied in various works (Egal 2006; Yang et al. 2011b; Liu et al. 2011a). All articles report that the addition of ZnO delays solution gelation. Egal (2006) and Liu et al. (2011a) report an exponential dependence of the gelation time on temperature in the range of 10–50 °C in 8 wt% NaOH–water with various amounts of ZnO added (from 0 to 1.5 wt% ZnO) while no gelation over several days was observed in the temperature range −5 to 10 °C with 0.7–1.5 wt% ZnO. Gelation in less than 1 day in the same low-temperatue range was reported for a cellulose solution with 0.5 wt% ZnO added to 7 wt% NaOH–12 wt% urea–water (Yang et al. 2011b); the same was reported for cellulose in 7 wt% NaOH–12 wt% urea without ZnO (Cai and Zhang 2006). In these two latter cases, a peak in gelation time versus temperature dependence was reported at 0 °C and a strong decrease in gelation time (quick gelation) was reported around −5 °C. Fast gelation of cellulose–NaOH–water solutions between − 5 and −10 °C is somehow surprising as it is at these low temperatures that the best cellulose dissolution is observed. It was suggested by Liu et al. (2011a) that the reason for the quick gelation in this temperature range reported in Yang et al. (2011b) and Cai and Zhang (2006) is due to the viscosity increase because of the water crystallisation below −5 °C, as demonstrated in Egal et al. (2007).

Despite the fact that the increase of ZnO concentration above 0.5 wt% in 8 wt% NaOH leads to partial ZnO precipitation and formation of undissolved particles, the increase of ZnO concentration above 0.5 wt% still delays gelation (Liu et al. 2011a). The shape of gelation time versus temperature curves for various ZnO concentrations does not depend on the ZnO concentration and a master plot can be obtained, as shown on Fig. 15. Gelation time $t_{gel}$ increases exponentially with ZnO concentration $C_{ZnO}$ (Liu et al. 2011a):

$$t_{gel} = t_0 + B \times C_{ZnO}^m$$

where $t_0$ is the gelation time at $C_{ZnO} = 0$, $B$ is a constant and $m$ is an exponent indicating the influence of ZnO.

The cellulose intrinsic viscosity in 8 wt% NaOH–water with 0.7 % ZnO and without ZnO was measured at different temperatures (Liu et al. 2011a). At a given temperature, the values of intrinsic viscosity coincide, and for both cases, the intrinsic viscosity decreases with temperature increase indicating the decrease of







**Fig. 15** Master plot of gelation time versus temperature for 6 wt% cellulose–8 wt% NaOH–water solutions with 0, 0.7 and 1.5 wt% ZnO: the curves are shifted towards 0 wt% ZnO by 6.5 °C for 0.7 wt% ZnO and by 14 °C for 1.5 wt% ZnO. With kind permission from Springer Science + Business Media: Liu et al. (2011b, Figure 6)

solvent thermodynamic quality. The presence of ZnO did not bring any noticeable change to the intrinsic viscosity of cellulose. In cellulose–8 wt% NaOH–0.7 wt% ZnO–water solution, only part of ZnO is dissolved. The unaffected value of the intrinsic viscosity indicates that neither dissolved nor suspended ZnO influences polymer conformation and the behaviour of chains at the molecular level in the dilute region.

The role of ZnO was proposed to be as follows (Liu et al. 2011a). During the dissolution process, the NaOH hydrates break inter-chain hydrogen bonds between cellulose macromolecules and links to cellulose chains. As was already mentioned in the "Structure, properties and thermodynamics of cellulose–NaOH–water without additives" section, at least four NaOHs per one anhydroglucose unit are needed to dissolve cellulose (Egal et al. 2007). It was assumed that there is an unstable equilibrium between NaOH hydrates bound to cellulose chains. When the temperature is raised, cellulose–cellulose interactions become more favoured compared to cellulose–NaOH interactions, leading to the shrinkage of cellulose coils in dilute solution and decrease of intrinsic viscosity. In semi-dilute solutions, this leads to the inter-chain connection of cellulose coils and gelation happens.

When ZnO is suspended in NaOH–water solutions, a "network" of tiny particles is formed. The surface of particles is hydrolysed, attracting water molecules. When dissolved, zincate complexes with water and $Zn(OH)_3^-$ and $Zn(OH)_4^{2-}$ are formed. Thus ZnO may play the role of water "binder", strongly decreasing the amount of free water around the cellulose chains that may drive chain aggregation. This could explain why ZnO only delays the gelation but does not change cellulose dissolution, solvent quality and gelation kinetics in NaOH–water solutions.

Influence of urea and thiourea

Additives like urea and thiourea have also been studied and used for a long time for improving the viscose process or understanding Na–cell formation (see for example Harrison 1928). It was thus rather straightforward to investigate whether the addition of these compounds would improve the solubility of cellulose in NaOH. Laszkiewicz and Wcislo (1990) demonstrated, using IR and X-ray analysis, that in the presence of urea, thiourea, sodium aluminate and zincate, cellulose is "more reactive to xanthation" than cellulose without these additives, and the formation of cellulose II was confirmed. In a subsequent publication, Laszkiewicz and Cuculo (1993) reported that the highest cellulose solubility in 5 wt% NaOH–water was achieved with the addition of thiourea and of acrylamide as compared with the addition of acrylic acid or acrylonitrile or without any additive. They also emphasised that freezing-thawing of cellulose solutions strongly increased cellulose solubility. Later, Laszkiewicz (1998) reported that the addition of 1 wt% urea in 8.5 wt% NaOH at −5 °C improves the solubility of bacterial cellulose having an initial DP of 680. The fraction of dissolved cellulose was 48.6 % with 1 wt% urea and 17.8 % without it.

The influence of urea and thiourea on cellulose dissolution in NaOH–water and solution properties was then studied in detail by the group of L. Zhang from Wuhan University, China. They confirmed that urea–NaOH–water is a direct cellulose solvent and demonstrated that the addition of 2–6 wt% of urea to 6–8 wt% NaOH–water improves cellulose dissolution (cellulose with viscosity-average molecular weight of $6.7 \times 10^4$ was completely dissolved in 4 wt% urea–6 wt% NaOH–water). They measured the Mark-Houwink constants for cellulose dissolved in 4 wt% urea–6 wt% NaOH at 25 °C



as $K = 2.45 \times 10^{-2}$ ml g$^{-1}$ and a = 0.815 for cellulose of $M_w = (3–13) \, 10^4$ (Zhou and Zhang 2000; Zhou et al. 2004a, c). When comparing with the constants reported for other cellulose solvents such as cadoxen ($K = 3–5 \times 10^{-2}$ and a = 0.75–0.77), 0.5 M cupri-ethylenediamine hydroxide or CED ($K = 1–3 \times 10^{-2}$ and a = 0.8–0.9) and LiCl/DMAc ($K = 1.3 \times 10^{-4}$ and a = 1.19) [data taken from Table 1 of Kasai (2002)], the values found for cellulose dissolved in urea–NaOH appear to be close to those of CED.

A rather complicated and somehow contradictory influence of urea on cotton cellulose dissolution in NaOH–water was found in Wang and Deng (2009). At low urea concentrations (4 wt%), practically no influence on solubility was recorded while at a higher urea concentration (12 wt%), a strong decrease of cellulose solubility in 10 wt% NaOH–water was observed. It should be noted that cellulose dissolution was performed without stirring, which may strongly influence the kinetics of dissolution.

While urea improves cellulose dissolution in aqueous NaOH, as found by most researchers, the dissolution yield strongly decreases with the increase of dissolution temperature and cellulose molecular weight (Qi et al. 2008a). The same trends were reported earlier for NaOH–water solvent without additives and with ZnO (Davidson 1937). The best dissolution was achieved in 7 wt% NaOH–12 wt% urea–water at −12 to 10 °C and the highest cellulose concentration dissolved was 8 wt% of $M_\eta = 3 \times 10^4$ (Qi et al. 2008a). As explained in "Structure, properties and thermodynamics of cellulose–NaOH–water without additives" section for cellulose dissolved in (8–9) wt% NaOH–water, at least four NaOH molecules are needed to dissolve one AGU giving an approximately equal cellulose/NaOH weight per cent ratio. This ratio does not change with the addition of urea: the decrease of the enthalpy of the eutectic peak of NaOH–water (i.e. amount of free NaOH hydrates not bound to cellulose) with the increase of cellulose concentration is absolutely the same with or without urea; see Fig. 16 (Egal et al. 2008). By carefully analysing the DSC thermograms of urea–water, NaOH–urea–water and cellulose–NaOH–urea–water and keeping in mind the results obtained for NaOH–water and cellulose–NaOH–water (Egal et al. 2007), it was concluded that urea does not interact with either NaOH or cellulose. The same result, i.e. the absence of any interactions between cellulose and urea, was



**Fig. 16** Reduced melting enthalpy of the NaOH–water eutectic versus reduced cellulose/NaOH mass ratio. *Dark points* are for cellulose–7.6 wt% NaOH–water without urea and *open points* are for cellulose–7.6 wt% NaOH–6 wt% urea–water. The *line* is given to guide the eyes. With kind permission from Springer Science + Business Media: Egal et al. (2008, Figure 6)

obtained later using $^{13}C$, $^{15}N$ and $^1H$ NMR (Cai et al. 2008a, b). No direct interactions between urea and cellulose were demonstrated in a recent detailed study of cellulose–LiOH–urea–water solutions (Isobe et al. 2013): it was suggested that urea may promote the decrease of cellulose crystallinity and stabilise alkali-swollen cellulose. The increase of the dissolved fraction of cellulose in the presence of urea was reported in 4.6 wt% LiOH at 0 °C (15 vs. 6 g l$^{-1}$ with 15 wt% urea vs. 0 % urea, respectively), but cellulose solubility strongly decreased with temperature increase and became the same with and without urea above 10 °C.

Despite the agreement in the main experimental findings, scientists propose different and sometimes contradictory explanations regarding the role of urea. Based on NMR, FT-IR, SANS, TEM and WAXS, Cai et al. (2008a, b) found that low temperatures promote the formation of hydrogen-bonded networks of NaOH, urea and water and that their formation is favoured at low temperatures. The chemical shifts of carbon atoms are similar in NaOH–urea–water and NaOH–water environments, showing that urea does not interact with cellulose, a result in agreement with Egal et al.'s (2008) findings. Cai et al. (2008a, b) suggest a model where NaOH hydrates are hydrogen-bonded to





**Fig. 17** Time dependence of particle size distribution in solution of 0.470 g l⁻¹ cellulose in 7 wt% NaOH–12 wt% urea at 15 and 25 °C. Reprinted with permission from Lu et al. (2011) American Chemical Society

cellulose molecules and urea hydrates are bonded to NaOH hydrates on the surface of cellulose–NaOH complex. This is making a sort of "envelope" preventing cellulose chains to aggregate. These authors claim that this arrangement, called the inclusion complex, is metastable and is slowly displaced with time and temperature increases, leading to the formation of large cellulose complex aggregates with radii of gyration larger than 200 nm (Lu et al. 2011; Lue et al. 2007). The same was reported by Jiang et al. (2014). However, in a recent publication, Xiong et al. (2014) suggest that the cellulose conformation in NaOH–urea–water solution is nearly a rigid rod with a length of 300 nm and diameter of 3.6 nm. Those results were based on cryo-TEM observations and should be confirmed by other methods. The same authors (Xiong et al. 2014) report that urea has no "strong direct interaction" with either cellulose or NaOH and suggest that urea "accumulates on the cellulose hydrophobic region", thus preventing the cellulose chain from agglomeration.

Another interpretation of the role of urea was proposed by Egal et al. (2008): urea "stabilises" cellulose in aqueous NaOH by binding water in the same way as ZnO does (Liu et al. 2011a).

As demonstrated in the "Structure, properties and thermodynamics of cellulose–NaOH–water without additives" section, the properties of cellulose–NaOH–water solutions change with time and temperature. Ageing also occurs when urea or thiourea is added.

Static and dynamic light scattering of dilute solutions showed that large aggregates grow in cellulose–7 wt% NaOH–12 wt% urea–water with time and temperature, Fig. 17 (Cai et al. 2008a, b; Lu et al. 2011). Solution instability was interpreted by the "*imperfection*" of the urea "*shell*" and "*reconstruction*" of hydrogen bonds between cellulose macromolecules.

Another point of view on the behaviour of dilute cellulose–NaOH–water solutions with and without urea was proposed based on the measurements of cellulose intrinsic viscosity. The intrinsic viscosity of cellulose dissolved in NaOH–urea–water decreases with temperature increase (Egal 2006) in the same way as demonstrated for pure NaOH–water solvents (Kamide et al. 1987; Roy et al. 2003) or when ZnO is added (Liu et al. 2011a). The reason for cellulose intrinsic viscosity's negative temperature dependence in NaOH–water in the presence of urea can thus also be the same as for cellulose dissolved in ionic liquids or for many cellulose derivatives: it is due to the decrease of solvent thermodynamic quality. The contradictory results, i.e. growth of aggregates against the intrinsic viscosity decrease with temperature increase, are probably caused by the different experimental techniques used, static versus dynamic: aggregates, detected with the light-scattering technique, may be destroyed when the solution is flowing.

In the semi-dilute state, cellulose–NaOH–water solutions gel with time and temperature increase (Roy et al. 2003), and the same happens when urea or


Springer

thiourea is added (Cai and Zhang 2006; Lue and Zhang 2008; Ruan et al. 2008). Similar to the ZnO case, gelation is delayed in the presence of urea or thiourea as compared with cellulose dissolved in pure NaOH–water solvent (Egal 2006).

Some authors claimed that using both urea and thiourea further improves dissolution (Jin et al. 2007). [13]C NMR showed that this mixture is a direct solvent and the authors state that NaOH, urea and thiourea are all bound to cellulose, which "brings cellulose molecules into aqueous solution to a certain extent" and prevents gelation. The structure of the solvent does not change with the introduction of cellulose. The authors suggest that NaOH hydrates are bound to cellulose to form a protective layer preventing cellulose chain aggregation. This solvent was also studied by Zhang et al. (2011) and Kihlman et al. (2011). Overall, the urea + thiourea mixture in NaOH–water does not seem to bring more advantages as compared with urea–NaOH or thiourea–NaOH solvents.

It should be noted that one has to be very careful with the interpretation of the interactions between cellulose and urea. The composition of the solvent and dissolution conditions are very important and will drastically influence the "interactions". The same is observed for the case of sodium hydroxide–cellulose system: NaOH may or may not transform cellulose from a I to II polymorph. In certain conditions, urea does strongly interact with cellulose, the best example of this interaction being the formation of cellulose carbamate. The latter can be prepared, for example, by heating the cellulose–urea mixture above the urea melting temperature or by heating urea and cellulose "activated" with aqueous sodium hydroxide or by dispersing cellulose in xylene, adding urea and caustic soda and heating (Kunze and Fink 2005). A formation of cellulose–urea–NaOH complexes was reported for cellulose treated with 7 wt% NaOH–(30–40) wt% urea at room temperature (Kunze and Fink 2005). This treatment with high-concentrated urea in the presence of sodium hydroxide allowed obtaining cellulose carbamate at lower temperatures and with higher degrees of substitution. Cellulose carbamation at reducing end groups was reported for cellulose treated with 7 g $l^{-1}$ urea–20 g $l^{-1}$ NaOH at 160 °C (Ershova et al. 2012). It was thus not surprising to find another confirmation that urea molecules "interact directly" with cellulose in concentrated aqueous urea solutions,

3 mol $l^{-1}$ (Bergenstrahle-Wohlert et al. 2012). The result was obtained when comparing CP/MAS [13]C spectra and molecular dynamics of cellulose in aqueous 3 M urea and in pure water.

What still remains as an open question is why urea improves cellulose dissolution in (7–10) wt% NaOH–water at urea concentrations below 12 wt% while there is a confirmed absence of any interactions between urea and cellulose. The same question holds for thiourea for which less research has been performed.

Influence of "other" additives

Aside from metal oxides and urea-based components, some other low-molecular-weight compounds were tested for the improvement and/or stabilisation of cellulose in aqueous alkali solutions. Among acrylamide, acrylic acid and acrylonitrile, acrylamide was found to be the most efficient in improving cellulose dissolution in 8.5 wt% NaOH–water (Laszkiewicz and Cuculo 1993). The fraction of dissolved cellulose was the same as that obtained in 8.5 wt% NaOH–5 wt% thiourea–water and higher than that in 8.5 wt% NaOH–water. Acrylic acid and acrylonitrile did not improve cellulose dissolution in NaOH–water.

The influence of 1 wt% polyethylene glycol (PEG) on cellulose ($M = 132,000$ g $mol^{-1}$) dissolution in 9 wt% NaOH–water was also studied (Yan and Gao 2008). Solutions were prepared via the freezing-thawing process. Authors reported that cellulose–PEG–NaOH–water was still flowing after 11 days of solution storage at room temperature. This result is very interesting but should be taken with care as far as their cellulose–6 wt% NaOH–4 wt% urea–water solutions were not gelled after 4 days of storage at room temperature, contrary to what is reported by Cai and Zhang (2006). A "new complex" with PEG was suggested and maximum cellulose solubility in this new solvent was reported to be 13 wt%, which is higher than any known ones in alkali solvents, with or without additives.

Betaine derivative (neither the exact composition nor concentration given) was reported to increase the gelation temperature (Medronho et al. 2012) by 10 °C as compared with 3.5 wt% cellulose–10 wt% NaOH–water. It was suggested that it is the amphiphilic nature of the additive that prevents hydrophobic interactions between cellulose chains. Unfortunately no more details were reported to confirm this hypothesis.

 Springer

### Processing of cellulose from NaOH aqueous solutions and material properties

Cellulose coagulation kinetics from NaOH–water solutions

For cellulose materials that are made via direct cellulose dissolution, coagulation (sometimes called regeneration) is an inevitable step in cellulose processing. During coagulation, cellulose is phase separated from the solvent. Most cellulose products, fibres and films are made through wet or dry–wet spinning or film casting. Coagulation conditions (cellulose concentration and solvent type, composition of the non-solvent, temperature) determine the material morphology in the wet (coagulated) state and also control process kinetics. The latter plays an important role as soon as processing up-scaling is considered. In case of NaOH–water solvents, cellulose solutions gel with time and temperature. Thus the state of cellulose before coagulation should also be taken into account to understand the coagulation kinetics.

The kinetics of cellulose coagulation from cellulose–NaOH–water gels was first described by Gavillon and Budtova (2007): the release of NaOH from cellulose–NaOH–water gel into a water bath was monitored over time as a function of cellulose concentration and bath temperature; see the example in Fig. 18. Microcrystalline cellulose of DP 180 was used. First, it was demonstrated that the Fick diffusion law can be applied to describe the kinetics of the evolution of the NaOH concentration in the coagulating bath. Then, mean diffusion coefficients were determined and compared with those of NMMO obtained during cellulose coagulating in water from solid cellulose–NMMO solutions: as expected, $D_{NaOH}$ is slightly higher than $D_{NMMO}$ and $D_{NaOH}$ varies from $2.1 \times 10^{-10}$ to $1.1 \times 10^{-10}$ m$^2$ s$^{-1}$ for cellulose concentrations from 3 to 7 wt%, respectively, at 25 °C.

The influence of the cellulose concentration on the value of diffusion coefficients was analysed in details using various theories developed for homogeneous and heterogeneous gels (solute diffusing in a gel) and for polymer membranes. It was demonstrated that hydrodynamic and free volume approaches fit the experimental data well, indicating that a "membrane" and not "hydrogel" approach should be used to describe NaOH diffusion during cellulose coagulation from a gelled solution. There are several reasons



**Fig. 18** Diffusion of NaOH from 5 wt% cellulose–7.6 wt% NaOH–water gels into the water coagulation bath at (*1*) 25, (*2*) 50 and (*3*) 80 °C. $M_{NaOH}(t)$ is the mass of NaOH released at time $t$ into coagulation bath, $M$ is the total amount of NaOH in the system and $l$ is the sample (disk) half thickness; the *lines* are drawn to guide the eye. Adapted with permission from Gavillon and Budtova (2007) American Chemical Society

explaining this finding. First, when solution is gelling, a micro-phase separation between cellulose and NaOH occurs: the resulting gel is opaque and syneresis was observed when keeping the solution for a long time at slightly elevated temperatures, around 50 °C (Gavillon and Budtova 2008). NaOH thus diffuses in a highly heterogeneous medium with pore sizes much larger than the dimensions of the solute. Second, during coagulation, cellulose undergoes a phase separation with the solvent and a 3D network of coagulated cellulose "fibrils" is formed. Coagulated cellulose containing water or any other non-solvent fluid in the pores of the network is often called a "hydrogel" or "gel". This term is not appropriate here: by definition, the polymer gel or hydrogel results from physical or chemical gelation of a dissolved polymer and thus is based on dissolved (and cross-linked) macromolecules. In the coagulated state, cellulose is not dissolved anymore and there is no physical or chemical cross-linking.

The influence of the state of cellulose, dissolved or gelled, and of gelation time and temperature on coagulation kinetics was studied by Sescousse and Budtova (2009). It was shown that diffusion of NaOH

from the sample into 0.1 mol l$^{-1}$ acetic acid from the cellulose–NaOH gel is three times faster as compared with non-gelled solution of the same cellulose concentration. This interesting result, which may look unexpected, is due to different local cellulose concentrations in a solution and in a gel. As mentioned above, cellulose–NaOH–water gels are highly heterogeneous with polymer-rich and polymer-poor regions (Fig. 19). The viscosity in the "pores" of the gel is thus lower than that in cellulose solutions (macroscopic viscosity) leading to a higher mobility of NaOH. Cellulose coagulation from cellulose–NaOH–water solution will thus take more time than from the gel of the same concentration and geometry. As soon as gel is formed, gelation conditions do not influence NaOH diffusion during cellulose coagulation. Coagulation bath acidity, from 0 to 0.1 mol l$^{-1}$ acetic acid, also did not influence the NaOH diffusion coefficient.

As shown in Fig. 18, the higher the bath temperature, the quicker the release of NaOH is into the coagulation bath (Gavillon and Budtova 2007). As far as coagulation is a diffusion-driven process, NaOH diffusion coefficients obtained for various bath temperatures obey Arrhenius law. The activation energy was calculated to be within 16–19 kJ mol$^{-1}$ for a cellulose concentration of 5 wt% (Gavillon and Budtova 2007; Sescousse and Budtova 2009).

In order to study the influence of the bath composition on cellulose coagulation from cellulose–NaOH–water gels, different alcohols (ethanol, isopropanol, butanol, panthenol and hexanol) were used and compared with coagulation in water (Gavillon and Budtova 2007). It turned out that samples strongly contract in alcohols making the calculation of the diffusion coefficient rather difficult. It was suggested that contraction is governed, at least partly, by the solubility parameter $\delta$, which indicates polymer–solvent affinity and thus polymer dissolution or swelling in a given solvent. In the first approximation, the closer the cellulose and bath fluid solubility parameters are, the lower the sample contraction should be during coagulation. This indeed was what was obtained for the change in sample volume when placed in water and alcohol baths, as shown in Fig. 20, where the sample reduced volume at equilibrium ($V/V_0$)$_{eq}$ is plotted against the difference between the cellulose and bath fluid solubility parameters $\Delta\delta$. The smallest $\Delta\delta$ corresponds to the cellulose/water system: the larger $\Delta\delta$ is, the higher the cellulose sample volume reduction is.

Films and membranes

The easiest way to prepare an object from a cellulose solution and test its properties is to coagulate cellulose in the form of a film or a thin disk. Cellulose films from aqueous NaOH solutions with and without additives have been widely studied and characterised. Many parameters can be varied: the cellulose molecular weight and concentration in the solution, solvent composition (NaOH–water, NaOH–water with urea, thiourea, ZnO and their mixtures), coagulation conditions (for aqueous solutions, it is the type of acid and its concentration, temperature, type of coagulation




**Fig. 19** SEM images of aerocellulose from not gelled (**a**) and gelled at 50 °C for 20 h (**b**) 5 wt% cellulose–NaOH–water solution coagulated at 22 °C in 0.1 mol l$^{-1}$ acetic acid. With

kind permission from Springer Science + Business Media: Sescousse and Budtova (2009, Figure 8)

 Springer





**Fig. 20** Contraction of a 5 wt% cellulose–7.6 wt% NaOH–water gel at equilibrium as a function of the solubility parameter difference. *Inset* the same as a function of coagulating liquid molecular mass. Reprinted with permission from Gavillon and Budtova (2007) American Chemical Society

fluid such water, ethanol or their mixture), method used for casting/film drawing, use of plasticisers and way of drying. The mechanical properties of the obtained films are also controlled by the experimental conditions: film conditioning and thus the moisture content in the film, deformation rate, etc.

Detailed studies of the influence of coagulation parameters on cellulose crystallinity and film morphology and mechanical properties were performed in Japan, for cellulose I and cellulose II dissolved in 9 wt% NaOH–water (Matsui et al. 1995; Yang et al. 2007). It was shown that most of the films have a skin-core morphology that is typical for membrane formation because of the phase inversion (Matsui et al. 1995). The size of the pores in wet coagulated cellulose, after freeze drying, was around several tens of nanometres in the skin and several hundreds of nanometres, up to a few microns, in the core (Matsui et al. 1995). The higher the coagulation bath temperature was, the larger the pores (Matsui et al. 1995). The increase of the $H_2SO_4$ concentration in the coagulation bath first slightly decreased the size of the pores in wet coagulated cellulose, but above 60 wt% of acid, large pores were observed because of the cellulose degradation (Matsui et al. 1995). As a consequence, the crystallinity and mechanical properties also strongly

decreased when the sulphuric acid concentration was higher than 60 wt% (Yang et al. 2007).

The influence of coagulation conditions was investigated for cellulose films prepared from cellulose–NaOH–urea or thiourea solutions (Zhang et al. 2002a, 2005a; Liang et al. 2007; Mao et al. 2006; Ruan et al. 2004b, c; Zhou et al. 2002). The opposite morphology, as compared to that described above for cellulose coagulated from 9 wt% NaOH–water, was observed: a denser core and a porous skin, for both the NaOH–urea and NaOH–thiourea solvent systems. This particular morphology was explained by a "pre-gelation" step used before cellulose coagulation. Pore size increased with the increase of coagulation bath temperature for films coagulated from NaOH–urea solvent (Cai et al. 2007b), similar to what was previously observed for cellulose coagulated from NaOH–water solvent. The influence of the acid type and concentration and presence of salts on pore size in wet coagulated cellulose will be discussed below when analysing the permeability properties of wet cellulose films.

One of the main characteristics of films is their mechanical properties: tensile strength and elongation at break. They are summarised in Table 2 for NaOH–water-based solvents with different additives and cellulose pre-treatments; Innovia Films (UK) cellophane properties are also added for comparison. Overall, the mechanical properties of films made from aqueous NaOH-based solvents, whatever the additives and pre-treatments are, are slightly lower than those of cellophane.

If willing to use wet cellulose films as separation membranes, permeability is then the key parameter. Aside from the intrinsic membrane properties, experimental conditions used to study permeability, such as applied pressure, also have to be taken into account. For example, it was shown that wet cellulose is compressible and thus permeability depends on the applied pressure (Liu and Budtova 2012). Water flux through wet coagulated cellulose prepared from 4–5 wt% cellulose dissolved in NaOH–urea or NaOH–thiourea was measured under 0.1 MPa pressure (Mao et al. 2006; Ruan et al. 2004a; Cai et al. 2007b; Zhou et al. 2002). Permeability strongly depends on coagulation conditions and may vary from 6 to 8 ml (h m$^2$ mmHg)$^{-1}$ for cellulose coagulated in an aqueous $(NH_4)_2SO_4$ bath (Ruan et al. 2004a) or 10–15 ml (h m$^2$ mmHg)$^{-1}$ for 5 wt% $H_2SO_4$–10 wt% $Na_2SO_4$ bath (Cai et al. 2007b) to 70–80 ml (h m$^2$ mmHg)$^{-1}$ for 1–10 wt% $CaCl_2$–3



Cellulose (2016) 23:5–55                                                                                       31

**Table 2** Mechanical properties of films from cellulose–NaOH solutions with various additives and of cellophane

| Solvent composition | Cellulose DP and treatment | Tensile strength (MPa) | Elongation (%) | References |
|---|---|---|---|---|
| Cellophane P25 from Innovia Films (viscose process) | | 130 in machine direction (MD), dry; 80 in transverse direction (TD), dry | 22 (MD)<br>70 (TD) | Innovia Films (2015) |
| 9 wt% NaOH | 360 | From 100 to 40 with the increase of $H_2SO_4$ from 0 to 70 wt% in coagulation bath | | Yang et al. (2007) |
| NaOH–urea–ZnO | 250–350, hydrothermal treatment | 50–65<br>Casing: 58 | 5–15<br>Casing: 33 | Struszczyk et al. (2002) |
| NaOH–urea–ZnO | 350–450 Biocelsol | 40–60 | 5–7 | Struszczyk et al. (2001) |
| 7.5 wt% NaOH–1 wt% urea | 600 | 15–25 (wet)<br>65–90 (dry) | 15–35 (wet)<br>7–15 (dry) | Zhang et al. (2005a) |
| 9.5 wt% NaOH–4.5 wt% thiourea | 600 | 1–2 (wet) | 100–190 (wet) | Liang et al. (2007), |
| 6 wt% NaOH–5 wt% thiourea | 600 | From 90 to 10 (dry) with the increase of $H_2SO_4$ from 0 to 50 wt% in coagulation bath | From 15 to 1, respectively | Zhang et al. (2002b) |
| | | From 95 to 80 (dry) with the increase of $(NH_4)_2SO_4$ from 0 to 20 wt% in coagulation bath | From 11 to 6, respectively | Ruan et al. (2004a) |
| 7 wt% NaOH–12 wt% urea | 600 | From 100 to 70 (dry) and from 1 to 1.5 (wet) with temperature of coagulation bath from 10 to 60 °C | From 10 to 3 (dry) and from 70 to 30 (wet), respectively | Cai et al. (2007b) |
| 6 wt% NaOH–4 wt% urea | 600 | From 80 to 110 (dry) with the increase of $CaCl_2$ in coagulation bath from 1 to 10 wt% | 10–11 | Zhou et al. (2002) |
| 5 % cellulose in 7 % NaOH | 540 from cellulose nanofibres | 130 | 31 | Yamane et al. (2015) |

wt% HCl bath (Zhou et al. 2002). The lowest values are somewhat comparable to the permeability of wet cellulose films coagulated from cuprammonium (Abe and Mochizuki 2003) and the highest values with permeability of wet cellulose coagulated from NMMO monohydrate (Abe and Mochizuki 2002) and from ionic liquid (Liu and Budtova 2012). It can be concluded that wet cellulose coagulated from NaOH-based solvent systems can be used for separation of undissolved solid particles (i.e. in microfiltration).

Fibres

The processing and properties of fibres spun from cellulose–NaOH solutions were studied and reported in several papers (Yamashiki et al. 1990a, 1992;

Yamane et al. 1994, 1996a, b, c, d; Okajima and Yamane 1997). Some authors used steam-exploded cellulose pulps (Yamashiki et al. 1990a, 1992) combined, in some cases, with wet pulverisation to increase the surface of cellulose particles for better dissolution, followed by a pre-treatment in 2–5 wt% NaOH at −2 °C and high-speed mixing (Yamane et al. 1994, 1996a, b). The dissolution was performed in 7–9 wt% NaOH–water at −2 to 4 °C at cellulose concentrations around 5 wt% (Yamashiki et al. 1990c, 1992, 1994, 1996a, b, c, d; Okajima and Yamane 1997). Cellulose DP suitable for spinning was found to be 200–300. Spinning followed by coagulation in sulphuric acid gave filaments with good mechanical properties (Table 3). The orientation degree measured by X-ray scattering increases slightly from 0.76 to 0.8



**Table 3** Summary of the tensile properties of cellulose fibres spun from various NaOH–water solutions and comparison with other cellulose fibres

| Solvent/process | Initial DP | Modulus (GPa) | Tenacity, dry (MPa) | Elongation at break (%) | References |
|---|---|---|---|---|---|
| NaOH–water | | 6.6–9.3 (50–70 g d$^{-1}$) | 70–110 (0.5–0.8 g d$^{-1}$) | 1–8 | Yamashiki et al. (1990c) |
| | 330 | | 200–240 (1.5–1.8 g d$^{-1}$) | 7 | Yamashiki et al. (1992) |
| | 1060 | 0.06 wet (0.45 g d$^{-1}$) | 170–240 (1.3–1.8 g d$^{-1}$) | 15–21 | Yamane et al. (1994) |
| | | 10.5–14.5 (80–110 g d$^{-1}$) for H$_2$SO$_4$ from 20 to 70 wt% | 190–200 (1.4–2.2 g d$^{-1}$) | 10–17 | Yamane et al. (1996c) |
| | | 19.3 (146 g d$^{-1}$) | 250 (1.9 g d$^{-1}$) | 15 | Okajima and Yamane (1997) |
| NaOH–ZnO (Biocelsol) | 580 | | 190 (12.6 cN tex$^{-1}$) | 15 | Struszczyk et al. (2001) |
| | 270 fibre | | 180–270 (1.2–1.8 cN dtex$^{-1}$) | 15 | Vehviläinen et al. (2008) |
| NaOH–urea–ZnO (Biocelsol) | 620 | | 230–240 (15–16 cN tex$^{-1}$) | 15–16 | Struszczyk et al. (2002) |
| NaOH–urea | 600 | | 150–300 (1–2 cN dtex$^{-1}$) | 9–21 | Cai et al. (2004) |
| | 440 and 620 | | 190–270 (1.3–1.8 cN dtex$^{-1}$) | 2–18 | Cai et al. (2007a) |
| | 490 | | 150–300 (1–2 cN dtex$^{-1}$ | 1–2.8 | Qi et al. (2008b) |
| NaOH–urea–thiourea | 330 and 620 | | 150 (1 cN dtex$^{-1}$) | 15–18 | Ruan et al. (2004b) |
| Viscose | | | 190 (1.44 g d$^{-1}$) | 18 | Yamashiki et al. (1992) |
| | | 9.3 | 260 | 23 | Northolt et al. (2001) |
| | | | 330–390 (22–26 cN tex$^{-1}$) | 20–25 | Fink et al. (2001a) |
| | | 11 | 340 | 15 | Adusumali et al. (2006) |
| | | 11 | 423 | 19 | Gindl et al. (2008) |
| | 300 fibre | 5.4 (36 cN dtex$^{-1}$) | 320 (2.15 cN dtex$^{-1}$) | 23 | Jiang et al. (2012) |
| Modal | | 13 | 440 | 10 | Adusumali et al. (2006) |
| Rayon tirecord | | 22 | 780 | 11 | Adusumali et al. (2006) |
| Lyocell | | 23.4 | 560 | 9 | Adusumali et al. (2006) |
| | | 30 | 620 | 7 | Gindl et al. (2008) |
| | (550 fibre) | 13.2 (88 cN dtex$^{-1}$) | 650 (4.3 cN dtex$^{-1}$) | 13 | Jiang et al. (2012) |



Cellulose (2016) 23:5–55

**Table 3** continued

| Solvent/process | Initial DP | Modulus (GPa) | Tenacity, dry (MPa) | Elongation at break (%) | References |
|---|---|---|---|---|---|
| Alceru | 570 (520 fibre) | 14.1 (942 cN tex$^{-1}$) | 650 (43.6 cN tex$^{-1}$) | 17 | Kosan et al. (2008) |
| Cupramonium | 380 | | 260 (2 g d$^{-1}$) | 9 | Yamashiki et al. (1992) |
| | | 1–2 wet (8–15 g d$^{-1}$) | 360 (2.7 g d$^{-1}$) | 11 | Yamane et al. (1994) |
| | | 16 (121 g d$^{-1}$) | 370 (2.8 g d$^{-1}$) | 13 | Okajima and Yamane (1997) |
| Ionic liquid BMIMCl | 570 (520 fibre) | 10.2 (682 cN tex$^{-1}$) | 800 (53.4 cN tex$^{-1}$) | 13 | Kosan et al. (2008) |
| | (540 fibre) | 11.3 (75 cN dtex$^{-1}$) | 530 (3.5 cN dtex$^{-1}$) | 7 | Jiang et al. (2012) |
| Ionic liquid EmimAc | 570 (520 fibre) | 10.2 (682 cN tex$^{-1}$) | 680 (45.6 cN tex$^{-1}$) | 11 | Kosan et al. (2008) |
| CarbaCell | | | 200–390 (13–26 cN dtex$^{-1}$) | 8–27 | Fink et al. (2001a) |
| cellulose acetate-saponified in caustic soda (Fortisan) | | 32 | 1000 | 6.8 | Northolt et al. (2001) |
| | | | 170 (1.3 g d$^{-1}$) | 36 | Kim et al. (2006) |
| Phosphoric acid | 800 (620 fibre) | 45 | 1700 | 5.1 | Northolt et al. (2001) |
| LiCl/DMAc | | 0.19 wet (1.4 g d$^{-1}$) | 500 (3.74 g d$^{-1}$) | 6.2 | Turbak et al. (1981) |

In some cases, the cellulose initial DP was not reported, but that of cellulose in the fibre was determined; in this case it is indicated as the DP of "fibre". The density of cellulose fibre is taken as equal to 1.5 g cm$^{-3}$ to calculate the values in SI units. In brackets we show the original values as given in the literature

and Young's modulus increases from 10.5 to 14.5 GPa (80–110 g d$^{-1}$) with an increase of the sulphuric acid concentration in the coagulation bath from 20 to 70 wt%. The authors interpret this phenomenon by the "shrinking stress due to the dehydration effect" of sulphuric acid (Yamane et al. 1996c). The degree of crystallinity was around 45 % and the elongation at break was high, about 20 % (Yamashiki et al. 1990b, 1992; Okajima and Yamane 1997; Yamane et al. 1996c, d).

Fibres were also prepared from solutions in NaOH–water–urea (Cai et al. 2004; Cai et al. 2007a; Qi et al. 2008b; Chen et al. 2007) and NaOH–water–thiourea (Ruan et al. 2004b; Chen et al. 2006). The cellulose concentration in the solution was usually about 4–5 wt%, probably to avoid gelation and also partly for

viscosity reasons. The total crystallinity of spun fibres was around 60 %, higher than that of viscose, and the orientation parameter was around 0.8. Overall, the tensile strength was 150–300 MPa (1–2 cN dtex$^{-1}$) and elongation at break 10–20 %. These values are very similar to those obtained with cellulose dissolved in NaOH–water without additives (Table 3).

The overall comparison between the mechanical properties of fibres prepared in the 1990s in Japan and in the 2000s in China by the group of Zhang and in Poland using the Biocelsol process is given in Table 3 together with the fibre properties from other solvents. Table 3 shows that cellulose fibres from NaOH–water solvent have properties comparable to those of viscose (a similar tensile strength and modulus but lower elongation) and lower (modulus and tensile strength)



Cellulose (2016) 23:5–55

when compared with Lyocell. One of the reasons is that cellulose solubility is low, with the maximum cellulose concentration being of the order of 7–8 wt% and in reality, in order to avoid quick gelation, the cellulose concentration in the solution for spinning should not be higher than 5 wt%. Gelation of the solutions with time and temperature causes problems. These features do not help to prepare a good spinning dope with a high enough cellulose molecular weight and concentration to produce fibres with good mechanical properties. The fact that a cooling at negative temperature is needed for cellulose dissolution hampers the industrial use of this process.

Cellulose aerogels or "aerocellulose"

Aqueous NaOH solutions can be used to make high added-value cellulose materials such as cellulose aerogels or aerocelluloses. Aerocellulose is lightweight and highly porous and has a high specific surface area and thus offers a wide range of potential applications inspired by organic and inorganic aerogels: from bio-medical and cosmetic products (delivery systems, scaffolds), catalyst supports, gas filters and gas and energy storage to thermal insulation and electrochemical applications when pyrolysed.

There are two classes of cellulose aerogels (Wendler et al. 2012): (1) based on cellulose I such as bacterial cellulose (Maeda et al. 2006; Liebner et al. 2010) and nano- or micro-fibrillated cellulose (Pääkko et al. 2008) and (2) based on cellulose II (aerocellulose), which can be obtained via cellulose dissolution-coagulation (Jin et al. 2004; Innerlohinger et al. 2006; Gavillon and Budtova 2008; Liebner et al. 2008, 2009; Tsioptsias et al. 2008; Sescousse and Budtova 2009; Deng et al. 2009; Aaltonen and Jauhiainen 2009; Duchemin et al. 2010; Sescousse et al. 2011a). In all cases, a wet cellulose aerogel precursor is dried in such a way that the porosity is preserved and the pores remain open, i.e. via freeze-drying or drying under supercritical conditions. In the latter case carbon dioxide is used. It is one of the most commonly used supercritical fluids in polymer chemistry and technology because of its non-inflammability, low cost and low critical point pressure and temperature.

The preparation of aerocellulose is inspired by the route of making classical aerogels: the sol–gel process followed by drying in supercritical $CO_2$. However, no cellulose chemical cross-linking is involved. Aside

from aqueous NaOH (Gavillon and Budtova 2008; Cai et al. 2008b; Sescousse and Budtova 2009; Sescousse et al. 2011b, Demilecamps et al. 2014), aerocelluloses can be obtained via cellulose dissolution in any solvent, for example, in *N*-methylmorpholine *N*-oxide (NMMO) monohydrate (Innerlohinger et al. 2006; Liebner et al. 2008, 2009), LiCl/DMAc (Duchemin et al. 2010), calcium thiocyanate (Jin et al. 2004) or ionic liquid (Tsioptsias et al. 2008; Deng et al. 2009; Aaltonen and Jauhiainen 2009; Sescousse et al. 2011a, Demilecamps et al. 2015). Cellulose is then coagulated in a non-solvent (water, alcohols) and dried either via freeze-drying or with supercritical $CO_2$. When coagulated in water, the latter must be replaced by an organic solvent miscible with $CO_2$ (ethanol, acetone) before supercritical drying. A general preparation scheme is given in Fig. 21.

If dissolving cellulose in aqueous NaOH, solution gelation can be an advantage since three-dimensional objects of various sizes and shapes can be prepared. The solution is poured into a mould and gelled and the shape of the mould determines the final aerocellulose shape. It is also possible to prepare aerocellulose beads of different shapes, from flat plates to spherical, by dropping cellulose–NaOH–water solutions into water, exchanging water to acetone or ethanol and drying in supercritical $CO_2$ (Sescousse et al. 2011b).

Depending on cellulose solvent used, two types of aerocellulose morphologies can be obtained: a "network"-like and "globular"-like. A network-like morphology is obtained from gelled (in NaOH–water) and solidified (NMMO monohydrate) cellulose solutions (Fig. 22a). A globular morphology is obtained when solutions are coagulated directly from the fluid state such as in hot NMMO monohydrate and ionic liquid 1-ethyl-3-methylimidazolium acetate (EMIMAc) (Fig. 22b). The development of different morphologies is supposed to be driven by different mechanisms of phase separation. If solutions are gelled or solidified before coagulation (network-like morphology), two phases exist in solution: free solvent (NaOH–water hydrates or crystals of NMMO monohydrate) and cellulose + bound solvent. Coagulation then takes place in two steps: first, non-solvent dilutes regions with "free" solvent and then removes the rest of the solvent bound to cellulose. In the liquid solution, cellulose–EMIMAc and hot cellulose–NMMO monohydrate, cellulose is homogeneously distributed all over the solution and phase separation occurs in one



Cellulose (2016) 23:5–55    35



**Fig. 21** Scheme of aerocellulose preparation



**Fig. 22** Aerocellulose morphology: **a** from 5 wt% cellulose–8 % NaOH–water solution, with kind permission from Springer Science + Business Media: Demilecamps (2014, Figure 8a, and b) from 3 wt% cellulose–EMIMAc solution (reprinted from Sescousse et al. 2011a), with permission from Elsevier

step, via spinodal decomposition, creating regular micron-size spheres (Fig. 22b).

The density of aerocellulose depends on the initial cellulose concentration in solution. For aerocelluloses prepared from cellulose of the same molecular weight (DP around 200) and in the same drying conditions, density is directly proportional to the initial cellulose concentration (Fig. 23). Density can be strongly reduced if the solution is "foamed" with a surfactant (Gavillon and Budtova 2008): for example, the addition of 1 % Simulsol SL 8 (alkyl polyglucoside) to 5 wt% microcrystalline cellulose dissolved in 8 wt% NaOH–water reduced more than twice the aerocellulose density.

The pore size distribution in aerocellulose is very wide, from a few tens of nanometres to several microns, as can be seen in Fig. 22. Because of the fragility of the cellulose pore walls, the mercury



**Fig. 23** Density of aerocellulose obtained from cellulose dissolved in ionic liquids (*open points*) and in 8 wt% NaOH–water (*dark points*) as a function of the cellulose concentration in solution. Data taken from Sescousse et al. (2011a)

 Springer

Cellulose (2016) 23:5–55

intrusion method does not work since pore walls collapse under the applied pressure, preventing mercury penetration. Nitrogen adsorption method shows pores sizes of a few tens of nanometres, but it is only a fraction of total pore volume. The BET-specific surface area obtained from nitrogen adsorption is from 200 to 400 $m^2\ g^{-1}$.

A detailed study of the influence of the coagulation bath type, concentration and temperature on aerocellulose morphology was performed by Trygg et al. (2013). Contrary to Cai et al. (2008b) who did not observe an influence of temperature on the aerocellulose-specific surface area, Trygg et al. (2013) found that the specific surface area decreases with the increase of bath temperature and is lower when the coagulation fluid is a salt solution (10 wt% NaCl) as compared to nitric acid (Fig. 24). This result was explained by different coagulation kinetics, which are influenced by bath temperature and acidity: for example, slow coagulation (due to slower diffusion at lower temperature) leads to looser structures.

The mechanical properties of aerocellulose were determined from compression experiments. Figure 25 shows Young's modulus of aerocelluloses obtained from microcrystalline cellulose that was dissolved in either EMIMAc or 8 wt% NaOH–water. Young's



Fig. 25 Young's modulus of aerocelluloses from 8 wt% NaOH–water (*dark points*) and from EMIMAc (*open points*). The *line* is the power-law approximation. Data taken from Sescousse et al. (2011a)

modulus was found to be proportional to the aerocellulose density to the power three (Fig. 25) (Sescousse et al. 2011a). This is a typical scaling obtained for classical aerogels, but not for the open-cell regular foam model, which predicts square-law dependence. Structural defects appearing during cellulose coagulation can be at the origin of the similarity between aerocellulose and classical aerogels formed via the sol–gel process.

New nano-structured carbons with interesting properties for electro-chemical applications were obtained after pyrolysing aerocellulose (Guilminot et al. 2008; Rooke et al. 2011, 2012). By varying the cellulose concentrations, coagulation conditions and pyrolysis parameters, monolith carbons with controlled shape and porosity were obtained from cellulose dissolved in 8 wt% NaOH–water (see Fig. 26). As compared with the non-carbonised aerocellulose, the obtained carbons



Fig. 24 Specific surface area of aerocellulose beads prepared from ethanol–hydrochloric acid pre-treated cellulose dissolved in 7 wt% NaOH–12 wt% urea as a function of coagulation bath temperature. Reprinted from Trygg et al. (2013), with permission from Elsevier



Fig. 26 Aerocellulose and its carbon counterpart

Cellulose (2016) 23:5–55

are of higher density, 0.2–0.3 $cm^3$ $g^{-1}$. The volume of mesopores is from 2 to 4 $cm^3$ $g^{-1}$, the pore size is around 70–90 nm and the specific surface area is from 250 to 350 $m^2$ $g^{-1}$. The capacity tested by the French company SAFT in Li/SOCl$_2$ primary (button type) batteries is 20 % higher than that used as their industrial reference (Rooke et al. 2012). In the single proton exchange membrane fuel cell test bench, the texture of the new carbon allowed improving the mass transfer at the cathode (Rooke et al. 2011).

The results presented above show a great potential of cellulose aerogels. Because of the presence of OH groups on the cellulose backbone, aerocelluloses can also be functionalised for targeted applications. Aqueous sodium hydroxide solvent can play an important role here in the development of these new materials. Gelation of cellulose–NaOH solutions can be an advantage for making aerocelluloses and their carbons of various shapes.

### Blending cellulose with other polymers in aqueous NaOH and making materials

This section gives an overview on how aqueous NaOH can be used for making "hybrid" or composite cellulose-based materials, i.e. various materials where another compound, in addition to cellulose, is present. Chemical reactions involving cellulose–NaOH solutions will also be considered. The section is divided into three parts:

- mixing cellulose with another polymer in aqueous NaOH as a common solvent;
- mixing cellulose–NaOH–water solutions with "fillers", i.e. when aqueous NaOH is a solvent only for cellulose, but does not dissolve the other component;
- aqueous NaOH as a reaction medium for cellulose cross-linking or performing derivatisation.

Mixing cellulose with another polymer in aqueous NaOH as a common solvent

Because cellulose cannot melt, homogeneous mixing on the molecular level with other polymers can be performed only via dissolution and mixing in a common solvent. To find such a polymer is a rather challenging task because of the specific solvents needed to dissolve cellulose. Some were used in the 1980s and beginning of the 1990s for mixing cellulose with various synthetic polymers: for example, LiCl-dimethylacetamide for mixing with nylon and poly-caprolactone (Nishio and Manley 1990), polyethylene oxide (Nishio et al. 1989a), polyvinyl alcohol (Nishio et al. 1989b) and polyacrylonitrile (Nishio et al. 1987); paraformaldehyde-DMSO for mixing with polyvinylpyrrolidone (Masson and Manley 1991a) and polyvinylpirridine (Masson and Manley 1991b); NMMO monohydrate for mixing with polyamide (Garcia-Ramirez et al. 1994) and NO$_2$-DMF for mixing with cellulose triacetate and polyacrylonitrile (Jolan and Prudhomme 1978). In the beginning of the twenty-first century, the re-discovery of ionic liquids allowed mixing cellulose with synthetic polymers such as polyacrylonitrile (Wendler et al. 2009; Ingildeev et al. 2012) and polyamides (Ingildeev et al. 2012), but this research direction still remains rather unexplored.

In the view of making fully biomass-based (and biodegradable) materials from cellulose mixed with polysaccharides, an attempt on using environmentally friendly solvents was made: aside from mixing in aqueous NaOH, which will be overviewed in the next paragraphs, NMMO monohydrate and ionic liquids were also used. For example, it was recently demon-strated that it is possible to use NMMO monohydrate for mixing cellulose with xanthane and tragacanth gum (Wendler et al. 2011), chitosan (Twu et al. 2003) and silk fibroin (Marsano et al. 2008). In imidazolium ionic liquids, cellulose was mixed with starch (Wu et al. 2009; Kadokawa et al. 2009; Liu and Budtova 2012), chitin and chitosan (Kadokawa et al. 2012; Ma et al. 2011; Park et al. 2011), natural wool (Hameed and Guo 2010), konjac glucomannan (Yi et al. 2009) and guar gum, tragacanth gum and locust bean gum (Wendler et al. 2011).

There are several problems in using aqueous sodium hydroxide as a common solvent for a homo-geneous mixing of cellulose with another polymer and making materials. The main one is that for cellulose to be dissolved, the NaOH concentration should be around 1.5–2 mol $l^{-1}$, which gives a pH of around 14–14.5. Not many polymers, synthetic or natural, can be dissolved at the molecular level at such high pH. The literature does not always report whether indeed the second polymer is dissolved in 1.5–2 mol $l^{-1}$ NaOH or whether it is a sort of a suspension that is



Cellulose (2016) 23:5–55

mixed with aqueous cellulose–NaOH. The second problem is that aqueous cellulose–NaOH solutions are unstable (gelation in time is accelerated with temperature increase): mixing should be performed below room temperature and better below 0 °C. It should also be kept in mind that if willing to make a material containing both polymers, the second one should not be washed out during the coagulation and washing steps, i.e. should not be soluble in fluids that are used to coagulate cellulose (usually water or acidic water or ethanol). As will be shown later, this constraint can be used as an advantage: it may allow varying pore size in the obtained materials by controlling the amount of the second phase that is washed out. The question then is the recovery of the second polymer that is washed out.

Most of the work on using aqueous NaOH (sometimes with urea or thiourea) as a common solvent was performed for cellulose mixed with another natural polymer, mainly a polysaccharide: starch (Miyamoto et al. 2009), alginate (Zhou and Zhang 2001; Chang et al. 2009a; Wendler et al. 2010), chitin (Wendler et al. 2010; Zhou et al. 2004b; Zhang et al. 2002a), chitosan (Wendler et al. 2010; Morgado et al. 2011; Almeida et al. 2010), konjac glucomannan (Yang et al. 2002), xanthan and tragacanth gum (Wendler et al. 2010, 2011). A few other biomass-based polymers were also mixed with cellulose in aqueous NaOH: casein (Yang et al. 2001), soy protein (Chen et al. 2004), and organosolv lignin (Sescousse et al. 2010). In most of these cases, mixtures were used to prepare films via wet casting. Wendler et al. (2010, 2011) describe fibres obtained with wet-spinning technology and Sescousse et al. (2010) use NaOH to make aerogels based on cellulose and lignin.

When two polymers are mixed in a common solvent, various scenarios are possible. The first is when macromolecules coexist in the solvent without any special interactions, and this is the most typical case. If there is no competition for the solvent between the macromolecules of different types, i.e. the polymer concentration is not high and no phase separation occurs, this "simple" coexistence will be reflected by following the mixing rule in terms of the density, viscosity, refractive index, etc. When coagulated in a fluid that is a non-solvent for both components, or if solvent is evaporated, the two polymers will phase separate and form either co-continuous solid phases in the case of comparable volume fractions or a continuous phase of the major component with the inclusions

of the second one. Unless any special treatment is used, such solid materials keep the characteristics of the initial components. Mechanical properties can even degrade.

The second scenario is when the two polymers interact in the common solvent. This is the case when interpolymer complexes are formed either via ionic interactions (case of aqueous solutions of oppositely charged polyelectrolytes) or via hydrogen bonding (a typical example is low-charged polyacrylic acid complexing with polyvinyl alcohol). In both cases a new compound is formed. If complexes are formed via the "zip" mechanism and the proportion between the components is stoechiometric, they become insoluble and precipitate, which is reflected by a significant change (decrease) in the mixture viscosity and change in solution pH. If the proportion is not stoechiometric, a gel-like structure may be formed and the mixture viscosity will not follow the mixing rule, being higher than the additive sum of the viscosities of the neat solutions. All these phenomena are reflected by the change in the chemical structure and hydrodynamic size of the new compound as compared with the initial ones and can be detected not only by viscosity and light scattering, but also by the change in mixture pH, chain mobility, light transmittance, etc. Obviously IR and NMR spectra will also show the formation of a new compound. However, making such a conclusion concerning mixed polysaccharides as far as similar spectra are superimposed is precarious.

It is somehow difficult to imagine the formation of interpolymer complexes in such a strong basic environment as 2 mol $l^{-1}$ aqueous NaOH. Indeed, no interpolymer complexes between cellulose and the second polymer, both dissolved in aqueous NaOH, have been reported. In most of the articles, partial "leaching out" of the second component was observed during the coagulation and washing step, because the second polymer is soluble or at least very well dispersable in coagulation and washing fluid; this is the case for konjac glucomannan (Yang et al. 2002), alginate (Zhou and Zhang 2001), soy protein (Chen et al. 2004), organosolv lignin (Sescousse et al. 2010) and starch (Miyamoto et al. 2009). The release of the second component leads to the formation of pores and channels in coagulated cellulose. The obtained films are highly macroporous: pore diameters usually vary from hundreds of nanometres to a few microns. The increase of the second polymer concentration in the



mixture usually leads to an increase in pore size in the obtained material (Yang et al. 2002; Chen et al. 2004; Sescousse et al. 2010; Miyamoto et al. 2009). The fact that the second component can be easily removed from the cellulose matrix is a clear indication of the absence of any special interaction between the two polymers. The main questions here are: what is the concentration of the second component in the final material? How does its presence influence the material properties? Can it be released during the application? The usual approach taken is to test the film's permeability and mechanical properties. As compared with coagulated pure cellulose, the increase in the concentration of the second polymer usually leads to an increase in the permeability and a decrease in the Young's modulus.

The second component may not leach out during the coagulation and washing steps if the fluid used is also a non-solvent for the second polymer. It is thus trapped in the pores of the "network" of coagulated cellulose. However, this does not mean that cellulose and the second polymer are bound by any links. This is the case for non-hydrolysed soy protein (Chen et al. 2004), chitin and chitosan (Zhou et al. 2004b; Zhang et al. 2002a; Morgado et al. 2011), alginate when coagulated in calcium salt solution (Zhou and Zhang 2001) and organosolv lignin when coagulated in a concentrated acid bath (Sescousse et al. 2010). For the last example, the following demonstration experiment was performed. It is known that organosolv lignin is soluble at high and neutral pH and that its solubility decreases with pH decrease. Cellulose-lignin mixtures in 8 wt% NaOH–water were coagulated in 0.1 and 1 mol $l^{-1}$ acetic acid aqueous solutions. The amount of lignin "lost" in the first bath was 82 and 65 % in the second one. The higher the bath acidity was, the darker the samples obtained because of the larger amount of lignin trapped in coagulated cellulose. Another example is the weight loss of soy protein as compared with the "hydrolysed" sample (additional NaOH treatment), shown in Fig. 27 (Chen et al. 2004). Practically all soy proteins (closed points in Fig. 27) are washed out from cellulose, and "hydrolysed" soy protein (open points) remains in cellulose. Soy proteins here were initially in the form of slurry (not in the dissolved state) in NaOH–thiourea solvent. Surprisingly, the pore size in both types of films is reported to be the same and the water permeability in "hydrolysed" membranes (soy protein not leached out) is even higher than that of the non-treated one (Chen et al.



**Fig. 27** Weight loss ($W_{loss}$) in membranes made from cellulose and non-hydrolysed (CS1-n) and hydrolysed (CS2-n) soy protein as a function of the initial concentration of soy protein $W_{SPI}$ in the mixture. Reprinted from Chen et al. (2004), with permission from Elsevier

2004). Correlating the interactions between the two polymers and final film properties is rather delicate.

The application of porous films based on cellulose mixed with another polymer (which is more or less present in the material) may be in the area of microfiltration. However, because of the phase separation occurring between two polymers and formation of large voids, the mechanical properties of such membranes are lower than for industrially used ones. Probably more promising is the use of "mixed" porous cellulose-based films in bio-medical applications as matrices for growing various cultures or tissue engineering.

Of special interest are materials based on cellulose mixed with chitin or chitosan. Chitin and its derivatives are known to have antibacterial properties and to adsorb oppositely charged molecules; however, their mechanical properties are poor. Mixing with cellulose could help to overcome this drawback. Films and beads were prepared from cellulose–chitin and cellulose–chitosan dissolved in NaOH–thiourea solution. It is not clear whether chitin and chitosan are well dissolved in aqueous NaOH in as far as Wendler et al. (2010) report their insolubility in 8 wt% NaOH. Zhou et al. (2004b), Zhang et al. (2002b), Morgado et al. (2011) and Almeida et al. (2010) discuss mixing and making materials in (5–6) wt% NaOH–(6–5) wt% thiourea solvent. It was shown that chitin–cellulose beads can be used for the adsorption of heavy metals



Cellulose (2016) 23:5–55

(Zhou et al. 2004b). Chitosan–cellulose films were prepared and characterised (crystallinity, roughness, water absorption, thermal degradation, biodegradability) by Morgado et al. (2011) and Almeida et al. (2010). The thermal properties and crystallinity of mixed films were in between the corresponding characteristics of the initial components and film roughness increased with the increase in chitosan content. Unfortunately, the authors were not able to measure the mechanical properties of cellulose film made from dissolved linters and so the comparison with mixed films is difficult. It was reported that both tensile strength and elongation at break increased with the increase of chitosan content.

Finally, an interesting application of cellulose–sodium alginate mixtures was suggested by Kim et al. (2007). Films made from this mixture were used as soft electro-sensitive actuators. Mixtures were prepared in NaOH–urea and coagulated in water; glycerol was added and dried. A displacement of a few millimetres of $10 \times 30$-mm film under AC voltage was recorded. The displacement increased with the increase of alginate content and relative humidity. It should be noted that even without alginate, the film bent under the applied voltage. The results obtained are similar to what is known for electro- and chemo-mechanical actuators based on cross-linked synthetic polyelectrolytes. Cellulose, as a natural biocompatible polymer, may be used as a reinforcing matrix for polyelectrolyte gels.

To the best of our knowledge, rather few attempts were made to use aqueous NaOH as a common solvent to mix cellulose and a synthetic polymer: polyethylene-co-acrylic acid (PE-co-AA) (Lipponen et al. 2012; Saarikoski et al. 2012), polyvinyl alcohol (PVA) (Chang et al. 2008) and polyaniline (PANI) (Shi et al. 2011). Except PVA, aqueous NaOH was not a solvent of the synthetic polymer. For example, aqueous 6.5 wt% NaOH–1.3 wt% ZnO used as cellulose solvent (Lipponen et al. 2012; Saarikoski et al. 2012) is not a solvent of PE-co-AA, as far as the latter solution was of pH 10, much lower than for 6.5 wt% NaOH (pH $\sim$ 14). When mixing with cellulose, a suspension was obtained either due to partial cellulose coagulation or partial PE-co-AA coagulation or both. Here the approach taken was different from what was described above: the goal was to make mixtures with cellulose as the minor phase to obtain an injectable thermoplastic composite material reinforced with dispersed cellulose. After mixing,

coagulation, washing and drying, a powder was obtained. It was possible to use the injection moulding technique for compositions with less that 20 wt% of the cellulose phase. The size of cellulose inclusions was of a few microns at low cellulose concentrations. The crystallisation temperature of PE-co-AA slightly increased with the addition of cellulose but the melting and glass transition temperature did not change. The storage modulus of the composite material increased with the increase of the cellulose content. In order to conclude about the influence of cellulosic inclusions on PE-co-AA material, it could be interesting to compare the mechanical properties of the material obtained with those composed of the same matrix but reinforced with natural fibres.

In cellulose–PANI mixtures (Shi et al. 2011) cellulose acts as a sort of PANI "stabiliser" in aqueous NaOH–urea solution: hydrogen-bonded supramolecular complexes formed between cellulose and PANI were reported. Dark-green films were prepared with their crystallinity decreasing and conductivity increasing with the increase of PANI content.

Cellulose and PVA seemed to be miscible in aqueous NaOH–urea (Chang et al. 2008). These mixtures were either coagulated in water after several cycles of freezing-thawing (7 times) or cross-linked with epichlorohydrin (ECH) and then coagulated. In the first case it was not clear whether PVA leached out or not. As for the second case, after the thermal treatments used, PVA might not be very soluble in cold water and thus coagulated cellulose was probably "filled" with highly swollen PVA. After vacuum drying and reswelling in water, the higher PVA concentration in the initial mixture resulted in a higher degree of swelling. When chemically cross-linked, an interpenetrated network was most probably formed. After immersing in water, the cellulose coagulated and PVA remained as a gel. These samples showed much higher swelling degrees than their counterparts without cross-linking. After drying and reswelling in water, a higher PVA content induced lower water uptake.

## Composite materials with cellulose matrix from cellulose–NaOH aqueous solutions

Various composite cellulose materials, films and beads, were prepared from aqueous cellulose–NaOH solutions (sometimes with thiourea or urea added)



mixed with organic or inorganic fillers. One of the most common goals for making composite materials is to improve the mechanical properties compared to the initial components. To do this, fibres are often used and, in this case, material reinforcement requires having good adhesion between the fibre and matrix, homogeneous fibre distribution, reasonably high fibre volume fraction and high fibre aspect ratio (ratio between fibre length L and diameter D). In some cases, fillers are used to bring new properties to material such as sensitivity to electric or magnetic fields, change of colour or transparency or antibacterial properties.

Let us first consider the mechanical reinforcement of films made from aqueous cellulose–NaOH solutions. Up to now, only organic fibres were used. Cellulose fibres (all-cellulose composites) and (nano)whiskers (all-cellulose nanocomposites) from cellulose and chitin were used. The choice of polysaccharide fibres is explained by an expected good adhesion with cellulose matrix (cellulose fibres can swell and be impregnated by aqueous NaOH solvent) and also by keeping the same "bio"-properties as the matrix.

To prepare all-cellulose composites, cellulose "macro" fibres, ramie and regenerated fibres were randomly dispersed in aqueous NaOH–urea, and films were prepared via wet casting (Nadhan et al. 2012; Yang et al. 2010). As compared to a non-reinforced cellulose film made from the same solution, light transmittance slightly decreased (by 10–20 %) and the mechanical properties increased in terms of Young's modulus (from 4 to 6 GPa) and tensile strength (from 100 to 120 MPa) and decreased for elongation at break (from 7 to 2–3 %); see Table 4. Similar work on making all-cellulose composites was performed slightly earlier for cellulose dissolved in LiCl/DMAc with incorporated ramie fibres (Nishino et al. 2004), beech pulp (Gindl et al. 2006) and filter paper (Nishino and Arimoto 2007). The best obtained mechanical properties of all-cellulose composites are summarised in Table 4. As compared with composites made from NaOH–urea, slightly better results were obtained when cellulose was dissolved in LiCl/DMAc and reinforced with randomly dispersed beech pulp (Gindl et al. 2006) and filter paper (Nishino and Arimoto 2007), and very high reinforcement was obtained with aligned ramie fibres (Nishino et al. 2004; Qin et al. 2008; Soykeabkaew et al. 2008). Such a difference was due to the fibre orientation and volume fraction, although the cellulose matrix DP and processing

conditions also play an important role. As far as all composites were prepared in different conditions and with different starting materials, making a comparison between the results reported is rather difficult.

When nano-scale fibres such as cellulose or chitin whiskers were used, the properties of films prepared via whisker dispersions in cellulose–NaOH–urea solution and wet casting turned out to be very similar to the ones obtained with "macro" fibres obtained via the NaOH–urea process as described above (Qi et al. 2009a; Huang et al. 2013): compare the first two lines in Table 4 and first two lines in Table 5. One could have expected much better results for nano-composites as compared to cellulose films reinforced by "macro"-fibres.

To understand these results, several parameters influencing the reinforcement have to be taken into account: the fibre aspect ratio and their volume fraction. The aspect ratio of both types of whiskers was around 15 but the aspect ratio of macro-fibres was not reported and thus the comparison is difficult. The concentration of macro-fibres was much higher than that of whiskers: the weight ratio between ramie and dissolved cellulose was 3:1, between regenerated fibres and cellulose 1:1, while the ratio between chitin whiskers and cellulose was 1:10 and between cellulose whiskers and cellulose 1:4.

In order to obtain a good reinforcing effect, fibres should form a percolating network and this is possible when fibres are in the concentrated regime. The transition from a semi-dilute to concentrated regime occurs when the fibre volume fraction (in the final material) is roughly higher than $(L/D)^{-1}$. For the aspect ratio of whiskers used, their volume fraction should thus be above 7 vol%. If considering the maximal concentrations of whiskers reported, cellulose whiskers are in the concentrated state (Qi et al. 2009a) and chitin whiskers in the transition region from semi-dilute to concentrated (Huang et al. 2013); composites with cellulose whiskers should thus give an increase of mechanical properties. The moderate reinforcement obtained may be explained by (1) whisker agglomeration and thus a decrease of the real L/D and (2) inhomogeneous distribution in the matrix: indeed Qi et al. (2009a) point out a decrease in the film optical transmittance from 90 % for the neat cellulose film to 50 % for maximum reinforced film because of the formation of whisker aggregates.

In terms of making all-cellulose nano-composites, interesting results were obtained for films made from



Springer

**Table 4** Mechanical properties (best values) of all-cellulose composites

| Reinforcing fibre | Solvent | Dissolved cellulose DP | Vol% of fibres | Tensile strength (MPa) | Young's modulus (GPa) | Elongation at break (%) | References |
|---|---|---|---|---|---|---|---|
| Ramie | 7 wt% NaOH–12 wt% urea | 610 | 8 g cellulose with 15 g ramie | 130 | 5.3 | ∼3 | Yang et al. (2010) |
| | | | 8 g cellulose with 25 g ramie | 80 | 6 | ∼3 | |
| Regenerated fibres (spun from the solution used as matrix) | 7 wt% NaOH–12 wt% urea | 620 | 4 wt% solution with 5 wt% fibres | 76 | 7 | 2.9 | Nadhan et al. (2012) |
| Beech pulp | LiCl/DMA | | | 154 | 12 | | Gindl et al. (2006) |
| Filter paper | LiCl/DMA | | | 211 | 8 | | Nishino and Arimoto (2007) |
| Ramie (aligned) | LiCl/DMA | "Craft pulp" | 80 % | 480 | 45 | 3–4 | Nishino et al. (2004) |
| Ramie (aligned) | LiCl/DMA | | | 540 | | | Qin et al. (2008) |
| Ramie (aligned) | LiCl/DMA | | | 460 | | | Soykeabkaew et al. (2008) |
| Cotton fabric (impregnated) | BMIMCl | | | 21 | 0.140 | 25 | Shibata et al. (2013) |
| Hinoki cypress lumber (impregnated) | BMIMCl | | | 51 | 6.3 | 14 | Shibata et al. (2013) |
| Microfibrillated cellulose (impregnated) | BMIMCl | 1000 (initial) | | 120 | 10 | 3–4 | Duchemin et al. (2009b) |
| | | 720 (in composite) | | | | | |
| Filter paper (impregnated) | | 1240 (initial) | | 92 | 5 | 3–4 | |
| | | 590 (in composite) | | | | | |

partially dissolved microcrystalline cellulose in LCl/DMAc (Gindl and Keckes 2005) because of a homogeneous dispersion of highly crystalline cellulose nano-fillers of 1–3 nm that are, in fact, non-dissolved "remains" of microcrystalline cellulose. Young's modulus increased more than twice, to 15 GPa, with a tensile strength of 200–250 MPa. As expected, the elongation at break decreased drastically, from 18 to 4 %. Because of the nano-size of the filler, the optical transmittance did not decrease. A similar work on a partial dissolution of microcrystalline cellulose in LiCl/DMAc was performed later (Duchemin et al. 2009a), but less impressive results were obtained (Table 5). The moderate results

obtained were interpreted by the use of different processing conditions (use or not of compression before solvent extraction, various coagulation conditions). It could be interesting to check whether this approach on partial dissolution can give good mechanical reinforcement when using aqueous NaOH solvent.

A second class of cellulose composites consists of dispersing particles and pigments in the cellulose matrix. The goal is to add special properties to the matrix. Two main approaches were taken: (1) dispersing particles, or their suspension, directly in aqueous cellulose–NaOH (with urea or thiourea) solution and then making materials via coagulation-drying (Ruan et al. 2004c, 2005; Sescousse et al. 2011b; Chang et al.



**Table 5** Mechanical properties (best values) of all-cellulose nano-composites

| Reinforcing fibre | Solvent | Dissolved cellulose DP | Vol% of fibres | Tensile strength (MPa) | Young's modulus (GPa) | Elongation at break | References |
|---|---|---|---|---|---|---|---|
| Cellulose whiskers | 7 wt% NaOH–12 wt% urea | 500 | 200 g solvent +8 g cellulose with 10 ml 10 wt% whiskers | 124 | 5 | n/a | Qi et al. (2009b) |
| Chitin whiskers | 7 wt% NaOH–12 wt% urea | 610 | 200 g solvent +8 g cellulose with 20 ml 3 wt% whiskers | 117 | 13.5 | 4 | Huang et al. (2013) |
| MC cellulose (partial dissolution) | LiCl/DMAc | MC cellulose from Aldrich | 3 g cellulose in 100 ml | 240 | 13 | 8.6 | Gindl and Keckes (2005) |
| MC cellulose (partial dissolution) | LiCl/DMAc | 163 | 20 wt% initial solution | 106 | 7 | 3.3 | Duchemin et al. (2009a) |

2009b) or (2) impregnating wet coagulated cellulose (obtained via dissolution in aqueous NaOH–urea or LiOH–urea) with an inorganic solution and then gelling or precipitating the inorganic matter inside the cellulose matrix (Liu et al. 2006, 2008, 2011b, c; Cai et al. 2012; Liu et al. 2013; Demilecamps et al. 2014). The impregnation approach can be applied on cellulose coagulated from any solvent (Demilecamps et al. 2015). Whatever the route chosen, the result was a cellulosic material with embedded particles or a continuous inorganic network.

The incorporation of iron induced magnetic properties (Liu et al. 2006, 2011b; Sescousse et al. 2011a, b), of cadmium photoluminescence and photocatalytic activity (Ruan et al. 2005; Liu et al. 2011c), of tourmaline antibacterial properties (Ruan et al. 2004c), and of pigments and of CdSe/ZnS quantum dots fluorescent and photoluminescent properties (Qi et al. 2009b; Chang et al. 2009b).

Different options of particle incorporation and various types of impregnating liquids that can be used open many ways of making cellulose-based organic–inorganic hybrid or composite materials. For example, wet coagulated cellulose obtained from cellulose–NaOH–urea solution was impregnated with tetraethyl orthosilicate dissolved in ethanol (Cai et al. 2012). The latter was then converted into gel using ammonia as catalyser. The samples were dried under super-critical $CO_2$ to form a composite aerogel based on interpenetrated cellulose–silica networks. Pore sizes obtained with nitrogen adsorption were in the range of a few

tens of nanometres. The presence of silica aerogel inside the cellulose matrix resulted in lower mechanical properties as compared with the pure cellulose counterpart (compressive modulus of 7.9 MPa for composite vs. 12 MPa for cellulose aerogel) and higher ones than that of classical silica-based aerogels. The increase of silica concentration increased the composite thermal conductivity as compared with pure cellulose aerogel (23–27 mWK$^{-1}$ m$^{-1}$). However, the values of 30–40 mWK$^{-1}$ m$^{-1}$ remain in the domain of interesting thermal-insulating properties (Fig. 28). The applications can be extended not only to cellulose II-based matrices, but also to calcinated (Liu et al. 2008) and pyrolysed cellulose.



**Fig. 28** Thermal conductivity of cellulose–silica composite aerogels as a function of silica volume concentration. With acknowledgements to Wiley Materials, Cai et al. (2012)

A very similar approach was taken by Liu et al. (2013): coagulated cellulose obtained from cellulose dissolved in NaOH–urea was impregnated with sodium silicate solution and dried with super-critical $CO_2$. The specific surface area of composite aerogels slightly decreased compared to the neat cellulose aerogels, and the mechanical properties of composite aerogels were improved. SEM images suggest that distinct silica particles and not silica aerogels were formed in the pores of the cellulose matrix.

Another way to prepare cellulose–silica composite aerogels with silica particles incorporated in a cellulose matrix was suggested in a "one-pot" approach by Demilecamps et al. (2014). Cellulose–NaOH aqueous solution was mixed with sodium silicate solution of the same pH. The gelation time of the mixture was strongly reduced as compared to that of cellulose–NaOH, which was interpreted by cellulose self-aggregation inducing partial coagulation because of competition for the solvent with sodium silicate. A similar phenomenon, i.e. "accelerated" cellulose gelation, was reported when mixing cellulose and organosolv lignin in NaOH–water (Sescousse et al. 2010). The gelled cellulose/sodium silicate samples were placed in aqueous acid solution, which terminated cellulose coagulation and led to in situ formation of sub-micronic silica particles trapped in a porous cellulose matrix (Fig. 29). After drying with super-critical $CO_2$, an organic–inorganic aerogel composite



**Fig. 29** SEM image of silica particles embedded in cellulose aerogel, with kind permission from Springer Science + Business Media: Demilecamps et al. (2014, Figure 8d)

was formed. The specific surface area of composite aerogels was decreased as compared to the neat aerocellulose, but the silica phase had a reinforcing effect on the cellulose aerogel.

Coagulated wet cellulose can be impregnated not only with inorganic solutions or suspensions, but also with polymer solutions to make composite films. For example, cellulose coagulated from LiOH–urea solution was impregnated with polymethylmethacrylate-acetone and polystyrene-toluene solutions (Isobe et al. 2011). After drying in ambient conditions transparent films were obtained. Their mechanical properties were lower than those of neat cellulose and decreased with the increase of the second phase concentration. The tensile modulus was found to be 50 % of that of pure cellulose film only for a few films with low contents of polystyrene. The same approach was taken by Li et al. (2014): coagulated wet (in chloroform) cellulose obtained from cellulose dissolved in NaOH–urea was impregnated by ε-caprolactone, which was subsequently polymerised. The storage modulus of cellulose–polycaprolactone interpenetrating polymer network (IPN) at 100 °C (above glass transition temperature of polycaprolactone) increased from 10 to $10^8$ Pa but stress at break at room temperature strongly decreased in the presence of cellulose. These examples show various possibilities of making cellulose-organic and cellulose-inorganic composite materials by impregnating coagulated cellulose matrix, as far as its dimensions practically do not change whatever the non-solvent fluid is inside.

Using the same impregnation route, the surface of coagulated cellulose can be modified by "partial impregnation" by dipping wet coagulated cellulose in a solution containing a substance that can be then chemically cross-linked. The goal here is to modify surface properties (hydrophobisation) and permeability. As a result, the biodegradability and mechanical properties are also changed (Cao et al. 2006; Lu et al. 2004; Lu and Zhang 2002). The approach taken is to use biomass-based polyurethane pre-polymer from castor oil, mix it with a modified polysaccharide (benzyl konjac glucomannan or benzyl starch) in THF or DMF, coat the coagulated cellulose with the mixture and then cure it to perform cross-linking. This procedure can be applied to any cellulose material as far as surface modification is performed on coagulated and air-dried films as, for example, cellulose films made from dissolution in cuoxam (Zhang et al. 1997, 1999).



Depending on the polysaccharide used, the tensile strength and elongation at break of dry coated cellulose films increased with the addition of the second polysaccharide (case of benzyl starch (Cao et al. 2006)) while for benzyl konjac glucomannan the tensile strength increased but elongation at break decreased (Lu and Zhang 2002). The latter finding was explained by the increase of solid content in the film, as expected. Biodegradation kinetics were slower for coated films as compared with pure cellulose and the water permeability decreased (Cao et al. 2006; Lu et al. 2004).

### Aqueous NaOH as a reaction medium for performing cellulose modifications

Aqueous NaOH can be used to dissolve cellulose and then to perform various chemical reactions in homogeneous conditions. Several examples of the synthesis of cellulose ethers such as hydroxyethyl cellulose (HEC), hydroxypropyl cellulose (HPC) and methyl cellulose (MC) in aqueous NaOH–urea have been reported (Zhou et al. 2004c, 2005, 2006). In all cases, a homogeneous substitution of hydroxyl groups of anhydroglucose units was achieved. The degree of substitution (DS) varied from 0.5 to 2, and water-soluble samples of HEC with DS = 0.5 and higher and of HPC with DS = 0.85 and MC with DS = 1.5 were obtained. A higher gelation temperature of the MC solution as compared with industrial samples was recorded, 67 °C, and 2 wt% HPC aqueous solutions with DS = 0.85, 0.93 and 1.18 remained transparent when heated up to 95 °C. These properties were attributed to a uniform distribution of substituted groups over the anhydroglucose unit.

Hydroxyethyl cellulose with low degrees of substitution was also synthesised in heterogeneous conditions using cellulose treatment in 21 wt% NaOH and ethylene oxide (Wang et al. 2013). The obtained low-substituted HECs were soluble in 8 wt% NaOH–water at higher polymer concentrations and solution gelation was strongly delayed as compared to non-substituted cellulose in the same solvent (Wang et al. 2015). Cellulose fibres were successfully spun from these HEC solutions showing properties similar to those of viscose (Wang et al. 2013).

Cellulose-based polyelectrolytes were obtained by performing a chemical reaction in aqueous NaOH–urea with acrylamide (Song et al. 2008). Various degrees of substitution were obtained. Saponification of amide groups transferred them into carboxyl groups, which became charged in neutral and basic medium. The new macromolecule showed polyelectrolyte properties typical for polymers having charged carboxylic groups: reduced viscosity $(\eta - \eta_0)/\eta_0 \cdot C$ (where $\eta$ and $\eta_0$ are the solution and solvent viscosity, respectively, and $C$ is the polymer concentration) increased with dilution and decreased in salted medium. This can be an alternative way of making cellulose-based polyelectrolytes.

Cellulose chemical cross-linking with epichlorohydrin in aqueous NaOH was performed (Zhou et al. 2007; Chang et al. 2010a; Qin et al. 2013). Zhou et al. (2007) reported a cross-linking reaction in NaOH–urea with heating the reaction solution at 50 °C for 20 h and Chang et al. (2010a) reported the same gel synthesis with heating in the same conditions and also with freezing. Freezing gave slightly lower water retention after coagulation as compared to the heating procedure. Cellulose gels were coagulated in water and washed and a swollen cellulose network obtained. It was somehow similar to "simply" coagulated cellulose but cross-linked swollen cellulose was reported to be transparent contrary to classical opaque coagulated wet cellulose. Two reasons explaining this difference can be given: (1) a cross-linked cellulose network is more homogeneous than coagulated cellulose or (2) cross-linked cellulose is absorbing much more water and thus the polymer concentration in the swollen sample is much lower. It is not very clear if cross-linked coagulated cellulose keeps more water than coagulated cellulose prepared from the solution of the same concentration. Simple calculations show that it seems that the water retention should be similar, but no direct comparison was performed. If water retention is the same, then the structure of the cross-linked cellulose network is more homogeneous than the one of coagulated cellulose. This is most probably true as far as epichlorohydrin was always taken in excess towards cellulose and thus the degree of cross-linking should be high.

Qin et al. (2013) studied gelation of cellulose–7 % NaOH–12 % urea solutions in the presence of epichlorohydrin. They demonstrated that with the increase of the concentration of the cross-linker from 5 to 15 wt% the gelation time decreases. They also showed that the increase of the epichlorohydrin content from 5 to 15 wt% leads to the decrease of the coagulated cellulose swelling degree in water,



from 3000 to 2000 % for 4 wt% cellulose in the initial solution.

Cross-linking with epichlorohydrin allows making hybrid networks if mixing cellulose with another polymer in the same solvent and then cross-linking both at the same time, or cross-linking cellulose and then impregnating the obtained gel with a solution of another polymer and then cross-linking the second one leading to the formation of an IPN structure. The first strategy was used to prepare cellulose/carboxymethyl cellulose (CMC) gels (Chang et al. 2010b), cellulose–sodium alginate gels (Chang et al. 2009a) and cellulose–lignin gels (Ciolacu et al. 2012); the second was used to synthesise cellulose/poly(N-isopropyl acrylamide) IPN (Chang et al. 2011). In the cases of cellulose–CMC, cellulose–alginate and cellulose–polyNIPAm, samples were washed in water after the cross-linking reaction had been completed: cellulose was thus in a coagulated state and the second polymer, being soluble in water but cross-linked, formed a hydrogel. When mixed with carboxymethyl cellulose, the sample swelling ratio decreased in monovalent salt solutions and the sample collapsed in polyvalent metal ones. This was because CMC is a polyelectrolyte. Cellulose/CMC samples kept the properties of the water-soluble component. When mixed with poly(isopropyl acrylamide), the samples became temperature sensitive. When mixed with alginate, the size of pores in the freeze-dried cellulose–alginate gel increased with an increase of alginate content, swelling increased and mechanical properties decreased. More studies are needed to understand the influence of the second component on IPN properties and several questions remain: are the cellulose and second component cross-linked separately or with each other? What is the degree of cross-linking and is it the same for both components? It could be very interesting to know more about the influence of cellulose in the IPN as compared with the hydrogel based only on the second cross-linked polymer.

Making hybrid gels using cellulose dissolution in aqueous NaOH can be interesting for controlled release applications. This is what was tested by following the kinetics of polyphenol release from epichlorohydrin cross-linked cellulose–lignin (Ciolacu et al. 2012). Swelling and release were performed in water:ethanol = 19:1 medium. Samples were swollen to 2000–3000 wt%. Higher swelling, higher porosity and quicker release were for matrices containing larger amounts of lignin. While all the data correlate, the reason for the higher solvent uptake and thus higher porosity in the presence of lignin is not very clear; the affinity of each component towards the water–ethanol mixture should be evaluated as well as the cross-linking degree.

The aqueous-alcoholic (isopropyl alcohol)–NaOH system used in CMC synthesis was applied for cellulose alkalisation (Yokota 1985). This article describes the distribution of sodium hydroxide between cellulose and the medium as well as how the solvent separates in layers. X-ray results showed that alkali-cellulose can partly revert to cellulose I. The authors deduce that isopropanol acts as a kind of swelling restrictive agent of cellulose.

## Conclusions

Since the 1930s, many efforts were made to understand cellulose dissolution in aqueous NaOH solvent in view of making cellulose fibres and films. This solvent is very attractive because of its price, availability and ease in recovery. Particularly interest increased at the end of the twentieth century because of the search for direct cellulose solvents that could replace the viscose process and result in the same or better material properties. However, currently there is no industrial production of cellulose fibres or films using this solvent. Several reasons can be given:

- The need for low temperatures (around −5 °C) for the dissolution, which generates high processing costs;
- Low stability of the solutions (irreversible gelation with time and temperature);
- Need for additives to slow down gelation, which does not facilitate solvent recovery;
- Low maximum concentration of cellulose possible to dissolve in any NaOH-based solvent, with or without additives (the theoretical maximum is around 8 wt% but practically it is around 5 wt% because of very quick gelation of "concentrated" solutions);
- Difficulty in dissolving cellulose of high molecular weight.

The last two points result in medium mechanical properties, similar to or lower than those of viscose and lower than those from the Lyocell process, and thus not enough to replace well-established industrial



routes. In addition, the lower polymer concentration as compared to other wet-spinning processes results in very low economic efficiency of the NaOH process.

As the review of pre-treatments shows, the only clear factor influencing dissolution is the decrease of cellulose molar mass. This is easy to understand with classical thermodynamic considerations: the lower the molar mass is, the higher the degree of freedom, and the higher the entropy gain of the dissolved chains, decreasing the free energy of the solution towards the undissolved situation. All the other activation effects are linked to subtle physical and chemical changes in the internal structure of the fibres, usually called accessibility. A much better understanding of the nature of these changes would enormously help cellulose dissolution, derivatisation or sugar production.

One of the potential ways to use aqueous NaOH solvent is to make high added-value materials, such as cellulose hybrids or composites with organic or inorganic compounds and also aerogels and their carbon counterparts. When the mechanical properties are not of primary practical importance (for example, in highly porous materials such as cellulose aerogels), aqueous sodium hydroxide can be a suitable solvent for cellulose. Aerocelluloses can be used as matrices for controlled release, for catalysis, for specific adsorption and separation and in electro-chemical applications when pyrolysed. A low dissolution limit and gelation are not negative features anymore. On the contrary, gelation helps make aerocellulose of a predefined shape and facilitates handling and coagulation.

Despite the long research history of aqueous cellulose–NaOH, several points still remain to be clarified from the scientific point of view. For example, the organisation and conformation of cellulose chains in solution, the structure of the hydrated ions close to cellulose, the coordination and polarisability of water around the hydroxyl groups and the existence or not of molecularly dispersed chains must be better described in order to understand cellulose solubility in NaOH–water. The role of additives and why they delay gelation are also not clear.

## References

Aaltonen O, Jauhiainen O (2009) The preparation of lignocellulosic aerogels from ionic liquid solutions. Carbohydr Polym 75:125–129

Abe Y, Mochizuki A (2002) Hemodialysis membrane prepared from cellulose/N-methylmorpholine-N-oxide solution. I. Effect of membrane preparation conditions on its permeation characteristics. J Appl Polym Sci 84:2302–2307

Abe Y, Mochizuki A (2003) Hemodialysis membrane prepared from cellulose/N-methylmorpholine-N-oxide solution. II. Comparative studies on the permeation characteristics of membranes prepared from N-methylmorpholine-N-oxide and cuprammonium solutions. J Appl Polym Sci 89:333–339

Adusumali RB, Reifferscheid M, Weber H, Roeder T, Sixta H, Gindl W (2006) Mechanical properties of regenerated cellulose fibres for composites. Macromol Symp 244:119–125

Almeida EVR, Frollini E, Castellan A, Coma V (2010) Chitosan, sisal cellulose, and biocomposite chitosan/sisal cellulose films prepared from thiourea/NaOH aqueous solution. Carbohydr Polym 80:655–664

Antropoff A, Sommer R (1926) Das räumliche Diagramm des Dreistoffsystems NaOH–NaCl–H$_2$O. Z Phys Chem 123:161–198

ASTM D4243 (2009) Standard test method for measurement of average viscometric degree of polymerization of new and aged electrical papers and boards

ASTM D1695 (2012) Standard terminology of cellulose and cellulose derivatives

ASTM D1795 (2013) Standard test method for intrinsic viscosity of cellulose

Bartunek R (1955) Uber die viskosierung von cellulose mit verschiedenen alkalien. Das Pap 9:254–262

Bergenstrahle-Wohlert M, Berglund LA, Brady JW, Larsson PT, Westlund P-O, Wohlert J (2012) Concentration enrichment of urea at cellulose surfaces: results from molecular dynamics simulations and NMR spectroscopy. Cellulose 19:1–12

Boerstel H, Maatman H, Westerink JB, Koenders BM (2001) Liquid crystalline solutions of cellulose in phosphoric acid. Polymer 42:7371–7379

Borgin K, Stamm AJ (1950) The exchange of radioactive zinc between cellulose and sodium hydroxide-sodium zincate solutions. J Phys Colloid Chem 54:772–777

Bredereck K, Stefani HW, Beringer J, Schulz F (2003) Alkali- und Flüssigammoniakbehandlung von Lyocellfasern. Melliand Textilberichte 58:58–64

British Celanese (1925) GB Patent 263,810

Cai J, Zhang LN (2006) Unique gelation behavior of cellulose in NaOH/urea aqueous solution. Biomacromolecules 7:183–189

Cai J, Zhang L, Zhou J, Li H, Chen H, Jin H (2004) Novel fibres prepared from cellulose in NaOH:urea aqueous solutions. Macromol Rapid Commun 25:1558–1562

Cai J, Zhang L, Zhou J, Qi H, Chen H, Kondo T, Chen X, Chu B (2007a) Multifilament fibers based on dissolution of cellulose in NaOH/urea aqueous solution: structure and properties. Adv Mater 19:821–825

Cai J, Wang L, Zhang L (2007b) Influence of coagulation temperature on pore size and properties of cellulose membranes prepared from NaOH–urea aqueous solution. Cellulose 14:205–215

Cai J, Zhang L, Liu S, Liu Y, Xu X, Chen X, Chu B, Guo X, Xu J, Cheng H, Han C, Kuga S (2008a) Dynamic self-



Cellulose (2016) 23:5–55

assembly induced rapid dissolution of cellulose at low temperatures. Macromolecules 41:9345–9351

Cai J, Kimura S, Wada M, Kuga S, Zhang L (2008b) Cellulose aerogels from aqueous alkali hydroxide–urea solution. ChemSusChem 1:149–154

Cai J, Liu S, Feng J, Kimura S, Wada M, Kuga S, Zhang L (2012) Cellulose–silica nanocomposite aerogels by in situ formation of silica in cellulose gel. Angew Chem Int Ed 51:2076–2079

Cao X, Deng R, Zhang L (2006) Structure and properties of cellulose films coated with polyurethane/benzyl starch semi-IPN coating. Ind Eng Chem Res 45:4193–4199

Chang C, Lue A, Zhang L (2008) Effects of crosslinking methods on structure and properties of cellulose/PVA hydrogels. Macromol Chem Phys 209:1266–1273

Chang C, Duan B, Zhang L (2009a) Fabrication and characterization of novel macroporous cellulose–alginate hydrogels. Polymer 50:5467–5473

Chang C, Peng J, Zhang L, Pang D-W (2009b) Strongly fluorescent hydrogels with quantum dots embedded in cellulose matrices. J Mater Chem 19:7771–7776

Chang C, Zhang L, Zhou J, Zhang L, Kennedy JF (2010a) Structure and properties of hydrogels prepared from cellulose in NaOH/urea aqueous solutions. Carbohydr Polym 82:122–127

Chang C, Duan B, Cai J, Zhang L (2010b) Superabsorbent hydrogels based on cellulose for smart swelling and controllable delivery. Eur Polym J 46:92–100

Chang C, Han K, Zhang L (2011) Structure and properties of cellulose/poly(N-isopropylacrylamide) hydrogels prepared by IPN strategy. Polym Adv Technol 22:1329–1334

Chanzy H, Roche E (1976) Fibrous transformation of Valonia cellulose I into cellulose II. J Appl Polym Symp 28:701–711

Chanzy H, Noe P, Paillet M, Smith P (1983) Swelling and dissolution of cellulose in amine oxide/water systems. J Appl Polym Sci 37:239–259

Chaudemanche C, Navard P (2011) Influence of fibre morphology on the swelling and dissolution mechanisms of Lyocell regenerated cellulose fibres. Cellulose 18:1–15

Chen Y, Zhang L, Gu J, Liu J (2004) Physical properties of microporous membranes prepared by hydrolyzing cellulose/soy protein blends. J Membr Sci 241:393–402

Chen X, Burger C, Fang D, Ruan D, Zhang L, Hsiao BS, Chu B (2006) X-ray studies of regenerated cellulose fibers wet spun from cotton linter pulp in NaOH/thiourea aqueous solutions. Polymer 4:2839–2848

Chen X, Burger C, Wan F, Zhang J, Rong L, Hsiao B, Chu B, Cai J, Zhang L (2007) Structure study of cellulose fibers wet-spun from environmentally friendly NaOH–urea aqueous solutions. Biomacromolecules 8:1918–1926

Ciolacu D, Oprea AM, Anghel N, Cazacu G, Cazacu M (2012) New cellulose–lignin hydrogels and their application in controlled release of polyphenols. Mater Sci Eng, C 32:452–463

Cohen-Adad R, Tranquard A, Peronne R, Negri P, Rollet AP (1960) Le système eau-hydroxyde de sodium. Comptes Rendus de l'Académie des Sciences, Paris, France 251:2035–2037

Colom X, Carrillo F (2002) Crystallinity changes in lyocell and viscose-type fibres by caustic treatment. Eur Polym J 38:2225–2230

Cuissinat C, Navard P (2006a) Swelling and dissolution of cellulose, Part I: Free floating cotton and wood fibres in N-methylmorpholine-N-oxide–water mixtures. Macromol Symp 244:1–18

Cuissinat C, Navard P (2006b) Swelling and dissolution of cellulose, Part II: Free floating cotton and wood fibres in NaOH water-additives systems. Macromol Symp 244:19–30

Cuissinat C, Navard P (2008) Swelling and dissolution of cellulose, Part III: Plant fibres in aqueous systems. Cellulose 15:67–74

Cuissinat C, Navard P, Heinze T (2008a) Swelling and dissolution of cellulose, Part IV: Free floating cotton and wood fibres in ionic liquids. Carbohydr Polym 72:590–596

Cuissinat C, Navard P, Heinze T (2008b) Swelling and dissolution of cellulose, Part V: Cellulose derivatives fibres in aqueous systems and ionic liquids. Cellulose 15:75–80

Davidson GF (1934) The dissolution of chemically modified cotton cellulose in alkaline solutions. Part I: In solutions of NaOH, particularly at T°C below the normal. J Text Inst 25:T174–T196

Davidson GF (1936) The dissolution of chemically modified cotton cellulose inalkaline solutions. Part II: A comparison of the solvent action of solutions of lithium, sodium, potassium and tetramethylammonium hydroxides. J Text Inst 27:T112–T130

Davidson GF (1937) The solution of chemically modified cotton cellulose in alkaline solutions. Part 3—In solutions of sodium and potassium hydroxide containing dissolved zinc, beryllium and aluminum oxides. J Text I 28:T27–T44

Demilecamps A, Reichenauer G, Rigacci A, Budtova T (2014) Cellulose–silica composite aerogels from "one-pot" synthesis. Cellulose 21:2625–2636

Demilecamps A, Beauger C, Hildenbrand C, Rigacci A, Budtova T (2015) Cellulose–silica aerogels. Carbohydr Polym 122:293–300

Deng M, Zhou Q, Du A, Kasteren JMN, Wang Y (2009) Preparation of nanoporous cellulose foams from cellulose-ionic liquid solutions. Mater Lett 63:1851–1854

Dos Santos N (2013) Influence of chemical and enzymatic treatments on a variety of wood pulps on their dissolution in NaOH–water. Thèse de doctorat, Ecole Nationale Supérieure des Mines de Paris/Cemef, Sophia-Antipolis

Dos Santos N, Puls J, Saake B, Navard P (2013) Effects of nitren extraction on a dissolving pulp and influence on cellulose dissolution in NaOH–water. Cellulose 20:2013–2026

Duchemin BJC, Newman RH, Staiger MP (2009a) Structure–property relationship of all-cellulose composites. Compos Sci Technol 69:1225–1230

Duchemin BJC, Mathew AP, Oksman K (2009b) All-cellulose composites by partial dissolution in the ionic liquid 1-butyl-3-methylimidazolium chloride. Compos A 40:2031–2037

Duchemin BJC, Staiger MP, Ticker N, Newman RH (2010) Aerocellulose based on all-cellulose composites. J Appl Polym Sci 115:216–221

Egal M (2006) Structure and properties of cellulose/NaOH aqueous solutions, gels and regenerated objects. Thèse de doctorat, Ecole Nationale Supérieure des Mines de Paris/Cemef, Sophia-Antipolis

Egal M, Budtova T, Navard P (2007) Structure of aqueous solutions of microcrystalline cellulose/sodium hydroxide

below 0°C and the limit of cellulose dissolution. Biomacromolecules 8:2282–2287

Egal M, Budtova T, Navard P (2008) The dissolution of microcrystalline cellulose in sodium hydroxide–urea aqueous solutions. Cellulose 15:361–370

Ershova O, da Costa EV, Fernandes AJS, Domingues MR, Evtuguin DV, Sixta H (2012) Effect of urea on cellulose degradation under conditions of alkaline pulping. Cellulose 19:2195–2204

Fink HP, Dautzenberg H, Kunze J, Philipp B (1986) The composition of alkali cellulose: a new concept. Polymer 27:944–948

Fink HP, Walenta E, Kunze J, Mann G (1995) Wide angle X-ray and solid state C-NMR studies of cellulose alkalisation. In: Kennedy JF et al (eds) Cellulose and cellulose derivatives: physico-chemical aspects and industrial applications. Woodhead Publishing, Cambridge

Fink HP, Gensrich J, Rihm R (2001a) Structure and properties of CarbaCell-type cellulosic fibres. In: Proceedings of the 6th Asian textile conference, Hong-Kong, 22–24 Aug

Flemming N, Thaysen AC (1919) On the deterioration of cotton on wet storage. Biochem J 14:25–29

Flory PJ, Spurr OKJ, Carpenter DK (1958) Intrinsic viscosities of cellulose derivatives. J Polym Sci. 27:231–240

Franks NA, Varga JK (1979) Process for making precipitated cellulose. US Patent 4,145,532

Freytag R, Donzé JJ (1983) Alkali treatment of cellulose fibres. In: Lewin M, Sello SB (eds) Handbook of fiber science and technology: volume I. Chemical processing of fibers and fabrics, fundamentals and preparation, part A. Marcel Deckker, New York, pp 91–121

Garcia-Ramirez M, Cavaille JY, Dupeyre D, Peguy A (1994) Cellulose-polyamide 66 blends. I. Processing and characterisation. J Polym Sci, Part B: Polym Phys 32:1437–1448

Gavillon R, Budtova T (2007) Kinetics of cellulose regeneration from cellulose–NaOH–water gels and comparison with cellulose–N-methylmorpholine–N-oxyde–water solutions. Biomacromolecules 8:424–432

Gavillon R, Budtova T (2008) Aerocellulose: new highly porous cellulose prepared from cellulose–NaOH aqueous solutions. Biomacromolecules 9:269–277

Geet Van (1972) Hydration number of sodium ions determined by sodium magnetic resonance. J Am Chem Soc 94:5583–5587

Gericke M, Schlufter K, Liebert T, Heinze T, Budtova T (2009) Rheological properties of cellulose/ionic liquid solutions: from dilute to concentrated states. Biomacromolecules 10:1188–1194

Gindl W, Keckes J (2005) All-cellulose nanocomposite. Polymer 4:10221–10225

Gindl W, Schoberl T, Keckes J (2006) Structure and properties of a pulp fibre-reinforced composite with regenerated cellulose matrix. Appl Phys A 83(1):19–22

Gindl W, Reifferscheid M, Adusumalli RB, Weber H, Röder T, Sixta H, Schöberl T (2008) Anisotropy of the modulus of elasticity in regenerated cellulose fibres related to molecular orientation. Polymer 49:792–799

Glasser WG, Atalla RH, Blackwell J, Brown R Jr, Burchard W, French AD, Klemm DO, Nishiyama Y (2012a) About the structure of cellulose: debating the Lindman hypothesis. Cellulose 19:589–598

Glasser WG, Atalla RH, Blackwell J, Brown R Jr, Burchard W, French AD, Klemm DO, Navard P, Nishiyama Y (2012b) Erratum to: about the structure of cellulose: debating the Lindman hypothesis. Cellulose 19:599

Graenacher C (1934) Cellulose dissolution US Patent N 1,943,176

Graenacher C, Sallman R (1939) Cellulose solutions. US Patent 2,179,181

Guilminot E, Gavillon R, Chatenet M, Berthon-Fabry S, Rigacci A, Budtova T (2008) New nanostructured carbons based on porous cellulose: elaboration, pyrolysis and subsequent use as substrate for proton exchange membrane fuel cell electrocatalyst particles. J Power Sources 185:717–726

Hadden JA, French AD, Woods RJ (2013) Unraveling cellulose microfibrils: a twisted tale. Biopolymers 10:746–756

Haigler CH, Grimsom MJ, Gervais J, Le Moigne N, Höfte H, Monasse B, Navard P (2014) Molecular modeling and imaging of initial stages of cellulose fibril assembly: evidence for a disordered intermediate stage. PlusOne 9(4):e9 3981

Hameed N, Guo Q (2010) Blend films of natural wool and cellulose prepared from an ionic liquid. Cellulose 17:803–813

Harrison W (1928) Manufacture of carbohydrate derivatives. US Patent 1,684,732

Hattori K, Abe E, Yoshide T, Cuculo JA (2004) New solvents for cellulose. II Ethylenediamine/thiocyanate salt system. Polym J 36:123–130

Heinze T, Schwikal K, Barthel S (2005) Ionic liquids as reaction medium in cellulose functionalization. Macromol Biosci 5:520–525

Hermans PH, Weidinger A (1946) On the recrystallization of amorphous cellulose. J Am Chem Soc 68:2547–2552

Hill JW, Jacobsen RA (1938) Chemical process. US Patent 2,134,825

Hock CW (1950) Degradation of cellulose as revealed microscopically. Text Res J 20:141–151

Huang Y, Zhang L, Yang J, Zhang X, Xu M (2013) Structure and properties of cellulose films reinforced by chitin whiskers. Macromol Mater Eng 298:259–262

Ingildeev D, Hermanutz F, Bredereck K, Effenberger F (2012) Novel cellulose/polymer blend fibres obtained using ionic liquids. Macromol Mater Eng 297:585–594

Innerlohinger J, Weber HK, Kraft G (2006) Aerocellulose: aerogels and aerogel-like materials made from cellulose. Macromol Symp 244:126–135

Innovia Films (2015) Data sheet of Cellophane$^{TM}$ P25. Ref A215—2 of 2—Edition UK—0112

Isobe N, Sekine M, Kimura S, Wada M, Kuga S (2011) Anomalous reinforcing effects in cellulose gel-based polymeric nanocomposite. Cellulose 18:327–333

Isobe N, Kimura S, Wada M, Kuga S (2012) Mechanism of cellulose gelation from aqueous alkali–urea solution. Carbohydr Polym 89:1298–1300

Isobe N, Noguchi K, Nishiyama Y, Kimura S, Wada M, Kuga S (2013) Role of urea in alkaline dissolution of cellulose. Cellulose 20:97–103

Isogai A (1997) NMR analysis of cellulose dissolved in aqueous NaOH solutions. Cellulose 4:99–107

Isogai A, Atalla RH (1998) Dissolution of cellulose in aqueous NaOH solutions. Cellulose 5:309–319



50    Cellulose (2016) 23:5–55

Jiang G, Huang W, Li L, Wang X, Pang F, Zhang Y, Wang H (2012) Structure and properties of regenerated cellulose fibers from different technology processes. Carbohydr Polym 87:2012–2018

Jiang Z, Fang Y, Xiang J, Ma Y, Lu A, Kang H, Huang Y, Guo H, Liu R, Zhang L (2014) Intermolecular interactions and 3D structure in cellulose − NaOH − urea aqueous system. J Phys Chem B 118:10250–10257

Jin H, Nishiyama T, Wada M, Kuga S (2004) Nanofibrillar cellulose aerogels. Colloid Surface A240:63–67

Jin H, Zha C, Gu L (2007) Direct dissolution of cellulose in NaOH:thiourea/urea aqueous solutions. Carbohydr Polym 342:51–858

Johnson DL (1969) Compounds dissolved in cyclic amine oxides. US Patent 3,447,939

Jolan AH, Prudhomme RE (1978) Studies of polymer-cellulose blends prepared from solution. J Appl Polym Sci 22:2533–2542

Kadokawa J, Murakami M, Takegawa A, Kaneko Y (2009) Preparation of cellulose–starch composite gel and fibrous material from a mixture of the polysaccharides in ionic liquid. Carbohydr Polym 75:180–183

Kadokawa J, Hirohama K, Mine S, Kato T, Yamamoto K (2012) Facile preparation of chitin/cellulose composite films using ionic liquids. J Polym Environ 20:37–42

Kamide K, Okajima K, Matsui T, Kowsaka K (1984) Study on the solubility of cellulose in aqueous alkali solution by deuteration IR and 13C NMR. Polym J 16–12:857–866

Kamide K, Okajima K, Kowsaka K (1985) Determination of intramolecular hydrogen bonds and selective coordination of sodium cation in alkalicellulose by CP/MASS C13 NMR. Polym J 17(5):707–711

Kamide K, Saito M, Kowsaka K (1987) Temperature dependence of limiting viscosity number and radius of gyration for cellulose dissolved in aqueous 8% sodium hydroxide solution. Polym J 19:1173–1181

Kamide K, Yasuda K, Matsui T, Okajima K, Yamashiki T (1990) Structural change in alkali-soluble cellulose solid during its dissolution into alkaline solutions. Cellul Chem Technol 24:23–31

Kamide K, Okajima K, Kowsaka K (1992) Dissolution of natural cellulose into aqueous alkali solution: role of supermolecular structure of cellulose. Polym J 24–1:71–96

Kasahara K, Sasaki H, Donkai N, Takagishi T (2004) Effect of processing and reactive dyeing on the swelling and pore structure of lyocell fibers. Text Res J 74:509–515

Kasai MR (2002) Comparison of various solvents for determination of intrinsic viscosity and viscometric constants for cellulose. J Appl Polym Sci 86:2189–2193

Keller A (1957) A note on single crystals in polymers: evidence for a folded chain configuration. Philos Mag 2:1171–1175

Keller A (1968) Polymer crystals. Rep Prog Phys 31:623–704

Kihlman M, Wallberg O, Stigsson L, Germgard U (2011) Dissolution of dissolving pulp in alkaline solvents after stream explosion pretreatments. Holzforschung 65:613–617

Kihlman M, Aldaeus F, Chedid F, Germgård U (2012) Effect of various pulp properties on the solubility of cellulose in sodium hydroxide solutions. Holzforschung 66:601–606

Kim IS, Kim JP, Kwak SY, Ko YS, Kwon YK (2006) Novel regenerated cellulosic material prepared by an environmentally-friendly process. Polymer 47:1333–1339

Kim J, Wang N, Chen Y, Lee S-K, Yun G-Y (2007) Electroactive-paper actuator made with cellulose/NaOH/urea and sodium alginate. Cellulose 14:217–223

Kleinert TN (1958) Characterisation of dissolving pulps by their solubility in alkaline sodium-zincate solutions. TAPPI 41:134–136

Kosan B, Michels C, Meister F (2008) Dissolution and forming of cellulose with ionic liquids. Cellulose 15:59–66

Kunze J, Fink HP (2005) Structural changes and activation of cellulose by caustic soda solution with urea. Macromol Symp 223:175–187

Kunze J, Ebert A, Lang H, Philipp B (1985) Na-NMR spekroskopische untersuchungen zur hydratation von natriumhydroxid in wäbriger lösung. Z Phys Chemie 266:49–58

Kuo YN, Hong J (2005) Investigation of solubility of microcrystalline cellulose in aqueous NaOH. Polym Adv Technol 16:425–428

Laszkiewicz B (1998) Solubility of bacterial cellulose and its structural properties. J Appl Polym Sci 67:1871–1876

Laszkiewicz B, Cuculo JA (1993) Solubility of cellulose III in sodium hydroxide solution. J Appl Polym Sci 50:27–34

Laszkiewicz B, Wcislo P (1990) Sodium cellulose formation by activation process. J Appl Polym Sci 39:415–425

Le Moigne N (2008) Mécanismes de gonflement et de dissolution des fibres de cellulose. Thèse de doctorat. Ecole Nationale Supérieure des Mines de Paris/CEMEF. Sophia Antipolis

Le Moigne N, Navard P (2010) Dissolution mechanism of wood cellulose fibres in NaOH–water. Cellulose 17:31–45

Le Moigne N, Jardeby K, Navard P (2010) Structural changes and alkaline solubility of wood cellulose fibers after enzymatic peeling treatment. Carbohydr Polym 79:325–332

Le KA, Rudaz C, Budtova T (2014) Phase diagram, solubility limit and hydrodynamic properties of cellulose in binary solvents with ionic liquid. Carbohydr Polym 105:237–243

Legrand C, Grund A (1952) Formation des alkali-celluloses en milieu hydroalcoolique. J Polym Sci 9:527–530

Li K, Song J, Xu M, Kuga S, Zhang L, Cai J (2014) Extraordinary reinforcement effect of three-dimensionally nanoporous cellulose gels in poly(ε-caprolactone) bionanocomposites. ACS Appl Mater Interfaces 6:7204–7213

Liang S, Zhang L, Li Y, Xu J (2007) Fabrication and properties of cellulose hydrated membrane with unique structure. Macromol Chem Phys 208:594–602

Liebert TF (2010) Cellulose solvents-remarkable history, bright future. In: Liebert TF, Heinze TJ, Edgar KJ (eds) Cellulose solvents: for analysis, shaping and chemical modification, ACS symposium series 1033. Oxford Press University, Oxford, pp 3–54

Liebner F, Potthast A, Rosenau T, Haimer E, Wendland M (2008) Cellulose aerogels: highly porous, ultra-lightweight materials. Holzforschung 62:129–135

Liebner F, Haimer E, Potthast A, Loidl D, Tschegg S, Neouze M-A, Wendland M, Rosenau T (2009) Cellulosic aerogels as ultra-lightweight materials. Part 2: Synthesis and properties. Holzforschung 63:3–11

Liebner F, Haimer E, Wendland M, Neouze M-A, Schlufter K, Miethe P, Heinze T, Potthast A, Rosenau T (2010) Aerogels from unaltered bacterial cellulose: application of

Cellulose (2016) 23:5–55

scCO$_2$ drying for the preparation of shaped, ultra-light-weight cellulosic aerogels. Macromol Biosci 10:349–352

Lindman B, Karlström G, Stigsson L (2010) On the mechanism of dissolution of cellulose. J Mol Liq 156:76–81

Lipponen S, Saarikoski E, Rissanen M, Seppala J (2012) Preparation and properties of cellulose/PE-co-AA blends. Eur Polym J 48:1439–1445

Liu W, Budtova T (2012) Ionic liquid: a powerful solvent for homogeneous starch–cellulose mixing and making films with tuned morphology. Polymer 53:5779–5787

Liu S, Zhang J, Zhang L, Guan J, Wang J (2006) Synthesis and alignment of iron oxide nanoparticles in a regenerated cellulose film. Macromol Rapid Commun 27:2084–2089

Liu S, Zhang L, Zhou J, Xiang J, Sun J, Guan J (2008) Fiberlike Fe$_2$O$_3$ macroporous nanomaterials fabricated by calcinating regenerate cellulose composite fibres. Chem Mater 20:3623–3628

Liu W, Budtova T, Navard P (2011a) Influence of ZnO on the properties of dilute and semi-dilute cellulose–NaOH–water solutions. Cellulose 18:911–920

Liu S, Zhou J, Zhang L (2011b) In situ synthesis of plate-like Fe$_2$O$_3$ nanoparticles in porous cellulose films with obvious magnetic anisotropy. Cellulose 18:663–673

Liu S, Ke D, Zeng J, Zhou J, Peng T, Zhang L (2011c) Construction of inorganic nanoparticles by micro-nano-porous structure of cellulose matrix. Cellulose 18:945–956

Liu S, Yu T, Hu N, Liu R, Liu X (2013) High strength cellulose aerogels prepared by spatially confined synthesis of silica in bioscaffolds. Colloid Surf A 439:159–166

Lu Y, Zhang L (2002) Interfacial structure and properties of regenerated cellulose films coated with superthin polyurethane/benzoyl konjac glucomannan coating. Ind Eng Chem Res 41:1234–1241

Lu Y, Zhang L, Xao P (2004) Structure, properties and biodegradability of water resistant regenerated cellulose films coated with polyurethane/benzyl konjac glucomannan semi-IPN coating. Polym Degrad Stab 86:51–57

Lu A, Liu Y, Zhang L, Potthast A (2011) Investigation on metastable solution of cellulose dissolved in NaOH/urea aqueous system at low temperature. J Phys Chem B 115:12801–12808

Lue A, Zhang L (2008) Investigation of the scaling law on cellulose solution prepared at low temperature. J Phys Chem B 112:4488–4495

Lue A, Zhang L, Ruan D (2007) Inclusion complex formation of cellulose in NaOH–Thiourea aqueous system at low temperature. Macromol Chem Phys 208:2359–2366

Ma H, Hsiao BS, Chu B (2011) Thin-film nanofibrous composite membranes containing cellulose or chitin barrier layers fabricated by ionic liquids. Polymer 52:2594–2599

Maeda H, Kawada H, Kawai T (1970a) Crystallisation of cellulose from dilute solutions. Die Makromolekulare Chemie 131:169–184

Maeda H, Kawada H, Kawai T (1970b) Crystallization of cellulose from dilute solution. J Polym Sci Part C Polym Symp 30:543–549

Maeda H, Nakajima M, Hagiwara T, Sawaguchi T, Yano S (2006) Preparation and properties of bacterial cellulose aerogel. Jpn J Polym Sci Technol 63:135–137

Mao Y, Zhou J, Cai J, Zhang L (2006) Effects of coagulants on porous structure of membranes prepared from cellulose in NaOH/urea aqueous solution. J Membr Sci 279:246–255

Marsano E, Corsini P, Canetti M, Freddi G (2008) Regenerated cellulose–silk fibroin blend fibres. Int J Biol Macomol 43:106–114

Marsh JT (1941) The growth and structure of cotton, mercerising. Chapman & Hall, London

Masson JF, Manley RS (1991a) Miscible blends of cellulose and poly(vinylpyrrolidone). Macromolecules 24:6670–6679

Masson JF, Manley RS (1991b) Cellulose/poly(4-vinylpyridine) blends. Macromolecules 24:5914–5921

Matsui T, Sano T, Yamane C, Kamide K, Okajima K (1995) Structure and morphology of cellulose films coagulated from novel cellulose/aqueous sodium hydroxide solutions by using aqueous sulphuric acid with various concentrations. Polym J 27:797–812

McCormick CL, Lichatowich DK (1979) Homogeneous solution reactions of cellulose, chitin, and other polysaccharides to produce controlled-activity pesticide systems. J Polym Sci Polym Lett Ed 17:479–484

McCorsley III CC, Varga JK (1979) A process for making a precursor of a solution of cellulose. US Patent 4,142,913

Medronho B, Lindman B (2014a) Competing forces during cellulose dissolution: from solvents to mechanisms. Curr Opin Colloid Interface Sci 19:32–40

Medronho B, Lindman B (2014b) Brief overview on cellulose dissolution/regeneration interactions and mechanisms. Adv Colloid Interface Sci. doi:10.1016/j.cis.2014.05.004

Medronho B, Romano A, Miguel MG, Stigsson L, Lindman B (2012) Rationalizing cellulose (in)solubility: reviewing basic physicochemical aspects and role of hydrophobic interactions. Cellulose 19:581–587

Medronho B, Duarte H, Alves L, Antunes F, Romano A, Lingman B (2015) Probing cellulose amphiphilicity. Nord Pulp Pap Res J 30:58–66

Mercer J (1850) Improvements in the preparation of cotton and others fabrics and other fibrous materials. British Patent 13,296

Miller-Chou B, Koenig JL (2003) A review of polymer dissolution. Prog Polym Sci 28:1223–1270

Miyamoto H, Yamane C, Seguchi M, Okajima K (2009) Structure and properties of cellulose–starch blend films regenerated from aqueous sodium hydroxide solution. Food Sci Technol Res 15:403–412

Morgado D, Frollini E, Castellan A, Rosa DS, Coma V (2011) Biobased films prepared from NAOH/thiourea aqueous solution of chitosan and linter cellulose. Cellulose 18:699–712

Musatova GN, Mogilevskii EM, Ginzberg MA, Arkhangelskii DN (1972) The dissolution temperature of cellulose xanthate. Fibre Chem 2:451–453

Nadhan A, Venu A, Rajulu V, Li R, Jie C, Zhang L (2012) Properties of regenerated cellulose short fibers/cellulose green composite films. J Polym Environ 20:454–458

Nägeli (1864) Ueber den inneren Bau der vegetabilischen Zellenmembranen Sitzber. Bay Akad Wiss Munchen 1:282–323

Nishimura H, Sarko A (1987) Mercerization of cellulose. III. Changes in crystallites sizes. J Appl Polym Sci 33:855–866

 Springer

Nishimura H, Sarko A (1991) Mercerization of cellulose. VI. Crystal and molecular structure of Na–cellulose IV. Macromolecules 24:771–778

Nishino T, Arimoto N (2007) All-cellulose composite prepared by selective dissolving of fiber surface. Biomacromolecules 8:2712–2716

Nishio Y, Manley RS (1990) Blends of cellulose with nylon and poly(e-caprolectone) prepared by a solution-coagulation method. Polym Eng Sci 30:71–82

Nishino T, Matsuda I, Hirao K (2004) All-cellulose composite. Macromolecules 37:7683–7687

Nishio Y, Roy SK, Manley RS (1987) Blends of cellulose with polyacrylonitrile prepared from N,N-dimethylacetamide–lithium chloride solutions. Polymer 28:1385–1390

Nishio Y, Hirose N, Takahashi T (1989a) Thermal analysis of cellulose/poly(ethylene oxide) blends. Polym J 21:347–351

Nishio Y, Haratani T, Takahashi T, Manley RS (1989b) Cellulose/poly(vinyl alcohol) blends: an estimation of thermodynamic polymer–polymer interaction by melting point depression analysis. Macromolecules 22:2547–2549

Nishiyama Y, Kuga S, Okano T (2000) Mechanism of mercerisation revealed by X-ray diffraction. J Wood Sci 46:452–457

Northolt MG, Boerstoel H, Maatman H, Huisman R, Veurink J, Elzerman H (2001) The structure and properties of cellulose fibres spun from an anisotropic phosphoric acid solution. Polymer 42:8249–8264

Okajima K, Yamane C (1997) Cellulose filament spun from cellulose aqueous NaOH solution system. Cell Commun 4:7–12

Okano T, Sarko A (1984) Mercerization of cellulose. I. X-ray diffraction evidence for intermediate structures. J Appl Polym Sci 29:4175–4182

Okano T, Sarko A (1985) Mercerization of cellulose. II. Alkali-cellulose intermediates and a possible mercerisation mechanism. J Appl Polym Sci 30:325–332

Ott E, Spurlin HM, Grafflin MW (1954) In cellulose and cellulose derivatives (part 1). Interscience, New York, p 353

Öztürk HB, Bechtold T (2008) Splitting tendency of cellulosic fibers, Part 3: Splitting tendency of viscose and modal fibers. Cellulose 15:101–109

Pääkko M, Vapaavuori J, Silvennoinen R, Kosonen H, Ankerfors M, Lindstrom T, Berglund LA, Ikkala O (2008) Long and entangled native cellulose I nanofibers allow flexible aerogels and hierarchically porous templates for functionalities. Soft Matter 4:2492–2499

Park T-J, Jung YJ, Coi S-W, Park H, Kim H, Lee SH, Kim JH (2011) Native chitosan/cellulose composite fibres from an ionic liquid via electrospinning. Macromol Res 19:213–215

Pennetier G (1883) Note micrographique sur les altérations du cotton. Bull Soc Ind Rouen 11:235–237

Petitpas T (1948) Etude de l'alcali-cellulose: Variations de structure de la cellulose dans les lessives alcalines. Compte-rendu du Laboratoire Central des Services Chimiques de l'Etat (Paris) 226:139–147

Pickering SU (1893) The hydrates of sodium, potassium and lithium hydroxides. J Chem Soc 63:890–909

Qi H, Chang C, Zhang L (2008a) Effects of temperature and molecular weight on dissolution of cellulose in NaOH/urea aqueous solutions. Cellulose 15:779–787

Qi H, Cai J, Zhang L, Nishiyama Y, Rattaz A (2008b) Influence of finishing oil on structure and properties of multifilament fibers from cellulose dope in NaOH/urea aqueous solution. Cellulose 15:81–89

Qi H, Cai J, Zhang L, Kuga S (2009a) Properties of films composed of cellulose nanowhiskers and a cellulose matrix regenerated from alkali/urea solution. Biomacromolecules 10:1597–1602

Qi H, Chang C, Zhang L (2009b) Properties and applications of biodegradable transparent and photoluminescent cellulose films prepared via green process. Green Chem 11:177–184

Qin C, Soykeabkaew N, Xiuyuan N, Peijs T (2008) The effect of fibre volume fraction and mercerization on the properties of all-cellulose composites. Carbohydr Polym 71:458–467

Qin X, Lu A, Zhang L (2013) Gelation behavior of cellulose in NaOH/urea aqueous system via cross-linking. Cellulose 20:1669–1677

Rahkamo L, Viikari L, Buchert J (1998) Enzymatic and alkaline treatment of hardwood dissolving pulp. Cellulose 5:79–88

Rollet AP, Cohen-Adad R (1964) Les systèmes eau-hydroxyde alcalin. Revue de Chimie Minérale 1:451

Rooke J, de Matos Passos C, Chatenet M, Sescousse R, Budtova T, Berthon-Fabry S, Mosdale R, Maillard F (2011) Synthesis and properties of platinum nanocatalyst supported on cellulose-based carbon aerogel for applications in PEMFCs. J Electrochem Soc 158:B779–B789

Rooke J, Sescousse R, Budtova T, Berthon-Fabry S, Simon B, Chatenet M (2012) Cellulose-based nanostructured carbons for energy conversion and storage devices. In: Rufford T, Hulicova-Jurcakova D, Zhu J (eds) Green carbon materials: advances and applications. Pan Stanford, Singapore, pp 89–111

Roy C (2002) Etude de mélanges de cellulose dans des solutions aqueuses de soude. Thèse de doctorat, Ecole des Mines de Paris/Cemef, Sophia-Antipolis

Roy C, Budtova T, Navard P, Bedue O (2001) Structure of cellulose–soda solutions at low temperatures. Biomacromolecules 2:687–693

Roy C, Budtova T, Navard P (2003) Rheological properties and gelation of aqueous cellulose–NaOH solutions. Biomacromolecules 4:259–264

Ruan D, Zhang L, Mao Y, Zeng M, Li X (2004a) Microporous membranes prepared from cellulose in NaOH/thiourea aqueous solution. J Membr Sci 241:265–274

Ruan D, Zhang L, Zhou J, Jin H, Chen H (2004b) Structure and properties of novel fibers spun from cellulose in NaOH/thiourea aqueous solution. Macromol Biosci 4:1105–1112

Ruan D, Zhang L, Zhang Z, Xia X (2004c) Structure and properties of regenerated cellulose/tourmaline nanocrystal composite film. J Polym Sci, Part B: Polym Phys 42:367–373

Ruan D, Huang Q, Zhang L (2005) Structure and properties of CdS/regenerated cellulose nanocomposites. Macromol Mater Eng 290:1017–1024

Ruan D, Lue A, Zhang L (2008) Gelation behaviours of cellulose solution dissolved in aqueous NaOH–thiourea at low temperature. Polymer 49:1027–1036

Rudaz C, Budtova T (2013) Rheological and hydrodynamic properties of cellulose acetate/ionic liquid solutions. Carbohydr Polym 92:1966–1971

Russler A, Lange A, Potthast A, Rosenau T, Berger Nicoletti E, Sixta H, Kosma P (2005) A novel method for analysis of

xanthate group distribution in viscoses. Macromol Symp 223:189–200

Russler A, Potthast A, Rosenau T, Lange T, Saake B, Sixta H, Kosma P (2006) Determination of substituent distribution of viscoses by GPC. Holzforschung 60:467–473

Saarikoski E, Lipponen S, Rissanen M, Seppala J (2012) Blending cellulose with polyethylene-co-acrylic acid in alkaline water suspension. Cellulose 19:661–669

Saito G (1939) Das verhalten der zellulose in alkalilosungen. I. Mitteilung. Kolloid-Beihefte 29:365–454

Sameii N, Mortazavi SM, Rashidi AS, Sheikhzadah-Najar S (2008) An investigation on the effect of hot mercerization on cotton fabrics made up of open-end yarns. J Appl Polym Sci 8:4204–4209

Sasaki M, Kabyemela B, Malaluan R, Hirose S, Takeda N, Adschiri T, Arai K (1998) Cellulose hydrolysis in sub-critical and supercritical water. J Supercrit Fluid 13:261–268

Schultz TP, Biermann CJ, McGinnis GD (1983) Steam explosion of mixed hardwood chips as a biomass pretreatment. Ind Eng Chem Prod Res Dev 22:344–348

Segal L, Eggerton F (1961) Some aspects of the reaction between urea and cellulose. Text Res J 31:460–471

Sescousse R, Budtova T (2009) Influence of processing parameters on regeneration kinetics and morphology of porous cellulose from cellulose–NaOH–water solutions. Cellulose 16:417–426

Sescousse R, Smacchia A, Budtova T (2010) Influence of lignin on cellulose–NaOH–water mixtures properties and on aerocellulose morphology. Cellulose 17:1137–1146

Sescousse R, Gavillon R, Budtova T (2011a) Aerocellulose from cellulose-ionic liquid solutions: preparation, properties and comparison with cellulose–NaOH and cellulose–NMMO routes. Carbohydr Polym 83:1766–1774

Sescousse R, Gavillon R, Budtova T (2011b) Wet and dry highly porous cellulose beads from cellulose–NaOH–water solutions: influence of the preparation conditions on beads shape and encapsulation of inorganic particles. J Mater Sci 46:759–765

Shi X, Zhang L, Cai J, Cheng G, Zhang H, Li J, Wang X (2011) A facile construction of supramolecular complex from polyaniline and cellulose in aqueous system. Macromolecules 44:4565–4568

Shi Z, Yang Q, Cai J, Kuga S, Matsumoto Y (2014) Effects of lignin and hemicellulose contents on dissolution of wood pulp in aqueous NaOH/urea solution. Cellulose 21:1205–1215

Shibata M, Teramoto N, Nakamura T, Saitoh Y (2013) All-cellulose and all-wood composites by partial dissolution of cotton fabric and wood in ionic liquid. Carbohydr Polym 98:1532–1539

Sobue H, Kiessig H, Hess K (1939) The cellulose–sodium hydroxide–water system as a function of the temperature. Z Phys Chem B 43:309–328

Song Y, Zhou J, Zhang L, Wu X (2008) Homogenous modification of cellulose with acrylamide in NaOH/urea aqueous solutions. Carbohydr Polym 73:18–25

Soykeabkaew N, Arimoto N, Nishino T, Peijs T (2008) All-cellulose composites by surface selective dissolution of aligned ligno-cellulosic fibres. Compos Sci Technol 68:2201–2207

Sprague BS, Noether HD (1961) The relationship of fine structure to mechanical properties of stretched saponified acetate fibers. Text Res J 31:858–865

Staudinger H, Mohr R (1941) Uber den unterschied zwischen umgefällten und merzerisierten Cellulosen von den native fasercellulosen. J Prakt Chem 158:233–244

Stenqvist B, Wernersson E, Lund M (2015) Cellulose–water interactions: effect of electronic polarizability. Nord Pulp Pap Res J 30:26–31

Struszczyk H, Ciechanska D (1998) Perspectives of enzymes for processing cellulose for new chemical fibers. Enzyme applications in fiber processing, ACS symposium series 687(25):306–317

Struszczyk H, Wawro D, Ciechanska D, Wrzesniewska-Tosik K, Wojciechowska Z, Nousiainen P, Dolk M (1991) Method for preparation of alkali-soluble cellulose and method for preparation fibres, films and other products from soluble cellulose. Finnish Patent FI 107,335, Polish Patent PL 167,776

Struszczyk H, Ciechanska D, Wawro D (1995) Direct soluble cellulose of celsol: properties and behavior. In: Kennedy J (ed) Cellulose and cellulose derivatives, chap 4. Woodhead, Cambridge

Struszczyk H, Ciechanska D, Wawro D, Urbanowski A, Guzinska K, Wrzesniewska-Tosik K (2001) Method for the manufacture of fibres, film and other products from modified soluble cellulose. European Patent EP 1,228,098

Struszczyk H, Wawro D, Urbanowski A, Mikolajczyk, Starostka P (2002) Process for producing fibres, films, casings and other products from modified soluble cellulose. European Patent EP 1,317,573 B1

Suzuki H, Miyazaki Y, Kamide K (1980) Temperature dependence of limiting viscosity number and radius of gyration of cellulose diacetate in acetone. Eur Polym J 16:703–708

Swatloski RP, Spear SK, Holbrey JD, Rogers RD (2002) Dissolution of cellulose with ionic liquids. J Am Chem Soc 124:4974–4975

Takahashi M, Ookubo M, Takena H (1991) Solid state 4395 13C NMR spectra analysis of alkalicellulose. Polym J 23:1009–1014

Tasker S, Baadyal JPS, Backson SCE, Richards RW (1994) Hydroxyl accessibility in celluloses. Polymer 35:4717–4721

Tatarova I, MacNaughtan W, Manian AP, Siroka B, Bechtold T (2012) Steam processing of regenerated cellulose fabric in concentrated LiCl/urea solution. Macromol Mater Eng 297:540–549

Tolonen LK, Bergenstråhle-Wohlert M, Sixta H, Wohlert J (2015) The solubility of cellulose in supercritical water studied by molecular dynamics simulations. J Phys Chem B 119:4739–4748

Tripp VW, Rollins ML (1952) Morphology and chemical composition of certain components of cotton fiber cell wall. Anal Chem 24:1721–1728

Trygg J, Fardim P (2011) Enhancement of cellulose dissolution in water-based solvents via ethanol–hydrochloric acid pretreatment. Cellulose 18:987–994

Trygg J, Fardim P, Gericke M, Mäkilä E, Salonen J (2013) Physicochemical design of the morphology and ultrastructure of cellulose beads. Carbohydr Polym 93:291–299



Trygg J, Yildir E, Kolakovic R, Sandler N, Fardim P (2014) Anionic cellulose beads for drug encapsulation and release. Cellulose 21:1945–1955

Tsioptsias C, Stefopoulos A, Kokkinomalis I, Papapdoupoulou L, Panayiotou C (2008) Development of micro- and nano-porous composite materials by processing cellulose with ionic liquids and supercritical $CO_2$. Green Chem 10:965–971

Turbak AF, El-Kafrawy A, Snyder FW, Auerbach AB (1981) Solvent system for cellulose. US Patent 4,302,252

Turner MB, Spear SK, Holbrey JD, Rogers RD (2004) Production of bioactive cellulose films reconstituted from ionic liquids. Biomacromolecules 5:1379–1384

Twu Y-K, Huang H-I, Chang S-Y, Wang S-L (2003) Preparation and sorption activity of chitosan/cellulose blend beads. Carbohydr Polym 54:425–430

Vehviläinen M, Kamppuri T, Rom M, Janicki J, Ciechanska D, Grönqvist S, Sioika-Aho M, Christoffersson K, Nousiainen P (2008) Effect of wet spinning parameters on the properties of novel cellulosic fibres. Cellulose 15:671–680

Vehviläinen M, Kamppuri T, Nousiainen P, Kallioinen A, Siika-aho M, Christoffersson K, Rom M, Jaroslaw J (2010) Effect of acid and enzymatic treatment of TCF dissolving pulp on the properties of wet spun cellulosic fibres. Cell Chem Technol 44:147–151

Vehviläinen M, Kamppuri T, Grönqvisti S, Rissanen M, Maloney T, Honkanen M, Nousiainen P (2015) Dissolution of enzyme-treated cellulose using freezing-thawing method and the properties of fibres regenerated from the solution. Cellulose 22:1653–1674

Wang Y, Deng Y (2009) The kinetics of cellulose dissolution in sodium hydroxide solution at low temperature. Biotechnol Bioeng 102:1398–1405

Wang Y, Zhoa Y, Deng Y (2008) Effect of enzymatic treatment on cotton fiber dissolution in NaOH/urea solution at cold temperature. Carbohydr Polym 72:178–184

Wang W, Zhang P, Zhang S, Li F, Yu J, Lin J (2013) Structure and properties of novel regenerated cellulose fibers prepared in NaOH complex solution. Carbohydr Polym 98:1031–1038

Wang W, Li F, Yu J, Navard P, Budtova T (2015) Influence of substitution on the rheological properties and gelation of hydroxyethyl cellulose solution in NaOH–water solvent. Carbohydr Polym 124:85–89

Warwicker JO, Jeffries R, Colbran RL, Robinson RN (1966) A review of the literature on the effect of caustic soda and other swelling agents on the fine structure of cotton. St Ann's Press, Manchester, p 93

Wawro D, Steplewski W, Bodek A (2009) Manufacture of cellulose fibres from alkaline solutions of hydrothermally-treated cellulose pulp. Fibres Text East Eur 17:18–22

Wendler F, Kosan B, Kreig M, Meister F (2009) Possibilities for the physical modification of cellulose shapes using ionic liquids. Macromol Symp 280:112–122

Wendler F, Meister F, Wawro D, Wesolowska E, Ciechańska D, Saake B, Puls J, Le Moigne N, Navard P (2010) Polysaccharide blend fibres formed from NaOH, N-methylmorpholine-N-oxide and 1-ethyl-3-methylimidazolium acetate. Fibres Text East Eur 18:21–30

Wendler F, Persin Z, Stana-Kleinschek K, Reischl M, Ribitsch V, Bohn A, Fink H-P, Meister F (2011) Morphology of polysaccharide blend fibers shaped from NaOH, N-methylmorpholine-N-oxide and 1-ethyl-3-methylimidazolium. Cellulose 18:1165–1178

Wendler F, Schulze T, Ciechanska D, Wesolowska E, Wawro D, Meister F, Budtova T, Liebner F (2012) Cellulose products from solutions: film, fibres and aerogels. In: Navard P (ed) The European Polysaccharide Network of Excellence (EPNOE) Research initiatives and results. Springer, Wien, pp 153–187

Wu R-L, Wang X-L, Li F, Li H-Z, Wang Y-Z (2009) Green composite films prepared from cellulose, starch and lignin in room-temperature ionic liquid. Bioresour Technol 100:2569–2574

Xiong B, Zhao P, Cai P, Zhang L, Hu K, Cheng G (2013) NMR spectroscopy studies on the mechanism of cellulose dissolution in alkali solutions. Cellulose 20:613–621

Xiong B, Zhao P, Hu K, Zhang L, Cheng G (2014) Dissolution of cellulose in aqueous NaOH/urea solution: role of urea. Cellulose 21:1183–1192

Yamada H, Kowsaka K, Matsui T, Okajima K, Kamide K (1992) Nuclear magnetic study on the dissolution of natural and regenerated celluloses onto aqueous alkali solutions. Cell Chem Technol 26:141–150

Yamane C, Saito M, Kowsaka K, Kataoka N, Sagara K, Kamide K (1994) New cellulosic filament yarn spun from cellulose/aq NaOH solution. In: Proceedings of '94 Cellulose R&D, 1st annual meeting of the Cellulose Society of Japan (Cellulose Society of Japan, ed), Tokyo, pp 183–188

Yamane C, Saito M, Okajima K (1996a) Industrial preparation method of cellulose-alkali dope with high solubility. Sen'i Gakkaishi 52–6:310–317

Yamane C, Saito M, Okajima K (1996b) Specification of alkali soluble pulp suitable for new cellulosic filament production. Sen'i Gakkaishi 52–6:318–324

Yamane C, Saito M, Okajima K (1996c) Spinning of alkali soluble cellulose–caustic soda solution system using sulphuric acid as coagulant. Sen'i Gakkaishi 52–6:369–377

Yamane C, Saito M, Okajima K (1996d) New spinning process of cellulose filament production from alkali soluble cellulose dope-net process. Sen'i Gakkaishi 52–6:378–384

Yamane C, Abe K, Satho M, Miyamoto H (2015) Dissolution of cellulose nanofibers in aqueous sodium hydroxide solution. Nord Pulp Pap Res J 30:92–98

Yamashiki T, Kamide K, Okajima K, Kowsaka K, Matsui T, Fukase H (1988) Some characteristic features of dilute aqueous alkali solutions of specific alkali concentration (2.5 mol l-1) which possess maximum solubility power against cellulose. Polym J 20:447–457

Yamashiki T, Matsui T, Saitoh M, Okajima K, Kamide K (1990a) Characterisation of cellulose treated by the steam explosion method. Part 1: Influence of cellulose resources on changes in morphology, degree of polymerisation, solubility and solid structure. Br Polym J 22:73–83

Yamashiki T, Matsui T, Saitoh M, Okajima K, Kamide K (1990b) Characterisation of cellulose treated by the steam explosion method. Part 2: Effect of treatment conditions on changes in morphology, degree of polymerisation, solubility in aqueous sodium hydroxide and supermolecular structure of soft wood pulp during steam explosion. Br Polym J 22:121–128



Yamashiki T, Saitoh M, Yasuda K, Okajima K, Kamide K (1990c) Cellulose fibre spun from gelatinized cellulose/aqueous sodium hydroxide system by the wet-spinning method. Cell Chem Technol 24:237–249

Yamashiki T, Matsui T, Kowsaka K, Saitoh M, Okajima K, Kamide K (1992) New class of cellulose fiber spun from the novel solution of cellulose by wet spinning method. Appl Polym Sci 44:691–698

Yan L, Gao Z (2008) Dissolving of cellulose in PEG/NaOH aqueous solution. Cellulose 15:789–796

Yang G, Zhang L, Han H, Zhou J (2001) Cellulose/casein blend membranes from NaOH/urea solution. J Appl Polym Sci 81:3260–3267

Yang G, Xiong X, Zhang L (2002) Microporous formation of blend membranes from cellulose/konjac glucomannan in NaOH/thiourea aqueous solution. J Membr Sci 201:161–173

Yang G, Miyamoto H, Yamane C, Okajima K (2007) Structure of regenerated cellulose films from cellulose/aqueous NaOH solution as a function of coagulation conditions. Polym J 39:34–40

Yang Q, Lue A, Zhang L (2010) Reinforcement of ramie fibers on regenerated cellulose films. Compos Sci Technol 70:2319–2324

Yang Q, Qi H, Lue A, Hu K, Cheng G, Zhang L (2011a) Role of sodium zincate on cellulose dissolution in NaOH/urea aqueous solution at low temperature. Carbohydr Polym 83:1185–1191

Yang Q, Qin X, Zhang L (2011b) Properties of cellulose films prepared from NaOH/urea/zincate aqueous solution at low temperature. Cellulose 18:681–688

Yi Z, Jiang Y, Zou W, Duan J, Xiong X (2009) Preparation and characterization of cellulose and konjac glucomannan blend films from ionic liquid. J. Polym Sci Part B Polym Phys 47:1686–1694

Yokota H (1985) The mechanism of cellulose alkalization in the isopropyl alcohol–water–sodium hydroxide–cellulose system. J Appl Sci 30:263–277

Yokota H, Sei T, Horii F, Kitamaru R (1990) 13C CP/MAS NMR study on alkali cellulose. J Appl Polym Sci 41:783–791

Zhang L, Liu H, Yan S, Yang G, Feng H (1997) Interfacial structure and properties of polyurethane/poly(methylacrylate-co-styrene) coating to regenerated cellulose film. J Polym Sci, Part B: Polym Phys 35:2495–2501

Zhang L, Zhou J, Huang J, Gong P, Zhou Q, Zheng L, Du Y (1999) Biodegradability of regenerated cellulose films coated with polyurethane/natural polymers interpenetrating polymer networks. Ind Eng Chem Res 38:4284–4289

Zhang L, Guo J, Du Y (2002a) Morphology and properties of cellulose/chitin blends membranes from NaOH/thiourea aqueous solution. J Appl Polym Sci 86:2025–2032

Zhang L, Ruan D, Gao S (2002b) Dissolution and regeneration of cellulose in NaOH/thiourea aqueous solution. J Polym Sci, Part B: Polym Phys 40:1521–1529

Zhang L, Mao Y, Zhou J, Cai J (2005a) Effects of coagulation conditions on the properties of regenerated cellulose films prepared in NaOH/urea aqueous solution. Ind Eng Chem Res 44:522–529

Zhang H, Wu J, Zhang J, He J (2005b) 1-Allyl-3-methylimidazolium chloride room temperature ionic liquid: a new and powerful nonderivatizing solvent for cellulose. Macromolecules 38:8272–8277

Zhang W, Okubayashi S, Bechtold T (2005c) Fibrillation tendency of cellulosic fibres—Part 3. Effects of alkali pretreatment of lyocell fibre. Carbohydr Polym 59:173–179

Zhang S, Li FX, Yu JY (2011) Kinetics of cellulose regeneration from cellulose–NaOH/thiourea/urea/$H_2O$ system. Cell Chem Technol 45:593–604

Zhou J, Zhang L (2000) Solubility of cellulose in NaOH/urea aqueous solution. Polym J 32:866–870

Zhou J, Zhang L (2001) Structure and properties of blend membranes prepared from cellulose and alginate in NaOH/urea aqueous solution. J Polym Sci, Part B: Polym Phys 39:451–458

Zhou J, Zhang L, Cai J, Shu H (2002) Cellulose microporous membranes prepared from NaOH/urea aqueous solution. J Membr Sci 210:77–90

Zhou J, Zhang L, Cai J (2004a) Behavior of cellulose in NaOH/Urea aqueous solution characterized by light scattering and viscometry. J Polym Sci, Part B: Polym Phys 42:347–353

Zhou D, Zhang L, Zhou J, Guo S (2004b) Cellulose/chitin beads for adsorption of heavy metals in aqueous solution. Water Res 38:2643–2650

Zhou J, Zhang L, Deng Q, Wu X (2004c) Synthesis and characterization of cellulose derivatives prepared in NaOH/urea aqueous solutions. J Polym Sci, Part A: Polym Chem 42:5911–5920

Zhou Q, Zhang L, Li M, Wu X, Cheng G (2005) Homogeneous hydroxyethylation of cellulose in NaOH/urea aqueous solution. Polym Bull 53:243–248

Zhou J, Qin Y, Liu S, Zhang L (2006) Homogenous synthesis of hydroxyethylcellulose in NaOH/urea aqueous solution. Macromol Biosci 6:84–89

Zhou J, Chang C, Zhang R, Zhang L (2007) Hydrogels prepared from unsubstituted cellulose in NaOH/urea aqueous solution. Macromol Biosci 7:804–809

 Springer