# Exhibit 31

*Separation Science and Technology*, 49: 2913–2920, 2014
Copyright © Taylor & Francis Group, LLC
ISSN: 0149-6395 print / 1520-5754 online
DOI: 10.1080/01496395.2014.952748



# Extraction of Phenol by Toluene in the Presence of Sodium Hydroxide

**Zheng Li, Kathryn A. Mumford, Kathryn H. Smith, Yong Wang, and Geoff W. Stevens**

*Particulate Fluids Processing Centre, Department of Chemical and Biomolecular Engineering, The University of Melbourne, Victoria, Australia*

**Phenol is a good model compound to study extraction of alkaloids as its acidity constant is close to that of many alkaloids, for example, morphine. In addition, extraction of phenol is important environmentally as it is a water pollutant. In this study the distribution ratio of neutral phenol and total phenol between water and toluene with varying pH and varying concentration of sodium hydroxide is determined and discussed. The phase equilibrium is modelled by the symmetric electrolyte nonrandom two-liquid model and the calculated values agree well with the experimental results.**

**Keywords**  solvent extraction; phenol; acidity constant; NRTL model; molar absorptivity

## INTRODUCTION

Extraction of natural products such as alkaloids from plants is a successful application of solvent extraction. In the process of extracting alkaloids, such as morphine ($pK_{a1} \approx 8.05$, $pK_{a2} \approx 9.50$, at 25°C (1)), chemical bases are used to increase solubility (2) as well as to enhance selectivity. However, the dissociation/protonation of alkaloids and addition of bases increases the complexity of the extraction system. To quantitatively describe these extraction processes, thermodynamic modelling based on experimental data is required. Phenol ($pK_a = 9.99$ at 25°C (3)), an easily accessible and cheap chemical, has a $pK_a$ value close to that of many alkaloids and as such is a good model compound to be used to mimic extraction of alkaloids.

Phenol is commonly used in industries to make precursors to plastics, phenolic resins, fertilizers, paints, and drugs (4–6), and is produced globally at a rate of about 6 million tons per year and the trend is increasing (6). Phenol is a water pollutant, which has negative impact on indigenous biota and human beings if introduced to aquatic ecosystems (4, 5). Therefore, removal of phenol from aquatic streams is environmentally important.

Extraction of phenol from aqueous solution has been the subject of many studies. Won et al. (7) studied the distribution of phenol between water and butyl acetate and methyl isobutyl ketone with varying mass fraction of phenol, results were explained by the theory of associated solutions. Gonzalez et al. (8) measured the distribution of phenol between water and a variety of solvents, the experimental data were correlated by the non-random two-liquid model (NRTL) and the universal quasi-chemical model (UNIQUAC). Pinto et al. (9) evaluated the thermodynamic models of NRTL, UNIQUAC and group contribution model (UNIFAC) for prediction of phenol extraction using parameters from the "Aspen Databank" and literature and compared modelling results with experimental data of Gonzalez et al. (8) and found that the UNIFAC model provides the best predictions. Apart from traditional solvents, extraction of phenol by ionic liquids (10–12), Cyanex® 923 (13, 14), and TBP (15–17) have also been explored, and new extractants are currently being synthesised (18). Importantly, these investigations only concern extraction of neutral phenol, studies involving the dissociation of phenol is limited. As a weak electrolyte, phenol will partially react with hydroxide, which makes the system more complicated. Bins and co-workers (19) studied the distribution of phenol with sodium hydroxide in aqueous phase, the concentration of produced sodium phenolate was assumed to be the same as initial sodium hydroxide. It was found that the distribution ratio of phenol decreases with the increasing concentration of sodium phenolate. Greminger et al. (20) reported on the extraction of phenol by methyl isobutyl ketone and diisopropyl ether in the presence of sodium hydroxide in water, the distribution of phenol was correlated with a simple model considering the dissociation of phenol and the activity coefficients were roughly estimated using equilibrium distribution coefficient. Bízek et al. (21) developed a model that has five parameters to describe phenol extraction; however, the physical meanings of the parameters are ambiguous. Hence,

Received 26 June 2014; accepted 5 August 2014.
Address correspondence to Geoff W. Stevens, Particulate Fluids Processing Centre, Department of Chemical and Biomolecular Engineering, The University of Melbourne, Victoria, 3010, Australia. E-mail: gstevens@unimelb.edu.au

Color versions of one or more of the figures in the article can be found online at www.tandfonline.com/lsst.

a detailed modelling based on chemical thermodynamics to describe the process of extracting phenol from solutions containing hydroxides is still lacking.

This study investigates the extraction of phenol using toluene in the presence of sodium hydroxide in water. The distribution of phenol between the two phases with changing pH and changing concentration of sodium hydroxide are presented and the phase equilibrium is modelled by the NRTL model and the symmetric e-NRTL model.

## EXPERIMENTAL
### UV-Vis Spectrophotometry

A CARY 100 UV-Vis spectrophotometer was used to measure the UV-Vis absorbance spectra of phenol, toluene, and sodium phenolate in water. A pair of quartz cuvettes from Starna with 10.0 mm path length were used as sample containers. Sodium phenolate was obtained by adding 1.0 M sodium hydroxide into dilute phenol solutions.

### Distribution Ratio of Phenol

Distribution of phenol between water and toluene was measured by completing standard equilibrium shake-up experiments using 100 mL separation funnels. Two sets of experiments were completed: varying pH and varying concentration of sodium hydroxide. In this study phenol was always in excess, therefore, varying the concentration of sodium hydroxide does not necessarily change the pH. The aqueous solution was made of analytical reagent phenol (99.90%, Chem-Supply) and miliQ water. Toluene was an analytical reagent (99.9%, Scharlau) and sodium hydroxide was semiconductor grade (99.99%, Sigma-Aldrich). Both water and toluene were degassed by vacuum to remove dissolved oxygen which has been shown to oxidize phenol, and the funnels were filled with nitrogen to exclude oxygen. The room temperature was controlled at $25 \pm 0.5°C$.

For the first set of experiments, the initial concentration of phenol in water was $5.0 \times 10^{-4}$ M and pH was adjusted by adding sodium hydroxide. For each experiment, 25 mL of phenol solution was contacted with 25 mL of toluene in a 100 mL separation funnel, and shaken for three hours to reach equilibrium. After equilibrium the samples were left to settle for one hour, during which the two phases separated. Phenol concentration in the aqueous solution was analyzed using a UV-Vis spectrophotometer, while phenol in toluene was first stripped using 1.0 M sodium hydroxide (analytical grade, 97%, Chem-Supply) and then analyzed using a UV-Vis spectrophotometer. Recovery of phenol from toluene using sodium hydroxide was found to be higher than 99.7%.

The second set of experiments was conducted with an initial phenol concentration of 0.78 M in the aqueous phase with varying concentrations of sodium hydroxide. The maximum concentration of sodium hydroxide was 0.505 M, thus phenol in aqueous phase was always in excess. At equilibrium, the mixture was separated and the aqueous solution was neutralized

and diluted using 0.01 M hydrochloric acid and the organic phase was diluted using methanol. Phenol concentrations were then measured by Agilent 1200 High Performance Liquid Chromatography (HPLC) using methanol and water (56:44) as mobile phase and the column used was Waters Symmetry® C18 5 $\mu$m 3.9 × 150 mm.

## RESULTS AND DISCUSSION
### Dissociation Equilibrium of Phenol with Sodium Hydroxide

As a weak electrolyte, phenol (PhOH) partly reacts with sodium hydroxide, the reaction is given in eq. (1). Determination of species' concentration in the aqueous phase is not possible using the UV-Vis spectrophotometer when solute concentration is high. Speciation can be obtained by solving Eqs. (2)−(5) for a number of initial phenol concentrations, results of which are presented in Fig. 1. When the concentration of phenol is 0.1 M higher than that of sodium hydroxide, the ratio of $[OH^-]/[Na^+]$ is so small that it is assumed sodium hydroxide reacts with phenol completely. Under these conditions, the initial concentration of sodium hydroxide approximately equals that of sodium phenolate.

Phenol reaction with sodium hydroxide

$$PhOH + OH^- \leftrightarrows PhO^- + H_2O \qquad (1)$$

Dissociation of water

$$[H^+] \times [OH^-] = 10^{-13.995} \qquad (2)$$



FIG. 1.   Equilibrium of phenol reaction with sodium hydroxide.



FIG. 2.   Spectra of toluene, phenol and phenolate anion.

Dissociation of phenol

$$\frac{\left[PhO^-\right] \times \left[H^+\right]}{\left[PhOH\right]} = 10^{-9.99} \tag{3}$$

Charge balance

$$\left[Na^+\right] + \left[H^+\right] = \left[OH^-\right] + \left[PhO^-\right] \tag{4}$$

Mass balance of phenol

$$\left[PhO^-\right] + \left[PhOH\right] = \left[PhOH\right]_{initial} \tag{5}$$

**Spectrophotometric Properties of Phenol**

In the aqueous phase, toluene, phenol, and phenolate anions absorb ultra violet (UV) light in an overlapped wavelength range, refer to Fig. 2. However, at 300 nm only the phenolate anion absorbs UV light. Therefore, absorbance at 300 nm can be used to determine the concentration of phenolate and then the total phenol concentration (neutral phenol and phenolate) can be measured by converting phenol into phenolate, which was achieved by diluting the aqueous solution with the same volume of 0.2 M sodium hydroxide solution. Molar absorptivities of phenol are presented in Table 1.

**Oxidation of Phenol by Oxygen**

Initially the distribution experiments were conducted under an atmospheric condition. Significant change of pH was observed, which was attributed to oxidation of phenol by oxygen and subsequent reactions (28, 29). Phenol can be oxidized by dissolved oxygen in water and toluene, producing a variety of components including acids such as maleic acid, succinic acid, oxalic acid, acetic acid, and so on, resulting in not only loss of phenol, but also a decrease in equilibrium pH. Solubility of oxygen in toluene is $9.22 \times 10^{-4}$ by mole fraction ($8.67 \times 10^{-3}$ M) at 283.71 K (30). In water it is 5.95 mL/l ($2.66 \times 10^{-4}$ M) at standard temperature and pressure (31). These amounts of dissolved oxygen would be enough to oxidize all the phenol ($5.0 \times 10^{-4}$ M) in the extraction system. Fortunately, oxidation proceeds slowly at moderate temperatures. A comparison of pH variation at equilibrium with and without oxygen is shown in Fig. 3. Decrease of pH at equilibrium indicates significant oxidation of phenol by oxygen. Equilibrium experiments were subsequently completed in an inert atmosphere using nitrogen as described in section titled "Distribution Ratio of Phenol."

**Distribution Ratio of Phenol with Varying pH**

Neutral phenol can be extracted into toluene, while dissociated phenol (sodium phenolate) remains in the aqueous phase. The distribution ratio of total phenol ($D_{tot}$) and neutral phenol ($D_{neu}$) are defined as follows

$$D_{tot} = \frac{concentration\ of\ phenol\ in\ organic\ phase}{concentration\ of\ neutral\ phenol\ and\ phenolate\ in\ aqueous\ phase} \tag{6}$$

TABLE 1
Molar absorptivity of phenol

Molar absorptivity ($M^{-1} \cdot cm^{-1}$)

| 270 nm | 287 nm | 300 nm | solvent | Reference |
|---|---|---|---|---|
| 1373 | | | Water | (22) |
| 1450 | | | Water | (23, 24) |
| 1430 | | | Water | (25) |
| 1495 | | | 0.01 M HCL | (26) |
| 1660 | | | Water | (27) |
| | 2560 | | 0.1 M NaOH | (26) |
| 1501 | | | Water | This study |
| | 2609 | 1019 | 1 M NaOH | This study |

2916                                                                                        Z. LI ET AL.



FIG. 3.   pH variation before and after equilibrium: (a) with oxygen in extraction system; (b) without oxygen in extraction system.

$$D_{neu} = \frac{\text{concentration of phenol in organic phase}}{\text{concentration of neutral phenol in aqueous phase}} \tag{7}$$

The distribution ratio of phenol between water and toluene determined experimentally and mathematically using $pK_a$ of phenol over a range of pH is presented in Fig. 4. With increasing pH, the distribution ratio of total phenol decreases mainly due to the conversion of phenol from neutral molecules to phenolate ions. Distribution of neutral phenol also decreases slightly with increasing pH. The reduction in measured distribution ratio of $D_{neu}$ at high pH is due to the interaction of species in the aqueous phase caused by addition of sodium hydroxide. If $D_{neu}$ is calculated using a constant $pK_a$, the opposite trend to the experimental result is observed at high pH. This is clearly wrong and is a result of increased interactions of species in solution causing changes in species' activities.

### Distribution Ratio of Phenol with Varying Sodium Hydroxide Concentration

To further invstigate the influence of sodium hydroxide concentration on the distribution ratio of phenol, we measured both $D_{tot}$ and $D_{neu}$ with varying concentration of sodium hydroxide. The results are persented in Fig. 5. The rapid decrease of $D_{tot}$ is consistent with the results shown in Fig. 4 and can again be explained by the conversion of neutral phenol into sodium phenolate. By contrast, $D_{neu}$ decreases in a slower manner with some fluctuations. In theory, $D_{neu}$ should be constant for dilute solutions. Disprepancy of species' behavior from ideal solution can occur with an increase in solute concentration when the interactions among species are not neglegible. These discrepancies can be described by the NRTL model (32) and the symmetric $e$-NRTL model (33).

In order to quantitatively describe the distribution ratio of phenol in the presence of sodium hydroxide, liquid-liquid equilibrium data of all species in the two phases is required. Considering that the solubility of water in toluene and toluene in water is very small especially when compared with the

concentration of phenol and sodium hydroxide in this study, the water concentration in toluene is neglected as well as the toluene concentration in water. Moreover, volume additivity of phenol and toluene is assumed. Addition of phenol into sodium hydroxide solution does not change the ionic strength of the solution, thus volume additivity of phenol and sodium hydroxide solution is also assumed. On the basis of these assumptions and the correlation of density for sodium hydroxide solution (34), the liquid-liquid equilibrium data is calculated from the equilibrium experiments (properties of species used in this study are provided in Table 2) with results given in Table 3.

### THE MODELLING OF PHASE EQUILIBRIUM

At equilibrium the activities of phenol in the organic and aqueous phases are equal. The isoactivity equation of phenol is expressed as



FIG. 4.   Distribution ratio of phenol with varying pH.





FIG. 5.   Distribution ratio with varying concentration of sodium hydroxide: (a) neutral phenol; (b) total phenol.

The NRTL model (32) which has been used widely to correlate and predict vapor-liquid equilibrium (VLE) (35) and liquid-liquid equilibrium (LLE) (8, 36–38) can be used to describe the interactions in the organic phase and the equation is given as follows:

$$\ln \gamma_i = \frac{\sum_{j=1}^{N} \tau_{ji} G_{ji} x_j}{\sum_{k=1}^{N} G_{ki} x_k} + \sum_{j=1}^{N} \frac{x_j G_{ij}}{\sum_{k=1}^{N} G_{kj} x_k} \left( \tau_{ij} - \frac{\sum_{l=1}^{N} x_l \tau_{lj} G_{lj}}{\sum_{k=1}^{N} G_{kj} x_k} \right) \quad (11)$$

where N is the number of components in the system and

$$\tau_{ji} = (g_{ji} - g_{ii})/RT \quad (12)$$

$$G_{ji} = \exp\left(-\alpha_{ji} \tau_{ji}\right) \quad (13)$$

where $g_{ji}$ is the energy of interaction between a j-i pair of molecules; $T_{ji}$ ($T_{ji} \neq T_{ij}$) and $\alpha_{ji}$ ($\alpha_{ji} = \alpha_{ij}$) are the energy parameter and non-randomness parameter, respectively.

The aqueous phase contains salt, i.e., sodium phenolate, thus cannot be described by the NRTL model, but can be modelled by the symmetric $e$-NRTL model (33), which is an expansion of the NRTL model. In this model, contribution to the excess Gibbs free energy has two parts: local and long-range interactions. Accordingly, the activity coefficient equation is derived as

$$\ln \gamma_i = \ln \gamma_i^{lc} + \ln \gamma_i^{PDH}, \ i = m, c, a \quad (14)$$

where m, c, a represent molecule, cation, and anion, respectively.

In the symmetric $e$-NRTL model, binary parameters are categorized into three types: molecule-molecule binary parameter, molecule-electrolyte binary parameter, and electrolyte-electrolyte binary parameter, where electrolyte is meant to be a pair of cation c and anion a. In the equation of activity coefficient given by Song et al. (33), interaction parameters involving ions (cation or anion) are included, these parameters are expressed as functions of the three types of binary parameters by mixing rules. In the case of phenol extraction by toluene, only one salt (sodium phenolate) is involved, so the mixing rules are not necessary. As a result, the local contribution to activity coefficient can be expressed in the same way as the NRTL model.

The long-range contribution is accounted for by the extended Pitzer-Debye-Hückel (PDH) formula (42). For a non-electrolyte component m, the activity coefficient can be expressed as

$$x_1^I \gamma_1^I = x_1^{II} \gamma_1^{II} \quad (8)$$

where $x$ is the mole fraction, $\gamma$ is activity coefficient and I and II represent the two phases. Constraints of Eq. (8) are mass balance in the two phases

$$x_1^I + x_2^I = 1 \quad (9)$$

$$x_1^{II} + x_3^{II} + x_4^{II} = 1 \quad (10)$$

$$\ln \gamma_i^{PDH} = \frac{2A_\varphi I_x^{3/2}}{1 + \rho I_x^{1/2}} \quad (15)$$

Z. LI ET AL.

TABLE 2
Properties of species used in this study

| Species | Molecular weight, $M_w$ (g/mol) | Molar volume[a], $V_i$ (cm³/mol) | Density, $\rho$ (25°C) (g/cm³) | Dissociation constant (25°C), $pK_a$ | Solubility in water, $x_i$ (25°C) (Mole fraction) |
|---|---|---|---|---|---|
| Toluene | 92.139 | 106.85 | 0.8623 | | $1.04\times10^{-4}$ (39) |
| Phenol | 94.111 | 87.872 | 1.071[b] | 9.99 | 0.0178 (40) |
| H$_2$O | 18.015 | 18.069 | 0.9970 | 15.738[c] | |
| NaOH | 39.997 | | 2.13 | | 0.3105 |

Notes: Values come from *CRC Handbook of Chemistry & Physics* (3) except for specified. [a]Calculated from molecular weight and density; [b]Extrapolated from measured value of liquid state at around melting temperature from Badachhape et al (41). [c]Calculated from $K_w = 13.995$ at 25°C.

TABLE 3
Liquid-liquid equilibrium data (mole fraction)

| Organic phase (I) | | Aqueous phase (II) | | |
|---|---|---|---|---|
| Phenol(1) | Toluene(2) | Phenol(1) | Sodium Phenolate(3) | Water(4) |
| 0.05897 | 0.94103 | 0.00374 | 0 | 0.99626 |
| 0.05239 | 0.94761 | 0.00397 | 0.00111 | 0.99492 |
| 0.04799 | 0.95201 | 0.00385 | 0.00209 | 0.99406 |
| 0.0436 | 0.95641 | 0.00377 | 0.00303 | 0.99319 |
| 0.04059 | 0.95941 | 0.00346 | 0.00393 | 0.99262 |
| 0.03529 | 0.96471 | 0.00347 | 0.00495 | 0.99158 |
| 0.03073 | 0.96927 | 0.00334 | 0.00593 | 0.99073 |
| 0.02836 | 0.97164 | 0.00272 | 0.00702 | 0.99026 |
| 0.02468 | 0.97532 | 0.00237 | 0.00805 | 0.99957 |
| 0.02060 | 0.97940 | 0.00214 | 0.00902 | 0.98884 |
| 0.01801 | 0.98199 | 0.00198 | 0.00966 | 0.98835 |

with

$$A\varphi = \frac{1}{3}\left(\frac{2\pi N_A}{v}\right)^{1/2}\left(\frac{Q_e^2}{\varepsilon k_B T}\right)^{3/2} \quad (16)$$

$$I_x = \frac{1}{2}\sum_c z_c^2 x_c + \frac{1}{2}\sum_a z_a^2 x_a \quad (17)$$

where $A\varphi$ is the Debye-Hückel parameter, $I_x$ is the ionic strength, $N_A$ is Avogadro's number, $\rho$ is the closest approach parameter, $Q_e$ is the electron charge, $k_B$ is the Boltzmann constant, $v$ is the molar volume, and $\varepsilon$ is the dielectric constant of the solvent.

With the equations above, the experimental data in Table 3 can be correlated and the parameters regressed, these are presented in Table 4. With these parameters and given the total amount of each compound, the equilibrium compositions of each phase can be calculated and thus the distribution ratio of phenol can be obtained. The calculated distribution ratio of neutral phenol and total phenol are shown alongside the

TABLE 4
NRTL parameters for the system:
phenol(1)-toluene(2)-sodium phenolate(3)-water(4)

| i-j | $\alpha_{ij}$ | $T_{ij}$ | $T_{ji}$ |
|---|---|---|---|
| 1−2 | 0.2 | 3.0859 | −10.964 |
| 1−3 | 0.3 | −12.462 | −7.7032 |
| 1−4 | 0.2 | 6.3083 | −8.2940 |
| 3−4 | 0.3 | −14.584 | −7.7580 |

experimental data in Fig. 5. It can be seen that the calculated values agree well with the experimental data.

Despite good consistency between the calculated values and the experimental results, there is limitation for the modelling resulting from the semi-empirical nature of the model. Firstly, if sodium hydroxide exists in the extraction system the accuracy of the calculated values would be lower because in the parameter regression sodium hydroxide is assumed to be absolutely consumed. Secondly, accuracy of the calculation can only be

guaranteed for solute concentrations close to the values used in this study. In fact we calculated the distribution ratio of phenol with intial phenol concentration of 0.4 M and varying the concentrations of sodium hydroxide and found that errors can be up to 30% compared with experimental data.

## CONCLUSIONS

The distribution ratio of total phenol and neutral phenol between water and toluene with varying pH and concentration of sodium hydroxide has been measured. Data was obtained using UV-Vis spectrophotometric properties of phenol and HPLC analysis. Liquid-liquid equilibrium data of the extraction system was then calculated and modelled by the NRTL model and the symmetric *e*-NRTL model. The calculated values agree well with experimental results.

## ACKNOWLEDGEMENTS

Support from the Australian Research Council and the Particulate Fluids Processing Centre is acknowledged.

## FUNDING

Zheng Li is grateful for financial support from the China Scholarship Council.

## REFERENCES

1. Barlow, R. B. (1982) The ionization of morphine, hydroxyamphetamine and (+)-tubocurarine chloride and a new method for calculating zwitterion constants. *Br J Pharmacol* 75 (3):503–512.
2. Schiff, P. L. (2002) Opium and its alkaloids. *Am J Pharm Educ* 66 (2):186–194.
3. Haynes, W. M. (2010) *CRC Handbook of Chemistry and Physics: A Ready-Reference Book of Chemical and Physical Data*. 91st. ed.; CRC Press: Boca Raton, FL.
4. Babich, H., Davis, D. L. (1981) Phenol: A review of environmental and health risks. *Regul Toxicol Pharmacol* 1 (1):90–109.
5. Michałowicz, J., Duda, W (2007) Phenols - Sources and toxicity. *Pol J Environ Stud* 16 (3):347–362.
6. Busca, G., Berardinelli, S., Resini, C., Arrighi, L. (2008) Technologies for the removal of phenol from fluid streams: A short review of recent developments. *J Hazard Mater* 160 (2-3):265–288.
7. Won, K. W., Prausnitz, J. M. (1975) Distribution of phenolic solutes between water and polar organic solvents. *J. Chem. Thermodyn.* 7 (7):661–670.
8. Alvarez Gonzalez, J. R., Macedo, E. A., Soares, M. E., Medina, A. G. (1986) Liquid-liquid equilibria for ternary systems of water-phenol and solvents: data and representation with models. *Fluid Phase Equilib* 26 (3):289–302.
9. Pinto, R. T. P., Lintomen, L., Luz, Jr. L. F. L., Wolf-Maciel, M. R. (2005) Strategies for recovering phenol from wastewater: thermodynamic evaluation and environmental concerns. *Fluid Phase Equilib* 228–229 (0):447–457.
10. Fan, J., Fan, Y., Pei, Y., Wu, K., Wang, J., Fan, M. (2008) Solvent extraction of selected endocrine-disrupting phenols using ionic liquids. *Sep Purif Technol* 61 (3):324–331.
11. Brinda Lakshmi, A., Balasubramanian, A., Venkatesan, S. (2013) Extraction of phenol and chlorophenols using ionic liquid (Bmim)+(BF4)- dissolved in tributyl phosphate. *Clean Soil Air Water* 41 (4):349–355.
12. Yang, Q., Xing, H., Su, B., Bao, Z., Wang, J., Yang, Y., Ren, Q. (2013) The essential role of hydrogen-bonding interaction in the extractive separation of phenolic compounds by ionic liquid. *AIChE J* 59 (5):1657–1667.
13. Gutiérrez, R., Urtiaga, A., Ortiz, I. (2010) Separation of phenol and formaldehyde from industrial wastes: Modelling of the phenol extraction equilibrium. *J Chem Technol Biotechnol* 85 (9):1215–1222.
14. Burghoff, B., Goetheer, E. L. V., De Haan, A. B. (2008) COSMO-RS-based extractant screening for phenol extraction as model system. Ind. Eng. *Chem. Res.* 47 (12):4263–4269.
15. Zheng, H. D., Wu, F. D., Wang, B. Y., Wu, Y. X. (2011) Molecular dynamics simulation on the interfacial features of phenol extraction by TBP/dodecane in water. *Comp. Theor. Chem.* 970 (1-3):66–72.
16. Yang, Y.; Guo, J.; Dai, Y (1997) Extraction of phenols based on chemical complexation in a wide range of pH. *Huagong Xuebao/Journal of Chemical Industry and Engineering (China)* 48 (6): 706–712.
17. Shen, S. F., Smith, K. H., Cook, S., Kentish, S. E., Perera, J. M., Bowser, T., Stevens, G. W. (2009) Phenol recovery with tributyl phosphate in a hollow fiber membrane contactor: Experimental and model analysis. *Sep Purif Technol* 69 (1):48–56.
18. Li, Z., Wu, M., Jiao, Z., Bao, B., Lu, S. (2004) Extraction of phenol from wastewater by N-octanoylpyrrolidine. *J Hazard Mater* 114 (1–3):111–114.
19. Binns, E. H., Squire, K. H., Wood, L. J. (1960) The distribution of phenol between toluene and water and between toluene and aqueous solutions of sodium phenate. *Trans. Faraday Soc.* 56 (0):1770–1775.
20. Greminger, D. C., Burns, G. P., Lynn, S., Hanson, D. N., King, C. J. (1982) Solvent extraction of phenols from water. *Industrial & Engineering Chemistry Process Design and Development* 21 (1):51–54.
21. Bízek, V., Horáček, J., Procházka, J. (1992) Extraction of phenols: I. distribution of individual phenols between organic solvents and water or aqueous solvents. Can. J. *Chem. Eng.* 70 (2):341–349.
22. Chan, C. H., Escalante-Semerena, J. C. (2011) ArsAB, a novel enzyme from Sporomusa ovata activates phenolic bases for adenosylcobamide biosynthesis. *Mol Microbiol* 81 (4):952–967.
23. Bhatia, K. (1973) Determination of trace phenol in aqueous solution by aqueous liquid chromatography. *Anal Chem* 45 (8):1344–1347.
24. Doub, L., Vandenbelt, J. M. (1947) The ultraviolet absorption spectra of simple unsaturated compounds. I. Mono- and p-disubstituted benzene derivatives. *J Am Chem Soc* 69 (11):2714–2723.
25. Jadhav, S. R., Verma, N., Sharma, A., Bhattacharya, P. K. (2001) Flux and retention analysis during micellar enhanced ultrafiltration for the removal of phenol and aniline. *Sep Purif Technol* 24 (3):541–557.
26. Herington, E. F. G., Kynaston, W. (1957) The ultra-violet absorption spectra and dissociation constants of certain phenols in aqueous solution. *Trans. Faraday Soc.* 53 (0):138–142.
27. Nakamura, G. R., Kusafuka, S., Finne, R. M., Kearns, J. A. (1959) The use of recording spectrophotometer for the detection of acid phosphatases in seminal stains. *Journal of Criminal Law, Criminology & Police Science* 49 (6):608–611.
28. Devlin, H. R., Harris, I. J. (1984) Mechanism of the oxidation of aqueous phenol with dissolved oxygen. Ind. Eng. *Chem. Fundam.* 23 (4):387–392.
29. Musso, H. (1963) Phenol oxidation reactions. *Angew. Chem. Int. Ed.* 2 (12):723–735.
30. Li, A., Tang, S., Tan, P., Liu, C., Liang, B. (2007) Measurement and prediction of oxygen solubility in toluene at temperatures from 298.45 K to 393.15 K and pressures up to 1.0 MPa. *J Chem Eng Data* 52 (6):2339–2344.
31. Battino, R., Rettich, T. R., Tominaga, T. (1983) The solubility of oxygen and ozone in liquids. *J Phys Chem Ref Data* 12 (2):163–178.
32. Renon, H., Prausnitz, J. M. (1968) Local compositions in thermodynamic excess functions for liquid mixtures. *AIChE J* 14 (1):135–144.
33. Song, Y, Chen, C-C (2009) Symmetric electrolyte nonrandom two-liquid activity coefficient model. *Ind Eng Chem Res* 48 (16):7788–7797.
34. Söhnel, O., Novotny, P. (1985) *Densities of Aqueous Solutions of Inorganic Substances. Physical Sciences Data: 22;* Elsevier: Amsterdam.
35. Gmehling, J., Onken, U. (1977) *Vapor-Liquid Equilibrium Data Collection Aqueous-Organic Systems*, vol 1; Chemistry Data Series. DECHEMA: Frankfurt.

2920                                                                                                      Z. LI ET AL.

36. Sørensen, J. M., Arlt, W. (1980) *Liquid-Liquid Equilibrium Data Collection-Ternary Systems*. Chemistry Data Series, vol. 5, Part 2; DECHEMA: Frankfurt.

37. Chen, J., Duan, L-P., Mi, J-G., Fei, W-Y., Li, Z-C. (2000) Liquid–liquid equilibria of multi-component systems including n-hexane, n-octane, benzene, toluene, xylene and sulfolane at 298.15 K and atmospheric pressure. *Fluid Phase Equilib* 173 (1):109–119.

38. Li, Z., Mumford, K. A., Shang, Y., Smith, K. H., Chen, J., Wang, Y., Stevens, G. W. (2014) Analysis of the non-random two-liquid model for prediction of liquid-liquid equilibria. *J Chem Eng Data*, *59* (8): 2485–2489.

39. Goral, M., Wisniewska-Goclowska, B., Skrzecz, A., Owczarek, I., Blazej, K., Haulait-Pirson, M. C., Hefter, G. T., Kapuku, F., Maczynska, Z., Szafranski, A., Young, C. L. (2005) IUPAC-NIST solubility data series.

81. Hydrocarbons with water and seawater-revised and updated. Part 5. C7 hydrocarbons with water and heavy water. *J Phys Chem Ref Data* 34 (3):1399–1487.

40. Hill, A. E., Malisoff, W. M. (1926) the mutual solubility of liquids. III. The mutual solubility of phenol and water. IV. The mutual solubility of normal butyl alcohol and water. *J Am Chem Soc* 48 (4): 918–927.

41. Badachhape, R. B., Gharpurey, M. K., Biswas, A. B. (1965) Density and surface tension of phenol, (mono-, di-, and tri-)-chlorophenols, salol, and (o- and m-) chloronitrobenzenes. *J Chem Eng Data* 10 (2): 143–145.

42. Pitzer, K. S., Simonson, J. M. (1986) Thermodynamics of multicomponent, miscible, ionic systems: theory and equations. *The Journal of Physical Chemistry* 90 (13):3005–3009.

# Exhibit 37

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property
Organization
International Bureau

(43) International Publication Date
25 June 2015 (25.06.2015)

**WIPO | PCT**



(10) International Publication Number
**WO 2015/095533 A1**

(51) **International Patent Classification:**
*A61K 9/14* (2006.01)

(21) **International Application Number:**
PCT/US2014/071182

(22) **International Filing Date:**
18 December 2014 (18.12.2014)

(25) **Filing Language:** English

(26) **Publication Language:** English

(30) **Priority Data:**
61/917,554    18 December 2013 (18.12.2013)    US

(71) **Applicant:** MASSACHUSETTS INSTITUTE OF TECHNOLOGY [US/US]; 77 Massachusetts Avenue, Cambridge, MA 02139 (US).

(72) **Inventors:** ERAL, Huseyin, Burak; 129 Thorndike Street, #2, Cambridge, MA 02141 (US). LOPEZ-MEJIAS, Vilmali; 161 Windsor Street, Apt. 2, Cambridge, MA 02140 (US). MYERSON, Allan, Stuart; 1051 Centre Street, Boston, MA 02130 (US). TROUT, Bernhardt, Levy; 20 Partridge Road, Lexington, MA 02420 (US). DOYLE, Patrick, S.; 19 Crown Pt. Road, Sudbury, MA 01776 (US). O'MAHONY, Marcus; 20 Chauncy Street, Apt. 10, Cambridge, MA 02138 (US).

(74) **Agent:** OYER, Timothy, J.; Wolf, Greenfield & Sacks, P.C., 600 Atlantic Avenue, Boston, MA 02210-2206 (US).

(81) **Designated States** *(unless otherwise indicated, for every kind of national protection available):* AE, AG, AL, AM, AO, AT, AU, AZ, BA, BB, BG, BH, BN, BR, BW, BY, BZ, CA, CH, CL, CN, CO, CR, CU, CZ, DE, DK, DM, DO, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IR, IS, JP, KE, KG, KN, KP, KR, KZ, LA, LC, LK, LR, LS, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PA, PE, PG, PH, PL, PT, QA, RO, RS, RU, RW, SA, SC, SD, SE, SG, SK, SL, SM, ST, SV, SY, TH, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

(84) **Designated States** *(unless otherwise indicated, for every kind of regional protection available):* ARIPO (BW, GH, GM, KE, LR, LS, MW, MZ, NA, RW, SD, SL, ST, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, RU, TJ, TM), European (AL, AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, RS, SE, SI, SK, SM, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, KM, ML, MR, NE, SN, TD, TG).

**Published:**

— *with international search report (Art. 21(3))*

(54) Title: POLYMER MATRICES FOR CONTROLLING CRYSTALLIZATION





FIG. 1

(57) **Abstract:** Compositions, methods, and systems for controlling crystallization of an agent are generally described. In some embodiments, an agent is crystallized in the presence of polymer matrices, such as polymer particles. The polymer matrix may influence at least a portion of the crystallization process and/or the resulting composition. In some such embodiments, the polymer matrix allows one or more aspect of the process and/or composition to be controlled and/or altered. For instance, the polymer matrix may act as a crystallization promoter and/or acceptable carriers of the crystallized agent. In certain embodiments, the polymer matrix described herein, can be used with any agent regardless of its chemical and/or physical properties.

WO 2015/095533                                                    PCT/US2014/071182

- 1 -

# POLYMER MATRICES FOR CONTROLLING CRYSTALLIZATION

## RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Patent Application Serial No. 61/917,554, filed December 18, 2013, entitled "Polymer Matrices for Controlling Crystallization," which is incorporated herein by reference in its entirety.

## TECHNICAL FIELD

Compositions, methods, and systems for controlling crystallization of an agent (e.g., pharmaceutically active agent) are generally described.

## BACKGROUND

Crystalline materials are omnipresent in nature, consumer products, and industrial products and practices. Many crystalline materials are formed via a crystallization process. In numerous areas of science and technology, such as the production of pharmaceuticals and other chemicals, the ability to control crystallization is desired. One method for controlling crystallization is to target one or more step in the crystallization process. Most crystallization processes start with heterogeneous nucleation, which occurs at preferential nucleation sites and is a critical step in the crystallization process. However, the process of heterogeneous nucleation, is complex and not well understood.

Accordingly, improved compositions and methods for controlling crystallization are needed.

## SUMMARY

Compositions, methods, and systems for controlling crystallization of an agent are provided. The subject matter of the present invention involves, in some cases, interrelated products, alternative solutions to a particular problem, and/or a plurality of different uses of one or more systems and/or articles.

In one aspect compositions are provided. In some embodiments, the composition comprises a polymer particle comprising crystals of a pharmaceutically active agent, wherein the crystals have an average diameter that is greater than an average mesh size of the polymer particle and wherein the average diameter has a coefficient of variation less than or equal to about 10%.

WO 2015/095533                                                    PCT/US2014/071182

- 2 -

In certain embodiments, the composition comprises crystals of a pharmaceutically active agent dispersed throughout a cross-linked polymer matrix, wherein the solubility of a polymer matrix precursor in a solvent prior to crosslinking is at least 2 times greater than the solubility of the pharmaceutically active agent in the solvent.

In another aspect, a pharmaceutical composition is provided. In some embodiments, the pharmaceutical composition comprises a particulate polymer carrier and a pharmaceutically active agent primarily encapsulated by the particulate polymer carrier, wherein the active agent has been crystallized in the presence of the particulate polymer carrier.

In another aspect crystallization methods are provided. In some embodiments, the method comprises crystallizing a pharmaceutically active agent in a fluid droplet within a polymer particle.

Other advantages and novel features of the present invention will become apparent from the following detailed description of various non-limiting embodiments of the invention when considered in conjunction with the accompanying figures. In cases where the present specification and a document incorporated by reference include conflicting and/or inconsistent disclosure, the present specification shall control.

## BRIEF DESCRIPTION OF THE DRAWINGS

Non-limiting embodiments of the present invention will be described by way of example with reference to the accompanying figures, which are schematic and are not intended to be drawn to scale. In the figures, each identical or nearly identical component illustrated is typically represented by a single numeral. For purposes of clarity, not every component is labeled in every figure, nor is every component of each embodiment of the invention shown where illustration is not necessary to allow those of ordinary skill in the art to understand the invention. In the figures:

FIG. 1 is a schematic illustration of a method of crystallizing an agent, according to some embodiments;

FIG. 2 is a schematic illustration of a method of crystallizing an agent, according to certain embodiments;

FIG. 3 is an illustration of methods of associating an agent with a polymer matrix, according to some embodiments;

WO 2015/095533                          PCT/US2014/071182

- 3 -

FIGs. 4A-B are (A) a graph of rheological measurements and (B) a graph of the average polymer matrix mesh size versus concentration, according to one set of embodiment;

FIG. 5 is a graph of nucleation induction probability for various polymer matrix formulations, according to certain embodiments;

FIGs. 6A-B are graphs of agent loading for various polymer matrix formulations, according to one set of embodiments;

FIGs. 7A-C are (A) schematic of an emulsion, (B) an image of an emulsion, and (C) an image of polymer matrix, according to certain embodiments;

FIGs. 8A-B are graphs of agent loading, according to one set of embodiments;

FIGs.9A-B are (A) a schematic of a crystallization method and (B) images of a polymer matrix at various stages, according to certain embodiments;

FIGs. 10A-D are graphs of (A) X-ray diffraction data, (B) differential scanning calorimetry data, (C) mean crystal size for various droplet diameters, and (D) droplet diameter at various agent concentrations, according to one set of embodiments;

FIGs. 11A-B are graphs of crystal dissolution, according to certain embodiments; and

FIG. 12 is a graph of crystal dissolution, according to certain embodiments.

## DETAILED DESCRIPTION

Compositions, methods, and systems for controlling crystallization of an agent (e.g., pharmaceutically active agent) are generally described. In some embodiments, an agent is crystallized in the presence of polymer matrices, such as polymer particles. The polymer matrix may influence at least a portion of the crystallization process (e.g., nucleation or crystal growth) and/or the resulting composition (e.g., crystals). In some such embodiments, the polymer matrix allows one or more aspect of the process and/or composition to be controlled and/or altered. For instance, the polymer matrix may act as a crystallization promoter (e.g., heteronucleant) and/or acceptable carriers of the crystallized agent. In certain embodiments, the polymer matrix described herein, can be used with any agent regardless of its chemical and/or physical properties (e.g., solubility). Methods utilizing the polymer matrices may allow certain aspects of the resulting composition (e.g., crystal size, weight percentage of crystals) to be altered and/or controlled.

WO 2015/095533                                                    PCT/US2014/071182

- 4 -

In many applications, it is advantageous to control and/or alter the crystallization process and/or the resulting composition. Though most crystallization processes are heterogeneous and might be altered through the use of appropriately designed heteronucleant, the crystallization process, including nucleation behavior, is mostly unpredictable. The unpredictability of crystallization as well as the practical constraints on crystallization methods (e.g., in industrial practice) hamper the rational design of suitable materials capable of influencing crystallization. Therefore, conventional crystallization methods seek to control crystallization by adjusting parameters such as saturation level, temperature profile, solvent selection, stirring speed, etc. In general, the determination of appropriate crystallization parameters can be time-consuming and/or the parameters may have to be determined for each agent or class of agents.

It has been discovered, within the context of the present invention, that certain polymer matrices can control and/or alter the crystallization process (e.g., nucleation kinetics) and/or the resulting crystals (e.g., crystal size) without having to design a new polymer matrix for each agent or class of agents. In some embodiments, the polymer matrix is compatible with the intended use of the crystallized agent, such that at least a portion of the polymer matrix is not removed prior to use of the crystallized agent. In such cases, the need for post-crystallization processing relating to the polymer matrix is reduced or eliminated.

As described herein, an agent may be crystallized in the presence of polymer matrices (e.g., hydrogel particles). In some embodiments, a method of crystallizing an agent involves associating the agent with a polymer matrix prior to crystallization and inducing crystallization of the agent while it is associated with the polymer matrix. For example, the agent may be at least partially encapsulated by a polymer matrix (e.g., polymer particle) prior to and during crystallization. In some embodiments, after crystallization, the polymer matrix may comprise crystals of the agent. In some instances, the diameter of at least a portion of the crystals (e.g., average crystal diameter) may be greater than the pore size (i.e., mesh size) of the polymer matrix. In some such embodiments, at least a portion of the crystals are confined within and/or primarily encapsulated by the polymer matrix (e.g., polymer particle).

As noted above, the agent may be associated with the polymer matrices prior to crystallization. In some embodiments, the agent and the polymer matrices may be dissolved in a common solvent and allowed to associate. In other embodiments, the

- 5 -

solubility of an agent, in at least one solvent, is substantially different than the solubility of at least one precursor of the polymer matrix (e.g., monomers, polymer molecules) that affects the ability of the polymer matrix to be carried in the solvent without precipitating out. For instance, the agent may have a relatively low solubility (e.g., solubility of less than about 1 mg/ml) in a solvent (e.g., aqueous based solvent) and at least one precursor of the polymer matrix may have a relatively high solubility (e.g., greater than about 10 mg/ml) in the solvent (e.g. aqueous based solvent), such that the polymer matrix also has a relatively high solubility in the solvent (e.g., aqueous based solvent). In some such embodiments, an association between the agent and the polymer matrix, at adequate concentrations of the agent and matrix, cannot be readily formed through dissolution in a common solvent.

As used herein, solubility, and accordingly dissolution, with respect to the polymer matrix may refer to the ability of the of the polymer matrix to be carried in the solvent without precipitating out. The solubility may be expressed in terms of concentration of the saturated solution of the polymer matrix at standard conditions.

In some embodiments, an emulsion system may be used to associate a polymer matrix with an agent that has a substantially different solubility in at least one solvent than the polymer matrix or precursor. The agent may have a relatively low solubility in a first solvent in which the polymer matrix or precursor is dissolved. In some such embodiments, the agent is dissolved in a second solvent that is substantially immiscible with the first solvent. The polymer matrix or precursor in the first solvent may be combined with the agent in the second solvent to form an emulsion. In certain embodiments, the dispersed phase of the emulsion is the second solvent comprising the dissolved agent and the continuous phase is the first solvent comprising the polymer matrix or precursor. In other embodiments, the dispersed phase of the emulsion is the first solvent comprising the polymer matrix or precursor and the continuous phase is the second solvent comprising the dissolved agent. In some embodiments, the polymer matrix or precursor may be cross-linked or further cross-linked while in the emulsion (e.g., as the continuous phase). In some embodiments in which the continuous phase comprises the polymer matrix, at least a portion of the dispersed phase comprising the agent may be confined within and/or primarily encapsulated by the polymer matrix.

A non-limiting example of a method of crystallizing an agent that has a substantially different solubility than the polymer matrix in at least one solvent is shown

- 6 -

in FIG. 1. FIG. 1 is a schematic illustration showing a cross-section of a portion of a single polymer matrix before and after crystallization, according to certain embodiments. As illustrated in FIG. 1, prior to crystallization, an emulsion is formed to associate the polymer matrix with the agent. Fluid droplets 10 comprising an agent 15 (e.g., pharmaceutically active agent) may be dispersed within a continuous phase 12 comprising the polymer matrix 20 having cross-links 25 and a first solvent 30 that is substantially immiscible with second solvent 35 used to form the fluid droplets. In some embodiments, the first solvent is a polar solvent, such as water. In other embodiments, the first solvent is an apolar and/or organic solvent. For example, when the first solvent is a polar solvent (e.g., water), the fluid in the droplet (i.e., second solvent) is an apolar solvent. In another example, when the first solvent is an apolar solvent, the second solvent is a polar solvent. In some embodiments, the mesh size of the polymer matrix relative to the droplet size may cause at least a portion of the fluid droplets to be confined and retained in the polymer matrix.

After the polymer matrix is associated with the agent, the agent in the fluid droplet may be crystallized within the polymer matrix (e.g. polymer particle) by any suitable method known to those of ordinary skill in the art to induce crystallization (e.g., evaporation, temperature shock, chemical interference). Without being bound by theory, it is believed that the fluid droplets within the polymer matrix serve as compartmentalized units where crystallization can be achieved. It is believed that since these compartmentalized units are accessible and retained within the polymer matrix, crystallization can be induced.

In some embodiments, as illustrated in FIG. 1B, a single crystal 50 is formed in the fluid droplet. For instance, a polymer particle comprising twenty fluid droplets has no more than twenty crystals after crystallization. In some embodiments, the resulting crystals are retained within or associated with the polymer matrix. In some such cases, the average diameter of the crystals may be greater than the average mesh size of the polymer matrix. In certain embodiments, the geometry of the crystals may be controlled, in part, by the geometry of fluid droplets. For instance, the geometry of the fluid droplets may influence crystal diameter. Without wishing to be bound by theory, it is believed that the diameter of the fluid droplet sets an upper limit for the crystal diameter and the coefficient of variation in the crystal diameter. That is, the maximum average diameter and coefficient of variation is substantially the same as that of the fluid

- 7 -

droplets. It is also believed that the diameter of the crystal is also a function of the concentration of the agent in the dispersed phase, such that the crystal diameter decreases as the concentration of the agent decreases and the crystal size is substantially the same as the droplet size when the fluid in the droplet is saturated with the agent.

In some embodiments, the ratio of the crystal diameter to the diameter of the fluid droplet is less than or equal to about 1:1, less than or equal to about 0.75:1, less than or equal to about 0.5:1, less than or equal to about 0.25:1, less than or equal to about 0.10:1, or less than or equal to about 0.05:1.

In some embodiments, the average diameter of the crystals formed using an emulsion system is less than or equal to about 100 microns, less than or equal to about 10 microns, less than or equal to about 1 micron, less than or equal to about 0.8 microns, less than or equal to about 0.6 microns, less than or equal to about 0.4 microns, less than or equal to about 0.2 microns, less than or equal to about 0.1 microns, less than or equal to about 0.08 microns less than or equal to about 0.05 microns, or less than or equal to about 0.02 microns. In some instances, the average diameter of the crystals formed using an emulsion system may be between about 0.01 microns and about 100 microns, between about 0.01 microns and about 10 microns, between about 0.01 microns and about 1 microns, or between about 0.01 microns and about 0.4 microns.

In some embodiments, the coefficient of variation in the average crystal diameter is less than or equal to about 20%, less than or equal to about 15%, less than or equal to about 10% or less than or equal to about 5%.

As shown in FIG. 1, an emulsion may be used to associate agents and polymer matrices with a substantially different solubility in at least one solvent (e.g., water). Without being bound by theory, it is believed that solubility of the agent and the polymer matrices in the emulsion solvents is an important factor in the formation of a suitable emulsion system. It is believed that the agent should be relatively insoluble in the first solvent (e.g., continuous phase) and highly soluble in the second solvent (e.g., dispersed phase). Conversely, it is believed that the polymer matrix should be relatively insoluble in the second solvent and highly soluble in the first solvent (e.g., continuous phase). For instance, the solubility of the agent in the first solvent and the solubility of the polymer matrix and/or precursor in the second solvent is less than about 0.25 mg/ml, less than about 0.1 mg/ml, less than about 0.05 mg/ml, less than about 0.01 mg/ml, less than about 0.005 mg/ml, or less than about 0.001 mg/ml.

- 8 -

The solubility of the agent in the second solvent and the solubility of the polymer matrix and/or precursor in the first solvent may be greater than or equal to about 0.01 g/ml, greater than or equal to about 0.05 g/ml, greater than or equal to about 0.1 g/ml, greater than or equal to about 0.5 g/ml, greater than or equal to about 1.0 g/ml, greater than or equal to about 5 g/ml, greater than or equal to about 10 g/ml, greater than or equal to about 25 g/ml, greater than or equal to about 50 g/ml, or greater than or equal to about 75 g/ml. In some embodiments, the solubility of the agent in the second solvent and the solubility of the polymer matrix and/or precursor in the first solvent may be between about 0.01 g/ml and about 100 g/ml, between about 0.1 g/ml and about 100 g/ml, between about 1.0 g/mL and about 100 g/mL, or between about 10 g/ml and about 100 g/ml.

In some embodiments, the solubility of a precursor of the polymer matrix and/or the polymer matrix may be at least 2 times, at least 5 times, at least 10 times, at least 25 times, at least 50 times, at least 75 times, at least 100 times, at least 150 times, at least 200 times, at least 250 times, at least 300 times, at least 350 times, at least 400 times, at least 450 times, or at least 500 times greater than the solubility of the agent in the solvent. For example, when the first solvent is water, the solubility of a hydrophilic precursor of the polymer matrix (e.g., polymer molecule) is at least 100 times (e.g. at least 200 times, at least 300 times, at least 400 times, at least 500 times) greater than a hydrophobic agent (e.g., pharmaceutically active agent).

In general, any suitable solvents may be used as a first and a second solvent provided that the first and second solvents are substantially immiscible and the agent and the polymer matrix has the requisite solubility in each solvent. For instance, in some embodiments, the solvent may be selected from FDA approved solvents (e.g., FDA generally regarded as safe (GRAS) solvents, FDA approved class III solvents). Non-limiting examples of suitable polar solvents include water, aqueous based solvents, acetic acid, acetone, dimethylformamide, acetonitrile, ethyl formate, formic acid, dimethyl sulfoxide, dichloromethane, butanol, 3-methyl-2-butanol, ethanol, methanol, pentanol, acetic acid, isopropanol, propanol, 2-methyl-1-propanol, nitromethane, and/or combinations thereof. Non-limiting examples of suitable apolar solvents include ethyl acetate, isobutyl acetate, methyl acetate, propyl acetate, methyl pentane, methylethylketone, methylisobutylketone, isobutyl ketone, cumene, tert-butyl-methylester ether, heptane, hexane, anisole, toluene, chloroform, diethyl ether, benzene,

WO 2015/095533                                                    PCT/US2014/071182

- 9 -

isopropyl acetate, cyclohexane, ether (e.g., ethyl ether), dioxane, tetrahydrofuran, FDA GRAS oils (e.g., corn oil, olive oil) and/or combinations thereof. Those of ordinary skill in the art can select suitable substantially immiscible fluids, using contact angle measurements or the like, based on the description herein.

As described herein, the agent and the polymer matrix may have similar solubility in at least one solvent (e.g., water), such that the agent and the polymer matrices can be readily associated at adequate concentrations. In general, any suitable method known to those of skill in the art may be used to cause the agent and polymer matrices to associate. In some instances, the agent and the polymer matrices are incubated in a common solvent and allowed to form selective interactions. In some cases, a precursor of the polymer matrix and the agent are incubated in the common solvent and allowed to form selective interactions. The polymer matrix precursor may be cross-linked after association with the agent to form a plurality of polymer matrices. An exemplary method of crystallizing an agent and polymer matrix in a common solvent is illustrated in FIG. 2. FIG. 2 is a schematic illustration showing a cross-section of a portion of the polymer matrix before and after polymerization. As illustrated in FIG. 2A, prior to crystallization, the agent 40 may be associated with the polymer matrix 45 via selective interaction(s). The agent may be crystallized in the presence of the polymer matrix. As illustrated in FIG. 2B, the resulting crystals 50 may be associated with the polymer matrix. In some embodiments, the crystals may be primarily encapsulated or confined within the matrix.

In some embodiments, the average diameter of the crystals formed using a common solvent is less than or equal to about 600 microns, less than or equal to about 500 microns, less than or equal to about 400 microns, less than or equal to about 300 microns, less than or equal to about 200 microns, less than or equal to about 100 microns, less than or equal to about 50 microns, less than or equal to about 20 microns, less than or equal to about 10 microns, less than or equal to about 1 micron, less than or equal to about 0.8 microns, less than or equal to about 0.6 microns, less than or equal to about 0.4 microns, less than or equal to about 0.2 microns, less than or equal to about 0.1 microns, less than or equal to about 0.05 microns, or less than or equal to about 0.02 microns. In some embodiments, the average diameter of the crystals formed using a common solvent is between about 0.01 microns and about 600 microns, between about 0.02 microns and about 600 microns, between about 0.05 microns and about 600

WO 2015/095533                                              PCT/US2014/071182

- 10 -

microns, between about 0.1 microns and about 600 microns, between about 0.01 microns and about 100 microns, between about 0.01 microns and about 10 microns, or between about 0.01 microns and about 1 micron.

In some embodiments, the coefficient of variation in the average crystal diameter is less than or equal to about 20%, less than or equal to about 15%, less than or equal to about 10% or less than or equal to about 5%.

As described herein, the polymer matrices may serve as a crystallization promoter. Without being bound by theory, it is believed that the average nucleation induction time of agent is influenced by the mesh size of the polymer matrix. It is believed that there is an optimal range in mesh size that allows sufficient favorable interaction between the polymer matrix and the agent molecules to occur. It is also believed that optimal range in mesh size allows for agent molecules associated with the polymer molecules in the polymer matrix to come within sufficient proximity to form a nucleus of agent molecules and polymer molecules. For relatively small mesh sizes, an agent molecule may "see" more polymer chains than solvent molecules, which enhances the interaction between the agent molecule and the polymer molecules in the polymer matrix. For relatively large mesh sizes, it is believed that the agent molecules and the polymer molecules in the matrix are separated from each other, such that the interaction between the agent molecules and the polymer molecules is not enhanced.

In some embodiments, crystallizing an agent in the presence of a polymer matrix decreases the average nucleation induction time compared to crystallizing an agent in the absence of the polymer matrix under identical crystallization conditions. For instance, in some embodiments, the percent decrease in the average nucleation induction time may be greater than or equal to about 10%, greater than or equal to about 20%, greater than or equal to about 40%, greater than or equal to about 60%, greater than or equal to about 80%, greater than or equal to about 100%, or greater than or equal to about 150%. In some instances, the percent decrease may be less than or equal to about 200%, less than or equal to about 150%, less than or equal to about 100%, less than or equal to about 80%, less than or equal to about 60%, less than or equal to about 40%, less than or equal to about 20%, less than or equal to about 10%, or less than or equal to about 5%. All combinations of the above-referenced ranges are also possible (e.g., greater than or equal to about 10% and less than or equal to about 200%, greater than or equal to about 10% and less than or equal to about 100%). Crystal nucleation was determined by continuous

- 11 -

monitoring of the sample using an inverted microscope. The onset of crystallization was the point at which the first crystal appeared. Statistical analysis methods known to those of ordinary skill in the art were used to calculate the average induction time.

Without being bound by theory, it is believed that the average nucleation induction time of agent is influenced by the mesh size (i.e., pore size) of the polymer matrix. In some embodiments, the mesh size of the polymer matrix may be less than or equal to about 20 nm, less than or equal to about 15 nm, less than or equal to about 12 nm, less than or equal to about 10 nm, or less than or equal to about 8 nm. In some embodiments, the mesh size of the polymer is less than or equal to about 10 nm. Mesh size may be determined via oscillatory rheology using frequency sweep measurements at a fixed strain modeled in terms of the generalized Maxwell model.

In some embodiments, the average mesh size may be less than the average diameter of the fluid droplets in the dispersed phase of the emulsion and/or the crystal size of the crystalized agent. For instance, in some embodiments, the ratio of the average mesh size to the average diameter of the fluid droplets and/or the crystals is less than or equal to about 0.95:1, less than or equal to about 0.8:1, less than or equal to about 0.6:1, less than or equal to about 0.4:1, less than or equal to about 0.2:1, or less than or equal to about 0.1:1.

In some embodiments, the average diameter of the fluid droplets is less than or equal to about 100 microns, less than or equal to about 10 microns, less than or equal to about 1 micron, less than or equal to about 0.8 microns, less than or equal to about 0.6 microns, less than or equal to about 0.4 microns, less than or equal to about 0.2 microns, less than or equal to about 0.1 microns, less than or equal to about 0.05 microns, less than or equal to about 0.02 microns, or less than or equal to about 0.01 microns. In some instances, the average diameter of the fluid droplets is between about 0.01 microns and about 100 microns, between about 0.01 microns and about 10 microns, between about 0.01 microns and about 1 micron, or less than or between about 0.01 microns and about 0.4 microns.

In some embodiments, the coefficient of variation in the average droplet diameter is less than or equal to about 20%, less than or equal to about 15%, less than or equal to about 10% or less than or equal to about 5%.

Methods and systems described herein may allow one or more property of the resulting composition to be controlled. For example, crystallizing an agent in the

WO 2015/095533                                        PCT/US2014/071182

- 12 -

presence of polymer matrices may allow the crystals to be associated with the polymer matrices after crystallization. In certain embodiments, the majority of the crystals associated with a polymer matrix may be encapsulated within the polymer matrix. For instance, in some embodiments, the percentage of crystals that are encapsulated by the polymer matrix is greater than or equal to about 60%, greater than or equal to about 70%, greater than or equal to about 80%, greater than or equal to about 90%, greater than or equal to about 95%, greater than or equal to about 98%, or greater than or equal to about 99%. The percentage of crystals that are encapsulated by the polymer matrix may be determined using transmission electron microscopy.

In some embodiments, the polymer matrix may serve as carriers for the crystals. For instance, a pharmaceutically active agent may be crystallized in the presence of a polymer particles, such that the pharmaceutically active agent is primarily encapsulated (e.g., greater than or equal to about 80%, greater than or equal to about 90%, greater than or equal to about 95%, greater than or equal to about 98%, or greater than or equal to about 99% encapsulated) in the polymer particles. The polymer particles may serve as particulate carriers for the pharmaceutically active agent.

In some embodiments, association via emulsion may allow the weight percentage of the agent and the polymer matrix in the composition to be controlled. For instance, the weight percentage of the agent may be controlled by varying the concentration of the dispersed phase in the emulsion and/or the concentration of the agent in the dispersed phase. In some embodiments, the emulsion may be formulated such that the resulting composition comprising crystals and polymer matrices has a relatively high weight percentage of crystals (e.g., greater than equal to about 75%). In general, the emulsion may be formulated to produce a composition with any suitable weight percentage of the crystallized agent. For instance, in some embodiments, the weight percentage of crystallized agent is greater than or equal to about 10%, greater than or equal to about 20%, greater than or equal to about 30%, greater than or equal to about 40%, greater than or equal to about 50%, greater than or equal to about 60%, greater than or equal to about 70%, or greater than or equal to about 80%. In some instances, the weight percentage of the crystallized agent is less than or equal to about 90%, less than or equal to about 80%, less than or equal to about 70%, less than or equal to about 60%, less than or equal to about 50%, less than or equal to about 40%, less than or equal to about 30%, or less than or equal to about 20%. All combinations of the above-referenced ranges are also

- 13 -

possible (e.g., greater than or equal to about 20% and less than or equal to about 90%). Weight percentage, as used herein, refers to the dry weight percentage.

In some embodiments, association via non-emulsion methods, such as dissolution in a common solvent, may allow the weight percentage of the agent and the polymer matrix in the composition to be controlled. In general, the composition comprising the polymer matrix and the crystallized agent may have any suitable weight percentage of the crystallized agent. For instance, in some embodiments, the weight percentage of crystallized agent is greater than or equal to about 5%, greater than or equal to about 10%, greater than or equal to about 15%, greater than or equal to about 20%, greater than or equal to about 30%, or greater than or equal to about 40%. In some instances, the weight percentage of the crystallized agent is less than or equal to about 50%, less than or equal to about 40%, less than or equal to about 30%, or less than or equal to about 20%. All combinations of the above-referenced ranges are also possible (e.g., greater than or equal to about 5% and less than or equal to about 30%.

In some embodiments, the polymer matrix may be designed to function as a suitable carrier for diverse application (e.g., methods involving the crystallized agent, products containing the crystallized agent). For instance, the polymer matrix may be designed to be, e.g., biocompatible so that it can be used in pharmaceutical compositions and/or consumer products. In some embodiments, the polymer matrix may comprise polymer molecules associated via chemical (e.g., covalent, non-covalent), physical (e.g., entanglement), and/or biological (e.g., receptor –ligand) interactions. In some embodiments, at least a portion of the interactions may form cross-links. In general, the polymer molecules may be cross-linked via any suitable interaction.

In some embodiments, the polymer molecules may be associated via a chemical interaction, such as a chemical bond. The chemical bond may be a covalent bond or non-covalent bond. In some cases, the chemical bond is a non-covalent bond such as a hydrogen bond, ionic bond, dative bond, and/or a Van der Waals interaction. One or more of the polymer molecules may comprise functional groups capable of forming such bonds. It should be understood that covalent and non-covalent bonds between components may be formed by any type of reactions, as known to those of ordinary skill in the art, using the appropriate functional groups to undergo such reactions. Chemical interactions suitable for use with various embodiments described herein can be selected readily by those of ordinary skill in the art, based upon the description herein.

WO 2015/095533                                         PCT/US2014/071182

- 14 -

In some embodiments, the polymer molecules may be associated via physical interactions. For example, in some embodiments, at least a portion of the polymer molecules are physically entangled.

In some embodiments, the polymer molecules may be associated via biological interactions, such as a biological binding event (i.e., between complementary pairs of biological molecules). One or more of the polymer molecules may comprise biological molecules capable of forming such bonds. Examples of biological molecules that may form biological bonds between pairs of biological molecules include, but are not limited to, proteins, nucleic acids, glycoproteins, carbohydrates, hormones, and the like. Non-limiting examples include, but are not limited to, a protein/substrate pair, a nucleic acid/nucleic acid pair, a protein/nucleic acid pair, a peptide/peptide pair, a protein/protein pair, a small molecule/protein pair, a receptor/hormone pair, a biotin/avidin pair, a biotin/streptavidin pair, a drug/target pair, small molecule/peptide pair, a small molecule/protein pair, and/or combinations thereof. Biological interactions between polymer molecules for use in the embodiments described herein can be selected readily, by those of ordinary skill in the art, based upon the description herein as their function, examples of such biological interactions, and knowledge herein and in the art as to simple techniques for identifying suitable biological interactions.

It should be understood that the polymer matrix may be formed from more than one type of polymer molecule and may have any suitable shape (e.g., particle, planar, non-planar) or dimension. For example, in some embodiments, the polymer matrices may be in particulate form. In some such embodiments, the particles may have an average diameter of greater than or equal to about 0.1 microns, greater than or equal to about 1 micron, greater than or equal to about 10 micron, greater than or equal to about 50 micron, greater than or equal to about 100 micron, greater than or equal to about 200 micron, greater than or equal to about 400 micron, greater than or equal to about 600 micron, greater than or equal to about 800 micron, or greater than or equal to about 1000 micron. In some instances, the average diameter of the polymer particles is less than or equal to about 3,000 microns, less than or equal to about 2,000 microns, less than or equal to about 1,000 microns, less than or equal to about 800 microns, less than or equal to about 600 microns, less than or equal to about 400 microns, less than or equal to about 200 microns, less than or equal to about 100 microns, less than or equal to about 50 microns, less than or equal to about 10 microns, or less than or equal to about 1 micron.

- 15 -

All combinations of the above-referenced ranges are also possible (e.g., greater than or equal to about 1 micron and less than or equal to about 1,000 microns, greater than or equal to about 1 micron and less than or equal to about 600 microns, greater than or equal to about 0.1 microns and less than or equal to about 600 microns).

In some embodiments, at least a portion of the crystal encapsulated within the polymer matrix has a portion that protrudes outside of the polymer matrix. In some such embodiments, a polymer shell can be formed around the polymer matrix to cover and mechanically protect the exposed portions of the crystals. In some embodiments, the polymer shell may be formed from the same or different polymer molecules as the polymer matrix. In some embodiments, the polymer shell may also comprise an agent. In some instances, the agent in the shell may be any agent described herein with respect to the polymer matrices. In other embodiments, the polymer shell does not comprise an agent. In some instances, the polymer shell may be cross-linked. In other instances, the polymer shell may lack cross-links.

Those of ordinary skill in the art would be knowledge of techniques to form a polymer shell on a polymer matrix (e.g., polymer particle). For example, a shell may be formed around the polymer matrix using a coaxial double needle geometry comprising an interior needle portion surrounded by an exterior needle portion. The polymer matrix or precursor may be in the interior needle portion and the shell material may be in the exterior portion, such that a droplet released from the needle comprises the polymer matrix or precursor at least partially surrounded (e.g., completely surrounded) by the shell material. In some such embodiments, the polymer matrix precursor and/or shell material may be crosslinked by exposing the droplet to a crosslinking agent (e.g., divalent ion).

In general, any suitable polymer molecules may be used to form the polymer matrices. In some embodiments, the polymer molecules may be selected based on the intended use of the agent. For instance, in some embodiments, the polymer molecule may be selected based on its compatibility with pharmaceutical applications and other consumer products (e.g., cosmetics, food).

The polymer molecules are generally extended molecular structures comprising backbones which optionally contain pendant side groups, wherein the term backbone is given its ordinary meaning as used in the art, e.g., a linear chain of atoms within the polymer molecule by which other chains may be regarded as being pendant. Typically,

WO 2015/095533                                                    PCT/US2014/071182

- 16 -

but not always, the backbone is the longest chain of atoms within the polymer. A polymer may be a co- polymer, for example, a block, alternating, or random co-polymer. A polymer may also comprise a mixture of polymers. In some embodiments, the polymer may be acyclic or cyclic. A polymer may be cross-linked, for example through covalent bonds, ionic bonds, hydrophobic bonds, and/or metal binding. Polymer molecules may be obtained from natural sources or be created synthetically.

An exemplary, non-limiting list of polymer molecules that are potentially suitable for use in the invention includes polysaccharides (e.g., alginate); polynucleotides; polypeptides; peptide nucleic acids; polyurethane; polyamides; polycarbonates; polyanhydrides; polydioxanone; polyacetylenes and polydiacetylenes; polyphosphazenes; polysiloxanes; polyolefins; polyamines; polyesters; polyethers; poly(ether ketones); poly(alkaline oxides); poly(ethylene terephthalate); poly(methyl methacrylate); polystyrene; poly(lactic acid)/polylactide; poly(glycolic acid); poly(lactic-co-glycolic acid); poly(caprolactone); polysaccharides such as starch; poly(orthoesters); poly(anhydrides); poly(ether esters) such as polydioxanone; poly(carbonates); poly(amino carbonates); and poly(hydroxyalkanoates) such as poly(3-hydroxybutyrate) and poly(3-hydroxybutyrate-co-3-hydroxyvalerate) and derivatives and block, random, radial, linear, or teleblock copolymers, cross-linkable materials such as proteinaceous materials and/or blends of the above. Also suitable are polymer molecules formed from monomeric alkylacrylates, alkylmethacrylates, alpha-methylstyrene, vinyl chloride and other halogen-containing monomers, maleic anhydride, acrylic acid, acrylonitrile, and the like. Monomers can be used alone, or mixtures of different monomers can be used to form homopolymers and copolymers. Other potentially suitable polymer molecules are described in the Polymer Handbook, Fourth Ed. Brandrup, J. Immergut, E.H., Grulke, E.A., Eds., Wiley-Interscience: 2003, which is incorporated herein by reference in its entirety.

The polymer molecules may have any suitable molecular weight. For example, in some embodiments, the polymer molecules may have an average molecular weight greater than 1000 Da, in certain embodiments greater than 5000 Da, in certain embodiments greater than 10000 Da, in certain embodiments greater than 20000 Da, in certain embodiments greater than 50000 Da, in certain embodiments greater than 100000 Da, in certain embodiments greater than 500000 Da, or in certain embodiments greater than 1000000 Da. In some embodiments, the polymer molecules may have at least 5

WO 2015/095533

PCT/US2014/071182

- 17 -

subunits, in certain embodiments at least 10 subunits, in certain embodiments at least 20 subunits, in certain embodiments at least 30 subunits, in certain embodiments at least 50 subunits, in certain embodiments at least 100 subunits, in certain embodiments at least 500 subunits, in certain embodiments at least 1000 subunits, or in certain embodiments at least 5000 subunits.

In some embodiments, polymer molecules may be biodegradable. In other embodiments, a polymer may be non-degradable. In embodiments where the polymer matrices are to be comprised in a composition for administration to a subject, the polymer molecules may be non-toxic, bioabsorbable, and/or unmodified or modified a naturally occurring polymer molecule (e.g., from a plant, from an animal).

In some cases, the polymer molecule may form a hydrogel. As used herein, the term hydrogel is given its ordinary meaning as used in the art, e.g., a network of polymer chains in an aqueous dispersion medium. In some embodiments, a hydrogel may comprise a plurality of cross-linked polymer molecules. In some cases, a hydrogel polymer matrix is formed by crosslinking the polymer molecules. Non-limiting examples of polymer molecules capable of forming hydrogels include polysaccharides (e.g., alginate), silicon-containing polymers, polyacrylamides, cross-linked polymers (e.g., polyethylene oxide, polyAMPS and polyvinylpyrrolidone), polyvinyl alcohol, acrylate polymers (e.g., sodium polyacrylate), and copolymers with an abundance of hydrophilic groups. In some cases, the polymer molecules may form an organogel, such that the resulting polymer matrices may be swollen by addition of an organic solvent. In some cases, the polymer matrices are a plurality of porous hydrogel particles. In general, the polymer matrix may be formed by cross-linking the polymer molecules. In general, any suitable cross-linking method may be used. For instance, charged polysaccharides (e.g., alginate) may be ionically cross-linked to form a polymer matrix. Those of ordinary skill in the art would be knowledge of suitable cross-linking methods.

In some embodiments, the polymer molecules may form a gel. As used herein, the term gel is given its ordinary meaning in the art and refers to polymer molecules that may be cross-linked to form a network, wherein the network may be able to trap and contain fluids. Depending on the level of crosslinking, various properties of a particular gel can be tailored. For example, a highly cross-linked gel may generally be structurally strong and may resist releasing fluid under pressure. Those of ordinary skill in the art would be able to identify methods for modulating the degree of crosslinking in such gels.

WO 2015/095533

PCT/US2014/071182

- 18 -

In some embodiments, the polymer molecules may comprise functional groups capable of interacting with another polymer molecule and/or a cross-linking agent. In general, the polymer molecules may have any suitable functional groups.

In general, a wide variety of agents may be crystallized using the methods, described herein. In some embodiments, the agent is a molecular species used in consumer products, such as pharmaceuticals, cosmetics, and/or food products. In some embodiments, the agent is a small molecule (e.g., organic), inorganic salt, a macromolecule, biomolecules (e.g., protein, enzyme), and/or combinations thereof.

The methods, compositions, and/or systems of the present invention may find application relating to pharmaceutical compositions and/or methods, when the agent is a pharmaceutically active agent. The composition may be isolated and used in a variety of application, e.g., use in a pharmaceutical composition for administration to a subject. In addition, a pharmaceutically active agent primarily encapsulated in a particulate polymer carrier, as described herein, may be used directly in a pharmaceutical composition, reducing or eliminating typical processing steps. For example, the particulate carriers may be bound to form a tablet.

The resulting pharmaceutical composition may be provided to a subject. In some cases, prior to administration to the subject, the pharmaceutical composition may be formed into a pharmaceutical product suitable for administration. For example, the particles may be contained in a capsule (e.g., including gel capsules), as a tablet, in a solution (e.g., for injection), etc.

In some embodiments, methods are provided for administering the particulate polymer carriers comprising a pharmaceutically active agent to a subject. In some cases, the method comprises providing crystals of a pharmaceutically active agent primarily encapsulated in the particulate polymer carriers, due to crystallization of the agent in the presence of the carrier; and administering the plurality of particulate polymer carriers to the subject (e.g., a human).

The term "small molecule" is art-recognized and refers to a composition which has a molecular weight of less than about 2000 g/mole, or less than about 1000 g/mole, and even less than about 500 g/mole. Small molecules may include, for example, nucleic acids, peptides, polypeptides, peptide nucleic acids, peptidomimetics, carbohydrates, lipids or other organic (carbon containing) or inorganic molecules. Many pharmaceutical companies have extensive libraries of chemical and/or biological mixtures, often fungal,

WO 2015/095533

PCT/US2014/071182

- 19 -

bacterial, or algal extracts, which can be screened with any of the assays of the invention. The term "small organic molecule "refers to a small molecule that is often identified as being an organic or medicinal compound, and does not include molecules that are exclusively nucleic acids, peptides, or polypeptides. In some cases, the small organic molecule is a pharmaceutically active agent (i.e., a drug). A pharmaceutically active agent may be any bioactive agent. In some embodiments, the pharmaceutically active agent may be selected from "Approved Drug Products with Therapeutic Equivalence and Evaluations," published by the United States Food and Drug Administration (F.D.A.) (the "Orange Book"). In a particular embodiment, the pharmaceutically active agent is aspirin or acetaminophen.

The compositions and/or crystals described herein may be used in "pharmaceutical compositions" or "pharmaceutically acceptable" compositions, which comprise a therapeutically effective amount of one or more of the polymers or particles described herein, formulated together with one or more pharmaceutically acceptable carriers, additives, and/or diluents. The pharmaceutical compositions described herein may be useful for diagnosing, preventing, treating or managing a disease or bodily condition including conditions characterized by oxidative stress or otherwise benefitting from administration of an antioxidant. Non-limiting examples of diseases or conditions characterized by oxidative stress or otherwise benefitting from administration of an antioxidant include cancer, cardiovascular disease, diabetes, arthritis, wound healing, chronic inflammation, and neurodegenerative diseases such as Alzheimer Disease.

The phrase "pharmaceutically acceptable" is employed herein to refer to those structures, materials, compositions, and/or dosage forms which are, within the scope of sound medical judgment, suitable for use in contact with the tissues of human beings and animals without excessive toxicity, irritation, allergic response, or other problem or complication, commensurate with a reasonable benefit/risk ratio.

The phrase "pharmaceutically-acceptable carrier" as used herein means a pharmaceutically-acceptable material, composition or vehicle, such as a liquid, gel or solid filler, diluent, excipient, or solvent encapsulating material, involved in carrying or transporting the subject compound, e.g., from a device or from one organ, or portion of the body, to another organ, or portion of the body. Each carrier must be "acceptable" in the sense of being compatible with the other ingredients of the formulation and not injurious to the patient. Some examples of materials which can serve as

WO 2015/095533                                                    PCT/US2014/071182

- 20 -

pharmaceutically-acceptable carriers include: sugars, such as lactose, glucose and sucrose; starches, such as corn starch and potato starch; cellulose, and its derivatives, such as sodium carboxymethyl cellulose, ethyl cellulose and cellulose acetate; powdered tragacanth; malt; gelatin; talc; excipients, such as cocoa butter and suppository waxes; oils, such as peanut oil, cottonseed oil, safflower oil, sesame oil, olive oil, corn oil and soybean oil; glycols, such as propylene glycol; polyols, such as glycerin, sorbitol, mannitol and polyethylene glycol; esters, such as ethyl oleate and ethyl laurate; agar; buffering agents, such as magnesium hydroxide and aluminum hydroxide; alginic acid; pyrogen-free water; isotonic saline; Ringer's solution; ethyl alcohol; pH buffered solutions; polyesters, polycarbonates and/or polyanhydrides; and other non-toxic compatible substances employed in pharmaceutical formulations.

As used herein, a "subject" or a "patient" refers to any mammal (e.g., a human), for example, a mammal that may be susceptible to a disease or bodily condition. Examples of subjects or patients include a human, a non-human primate, a cow, a horse, a pig, a sheep, a goat, a dog, a cat or a rodent such as a mouse, a rat, a hamster, or a guinea pig. Generally, the invention is directed toward use with humans. A subject may be a subject diagnosed with a certain disease or bodily condition or otherwise known to have a disease or bodily condition. In some embodiments, a subject may be diagnosed as, or known to be, at risk of developing a disease or bodily condition.

Those of ordinary skill in the art can select suitable substantially immiscible fluids, using contact angle measurements or the like, to carry out the techniques of the invention.

A "droplet," as used herein, is an isolated portion of a first fluid that is completely surrounded by a second fluid. In some cases, the first fluid and the second fluid are substantially immiscible. It is to be noted that a droplet is not necessarily spherical, but may assume other shapes as well, for example, depending on the external environment. The diameter of a droplet, in a non-spherical droplet, is the diameter of a perfect mathematical sphere having the same volume as the non-spherical droplet. The droplets may be created using any suitable technique, as previously discussed.

As used herein, a "fluid" is given its ordinary meaning, i.e., a liquid or a gas. A fluid cannot maintain a defined shape and will flow during an observable time frame to fill the container in which it is put. Thus, the fluid may have any suitable viscosity that permits flow. If two or more fluids are present, each fluid may be independently selected

WO 2015/095533                                        PCT/US2014/071182

- 21 -

among essentially any fluids (liquids, gases, and the like) by those of ordinary skill in the art.

The following examples are intended to illustrate certain embodiments of the present invention, but do not exemplify the full scope of the invention.

**EXAMPLES**

Nucleation of crystalline materials is omnipresent in nature and industrial practice, specifically, in the chemical and pharmaceutical industry. A promising direction for controlling crystallization is to target nucleation, a critical step in the crystallization process, by designing heteronucleant materials capable of influencing crystallization through selective interactions. However, in industrial practice particularly in pharmaceutical industry, moieties to be crystallized are diverse in chemical structure and accordingly in physical properties such as solubility. The diversity of the moieties along with the demand encountered in industrial practice for biocompatible crystallization promoters introduces additional constraints on the design of biocompatible materials capable of influencing nucleation behavior, crystal formation, crystal size, and morphology. The heteronucleant material designed for industrial practice should be biocompatible, capable of controlling crystallization, capable of carrying industrially relevant amounts of crystalline material (e.g. pharmaceutical in crystalline form), and applicable to hydrophobic and hydrophilic moieties. These examples describe a composite biocompatible hydrogel capable of controlling nucleation from solution, due to rational design of the microstructure and chemical makeup of hydrogel particles, and capable of carrying industrially relevant amounts of water soluble and insoluble pharmaceuticals in chemically distinct environments within composite hydrogel.

In these examples, methods for designing nanostructure and chemical makeup of biocompatible alginate (ALG) hydrogel particles capable of (i) controlling nucleation from solution and (ii) carrying crystalline active pharmaceutical ingredients (API) of diverse chemical nature (iii) controlling size of the crystals in the final formulation are described. Additionally, the control of nucleation kinetics of the model hydrophilic active pharmaceutical ingredient (Acetaminophen, ACM) from solution and encapsulation of the active pharmaceutical ingredient into the hydrogel through

WO 2015/095533

PCT/US2014/071182

- 22 -

equilibrium partitioning as a function of mesh size is demonstrated. A hydrophobic model active pharmaceutical ingredient (Fenofibrate, FEN) is described that uses, emulsion laden composite hydrogels synthesized for both encapsulation and crystallization. The composite hydrogels were capable of encapsulating and crystalizing the hydrophobic active pharmaceutical ingredient inside emulsion droplets and carrying industrially relevant amounts of active pharmaceutical ingredient. Furthermore, the size of crystals was controlled by adjusting the droplet size and concentration of active pharmaceutical ingredient. FIG. 3 is a schematic illustration of the methods used to form hydrogels loaded with hydrophobic active pharmaceutical ingredients and hydrogels loaded with hydrophilic active pharmaceutical ingredients.

**EXAMPLE 1**

This example describes the synthesis formation of biocompatible hydrogels with controlled microstructure. In an effort to create a pharmaceutically acceptable nucleation step active hydrogel capable of carrying active pharmaceutical ingredients of distinct polarities, a biocompatible polysaccharide used in food, and pharmaceutical industry isolated from brown algae, alginate (ALG) was investigation. Alginate is a linear copolymer, consisted of b-D-mannuronic acid (M) and its C-5 epimer, a-L-guluronic acid (G), arranged in a blockwise pattern. Alginate gel formation can be induced by lowering pH or by adding various divalent cations, in particular $Ca^{+2}$, which crosslinks a pair of G blocks within the alginate chains. Despite its utility for carrying hydrophilic drugs, alginate has a hydrophilic nature and accordingly hydrophobic drugs cannot be solubilized or loaded into hydrogel, such alginate, in hydrophilic solvents. To overcome this limitation, composite hydrogels were designed by introducing hydrophobic regions inside hydrogel network by encapsulated nanoemulsion droplets in the hydrogel network. The nanoemulsions provide isolated microenviroments that are chemically different than their surrounding network.

**EXAMPLE 2**

This example describes the characterization of alginate hydrogel formed as described in Example 1. Alginate hydrogels were characterized by evaporation to

WO 2015/095533                                        PCT/US2014/071182

- 23 -

measure relative solvent content and rheological measurements to estimate the mesh size. For the evaporation measurements, spherical alginate shaped beads (FIG. 4A) were used whereas for rheological measurements disk shaped hydrogels were prepared due to the requirements of the rheometer. Both hydrogel geometries were $Ca^{2+}$ saturated to completely crosslink alginate hydrogels. The evaporation measurements provided information on the weight ratio of solvent to hydrogel bead which was then converted to the volume ratio of hydrogel as the volume of the bead was known a priori. To determine the weight ratio, the hydrogels beads (approximately 20 beads) were first pat dried and weighed and then a microscope image was taken to estimate the size of the hydrogel beads (FIG. 4A). The beads were then placed in a vacuum oven set to 120°C over night to evaporate the solvent. The weight of the dried hydrogel was measured after evaporation. The difference between the weight of the wet hydrogel and the dry hydrogel was recorded as the weight of evaporated solvent. The weight of the evaporated solvent was converted to volume of evaporated solvent as the density of the solvent was known. The weight and volume ratio of the solvent to the alginate is given in FIG. 4B. All the measurements are performed in triplicates. FIG. 4A shows rheological measurements for alginate hydrogels with different alginate concentrations. FIG. 4B shows the average mesh size based on alginate concentration and a mechanical illustration of Maxwell model for calculating mesh size (inset).

The characterization of mesh size for alginate hydrogels with different alginate concentrations was performed by oscillatory rheology. Disk shaped alginate gels with different alginate concentrations, namely, 2, 4, 6, 8, 10 and 12% (w/v), were prepared in calcium-saturated conditions and their rheological response was recorded (FIG. 4A). In all alginate concentrations considered, the storage (G`) modulus was monotonous and significantly higher than the loss modulus (G``), indicating strong gels behavior. Frequency sweep measurements at a fixed stain (0.05%) were modeled in terms of the generalized Maxwell model. The model utilized was composed of a sequence of elements in parallel (spring and dashpot) to which an additional spring has been added (FIG. 4B). The use of the generalized Maxwell model to describe the alginate system allowed the shear modulus, G and mesh size ($\xi$) to be determined.

WO 2015/095533                                          PCT/US2014/071182

- 24 -

## EXAMPLE 3

This example describes a method of controlling the nucleation kinetics of hydrophilic active pharmaceutical ingredient by adjusting hydrogel mesh size. No study has been reported on controlling kinetics of nucleation from solution with polymers of tunable nanostructure. Moreover, the effects of pore sizes on the rate of nucleation from solution have not been experimentally studied. In addition, the effect of pore chemistry on nucleation has been largely neglected. Overall, mechanistic understanding of nucleation from solution in nanoconfinement required the design polymers with the proper nanostructure and chemistry to control crystallization is inadequate.

To enable rational design of hydrogels for controlling crystallization of hydrophilic active pharmaceutical ingredient the effect of mesh size on nucleation kinetics was systematically investigated by changing the mesh size via polymer concentration as seen in FIG. 5. In the crystallization solvent, the mesh sizes of these hydrogels ranged from 1 nm to 12 nm. It was found that by changing the mesh size of hydrogel a nucleation event could be enhanced with respect to bulk nucleation. Thus, tuning the microstructure of hydrogels can be used to enhance nucleation from solution.

FIG. 5 shows a graph of time as a function of the natural logarithm of the nucleation induction probability for crystallizations in the presence of alginate particles at different percent composition (4%, 6%, 8%, 10%, and 12%) and the absence of alginate particles versus time.

Nucleation kinetics of model compounds was investigated by measuring the nucleation induction time probability distribution. As used in this example, nucleation induction time is defined as the time elapsed prior to the formation of a detectable amount of the new crystalline phase. Without being bound by theory, it is believed that nucleation induction time is a useful indicator of the surface nucleation activity because nucleation induction time can be dramatically shortened when the presence of an interface lowers the free energy barrier of nucleation. A large number of experiments were performed to obtain the probability distribution of nucleation induction time. To obtain the average induction time $\tau$, statistical analysis on the induction time data was conducted based on the understanding that nucleation follows a Poisson distribution. According to Poisson statistics, the probability for a nucleation event to occur beyond time t is $P=\exp(-t/\tau)$, which implies that the fraction of vials without nucleation at time t

- 25 -

exponentially decays as a function of time, where the scaling factor for time is the average induction time. The induction times are given in Table 1.

**Table 1.** Summary of average induction time ($\tau$) measurements for alginate particles of different concentrations used as heteronucleants during crystallization of ACM from a supersaturated ethanol solution at 10°C.

| sample | $\tau$ (hrs.) | error (hrs.) | linearity |
|---|---|---|---|
| control | 15.3 | 0.31 | 0.99 |
| 4% alginate | 24.7 | 1.4 | 0.92 |
| 6% alginate | 12.8 | 0.23 | 0.97 |
| 8% alginate | 16.5 | 0.50 | 0.95 |
| 10% alginate | 9.5 | 0.18 | 0.98 |
| 12% alginate | 7.7 | 0.10 | 0.99 |

**EXAMPLE 4**

Example 4 describes a method of controlling the loading of hydrophilic active pharmaceutical ingredient via mesh size of hydrogel.

It has been demonstrated that hydrophilic active pharmaceutical ingredient partitioning into alginate hydrogel can be controlled by polymer concentration (%alginate by weight prior to crosslinking) i.e., mesh size of hydrogel (FIG. 6A and FIG. 6B show the ACM loading in hydrated hydrogels calculated by equilibrium partitioning for various alginate concentrations and the percent loading of active pharmaceutical ingredient in alginate hydrogel in weight percent). The hydrogels immersed in a polar solvent in equilibrium with solid active pharmaceutical ingredient could load up to 27 wt.% of hydrophilic active pharmaceutical ingredient through equilibrium partitioning. To determine the amount of drug loaded a known amount of the particles was transferred to a known amount of solvent (water) and stirred at a constant temperature. The

WO 2015/095533                                                    PCT/US2014/071182

- 26 -

dissolution or release of the drug was monitored over time using UV-vis spectrometry and the concentration of the drug at equilibrium was determined using its absorbance. It was observed that the amount of drug loaded at lower alginate concentration was more than twice the amount loaded at higher alginate concentrations (FIG. 6). Without being bound by theory, it is believed that this effect might be due to the larger pore size and size distribution of the lower alginate concentrations and also the solute partition coefficient which decreases with increasing alginate concentration.

**EXAMPLE 5**

This example describes the formulation of composite hydrogels for crystalizing hydrophobic active pharmaceutical ingredient.

Composite hydrogels containing emulsion droplets were embedded in hydrogel matrix, effectively creating hydrophobic regions in an otherwise hydrophilic alginate network. The dispersed phase was emulsified in nano and micron size droplets using heptane and ethyl acetate as a solvents in order to load the drugs inside the alginate particles (FIG. 7A shows an illustration describing emulsion laden composite hydrogels loaded with hydrophobic active pharmaceutical ingredient, fenofibrate (FEN). Environmental scanning electron microscope images confirmed the presence of the emulsified droplets inside the alginate particle (FIG. 7B-C show cross-section of an environmental scanning electron microscopy (eSEM) images of alginate hydrogels (B) with emulsion droplets and (C) without emulsion droplets serving as control for panel (B). The continuous phase contained 2% alginate and the volume fraction of the dispersed phase was 30% (v/v) FEN in heptane). The hydrophobic compound utilized as a model active pharmaceutical ingredient for the hydrophobic drugs was fenofibrate (FEN). The emulsified solution was added to alginate solutions having various concentrations. The emulsified solution containing the fenofibrate and alginate solution was cross-linked in situ in a calcium chlorine solution. The emulsion laden composite hydrogels were formed with different emulsion volume fractions ranging between 10% to 50% (FIG. 8). The emulsion laden composite hydrogels had the ability to crystalize FEN inside droplets and also demonstrated tunable loading up to 85% by weight active pharmaceutical ingredient in dried hydrogel.

- 27 -

### EXAMPLE 6

This example describes the loading characteristics of composite hydrogel with respect to hydrophobic active pharmaceutical ingredients.

The utility of loading industrially relevant amounts of hydrophobic drug and the ability to control the amount of drug loaded by varying volume fraction of dispersed phase, dispersed phase chemical makeup, and concentration of active pharmaceutical ingredient in dispersed phase was demonstrated. First the advantage of using high pressure homogenization (HPH) for emulsification step (FIG. 8 was demonstrated). In FIG. 8A, it is shown that with HPH, a smaller variation in loading was achieved compared to emulsification with magnetic stirring. This was attributed to smaller variations in droplet size obtained in HPH than magnetic stirring, therefore it was concluded that HPH was a better suited for pharmaceutical production where dosage consistency is of utmost importance.

Secondly, the ability to control amount of hydrophobic drug loaded in hydrogel on dry basis by changing volume fraction and concentration of active pharmaceutical ingredient in dispersed phase (Ethyl Acetate (EA)) was demonstrated. For each loading measurement of a given volume fraction ($\varphi$), two batches of emulsion laden hydrogels were prepared with the same method of emulsification followed by crosslinking (i.e., a reference batch without active pharmaceutical ingredient and a test batch with active pharmaceutical ingredient). Both batches contained approximately 200 mg of alginate beads and were pat-dried and weighted. Both batches were placed in vacuum oven and dried over two days at 140 °C which is above the boiling point of dispersed phase (boiling point of heptane 98 °C, ethyl acetate 77.1 °C at 1 bar). Initially heptane was used as the continuous phase; later in an effort to maximize the loading ethyl acetate was used as the continuous phase. The solubility of FEN in ethyl acetate was considerably larger than in heptane (9 mg/mL and 600 mg/mL). Loading was defined as the difference in weight between the hydrogels containing the active pharmaceutical ingredient carrying emulsions and reference batch the without the active pharmaceutical ingredient divided by weight of active pharmaceutical ingredient carrying emulsion laden hydrogel on dry solute basis

as: $Loading\ \% = \dfrac{W_{API\ carrying\ emulsion\ laden\ hydrogel} - W_{reference\ emulsion\ laden\ hydrogel}}{W_{API\ carrying\ emulsion\ laden\ hydrogel}} * 100.$

- 28 -

To estimate the variation in loading and significance of variation in ten replicates were performed.

FIG. 8A is a graph showing the loading of FEN in heptane emulsion laden hydrogels measured by evaporation method. FIG. 8B is a graph showing the loading of FEN in ethyl acetate with two different FEN concentrations for varying emulsion volume fractions measured by evaporation method.


## EXAMPLE 7

This example describes the control of crystal size using composite hydrogels. The distribution in crystal size of pharmaceuticals in a formulation is critical to the pharmaceuticals dissolution rate and accordingly pharmokinetic performance in body. Smaller crystals provide a larger surface area for a given active pharmaceutical ingredient mass. The larger area promotes quicker dissolution allowing active pharmaceutical ingredient to dissolve more quickly in vivo. For hydrophobic drugs with low aqueous solubility, there are limited methods for achieving a reduced crystal size. The state of the art methods such as mechanical milling or spray freezing into liquid are harsh treatments that can induce formation of metastable polymorphs. In this example, the development of composite hydrogel for controlling crystal size is described and the demonstrated control of the dissolution rate for an hydrophobic active pharmaceutical ingredient is demonstrated. The composite hydrogels consisted of trapped emulsion droplets carrying active pharmaceutical ingredient in a biocompatible polymer (alginate) matrix. By controlled evaporation of continuous phase and dispersed phase, crystallization of active pharmaceutical ingredient with in hydrogel matrix was induced (FIG. 9). Control of emulsion droplet size and active pharmaceutical ingredient concentration within the emulsion droplet allowed crystals as small as 300 nm and as large as 0.5 mm to be produced.

FIG. 9 shows a pictorial demonstration of producing embedded crystals in dried hydrogel matrix through controlled evaporation of composite hydrogel where the crystal size was controlled by droplet volume and concentration of active pharmaceutical ingredient. First hydrophobic active pharmaceutical ingredient (FEN) was dissolved in an organic phase (FDA Class III solvent Anisole). Then the organic phase carrying the hydrophobic active pharmaceutical ingredient was dispersed in an aqueous continuous

- 29 -

phase with a suitable surfactant (Pluronic® F-68). Due to preferential partitioning of the hydrophobic active pharmaceutical ingredient to the dispersed organic phase, the active pharmaceutical ingredient was predominantly in the organic phase; only a minute fraction of the active pharmaceutical ingredient partitioned into the continuous aqueous phase. The Na-alginate dissolved in continuous phase was then ionically crosslinked with $Ca^{2+}$ ions in order to trap dispersed phase droplets containing the active pharmaceutical ingredient in the organic phase in the hydrogel matrix. The trapped dispersed phase inside the hydrogels matrix formed composite hydrogels depicted in FIG. 9A.

Through controlled evaporation at 60°C, evaporation of both the dispersed phase and continuous phase was induced. Once all liquids were evaporated the crystals were entrapped in dried hydrogel matrix. The crystals were larger than the mesh size of the polymer matrix, but could not grow above the size of emulsion due to confinement. FIG. 9B shows the composite hydrogels in hydrated form (b1), after drying (b2) optical microscope image of dried composite beads (b3), and a high magnification SEM image of dried composite hydrogel sliced cross-section (b4).

To investigate if the active pharmaceutical ingredient was crystalline inside the dried composite hydrogel, powder X-ray diffraction scattering (PXRD) and differential scanning calorimetry (DSC) was used. FIG. 10A shows PXRD pattern from the FEN standard, dried composite hydrogel carrying FEN and control dried composite hydrogel without FEN. The XRD patterns of standard and dried composite hydrogel carrying FEN indicated the crystalline structure of FEN inside dried hydrogels. DSC also showed FEN standard, dried composite hydrogel carrying FEN and control dried composite hydrogel without FEN. The melting point of FEN standard and dried composite hydrogel carrying FEN coincided at 81°C (FIG. 10B). These findings together with PXRD results proved that FEN was crystalline inside dried composite hydrogels.

The crystal size was controlled by the droplet size and the concentration of the active pharmaceutical ingredient in dispersed phase. When the dispersed phase was saturated with the active pharmaceutical ingredient (i.e., concentration of FEN in dispersed phase is equal to saturation concentration of FEN in the dispersed organic phase ($C_{FEN}/C_{sat}=1$)), the droplet size of the dispersed phase dictated the size of the crystals. Using three different emulsification techniques, namely high pressure homogenization, bulk emulsification and millifluidics, emulsions ranging between 1.5

- 30 -

micron to 0.5 mm were prepared. As seen in FIG. 10C, the mean droplet size and mean crystal size were equal within the error bounds for three different emulsification techniques. In addition to droplet size, the crystal size was controlled by controlling the concentration of the active pharmaceutical ingredient within the dispersed phase. By decreasing the concentration of $C_{FEN}$ in the dispersed phase, the crystal size was decreased below the droplet size. Hence controlling $C_{FEN}/C_{sat}$, allowed control over the crystal size and allowed crystals smaller than size dictated by the droplet size to be formed.

By controlling the crystal size, the dissolution profiles of dried composite hydrogels could also be controlled. Dried composite hydrogels with different crystal sizes exhibited different dissolution profiles. Smaller crystal sizes give larger surface area per unit mass and this led to faster dissolution. FIG. 11A shows dissolution profiles of dried hydrogels with different mean crystal sizes ($C_{FEN}/C_{sat}=1$). FIG. 11B shows that the dissolution profile could be tuned by controlling concentration of active pharmaceutical ingredient inside emulsion droplets and hence the crystal size. Composite hydrogels that had the same entrapped dispersed phase droplet size but different FEN concentrations resulted in different dissolution rates.

FIG. 11A shows the dissolution profile for different crystal sizes where organic phase was saturated by FEN i.e. $C_{FEN}=C_{FEN}^{SAT}$. FIG. 11B shows the dissolution profile where the crystal size was controlled by concentration of FEN in emulsion droplets of given sizes.

In some embodiments, a fast dissolution time is important. The results above were compared to commercially available formulation TriCor tablets. FIG. 12 shows the semilog plot dissolution profiles of FIG. 11B compared to literature. FIG. 12 shows that the dissolution rates were comparable to commercially available formulations.

The state of the art in industrial practice to control nucleation involves methods such as adjusting supersaturation levels, temperature profiles, crystallization solvent, stirring speed, seeding with existing active pharmaceutical ingredient crystals, etc. However, the nucleation behavior remains largely unpredictable due to the presence of unregulated foreign surfaces that lower nucleation energy barrier. The Examples describe a biocompatible hydrogel excipient particles with morphology designed specifically to directly control the nucleation kinetics and crystal outcome for hydrophobic and hydrophilic active pharmaceutical ingredient. The methodology

- 31 -

developed was amenable to continuous manufacturing, particularly composite hydrogels provided compartmentalized units where crystallization could be achieved. These compartmentalized units were accessible as they were embedded in a hydrogel. Hence crystallization could be induced either by temperature shock, evaporation, or chemical interference.

The current state of the art in improving dissolution rates of hydrophobic active pharmaceutical ingredient are based on decreasing crystal size of mm size native active pharmaceutical ingredient crystals with harsh milling or spray drying methods. Due to their harsh nature with considerable energy input, these methods are known to introduce polymorphism i.e. formation of metastable polymorphs. The Examples describe a methodology of using composite hydrogels in mild methods where the active pharmaceutical ingredient crystals were formed inside a hydrogel matrix hence metastable polymorphs were avoided. It was found that the crystal size, which dictates the dissolution profile, could be controlled by controlling droplet size of trapped dispersed phase and concentration of active pharmaceutical ingredient. Relatively high loading of submicron crystals at (up to 20% active pharmaceutical ingredient on dry basis) was also described.

Furthermore, the polymer matrix in which crystals were embedded provided natural protection against mechanical effect that could disturb crystal morphology. Once the crystals were formed they were protected from mechanical effects, because the crystals were surrounded by the hydrogel matrices. Additional protective layers could be added by using coaxial needles with ease.

The ability of the developed biocompatible hydrogel excipients to carry pharmaceutically relevant amounts of both hydrophobic and hydrophilic active pharmaceutical ingredient was unique. It was demonstrated that the developed alginate hydrogels and composite alginate hydrogels containing nanoemulsion droplets could carry active pharmaceutical ingredient using two separate mechanisms. Alginate hydrogels' ability to absorb and concentrate hydrophilic active pharmaceutical ingredient due to equilibrium partitioning within the interior of the particles was unique. Such partitioning is not readily obtained with any other type of previously used excipient (SAMs, crystalline surfaces, glass, solid polymers, etc.). Conversely, the composite hydrogels containing nanoemulsion droplets were embedded in the hydrogel matrix trapped large amounts of hydrophobic active pharmaceutical ingredient due to

WO 2015/095533                                          PCT/US2014/071182

- 32 -

lyophilicity of nanoemulsion.  Furthermore, aforementioned mechanisms could be utilized to orthogonally load composite hydrogels with industrially relevant (up to 85% by dry weight) amounts of hydrophobic and hydrophilic active pharmaceutical ingredient.  Also, nanoemulsions carrying different hydrophobic pharmaceuticals could be loaded inside composite hydrogels. The ability to control crystallization and load large amounts of active pharmaceutical ingredient with diverse solubility, individually or orthogonally, make the polymer matrices, described herein, unique.

## EXAMPLE 8

This example describes applications in which the methods, compositions, and systems described in Examples 1-7 may be used and are prophetic.

The method described in this invention could be applied to designing biocompatible particles to regulate nucleation kinetics, to load active pharmaceutical ingredient of diverse chemical and physical properties and to crystalize hydrophobic active pharmaceutical ingredient with controlled size (appx. 300 nm to 0.5 mm) for pharmaceutical industry, food industry and other industries that require crystallization and delivery of small organic compounds.

*Applications in pharmaceutical manufacturing of hydrophilic active pharmaceutical ingredient*

Crystallization is extensively used to purify the active pharmaceutical ingredients in the pharmaceutical manufacturing process.  After the crystallization step, the active pharmaceutical ingredient crystals are then granulated and blended with excipients before packaging into the final dosage form.  Granulation and blending processes are problematic due to their harsh nature where active pharmaceutical ingredient crystals can be broken or aggregated even transformed into a metastable polymorph.  Pharmokinetic performance of pharmaceutical is very sensitive to the shape and size of the drug crystals.  Hence manufacturing processes where the crystal size and morphology can be controlled and protected from environmental factors is desired.

The methods, compositions, and systems described in Examples 1-7 allowed heterogeneous crystallization of hydrophilic active pharmaceutical ingredient from solution on the surface of an amorphous excipient, so that the resulting active pharmaceutical ingredient-excipient composite particles could either serve as the dosage

WO 2015/095533                                                    PCT/US2014/071182

- 33 -

form themselves, or were agglomerated and formed directly into the final dosage form, thereby eliminating the subsequent granulation, blending, and compaction steps. Furthermore, design of the excipient surface properties to control the active pharmaceutical ingredient nucleation kinetics and final crystal form allowed for better control over the quality and uniformity of the final drug and dosage form.

*Application in pharmaceutical manufacturing of hydrophobic active pharmaceutical ingredient*

Since 1980, 43% of all newly developed pharmaceuticals are estimated to be extremely insoluble in water. Hence new methodologies for producing hydrophobic active pharmaceutical ingredient are essential in pharmaceutical industry. The current state of art in production of hydrophobic pharmaceuticals is based on granular particle processing that is by definition a batch process or using organic solvents that needs to be removed prior to final packaging.

The composite hydrogels described in the Examples, namely composite hydrogels containing nanoemulsion droplets, were capable of carrying and crystalizing hydrophobic active pharmaceutical ingredient in aqueous environment. Hence the composite hydrogels either served as the dosage form themselves, or were dried into the final dosage form, eliminating the batch granular particle processing. The nanoemulsion droplets acted as hydrophobic regions favoring hydrophobic active pharmaceutical ingredient within hydrophilic hydrogel. This favorable interaction was responsible for pharmaceutically relevant amount (up to 85% by weight active pharmaceutical ingredient in hydrogel on dry basis) of agent that was loaded.

With controlled mild evaporation, composite hydrogels carrying active pharmaceutical ingredient were transformed into final dosage form with controlled active pharmaceutical ingredient crystal size embedded in dried hydrogel(polymer) matrix. The crystal size were controlled by adjusting droplet size and active pharmaceutical ingredient concentration.

*Applications in hydrophobic active pharmaceutical ingredient delivery*

The current state of the art in pharmaceutical industry for improving dissolution rates of notoriously difficult to dissolve hydrophobic active pharmaceutical ingredient involves reducing the size via nanomilling methods or physical absorption into

WO 2015/095533

PCT/US2014/071182

- 34 -

nanoporous matrix in amorphous state. However, these methods are not ideal because the drugs are prone to phase transformation into metastable polymorphs under mechanical stress or to recrystallize since the amorphous form is metastable. Methods, compositions, and/or systems, described herein, demonstrated direct crystallization of hydrophobic active pharmaceutical ingredient in the drug carrier to a desired crystal size, and accordingly, desired dissolution rate.

While several embodiments of the present invention have been described and illustrated herein, those of ordinary skill in the art will readily envision a variety of other means and/or structures for performing the functions and/or obtaining the results and/or one or more of the advantages described herein, and each of such variations and/or modifications is deemed to be within the scope of the present invention. More generally, those skilled in the art will readily appreciate that all parameters, dimensions, materials, and configurations described herein are meant to be exemplary and that the actual parameters, dimensions, materials, and/or configurations will depend upon the specific application or applications for which the teachings of the present invention is/are used. Those skilled in the art will recognize, or be able to ascertain using no more than routine experimentation, many equivalents to the specific embodiments of the invention described herein. It is, therefore, to be understood that the foregoing embodiments are presented by way of example only and that, within the scope of the appended claims and equivalents thereto, the invention may be practiced otherwise than as specifically described and claimed. The present invention is directed to each individual feature, system, article, material, kit, and/or method described herein. In addition, any combination of two or more such features, systems, articles, materials, kits, and/or methods, if such features, systems, articles, materials, kits, and/or methods are not mutually inconsistent, is included within the scope of the present invention.

The indefinite articles "a" and "an," as used herein in the specification and in the claims, unless clearly indicated to the contrary, should be understood to mean "at least one."

The phrase "and/or," as used herein in the specification and in the claims, should be understood to mean "either or both" of the elements so conjoined, i.e., elements that are conjunctively present in some cases and disjunctively present in other cases. Other elements may optionally be present other than the elements specifically identified by the "and/or" clause, whether related or unrelated to those elements specifically identified

WO 2015/095533                                                           PCT/US2014/071182

- 35 -

unless clearly indicated to the contrary. Thus, as a non-limiting example, a reference to "A and/or B," when used in conjunction with open-ended language such as "comprising" can refer, in one embodiment, to A without B (optionally including elements other than B); in another embodiment, to B without A (optionally including elements other than A); in yet another embodiment, to both A and B (optionally including other elements); etc.

As used herein in the specification and in the claims, "or" should be understood to have the same meaning as "and/or" as defined above. For example, when separating items in a list, "or" or "and/or" shall be interpreted as being inclusive, i.e., the inclusion of at least one, but also including more than one, of a number or list of elements, and, optionally, additional unlisted items. Only terms clearly indicated to the contrary, such as "only one of" or "exactly one of," or, when used in the claims, "consisting of," will refer to the inclusion of exactly one element of a number or list of elements. In general, the term "or" as used herein shall only be interpreted as indicating exclusive alternatives (i.e. "one or the other but not both") when preceded by terms of exclusivity, such as "either," "one of," "only one of," or "exactly one of." "Consisting essentially of," when used in the claims, shall have its ordinary meaning as used in the field of patent law.

As used herein in the specification and in the claims, the phrase "at least one," in reference to a list of one or more elements, should be understood to mean at least one element selected from any one or more of the elements in the list of elements, but not necessarily including at least one of each and every element specifically listed within the list of elements and not excluding any combinations of elements in the list of elements. This definition also allows that elements may optionally be present other than the elements specifically identified within the list of elements to which the phrase "at least one" refers, whether related or unrelated to those elements specifically identified. Thus, as a non-limiting example, "at least one of A and B" (or, equivalently, "at least one of A or B," or, equivalently "at least one of A and/or B") can refer, in one embodiment, to at least one, optionally including more than one, A, with no B present (and optionally including elements other than B); in another embodiment, to at least one, optionally including more than one, B, with no A present (and optionally including elements other than A); in yet another embodiment, to at least one, optionally including more than one, A, and at least one, optionally including more than one, B (and optionally including other elements); etc.

WO 2015/095533                                                    PCT/US2014/071182

- 36 -

In the claims, as well as in the specification above, all transitional phrases such as "comprising," "including," "carrying," "having," "containing," "involving," "holding," and the like are to be understood to be open-ended, i.e., to mean including but not limited to. Only the transitional phrases "consisting of" and "consisting essentially of" shall be closed or semi-closed transitional phrases, respectively, as set forth in the United States Patent Office Manual of Patent Examining Procedures, Section 2111.03.

WO 2015/095533                                                    PCT/US2014/071182

- 37 -

## CLAIMS

What is claimed is:

1.    A composition, comprising:

a polymer particle comprising crystals of a pharmaceutically active agent, wherein the crystals have an average diameter that is greater than an average mesh size of the polymer particle and wherein the average diameter has a coefficient of variation less than or equal to about 10%.

2.    The composition of any preceding claim, wherein a polymer particle is cross-linked.

3.    The composition of any preceding claim, wherein a diameter of the polymer particle is less than or equal to about 600 microns.

4.    The composition of any preceding claim, wherein the polymer particle comprises a naturally occurring polymer.

5.    The composition of any preceding claim, further comprising a polymer shell.

6.    The composition of any preceding claim, wherein the polymer shell at least partially surrounds the polymer particle.

7.    The composition of any preceding claim, wherein the average diameter of the crystals is less than or equal to about 1 micron.

8.    The composition of any preceding claim, wherein the coefficient of variation is less than or equal to about 10%

9.    The composition of any preceding claim, wherein the average mesh size is than or equal to about 10 nm.

WO 2015/095533

PCT/US2014/071182

- 38 -

10. The composition of any preceding claim, wherein the ratio of the average mesh size to the average diameter of the crystals is less than or equal to about 0.8:1.

11. The composition of any preceding claim, wherein the ratio of the average mesh size to the average diameter of the crystals is less than or equal to about 0.2:1.

12. The composition of any preceding claim, wherein the pharmaceutically active agent is a small organic molecule.

13. The composition of any preceding claim, wherein a weight percentage of the crystals in the polymer particle is greater than or equal to about 10%.

14. The composition of any preceding claim, wherein a weight percentage of the crystals in the polymer particle is greater than or equal to about 40%.

15. The composition of any preceding claim, wherein the polymer particle is formed from a polysaccharide.

16. The composition of any preceding claim, wherein the polymer particle is a hydrogel.

17. A method, comprising administering to a subject the composition of claim 1.

18. A composition, comprising:
crystals of a pharmaceutically active agent dispersed throughout a cross-linked polymer matrix, wherein the solubility of a polymer matrix precursor in a solvent prior to crosslinking is at least 2 times greater than the solubility of the pharmaceutically active agent in the solvent.

19. The composition of any preceding claim, wherein the solubility of a polymer matrix precursor in a solvent prior to crosslinking is at least 10 times greater than the solubility of the pharmaceutically active agent in the solvent.

WO 2015/095533                                    PCT/US2014/071182

- 39 -

20.    The composition of any preceding claim, wherein the solubility of a polymer matrix precursor in a solvent prior to crosslinking is at least 100 times greater than the solubility of the pharmaceutically active agent in the solvent.

21.    The composition of any preceding claim, wherein the solvent is water.

22.    The composition of any preceding claim, wherein the polymer matrix comprises a naturally occurring polymer.

23.    The composition of any preceding claim, further comprising a polymer shell, at least partially surrounds the polymer matrix.

24.    The composition of any preceding claim, wherein the average diameter of the crystals is less than or equal to about 1 micron.

25.    The composition of any preceding claim, wherein the coefficient of variation in the diameter of the crystals is less than or equal to about 10%

26.    The composition of any preceding claim, wherein the average mesh size of the polymer matrix is than or equal to about 10 nm.

27.    The composition of any preceding claim, wherein the ratio of the average mesh size to the average diameter of the crystals is less than or equal to about 0.8:1.

28.    The composition of any preceding claim, wherein the ratio of the average mesh size to the average diameter of the crystals is less than or equal to about 0.2:1.

29.    The composition of any preceding claim, wherein the pharmaceutically active agent is a small organic molecule.

30.    The composition of any preceding claim, wherein the weight percentage of the crystals in the polymer matrix is greater than or equal to about 20%.

WO 2015/095533                                                    PCT/US2014/071182

- 40 -

31.    The composition of any preceding claim, wherein the weight percentage of the crystals in the polymer particle is greater than or equal to about 50%.

32.    The composition of any preceding claim, wherein the polymer matrix comprises a polysaccharide.

33.    The composition of any preceding claim, wherein the polymer matrix is a hydrogel.

34.    A method, comprising administering to a subject the composition of claim 20.

35.    A pharmaceutical composition comprising:
       a particulate polymer carrier; and
       a pharmaceutically active agent primarily encapsulated by the particulate polymer carrier,
       wherein the active agent has been crystallized in the presence of the particulate polymer carrier.

36.    A method, comprising administering to a subject the composition of claim 35.

37.    The composition of any preceding claim, wherein the diameter of the particulate polymer carrier is less than or equal to about 10 microns.

38.    The composition of any preceding claim, wherein the particulate polymer carrier is formed from a naturally occurring polymer.

39.    The composition of any preceding claim, comprising a polymer shell.

40.    The composition of any preceding claim, wherein the polymer shell at least partially surrounds the particulate polymer carrier.

41.    The composition of any preceding claim, wherein the ratio of the average mesh size to the average diameter of the crystals is less than or equal to about 0.8:1.

WO 2015/095533

PCT/US2014/071182

- 41 -

42.    The composition of any preceding claim, wherein the ratio of the average mesh size to the average diameter of the crystals is less than or equal to about 0.2:1.

43.    The composition of any preceding claim, wherein the pharmaceutically active agent is a small organic molecule.

44.    The composition of any preceding claim, wherein the polymer particle is formed from a polysaccharide.

45.    The composition of any preceding claim, wherein the polymer particle is formed from a hydrogel.

46.    A method, comprising:
    crystallizing a pharmaceutically active agent in a fluid droplet within a polymer particle

47.    The method of any preceding claim, wherein the fluid droplet comprises an apolar solvent.

48.    The method of any preceding claim, wherein the polymer particle is cross-linked.

49.    The method of any preceding claim, wherein the polymer particle has a mesh size less than or equal to about 10 nm.

50.    The method of any preceding claim, comprising forming an emulsion.

51.    The method of any preceding claim, wherein the polymer particle is in a continuous phase of the emulsion.

52.    The method of any preceding claim, wherein the fluid droplet is in a dispersed phase of the emulsion.

WO 2015/095533                                                    PCT/US2014/071182

1/12



FIG. 1

WO 2015/095533                                          PCT/US2014/071182

2/12



FIG. 2

WO 2015/095533                                                PCT/US2014/071182

3/12



**Hydrophilic API**

Acetaminophen

**Hydrophobic API**

Fenofibrine

FIG. 3

WO 2015/095533                                                  PCT/US2014/071182

4/12

 

FIG. 4

WO 2015/095533

PCT/US2014/071182

5/12



FIG. 5

Case 1:24-cv-00065-JLH    Document 422-1    Filed 07/01/26    Page 58 of 125 PageID #: 17644

6/12

 

FIG. 6

WO 2015/095533

PCT/US2014/071182

7/12



FIG. 7

WO 2015/095533                                   PCT/US2014/071182

8/12

 

FIG. 8

WO 2015/095533                                                    PCT/US2014/071182

9/12



FIG. 9

WO 2015/095533

PCT/US2014/071182

10/12



FIG. 10

WO 2015/095533

PCT/US2014/071182



FIG. 11

WO 2015/095533                                          PCT/US2014/071182

12/12



FIG. 12

INTERNATIONAL SEARCH REPORT

014/071182 13.03.2015
International application No.

PCT/US 14/71182

| A. | CLASSIFICATION OF SUBJECT MATTER |
|---|---|

IPC(8) - A61K 9/14 (2015.01)
CPC    - A61K 9/0056; A61K 9/0014; A61K 9/0024
According to International Patent Classification (IPC) or to both national classification and IPC

| B. | FIELDS SEARCHED |
|---|---|

Minimum documentation searched (classification system followed by classification symbols)
CPC - A61K 9/0056; A61K 9/0014; A61K 9/0024

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched
USPC - 424/400; 424/451; 424/484 (see search terms below)

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)
PatBase, PubWest, ProQuest Dialog, Google Scholar, Google
Search Terms: Polymer, cross-link, solubility, pharmaceutical, drug, droplet, therapeutic, crystal, mesh, particle, diameter, micron, coefficient variation

| C. | DOCUMENTS CONSIDERED TO BE RELEVANT |
|---|---|

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | US 2006/0078603 A1 (Nguyen) 13 April 2006 (13.04.2006) para [0010], [0035], [0047], [0085] | 35-36 |
| Y | | 18 |
| X | US 2012/0076860 A1 (Trout et al.) 29 March 2012 (29.03.2012) para [0009], [0079], [0086], [0088], [0102], [0127], [0144] | 1-3, 17, 46 |
| Y | | 18 |
| A | US 2006/0131542 A1 (Weng et al.) 22 June 2006 (22.06.2006) para [0032] | 1 |

☐   Further documents are listed in the continuation of Box C.    ☐

| | |
|---|---|
| * | Special categories of cited documents: |
| "A" | document defining the general state of the art which is not considered to be of particular relevance |
| "E" | earlier application or patent but published on or after the international filing date |
| "L" | document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) |
| "O" | document referring to an oral disclosure, use, exhibition or other means |
| "P" | document published prior to the international filing date but later than the priority date claimed |

| | |
|---|---|
| "T" | later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
| "X" | document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "Y" | document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "&" | document member of the same patent family |

| | |
|---|---|
| Date of the actual completion of the international search | Date of mailing of the international search report |
| 24 February 2015 (24.02.2015) | 1 3 MAR 2015 |
| Name and mailing address of the ISA/US | Authorized officer: |
| Mail Stop PCT, Attn: ISA/US, Commissioner for Patents P.O. Box 1450, Alexandria, Virginia 22313-1450 | Lee W. Young |
| Facsimile No.   571-273-3201 | PCT Helpdesk: 571-272-4300 PCT OSP: 571-272-7774 |

**INTERNATIONAL SEARCH REPORT**

International application No.

PCT/US 14/71182

| Box No. II | Observations where certain claims were found unsearchable (Continuation of item 2 of first sheet) |
|---|---|

This international search report has not been established in respect of certain claims under Article 17(2)(a) for the following reasons:

1. ☐ Claims Nos.:
   because they relate to subject matter not required to be searched by this Authority, namely:

2. ☐ Claims Nos.:
   because they relate to parts of the international application that do not comply with the prescribed requirements to such an extent that no meaningful international search can be carried out, specifically:

3. ☒ Claims Nos.: 4-16, 19-34, 37-45, 47-52
   because they are dependent claims and are not drafted in accordance with the second and third sentences of Rule 6.4(a).

| Box No. III | Observations where unity of invention is lacking (Continuation of item 3 of first sheet) |
|---|---|

This International Searching Authority found multiple inventions in this international application, as follows:

1. ☐ As all required additional search fees were timely paid by the applicant, this international search report covers all searchable claims.

2. ☐ As all searchable claims could be searched without effort justifying additional fees, this Authority did not invite payment of additional fees.

3. ☐ As only some of the required additional search fees were timely paid by the applicant, this international search report covers only those claims for which fees were paid, specifically claims Nos.:

4. ☐ No required additional search fees were timely paid by the applicant. Consequently, this international search report is restricted to the invention first mentioned in the claims; it is covered by claims Nos.:

**Remark on Protest** ☐ The additional search fees were accompanied by the applicant's protest and, where applicable, the payment of a protest fee.

☐ The additional search fees were accompanied by the applicant's protest but the applicable protest fee was not paid within the time limit specified in the invitation.

☐ No protest accompanied the payment of additional search fees.

Form PCT/ISA/210 (continuation of first sheet (2)) (July 2009)

# Exhibit 38



THE
AMERICAN
HERITAGE
COLLEGE
*dic·tion·ar·y*

THIRD EDITION

# THE
# AMERICAN
# HERITAGE
# COLLEGE
# DICTIONARY

# THE
# AMERICAN
# HERITAGE
# COLLEGE
# DICTIONARY

## THIRD EDITION





HOUGHTON MIFFLIN COMPANY

*Boston* • *New York*

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1993 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston MA 02116.

0-395-67161-2 (UPC)

Library of Congress Cataloging-in-Publication Data
The American heritage college dictionary. —3rd ed.
    p.    cm.
   ISBN 0-395-66917-0 (plain edge). —ISBN 0-395-44638-4 (thumb edge). —ISBN 0-395-66918-9 (deluxe binding).
   1. English language—Dictionaries.   2. Americanisms.
PE1628.A6227   1993
423—dc20
                                        92-42124
                                           CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin trade and reference books and  multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at (http://www.hmco.com/trade/).

524

flowering maple

fluoro–

**flowering maple** *n.* Any of various tropical plants of the genus *Abutilon*, having lobed leaves like those of the maple.

**flowering plant** *n.* A plant that produces flowers and fruit; an angiosperm.

**flowering quince** *n.* Any of several shrubs of the genus *Chaenomeles*, native to Asia and having spiny branches and red or pink flowers.

**flower people** *n. Informal.* Flower children.

**flow·er·pot** (flou′ər-pŏt′) *n.* A pot in which plants are grown.

**flower power** *n. Informal.* A movement in the 1960's and 1970's, expressing countercultural beliefs and ideals.

**flow·er·y** (flou′ə-rē) *adj.* -i·er, -i·est. **1.** Of, relating to, or suggestive of flowers. **2.** Abounding in or covered with flowers. **3.** Full of ornate or grandiloquent expressions; highly embellished: *a flowery speech.* —**flow′er·i·ness** *n.*

**flow meter** *n.* An instrument for monitoring, measuring, or recording the rate of flow, pressure, or discharge of a fluid.

**flown¹** (flōn) *v.* P.part. of **fly¹.**

**flown²** (flōn) *adj. Archaic.* Filled to excess. [Obsolete, p.part. of FLOW.]

**flow·stone** (flō′stōn′) *n.* A layered deposit of calcium carbonate on rock where water has flowed or dripped.

**fl oz** or **fl. oz.** *abbr.* Fluid ounce.

**flu** (flōo) *n. Informal.* Influenza. [Short for INFLUENZA.]

**flub** (flŭb) *Informal.* —*tr.v.* **flubbed, flub·bing, flubs.** To botch; bungle. —*n.* The act or an instance of botching or bungling. [?] —**flub′ber** *n.*

**flub·dub** (flŭb′dŭb′) *n. Informal.* Pretentious nonsense; bunkum. [?]

**fluc·tu·ate** (flŭk′chōo-āt′) *v.* -at·ed, -at·ing, -ates. —*intr.* **1.** To vary irregularly. **2.** To rise and fall in or as if in waves; undulate. —*tr.* To cause to fluctuate. [Lat. *fluctuāre, fluctuāt-* < *fluctus,* a flowing < p.part. of *fluere, fluct-,* to flow. See **bhleu-**.] —**fluc′tu·ant** (-ənt) *adj.* —**fluc′tu·a′tion** *n.*

**flue¹** (flōo) *n.* **1.** A pipe, tube, or channel for conveying hot air, gas, steam, or smoke, as from a furnace or fireplace to a chimney. **2.** *Mus.* **a.** An organ pipe sounded by means of an air current striking a lip in the side of the pipe and causing the air within to vibrate. **b.** The lipped opening in such a pipe. [?]

**flue²** (flōo) *n.* A fishing net. [ME < MDu. *vluwe.* See **pleu-**.]

**flu·ent** (flōo′ənt) *adj.* **1.a.** Able to express oneself readily and effortlessly. **b.** Flowing effortlessly; polished: *fluent Russian.* **2.** Flowing or moving smoothly; graceful. **3.** Flowing or capable of flowing; fluid. [Lat. *fluēns, fluent-,* pr.part. of *fluere,* to flow. See **bhleu-**.] —**flu′en·cy** *n.* —**flu′ent·ly** *adv.*

**flue pipe** *n. Mus.* An organ pipe with a lipped opening; a flue.

**flu·er·ic** (flōo-ĕr′ĭk) *adj.* Fluidic. [Lat. *fluere,* to flow; see **bhleu-** + -IC.]

**flu·er·ics** (flōo-ĕr′ĭks) *n. (used with a sing. v.)* Fluidics.

**flue stop** *n. Mus.* An organ stop controlling a set of flue pipes.

**fluff** (flŭf) *n.* **1.** Light down or fuzz, as on a young bird. **2.** Something having a very light, soft, or frothy consistency or appearance. **3.** Something of little substance or consequence, esp.: **a.** Light or superficial entertainment. **b.** Inflated or padded material. **4.** *Informal.* An error, esp. in the delivery of lines, as by an actor. —*v.* **fluffed, fluff·ing, fluffs.** —*tr.* **1.** To make fluffy. **2.** *Informal.* **a.** To ruin or mar by a mistake or blunder. **b.** To forget or botch (one's lines). —*intr.* **1.** To become fluffy. **2.** *Informal.* To make an error, esp. in the delivery of lines. [?]

**fluff·y** (flŭf′ē) *adj.* -i·er, -i·est. **1.a.** Of, relating to, or resembling fluff. **b.** Covered with fluff. **2.** Light and airy; soft: *a fluffy soufflé.* **3.a.** Light or frivolous. **b.** Lacking depth or precision; fuzzy. —**fluff′i·ly** *adv.* —**fluff′i·ness** *n.*

**flü·gel·horn** or **flue·gel·horn** (flōo′gəl-hôrn′, flü′-) *n. Mus.* A bugle with valves, similar to the cornet but having a wider bore. [Ger. : *Flügel,* flank (used to summon flanks in battle) (< MHGer. *vlügel,* wing, flank; see **pleu-**) + *Horn,* horn (< MHGer. < OHGer.; see **ker-¹**).] —**flü′gel·horn′ist** *n.*

**flu·id** (flōo′ĭd) *n.* A continuous amorphous substance whose molecules move freely past one another and that assumes the shape of its container; a liquid or gas. —*adj.* **1.** Of, relating to, or characteristic of a fluid. **2.** Readily reshaped; pliable. **3.** Smooth and flowing; graceful. **4.a.** Changing or tending to change; variable. **b.** Characterized by or allowing social mobility. **5.** Convertible into cash: *fluid assets.* [< ME, flowing < OFr. *fluide* < Lat. *fluidus* < *fluere,* to flow. See **bhleu-**.] —**flu·id′i·ty** (-ĭd′ĭ-tē), **flu′id·ness** *n.* —**flu′id·ly** *adv.*

**fluid dram** *n.* A unit of volume or capacity in the apothecary system, equal to ⅛ of a fluid ounce (3.70 milliliters).

**fluid drive** *n.* An automotive transmission coupling that provides a smooth start, consisting of two separate turbines that rotate on the same axis in a surrounding liquid.

**fluid dynamics** *n. (used with a sing. v.)* The branch of science concerned with gases and liquids in motion.

**flu·id·ex·tract** (flōo′ĭd-ĕk′străkt′) *n.* A concentrated alcohol solution of a drug of such strength that each milliliter is the equivalent of one gram of the dry form of the drug.

**flu·id·ic** (flōo-ĭd′ĭk) *adj.* **1.** Of, relating to, or characteristic of a fluid. **2.** Relating to or controlled by fluidics.

**flu·id·ics** (flōo-ĭd′ĭks) *n. (used with a sing. v.)* The technology

of using the flows and pressures of fluids in sensing and information-processing systems with no moving parts.

**flu·id·ize** (flōo′ĭ-dīz′) *tr.v.* -ized, -iz·ing, -izes. **1.** To make fluid. **2.** To pulverize (a solid) so finely that it takes on some of the properties of a fluid. —**flu′id·i·za′tion** *n.*

**fluid mechanics** *n. (used with a sing. v.)* The branch of mechanics concerned with the properties of gases and liquids.

**fluid ounce** *n.* **1.** A unit of volume or capacity in the U.S. Customary System, used in liquid measure, equal to 29.57 milliliters (1.804 cubic inches). **2.** A unit of volume or capacity in the British Imperial System, used in liquid and dry measure, equal to 28.41 milliliters (1.734 cubic inches).

**fluke¹** (flōok) *n.* **1.** Any of various flatfishes, esp. a flounder of the genus *Paralichthys.* **2.** See **trematode.** [ME < OE. See **plāk-¹**.]

**fluke²** (flōok) *n.* **1.** *Naut.* The triangular blade at the end of each arm of an anchor, designed to catch in the ground. **2.** A barbed head, as on an arrow. **3.** Either of the two horizontally flattened divisions of a whale's tail. [Poss. < FLUKE¹.]

**fluke³** (flōok) *n.* **1.** A stroke of good luck. **2.** A chance occurrence; an accident. **3.** *Games.* An accidentally successful stroke in billiards or pool. [?]

**fluk·y** also **fluk·ey** (flōo′kē) *adj.* -i·er, -i·est. **1.** Resulting from or depending on mere chance. **2.** Constantly shifting; uncertain. [< FLUKE³.] —**fluk′i·ly** *adv.* —**fluk′i·ness** *n.*

**flume** (flōom) *n.* **1.** A narrow gorge, usu. with a stream running through it. **2.** An open artificial channel or chute carrying a stream of water, as for conveying logs. [ME *flum,* river < OFr. < Lat. *flūmen* < *fluere,* to flow. See **bhleu-**.]

**flum·mer·y** (flŭm′ə-rē) *n., pl.* -ies. **1.** Meaningless or deceptive language; humbug. **2.a.** Any of several soft, sweet, bland foods, such as custard. **b.** A sweet gelatinous pudding made by straining boiled oatmeal or flour. [Welsh *llymru,* soft jelly from sour oatmeal.]

**flum·mox** (flŭm′əks) *tr.v.* -moxed, -mox·ing, -mox·es. *Informal.* To confuse; perplex. [Prob. of E. dial. orig.]

**flung** (flŭng) *v.* P.t. and p.part. of **fling.**

**flunk** (flŭngk) *Informal.* —*v.* **flunked, flunk·ing, flunks.** —*intr.* To fail, esp. in a course or an examination. —*tr.* **1.** To fail (an examination or course). **2.** To give a failing grade to in school or course because of work below standard. [?] —*n.* **1.** The act or an instance of flunking. **2.** A failing grade. —*phrasal verb.* **flunk out.** To expel or be expelled from school or course because of work below standard. [?]

**flun·ky** also **flun·key** (flŭng′kē) *n., pl.* -kies also -keys. **1.** A person of slavish or unquestioning obedience; a lackey. **2.** One who does menial or trivial work; a drudge. **3.** A liveried manservant. [Sc., perh. < FLANKER, an attendant on the flank.] —**flun′ky·ism** *n.*

**flu·or** (flōo′ôr′, -ər) *n.* See **fluorite.** [NLat., mineral belonging to a group used as fluxes < Lat., a flowing < *fluere,* to flow. See **bhleu-**.]

**fluor–** *pref.* Var. of **fluoro–.**

**fluo·resce** (flōo-rĕs′, flô-, flō-) *intr.v.* -resced, -resc·ing, -resc·es. To undergo, produce, or show fluorescence. [< FLUORESCENCE.] —**fluo·resc′er** *n.*

**fluo·res·ce·in** (flōo-rĕs′ē-ĭn, flô-, flō-) *n.* A compound, $C_{20}H_{12}O_5$, that exhibits intense fluorescence in alkaline solution and is used in medicine and to trace water flow.

**fluo·res·cence** (flōo-rĕs′əns, flô-, flō-) *n.* **1.** The emission of electromagnetic radiation, esp. of visible light, stimulated in a substance by the absorption of incident radiation and persisting only as long as the stimulating radiation is continued. **2.** The property of emitting such radiation. **3.** The radiation so emitted. [FLUOR(SPAR) + -ESCENCE.]

**fluo·res·cent** (flōo-rĕs′ənt, flô-, flō-) *adj.* **1.a.** Of or relating to fluorescence. **b.** Exhibiting or produced by fluorescence: *fluorescent plankton.* **2.** Glowing as if with fluorescence: *fluorescent colors.* —*n.* A fluorescent lamp.

**fluorescent lamp** *n.* A lamp that produces visible light by fluorescence, esp. a glass tube whose inner wall is coated with a material that fluoresces when an electrical current causes vapor within the tube to discharge electrons.

**fluor·i·date** (flōor′ĭ-dāt′, flôr′-, flōr′-) *tr.v.* -dat·ed, -dat·ing, -dates. To add a fluorine compound to (a drinking-water supply, for example) for the purpose of reducing tooth decay. —**fluor′i·da′tion** *n.*

**fluor·ide** (flōor′īd′, flôr′-, flōr′-) *n.* A binary compound of fluorine with another element. [FLUOR(INE) + -IDE.]

**fluor·i·na·tion** (flōor′ĭ-nā′shən, flôr′-, flōr′-) *n.* A chemical reaction that introduces fluorine into a compound. [FLUORINE.]

**fluor·ine** (flōor′ēn′, -ĭn, flôr′-, flōr′-) *n.* A pale-yellow, corrosive poisonous gaseous halogen element, the most reactive of all the elements, used in a wide variety of industrially important compounds. Atomic number 9; atomic weight 18.9984; freezing point -219.62°C; melting point; boiling point -188.14°C; specific gravity of liquid 1.108 (at boiling point); valence 1. See table at **element.** [FLUOR(SPAR).]

**fluor·ite** (flōor′īt′, flôr′-, flōr′-) *n.* A mineral, $CaF_2$, that often fluoresces in ultraviolet light. [FLUOR.]

**fluoro–** or **fluor–** *pref.* **1.** Fluorine: *fluorosis.* **2.** Fluorescence: *fluoroscope.* [< FLUORINE and < FLUOR.]



**fluke²**
Of an admiralty anchor (top left), an arrowhead (top right), and a sperm whale (bottom)

fluorescent lamp

**lip service** *n.* Verbal expression of agreement or allegiance, unsupported by real conviction or action; hypocritical respect.

**lip-stick** (lĭp′stĭk′) *n.* A small stick of waxy lip coloring enclosed in a cylindrical case.

**lipstick tree** *n.* See **annatto** 1.

**lip-sync** also **lip-synch** (lĭp′sĭngk′) — *v.* **-synched, -synch·ing, -synchs** also **-synced, -sync·ing, -syncs.** — *intr.* To move the lips in synchronization with recorded speech or song. — *tr.* To synchronize lip movement with (recorded speech or song).

**Lip·tau·er** (lĭp′tou′ər) *n.* **1.** A soft cheese originating in Hungary. **2.** A cheese spread made with Liptauer or a cream cheese substitute. [Ger., after *Liptau* (Liptó), Hungary.]

**liq.** *abbr.* **1.** Liquid. **2.** Liquor.

**li·quate** (lĭ′kwāt′) *tr.v.* **-quat·ed, -quat·ing, -quates.** To separate (the metals in an alloy) by melting the more fusible constituents while leaving the less fusible ones solid. [Lat. *liquāre, liquāt-,* to melt.] — **li·qua′tion** *n.*

**liq·ue·fac·tion** (lĭk′wə-fāk′shən) *n.* **1.** The process of liquefying. **2.** The state of being liquefied. [ME *liquefaccion* < OFr. *liquefacion* < LLat. *liquefactiō, liquefactiōn-* < Lat. *liquefactus,* p.part. of *liquefacere,* to make liquid. See LIQUEFY.]

**liq·ue·fy** also **liq·ui·fy** (lĭk′wə-fī′) — *v.* **-fied, -fy·ing, -fies.** — *tr.* **1.** To cause to become liquid, esp.: **a.** To melt (a solid) by heating. **b.** To condense (a gas) by cooling. — *intr.* To become liquid. [ME *liquefien* < OFr. *liquefier* < Lat. *liquefacere* : *liquēre,* to be liquid + *facere,* to make; see FACT.] — **liq′ue·fi′er** *n.*

**li·ques·cent** (lĭ-kwĕs′ənt) *adj.* Becoming or tending to become liquid; melting. [Lat. *liquēscēns, liquēscent-,* pr.part. of *liquēscere,* to become liquid, inchoative of *liquēre,* to be liquid.] — **li·ques′cence, li·ques′cen·cy** *n.*

**li·queur** (lĭ-kûr′, -kyŏŏr′) *n.* Any of various strongly flavored alcoholic beverages typically served in small quantities after dinner. [Fr. < OFr. *licour,* a liquid. See LIQUOR.]

**liq·uid** (lĭk′wĭd) *n.* **1.a.** A state of matter characterized by a readiness to flow, little or no tendency to disperse, and relatively high incompressibility. **b.** Matter or a specific body of matter in this state. **2.** *Ling.* A consonant articulated without friction and capable of being prolonged like a vowel, such as English *l* and *r.* — *adj.* **1.** Of or being a liquid. **2.** Having been liquefied, esp.: **a.** Melted by heating. **b.** Condensed by cooling. **3.** Flowing readily; fluid. **4.** Having a flowing quality without harshness or abrupt breaks. **5.** *Ling.* Articulated without friction and capable of being prolonged like a vowel. **6.** Clear and shining. **7.** Readily convertible into cash. [< ME, of a liquid < OFr. *liquide* < Lat. *liquidus* < *liquēre,* to be liquid.] — **liq′uid·ly** *adv.* — **liq′uid·ness** *n.*

**liq·uid·am·bar** (lĭk′wĭd-ăm′bär) *n.* Any of several deciduous trees of the genus *Liquidambar,* such as the sweet gum. [NLat., genus name : Lat. *liquidus,* liquid; see LIQUID + Med. Lat. *ambar,* amber; see AMBER.]

**liq·ui·date** (lĭk′wĭ-dāt′) *v.* **-dat·ed, -dat·ing, -dates.** — *tr.* **1.a.** To pay off (a debt, for example); settle. **b.** To settle the affairs of (a business firm, for example) by determining the liabilities and applying the assets to their discharge. **2.** To convert (assets) into cash. **3.** To put an end to; abolish. **4.** To put to death; kill. — *intr.* **1.** To settle a debt, a claim, or an obligation. **2.** To liquidate a business or an estate. [LLat. *liquidāre, liquidāt-,* to melt < Lat. *liquidus,* liquid. See LIQUID.] — **liq′ui·da′tion** *n.* — **liq′ui·da′tor** *n.*

**liquid crystal** *n.* Any of various liquids in which the molecules are regularly arrayed in either one dimension or two dimensions, the order giving rise to characteristic optical properties.

**liq·uid-crys·tal display** (lĭk′wĭd-krĭs′tal) *n.* An alphanumeric display made up of a normally transparent liquid, sandwiched between layers of glass or plastic, that forms opaque patterns when an electric field is applied.

**li·quid·i·ty** (lĭ-kwĭd′ĭ-tē) *n.* **1.** The state of being liquid. **2.** The quality of being readily convertible into cash. **3.** Available cash or the capacity to obtain it on demand.

**liquid measure** *n.* **1.** The measurement of liquid capacity. **2.** A unit or system of units of liquid capacity.

**liq·ui·fy** (lĭk′wə-fī′) *v.* Var. of **liquefy.**

**liq·uor** (lĭk′ər) *n.* **1.** An alcoholic beverage made by distillation rather than by fermentation. **2.** A liquid, such as broth, produced in cooking. **3.** An aqueous solution of a nonvolatile substance. **4.** A solution, an emulsion, or a suspension for industrial use. — *tr.v.* **-uored, -uor·ing, -uors. 1.** To steep (malt, for example). **2.** *Slang.* To make drunk with alcoholic liquor. Often used with *up: was all liquored up.* [ME *licour,* a liquid < OFr. < Lat. *liquor* < *liquēre,* to be liquid.]

**liq·uo·rice** (lĭk′ər-ĭs, -ĭsh) *n. Chiefly British.* Var. of **licorice.**

**li·ra** (lîr′ə, lē′rä) *n., pl.* **li·re** (lîr′ā, lē′rĕ) or **li·ras.** See table at **currency.** [Ital. < OItal. < OProv. *liura* < Lat. *libra,* a unit of weight; pound.]

**lir·i·pipe** (lĭr′ə-pīp′) *n.* A long scarf or cord attached to and hanging from a hood. [Med.Lat. *liripipium.*]

**Lis·bon** (lĭz′bən). The cap. of Portugal, in the W part on the Tagus R. estuary. An ancient Iberian settlement, it was devastated by a major earthquake in 1755. Pop. 807,167.

**li·sen·te** (lē-sĕn′tā) *n.* Pl. of **sente.**

**lisle** (līl) *n.* **1.** A fine, smooth, tightly twisted thread spun from

long-stapled cotton. **2.** Fabric knitted of this thread, used esp. for hosiery and underwear. [After *Lisle* (Lille), France.]

**lisp** (lĭsp) *n.* **1.** A speech defect or mannerism characterized by mispronunciation of the sounds (s) and (z) as (th) and (*th*). **2.** A sound of or like a lisp. — *v.* **lisped, lisp·ing, lisps.** — *intr.* **1.** To speak with a lisp. **2.** To speak imperfectly, as a child does. — *tr.* To pronounce with a lisp. [< ME *lispen,* to lisp < OE *-wlispian* < *wlisp,* lisping.] — **lisp′er** *n.*

**LISP** (lĭsp) *n. Comp. Sci.* A programming language widely used in artificial intelligence research. [*lis(t) p(rocessing).*]

**lis·some** also **lis·som** (lĭs′əm) *adj.* **1.** Easily bent; supple. **2.** Having the ability to move with ease; limber. [Alteration of LITHESOME.] — **lis′some·ly** *adv.* — **lis′some·ness** *n.*

**list¹** (lĭst) *n.* **1.** A series of names, words, or other items written, printed, or imagined one after the other: *guest list.* **2.** A considerable number; a long series. — *v.* **list·ed, list·ing, lists.** — *tr.* **1.** To make a list of; itemize. **2.** To enter in a list; register. **3.** To put (oneself) in a specific category. **4.** *Archaic.* To recruit. — *intr.* **1.** To have a stated list price. **2.** *Archaic.* To enlist in the armed forces. [Fr. *liste* < OFr. < OItal. *lista,* of Gmc. orig.] — **list′er** *n.*

**list²** (lĭst) *n.* **1.a.** A narrow strip, esp. of wood. **b.** *Archit.* See **listel. c.** A border or selvage of cloth. **2.** A stripe or band of color. **3.a.** An arena for jousting tournaments or other contests. Often used in the plural. **b.** A place of combat. Often used in the plural. **c.** An area of controversy. Often used in the plural. **4.** A ridge thrown up between two furrows by a lister in plowing. **5.** *Obsolete.* A boundary; a border. — *tr.v.* **list·ed, list·ing, lists. 1.** To cover, line, or edge with list. **2.** To cut a thin strip from the edge of. **3.** To furrow or plant (land) with a lister. [ME < OE *līste.*]

**list³** (lĭst) *n.* An inclination to one side, as of a ship; a tilt. — *intr. & tr.v.* **list·ed, list·ing, lists.** To lean or cause to lean to the side: *The ship listed badly to starboard.* [?]

**list⁴** (lĭst) *intr. & tr.v.* **list·ed, list·ing, lists.** *Archaic.* To listen or listen to. [ME *listen* < OE *hlystan.* See kleu-*.]

**list⁵** (lĭst) *Archaic.* — *v.* **list·ed, list·ing, lists.** — *tr.* To be pleasing to; suit. — *intr.* To be disposed; choose. — *n.* A desire or an inclination. [ME *listen,* to desire, please < OE *lystan.* See las-*.]

**lis·tel** (lĭs′tal) *n. Archit.* A narrow border, molding, or fillet. [Fr. < Ital. *listello,* dim. of *lista,* border, of Gmc. orig.]

**lis·ten** (lĭs′ən) *intr.v.* **-tened, -ten·ing, -tens. 1.** To make an effort to hear something: *listen to the radio.* **2.** To pay attention; heed. — *phrasal verb.* **listen in. 1.** To listen to a conversation between others; eavesdrop. **2.** To tune in and listen to a broadcast. [ME *listenen,* alteration (influenced by *listen;* see LIST⁴) of OE *hlysnan.* See kleu-*.] — **lis′ten·er** *n.*

**lis·ten·a·ble** (lĭs′ə-nə-bəl) *adj.* Being such that listening is pleasurable: *a listenable soundtrack.* — **lis′ten·a·bil′i·ty** *n.*

**lis·ten·er·ship** (lĭs′ə-nər-shĭp′, lĭs′nər-) *n.* The people who listen to a radio program or station.

**list·er** (lĭs′tər) *n.* A plow equipped with a double moldboard that turns up the soil on each side of the furrow. [< LIST².]

**Lis·ter** (lĭs′tər), **Joseph.** 1827–1912. British surgeon who demonstrated (1865) that carbolic acid was an effective antiseptic agent.

**lis·te·ri·a** (lĭ-stîr′ē-ə) *n.* Any of various rod-shaped gram-positive bacteria of the genus *Listeria.* [NLat. *Listeria,* genus name, after Joseph LISTER.]

**lis·te·ri·o·sis** (lĭ-stîr′ē-ō′sĭs) *n.* A bacterial disease caused by *Listeria monocytogenes,* affecting animals and occasionally human beings and marked by meningitis and encephalitis.

**list·ing** (lĭs′tĭng) *n.* **1.** An entry in a list or directory. **2.** A list or directory. **3.** *Comp. Sci.* A printout of a program or file.

**list·less** (lĭst′lĭs) *adj.* Lacking energy or disinclined to exert effort; lethargic: *listless resignation.* [ME *listles* : prob. < *liste,* desire (< *listen,* to desire; see LIST⁵) + -*les, -lesse, -less.*] — **list′less·ly** *adv.* — **list′less·ness** *n.*

**list price** *n.* A basic published or advertised price, often subject to discount.

**Liszt** (lĭst), **Franz.** 1811–86. Hungarian composer whose works include the *Dante Symphony* (1856).

**lit¹** (lĭt) *v.* A p.t. and p.part. of **light¹.** See Usage Note at **light¹.**

**lit²** (lĭt) *v.* A p.t. and p.part. of **light².**

**lit.** *abbr.* **1.** Liter. **2.a.** Literal. **b.** Literally. **3.** Literary. **4.** Literature.

**lit·a·ny** (lĭt′n-ē) *n., pl.* **-nies. 1.** A liturgical prayer consisting of a series of petitions recited by a leader alternating with fixed responses by the congregation. **2.** A repetitive or incantatory recital. [ME *letanie* < OFr. < Med.Lat. *letania* < LLat. *litania* < LGk. *litaneia* < Gk., entreaty < *litaneuein,* to entreat < *litanos,* entreating < *litē,* supplication.]

**Lit.B.** *abbr. Lat.* Litterarum Baccalaureus (Bachelor of Letters; Bachelor of Literature).

**li·tchi** also **li·chee** or **ly·chee** (lē′chē) *n.* **1.** A Chinese tree (*Litchi chinensis*) that bears bright red fruits, each of which has a large single seed with a white, fleshy, edible aril. **2.** The nutlike fruit of this tree. [Chin. (Mandarin) *lì zhī.*]

**Lit.D.** *abbr. Lat.* Litterarum Doctor (Doctor of Letters; Doctor of Literature).

**lite** (līt) *adj. Slang.* Having less substance or weight or fewer



Franz Liszt



litchi
*Litchi chinensis*

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, |
| ô paw | item |

Stress marks:
′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-n

Case 1:24-cv-00065-JLH    Document 422-1    Filed 07/01/26    Page 74 of 125 PageID #: 17660

film. **—so'lar·i·za'tion** (-lər-ĭ-zā'shən) n.

**solar month** One twelfth of a solar year, totaling 30 days, 10 hours, 3.8 seconds.

**solar panel** A group of connected solar cells.

**solar plexus** n. **1.** The large network of sympathetic nerves and ganglia located in the peritoneal cavity behind the stomach and sending branching tracts that supply nerves to the abdominal viscera. **2.** The pit of the stomach. [< its radially branching nerves]

**solar system** The sun together with the nine planets and all other celestial bodies that orbit the sun.

**solar wind** (wĭnd) n. A stream of ionized particles ejected at high speeds from the surface of the sun.

**solar year** The period of time required for the earth to make one complete revolution around the sun, measured from one fixed point to the next and equal to 365 days, 5 hours, 48 minutes, 45.51 seconds.

**sold** (sōld) v. P.t. and p.part. of **sell**.

**sol·dan** (sōl'dən, sŏl') also **sou·dan** (sōōd'n) n. A sultan in the Orient. [ME < OFr. < Ar. *sultān*.]

**sol·der** (sŏd'ər) n. **1.** Any of various fusible alloys, usu. tin and lead, used to join metallic parts. **2.** Something that joins or unites. —v. **dered**, **der·ing**, **ders**. —tr. To serve as a means to hold together, join. —intr. **1.** To unite or repair things with solder. **2.** To be joined by or as if by solder. [ME *soudur* < OFr. *souder*, to solder < Lat. *solidāre*, to make solid. See solm.] **—sol'der·er** n.

**sol·dier** (sōl'jər) n. **1.** One who serves in an army. **2.** An enlisted person or a noncommissioned officer. **3.a.** An active, loyal, or militant follower. **b.** A trusted follower of an organization or crime leader. **4.** A sexually undeveloped form of certain ants and termites, having large heads and powerful jaws adapted to fighting weapons. —intr.v. **-diered**, **-dier·ing**, **-diers**. **1.** To be or serve as a soldier. **2.** To make a show of working. [ME *soudier*, mercenary < AN *soldeier* < OFr. *soudier*, both < OFr. *soud*, *soud*, sou < LLat. *solidum*, pay < *solidus*, solidus. See solm.]

**Word History:** Why do soldiers fight? The Old French *soudoior* or *soudier*, from which our word comes, is derived from *sol* or *soud*, Old French forms of Modern French *sou*. There is no longer a French coin named *sou*, but the meaning of the word *sou* alerts us to the fact that money is involved. Indeed, Old French *sol* referred to a coin and also meant "pay," and a *soudoior* was one who fought for pay. This was a concept worth expressing in an era when others were not paid for fighting but did it in service to a feudal lord.

**sol·dier·ly** (sōl'jər-lē) adj. Of or befitting a soldier.

**soldier of fortune** n., pl. **soldiers of fortune**. One who will serve in any army for personal gain or love of adventure.

**sol·dier·y** (sōl'jə-rē) n. **1.** Soldiers considered as a group. **2.** The profession of soldiering.

**sold-out** (sōld'out') adj. Having all tickets or accommodations completely sold, esp. ahead of time.

**sole¹** (sōl) n. **1.** The underside of the foot. **2.** The underside of a shoe or boot, often excluding the heel. **3.** The part on which something else rests while in a vertical position, esp.: **a.** The bottom surface of a plow. **b.** *Sports*. The bottom surface of the head of a golf club. —tr.v. **soled**, **sol·ing**, **soles**. **1.** To furnish (a shoe or boot) with a sole. **2.** *Sports*. To put the sole of (a golf club) on the ground, as in preparing to make a stroke. [ME < OFr. < Lat. *solea*, sandal < *solum*, bottom, base of the foot.]

**sole²** (sōl) adj. **1.** Being the only one: *the sole survivor of the crash*. **2.** Of or relating to only one individual or group; exclusive: *The court has the sole right to decide*. **3.** *Law*. Single; unmarried. [ME, alone < OFr. *sol* < Lat. *sōlus*. See s(w)e-*.]

**sole³** (sōl) n., pl. **sole** or **soles**. **1.** Any of various chiefly marine flatfishes of the family Soleidae, related to and resembling the flounders, esp. any of several European species, such as *Solea solea*, valued as food fishes. **2.** Any of various other flatfish, including certain coastal flounders. [ME < OFr. < Lat. *solea*, sandal < its shape. See sole¹.]

**sol·e·cism** (sŏl'ĭ-sĭz'əm, sō'lĭ-) n. **1.** A nonstandard usage or grammatical construction. **2.** A violation of etiquette. **3.** An impropriety, mistake, or an incongruity. [Lat. *soloecismus* < Gk. *soloikismos* < *soloikizein*, to speak incorrectly < *soloikos*, speaking incorrectly, after Soloi (Soli), an Athenian colony in Cilicia where a dialect regarded as substandard was spoken.] **—sol'e·cist** n. **—sol'e·cis'tic** adj.

**sole·ly** (sōl'lē) adv. **1.** Alone; singly: *solely responsible*. **2.** Entirely; exclusively: *did it solely for love*.

**sol·emn** (sŏl'əm) adj. **1.** Deeply earnest, serious, and sober. **2.** Conducted or performed with full ceremony. **3.** Performed according to ritual or legal form so as to be duly binding. **4.** Invoking the force of religion; sacred. **5.** Gloomy; somber. [ME *solemne* < Lat. *sollemnis*, established, customary. See sol-*.] **—sol'emn·ly** adv. **—sol'emn·ness** n.

**so·lem·ni·ty** (sə-lĕm'nĭ-tē) n., pl. **-ties**. **1.** The quality or condition of being solemn. **2.** A solemn observance or proceeding.

**sol·em·nize** (sŏl'əm-nīz') tr.v. **-nized**, **-niz·ing**, **-niz·es**. **1.** To celebrate or observe with dignity and gravity. **2.** To perform with formal ceremony. **3.** To make serious or grave. **—sol'em·ni·za'tion** (-nĭ-zā'shən) n.

**so·le·noid** (sō'lə-noid') n. **1.** A coil of wire that acts like a magnet when a current passes through it. **2.** An assembly used as a switch, consisting of a coil and a metal core free to slide along the coil axis under the influence of the magnetic field. [Fr. *solénoïde* < Gk. *sōlēnoeidēs*, pipe-shaped : *sōlēn*, pipe + *-oeidēs*, -oid.] **—so'le·noi'dal** (-noid'l) adj. **—so'le·noi'dal·ly** adv.

**So·lent** (sō'lənt). A narrow channel between the Isle of Wight and the S mainland of England.

**sole·plate** (sōl'plāt') n. The underside of a clothes iron.

**sole·print** (sōl'print') n. **1.** A print of the sole of the foot. **2.** A print of the sole of the foot made for identification.

**soles** (sō'lās) n. Pl. of **sol³**.

**so·le·us** (sō'lē-əs) n., pl. **-le·i** (-lē-ī'). A broad flat muscle of the calf of the leg, situated under the gastrocnemius. [NLat. < Lat. *solea*, sandal. See sole¹.]

**sol-fa** (sōl-fä') *Mus.* —n. **1.** The set of syllables *do*, *re*, *mi*, *fa*, *sol*, *la*, and *ti*, used to represent the tones of the scale. **2.** Use of these syllables. —intr. & tr.v. **-faed**, **-fa·ing**, **-fas**. To use the sol-fa syllables or sing using these syllables. [Ital. *solfa* < Med.Lat. : *sol*, note of the scale; see camut + *fa*, note of the scale; see camut.]

**sol·fa·ta·ra** (sōl'fə-tär'ə) n. A volcanic area that gives off sulfurous gases and steam. [Ital. < *solfo*, sulfur < Lat. *sulfur*.]

**sol·fège** (sōl-fĕzh', sŏl-) n. *Mus.* Solfeggio. [Fr. < Ital. *solfeggio*. See solfeggio.]

**sol·feg·gio** (sōl-fĕj'ē-ō', -fĕj'ō) n., pl. **-feg·gi** (-fĕj'ē) or **-gios**. *Mus.* **1.** Use of the sol-fa syllables to note the tones of the scale; solmization. **2.** A singing exercise in which the sol-fa syllables are used. [Ital. < *solfa*, sol-fa. See sol-fa.]

**sol·fe·ri·no** (sōl'fə-rē'nō) n. *Color.* A moderate purplish red. [After Solferino, a village of N Italy.]

**so·lic·it** (sə-lĭs'ĭt) v. **-it·ed**, **-it·ing**, **-its**. —tr. **1.** To seek to obtain by persuasion, entreaty, or formal application. **2.** To petition persistently; importune. **3.** To entice or incite to evil or illegal action. **4.** To approach or accost (a person) with an offer of sexual services. —intr. **1.** To make solicitation or petition for something desired. **2.** To solicit someone sexually. [ME *soliciten*, to disturb < OFr. *solliciter* < Lat. *sollicitāre* < *sollicitus*, troubled. See soursour.] **—so·lic'i·ta'tion** n.

**so·lic·i·tor** (sə-lĭs'ĭ-tər) n. **1.** One that solicits, esp. one that seeks trade or contributions. **2.** The chief law officer of a city, town, or government department. **3.** *Chiefly British.* An attorney who is not a member of the bar and may be heard only in the lower courts.

**solicitor general** n., pl. **solicitors general**. **1.** A law officer assisting an attorney general. **2.** The chief law officer in a state not having an attorney general.

**so·lic·i·tous** (sə-lĭs'ĭ-təs) adj. **1.a.** Anxious or concerned. **b.** Expressing care or concern. See Syns at **thoughtful**. **2.** Full of desire; eager. **3.** Marked by anxious care and often hovering attentiveness. **4.** Extremely careful; meticulous. [Lat. *sollicitus* : *sollus*, entire; see sol-* + *citus*, p.part. of *ciēre*, to set in motion; see kei-².] **—so·lic'i·tous·ly** adv. **—so·lic'i·tous·ness** n.

**so·lic·i·tude** (sə-lĭs'ĭ-tōōd', -tyōōd') n. **1.** The state of being solicitous; care or concern, as for the well-being of another. See Syns at **anxiety**. **2.** A cause of anxiety or concern. Often used in the plural.

**sol·id** (sŏl'ĭd) adj. **-er**, **-est**. **1.a.** Of definite shape and volume; not liquid or gaseous. **b.** Firm or compact in substance. See Syns at **firm¹**. **2.** Not hollowed out: *a solid block of wood*. **3.** Being the same substance or color throughout: *solid gold*. **4.** *Math.* Of, relating to, or being a three-dimensional geometric figure or body. **5.** Having no gaps or breaks; continuous: *a solid line of people*. **6.** Of good quality and substance: *a solid foundation*. **7.** Substantial; hearty: *a solid meal*. **8.** Sound; reliable: *solid facts*. **9.** Financially sound. **10.** Upstanding and dependable. For example, the word *software* is a solid compound. **12.** *Print.* Having no leads between the lines. **13.** Acting together; unanimous: *a solid voting bloc*. —n. **1.** A substance having a definite shape and volume; one that is neither liquid nor gaseous. **2.** *Math.* A geometric figure having three dimensions. [ME *solide* < OFr. < Lat. *solidus*, having three dimensions. See sol-*.] **—sol·id'i·ty** adv. **—sol'id·ness** n.

**solid angle** n. *Math.* An angle formed by all rays from a common point that pass through a closed curve.

**sol·i·dar·i·ty** (sŏl'ĭ-dâr'ĭ-tē) n. A union of interests, purposes, or sympathies among members of a group; fellowship of responsibilities and interests. [Fr. *solidarité* < *solidaire*, interdependent < OFr., in common < Lat. *solidus*, solid, whole. See solm.]

**solid geometry** n. *Math.* The branch of mathematics that deals with three-dimensional figures and surfaces.

**so·lid·i·fy** (sə-lĭd'ə-fī') v. **-fied**, **-fy·ing**, **-fies**. —tr. **1.** To make solid, compact, or hard. **2.** To make strong or united. —intr. To become solid or united. **—so·lid'i·fi·ca'tion** (-fĭ-kə'shən) n.



**solar panel**
On the Skylab satellite

U
Z

APP.

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōŏ boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | th this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, |
| ô paw | item |

Stress marks: ' (primary); ' (secondary), as in dictionary (dĭk'shə-nĕr'ē)

# Exhibit 39

# Oxford Thesaurus of English

THIRD EDITION



OXFORD
UNIVERSITY PRESS

## OXFORD
UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide in

Oxford  New York
Auckland  Cape Town  Dar es Salaam  Hong Kong  Karachi
Kuala Lumpur  Madrid  Melbourne  Mexico City  Nairobi
New Delhi  Shanghai  Taipei  Toronto

With offices in

Argentina  Austria  Brazil  Chile  Czech Republic  France  Greece
Guatemala  Hungary  Italy  Japan  Poland  Portugal  Singapore
South Korea  Switzerland  Thailand  Turkey  Ukraine  Vietnam

Oxford is a registered trade mark of Oxford University Press
in the UK and in certain other countries

© Oxford University Press 2000, 2004, 2006, 2009

Database right Oxford University Press (makers)

First edition 2000
Second edition 2004
Second edition, revised 2006
Third edition 2009

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press,
or as expressly permitted by law, or under terms agreed with the appropriate
reprographics rights organization. Enquiries concerning reproduction
outside the scope of the above should be sent to the Rights Department,
Oxford University Press, at the address above

You must not circulate this book in any other binding or cover
and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data

Data available

Library of Congress Cataloging in Publication Data

Data available

Typeset in Parable, Frutiger, and Argo by Asiatype, Inc.
Printed in Italy by Rotolito Lombarda S.p.A.

ISBN  978-0-19-956081-3

10  9  8  7  6  5  4  3  2  1

General Library System
University of Wisconsin - Madison
728 State Street
Madison, WI 53706-1494
U.S.A.

This material may be protected by Copyright law (Title 17 U.S. Code)

**3** *he writes in an easy, flowing style*: **fluent**, fluid, free-flowing, effortless, easy, natural, smooth, unbroken, uninterrupted, continuous, graceful, elegant.
▷ANTONYMS stilted; halting.

**fluctuate** verb **1** *the size of harvest fluctuates from year to year*: **vary**, differ, shift, change, alter, waver, swing, oscillate, alternate, rise and fall, go up and down, see-saw, yo-yo, be unstable, be unsteady.
▷ANTONYMS be steady.
**2** *she fluctuates between wanting to go and being afraid of going*: **vacillate**, hesitate, waver, falter, veer, swing, sway, oscillate, alternate, teeter, totter, hover, see-saw, yo-yo, go from one extreme to the other, vary, change one's mind, be in two minds, be ambivalent, be indecisive, be unsure, be undecided; Brit. hum and haw, haver; Scottish swither; informal shilly-shally, dilly-dally, blow hot and cold, pussyfoot around, sit on the fence, wobble.

**fluctuation** noun *a natural fluctuation in the earth's temperature*: **variation**, shift, change, alteration, swing, movement, oscillation, undulation, alternation, rise and fall, rising and falling, see-sawing, yo-yoing, instability, unsteadiness.
▷ANTONYMS stability.

**flue** noun duct, tube, passage, channel, canal, conduit, shaft, air passage, airway, vent, well; funnel, chimney, chimney stack, smokestack; pipe, pipeline, outlet, inlet.

**fluency** noun **1** *a job that calls for verbal fluency*: **eloquence**, articulacy, articulateness, expressiveness, communicativeness, coherence, cogency, intelligibility, comprehensibility, lucidity, vividness, persuasiveness, glibness, volubility.
▷ANTONYMS inarticulacy.
**2** *fluency in Japanese will be a major asset*: **articulacy**, facility, ability to speak or write ... easily and accurately; command of.
**3** *his walk had a feline kind of fluency to it*: **fluidity**, flow, smoothness, effortlessness, ease, naturalness; grace, gracefulness, elegance; regularity, rhythm, rhythmicity; rare flowingness.
▷ANTONYMS jerkiness.

**fluent** adjective **1** *a fluent introductory speech*: **articulate**, eloquent, expressive, communicative, coherent, cogent, illuminating; vivid, silver-tongued, persuasive, glib, voluble.
▷ANTONYMS inarticulate.
**2** *he soon became fluent in Welsh*: **articulate**, able to speak or write ... easily and accurately; (**be fluent in**) have a (good) command of.
**3** *he has a very fluent running style*: **free-flowing**, smooth, effortless, easy, natural, fluid, unbroken, uninterrupted, continuous; graceful, elegant; regular, rhythmic.
▷ANTONYMS jerky.

**fluff** noun **1** *there was fluff all over my coat*: **fuzz**, lint, dust; N. Amer. dustballs, dust bunnies; Scottish ooze.
**2** *on his head was a fluff of pale downy hair*: **down**, soft/fine hair, soft fur, soft feathers, downiness, fuzz, floss, nap, pile.
**3** informal *commentary should be free of fluffs such as mispronounced words or hesitations*: **mistake**, error, gaffe, blunder, fault, slip, slip of the tongue, solecism, indiscretion, oversight, inaccuracy, botch; French faux pas; Latin lapsus linguae, lapsus calami; informal slip-up, clanger, boner, boo-boo, howler; Brit. informal boob; N. Amer. informal goof, blooper, bloop; Brit. informal, dated bloomer, floater.
▶ verb **1** informal *the out-takes show him hopelessly fluffing his lines*: **bungle**, deliver badly, muddle up, make a mess of; forget; informal mess up, foul up, screw up, cock up.
▷ANTONYMS get right.
**2** informal *he fluffed his tee shot on the fourteenth hole*: **bungle**, fumble, miss; informal mess up, make a mess of, make a hash of, hash, muff, foozle, butcher, make a botch of, foul up, bitch up, screw up, blow, louse up; Brit. informal make a muck of, make a pig's ear of, cock up, make a Horlicks of; N. Amer. informal flub, goof up, bobble; vulgar slang fuck up, bugger up, balls up, bollix up.
▷ANTONYMS succeed in, make a good job of.

**fluffy** adjective *a fluffy toy rabbit*: **fleecy**, woolly, fuzzy, shaggy, hairy, feathery, downy, furry, velvety, cushiony; soft; rare floccose, flocculent, lanate, lanose.
▷ANTONYMS rough.

**fluid** noun *he designed instruments to measure the flow of fluids*: **flowing substance**; liquid, watery substance, moisture, solution, juice, sap; gas, gaseous substance, vapour.
▷ANTONYMS solid.
▶ adjective **1** *in fluid magmas, these gas bubbles can expand freely*: **flowing**, able to flow easily; liquid, liquefied, melted, molten, uncongealed, running; gaseous, gassy; technical fluxional.
▷ANTONYMS solid.
**2** *at this stage his plans were still fluid*: **adaptable**, flexible, adjustable, open-ended, open, open to change, changeable, not fixed, not settled, variable, versatile.
▷ANTONYMS firm.

**3** *take advantage of our fluid state to let us know what you think the magazine should look like*: **fluctuating**, changeable, subject/likely to change, unsteady, (ever-)shifting, mobile, inconstant; **unstable**, unsettled, turbulent, volatile, mercurial, protean, kaleidoscopic, knife-edge, explosive.
▷ANTONYMS static.
**4** *he stood up in one fluid movement*: **free-flowing**, flowing, fluent, smooth, effortless, easy, natural, unbroken, uninterrupted, continuous; graceful, elegant; regular, rhythmic.
▷ANTONYMS jerky.

***Choose the right word* fluid, liquid**

See **liquid**.

**fluke** noun *by a fluke I had a cancellation*: **chance**, coincidence, accident, a twist of fate; **piece/stroke of luck**, piece/stroke of good luck, piece/stroke of good fortune, lucky stroke, happy/lucky chance, lucky break.

**fluky** adjective *we didn't deserve to win—our goals were a bit fluky*: **lucky**, fortunate, providential, timely, opportune, serendipitous, expedient, heaven-sent, auspicious, propitious, felicitous, convenient, apt; chance, fortuitous, accidental; unexpected. unanticipated, unforeseen, unlooked-for, coincidental, haphazard, inadvertent, random, unintended; Brit. informal jammy.
▷ANTONYMS planned.

**flummox** verb *Linear B script had flummoxed generations of academics*: **baffle**, bewilder, mystify, bemuse, perplex, puzzle, confuse, confound, nonplus, disconcert, throw, throw off balance, disorientate, take aback, set thinking; informal bamboozle, discombobulate, faze, stump, beat, fox, make someone scratch their head, be all Greek to, make someone's head spin, floor, fog; N. Amer. informal buffalo; archaic wilder, gravel, maze, cause to be at a stand, distract, pose; rare obfuscate.

**flummoxed** adjective *I was flummoxed until I remembered something*: **baffled**, bewildered, mystified, bemused, perplexed, puzzled, confused, confounded, nonplussed, disconcerted, thrown, thrown off balance, at sea, at a loss, disorientated, taken aback; informal bamboozled, discombobulated, fazed, stumped, beat, foxed, floored; Canadian & Austral./NZ informal bushed; archaic wildered, distracted, mazed.

**flunkey** noun **1** *a flunkey brought us a bottle of champagne*: **liveried manservant**, liveried servant, lackey, steward, butler, footman, valet, retainer, attendant, factotum, houseboy, page.
**2** *government flunkeys searched his offices*: **minion**, lackey, hireling, subordinate, underling, servant, retainer, vassal; puppet, spaniel, pawn, tool, creature, instrument, cat's paw; informal skivvy, stooge, sucker, yes-man; Brit. informal poodle, dogsbody; N. Amer. informal gopher.

**flurried** adjective *I was so flurried that I broke the cork*: **agitated**, flustered, ruffled, in a panic, worked up, beside oneself, overwrought, perturbed, frantic; informal in a flap, in a state, in a twitter, in a fluster, in a dither, all of a dither, all of a lather, in a tizz/tizzy, in a tiz-woz; Brit. informal in a (flat) spin, having kittens; N. Amer. informal in a twit.
▷ANTONYMS calm.

**flurry** noun **1** *he opened the door and a flurry of snow blew in*: **swirl**, whirl, eddy, billow, shower, gust, rush, burst, gale, squall, storm.
**2** *there was a renewed flurry of activity outside*: **burst**, outbreak, spurt, fit, spell, bout, rash, blaze, eruption; informal spot.
**3** *his account of the deliberations caused a flurry of excitement in the press*: **fluster**, fuss, bustle, whirl, stir, ferment, hubbub, commotion, hustle, tumult; agitation, disturbance, furore, perturbation, state of anxiety, panic; informal to-do, flap; archaic pother.
**4** *there was a flurry of imports*: **spate**, wave, flood, deluge, torrent, stream, tide, avalanche, storm, shower, cascade; series, succession, string; barrage, volley, battery; outbreak, rash, explosion, run, rush.
▷ANTONYMS dearth; trickle.
▶ verb *gusts of snow flurried through the door*: **swirl**, whirl, eddy, billow, gust, blast, blow, rush, wind, churn, swish, spin, twist, spurt, surge, seethe, stream, flow, puff, squall, squirt, boil.

**flush¹** verb **1** *he kissed her cheek and she flushed in embarrassment*: **blush**, redden, turn/go pink, turn/go red, turn/go crimson, turn/go scarlet, colour (up), change colour, crimson, tint, burn up; archaic mantle.
▷ANTONYMS pale.
**2** *fruit helps to flush toxins from the body*: **rinse (out)**, wash (out/down), sluice, swill, cleanse, clean, hose (down), swab; Brit. informal sloosh (down).
**3** *one of the beaters was flushing birds from their hiding places*: **drive**, send up, chase, force, dislodge, expel, frighten, scare.
▶ noun **1** *a flush crept over her face*: **blush**, reddening, high colour, colour, rosiness, pinkness, ruddiness, bloom.
▷ANTONYMS paleness.
**2** *in the first flush of manhood*: **bloom**, glow, freshness, radiance, vigour, rush.

**flush²** adjective informal **1** *the company was flush with cash*: **well supplied with**, replete with, overflowing with, bursting with, brimful with,

idolize, adulate; aggrandize; rare laud, panegyrize.
▷ANTONYMS vilify.

**lip** noun 1 *the lip of the coffee pot | the lip of the crater*: **edge**, rim, brim, margin, border, verge, brink; boundary, perimeter; mouth.
▷ANTONYMS centre.
2 informal *I'll tan your hide if I have any more of your lip.* See **insolence**.
□ **keep a stiff upper lip** keep control of oneself, not show emotion, appear unaffected, bite one's lip; informal keep one's cool.

> ### Word links **lip**
>
> **labial** relating to the lips
> **labio-** related prefix, as in *labiodental*

**liquefy** verb *above a certain temperature it is impossible to liquefy a gas | the wine was warm and the cheese had liquefied*: **make/become liquid**, condense, dissolve, precipitate; liquidize, melt; deliquesce, run.
▷ANTONYMS solidify, coagulate; gasify.

**liquid** adjective 1 *liquid fuels*: **fluid**, flowing, running; runny, watery, thin, sloppy, aqueous, liquefied; melted, molten, thawed, dissolved, uncongealed; technical hydrous.
▷ANTONYMS solid; gaseous.
2 *her liquid eyes*: **clear**, transparent, limpid, crystal clear, crystalline, see-through; translucent, pellucid, unclouded, uncloudy; bright, shining, brilliant, glowing, gleaming.
▷ANTONYMS cloudy; opaque.
3 *her liquid voice*: **pure**, clear, smooth, fluent, distinct, clarion; **mellifluous**, dulcet, mellow, sweet, sweet-sounding, sweet-toned, soft, melodious, honeyed, soothing, tuneful, musical, lilting, lyrical, harmonious, euphonious; rare mellifluent.
▷ANTONYMS cacophonous, disharmonious.
4 *liquid assets*: **convertible**, negotiable, disposable, usable, realizable, obtainable, spendable.
▷ANTONYMS unavailable, tied up.
▶ noun *a vat of liquid*: **fluid**; moisture, wet, wetness, damp, dampness; liquor; solution; juice, sap, secretion.
▷ANTONYMS solid; gas.

> ### Word links **liquid**
>
> **hydraulics** science of moving liquids

> ### Choose the right word **liquid, fluid**
>
> Just as these two words are close in their scientific senses, they have similar figurative meanings.
>
> Scientifically, **liquid** is the narrower term, denoting a fluid, such as water or oil, that flows but has constant volume (at constant temperature and pressure). A liquid has no fixed shape and yields easily to external pressure; thus we can talk metaphorically about *liquid assets* (such as shares or commodities) that can easily be converted into cash, while a *liquid market* features much trading and continual price movements. *Liquid* is also used of things that are clear to the eye or ear (*liquid blue eyes* | *the liquid song of a bird*).
>
> In its scientific sense, **fluid** denotes anything that flows, including gases, which can change shape more dramatically than liquids. In figurative uses, a *fluid situation* is also very volatile, while *fluid pricing*, to which airline flights and package holidays in particular are now subject, means that their prices are varied continually, according to the demand from customers or the cash-flow requirements of the business. *Fluid* is also used to indicate effortless and graceful movement (*in one fluid movement, he picked up the bag and its contents*).

**liquidate** verb 1 *if the company was liquidated, there would be enough funds released to honour the debts*: **close down**, wind up, put into liquidation, dissolve, break up, disband, terminate.
2 *he would normally have liquidated his share portfolio*: **convert to cash**, convert, cash, cash in, sell off, sell up, realize.
3 *the fund was raided for purposes other than liquidating the public debt*: **pay off**, pay, pay in full, settle, clear, discharge, square, make good, honour, defray, satisfy, account for; remit.
4 informal *nationalist rivals were liquidated in bloody purges.* See **kill**.

**liquidize** verb *liquidize a large raw carrot to a smooth paste*: **purée**, cream, liquefy, pulp, crush, press; blend, process.
▷ANTONYMS condense.

**liquor** noun 1 *it is not permitted to sell liquor to a person under 18*: **alcohol**, spirits, alcoholic drink, strong drink, drink, intoxicating liquor, intoxicant; informal booze, hard stuff, shorts, the demon drink, firewater, juice, grog; N. Amer. informal the sauce, hooch.
2 *carefully strain the cooking liquor into the sauce*: **stock**, broth, bouillon, juice, gravy, liquid, infusion, extract, concentrate, decoction.

**lissom** adjective *she had the lissom body of a dancer*: **supple**, lithe, limber, graceful, elegant, spry, flexible, loose-limbed, agile, nimble, deft, dexterous, fit; **slim**, slender, thin, willowy, sylphlike, sleek, trim.
▷ANTONYMS portly.

**list**[1] noun *a list of the world's wealthiest people*: **catalogue**, inventory, record, register, roll, file, index, directory, listing, checklist, tally, docket, ticket, enumeration, table, tabulation; series, litany, recital.
▶ verb *the accounts are listed alphabetically*: **record**, register, make a list of, note down, write down, set down, enter; itemize, enumerate, recite, catalogue, file, log, minute, tabulate, categorize, inventory, schedule, chronicle; classify, group, arrange, sort, rank, alphabetize, index.

**list**[2] verb *the boat listed to one side*: **lean**, lean over, tilt, tip, heel, heel over, careen, cant, pitch, toss, roll, incline, slant, slope, be at an angle, bank, keel over.
▷ANTONYMS be on an even keel.

**listen** verb 1 *I've just been listening to the news*: **hear**, pay attention, be attentive, attend, concentrate on, concentrate on hearing, give ear to, lend an ear to; hang on someone's words; keep one's ears open, prick up one's ears; informal be all ears, pin back one's ears, get a load of, tune in; literary hark, hearken.
2 *policy-makers should listen to popular opinion*: **pay attention, take heed**, heed, give heed, take notice, take note, mind, observe, watch, follow, notice, mark, bear in mind, give a thought to, take into consideration, take into account, take to heart, hang on, accept, believe; obey, do as one is told by.
▷ANTONYMS ignore, be deaf to.
□ **listen in** *anyone with the right radio receiver can listen in on calls*: **eavesdrop**, spy; overhear, tap, wiretap, bug, monitor; informal snoop.

**listless** adjective *she was pale and listless | a listless performance*: **lethargic**, enervated, lackadaisical, spiritless, unenergetic, lifeless, vigourless, lacking energy, limp, effete; **languid**, languorous, languishing, inactive, inert, sluggish, torpid, supine, half-hearted, lukewarm, indifferent, uninterested, impassive; indolent, idle, apathetic, shiftless, slothful; passive, dull, heavy.
▷ANTONYMS energetic, lively.

> ### Choose the right word **listless, languid, lethargic**
>
> See **languid**.

**litany** noun 1 *the lips of others had moved also, repeating the litany*: **prayer**, invocation, petition, supplication, devotion, entreaty; archaic orison.
2 *a litany of complaints*: **recital**, recitation, repetition, enumeration, account, refrain; list, listing, catalogue, inventory, roll.

**literacy** noun *tests of literacy and numeracy*: **ability to read and write**, reading/writing ability, reading/writing proficiency; learning, book learning, education, scholarship, schooling; letters.
▷ANTONYMS illiteracy.

**literal** adjective 1 *those who believe in the literal truth of the biblical Genesis | it is unique, in the literal sense of that word*: **strict, factual**, plain, simple, bare, exact, straightforward, stark; unvarnished, unexaggerated, unembellished, undistorted, unadulterated; objective, narrow, correct, true, truthful, faithful, accurate, genuine, authentic, veritable, veracious, gospel.
▷ANTONYMS metaphorical, figurative; loose, approximate.
2 *a literal translation*: **word-for-word**, verbatim, line-for-line, letter-for-letter; exact, precise, faithful, close, strict, to the letter, undeviating, true, accurate; rare literatim.
▷ANTONYMS loose, liberal, vague.
3 *his literal, unrhetorical manner*: **literal-minded**, down-to-earth, factual, matter-of-fact, no-nonsense, unsentimental, level-headed, hard-headed; prosaic, unimaginative, colourless, pedestrian, tedious, boring, dull, humdrum, uninspired, uninspiring, prosy.
▷ANTONYMS whimsical.
▶ noun *William read through the article, correcting two literals*: **misprint**, error, mistake, slip, slip of the pen, printing/typographical/typesetting/keyboarding/keying/typing error, corrigendum, erratum; informal typo, howler.

**literally** adverb *their name, translated literally, means 'the river'*: **verbatim**, word for word, line for line, letter for letter, to the letter; exactly, precisely, faithfully, closely, strictly, strictly speaking, accurately, rigorously; rare literatim.
▷ANTONYMS loosely, imprecisely; metaphorically.

**literary** adjective 1 *an established canon of literary works*: **written**; poetic, artistic, dramatic; published, printed, in print.
2 *her literary friends | a literary magazine*: **scholarly**, learned, intellectual, cultured, erudite, bookish, highbrow, studious, cerebral, lettered, academic, cultivated, civilized; well read, widely read, knowledgeable, educated, well educated; informal brainy.
▷ANTONYMS ill-educated; popular.
3 *literary language*: **formal**, written; **poetic**, dramatic, dignified, solemn;

# Exhibit 40

# ROGET'S ·21ST CENTURY THESAURUS

## IN DICTIONARY FORM

## *Third Edition*

**The Essential Reference for Home, School, or Office**

EDITED BY THE PRINCETON LANGUAGE INSTITUTE
**Barbara Ann Kipfer, Ph.D., Head Lexicographer**

Produced by The Philip Lief Group, Inc.

RECEIVED
LAW LIBRARY
FEB 2 2014
UNIV. OF WI.
Madison, WI 53706

A Dell Book

ROGET'S 21ST CENTURY THESAURUS, 3RD EDITION
A Dell Book

Published by arrangement with The Philip Lief Group, Inc.

PUBLISHING HISTORY
Dell mass market edition published May 2005
Dell mass market reissue / June 2006

Published by Bantam Dell
A Division of Random House, Inc.
New York, New York

All right reserved
Copyright © 1992, 1993, 1999, 2005 by The Philip Lief Group, Inc.

Library of Congress Catalog Card Number: 2005041339

If you purchased this book without a cover, you should be aware that this book is stolen property. It was reported as "unsold and destroyed" to the publisher, and neither the author nor the publisher has received any payment for this "stripped book."

Dell is a registered trademark of Random House, Inc., and the colophon is a trademark of Random House, Inc.

ISBN-13: 978-0-440-24269-7
ISBN-10: 0-440-24269-X

Printed in the United States of America
Published simultaneously in Canada

www.bantamdell.com

OPM   11   10   9   8   7   6   5   4   3

This material may be protected by Copyright law (Title 17 U.S. Code)

glide, gurgle, gush, inundate, jet, leak, move, ooze, overflow, pass, percolate, pour, proceed, progress, pullulate, regurgitate, result, ripple, roll, rush, slide, sluice, smooth along, spew, spill, splash, spring, spurt, sputter, squirt, stream, sweep, swell, swirl, teem, trickle, tumble, void, well forth; CONCEPTS 146,179 —Ant. trickle

**flowchart** [n] *sequential diagram* flow diagram, flow sheet; CONCEPTS 625,660

**flower** [n1] *bloom of a plant* annual, blossom, bud, cluster, efflorescence, floret, floweret, head, herb, inflorescence, perennial, pompon, posy, shoot, spike, spray, vine; CONCEPTS 425,428

**flower** [n2] *best, choicest part* cream, elite, finest point, freshness, greatest point, height, pick, pride, prime, prize, top; CONCEPTS 668,829 —Ant. worst

**flower** [v] *bloom, flourish* batten, blossom, blow, burgeon, effloresce, mature, open, outbloom, prosper, thrive, unfold; CONCEPTS 253,704 —Ant. close, die, droop, fade, sag, shrink, shrivel

**flowery** [adj] *ornate, especially referring to speech or writing* aureate, baroque, bombastic, declamatory, diffuse, embellished, euphemistic, euphuistic, fancy, figurative, florid, grandiloquent, high-flown, magniloquent, ornamented, overwrought, prolix, purple, redundant, rhetorical, rococo, sonorous, swollen, verbose, windy, wordy; CONCEPTS 267,589 —Ant. inelaborate, plain, unembellished, unflowery, unornate

**flowing** [adj] *gushing, abounding* brimming, continuous, cursive, easy, falling, flooded, fluent, fluid, fluidic, full, issuing, liquefied, liquid, overrun, pouring out, prolific, rich, rippling, rolling, running, rushing, sinuous, smooth, spouting, streaming, sweeping, teeming, tidal, unbroken, uninterrupted; CONCEPTS 482,584 —Ant. trickling

**fluctuate** [v] *vacillate, change* alter, alternate, be undecided, blow hot and cold*, ebb and flow, flutter, go up and down*, hem and haw*, hesitate, oscillate, rise and fall*, seesaw*, shift, swing, undulate, vary, veer, vibrate, wave, waver, yo-yo*; CONCEPTS 13,469,697 —Ant. hold, persist, remain, stay

**flue** [n] *pipe* channel, chimney, duct, exhaust pipe, passage, smoke duct, tube, vent; CONCEPT 440

**fluent** [adj] *articulate* chatty, cogent, copious, cursive, declamatory, disputatious, easy, effortless, effusive, eloquent, facile, flowing, garrulous, glib, liquid, loquacious, mellifluent, mellifluous, natural, persuasive, prompt, quick, ready, running, silver-tongued*, smooth, smooth-spoken, talkative, verbose, vocal, voluble, well-versed, wordy; CONCEPTS 267, 584 —Ant. effortful, hesitant, inarticulate, unfluent, unprepared

**fluff** [n1] *down* eiderdown, feathers, fleece, floss, fuzz, lint, wool; CONCEPT 606

**fluff** [n2] *mistake* blooper*, bungling, error, false step, flub*, fumble, miscalculation, miscue, miss, muddle, muff, oversight, slip, slipup*, stumble; CONCEPTS 101,230,410

**fluffy** [adj] *soft, furry* creamy, downy, feather-like, feathery, fleecy, flocculent, flossy,

gossamer, linty, pile, silky, velutinous; CONCEPT 606 —Ant. coarse, rough, smooth

**fluid** [adj1] *liquid* aqueous, flowing, fluent, in solution, juicy, liquefied, lymphatic, melted, molten, running, runny, serous, uncongealed, watery; CONCEPTS 603,757 —Ant. solid

**fluid** [adj2] *adaptable, changeable* adjustable, changeful, flexible, floating, fluctuating, indefinite, malleable, mercurial, mobile, mutable, protean, shifting, unsettled, unstable, unsteady, variable; CONCEPTS 534,542 —Ant. inflexible, stable, unchangeable

**fluid** [n] *liquid* aqua, broth, chaser, cooler, goo*, goop*, juice, liquor, solution, vapor; CONCEPT 467 —Ant. solid

**fluke** [n] *chance occurrence* accident, blessing, break, contingency, fortuity, fortunate, fortune, good fortune*, good luck, incident, lucky break*, odd chance, quirk, stroke of luck*, windfall; CONCEPTS 4,679,693 —Ant. certainty, design, plan

**fluky** [adj] *chance* accidental, casual, chancy, coincidental, contingent, fortuitous, incalculable, incidental, lucky, odd, uncertain, variable; CONCEPT 552 —Ant. certain, designed, planned, sure

**flume** [n] *chute* channel, conduit, run, sluice, spillway; CONCEPTS 501,514

**flummox** [v] *confuse* baffle, bewilder, buffalo*, confound, discombobulate*, disconcert, mystify, nonplus, perplex, puzzle, stump, throw*, throw off*; CONCEPT 16

**flurry** [n] *commotion, burst* ado, agitation, brouhaha, bustle, confusion, disturbance, excitement, ferment, flap*, flaw, fluster, flutter, furor, fuss, gust, haste, hurry, outbreak, pother, spell, spurt, squall, stir*, to-do, tumult, turbulence, turmoil, whirl, whirlwind; CONCEPTS 230,524 —Ant. calm, calmness, quiet

**flurry** [v] *agitate, confuse* bewilder, bother, bustle, discombobulate*, discompose, disconcert, disquiet, distract, disturb, excite, fluster, flutter, frustrate, fuss, galvanize, hassle, hurry, hustle, perplex, perturb, provoke, quicken, rattle, ruffle, stimulate, unhinge, unsettle, upset; CONCEPTS 7,19 —Ant. calm, comfort, quiet

**flush** [adj1] *flat* even, horizontal, level, planate, plane, smooth, square, true; CONCEPTS 486,490 —Ant. rough, uneven

**flush** [adj2] *overflowing, abundant* affluent, close, full, generous, lavish, liberal, opulent, prodigal, rich, wealthy, well-off; CONCEPTS 334,771 —Ant. lacking

**flush** [n] *blush* bloom, color, freshness, glow, pinkness, redness, rosiness, ruddiness; CONCEPT 622 —Ant. pale

**flush** [v1] *become or make pink or red* blush, burn, color, color up, crimson, flame, glow, go red, mantle, pink, pinken, redden, rose, rouge, suffuse; CONCEPTS 250,469 —Ant. pale, uncolor

**flush** [v2] *inundate with liquid* cleanse, douche, drench, eject, expel, flood, hose, rinse, swab, wash; CONCEPTS 165,179

**flushed** [adj] *pink, glowing* ablaze, animated, aroused, blushing, burning, crimson, elated, embarrassed, enthused, exhilarated, feverish, florid, full-blooded, high, hot, inspired, intoxicated, red, rosy, rubicund, ruddy, sanguine, thrilled; CONCEPTS 401,403,618 —Ant. pale, pallid

yoke; CONCEPTS 113,114,193 —*Ant.* disconnect, divide, separate, unfasten, unlink

**lionize** |v| *celebrate* acclaim, adulate, aggrandize, eulogize, exalt, glorify, hero-worship, honor, idolize, immortalize, praise, roll out the red carpet*, show respect, worship; CONCEPT 69

**lip** |n1| *edge, brink* border, brim, chops, flange, flare, labium, labrum, margin, nozzle, overlap, portal, projection, rim, spout; CONCEPTS 392,484,513 —*Ant.* inside, interior, middle

**lip** |n2| *insolence* back talk, cheek*, effrontery, guff*, impertinence, jaw*, mouth*, rudeness, sass*, sauce*, sauciness*; CONCEPTS 54,278 —*Ant.* kindness

**lip service** |n| *empty talk* duplicity, hollow words, insincerity, token agreement, tongue in cheek, unctuousness; CONCEPTS 267,542,545

**liquefy** |v| *melt* deliquesce, dissolve; thaw; CONCEPTS 250,255

**liqueur** |n| *liquor* alcohol, alcoholic beverage, aperitif, booze*, brandy, cognac, cordial, flavored drink, intoxicant, port, spirits; CONCEPT 455

**liquid** |adj1| *fluid, flowing, melting* aqueous, damp, deliquescent, dissolvable, dissolved, dulcet, fluent, fluidic, fusible, ichorous, juicy, liquefied, liquescent, liquiform, luscious, mellifluent, melliflous, mellow, meltable, melted, moist, molten, moving, pulpy, running, runny, sappy, serous, smooth, soft, solvent, splashing, succulent, thawed, thin, uncongealed, viscous, watery, wet; CONCEPTS 485,584,603 —*Ant.* close, condensed, dense, firm, hard, solid

**liquid** |adj2| *readily available* convertible, fluid, free, marketable, negotiable, quick, ready, realizable, usable; CONCEPT 334 —*Ant.* frozen, unavailable

**liquid** |n| *fluid* aqua, aqueous material, broth, elixir, extract, flow, flux, goo*, goop*, juice, liquor, melted material, nectar, sap, secretion, slop*, solution, swill*; CONCEPT 467 —*Ant.* solid

**liquidate** |v1| *pay; change into cash* cash, cash in, cash out, clear, convert, discharge, exchange, honor, pay off, quit, realize, reimburse, repay, satisfy, sell off, sell up, settle, square; CONCEPT 330 —*Ant.* invest, keep

**liquidate** |v2| *destroy, dissolve* abolish, annihilate, annul, cancel, dispatch, do away with*, do in*, eliminate, exterminate, finish off*, get rid of*, kill, murder, purge, remove, rub out*, silence, terminate, vaporize, wipe out*; CONCEPT 252 —*Ant.* build, construct, create

**liquor** |n| *drink; alcoholic beverage* alcohol, aqua vitae, booze*, broth, decoction, drinkable, elixir, extract, firewater*, fluid, hard stuff*, inebriant, infusion, intoxicant, liquid, moonshine*, poison*, potable, sauce*, solvent, spirits, stock, the bottle*, whiskey; CONCEPT 455

**lissom** |adj| *supple* adaptable, agile, bendable, bending, elastic, flexible, graceful, limber, lithe, lithesome, loose, malleable, moldable, pliable, pliant, resilient, rubber, springy, stretchy, wiry; CONCEPTS 488,604

**list** |n| *record, tabulation* account, agenda, archive, arrangement, ballot, bill, brief, bulletin, calendar, canon, catalog, catalogue, census, checklist, contents, dictionary, directory, docket, draft, enumeration, file, gazette, index,

inventory, invoice, lexicon, lineup, listing, loop, manifest, memorandum, menu, outline, panel, poll, program, prospectus, register, roll, roll call, row, schedule, screed, scroll, series, slate, statistics, syllabus, table, tally, thesaurus, ticket, timetable, vocabulary; CONCEPT 281

**list** |v1| *keep a record; tabulate* arrange, bill, book, button down, calender, catalogue, census, chart, chronicle, classify, detail, docket, enroll, enter, enumerate, file, index, inscribe, insert, inventory, invoice, itemize, keep count, manifest, note, numerate, particularize, peg, place, poll, post, put down as, put down for, record, register, run down, schedule, set down, specialize, specify, spell out, tab, tally, tick off, write down; CONCEPTS 79,125 —*Ant.* forget

**list** |v2| *lean, slant* cant, careen, heel, incline, pitch, recline, slope, tilt, tip; CONCEPTS 154,201,738 —*Ant.* lie, straighten

**listen** |v| *hear and pay attention* accept, admit, adopt, attend, audit, auscult, auscultate, be all ears*, be attentive, catch, concentrate, eavesdrop, entertain, get, get a load of*, give an audience to, give attention, give heed to, hang on words*, hark, harken, hearken, hear out, hear tell, lend an ear*, mind, monitor, obey, observe, overhear, pick up on*, prick up ears*, receive, take advice*, take into consideration*, take notice, take under advisement*, tune in, tune in on*, welcome; CONCEPT 596 —*Ant.* speak, talk

**listless** |adj| *spiritless, without energy* absent, abstracted, apathetic, blah*, bored, careless, dormant, dreamy, drowsy, dull, easygoing, energyless, enervated, faint, heavy, heedless, impassive, inanimate, inattentive, indifferent, indolent, inert, insouciant, lackadaisical, lagging, laid-back*, languid, languishing, languorous, leaden, lethargic, lifeless, limp, lukewarm, lymphatic, mopish, neutral, out of it*, passive, phlegmatic, slack, sleepy, slow, sluggish, stupid, supine, thoughtless, torpid, uninterested, vacant; CONCEPTS 401,584 —*Ant.* active, alert, attentive, energetic, lively, untired

**litany** |n| *recital of items, often part of religious services* account, catalogue, enumeration, invocation, list, petition, prayer, recitation, refrain, repetition, supplication, tale; CONCEPTS 278,368

**literacy** |n| *ability to read* articulacy, articulateness, background, cultivation, education, knowledge, learning, proficiency, refinement, scholarship; CONCEPTS 409,630 —*Ant.* ignorance, illiteracy

**literal** |adj| *word for word; exact, real* accurate, actual, apparent, authentic, bona fide, close, critical, faithful, genuine, gospel, methodical, natural, not figurative, ordinary, plain, scrupulous, simple, strict, to the letter*, true, undeviating, unerring, unexaggerated, unvarnished, usual, veracious, verbal, verbatim, veritable, written; CONCEPTS 267,557 —*Ant.* exaggerated, figurative, imaginative, loose

**literally** |adv| *word for word; exactly* actually, completely, correctly, direct, directly, faithfully, indisputably, letter by letter*, literatim, not figuratively, plainly, precisely, really, rightly, rigorously, sic*, simply, straight, strictly, to the letter*, truly, undeviatingly, undisputably, unerringly, unmistakably, verbatim, veritably; CONCEPTS 267,557 —*Ant.* figuratively, loosely

# Exhibit 41

# COLLEGE

**FIFTH EDITION**

# PHYSICS

**Francis W. Sears**
Late Professor Emeritus
Dartmouth College

**Mark W. Zemansky**
Professor Emeritus
City College of the
City University of New York

**Hugh D. Young**
Professor of Physics
Carnegie-Mellon University



**ADDISON-WESLEY
PUBLISHING COMPANY**

Reading, Massachusetts
Menlo Park, California
London · Amsterdam
Don Mills, Ontario · Sydney

This book is in the
ADDISON-WESLEY SERIES IN PHYSICS

Sponsoring editor:  Laura Rich Finney
Production editor:  Mary Cafarella
Designer:  Robert Rose
Illustrator:  Oxford Illustrators, Ltd.
Cover design:  Ann Scrimgeour

Library of Congress Cataloging in Process Data:

Sears, Francis Weston, 1898–1975
    College physics.

    Includes index.

    1.  Physics.  I.  Zemansky, Mark Waldo, 1900–
joint author.  II.  Young, Hugh D., joint author.
III.  Title.

QC23.S369        1980        530        79-20729
ISBN 0-201-07681-0

*Second printing, May 1980*

Copyright © 1980, 1974, 1960, 1952, 1947 by Addison-Wesley Publishing Company, Inc.
Philippines copyright 1980, 1974, 1960, 1952, 1947 by Addison-Wesley Publishing Com-
pany, Inc.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval
system, or transmitted, in any form or by any means, electronic, mechanical, photocopy-
ing, recording, or otherwise, without the prior written permission of the publisher.
Printed in the United States of America. Published simultaneously in Canada. Library
of Congress Catalog Card No.79-20729.

ISBN 0-201-07200-9
BCDEFGHIJ-RN-89876543210



# ELASTICITY

## 10-1 Stress

The preceding chapter dealt with the motion of a rigid body, an idealized model used to represent the motion of a body when rotational motion may not be neglected but when the changes in the *shape* of the body are so small as to be negligible. Real materials always yield to some extent under the influence of applied forces; we shall now develop models to describe the relation between deformation of real materials and the forces responsible for these deformations.

Ultimately, the change in shape or volume of a body when outside forces act on it is determined by the forces between its molecules. Molecular theory is at present not sufficiently advanced to enable us to calculate the elastic properties of, say, a block of copper, starting from the properties of a copper atom. However, the study of the solid state is an active subject in many research laboratories, and our knowledge of it is steadily increasing. In this chapter we shall confine ourselves to quantities that are directly measurable, and shall not attempt detailed *molecular* explanation of the observed behavior.

Figure 10-1a shows a bar of uniform cross-sectional area $A$ subjected to equal and opposite pulls $F$ at its ends. The bar is said to be in *tension*. Consider a section through the bar at right angles to its length, as indicated by the broken line. Since every portion of the bar is in equilibrium, that portion at the right of the section must be pulling on the portion at the left with a force $F$, and vice versa. If the section is not too near the ends of the bar, these pulls are uniformly distributed over the cross-sectional area $A$, as indicated by the short arrows in Fig. 10-1b. We define the *stress* $S$ at the section as the ratio of the force $F$ to the area $A$:

$$\text{Stress} = \frac{F}{A}. \tag{10-1}$$

The stress is called a *tensile* stress, meaning that each portion *pulls* on the other, and it is also a *normal* stress because the distributed force is perpendicular to the area.



10-1   (a) A bar in tension. (b) The stress at a perpendicular section equals $F/A$. (c) and (d) The stress at an inclined section can be resolved into a normal stress $F_\perp/A'$, and a tangential or shearing stress $F_\parallel \cdot A'$.

191

10-1

192   ELASTICITY

The SI unit of stress is the newton per square meter $(N \cdot m^{-2})$. This unit is also given the special name, the *pascal* (abbreviated Pa).

$$\text{One pascal} = 1\,\text{Pa} = 1\,N \cdot m^{-2}.$$

Other units of stress are the dyne per square centimeter $(\text{dyn} \cdot cm^{-2})$ and the pound per square foot $(\text{lb} \cdot ft^{-2})$. In the British system the hybrid unit, the pound per square inch $(\text{lb} \cdot in^{-2}$ or psi), is commonly used.

**Example** A human biceps (upper arm muscle) may exert a force of the order of 600 N on the bones to which it is attached. If the muscle has a cross-sectional area at its center of $50\,cm^2 = 0.005\,m^2$, and the tendon attaching its lower end to the bones below the elbow joint has a cross section of $0.5\,cm^2 = 5 \times 10^{-5}\,m^2$, find the tensile stress in each of these.

**Solution** In each case the stress is the force per unit area. For the muscle,

$$\text{Tensile stress} = \frac{600\,N}{0.005\,m^2} = 120{,}000\,N \cdot m^{-2} = 1.2 \times 10^5\,\text{Pa}.$$

For the tendon,

$$\text{Tensile stress} = \frac{600\,N}{5 \times 10^{-5}\,m^2} = 1.2 \times 10^7\,\text{Pa}.$$

The maximum force a muscle can exert depends on its cross-sectional area, but the maximum *stress* is nearly the same for a wide variety of muscles.

---

Returning to Fig. 10-1, we consider next a section through the bar in some arbitrary direction, as in Fig. 10-1c. The resultant force exerted on the portion at either side of this section, by the portion at the other, is equal and opposite to the force $F$ at the end of the section. Now, however, the force is distributed over a larger area $A'$ and is not at right angles to the area. If we represent the resultant of the distributed forces by a single vector of magnitude $F$, as in Fig. 10-1d, this vector can be resolved into a component $F_\perp$ normal to the area $A'$, and a component $F_\parallel$ tangent to the area. The *normal* stress is defined, as before, as the ratio of the component $F_\perp$ to the area $A'$. The ratio of the component $F_\parallel$ to the area $A'$ is called the *tangential* stress or, more commonly, the *shearing* stress at the section:



(a)

$$\text{Normal stress} = \frac{F_\perp}{A'}$$



(b)

10-2   A bar in compression.

$$\text{Tangential (shearing) stress} = \frac{F_\parallel}{A'}. \tag{10-2}$$

Stress is not a vector quantity since, unlike a force, we cannot assign to it a specific direction. The *force* acting on the portion of the body on a specified side of a section has a definite direction. Stress is one of a class of physical quantities called *tensors*.

A bar subjected to *pushes* at its ends, as in Fig. 10-2, is said to be in *compression*. The stress on the broken section, illustrated in part (b), is also a normal stress but is now a *compressive* stress, since each portion pushes on the other. It should be evident that if we take a section in some

arbitrary direction, it will be subject to both a tangential (shearing) and a normal stress, the latter now being a compression.

As another example of a body under stress, consider the block of square cross section in Fig. 10–3a, acted on by two equal and opposite couples produced by the pairs of forces $F_x$ and $F_y$ distributed over its surfaces. The block is in equilibrium, and any portion of it is in equilibrium also. Thus the distributed forces over the diagonal face in part (b) must have a resultant $F$ whose components are equal to $F_x$ and $F_y$. The stress at this section is therefore a pure compression, although the stresses at the right face and the bottom are both shearing stresses. Similarly, we see from Fig. 10–3c that the other diagonal face is in pure tension.

Consider next a fluid under pressure. The term "fluid" means a substance that can flow; hence the term applies to both liquids and gases. If there is a shearing stress at any point in a fluid, the fluid slips sidewise so long as the stress is maintained. Hence in a fluid at rest, the shearing stress is everywhere zero. Figure 10–4 represents a fluid in a cylinder provided with a piston, on which is exerted a downward force. The triangle is a side view of a wedge-shaped portion of the fluid. If for the moment we neglect the weight of the fluid, the only forces on this portion are those exerted by the rest of the fluid, and since these forces can have no shearing (or tangential) component, they must be normal to the surfaces of the wedge. Let $F_x$, $F_y$, and $F$ represent the forces against the three faces. Since the fluid is in equilibrium, it follows that

$$F \sin \theta = F_x, \qquad F \cos \theta = F_y.$$

Also,

$$A \sin \theta = A_x, \qquad A \cos \theta = A_y.$$

Dividing the upper equations by the lower, we find

$$\frac{F}{A} = \frac{F_x}{A_x} = \frac{F_y}{A_y}.$$

Hence the force per unit area is the *same*, regardless of the direction of the section, and is always a compression. Any one of the preceding ratios defines the *hydrostatic pressure* $p$ in the fluid,

$$p = \frac{F}{A}, \qquad F = pA. \tag{10–3}$$

Commonly used units of pressure include $1\,\text{Pa}$ $(= 1\ \text{N} \cdot \text{m}^{-2})$, $1\,\text{dyn} \cdot \text{cm}^{-2}$, $1\,\text{lb} \cdot \text{ft}^{-2}$, and $1\,\text{lb} \cdot \text{in}^{-2}$. Also in common use is the *atmosphere*, abbreviated atm. One atmosphere is defined to be the average pressure of the earth's atmosphere at sea level.

$$\text{One atmosphere} = 1\ \text{atm} = 1.013 \times 10^5\ \text{Pa} = 14.7\ \text{lb} \cdot \text{in}^{-2}.$$

Like other types of stress, pressure is not a vector quantity; no direction can be assigned to it. *The force against any area within (or bounding) a fluid at rest and under pressure is normal to the area, regardless of the orientation of the area.* This is what is meant by the common statement that "the pressure in a fluid is the same in all directions."

The stress within a solid can also be a hydrostatic pressure, provided the stress at all points of the surface of the solid is of this nature. That is,



(a)

(b)

(c)

**10–3**   (a) A body in shear. The stress on one diagonal, part (b), is a pure compression; that on the other, part (c), is a pure tension.



**10–4**   A fluid under hydrostatic pressure. The force on a surface in any direction is normal to the surface.

**194**  ELASTICITY

the force per unit area must be the same at *all* points of the surface, and the force must be normal to the surface and directed inward. This is *not* the case in Fig. 10–2, where forces are applied at the ends of the bar only, but it is automatically the case if a solid is immersed in a fluid under pressure.



**10-5** The longitudinal strain is defined as $\Delta l / l_0$.

## 10-2 Strain

The term *strain* refers to the relative change in dimensions or shape of a body that is subjected to stress. Associated with each type of stress described in the preceding section is a corresponding type of strain.

Figure 10-5 shows a bar whose natural length is $l_0$ and which elongates to a length $l = l_0 + \Delta l$ when equal and opposite pulls $F$ are exerted at its ends. The elongation, $\Delta l$, of course, does not occur at the ends only; every element of the bar stretches in the same proportion as does the bar as a whole. The *tensile strain* in the bar is defined as the ratio of the increase in length to the original length:

$$\text{Tensile strain} = \frac{l - l_0}{l_0} = \frac{\Delta l}{l_0}. \tag{10-4}$$

The *compressive strain* of a bar in compression is defined in the same way, as the ratio of the decrease in length to the original length.

Figure 10-6a illustrates the nature of the deformation when *shear* stresses act on the faces of a block, as in Fig. 10–3. The dotted outline *abcd* represents the unstressed block, and the solid lines *a'b'c'd'* represent the block under stress. The centers of the stressed and unstressed block coincide in part (a). In part (b), the deformation is the same as in (a), but the edges *ad* and *a'd'* coincide. The lengths of the faces under shear remain very nearly constant; all dimensions parallel to the diagonal *ac* increase in length, and those parallel to the diagonal *bd* decrease in length. Note that this is to be expected in view of the nature of the corresponding internal stresses (see Fig. 10–3). This type of strain is called a *shear strain*, and is defined as the ratio of the displacement $x$ of corner $b$ to the transverse dimension $h$:



**10-6** Change in shape of a block in shear. The shearing strain is defined as $x/h$.



$$\text{Shear strain} = \frac{x}{h} = \tan \phi. \tag{10-5}$$

In practice $x$ is nearly always much smaller than $h$, so $\tan \phi$ is very nearly equal to $\phi$, and the strain is simply the angle $\phi$ (measured in radians, of course). Like all strains, shear strain is a pure number with no units because it is a ratio of two lengths.

The strain produced by a hydrostatic pressure, called a *volume strain*, is defined as the ratio of the change in volume, $\Delta V$, to the original volume $V$. It also is a pure number:

$$\text{Volume strain} = \frac{\Delta V}{V}. \tag{10-6}$$

## 10-3 Elasticity and plasticity

The relation between each of the three kinds of stress and its corresponding strain plays an important role in the branch of physics called the *theory of elasticity*, or its engineering counterpart, *strength of mate-*

# Exhibit 42

# Fluid Mechanics

## 2nd edition

### Landau and Lifshitz
### Course of Theoretical Physics
### Volume 6

## L.D. Landau and E.M. Lifshitz

Institute of Physical Problems, USSR Academy of Sciences, Moscow



# COURSE OF THEORETICAL PHYSICS

## VOLUME 6

# FLUID MECHANICS

**Second Edition**

# FLUID MECHANICS

## Second Edition

by

## L. D. LANDAU and E. M. LIFSHITZ

*Institute of Physical Problems, U.S.S.R. Academy of Sciences*

### Volume 6 of Course of Theoretical Physics
### Second English Edition, Revised

*Translated from the Russian by*

### J. B. SYKES and W. H. REID



Butterworth-Heinemann
An Imprint of Elsevier
Linacre House, Jordan Hill, Oxford OX2 8DP
200 Wheeler Road, Burlington MA 01803

A member of the Reed Elsevier plc group

First edition 1959
Reprinted 1963, 1966, 1975, 1978, 1982
Second edition 1987
Reprinted with corrections 1989, 1998, 1999, 2000, 2003

© Elsevier Science Limited

All rights reserved. No part of this publication
may be reproduced in any material form (including
photocopying or storing in any medium by electronic
means and whether or not transiently or incidentally to
some other use of this publication) without the written
permission of the copyright holder except in
accordance with the provisions of the Copyright,
Designs and Patents Act 1988 or under the terms of a
licence issued by the Copyright Licensing Agency Ltd,
90 Tottenham Court Road, London, England WIP 9HE.
Applications for the copyright holder's written
permission to reproduce any part of this publication
should be addressed to the publishers

**Library of Congress Cataloging in Publication Data**

Landau, L. D. (Lev Davidovich), 1908-1968.
Fluid mechanics.
(Volume 6 of Course of theoretical physics)
Includes index.
Translation of: Mekhanika sploshnykh sred.
I. Fluid mechanics.     I. Lifshits, E. M.
(Evgenii Mikhailovich)   I. Title.   III. Series:
Teoreticheskaia fizika. English; v. 6.
QA901. L283 1987     532   86-30498

**British Library Cataloguing in Publication Data**

Landau, L. D.
Fluid mechanics. –2nd ed. –(Course
of theoretical physics; v.6)
I. Fluid mechanics
I. Title   II. Lifshits, E. M.     III. Series
532     QC145.2

ISBN 0-08-033932-8 (Flexicover)

Printed and bound in India by Gopsons Papers Ltd. NOIDA

# CONTENTS

Prefaces to the English editions ix/x
E. M. Lifshitz xi
Notation xiii

## I.  IDEAL FLUIDS

§1.  The equation of continuity 1
§2.  Euler's equation 2
§3.  Hydrostatics 5
§4.  The condition that convection be absent 7
§5.  Bernoulli's equation 8
§6.  The energy flux 9
§7.  The momentum flux 11
§8.  The conservation of circulation 12
§9.  Potential flow 14
§10. Incompressible fluids 17
§11. The drag force in potential flow past a body 26
§12. Gravity waves 31
§13. Internal waves in an incompressible fluid 37
§14. Waves in a rotating fluid 40

## II.  VISCOUS FLUIDS

§15. The equations of motion of a viscous fluid 44
§16. Energy dissipation in an incompressible fluid 50
§17. Flow in a pipe 51
§18. Flow between rotating cylinders 55
§19. The law of similarity 56
§20. Flow with small Reynolds numbers 58
§21. The laminar wake 67
§22. The viscosity of suspensions 73
§23. Exact solutions of the equations of motion for a viscous fluid 75
§24. Oscillatory motion in a viscous fluid 83
§25. Damping of gravity waves 92

## III.  TURBULENCE

§26. Stability of steady flow 95
§27. Stability of rotary flow 99
§28. Stability of flow in a pipe 103
§29. Instability of tangential discontinuities 106
§30. Quasi-periodic flow and frequency locking 108
§31. Strange attractors 113
§32. Transition to turbulence by period doubling 118

v

§33. Fully developed turbulence 129
§34. The velocity correlation functions 135
§35. The turbulent region and the phenomenon of separation 146
§36. The turbulent jet 147
§37. The turbulent wake 152
§38. Zhukovskii's theorem 153

## IV. BOUNDARY LAYERS

§39. The laminar boundary layer 157
§40. Flow near the line of separation 163
§41. Stability of flow in the laminar boundary layer 167
§42. The logarithmic velocity profile 172
§43. Turbulent flow in pipes 176
§44. The turbulent boundary layer 178
§45. The drag crisis 180
§46. Flow past streamlined bodies 183
§47. Induced drag 185
§48. The lift of a thin wing 189

## V. THERMAL CONDUCTION IN FLUIDS

§49. The general equation of heat transfer 192
§50. Thermal conduction in an incompressible fluid 196
§51. Thermal conduction in an infinite medium 200
§52. Thermal conduction in a finite medium 203
§53. The similarity law for heat transfer 208
§54. Heat transfer in a boundary layer 210
§55. Heating of a body in a moving fluid 214
§56. Free convection 217
§57. Convective instability of a fluid at rest 221

## VI. DIFFUSION

§58. The equations of fluid dynamics for a mixture of fluids 227
§59. Coefficients of mass transfer and thermal diffusion 230
§60. Diffusion of particles suspended in a fluid 235

## VII. SURFACE PHENOMENA

§61. Laplace's formula 238
§62. Capillary waves 244
§63. The effect of adsorbed films on the motion of a liquid 248

## VIII. SOUND

§64. Sound waves 251
§65. The energy and momentum of sound waves 255
§66. Reflection and refraction of sound waves 259
§67. Geometrical acoustics 260
§68. Propagation of sound in a moving medium 263
§69. Characteristic vibrations 266

§70.
§71.
§72.
§73.
§74.
§75.
§76.
§77.
§78.
§79.
§80.
§81.

§82.
§83.
§84.
§85.
§86.
§87.
§88.
§89.
§90.
§91.
§92.
§93.
§94
§95
§96

§97
§98
§99
§100
§10
§10
§10
§10
§10
§10
§10
§10

§10
§11

*Contents*                                                                  vii

§70.  Spherical waves
§71.  Cylindrical waves                                                      269
§72.  The general solution of the wave equation                             271
§73.  The lateral wave                                                       273
§74.  The emission of sound                                                  276
§75.  Sound excitation by turbulence                                        281
§76.  The reciprocity principle                                             289
§77.  Propagation of sound in a tube                                        292
§78.  Scattering of sound                                                   294
§79.  Absorption of sound                                                   297
§80.  Acoustic streaming                                                    300
§81.  Second viscosity                                                      305
                                                                            308

## IX.  SHOCK WAVES

§82.  Propagation of disturbances in a moving gas
§83.  Steady flow of a gas                                                  313
§84.  Surfaces of discontinuity                                             316
§85.  The shock adiabatic                                                   320
§86.  Weak shock waves                                                      324
§87.  The direction of variation of quantities in a shock wave             327
§88.  Evolutionary shock waves                                             329
§89.  Shock waves in a polytropic gas                                       331
§90.  Corrugation instability of shock waves                               333
§91.  Shock wave propagation in a pipe                                      336
§92.  Oblique shock waves                                                   343
§93.  The thickness of shock waves                                          345
§94.  Shock waves in a relaxing medium                                      350
§95.  The isothermal discontinuity                                         355
§96.  Weak discontinuities                                                  356
                                                                            358

## X.  ONE-DIMENSIONAL GAS FLOW

§97.   Flow of gas through a nozzle                                         361
§98.   Flow of a viscous gas in a pipe                                      364
§99.   One-dimensional similarity flow                                      366
§100.  Discontinuities in the initial conditions                           373
§101.  One-dimensional travelling waves                                    378
§102.  Formation of discontinuities in a sound wave                        385
§103.  Characteristics                                                      391
§104.  Riemann invariants                                                   394
§105.  Arbitrary one-dimensional gas flow                                  397
§106.  A strong explosion                                                   403
§107.  An imploding spherical shock wave                                    406
§108.  Shallow-water theory                                                 411

## XI.  THE INTERSECTION OF SURFACES OF DISCONTINUITY

§109.  Rarefaction waves                                                    414
§110.  Classification of intersections of surfaces of discontinuity        419

## Contents

viii

§111. The intersection of shock waves with a solid surface — 425
§112. Supersonic flow round an angle — 427
§113. Flow past a conical obstacle — 432

### XII. TWO-DIMENSIONAL GAS FLOW

§114. Potential flow of a gas — 435
§115. Steady simple waves — 438
§116. Chaplygin's equation: the general problem of steady two-dimensional gas flow — 442
§117. Characteristics in steady two-dimensional flow — 445
§118. The Euler–Tricomi equation. Transonic flow — 447
§119. Solutions of the Euler–Tricomi equation near non-singular points of the sonic surface — 452
§120. Flow at the velocity of sound — 456
§121. The reflection of a weak discontinuity from the sonic line — 461

### XIII. FLOW PAST FINITE BODIES

§122. The formation of shock waves in supersonic flow past bodies — 467
§123. Supersonic flow past a pointed body — 470
§124. Subsonic flow past a thin wing — 474
§125. Supersonic flow past a wing — 476
§126. The law of transonic similarity — 479
§127. The law of hypersonic similarity — 481

### XIV. FLUID DYNAMICS OF COMBUSTION

§128. Slow combustion — 484
§129. Detonation — 489
§130. The propagation of a detonation wave — 494
§131. The relation between the different modes of combustion — 500
§132. Condensation discontinuities — 503

### XV. RELATIVISTIC FLUID DYNAMICS

§133. The energy-momentum tensor — 505
§134. The equations of relativistic fluid dynamics — 506
§135. Shock waves in relativistic fluid dynamics — 510
§136. Relativistic equations for flow with viscosity and thermal conduction — 512

### XVI. DYNAMICS OF SUPERFLUIDS

§137. Principal properties of superfluids — 515
§138. The thermo-mechanical effect — 517
§139. The equations of superfluid dynamics — 519
§140. Dissipative processes in superfluids — 523
§141. The propagation of sound in superfluids — 528

Index — 535

# PREFACE TO THE SECOND ENGLISH EDITION

The content and treatment in this edition remain in accordance with what was said in the preface to the first edition (see below). My chief care in revising and augmenting has been to comply with this principle.

Despite the lapse of thirty years, the previous edition has, with very slight exceptions, not gone out of date. Its material has been only fairly slightly supplemented and modified. About ten new sections have been added.

In recent decades, fluid mechanics has undergone extremely rapid development, and there has accordingly been a great increase in the literature of the subject. The development has been mainly in applications, however, and in an increasing complexity of the problems accessible to theoretical calculation (with or without computers). These include, in particular, various problems of instability and its development, including non-linear regimes. All such topics are beyond the scope of our book; in particular, stability problems are discussed, as previously, mainly in terms of results.

There is also no treatment of non-linear waves in dispersive media, which is by now a significant branch of mathematical physics. The purely hydrodynamic subject of this theory consists in waves with large amplitude on the surface of a liquid. Its principal physical applications are in plasma physics, non-linear optics, various problems of electrodynamics, and so on, and in that respect they belong in other volumes of the *Course*.

There have been important changes in our understanding of the mechanism whereby turbulence occurs. Although a consistent theory of turbulence is still a thing of the future, there is reason to suppose that the right path has finally been found. The basic ideas now available and the results obtained are discussed in three sections (§§30–32) written jointly with M. I. Rabinovich, to whom I am deeply grateful for this valuable assistance. A new area in continuum mechanics over the last few decades is that of liquid crystals. This combines features of the mechanics of liquid and elastic media. Its principles are discussed in the new edition of *Theory of Elasticity*.

This book has a special place among those I had occasion to write jointly with L. D. Landau. He gave it a part of his soul. That branch of theoretical physics, new to him at the time, caught his fancy, and in a very typical way he set about thinking through it *ab initio* and deriving its basic results. This led to a number of original papers which appeared in various journals, but several of his conclusions or ideas were not published elsewhere than in the book, and in some instances even his priority was not established till later. In the new edition, I have added an appropriate reference to his authorship in all such cases that are known to me.

In the revision of this book, as in other volumes of the *Course*, I have had the help and advice of many friends and colleagues. I should like to mention in particular numerous discussions with G. I. Barenblatt, L. P. Pitaevskiĭ, Ya. G. Sinaĭ, and Ya. B. Zel'dovich. Several useful comments came from A. A. Andronov, S. I. Anisimov, V. A. Belokon', A. L. Fabrikant, V. P. Kraĭnov, A. G. Kulikovskiĭ, M. A. Liberman, R. V. Polovin, and A. V. Timofeev. To all of them I express my sincere gratitude.

E. M. LIFSHITZ

*Institute of Physical Problems*
August 1984

# PREFACE TO THE FIRST ENGLISH EDITION

The present book deals with fluid mechanics, i.e. the theory of the motion of liquids and gases.

The nature of the book is largely determined by the fact that it describes fluid mechanics as a branch of theoretical physics, and it is therefore markedly different from other textbooks on the same subject. We have tried to develop as fully as possible all matters of physical interest, and to do so in such a way as to give the clearest possible picture of the phenomena and their interrelation. Accordingly, we discuss neither approximate methods of calculation in fluid mechanics, nor empirical theories devoid of physical significance. On the other hand, accounts are given of some topics not usually found in textbooks on the subject: the theory of heat transfer and diffusion in fluids; acoustics; the theory of combustion; the dynamics of superfluids; and relativistic fluid dynamics.

In a field which has been so extensively studied as fluid mechanics it was inevitable that important new results should have appeared during the several years since the last Russian edition was published. Unfortunately, our preoccupation with other matters has prevented us from including these results in the English edition. We have merely added one further chapter, on the general theory of fluctuations in fluid dynamics.

We should like to express our sincere thanks to Dr Sykes and Dr Reid for their excellent translation of the book, and to Pergamon Press for their ready agreement to our wishes in various matters relating to its publication.

*Moscow* 1958

L. D. LANDAU
E. M. LIFSHITZ

# EVGENIĬ MIKHAĬLOVICH LIFSHITZ (1915–1985)†

Soviet physics suffered a heavy loss on 29 October 1985 with the death of the outstanding theoretical physicist Academician Evgeniĭ Mikhaĭlovich Lifshitz.

Lifshitz was born on 21 February 1915 in Khar'kov. In 1933 he graduated from the Khar'kov Polytechnic Institute. He worked at the Khar'kov Physicotechnical Institute from 1933 to 1938 and at the Institute of Physical Problems of the USSR Academy of Sciences in Moscow from 1939 until his death. He was elected an associate member of the USSR Academy of Sciences in 1966 and a full member in 1979.

Lifshitz's scientific activity began very early. He was among L. D. Landau's first students and at 19 he co-authored with him a paper on the theory of pair production in collisions. This paper, which has not lost its significance to this day, outlined many methodological features of modern relativistically invariant techniques of quantum field theory. It includes, in particular, a consistent allowance for retardation.

Modern ferromagnetism theory is based on the "Landau-Lifshitz" equation, which describes the dynamics of the magnetic moment in a ferromagnet. A 1935 article on this subject is one of the best known papers on the physics of magnetic phenomena. The derivation of the equation is accompanied by development of a theory of ferromagnetic resonance and of the domain structure of ferromagnets.

In a 1937 paper on the Boltzmann kinetic equation for electrons in a magnetic field, E. M. Lifshitz developed a drift approximation extensively used much later, in the 50s, in plasma theory.

A paper published in 1939 on deuteron dissociation in collisions remains a brilliant example of the use of quasi-classical methods in quantum mechanics.

A most important step towards the development of a theory of second-order phase transitions, following the work by L. D. Landau, was a paper by Lifshitz dealing with the change of the symmetry of a crystal, of its space group, in transitions of this type (1941). Many years later the results of this paper came into extensive use, and the terms "Lifshitz criterion" and "Lifshitz point," coined on its basis have become indispensable components of modern statistical physics.

A decisive role in the detection of an important physical phenomenon, second sound in superfluid helium, was played by a 1944 paper by E. M. Lifshitz. It is shown in it that second sound is effectively excited by a heater having an alternating temperature. This was precisely the method used to observe second sound in experiment two years later.

A new approach to the theory of molecular-interaction forces between condensed bodies was developed by Lifshitz in 1954–1959. It is based on the profound physical idea that these forces are manifestations of stresses due to quantum and thermal fluctuations of an electromagnetic field in a medium. This idea was pursued to develop a very elegant and general theory in which the interaction forces are expressed in terms of electrodynamic material properties such as the complex dielectric permittivity. This theory of E. M.

---

† By A. F. Andreev, A. S. Borovik-Romanov, V. L. Ginzburg, L. P. Gor'kov, I. E. Dzyaloshinskiĭ, Ya. B. Zel'dovich, M. I. Kaganov, L. P. Pitaevskiĭ, E. L. Feĭnberg, and I. M. Khalatnikov; published in Russian in *Uspekhi fizicheskikh nauk* 148, 549–550, 1986. This translation is by J. G. Adashko (first published in *Soviet Physics Uspekhi* 29, 294–295, 1986), and is reprinted by kind permission of the American Institute of Physics.

E. M. Lifshitz

xii

Lifshitz stimulated many studies and was confirmed by experiment. It gained him the M. V. Lomonosov Prize in 1958.

E. M. Lifshitz made a fundamental contribution in one of the most important branches of modern physics, the theory of gravitation. His research into this field started with a classical 1946 paper on the stability of cosmological solutions of Einstein's theory of gravitation. The perturbations were divided into distinctive classes—scalar, with variation of density, vector, describing vortical motion, and finally tensor, describing gravitational waves. This classification is still of decisive significance in the analysis of the origin of the universe. From there, E. M. Lifshitz tackled the exceedingly difficult question of the general character of the singularities of this theory. Many years of labor led in 1972 to a complete solution of this problem in papers written jointly with V. A. Belinskiĭ and I. M. Khalatnikov, which earned their authors the 1974 L. D. Landau Prize. The singularity was found to have a complicated oscillatory character and could be illustratively represented as contraction of space in two directions with simultaneous expansion in the third. The contraction and expansion alternate in time according to a definite law. These results elicited a tremendous response from specialists, altered radically our ideas concerning relativistic collapse, and raised a host of physical and mathematical problems that still await solution.

His life-long occupation was the famous Landau and Lifshitz *Course of Theoretical Physics*, to which he devoted about 50 years. (The first edition of *Statistical Physics* was written in 1937. A new edition of *Theory of Elasticity* went to press shortly before his last illness.) The greater part of the *Course* was written by Lifshitz together with his teacher and friend L. D. Landau. After the automobile accident that made Landau unable to work, Lifshitz completed the edition jointly with Landau's students. He later continued to revise the previously written volumes in the light of the latest advances in science. Even in the hospital, he discussed with visiting friends the topics that should be subsequently included in the *Course*.

The *Course of Theoretical Physics* became world famous. It was translated in its entirety into six languages. Individual volumes were published in 10 more languages. In 1972 L. D. Landau and E. M. Lifshitz were awarded the Lenin Prize for the volumes published by then.

The *Course of Theoretical Physics* remains a monument to E. M. Lifshitz as a scientist and a pedagogue. It has educated many generations of physicists, is being studied, and will continue to teach students in future generations.

A versatile physicist, E. M. Lifshitz dealt also with applications. He was awarded the USSR State Prize in 1954.

A tremendous amount of E.M. Lifshitz's labor and energy was devoted to Soviet scientific periodicals. From 1946 to 1949 and from 1955 to his death he was deputy editor-in-chief of the *Journal of Experimental and Theoretical Physics*. His extreme devotion to science, adherence to principles, and meticulousness greatly helped to make this journal one of the best scientific periodicals in the world.

E. M. Lifshitz accomplished much in his life. He will remain in our memory as a remarkable physicist and human being. His name will live forever in the history of Soviet physics.

# CHAPTER I

# IDEAL FLUIDS

## §1. The equation of continuity

*Fluid dynamics* concerns itself with the study of the motion of fluids (liquids and gases). Since the phenomena considered in fluid dynamics are macroscopic, a fluid is regarded as a continuous medium. This means that any small volume element in the fluid is always supposed so large that it still contains a very great number of molecules. Accordingly, when we speak of infinitely small elements of volume, we shall always mean those which are "physically" infinitely small, i.e. very small compared with the volume of the body under consideration, but large compared with the distances between the molecules. The expressions *fluid particle* and *point in a fluid* are to be understood in a similar sense. If, for example, we speak of the displacement of some fluid particle, we mean not the displacement of an individual molecule, but that of a volume element containing many molecules, though still regarded as a point.

The mathematical description of the state of a moving fluid is effected by means of functions which give the distribution of the fluid velocity $\mathbf{v} = \mathbf{v}(x, y, z, t)$ and of any two thermodynamic quantities pertaining to the fluid, for instance the pressure $p(x, y, z, t)$ and the density $\rho(x, y, z, t)$. All the thermodynamic quantities are determined by the values of any two of them, together with the equation of state; hence, if we are given five quantities, namely the three components of the velocity $\mathbf{v}$, the pressure $p$ and the density $\rho$, the state of the moving fluid is completely determined.

All these quantities are, in general, functions of the coordinates $x$, $y$, $z$ and of the time $t$. We emphasize that $\mathbf{v}(x, y, z, t)$ is the velocity of the fluid at a given point $(x, y, z)$ in space and at a given time $t$, i.e. it refers to fixed points in space and not to specific particles of the fluid; in the course of time, the latter move about in space. The same remarks apply to $\rho$ and $p$.

We shall now derive the fundamental equations of fluid dynamics. Let us begin with the equation which expresses the conservation of matter. We consider some volume $V_0$ of space. The mass of fluid in this volume is $\int \rho \, dV$, where $\rho$ is the fluid density, and the integration is taken over the volume $V_0$. The mass of fluid flowing in unit time through an element $d\mathbf{f}$ of the surface bounding this volume is $\rho \mathbf{v} \cdot d\mathbf{f}$; the magnitude of the vector $d\mathbf{f}$ is equal to the area of the surface element, and its direction is along the normal. By convention, we take $d\mathbf{f}$ along the outward normal. Then $\rho \mathbf{v} \cdot d\mathbf{f}$ is positive if the fluid is flowing out of the volume, and negative if the flow is into the volume. The total mass of fluid flowing out of the volume $V_0$ in unit time is therefore

$$\oint \rho \mathbf{v} \cdot d\mathbf{f},$$

where the integration is taken over the whole of the closed surface surrounding the volume in question.

# Exhibit 43

**NIH〉 NATIONAL CANCER INSTITUTE**

# NCI Search Results

## Results for: fluid

### Definition:

**fluid** 🔊 (FLOO-id)

A substance that flows smoothly and takes the shape of its container. Liquids and gases are fluids.

⌃ Hide full definition

## Results 1–20 of 1366 for: fluid

### Cardiopulmonary Syndromes

Cardiopulmonary syndromes are conditions of the heart and lung and can occur in some cancers. They include shortness of breath (dyspnea), chronic cough, pleural and pericardial effusion, and superior vena cava syndrome. Learn more about these conditions in this expert-reviewed summary.

https://www.cancer.gov/about-cancer/treatment/side-effects/cardiopulmonary-pdq

### Last Days of Life

The last days of life for patients with cancer can involve a wide range of possible symptoms and ethical dilemmas. Learn about issues like delirium, fatigue, breathing and swallowing problems, constipation, muscle twitching, fever, bleeding, pain, and more in this

expert-reviewed summary.

https://www.cancer.gov/about-cancer/advanced-cancer/caregivers/planning/last-days-pdq

## Cardiopulmonary Syndromes (PDQ®)

Cardiopulmonary syndromes (dyspnea, chronic cough, pleural and pericardial effusion, and superior vena cava syndrome) can occur in certain cancers. Get comprehensive information about these syndromes in this summary for clinicians.

https://www.cancer.gov/about-cancer/treatment/side-effects/cardiopulmonary-hp-pdq

## Lymphedema (PDQ®)

Lymphedema is a common cancer-related condition that affects function and quality of life. Get detailed information about the diagnosis and treatment of lymphedema in this clinician summary.

https://www.cancer.gov/about-cancer/treatment/side-effects/lymphedema/lymphedema-hp-pdq

## Childhood diffuse intrinsic pontine glioma (DIPG)

Diffuse intrinsic pontine glioma (DIPG) is a rare type of cancer that starts in the part of the brain stem called the pons. Learn about the symptoms of DIPG and how it is diagnosed and treated.

https://www.cancer.gov/types/brain/patient/diffuse-intrinsic-pontine-glioma

## Childhood Craniopharyngioma

Childhood craniopharyngioma is a rare brain tumor found near the pituitary gland. Learn about the symptoms of craniopharyngioma and how it is diagnosed and treated.

https://www.cancer.gov/types/brain/patient/child-cranio-treatment-pdq

## Primary CNS Lymphoma Treatment

Primary central nervous system (CNS) lymphoma treatment options include radiation, chemotherapy, targeted therapy, and corticosteroids. Learn more about the treatment of newly diagnosed and recurrent primary CNS lymphoma cancer in this expert-reviewed summary.

https://www.cancer.gov/types/lymphoma/patient/primary-cns-lymphoma-treatment-pdq

## Childhood Extracranial Germ Cell Tumors Treatment

Childhood extracranial germ cell tumors treatment options include surgery, observation, and chemotherapy. Learn more about newly diagnosed and recurrent extracranial germ cell tumors in this expert-reviewed summary.

https://www.cancer.gov/types/extracranial-germ-cell/patient/germ-cell-treatment-pdq

## AIDS-Related Lymphoma Treatment

AIDS-related lymphoma treatment may include chemotherapy, radiation therapy, high-dose chemotherapy with stem cell transplant, and/or targeted therapy. Get detailed information about newly diagnosed and recurrent AIDS-related lymphoma and treatment in this expert-reviewed summary.

https://www.cancer.gov/types/lymphoma/patient/aids-related-treatment-pdq

## Childhood Non-Hodgkin Lymphoma Treatment

Childhood non-Hodgkin lymphoma treatment can include chemotherapy, radiation therapy, targeted therapy, and high-dose chemotherapy with stem cell transplant. Learn more in this expert-reviewed summary.

https://www.cancer.gov/types/lymphoma/patient/child-nhl-treatment-pdq

## Childhood Acute Lymphoblastic Leukemia

Childhood acute lymphoblastic leukemia (ALL) starts in the bone marrow. Learn about the symptoms of childhood ALL and how it is diagnosed and treated.

https://www.cancer.gov/types/leukemia/patient/child-all-treatment-pdq

## Childhood Ependymoma

Childhood ependymoma is a type of cancer that can start in any part of the brain or spinal cord. Learn about the symptoms and risk factors of childhood ependymoma and how it is diagnosed and treated.

https://www.cancer.gov/types/brain/patient/childhood-ependymoma

## Pruritus

Pruritus (itching of the skin) can be caused by certain cancers or cancer treatment. Learn more about causes and treatment of pruritus in this expert-reviewed summary.

https://www.cancer.gov/about-cancer/treatment/side-effects/skin-nail-changes/pruritus-pdq

## Childhood Glioma (Including Astrocytoma)

Childhood glioma is a type of cancer that can start in any part of the brain or spinal cord. Learn about the symptoms and risk factors of childhood glioma and how it is diagnosed and treated.

https://www.cancer.gov/types/brain/patient/childhood-glioma-astrocytoma

## Childhood Central Nervous System Germ Cell Tumors Treatment

Childhood central nervous system (CNS) germ cell tumors form from germ cells (a type of cell that forms as a fetus develops and later becomes sperm in the testicles or eggs in the ovaries). Learn about the signs, tests to diagnose, and treatment of pediatric germ cell tumors in the brain in this expert-reviewed summary.

https://www.cancer.gov/types/brain/patient/child-cns-germ-cell-treatment-pdq

## Childhood Acute Myeloid Leukemia Treatment

Childhood acute myeloid leukemia and other myeloid malignancies treatment may include chemotherapy, radiation therapy, and targeted therapy. Learn more about AML and myelodysplastic/myeloproliferative diseases in this expert-reviewed summary.

https://www.cancer.gov/types/leukemia/patient/child-aml-treatment-pdq

## Ascites and Cancer - Side Effects

Ascites is the abnormal buildup of fluid in the abdomen caused by cancer and other conditions. Learn more about symptoms of ascites and how it is treated.

https://www.cancer.gov/about-cancer/treatment/side-effects/ascites

## Acute Myeloid Leukemia Treatment

Treatment options for adult acute myeloid leukemia (AML) include chemotherapy, radiation therapy, stem cell transplant, and other medications. Get detailed information about the treatment of new and recurrent AML in this expert-reviewed summary.

https://www.cancer.gov/types/leukemia/patient/adult-aml-treatment-pdq

## Gastrointestinal Complications (PDQ®)

Gastrointestinal complications (e.g., constipation, bowel obstruction, diarrhea) can be tumor or treatment related and are common in cancer patients. Get detailed information about gastrointestinal complications and ways to manage them in this clinician summary.

https://www.cancer.gov/about-cancer/treatment/side-effects/constipation/gi-complications-hp-pdq

## Acute Lymphoblastic Leukemia Treatment

Acute lymphoblastic leukemia (ALL) treatment options include chemotherapy, radiation therapy, stem cell transplant, and/or targeted therapy. Get detailed information about newly diagnosed and recurrent ALL in this expert-reviewed summary.

https://www.cancer.gov/types/leukemia/patient/adult-all-treatment-pdq

## Results 1–20 of 1366

Show   20 ⬍   results per page

# Exhibit 44

US012138248B2

## (12) United States Patent
### Palepu et al.

(10) **Patent No.:**  **US 12,138,248 B2**
(45) **Date of Patent:**  *Nov. 12, 2024

(54) **FORMULATIONS OF BENDAMUSTINE**

(71) Applicant: **Eagle Pharmaceuticals, Inc.,** Woodcliff Lake, NJ (US)

(72) Inventors: **Nagesh R. Palepu,** Southampton, PA (US); **Philip Christopher Buxton,** Uxbridge (GB)

(73) Assignee: **Eagle Pharmaceuticals, Inc.,** Woodcliff Lake, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **18/646,171**

(22) Filed: **Apr. 25, 2024**

(65) **Prior Publication Data**

US 2024/0293372 A1    Sep. 5, 2024

### Related U.S. Application Data

(63) Continuation of application No. 18/498,259, filed on Oct. 31, 2023, which is a continuation of application No. 17/412,623, filed on Aug. 26, 2021, now abandoned, which is a continuation of application No. 16/509,920, filed on Jul. 12, 2019, now Pat. No. 11,103,483, which is a continuation of application No. 16/015,656, filed on Jun. 22, 2018, now abandoned, which is a continuation of application No. 15/432,335, filed on Feb. 14, 2017, now Pat. No. 10,010,533, which is a continuation of application No. 15/013,436, filed on Feb. 2, 2016, now Pat. No. 9,572,797, which is a continuation of application No. 14/031,879, filed on Sep. 19, 2013, now Pat. No. 9,265,831, which is a continuation of application No. 13/016,473, filed on Jan. 28, 2011, now Pat. No. 8,609,707.

(60) Provisional application No. 61/299,100, filed on Jan. 28, 2010.

(51) **Int. Cl.**

| | |
|---|---|
| *A61K 9/08* | (2006.01) |
| *A61K 31/41* | (2006.01) |
| *A61K 31/4184* | (2006.01) |
| *A61K 47/10* | (2017.01) |
| *A61K 47/12* | (2006.01) |
| *A61K 47/18* | (2017.01) |
| *A61K 47/20* | (2006.01) |
| *A61K 47/22* | (2006.01) |
| *A61K 9/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ *A61K 31/4184* (2013.01); *A61K 9/08* (2013.01); *A61K 47/10* (2013.01); *A61K 47/12* (2013.01); *A61K 47/18* (2013.01); *A61K 47/20* (2013.01); *A61K 47/22* (2013.01); *A61K 9/0019* (2013.01)

(58) **Field of Classification Search**
CPC ...... A61K 31/4184; A61K 9/08; A61K 47/10; A61K 47/12; A61K 47/18; A61K 47/20; A61K 47/22; A61K 9/0019
See application file for complete search history.

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,071,620 | A | 1/1978 | Sklar |
| 4,711,906 | A | 12/1987 | Von et al. |
| 4,879,286 | A | 11/1989 | Alam et al. |
| 5,204,335 | A | 4/1993 | Sauerbier et al. |
| 5,223,515 | A | 6/1993 | Mikura et al. |
| 5,741,523 | A | 4/1998 | Teagarden et al. |
| 6,686,365 | B2 * | 2/2004 | Riebeschl ............... A61K 45/06 514/262.1 |
| 7,252,799 | B2 | 8/2007 | Miekka et al. |
| 7,772,274 | B1 | 8/2010 | Palepu |
| 8,076,366 | B2 | 12/2011 | Courvoisier et al. |
| 8,344,006 | B2 | 1/2013 | Drager et al. |
| 8,389,558 | B2 | 3/2013 | Alakhov et al. |
| 8,609,707 | B2 | 12/2013 | Palepu et al. |
| 8,791,270 | B2 | 7/2014 | Brittain et al. |
| 9,000,021 | B2 | 4/2015 | Sundaram et al. |
| 9,034,908 | B2 | 5/2015 | Sundaram |
| 9,144,568 | B1 | 9/2015 | Sundaram |
| 9,265,831 | B2 | 2/2016 | Palepu et al. |

(Continued)

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2787568 A1 | 8/2011 |
| CA | 2867295 A1 | 9/2013 |

(Continued)

### OTHER PUBLICATIONS

Scifinder, Hydrolytic degradation of IMET 3393, American Chemical Society, 2018.

(Continued)

*Primary Examiner* — Ernst V Arnold

(74) *Attorney, Agent, or Firm* — BakerHostetler

(57) **ABSTRACT**

Long term storage stable bendamustine-containing compositions are disclosed. The compositions can include bendamustine or a pharmaceutically acceptable salt thereof, and a pharmaceutically acceptable fluid which can include in some embodiments PEG, PG or mixtures thereof and an antioxidant or chloride ion source. The bendamustine-containing compositions have less than about 5% total impurities, on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

**22 Claims, No Drawings**



US 12,138,248 B2

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 9,572,796 | B2 | 2/2017 | Palepu et al. |
| 9,572,797 | B2 | 2/2017 | Palepu et al. |
| 9,572,887 | B2 | 2/2017 | Sundaram |
| 9,572,888 | B2 | 2/2017 | Sundaram |
| 9,579,384 | B2 | 2/2017 | Sundaram et al. |
| 9,597,397 | B2 | 3/2017 | Sundaram |
| 9,597,398 | B2 | 3/2017 | Sundaram |
| 9,597,399 | B2 | 3/2017 | Sundaram |
| 10,010,533 | B2 | 7/2018 | Palepu et al. |
| 10,052,385 | B2 | 8/2018 | Sundaram |
| 11,103,483 | B2 | 8/2021 | Palepu et al. |
| 11,707,450 | B1 | 7/2023 | Chinnari et al. |
| 2002/0102215 | A1 | 8/2002 | Klaveness et al. |
| 2002/0122768 | A1 | 9/2002 | Liu et al. |
| 2004/0014964 | A1 | 1/2004 | Cheesman et al. |
| 2004/0043069 | A1 | 3/2004 | Vanderbist et al. |
| 2004/0167152 | A1 | 8/2004 | Rubino et al. |
| 2005/0025702 | A1 | 2/2005 | Decicco et al. |
| 2005/0042285 | A1 | 2/2005 | Ukai et al. |
| 2006/0001597 | A1 | 1/2006 | Han |
| 2006/0035945 | A1 | 2/2006 | Attardo et al. |
| 2006/0128777 | A1 | 6/2006 | Bendall et al. |
| 2006/0159713 | A1 | 7/2006 | Brittain et al. |
| 2006/0205694 | A1 | 9/2006 | Alonso et al. |
| 2007/0116729 | A1 | 5/2007 | Palepu |
| 2008/0118544 | A1 | 5/2008 | Wang |
| 2009/0082416 | A1 | 3/2009 | Czarnik |
| 2009/0209606 | A1 | 8/2009 | Bendall et al. |
| 2009/0264488 | A1 | 10/2009 | Cooper et al. |
| 2009/0325978 | A1 | 12/2009 | Onai et al. |
| 2010/0092474 | A1 | 4/2010 | Gallagher et al. |
| 2010/0145266 | A1 | 6/2010 | Orlowski |
| 2010/0216858 | A1 | 8/2010 | Popek et al. |
| 2010/0247669 | A1 | 9/2010 | Eliasof et al. |
| 2010/0273730 | A1 | 10/2010 | Hsu et al. |
| 2011/0015245 | A1 | 1/2011 | Alakhov et al. |
| 2011/0190363 | A1 | 8/2011 | Drager et al. |
| 2012/0059000 | A1 | 3/2012 | Ren et al. |
| 2012/0071532 | A1 | 3/2012 | Cooper et al. |
| 2012/0157505 | A1 | 6/2012 | Labell et al. |
| 2012/0308516 | A1 | 12/2012 | Hlavinka et al. |
| 2013/0041003 | A1 | 2/2013 | Brittain et al. |
| 2013/0041004 | A1 | 2/2013 | Drager et al. |
| 2013/0177572 | A1 | 7/2013 | Chen et al. |
| 2013/0210878 | A1 | 8/2013 | Soppimath et al |
| 2013/0210879 | A1 | 8/2013 | Palepu et al. |
| 2013/0217888 | A1 | 8/2013 | Shrawat et al. |
| 2013/0288274 | A1 | 10/2013 | Walker et al |
| 2014/0094496 | A1 | 4/2014 | Sundaram |
| 2014/0275196 | A1 | 9/2014 | Sundaram |
| 2015/0080444 | A1 | 3/2015 | Sundaram et al. |
| 2018/0185488 | A1 | 7/2018 | Sundaram |
| 2018/0296535 | A1 | 10/2018 | Palepu et al. |
| 2018/0296536 | A1 | 10/2018 | Palepu et al. |
| 2018/0369383 | A1 | 12/2018 | Sundaram |
| 2019/0192659 | A1 | 6/2019 | Sundaram |
| 2021/0393594 | A1 | 12/2021 | Palepu et al. |
| 2023/0115164 | A1 | 4/2023 | Palepu et al. |
| 2023/0115693 | A1 | 4/2023 | Palepu et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2867343 A1 | 9/2013 |
| CN | 1850048 A | 10/2006 |
| CN | 101584668 A | 11/2009 |
| CN | 102164579 A | 8/2011 |
| CN | 104302291 A | 1/2015 |
| DE | 80967 A | 1/1970 |
| DE | 152989 A1 | 12/1981 |
| DE | 159289 A1 | 3/1983 |
| EP | 2326306 A1 | 6/2011 |
| EP | 2528602 A1 | 12/2012 |
| EP | 2827862 A1 | 1/2015 |
| EP | 2827863 A1 | 1/2015 |
| JP | 2015-160351 A | 9/2015 |

| | | |
|---|---|---|
| WO | 95/19759 A1 | 7/1995 |
| WO | 99/01118 A2 | 1/1999 |
| WO | 2001/097860 | 12/2001 |
| WO | 2001/097861 | 12/2001 |
| WO | 2001/098294 | 12/2001 |
| WO | 02/02125 A1 | 1/2002 |
| WO | 2006/054315 A1 | 5/2006 |
| WO | 2006/110551 A2 | 10/2006 |
| WO | 2010/036702 A1 | 4/2010 |
| WO | 2010/126676 A1 | 11/2010 |
| WO | 2010/148288 A2 | 12/2010 |
| WO | 2011/094565 A1 | 8/2011 |
| WO | 2011/103150 A2 | 8/2011 |
| WO | 2012/015810 A2 | 2/2012 |
| WO | 2013/142358 A1 | 9/2013 |

OTHER PUBLICATIONS

Seager et al., "Structure of Products Prepared by Freeze-Drying Solutions Containing Organic Solvents", PDA Journal of Pharmaceutical Science and Technology, 1985, vol. 39, No. 4, pp. 161-179.

Search History issued in connection with PCT/US2013/32295 dated May 10, 2013.

Search History: Limited Classification Search dated May 10, 2013, PCT/US2013/032295.

Seedher et al., "Solubilization of Nimesulide—Use of Co-solvents", Indian J. Pharm. Sci., 2003, vol. 65, No. 1, pp. 58-61.

Shah et al., "Physical, Chemical, and Bioavailability Studies of Parenteral Diazepam Formulations Containing Propylene Glycol and Polyethylene Glycol 400", Drug Development and Industrial Pharm., 2008, vol. 17, No. 12, pp. 1635-1654.

Shah et al., Physical, Chemical, and Bioavailability Studies of Parenteral Diazepam Formulations Containing Propylene Glycol and Polyethylene Glycol 400, Drug Development and Industrial Pharm.), 17:12, 1635-1654 (Oct. 20, 2008).

Sheskey, Handbook of Pharmaceutical Excipients, 7th Edition, Propyl Gallate, 2012.

Sigma-Aldrich, Webpage Catalog for poly(ethylene glycol), http://www.sigmaaldrich.com/catalog/product/aldrich/202398?lang=en@ion-=US#, accessed Nov. 15, 2015, pp. 1-2.

Sikora, "Cancer drug development in the post-genomic age", Current Science, 2001, vol. 81 No. 5 pp. 549-554.

Spectra Analysis, Inc., "Oxidative Degradation of Polyethyleneglycol (PEG) studied by LC-IR", Application Note 016, Mar. 2008.

Spiegel et al. ("Spiegel", J. Pharma. Sci., 1963, 52(10), 917-927).

Spiegel et al., "Use of Nonaqueous Solvents in Parenteral Products." Journal of Pharmaceutical Sciences, 1963, vol. 52, No. 10 pp. 917-927.

Spiegel, et al., "Use of Nonaqueous Solvents in Parenteral Products," J. Pharmac. Sciences, vol. 52, No. 10, pp. 917-927 (1963).

Strickley, "Solubilizing Excipients in Oral and Injectable Formulations", Pharmaceutical Research 2004, vol. 21, No. 2, pp. 201-230.

Supplemental European Search Report issued in connection with PCT US2011/022958 dated Dec. 16, 2013.

Supplementary European Search Report in related EP 2528602 dated Jan. 2014.

Tageja, "Bendamustine: Safety and Efficacy in the Management of Indolent Non-Hodgkin's Lymphoma", Clinical Medicine Insights Oncology, 2011, vol. 5, pp. 145-156.

Tageja, Bendamustine: Safety and Efficacy in the Management of Indolent Non-Hodgkins Lymphoma, Clinical Medicine Insights Oncology 2011:5 145-156.

Teagarden et al., "Practical Aspects of Freeze-Drying of Pharmaceutical and Biological Products Using Non-Aqueous Co-Solvent Systems", Chapter 8 in Freeze-Drying/Lyophilization of Pharmaceutical and Biological Products, 2004, pp 239-276.

Teagarden et al., "Practical Aspects of Lyophilization Using Non-Aqueous Co-Solvent Systems", Eur. J. Pharma. Sciences, 2002, vol. 15, pp. 115-133.

Teva Pharmaceuticals International GMBH. et al. v. Apotex Inc., et al—Civil Action 1:17-cv-01164: Defendants Apotex Inc. and Apotex Corp.'s Answer to Complaint, Defenses and Counterclaims (Document 17), dated Nov. 27, 17.

US 12,138,248 B2

Page 3

(56)            **References Cited**

OTHER PUBLICATIONS

*Teva Pharmaceuticals International GMBH*, et al. v. *Fresenius Kabi USA, LLC.*—Civil Action No. 1:17-cv-01201: Answer to Complaint, Separate Defenses, and Counterclaims (Document 10), dated Sep. 15, 2017.

*Teva Pharmaceuticals International GMBH*, et al. v. *Fresenius Kabi USA, LLC.*—Civil Action No. 1:17-cv-01201: Answer to Fresenius Kabi USA, LLC's Counterclaims (Document 14), dated Oct. 6, 2017.

*Teva Pharmaceuticals International GMBH*, et al. v. *Fresenius Kabi USA, LLC.*—Civil Action No. 1:17-cv-01201: Complaint (Document 1), dated Aug. 24, 2017.

*Teva Pharmaceuticals International GMBH*, et al. v. *Fresenius Kabi, LLC.*, et al—Civil Action No. 1:18-cv-01586: Answer to Fresenius Kabi USA, LLC's Counterclaims (Document 13), dated Nov. 27, 2018.

*Teva Pharmaceuticals International GMBH*, et al. v. *Fresenius Kabi, LLC.*, et al—Civil Action No. 1:18-cv-01586: Complaint (Document 1), dated Oct. 15, 2018.

*Teva Pharmaceuticals International GMBH*, et al. v. *Fresenius Kabi, LLC.*, et al—Civil Action No. 1:18-cv-01586: Defendant Mylan Laboratories LTD.'s Answer to Complaint for Patent Infringement (Document 11), dated Nov. 9, 2018.

*Teva Pharmaceuticals International GMBH*, et al. v. *Fresenius Kabi, LLC.*, et al—Civil Action No. 1:18-cv-01586: Defendant Fresenius Kabi USA, LLC's Answer to Complaint, Separate Defenses, and Counterclaims (Document 9), dated Nov. 6, 2018.

*Teva Pharmaceuticals International GMBH*, et al. v. *Mylan Laboratories Limited*—Civil Action No. 1:17-cv-01790: Complaint (Document 1), dated Dec. 12, 2017.

*Teva Pharmaceuticals International GMBH*, et al. v. *Mylan Laboratories Limited*—Civil Action No. 1:17-cv-01790: Defendant Mylan Laboratories Limited's Answer to Complaint for Patent Infringement (Document 12), dated Feb. 14, 2018.

*Teva Pharmaceuticals International GMBH*, et al. v. *Slayback Pharma Limited Liability Company*—Civil Action No. 1:18-cv-00117: Complaint (Document 1), dated Jan. 19, 2018.

*Teva Pharmaceuticals International GMBH*, et al. v. *Slayback Pharma Limited Liability Company*—Civil Action No. 1:18-cv-00117: Defendant Slayback Pharma Limited Liability Company's Answer to Complaint. Addtional Defenses and Counterclaims (Document 9), dated Feb. 12, 2018.

*Teva Pharmaceuticals International GMBH*, et al. v. *Apotex Inc.*, etal—Civil Action No. 1:17-cv-01164: Complaint (Document 1), dated Aug. 18. 2017.

Thiesen, "Bendamustine, a well-tollerated cytotoxic agent used in Germany for may years, is soon to be marketed in the rest of Europe for a range of indicatons including chronic lymphocytic leukaemia," 2010, pp. 1-4. Available at http://www.hospitalpharmacyeurope.com/featured-articles/bendamustine.

Third Party Observation in related EP2528602 based on PCT/US2011/022958 dated Mar. 21, 2016.

Third Party Submission in related EP2528602 based on PCT/US2011/022958 dated Nov. 2013.

Third Party Submission in related EP2528602 based on PCT/US2011/022958 dated Nov. 19, 2013 (9 pages).

Third Party Submission in related EP2528602 dated Nov. 19, 2013.

Treanda label, 2008.

Treanda. "Highlights Of Prescribing Information," Treanda bendamustine hydrochloride for Injection, for intravenous infusion, 2008, pp. 1-6.

Treanda. "Highlights of Prescribing Information," Treanda bendamustine hydrochloride for Injection, for intravenous infusion, 2010, pp. 1-13.

Treanda. "Highlights of prescribing information", 2008.

Trivedi et al., "Water-Insoluble Drug Formulation". 7. Solubilization Using CoSolvent Approach, 2000, pp. 141-168.

Trivedi, "Water-Insoluble Drug Formulation", Second Edition. 9 Solubilization Using Cosolvent Approach, 2008. pp. 161-194.

Akers et al., "Excipient-Drug Interactions in Parenteral Formulations", Journal of Pharmaceutical Sciences, Nov. 2002, vol. 91, Issue 11. pp. 2283-2300.

Akers, Remington, The Science and Practice of Pharmacy 21st Edition, Parenteral preparation, chapter 41, 2005, pp. 802-835.

Amdahl et al., Chemistry, 7th Ed., 2007.

American Heart Association, "Living With Heart Failure" (https://www.heart.org/idc/groups/heart-public/@wcm/@hcm/@gwtg/documents/downloadable/ucm_309068.pdf) (2001).

American Society of Hospital Pharmacists, ASHP Technical Assistance Bulletin On Hospital Distribution and Control, Am J. Hosp Pharm. 1980, 37:1097-103.

Amin et al., "Lyophilization of Polyethylene Glycol Mixtures", Journal of Pharmaceutical Sciences 2004, vol. 93, No. 9, pp. 2244-2249.

Armstrong et al., "Separation of Drug Stereoisomers by the Formation of . . . beta-Cyclodextrin Inclusion Complexes", Science, May 1986, vol. 232, pp. 1132-1135.

Baldi et al., "Statistical Procedures for Optimizing the Freeze-Drying of a Model Drug in Tert-Butyl Alcohol: Water Mixtures", Eur. J. of Pharm. & Biopharm., 1994, vol. 40, No. 3, pp. 138-141.

Balfour et al., "Bendamustine". Drugs, 2001, vol. 61, No. 5, pp. 631-638.

Bauer et al., Pharmazeutische Technologies, pp. 225-228, HW9, 1993.

Bauer et al., Pharmazeutische Technologies. pp. 424-425, HW10, 1993.

Bergsagel et al., "Effect of cyclophosphamide on Advanced Lung Cancer and the Hematological Toxicity of Large, Intermittent Intravenous Doses", Canad. Med. Ass. J., 1968, vol. 98, pp. 532-538.

Bernard Testa et al., Hydrolysis in Drug and Prodrug Metabolism, pp. 681-684.

Bernard Testa. et al., "Hydrolysis in Drug and Prodrug Metabolism", Verlag Helvetica Chimica Acta. pp. 681-684. 2003. ISBN 3-906390-25-X.

Biedermann et al., "SciFinder(r) Hydrolytic degradation of IMET", 1969, 3393, vol. 108, pp. 1-2.

Biewenga et al., "The Pharmacology of the Antioxidant Lipoic Acid", Gen. Pharmac., 1997, vol. 29, No. 3, pp. 315-331.

Boylan et al., "Parenteral Products. Chapter 12", Modern Pharmaceutics, Fourth Ed., 2002, pp. 1-34.

Brigitte et al., "Lipoic and Dihydrolipoic Acids . . . , Free Rad" Res., 1994, vol. 20, No. 2, pp. 119-133.

Broadhead et al., "Pharmaceutical Preformulation and Formulation, Chapter 9 in Parenteral Dosage Forms". Interpharm., 2001, pp. 325-347.

Brown. Organic Chemistry 5th Edition. 2009, pp. 358-360.

Canadian Society of Hospital Pharmacists: Guidelines for Drug-Use Control, 2008. pp. 1-28.

Carpenter et al., "A Study of the Polyethylene Glycols as Vehicles for Intramuscular and Subcutaneous Injection", Journal of the American Pharmaceutical Association, 1952, vol. 41, No. 1, pp. 27-29.

Center for Drug Evaluation and Research, Andrew Dmytrijuk, FDA Medical Review for the Approval of Bendeka, 2015, pp. 1-35.

*Cephalon, Inc.*, et al., v. *Slayback Pharma Limited Liability Company*, et al., Civil Action No. 1:17-cv-01154: Opinion, dated Apr. 27, 2020, 70 pages.

*Cephalon, Inc.*, et al., v. *Slayback Pharma Limited Liability Company*, et al.—Civil Action No. 1: 17-cv-01154: Answer to Slayback Pharma Limited Liability Company's Counterclaims, dated Oct. 20, 2017.

*Cephalon, Inc.*, et al., v. *Slayback Pharma Limited Liability Company*—Civil Action No. 1:17-cv-01154: Joint Status Report (Document 164), dated Oct. 19, 2018.

*Cerhalon, Inc.* et al. v. *Slayback Pharma Limited Liability Company*—Civil Action No. 1:17-cv-01154: Complaint (Document 1), dated Aug. 16, 2017.

*Cerhalon, Inc.*, et al., v. *Slayback Pharma Limited Liability Company*—Civil Action No. 1:17-cv-01154: Answer to Slayback Pharma Limited Liability Company's Counterclaims (Document 56), dated Mar. 5, 2018.

**US 12,138,248 B2**

Page 4

(56)                **References Cited**

OTHER PUBLICATIONS

*Cerhalon, Inc.*, et al., v. *Slayback Pharma Limited Liability Company*, etal.—Civil Action No. 1:17-cv-01154: Answer to Apotex Inc. and Apotex Corp.'s Counterclaims (Document 22), dated Dec. 18, 2017.

*Cerhalon, Inc.*, et al., v. *Slayback Pharma Limited Liability Company*—Civil Action No. 1:17-cv-00154: Defendant Slayback Pharma Limited Liability Company's Answer to Complaint and Counterclaims (Document 11), dated Sep. 29, 2017.

*Cerhalon, Inc.*, et al., v. *Slayback Pharma Limited Liability Company*—Civil Action No. 1:17-cv-01154: Joint Claim Construction Chart (Document 94), dated Jul. 24, 2018.

Chadha et al., "Drug Carrier Systems For Anticancer Agents: A Review", Journal of Scientific & Industrial Reasearch. 2008. vol. 67, pp. 185-197.

Cheson et al., "Bendamustine: Rebirth of an Old Drug", J. Clin. Oncol., 2009, vol. 27, pp. 1492-1501.

Cheung et al., "Safety and Pharmacokinetics of Bendamustine Rapid-Infusion Formulation", J. of Clinical Pharmacology. 2017. vol. 57, No. 11, pp. 1400-1408.

Chu et al., Common Chemotherapy Regimens in Clinical Practice, Physicians' Cancer Chemotherapy Drug Manual 2009.

Corbett, Intravenous Fluids: It's More Than Just 'Fill 'Er Up!', Series #52 Practical Gastroenterology, 2007, pp. 44-60.

Costantino, "Lyophilization Of Biopharmaceuticals". Association of Pharmaceutical Scientists, 2004.

Cyclobond(R) Handbook, A Guide to Using Cyclodextrin Bonded Phases for Chiral LC Separations, 6th ed., 2002, Advanced Separation Technologies, Inc., pp. 1-58.

Derry et al., "Application of 15N Nuclear Magnetic Resonance Spectroscopy to the Determination of the Stability of Aryl Nitrogen Mustards", J. Med. Chem., 1995, vol. 38, pp. 2256-2258.

Draft Note for Guidance on Excipients, Antioxidants and Antimicrobial Preservatives In the Dossier for Application for Marketing Authorisation of Medicinal Product. EMEA. 2003, pp. 1-10.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01459: Answer to Slayback Pharma LLC's Counterclaims (Document 13), dated Oct. 31, 2018.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01459: Complaint (Document 1), dated Sep. 20, 2018.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01459: Defendant Slayback Pharma Limited Liability Company's Answer to Complaint, Additional Defenses, and Counterclaims (Document 9), dated Oct. 10, 2018.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Answer to Slayback Pharma LLC's Counterclaims (Document 12), dated Jan. 3, 2019.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Complaint (Document 1), dated Dec. 11, 2018.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Defendant Slayback Pharma Limited Liability Company's Answer to Complaint, Additional Defenses, and Counterclaims(Document 11), public version dated Dec. 20, 2018.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Opening Brief in Support of Slayback Pharma Limited Liability Company's Motion for Judgment on the Pleadings (Document 17), public version dated Jan. 11, 2019.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Eagle Pharmaceuticals' Opposition to Slayback Pharma's Motion for Judgment on the Pleadings (Document 23), redacted—public version dated Feb. 12, 2019.

*Eagle Pharmaceuticals, Inc.* v. *Slayback Pharma LLC*—Civil Action No. 1:18-cv-01953: Reply Brief in Further Support of Slayback Pharma Limited Liability Company's Motion for Judgment on the Pleadings (Document 27), public verison dated Mar. 1, 2019.

*Eagle Pharmaceuticals, Inc.*, et al. v. *Hospira, Inc*—Civil Action No. 1:18-cv-01074: Exhibit Index—Includes Confidential Information (Document 21), public version dated Sep. 7, 2018.

*Eagle Pharmaceuticals, Inc.*, et al. v. *Hospira, Inc*—Civil Action No. 1:18-cv-01074: Complaint (Document 1), dated Jul. 19, 2018.

*Eagle Pharmaceuticals, Inc.*, et al. v. *Hospira, Inc*—Civil Action No. 1:18-cv-01074: Hospira's Reply Brief in Support of its Motion to Dismiss Plaintiffs' Complaint (Document 29), public version dated Nov. 26, 2018.

*Eagle Pharmaceuticals, Inc.*, et al. v. *Hospira, Inc*—Civil Action No. 1:18-cv-01074: Plaintiffs' Opposition to Motion to Dismiss (Document 26), redacted—public version dated Nov. 2, 2018.

EC Safety Data Sheet: Ribomustin(Registered) 2007.

Eric Watson, et al., Kinetics of Phosphoramide Mustard . . . , Journal of Pharmaceutical Sciences, vol. 74, No. 12, pp. 1283-1292, 1985.

Flamberg et al., "Low Temperature Vacuum Drying of Sterile Parenterals From Ethanol", Bulletin of the Parenteral Drug Association, 1970, vol. 24, No. 5, pp. 209-217.

Floss et al., "Intravenous fluids principles of treatment". Clinical Pharmacist, 2011, vol. 3, pp. 274-283.

Friedberg et al., "Bendamustine in Patients with Rituximab-Refractory Indolent and Transformed Non-Hodgkin's Lymphoma: Results from a Phase II Multicenter, Single-Agent Study", J. Clin. Oncol., 2008, vol. 26, No. 2, pp. 204-210.

Friedman et al., "Colorimetric Estimation of Nitrogen Mustards in Aqueous Media. Hydrolytic Behavior of Bis-(β-chloroethyl)amine, nor HN2", Analytical Chemistry, 1961, vol. 33, No. 7, pp. 906-910.

Fujisawa Deutschland GmbH Ribomustin(Registered) Products and Technical Specifications, 2002.

Furst et al., "About the Hydrolytic Decomposition of IMET 3393," Pharmazeutische Zentralhalle, 1969, vol. 108, Issue 9, pp. 608-614 (English translation and the original article).

Galacid Excel 88 fact sheet (lactic acid 88%), 2012.

Gamesik et al., "NMR Studies of the Conjugation", J. Med. Chem., 1990, vol. 33, pp. 1009-1014.

Gandhi et al., "Bendamustine in B cell malignancies: the new, 46-year old kid on the block", Clin Cancer Res., 2009, vol. 15, No. 24, pp. 7456-7461.

Gatlin et al., "Injectable Drug Development", 17. Formulation and Administration Products, pp. 401-420.

Gibson et al., "Pharmaceutical Preformulation And Formulation: A practical guide from candidate drug selection to commercial dosage form", Informa Healthcare USA, 2009, vol. 199, 2nd ed, pp. 1-559.

Glimelius et al., "Bolus-Injection (2-4 min) Versus Short-term (10-20 min) Infusion of 5-Fluorouracil in Patients with Advanced Colorectal Cancer: a Prospective Randomised Trial", Eur J. Cancer. 1998. vol. 34, pp. 674-678.

Graham Solomons, Organic Chemistry. John Wiley & Sons, 3d ed. 1984.

Gupta et al., "Injectable Drug Development Techniques to Reduce Pain and Irritation", Informa Healthcare. 2008, pp. 183.

Gust et al., "Investigations on the Stability of Bendamustin, a Cytostatic Agent of the Nitrogen Mustard Type I", Synthesis, Isolation, and Characterization of Reference Substances, in Monatshefte fur Chemie, 1997, vol. 128, pp. 291-299.

Handbook of Pharmaceutical Excipients. Seventh edition 2012. Pharmaceutical Press.

Handbook of Pharmaceutical Excipients, Sixth edition, 2009; Rowe; p. 857 (extract from index).

Heider et al., "Efficacy and Toxicity of Bendamustine in Patients with Relapsed Low-Grade non-Hodgkin's Lymphomas", Anticancer Drugs, 2001, vol. 12, pp. 725-729.

HFSA 2010 Comprehensive Heart Failure Practice Guideline. Journal of Cardiac Failure, 2010, vol. 16 No. 6.

Hsu et al., Reactions of N-Ethyl-(HN-1), N-Methyl-Bis(2-Chloroethyl)amine (HN-2), and Tris(2-Chloroethyl)amine (HN-3) with Peroxides, 2002, pp. 1-15.

ICH Harmonised Tripartite Guideline, Stability testing of New Drug Substances and Products Q1A(R2), dated Feb. 6, 2003.

Interlocutory decision in Opposition proceedings of EP 2528602 issued Apr. 8, 2019.

International Conference on Harmonisation in Guideline on Impurities in New Drug Products: Availability, 1997, 62 Fed. Reg. 27, pp. 454-27, p. 461.

International Search Report and Written Opinion for No. PCT US2013/032289 dated Jun. 2013.

International Search Report and Written Opinion issued in counterpart PCT/US2013/032295 dated Jun. 2013 (4 pages).

US 12,138,248 B2

Page 5

(56)            **References Cited**

OTHER PUBLICATIONS

International Search Report and Written Opinion issued in counterpart PCT/US2013/26187.

International Search Report and Written Opinion of International application based on PCT/US2011/022958, dated Apr. 2011 (8 pages).

International Search Report of International Appln. No. PCT/US2013/032289 mailing date Jun. 6, 2013.

International Search Report PCT/US2011/022958 dated Apr. 12, 2011.

Jennings, "Lyophilization, Introduction and Basic Principles", 2006, original copyright 1999.

Jerry, Advanced Organic Chemistry, 4th ed., John Wiley & Sons, Inc. 1992.

Jones, "Applications of Hydrogen Peroxide and Derivatives", Royal Society of Chemistry, 1999, 1 page.

Jonkman-De Vries et al., "Pharmaceutical Development of (Investigational) Anticancer Agents for Parental Use—A Review", Drug Dev Ind Pharm. 1996, vol. 22, No. 6, pp. 475-494.

Kalaycio, "Clinical Experience With Bendamustine: A New Treatment for Patients With Chronic Lymphocytic Leukemia". Clin Leukemia., 2008, vol. 2, No. 4, pp. 223-229.

Kenneth et al., "Remington, Parenteral Preparations", Chapter 41, 2000. pp. 780-786.

Knauf et al., "Bendamustine Versus Chlorambucil in Treatment-Naive Patients with B-Cell Chronic Lymphocytic Leukemia (B-CLL): Results of an International Phase III Study". Blood, 2007, vol. 110, No. 11, 609a.

Koomans et al., "Sodium Balance in Renal Failure: A Comparison of Patients with Normal Subjects Under Extremes of Sodium Intake". Hypertension. 1985, vol. 7, pp. 714-721.

Kumar et al., AAPS Pharm Sci Tech., 2006, vol. 7, No. 3, pp. E1-E7.

Leonard et al., A New Synthesis of Aziridinium Salts. 2,2-Pentamethylene-1,1-tetramethyleneaziridinium Perchlorate A Prototype, J. Am. Chemistry Soc'y. 1960, vol. 82, pp. 6418-6419

Leoni et al., "SDX-105 (Bendamustine), a Clinically Active Antineoplastic Agent Possesses a Unique Mechanism of Action". Blood, 2003, vol. 102, No. 11, Abstract #2363.

Lian-Feng et al., "Water-Insoluble Drug Formulation", Second Edition, Ch. 7. Formulation Strategies and Practice. Support, pp. 113-132.

Lissitchkov et al., Phase-I/II study to Evaluate Dose Limiting Toxicity, Maximum Tolerated Dose, and Tolerability of Bendamustine HCl in Pre-treated Patients With B-Chronic Lymphocytic Leukaemia (Binet stages B and C) Requiring Therapy, J. Cancer Res. Clin. Oncol. 2006, vol. 132, pp. 99-104.

Liu (ed). Water-Insoluble Drug Formulation. 1st ed., CRC Press. Chapters 7 and 9, 2000.

Liu (ed). Water-Insoluble Drug Formulation, 2nd ed., CRC Press. Chapters 7 and 9, 2000.

Lyondell Tebol (Registered) 99, Tertiary Butyl Alcohol in Freeze-Drying Applications,(Lyondell Chemical Co., 2003.

Maas B: "Stabilitaet von Bendamustinhydrochlorid in Infusionsloesungen" Die Pharmazie, Govi Verlag Pharmazeutischer Verlag Gmbh, Eschborn, DE, vol. 49, No. 10, Jan. 1, 1994.

Maas et al., "Stabilitat von Bendamustinhydrochlorid in Infusionslosungen," Die Pharmazie, Govi Verlag Pharmazeutischer Verlag Gmbh, vol. 49, No. 10 pp. 775-777 (1994) (Abstract Only).

Maas, "Stabilitat von Bendamustinhydrochlorid in Infusionslosungen", Die Pharmazie, Govi Verlag Pharmazeutischer Verlag Gmbh, Eschborn, DE, 1994, vol. 49, No. 10, pp. 775-777.

Margolin et al., "Shortening the Infusion Time of Anticancer Drugs Who Will Benefit?", J. of Clinical Oncology. 2007, vol. 25 No. 19, pp. 2642-2643.

Meginity et al., "Influence of Peroxide Impurities in Polyethylene Glycols", Journal of Pharmaceutical Sciences, 1975, vol. 64, No. 2, pp. 356-357.

Mikhal'chuk et al., "Antioxidative Stabilization of Polyethylene . . . ", Russian Journal of Applied Chemistry. 2004, vol. 77, No. 1, pp. 131-135.

National Kidney Foundation, "Clinical Practice Guidelines and Clinical Practice Recommendations" http://kidneyfoundation.cachefly.net/professionals/KDOQI/guideline_upHD_PD_VA/hd_guide5.htm, 2006.

Nema et al., "Excipients and Their Use in Injectable Products", PDA J. Pharma. Sci. & Tech., 1997, vol. 51, No. 4, pp. 166-171.

Nema et al., "Excipients and Their Use in Injectable Products", PDA Journal of Pharmaceutical Science & Technology. May 16, 1997.

Ni et al., "Stabilization and Preformulation of Anticancer Drug-SarCNU", Int'l J. of Pharma., 2002, vol. 249, No. 257-264.

Ni et al., "Use of pure t-butanol as a solvent for freeze-drying: a case study". International Journal of Pharmaceutics, 2001, vol. 226, pp. 39-46.

Ni et al., Use of Pure t-Butanol as a Solvent for Freeze-Drying: A Case Study, Int'l. J. of Pharma., 226:39-46 (2001).

Nuijen et al., "Pharmaceutical Development of a Parenteral Lyophilized Formulation of the Novel Antitumor Agent Aplidine", PDA J Pharmaceut. Sci. and Technol., 2000, vol. 54, No. 3, pp. 193-208.

O'Connor, "Hydrolysis and Alkylating Reactivity of Aromatic Nitrogen Mustards", J.Chem. Soc. Perkin Trans., 1991, vol. 2, pp. 1933-1939.

Olson, "Volatile Solvents for Drying and Microbial Kill in the Final Container", Pharmaceutical Engineering, 1997, pp. 110-118.

Olthoff et al., OlthofT. DD 159289, cited in IDS filed Jan. 24, 2014.

Ozegowski et al., "IMET 3393, ?-[1-Methyl-5-bis-(Beta-chloroethyl)-amino-benzimidazolyl-(2)]-butyric acid hydrochloride, a new cytostatic agent from the benzimidazole mustard gas series", 110 Zbl Pharm. 1971, vol. 110, pp. 1013-1019.

PCT Notification of Transmittal of International Search Report and Written Opinion for PCT/US2013/032295.

PCT Written Opinion of International Search Authority for PCT/US2013/032295.

Pethrick et al., Excerpt from Polymer Yearbook 13, CRC Press, Oct 1, 1996, Technology & Engineering Vinogradova et al.

Pokorny et al., "Antioxidants in Food: Practical Applications", CRC Press, 2001. p. 324.

Poulsen, Introduction to Chemistry (2010).

Pramod K. Gupta Injectable Drug Development Techniques to Reduce pain and irritation.

Preiss et al., "Pharmacological and clinical date of Bendamustine," 17th International Cancer Congress, 1998, pp. 1637-1640.

Preiss et al., "Studies on the Pharmacokinetics of Bendamustine (Cytostasan®) in Humans". Pharmazie, 1985, vol. 40, No. 11, pp. 782-784.

Price, Handbook of Pharm. Excipients, 5th Edition, "Polyethylene Glycol", Aug. 2005, pp. 545-550.

Qin et al., "Oxidative degradation of oligo(ethylene glycol)-terminated monolayers", Chem. Commun. 2009, pp. 5112-5114.

Rassachaert et al., "A phase I study of bendamustine hydrochloride administered once every 3 weeks in patients with solid tumors," Anti-Cancer Drugs, 2007, vol. 18 No. 5, pp. 587-595.

Ready-to-Use [online] retrieved on May 27, 2021 from: https://medical-dictionary.thefreedictionary.com/ready-to-use; 2021. 1 page.

Remington's Pharmaceutical Sciences, 18th edition. (1990), p. 1322.

Remington's Pharmaceutical Sciences, 18th edition, (1990), pp. 1286-1288.

Remington's Pharmaceutical Sciences 1990 (Eighteenth Edition), Mack Publishing Company, Chapter 85, pp. 1570-1580.

Ribomustin Monograph (Updated Aug. 2005).

Ribomustin Monograph (Updated Jan. 2002).

Ribomustin Product Information, Janssen-Cilag Pty Ltd (Updated Sep. 15, 2016).

Roberts et al., Basic Principles Of Organic Chemistry. W. A. Benjamin, Inc., 2d ed. 1977, pp. 612-618.

Rote Liste 1996 for Ribomustin (86 023).

Rote Liste 2003 for Ribomustin (86 045).

Rowe et al. Handbook of Pharmaceutical Excipients, 6th edition, 2009, pp. 454-455.

Rowe et al., "Handbook of Pharmaceutical Excipients," Pharmaceutical Press, 6th edition pp. 857 (extract from index) (2009).

(56) **References Cited**

OTHER PUBLICATIONS

Rowe et al., Handbook of Pharmaceutical Excipients, 5th ed., Pharmaceutical Press, pp. 545-550, Polyethylene Glycol, 2006.

Safety Data Sheet, Lactic Acid, 88%, Colu{acute over (m)}bus Chemical Industries, 2013.

Safety Data Sheet, Lactic Acid, 88%, Columbus Chemical Industries, 2013.

Santacesaria et al., "Thermal Stability Of Nonionic Polyoxyalkylene Surfactants", Journal of Applied Polymer Science, 1991. vol. 42, pp. 2053-2061.

Scasnar et al., "Radiochemical Assay of Stability of 14C-Cytostasan Solutions During Preparation and Storage", Journal of Radioanalytical and Nuclear Chemistry, Articles, 1988, vol. 121, No. 2, pp. 489-497.

Schoffski et al., "Weekly Administration of Bendamustine: A phase I study in patients with advanced progressive solid tumors", Annals of Oncology II, 2000, pp. 729-734.

Schoffski et al., "Repeated administration of short infusions of bendamustine: a phase 1 study in patients with advanced progressive solid tumours", J. Cancer Res Clin Oncol, 2000, vol. 126 No. 1 pp. 41-47.

Schwanen et al., "In vitro evaluation of bendamustine induced apoptosis in B-chronic lymphocytic leukemia", Leukemia, 2002, vol. 16, pp. 2096-2105.

U.S. Appl. filed Dec. 5, 2013., U.S. Appl. No. 14/097,904.

U.S. Appl. filed Dec. 5, 2013., U.S. Appl. No. 14/098,094.

U.S. Appl. filed Feb. 14. 2013., U.S. Appl. No. 13/767,672.

U.S. Appl. filed Nov. 26, 2014., U.S. Appl. No. 14/554,269.

U.S. Appl. filed Oct. 23, 2014., U.S. Appl. No. 14/522,581.

U.S. Appl. filed Sep. 19. 2013., U.S. Appl. No. 14/031,879.

U.S. Pharmacopeia 32-NF-27-General Notices and Requirements, 2009.

U.S. Appl. No. 10/010,533, filed Dec. 7, 2001.

U.S. Appl. No. 10/052,385, filed Jan. 18, 2002.

U.S. Appl. No. 16/015,656. filed Jun. 22, 2018.

USP 24/NF 19 (2000) entry for Propylene Glycol (USP).

Vinogradova et al., "New Metal Chelates as Antioxidant Stabilizers for Polymers . . .", Polymer Yearbook 13, pp. 87-111, 1996.

Vlok, Manual of Nursing, 1988m vol. 1, 9th edition.

Wasylaschuk et al., Journal Of Pharmaceutical Sciences, 2007, vol 96, No. 1, pp. 106-116.

Waterman et al., "Stabilization of Pharmaceuticals to Oxidative Degradation", Pharmaceutical Development and Technology, 2002, vol. 7, No. 1, pp. 1-32.

Watson et al., "Kinetics of phosphoramide mustard hydrolysis in aqueous solution", Journal of Pharmaceutical Sciences, 1985, vol 74, Issue 12, pp. 1283-1292.

Weide et al., "Bendamustine Mitoxantrome and Rituximab (BMR): A New Effective Regimen for Refractory or Relapsed Indolent Lymphomas", Leukemia & Lymphoma, 2002, vol. 43, No. 2, pp. 327-331.

Werner et al., Hydrolysis Products of Cancerostatic Cytostasan(Registered) (Bendamustine), 42 (4) Die Pharmazie, Govi Verlag Pharmazeutischer Verlag GMBH. Eschborn, DE, 272-73.

Wittaya-Areekul et al., "Freeze-Drying of tert-Butyl Alcohol/Water Cosolvent Systems: Effects of Formulation and Process Variables on Residual Solvents", Journal of Pharmaceutical Sciences, 1998, vol. 87, No. 4, pp. 491-495.

Written Opinion issued in counterpart PCT/US2013/032289 dated Jun. 6, 2013.

Written Opinion issued in counterpart PCT/US2013/032295 dated Jun. 3, 2013.

Written Opinion of the International Searching Authority re: International Appln. No. PCT/US2013/032289 mailing date Jun. 6, 2013.

Zimmerman et al., Elements of Organic Chemistry, 1977.

Zips et al., "New Anticancer Agents. In Vitro and In Vivo Evaluation," In Vivo, 2005, vol. 19, pp. 1-8.

Zumdahl et al., Chemistry, 7th Ed., 2007.

* cited by examiner

US 12,138,248 B2

**1**

## FORMULATIONS OF BENDAMUSTINE

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of application Ser. No. 18/498,259, filed Oct. 31, 2023, which is a continuation of application Ser. No. 16/509,920, filed Jul. 12, 2019, now U.S. Pat. No. 11,103,483, which is a continuation of application Ser. No. 16/015,656, filed Jun. 22, 2018, which is a continuation of application Ser. No. 15/432,335, filed Feb. 14, 2017, now U.S. Pat. No. 10,010,533, issued Jul. 3, 2018, which is a continuation of application Ser. No. 15/013,436, filed Feb. 2, 2016, now U.S. Pat. No. 9,572,797, issued Feb. 21, 2017, which is a continuation of application Ser. No. 14/031,879, filed Sep. 19, 2013, now U.S. Pat. No. 9,265,831, issued Feb. 23, 2016, which is a continuation of application Ser. No. 13/016,473, filed Jan. 28, 2011, now U.S. Pat. No. 8,609,707, issued Dec. 17, 2013, which claims the benefit of U.S. Provisional Patent Application No. 61/299,100, filed Jan. 28, 2010, the contents of each of which are incorporated herein by reference.

### BACKGROUND OF THE INVENTION

Bendamustine free base is represented by the following structural formula (I)

(I)

Bendamustine is used in the treatment of a number of cancers including leukemias, Hodgkins disease and multiple myelomas. Bendamustine is the active ingredient of the commercial product Treanda™, a lyophilized powder for reconstitution.

Bendamustine exhibits rapid degradation upon reconstitution of the lyophilized product. Bendamustine undergoes hydrolysis by direct substitution rather than an addition elimination process due to the presence of the highly labile aliphatic chlorine atoms. Some of the main degradants of bendamustine are the monohydroxy compound known as HP1 (hydrolysis product 1) and dihydroxy compound HP2 (hydrolysis product 2). The monohydroxy compound appears as the main impurity at Relative Retention Time (RRT) 0.6 and the dihydroxy compound appears as the main impurity at RRT 0.27. Minor peaks appear at RRT 1.2, which are presently unknown.

The stability of bendamustine in water is measured in hours, and is therefore, not suitable for long-term storage in liquid form. The lyophile possesses good chemical stability. However, reconstitution of the lyophile is clinically inconvenient, taking 15-30 mins with implications of chemical instability. There is a need for ready to use (RTU) bendamustine formulations having enhanced stability.

**2**

### SUMMARY OF THE INVENTION

In other aspects of the invention, the bendamustine-containing compositions include a) a pharmaceutically acceptable fluid which contains one or more of propylene glycol, ethanol, polyethylene glycol, benzyl alcohol and glycofurol, and b) a stabilizing amount of a chloride salt. In other aspects of the invention, the bendamustine-containing compositions include DMSO (dimethyl sulfoxide) as part of the pharmaceutically acceptable fluid included therein. Regardless of the pharmaceutically acceptable fluid included, the amount of bendamustine included in the composition is preferably from about 20 mg/mL to about 60 mg/mL. Still further aspects of the invention include methods of treatment using bendamustine-containing compositions and kits containing the same.

One of the advantages of the inventive liquid compositions is that they have substantially improved long term stability when compared to currently available formulations. For example, the inventive bendamustine compositions are substantially free of impurities after at least about 15 months at a temperature of from about 5° C. to about 25° C. The inventive formulations are advantageously ready to use or ready for further dilution. Reconstitution of lyophilized powders is not required.

### DETAILED DESCRIPTION OF THE INVENTION

Unless defined otherwise, all technical and scientific terms used herein have the same meaning as is commonly understood by one of ordinary skill in the art to which this invention belongs. In the event that there is a plurality of definitions for a term herein, those in this section prevail unless stated otherwise.

As used herein, RRT is calculated by dividing the retention time of the peak of interest by the retention time of the main peak. Any peak with an RRT<1 elutes before the main peak, and any peak with an RRT>1 elutes after the main peak.

For purposes of the present invention, "substantially free of impurities" shall be understood to include bendamustine-containing compositions in which the amount of total impurities is less than about 5%, as calculated on a normalized peak area response ("PAR") basis as determined by high performance liquid chromatography ("HPLC") at a wavelength of 223 nm, after a period of about 15 months at a temperature of from about 5° C. to about 25° C. The amount of impurities is further calculated as being based upon the original amount bendamustine (or salt thereof) being present in the composition or formulation.

For purposes of the present invention, a pharmaceutically acceptable fluid is a fluid which is suitable for pharmaceutical use.

Preferably, the amount of any individual degradant in the inventive compositions does not exceed 2% PAR as determined by HPLC at a wavelength of 223 nm after storage periods of at least about 15 months at a temperature of from about 5° C. to about 25° C. In some aspects, the amount of time the inventive compositions demonstrate long term storage stability is at least about 18 months and preferably at least about 2 years when stored under the conditions described herein.

In accordance with one aspect of the invention there are provided long term storage stable bendamustine-containing compositions including:

US 12,138,248 B2

3

a) bendamustine or a pharmaceutically acceptable salt thereof; and

b) a pharmaceutically acceptable fluid including
   i) PEG, PG or mixtures thereof; and
   ii) a stabilizing amount of an antioxidant.

The total impurities in the inventive compositions resulting from the degradation of the bendamustine in the compositions is less than about 5% PAR as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of from about 5° C. to about 25° C., and thus have long term stability for at least the same period of time or longer. Preferably, the bendamustine-containing compositions demonstrate long term storage stability for at least about 2 years, especially when stored at the lower (refrigerated) temperatures. In one embodiment, the amount of total impurities in the inventive compositions resulting from the degradation of the bendamustine is less than about 3% PAR as determined by HPLC at a wavelength of 223 nm after at least about 2 years at a temperature of from about 5° C. to about 25° C.

In some aspects of the invention, the bendamustine concentration in the inventive compositions is from about 10 mg/mL to about 100 mg/mL, preferably 20 mg/mL to about 60 mg/mL. Preferably the bendamustine concentration in the inventive compositions is from about 25 mg/mL to about 50 mg/mL, and more preferably from about 30 mg/mL to about 50 mg/mL. It will be understood that compositions containing any useful concentration within the ranges, i.e. 10, 20, 25, 30, 35, 40, 45, 50, 55, 60 . . . 100 are contemplated. In other embodiments, the bendamustine concentration in the composition is about 50 mg/mL. In alternative aspects, the amount of bendamustine is outside these ranges but the amounts will be sufficient for single or multiple administrations of dosages generally regarded as effective amounts.

In several embodiments of the invention, pharmaceutically acceptable fluid is non-aqueous and may be, but is not necessarily, a solvent for the bendamustine or salt thereof. Within this aspect, the pharmaceutically acceptable fluid is propylene glycol (PG) or polyethylene glycol (PEG). In other embodiments of the invention however, the pharmaceutically acceptable fluid is a mixture of PEG and PG. For example, the pharmaceutically acceptable fluid can include about 50% PEG and about 50% PG. Alternatively, pharmaceutically acceptable fluid includes about 95% PEG and about 5% PG. The amount of PEG and PG can also be varied within the ranges, i.e. the ratio of PEG:PG in the pharmaceutically acceptable fluid can range from about 95:5 to about 50:50. Within this range, is a pharmaceutically acceptable fluid containing about 75% PEG and about 25% PG, and preferably 80% PEG and 20% PG. In another embodiment, a pharmaceutically acceptable fluid can include about 85% PEG and about 15% PG while another preferred pharmaceutically acceptable fluid includes about 90% PEG and about 10% PG. The molecular weight of the PEG will be within the range of pharmaceutically acceptable weights although PEG 400 is preferred in many aspects of the invention.

Without meaning to be bound by any theory or hypothesis, the hydroxide of the polyethylene glycol molecule is less reactive than the hydroxides of propylene glycol. As a result, the ester forms at a slower rate in polyethylene glycol than propylene glycol and the resulting bendamustine degradants are unexpectedly and substantially reduced over extended periods of time when PEG is a substantial part of the pharmaceutically acceptable fluid.

The bendamustine-containing compositions according to several preferred aspects of the invention include a stabiliz-

4

ing amount of an antioxidant. For purposes of the present invention, "stabilizing amount" shall be understood to include those amounts which increase or enhance the stability of the bendamustine in the compositions described herein. The presence of one or more antioxidants described herein thus contributes, at least in part to the long term stability of the composition. Within this guideline, suitable antioxidant concentrations in the compositions can range from about 2.5 mg/mL to about 35 mg/mL, and preferably from about 5 mg/mL to about 20 mg/mL or from about 10 mg/mL to about 15 mg/mL. In some other embodiments, the concentration of the antioxidant in the bendamustine-containing composition is about 5 mg/mL.

Suitable antioxidants for inclusion include those which are pharmaceutically acceptable for use in human and veterinary formulations although not limited to those currently regarded as safe by any regulatory authority. For example, the antioxidant can be selected from among lipoic acid, thioglycerol (also known as monothioglycerol) and analogs thereof, propyl gallate, methionine, cysteine, metabisulfites, sodium formaldehyde sulfoxylate, phenol-containing aromatic and aliphatic compounds, dihydrolipoic acid and mixtures of the foregoing. Preferably, the antioxidant is thioglycerol, lipoic acid or a mixture thereof. Some particularly preferred embodiments of the invention include thioglycerol.

In view of the foregoing, some preferred long term storage stable bendamustine-containing compositions in accordance with the invention compositions include:
   I. a) bendamustine or a pharmaceutically acceptable salt thereof; and
      b) a pharmaceutically acceptable fluid including
         i) polyethylene glycol and propylene glycol; and
         ii) a stabilizing amount of thioglycerol; or
   II. a) about 50 mg/mL bendamustine or a pharmaceutically acceptable salt thereof; and
      b) a pharmaceutically acceptable fluid including
         i) about 90% PEG and about 10% PG; and
         ii) about 2.5 mg/mL thioglycerol.

Each of these compositions have the same stability profiles already described, i.e. having less than about 5% total impurities, PAR as determined by HPLC at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

In accordance with other aspects of the invention, there are provided long term storage stable bendamustine-containing compositions, including:
   a) bendamustine or a pharmaceutically acceptable salt thereof;
   b) a pharmaceutically acceptable fluid including one or more of the following: PG, ethanol, PEG, benzyl alcohol and glycofurol; and
   c) a stabilizing amount of a chloride salt.

These compositions also have the low levels of impurities and long term stability mentioned herein. Preferred pharmaceutically acceptable fluids include PG, PEG or ethanol in this embodiment of the invention. Preferably, the PEG is PEG 400. If desired, glycerin and/or 88% (w/w) lactic acid can be added to the pharmaceutically acceptable fluid.

Suitable chloride salts include but are not limited to organic chloride salts, sodium chloride, choline chloride, hydrochloride salts of amino acids and mixtures thereof. Thus, as will be appreciated by those of ordinary skill, one can select from among a number of suitable chloride salts and it is Applicants' intention that the scope of the invention includes all such chloride salts that are capable of being included in bendamustine-containing formulations for

US 12,138,248 B2

**5**

extended periods without having a deleterious effect on the drug. In one embodiment of the invention, the chloride salt concentration is from about 10 to about 300 mg/mL. In another embodiment, the chloride salt concentration is from about 50 to about 215 mg/mL. In one preferred embodiment, the chloride salt concentration is about 215 mg/mL.

In accordance with another aspect of the invention, there is provided long term storage stable bendamustine-containing compositions, including:

   a) bendamustine or a pharmaceutically acceptable salt thereof; and

   b) a pharmaceutically acceptable fluid including DMSO.

These compositions also have the low levels of impurities and long term stability mentioned herein. In some aspects, the bendamustine concentration in these compositions is from about 10 mg/ml to about 100 mg/ml. Preferably, the bendamustine concentration is from about 20 mg/mL to about 50 mg/mL, more preferably from about 25 mg/ml to about 50 mg/mL. In an alternative embodiment, the bendamustine concentration is about 50 mg/mL.

Another embodiment of the invention provides methods of treating cancer in mammals. The methods include administering to a mammal in need thereof an effective amount of one of the bendamustine-containing compositions described herein. Since the active ingredient portion of the inventive composition is an FDA-approved drug, those of ordinary skill will recognize that the doses of bendamustine employed in this aspect of the invention will be similar to those employed in any treatment regimens designed for bendamustine as marketed under the trade name TRE-ANDA. The patient package insert containing dosing information is incorporated herein by reference. The methods of treatment also include administering the inventive formulations for any purpose or physical condition for which bendamustine has been indicated as being useful.

Another embodiment of the invention includes methods of preparing bendamustine-containing compositions described herein. The methods include reconstituting lyophilized bendamustine in a pharmaceutically acceptable fluid containing one of the following:

   A) i) PEG, PG or mixtures thereof; and

   ii) a stabilizing amount of an antioxidant;

   B) i) one or more of PG, ethanol, PEG, benzyl alcohol and glycofurol; and

   ii) a stabilizing amount of a chloride salt; or

   C) DMSO.

The steps are carried out under pharmaceutically acceptable conditions for sterility and manufacturing.

In a further aspect of the invention, there are provided methods of controlling or preventing the formation of impurities in bendamustine-containing compositions during long term storage. The methods include combining an amount of bendamustine or a pharmaceutically acceptable salt thereof with a sufficient amount of a pharmaceutically acceptable fluid containing one of the following:

   A) i) PEG, PG or mixtures thereof; and

   ii) a stabilizing amount of an antioxidant;

   B) i) one or more of PG, ethanol, PEG, glycofurol and benzyl alcohol; and

   ii) a stabilizing amount of a chloride salt; or

   C) DMSO.

Further optional steps in accordance therewith include transferring one or more pharmaceutically acceptable doses of the formulations into a suitable sealable container and storing the sealed container at a temperature of from about 5° C. to about 25° C. As a result of carrying out these steps, it is possible to control or substantially prevent the formation

**6**

of impurities which otherwise occur with bendamustine-containing compositions during long term storage so that the artisan is provided with bendamustine-containing formulations having less than about 5% total impurities PAR as determined by HPLC at a wavelength of 223 nm, after at least about 15 months of storage at a temperature of from about 5° C. to about 25° C.

The compositions of the present invention can be packaged in any suitable sterile vial or container fit for the sterile storage of a pharmaceutical such as bendamustine. Suitable containers can be glass vials, polypropylene or polyethylene vials or other special purpose containers and be of a size sufficient to hold one or more doses of bendamustine.

A further aspect of the invention includes kits containing lyophilized bendamustine or a pharmaceutically acceptable salt thereof in a first container or vial; and, in a second container, a sufficient amount of a pharmaceutically acceptable fluid such as those described herein, i.e. one of the following:

   A) i) PEG, PG or mixtures thereof; and

   ii) a stabilizing amount of an antioxidant;

   B) i) one or more of PG, ethanol, PEG, glycofurol and benzyl alcohol; and

   ii) a stabilizing amount of a chloride salt; or

   C) DMSO.

For purposes of this embodiment, the amount of fluid which is sufficient is an amount which allows the bendamustine to be dissolved or dispersed to a degree which renders the liquid composition ready for use.

As will be appreciated by those of ordinary skill, the kit will contain other pharmaceutically necessary materials for storing and/or administering the drug, including instructions for storage and use, additional diluents, if desired, etc.

### EXAMPLES

The following examples serve to provide further appreciation of the invention but are not meant in any way to restrict the effective scope of the invention.

### Example 1

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 10 mg/ml in one of ethanol, propylene glycol and benzyl alcohol as indicated in Table 1 below. 215 mg/ml of choline chloride was added in half of the samples as a source of soluble chloride ions. The samples were maintained at 40° C. and analyzed periodically for drug content and total impurities. The results obtained are presented in Table 1.

TABLE 1

| Stability of Bendamustine HCl | | | | |
|---|---|---|---|---|
| Formulation | Temp | Time | BDM mg/ml | % Total Impurities |
| BDM - 10 mg/mL | | Initial | 10.43 | 0.27 |
| Choline chloride - | 40° C. | 48 hrs | 10.48 | 1.27 |
| 215 mg/mL | | 7 day | 10.26 | 2.11 |
| Ethanol qs to 1 mL | | | | |
| BDM - 10 mg/mL | | Initial | 10.55 | 0.27 |
| Ethanol qs to 1 mL | 40° C. | 48 hrs | 10.30 | 2.39 |
| | | 7 day | 9.55 | 6.66 |
| BDM - 10 mg/mL | | Initial | 9.99 | 0.21 |
| Choline chloride - | 40° C. | 48 hrs | 9.95 | 0.60 |
| 215 mg/ml | | 7 day | 9.43 | 2.31 |
| Propylene glycol qs | | | | |

US 12,138,248 B2

7

TABLE 1-continued

| Formulation | Temp | Time | BDM mg/ml | % Total Impurities |
|---|---|---|---|---|
| Stability of Bendamustine HCl | | | | |
| to 1 mL | | | | |
| BDM - 10 mg/mL | | Initial | 9.68 | 0.21 |
| Propylene glycol qs | 40° C. | 48 hrs | 9.45 | 0.88 |
| to 1 mL | | 7 day | 9.00 | 3.44 |
| BDM - 10 mg/mL | | Initial | 9.95 | 1.19 |
| Choline Chloride - | 40° C. | 48 hrs | 9.89 | 3.51 |
| 215 mg/mL. | | 7 day | 8.97 | 4.24 |
| Benzyl alcohol qs | | | | |
| to 1 mL | | | | |
| BDM - 10 mg/mL | | Initial | 9.52 | 0.33 |
| Benzyl alcohol qs | 40° C. | 48 hrs | 8.67 | 4.18 |
| to 1 mL | | 7 day | 7.49 | 7.84 |

Note:

In Table 1 the total % impurities include total contributions from peaks at various RRTs.

As shown in Table 1, the bendamustine formulations are very stable in solutions containing solvent and chloride salt. Table 1 shows that bendamustine, when dissolved at a concentration of about 10 mg/mL, in a pharmaceutically acceptable fluid, such as ethanol and propylene glycol, and containing a stabilizing amount of a chloride salt, such as choline chloride, had less than about 5% after at least 7 days storage at 40° C.

The data presented in Table 1 translates to bendamustine-containing compositions including a pharmaceutically acceptable fluid and a stabilizing amount of a chloride salt having a shelf life of at least about 15 months at 5° C. and 25° C.

The sample including ethanol alone exhibited more than 6.5 total degradants after 7 days storage at 40° C. The sample including benzyl alcohol alone exhibited more than 7.5% total degradants after 7 days storage at 40° C. Bendamustine-containing compositions with such high levels of degradation would not be suitable for long-term storage.

Example 2

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 10 mg/ml in DMSO. The samples were maintained at 40° C. and analyzed periodically for drug content and impurity profile. The results obtained are presented in Table 2.

TABLE 2

| Formulation | Temp | Time | Content (mg/mL) | % Total Imp |
|---|---|---|---|---|
| Stability of Bendamustine HCl in DMSO | | | | |
| BDM - 10 mg/mL | | Initial | 10.2 | 0.23 |
| DMSO qs to 1 mL | 40° C. | 48 hrs | 9.80 | 0.30 |
| | | 1 week | 10.0 | 0.56 |

Note.

In Table 2 the total % impurities include total contributions from peaks at various RRTs

8

Table 2 shows that bendamustine, when dissolved in DMSO, had substantially no increase in total degradants. The data presented in Table 2 translates to bendamustine-containing compositions including DMSO having a shelf life of at least about 15 months at 5° C. and 25° C. In fact, such compositions are expected to have long term stability for periods beyond 15 months, i.e. up to 2 years or greater.

Example 3

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 20 mg/ml in polyethylene glycol 400 and 5 mg/ml of lipoic acid was added as a stabilizing antioxidant as indicated in Table 3 below. The samples were maintained at 40° C. or 25° C. and analyzed after 15 days for drug content and impurities. The results obtained are presented in Table 3.

TABLE 3

| Antioxidant | T ° C. | Time days | % Initial | % Imp RRT 0.58 | % Total Imps |
|---|---|---|---|---|---|
| Stability of Bendamustine (20 mg/ml) in PEG 400 and Antioxidants | | | | | |
| None | 25 | 15 | 97.6 | 2.08 | 2.28 |
| | 40 | 15 | 56.3 | 2.17 | 41.9 |
| Lipoic Acid | 25 | 15 | 98.5 | <LD | 0.23 |
| 5 mg/ml | 40 | 15 | 97.5 | 0.33 | 0.53 |

<LD = Below Level of Detection

As shown in Table 3, bendamustine, when dissolved in a pharmaceutically acceptable fluid, such as polyethylene glycol, in the presence of a stabilizing amount of an antioxidant, such as lipoic acid, had substantially no increase in total degradants after a period of 15 days. The data presented in Table 3 translates to bendamustine-containing compositions including a pharmaceutically acceptable fluid and a stabilizing amount of an antioxidant having a shelf life of at least about 15 months at 5° C. and 25° C.

The sample including PEG alone, on the other hand, which did not contain an antioxidant, did not exhibit stabilizing effects at 40° C. This sample had more than 40% more total impurities than the sample including lipoic acid. Bendamustine-containing compositions with such high levels of total impurities would not be suitable for long-term storage.

Example 4

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 50 mg/ml in 90% polyethylene glycol 400 and 10% propylene glycol. 5 mg/ml of thioglycerol, α-lipoic acid or dihydrolipoic acid was added as a stabilizing antioxidant as indicated in Table 4 below. The samples were maintained at 40° C. and analyzed after 15 days or one month for drug content and impurity profile as indicated in Table 4 below. The results obtained are presented in Table 4.

US 12,138,248 B2

9 10

### TABLE 4

Stability of Bendamustine (50 mg/ml) in 90% PEG 400, 10% Propylene Glycol and Antioxidant

| | | | | | % Impurities RRT | | % |
| Antioxidant | T (° C.) | Time | Content (mg/mL) | % Initial | HP1 0.59 | PG ester 1.10 | Total Imps |
|---|---|---|---|---|---|---|---|
| Thioglycerol | 40 | initial | 48.8 | 100 | <LD | <LD | 0 |
| | 40 | 1 month | 48.5 | 99.4 | 0.06 | 0.20 | 0.71 |
| α-lipoic acid | 40 | initial | 49 | 100 | <LD | <LD | 0 |
| | 40 | 15 days | 48.8 | 99.6 | 0.19 | 0.13 | 0.32 |
| | 40 | 1 month | 48.7 | 99.4 | 0.34 | 0.26 | 0.79 |
| Dihydrolipoic acid | 40 | initial | 49.3 | 100 | <LD | <LD | 0 |
| | 40 | 1 month | 47.7 | 97.4 | 0.63 | 0.12 | 1.84 |

<LD = Below Level of Detection

As shown in Table 4, bendamustine, when dissolved in a pharmaceutically acceptable fluid, such as a combination of polyethylene glycol and propylene glycol, in the presence of a stabilizing amount of an antioxidant, such as thioglycerol, α-lipoic acid or dihydrolipoic acid, had substantially no increase in total degradants after a period of 1 month. This data supports the position that bendamustine-containing compositions according to the invention have a shelf life of at least about 2 years when stored at temperatures between 5° C. and 25° C.

### Example 5

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 50 mg/ml in a mixture of polyethylene glycol 400 and propylene glycol as indicated in Table 5 below. 5 mg/ml of lipoic acid was added as a stabilizing antioxidant. The samples were maintained at 40° C., 25° C. and 5° C. and analyzed after 1 week, 15 days or one month for drug content and impurity profile as indicated in Table 5 below. The results obtained are presented in Table 5.

### TABLE 5

Stability of Bendamustine (50 mg/ml) and Lipoic Acid (5 mg/ml) in PEG400 and Propylene glycol

| | | | | | % Area of degradants | | | % |
| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | HP1 0.58 | PG ester 1.10 | PG ester 1.13 | Total Imp. |
|---|---|---|---|---|---|---|---|---|
| BDM · | Initial | | 49.6 | 100 | BDL | BDL | BDL | 0.18 |
| 50 mg/mL | 40° C. | 1 W | 49.0 | 98.8 | 0.05 | 0.13 | BDL | 0.38 |
| Lipoic acid- | | 15 d | 48.3 | 97.4 | 0.08 | 0.26 | BDL | 0.55 |
| 5 mg/mL | | 1 M | 48.0 | 96.8 | 0.11 | 0.43 | 0.13 | 1.03 |
| PEG | 25° C. | 15 d | 49.6 | 100.0 | BDL | 0.10 | BDL | 0.30 |
| 400:PG | 5° C. | 1 M | 48.4 | 97.6 | 0.05 | 0.19 | BDL | 0.43 |
| (75:25) qs | | 1 M | 49.6 | 100.0 | BDL | 0.07 | BDL | 0.27 |
| to 1 mL | | | | | | | | |
| BDM- | Initial | | 50.2 | 100 | BDL | BDL | BDL | 0.21 |
| 50 mg/mL | 40° C. | 1 W | 49.9 | 99.4 | BDL | 0.15 | BDL | 0.30 |
| Lipoic acid- | | 15 d | 49.1 | 97.8 | 0.06 | 0.35 | BDL | 0.73 |
| 5 mg/mL | | 1 M | 49.0 | 97.6 | 0.09 | 0.90 | 0.25 | 1.82 |
| PEG | 25° C. | 15 d | 49.9 | 99.4 | BDL | 0.12 | BDL | 0.32 |
| 400:PG | | 1 M | 49.7 | 99.0 | BDL | 0.25 | BDL | 0.59 |
| (50:50) qs | | | | | | | | |
| to 1 mL | 5° C. | 1 M | 50.0 | 99.6 | BDL | 0.11 | BDL | 0.33 |
| BDM- | Initial | | 50.8 | 100 | BDL | BDL | BDL | 0.21 |
| 50 mg/mL | 40° C. | 1 W | 50.4 | 99.2 | BDL | 0.11 | BDL | 0.30 |
| Lipoic acid- | | 15 d | 49.7 | 97.8 | 0.07 | 0.17 | BDL | 0.43 |
| 5 mg/mL | | 1 M | 49.7 | 97.8 | 0.13 | 0.27 | 0.09 | 0.84 |
| PEG | 25° C. | 15 d | 50.8 | 100.0 | BDL | 0.10 | BDL | 0.26 |
| 400:PG | | 1 M | 50.8 | 100.0 | 0.05 | 0.14 | BDL | 0.39 |
| (90:10) qs | 5° C. | 1 M | 50.8 | 100.0 | BDL | 0.06 | BDL | 0.34 |
| to 1 mL | | | | | | | | |

BDL = Below Detectable Limit

As shown in Table 5, bendamustine, when dissolved in certain mixtures of polyethylene glycol and propylene glycol and a stabilizing amount of lipoic acid, had substantially no increase in total degradants after a period of 1 month. The data presented in Table 5 translates to bendamustine-containing compositions having a shelf life of at least about 2 years when stored at temperatures between 5° C. and at 25° C.

### Example 6

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 50 mg/ml in 90% polyethylene glycol 400 and 10% propylene glycol and α-lipoic acid was added as a stabilizing antioxidant as indicated in Table 6 below. The samples were maintained at 40° C., 25° C. and 5° C. and analyzed for drug content and impurity profile as indicated in Table 6 below. The results obtained are presented in Table 6.

US 12,138,248 B2

**11**                                                                 **12**

TABLE 6

Stability of Bendamustine in 90% PEG 400, 10% PG and α-lipoic acid

| Formulation | Temp | Time Per. | Amt. mg/ml | % of Initial | % Area of degradants | | | | | | | | % Total Imp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 0.59 | 1.10 | 1.13 | 1.15 | 1.17 | 1.20 | 1.22 | 1.30 | |
| BDM- | Initial | | 51.0 | 100 | 0.20 | 0.06 | <LD | <LD | <LD | <LD | <LD | LD | 0.26 |
| 50 mg/mL | 40° C. | 1 M | 50.5 | 99.0 | 0.21 | 0.31 | 0.13 | 0.07 | 0.13 | 0.10 | <LD | <LD | 0.95 |
| α-lipoic | | 2 M | 49.7 | 97.5 | 0.22 | 0.71 | 0.28 | 0.14 | 0.12 | 0.21 | 0.12 | <LD | 2.02 |
| acid- | | 3 M | 48.7 | 95.5 | 0.22 | 1.01 | 0.45 | 0.21 | 0.14 | 0.37 | 0.16 | 0.05 | 2.96 |
| 10 mg/mL | 25° C. | 3 M | 50.5 | 99.0 | 0.20 | 0.36 | 0.07 | <LD | <LD | 0.10 | <LD | <LD | 0.73 |
| PEG | | 6 M | 50.4 | 98.8 | 0.22 | 0.60 | 0.17 | 0.06 | 0.06 | 0.09 | 0.10 | 0.08 | 1.44 |
| 400:PG | 5° C | 6 M | 50.9 | 99.8 | 0.16 | 0.05 | <LD | <LD | <LD | <LD | <LD | <LD | 0.21 |
| (90:10) qs | | 12 M | 50.6 | 99.2 | 0.20 | 0.18 | <LD | <LD | <LD | <LD | <LD | <LD | 0.38 |
| to 1 mL | Initial | | 50.3 | 100 | 0.18 | <LD | <LD | <LD | <LD | <LD | <LD | <LD | 0.18 |
| BDM- | 40° C. | 1 M | 50.0 | 99.4 | 0.19 | 0.32 | 0.08 | 0.06 | 0.08 | 0.06 | 0.06 | <LD | 0.85 |
| 50 mg/mL | | 2 M | 49.8 | 99.0 | 0.19 | 0.65 | 0.21 | 0.12 | 0.13 | 0.23 | 0.14 | 0.06 | 1.85 |
| α-lipoic | | 3 M | 49.5 | 98.4 | 0.15 | 0.89 | 0.37 | 0.17 | 0.13 | 0.32 | 0.15 | <LD | 2.40 |
| acid- | | 6 M | 47.0 | 93.4 | 0.20 | 1.76 | 0.66 | 0.19 | 0.31 | 0.47 | 0.33 | 0.17 | 4.93 |
| 15 mg/mL | 25° C. | 3 M | 50.0 | 99.4 | 0.20 | 0.35 | 0.08 | <LD | <LD | <LD | 0.11 | <LD | 0.79 |
| PEG | | 6 M | 49.5 | 98.4 | 0.19 | 0.58 | 0.15 | 0.06 | 0.07 | 0.09 | 0.08 | 0.10 | 1.38 |
| 400:PG | 5° C. | 6 M | 50.3 | 100 | 0.17 | 0.06 | <LD | <LD | <LD | <LD | <LD | <LD | 0.23 |
| (90:10) qs to 1 mL | | 12 M | 50.2 | 99.8 | 0.19 | 0.15 | <LD | <LD | <LD | <LD | <LD | <LD | 0.34 |

<LD = Below Level of Detection

The data reported in Table 6 along with the data in Table 5 demonstrates that bendamustine solutions are stable when dissolved in mixtures of PEG and PG and 5-15 mg/ml α-lipoic acid. As shown in Table 6, bendamustine, when dissolved in combinations of polyethylene glycol and propylene glycol, in the presence of a stabilizing amount of lipoic acid, had less than 3% increase in total degradants after a period of 3 months at 40° C. Additionally, the same compounds had substantially no increase in total degradants after a period of 6-12 months at 5° C. and 25° C. The data corresponds to bendamustine solutions being stable under ambient or refrigerated storage conditions for well in excess of 2 years, and thus long term stable.

Example 7

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 50 mg/ml in 90% polyethylene glycol 400 and 10% propylene glycol. 2.5 mg/ml of thioglycerol was added as an antioxidizing agent. The samples were maintained at 40° C. and 25° C. and analyzed for drug content and impurity profile as indicated in Table 7 below. The results obtained are presented in Table 7.

The stability is similar to that of α-lipoic acid samples in Example 6 above. As shown in Table 7, bendamustine, when dissolved in a combination of polyethylene glycol and propylene glycol, and a stabilizing amount of thioglycerol, had less than 3% increase in total degradants after a period of 3 months at 40° C. Additionally, the same compounds had substantially no increase in total degradants after a period of 6 months at 25° C. The data reported supports the conclusion that these bendamustine solutions are stable under ambient or refrigerated storage conditions for about 2 years.

Example 8

Bendamustine-containing compositions were prepared by dissolving bendamustine HCl to a concentration of 50 mg/ml in 85% PEG 400 and 15% PG in the presence of 5 mg/ml of thioglycerol. The samples were maintained at 40° C. and 25° C. and analyzed for drug content and impurity profile as indicated in Table 8 below. The results obtained are presented in Table 8.

TABLE 7

Stability of Bendamustine in 90% PEG 400, 10% PG and Thioglycerol

| Formulation | Temp | Time Per. | Amt mg/ml | % of Initial | RRTs of degradants | | | | | | | | | % Total Imp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 0.15 | 0.37 | 1.10 | 1.13 | 1.15 | 1.17 | 1.18 | 1.20 | 1.22 | |
| BDM - | Initial | | 50.3 | 100 | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | BDL | 0.00 |
| 50 mg/mL | 40° C. | 15 d | 50.2 | 99.8 | BDL | BDL | BDL | BDL | BDL | BDL | 0.05 | 0.08 | BDL | 0.31 |
| Thio | | 1 M | 49.9 | 99.2 | BDL | 0.12 | 0.32 | 0.07 | BDL | BDL | 0.09 | 0.08 | BDL | 0.75 |
| glycerol- | | 2 M | 49.1 | 97.6 | BDL | 0.18 | 0.56 | 0.24 | 0.09 | 0.17 | 0.19 | 0.12 | 0.11 | 1.76 |
| 2.5 mg/mL | | 3 M | 48.8 | 97.0 | BDL | 0.23 | 0.85 | 0.34 | 0.16 | 0.30 | 0.34 | 0.29 | 0.19 | 2.94 |
| PEG | 25° C. | 3 M | 49.9 | 99.2 | 0.06 | 0.12 | 0.23 | 0.07 | BDL | 0.06 | 0.07 | 0.06 | BDL | 0.67 |
| 400:PG (90:10) qs to 1 mL | | 6 M | 49.3 | 98.0 | BDL | 0.23 | 0.53 | 0.22 | 0.11 | BDL | 0.21 | 0.22 | 0.20 | 2.07 |

BDL = Below Detectable Limit

## 13

### TABLE 8

Stability of Bendamustine in 85% PEG 400, 15% PG and Thioglycerol

| Formulation | Temp. | Time Period | Content (mg/mL) | % of Initial | % Total Imp. |
|---|---|---|---|---|---|
| BDM - 50 mg/mL | Initial | | 51.5 | 100 | 0.12 |
| Thioglycerol - 5 mg/mL | 40° C. | 1 M | 50.4 | 97.9 | 1.18 |
| PEG 400:PG (85:15) | 25° C. | 1 M | 51.4 | 99.8 | 0.41 |
| qs to 1 mL | | 3 M | 50.4 | 97.9 | 1.21 |
| | 5° C. | 3 M | 51.0 | 99.0 | 0.26 |

The stability is similar to that of thioglycerol samples in Example 7 above. As reported in Table 8, total impurities did not exceed 2% at 40° C. or 25° C. storage over one month, or at 25° C. and 5° C. storage after three months. The data reported in Table 8 supports the conclusion that these bendamustine solutions are stable under ambient or refrigerated storage conditions for at least about 2 years if not longer.

We claim:

1. A sterile container containing a liquid bendamustine-containing composition comprising
   bendamustine, or a pharmaceutically acceptable salt thereof, wherein the bendamustine concentration in the composition is about 25 mg/ml;
   a pharmaceutically acceptable fluid consisting of polyethylene glycol and optionally one or more of propylene glycol, ethanol, benzyl alcohol and glycofurol; and
   a stabilizing amount of an antioxidant,
   wherein the total impurities resulting from the degradation of the bendamustine is less than about 5% peak area response, as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of about 5° C. to about 25° C.

2. The sterile container of claim 1, wherein the antioxidant is monothioglycerol.

3. The sterile container of claim 1, wherein the antioxidant is monothioglycerol in a concentration of about 5 mg/mL.

4. The sterile container of claim 1, wherein the composition is stable for at least about 15 months at 5° C. or for at least about 15 months at 25° C.

5. The sterile container of claim 1, wherein the pharmaceutically acceptable fluid consists of polyethylene glycol and one or more of propylene glycol, ethanol, benzyl alcohol, and glycofurol.

6. The sterile container of claim 1, wherein the liquid bendamustine-containing composition comprises about 100 mg of bendamustine, or a pharmaceutically acceptable salt thereof.

7. The sterile container of claim 1, wherein the liquid bendamustine-containing composition comprises about 100 mg of bendamustine.

## 14

8. A liquid bendamustine-containing composition comprising
   bendamustine, or a pharmaceutically acceptable salt thereof, and a stabilizing amount of an antioxidant, in a pharmaceutically acceptable fluid;
   wherein the pharmaceutically acceptable fluid consists of polyethylene glycol and optionally one or more of propylene glycol, ethanol, benzyl alcohol and glycofurol; and
   wherein the bendamustine concentration in the pharmaceutically acceptable fluid is about 25 mg/mL;
   wherein the total impurities resulting from the degradation of the bendamustine is less than about 5% peak area response, as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of about 5° C. to about 25° C.

9. The composition of claim 8, wherein the antioxidant is monothioglycerol.

10. The composition of claim 8, wherein the antioxidant is monothioglycerol in a concentration of about 5 mg/mL.

11. The composition of claim 8, wherein the pharmaceutically acceptable fluid consists of polyethylene glycol and one or more of propylene glycol, ethanol, benzyl alcohol, and glycofurol.

12. The composition of claim 8, wherein the bendamustine concentration in the composition is 25 mg/mL.

13. The sterile container of claim 5, wherein the pharmaceutically acceptable fluid consists of polyethylene glycol.

14. The sterile container of claim 5, wherein the pharmaceutically acceptable fluid consists of polyethylene glycol and propylene glycol.

15. The sterile container of claim 5, wherein the pharmaceutically acceptable fluid consists of polyethylene glycol and ethanol.

16. The sterile container of claim 5, wherein the pharmaceutically acceptable fluid consists of polyethylene glycol and benzyl alcohol.

17. The sterile container of claim 5, wherein the pharmaceutically acceptable fluid consists of polyethylene glycol and glycofurol.

18. The composition of claim 11, wherein the pharmaceutically acceptable fluid consists of polyethylene glycol.

19. The composition of claim 11, wherein the pharmaceutically acceptable fluid consists of polyethylene glycol and propylene glycol.

20. The composition of claim 11, wherein the pharmaceutically acceptable fluid consists of polyethylene glycol and ethanol.

21. The composition of claim 11, wherein the pharmaceutically acceptable fluid consists of polyethylene glycol and benzyl alcohol.

22. The composition of claim 11, wherein the pharmaceutically acceptable fluid consists of polyethylene glycol and glycofurol.

* * * * *