## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH<br><br>**UNREDACTED PUBLIC VERSION** |

### DECLARATION OF AUDREY SPARSCHU

I, Audrey Sparschu, Esq., hereby declare and state as follows:

I am an attorney at Windels Marx Lane & Mittendorf, LLP, licensed to practice law in the State of New York, admitted *pro hac vice* here, and counsel for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. (collectively, "Slayback") in connection with the above-captioned matter. I submit this Declaration in support of Defendant Slayback's Motion for Summary Judgment ("MSJ").

I certify that:

1. **Exhibit 1** to Slayback's MSJ is a true and correct copy of Eagle's Final Infringement Contentions dated 10/10/25.

2. **Exhibit 2** to Slayback's MSJ is a true and correct copy of U.S. Patent No. 11,872,214.

3. **Exhibit 3** to Slayback's MSJ is a true and correct copy of U.S. Patent No. 12,138,248.

4. **Exhibit 4** to Slayback's MSJ is a true and correct copy of the Vivimusta® label.

5. **Exhibit 5** to Slayback's MSJ is a true and correct copy of the Expert Report of Dr. Sinko Regarding Non-Infringement, dated 3/16/26.

6. **Exhibit 6** to Slayback's MSJ is a true and correct copy of a photograph of 6N NaOH and water, taken by Slayback scientist Harish Chinnari, and received by me via email on 5/27/26.

7. **Exhibit 7** to Slayback's MSJ is a true and correct copy of Patent Application Publication No. US 2013/0210879 ("Abandoned Patent Publication").

8. **Exhibit 8** to Slayback's MSJ is a true and correct copy of SLAY-VIVMUS0009967-69.

9. **Exhibit 9** to Slayback's MSJ is a true and correct copy of the Deposition Transcript of Bernhardt L. Trout, Ph.D., dated 5/8/26.

10. **Exhibit 10** to Slayback's MSJ is a true and correct copy of SLAY-VIVMUS0000691-728.

11. **Exhibit 11** to Slayback's MSJ is a true and correct copy of EAGLEBEN-SA_00094585-605.

12. **Exhibit 12** to Slayback's MSJ is a true and correct copy of Application No. 18/081,251 File History.

13. **Exhibit 13** to Slayback's MSJ is a true and correct copy of Application No. 18/646,171 File History.

14. **Exhibit 14** to Slayback's MSJ is a true and correct copy of Application No. 18/081,238 File History.

15. **Exhibit 15** to Slayback's MSJ is a true and correct copy of SLAY-VIVMUS0000472-474.

16. **Exhibit 16** to Slayback's MSJ is a true and correct copy of EAGLEBEN-SA_00240269-360.

17. **Exhibit 17** to Slayback's MSJ is a true and correct copy of the Deposition Transcript of Philip Buxton, dated 8/22/25.

18. **Exhibit 18** to Slayback's MSJ is a true and correct copy of Application No. 13/767,672 ("Abandoned Patent Application") as filed.

19. **Exhibit 19** to Slayback's MSJ is a true and correct copy of excerpts from American Heritage College Dictionary, Dictionary (3rd Ed. 1993).

20. **Exhibit 20** to Slayback's MSJ is a true and correct copy of excerpts from Oxford Thesaurus of English, (3rd Ed. 2009).

21. **Exhibit 21** to Slayback's MSJ is a true and correct copy of excerpts from Roget's 21st Century Thesaurus, (3rd Ed. 2005).

22. **Exhibit 22** to Slayback's MSJ is a true and correct copy of excerpts from Sears, College Physics, 5th Ed. 1980.

23.     **Exhibit 23** to Slayback's MSJ is a true and correct copy of excerpts from Fluid Mechanics, 2d Ed. 2003.

24.     **Exhibit 24** to Slayback's MSJ is a true and correct copy of WO2015/095533.

25.     **Exhibit 25** to Slayback's MSJ is a true and correct copy of the Opening Expert Report of Dr. Bernhardt Trout, Ph.D, dated 2/6/26.

26.     **Exhibit 26** to Slayback's MSJ is a true and correct copy of the Opening Expert Report of Dr. Bernhard Trout, Ph.D. Appendix B.

27.     **Exhibit 27** to Slayback's MSJ is a true and correct copy of Pilaniya et al., "Recent trends in the impurity profile of pharmaceuticals," J. Adv. Pharm. Tech. Res., Vol. 1, Issue 3 pgs. 302-310 (July-Sept 2010).

28.     **Exhibit 28** to Slayback's MSJ is a true and correct copy of excerpts from Sinko, Martin's Physical Pharmacy and Pharmaceutical Sciences, 8th ed. 2024.

29.     **Exhibit 29** to Slayback's MSJ is a true and correct copy of excerpts from Brown & LeMay, Chemistry: The Central Science, (1981).

30.     **Exhibit 30** to Slayback's MSJ is a true and correct copy of Bancroft, "The Solute as Liquid," SCIENCE, Vol. 82, No. 2130, pgs. 388-89 (1935).

31.     **Exhibit 31** to Slayback's MSJ is a true and correct copy of Goodwin, "Is Salt Melting When It Dissolves in Water?," J. Chem. Educ., Vol. 79, No. 3, pgs. 393-96 (March 1, 2002).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Dated: June 5, 2026                   /s/ Audrey Sparschu
                                      Audrey Sparschu, Esq.
                                      asparschu@windelsmarx.com
                                      Windels Marx Lane & Mittendorf, LLP
                                      156 West 56th Street
                                      22nd Floor
                                      New York, NY 10019
                                      (212) 237-1000