# EXHIBIT 19

# UNREDACTED PUBLIC VERSION



THE
AMERICAN
HERITAGE
COLLEGE
*dic·tion·ar·y*

THIRD EDITION

# THE AMERICAN HERITAGE COLLEGE DICTIONARY

# THE AMERICAN HERITAGE COLLEGE DICTIONARY

## THIRD EDITION



### HOUGHTON MIFFLIN COMPANY
*Boston* • *New York*

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1993 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston MA 02116.

0-395-67161-2 (UPC)

*Library of Congress Cataloging-in-Publication Data*
The American heritage college dictionary. —3rd ed.
      p.      cm.
    ISBN 0-395-66917-0 (plain edge). —ISBN 0-395-44638-4 (thumb edge). —ISBN 0-395-66918-9 (deluxe binding).
    1. English language—Dictionaries.   2. Americanisms.
PE1628.A6227   1993
423—dc20
                                                    92-42124
                                                        CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin trade and reference books and  multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at (http://www.hmco.com/trade/).

**524**

flowering maple

fluoro–

**flowering maple** *n.* Any of various tropical plants of the genus *Abutilon,* having lobed leaves like those of the maple.
**flowering plant** *n.* A plant that produces flowers and fruit; an angiosperm.
**flowering quince** *n.* Any of several shrubs of the genus *Chaenomeles,* native to Asia and having spiny branches and red or pink flowers.
**flower people** *n. Informal.* Flower children.
**flow·er·pot** (flou′ər-pŏt′) *n.* A pot in which plants are grown.
**flower power** *n. Informal.* A movement in the 1960's and 1970's, expressing countercultural beliefs and ideals.
**flow·er·y** (flou′ə-rē) *adj.* **-i·er, -i·est. 1.** Of, relating to, or suggestive of flowers. **2.** Abounding in or covered with flowers. **3.** Full of ornate or grandiloquent expressions; highly embellished: *a flowery speech.* — **flow′er·i·ness** *n.*
**flow meter** *n.* An instrument for monitoring, measuring, or recording the rate of flow, pressure, or discharge of a fluid.
**flown¹** (flōn) *v.* P.part. of **fly¹.**
**flown²** (flōn) *adj. Archaic.* Filled to excess. [Obsolete, p.part. of FLOW.]
**flow·stone** (flō′stōn′) *n.* A layered deposit of calcium carbonate on rock where water has flowed or dripped.
**fl oz** or **fl. oz.** *abbr.* Fluid ounce.
**flu** (floo) *n. Informal.* Influenza. [Short for INFLUENZA.]
**flub** (flŭb) *Informal.* — *tr.v.* **flubbed, flub·bing, flubs.** To botch; bungle. — *n.* The act or an instance of botching or bungling. [?] — **flub′ber** *n.*
**flub·dub** (flŭb′dŭb′) *n. Informal.* Pretentious nonsense; bunkum. [?]
**fluc·tu·ate** (flŭk′chōo-āt′) *v.* **-at·ed, -at·ing, -ates.** — *intr.* **1.** To vary irregularly. **2.** To rise and fall in or as if in waves; undulate. — *tr.* To cause to fluctuate. [Lat. *flŭctuāre, flŭctuāt-* < *flŭctus,* a flowing < p.part. of *fluere, flŭct-,* to flow. See bhleu-*.] — **fluc′tu·ant** (-ənt) *adj.* — **fluc′tu·a′tion** *n.*
**flue¹** (floo) *n.* **1.** A pipe, tube, or channel for conveying hot air, gas, steam, or smoke, as from a furnace or fireplace to a chimney. **2.** *Mus.* **a.** An organ pipe sounded by means of an air current striking a lip in the side of the pipe and causing the air within to vibrate. **b.** The lipped opening in such a pipe. [?]
**flue²** (floo) *n.* A fishing net. [ME < MDu. *vlŭwe.* See pleu-*.]
**flu·ent** (floo′ənt) *adj.* **1.a.** Able to express oneself readily and effortlessly. **b.** Flowing effortlessly; polished: *fluent Russian.* **2.** Flowing or moving smoothly; graceful. **3.** Flowing or capable of flowing; fluid. [Lat. *fluēns, fluent-,* pr.part. of *fluere,* to flow. See bhleu-*.] — **flu′en·cy** *n.* — **flu′ent·ly** *adv.*
**flue pipe** *n. Mus.* An organ pipe with a lipped opening; a flue.
**flu·er·ic** (floo-ĕr′ĭk) *adj.* Fluidic. [Lat. *fluere,* to flow; see bhleu-* + -IC.]
**flu·er·ics** (floo-ĕr′ĭks) *n. (used with a sing. v.)* Fluidics.
**flue stop** *n. Mus.* An organ stop controlling a set of flue pipes.
**fluff** (flŭf) *n.* **1.** Light down or fuzz, as on a young bird. **2.** Something having a very light, soft, or frothy consistency or appearance. **3.** Something of little substance or consequence, esp.: **a.** Light or superficial entertainment. **b.** Inflated or padded material. **4.** *Informal.* An error, esp. in the delivery of lines, as by an actor. — *v.* **fluffed, fluff·ing, fluffs.** — *tr.* **1.** To make fluffy. **2.** *Informal.* To ruin or mar by a mistake or blunder. **b.** To forget or botch (one's lines). — *intr.* **1.** To become fluffy. **2.** *Informal.* To make an error, esp. in the delivery of lines. [?]
**fluff·y** (flŭf′ē) *adj.* **-i·er, -i·est. 1.a.** Of, relating to, or resembling fluff. **b.** Covered with fluff. **2.** Light and airy; soft: *a fluffy soufflé.* **3.a.** Light or frivolous. **b.** Lacking depth or precision; fuzzy. — **fluff′i·ly** *adv.* — **fluff′i·ness** *n.*
**flü·gel·horn** or **flue·gel·horn** (floo′gəl-hôrn′, flü′-) *n. Mus.* A bugle with valves, similar to the cornet but having a wider bore. [Ger. < *Flügel,* flank (used to summon flanks in battle) (< MHGer. *vlüegel,* wing, flank; see pleu-*) + *Horn,* horn (< MHGer. < OHGer.; see ker-¹*).] — **flü′gel·horn′ist** *n.*
**flu·id** (floo′ĭd) *n.* A continuous amorphous substance whose molecules move freely past one another and that assumes the shape of its container; a liquid or gas. — *adj.* **1.** Of, relating to, or characteristic of a fluid. **2.** Readily reshaped; pliable. **3.** Smooth and flowing; graceful. **4.a.** Changing or tending to change; variable. **b.** Characterized by or allowing social mobility. **5.** Convertible into cash: *fluid assets.* [< ME, flowing < OFr. *fluide* < Lat. *fluidus* < *fluere,* to flow. See bhleu-*.] — **flu·id′i·ty** (-ĭd′ĭ-tē), **flu′id·ness** *n.* — **flu′id·ly** *adv.*
**fluid dram** *n.* A unit of volume or capacity in the apothecary system, equal to ⅛ of a fluid ounce (3.70 milliliters).
**fluid drive** *n.* An automotive transmission coupling that provides a smooth start, consisting of two separate turbines that rotate on the same axis in a surrounding liquid.
**fluid dynamics** *n. (used with a sing. v.)* The branch of science concerned with gases and liquids in motion.
**flu·id·ex·tract** (floo′ĭd-ĕk′străkt′) *n.* A concentrated alcohol solution of a drug of such strength that each milliliter is the equivalent of one gram of the dry form of the drug.
**flu·id·ic** (floo-ĭd′ĭk) *adj.* **1.** Of, relating to, or characteristic of a fluid. **2.** Relating to or controlled by fluidics.
**flu·id·ics** (floo-ĭd′ĭks) *n. (used with a sing. v.)* The technology



**fluke²**
Of an admiralty anchor (*top left*), an arrowhead (*top right*), and a sperm whale (*bottom*)



pin
base
vaporized mercury
phosphor coating
inert gas
cathode

**fluorescent lamp**

of using the flows and pressures of fluids in sensing, control, and information-processing systems with no moving parts.
**flu·id·ize** (floo′ĭ-dīz′) *tr.v.* **-ized, -iz·ing, -iz·es. 1.** To make fluid. **2.** To pulverize (a solid) so finely that it takes on some of the properties of a fluid. — **flu′id·i·za′tion** (-dĭ-zā′shən) *n.*
**fluid mechanics** *n. (used with a sing. v.)* The branch of mechanics concerned with the properties of gases and liquids.
**fluid ounce** *n.* **1.** A unit of volume or capacity in the U.S. Customary System, used in liquid measure, equal to 29.57 milliliters (1.804 cubic inches). **2.** A unit of volume or capacity in the British Imperial System, used in liquid and dry measure, equal to 28.41 milliliters (1.734 cubic inches).
**fluke¹** (flook) *n.* **1.** Any of various flatfishes, esp. a flounder of the genus *Paralichthys.* **2.** See **trematode.** [ME < OE *flōc.* See plāk-¹*.]
**fluke²** (flook) *n.* **1.** *Naut.* The triangular blade at the end of each arm of an anchor, designed to catch in the ground. **2.** A flat or barbed head, as on an arrow. **3.** Either of the two horizontally flattened divisions of a whale's tail. [Poss. < FLUKE¹.]
**fluke³** (flook) *n.* **1.** A stroke of good luck. **2.** A chance occurrence; an accident. **3.** *Games.* An accidentally good or successful stroke in billiards or pool. [?]
**fluk·y** also **fluk·ey** (floo′kē) *adj.* **-i·er, -i·est. 1.** Resulting from or depending on mere chance. **2.** Constantly shifting; uncertain. [< FLUKE³.] — **fluk′i·ly** *adv.* — **fluk′i·ness** *n.*
**flume** (floom) *n.* **1.** A narrow gorge, usu. with a stream flowing through it. **2.** An open artificial channel or chute carrying a stream of water, as for conveying logs. [ME *flum,* river < OFr. < Lat. *flūmen* < *fluere,* to flow. See bhleu-*.]
**flum·mer·y** (flŭm′ə-rē) *n., pl.* **-ies. 1.** Meaningless or deceptive language; humbug. **2.a.** Any of several soft, sweet, bland foods, such as custard. **b.** A sweet gelatinous pudding made by straining boiled oatmeal or flour. [Welsh *llymru,* soft jelly from sour oatmeal.]
**flum·mox** (flŭm′əks) *tr.v.* **-moxed, -mox·ing, -mox·es.** *Informal.* To confuse; perplex. [Prob. of E. dial. orig.]
**flung** (flŭng) *v.* P.t. and p.part. of **fling.**
**flunk** (flŭngk) *Informal.* — *v.* **flunked, flunk·ing, flunks.** — *intr.* To fail, esp. in a course or an examination. — *tr.* **1.** To fail (an examination or course). **2.** To give a failing grade to. — *n.* **1.** The act or an instance of flunking. **2.** A failing grade. — *phrasal verb.* **flunk out.** To expel or be expelled from a school or course because of work below standard. [?]
**flun·ky** also **flun·key** (flŭng′kē) *n., pl.* **-kies** also **-keys. 1.** A person of slavish or unquestioning obedience; a lackey. **2.** One who does menial or trivial work; a drudge. **3.** A liveried manservant. [Sc., perh. < FLANKER, an attendant at one's flank.] — **flun′ky·ism** *n.*
**flu·or** (floo′ôr′, -ər) *n.* See **fluorite.** [NLat., mineral belonging to a group used as fluxes < Lat., a flowing < *fluere,* to flow. See bhleu-*.]
**fluor–** *pref.* Var. of **fluoro–.**
**fluo·resce** (floo-rĕs′, flô-, flō-) *intr.v.* **-resced, -resc·ing, -resc·es.** To undergo, produce, or show fluorescence. [Back-formation < FLUORESCENCE.] — **fluo·resc′er** *n.*
**fluo·res·ce·in** (floo-rĕs′ē-ĭn, flô-, flō-) *n.* A compound, $C_{20}H_{12}O_5$, that exhibits intense fluorescence in alkaline solution and is used in medicine and to trace water flow.
**fluo·res·cence** (floo-rĕs′əns, flô-, flō-) *n.* **1.** The emission of electromagnetic radiation, esp. of visible light, stimulated in a substance by the absorption of incident radiation and persisting only as long as the stimulating radiation is continued. **2.** The property of emitting such radiation. **3.** The radiation so emitted. [FLUOR(SPAR) + -ESCENCE.]
**fluo·res·cent** (floo-rĕs′ənt, flô-, flō-) *adj.* **1.a.** Of or relating to fluorescence. **b.** Exhibiting or produced by fluorescence: *fluorescent plankton.* **2.** Glowing as if with fluorescence; vivid: *fluorescent colors.* — *n.* A fluorescent lamp.
**fluorescent lamp** *n.* A lamp that produces light by fluorescence, esp. a glass tube whose inner wall is coated with a material that fluoresces when an electrical current causes a vapor within the tube to discharge electrons.
**fluor·i·date** (floor′ĭ-dāt′, flôr′-, flōr′-) *tr.v.* **-dat·ed, -dat·ing, -dates.** To add a fluorine compound to (a drinking-water supply, for example) for the purpose of reducing tooth decay. — **fluor′i·da′tion** *n.*
**fluor·ide** (floor′īd′, flôr′-, flōr′-) *n.* A binary compound of fluorine with another element. [FLUOR(INE) + -IDE.]
**fluor·i·na·tion** (floor′ĭ-nā′shən, flôr′-, flōr′-) *n.* A chemical reaction that introduces fluorine into a compound.
**fluor·ine** (floor′ēn′, -ĭn, flôr′-, flōr′-) *n. Symbol* **F** A pale-yellow corrosive poisonous gaseous halogen element, the most reactive of all the elements, used in a wide variety of industrially important compounds. Atomic number 9; atomic weight 18.9984; freezing point −219.62°C; melting point of liquid 1.108 atm; boiling point −188.14°C; specific gravity of liquid 1.108 (at boiling point); valence 1. See table at **element.**
**fluor·ite** (floor′īt′, flôr′-, flōr′-) *n.* A mineral, $CaF_2$, often fluorescent in ultraviolet light.
**fluoro–** or **fluor–** *pref.* **1.** Fluorine: *fluorosis.* **2.** Fluorescence: *fluoroscope.* [< FLUORINE and < FLUOR.]

**lip service** *n.* Verbal expression of agreement or allegiance, unsupported by real conviction or action; hypocritical respect.

**lip·stick** (lĭp′stĭk′) *n.* A small stick of waxy lip coloring enclosed in a cylindrical case.

**lipstick tree** *n.* See **annatto** 1.

**lip-sync** also **lip-synch** (lĭp′sĭngk′) — *v.* **-synched, -synch·ing, -synchs** also **-synced, -sync·ing, -syncs.** — *intr.* To move the lips in synchronization with recorded speech or song. — *tr.* To synchronize lip movement with (recorded speech or song).

**Lip·tau·er** (lĭp′tou′ər) *n.* **1.** A soft cheese originating in Hungary. **2.** A cheese spread made with Liptauer or a cream cheese substitute. [Ger., after *Liptau* (Liptó), Hungary.]

**liq.** *abbr.* **1.** Liquid. **2.** Liquor.

**li·quate** (lĭ′kwāt′) *tr.v.* **-quat·ed, -quat·ing, -quates.** To separate (the metals in an alloy) by melting the more fusible constituents while leaving the less fusible ones solid. [Lat. *liquāre, liquāt-,* to melt.] — **li·qua′tion** *n.*

**liq·ue·fac·tion** (lĭk′wə-făk′shən) *n.* **1.** The process of liquefying. **2.** The state of being liquefied. [ME *liquefaccion* < OFr. *liquefacion* < LLat. *liquefactiō, liquefactiōn-* < Lat. *liquefactus,* p.part. of *liquefacere,* to make liquid. See LIQUEFY.]

**liq·ue·fy** also **liq·ui·fy** (lĭk′wə-fī′) — *v.* **-fied, -fy·ing, -fies.** — *tr.* To cause to become liquid, esp.: **a.** To melt (a solid) by heating. **b.** To condense (a gas) by cooling. — *intr.* To become liquid. [ME *liquefien* < OFr. *liquefier* < Lat. *liquefacere* : *liquēre,* to be liquid + *facere,* to make; see FACT.] — **liq′ue·fi′er** *n.*

**li·ques·cent** (lĭ-kwĕs′ənt) *adj.* Becoming or tending to become liquid; melting. [Lat. *liquēscēns, liquēscent-,* pr.part. of *liquēscere,* to become liquid, inchoative of *liquēre,* to be liquid.] — **li·ques′cence, li·ques′cen·cy** *n.*

**li·queur** (lĭ-kûr′, -kyŏŏr′) *n.* Any of various strongly flavored alcoholic beverages typically served in small quantities after dinner. [Fr. < OFr. *licour,* a liquid. See LIQUOR.]

**liq·uid** (lĭk′wĭd) *n.* **1.a.** A state of matter characterized by a readiness to flow, little or no tendency to disperse, and relatively high incompressibility. **b.** Matter or a specific body of matter in this state. **2.** *Ling.* A consonant articulated without friction and capable of being prolonged like a vowel, such as English *l* and *r.* — *adj.* **1.** Of or being a liquid. **2.** Having been liquefied, esp.: **a.** Melted by heating. **b.** Condensed by cooling. **3.** Flowing readily; fluid. **4.** Having a flowing quality without harshness or abrupt breaks. **5.** *Ling.* Articulated without friction and capable of being prolonged like a vowel. **6.** Clear and shining. **7.** Readily convertible into cash. [< ME, of a liquid < OFr. *liquide* < Lat. *liquidus* < *liquēre,* to be liquid.] — **liq′uid·ly** *adv.* — **liq′uid·ness** *n.*

**liq·uid·am·bar** (lĭk′wĭd-ăm′bər) *n.* Any of several deciduous trees of the genus *Liquidambar,* such as the sweet gum. [NLat., genus name : Lat. *liquidus,* liquid; see LIQUID + Med. Lat. *ambar,* amber; see AMBER.]

**liq·ui·date** (lĭk′wĭ-dāt′) *v.* **-dat·ed, -dat·ing, -dates.** — *tr.* **1.a.** To pay off (a debt, for example); settle. **b.** To settle the affairs of (a business firm, for example) by determining the liabilities and applying the assets to their discharge. **2.** To convert (assets) into cash. **3.** To put an end to; abolish. **4.** To put to death; kill. — *intr.* **1.** To settle a debt, a claim, or an obligation. **2.** To liquidate a business or an estate. [LLat. *liquidāre, liquidāt-,* to melt < Lat. *liquidus,* liquid. See LIQUID.] — **liq′ui·da′tion** *n.* — **liq′ui·da′tor** *n.*

**liquid crystal** *n.* Any of various liquids in which the molecules are regularly arrayed in either one dimension or two dimensions, the order giving rise to characteristic optical properties.

**liq·uid-crys·tal display** (lĭk′wĭd-krĭs′təl) *n.* An alphanumeric display made up of a normally transparent liquid, sandwiched between layers of glass or plastic, that forms opaque patterns when an electric field is applied.

**li·quid·i·ty** (lĭ-kwĭd′ĭ-tē) *n.* **1.** The state of being liquid. **2.** The quality of being readily convertible into cash. **3.** Available cash or the capacity to obtain it on demand.

**liquid measure** *n.* **1.** The measurement of liquid capacity. **2.** A unit or system of units of liquid capacity.

**liq·ui·fy** (lĭk′wə-fī′) *v.* Var. of **liquefy.**

**liq·uor** (lĭk′ər) *n.* **1.** An alcoholic beverage made by distillation rather than by fermentation. **2.** A liquid, such as broth, produced in cooking. **3.** An aqueous solution of a nonvolatile substance. **4.** A solution, an emulsion, or a suspension for industrial use. — *tr.v.* **-uored, -uor·ing, -uors. 1.** To steep (malt, for example). **2.** *Slang.* To make drunk with alcoholic liquor. Often used with *up:* *was all liquored up.* [ME *licour,* a liquid < OFr. < Lat. *liquor* < *liquēre,* to be liquid.]

**li·quo·rice** (lĭk′ər-ĭs, -ĭsh) *n. Chiefly British.* Var. of **licorice.**

**li·ra** (lîr′ə, lē′rä) *n., pl.* **li·re** (lîr′ā, lē′rĕ) or **li·ras.** See table at currency. [Ital. < OItal. < OProv. *liura* < Lat. *libra,* a unit of weight, pound.]

**lir·i·pipe** (lĭr′ə-pīp′) *n.* A long scarf or cord attached to and hanging from a hood. [Med.Lat. *liripipium.*]

**Lis·bon** (lĭz′bən). The cap. of Portugal, in the W part on the Tagus R. estuary. An ancient Iberian settlement, it was devastated by a major earthquake in 1755. Pop. 807,167.

**li·sen·te** (lē-sĕn′tā) *n.* Pl. of **sente.**

**lisle** (līl) *n.* **1.** A fine, smooth, tightly twisted thread spun from long-stapled cotton. **2.** Fabric knitted of this thread, used esp. for hosiery and underwear. [After *Lisle* (Lille), France.]

**lisp** (lĭsp) *n.* **1.** A speech defect or mannerism characterized by mispronunciation of the sounds (s) and (z) as (th) and (th). **2.** A sound of or like a lisp. — *v.* **lisped, lisp·ing, lisps.** — *intr.* **1.** To speak with a lisp. **2.** To speak imperfectly, as a child does. — *tr.* To pronounce with a lisp. [< ME *lispen,* to lisp < OE *-wlispian* < *wlisp,* lisping.] — **lisp′er** *n.*

**LISP** (lĭsp) *n. Comp. Sci.* A programming language widely used in artificial intelligence research. [*lis(t) p(rocessing).*]

**lis·some** also **lis·som** (lĭs′əm) *adj.* **1.** Easily bent; supple. **2.** Having the ability to move with ease; limber. [Alteration of LITHESOME.] — **lis′some·ly** *adv.* — **lis′some·ness** *n.*

**list¹** (lĭst) *n.* **1.** A series of names, words, or other items written, printed, or imagined one after the other: *guest list.* **2.** A considerable number; a long series. — *v.* **list·ed, list·ing, lists.** — *tr.* **1.** To make a list of; itemize. **2.** To enter in a list; register. **3.** To put (oneself) in a specific category. **4.** *Archaic.* To recruit. — *intr.* **1.** To have a stated list price. **2.** *Archaic.* To enlist in the armed forces. [Fr. *liste* < OFr. < OItal. *lista,* of Gmc. orig.] — **list′er** *n.*

**list²** (lĭst) *n.* **1.a.** A narrow strip, esp. of wood. **b.** *Archit.* See **listel. c.** A border or selvage of cloth. **2.** A stripe or band of color. **3.a.** An arena for jousting tournaments or other contests. Often used in the plural. **b.** A place of combat. Often used in the plural. **c.** An area of controversy. Often used in the plural. **4.** A ridge thrown up between two furrows by a lister in plowing. **5.** *Obsolete.* A boundary; a border. — *tr.v.* **list·ed, list·ing, lists. 1.** To cover, line, or edge with list. **2.** To cut a thin strip from the edge of. **3.** To furrow or plant (land) with a lister. [ME < OE *līste.*]

**list³** (lĭst) *n.* An inclination to one side, as of a ship; a tilt. — *intr. & tr.v.* **list·ed, list·ing, lists.** To lean or cause to lean to the side: *The ship listed badly to starboard.* [?]

**list⁴** (lĭst) *intr. & tr.v.* **list·ed, list·ing, lists.** *Archaic.* To listen or listen to. [ME *listen* < OE *hlystan.* See **kleu-*.**]

**list⁵** (lĭst) *Archaic.* — *v.* **list·ed, list·ing, lists.** — *tr.* To be pleasing to; suit. — *intr.* To be disposed; choose. — *n.* A desire or an inclination. [ME *listen,* to desire, please < OE *lystan.* See **las-*.**]

**lis·tel** (lĭs′təl) *n. Archit.* A narrow border, molding, or fillet. [Fr. < Ital. *listello,* dim. of *lista,* border, of Gmc. orig.]

**lis·ten** (lĭs′ən) *intr.v.* **-tened, -ten·ing, -tens. 1.** To make an effort to hear something: *listen to the radio.* **2.** To pay attention; heed. — *phrasal verb.* **listen in. 1.** To listen to a conversation between others; eavesdrop. **2.** To tune in and listen to a broadcast. [ME *listenen,* alteration (influenced by *listen;* see **list⁴**) of OE *hlysnan.* See **kleu-*.**] — **lis′ten·er** *n.*

**lis·ten·a·ble** (lĭs′ə-nə-bəl) *adj.* Being such that listening is pleasurable: *a listenable soundtrack.* — **lis′ten·a·bil′i·ty** *n.*

**lis·ten·er·ship** (lĭs′ə-nər-shĭp′, lĭs′nər-) *n.* The people who listen to a radio program or station.

**list·er** (lĭs′tər) *n.* A plow equipped with a double moldboard that turns up the soil on each side of the furrow. [< LIST².]

**Lis·ter** (lĭs′tər), **Joseph.** 1827–1912. British surgeon who demonstrated (1865) that carbolic acid was an effective antiseptic agent.

**lis·te·ri·a** (lĭ-stîr′ē-ə) *n.* Any of various rod-shaped grampositive bacteria of the genus *Listeria.* [NLat. *Listeria,* genus name, after Joseph LISTER.]

**lis·te·ri·o·sis** (lĭ-stîr′ē-ō′sĭs) *n.* A bacterial disease caused by *Listeria monocytogenes,* affecting animals and occasionally human beings and marked by meningitis and encephalitis.

**list·ing** (lĭs′tĭng) *n.* **1.** An entry in a list or directory. **2.** A list or directory. **3.** *Comp. Sci.* A printout of a program or file.

**list·less** (lĭst′lĭs) *adj.* Lacking energy or disinclined to exert effort; lethargic: *listless resignation.* [ME *listles* : prob. < *liste,* desire (< *listen,* to desire; see LIST⁵) + *-les, -lesse, -less.*] — **list′less·ly** *adv.* — **list′less·ness** *n.*

**list price** *n.* A basic published or advertised price, often subject to discount.

**Liszt** (lĭst), **Franz.** 1811–86. Hungarian composer whose works include the *Dante Symphony* (1856).

Franz Liszt

**lit¹** (lĭt) *v.* A p.t. and p.part. of **light¹.** See Usage Note at **light¹.**

**lit²** (lĭt) *v.* A p.t. and p.part. of **light².**

**lit.** *abbr.* **1.** Liter. **2.a.** Literal. **b.** Literally. **3.** Literary. **4.** Literature.

**lit·a·ny** (lĭt′n-ē) *n., pl.* **-nies. 1.** A liturgical prayer consisting of a series of petitions recited by a leader alternating with fixed responses by the congregation. **2.** A repetitive or incantatory recital. [ME *letanie* < OFr. < Med.Lat. *letania* < LLat. *litania* < LGk. *litaneia* < Gk., entreaty < *litaneuein,* to entreat < *litanos,* entreating < *litē,* supplication.]

**Lit.B.** *abbr. Lat.* Litterarum Baccalaureus (Bachelor of Letters; Bachelor of Literature).

**li·tchi** also **li·chee** or **ly·chee** (lē′chē) *n.* **1.** A Chinese tree (*Litchi chinensis*) that bears bright red fruits, each of which has a large single seed with a white, fleshy, edible aril. **2.** The nutlike fruit of this tree. [Chin. (Mandarin) *lì zhī.*]

**Lit.D.** *abbr. Lat.* Litterarum Doctor (Doctor of Letters; Doctor of Literature).

**lite** (līt) *adj. Slang.* Having less substance or weight or fewer

**litchi**
*Litchi chinensis*

ă pat
ā pay
âr care
ä father
ĕ pet
ē be
ĭ pit
ī pie
îr pier
ŏ pot
ō toe
ô paw

oi boy
ou out
ŏŏ took
ōō boot
ŭ cut
ûr urge
th thin
th this
hw which
zh vision
ə about,
   item

Stress marks:
′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-n

...graphic film. —**so′lar·i·za′tion** (-lər-ĭ-zā′shən) *n.*

**solar month** *n.* One twelfth of a solar year, totaling 30 days, 10 hours, 29 minutes, 3.8 seconds.

**solar panel** *n.* A group of connected solar cells.

**solar plexus** *n.* **1.** The large network of sympathetic nerves and ganglia located in the peritoneal cavity behind the stomach and having branching tracts that supply nerves to the abdominal viscera. **2.** The pit of the stomach. [< its radially branching ganglia.]

**solar system** *n.* The sun together with the nine planets and all other celestial bodies that orbit the sun.

**solar wind** (wĭnd) *n.* A stream of ionized particles ejected at high speeds from the surface of the sun.

**solar year** *n.* The period of time required for the earth to make one complete revolution around the sun, measured from one vernal equinox to the next and equal to 365 days, 5 hours, 48 minutes, 45.51 seconds.

**sold** (sōld) *v.* P.t. and p.part. of **sell.**

**sol·dan** (sōl′dan, sŏl′-) *n.* also **sou·dan** (sōōd′n) *n.* A sultan in Egypt. [ME < OFr. < Ar. *sulṭān.*]

**sol·der** (sŏd′ər) *n.* **1.** Any of various fusible alloys, usu. tin and lead, used to join metallic parts. **2.** Something that joins or cements. —*v.* **-dered, -der·ing, -ders.** —*tr.* To serve as a solder between; join. —*intr.* **1.** To unite or repair things with solder. **2.** To be joined by or as if by solder. [ME *soudur* < OFr. *soudure* < *souder,* to solder < Lat. *solidāre,* to make solid < *solidus,* solid. See **SOLID.**] —**sol′der·er** *n.*

**sol·dier** (sōl′jər) *n.* **1.** One who serves in an army. **2.** An enlisted person or a noncommissioned officer. **3.a.** An active, loyal, and militant follower. **b.** A trusted follower of an organized crime leader. **4.** A sexually undeveloped form of certain ants and termites, having large heads and powerful jaws specialized to serve as fighting weapons. —*intr.v.* **-diered, -dier·ing, -diers. 1.** To be or serve as a soldier. **2.** To make a show of working. [ME *soudier,* mercenary < AN *soldeier* and OFr. *soudier,* both < OFr. *sol, soud,* sou < LLat. *solidum, soldum,* pay < *solidus,* solidus. See **SOLIDUS.**]

**Word History:** Why do soldiers fight? The Old French word *soudoior* or *soudier,* from which our word comes, is derived from *sol* or *soud,* Old French forms of Modern French *sou.* There is no longer a French coin named *sou,* but the meaning of the word *sou* alerts us to the fact that money is involved. Indeed, Old French *sol* referred to a coin and also meant "pay," and a *soudoior* was one who fought for pay. This was a concept worth expressing in an era when others were not paid for fighting but did it in service to a feudal superior.

**sol·dier·ly** (sōl′jər-lē) *adj.* Of or befitting a soldier.

**soldier of fortune** *n., pl.* **soldiers of fortune.** One who will serve in any army for personal gain or love of adventure.

**sol·dier·y** (sōl′jə-rē) *n.* **1.** Soldiers considered as a group. **2.** The profession of soldiering.

**sold-out** (sōld′out′) *adj.* Having all tickets or accommodations completely sold, esp. ahead of time.

**sole** (sōl) *n.* **1.** The underside of the foot. **2.** The underside of a shoe or boot, often excluding the heel. **3.** The part on which something else rests while in a vertical position, esp.: **a.** The bottom surface of a plow. **b.** *Sports.* The bottom surface of the head of a golf club. —*tr.v.* **soled, sol·ing, soles. 1.** To furnish (a shoe or boot) with a sole. **2.** *Sports.* To put the sole of (a golf club) on the ground, as in preparing to make a stroke. [ME < OFr. < Lat. *solea,* sandal < *solum,* bottom, sole of the foot.]

**sole** (sōl) *adj.* **1.** Being the only one: *the sole survivor of the crash.* **2.** Of or relating to only one individual or group; exclusive: *The court has the sole right to decide.* **3.** *Law.* Single; unmarried. [ME, alone < OFr. *sol* < Lat. *sōlus.* See **s(w)e-•.**]

**sole** (sōl) *n., pl.* **sole** or **soles. 1.** Any of various chiefly marine flatfish of the family Soleidae, related to and resembling the flounders, esp. any of several European species, such as *Solea solea,* valued as food fishes. **2.** Any of various other flatfish, esp. certain coastal flounders. [ME < OFr. < Lat. *solea,* sandal < its shape]. See **SOLE**[1].]

**sol·e·cism** (sŏl′ĭ-sĭz′əm, sō′lĭ-) *n.* **1.** A nonstandard usage or grammatical construction. **2.** A violation of etiquette. **3.** An impropriety, a mistake, or an incongruity. [Lat. *soloecismus* < Gk. *soloikismos* < *soloikizein,* to speak incorrectly < *soloikos,* speaking incorrectly, after *Soloi* (Soli), an Athenian colony in Cilicia where a dialect regarded as substandard was spoken.] —**sol′e·cist** *n.* —**sol′e·cis′tic** *adj.*

**sole·ly** (sōl′lē, sō′lē) *adv.* **1.** Alone; singly: *solely responsible.* **2.** Entirely; exclusively: *did it solely for love.*

**sol·emn** (sŏl′əm) *adj.* **1.** Deeply earnest, serious, and sober. **2.** Somberly or gravely impressive. See Syns at **serious. 3.** Performed with full ceremony. **4.** Invoking the force of religion; sacred: *a solemn vow.* **5.** Gloomy; somber. [ME *solemne* < OFr. < Lat. *sollemnis,* established, customary. See **sol-•.**] —**sol′emn·ly** *adv.* —**sol′emn·ness** *n.*

**sol·em·ni·ty** (sə-lĕm′nĭ-tē) *n., pl.* **-ties. 1.** The quality or condition of being solemn. **2.** A solemn observance or proceeding.

**sol·em·nize** (sŏl′əm-nīz′) *tr.v.* **-nized, -niz·ing, -niz·es. 1.** To...

celebrate or observe with dignity and gravity. **2.** To perform with formal ceremony. **3.** To make serious or grave. —**sol′em·ni·za′tion** (-nĭ-zā′shən) *n.*

**so·le·noid** (sō′lə-noid′) *n.* **1.** A coil of wire that acts like a magnet when a current passes through it. **2.** An assembly used as a switch, consisting of a coil and a metal core free to slide along the coil axis under the influence of the magnetic field. [Fr. *solénoïde* < Gk. *sōlēnoeidēs,* pipe-shaped : *sōlēn,* pipe + *-oeidēs,* -oid.] —**so′le·noi′dal** (-noid′l) *adj.* —**so′le·noi′dal·ly** *adv.*

**So·lent** (sō′lənt). A narrow channel between the Isle of Wight and the S mainland of England.

**sole·plate** (sōl′plāt′) *n.* The underside of a clothes iron.

**sole·print** (sōl′prĭnt′) *n.* **1.** A print of the sole of the foot. **2.** A print of the sole of the foot made for identification.

**so·les** (sō′lās) *n.* Pl. of **sol**[3].

**so·le·us** (sō′lē-əs) *n., pl.* **-le·i** (-lē-ī′). A broad flat muscle of the calf of the leg, situated under the gastrocnemius. [NLat. < Lat. *solea,* sandal. See **SOLE**[1].]

**sol-fa** (sōl-fä′) *Mus.* —*n.* **1.** The set of syllables *do, re, mi, fa, sol, la,* and *ti,* used to represent the tones of the scale. **2.** Use of these syllables. —*intr. & tr.v.* **-faed, -fa·ing, -fas.** To use the sol-fa syllables or sing using these syllables. [Ital. *solfa* < Med.Lat. : *sol,* note of the scale; see **GAMUT** + *fa,* note of the scale; see **GAMUT.**]

**sol·fa·ta·ra** (sōl′fə-tär′ə) *n.* A volcanic area that gives off sulfurous gases and steam. [Ital. < *solfo,* sulfur < Lat. *sulfur.*]

**sol·fège** (sōl-fĕzh′, sŏl-) *n. Mus.* Solfeggio. [Fr. < Ital. *solfeggio.* See **SOLFEGGIO.**]

**sol·feg·gio** (sōl-fĕj′ē-ō′, -fĕj′ō) *n., pl.* **-feg·gi** (-fĕj′ē) or **-gios.** *Mus.* **1.** Use of the sol-fa syllables to note the tones of the scale; solmization. **2.** A singing exercise in which the sol-fa syllables are used. [Ital. < *solfa,* sol-fa. See **SOL-FA.**]

**sol·fe·ri·no** (sōl′fə-rē′nō) *n. Color.* A moderate purplish red. [After *Solferino,* a village of N Italy.]

**so·lic·it** (sə-lĭs′ĭt) *v.* **-it·ed, -it·ing, -its.** —*tr.* **1.** To seek to obtain by persuasion, entreaty, or formal application. **2.** To petition persistently; importune. **3.** To entice or incite to evil or illegal action. **4.** To approach or accost (a person) with an offer of sexual services. —*intr.* **1.** To make solicitation or petition for something desired. **2.** To solicit someone sexually. [ME *soliciten,* to disturb < OFr. *solliciter* < Lat. *sollicitāre* < *sollicitus,* troubled. See **SOLICITOUS.**] —**so·lic′i·ta′tion** *n.*

**so·lic·i·tor** (sə-lĭs′ĭ-tər) *n.* **1.** One that solicits, esp. one that seeks trade or contributions. **2.** The chief law officer of a city, town, or government department. **3.** *Chiefly British.* An attorney who is not a member of the bar and may be heard only in the lower courts.

**solicitor general** *n., pl.* **solicitors general. 1.** A law officer assisting an attorney general. **2.** The chief law officer in a state not having an attorney general.

**so·lic·i·tous** (sə-lĭs′ĭ-təs) *adj.* **1.a.** Anxious or concerned. **b.** Expressing care or concern. See Syns at **thoughtful. 2.** Full of desire; eager. **3.** Marked by anxious care and often hovering attentiveness. **4.** Extremely careful; meticulous. [Lat. *sollicitus : sollus,* entire; see **sol-•** + *citus,* p.part. of *ciēre,* to set in motion; see **kei-**[2]**·**.] —**so·lic′i·tous·ly** *adv.* —**so·lic′i·tous·ness** *n.*

**so·lic·i·tude** (sə-lĭs′ĭ-tōōd′, -tyōōd′) *n.* **1.** The state of being solicitous; care or concern, as for the well-being of another. See Syns at **anxiety. 2.** A cause of anxiety or concern. Often used in the plural.

**sol·id** (sŏl′ĭd) *adj.* **-er, -est. 1.a.** Of definite shape and volume; not liquid or gaseous. **b.** Firm or compact in substance. See Syns at **firm**[1]. **2.** Not hollowed out: *a solid block of wood.* **3.** Being the same substance or color throughout: *solid gold.* **4.** *Math.* Of, relating to, or being a three-dimensional geometric figure or body. **5.** Having no gaps or breaks; continuous: *a solid line of people.* **6.** Of good quality and substance: *a solid foundation.* **7.** Substantial; hearty: *a solid meal.* **8.** Sound; reliable: *solid facts.* **9.** Financially sound. **10.** Upstanding and dependable: *a solid citizen.* **11.** Written without a hyphen or space. For example, the word *software* is a solid compound. **12.** *Print.* Having no leads between the lines. **13.** Acting together; unanimous: *a solid voting bloc.* —*n.* **1.** A substance having a definite shape and volume; one that is neither liquid nor gaseous. **2.** *Math.* A geometric figure having three dimensions. [ME *solide* < OFr. < Lat. *solidus.* See **sol-•.**] —**sol′id·ly** *adv.* —**sol′id·ness** *n.*

**solid angle** *n. Math.* An angle formed by all rays from a common point that pass through a closed curve.

**sol·i·dar·i·ty** (sōl′ĭ-dăr′ĭ-tē) *n.* A union of interests, purposes, or sympathies among members of a group; fellowship of responsibilities and interests. [Fr. *solidarité* < *solidaire,* interdependent < OFr., in common < Lat. *solidus,* solid, whole. See **SOLID.**]

**solid geometry** *n. Math.* The branch of mathematics that deals with three-dimensional figures and surfaces.

**so·lid·i·fy** (sə-lĭd′ə-fī′) *v.* **-fied, -fy·ing, -fies.** —*tr.* **1.** To make solid, compact, or hard. **2.** To make strong or united. —*intr.* To become solid or united. —**so·lid′i·fi·ca′tion** (-fĭ-kā′shən) *n.*





solar panel
On the Skylab satellite



| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | th this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, |
| ô paw | item |

Stress marks:
′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)