# EXHIBIT 20

# UNREDACTED PUBLIC VERSION

# Oxford Thesaurus of English

THIRD EDITION



OXFORD
UNIVERSITY PRESS

# OXFORD
UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide in

Oxford  New York
Auckland  Cape Town  Dar es Salaam  Hong Kong  Karachi
Kuala Lumpur  Madrid  Melbourne  Mexico City  Nairobi
New Delhi  Shanghai  Taipei  Toronto

With offices in

Argentina  Austria  Brazil  Chile  Czech Republic  France  Greece
Guatemala  Hungary  Italy  Japan  Poland  Portugal  Singapore
South Korea  Switzerland  Thailand  Turkey  Ukraine  Vietnam

Oxford is a registered trade mark of Oxford University Press
in the UK and in certain other countries

© Oxford University Press 2000, 2004, 2006, 2009

Database right Oxford University Press (makers)

First edition 2000
Second edition 2004
Second edition, revised 2006
Third edition 2009

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press,
or as expressly permitted by law, or under terms agreed with the appropriate
reprographics rights organization. Enquiries concerning reproduction
outside the scope of the above should be sent to the Rights Department,
Oxford University Press, at the address above

You must not circulate this book in any other binding or cover
and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data

Data available

Library of Congress Cataloging in Publication Data

Data available

Typeset in Parable, Frutiger, and Argo by Asiatype, Inc.
Printed in Italy by Rotolito Lombarda S.p.A.

ISBN  978-0-19-956081-3

10  9  8  7  6  5  4  3  2  1


General Library System
University of Wisconsin - Madison
728 State Street
Madison, WI 53706-1494
U.S.A.

**3** *he writes in an easy, flowing style*: **fluent**, fluid, free-flowing, effortless, easy, natural, smooth, unbroken, uninterrupted, continuous, graceful, elegant.
▷ANTONYMS stilted; halting.

**fluctuate** verb **1** *the size of harvest fluctuates from year to year*: **vary**, differ, shift, change, alter, waver, swing, oscillate, alternate, rise and fall, go up and down, see-saw, yo-yo, be unstable, be unsteady.
▷ANTONYMS be steady.
**2** *she fluctuates between wanting to go and being afraid of going*: **vacillate**, hesitate, waver, falter, veer, swing, sway, oscillate, alternate, teeter, totter, hover, see-saw, yo-yo, go from one extreme to the other, vary, change one's mind, be in two minds, be ambivalent, be indecisive, be unsure, be undecided; Brit. hum and haw, haver; Scottish swither; informal shilly-shally, dilly-dally, blow hot and cold, pussyfoot around, sit on the fence, wobble.

**fluctuation** noun *a natural fluctuation in the earth's temperature*: **variation**, shift, change, alteration, swing, movement, oscillation, undulation, alternation, rise and fall, rising and falling, see-sawing, yo-yoing, instability, unsteadiness.
▷ANTONYMS stability.

**flue** noun **duct**, tube, passage, channel, canal, conduit, shaft, air passage, airway, vent, well; funnel, chimney, chimney stack, smokestack; pipe, pipeline, outlet, inlet.

**fluency** noun **1** *a job that calls for verbal fluency*: **eloquence**, articulacy, articulateness, expressiveness, communicativeness, coherence, cogency, intelligibility, comprehensibility, lucidity, vividness, persuasiveness, glibness, volubility.
▷ANTONYMS inarticulacy.
**2** *fluency in Japanese will be a major asset*: **articulacy**, facility, ability to speak or write ... easily and accurately; command of.
**3** *his walk had a feline kind of fluency to it*: **fluidity**, flow, smoothness, effortlessness, ease, naturalness; grace, gracefulness, elegance; regularity, rhythm, rhythmicity; rare flowingness.
▷ANTONYMS jerkiness.

**fluent** adjective **1** *a fluent introductory speech*: **articulate**, eloquent, expressive, communicative, coherent, cogent, illuminating; vivid, silver-tongued, persuasive, glib, voluble.
▷ANTONYMS inarticulate.
**2** *he soon became fluent in Welsh*: **articulate**, able to speak or write ... easily and accurately; (**be fluent in**) have a (good) command of.
**3** *he has a very fluent running style*: **free-flowing**, smooth, effortless, easy, natural, fluid, unbroken, continuous; graceful, elegant; regular, rhythmic.
▷ANTONYMS jerky.

**fluff** noun **1** *there was fluff all over my coat*: **fuzz**, lint, dust; N. Amer. dustballs, dust bunnies; Scottish ooze.
**2** *on his head was a fluff of pale downy hair*: **down**, soft/fine hair, soft fur, soft feathers, downiness, fuzz, floss, nap, pile.
**3** informal *commentary should be free of fluffs such as mispronounced words or hesitations*: **mistake**, error, gaffe, blunder, fault, slip, slip of the tongue, solecism, indiscretion, oversight, inaccuracy, botch; French faux pas; Latin lapsus linguae, lapsus calami; informal slip-up, clanger, boner, boo-boo, howler; Brit. informal boob; N. Amer. informal goof, blooper, bloop; Brit. informal, dated bloomer, floater.
▶ verb **1** informal *the out-takes show him hopelessly fluffing his lines*: **bungle**, deliver badly, muddle up, make a mess of; forget; informal mess up, foul up, screw up, cock up.
▷ANTONYMS get right.
**2** informal *he fluffed his tee shot on the fourteenth hole*: **bungle**, fumble, miss; informal mess up, make a mess of, make a hash of, hash, muff, foozle, butcher, make a botch of, foul up, bitch up, screw up, blow, louse up; Brit. informal make a muck of, make a pig's ear of, cock up, make a Horlicks of; N. Amer. informal flub, goof up, bobble; vulgar slang fuck up, bugger up, balls up, bollix up.
▷ANTONYMS succeed in, make a good job of.

**fluffy** adjective *a fluffy toy rabbit*: **fleecy**, woolly, fuzzy, shaggy, hairy, feathery, downy, furry, velvety, cushiony; soft; rare floccose, flocculent, lanate, lanose.
▷ANTONYMS rough.

**fluid** noun *he designed instruments to measure the flow of fluids*: **flowing substance**; liquid, watery substance, moisture, solution, juice, sap; gas, gaseous substance, vapour.
▷ANTONYMS solid.
▶ adjective **1** *in fluid magmas, these gas bubbles can expand freely*: **flowing**, able to flow easily; liquid, liquefied, melted, molten, uncongealed, running; gaseous, gassy; technical fluxional.
▷ANTONYMS solid.
**2** *at this stage his plans were still fluid*: **adaptable**, flexible, adjustable, open-ended, open, open to change, changeable, not fixed, not settled, variable, versatile.
▷ANTONYMS firm.

**3** *take advantage of our fluid state to let us know what you think the magazine should look like*: **fluctuating**, changeable, subject/likely to change, unsteady, (ever-)shifting, mobile, inconstant; **unstable**, unsettled, turbulent, volatile, mercurial, protean, kaleidoscopic, knife-edge, explosive.
▷ANTONYMS static.
**4** *he stood up in one fluid movement*: **free-flowing**, flowing, fluent, smooth, effortless, easy, natural, unbroken, continuous; graceful, elegant; regular, rhythmic.
▷ANTONYMS jerky.

> **Choose the right word fluid, liquid**
>
> See **liquid**.

**fluke** noun *by a fluke I had a cancellation*: **chance**, coincidence, accident, a twist of fate; **piece/stroke of luck**, piece/stroke of good luck, piece/stroke of good fortune, lucky stroke, happy/lucky chance, lucky break.

**fluky** adjective *we didn't deserve to win—our goals were a bit fluky*: **lucky**, fortunate, providential, timely, opportune, serendipitous, expedient, heaven-sent, auspicious, propitious, felicitous, convenient, apt; chance, fortuitous, accidental; unexpected, unanticipated, unforeseen, unlooked-for, coincidental, haphazard, inadvertent, random, unintended; Brit. informal jammy.
▷ANTONYMS planned.

**flummox** verb *Linear B script had flummoxed generations of academics*: **baffle**, bewilder, mystify, bemuse, perplex, puzzle, confuse, confound, nonplus, disconcert, throw, throw off balance, disorientate, take aback, set thinking; informal bamboozle, discombobulate, faze, stump, beat, fox, make someone scratch their head, be all Greek to, make someone's head spin, floor, fog; N. Amer. informal buffalo; archaic wilder, gravel, maze, cause to be at a stand, distract, pose; rare obfuscate.

**flummoxed** adjective *I was flummoxed until I remembered something*: **baffled**, bewildered, mystified, bemused, perplexed, puzzled, confused, confounded, nonplussed, disconcerted, thrown, thrown off balance, at sea, at a loss, disorientated, taken aback; informal bamboozled, discombobulated, fazed, stumped, beat, foxed, floored; Canadian & Austral./NZ informal bushed; archaic wildered, distracted, mazed.

**flunkey** noun **1** *a flunkey brought us a bottle of champagne*: **liveried manservant**, liveried servant, lackey, steward, butler, footman, valet, retainer, attendant, factotum, houseboy, page.
**2** *government flunkeys searched his offices*: **minion**, lackey, hireling, subordinate, underling, servant, retainer, vassal; puppet, spaniel, pawn, tool, creature, instrument, cat's paw; informal skivvy, stooge, sucker, yes-man; Brit. informal poodle, dogsbody; N. Amer. informal gopher.

**flurried** adjective *I was so flurried that I broke the cork*: **agitated**, flustered, ruffled, in a panic, worked up, beside oneself, overwrought, perturbed, frantic; informal in a flap, in a state, in a twitter, in a fluster, in a dither, all of a dither, all of a lather, in a tizz/tizzy, in a tiz-woz; Brit. informal in a (flat) spin, having kittens; N. Amer. informal in a twit.
▷ANTONYMS calm.

**flurry** noun **1** *he opened the door and a flurry of snow blew in*: **swirl**, whirl, eddy, billow, shower, gust, rush, burst, gale, squall, storm.
**2** *there was a renewed flurry of activity outside*: **burst**, outbreak, spurt, fit, spell, bout, rash, blaze, eruption; informal spot.
**3** *his account of the deliberations caused a flurry of excitement in the press*: **fluster**, fuss, bustle, whirl, stir, ferment, hubbub, commotion, hustle, tumult; agitation, disturbance, furore, perturbation, state of anxiety, panic; informal to-do, flap; archaic pother.
**4** *there was a flurry of imports*: **spate**, wave, flood, deluge, torrent, stream, tide, avalanche, storm, shower, cascade; series, succession, string; barrage, volley, battery; outbreak, rash, explosion, run, rush.
▷ANTONYMS dearth; trickle.
▶ verb *gusts of snow flurried through the door*: **swirl**, whirl, eddy, billow, gust, blast, blow, rush, wind, churn, swish, spin, twist, spurt, surge, seethe, stream, flow, puff, squall, squirt, boil.

**flush¹** verb **1** *he kissed her cheek and she flushed in embarrassment*: **blush**, redden, turn/go pink, turn/go red, turn/go crimson, turn/go scarlet, colour (up), change colour, crimson, tint, burn up; archaic mantle.
▷ANTONYMS pale.
**2** *fruit helps to flush toxins from the body*: **rinse (out)**, wash (out/down), sluice, swill, cleanse, clean, hose (down), swab; Brit. informal sloosh (down).
**3** *one of the beaters was flushing birds from their hiding places*: **drive**, send up, chase, force, dislodge, expel, frighten, scare.
▶ noun **1** *a flush crept over her face*: **blush**, reddening, high colour, colour, rosiness, pinkness, ruddiness, bloom.
▷ANTONYMS paleness.
**2** *in the first flush of manhood*: **bloom**, glow, freshness, radiance, vigour, rush.

**flush²** adjective informal **1** *the company was flush with cash*: **well supplied with**, replete with, overflowing with, bursting with, brimful with,

# lip | literary

idolize, adulate; aggrandize; rare laud, panegyrize.
▷ANTONYMS vilify.

**lip** noun **1** *the lip of the coffee pot* | *the lip of the crater*: **edge**, rim, brim, margin, border, verge, brink; boundary, perimeter; mouth.
▷ANTONYMS centre.
**2** informal *I'll tan your hide if I have any more of your lip.* See **insolence**.
□ **keep a stiff upper lip** keep **control of oneself**, not show emotion, appear unaffected, bite one's lip; informal keep one's cool.

> **Word links lip**
>
> **labial** relating to the lips
> **labio-** related prefix, as in *labiodental*

**liquefy** verb *above a certain temperature it is impossible to liquefy a gas* | *the wine was warm and the cheese had liquefied*: **make/become liquid**, condense, dissolve, precipitate; liquidize, melt; deliquesce, run.
▷ANTONYMS solidify, coagulate; gasify.

**liquid** adjective **1** *liquid fuels*: **fluid**, flowing, running; runny, watery, thin, sloppy, aqueous, liquefied; melted, molten, thawed, dissolved, uncongealed; technical hydrous.
▷ANTONYMS solid; gaseous.
**2** *her liquid eyes*: **clear**, transparent, limpid, crystal clear, crystalline, see-through; translucent, pellucid, unclouded, uncloudy; bright, shining, brilliant, glowing, gleaming.
▷ANTONYMS cloudy; opaque.
**3** *her liquid voice*: **pure**, clear, smooth, fluent, distinct, clarion; **mellifluous**, dulcet, mellow, sweet, sweet-sounding, sweet-toned, soft, melodious, honeyed, soothing, tuneful, musical, lilting, lyrical, harmonious, euphonious; rare mellifluent.
▷ANTONYMS cacophonous, disharmonious.
**4** *liquid assets*: **convertible**, negotiable, disposable, usable, realizable, obtainable, spendable.
▷ANTONYMS unavailable, tied up.
▶ noun *a vat of liquid*: **fluid**; moisture, wet, wetness, damp, dampness; liquor; solution; juice, sap, secretion.
▷ANTONYMS solid; gas.

> **Word links liquid**
>
> **hydraulics** science of moving liquids

> **Choose the right word liquid, fluid**
>
> Just as these two words are close in their scientific senses, they have similar figurative meanings.
>
> Scientifically, **liquid** is the narrower term, denoting a fluid, such as water or oil, that flows but has constant volume (at constant temperature and pressure). A liquid has no fixed shape and yields easily to external pressure; thus we can talk metaphorically about *liquid assets* (such as shares or commodities) that can easily be converted into cash, while a *liquid market* features much trading and continual price movements. *Liquid* is also used of things that are clear to the eye or ear (*liquid blue eyes* | *the liquid song of a bird*).
>
> In its scientific sense, **fluid** denotes anything that flows, including gases, which can change shape more dramatically than liquids. In figurative uses, a *fluid situation* is also very volatile, while *fluid pricing*, to which airline flights and package holidays in particular are now subject, means that their prices are varied continually, according to the demand from customers or the cash-flow requirements of the business. *Fluid* is also used to indicate effortless and graceful movement (*in one fluid movement, he picked up the bag and its contents*).

**liquidate** verb **1** *if the company was liquidated, there would be enough funds released to honour the debts*: **close down**, wind up, put into liquidation, dissolve, break up, disband, terminate.
**2** *he would normally have liquidated his share portfolio*: **convert to cash**, convert, cash, cash in, sell off, sell up, realize.
**3** *the fund was raided for purposes other than liquidating the public debt*: **pay off**, pay, pay in full, settle, clear, discharge, square, make good, honour, defray, satisfy, account for; remit.
**4** informal *nationalist rivals were liquidated in bloody purges.* See **kill**.

**liquidize** verb *liquidize a large raw carrot to a smooth paste*: **purée**, cream, liquefy, pulp, crush, press; blend, process.
▷ANTONYMS condense.

**liquor** noun **1** *it is not permitted to sell liquor to a person under 18*: **alcohol**, spirits, alcoholic drink, strong drink, drink, intoxicating liquor, intoxicant; informal booze, hard stuff, shorts, the demon drink, firewater, juice, grog; N. Amer. informal the sauce, hooch.
**2** *carefully strain the cooking liquor into the sauce*: **stock**, broth, bouillon, juice, gravy, liquid, infusion, extract, concentrate, decoction.

**lissom** adjective *she had the lissom body of a dancer*: **supple**, lithe, limber, graceful, elegant, spry, flexible, loose-limbed, agile, nimble, deft, dexterous, fit; slim, slender, thin, willowy, sylphlike, sleek, trim.
▷ANTONYMS portly.

**list¹** noun *a list of the world's wealthiest people*: **catalogue**, inventory, record, register, roll, file, index, directory, listing, checklist, tally, docket, ticket, enumeration, table, tabulation; series, litany, recital.
▶ verb *the accounts are listed alphabetically*: **record**, register, make a list of, note down, write down, set down, enter; itemize, enumerate, recite, catalogue, file, log, minute, tabulate, categorize, inventory, schedule, chronicle; classify, group, arrange, sort, rank, alphabetize, index.

**list²** verb *the boat listed to one side*: **lean**, lean over, tilt, tip, heel, heel over, careen, cant, pitch, toss, roll, incline, slant, slope, be at an angle, bank, keel over.
▷ANTONYMS be on an even keel.

**listen** verb **1** *I've just been listening to the news*: **hear**, pay attention, be attentive, attend, concentrate on, concentrate on hearing, give ear to, lend an ear to; hang on someone's words; keep one's ears open, prick up one's ears; informal be all ears, pin back one's ears, get a load of, tune in; literary hark, hearken.
**2** *policy-makers should listen to popular opinion*: **pay attention**, take heed, heed, give heed, take notice, take note, mind, observe, watch, follow, notice, mark, bear in mind, give a thought to, take into consideration, take into account, take to heart, hang on, accept, believe; obey, do as one is told by.
▷ANTONYMS ignore, be deaf to.
□ **listen in** *anyone with the right radio receiver can listen in on calls*: **eavesdrop**, spy; overhear, tap, wiretap, bug, monitor; informal snoop.

**listless** adjective *she was pale and listless* | *a listless performance*: **lethargic**, enervated, lackadaisical, spiritless, unenergetic, lifeless, vigourless, lacking energy, limp, effete; **languid**, languorous, languishing, inactive, inert, sluggish, torpid, supine, half-hearted, lukewarm, indifferent, uninterested, impassive; indolent, idle, apathetic, shiftless, slothful; passive, dull, heavy.
▷ANTONYMS energetic, lively.

> **Choose the right word listless, languid, lethargic**
>
> See **languid**.

**litany** noun **1** *the lips of others had moved also, repeating the litany*: **prayer**, invocation, petition, supplication, devotion, entreaty; archaic orison.
**2** *a litany of complaints*: **recital**, recitation, repetition, enumeration, account, refrain; list, listing, catalogue, inventory, roll.

**literacy** noun *tests of literacy and numeracy*: **ability to read and write**, reading/writing ability, reading/writing proficiency; learning, book learning, education, scholarship, schooling; letters.
▷ANTONYMS illiteracy.

**literal** adjective **1** *those who believe in the literal truth of the biblical Genesis* | *it is unique, in the literal sense of that word*: **strict**, **factual**, plain, simple, bare, exact, straightforward, stark; unvarnished, unexaggerated, unembellished, undistorted, unadulterated; objective, narrow, correct, true, truthful, faithful, accurate, genuine, authentic, veritable, veracious, gospel.
▷ANTONYMS metaphorical, figurative; loose, approximate.
**2** *a literal translation*: **word-for-word**, verbatim, line-for-line, letter-for-letter; exact, precise, faithful, close, strict, to the letter, undeviating, true, accurate; rare literatim.
▷ANTONYMS loose, liberal, vague.
**3** *his literal, unrhetorical manner*: **literal-minded**, down-to-earth, factual, matter-of-fact, no-nonsense, unsentimental, level-headed, hard-headed; prosaic, unimaginative, colourless, pedestrian, tedious, boring, dull, humdrum, uninspired, uninspiring, prosy.
▷ANTONYMS whimsical.
▶ noun *William read through the article, correcting two literals*: **misprint**, error, mistake, slip, slip of the pen, printing/typographical/typesetting/keyboarding/keying/typing error, corrigendum, erratum; informal typo, howler.

**literally** adverb *their name, translated literally, means 'the river'*: **verbatim**, word for word, line for line, letter for letter, to the letter; exactly, precisely, faithfully, closely, strictly, strictly speaking, accurately, rigorously; rare literatim.
▷ANTONYMS loosely, imprecisely; metaphorically.

**literary** adjective **1** *an established canon of literary works*: **written**; poetic, artistic, dramatic; published, printed, in print.
**2** *her literary friends* | *a literary magazine*: **scholarly**, learned, intellectual, cultured, erudite, bookish, highbrow, studious, cerebral, lettered, academic, cultivated, civilized; well read, widely read, knowledgeable, educated, well educated; informal brainy.
▷ANTONYMS ill-educated; popular.
**3** *literary language*: **formal**, written; **poetic**, dramatic, dignified, solemn;