**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

EAGLE PHARMACEUTICALS, INC. and
EAGLE SUB1 LLC,

       Plaintiffs,

    v.

SLAYBACK PHARMA LLC and AZURITY
PHARMACEUTICALS, INC.,

       Defendants.

C.A. No. 24-65-JLH

**REDACTED PUBLIC
VERSION Filed August 7, 2026**

**EXHIBITS 21 - 27 TO DECLARATION OF AUDREY SPARSCHU**