# EXHIBIT 21

# UNREDACTED PUBLIC VERSION

# ROGET'S
# ·21ST
# CENTURY
# THESAURUS
## IN DICTIONARY FORM

## *Third Edition*

*The Essential Reference for*
*Home, School, or Office*

**EDITED BY THE PRINCETON LANGUAGE INSTITUTE**
**Barbara Ann Kipfer, Ph.D., Head Lexicographer**

Produced by The Philip Lief Group, Inc.

RECEIVED
LAW LIBRARY

FEB 2 2014

A Dell Book · UNIV. OF WI.
Madison, WI 53706

ROGET'S 21ST CENTURY THESAURUS, 3RD EDITION
A Dell Book

Published by arrangement with The Philip Lief Group, Inc.

PUBLISHING HISTORY
Dell mass market edition published May 2005
Dell mass market reissue / June 2006

Published by Bantam Dell
A Division of Random House, Inc.
New York, New York

All right reserved
Copyright © 1992, 1993, 1999, 2005 by The Philip Lief Group, Inc.

Library of Congress Catalog Card Number: 2005041339

If you purchased this book without a cover, you should be aware
that this book is stolen property. It was reported as "unsold and
destroyed" to the publisher, and neither the author nor the pub-
lisher has received any payment for this "stripped book."

Dell is a registered trademark of Random House, Inc., and the
colophon is a trademark of Random House, Inc.

ISBN-13: 978-0-440-24269-7
ISBN-10: 0-440-24269-X

Printed in the United States of America
Published simultaneously in Canada

www.bantamdell.com

OPM   11   10   9   8   7   6   5   4   3

glide, gurgle, gush, inundate, jet, leak, move, ooze, overflow, pass, percolate, pour, proceed, progress, pullulate, regurgitate, result, ripple, roll, rush, slide, sluice, smooth along, spew, spill, splash, spring, spurt, sputter, squirt, stream, sweep, swell, swirl, teem, trickle, tumble, void, well forth; CONCEPTS *146,179* —*Ant.* trickle

**flowchart** [*n*] *sequential diagram* flow diagram, flow sheet; CONCEPTS *625,660*

**flower** [*n1*] *bloom of a plant* annual, blossom, bud, cluster, efflorescence, floret, floweret, head, herb, inflorescence, perennial, pompon, posy, shoot, spike, spray, vine; CONCEPTS *425,428*

**flower** [*n2*] *best, choicest part* cream, elite, finest point, freshness, greatest point, height, pick, pride, prime, prize, top; CONCEPTS *668,829* —*Ant.* worst

**flower** [*v*] *bloom, flourish* batten, blossom, blow, burgeon, effloresce, mature, open, outbloom, prosper, thrive, unfold; CONCEPTS *253,704* —*Ant.* close, die, droop, fade, sag, shrink, shrivel

**flowery** [*adj*] *ornate, especially referring to speech or writing* aureate, baroque, bombastic, declamatory, diffuse, embellished, euphemistic, euphuistic, fancy, figurative, florid, grandiloquent, high-flown, magniloquent, ornamented, overwrought, prolix, purple, redundant, rhetorical, rococo, sonorous, swollen, verbose, windy, wordy; CONCEPTS *267,589* —*Ant.* inelaborate, plain, unembellished, unflowery, unornate

**flowing** [*adj*] *gushing, abounding* brimming, continuous, cursive, easy, falling, flooded, fluent, fluid, fluidic, full, issuing, liquefied, liquid, overrun, pouring out, prolific, rich, rippling, rolling, running, rushing, sinuous, smooth, spouting, streaming, sweeping, teeming, tidal, unbroken, uninterrupted; CONCEPTS *482,584* —*Ant.* trickling

**fluctuate** [*v*] *vacillate, change* alter, alternate, be undecided, blow hot and cold*, ebb and flow, flutter, go up and down*, hem and haw*, hesitate, oscillate, rise and fall*, seesaw*, shift, swing, undulate, vary, veer, vibrate, wave, waver, yo-yo*; CONCEPTS *13,469,697* —*Ant.* hold, persist, remain, stay

**flue** [*n*] *pipe* channel, chimney, duct, exhaust pipe, passage, smoke duct, tube, vent; CONCEPT *440*

**fluent** [*adj*] *articulate* chatty, cogent, copious, cursive, declamatory, disputatious, easy, effortless, effusive, eloquent, facile, flowing, garrulous, glib, liquid, loquacious, mellifluent, mellifluous, natural, persuasive, prompt, quick, ready, running, silver-tongued*, smooth, smooth-spoken, talkative, verbose, vocal, voluble, well-versed, wordy; CONCEPTS *267,584* —*Ant.* effortful, hesitant, inarticulate, unfluent, unprepared

**fluff** [*n1*] *down* eiderdown, feathers, fleece, floss, fuzz, lint, wool; CONCEPT *606*

**fluff** [*n2*] *mistake* blooper*, bungling, error, false step, flub*, fumble, miscalculation, miscue, miss, muddle, muff, oversight, slip, slipup*, stumble; CONCEPTS *101,230,410*

**fluffy** [*adj*] *soft, furry* creamy, downy, featherlike, feathery, fleecy, flocculent, flossy,

gossamer, linty, pile, silky, velutinous; CONCEPT *606* —*Ant.* coarse, rough, smooth

**fluid** [*adj1*] *liquid* aqueous, flowing, fluent, in solution, juicy, liquefied, lymphatic, melted, molten, running, runny, serous, uncongealed, watery; CONCEPTS *603,757* —*Ant.* solid

**fluid** [*adj2*] *adaptable, changeable* adjustable, changeful, flexible, floating, fluctuating, indefinite, malleable, mercurial, mobile, mutable, protean, shifting, unsettled, unstable, unsteady, variable; CONCEPTS *534,542* —*Ant.* inflexible, stable, unchangeable

**fluid** [*n*] *liquid* aqua, broth, chaser, cooler, goo*, goop*, juice, liquor, solution, vapor; CONCEPT *467* —*Ant.* solid

**fluke** [*n*] *chance occurrence* accident, blessing, break, contingency, fortuity, fortunate, fortune, good fortune*, good luck, incident, lucky break*, odd chance, quirk, stroke of luck*, windfall; CONCEPTS *4,679,693* —*Ant.* certainty, design, plan

**fluky** [*adj*] *chance* accidental, casual, chancy, coincidental, contingent, fortuitous, incalculable, incidental, lucky, odd, uncertain, variable; CONCEPT *552* —*Ant.* certain, designed, planned, sure

**flume** [*n*] *chute* channel, conduit, run, sluice, spillway; CONCEPTS *501,514*

**flummox** [*v*] *confuse* baffle, bewilder, buffalo*, confound, discombobulate*, disconcert, mystify, nonplus, perplex, puzzle, stump, throw*, throw off*; CONCEPT *16*

**flurry** [*n*] *commotion, burst* ado, agitation, brouhaha, bustle, confusion, disturbance, excitement, ferment, flap*, flaw, fluster, flutter, furor, fuss, gust, haste, hurry, outbreak, pother, spell, spurt, squall, stir*, to-do, tumult, turbulence, turmoil, whirl, whirlwind; CONCEPTS *230,524* —*Ant.* calm, calmness, quiet

**flurry** [*v*] *agitate, confuse* bewilder, bother, bustle, discombobulate*, discompose, disconcert, disquiet, distract, disturb, excite, fluster, flutter, frustrate, fuss, galvanize, hassle, hurry, hustle, perplex, perturb, provoke, quicken, rattle, ruffle, stimulate, unhinge, unsettle, upset; CONCEPTS *7,19* —*Ant.* calm, comfort, quiet

**flush** [*adj1*] *flat* even, horizontal, level, planate, plane, smooth, square, true; CONCEPTS *486,490* —*Ant.* rough, uneven

**flush** [*adj2*] *overflowing, abundant* affluent, close, full, generous, lavish, liberal, opulent, prodigal, rich, wealthy, well-off; CONCEPTS *334,771* —*Ant.* lacking

**flush** [*n*] *blush* bloom, color, freshness, glow, pinkness, redness, rosiness, ruddiness; CONCEPT *622* —*Ant.* pale

**flush** [*v1*] *become or make pink or red* blush, burn, color, color up, crimson, flame, glow, go red, mantle, pink, pinken, redden, rose, rouge, suffuse; CONCEPTS *250,469* —*Ant.* pale, uncolor

**flush** [*v2*] *inundate with liquid* cleanse, douche, drench, eject, expel, flood, hose, rinse, swab, wash; CONCEPTS *165,179*

**flushed** [*adj*] *pink, glowing* ablaze, animated, aroused, blushing, burning, crimson, elated, embarrassed, enthused, exhilarated, feverish, florid, full-blooded, high, hot, inspired, intoxicated, red, rosy, rubicund, ruddy, sanguine, thrilled; CONCEPTS *401,403,618* —*Ant.* pale, pallid

**yoke**; CONCEPTS *113,114,193* —*Ant.* disconnect, divide, separate, unfasten, unlink

**lionize** [v] *celebrate* acclaim, adulate, aggrandize, eulogize, exalt, glorify, hero-worship, honor, idolize, immortalize, praise, roll out the red carpet*, show respect, worship; CONCEPT 69

**lip** [n1] *edge, brink* border, brim, chops, flange, flare, labium, labrum, margin, nozzle, overlap, portal, projection, rim, spout; CONCEPTS *392,484,513* —*Ant.* inside, interior, middle

**lip** [n2] *insolence* back talk, cheek*, effrontery, guff*, impertinence, jaw*, mouth*, rudeness, sass*, sauce*, sauciness*; CONCEPTS *54,278* —*Ant.* kindness

**lip service** [n] *empty talk* duplicity, hollow words, insincerity, token agreement, tongue in cheek, unctuousness; CONCEPTS *267,542,545*

**liquefy** [v] *melt* deliquesce, dissolve, thaw; CONCEPTS *250,255*

**liqueur** [n] *liquor* alcohol, alcoholic beverage, aperitif, booze*, brandy, cognac, cordial, flavored drink, intoxicant, port, spirits; CONCEPT *455*

**liquid** [adj1] *fluid, flowing, melting* aqueous, damp, deliquescent, dissolvable, dissolved, dulcet, fluent, fluidic, fusible, ichorous, juicy, liquefied, liquescent, liquiform, luscious, mellifluent, mellifluous, mellow, meltable, melted, moist, molten, moving, pulpy, running, runny, sappy, serous, smooth, soft, solvent, splashing, succulent, thawed, thin, uncongealed, viscous, watery, wet; CONCEPTS *485,584,603* —*Ant.* close, condensed, dense, firm, hard, solid

**liquid** [adj2] *readily available* convertible, fluid, free, marketable, negotiable, quick, ready, realizable, usable; CONCEPT *334* —*Ant.* frozen, unavailable

**liquid** [n] *fluid* aqua, aqueous material, broth, elixir, extract, flow, flux, goo*, goop*, juice, liquor, melted material, nectar, sap, secretion, slop*, solution, swill*; CONCEPT *467* —*Ant.* solid

**liquidate** [v1] *pay; change into cash* cash, cash in, cash out, clear, convert, discharge, exchange, honor, pay off, quit, realize, reimburse, repay, satisfy, sell off, sell up, settle, square; CONCEPT *330* —*Ant.* invest, keep

**liquidate** [v2] *destroy, dissolve* abolish, annihilate, annul, cancel, dispatch, do away with*, do in*, eliminate, exterminate, finish off*, get rid of*, kill, murder, purge, remove, rub out*, silence, terminate, vaporize, wipe out*; CONCEPT *252* —*Ant.* build, construct, create

**liquor** [n] *drink; alcoholic beverage* alcohol, aqua vitae, booze*, broth, decoction, drinkable, elixir, extract, firewater*, fluid, hard stuff*, inebriant, infusion, intoxicant, liquid, moonshine*, poison*, potable, sauce*, solvent, spirits, stock, the bottle*, whiskey; CONCEPT *455*

**lissom** [adj] *supple* adaptable, agile, bendable, bending, elastic, flexible, graceful, limber, lithe, lithesome, loose, malleable, moldable, pliable, pliant, resilient, rubber, springy, stretchy, wiry; CONCEPTS *488,604*

**list** [n] *record, tabulation* account, agenda, archive, arrangement, ballot, bill, brief, bulletin, calendar, canon, catalog, catalogue, census, checklist, contents, dictionary, directory, docket, draft, enumeration, file, gazette, index, inventory, invoice, lexicon, lineup, listing, loop, manifest, memorandum, menu, outline, panel, poll, program, prospectus, register, roll, roll call, row, schedule, screed, scroll, series, slate, statistics, syllabus, table, tally, thesaurus, ticket, timetable, vocabulary; CONCEPT *281*

**list** [v1] *keep a record; tabulate* arrange, bill, book, button down, calender, catalogue, census, chart, chronicle, classify, detail, docket, enroll, enter, enumerate, file, index, inscribe, insert, inventory, invoice, itemize, keep count, manifest, note, numerate, particularize, peg, place, poll, post, put down as, put down for, record, register, run down, schedule, set down, specialize, specify, spell out, tab, tally, tick off, write down; CONCEPTS *79,125* —*Ant.* forget

**list** [v2] *lean, slant* cant, careen, heel, incline, pitch, recline, slope, tilt, tip; CONCEPTS *154,201,738* —*Ant.* lie, straighten

**listen** [v] *hear and pay attention* accept, admit, adopt, attend, audit, auscult, auscultate, be all ears*, be attentive, catch, concentrate, eavesdrop, entertain, get, get a load of*, give an audience to, give attention, give heed to, hang on words*, hark, harken, hearken, hear out, hear tell, lend an ear*, mind, monitor, obey, observe, overhear, pick up on*, prick up ears*, receive, take advice*, take into consideration*, take notice, take under advisement*, tune in, tune in on*, welcome; CONCEPT *596* —*Ant.* speak, talk

**listless** [adj] *spiritless, without energy* absent, abstracted, apathetic, blah*, bored, careless, dormant, dreamy, drowsy, dull, easygoing, energyless, enervated, faint, heavy, heedless, impassive, inanimate, inattentive, indifferent, indolent, inert, insouciant, lackadaisical, lagging, laid-back*, languid, languishing, languorous, leaden, lethargic, lifeless, limp, lukewarm, lymphatic, mopish, neutral, out of it*, passive, phlegmatic, slack, sleepy, slow, sluggish, stupid, supine, thoughtless, torpid, uninterested, vacant; CONCEPTS *401,584* —*Ant.* active, alert, attentive, energetic, lively, untired

**litany** [n] *recital of items, often part of religious services* account, catalogue, enumeration, invocation, list, petition, prayer, recitation, refrain, repetition, supplication, tale; CONCEPTS *278,368*

**literacy** [n] *ability to read* articulacy, articulateness, background, cultivation, education, knowledge, learning, proficiency, refinement, scholarship; CONCEPTS *409,630* —*Ant.* ignorance, illiteracy

**literal** [adj] *word for word; exact, real* accurate, actual, apparent, authentic, bona fide, close, critical, faithful, genuine, gospel, methodical, natural, not figurative, ordinary, plain, scrupulous, simple, strict, to the letter*, true, undeviating, unerring, unexaggerated, unvarnished, usual, veracious, verbal, verbatim, veritable, written; CONCEPTS *267,557* —*Ant.* exaggerated, figurative, imaginative, loose

**literally** [adv] *word for word; exactly* actually, completely, correctly, direct, directly, faithfully, indisputably, letter by letter*, literatim, not figuratively, plainly, precisely, really, rightly, rigorously, sic*, simply, straight, strictly, to the letter*, truly, undeviatingly, undisputably, unerringly, unmistakably, verbatim, veritably; CONCEPTS *267,557* —*Ant.* figuratively, loosely