# EXHIBIT 22

# UNREDACTED PUBLIC VERSION

Case 1:24-cv-00065-JLH   Document 488-2   Filed 08/07/26   Page 2 of 7 PageID #: 29342

# COLLEGE PHYSICS

**FIFTH EDITION**

**Francis W. Sears**
Late Professor Emeritus
Dartmouth College

**Mark W. Zemansky**
Professor Emeritus
City College of the
City University of New York

**Hugh D. Young**
Professor of Physics
Carnegie-Mellon University



**ADDISON-WESLEY
PUBLISHING COMPANY**

Reading, Massachusetts
Menlo Park, California
London · Amsterdam
Don Mills, Ontario · Sydney

Case 1:24-cv-00065-JLH    Document 488-2    Filed 08/07/26    Page 3 of 7 PageID #: 29343

This book is in the
## ADDISON-WESLEY SERIES IN PHYSICS

Sponsoring editor: Laura Rich Finney
Production editor: Mary Cafarella
Designer: Robert Rose
Illustrator: Oxford Illustrators, Ltd.
Cover design: Ann Scrimgeour

**Library of Congress Cataloging in Process Data:**

Sears, Francis Weston, 1898−1975
  College physics.

  Includes index.

  1. Physics.  I.  Zemansky, Mark Waldo, 1900−
joint author.  II.  Young, Hugh D., joint author.
III.  Title.

QC23.S369      1980      530      79-20729
ISBN 0-201-07681-0

*Second printing, May 1980*

Copyright © 1980, 1974, 1960, 1952, 1947 by Addison-Wesley Publishing Company, Inc.
Philippines copyright 1980, 1974, 1960, 1952, 1947 by Addison-Wesley Publishing Company, Inc.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher. Printed in the United States of America. Published simultaneously in Canada. Library of Congress Catalog Card No.79-20729.
ISBN 0-201-07200-9
BCDEFGHIJ−RN−89876543210



# ELASTICITY

## 10-1 Stress

The preceding chapter dealt with the motion of a rigid body, an idealized model used to represent the motion of a body when rotational motion may not be neglected but when the changes in the *shape* of the body are so small as to be negligible. Real materials always yield to some extent under the influence of applied forces; we shall now develop models to describe the relation between deformation of real materials and the forces responsible for these deformations.

Ultimately, the change in shape or volume of a body when outside forces act on it is determined by the forces between its molecules. Molecular theory is at present not sufficiently advanced to enable us to calculate the elastic properties of, say, a block of copper, starting from the properties of a copper atom. However, the study of the solid state is an active subject in many research laboratories, and our knowledge of it is steadily increasing. In this chapter we shall confine ourselves to quantities that are directly measurable, and shall not attempt detailed *molecular* explanation of the observed behavior.

Figure 10–1a shows a bar of uniform cross-sectional area $A$ subjected to equal and opposite pulls $F$ at its ends. The bar is said to be in *tension*. Consider a section through the bar at right angles to its length, as indicated by the broken line. Since every portion of the bar is in equilibrium, that portion at the right of the section must be pulling on the portion at the left with a force $F$, and vice versa. If the section is not too near the ends of the bar, these pulls are uniformly distributed over the cross-sectional area $A$, as indicated by the short arrows in Fig. 10–1b. We define the *stress* $S$ at the section as the ratio of the force $F$ to the area $A$:

$$\text{Stress} = \frac{F}{A}. \tag{10–1}$$

The stress is called a *tensile* stress, meaning that each portion *pulls* on the other, and it is also a *normal* stress because the distributed force is perpendicular to the area.



**10-1** (a) A bar in tension. (b) The stress at a perpendicular section equals $F/A$. (c) and (d) The stress at an inclined section can be resolved into a normal stress $F_\perp/A'$, and a tangential or shearing stress $F_\parallel \cdot A'$.

191

Case 1:24-cv-00065-JLH    Document 488-2    Filed 08/07/26    Page 5 of 7 PageID #: 29345

The SI unit of stress is the newton per square meter ($N \cdot m^{-2}$). This unit is also given the special name, the *pascal* (abbreviated Pa).

$$\text{One pascal} = 1\ \text{Pa} = 1\ N \cdot m^{-2}.$$

Other units of stress are the dyne per square centimeter ($dyn \cdot cm^{-2}$) and the pound per square foot ($lb \cdot ft^{-2}$). In the British system the hybrid unit, the pound per square inch ($lb \cdot in^{-2}$ or psi), is commonly used.

**Example**  A human biceps (upper arm muscle) may exert a force of the order of 600 N on the bones to which it is attached. If the muscle has a cross-sectional area at its center of $50\ cm^2 = 0.005\ m^2$, and the tendon attaching its lower end to the bones below the elbow joint has a cross section of $0.5\ cm^2 = 5 \times 10^{-5}\ m^2$, find the tensile stress in each of these.

**Solution**  In each case the stress is the force per unit area. For the muscle,

$$\text{Tensile stress} = \frac{600\ N}{0.005\ m^2} = 120{,}000\ N \cdot m^{-2} = 1.2 \times 10^5\ \text{Pa}.$$

For the tendon,

$$\text{Tensile stress} = \frac{600\ N}{5 \times 10^{-5} m^2} = 1.2 \times 10^7\ \text{Pa}.$$

The maximum force a muscle can exert depends on its cross-sectional area, but the maximum *stress* is nearly the same for a wide variety of muscles.

---

Returning to Fig. 10–1, we consider next a section through the bar in some arbitrary direction, as in Fig. 10–1c. The resultant force exerted on the portion at either side of this section, by the portion at the other, is equal and opposite to the force $F$ at the end of the section. Now, however, the force is distributed over a larger area $A'$ and is not at right angles to the area. If we represent the resultant of the distributed forces by a single vector of magnitude $F$, as in Fig. 10–1d, this vector can be resolved into a component $F_{\perp}$ normal to the area $A'$, and a component $F_{\parallel}$ tangent to the area. The *normal* stress is defined, as before, as the ratio of the component $F_{\perp}$ to the area $A'$. The ratio of the component $F_{\parallel}$ to the area $A'$ is called the *tangential* stress or, more commonly, the *shearing* stress at the section:

$$\text{Normal stress} = \frac{F_{\perp}}{A'}$$

$$\text{Tangential (shearing) stress} = \frac{F_{\parallel}}{A'}. \tag{10-2}$$

Stress is not a vector quantity since, unlike a force, we cannot assign to it a specific direction. The *force* acting on the portion of the body on a specified side of a section has a definite direction. Stress is one of a class of physical quantities called *tensors*.

A bar subjected to *pushes* at its ends, as in Fig. 10–2, is said to be in *compression*. The stress on the broken section, illustrated in part (b), is also a normal stress but is now a *compressive* stress, since each portion pushes on the other. It should be evident that if we take a section in some



(a)



(b)

**10-2**  A bar in compression.

10-1

arbitrary direction, it will be subject to both a tangential (shearing) and a normal stress, the latter now being a compression.

As another example of a body under stress, consider the block of square cross section in Fig. 10–3a, acted on by two equal and opposite couples produced by the pairs of forces $F_x$ and $F_y$ distributed over its surfaces. The block is in equilibrium, and any portion of it is in equilibrium also. Thus the distributed forces over the diagonal face in part (b) must have a resultant $F$ whose components are equal to $F_x$ and $F_y$. The stress at this section is therefore a pure compression, although the stresses at the right face and the bottom are both shearing stresses. Similarly, we see from Fig. 10–3c that the other diagonal face is in pure tension.

Consider next a fluid under pressure. The term "fluid" means a substance that can flow; hence the term applies to both liquids and gases. If there is a shearing stress at any point in a fluid, the fluid slips sidewise so long as the stress is maintained. Hence in a fluid at rest, the shearing stress is everywhere zero. Figure 10–4 represents a fluid in a cylinder provided with a piston, on which is exerted a downward force. The triangle is a side view of a wedge-shaped portion of the fluid. If for the moment we neglect the weight of the fluid, the only forces on this portion are those exerted by the rest of the fluid, and since these forces can have no shearing (or tangential) component, they must be normal to the surfaces of the wedge. Let $F_x$, $F_y$, and $F$ represent the forces against the three faces. Since the fluid is in equilibrium, it follows that

$$F \sin \theta = F_x, \qquad F \cos \theta = F_y.$$

Also,

$$A \sin \theta = A_x, \qquad A \cos \theta = A_y.$$

Dividing the upper equations by the lower, we find

$$\frac{F}{A} = \frac{F_x}{A_x} = \frac{F_y}{A_y}.$$

Hence the force per unit area is the *same*, regardless of the direction of the section, and is always a compression. Any one of the preceding ratios defines the *hydrostatic pressure p* in the fluid,

$$p = \frac{F}{A}, \qquad F = pA. \tag{10–3}$$

Commonly used units of pressure include $1$ Pa $(= 1$ N $\cdot$ m$^{-2})$, $1$ dyn $\cdot$ cm$^{-2}$, $1$ lb $\cdot$ ft$^{-2}$, and $1$ lb $\cdot$ in$^{-2}$. Also in common use is the *atmosphere*, abbreviated atm. One atmosphere is defined to be the average pressure of the earth's atmosphere at sea level.

One atmosphere $= 1$ atm $= 1.013 \times 10^5$ Pa $= 14.7$ lb $\cdot$ in$^{-2}$.

Like other types of stress, pressure is not a vector quantity; no direction can be assigned to it. *The force against any area within (or bounding) a fluid at rest and under pressure is normal to the area, regardless of the orientation of the area.* This is what is meant by the common statement that "the pressure in a fluid is the same in all directions."

The stress within a solid can also be a hydrostatic pressure, provided the stress at all points of the surface of the solid is of this nature. That is,



10–3  (a) A body in shear. The stress on one diagonal, part (b), is a pure compression; that on the other, part (c), is a pure tension.



10–4  A fluid under hydrostatic pressure. The force on a surface in any direction is normal to the surface.

194    ELASTICITY

the force per unit area must be the same at *all* points of the surface, and the force must be normal to the surface and directed inward. This is *not* the case in Fig. 10–2, where forces are applied at the ends of the bar only, but it is automatically the case if a solid is immersed in a fluid under pressure.



**10–5** The longitudinal strain is defined as $\Delta l/l_0$.

## 10-2 Strain

The term *strain* refers to the relative change in dimensions or shape of a body that is subjected to stress. Associated with each type of stress described in the preceding section is a corresponding type of strain.

Figure 10–5 shows a bar whose natural length is $l_0$ and which elongates to a length $l = l_0 + \Delta l$ when equal and opposite pulls $F$ are exerted at its ends. The elongation, $\Delta l$, of course, does not occur at the ends only; every element of the bar stretches in the same proportion as does the bar as a whole. The *tensile strain* in the bar is defined as the ratio of the increase in length to the original length:

$$\text{Tensile strain} = \frac{l - l_0}{l_0} = \frac{\Delta l}{l_0}. \tag{10–4}$$

The *compressive strain* of a bar in compression is defined in the same way, as the ratio of the decrease in length to the original length.

Figure 10–6a illustrates the nature of the deformation when *shear* stresses act on the faces of a block, as in Fig. 10–3. The dotted outline *abcd* represents the unstressed block, and the solid lines $a'b'c'd'$ represent the block under stress. The centers of the stressed and unstressed block coincide in part (a). In part (b), the deformation is the same as in (a), but the edges $ad$ and $a'd'$ coincide. The lengths of the faces under shear remain very nearly constant; all dimensions parallel to the diagonal $ac$ increase in length, and those parallel to the diagonal $bd$ decrease in length. Note that this is to be expected in view of the nature of the corresponding internal stresses (see Fig. 10–3). This type of strain is called a *shear strain,* and is defined as the ratio of the displacement $x$ of corner $b$ to the transverse dimension $h$:





**10–6** Change in shape of a block in shear. The shearing strain is defined as $x/h$.

$$\text{Shear strain} = \frac{x}{h} = \tan \phi. \tag{10–5}$$

In practice $x$ is nearly always much smaller than $h$, so $\tan \phi$ is very nearly equal to $\phi$, and the strain is simply the angle $\phi$ (measured in radians, of course). Like all strains, shear strain is a pure number with no units because it is a ratio of two lengths.

The strain produced by a hydrostatic pressure, called a *volume strain,* is defined as the ratio of the change in volume, $\Delta V$, to the original volume $V$. It also is a pure number:

$$\text{Volume strain} = \frac{\Delta V}{V}. \tag{10–6}$$

## 10-3 Elasticity and plasticity

The relation between each of the three kinds of stress and its corresponding strain plays an important role in the branch of physics called the *theory of elasticity,* or its engineering counterpart, *strength of mate-*