# EXHIBIT 23

# UNREDACTED PUBLIC VERSION

# Fluid Mechanics

## 2nd edition

### Landau and Lifshitz
## Course of Theoretical Physics
### Volume 6

## L.D. Landau and E.M. Lifshitz

Institute of Physical Problems, USSR Academy of Sciences, Moscow



# COURSE OF THEORETICAL PHYSICS

## VOLUME 6

# FLUID MECHANICS

### Second Edition

# FLUID MECHANICS

**Second Edition**

by

## L. D. LANDAU and E. M. LIFSHITZ

*Institute of Physical Problems, U.S.S.R. Academy of Sciences*

**Volume 6 of Course of Theoretical Physics**
**Second English Edition, Revised**

*Translated from the Russian by*
**J. B. SYKES and W. H. REID**



Butterworth-Heinemann
An Imprint of Elsevier
Linacre House, Jordan Hill, Oxford OX2 8DP
200 Wheeler Road, Burlington MA 01803

A member of the Reed Elsevier plc group

First edition 1959
Reprinted 1963, 1966, 1975, 1978, 1982
Second edition 1987
Reprinted with corrections 1989, 1998, 1999, 2000, 2003

© Elsevier Science Limited

All rights reserved. No part of this publication
may be reproduced in any material form (including
photocopying or storing in any medium by electronic
means and whether or not transiently or incidentally to
some other use of this publication) without the written
permission of the copyright holder except in
accordance with the provisions of the Copyright,
Designs and Patents Act 1988 or under the terms of a
licence issued by the Copyright Licensing Agency Ltd,
90 Tottenham Court Road, London, England WIP 9HE.
Applications for the copyright holder's written
permission to reproduce any part of this publication
should be addressed to the publishers

**Library of Congress Cataloging in Publication Data**

Landau, L. D. (Lev Davidovich), 1908-1968.
Fluid mechanics.
(Volume 6 of Course of theoretical physics)
Includes index.
Translation of: Mekhanika sploshnykh sred.
I. Fluid mechanics.      I. Lifshits, E. M.
(Evgenii Mikhailovich)   I. Title.    III. Series:
Teoreticheskaia fizika. English; v. 6.
QA901. L283 1987     532   86-30498

**British Library Cataloguing in Publication Data**

Landau, L. D.
Fluid mechanics. –2nd ed. –(Course
of theoretical physics; v.6)
I. Fluid mechanics
I. Title   II. Lifshits, E. M.     III. Series
532     QC145.2

ISBN 0-08-033932-8 (Flexicover)

Printed and bound in India by Gopsons Papers Ltd. NOIDA

# CONTENTS

Prefaces to the English editions
E. M. Lifshitz   ix/x
  xi
Notation   xiii

## I. IDEAL FLUIDS

§1. The equation of continuity   1
§2. Euler's equation   2
§3. Hydrostatics   5
§4. The condition that convection be absent   7
§5. Bernoulli's equation   8
§6. The energy flux   9
§7. The momentum flux   11
§8. The conservation of circulation   12
§9. Potential flow   14
§10. Incompressible fluids   17
§11. The drag force in potential flow past a body   26
§12. Gravity waves   31
§13. Internal waves in an incompressible fluid   37
§14. Waves in a rotating fluid   40

## II. VISCOUS FLUIDS

§15. The equations of motion of a viscous fluid   44
§16. Energy dissipation in an incompressible fluid   50
§17. Flow in a pipe   51
§18. Flow between rotating cylinders   55
§19. The law of similarity   56
§20. Flow with small Reynolds numbers   58
§21. The laminar wake   67
§22. The viscosity of suspensions   73
§23. Exact solutions of the equations of motion for a viscous fluid   75
§24. Oscillatory motion in a viscous fluid   83
§25. Damping of gravity waves   92

## III. TURBULENCE

§26. Stability of steady flow   95
§27. Stability of rotary flow   99
§28. Stability of flow in a pipe   103
§29. Instability of tangential discontinuities   106
§30. Quasi-periodic flow and frequency locking   108
§31. Strange attractors   113
§32. Transition to turbulence by period doubling   118

§33. Fully developed turbulence ... 129
§34. The velocity correlation functions ... 135
§35. The turbulent region and the phenomenon of separation ... 146
§36. The turbulent jet ... 147
§37. The turbulent wake ... 152
§38. Zhukovskii's theorem ... 153

## IV. BOUNDARY LAYERS

§39. The laminar boundary layer ... 157
§40. Flow near the line of separation ... 163
§41. Stability of flow in the laminar boundary layer ... 167
§42. The logarithmic velocity profile ... 172
§43. Turbulent flow in pipes ... 176
§44. The turbulent boundary layer ... 178
§45. The drag crisis ... 180
§46. Flow past streamlined bodies ... 183
§47. Induced drag ... 185
§48. The lift of a thin wing ... 189

## V. THERMAL CONDUCTION IN FLUIDS

§49. The general equation of heat transfer ... 192
§50. Thermal conduction in an incompressible fluid ... 196
§51. Thermal conduction in an infinite medium ... 200
§52. Thermal conduction in a finite medium ... 203
§53. The similarity law for heat transfer ... 208
§54. Heat transfer in a boundary layer ... 210
§55. Heating of a body in a moving fluid ... 214
§56. Free convection ... 217
§57. Convective instability of a fluid at rest ... 221

## VI. DIFFUSION

§58. The equations of fluid dynamics for a mixture of fluids ... 227
§59. Coefficients of mass transfer and thermal diffusion ... 230
§60. Diffusion of particles suspended in a fluid ... 235

## VII. SURFACE PHENOMENA

§61. Laplace's formula ... 238
§62. Capillary waves ... 244
§63. The effect of adsorbed films on the motion of a liquid ... 248

## VIII. SOUND

§64. Sound waves ... 251
§65. The energy and momentum of sound waves ... 255
§66. Reflection and refraction of sound waves ... 259
§67. Geometrical acoustics ... 260
§68. Propagation of sound in a moving medium ... 263
§69. Characteristic vibrations ... 266

*Contents*

§70.   Spherical waves                                                                          vii
§71.   Cylindrical waves                                                                        269
§72.   The general solution of the wave equation                                               271
§73.   The lateral wave                                                                         273
§74.   The emission of sound                                                                    276
§75.   Sound excitation by turbulence                                                           281
§76.   The reciprocity principle                                                                289
§77.   Propagation of sound in a tube                                                           292
§78.   Scattering of sound                                                                      294
§79.   Absorption of sound                                                                      297
§80.   Acoustic streaming                                                                       300
§81.   Second viscosity                                                                         305
                                                                                                308

## IX.   SHOCK WAVES

§82.   Propagation of disturbances in a moving gas
§83.   Steady flow of a gas                                                                     313
§84.   Surfaces of discontinuity                                                                316
§85.   The shock adiabatic                                                                      320
§86.   Weak shock waves                                                                         324
§87.   The direction of variation of quantities in a shock wave                                 327
§88.   Evolutionary shock waves                                                                 329
§89.   Shock waves in a polytropic gas                                                          331
§90.   Corrugation instability of shock waves                                                   333
§91.   Shock wave propagation in a pipe                                                         336
§92.   Oblique shock waves                                                                      343
§93.   The thickness of shock waves                                                             345
§94.   Shock waves in a relaxing medium                                                         350
§95.   The isothermal discontinuity                                                             355
§96.   Weak discontinuities                                                                     356
                                                                                                358

## X.   ONE-DIMENSIONAL GAS FLOW

§97.    Flow of gas through a nozzle                                                            361
§98.    Flow of a viscous gas in a pipe                                                         364
§99.    One-dimensional similarity flow                                                         366
§100.   Discontinuities in the initial conditions                                              373
§101.   One-dimensional travelling waves                                                        378
§102.   Formation of discontinuities in a sound wave                                           385
§103.   Characteristics                                                                         391
§104.   Riemann invariants                                                                      394
§105.   Arbitrary one-dimensional gas flow                                                      397
§106.   A strong explosion                                                                      403
§107.   An imploding spherical shock wave                                                       406
§108.   Shallow-water theory                                                                    411

## XI.   THE INTERSECTION OF SURFACES OF DISCONTINUITY

§109.   Rarefaction waves                                                                       414
§110.   Classification of intersections of surfaces of discontinuity                            419

## Contents

viii

The intersection of shock waves with a solid surface

§111. The intersection of shock waves with a solid surface ... 425
§112. Supersonic flow round an angle ... 427
§113. Flow past a conical obstacle ... 432

## XII. TWO-DIMENSIONAL GAS FLOW

§114. Potential flow of a gas ... 435
§115. Steady simple waves ... 438
§116. Chaplygin's equation: the general problem of steady two-dimensional gas flow ... 442
§117. Characteristics in steady two-dimensional flow ... 445
§118. The Euler–Tricomi equation. Transonic flow ... 447
§119. Solutions of the Euler–Tricomi equation near non-singular points of the sonic surface ... 452
§120. Flow at the velocity of sound ... 456
§121. The reflection of a weak discontinuity from the sonic line ... 461

## XIII. FLOW PAST FINITE BODIES

§122. The formation of shock waves in supersonic flow past bodies ... 467
§123. Supersonic flow past a pointed body ... 470
§124. Subsonic flow past a thin wing ... 474
§125. Supersonic flow past a wing ... 476
§126. The law of transonic similarity ... 479
§127. The law of hypersonic similarity ... 481

## XIV. FLUID DYNAMICS OF COMBUSTION

§128. Slow combustion ... 484
§129. Detonation ... 489
§130. The propagation of a detonation wave ... 494
§131. The relation between the different modes of combustion ... 500
§132. Condensation discontinuities ... 503

## XV. RELATIVISTIC FLUID DYNAMICS

§133. The energy-momentum tensor ... 505
§134. The equations of relativistic fluid dynamics ... 506
§135. Shock waves in relativistic fluid dynamics ... 510
§136. Relativistic equations for flow with viscosity and thermal conduction ... 512

## XVI. DYNAMICS OF SUPERFLUIDS

§137. Principal properties of superfluids ... 515
§138. The thermo-mechanical effect ... 517
§139. The equations of superfluid dynamics ... 518
§140. Dissipative processes in superfluids ... 523
§141. The propagation of sound in superfluids ... 528

Index ... 533

# PREFACE TO THE SECOND ENGLISH EDITION

PREFACE TO THE FIRST ENGLISH EDITION

The content and treatment in this edition remain in accordance with what was said in the preface to the first edition (see below). My chief care in revising and augmenting has been to comply with this principle.

Despite the lapse of thirty years, the previous edition has, with very slight exceptions, not gone out of date. Its material has been only fairly slightly supplemented and modified. About ten new sections have been added.

In recent decades, fluid mechanics has undergone extremely rapid development, and there has accordingly been a great increase in the literature of the subject. The development has been mainly in applications, however, and in an increasing complexity of the problems accessible to theoretical calculation (with or without computers). These include, in particular, various problems of instability and its development, including non-linear regimes. All such topics are beyond the scope of our book; in particular, stability problems are discussed, as previously, mainly in terms of results.

There is also no treatment of non-linear waves in dispersive media, which is by now a significant branch of mathematical physics. The purely hydrodynamic subject of this theory consists in waves with large amplitude on the surface of a liquid. Its principal physical applications are in plasma physics, non-linear optics, various problems of electrodynamics, and so on, and in that respect they belong in other volumes of the *Course*.

There have been important changes in our understanding of the mechanism whereby turbulence occurs. Although a consistent theory of turbulence is still a thing of the future, there is reason to suppose that the right path has finally been found. The basic ideas now available and the results obtained are discussed in three sections (§§30–32) written jointly with M. I. Rabinovich, to whom I am deeply grateful for this valuable assistance. A new area in continuum mechanics over the last few decades is that of liquid crystals. This combines features of the mechanics of liquid and elastic media. Its principles are discussed in the new edition of *Theory of Elasticity*.

This book has a special place among those I had occasion to write jointly with L. D. Landau. He gave it a part of his soul. That branch of theoretical physics, new to him at the time, caught his fancy, and in a very typical way he set about thinking through it *ab initio* and deriving its basic results. This led to a number of original papers which appeared in various journals, but several of his conclusions or ideas were not published elsewhere than in the book, and in some instances even his priority was not established till later. In the new edition, I have added an appropriate reference to his authorship in all such cases that are known to me.

In the revision of this book, as in other volumes of the *Course*, I have had the help and advice of many friends and colleagues. I should like to mention in particular numerous discussions with G. I. Barenblatt, L. P. Pitaevskiĭ, Ya. G. Sinaĭ, and Ya. B. Zel'dovich. Several useful comments came from A. A. Andronov, S. I. Anisimov, V. A. Belokon', A. L. Fabrikant, V. P. Kraĭnov, A. G. Kulikovskiĭ, M. A. Liberman, R. V. Polovin, and A. V. Timofeev. To all of them I express my sincere gratitude.

E. M. Lifshitz

*Institute of Physical Problems*
*August 1984*

ix

# PREFACE TO THE FIRST ENGLISH EDITION

The present book deals with fluid mechanics, i.e. the theory of the motion of liquids and gases.

The nature of the book is largely determined by the fact that it describes fluid mechanics as a branch of theoretical physics, and it is therefore markedly different from other textbooks on the same subject. We have tried to develop as fully as possible all matters of physical interest, and to do so in such a way as to give the clearest possible picture of the phenomena and their interrelation. Accordingly, we discuss neither approximate methods of calculation in fluid mechanics, nor empirical theories devoid of physical significance. On the other hand, accounts are given of some topics not usually found in textbooks on the subject: the theory of heat transfer and diffusion in fluids; acoustics; the theory of combustion; the dynamics of superfluids; and relativistic fluid dynamics.

In a field which has been so extensively studied as fluid mechanics it was inevitable that important new results should have appeared during the several years since the last Russian edition was published. Unfortunately, our preoccupation with other matters has prevented us from including these results in the English edition. We have merely added one further chapter, on the general theory of fluctuations in fluid dynamics.

We should like to express our sincere thanks to Dr Sykes and Dr Reid for their excellent translation of the book, and to Pergamon Press for their ready agreement to our wishes in various matters relating to its publication.

*Moscow* 1958

L. D. LANDAU
E. M. LIFSHITZ

x

# EVGENIĬ MIKHAĬLOVICH LIFSHITZ (1915–1985)†

Soviet physics suffered a heavy loss on 29 October 1985 with the death of the outstanding theoretical physicist Academician Evgeniĭ Mikhaĭlovich Lifshitz.

Lifshitz was born on 21 February 1915 in Khar'kov. In 1933 he graduated from the Khar'kov Polytechnic Institute. He worked at the Khar'kov Physicotechnical Institute from 1933 to 1938 and at the Institute of Physical Problems of the USSR Academy of Sciences in Moscow from 1939 until his death. He was elected an associate member of the USSR Academy of Sciences in 1966 and a full member in 1979.

Lifshitz's scientific activity began very early. He was among L. D. Landau's first students and at 19 he co-authored with him a paper on the theory of pair production in collisions. This paper, which has not lost its significance to this day, outlined many methodological features of modern relativistically invariant techniques of quantum field theory. It includes, in particular, a consistent allowance for retardation.

Modern ferromagnetism theory is based on the "Landau-Lifshitz" equation, which describes the dynamics of the magnetic moment in a ferromagnet. A 1935 article on this subject is one of the best known papers on the physics of magnetic phenomena. The derivation of the equation is accompanied by development of a theory of ferromagnetic resonance and of the domain structure of ferromagnets.

In a 1937 paper on the Boltzmann kinetic equation for electrons in a magnetic field, E. M. Lifshitz developed a drift approximation extensively used much later, in the 50s, in plasma theory.

A paper published in 1939 on deuteron dissociation in collisions remains a brilliant example of the use of quasi-classical methods in quantum mechanics.

A most important step towards the development of a theory of second-order phase transitions, following the work by L. D. Landau, was a paper by Lifshitz dealing with the change of the symmetry of a crystal, of its space group, in transitions of this type (1941). Many years later the results of this paper came into extensive use, and the terms "Lifshitz criterion" and "Lifshitz point," coined on its basis have become indispensable components of modern statistical physics.

A decisive role in the detection of an important physical phenomenon, second sound in superfluid helium, was played by a 1944 paper by E. M. Lifshitz. It is shown in it that second sound is effectively excited by a heater having an alternating temperature. This was precisely the method used to observe second sound in experiment two years later.

A new approach to the theory of molecular-interaction forces between condensed bodies was developed by Lifshitz in 1954–1959. It is based on the profound physical idea that these forces are manifestations of stresses due to quantum and thermal fluctuations of an electromagnetic field in a medium. This idea was pursued to develop a very elegant and general theory in which the interaction forces are expressed in terms of electrodynamic material properties such as the complex dielectric permittivity. This theory of E. M.

† By A. F. Andreev, A. S. Borovik-Romanov, V. L. Ginzburg, L. P. Gor'kov, I. E. Dzyaloshinskiĭ, Ya. B. Zel'dovich, M. I. Kaganov, L. P. Pitaevskiĭ, E. L. Feĭnberg, and I. M. Khalatnikov; published in Russian in Uspekhi fizicheskikh nauk 148, 549–550, 1986. This translation is by J. G. Adashko (first published in Soviet Physics Uspekhi 29, 294–295, 1986), and is reprinted by kind permission of the American Institute of Physics.

## E. M. Lifshitz

xii

Lifshitz stimulated many studies and was confirmed by experiment. It gained him the M. V. Lomonosov Prize in 1958.

E. M. Lifshitz made a fundamental contribution in one of the most important branches of modern physics, the theory of gravitation. His research into this field started with a classical 1946 paper on the stability of cosmological solutions of Einstein's theory of gravitation. The perturbations were divided into distinctive classes—scalar, with variation of density, vector, describing vortical motion, and finally tensor, describing gravitational waves. This classification is still of decisive significance in the analysis of the origin of the universe. From there, E. M. Lifshitz tackled the exceedingly difficult question of the general character of the singularities of this theory. Many years of labor led in 1972 to a complete solution of this problem in papers written jointly with V. A. Belinskiǐ and I. M. Khalatnikov, which earned their authors the 1974 L. D. Landau Prize. The singularity was found to have a complicated oscillatory character and could be illustratively represented as contraction of space in two directions with simultaneous expansion in the third. The contraction and expansion alternate in time according to a definite law. These results elicited a tremendous response from specialists, altered radically our ideas concerning relativistic collapse, and raised a host of physical and mathematical problems that still await solution.

His life-long occupation was the famous Landau and Lifshitz *Course of Theoretical Physics*, to which he devoted about 50 years. (The first edition of *Statistical Physics* was written in 1937. A new edition of *Theory of Elasticity* went to press shortly before his last illness.) The greater part of the *Course* was written by Lifshitz together with his teacher and friend L. D. Landau. After the automobile accident that made Landau unable to work, Lifshitz completed the edition jointly with Landau's students. He later continued to revise the previously written volumes in the light of the latest advances in science. Even in the hospital, he discussed with visiting friends the topics that should be subsequently included in the *Course*.

The *Course of Theoretical Physics* became world famous. It was translated in its entirety into six languages. Individual volumes were published in 10 more languages. In 1972 L. D. Landau and E. M. Lifshitz were awarded the Lenin Prize for the volumes published by then.

The *Course of Theoretical Physics* remains a monument to E. M. Lifshitz as a scientist and a pedagogue. It has educated many generations of physicists, is being studied, and will continue to teach students in future generations.

A versatile physicist, E. M. Lifshitz dealt also with applications. He was awarded the USSR State Prize in 1954.

A tremendous amount of E.M. Lifshitz's labor and energy was devoted to Soviet scientific periodicals. From 1946 to 1949 and from 1955 to his death he was deputy editor-in-chief of the *Journal of Experimental and Theoretical Physics*. His extreme devotion to science, adherence to principles, and meticulousness greatly helped to make this journal one of the best scientific periodicals in the world.

E. M. Lifshitz accomplished much in his life. He will remain in our memory as a remarkable physicist and human being. His name will live forever in the history of Soviet physics.

## CHAPTER I

# IDEAL FLUIDS

### §1. The equation of continuity

*Fluid dynamics* concerns itself with the study of the motion of fluids (liquids and gases). Since the phenomena considered in fluid dynamics are macroscopic, a fluid is regarded as a continuous medium. This means that any small volume element in the fluid is always supposed so large that it still contains a very great number of molecules. Accordingly, when we speak of infinitely small elements of volume, we shall always mean those which are "physically" infinitely small, i.e. very small compared with the volume of the body under consideration, but large compared with the distances between the molecules. The expressions *fluid particle* and *point in a fluid* are to be understood in a similar sense. If, for example, we speak of the displacement of some fluid particle, we mean not the displacement of an individual molecule, but that of a volume element containing many molecules, though still regarded as a point.

The mathematical description of the state of a moving fluid is effected by means of functions which give the distribution of the fluid velocity $v = v(x, y, z, t)$ and of any two thermodynamic quantities pertaining to the fluid, for instance the pressure $p(x, y, z, t)$ and the density $\rho(x, y, z, t)$. All the thermodynamic quantities are determined by the values of any two of them, together with the equation of state; hence, if we are given five quantities, namely the three components of the velocity $v$, the pressure $p$ and the density $\rho$, the state of the moving fluid is completely determined.

All these quantities are, in general, functions of the coordinates $x, y, z$ and of the time $t$. We emphasize that $v(x, y, z, t)$ is the velocity of the fluid at a given point $(x, y, z)$ in space and at a given time $t$, i.e. it refers to fixed points in space and not to specific particles of the fluid; in the course of time, the latter move about in space. The same remarks apply to $\rho$ and $p$.

We shall now derive the fundamental equations of fluid dynamics. Let us begin with the equation which expresses the conservation of matter. We consider some volume $V_0$ of space. The mass of fluid in this volume is $\int \rho \, dV$, where $\rho$ is the fluid density, and the integration is taken over the volume $V_0$. The mass of fluid flowing in unit time through an element $df$ of the surface bounding this volume is $\rho v \cdot df$; the magnitude of the vector $df$ is equal to the area of the surface element, and its direction is along the normal. By convention, we take $df$ along the outward normal. Then $\rho v \cdot df$ is positive if the fluid is flowing out of the volume, and negative if the flow is into the volume. The total mass of fluid flowing out of the volume $V_0$ in unit time is therefore

$$\oint \rho v \cdot df,$$

where the integration is taken over the whole of the closed surface surrounding the volume in question.

1