# EXHIBIT 28

# UNREDACTED PUBLIC VERSION

# MARTIN'S

# PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES

## Physical Chemical and Biopharmaceutical Principles in the Pharmaceutical Sciences

### EIGHTH EDITION

**EDITOR**

## PATRICK J. SINKO, PhD, RPh

Distinguished Professor
Parke-Davis Chair Professor in Pharmaceutics and Drug Delivery
Ernest Mario School of Pharmacy
Rutgers, The State University of New Jersey
Piscataway, New Jersey

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

**Wolters Kluwer**

Philadelphia • Baltimore • New York • London
Buenos Aires • Hong Kong • Sydney • Tokyo

*Acquisitions Editor:* Matt Hauber
*Development Editor:* Deborah Bordeaux
*Editorial Coordinator:* Vinodhini Varadharajalu
*Marketing Manager:* Phyllis Hitner
*Production Project Manager:* Justin Wright
*Manager, Graphic Arts & Design:* Stephen Druding
*Art Director:* Jennifer Clements
*Manufacturing Coordinator:* Margie Orzech
*Prepress Vendor:* Aptara, Inc.

8th edition

Copyright © 2024 Wolters Kluwer.
Copyright © 2017 Wolters Kluwer.
Copyright © 2011, 2006 Lippincott Williams & Wilkins, a Wolters Kluwer business.

Two Commerce Square
2001 Market Street
Philadelphia, PA 19103 USA
LWW.com

All rights reserved. This book is protected by copyright. No part of this book may be reproduced or transmitted in any form or by any means, including photocopies or scanned-in or other electronic copies, or utilized by any information storage and retrieval system without written permission from the copyright owner, except for brief quotations embodied in critical articles and reviews. Materials appearing in this book prepared by individuals as part of their official duties as U.S. government employees are not covered by the above-mentioned copyright. To request permission, please contact Lippincott Williams & Wilkins at Two Commerce Square, 2001 Market Street, Philadelphia, PA 19103, via e-mail at permissions@lww.com, or via Website at shop.lww.com (products and services).

9  8  7  6  5  4  3  2  1

Printed in Mexico

**Library of Congress Cataloging-in-Publication Data**
Names: Sinko, Patrick J., editor.
Title: Martin's physical pharmacy and pharmaceutical sciences : physical
    chemical and biopharmaceutical principles in the pharmaceutical sciences /
    editor, Patrick J. Sinko.
Other titles: Physical pharmacy and pharmaceutical sciences
Description: Eighth edition. | Philadelphia, PA : Wolters Kluwer, [2024] |
    Includes bibliographical references and index.
Identifiers: LCCN 2022051835 (print) | LCCN 2022051836 (ebook) |
    ISBN 9781975174811 (paperback) | ISBN 9781975174828 (ebook)
Subjects: MESH: Chemistry, Pharmaceutical | Chemistry, Physical | BISAC:
    MEDICAL / Pharmacy | MEDICAL / Education & Training
Classification: LCC RS403  (print) | LCC RS403 (ebook) | NLM QV 744 | DDC
    615/.19–dc23/eng/20230113
LC record available at https://lccn.loc.gov/2022051835
LC ebook record available at https://lccn.loc.gov/2022051836

This work is provided "as is," and the publisher disclaims any and all warranties, express or implied, including any warranties as to accuracy, comprehensiveness, or currency of the content of this work.

This work is no substitute for individual patient assessment based upon healthcare professionals' examination of each patient and consideration of, among other things, age, weight, gender, current or prior medical conditions, medication history, laboratory data and other factors unique to the patient. The publisher does not provide medical advice or guidance and this work is merely a reference tool. Healthcare professionals, and not the publisher, are solely responsible for the use of this work including all medical judgments and for any resulting diagnosis and treatments.

Given continuous, rapid advances in medical science and health information, independent professional verification of medical diagnoses, indications, appropriate pharmaceutical selections and dosages, and treatment options should be made and healthcare professionals should consult a variety of sources. When prescribing medication, healthcare professionals are advised to consult the product information sheet (the manufacturer's package insert) accompanying each drug to verify, among other things, conditions of use, warnings and side effects and identify any changes in dosage schedule or contraindications, particularly if the medication to be administered is new, infrequently used or has a narrow therapeutic range. To the maximum extent permitted under applicable law, no responsibility is assumed by the publisher for any injury and/or damage to persons or property, as a matter of products liability, negligence law or otherwise, or from any reference to or use by any person of this work.

shop.lww.com

# MOLECULAR DISPERSIONS

**5**

## PATRICK J. SINKO

Copyright © 2024 Wolters Kluwer, not authorized. Unauthorized reproduction in this content is prohibited.

## CHAPTER OBJECTIVES

**At the conclusion of this chapter the student should be able to:**

1 Identify and describe the four colligative properties of nonelectrolytes in solution.
2 Understand the various types of pharmaceutical true solutions.
3 Calculate molarity, normality, molality, mole fraction, percentage expressions, and equivalent weights.
4 Define ideal and real solutions using Raoult's and Henry's laws.
5 Use Raoult's law to calculate partial and total vapor pressure.
6 Calculate vapor pressure lowering, boiling point elevation, freezing point lowering, and pressure for solutions of nonelectrolytes.
7 Use colligative properties to determine molecular weight.
8 Understand the important properties of solutions of electrolytes.
9 Understand and apply Faraday's law and electrolytic conductance.
10 Calculate the conductance of solutions, the equivalent conductance, and the equivalent conductance of electrolytes.
11 Compare and contrast the colligative properties of electrolytic solutions and concentrated solutions of nonelectrolytes.
12 Apply the Arrhenius theory of electrolytic dissociation.
13 Apply the theory of strong electrolytes; for example, calculate the degree of dissociation, activity coefficients, and so on.
14 Calculate ionic strength.
15 Calculate osmotic coefficients, osmolality, and osmolarity.
16 Understand the differences between osmolality and osmolarity.
17 Describe three classes of solid solutions and how they differ.
18 Understand the differences between substitutional and interstitial solid solutions.

## INTRODUCTION

In this chapter, you will begin to learn about pharmaceutical systems. In the pharmaceutical sciences, a system is a bounded space or an exact quantity of a substance. Substances can be mixed to form a variety of pharmaceutical mixtures (or dispersions) such as true solutions, colloidal dispersions, and coarse dispersions. A dispersion usually consists of at least two phases with one or more dispersed (internal) phases in a single continuous (external) phase. A phase is a distinct homogeneous part of a system separated by definite boundaries from other parts of the system. Each phase may be consolidated into a contiguous mass or region, such as a single tea leaf floating in water. A true solution is a mixture of two or more components that form a homogeneous molecular dispersion, in other words, a one-phase system with consistent properties. From a thermodynamic perspective, a solution is a mixture of two or more substances that forms a stable, molecular dispersion. In a true solution, the suspended particles are less than 1 nm in size, are completely dissolved, and are not large enough to scatter light but are small enough to be evenly dispersed, resulting in a homogeneous appearance. An example of a true solution is a mixture of sugar and water such as Simple Syrup.

The diameter of particles in coarse dispersions is greater than ~500 nm (0.5 $\mu$m). Two typical pharmaceutical coarse dispersions are emulsions (liquid–liquid dispersions) and suspensions (solid–liquid dispersions). A colloidal dispersion represents a system with a particle size between a true solution and a coarse dispersion, roughly 1 to 500 nm. A colloidal dispersion may be considered a two-phase (heterogeneous) system under some circumstances. However, it may also be a one-phase system (homogeneous) under other circumstances. For example, liposomes or microspheres in an aqueous delivery vehicle are considered heterogeneous colloidal dispersions because they consist of distinct particles constituting a separate phase. On the other hand, colloidal dispersions of acacia or sodium carboxymethylcellulose in water are homogeneous since they do not differ significantly from a sucrose solution. Therefore, they are a single-phase system or true solution.[1] Another example of a homogeneous colloidal dispersion that is also considered a true solution is drug–polymer conjugates since they can completely dissolve in water. This chapter focuses on molecular dispersions, also known as true solutions. Later chapters will cover colloidal and coarse dispersions.

A solution composed of only two substances (a solvent and a solute) is a binary solution. The terms component and constituent are used interchangeably to represent the pure chemical substances that make up a solution. The number of components has a definite significance in the phase rule. The constituent present in the greater amount in a binary solution is arbitrarily designated as the solvent and the constituent in the lesser amount as the solute. When a solid is dissolved in a liquid, however, the liquid is usually taken as the solvent and the solid as the solute, irrespective of the relative amounts of the constituents. When water is one of the constituents of a liquid mixture, it is usually considered the solvent. When dealing with mixtures of liquids that are miscible in all proportions, such as alcohol and water, it is less

**111**

**TABLE 5-1**

## Types of Solutions

| Solute | Solvent | Example |
|--------|---------|---------|
| Gas | Gas | Air |
| Liquid | Gas | Water in oxygen |
| Solid | Gas | Iodine vapor in air |
| Gas | Liquid | Carbonated water |
| Liquid | Liquid | Alcohol in water |
| Solid | Liquid | Aqueous sodium chloride solution |
| Gas | Solid | Hydrogen in palladium |
| Liquid | Solid | Mineral oil in paraffin |
| Solid | Solid | Ionic cocrystal of escitalopram oxalate (Lexapro) |

meaningful to classify the constituents as solute and solvent. The various types of solutions and examples are shown in Table 5-1.

## PHYSICAL PROPERTIES OF SUBSTANCES

The physical properties of substances can be classified as *colligative, additive,* and *constitutive.* In the field of thermodynamics, physical properties of systems are classified as *extensive* properties, which depend on the quantity of the matter in the system (e.g., mass and volume), and *intensive* properties, which are independent of the amount of the substances in the system (e.g., temperature, pressure, density, surface tension, and viscosity of a pure liquid).

*Colligative properties* depend mainly on the number of particles in a solution. The colligative properties of solutions



*KEY CONCEPT*

## PHARMACEUTICAL DISPERSIONS

Broadly defined, a solution may be any combination of solids, liquids, and gases. When two substances are mixed, one becomes dispersed in the other. Only the size of the dispersed phase and not its composition is considered when classifying a pharmaceutical dispersion. The two components may become dispersed at the molecular level forming a true solution. In other words, the dispersed phase is smaller than 1 nm, completely dissolves, cannot scatter light, and cannot be visualized using microscopy. If the dispersed phase is in the size range of 1 to 500 nm, it is considered a colloidal dispersion. Common examples of colloidal dispersions include blood, liposomes, and zinc oxide paste. If the particle size is greater than 500 nm (or 0.5 $\mu$m), it is considered a coarse dispersion. Two common examples of coarse dispersions are emulsions and suspensions.

are osmotic pressure, vapor pressure lowering, freezing point depression, and boiling point elevation. The values of the colligative properties are approximately the same for equal concentrations of different nonelectrolytes in solution regardless of the species or chemical nature of the constituents. In considering the colligative properties of solid-in-liquid solutions, it is assumed that the solute is nonvolatile and that the pressure of the vapor above the solution is provided entirely by the solvent.

*Additive properties* depend on the total contribution of the atoms in the molecule or on the sum of the properties of the constituents in a solution. An example of an additive property of a compound is the molecular weight, that is, the sum of the masses of the constituent atoms. The masses of the components of a solution are also additive, the total mass of the solution being the sum of the masses of the individual components.

*Constitutive properties* depend on the arrangement and to a lesser extent on the number and kind of atoms within a molecule. These properties give clues to the constitution of individual compounds and groups of molecules in a system. Many physical properties may be partly additive and partly constitutive. The refraction of light, electric properties, surface and interfacial characteristics, and the solubility of drugs are at least in part constitutive and in part additive properties; these are considered in other sections of the book.

## Types of Solutions

A solution can be classified according to the states in which the solute and solvent occur, and because three states of matter (gas, liquid, and crystalline solid) exist, nine types of homogeneous mixtures of solute and solvent are possible. These types, together with some examples, are given in Table 5-1.

When solids or liquids dissolve in a gas to form a gaseous solution, the molecules of the solute can be treated thermodynamically like a gas; similarly, when gases or solids dissolve in liquids, the gases and the solids can be considered to exist in the liquid state. In the formation of solid solutions, the atoms of the gas or liquid take up positions in the crystal lattice and behave like atoms or molecules of solids.

The solutes (whether gases, liquids, or solids) are divided into two main classes: *nonelectrolytes* and *electrolytes.* Nonelectrolytes are substances that do not ionize when dissolved in water and therefore do not conduct an electric current through the solution. Examples of nonelectrolytes are sucrose, glycerin, naphthalene, and urea. The colligative properties of solutions of nonelectrolytes are fairly regular. A 0.1-molar (M) solution of a nonelectrolyte produces approximately the same colligative effect as any other nonelectrolytic solution of equal concentration. Electrolytes are substances that form ions in solution, conduct electric current, and show apparent "anomalous" colligative properties; that is, they produce a considerably greater freezing point depression and boiling point elevation than do nonelectrolytes of the same concentration. Examples of electrolytes are hydrochloric acid, sodium sulfate, ephedrine, and phenobarbital.

Copyright © 2022 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

Electrolytes may be subdivided further into *strong electrolytes* and *weak electrolytes* depending on whether the substance is completely or only partly ionized in water. Hydrochloric acid and sodium sulfate are strong electrolytes, whereas ephedrine and phenobarbital are weak electrolytes. The classification of electrolytes according to Arrhenius and the discussion of the modern theories of electrolytes are given later in the book.

## CONCENTRATION EXPRESSIONS

The concentration of a solution can be expressed either in terms of the quantity of solute in a definite *volume of solution* or as the quantity of solute in a definite *mass of solvent or solution.* The various expressions are summarized in Table 5-2.

### Molarity and Normality

Molarity and normality are the expressions commonly used in analytical work.[2] All solutions of the same molarity contain the same number of solute molecules in a definite volume of solution. When a solution contains more than one solute, it may have different molar concentrations with respect to the various solutes. For example, a solution can be 0.001 M with respect to phenobarbital and 0.1 M with respect to sodium chloride. One liter of such a solution is prepared by adding 0.001 mole of phenobarbital (0.001 mole × 232.32 g/mole = 0.2323 g) and 0.1 mole of sodium chloride (0.1 mole × 58.45 g/mole = 5.845 g) to enough water to make 1,000 mL of solution.

Difficulties are sometimes encountered when one desires to express the molarity of an ion or radical in a solution. A molar solution of sodium chloride is 1 M with respect to both the sodium and the chloride ion, whereas a molar solution of $Na_2CO_3$ is 1 M with respect to the carbonate ion and

2 M with respect to the sodium ion because each mole of this salt contains 2 moles of sodium ions. A molar solution of sodium chloride is also 1 normal (1 N) with respect to both its ions; however, a molar solution of sodium carbonate is 2 N with respect to both the sodium and the carbonate ion.

Molar and normal solutions are popular in chemistry because they can be brought to a convenient volume; a volume aliquot of the solution, representing a known weight of solute, is easily obtained using the burette or pipette.

Both molarity and normality have the disadvantage of changing value with temperature because of the expansion or contraction of liquids and should not be used when one wishes to study the properties of solutions at various temperatures. Another difficulty arises in the use of molar and normal solutions for the study of properties such as vapor pressure and osmotic pressure, which are related to the concentration of the solvent. The volume of the solvent in a molar or a normal solution is not usually known, and it varies for different solutions of the same concentration, depending upon the solute and solvent involved.

### Molality

A molal solution is prepared in terms of weight units and does not have the disadvantages just discussed; therefore, molal concentration appears more frequently than molarity and normality in theoretical studies. It is possible to convert molality into molarity or normality if the final volume of the solution is observed or if the density is determined. In aqueous solutions more dilute than 0.1 M, it usually may be assumed for practical purposes that molality and molarity are equivalent. For example, a 1% solution by weight of sodium chloride with a specific gravity of 1.0053 is 0.170 M and 0.173 molal (0.173 *m*). The following difference between molar and molal solutions should also be noted. If another solute, containing neither sodium nor chloride ions, is added to a certain volume of a molal solution of sodium chloride,

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the content is prohibited.

### TABLE 5-2

**Concentration Expressions**

| Expression | Symbol | Definition |
|---|---|---|
| Molarity | M,c | Moles (gram molecular weights) of solute in 1 L of solution |
| Normality | N | Gram equivalent weights of solute in 1 L of solution |
| Molality | *m* | Moles of solute in 1,000 g of solvent |
| Mole fraction | *X*,N | Ratio of the moles of one constituent (e.g., the solute) of a solution to the total moles of all constituents (solute and solvent) |
| Mole percent | | Moles of one constituent in 100 moles of the solution; mole percent is obtained by multiplying mole fraction by 100 |
| Percent by weight | % w/w | Grams of solute in 100 g of solution |
| Percent by volume | % v/v | Milliliters of solute in 100 mL of solution |
| Percent weight-in-volume | % w/v | Grams of solute in 100 mL of solution |
| Milligram percent | | Milligrams of solute in 100 mL of solution |

the solution remains 1 *m* in sodium chloride, although the total volume and the weight of the solution increase. Molarity, of course, *decreases* when another solute is added because of the increase in volume of the solution.

Molal solutions are prepared by adding the proper weight of solvent to a carefully weighed quantity of the solute. The volume of the solvent can be calculated from the specific gravity, and the solvent can then be measured from a burette rather than weighed.

## Mole Fraction

Mole fraction is used frequently in experimentation involving theoretical considerations because it gives a measure of the relative proportion of moles of each constituent in a solution. It is expressed as

$$X_1 = \frac{n_1}{n_1 + n_2} \qquad \text{5-1}$$

$$X_2 = \frac{n_2}{n_1 + n_2} \qquad \text{5-2}$$

for a system of two constituents. Here $X_1$ is the mole fraction of constituent 1 (the subscript 1 is ordinarily used as the designation for the solvent), $X_2$ is the mole fraction of constituent 2 (usually the solute), and $n_1$ and $n_2$ are the numbers of moles of the respective constituents in the solution. The sum of the mole fractions of solute and solvent must equal unity. Mole fraction is also expressed in percentage terms by multiplying $X_1$ or $X_2$ by 100. In a solution containing 0.01 mole of solute and 0.04 mole of solvent, the mole fraction of the solute is $X_2 = 0.01/(0.04 + 0.01) = 0.20$. Because the mole fractions of the two constituents must equal 1, the mole fraction of the solvent is 0.8. The mole percent of the solute is 20%; the mole percent of the solvent is 80%.

The manner in which mole fraction is defined allows one to express the relationship between the number of solute and solvent molecules in a simple, direct way. In the example just given, it is readily seen that 2 of every 10 molecules in the solution are solute molecules, and it will be observed later that many of the properties of solutes and solvents are directly related to their mole fraction in the solution. For example, the partial vapor pressure above a solution brought about by the presence of a volatile solute is equal to the vapor pressure of the pure solute multiplied by the mole fraction of the solute in the solution.

## Percentage Expressions

The percentage method of expressing the concentration of pharmaceutical solutions is quite common. Percentage by weight signifies the number of grams of solute per 100 g of solution. A 10% by weight (% w/w) aqueous solution of glycerin contains 10 g of glycerin dissolved in enough water (90 g) to make 100 g of solution. Percentage by volume is expressed as the volume of solute in milliliters contained in 100 mL of the solution. Alcohol (United States

Pharmacopeia) contains 92.3% by weight and 94.9% by volume of $C_2H_5OH$ at 15.56°C; that is, it contains 92.3 g of $C_2H_5OH$ in 100 g of solution or 94.9 mL of $C_2H_5OH$ in 100 mL of solution.

## Calculations Involving Concentration Expressions

The calculations involving the various concentration expressions are illustrated in the following example.

---

**Example 5-1**  **Solutions of Ferrous Sulfate**

An aqueous solution of exsiccated ferrous sulfate was prepared by adding 41.50 g of $FeSO_4$ to enough water to make 1,000 mL of solution at 18°C. The density of the solution is 1.0375 and the molecular weight of $FeSO_4$ is 151.9. Calculate (a) the molarity; (b) the molality; (c) the mole fraction of $FeSO_4$, the mole fraction of water, and the mole percent of the two constituents; and (d) the percentage by weight of $FeSO_4$

a.  Molarity:

$$\text{Moles of } FeSO_4 = \frac{\text{g of } FeSO_4}{\text{Molecular weight}}$$

$$= \frac{41.50}{151.9} = 0.2732$$

$$\text{Molarity} = \frac{\text{Moles of } FeSO_4}{\text{Liters of solution}} = \frac{0.2732}{1\ L} = 0.2732\ M$$

b.  Molality:

$$\text{Grams of solution} = \text{Volume} \times \text{Density}$$
$$1{,}000 \times 1.0375 = 1{,}037.5\ g$$

$$\text{Grams of solvent} = \text{Grams of solution} - \text{Grams of } FeSO_4 = 1{,}037.5 - 41.5 = 996.0\ g$$

$$\text{Molality} = \frac{\text{Moles of } FeSO_4}{\text{kg of solvent}} = \frac{0.2732}{0.996} = 0.2743\ m$$

c.  Mole fraction and mole percent:

$$\text{Moles of water} = \frac{996}{18.02} = 55.27\ \text{moles}$$

Mole fraction of $FeSO_4$:

$$X_2 = \frac{\text{Moles of } FeSO_4}{\text{Moles of water} + \text{Moles of } FeSO_4}$$

$$= \frac{0.2732}{55.27 + 0.2732} = 0.0049$$

Mole fraction of water:

$$X_1 = \frac{55.27}{55.27 + 0.2732} = 0.9951$$

Notice that
$X_1 + X_2 = 0.9951 + 0.0049 = 1.0000$
Mole percent of $FeSO_4 = 0.0049 \times 100 = 0.49\%$
Mole percent of water $= 0.9951 \times 100 = 99.51\%$

d.  Percentage by weight of $FeSO_4$:

$$= \frac{\text{g of } FeSO_4}{\text{g of solution}} \times 100$$

$$= \frac{41.50}{1{,}037.5} \times 100 = 4.00\%$$

---

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.




Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

## TABLE 5-3

### Conversion Equations for Concentration Terms

A. Molality (moles of solute/kg of solvent, $m$) and mole fraction of solute ($X_2$):

$$X_2 = \frac{m}{m + \dfrac{1{,}000}{M_1}}$$

$$m = \frac{1{,}000\,X_2}{M_1(1 - X_2)}$$

$$= \frac{1{,}000(1 - X_1)}{M_1 X_1}$$

B. Molarity (moles of solute/liter of solution, $c$) and mole fraction of solute ($X_2$):

$$X_2 = \frac{c}{c + \dfrac{1{,}000\rho - cM_2}{M_1}}$$

$$c = \frac{1{,}000\rho X_2}{M_1(1 - X_2) + M_2 X_2}$$

C. Molality ($m$) and molarity ($c$):

$$m = \frac{1{,}000\,c}{1{,}000\rho - M_2 c}$$

$$c = \frac{1{,}000\rho}{\dfrac{1{,}000}{m} + M_2}$$

D. Molality ($m$) and molarity ($c$) in terms of weight of solute, $w_2$, weight of solvent, $w_1$, and molecular weight, $M_2$, of solute:

$$m = \frac{w_2/M_2}{w_1/1{,}000} = \frac{1{,}000\,w_2}{w_1 M_2}$$

$$c = \frac{1{,}000\rho w_2}{M_2(w_1 + w_2)}$$

Definition of terms:

$\rho$ = density of the solution (g/cm³)
$M_1$ = molecular weight of the solvent
$M_2$ = molecular weight of the solute
$X_1$ = mole fraction of the solvent
$X_2$ = mole fraction of the solute
$w_1$ = weight of the solvent (g, mg, kg, etc.)
$w_2$ = weight of the solute (g, mg, kg, etc.)

One can use the table of conversion equations, Table 5-3, to convert a concentration expression, say molality, into its value in molarity or mole fraction. Alternatively, knowing the weight, $w_1$, of a solvent, the weight, $w_2$, of the solute, and the molecular weight, $M_2$, of the solute, one can calculate the molarity, $c$, or the molality, $m$, of the solution. As an exercise, the reader should derive an expression relating $X_1$ to $X_2$ to the weights $w_1$ and $w_2$ and the solute's molecular weight, $M_2$. The data in *Example 5-1* are useful for determining whether your derived equation is correct.

## EQUIVALENT WEIGHTS

One gram atom of hydrogen weighs 1.008 g and consists of $6.02 \times 10^{23}$ atoms (Avogadro's number) of hydrogen. This gram atomic weight of hydrogen **can combine** with $6.02 \times 10^{23}$ atoms of fluorine **or** with half of $6.02 \times 10^{23}$ atoms of oxygen. One gram atom of fluorine weighs 19 g, and 1 g atom of oxygen weighs 16 g. Therefore, 1.008 g of hydrogen combines with 19 g of fluorine and with half of 16 or 8 g of oxygen. The quantities of fluorine and oxygen combining with 1.008 g of hydrogen are referred to as the equivalent weight of the combining atoms. One equivalent (Eq) of fluorine (19 g) combines with 1.008 g of hydrogen. One equivalent of oxygen (8 g) also combines with 1.008 g of hydrogen.

It is observed that 1 equivalent weight (19 g) of fluorine is identical with its atomic weight. Not so with oxygen, its gram equivalent weight (8 g) is equal to half its atomic weight. Stated otherwise, the atomic weight of fluorine contains 1 Eq of fluorine, whereas the atomic weight of oxygen contains 2 Eq. The equation relating these atomic quantities is as follows (the equation for molecules is quite like that for atoms, as seen in the next paragraph):

$$\text{Equivalent weight} = \frac{\text{Atomic weight}}{\begin{array}{c}\text{Number of equivalents per}\\\text{atomic weight (valence)}\end{array}} \quad \text{5-3}$$

The number of equivalents per atomic weight, namely, 1 for fluorine and 2 for oxygen, is the common *valence* of these elements. Many elements may have more than one valence and hence several equivalent weights, depending on the reaction under consideration. Magnesium will combine with two atoms of fluorine, and each fluorine can combine with one atom of hydrogen. Therefore, the valence of magnesium is 2, and its equivalent weight, according to equation **(5-3)**, is one-half of its atomic weight ($24/2 = 12$ g/Eq). Aluminum will combine with three atoms of fluorine; the valence of aluminum is therefore 3 and its equivalent weight is one-third of its atomic weight, or $27/3 = 9$ g/Eq.

The concept of equivalent weights not only applies to atoms but also extends to molecules. The equivalent weight of sodium chloride is identical to its molecular weight, 58.5 g/Eq; that is, the equivalent weight of sodium chloride is the sum of the equivalent weights of sodium (23 g) and chlorine (35.5 g), or 58.5 g/Eq. The equivalent weight of sodium chloride is identical to its molecular weight, 58.5 g, because the valence of sodium and chlorine is each 1 in the compound. The equivalent weight of $Na_2CO_3$ is numerically half of its molecular weight. The valence of the carbonate ion, $CO_3^{2-}$, is 2, and its equivalent weight is $60/2 = 30$ g/Eq. Although the valence of sodium is 1, two atoms are present in $Na_2CO_3$, providing a weight of $2 \times 23$ g $= 46$ g; its equivalent weight is one-half of this, or 23 g/Eq. The equivalent weight of $Na_2CO_3$ is therefore $30 + 23 = 53$ g, which is one half the molecular weight. The relationship of equivalent

weight to molecular weight for molecules such as NaCl and $Na_2CO_3$ is [compare equation **(5-3)** for atoms]

$$\text{Equivalent weight (g/Eq)} = \frac{\text{molecular weight (g/mole)}}{\text{equivalent/mole}}$$

**5-4**

---

**Example 5-2  Calculation of Equivalent Weight**
(a) What is the number of equivalents per mole of $K_3PO_4$, and what is the equivalent weight of this salt? (b) What is the equivalent weight of $KNO_3$? (c) What is the number of equivalents per mole of $Ca_3(PO_4)_2$, and what is the equivalent weight of this salt?

a. $K_3PO_4$ represents 3 Eq/mole, and its equivalent weight is numerically equal to one-third of its molecular weight, namely, (212 g/mole) ÷ (3 Eq/mole) = 70.7 g/Eq.
b. The equivalent weight of $KNO_3$ is also equal to its molecular weight, or 101 g/Eq.
c. The number of equivalents per mole for $Ca_3(PO_4)_2$ is 6 (i.e., three calcium ions each with a valence of 2 or two phosphate ions each with a valence of 3). The equivalent weight of $Ca_3(PO_4)_2$ is therefore one-sixth of its molecular weight, or 310/6 = 51.7 g/Eq.

---

For a complex salt such as monobasic potassium phosphate (potassium acid phosphate), $KH_2PO_4$ (molecular weight, 136 g), the equivalent weight depends on how the compound is used. If it is used for its potassium content, the equivalent weight is identical to its molecular weight, or 136 g. When it is used as a buffer for its hydrogen content, the equivalent weight is one-half of the molecular weight, $136/2 = 68$ g, because two hydrogen atoms are present. When used for its phosphate content, the equivalent weight of $KH_2PO_4$ is one-third of the molecular weight, $136/3 = 45.3$ g, because the valence of phosphate is 3.

As defined in Table 5-2, the normality of a solution is the equivalent weight of the solute in 1 L of solution. For NaF, $KNO_3$, and HCl, the number of equivalent weights equals the number of molecular weights, and normality is identical with molarity. For $H_3PO_4$, the equivalent weight is one-third of the molecular weight, 98 g/3 = 32.67 g/Eq, assuming complete reaction, and a 1 N solution of $H_3PO_4$ is prepared by weighing 32.67 g of $H_3PO_4$ and bringing it to a volume of 1 L with water. For a 1 N solution of sodium bisulfate (sodium acid sulfate), $NaHSO_4$ (molecular weight 120 g), the weight of salt needed depends on the species for which the salt is used. If used for sodium or hydrogen, the equivalent weight would equal the molecular weight, or 120 g/Eq. If the solution were used for its sulfate content, $120/2 = 60$ g of $NaHSO_4$ would be weighed out and sufficient water added to make 1 liter of solution.

In electrolyte replacement therapy, solutions containing various electrolytes are injected into a patient to correct serious electrolyte imbalances. The concentrations are usually expressed as equivalents per liter or milliequivalents per liter. For example, the normal plasma concentration of sodium ions in humans is about 142 mEq/L; the normal plasma concentration of bicarbonate ion, $HCO_3^-$, is 27 mEq/L. Equation **(5-4)** is useful for calculating the quantity of salts needed to

prepare electrolyte solutions in hospital practice. The moles in the numerator and denominator of equation **(5-4)** may be replaced with, say, liters to give

$$\text{Equivalent weight (in g/Eq)} = \frac{\text{Grams/liter}}{\text{Equivalents/liter}}$$

**5-5**

or

$$\text{Equivalent weight (in mg/mEq)} = \frac{\text{Milligrams/liter}}{\text{Milliequivalents/liter}}$$

**5-6**

Equivalent weight (analogous to molecular weight) is expressed in g/Eq, or what amounts to the same units, mg/mEq.

---

**Example 5-3  $Ca^{2+}$ in Human Plasma**
Human plasma contains about 5 mEq/L of calcium ions. How many milligrams of calcium chloride dihydrate, $CaCl_2 \bullet 2H_2O$ (molecular weight 147 g/mole), are required to prepare 750 mL of a solution equal in $Ca^{2+}$ to human plasma? The equivalent weight of the dihydrate salt $CaCl_2 \bullet 2H_2O$ is half of its molecular weight, 147/2 = 73.5 g/Eq, or 73.5 mg/mEq. Using equation **(5-6)**, we obtain

$$73.5 \text{ mg/mEq} = \frac{\text{mg/L}}{5 \text{ mEq/L}}$$

$$73.5 \text{ mg/mEq} \times 5 \text{ mEq/L} = 367.5 \text{ mg/L}$$

For 750 $cm^3$, $367.5 \times \dfrac{750 \text{ mL}}{1{,}000 \text{ mL}} = 275.6$ mg of $CaCl_2 \bullet 2H_2O$

---

**Example 5-4  Equivalent Weight and Molecular Weight**
Calculate the number of equivalents per liter of potassium chloride, molecular weight 74.55 g/mole, present in a 1.15% w/v solution of KCl.

Using equation **(5-5)** and noting that the equivalent weight of KCl is identical to its molecular weight, we obtain

$$74.55 \text{ g/Eq} = \frac{11.5 \text{ g/L}}{\text{Eq/L}}$$

$$(11.5 \text{ g/L})/(74.55 \text{ g/Eq}) = 0.154 \text{ Eq/L (or 154 mEq/L)}$$

---

**Example 5-5  Sodium Content**
What is the $Na^+$ content in mEq/liter of a solution containing 5.00 g of NaCl per liter of solution? The molecular weight and therefore the equivalent weight of NaCl is 58.5 g/Eq or 58.5 mg/mEq.

$$\text{mEq/L} = \frac{\text{mg/L}}{\text{Eq. wt.}} = \frac{5{,}000 \text{ mg/L}}{58.5 \text{ mg/mEq}}$$

$$= 85.47 \text{ mEq of } Na^+ \text{ per L}$$

---

## NONELECTROLYTE SOLUTIONS

As stated earlier, the colligative properties of nonelectrolytes are ordinarily regular; on the other hand, solutions of electrolytes show apparent deviations. An ideal gas is defined in *Chapter 2: States of Matter* as one in which there is no attraction between the molecules, and it is found desirable to establish an ideal gas equation to which the properties of real gases tend as the pressure approaches zero. Consequently, the ideal gas law is referred to as a *limiting law.* It is convenient to

Copyright © 2024. Unauthorized reproduction of this content is prohibited.





## KEY CONCEPT

### IDEALITY

Ideality in a gas implies the *complete absence* of attractive forces, and ideality in a solution means *complete uniformity* of attractive forces. Because a liquid is a highly condensed state, it cannot be expected to be devoid of attractive forces; nevertheless, if, in a mixture of A and B molecules, the forces between A and A, B and B, and A and B are all the same order, the solution is ideal according to the definition just given.

define an *ideal solution* as one in which there is no change in the properties of the components, other than dilution, when they are mixed to form the solution. No heat is evolved or absorbed during the mixing process, and the final volume of the solution represents an additive property of the individual constituents. Stated another way, no shrinkage or expansion occurs when the substances are mixed. The constitutive properties, for example, the refractive index, surface tension, and viscosity of the solution, are the weighted averages of the properties of the pure individual constituents.

Mixing substances with similar properties forms ideal solutions. For example, when 100 mL of methanol is mixed with 100 mL of ethanol, the final volume of the solution is 200 mL, and no heat is evolved or absorbed. The solution is nearly *ideal.*

When 100 mL of sulfuric acid is combined with 100 mL of water, however, the volume of the solution is about 180 mL at room temperature, and the mixing is attended by a considerable evolution of heat; the solution is said to be *nonideal,* or real. As with gases, some solutions are quite ideal in moderate concentrations, whereas others approach ideality only under extreme dilution.

### Escaping Tendency[3]

Two bodies are in thermal equilibrium when their temperatures are the same. If one body is heated to a higher temperature than the other, heat will flow "downhill" from the hotter to the colder body until both bodies are again in thermal equilibrium. This process is described in another way by using the concept of *escaping tendency and* say that the heat in the hotter body has a greater escaping tendency than that in the colder one. Temperature is a quantitative measure of the escaping tendency of heat, and at thermal equilibrium, when both bodies finally have the same temperature, the escaping tendency of each constituent is the same in all parts of the system.

A quantitative measure of the escaping tendencies of material substances undergoing physical and chemical transformations is *free energy.* For a pure substance, the free energy per mole, or the *molar free energy,* provides a measure of escaping tendency; for the constituent of a solution, it is the *partial molar free energy* or *chemical potential* that is used as an expression of escaping tendency. Chemical potential is

discussed in *Chapter 2: States of Matter*. The free energy of 1 mole of ice is greater than that of liquid water at 1 atm above 0°C and is spontaneously converted into water because

$$\Delta G = G_{\text{liq}} - G_{\text{ice}} < 0$$

At 0°C, at which temperature the system is in equilibrium, the molar free energies of ice and water are identical and $\Delta G = 0$. In terms of escaping tendencies, the escaping tendency of ice is greater than the escaping tendency of liquid water above 0°C, whereas at equilibrium, the escaping tendencies of water in both phases are identical.

### Ideal Solutions and Raoult's Law

The vapor pressure of a solution is a particularly important property because it serves as a quantitative expression of escaping tendency. In 1887, Raoult recognized that, in an ideal solution, the partial vapor pressure of each volatile constituent is equal to the vapor pressure of the pure constituent multiplied by its mole fraction in the solution. Thus, for two constituents A and B,

$$p_{\text{A}} = p_{\text{A}}{}^{\circ}\, X_{\text{A}} \qquad \text{5-7}$$

$$p_{\text{B}} = p_{\text{B}}{}^{\circ}\, X_{\text{B}} \qquad \text{5-8}$$

where $p_{\text{A}}$ and $p_{\text{B}}$ are the partial vapor pressures of the constituents over the solution when the mole fraction concentrations are $X_{\text{A}}$ and $X_{\text{B}}$, respectively. The vapor pressures of the pure components are $p_{\text{A}}{}^{\circ}$ and $p_{\text{B}}{}^{\circ}$, respectively. For example, if the vapor pressure of ethylene chloride in the pure state is 236 mm Hg at 50°C, then in a solution consisting of a mole fraction of 0.4 ethylene chloride and 0.6 benzene, the partial vapor pressure of ethylene chloride is 40% of 236 mm, or 94.4 mm. Thus, in an ideal solution, when liquid A is mixed with liquid B, the vapor pressure of A is reduced by dilution with B in a manner depending on the mole fractions of A and B present in the final solution. This will diminish the escaping tendency of each constituent, leading to a reduction in the rate of escape of the molecules of A and B from the surface of the liquid.

---

**Example 5-6  Partial Vapor Pressure**

What is the partial vapor pressure of benzene and of ethylene chloride in a solution at a mole fraction of benzene of 0.6? The vapor pressure of pure benzene at 50°C is 268 mm, and the corresponding $p_{\text{A}}{}^{\circ}$ for ethylene chloride is 236 mm. We have

$$p_{\text{B}} = 268 \times 0.6 = 160.8 \text{ mm}$$

$$p_{\text{A}} = 236 \times 0.4 = 94.4 \text{ mm}$$

---

If additional volatile components are present in the solution, each will produce a partial pressure above the solution, which can be calculated from Raoult's law. The total pressure is the sum of the partial pressures of all the constituents. In *Example 5-6*, the total vapor pressure $P$ is calculated as follows:

$$P = p_{\text{A}} + p_{\text{B}} = 160.8 + 94.4 = 255.2 \text{ mm}$$

The vapor pressure–composition curve for the binary system benzene and ethylene chloride at 50°C is shown in

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

**118**    MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES



**FIGURE 5-1** Vapor pressure–composition curve for an ideal binary system.

Figure 5-1. The three lines represent the partial pressure of ethylene chloride, the partial pressure of benzene, and the total pressure of the solution as a function of the mole fraction of the constituents.

## Aerosols and Raoult's Law

Aerosol dispensers have been used to package some drugs since the early 1950s. An aerosol contains the drug concentrated in a solvent or carrier liquid and a propellant mixture of the proper vapor characteristics. Chlorofluorocarbons (CFCs) were very popular propellants in aerosols until about 1989. Since that time they have been replaced in nearly every country because of the negative effects that CFCs have on the Earth's ozone layer. Today, two volatile hydrocarbons are commonly used as propellants in metered dose inhalers for treating asthma, hydrofluoroalkane 134 a (1,1,1,2,-tetrafluoroethane) or hydrofluoroalkane 227 (1,1,1,2,3,3,3-heptafluoropropane) or combinations of the two. Early metered dose inhalers commonly used trichloromonofluoromethane (CFC propellant 11) and dichlorodifluoromethane (CFC propellant 12) as propellants. CFC 11 and CFC 12 were used in various proportions to yield the proper vapor pressure and density at room temperature. Although still used with drugs, these halogenated hydrocarbons are no longer used in cosmetic aerosols and have been replaced by nitrogen and unsubstituted hydrocarbons. Since propellants represent the vast majority (>99%) of the dose delivered by a metered dose inhaler, it must be nontoxic to the patient.

**Example 5-7  Aerosol Vapor Pressure**

The vapor pressure of pure CFC 11 (molecular weight 137.4) at 21°C is $p_{11}° = 13.4$ lb/in² (psi) and that of CFC 12 (molecular weight 120.9) is $p_{12}° = 84.9$ psi. A 50:50 mixture by gram weight of the two propellants consists of $50 \div 137.4$ g/mole $= 0.364$ mole of CFC 11 and $50$ g $\div 120.9$ g/mole $= 0.414$ mole of CFC 12. What is the partial pressure of CFCs 11 and 12 in the 50:50 mixture, and what is the total vapor pressure of this mixture? We write

$$p_{11} = \frac{n_{11}}{n_{11} + n_{12}}p_{11}° = \frac{0.364}{0.364 + 0.414}(13.4) = 6.27 \text{ psi}$$

$$p_{12} = \frac{n_{12}}{n_{11} + n_{12}}p_{12}° = \frac{0.414}{0.364 + 0.414}(84.9) = 45.2 \text{ psi}$$

The total vapor pressure of the mixture is

$$6.27 + 45.2 = 51.5 \text{ psi}$$

To convert to gauge pressure (psig), one subtracts the atmospheric pressure of 14.7 psi:

$$51.5 - 14.7 = 36.8 \text{ psig}$$

The psi values just given are measured with respect to zero pressure rather than with respect to the atmosphere and are sometimes written psia to signify *absolute* pressure.

## Real Solutions

Ideality in solutions assumes complete uniformity of attractive forces. Many examples of solution pairs are known, however, in which the "cohesive" attraction of A for A exceeds the "adhesive" attraction existing between A and B. Similarly, the attractive forces between A and B may be greater than those between A and A or B and B. This may occur even though the liquids are miscible in all proportions. Such mixtures are *real* or *nonideal*; that is, they do not adhere to Raoult's law throughout the entire range of composition. Two types of deviation from Raoult's law are recognized, *negative deviation* and *positive deviation*.

When the "adhesive" attractions between molecules of different species exceed the "cohesive" attractions between like molecules, the vapor pressure of the solution is less than that expected from Raoult's ideal solution law, and *negative deviation* occurs. If the deviation is sufficiently great, the total vapor pressure curve shows a minimum, as observed in Figure 5-2, where A is chloroform and B is acetone.

**FIGURE 5-2** Vapor pressure of a system showing negative deviation from Raoult's law.

Copyright © 2024 Wolters Kluwer, LLC. Unauthorized reproduction of this content is prohibited.

The dilution of constituent A by addition of B normally would be expected to reduce the partial vapor pressure of A; this is the simple dilution effect embodied in Raoult's law. In the case of liquid pairs that show negative deviation from the law, however, the addition of B to A tends to reduce the vapor pressure of A to a greater extent than can be accounted for by the simple dilution effect. Chloroform and acetone manifest such an attraction for one another through the formation of a hydrogen bond, thus further reducing the escaping tendency of each constituent. This pair forms a weak compound,

$$Cl_3C\text{—}H \cdots O\text{=}C(CH_3)_2$$

that can be isolated and identified. Reactions between dipolar molecules, or between a dipolar and a nonpolar molecule, may also lead to negative deviations. The interaction in these cases, however, is usually so weak that no definite compound can be isolated.

When the interaction between A and B molecules is less than that between molecules of the pure constituents, the presence of B molecules reduces the interaction of the A molecules, and A molecules correspondingly reduce the B–B interaction. Accordingly, the dissimilarity of polarities or internal pressures of the constituents results in a greater escaping tendency of both the A and the B molecules. The partial vapor pressure of the constituents is greater than that expected from Raoult's law, and the system is said to exhibit *positive deviation.* The total vapor pressure often shows a maximum at one particular composition if the deviation is sufficiently large. An example of positive deviation is shown in Figure 5-3. Liquid pairs that demonstrate positive deviation are benzene and ethyl alcohol, carbon disulfide and acetone, and chloroform and ethyl alcohol.

Raoult's law does not apply over the entire concentration range in a nonideal solution. It describes the behavior of either component of a real liquid pair only when that substance is present in high concentration and thus is considered to be the solvent. Raoult's law can be expressed as

$$p_{\text{solvent}} = p^{\circ}_{\text{solvent}} X_{\text{solvent}} \qquad \text{5-9}$$

in such a situation, and it is valid only for the solvent of a nonideal solution that is sufficiently dilute with respect to the solute. It cannot hold for the component in low concentration, that is, the solute, in a dilute nonideal solution.

These statements will become clearer when one observes, in Figure 5-2, that the actual vapor pressure curve of chloroform (component A) approaches the ideal curve defined by Raoult's law as the solution composition approaches pure chloroform. Raoult's law can be used to describe the behavior of chloroform when it is present in high concentration (i.e., when it is the solvent). The ideal equation is not applicable to acetone (component B), however, which is present in low concentration in this region of the diagram, because the actual curve for acetone does not coincide with the ideal line. When one studies the left side of Figure 5-2, one observes that the conditions are reversed: Acetone is considered to be the solvent here, and its vapor pressure curve tends to coincide with the ideal curve. Chloroform is the solute in this range, and its curve does not approach the ideal line. Similar considerations apply to Figure 5-3.

## Henry's Law

The vapor pressure curves for both acetone and chloroform as *solutes* are observed to lie considerably below the vapor pressure of an ideal mixture of this pair. The molecules of solute, being in relatively small number in the two regions of the diagram, are completely surrounded by molecules of solvent and so reside in a uniform environment. Therefore, the partial pressure or escaping tendency of chloroform at low concentration is in some way proportional to its mole fraction, but, as observed in Figure 5-2, the proportionality constant is not equal to the vapor pressure of the pure substance. The vapor pressure–composition relationship of the solute cannot be expressed by Raoult's law but instead by an equation known as *Henry's law:*

$$p_{\text{solute}} - k_{\text{solute}} X_{\text{solute}} \qquad \text{5-10}$$

where $k$ for chloroform is less than $p^{\circ}_{\text{CHCL}_3}$. Henry's law applies to the solute and Raoult's law applies to the solvent in dilute solutions of real liquid pairs. Of course, Raoult's law also applies over the entire concentration range (to both solvent and solute) when the constituents are sufficiently similar to form an ideal solution. Under any circumstance, when the partial vapor pressures of both constituents are directly proportional to the mole fractions over the entire range, the solution is said to be ideal; Henry's law becomes identical with Raoult's law, and $k$ becomes equal to $p^{\circ}$. Henry's law is used for the study of gas solubilities discussed later in the book.



**FIGURE 5-3** Vapor pressure of a system showing positive deviation from Raoult's law.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

## Distillation of Binary Mixtures

The relationship between vapor pressure (and hence boiling point) and composition of binary liquid phases is the underlying principle in distillation. In the case of miscible liquids, instead of plotting vapor pressure versus composition, it is more useful to plot the boiling points of the various mixtures, determined at atmospheric pressure, against composition.

The higher the vapor pressure of a liquid—that is, the more volatile it is—the lower is the boiling point. Because the vapor of a binary mixture is always richer in the more volatile constituent, the process of distillation can be used to separate the more volatile from the less volatile constituent. Figure 5-4 shows a mixture of a high-boiling liquid A and a low-boiling liquid B. A mixture of these substances having the composition $a$ is distilled at the boiling point $b$. The composition of the vapor $v_1$ in equilibrium with the liquid at this temperature is $c;$ this is also the composition of the distillate when it is condensed. The vapor is therefore richer in B than the liquid from which it was distilled. If a fractionating column is used, A and B can be completely separated. The vapor rising in the column is met by the condensed vapor or downward-flowing liquid. As the rising vapor is cooled by contact with the liquid, some of the lower-boiling fraction condenses, and the vapor contains more of the volatile component than it did when it left the retort. Therefore, as the vapor proceeds up the fractionating column, it becomes progressively richer in the more volatile component B, and the liquid returning to the distilling retort becomes richer in the less volatile component A.

Figure 5-4 shows the situation for a pair of miscible liquids exhibiting ideal behavior. Because vapor pressure curves can show maxima and minima (see Figs. 5-2 and 5-3), it follows that boiling point curves will show corresponding minima and maxima, respectively. With these mixtures, distillation produces either pure A or pure B plus a mixture of constant composition and constant boiling point. This latter is known as an *azeotrope* (Greek: "boil unchanged") or *azeotropic mixture.* It is not possible to separate such a mixture completely into two pure components by simple fractionation. If the vapor pressure curves show a minimum (i.e., negative deviation from Raoult's law), the azeotrope has the highest boiling point of all the mixtures possible; it is therefore least volatile and remains in the flask, whereas either pure A or pure B is distilled off. If the vapor pressure curve exhibits a maximum (showing a positive deviation from Raoult's law), the azeotrope has the lowest boiling point and forms the distillate. Either pure A or pure B then remains in the flask.

When a mixture of HCl and water is distilled at atmospheric pressure, an azeotrope is obtained that contains 20.22% by weight of HCl and that boils at 108.58°C. The composition of this mixture is accurate and reproducible enough that the solution can be used as a standard in analytic chemistry. Mixtures of water and acetic acid and of chloroform and acetone yield azeotropic mixtures with maxima in their boiling point curves and minima in their vapor pressure curves. Mixtures of ethanol and water and of methanol and benzene both show the reverse behavior, namely, minima in the boiling point curves and maxima in the vapor pressure curves.

When a mixture of two practically *immiscible* liquids are heated while being agitated to expose the surfaces of both liquids to the vapor phase, each constituent independently exerts its own vapor pressure as a function of temperature as though the other constituent were not present. Boiling begins, and distillation may be affected when the sum of the partial pressures of the two immiscible liquids just exceeds the atmospheric pressure. This principle is applied in *steam distillation,* whereby many organic compounds insoluble in water can be purified at a temperature well below the point at which decomposition occurs. Thus, bromobenzene alone boils at 156.2°C, whereas water boils at 100°C at a pressure of 760 mm Hg. A mixture of the two, however, in any proportion, boils at 95°C. Bromobenzene can thus be distilled at a temperature 61°C below its normal boiling point. Steam distillation is particularly useful for obtaining volatile oils from plant tissues without decomposing the oils.

## COLLIGATIVE PROPERTIES

When a *nonvolatile solute* is combined with a *volatile solvent,* the vapor above the solution is provided solely by the solvent. The solute reduces the escaping tendency of the solvent, and based on Raoult's law, the vapor pressure of a solution containing a nonvolatile solute is lowered proportional to the relative number.

### Lowering of the Vapor Pressure

According to Raoult's law, the vapor pressure, $p_1$, of a solvent over a dilute solution is equal to the vapor pressure of the pure solvent, $p_1°$, times the mole fraction of solvent in the solution, $X_1$. Because the solute under discussion here is



Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this contents is Prohibited.

**FIGURE 5-4**  Boiling point diagram of an ideal binary mixture.



## KEY CONCEPT

# COLLIGATIVE PROPERTIES

The freezing point, boiling point, and osmotic pressure of a solution also depend on the relative proportion of the molecules of the solute and the solvent. These are called *colligative properties* (Greek: "collected together") because they depend chiefly on the number rather than on the nature of the constituents.

considered nonvolatile, the vapor pressure of the solvent, $p_1$, is identical to the total pressure of the solution, $p$.

It is more convenient to express the vapor pressure of the solution in terms of the concentration of the solute rather than the mole fraction of the solvent, and this may be accomplished in the following way. The sum of the mole fractions of the constituents in a solution is unity:

$$X_1 + X_2 = 1 \qquad \textbf{5-11}$$

Therefore,

$$X_1 = 1 - X_2 \qquad \textbf{5-12}$$

where $X_1$ is the mole fraction of the solvent and $X_2$ is the mole fraction of the solute. Raoult's equation can be modified by substituting equation **(5-12)** for $X_1$ to give

$$p = p_1^\circ(1 - X_2) \qquad \textbf{5-13}$$

$$p_1^\circ - p = p_1^\circ X_2 \qquad \textbf{5-14}$$

$$\frac{p_1^\circ - p}{p_1^\circ} = \frac{\Delta p}{p_1^\circ} = X_2 = \frac{n_2}{n_1 + n_2} \qquad \textbf{5-15}$$

In equation **(5-15)**, $\Delta p = p_1^\circ - p$ is the lowering of the vapor pressure and $\Delta p/p_1^\circ$ is the *relative vapor pressure lowering*. The relative vapor pressure lowering depends only on the mole fraction of the solute, $X_2$, that is, on the number of solute particles in a definite volume of solution. Therefore, the relative vapor pressure lowering is a *colligative property*.

---

**Example 5-8  Relative Vapor Pressure Lowering of a Solution**

Calculate the relative vapor pressure lowering at 20°C for a solution containing 171.2 g of sucrose ($w_2$) in 100 g ($w_1$) of water. The molecular weight of sucrose ($M_2$) is 342.3 and the molecular weight of water ($M_1$) is 18.02 g/mole. We have

$$\text{Moles of sucrose} = n_2 = \frac{w_2}{M_2} = \frac{171.2}{342.3} = 0.500$$

$$\text{Moles of water} = n_1 = \frac{w_1}{M_1} = 1{,}000/18.02 = 55.5$$

$$\frac{\Delta p}{p_1^\circ} = X_2 = \frac{n_2}{n_1 + n_2}$$

$$\frac{\Delta p}{p_1^\circ} = \frac{0.50}{55.5 + 0.50} = 0.0089$$

---

Notice that in *Example 5-8*, the relative vapor pressure lowering is a dimensionless number, as would be expected from its definition. The result can also be stated as a percentage; the vapor pressure of the solution has been lowered 0.89% by the 0.5 mole of sucrose.

The mole fraction, $n_2/(n_1 + n_2)$, is nearly equal to, and may be replaced by, the mole ratio $n_2/n_1$ in a dilute solution such as this one. Then, the relative vapor pressure lowering can be expressed in terms of molal concentration of the solute by setting the weight of solvent $w_1$ equal to 1,000 g. For an aqueous solution,

$$X_2 = \frac{\Delta P}{p_1^\circ} \cong \frac{n_2}{n_1} = \frac{w_2/M_2}{1{,}000/M_1} = \frac{m}{55.5} = 0.018\,m \qquad \textbf{5-16}$$

---

**Example 5-9  Calculation of the Vapor Pressure**

Calculate the vapor pressure when 0.5 mole of sucrose is added to 1,000 g of water at 20°C. The vapor pressure of water at 20°C is 17.54 mm Hg. The vapor pressure lowering of the solution is

$$\Delta p = p_1^\circ X_2 \cong p_1^\circ \times 0.018 \times m$$
$$= 17.54 \times 0.018 \times 0.5$$
$$= 0.158\,\text{mm} \cong 0.16\,\text{mm}$$

The final vapor pressure is

$$17.54 - 0.16 = 17.38\,\text{mm}$$

---

## Elevation of the Boiling Point

The normal boiling point is the temperature at which the vapor pressure of the liquid becomes equal to an external pressure of 760 mm Hg. A solution will boil at a higher temperature than will the pure solvent. This is the colligative property called boiling point elevation. As shown in Figure 5-5, the more of the solute that is dissolved, the greater is the effect. The boiling point of a solution of a nonvolatile solute is higher than that of the pure solvent because the solute lowers the vapor pressure of the solvent. This may be seen by referring to the curves in Figure 5-6. The vapor pressure curve for the solution lies below that of the pure solvent, and the temperature of the solution must be elevated to a value above that of the solvent to reach the normal boiling point. The elevation of



FIGURE 5-5 Theoretical plot of the normal boiling point for water (solvent) as a function of molality in solutions containing sucrose (a nonvolatile solute) in increasing concentrations. Note that the normal boiling point of water increases as the concentration of sucrose increases. This is known as boiling point elevation.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is Prohibited.



122    MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES



FIGURE 5-6  Boiling point elevation of the solvent due to addition of a solute (not to scale).

the boiling point is shown in the figure as $T - T_o = \Delta T_b$. The ratio of the elevation of the boiling point, $\Delta T_b$, to the vapor pressure lowering, $\Delta p = p° - p$, at 100°C is approximately a constant at this temperature; it is written as

$$\frac{\Delta T_b}{\Delta p} = k' \qquad \qquad \textbf{5-17}$$

or

$$\Delta T_b = k'\Delta p \qquad \qquad \textbf{5-18}$$

Moreover, because $p°$ is a constant, the boiling point elevation may be considered proportional to $\Delta p/p°$, the relative lowering of vapor pressure. By Raoult's law, however, the relative vapor pressure lowering is equal to the mole fraction of the solute; therefore,

$$\Delta T_b = kX_2 \qquad \qquad \textbf{5-19}$$

Because the boiling point elevation depends only on the mole fraction of the solute, it is a colligative property.

In dilute solutions, $X_2$ is equal approximately to $m/(1,000/M_1)$ (equation [5-16]), and equation (5-19) can be written as

$$\Delta T_b = \frac{kM_1}{1,000}\, m \qquad \qquad \textbf{5-20}$$

or

$$\Delta T_b = K_b m \qquad \qquad \textbf{5-21}$$

where $\Delta T_b$ is known as the *boiling point elevation* and $K_b$ is called the *molal elevation constant* or the *ebullioscopic constant*. $K_b$ has a characteristic value for each solvent. For example, for water $K_b = 0.51$ whereas for acetic acid $K_b = 2.93$.[4] It may be considered as the boiling point elevation for an ideal 1 $m$ solution. Stated another way, $K_b$ is the ratio of the boiling point elevation to the molal concentration in an extremely dilute solution in which the system is approximately ideal.

The preceding discussion constitutes a plausible argument leading to the equation for boiling point elevation. A more satisfactory derivation of equation (5-21), however,

involves the application of the Clapeyron equation, which is written as

$$\frac{\Delta T_b}{\Delta p} = T_b\, \frac{V_v - V_1}{\Delta H_v} \qquad \qquad \textbf{5-22}$$

where $V_v$ and $V_1$ are the molar volume of the gas and the molar volume of the liquid, respectively, $T_b$ is the boiling point of the solvent, and $\Delta H_v$ is the molar heat of vaporization. Because $V_1$ is negligible compared to $V_v$, the equation becomes

$$\frac{\Delta T_b}{\Delta p} = T_b\, \frac{V_v}{\Delta H_v} \qquad \qquad \textbf{5-23}$$

and $V_v$, the volume of 1 mole of gas, is replaced by $RT_b/p°$ to give

$$\frac{\Delta T_b}{\Delta p} = \frac{RT_b{}^2}{p°\Delta H_v} \qquad \qquad \textbf{5-24}$$

or

$$\Delta T_b = \frac{RT_b{}^2}{\Delta H_v}\, \frac{\Delta p}{p°} \qquad \qquad \textbf{5-25}$$

From equation (5-16), $\Delta p/p_1° = X_2$, and equation (5-25) can be written as

$$\Delta T_b = \frac{RT_b{}^2}{\Delta H_v}\, X_2 = kX_2 \qquad \qquad \textbf{5-26}$$

which provides a more exact equation with which to calculate $\Delta T_b$.

Replacing the relative vapor pressure lowering $\Delta p/p_1°$ by $m/(1,000/M_1)$ according to the approximate expression (5-16), in which $w_2/M_2 = m$ and $w_1 = 1,000$ s, we obtain the formula

$$\Delta T_b = \frac{RT_b{}^2 M_1}{1,000\,\Delta H_v}\, m = k_b m \qquad \qquad \textbf{5-27}$$

Equation (5-27) provides a less exact expression with which to calculate $\Delta T_b$.

For water at 100°C, we have $T_b = 373.2$ K, $\Delta H_v = 9,720$ cal/mole, $M_1 = 18.02$ g/mole, and $R = 1.987$ cal/mole deg.

> **Example 5-10  Calculation of the Elevation Constant**
> A 0.200 $m$ aqueous solution of a drug gave a boiling point elevation of 0.103°C. Calculate the approximate molal elevation constant for the solvent, water. Substituting into equation (5-21) yields
>
> $$K_b = \frac{\Delta T_b}{m} = \frac{0.103}{0.200} = 0.515 \text{ deg kg/mole}$$

The proportionality between $\Delta T_b$ and the molality is exact only at infinite dilution, at which the properties of real and ideal solutions coincide. The ebullioscopic constant, $K_b$, of a solvent can be obtained experimentally by measuring $\Delta T_b$ at various molal concentrations and extrapolating to infinite dilution ($m = 0$), as seen in Figure 5-7.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.



FIGURE 5-7 The influence of concentration on the ebullioscopic constant.

## Depression of the Freezing Point

The normal freezing point or melting point of a pure compound is the temperature at which the solid and the liquid phases are in equilibrium under a pressure of 1 atm. Equilibrium here means that the tendency for the solid to pass into the liquid state is the same as the tendency for the reverse process to occur, because both the liquid and the solid have the same escaping tendency. The value $T_0$, shown in Figure 5-8, for water saturated with air at this pressure is arbitrarily assigned a temperature of 0°C. The *triple point* of air-free water, at which solid, liquid, and vapor are in equilibrium, lies at a pressure of 4.58 mm Hg and a temperature of 0.0098°C.

It is not identical with the ordinary freezing point of water at atmospheric pressure but is rather the freezing point of water under the pressure of its own vapor. We shall use the triple point in the following argument because the depression $\Delta T_f$ here does not differ significantly from $\Delta T_f$ at a pressure of 1 atm. The two freezing point depressions referred to are illustrated in Figure 5-7. The $\Delta T_b$ of Figure 5-6 is also shown in the diagram. If a solute is dissolved in the liquid at the triple point, the escaping tendency or vapor pressure

of the liquid solvent is lowered below that of the pure solid solvent. The temperature must drop to reestablish equilibrium between the liquid and the solid. Because of this fact, the freezing point of a solution is always lower than that of the pure solvent. It is assumed that the solvent freezes out in the pure state rather than as a *solid solution* containing some of the solute. When such a complication does arise, special calculations, not considered here, must be used.

The more concentrated the solution, the farther apart are the solvent and the solution curves in the diagram (see Fig. 5-8) and the greater is the freezing point depression. Accordingly, a situation exists analogous to that described for the boiling point elevation, and the freezing point depression is proportional to the molal concentration of the solute. The equation is

$$\Delta T_f = K_f m \qquad \text{5-28}$$

or

$$\Delta T_f = K_f \frac{1,000 w_2}{w_1 M_2} \qquad \text{5-29}$$

$\Delta T_f$ is the *freezing point depression,* and $K_f$ is the *molal depression constant* or the *cryoscopic constant,* which depends on the physical and chemical properties of the solvent.

The freezing point depression of a solvent is a function only of the number of particles in the solution, and for this reason it is referred to as a *colligative* property. The depression of the freezing point, like the boiling point elevation, is a direct result of the lowering of the vapor pressure of the solvent. The value of $K_f$ for water is 1.86. It can be determined experimentally by measuring $\Delta T_f/m$ at several molal concentrations and extrapolating to zero concentration. As seen in Figure 5-9, $K_f$ approaches the value of 1.86 for water solutions of sucrose and glycerin as the concentrations tend toward zero, and equation **(5-28)** is valid only in very dilute solutions. The apparent cryoscopic constant for higher concentrations can be obtained from Figure 5-9. For work in pharmacy and biology, the $K_f$ value of 1.86 can be rounded off to 1.9, which is a good approximation for practical use with aqueous solutions, where concentrations are usually lower than 0.1 M. The value of $K_f$ for the solvent in a solution of citric acid is observed not



FIGURE 5-8 Depression of the freezing point of the solvent, water, by a solute (not to scale).



FIGURE 5-9 The influence of concentration on the cryoscopic constant for water.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is Prohibited.

to approach 1.86. This abnormal behavior is to be expected when dealing with solutions of electrolytes. Their irrationality will be explained in later in this chapter, and proper steps will be taken to correct the difficulty.

$K_f$ can also be derived from Raoult's law and the Clapeyron equation. For water at its freezing point, $T_f = 273.2$ K, $\Delta H_f$ is 1,437 cal/mole, and

$$K_f = \frac{1.987 \times (273.2)^2 \times 18.02}{1,000 \times 1,437} = 1.86 \text{ deg kg/mole}$$

The cryoscopic constants, together with the ebullioscopic constants, for some solvents at infinite dilution have been reported in the literature.[4]

---

**Example 5-11  Calculation of Freezing Point**
What is the freezing point of a solution containing 3.42 g of sucrose and 500 g of water? The molecular weight of sucrose is 342. In this relatively dilute solution, $K_f$ is approximately equal to 1.86. We have

$$\Delta T_f = K_f m = K_f \frac{1,000 w_2}{w_1 M_2}$$

$$\Delta T_f = 1.86 \times \frac{1,000 \times 3.42}{500 \times 342}$$

$$\Delta T_f = 0.037^\circ\text{C}$$

Therefore, the freezing point of the aqueous solution is –0.037°C.

---

**Example 5-12  Freezing Point Depression**
What is the freezing point depression of a 1.3 $m$ solution of sucrose in water?

From the graph in Figure 5-8, one observes that the cryoscopic constant at this concentration is about 2.1 rather than 1.86. Thus, the calculation becomes

$$\Delta T_f = K_f \times m = 2.1 \times 1.3 = 2.73^\circ\text{C}$$

---

## Osmotic Pressure

If cobalt chloride is placed in a parchment sac and suspended in a beaker of water, the water gradually becomes red as the solute diffuses throughout the vessel. In this process of *diffusion,* both the solvent and the solute molecules migrate freely. On the other hand, if the solution is confined in a membrane permeable only to the solvent molecules, the phenomenon known as *osmosis* (Greek: "a push or impulse")[5] occurs, and the barrier that permits only the molecules of one of the components (usually water) to pass through is known as a *semipermeable membrane.* A thistle tube over the wide opening of which is stretched a piece of untreated cellophane can be used to demonstrate the principle, as shown in Figure 5-10. The tube is partly filled with a concentrated solution of sucrose, and the apparatus is lowered into a beaker of water. The passage of water through the semipermeable membrane into the solution eventually creates enough pressure to drive the sugar solution up the tube until the hydrostatic pressure of the column of liquid equals the pressure causing the water to pass through the membrane and enter the thistle tube. When this occurs, the solution ceases to rise in the tube. Osmosis is therefore defined as the passage of the solvent into a solution through a semipermeable membrane. This process tends to equalize the escaping tendency of the solvent on both sides of the membrane. Escaping tendency can be measured in terms of vapor pressure or the closely related colligative property *osmotic pressure.* It should be evident that osmosis can also take place when a concentrated solution is separated from a less concentrated solution by a semipermeable membrane.

Osmosis in some cases is believed to involve the passage of solvent through the membrane by a distillation process or by dissolving in the material of the membrane in which the solute is insoluble. In other cases, the membrane may act as a sieve, having a pore size sufficiently large to allow passage of solvent but not of solute molecules.

### Measuring Osmotic Pressure





**FIGURE 5-10**  The principle of osmosis and osmotic pressure. **(A)** Solvent passes spontaneously through the semipermeable membrane from the left side to the right side of the apparatus until the chemical potentials of both sides are equal. This means more solvent will be located on the right side of the apparatus. **(B)** A simple thistle tube osmometer. Water passes through the semipermeable membrane until the chemical potentials are equal. The fluid rising in the tube is a result of osmotic pressure.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is distributed.

In either case, the phenomenon of osmosis depends on the fact that the chemical potential (a thermodynamic expression of escaping tendency) of a solvent molecule in solution is less than exists in the pure solvent. Solvent therefore passes spontaneously into the solution until the chemical potentials of solvent and solution are equal. The system is then at equilibrium. It may be advantageous for the student to consider osmosis in terms of the following sequence of events. (a) The addition of a nonvolatile solute to the solvent forms a solution in which the vapor pressure of the solvent is reduced (see Raoult's law). (b) If pure solvent is now placed adjacent to the solution but separated from it by a semipermeable membrane, solvent molecules will pass through the membrane into the solution to dilute out the solute and raise the vapor pressure back to its original value (namely, that of the original solvent). (c) The osmotic pressure that is set up because of this passage of solvent molecules can be determined either by measuring the hydrostatic head appearing in the solution or by applying a known pressure that just balances the osmotic pressure and prevents any net movement of solvent molecules into the solution. The latter is the preferred technique. The osmotic pressure thus obtained is proportional to the reduction in vapor pressure brought about by the concentration of solute present. Because this is a function of the molecular weight of the solute, osmotic pressure is a colligative property and can be used to determine molecule weights.

## Measurement of Osmotic Pressure

The osmotic pressure of the sucrose solution referred to in the last section is not measured conveniently by observing the height that the solution attains in the tube at equilibrium. The concentration of the final solution is not known because the passage of water into the solution dilutes it and alters the concentration. A more exact measure of the osmotic pressure of the undiluted solution is obtained by determining the excess pressure on the solution side that just prevents the passage of solvent through the membrane. Osmotic pressure is defined as the excess pressure, or pressure greater than that above the pure solvent, that must be applied to the solution to prevent the passage of the solvent through a perfect semipermeable membrane. In this definition, it is assumed that a semipermeable sac containing the solution is immersed in the *pure* solvent.

In 1877, the botanist Wilhelm Pfeffer measured the osmotic pressure of sugar solutions, using a porous cup impregnated with a deposit of cupric ferrocyanide, $Cu_2Fe(CN)_6$, as the semipermeable membrane. The apparatus was provided with a manometer to measure the pressure. Although many improvements have been made through the years, including the attachment of sensitive pressure transducers to the membrane that can be electronically amplified to produce a signal,[6] the direct measurement of osmotic pressure remains difficult and inconvenient. Nevertheless, osmotic pressure is the colligative property best suited to the determination of the molecular weight of polymers such as proteins.

## van't Hoff and Morse Equations for Osmotic Pressure

In 1886, Jacobus van't Hoff recognized in Pfeffer's data proportionality between osmotic pressure, concentration, and temperature, suggested a relationship that corresponded to the equation for an ideal gas. van't Hoff concluded that there was an apparent analogy between solutions and gases and that the osmotic pressure in a dilute solution was equal to the pressure that the solute would exert if it were a gas occupying the same volume. The equation is

$$\pi V = nRT \qquad \text{5-30}$$

where $\pi$ is the osmotic pressure in atm, $V$ is the volume of the solution in liters, $n$ is the number of moles of solute, $R$ is the gas constant, equal to 0.082 liter atm/mole deg, and $T$ is the absolute temperature.

The student should be cautioned not to take van't Hoff's analogy too literally, for it leads to the belief that the solute molecules "produce" the osmotic pressure by exerting pressure on the membrane, just as gas molecules create a pressure by striking the walls of a vessel. It is more correct, however, to consider the osmotic pressure as resulting from the relative escaping tendencies of the *solvent* molecules on the two sides of the membrane. Equation (**5-30**) is a limiting law applying to dilute solutions, and it simplifies into this form from a more exact expression (equation [**5-36**]) only after introducing several assumptions that are not valid for real solutions.

> **Example 5-13** **Calculating the Osmotic Pressure of a Sucrose Solution**
> One gram of sucrose, molecular weight 342, is dissolved in 100 mL of solution at 25°C. What is the osmotic pressure of the solution? We have
> $$\text{Moles of sucrose} = \frac{1.0}{342} = 0.0029$$
> $$\pi \times 0.10 = 0.0029 \times 0.082 \times 298$$
> $$\pi = 0.71\,\text{atm}$$

Equation (**5-30**), the van't Hoff equation, can be expressed as

$$\pi = \frac{n}{V}RT = cRT \qquad \text{5-31}$$

where $c$ is the concentration of the solute in moles/liter (molarity). Morse and others have shown that when the concentration is expressed in molality rather than in molarity, the results compare more nearly with the experimental findings. The Morse equation is

$$\pi = RTm \qquad \text{5-32}$$

## Thermodynamics of Osmotic Pressure and Vapor Pressure Lowering

Osmotic pressure and the lowering of vapor pressure, both colligative properties, are inextricably related, and this



FIGURE 5-11  Apparatus for demonstrating the relationship between osmotic pressure and vapor pressure lowering.

relationship can be obtained from certain thermodynamic considerations.

We begin by considering a sucrose solution in the right-hand compartment of the apparatus shown in Figure 5-11 and the pure solvent—water—in the left-hand compartment. A semipermeable membrane through which water molecules, but not sucrose molecules, can pass separates the two compartments. It is assumed that the gate in the air space connecting the solutions can be shut during osmosis. The external pressure, say 1 atm, above the pure solvent is $P_o$ and the pressure on the solution, provided by the piston in Figure 5-11 and needed to maintain equilibrium, is $P$. The difference between the two pressures at equilibrium, $P - P_o$, or the excess pressure on the solution just required to prevent passage of water into the solution is the osmotic pressure $\pi$.

Let us now consider the alternative transport of water through the air space above the liquids. Should the membrane be closed off and the gate in the air space opened, water molecules would pass from the pure solvent to the solution by way of the vapor state by a distillation process. The space above the liquids serves as a "semipermeable membrane," just as does the real membrane at the lower part of the apparatus. The vapor pressure $p^\circ$ of water in the pure solvent under the influence of the atmospheric pressure $P_o$ is greater than the vapor pressure $p$ of water in the solution by an amount $p^\circ - p = \Delta p$. To bring about equilibrium, a pressure $P$ must be exerted by the piston on the solution to increase the vapor pressure of the solution until it is equal to that of the pure solvent, $p^\circ$. The excess pressure that must be applied, $P - P_o$, is again the osmotic pressure $\pi$. The operation of such an apparatus thus demonstrates the relationship between osmotic pressure and vapor pressure lowering.

By following this analysis further, it should be possible to obtain an equation relating osmotic pressure and vapor pressure. Observe that both the osmosis and the distillation process are based on the principle that the escaping tendency of water in the pure solvent is greater than that in the solution. By application of an excess pressure, $P - P_o = \pi$, on the solution side of the apparatus, it is possible to make the escaping tendencies of water in the solvent and solution identical. A state of equilibrium is produced; thus, the free energy of

solvent on both sides of the membrane or on both sides of the air space is made equal, and $\Delta G = 0$.

To relate vapor pressure lowering and osmotic pressure, we must obtain the free energy changes involved in (a) transferring 1 mole of solvent from solvent to solution by a distillation process through the vapor phase and (b) transferring 1 mole of solvent from solvent to solution by osmosis. We have *(a)*

$$\Delta G = RT \ln \frac{p}{p^\circ} \qquad \textbf{5-33}$$

as the increase in free energy at constant temperature for the passage of 1 mole of water to the solution through the vapor phase, and *(b)*

$$\Delta G = -V_1(P - P_o) = -V_1\pi \qquad \textbf{5-34}$$

as the increase in free energy at a definite temperature for the passage of 1 mole of water into the solution by osmosis. In equation (**5-34**), $V_1$ is the volume of 1 mole of solvent, or, more correctly, it is the *partial molar volume,* that is, the change in volume of the solution on the addition of 1 mole of solvent to a large quantity of solution.

Setting equations (**5-33**) and (**5-34**) equal gives

$$-\pi V_1 = RT \ln \frac{p}{p^\circ} \qquad \textbf{5-35}$$

and eliminating the minus sign by inverting the logarithmic term yields

$$\pi = \frac{RT}{V_1} \ln \frac{p^\circ}{p} \qquad \textbf{5-36}$$

Equation (**5-36**) is a more exact expression for osmotic pressure than are equations (**5-31**) and (**5-32**), and it applies to concentrated as well as dilute solutions, provided that the vapor follows the ideal gas laws.

The simpler equation (**5-32**) for osmotic pressure can be obtained from equation (**5-36**), if the solution obeys Raoult's law,

$$p = p^\circ X_1 \qquad \textbf{5-37}$$

$$\frac{p}{p^\circ} = X_1 = 1 - X_2 \qquad \textbf{5-38}$$

Equation (**5-36**) can thus be written

$$\pi V_1 = -RT \ln(1 - X_2) \qquad \textbf{5-39}$$

and $\ln(1 - X_2)$ can be expanded into a series,

$$\ln(1 - X_2) = -X_2 - \frac{X_2^2}{2} - \frac{X_2^3}{3} \cdots - \frac{X_2^n}{2} \qquad \textbf{5-40}$$

When $X_2$ is small, that is, when the solution is dilute, all terms in the expansion beyond the first may be neglected, and

$$\ln(1 - X_2) \cong -X_2 \qquad \textbf{5-41}$$

so that

$$\pi V_1 = RTX_2 \qquad \textbf{5-42}$$

Copyright © 2024 Notre Dame/Wolters Kluwer, not Unauthorized reproduction on this content is prohibited.

For a dilute solution, $X_2$ equals approximately the mole ratio $n_2/n_1$, and equation (**5-42**) becomes

$$\pi \cong \frac{n_2}{n_1 V_1} RT \qquad \textbf{5-43}$$

where $n_1 V_1$, the number of moles of solvent multiplied by the volume of 1 mole, is equal to the total volume of solvent $V$ in liters. For a dilute aqueous solution, the equation becomes

$$\pi = \frac{n_2}{V} RT = RTm \qquad \textbf{5-44}$$

which is Morse's expression, equation (**5-32**).

<div style="border:1px solid #000; padding:6px;">

**Example 5-14  Compute $\pi$**

Compute $\pi$ for a 1 $m$ aqueous solution of sucrose using both equation (**5-32**) and the more exact thermodynamic equation (**5-36**). The vapor pressure of the solution is 31.207 mm Hg and the vapor pressure of water is 31.824 mm Hg at 30.0°C. The molar volume of water at this temperature is 18.1 cm³/mole, or 0.0181 L/mole.

a.  By the Morse equation,

$$\pi = RTm = 0.082 \times 303 \times 1$$
$$\pi = 24.8 \text{ atm}$$

b.  By the thermodynamic equation,

$$\pi = \frac{RT}{V_1} \ln \frac{p^\circ}{p}$$
$$\pi = \frac{0.082 \times 303}{0.0181} \times 2.303 \log \frac{31.824}{31.207}$$
$$= 27.0 \text{ atm}$$

The experimental value for the osmotic pressure of a 1 $m$ solution of sucrose at 30°C is 27.2 atm.

</div>

## MOLECULAR WEIGHT DETERMINATION

The four colligative properties that have been discussed in this chapter—vapor pressure lowering, freezing point lowering, boiling point elevation, and osmotic pressure—can be used to calculate the molecular weights of nonelectrolytes present as solutes. Thus, the lowering of the vapor pressure of a solution containing a nonvolatile solute depends only on the mole fraction of the solute. This allows the molecular weight of the solute to be calculated in the following manner.

Because the mole fraction of solvent, $n_1 = w_1/M_1$, and the mole fraction of solute, $n_2 = w_2/M_2$, in which $w_1$ and $w_2$ are the weights of solvent and solute of molecular weights $M_1$ and $M_2$ respectively, equation (**5-15**) can be expressed as

$$\frac{p_1^\circ - p_1}{p_1^\circ} = \frac{n_2}{n_1 + n_2} = \frac{w_2/M_2}{(w_1/M_1) + (w_2/M_2)} \qquad \textbf{5-45}$$

In dilute solutions in which $w_2/M_2$ is negligible compared with $w_1/M_1$, the former term may be omitted from the denominator, and the equation simplifies to

$$\frac{\Delta p}{p_1^\circ} = \frac{w_2/M_2}{w_1/M_1} \qquad \textbf{5-46}$$

The molecular weight of the solute $M_2$ is obtained by rearranging equation (**5-46**) to

$$M_2 = \frac{w_2 M_1 p_1^\circ}{w_1 \Delta p} \qquad \textbf{5-47}$$

The molecular weight of a nonvolatile solute can similarly be determined from the boiling point elevation of the solution. Knowing $K_b$, the molal elevation constant, for the solvent and determining $T_b$, the boiling point elevation, one can calculate the molecular weight of a nonelectrolyte. Because 1,000 $w_2/w_1$ is the weight of solute per kilogram of solvent, molality (moles/kilogram of solvent) can be expressed as

$$m = \frac{w_2/M_2}{w_1} \times 1,000 = \frac{1,000 w_2}{w_1 M_2} \qquad \textbf{5-48}$$

and

$$\Delta T_b = K_b m \qquad \textbf{5-49}$$

Then,

$$\Delta T_b = K_b \frac{1,000 w_2}{w_1 M_2} \qquad \textbf{5-50}$$

or

$$M_2 = K_b \frac{1,000 w_2}{w_1 \Delta T_b} \qquad \textbf{5-51}$$

<div style="border:1px solid #000; padding:6px;">

**Example 5-15  Determination of the Molecular Weight of Sucrose by Boiling Point Elevation**

A solution containing 10.0 g of sucrose dissolved in 100 g of water has a boiling point of 100.149°C. What is the molecular weight of sucrose? We write

$$M_2 = 0.51 \times \frac{1,000 \times 10.0}{100 \times 0.149}$$
$$= 342 \text{ g/mole}$$

</div>

As shown in Figure 5-8, the lowering of vapor pressure arising from the addition of a nonvolatile solute to a solvent results in a depression of the freezing point. By rearranging equation (**5-29**), we obtain

$$M_2 = K_f \frac{1,000 w_2}{\Delta T_f w_1} \qquad \textbf{5-52}$$

where $w_2$ is the number of grams of solute dissolved in $w_1$ grams of solvent. It is thus possible to calculate the molecular weight of the solute from cryoscopic data of this type.

<div style="border:1px solid #000; padding:6px;">

**Example 5-16  Calculating Molecular Weight Using Freezing Point Depression**

The freezing point depression of a solution of 2.000 g of 1,3-dinitrobenzene in 100.0 g of benzene was determined by the equilibrium method and was found to be 0.6095°C. Calculate the molecular weight of 1,3-dinitrobenzene. We write

$$M_2 = 5.12 \times \frac{1,000 \times 2.000}{0.6095 \times 100.0} = 168.0 \text{ g/mole}$$

</div>

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the content is prohibited.

The van't Hoff and Morse equations can be used to calculate the molecular weight of solutes from osmotic pressure data, provided the solution is sufficiently dilute and ideal. The way osmotic pressure is used to calculate the molecular weight of colloidal materials is discussed in *Chapter 21.*

---

**Example 5-17** **Determining Molecular Weight by Osmotic Pressure**

Fifteen grams of a new drug dissolved in water to yield 1,000 mL of solution at 25°C was found to produce an osmotic pressure of 0.6 atm. What is the molecular weight of the solute? We write

$$\pi = cRT = \frac{c_g RT}{M_2} \qquad \text{5-53}$$

where $c_g$ is in g/L of solution. Thus,

$$\pi = \frac{15 \times 0.0821 \times 298}{M_2}$$

or

$$M_2 = \frac{15 \times 24.45}{0.6} = 612 \text{ g/mole}$$

---

## Choice of Colligative Properties

Each of the colligative properties seems to have certain advantages and disadvantages for the determination of molecular weights. The boiling point method can be used only when the solute is nonvolatile and when the substance is not decomposed at boiling temperatures. The freezing point method is satisfactory for solutions containing volatile solutes, such as alcohol, because the freezing point of a solution depends on the vapor pressure of the solvent alone. The freezing point method is easily executed, and yields results of high accuracy for solutions of small molecules. It is sometimes inconvenient to use freezing point or boiling point methods, however, because they must be carried out at definite temperatures. Osmotic pressure measurements do not have this disadvantage, and yet the difficulties inherent in this method preclude its wide use. In summary, it may be said that the cryoscopic and newer vapor pressure techniques are the methods of choice, except for high polymers, in which instance the osmotic pressure method is used.

Because the colligative properties are interrelated, it should be possible to determine the value of one property from knowledge of any other. The relationship between vapor pressure lowering and osmotic pressure has already been shown. Freezing point depression and osmotic pressure can be related approximately as follows. The molality from the equation $m = \Delta T_f / K_f$ is substituted in the osmotic pressure equation, $\pi = RTm,$ to give, at 0°C,

$$\pi = RT \frac{\Delta T_f}{K_f} = \frac{22.4}{1.86} \Delta T_f \qquad \text{5-54}$$

or

$$\pi \cong 12\Delta T_f \qquad \text{5-55}$$

---

### TABLE 5-4

**Approximate Expressions for the Colligative Properties**

| Colligative Property | Expression | Proportionality Constant in Aqueous Solution |
|---|---|---|
| Vapor pressure lowering | $\Delta p = 0.018\, p_1° m$ | $0.018\, p_1° = 0.43$ at 25°C = 0.083 at 0°C |
| Boiling point elevation | $\Delta T_b = K_b m$ | $K_b = 0.51$ |
| Freezing point depression | $\Delta T_f = K_f m$ | $K_f = 1.86$ |
| Osmotic pressure | $\pi = RTm$ | $RT = 24.4$ at 25°C = 22.4 at 0°C |

Lewis[7] suggested the equation

$$\pi = 12.06\Delta T_f - 0.021\Delta T_f^2 \qquad \text{5-56}$$

which gives accurate results.

---

**Example 5-18** **Osmotic Pressure of Human Blood Serum**

A sample of human blood serum has a freezing point of –0.53°C. What is the approximate osmotic pressure of this sample at 0°C? What is its more accurate value as given by the Lewis equation? We write

$$\pi = 12 \times 0.53 = 6.36 \text{ atm}$$

$$\pi = 12.06 \times 0.53 - 0.021(0.53)^2 = 6.39 \text{ atm}$$

---

Table 5-4 presents the equations and their constants in summary form. All equations are approximate and are useful only for dilute solutions in which the volume occupied by the solute is negligible with respect to that of the solvent.

## ELECTROLYTE SOLUTIONS

The first satisfactory theory of ionic solutions was proposed by Arrhenius in 1887. The theory was based largely on studies of electric conductance by Kohlrausch, colligative properties by van't Hoff, and chemical properties such as heats of neutralization by Thomsen. Arrhenius[8] was able to bring together the results of these diverse investigations into a broad generalization known as the theory of electrolytic dissociation.

Although the theory proved quite useful for describing weak electrolytes, it was soon found unsatisfactory for strong and moderately strong electrolytes. Accordingly, many attempts were made to modify or replace Arrhenius' ideas with better ones, and finally, in 1923, Debye and Hückel put forth a new theory. It is based on the principles that *strong electrolytes* are completely dissociated into ions in solutions of moderate concentration and that any deviation from complete dissociation is due to interionic attractions. Debye and Hückel expressed the deviations in terms of activities,

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

activity coefficients, and ionic strengths of electrolytic solutions. These quantities, which had been introduced earlier by Lewis, are discussed in this chapter together with the theory of interionic attraction. Other aspects of ionic theory and the relationships between electricity and chemical phenomena are considered in following chapters.

This section begins with a discussion of some of the properties of ionic solutions that led to the Arrhenius theory of electrolytic dissociation.

## Properties of Solutions of Electrolytes

### Electrolysis

When, under a potential of several volts, a direct electric current (dc) flows through an electrolytic cell (Fig. 5-12), a chemical reaction occurs. The process is known as *electrolysis.* Electrons enter the cell from the battery or generator at the *cathode* (road down); they combine with positive ions or *cations* in the solution, and the cations are accordingly reduced. The negative ions, or *anions,* carry electrons through the solution and discharge them at the *anode* (road up), and the anions are accordingly oxidized. *Reduction* is the addition of electrons to a chemical species, and *oxidation* is removal of electrons from a species. The current in a solution consists of a flow of positive and negative ions toward the electrodes, whereas the current in a metallic conductor consists of a flow of free electrons migrating through a crystal lattice of fixed positive ions. Reduction occurs at the cathode, where electrons enter from the external circuit and are added to a chemical species in solution. Oxidation occurs at the anode, where the electrons are removed from a chemical species in solution and go into the external circuit.

In the electrolysis of a solution of ferric sulfate in a cell containing platinum electrodes, a ferric ion migrates to the cathode, where it picks up an electron and is reduced:

$$Fe^{3+} + e^- = Fe^{2+} \qquad \text{5-57}$$



FIGURE 5-12  Electrolysis in an electrolytic cell.

The sulfate ion carries the current through the solution to the anode, but it is not easily oxidized; therefore, hydroxyl ions of the water are converted into molecular oxygen, which escapes at the anode, and sulfuric acid is found in the solution around the electrode. The oxidation reaction at the anode is

$$OH^- = \frac{1}{4}O_2 + \frac{1}{2}H_2O + e^- \qquad \text{5-58}$$

Platinum electrodes are used here because they do not pass into solution to any extent. When *attackable* metals, such as copper or zinc, are used as the anode, their atoms tend to lose electrons, and the metal passes into solution as the positively charged ion.

In the electrolysis of cupric chloride between platinum electrodes, the reaction at the cathode is

$$\frac{1}{2}Cu^{2+} + e^- = \frac{1}{2}Cu \qquad \text{5-59}$$

whereas at the anode, chloride and hydroxyl ions are converted, respectively, into gaseous molecules of chlorine and oxygen, which then escape. In each of these two examples, the net result is the transfer of one electron from the cathode to the anode.

### Transference Numbers

It should be noted that the flow of electrons through the solution from right to left in Figure 5-12 is accomplished by the movement of cations to the right as well as anions to the left. The fraction of total current carried by the cations or by the anions is known as the *transport* or *transference number* $t_+$ or $t_-$:

$$t_+ = \frac{\text{Current carried by cations}}{\text{Total current}} \qquad \text{5-60}$$

$$t_- = \frac{\text{Current carried by anions}}{\text{Total current}} \qquad \text{5-61}$$

The sum of the two transference numbers is obviously equal to unity:

$$t_+ + t_- = 1 \qquad \text{5-62}$$

The transference numbers are related to the velocities of the ions, the faster-moving ion carrying the greater fraction of current. The velocities of the ions in turn depend on hydration as well as ion size and charge. Hence, the speed and the transference numbers are not necessarily the same for positive and negative ions. For example, the transference number of the sodium ion in a 0.10 M solution of NaCl is 0.385. Because it is greatly hydrated, the lithium ion in a 0.10 M solution of LiCl moves more slowly than the sodium ion and hence has a lower transference number, 0.317.

### Electrical Units

According to Ohm's law, the strength of an electric current $I$ in amperes flowing through a metallic conductor is related

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

## KEY CONCEPT

### FARADAY'S LAWS

In 1833 and 1834, Michael Faraday announced his famous laws of electricity, which may be summarized in the statement; the passage of 96,500 coulombs of electricity through a conductivity cell produces a chemical change of 1 g equivalent weight of any substance. The quantity 96,500 is known as the faraday, F. The best estimate of the value today is $9.648456 \times 10^4$ coulombs/g equivalent.

to the difference in applied potential or voltage $E$ and the resistance $R$ in ohms, as follows:

$$I = \frac{E}{R} \qquad \textbf{5-63}$$

The current strength $I$ is the rate of flow of current or the quantity $Q$ of electricity (electronic charge) in coulombs flowing per unit time:

$$I = \frac{Q}{t} \qquad \textbf{5-64}$$

and

Quantity of electric charge, $Q$ = Current, $I \times$ Time, $t$   **5-65**

The quantity of electric charge is expressed in coulombs (1 coulomb = $3 \times 10^9$ electrostatic units of charge, or esu), the current in amperes, and the electric potential in volts.

Electric energy consists of an intensity factor, electromotive force or voltage, and a quantity factor, coulombs.

$$\text{Electric energy} = E \times Q \qquad \textbf{5-66}$$

### Faraday's Laws

A univalent negative ion is an atom to which a valence electron has been added; a univalent positive ion is an atom from which an electron has been removed. Each gram equivalent of ions of any electrolyte carries Avogadro's number ($6.02 \times 10^{23}$) of positive or negative charges. Hence, from Faraday's laws, the passage of 96,500 coulombs of electricity results in the transport of $6.02 \times 10^{23}$ electrons in the cell. One faraday is an Avogadro's number of electrons, corresponding to the mole, which is an Avogadro's number of molecules. The passage of 1 faraday of electricity causes the electrolytic deposition of the following number of gram atoms or "moles" of various ions: 1 $Ag^+$, 1 $Cu^+$, ½ $Cu^{2+}$, ½ $Fe^{2+}$, $Fe^{3+}$. Thus, the number of positive charges carried by 1 g equivalent of $Fe^{3+}$ is $6.02 \times 10^{23}$, but the number of positive charges carried by 1 g atom or 1 mole of ferric ions is $3 \times 6.02 \times 10^{23}$.

Faraday's laws can be used to compute the charge on an electron in the following way. Because $6.02 \times 10^{23}$ electrons are associated with 96,500 coulombs of electricity, each

electron has a charge $e$ of

$$e = \frac{96,500 \text{ coulombs}}{6.02 \times 10^{23}}$$
$$= 1.6 \times 10^{-19} \text{ coulomb} \qquad \textbf{5-67}$$

and because 1 coulomb = $3 \times 10^9$ esu,

$$e = 4.8 \times 10^{-10} \text{ electrostatic unit of charge} \qquad \textbf{5-68}$$

### Electrolytic Conductance

The resistance, $R$, in ohms of any uniform metallic or electrolytic conductor is directly proportional to its length, $l$, in cm and inversely proportional to its cross-sectional area, $A$, in $cm^2$,

$$R = \rho \frac{l}{A} \qquad \textbf{5-69}$$

where $\rho$ is the resistance between opposite faces of a 1-cm cube of the conductor and is known as the *specific resistance.*

The *conductance*, $C$, is the reciprocal of resistance,

$$C = \frac{1}{R} \qquad \textbf{5-70}$$

and hence can be considered as a measure of the ease with which current can pass through the conductor. It is expressed in reciprocal ohms or *mhos.* From equation (**5-69**):

$$C = \frac{1}{R} = \frac{1}{\rho} \frac{A}{l} \qquad \textbf{5-71}$$

The *specific conductance* $\kappa$ is the reciprocal of specific resistance and is expressed in mhos/cm:

$$\kappa = \frac{1}{\rho} \qquad \textbf{5-72}$$

It is the conductance of a solution confined in a cube 1 cm on an edge as seen in Figure 5-13. The relationship between specific conductance and conductance or resistance is obtained by combining equations (**5-71**) and (**5-72**):

$$\kappa = C \frac{l}{A} = \frac{1}{R} \frac{l}{A} \qquad \textbf{5-73}$$



**FIGURE 5-13** Relationship between specific conductance and equivalent conductance.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.



FIGURE 5-14  Wheatstone bridge for conductance measurements.

## Measuring the Conductance of Solutions

The Wheatstone bridge assembly for measuring the conductance of a solution is shown in Figure 5-14. The solution of unknown resistance $R_x$ is placed in the cell and connected in the circuit. The contact point is moved along the slide wire $bc$ until at some point, say $d$, no current from the source of alternating current (oscillator) flows through the detector (earphones or oscilloscope). When the bridge is balanced, the potential at $a$ is equal to that at $d$, the sound in the earphones or the oscillating pattern on the oscilloscope is at a minimum, and the resistances $R_s$, $R_1$, and $R_2$ are read. In the balanced state, the resistance of the solution $R_x$ is obtained from the equation

$$R_x = R_s \frac{R_1}{R_2} \qquad \textbf{5-74}$$

The variable condenser across resistance $R_s$ is used to produce a sharper balance. Some conductivity bridges are calibrated in conductance as well as resistance values. The electrodes in the cell are platinized with platinum black by electrolytic deposition so that catalysis of the reaction will occur at the platinum surfaces and formation of a nonconducting gaseous film will not occur on the electrodes.

Water that is carefully purified by redistillation in the presence of a little permanganate is used to prepare the solutions. Conductivity water, as it is called, has a specific conductance of about $0.05 \times 10^{-6}$ mho/cm at 18°C, whereas ordinary distilled water has a value somewhat greater than $1 \times 10^{-6}$ mho/cm. For most conductivity studies, "equilibrium water" containing $CO_2$ from the atmosphere is satisfactory. It has a specific conductance of about $0.8 \times 10^{-6}$ mho/cm.

The specific conductance, $\kappa$, is computed from the resistance, $R_x$, or conductance, $C$, by using equation **(5-73)**. The quantity $l/A$, the ratio of distance between electrodes to the area of the electrode, has a definite value for each conductance cell; it is known as the *cell constant, K*. Equation **(5-73)** thus can be written as

$$\kappa = KC = K/R \qquad \textbf{5-75}$$

(The subscript $x$ is no longer needed on $R$ and is therefore dropped.) It would be difficult to measure $l$ and $A$, but it is a simple matter to determine the cell constant experimentally. The specific conductance of several standard solutions has been determined in carefully calibrated cells. For example, a solution containing 7.45263 g of potassium chloride in 1,000 g of water has a specific conductance of 0.012856 mho/cm at 25°C. A solution of this concentration contains 0.1 mole of salt per cubic decimeter (100 cm$^3$) of water and is known as a 0.1-*demal* solution. When such a solution is placed in a cell and the resistance is measured, the cell constant can be determined by using equation **(5-75)**.

> **Example 5-19  Calculating *K***
> A 0.1-demal solution of KCl was placed in a cell whose constant $K$ was desired. The resistance $R$ was found to be 34.69 ohms at 25°C. Thus,
> $$K = \kappa R = 0.012856 \text{ mho/cm} \times 34.69 \text{ ohms}$$
> $$= 0.4460 \text{ cm}^{-1}$$

> **Example 5-20  Calculating Specific Conductance**
> When the cell described in *Example 5-19* was filled with a 0.01 N $Na_2SO_4$ solution, it had a resistance of 397 ohms. What is the specific conductance? We write
> $$\kappa = \frac{K}{R} = \frac{0.4460}{397} = 1.1234 \times 10^{-3} \text{ mho/cm}$$

## Equivalent Conductance

To study the dissociation of molecules into ions, independent of the concentration of the electrolyte, it is convenient to use equivalent conductance rather than specific conductance. All solutes of equal normality produce the same number of ions when completely dissociated, and equivalent conductance measures the current-carrying capacity of this given number of ions. Specific conductance, on the other hand, measures the current-carrying capacity of all ions in a unit volume of solution and accordingly varies with concentration.

*Equivalent conductance* $\Lambda$ is defined as the conductance of a solution of sufficient volume to contain 1 g equivalent of the solute when measured in a cell in which the electrodes are spaced 1 cm apart. The equivalent conductance $\Lambda_c$ at a concentration of $c$ gram equivalents per liter is calculated from the product of the specific conductance $\kappa$ and the volume $V$ in cm$^3$ that contains 1 g equivalent of solute. The cell may be imagined as having electrodes 1 cm apart and to be of sufficient area so that it can contain the solution. The cell is shown in Figure 5-13. We have

$$V = \frac{1,000 \text{ cm}^3/\text{L}}{c \text{ Eq/L}} = \frac{1,000}{c} \text{ cm}^3/\text{Eq} \qquad \textbf{5-76}$$

The equivalent conductance is obtained when $\kappa$, the conductance per cm$^3$ of solution (i.e., the specific conductance), is multiplied by $V$, the volume in cm$^3$ that contains 1 g equivalent weight of solute. Hence, the equivalent conductance, $\Lambda_c$, expressed in units of mho cm$^2$/Eq, is given

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

by the expression

$$\Lambda_c = \kappa \times V$$
$$= \frac{1{,}000\,\kappa}{c} \text{ mho cm}^2/\text{Eq} \qquad \textbf{5-77}$$

If the solution is 0.1 N in concentration, then the volume containing 1 g equivalent of the solute will be 10,000 cm³, and, according to equation **(5-77)**, the equivalent conductance will be 10,000 times as great as the specific conductance. This is seen in the following example.

---

**Example 5-21  Specific and Equivalent Conductance**

The measured conductance of a 0.1 N solution of a drug is 0.0563 ohm at 25°C. The cell constant at 25°C is 0.520 cm⁻¹. What is the specific conductance and what is the equivalent conductance of the solution at this concentration? We write

$$\kappa = 0.0563 \times 0.520 = 0.0293 \text{ mho/cm}$$
$$\Lambda_c = 0.0293 \times 1{,}000/0.1$$
$$= 293 \text{ mho cm}^2/\text{Eq}$$

---

### Equivalent Conductance of Strong and Weak Electrolytes

As the solution of a strong electrolyte is diluted, the *specific conductance* $\kappa$ *decreases* because the number of ions per unit volume of solution is reduced. It sometimes goes through a maximum before decreasing. Conversely, the *equivalent conductance* $\Lambda$ of a solution of a strong electrolyte steadily *increases* on dilution. The increase in $\Lambda$ with dilution is explained as follows. The quantity of electrolyte remains constant at 1 g equivalent according to the definition of equivalent conductance; however, the ions are hindered less by their neighbors in the more dilute solution and hence can move faster. The equivalent conductance of a weak electrolyte also increases on dilution, but not as rapidly at first.

Kohlrausch was one of the first investigators to study this phenomenon. He found that the equivalent conductance was a linear function of the square root of the concentration for strong electrolytes in dilute solutions, as illustrated in Figure 5-15. The expression for $\Lambda_c$, the equivalent conductance at a concentration $c$ (Eq/L), is

$$\Lambda_c = \Lambda_0 - b\sqrt{c} \qquad \textbf{5-78}$$

where $\Lambda_0$ is the intercept on the vertical axis and is known as the *equivalent conductance at infinite dilution*. The constant $b$ is the slope of the line for the strong electrolytes shown in Figure 5-15.

When the equivalent conductance of a weak electrolyte is plotted against the square root of the concentration, as shown for acetic acid in Figure 5-15, the curve cannot be extrapolated to a limiting value, and $\Lambda_0$ must be obtained by a method such as is described in the following paragraph. The steeply rising curve for acetic acid results from the fact that the dissociation of weak electrolytes increases on dilution, with a large increase in the number of ions capable of carrying the current.



**FIGURE 5-15** Equivalent conductance of strong and weak electrolytes.

Kohlrausch concluded that the ions of all electrolytes begin to migrate independently as the solution is diluted; the ions in dilute solutions are so far apart that they do not interact in any way. Under these conditions, $\Lambda_0$ is the sum of the equivalent conductances of the cations $l_c^o$ and the anions $l_a^o$ at infinite dilution

$$\Lambda_0 = l_c^o + l_a^o \qquad \textbf{5-79}$$

Based on this law, the known $\Lambda_0$ values for certain electrolytes can be added and subtracted to yield $\Lambda_0$ for the desired weak electrolyte. The method is illustrated in the following example.

---

**Example 5-22  Equivalent Conductance of Phenobarbital**

What is the equivalent conductance at infinite dilution of the weak acid phenobarbital? The $\Lambda_0$ of the strong electrolytes HCl, sodium phenobarbital (NaP), and NaCl are obtained from the experimental results shown in Figure 5-15. The values are $\Lambda_{0,HCl} = 426.2$, $\Lambda_{0,NaP} = 73.5$, and $\Lambda_{0,NaCl} = 126.5$ mho cm²/Eq.

Now, by Kohlrausch's law of the independent migration of ions,

$$\Lambda_{0,HP} = l_{H+}^o + l_P^o$$

and

$$\Lambda_{0,HCl} + \Lambda_{0,NaP} - \Lambda_{0,NaCl} = l_{H+}^o + l_{Cl-}^o + l_{Na+}^o + l_P^o - l_{Na+}^o - l_{Cl}^o$$

which, on simplifying the right-hand side of the equation, becomes

$$\Lambda_{0,HCl} + \Lambda_{0,NaP} - \Lambda_{0,NaCl} = l_{H+}^o + l_P^o$$

Therefore,

$$\Lambda_{0,HP} = \Lambda_{0,HCl} + \Lambda_{0,NaP} - \Lambda_{0,NaCl}$$

and

$$\Lambda_{0,HP} = 426.2 + 73.5 - 126.5$$
$$= 373.2 \text{ mho cm}^2/\text{Eq}$$

---

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this contents is prohibited.

## Colligative Properties of Electrolytic Solutions and Concentrated Solutions of Nonelectrolytes

As stated in the previous chapter, van't Hoff observed that the osmotic pressure, π, of dilute solutions of nonelectrolytes, such as sucrose and urea, could be expressed satisfactorily by the equation $\pi = RTc$, where $R$ is the gas constant, $T$ is the absolute temperature, and $c$ is the concentration in moles/liter. van't Hoff found, however, that solutions of electrolytes gave osmotic pressures approximately two, three, and more times larger than expected from this equation, depending on the electrolyte investigated. Introducing a correction factor $i$ to account for the irrational behavior of ionic solutions, he wrote

$$\pi = iRT_c \qquad \text{5-80}$$

Using this equation, van't Hoff was able to obtain calculated values that compared favorably with the experimental results of osmotic pressure. van't Hoff recognized that $i$ approached the number of ions into which the molecule dissociated as the solution was made increasingly dilute.

The $i$ factor is plotted against the molal concentration of both electrolytes and nonelectrolytes in Figure 5-16. For nonelectrolytes, it is seen to approach unity, and for strong electrolytes, it tends toward a value equal to the number of ions formed upon dissociation. For example, $i$ approaches the value of 2 for solutes such as $NaCl$ and $CaSO_4$, 3 for $K_2SO_4$ and $CaCl_2$, and 4 for $K_3Fe(C)_6$ and $FeCl_3$.

The van't Hoff factor can also be expressed as the ratio of any colligative property of a real solution to that of an ideal solution of a nonelectrolyte because $i$ represents the number of times greater that the colligative effect is for a real solution (electrolyte or nonelectrolyte) than for an ideal nonelectrolyte.

The colligative properties in dilute solutions of electrolytes are expressed on the molal scale by the equations

$$\Delta p = 0.018 i p_1^{\circ} m \qquad \text{5-81}$$

$$\pi = iRTm \qquad \text{5-82}$$



**FIGURE 5-16** van't Hoff *i* factor of representative compounds.

$$\Delta T_f = iK_f m \qquad \text{5-83}$$

$$\Delta T_b = iK_b m \qquad \text{5-84}$$

Equation **(5-81)** applies only to aqueous solutions, whereas **(5-82)** through **(5-84)** are independent of the solvent used.

---

**Example 5-23  Osmotic Pressure of Sodium Chloride**
What is the osmotic pressure of a 2.0 *m* solution of sodium chloride at 20°C?
The *i* factor for a 2.0 *m* solution of sodium chloride as observed in Figure 5-5 is about 1.9. Thus,

$$\pi = 1.9 \times 0.082 \times 293 \times 2.0 = 91.3 \text{ atm}$$

---

## Theory of Electrolytic Dissociation

During the period in which van't Hoff was developing the solution laws, the Swedish chemist Svante Arrhenius was preparing his doctoral thesis on the properties of electrolytes at the University of Uppsala in Sweden. In 1887, he published the results of his investigations and proposed the now classic theory of dissociation.[8] The new theory resolved many of the anomalies encountered in the earlier interpretations of electrolytic solutions. Although the theory was viewed with disfavor by some influential scientists of the nineteenth century, Arrhenius' basic principles of electrolytic dissociation were gradually accepted and are still considered valid today. The theory of the existence of ions in solutions of electrolytes even at ordinary temperatures remains intact, aside from some modifications and elaborations that have been made through the years to bring it into line with certain stubborn experimental facts.

The original Arrhenius theory, together with the alterations that have come about as a result of the intensive research on electrolytes, is summarized as follows. When

*KEY CONCEPT*

## VAN'T HOFF FACTOR *i*

The factor *i* may also be considered to express the departure of concentrated solutions of nonelectrolytes from the laws of ideal solutions. The deviations of concentrated solutions of nonelectrolytes can be explained on the same basis as deviations of real solutions from Raoult's law, considered in the preceding chapter. They included differences of internal pressures of the solute and solvent, polarity, compound formation or complexation, and association of either the solute or the solvent. The departure of electrolytic solutions from the colligative effects in ideal solutions of nonelectrolytes may be attributed—in addition to the factors just enumerated—to dissociation of weak electrolytes and to interaction of the ions of strong electrolytes. Hence, the van't Hoff factor *i* accounts for the deviations of real solutions of nonelectrolytes and electrolytes, regardless of the reason for the discrepancies.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the content is prohibited.

electrolytes are dissolved in water, the solute exists in the form of ions in the solution, as seen in the following equations:

$$H_2O + \underset{\text{[Ionic compound]}}{Na^+Cl^-} \rightarrow \underset{\text{[Strong electrolyte]}}{Na^+ + Cl^- + H_2O} \qquad 5\text{-}85$$

$$H_2O + \underset{\text{[Covalent compound]}}{HCl} \rightarrow \underset{\text{[Strong electrolyte]}}{H_3O^+ + Cl^-} \qquad 5\text{-}86$$

$$H_2O + \underset{\text{[Covalent compound]}}{CH_3COOH} \rightleftharpoons \underset{\text{[Weak electrolyte]}}{H_3O^+ + CH_3COO^-} \qquad 5\text{-}87$$

The solid form of sodium chloride is marked with plus and minus signs in reaction **(5-85)** to indicate that sodium chloride exists as ions even in the crystalline state. If electrodes are connected to a source of current and are placed in a mass of fused sodium chloride, the molten compound will conduct the electric current because the crystal lattice of the pure salt consists of ions. The addition of water to the solid dissolves the crystal and separates the ions in solution.

Hydrogen chloride exists essentially as neutral molecules rather than as ions in the pure form and does not conduct electricity. When it reacts with water, however, it ionizes according to reaction (equation [**5-86**]). $H_3O^+$ is the modern representation of the hydrogen ion in water and is known as the *hydronium or oxonium* ion. In addition to $H_3O^+$, other hydrated species of the proton probably exist in solution, but they need not be considered here.[9]

Sodium chloride and hydrochloric acid are *strong electrolytes* because they exist almost completely in the ionic form in moderately concentrated aqueous solutions. Inorganic acids such as HCl, $HNO_3$, $H_2SO_4$, and HI; inorganic bases as NaOH and KOH of the alkali metal family and $Ba(OH)_2$ and $Ca(OH)_2$ of the alkaline earth group; and most inorganic and organic salts are highly ionized and belong to the class of strong electrolytes.

Acetic acid is a *weak electrolyte,* the oppositely directed arrows in equation **(5-87)** indicating that the equilibrium between the molecules and ions is established. Most organic acids and bases and some inorganic compounds, such as $H_3BO_3$, $H_2CO_3$, and $NH_4OH$, belong to the class of weak electrolytes. Even some salts (lead acetate, $HgCl_2$, HgI, and HgBr) and the complex ions $Hg(NH_3)_2^+$, $Cu(NH_3)_4^{2+}$, and $Fe(CN)_6^{3-}$ are weak electrolytes.

Faraday applied the term *ion* (Greek: "wanderer") to these species of electrolytes and recognized that the cations (positively charged ions) and anions (negatively charged ions) were responsible for conducting the electric current. Before the time of Arrhenius' publications, it was believed that a solute was not spontaneously decomposed in water but rather dissociated appreciably into ions only when an electric current was passed through the solution.

## Drugs and Ionization

Some drugs, such as anionic and cationic antibacterial and antiprotozoal agents, are more active when in the ionic state. Other compounds, such as the hydroxybenzoate esters (parabens) and many general anesthetics, bring about their biologic effects as nonelectrolytes. Still other compounds, such as the sulfonamides, are thought to exert their drug action both as ions and as neutral molecules.[10]

## Degree of Dissociation

Arrhenius did not originally consider strong electrolytes to be ionized completely except in extremely dilute solutions. He differentiated between strong and weak electrolytes by the fraction of the molecules ionized: the *degree of dissociation,* $\alpha$. A strong electrolyte was one that dissociated into ions to a high degree and a weak electrolyte was one that dissociated into ions to a low degree.

Arrhenius determined the degree of dissociation directly from conductance measurements. He recognized that the equivalent conductance at infinite dilution $\Lambda_0$ was a measure of the complete dissociation of the solute into its ions and that $\Lambda_c$ represented the number of solute particles present as ions at a concentration $c$. Hence, the fraction of solute molecules ionized, or the degree of dissociation, was expressed by the equation.[11]

$$\alpha = \frac{\Lambda_c}{\Lambda_0} \qquad 5\text{-}88$$

where $\Lambda_c/\Lambda_0$ is known as the *conductance ratio.*

> **Example 5-24  Degree of Dissociation of Acetic Acid**
> The equivalent conductance of acetic acid at 25°C and at infinite dilution is 390.7 ohm cm²/Eq. The equivalent conductance of a $5.9 \times 10^{-3}$ M solution of acetic acid is 14.4 ohm cm²/Eq. What is the degree of dissociation of acetic acid at this concentration? We write
>
> $$\alpha = \frac{14.4}{390.7} = 0.037 \text{ or } 3.7\%$$

The van't Hoff factor, *i,* can relate to the degree of dissociation, $\alpha$, in the following way. The *i* factor equals unity for an ideal solution of a nonelectrolyte; however, a term must be added to account for the particles produced when a molecule of an electrolyte dissociates. For 1 mole of calcium chloride, which yields three ions per molecule, the van't Hoff factor is given by

$$i = 1 + \alpha(3 - 1) \qquad 5\text{-}89$$

or, in general, for an electrolyte yielding $v$ ions,

$$i = 1 + \alpha(v - 1) \qquad 5\text{-}90$$

from which we obtain an expression for the degree of dissociation,

$$\alpha = \frac{i - 1}{v - 1} \qquad 5\text{-}91$$

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

The cryoscopic method is used to determine $i$ from the expression

$$\Delta T_f = iK_f m \qquad \text{5-92}$$

or

$$i = \frac{\Delta T_f}{K_f m} \qquad \text{5-93}$$

> **Example 5-25  Degree of Ionization of Acetic Acid**
> The freezing point of a 0.10 $m$ solution of acetic acid is −0.188°C. Calculate the degree of ionization of acetic acid at this concentration. Acetic acid dissociates into two ions, that is, $v = 2$. We write
>
> $$i = \frac{0.188}{1.86 \times 0.10} = 1.011$$
>
> $$\alpha = \frac{i-1}{v-1} = \frac{1.011-1}{2-1} = 0.011$$

In other words, according to the result of *Example 5-25*, the fraction of acetic acid present as free ions in a 0.10 $m$ solution is 0.011. Stated in percentage terms, acetic acid in 0.1 $m$ concentration is ionized to the extent of about 1%.

## Theory of Strong Electrolytes

Arrhenius used $\alpha$ to express the degree of dissociation of both strong and weak electrolytes, and van't Hoff introduced the factor $i$ to account for the deviation of strong and weak electrolytes and nonelectrolytes from the ideal laws of the colligative properties, regardless of the nature of these discrepancies. According to the early ionic theory, the degree of dissociation of ammonium chloride, a strong electrolyte, was calculated in the same manner as that of a weak electrolyte.

> **Example 5-26  Degree of Dissociation**
> The freezing point depression for a 0.01 $m$ solution of ammonium chloride is 0.0367°C. Calculate the "degree of dissociation" of this electrolyte. We write
>
> $$i = \frac{\Delta T_f}{K_f m} = \frac{0.0367°C}{1.86 \times 0.010} = 1.97$$
>
> $$\alpha = \frac{1.97-1}{2-1} = 0.97$$

The Arrhenius theory is now accepted for describing the behavior only of weak electrolytes. The degree of dissociation of a weak electrolyte can be calculated satisfactorily from the conductance ratio $\Lambda_c/\Lambda_0$ or obtained from the van't Hoff $i$ factor.

Many inconsistencies arise, however, when an attempt is made to apply the theory to solutions of strong electrolytes. In dilute and moderately concentrated solutions, they dissociate almost completely into ions, and it is not satisfactory to write an equilibrium expression relating the concentration of the ions and the minute amount of undissociated molecules, as is done for weak electrolytes. Moreover, a discrepancy exists between $\alpha$ calculated from the $i$ value and $\alpha$ calculated from the conductivity ratio for strong electrolytes in aqueous solutions having concentrations greater than about 0.5 M.



*KEY CONCEPT*

## WEAK AND STRONG ELECTROLYTES

The large number of oppositely charged ions in solutions of electrolytes influences one another through *interionic attractive forces.* Although this interference is negligible in dilute solutions, it becomes appreciable at moderate concentrations. In solutions of weak electrolytes, regardless of concentration, the number of ions is small and the interionic attraction correspondingly insignificant. Hence, the Arrhenius theory and the concept of the degree of dissociation are valid for solutions of weak electrolytes but not for strong electrolytes.

For these reasons, one does not account for the deviation of strong electrolyte from ideal nonelectrolyte behavior by calculating a degree of dissociation. It is more convenient to consider a strong electrolyte as completely ionized and to introduce a factor that expresses the deviation of the solute from 100% ionization. The *activity* and *osmotic coefficient,* discussed in subsequent paragraphs, are used for this purpose.

### Activity and Activity Coefficients

An approach that conforms well to the facts and that has evolved from many studies on solutions of strong electrolytes ascribes the behavior of strong electrolytes to an electrostatic attraction between the ions.

Not only are the ions interfered with in their movement by the "atmosphere" of oppositely charged ions surrounding them, they can also associate at high concentration into groups known as *ion pairs* (e.g., $Na^+Cl^-$) and ion triplets ($Na^+Cl^-Na^+$). Associations of still higher orders may exist in solvents of low dielectric constant, in which the force of attraction of oppositely charged ions is large.

Because of the electrostatic attraction and ion association in moderately concentrated solutions of strong electrolytes, the values of the freezing point depression and the other colligative properties are less than expected for solutions of unhindered ions. Consequently, a strong electrolyte may be *completely ionized, yet incompletely dissociated* into free ions.

One may think of the solution as having an "effective concentration" or, as it is called, an *activity.* The activity, in general, is less than the actual or stoichiometric concentration of the solute, not because the strong electrolyte is only partly ionized, but rather because some of the ions are effectively "taken out of play" by the electrostatic forces of interaction.

At infinite dilution, in which the ions are so widely separated that they do not interact with one another, the activity $a$ of an ion is equal to its concentration, expressed as molality or molarity. It is written on a molal basis at infinite dilution as

$$a = m \qquad \text{5-94}$$

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

or

$$\frac{a}{m} = 1 \qquad \textbf{5-95}$$

As the concentration of the solution is increased, the ratio becomes less than unity because the effective concentration or activity of the ions becomes less than the stoichiometric or molal concentration. This ratio is known as the *practical activity coefficient, $\gamma_m$,* on the molal scale, and the formula is written, for a particular ionic species, as

$$\frac{a}{m} = \gamma_m \qquad \textbf{5-96}$$

or

$$a = \gamma_m m \qquad \textbf{5-97}$$

On the molarity scale, another *practical activity coefficient, $\gamma_c$,* is defined as

$$a = \gamma_c c \qquad \textbf{5-98}$$

and on the mole fraction scale, a *rational activity coefficient* is defined as

$$a = \gamma_x X \qquad \textbf{5-99}$$

One sees from equations (**5-97**) through (**5-99**) that these coefficients are proportionality constants relating activity to molality, molarity, and mole fraction, respectively, for an ion. The activity coefficients take on a value of unity and are thus identical in infinitely dilute solutions. The three coefficients usually decrease and assume different values as the concentration is increased; however, the differences among the three activity coefficients may be disregarded in dilute solutions, in which $c \cong m < 0.01$. The concepts of activity and activity coefficient were first introduced by Lewis and Randall[12] and can be applied to solutions of nonelectrolytes and weak electrolytes as well as to the ions of strong electrolytes.

A cation and an anion in an aqueous solution may each have a different ionic activity. This is recognized by using the symbol $a_+$ when speaking of the activity of a cation and the symbol $a_-$ when speaking of the activity of an anion. An electrolyte in solution contains each of these ions, however, so it is convenient to define a relationship between the activity of the electrolyte $a_\pm$ and the activities of the individual ions. The activity of an electrolyte is defined by its *mean ionic activity,* which is given by the relation

$$a_\pm = (a_+^m a_-^n)^{1/(m+n)} \qquad \textbf{5-100}$$

where the exponents $m$ and $n$ give the stoichiometric numbers of given ions that are in solution. Thus, an NaCl solution has a mean ionic activity of

$$a_\pm = (a_{Na^+} a_{Cl^-})^{1/2}$$

whereas an FeCl$_3$ solution has a mean ionic activity of

$$a_\pm = (a_{Fe^{+3}} a_{Cl^-}^3)^{1/4}$$

The ionic activities of equation (**5-100**) can be expressed in terms of concentrations using any of equations (**5-97**) to

(**5-99**). Using equation (**5-98**), one obtains from equation (**5-100**) the expression

$$a_\pm = [(\gamma_+ c_+)^m (\gamma_- c_-)^n]^{1/(m+n)} \qquad \textbf{5-101}$$

or

$$a_\pm = (\gamma_+^m \gamma_-^n)^{1/(m+n)} (c_+^m c_-^n)^{1/(m+n)} \qquad \textbf{5-102}$$

The *mean ionic activity coefficient* for the electrolyte can be defined by

$$\gamma_\pm = (\gamma_+^m \gamma_-^n)^{1/(m+n)} \qquad \textbf{5-103}$$

and

$$\gamma_\pm^{m+n} = \gamma_+^m \gamma_-^n \qquad \textbf{5-104}$$

Substitution of equation (**5-103**) into equation (**5-102**) yields

$$a_\pm = \gamma_\pm (c_+^m c_-^n)^{1/(m+n)} \qquad \textbf{5-105}$$

By using equation (**5-105**), it should be noted that the concentration of the electrolyte $c$ is related to the concentration of its ions by

$$c_+ = mc \qquad \textbf{5-106}$$

and

$$c_- = nc \qquad \textbf{5-107}$$

---

**Example 5-27** **Mean Ionic Activity of FeCl$_3$**
What is the mean ionic activity of a 0.01 M solution of FeCl$_3$? We write

$$a_\pm = \gamma_\pm (c_+ c_-^3)^{1/4} = \gamma_\pm [(0.01)(3 \times 0.01)^3]^{1/4}$$
$$= 2.3 \times 10^{-2} \gamma_\pm$$

---

It is possible to obtain the *mean ionic activity coefficient, $\gamma_\pm$,* of an electrolyte by several experimental methods as well as by a theoretical approach. The experimental methods include distribution coefficient studies, electromotive force measurements, colligative property methods, and solubility determinations. These results can then be used to obtain approximate activity coefficients for individual ions, where this is desired.[13]

Debye and Hückel developed a theoretical method by which it is possible to calculate the activity coefficient of a single ion as well as the mean ionic activity coefficient of a solute without recourse to experimental data. Although the theoretical equation agrees with experimental findings only in dilute solutions (so dilute, in fact, that some chemists have referred jokingly to such solutions as "slightly contaminated water"), it has certain practical value in solution calculations. Furthermore, the Debye–Hückel equation provides a remarkable confirmation of modern solution theory.

The mean ionic activity coefficients of a number of strong electrolytes are given in Table 5-5. The results of various investigators vary in the third decimal place; therefore, most of the entries in the table are recorded only to two places, providing sufficient precision for the calculations in this

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this contents prohibited.

### TABLE 5-5
### Mean Ionic Activity Coefficients of Some Strong Electrolytes at 25°C on the Molal Scale

| Molality ($m$) | HCl | NaCl | KCl | NaOH | CaCl$_2$ | H$_2$SO$_2$ | Na$_2$SO$_2$ | CuSO$_2$ | ZnSO$_2$ |
|---|---|---|---|---|---|---|---|---|---|
| 0.000 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| 0.005 | 0.93 | 0.93 | 0.93 | — | 0.79 | 0.64 | 0.78 | 0.53 | 0.48 |
| 0.01 | 0.91 | 0.90 | 0.90 | 0.90 | 0.72 | 0.55 | 0.72 | 0.40 | 0.39 |
| 0.05 | 0.83 | 0.82 | 0.82 | 0.81 | 0.58 | 0.34 | 0.51 | 0.21 | 0.20 |
| 0.10 | 0.80 | 0.79 | 0.77 | 0.76 | 0.52 | 0.27 | 0.44 | 0.15 | 0.15 |
| 0.50 | 0.77 | 0.68 | 0.65 | 0.68 | 0.51 | 0.16 | 0.27 | 0.067 | 0.063 |
| 1.00 | 0.81 | 0.66 | 0.61 | 0.67 | 0.73 | 0.13 | 0.21 | 0.042 | 0.044 |
| 2.00 | 1.01 | 0.67 | 0.58 | 0.69 | 1.55 | 0.13 | 0.15 | — | 0.035 |
| 4.00 | 1.74 | 0.79 | 0.58 | 0.90 | 2.93 | 0.17 | 0.14 | — | — |

book. Although the values in the table are given at various molalities, we can accept these activity coefficients for problems involving molar concentrations (in which $m < 0.1$) because, in dilute solutions, the difference between molality and molarity is not great.

The mean values of Table 5-5 for NaCl, CaCl$_2$, and ZnSO$_4$ are plotted in Figure 5-17 against the square root of the molality. The reason for plotting the square root of the concentration is due to the form that the Debye–Hückel equation takes. The activity coefficient approaches unity with increasing dilution. As the concentrations of some of the electrolytes are increased, their curves pass through minima and rise again to values greater than unity. Although the curves for different electrolytes of the same ionic class coincide at lower concentrations, they differ widely at higher values. The initial decrease in the activity coefficient with increasing concentration is due to the

interionic attraction, which causes the activity to be less than the stoichiometric concentration. The rise in the activity coefficient following the minimum in the curve of an electrolyte, such as HCl and CaCl$_2$, can be attributed to the attraction of the water molecules for the ions in concentrated aqueous solution. This *solvation* reduces the interionic attractions and increases the activity coefficient of the solute. It is the same effect that results in the salting out of nonelectrolytes from aqueous solutions to which electrolytes have been added.

### Activity of the Solvent

Thus far, the discussion of activity and activity coefficients has centered on the solute and particularly on electrolytes. It is customary to define the activity of the solvent on the mole fraction scale. When a solution is made infinitely dilute, it can be considered to consist essentially of pure solvent. Therefore, $X_1 \cong 1$, and the solvent behaves ideally in conformity with Raoult's law. Under this condition, the mole fraction can be set equal to the activity of the solvent, or

$$a = X_1 = 1 \qquad \textbf{5-108}$$

As the solution becomes more concentrated in solute, the activity of the solvent ordinarily becomes less than the mole fraction concentration, and the ratio can be given, as for the solute, by the rational activity coefficient,

$$\frac{a}{X_1} = \gamma_x \qquad \textbf{5-109}$$

or

$$a = \gamma_x X_1 \qquad \textbf{5-110}$$

The activity of a volatile solvent can be determined rather simply. The ratio of the vapor pressure, $p_1$, of the solvent in a solution to the vapor pressure of pure solvent, $p_1°$, is approximately equal to the *activity* of the solvent at ordinary pressures: $a_1 = p_1/p°$.



FIGURE 5-17 Mean ionic activity coefficients of representative electrolytes plotted against the square root of concentration.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

> **Example 5-28  Calculating Escaping Tendency**
> The vapor pressure of water in a solution containing 0.5 mole of sucrose in 1,000 g of water is 17.38 mm and the vapor pressure of pure water at 20°C is 17.54 mm. What is the activity (or escaping tendency) of water in the solution? We write
>
> $$a = \frac{17.38}{17.54} = 0.991$$

## Reference State

The assignment of activities to the components of solutions provides a measure of the extent of departure from ideal solution behavior. For this purpose, a *reference state* must be established in which each component behaves ideally. The reference state can be defined as the solution in which the concentration (mole fraction, molal or molar) of the component is equal to the activity,

$$\text{Activity} = \text{Concentration}$$

or, what amounts to the same thing, the activity coefficient is unity,

$$\gamma_i = \frac{\text{Activity}}{\text{Concentration}} = 1$$

The reference state for a solvent on the mole fraction scale was shown in equation **(5-108)** to be the pure solvent.

The reference state for the solute can be chosen from one of several possibilities. If a liquid solute is miscible with the solvent (e.g., in a solution of alcohol in water), the concentration can be expressed in mole fraction, and the pure liquid can be taken as the reference state, as was done for the solvent. For a liquid or solid solute having a limited solubility in the solvent, the reference state is ordinarily taken as the infinitely dilute solution in which the concentration of the solute and the ionic strength (see the following) of the solution are small. Under these conditions, the activity is equal to the concentration and the activity coefficient is unity.

## Standard State

The activities ordinarily used in chemistry are relative activities. It is not possible to know the absolute value of the activity of a component; therefore, a standard must be established.

The *standard state* of a component in a solution is the state of the component at unit activity. The relative activity in any solution is then the ratio of the activity in that state to the value in the standard state. When defined in these terms, activity is a dimensionless number.

The pure liquid at 1 atm and at a definite temperature is chosen as the standard state of a solvent or of a liquid solute miscible with the solvent because, for the pure liquid, $a = 1$. Because the mole fraction of a pure solvent is also unity, mole fraction is equal to activity, and the reference state is identical with the standard state.

The standard state of the solvent in a solid solution is the pure solid at 1 atm and at a definite temperature. The

assignment of $a = 1$ to pure liquids and pure solids will be found to be convenient in later discussions on equilibria and electromotive force.

The standard state for a solute of limited solubility is more difficult to define. The activity of the solute in an infinitely dilute solution, although equal to the concentration, is not unity, and the standard state is thus not the same as the reference state. The standard state of the solute is defined as a hypothetical solution of unit concentration (mole fraction, molal or molar) having, at the same time, the characteristics of an infinitely dilute or ideal solution. For complete understanding, this definition requires careful development, as carried out by Klotz and Rosenberg.[14]

## Ionic Strength

In dilute solutions of nonelectrolytes, activities and concentrations are considered to be practically identical because electrostatic forces do not bring about deviations from ideal behavior in these solutions. Likewise, for weak electrolytes that are present alone in solution, the differences between the ionic concentration terms and activities are usually disregarded in ordinary calculations because the number of ions present is small, and the electrostatic forces are negligible.

However, for strong electrolytes and for solutions of weak electrolytes together with salts and other electrolytes, such as exist in buffer systems, it is important to use activities instead of concentrations. The activity coefficient, and hence the activity, can be obtained by using one of the forms of the Debye–Hückel equation (considered later) if one knows the ionic strength of the solution. Lewis and Randall[15] introduced the concept of *ionic strength, μ,* to relate interionic attractions and activity coefficients. The ionic strength is defined on the molar scale as

$$\mu = \frac{1}{2}(c_1 z_1^2 + c_2 z_2^2 + c_3 z_3^2 + \cdots + c_j z_j^2) \qquad \textbf{5-111}$$

or, in abbreviated notation,

$$\mu = \frac{1}{2}\sum_1^j c_i z_i^2 \qquad \textbf{5-112}$$

where the summation symbol indicates that the product of $cz^2$ terms for all the ionic species in the solution, from the first one to the $j$th species, is to be added together. The term $c_i$ is the concentration in moles/liter of any of the ions and $z_i$ is its valence. Ionic strengths represent the contribution to the electrostatic forces of the ions of all types. It depends on the total number of ionic charges and not on the specific properties of the salts present in the solution. It was found that bivalent ions are equivalent not to two, but to four univalent ions; hence, by introducing the square of the valence, one gives proper weight to the ions of higher charge. The sum is divided by 2 because positive ion–negative ion pairs contribute to the total electrostatic interaction, whereas we are interested in the effect of each ion separately.

Copyright © 2024. Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

---

**Example 5-29  Calculating Ionic Strength**

What is the ionic strength of (a) 0.010 M KCl, (b) 0.010 M $BaSO_4$, and (c) 0.010 M $Na_2SO_4$, and (d) what is the ionic strength of a solution containing all three electrolytes together with salicylic acid in 0.010 M concentration in aqueous solution?

a. **KCl:**

$$\mu = \frac{1}{2}[(0.01 \times 1^2) + (0.01 \times 1^2)]$$
$$= 0.010$$

b. **$BaSO_4$:**

$$\mu = \frac{1}{2}[(0.01 \times 2^2) + (0.01 \times 2^2)]$$
$$= 0.040$$

c. **$Na_2SO_4$:**

$$\mu = \frac{1}{2}[(0.02 \times 1^2) + (0.01 \times 2^2)]$$
$$= 0.030$$

d. The ionic strength of a 0.010 M solution of salicylic acid is 0.003 as calculated from a knowledge of the ionization of the acid at this concentration (using the equation $[H_3O^+] = \sqrt{K_a c}$). Unionized salicylic acid does not contribute to the ionic strength. The ionic strength of the mixture of electrolytes is the sum of the ionic strength of the individual salts. Thus,

$$\mu_{total} = \mu_{KCl} + \mu_{BaSO_4} + \mu_{Na_2SO_4} + \mu_{HSal}$$
$$= 0.010 + 0.040 + 0.030 + 0.003$$
$$= 0.083$$

---

**Example 5-30  Ionic Strength of a Solution**

A buffer contains 0.3 mole of $K_2HPO_4$ and 0.1 mole of $KH_2PO_4$ per liter of solution. Calculate the ionic strength of the solution.

The concentrations of the ions of $K_2HPO_4$ are $[K^+] = 0.3 \times 2$ and $[HPO_4^{2-}] = 0.3$. The values for $KH_2PO_4$ are $[K^+] = 0.1$ and $[H_2PO_4^-] = 0.1$. Any contributions to $\mu$ by further dissociation of $[HPO_4^{2-}]$ and $[H_2PO_4^-]$ are neglected. Thus,

$$\mu = \frac{1}{2}[(0.3 \times 2 \times 1^2) + (0.3 \times 2^2) + (0.1 \times 1^2) + (0.1 \times 1^2)]$$
$$\mu = 1.0$$

---

It will be observed in *Example 5-29* that the ionic strength of a 1:1 electrolyte such as KCl is the same as the molar concentration; $\mu$ of a 1:2 electrolyte such as $Na_2SO_4$ is three times the concentration; and $\mu$ for a 2:2 electrolyte is four times the concentration.

The mean ionic activity coefficients of electrolytes should be expressed at various ionic strengths instead of concentrations. Lewis showed the uniformity in activity coefficients when they are related to ionic strength:

a. The activity coefficient of a strong electrolyte is roughly constant in all dilute solutions of the same ionic strength, irrespective of the type of salts that are used to provide the additional ionic strength.

b. The activity coefficients of all strong electrolytes of a single class, for example, all uni-univalent electrolytes, are approximately the same at a definite ionic strength, provided the solutions are dilute.

The results in Table 5-5 illustrate the similarity of the mean ionic activity coefficients for 1:1 electrolytes at low concentrations (below 0.1 $m$) and the differences that become marked at higher concentrations.

Bull[16] pointed out the importance of the principle of ionic strength in biochemistry. In the study of the influence of pH on biologic action, the effect of the variable salt concentration in the buffer may obscure the results unless the buffer is adjusted to a constant ionic strength in each experiment. If the biochemical action is affected by the specific salts used, however, even this precaution may fail to yield satisfactory results. Further use will be made of ionic strength in the chapters on ionic equilibria, solubility, and kinetics.

### The Debye–Hückel Theory

Debye and Hückel derived an equation based on the principles that strong electrolytes are completely ionized in dilute solution and that the deviations of electrolytic solutions from ideal behavior are due to the electrostatic effects of the oppositely charged ions. The equation relates the activity coefficient of a particular ion or the mean ionic activity coefficient of an electrolyte to the valence of the ions, the ionic strength of the solution, and the characteristics of the solvent. The mathematical derivation of the equation is not attempted here but can be found in Lewis and Randall's *Thermodynamics* as revised by Pitzer and Brewer.[17] The equation can be used to calculate the activity coefficients of drugs whose values have not been obtained experimentally and are not available in the literature.

According to the theory of Debye and Hückel, the activity coefficient, $\gamma_i$, of an ion of valence $z_i$ is given by the expression

$$\log \gamma_i = -A z_i^2 \sqrt{\mu} \qquad \textbf{5-113}$$

Equation **(5-113)** yields a satisfactory measure of the activity coefficient of an ion species up to an ionic strength, $\mu$, of about 0.02. For water at 25°C, $A$, a factor that depends only on the temperature and the dielectric constant of the medium, is approximately equal to 0.51. The values of $A$ for various solvents of pharmaceutical importance are found in Table 5-6.

The form of the Debye–Hückel equation for a binary electrolyte consisting of ions with valences of $z_+$ and $z_-$ and present in a dilute solution ($\mu < 0.02$) is

$$\log \gamma_\pm = -A z_+ z_- \sqrt{\mu} \qquad \textbf{5-114}$$

The symbols $z_+$ and $z_-$ stand for the valences or charges, ignoring algebraic signs, on the ions of the electrolyte whose mean ionic activity coefficient is sought. The coefficient in equation **(5-114)** should be $\gamma_x$, the rational activity coefficient (i.e., $\gamma_\pm$ on the mole fraction scale), but in dilute solutions for which the Debye–Hückel equation is applicable, $\gamma_x$ can be assumed without serious error to be equal also to the practical coefficients, $\gamma_m$ and $\Lambda_c$, on the molal and molar scales.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

**140**   MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES

### TABLE 5-6
## Values of *A* for Solvents at 25°C[a]

| Solvent | Dielectric Constant, $\varepsilon$ | A$_{calc}$ |
|---|---|---|
| Acetone | 20.70 | 3.76 |
| Ethanol | 24.30 | 2.96 |
| Water | 78.54 | 0.509 |

[a] $A_{calc} = (1.824 \times 10^6)/(\varepsilon \times T)^{3/2}$, where $\varepsilon$ is the dielectric constant and $T$ is the absolute temperature on the Kelvin scale.

**Example 5-31  Mean Ionic Activity Coefficient**
Calculate the mean ionic activity coefficient for 0.005 M atropine sulfate (1:2 electrolyte) in an aqueous solution containing 0.01 M NaCl at 25°C. Because the drug is a uni-bivalent electrolyte, $z_1 z_2 = 1 \times 2 = 2$. For water at 25°C, $A$ is 0.51. We have

$\mu$ for atropine sulfate $= \frac{1}{2}[(0.005 \times 2 \times 1^2) + (0.005 \times 2^2)] = 0.015$

$\mu$ for NaCl $= \frac{1}{2}[(0.01 \times 1^2) + (0.01 \times 1^2)] = 0.01$

Total $\mu$ $= \overline{0.025}$

$\log \gamma_\pm = -0.51 \times 2 \times \sqrt{0.025}$
$\log \gamma_\pm = -1.00 + 0.839 = -0.161$
$\gamma_\pm = 0.690$

Thus, one observes that the activity coefficient of a strong electrolyte in dilute solution depends on the total ionic strength of the solution, the valence of the ions of the drug involved, the nature of the solvent, and the temperature of the solution. Notice that although the ionic strength term results from the contribution of all ionic species in solution, the $z_1 z_2$ terms apply only to the drug whose activity coefficient is being determined.

### Extension of the Debye–Hückel Equation to Higher Concentrations

The limiting expressions (5-113) and (5-114) are not satisfactory above an ionic strength of about 0.02, and equation (5-114) is not completely satisfactory for use in *Example 5-31*. A formula that applies up to an ionic strength of perhaps 0.1 is

$$\log \gamma_\pm = -\frac{A z_+ z_- \sqrt{\mu}}{1 + a_i B \sqrt{\mu}} \qquad 5\text{-}115$$

The term $a_i$ is the mean distance of approach of the ions and is called the *mean effective ionic diameter* or the *ion size parameter*. Its exact significance is not known; however, it is somewhat analogous to the $b$ term in the van der Waals gas equation. The term $B$, like $A$, is a constant influenced only by the nature of the solvent and the temperature. The values of $a_i$ for several electrolytes at 25°C are given in Table 5-7 and the values of $B$ and $A$ for water at various temperatures are shown in Table 5-8. The values of $A$ for various solvents, as previously mentioned, are listed in Table 5-6.

### TABLE 5-7
## Mean Effective Ionic Diameter for Some Electrolytes at 25°C

| Electrolyte | $a_i$ (cm) |
|---|---|
| HCl | $5.3 \times 10^{-8}$ |
| NaCl | $4.4 \times 10^{-8}$ |
| KCl | $4.1 \times 10^{-8}$ |
| Methapyrilene HCl | $3.9 \times 10^{-8}$ |
| MgSO$_4$ | $3.4 \times 10^{-8}$ |
| K$_2$SO$_4$ | $3.0 \times 10^{-8}$ |
| AgNO$_3$ | $2.3 \times 10^{-8}$ |
| Sodium phenobarbital | $2.0 \times 10^{-8}$ |

Because $a_i$ for most electrolytes equals 3 to $4 \times 10^{-8}$ and $B$ for water at 25°C equals $0.33 \times 10^8$, the product of $a_i$ and $B$ is approximately unity. Equation (5-115) then simplifies to

$$\log \gamma_\pm = -\frac{A z_+ z_- \sqrt{\mu}}{1 + \sqrt{\mu}} \qquad 5\text{-}116$$

**Example 5-32  Comparing Activity Coefficients**
Calculate the activity coefficient of a 0.004 M aqueous solution of sodium phenobarbital at 25°C that has been brought to an ionic strength of 0.09 by the addition of sodium chloride. Use equations (5-114) through (5-116) and compare the results.

Equation (5-114): $\log \gamma_\pm = -0.51\sqrt{0.09}$; $\gamma_\pm = 0.70$

Equation (5-115): $\log \gamma_\pm =$

$\frac{0.51\sqrt{0.09}}{1 + 2[(2 \times 10^8) \times (0.33 \times 10^3) \times \sqrt{0.09}]}$; $\gamma_\pm = 0.75$

Equation (5-116): $\log \gamma_\pm = -\frac{0.51\sqrt{0.09}}{1 + \sqrt{0.09}}$; $\gamma_\pm = 0.76$

### TABLE 5-8
## Values of *A* and *B* for Water at Various Temperatures

| Temperature (°C) | A | B |
|---|---|---|
| 0 | 0.488 | $0.325 \times 10^8$ |
| 15 | 0.500 | $0.328 \times 10^8$ |
| 25 | 0.509 | $0.330 \times 10^8$ |
| 40 | 0.524 | $0.333 \times 10^8$ |
| 70 | 0.560 | $0.339 \times 10^8$ |
| 100 | 0.606 | $0.348 \times 10^8$ |

These results can be compared with the experimental values for some uni-univalent electrolytes in Table 5-5 at a molal concentration of about 0.1.

For still higher concentrations, that is, at ionic strengths above 0.1, the observed activity coefficients for some electrolytes pass through minima and then increase with concentration; in some cases, they become greater than unity, as seen in Figure 5-17. To account for the increase in $\gamma_{\pm}$ at higher concentrations, an empirical term $C\mu$ can be added to the Debye–Hückel equation, resulting in the expression

$$\log \gamma_{\pm} = -\frac{Az_+z_-\sqrt{\mu}}{1 + a_iB\sqrt{\mu}} + C\mu \qquad \textbf{5-117}$$

This equation gives satisfactory results in solutions of concentrations as high as 1 M. The mean ionic activity coefficient obtained from equation **(5-117)** is $\gamma_x$; however, it is not significantly different from $\gamma_m$ and $\gamma_c$ even at this concentration. Zografi et al.[18] used the extended Debye–Hückel equation (equation [**5-117**]) in a study of the interaction between the dye orange II and quarternary ammonium salts.

Investigations have resulted in equations that extend the concentration to about 5 moles/L.[19]

## Coefficients for Expressing Colligative Properties

### The *L* Value

The van't Hoff expression $\Delta T_f = iK_fm$ probably provides the best single equation for computing the colligative properties of nonelectrolytes, weak electrolytes, and strong electrolytes. It can be modified slightly for convenience in dilute solutions by substituting molar concentration $c$ and by writing $iK_f$ as $L$, so that

$$\Delta T_f = Lc \qquad \textbf{5-118}$$

Goyan et al.[20] computed $L$ from experimental data for a number of drugs. It varies with the concentration of the solution. At a concentration of drug that is isotonic with body fluids, $L = iK_f$ is designated here as $L_{iso}$. It has a value equal to about 1.9 (actually 1.86) for nonelectrolytes, 2.0 for weak electrolytes, 3.4 for uni-univalent electrolytes, and larger values for electrolytes of high valences. A plot of $iK_f$ against the concentration of some drugs is presented in Figure 5-18,



FIGURE 5-18 $L_{iso}$ values of various ionic classes.

where each curve is represented as a band to show the variability of the $L$ values within each ionic class. The approximate $L_{iso}$ for each of the ionic classes can be obtained from the dashed line running through the figure.

### Osmotic Coefficient

Other methods of correcting for the deviations of electrolytes from ideal colligative behavior have been suggested. One of these is because as the solution becomes more dilute, $i$ approaches $\nu$, the number of ions into which an electrolyte dissociates, and at infinite dilution, $i = \nu$, or $i/\nu = 1$. Proceeding in the direction of more concentrated solutions, $i/\nu$ becomes less (and sometimes greater) than unity.

The ratio $i/\nu$ is designated as $g$ and is known as the *practical osmotic coefficient* when expressed on a molal basis. In the case of a weak electrolyte, it provides a measure of the degree of dissociation. For strong electrolytes, $g$ is equal to unity for complete dissociation, and the departure of $g$ from unity, that is, $1 - g$, in moderately concentrated solutions is an indication of the interionic attraction. Osmotic coefficients, $g$, for electrolytes and nonelectrolytes are plotted against ionic concentration, $\nu m$, in Figure 5-19. Because $g = 1/\nu$ or $i = g\nu$ in a dilute solution, the cryoscopic equation can be written as

$$\Delta T_f = g\nu K_f m \qquad \textbf{5-119}$$

The molal osmotic coefficients of some salts are listed in Table 5-9.

> **Example 5-33** **Molality and Molarity**
> The osmotic coefficient of LiBr at 0.2 $m$ is 0.944 and the $L_{iso}$ value is 3.4. Compute $\Delta T_f$ for this compound using $g$ and $L_{iso}$. Disregard the difference between molality and molarity. We have
> $$\Delta T_f = g\nu K_f m = 0.944 \times 2 \times 1.86 \times 0.2$$
> $$= 0.70°$$
> $$\Delta T_f = L_{iso}c = 3.4 \times 0.2 = 0.68°$$

## *KEY CONCEPT*

## ACTIVITIES

Although activities can be used to bring the colligative properties of strong electrolytes into line with experimental results, the equations are complicated and are not treated in this book. Activities are more valuable in connection with equilibrium expressions and electrochemical calculations. The use of activities for calculating the colligative properties of weak electrolytes is particularly inconvenient because it also requires knowledge of the degree of dissociation.

Copyright © 2022 Wolters Kluwer, Inc. Unauthorized reproduction of the content is prohibited.



FIGURE 5-19   Osmotic coefficient, *g,* for some common solutes. (Reprinted with permission from G. Scatchard, W. Hamer, and S. Wood, Isotonic Solutions. I. The Chemical Potential of Water in Aqueous Solutions of Sodium Chloride, Potassium Chloride, Sulfuric Acid, Sucrose, Urea and Glycerol at 25°1. Am. Chem. Soc. 60, 3061, 1938. Copyright 1938 American Chemical Society.)

### TABLE 5-9

### Osmotic Coefficient, *g,* at 25°C[a]

| m | NaCl | KCl | $H_2SO_4$ | Sucrose | Urea | Glycerin |
|---|------|-----|-----------|---------|------|----------|
| 0.1 | 0.9342 | 0.9264 | 0.6784 | 1.0073 | 0.9959 | 1.0014 |
| 0.2 | 0.9255 | 0.9131 | 0.6675 | 1.0151 | 0.9918 | 1.0028 |
| 0.4 | 0.9217 | 0.9023 | 0.6723 | 1.0319 | 0.9841 | 1.0055 |
| 0.6 | 0.9242 | 0.8987 | 0.6824 | 1.0497 | 0.9768 | 1.0081 |
| 0.8 | 0.9295 | 0.8980 | 0.6980 | 1.0684 | 0.9698 | 1.0105 |
| 1.0 | 0.9363 | 0.8985 | 0.7176 | 1.0878 | 0.9631 | 1.0128 |
| 1.6 | 0.9589 | 0.9024 | 0.7888 | 1.1484 | 0.9496 | 1.0192 |
| 2.0 | 0.9786 | 0.9081 | 0.8431 | 1.1884 | 0.9346 | 1.0230 |
| 3.0 | 1.0421 | 0.9330 | 0.9922 | 1.2817 | 0.9087 | 1.0316 |
| 4.0 | 1.1168 | 0.9635 | 1.1606 | 1.3691 | 0.8877 | 1.0393 |
| 5.0 | 1.2000 | 0.9900 | — | 1.4477 | 0.8700 | 1.0462 |

[a]Reprinted with permission from G. Scatchard, W. Hamer, and S. Wood, Isotonic solutions. I. The chemical potential of water in aqueous solutions of sodium chloride, potassium chloride, sulfuric acid, sucrose, urea and glycerol at 25°1. Am. Chem. Soc. 60, 3061, 1938. Copyright 1938 American Chemical Society.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

## Osmolality

Although osmotic pressure classically is given in atmospheres, in clinical practice it is expressed in terms of osmols (Osm) or milliosmols (mOsm). A solution containing 1 mole (1 g molecular weight) of a nonionizable substance in 1 kg of water (a 1 $m$ solution) is referred to as a 1-osmolal solution. It contains 1 osmol (Osm) or 1,000 milliosmols (mOsm) of solute per kilogram of solvent. Osmolality measures the total number of particles dissolved in 1 kg of water, that is, the osmols per kilogram of water, and depends on the electrolytic nature of the solute. An ionic species dissolved in water will dissociate to form ions or "particles." These ions tend to associate somewhat, however, owing to their ionic interactions. The apparent number of "particles" in solution, as measured by osmometry or one of the other colligative methods, will depend on the extent of these interactions. An unionized material (i.e., a nonelectrolyte) is used as the reference solute for osmolality measurements, ionic interactions being insignificant for a nonelectrolyte. For an electrolyte that dissociates into ions in a dilute solution, osmolality or milliosmolality can be calculated from

$$\text{Milliosmolality (mOsm/kg)} = i \cdot mm \qquad \textbf{5-120}$$

where $i$ is approximately the number of ions formed per molecule and $mm$ is the millimolal concentration. If no ionic interactions occurred in a solution of sodium chloride, $i$ would equal 2.0. In a typical case, for a 1:1 electrolyte in dilute solution, $i$ is approximately 1.86 rather than 2.0, owing to ionic interaction between the positively and negatively charged ions.

Streng et al.[21] and Murty et al.[22] discuss the use of osmolality and osmolarity in clinical pharmacy. Molarity (moles of solute per liter of solution) is used in clinical practice more frequently than molality (moles of solute per kilogram of solvent). In addition, osmolarity is used more frequently than osmolality in labeling parenteral solutions in the hospital. Yet, osmolarity cannot be measured and must be calculated from the experimentally determined osmolality of a solution. As shown by Murty et al.,[22] the conversion is made using the relation

$$\begin{aligned}\text{Osmolarity} &= (\text{Measured osmolality})\\ &\quad \times (\text{Solution density in g/mL}\\ &\quad - \text{Anhydrous solute concentration in g/mL})\end{aligned}$$

$$\textbf{5-121}$$

According to Streng et al.,[21] osmolality is converted to osmolarity using the equation

$$\begin{aligned}\text{mOsm/liter solution} &= \text{mOsm/(kg } H_2O)\\ &\quad \times [d_1°(1 - 0.001\, \overline{v}_2°)] \qquad \textbf{5-122}\end{aligned}$$

where $d_1°$ is the density of the solvent and $\overline{v}_2°$ is the partial molal volume of the solute at infinite dilution.

---

**Example 5-34  Calculating Milliosmolality**

What is the milliosmolality of a 0.120 $m$ solution of potassium bromide? What is its osmotic pressure in atmospheres?

For a 120 millimolal solution of KBr:

$$\text{Milliosmolality} = 1.86 \times 120 = 223 \text{ mOsm/kg}$$

A 1-osmolal solution raises the boiling point 0.52°C, lowers the freezing point 1.86°C, and produces an osmotic pressure of 24.4 atm at 25°C. Therefore, a 0.223-Osm/kg solution yields an osmotic pressure of $24.4 \times 0.223 = 5.44$ atm.

---

**Example 5-35  Converting Osmolality to Osmolarity**

A 30-g/L solution of sodium bicarbonate contains 0.030 g/mL of anhydrous sodium bicarbonate. The density of this solution was found to be 1.0192 g/mL at 20°C and its measured milliosmolality was 614.9 mOsm/kg. Convert milliosmolality to milliosmolarity. We have:

$$\begin{aligned}\text{Milliosmolarity} &= 614.9 \text{ mOsm/kg } H_2O\\ &\quad \times (1.0192 \text{ g/mL} - 0.030 \text{ g/mL})\\ &= 608.3 \text{ mOsm/L solution}\end{aligned}$$

---

As noted, osmolarity differs from osmolality by only 1% or 2%. However, in more concentrated solutions of polyvalent electrolytes together with buffers, preservatives, and other ions, the difference may become significant. For accuracy in the preparation and labeling of parenteral solutions, osmolality should be measured carefully with a vapor pressure or freezing point osmometer (rather than calculated) and the results converted to osmolarity using equation **(5-121)** or **(5-122)**.

Whole blood, plasma, and serum are complex liquids consisting of proteins, glucose, nonprotein nitrogenous materials, sodium, potassium, calcium, magnesium, chloride, and bicarbonate ions. The serum electrolytes, constituting less than 1% of the blood's weight, determine the osmolality of the blood. Sodium chloride contributes a milliosmolality of 275, whereas glucose and the other constituents together provide about 10 mOsm/kg to the blood.

Colligative properties such as freezing point depression are related to osmolality through equations **(5-83)** and **(5-119)**:

$$\Delta T_f \cong K_f im \qquad \textbf{5-123}$$

where $i = gv$ and $im = gvm$ is osmolality.

---

**Example 5-36  Calculate Freezing Point Depression**

Calculate the freezing point depression of (a) 0.154 $m$ solution of NaCl and (b) a 0.154 $m$ solution of glucose. What are the milliosmolalities of these two solutions?

a. From Table 5-9, $g$ for NaCl at 25°C is about 0.93, and because NaCl ionizes into two ions, $i = vg = 2 \times 0.93 = 1.86$. From equation **(5-120)**, the osmolality of a 0.154 $m$ solution is $im = 1.86 \times 0.154 = 0.2864$. The milliosmolality of this solution is therefore 286.4 mOsm/kg. Using equation **(5-123)**, with $K_f$ also equal to 1.86, we obtain for the freezing point depression of a 0.154 $m$ solution—or its equivalent, a 0.2864-Osm/kg solution—of NaCl:

$$\begin{aligned}\Delta T_f &= (1.86)(1.86)(0.154)\\ &= (1.86)(0.2864) = 0.53°C\end{aligned}$$

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the content is prohibited.




b. Glucose is a nonelectrolyte, producing only one particle for each of its molecules in solution, and for a nonelectrolyte, $i = v = 1$ and $g = i/v = 1$. Therefore, the freezing point depression of a 0.154 $m$ solution of glucose is approximately

$$\Delta T_f = K_f im = (1.86)(1.00)(0.154)$$
$$= 0.286°C$$

which is nearly one-half of the freezing point depression provided by sodium chloride, a 1:1 electrolyte that provides two particles rather than one particle in solution.

The osmolality of a nonelectrolyte such as glucose is identical to its molal concentration because osmolality = $i \times$ molality, and $i$ for a nonelectrolyte is 1.00. The milliosmolality of a solution is 1,000 times its osmolality or, in this case, 154 mOsm/kg.

Ohwaki et al.[23] studied the effect of osmolality on the nasal absorption of secretin, a hormone used in the treatment of duodenal ulcers. They found that maximum absorption through the nasal mucosa occurred at a sodium chloride milliosmolarity of about 860 mOsm/L (0.462 M), possibly owing to structural changes in the epithelial cells of the nasal mucosa at this high mOsm/liter value.

Although the osmolality of blood and other body fluids is contributed mainly by the content of sodium chloride, the osmolality and milliosmolality of these complex solutions by convention are calculated based on $i$ for nonelectrolytes, that is, $i$ is taken as unity, and osmolality becomes equal to molality. This principle is best described by an example.

**Example 5-37   Milliosmolarity of Blood**
Freezing points were determined using the blood of 20 normal individuals and were averaged to −0.5712°C. This value of course is equivalent to a freezing point depression of +0.5712°C below the freezing point of water because the freezing point of water is taken as 0.000°C at atmospheric pressure. What is the average milliosmolality, $x$, of the blood of these subjects?

Using equation **(5-123)** with the arbitrary choice of $i = 1$ for body fluids, we obtain

$$0.5712 = (1.86)(1.00)x$$
$$x = 0.3071 \text{ Osm/kg}$$
$$= 307.1 \text{ mOsm/kg}$$

It is noted in *Example 5-37* that although the osmolality of blood and its freezing point depression are contributed mainly by NaCl, an $i$ value of 1 was used for blood rather than $gv = 1.86$ for an NaCl solution.

The milliosmolality for blood obtained by various workers using osmometry, vapor pressure, and freezing point depression apparatus ranges from about 250 to 350 mOsm/kg.[24] The normal osmolality of body fluids is given in medical handbooks[25] as 275 to 295 mOsm/kg, but normal values are likely to fall in an even narrower range of 286 ± 4 mOsm/kg.[26] Freezing point and vapor pressure osmometers are now used routinely in the hospital. A difference of 50 mOsm/kg or more from the accepted values of a body fluid suggests an abnormality such as liver failure, hemorrhagic shock, uremia, or other toxic manifestations. Body water and electrolyte balance are also monitored by measurement of milliosmolality.

## SOLID SOLUTIONS

This section briefly introduces you to pharmaceutical solid solutions. Many drug candidates coming from drug discovery demonstrate poor aqueous solubility and, in turn, poor bioavailability.[27] Typically these drug candidates have high molecular weight, are highly lipophilic, and require a change in their properties in order to be used successfully as drugs. Various methods are used to modify the properties of drugs including the use of amorphous compounds, cocrystals, hydrates and solvates, polymorphs, and salts.[28] van't Hoff was among the first to introduce the term "solid solutions" in the 1890s.[29] A solid solution is described as a solid phase with characteristics of a solution where a solid solute is dissolved in a solid solvent.[30] Like liquid solutions, the composition of the constituents can be varied within a continuum, to a certain extent. The variation of components in a nonstoichiometric ratio allows for a control of properties, thus solid solution offers a strategy to tune material's properties in a continuous manner.

### Solid Solution or Solid Dispersion?

Among the many methods that are used to improve bioavailability, formulation of solid solutions and solid dispersions have been some of the most utilized to create delivery systems administered by many routes including mucosal, ocular, oral, and transdermal. Solid dispersions and solid solutions can be differentiated based on the molecular state of the drug in the carrier matrix.[31] The drug may be molecularly dissolved (i.e., the particle size of the drug is reduced to an absolute minimum) in the solid excipient matrix to become a solid solution or dispersed as crystalline or amorphous particles to make a solid dispersion. Solid solutions are one phase systems regardless of the number of components. Solid dispersions occur when drug particles are dispersed in the carrier forming a two phase system.[32,33] The excipients in these formulations are typically polymers such as polylactic acid (PLA) or cellulose acetate phthalate. However, waxy excipients (e.g., lecithin) and small molecule compounds (e.g., dextrose, sucrose, and urea) have also been used as carriers. If the final solid formulation is transparent, the drug is usually in solution and the delivery system is considered a solid solution. If the final delivery system is opaque, it is a solid dispersion. True solid solutions are thermodynamically stable. However, when the drug is initially dissolved in supersaturated solid solutions, it can precipitate over time.

### Classifying Solid Solutions

Solid solutions can be classified as interstitial or substitutional (Figure 5-20).[34] Substitutional solid solutions occur when a different atom, molecule, or ion replaces an atom,

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

 

Substitutional                    Interstitial

FIGURE 5-20 Although solid solutions are classified as interstitial (cocrystals) or substitutional (drug in polymeric matrices), amorphous solid solutions are also used in the pharmaceutical sciences.

molecule, or ion in the lattice. Interstitial solid solutions occur when the different species fill an unoccupied crystallographic position in the lattice. Insertion of atoms/ions into the crystal lattice will affect the lattice parameters of the crystal. Even though IUPAC defines a solid solution as "a crystal containing a second constituent which fits into and is distributed in the lattice of the host crystal" and does not recommend the use of solid solution for amorphous materials (IUPAC 1997), amorphous solid solutions are commonly considered.

Therefore, one method of classifying solid solutions is based on the dispersion of particles in the carrier (i.e., the solvent), resulting in three classes: (1) substitutional crystalline, (2) interstitial crystalline, and (3) amorphous solid solutions.[35] Substitutional crystalline solid solutions, also known as cocrystals, have their crystalline structure formed by replacing solvent molecules in the crystal structure with molecules of drug and other components. Drug can also occupy the spaces between individual solvent molecules. For this type of solid solution, the components must have similar charges and size. For interstitial crystalline solid solutions, dissolved drug molecules are located in the spaces between carrier molecules within its crystal structure. For this to happen, the size difference between the drug and carrier (e.g., polymer) must be large. Obtaining a interstitial crystalline solid solution guarantees improved wettability of the drug substance molecules and prevents agglomeration of hydrophobic molecules within the carrier.[35] Finally, amorphous solid solutions consist of a carrier in the amorphous state with the drug randomly dispersed in it. Chiou and Riegelman were the first to prepare an amorphous solid solution of griseofulvin.[36] They used citric acid as the carrier. During that period, other common carriers included dextrose, sucrose, galactose, and urea. More recently, polymers such as polyvinylpyrrolidone and poly(ethylene glycol) have been used.

### Cocrystals

Cocrystals are defined as "crystalline single-phase materials composed of two or more different molecular and/or ionic compounds generally in a stoichiometric ratio that are neither solvates nor simple salts".[37] The constituents in typical pharmaceutical cocrystals are the drug and various coformers, which are neutral components that are usually

recognized as GRAS (Generally Recognized as Safe) materials.[38] Cocrystals formed using different coformers will result in different properties making cocrystal properties "tuneable" (i.e., you can design certain properties to overcome issues with the drug). Several pharmaceutical cocrystals are available on the market, for example Depakote (ionic cocrystal of divalproex sodium)[39,40] and Lexapro (ionic cocrystal of escitalopram oxalate).[41]

### ■ CHAPTER SUMMARY

This chapter focused on an important pharmaceutical mixture known as a molecular dispersion or true solution. Nine types of solutions, classified according to the states in which the solute and solvent occur, were defined. Three main types of pharmaceuticals true solutions or molecular dispersions were described: (1) nonelectrolyte solutions, (2) electrolyte solutions, and (3) solid solutions.

### References and Notes

1. H. R. Kruyt, *Colloid Science*, Vol. II, Elsevier, New York, 1949, Chapter 1.
2. W. H. Chapin and L. E. Steiner, *Second Year College Chemistry*, Wiley, New York, 1943, Chapter 13; M. J. Sienko, *Stoichiometry and Structure*, Benjamin, New York, 1964.
3. G. N. Lewis and M. Randall, *Thermodynamics*, McGraw-Hill, New York, 1923, Chapter 16; J. M. Johlin, J. Biol. Chem. 91, 551, 1931.
4. G. Kortum and J. O'M. Bockris, *Textbook of Electrochemistry*, Vol. II, Elsevier, New York, 1951, pp. 618, 620.
5. M. P. Tombs and A. R. Peacock, *The Osmotic Pressure of Biological Macromolecules*, Clarendon, Oxford, 1974, p. 1.
6. W. K. Barlow and P. G. Schneider, *Colloid Osmometry*, Wescor, Inc., Logan, Utah, 1978.
7. G. N. Lewis, J. Am. Chem. Soc. 30, 668, 1908.
8. S. Arrhenius, Z. Physik. Chem. 1, 631, 1887.
9. H. L. Clever, J. Chem. Educ. 40, 637, 1963; P. A. Giguère, J. Chem. Educ. 56, 571, 1979; R. P. Bell, *The Proton in Chemistry*, 2nd Ed., Chapman and Hall, London, 1973, pp. 13–25.
10. A. Albert, *Selective Toxicity*, Chapman and Hall, London, 1979, p. 344, 373–384.
11. S. Arrhenius, J. Am. Chem. Soc. 34, 361, 1912.
12. G. N. Lewis and M. Randall, *Thermodynamics*, McGraw-Hill, New York, 1923, p. 255.
13. S. Glasstone, *An Introduction to Electrochemistry*, Van Nostrand, New York, 1942, pp. 137–139.
14. I. M. Klotz and R. M. Rosenberg, *Chemical Thermodynamics*, 3rd Ed., W. A. Benjamin, Menlo Park, Calif., 1973, Chapter 19.
15. G. N. Lewis and M. Randall, *Thermodynamics*, McGraw-Hill, New York, 1923, p. 373.
16. H. B. Bull, *Physical Biochemistry*, 2nd Ed., Wiley, New York, 1951, p. 79.
17. G. N. Lewis and M. Randall, *Thermodynamics, Rev. K. S. Pitzer and L. Brewer*, 2nd Ed., McGraw-Hill, New York, 1961, Chapter 23.
18. G. Zografi, P. Patel, N. Weiner, J. Pharm. Sci. 53, 545, 1964.
19. R. H. Stokes and R. A. Robinson, J. Am. Chem. Soc. 70, 1870, 1948; M. Eigen, E. Wicke, J. Phys. Chem. 58, 702, 1954.
20. F. M. Goyan, J. M. Enright, and J. M. Wells, J. Am. Pharm. Assoc. Sci. Ed. 33, 74, 1944.
21. W. H. Streng, H. E. Huber, and J. T. Carstensen, J. Pharm. Sci. 67, 384, 1978; H. E. Huber, W. H. Streng, and H. G. H. Tan, J. Pharm. Sci. 68, 1028, 1979.
22. B. S. R. Murty, J. N. Kapoor, and P. O. DeLuca, Am. J. Hosp. Pharm. 33, 546, 1976.
23. T. Ohwaki, H. Ando, F. Kakimoto, K. Uesugi, S. Watanabe, Y. Miyake, and M. Kayano, J. Pharm. Sci. 76, 695, 1987.
24. C. Waymouth, In Vitro. 6, 109, 1970.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.




**146**    MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES

25. L. M. Tierney, M. A. Krupp, M. J. Chatton, *Current Medical Diagnosis and Treatment*, Lange, Los Altos, Calif., 1986, pp. 27, 1113.

26. L. Glasser, D. D. Sternalanz, J. Combie, and A. Robinson, Am. J. Clin. Pathol. 60, 695-699, 1973.

27. C. A. Lipinski, F. Lombardo, B. W. Dominyl, and P. J. Feeney 1997. Experimental and computational approaches to estimate solubility and permeability in drug discovery and development settings, Adv. Drug Del. Rev. 23, 3–25.

28. C. Hao, J. Jin, J. Xiong, Z. Yang, L. Gao, Y. Ma, B. Liu, X. Liu, Y. Chen and, G. Zhang. J. Pharm. Sci., 109, 2156–2165, 2020.

29. H. S. Van Klooster, Bakhuis Roozeboom and the phase rule, J. Chem. Educ. 31, 11, 594, 1954.

30. S. Glasstone, *Text Book of Physical Chemistry*, New York: D. Van Nostrand Company, Inc., 1940

31. R J. Chokshi, H. Zia, H K. Sandhu, N H. Shah, W A. Malick, Improving the dissolution rate of poorly water soluble drug by solid dispersion and solid solution—pros and cons, Drug Deliv, 14, 1, 33–45, 2007, doi: 10.1080/10717540600640278.

32. K. Sekiguchi, N. Obi, Studies on absorption of eutectic mixture. I. A comparison of the behavior of eutectic mixture of sulfathiazole and that of ordinary sulfathiazole in man, Chem. Pharmaceut. Bull. 9, 866–872, 1961.

33. A. H. Goldberg, M. Gibaldi, J. L. Kanig, Increasing dissolution rates and gastrointestinal absorption of drugs via solid solutions and eutectic mixtures. I-theoretical considerations and discussion of the literature. J. Pharm. Sci., 54, 1145-1148, 1965.

34. B. D. Cullity, *Elements of X-ray Diffraction*, Addison-Wesley Publishing Company Inc., 1978.

35. B. Karolewicz, A. Gorniak, S. Probst, A. Owczarek, J. Pluta, E. Zurawska-Plaksej. Polim. Med., 42, 1, 17–27, 2012.

36. W. L. Chiou, S. Riegelman, Pharmaceutical applications of solid dispersion systems. J. Pharm. Sci. 60, 1281–1302 1971.

37. S. Aitipamula, R. Banerjee, A. K. Bansal, K. Biradha, M. L. Cheney, A. R. Choudhury, G. R. Desiraju, A. G. Dikundwar, R. Dubey, N. Duggirala, P. P. Ghogale, S. Ghosh, P. K. Goswami, N. R. Goud, R. R. K. R. Jetti, P. Karpinski, P. Kaushik, D. Kumar, V. Kumar, B. Moulton, A. Mukherjee, G. Mukherjee, A. S. Myerson, V. Puri, A. Ramanan, T. Rajamannar, C. M. Reddy, N. Rodriguez-Hornedo, R. D. Rogers, T. N. G. Row, P. Sanphui, N. Shan, G. Shete, A. Singh, C. C. Sun, J. A. Swift, R. Thaimattam, T. S. Thakur, R. Kumar Thaper, S. P. Thomas, S. Tothadi, V. R. Vangala, N. Variankaval, P. Vishweshwar, D. R. Weyna, and M. J. Zaworotko, Polymorphs, salts, and cocrystals: What's in a name? Cryst. Growth Des 12, 2147–2152, 2012.

38. N. K. Duggirala, M. L. Perry, Ö. Almarsson, and M. J. Zaworotko, Pharmaceutical cocrystals: along the path to improved medicines, Chem. Commun. 52, 640–655, 2016.

39. B. C. Sherman, Solid substances comprising valproic acid and sodium valproate, U.S. Patent 6,077,542, 2000.

40. G. Petruševski, P. Naumov, G. Jovanovski, G. Bogoeva-Gaceva, and S. W. Ng, Solid-state forms of sodium valproate, active component of the anticonvulsant drug epilim, ChemMedChem. 3, 9, 1377–1386, 2008.

41. W. T. A. Harrison, H. S. Yathirajan, S. Bindya, H. G. Anilkumar, and Devaraju, Escitalopram oxalate: co-existence of oxalate dianions and oxalic acid molecules in the same crystal, Acta Crystallogr C, 63, 2, o129-o131, 2007.

## Recommended Readings

J. H. Hildebrand, R. L. Scott, *The Solubility of Nonelectrolytes*, 3rd Ed., Dover Publications, New York, 1964.

P. W. Atkins, J. De Paula, *Atkins' Physical Chemistry*, 8th Ed., W. H. Freeman, New York, 2006.

R. A. Robinson, R. H. Stokes, *Electrolyte Solutions: Second Revised Edition*, Dover Publications, Mineola, NY, 2002.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

# DIFFUSION

**12**

## PATRICK D. SINKO

Copyright © 2024 Wolters Kluwer. Unauthorized reproduction of this content is prohibited.

## CHAPTER OBJECTIVES

**At the conclusion of this chapter the student should be able to:**

1. Define diffusion and describe relevant examples in the pharmaceutical sciences and the practice of pharmacy.
2. Understand the processes of dialysis, osmosis, and ultrafiltration as they apply to the pharmaceutical sciences and the practice of pharmacy.
3. Describe the mechanisms of transport in pharmaceutical systems and identify those which are diffusion based.
4. Define and understand Fick's laws of diffusion and their application.
5. Calculate diffusion coefficient, permeability, and lag time.
6. Relate permeability to a rate constant and to resistance.
7. Understand the concepts of steady state, sink conditions, membrane, and diffusion control.
8. Describe the various driving forces for diffusion, drug absorption, and elimination.
9. Describe multilayer diffusion and calculate component permeabilities.
10. Calculate drug release from a homogeneous solid.

## INTRODUCTION

This chapter discusses the fundamentals of diffusion. It is a topic of enough significance in the pharmaceutical sciences to have a dedicated chapter. So, what is it, and why is it so important? Diffusion is the movement of molecules from a higher concentration to a lower concentration. It is a simple concept that is found throughout everyday life and many aspects of the pharmaceutical sciences.

As a simple example, imagine taking a glass of still clear water and adding a drop of dye. In a quick manner, the dye begins to spread without stirring. This spreading will continue until the coloring is evenly dispersed throughout the water to give it a homogeneous color. The process is depicted in Figure 12-1.

Diffusion is a phenomenon that is prevalent throughout daily life. The process of diffusion is responsible for diverse events such as the smell of food traveling out from the kitchen to the driving force which transfers oxygen through lung tissue and into red blood cells, while simultaneously moving $CO_2$ in the opposite direction.

Diffusion is caused by random molecular motion and, in relative terms, is a slow process. In a classic text on diffusion, E. L. Cussler stated, "In gases, diffusion progresses at a rate of about 10 cm in a minute; in liquids, its rate is about 0.05 cm/min; in solids, its rate may be only about 0.0001 cm/min."[1] A logical question to ask is, can such a slow process be meaningful to the pharmaceutical sciences? The answer is absolutely, yes. Although the rate of diffusion can appear to be quite slow, other factors such as the distance that a diffusing molecule must traverse and the surface area available for diffusion, are also very important. For example, a typical cell membrane is approximately 5 nm thick. If

it is assumed that a drug will diffuse into a cell at a rate of 0.0005 cm/min, then it takes only a fraction of a second for a drug molecule to enter the cell. On the other hand, the thickest biomembrane is skin, with an average thickness of 3 $\mu$m. For the same rate of diffusion, it would take 600 times longer for the same drug molecule to diffuse through the skin. An even more extreme example is the levonorgestrel-releasing implant.[2] This long-acting contraceptive has been approved for 5 years of continuous use in human patients. To achieve low constant diffusion rates, six matchstick-sized, flexible, closed capsules made of silicon tubing are inserted into the upper arm of patients. Levonorgestrel implants provide low progestogen doses: 40 to 50 $\mu$g/day at 1 year of use, decreasing over time to 25 to 30 $\mu$g/day in the fifth year.

These examples are a small sample of the free diffusion of substances through liquids, solids, and membranes which are of considerable importance in the pharmaceutical sciences. Additional examples include the following:

- Drug release and dissolution from tablets, powders, and granules.
- Lyophilization, ultrafiltration, and other mechanical processes.
- Release of drugs and other materials from ointments and suppository bases.
- Passage of water vapor, gases, drugs, and dosage form additives through coatings, packaging, films, plastic container walls, seals, and caps.
- Permeation and distribution of drug molecules in living tissues.

Overall, diffusion encompasses numerous and multiple critical processes from pharmaceutical manufacturing, drug delivery, stability, and transport of drugs within the body.

**281**

**282**    MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES



**FIGURE 12-1** Diffusion of a drop of food coloring in water. (BruceBlausen Licensed under CC BY 3.0 via Wikimedia Commons. Available at http://commons.wikimedia.org/wiki/File:Blausen0315_Diffusion.png#/media/File:Blausen_0315_Diffusion.png)

## STEADY-STATE DIFFUSION

The movement of mass in response to a spatial gradient in chemical potential resulting from random molecular motion (i.e., Brownian motion) is called diffusion. Although the thermodynamic basis for diffusion is best described using chemical potentials, it is mathematically simpler to describe it using concentration, a more experimentally practical variable. Therefore, *diffusion* is the random thermal movement of molecules in a solution. Thus, diffusion may only cause net transport of molecules in the presence of a concentration gradient.

Thomas Graham addressed diffusion during the years 1828 to 1833 and was one of the first to consider that diffusion must be decreasing with respect to time. Furthermore, his experiments led him to postulate, "flux caused by diffusion is proportional to the concentration difference of the diffused substance."[1]

Suppose we imagine in our experiment in Figure 12-1 with the dye in water that we have a permeable barrier in the water so that it forms two chambers (like Fig. 12-2). In that case, we can quantify the amount of dye that passes through the barrier over time. The mass or number of molecules (*M*) moving through a given cross-sectional area (*S*) during a given period (*dt*) is known as the flux, *J*:

$$J = \frac{M}{S \cdot dt} \qquad \text{12-1}$$



### KEY CONCEPT

## DIFFUSION

*Diffusion* is a process of mass transfer of individual molecules of a substance brought about by random molecular motion and associated with a driving force such as a concentration gradient. The mass transfer of a solvent (e.g., water) or a solute (e.g., a drug) forms the basis for many fundamental phenomena in the pharmaceutical sciences. For example, diffusion across biologic membranes is required for a drug to be absorbed into and eliminated from the body and even get to a site of action within a cell. Diffusion can affect the shelf life of a drug product if a container or closure does not prevent diffusional solvent or drug loss or if it does not prevent the diffusion of water vapor into the container, leading to drug degradation. In addition, drug release from various drug delivery systems, drug absorption and elimination, dialysis, osmosis, and ultrafiltration are some examples of diffusion in the pharmaceutical sciences covered in this and other chapters.

The velocity of this molecular movement can be derived from the Stokes–Einstein equation:

$$D = \frac{RT}{6\pi\eta N_0 r_A} \qquad \text{12-2}$$

where *R* is the gas constant, *T* absolute temperature, $r_A$ the radius of spherical solute, $N_0$ Avogadro's number, and $\eta$ the viscosity of the solution. *D* typically has units of cm²/s. We can see from the relationships of this equation that *D* decreases with an increase in the size of the molecules or the viscosity of the solvent. *D* is affected by concentration, temperature, pressure, solvent properties, and the chemical nature of the diffusant. Therefore, *D* is referred to more correctly as a *diffusion coefficient* rather than as a constant.

### Fick's First Law of Diffusion

In 1855, Adolph Fick, a German physiologist, recognized that the relationships of heat and electricity conduction could be applied to mass transfer,[3] especially the mathematical models such as Fourier's law for heat conduction and Ohm's law for electrical conduction. Both Fourier's law and Ohm's law



**Molecules of dye    Membrane (cross section)**

**WATER**

**Net diffusion        Net diffusion        Equilibrium**

**FIGURE 12-2** Isolated system consisting of two sections separated by a permeable membrane. Net diffusion occurs as solute moves from the region of higher concentration to that of the lower concentration. At equilibrium, there is still random movement of solute, but the net diffusion is zero.

Copyright © 2024 Wolters Kluwer. Unauthorized reproduction of the content is prohibited.

are proportions between the rate of energy transfer (heat and electricity, respectively) to the distances the energies travel. The fundamental relationships that he described govern diffusion processes that are encountered in pharmaceutical systems. *Fick's first law* of diffusion is:

$$J = -D\frac{dC}{dx}$$    **12-3**

where $D$ is the *diffusion coefficient* of a penetrant (also called the *diffusant*), $C$ is its concentration in g/cm$^3$, and $x$ is the distance in centimeters of movement perpendicular to the surface of the barrier. It is important to note that:

1. the flux is proportional to the concentration gradient, $dC/dx$.
2. the negative sign of equation (**12-3**) signifies that diffusion occurs in a direction (the positive $x$ direction) opposite to that of increasing concentration. That is, diffusion occurs in the direction of decreasing concentration of diffusant; thus, the flux is always a positive quantity.
3. diffusion will stop when the concentration gradient no longer exists (i.e., when $dC/dx = 0$).

## Fick's Second Law

Fick's first law of diffusion relates the flux ($J$) which has units of mass. However, often one wants to examine the rate of change of diffusant concentration rather than mass at some point in the system. An equation for mass transport that emphasizes the change in *concentration* with time at a definite location rather than the *mass* diffusing across a unit area of barrier in unit time is known as *Fick's second law.* Fick's second law of diffusion forms the basis for most mathematical models of diffusion processes in the pharmaceutical sciences. This diffusion equation is derived as follows. The concentration, $C,$ in a particular volume element (Figs. 12-3 and 12-4) changes only because of net flow of diffusing molecules into or out of the region. A difference in concentration results from a difference in input and output. The concentration of diffusant in the volume element changes with time,



**FIGURE 12-3** Diffusion cell. The donor compartment contains diffusant at concentration $C$. (Used with permission of Pharmaceutical Press, from Steffansen B, Brodin B, Nielsen CU. *Molecular Biopharmaceutics: Aspects of Drug Characterisation, Drug Delivery, and Dosage Form Evaluation.* London; Grayslake, IL: Pharmaceutical Press; 2010: p. 136; permission conveyed through Copyright Clearance Center, Inc.)



**FIGURE 12-4** Concentration gradient of diffusant across the diaphragm of a diffusion cell. It is normal for the concentration curve to increase or decrease sharply at the boundaries of the barrier because, in general, $C_1$ is different from $C_d$ (concentration of the donor compartment), and $C_2$ is different from $C_r$ (concentration of the receiver compartment). The concentration $C_1$ would be equal to $C_d$, for example, only if $K - C_1/C_d$ had a value of unity.

that is, $\Delta C/\Delta t,$ as the flux or amount diffusing changes with distance, $\Delta J/\Delta x,$ in the $x$ direction, or[*]

$$\frac{\partial C}{\partial t} = -\frac{\partial J}{\partial x}$$    **12-4**

Differentiating the first-law expression, equation (**12-2**), with respect to $x,$ one obtains

$$-\frac{\partial J}{\partial x} = D\frac{\partial^2 c}{\partial x^2}$$    **12-5**

Substituting $\partial C/\partial t$ from equation (**12-4**) into equation (**12-5**) results in Fick's second law, namely,

$$\frac{\partial C}{\partial t} = D\frac{\partial^2 c}{\partial x^2}$$    **12-6**

Equation (**12-6**) represents diffusion only in the $x$ direction. If one wishes to express concentration changes of diffusant in three dimensions, Fick's second law is written in the general form

$$\frac{\partial C}{\partial t} = D\left(\frac{\partial^2 C}{\partial x^2} + \frac{\partial^2 C}{\partial y^2} + \frac{\partial^2 C}{\partial z^2}\right)$$    **12-7**

Fortunately, this expression is not usually used in pharmaceutical problems of diffusion because movement in one direction is normally sufficient to describe most applications. Fick's second law states that the change in concentration with time in a particular region is proportional to the change in the concentration gradient at that point in the system.

[*]Concentration and flux are often written as $C(x, t)$ and $J(x, t)$, respectively, to emphasize that these parameters are functions of both distance, $x,$ and time, $t.$

Copyright © 2024 Wolters Kluwer. Unauthorized reproduction of this content is prohibited.

## Steady State

An important condition, and one that helps simplify the calculations related to diffusion, is that of the *steady state.* Fick's first law, equation **(12-3)**, gives the flux (or rate of diffusion through a unit area) in the steady state of flow. The second law refers, in general, to a change in concentration of diffusant with time at any distance, $x$ (i.e., a nonsteady state of flow). Steady state can be described, however, in terms of the second law, equation **(12-6)**. Consider the diffusant originally dissolved in a solvent in the left-hand compartment of the chamber shown in Figure 12-3. Solvent alone is placed on the right-hand side of the barrier, and the solute or penetrant diffuses through the central barrier from solution to solvent side (donor compartment to receptor compartment). A large concentration gradient is formed between the donor and receptor. Assuming that the membrane is thin enough or porous enough, the rate of change of the concentration with respect to time will instantaneously become constant through the membrane resulting in a linear concentration gradient (i.e., it attains a pseudo–steady-state transport). However, the pseudo-steady state can be lost if too much of the drug accumulates in the receiver compartment. A system is under sink conditions when the solute concentration in the receiver compartment is essentially at zero. A more formal definition of sink conditions is that the total solute concentration must be about 10% or less of the solubility of the solute in the solvent ($C_{tot}/C_s \sim 0.1$).[4]

Sink conditions refer to the solute concentration in the "bulk" solution (i.e., a fluid volume at an "infinite" distance away from the solute, where the concentration is effectively zero). Consider a single particle in a large tank. The concentration gradient that the individual particle feels can be impacted by how close neighboring particles are. When the single particle dissolves, the bulk concentration of the fluid never changes appreciably ($C_{bulk} = 0$). If the tank shrinks to the particles' size and more particles are added, suddenly, the "bulk" concentration is no longer close to zero but is a function of the diffusion from its nearest neighbors. When there is appreciable accumulation in the volume near the particle, it affects the concentration gradient of its nearest neighbors. This is called the confinement effect. It is crucial to consider the confinement effect when considering the dissolution of very dense drug delivery systems, such as suspensions.

One way to establish sink conditions is to change the solubility of the solute in the receiver compartment. For example, selecting a pH where a solute is completely ionized to achieve maximum solubility creates a more significant mass sink in a smaller amount of fluid. When changing the pH is not an option, solubilizing or binding agents can be used to maintain sink conditions. Solubilizing agents such as surfactants act as a secondary phase in the receiver compartment. When the drug concentration in the receiver compartment is greater than the surfactant's critical micellar concentration, drugs will partition into the micelle formed, thus reducing the receiver drug concentration. These colloidal species act to remove drug mass from the aqueous receiver solution,

allowing for more drugs to enter the aqueous receiver phase. Surfactants do not change the thermodynamic solubility of the drug. Instead, surfactants change the "effective" (i.e., total) drug solubility. Binding agents such as serum proteins (e.g., bovine serum albumin) remove the drug from the receiver compartment solution. The bulk receiver drug concentration remains low if the binding capacity of the binding agent is not saturated.[5–7]

A practical way to maintain sink conditions is to remove and replace the receiver compartment volume with fresh solvent (i.e., without any drug) to keep the concentration at a low level. This is done so that the system cannot reach equilibrium between the donor and receiver compartments. In other words, the receiver-side drug concentration is never high enough to reduce the driving force produced by the concentration gradient. This practical implementation of "sink conditions" can be used when the test apparatus has a very low volume, for example, in 96-well plates commonly used in drug development.

When the system has been in existence for a sufficient time, the concentration of diffusant in the solutions at the left and right of the barrier becomes constant with respect to time, that is, it reaches a *steady state.* Then, within each diffusional slice perpendicular to the direction of flow, the rate of change of concentration ($dC/dt$ will be zero), and by Fick's second law,

$$\frac{dC}{dt} = D\,\frac{d^2c}{dx^2} = 0 \qquad \textbf{12-8}$$

$C$ is the concentration of the permeant in the barrier expressed in mass/cm³. Equation **(12-8)** demonstrates that because $D$ is not equal to zero, then $d^2C/dx^2 = 0$. When a second derivative such as this equals zero, one concludes that there is no change in $dC/dx$. In other words, the concentration gradient across the membrane, $dC/dx,$ is constant, signifying a linear relationship between concentration, $C,$ and distance, $x.$ This is shown in Figure 12-4. Here, the distance $x$ is written as $h$ which is common in pharmaceutical literature. For drug diffusing from left to right in the chamber of Figure 12-3, concentration will not be rigidly constant, but rather is likely to vary slightly with time, which means that $dC/dt$ is not exactly zero. The conditions are referred to as a "quasistationary" state, but since little error is introduced by assuming steady state under these conditions, it is convenient and much simpler to do so.

## DIFFUSION THROUGH MEMBRANES

### Steady Diffusion Across a Thin Film and Diffusional Resistance

Yu and Amidon[8] developed an analysis for steady diffusion across a thin film using the perspective of the resistance to solute movement by the film. That is, the film has a resistance that is greater than free movement of the solute in solution. Figure 12-4 depicts steady diffusion across a thin film of thickness $h.$ In this case, the diffusion coefficient

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.



FIGURE 12-5 Diffusion across a thin film. The solute molecules diffuse from the well-mixed higher concentration, $C_1$, to the well-mixed lower concentration, $C_2$. The concentrations on both sides of the film are kept constant. At steady state, the concentrations remain constant at all points in the film. The concentration profile inside the film is linear, and the flux is constant.

is considered constant because the solutions on both sides of the film, although different, are and remain dilute. The concentrations on both sides of the film, $C_d$ and $C_r$, are kept constant and both sides are well mixed. The driving force of diffusion is from the higher concentration ($C_d$) to the lower concentration ($C_r$). After sufficient time, steady state is achieved, and the concentrations are constant at all points in the film as shown in Figure 12-5. At steady state ($dC/dt = 0$), Fick's second law becomes

$$D \frac{\partial^2 e}{\partial z^2} = 0 \qquad \textbf{12-9}$$

Integrating equation **(12-9)** twice using the conditions that at $z = 0$, $C = C_d$ and at $z = h$, $C = C_r$, yields the following equation:

$$J = \frac{D}{h}(C_1 - C_2) \qquad \textbf{12-10}$$

The term $h/D$ is often called the diffusional resistance, denoted by $R$. The flux equation can then be written as

$$J = \frac{C_1 - C_2}{R} \qquad \textbf{12-11}$$

Although resistance to diffusion is a fundamental scientific principle, *permeability* is a term that is used more often in the pharmaceutical sciences. Resistance and permeability are inversely related. In other words, the higher the resistance to diffusion, the lower is the permeability of the diffusing substance. In the next few sections, the concept of permeability and the application of the measurement of permeability and resistance across a series of barriers will be introduced.

## Boundary Layers

The simplest case for steady-state diffusion presented previously in Figure 12-5 can be said to have boundary conditions of $C = Cd$ at $z = 0$, and $C = Cr$ at $z = h$ for the differential equation **12-9**. This schematic of a diffusion problem would

only be valid if the compartment in which the solute resides is perfectly mixed, with slow depletion of the solute (i.e., low permeation) and/or constant input of new solute (i.e., replacement), as well as being under no agitation. Since this is rarely the case in vivo (with peristaltic and segmental motion in the gastrointestinal [GI] tract for example) or in vitro (using propellers, magnetic stir bars, shaking devices, with cell monolayers or artificial membranes present), another model is used to predict the diffusion behavior of solutes across a boundary. This more accurate model is typically referred to as a film model, and it elicits a convenient reimagining of Figure 12-5. Whereas in Figure 12-5, there is only one impedance in the path of the concentration flow in the form of the membrane, the film model prescribes that another layer forms very close to the surface of the barrier on each side where a rapid change in concentration occurs from the bulk fluid to the solid surface. Two small domains are added to Figure 12-5 at $z = 0 - \delta c$ to $z = 0$ and at $z = h$ to $z = h + \delta c$ in which we could also draw pseudo–steady-state concentration profiles that mimic the profile originally presented in Figure 12-5. These "domains" are called the concentration boundary layer, $\delta c$. The importance of boundary layers is further elaborated on in the following sections, but first let's discuss where they come from and how to define their length.

Fluid mechanics describes a phenomenon where the relative motion within a space is significantly slower than that of the bulk flow near a surface, called a boundary layer. A momentum or flow boundary layer forms when fluid moves over a surface, for example, a membrane, a particle of a disintegrated drug product, etc. This fluid structure arises from the fluid interaction with the solid object through what is known as the "no-slip" boundary condition. In this case, slip is referring to the velocity of the fluid at the atomic surface of the solid, thus the "no-slip" condition simply states that the fluid velocity is zero at the solid surface. When fluid is in motion, it is important to know that there is a balance of two forces (inertial forces and viscous forces) that act on the fluid body at all times. These forces directly influence the formation of the momentum boundary layer. The momentum boundary layer is explicitly related to the concentration boundary layer, which is what is traditionally referred to as the "unstirred water layer (UWL)" or "diffusion layer" or "aqueous boundary layer (ABL)" in pharmaceutical sciences. The way that fluid motion is related to the concentration boundary layer is through a quantity called the Schmidt Number (Sc = $\mu/\rho D$), where $\mu$ is the dynamic viscosity of the fluid, $\rho$ is the density of the fluid, and D is the diffusivity of the solute. The exact relationship between the concentration boundary layer and the momentum boundary layer is $\delta_c/\delta_f = Sc^{-1/3}$, where $\delta_f$ is the momentum or flow boundary layer thickness. The ratio of the concentration boundary layer length and the momentum boundary layer length is equal to the inverse cube root of the Schmidt number. Therefore, an analytical solution to $\delta_f$ would provide a convenient tool to predict the concentration boundary layer thickness. This is accomplished through predicting the Reynolds number.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

The Reynolds Number is a dimensionless number which describes the ratio of the inertial forces to the viscous forces ($Re = UL\rho/\mu$), where $U$ is the fluid velocity, $L$ is a characteristic length scale. The fluid velocity is obviously influenced by what is causing the fluid motion, in the GI tract, this would be the moving walls of the intestine expanding and contracting, while in an in vitro dissolution apparatus, it might be an impeller/stirrer. In the case of the in vitro device, the characteristic length scale is determined by the object that has the most significant influence on the fluid motion, thus would be the diameter of the impeller paddle. The dynamic viscosity and density can be independently determined and are intrinsic properties of the system. The Reynolds number is proportional to momentum (or flow) boundary layer ($Re^{-1/2} \propto \delta_f/L$), and rearranging and substituting this relationship into the Schmidt number equation above yields the general equation for the Sherwood number, $Sh$, $\frac{L}{\delta_c} \propto Re^{1/2} Sc^{1/3}$. Integration to find an average Sherwood number makes the proportion explicit for solutions of specific geometries, such as flow over a plate, a rotating disk, and around a spherical particle. For each geometry, the characteristic length, L, is the specific to that geometry.[9]

An alternate approach to determine the concentration boundary layer thickness is to use the Péclet number. The Péclet number is a dimensionless number that defines the ratio between the convection time scale and the diffusion time scale ($Pe = \frac{\tau_{conv}}{\tau_{diff}} = UL/D$). The concentration boundary layer length is where the convection forces begin to dominate over the diffusion forces, in practice, when the convection forces are approximately 100 times greater than the diffusion forces (i.e., Pe = 100). In the case of this Péclet number analysis, the characteristic length, L, is $\delta_c$.[10]

## Permeability

Diffusion can be measured in laboratory experiments. It is advantageous to set the experimental conditions so that calculations can be as simple as possible. The solute concentration in the receiver chamber can remain low by taking samples when there is low solute accumulation in the receiver compartment or by removing solute-containing fluid from the receiver compartment and replacing it with blank fluid (i.e., no solute). In this way, the concentration gradient across the barrier is estimated to be constant for the duration of the experiment.

In a simple single-barrier system, if a membrane separates the two compartments of a diffusion cell of cross-sectional area $S$ and the membrane has a thickness $h$, and if the concentrations in the membrane on the left (donor) and on the right (receptor) sides are $C_1$ and $C_2$, respectively (Fig. 12-4), then Fick's first law (**equation 12-3**) can be written as

$$J = \frac{dM}{Sdt} = D\left(\frac{C_1 - C_2}{h}\right) \qquad \textbf{12-12}$$

where $(C_1 - C_2)/(h)$ approximates $dC/dx$. The gradient $(C_1 - C_2)/h$ within the diaphragm must be assumed to be

constant for a quasistationary state to exist[*]. The concentrations $C_1$ and $C_2$ within the membrane ordinarily are not known but can be described by the partition coefficient multiplied by the concentration $C_d$ on the donor side or $C_r$ on the receiver side, as follows. The distribution or partition coefficient[†], $K$, represents the partitioning of the solute between the material of the membrane and the fluid of the reservoir and it is given by

$$K = \frac{C_1}{C_d} = \frac{C_2}{C_r} \qquad \textbf{12-13}$$

Hence,

$$\frac{dM}{dt} = \frac{DSK(C_d - C_r)}{h} \qquad \textbf{12-14}$$

and, if sink conditions hold in the receptor compartment, $C_r \cong 0$,

$$\frac{dM}{dt} = \frac{DSKc_d}{h} = PSC_d \qquad \textbf{12-15}$$

where the permeability coefficient ($P$)

$$P = \frac{DK}{h} \text{ (cm/s)} \qquad \textbf{12-16}$$

It is noteworthy that the permeability coefficient, also called the permeability, $P$, has units of linear velocity.[‡]

In some cases, it is not possible to determine $D$, $K$, or $h$ independently and calculate $P$. However, it is a relatively simple matter to measure the rate of barrier permeation by quantitating the amount of permeant, $M$, in the receiving chamber over a period. One would also know the surface area, $S$, and concentration, $C_d$, in the donor phase in such an experiment. $P$ can then be calculated from the slope of a linear plot of $M$ versus $t$:

$$M = PSC_dt \qquad \textbf{12-17}$$

if $C_d$ remains relatively constant throughout time (steady state). If $C_d$ changes appreciably with time, the calculation becomes slightly more complex in that $C_d = M_d/V_d$, the amount of drug in the donor phase divided by the donor phase volume, and then one obtains $P$ from the slope of $\log C_d$ versus $t$:

$$\log C_d = \log C_d(0) - \frac{PSt}{2.303V_d} \qquad \textbf{12-18}$$

Equation (**12-12**) was presented for the specific case of a single-membrane system, which also assumes that the ABL

---

[*]Fick adapted the two diffusion equations (**12-3**) and (**12-6**) from the laws of heat conduction to the transport of matter. Equations of heat conduction are found in the book by Carslaw.[20] General solutions to these differential equations yield complex expressions. Simple equations are used here for the most part, and worked examples are provided so that the reader can follow the discussion of diffusion in various scenarios.

[†]Partition coefficients are more fully discussed in the chapter on solubility.

[‡]Confusion arises when the permeability coefficient is defined by $P = DK$ (cm²/s) as used when $D$ and $K$ are not independently known. Equation (**12-16**), including $h$ in the denominator, is the conventional definition of permeability.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

(also called a UWL) that can exist on both sides of the membrane does not significantly affect the total transport process. We can, however, have systems where there are potential influences of multiple resistances on diffusion, such as those introduced by ABLs (i.e., multilayer diffusion). It is important to remember that boundary layers always form when fluid moves relative to a stationary surface. A concentration boundary layer (ABL/UWL) will develop due to the concentration gradient even if the fluid is entirely at rest.

## Diffusion Driving Forces

There are numerous diffusional driving forces in pharmaceutical systems. Up to this point, the discussion has focused on "ordinary diffusion," which is driven by a concentration gradient.[11] However, other potential driving forces for diffusion include pressure, temperature, and electric potential. Examples of driving forces in pharmaceutical systems are shown in Table 12-1.

### TABLE 12-1

#### Driving Forces in Pharmaceutical Systems

| Driving Force | Example | Description | References |
|---|---|---|---|
| Concentration | Passive diffusion | Passive diffusion is a process of mass transfer of individual molecules of a substrate brought about by random molecular motion and associated with a concentration gradient | 1 |
| | Drug dissolution | Drug "dissolution" occurs when a tablet is introduced into a solution and is usually accompanied by disintegration and deaggregation of the solid matrix followed by drug diffusion from the remaining small particles | 12 |
| Pressure | Osmotic drug release | Osmotic drug release systems utilize osmotic pressure as the driving force for controlled delivery of drugs; a simple osmotic pump consists of an osmotic core (containing drug with or without an osmotic agent) coated with a semipermeable membrane; the semipermeable membrane has an orifice for drug release from the pump; the dosage form, after contacting with the aqueous fluids, imbibes water at a rate determined by the fluid permeability of the membrane and osmotic pressure of core formulation; this osmotic imbibition of water results in high hydrostatic pressure inside the pump, which causes the flow of the drug solution through the delivery orifice | 13 |
| | Pressure-driven jets for drug delivery | Pressure-driven jets are used for drug delivery; a jet injector produces a high-velocity jet (>100 m/s) that penetrates the skin and delivers drugs subcutaneously, intradermally, or intramuscularly without the use of a needle; the mechanism for the generation of high-velocity jets includes either a compression spring or compressed air | 14 |
| Temperature | Lyophilization | Lyophilization (freeze-drying) of a frozen aqueous solution containing a drug and an inner-matrix building substance involves the simultaneous change in receding boundary with time, phase transition at the ice–vapor interface governed by the Clausius–Clapeyron pressure–temperature relationship, and water vapor diffusion across the pore path length of the dry matrix under low temperature and vacuum conditions | 15 |
| | Microwave-assisted extraction (MAE) | MAE is a process of using microwave energy to heat solvents in contact with a sample in order to partition analytes from the sample matrix into the solvent; the ability to rapidly heat the sample solvent mixture is inherent to MAE and is the main advantage of this technique; by using closed vessels, the extraction can be performed at elevated temperatures, accelerating the mass transfer of target compounds from the sample matrix | 16 |
| Electrical potential | Iontophoretic dermal drug delivery | Iontophoresis is used to enhance transdermal delivery of drugs by applying a small current through a reservoir that contains ionized drugs; one electrode (positive electrode to deliver positively charged ions and negative electrode to deliver negatively charged ions) is placed between the drug reservoir and the skin; the other electrode with opposite charge is placed a short distance away to complete the circuit, and the electrodes are connected to a power supply; when the current flows, charged ions are transported across the skin through a pore | 17,18 |
| | Electrophoresis | Electrophoresis involves the movement of charged particles through a liquid under the influence of an applied potential difference; an electrophoresis cell fitted with two electrodes contains dispersion; when a potential is applied across the electrodes, the particles migrate to the oppositely charged electrode; capillary electrophoresis is widely used as an analytical tool in the pharmaceutical sciences | 19 |

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

**TABLE 12-2**

**Diffusion Coefficients of Compounds in Various Media[a]**

| Diffusant | Partial Molar Volume [cm³/mole] | $D \times 10^6$ [cm²/s] | Medium or Barrier [Temperature, °C] |
|---|---|---|---|
| Ethanol | 40.9 | 12.4 | Water[21] |
| n-Pentanol | 89.5 | 8.8 | Water[21] |
| Formamide | 26 | 17.2 | Water[21] |
| Glycine | 42.9 | 10.6 | Water[21] |
| Sodium lauryl sulfate | 235 | 6.2 | Water[21] |
| Glucose | 116 | 6.8 | Water[21] |
| Hexane | 103 | 15.0 | Chloroform[21] |
| Hexadecane | 265 | 7.8 | Chloroform[21] |
| Methanol | 25 | 26.1 | Chloroform[21] |
| Acetic acid dimer | 64 | 14.2 | Chloroform[21] |
| Methane | 22.4 | 1.45 | Natural rubber[22] |
| n-Pentane | — | 6.9 | Silicone rubber[23] |
| Neopentane | — | 0.002 | Ethylcellulose[23] |

[a]Reprinted from G. L. Flynn, S. H. Yalkowsky, and T. J. Roseman, Mass transport phenomena and models: theoretical concepts. J. Pharm. Sci. 63, 507, 1974, with permission from Elsevier.

## SYSTEMS WITH MULTIPLE DIFFUSIONAL COMPONENTS

Diffusivity is a fundamental material property of the system and is dependent on the solute, the temperature, and the medium through which diffusion occurs.[20] Gas molecules diffuse rapidly through air and other gases. Diffusivities in liquids are smaller, and in solids still smaller. Gas molecules pass slowly and with great difficulty through metal sheets and crystalline barriers. Diffusivities are a function of the molecular structure of the diffusant as well as the barrier material. Diffusion coefficients for gases and liquids passing through water, chloroform, and polymeric materials are given in Table 12-2. Approximate diffusion coefficients and permeabilities for drugs passing from a solvent in which they are dissolved (water, unless otherwise specified) through natural and synthetic membranes are given in Table 12-3. In the chapter on colloids, we will see that one can calculate the molecular weight and the radius of a spherical protein from knowledge of its diffusivity.

### Multilayer Diffusion

There are many examples of multilayer diffusion in the pharmaceutical sciences. Diffusion across biologic barriers may involve a number of layers consisting of separate membranes, cell contents, and fluids. The passage of gaseous or liquid solutes through the walls of containers and plastic packaging materials is also frequently treated as a case of multilayer diffusion. Finally, membrane permeation studies using Caco-2 or MDCK cell monolayers on permeable supports such as polycarbonate filters are other common examples of multilayer diffusion.

Higuchi[34] examined the passage of a topically applied drug from its vehicle through the skin. He considered the lipoidal and the hydrous skin layers of thickness $h_1$ and $h_2$, respectively, as two barriers in series which are shown in Figure 12-6. As discussed in conjunction with equation **(12-11)** above, the resistance, $R$, to diffusion in each layer is equal to the reciprocal of the permeability coefficient, $P_i$, of that layer. Permeability, $P$, was defined earlier [Equation **(12-16)**] as the diffusion coefficient, $D$, multiplied by the partition coefficient, $K$, and divided by the membrane thickness, $h$. For a particular lamina (i.e., layer) which is designated as $i$,

$$P_i = D_i K_i h_i \qquad \textbf{12-19}$$

and

$$R_i = 1/P_i = h/D_i K_i \qquad \textbf{12-20}$$

where $R_i$ is the resistance of a particular layer, $i$, to diffusion. The total resistance, $R$, is the reciprocal of the total permeability, $P$, and is additive for a series of layers. It is written in general as

$$R = R_1 + R_2 + \cdots + R_n \qquad \textbf{12-21a}$$

$$1/P = 1/P_1 + 1/P_2 + \cdots + 1/P_n \qquad \textbf{12-21b}$$

$$R = 1/P = h_1/D_1 K_1$$
$$+ h_2/D_2 K_2 + \cdots + h_n/D_n K_n \qquad \textbf{12-21c}$$

where $K_i$ is the distribution coefficient for layer $i$ relative to the next corresponding layer, $i + 1$, of the system.[35] The total permeability for the two-ply model of the skin is obtained

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

**TABLE 12-3**

## Drug Diffusion and Permeability Coefficients[a]



| Drug | Membrane Diffusion Coefficient ($cm^2/s$) | Membrane Permeability Coefficient (cm/s) | Pathway | References |
|---|---|---|---|---|
| Amiloride | — | $1.63 \times 10^{-4}$ | Absorption from human jejunum | 24 |
| Antipyrine | — | $4.5 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Atenolol | — | $0.2 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Benzoic acid | — | $36.6 \times 10^{-4}$ | Absorption from rat jejunum | 21 |
| Carbamazepine | — | $4.3 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Chloramphenicol | — | $1.87 \times 10^{-6}$ | Through mouse skin | 26 |
| Cyclosporin A | $4.3 \times 10^{-6}$ | — | Diffusion across cellulose membrane | 27 |
| Desipramine HCl | — | $4.4 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Enalaprilat | — | $0.2 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Estrone | — | $20.7 \times 10^{-4}$ | Absorption from rat jejunum | 21 |
| Furosemide | — | $0.05 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Glucosamine | $9.0 \times 10^{-6}$ | — | Diffusion across cellulose membrane | 27 |
| Glucuronic acid | $9.0 \times 10^{-6}$ | — | Diffusion across cellulose membrane | 27 |
| Hydrochlorothiazide | — | $0.04 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Hydrocortisone | — | $0.56 \times 10^{-4}$ | Absorption from rat jejunum | 21 |
| | — | $5.8 \times 10^{-5}$ | Absorption from rabbit vaginal tract | 28 |
| Ketoprofen | $2.1 \times 10^{-3}$ | — | Diffusion across abdominal skin from a hairless male rat | 29 |
| Ketoprofen | — | $8.4 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Mannitol | $8.8 \times 10^{-6}$ | — | Diffusion across cellulose membrane | 27 |
| Mannitol | — | $0.9 \times 10^{-4}$ | Diffusion across excised bovine nasal mucosa | 30 |
| Metoprolol–½ tartrate | — | $1.3 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Naproxen | — | $8.3 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Octanol | — | $12 \times 10^{-4}$ | Absorption from rat jejunum | 21 |
| PEG 400 | — | $0.58 \times 10^{-4}$ | Absorption from human jejunum | 31 |
| Piroxicam | — | $7.8 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Progesterone | — | $7 \times 10^{-4}$ | Absorption from rat jejunum | 21 |
| Propranolol | — | $3.8 \times 10^{-4}$ | Absorption from human jejunum | 31 |
| Salycylates | $1.69 \times 10^{-6}$ | — | Absorption from rabbit vaginal tract | 32 |
| Salycylic acid | — | $10.4 \times 10^{-4}$ | Absorption from rat jejunum | 21 |
| Terbutaline–½ sulfate | — | $0.3 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Testosterone | $7.6 \times 10^{-6}$ | — | Diffusion across cellulose membrane | 27 |
| Testosterone | — | $20 \times 10^{-4}$ | Absorption from rat jejunum | 21 |
| Verapamil–HCl | — | $6.7 \times 10^{-4}$ | Absorption from human jejunum | 25 |
| Water | $2.8 \times 10^{-10}$ | $2.78 \times 10^{-7}$ | Diffusion into human skin layers | 33 |

[a]All at 37°C.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the content is prohibited.



**FIGURE 12-6** Passage of a drug on the skin's surface through a lipid layer, $h_1$, and a hydrous layer, $h_2$, and into the deeper layers of the dermis. The curve of concentration against the distance changes sharply at the two boundaries because the two partition coefficients have values other than unity.

by taking the reciprocal of equation **(12-21c)**, expressed in terms of two layers, to yield

$$P = \frac{D_1 K_1 D_2 K_2}{h_1 D_2 K_2 + h_2 D_1 K_1}$$  **12-22**

## Lag Time

The concept of *steady state* has been discussed above. However, most experiments of diffusion do not start under steady-state conditions. At $t = 0$ (initial conditions), drug in the donor chamber must partition into the membrane barrier(s), which initially has no drug, and establish a steady-state concentration in the barrier. The time to reach that steady state is known as the *lag time* and can be observed when the concentration in the receiver chamber is plotted against time, as shown in Figure 12-7.

**FIGURE 12-7** Butyl paraben diffusing through guinea pig skin from aqueous solution. Steady-state and nonsteady-state regions are shown. (Reprinted from H. Komatsu and M. Suzuki, Percutaneous absorption of butylparaben through guinea pig skin in vitro. J. Pharm. Sci. 68, 596, 1979. With permission from Elsevier.)

Figure 12-7 is a plot of the amount of butylparaben penetrating through guinea pig skin from a dilute aqueous solution of the penetrant. It is observed that the curve of Figure 12-7 is convex with respect to the time axis in the early stage and then becomes linear. The early stage is the nonsteady-state condition. At later times, the rate of diffusion is constant, the curve is essentially linear, and the system is at steady state. When the steady-state portion of the line is extrapolated to the time axis, as shown in Figure 12-7, the point of intersection is known as the *lag time, $t_L$*. This is the time required for a penetrant to establish a uniform concentration gradient within the membrane separating the donor from the receptor compartment.

From a plot such as this, the steady-state curve can be extrapolated to the $x$-axis and the lag time estimated.

The lag time to steady state for the two-layer system described by Higuchi for skin is

$$t_L = \frac{\dfrac{h_1^2}{D_1}\left(\dfrac{h_1}{6D_1K_1} + \dfrac{h_2}{2D_2K_2}\right) + \dfrac{h_2^2}{D_2}\left(\dfrac{h_1}{2D_1K_1} + \dfrac{h_2}{6D_2K_2}\right)}{(h_1/D_1K_1 + h_2/D_2K_2)}$$

**12-23**

When the partition coefficients, $K_i$, of the two layers are essentially the same and one of the $h/D$ terms, say 1, is much larger than the other, however, the time lag equation for the bilayer skin system reduces to a more simple time lag expression

$$t_L = h_1^2/6D_1$$  **12-24**

---

**Example 12-1**  **Simple Drug Diffusion Through a Membrane**

A newly synthesized steroid is allowed to pass through a siloxane membrane having a cross-sectional area, $S$, of 10.36 cm$^2$ and a thickness, $h$, of 0.085 cm in a diffusion cell at 25°C. From the horizontal intercept of a plot of $Q = M/S$ versus $t$, the lag time, $t_L$, is found to be 47.5 minutes. The original concentration $C_0$ is 0.003 mmole/cm$^3$. The amount of steroid passing through the membrane in 4.0 hours is $3.65 \times 10^{-3}$ mmole.

1. Calculate the parameter $DK$ and the permeability, $P$. We have

$$Q = \frac{3.65 \times 10^{-3} \text{ mmole}}{10.36 \text{ cm}^2} = 0.35 \times 10^{-3} \text{ mmole/cm}^2$$

$$= DK\left(\frac{0.003 \text{ mmole/cm}^3}{0.085 \text{ cm}}\right)\left[4.0 \text{ hr} - \left(\frac{47.5}{60}\right) \text{ hr}\right]$$

$$DK = 0.0031 \text{ cm}^2/\text{hr} = 8.6 \times 10^{-7} \text{ cm}^2/\text{s}$$

$$P = DK/h = (8.6 \times 10^{-7} \text{ cm}^2/\text{s})/0.085 \text{ cm}$$

$$= 1.01 \times 10^{-5} \text{ cm/s}$$

2. Using the lag time $t_L = h^2/6D$, calculate the diffusion coefficient. We have

$$D = \frac{h^2}{6t_L} = \frac{(0.085)^2 \text{ cm}^2}{6 \times 47.5 \text{ min}}$$

$$= 25.4 \times 10^{-6} \text{ cm}^2/\text{min}$$

or

$$= 4.23 \times 10^{-7} \text{ cm}^2/\text{min}$$

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

3. Combining the permeability, equation **(12-16)**, with the value of $D$ from (b), calculate the partition coefficient, $K$. We have

$$K = \frac{Ph}{D} = \frac{(1.01 \times 10^{-5} \text{ cm/s})(0.085 \text{ cm})}{4.23 \times 10^{-7} \text{ cm}^2/\text{s}} = 2.03$$

Partition coefficients have already been discussed in the chapter on solubility.

**Example 12-2  Series Resistances in Cell Culture Studies**
Cell culture models are increasingly used to study drug transport; however, in many instances, only the effective permeability, $P_{\text{eff}}$, is calculated. For very hydrophobic drugs, interactions with the filter supporting the cells or the unstirred water layer (UWL) may provide more resistance to drug transport than the cell monolayer itself. Because the goal of the study is to assess the cell transport properties of drugs, $P_{\text{eff}}$ may be inherently biased due to drug interactions with the filter or UWL. Reporting $P_{\text{eff}}$ is of value only if the cell monolayer is the rate-limiting transport barrier. Therefore, prior to reporting the $P_{\text{eff}}$ of a compound, the effect of each of these barriers should be evaluated to ensure that the permeability relates to that across the cell monolayer.

In cell culture systems, the overall resistance to drug transport is composed of a series of resistances including those of the UWL ($R_{\text{aq}}$), the cell monolayer ($R_{\text{mono}}$), and the filter resistance ($R_{\text{f}}$) (Fig. 12-8). Total resistance is additive for a series of layers:

$$R_{\text{eff}} = R_{\text{aq}} + R_{\text{mono}} + R_{\text{f}} \qquad \textbf{12-25}$$

Resistance is the reciprocal of permeability; therefore, this can be written in terms of the reciprocal of the total permeability[36]:

$$\frac{1}{P_{\text{eff}}} = \frac{1}{P_{\text{aq}}} + \frac{1}{P_{\text{mono}}} + \frac{1}{P_{\text{f}}}$$

$$P_{\text{eff}} = \cfrac{1}{\cfrac{1}{P_{\text{aq}}^{\text{i}}} + \cfrac{1}{P_{\text{mono}}^{\text{i}} + \cfrac{1}{P_{\text{f}}^{\text{i}}}}} \qquad \textbf{12-26}$$



FIGURE 12-8 Diffusion of drug across the unstirred water layer (UWL), cell monolayer, and filter in a cell culture system.

where $P_{\text{eff}}$ is the measured effective permeability, $P_{\text{aq}}$ is the total permeability of the UWL (on two sides, i.e., adjacent to both the apical surface of the cell monolayer and the free surface of the filter), and $P_{\text{f}}$ is the permeability of the supporting microporous filter.

Permeability across the filter, $P_{\text{f}}$, can be obtained experimentally by measuring the $P_{\text{eff}}$ across a filter without cells (blank):

$$\frac{1}{P_{\text{eff}}^{\text{blank}}} = \frac{1}{P_{\text{aq}}} + \frac{1}{P_{\text{f}}} \qquad \textbf{12-27}$$

Because $P_{\text{aq}}$ is dependent on the stirring rate of fluid,

$$P_{\text{aq}} = KV^n \qquad \textbf{12-28}$$

(where $k$ is a hybrid constant that takes into account the diffusivity of the compound, kinematic viscosity, and geometric factors of the chamber; $V$ is the stirring rate in mL/min; and $n$ is an exponent that varies between 0 and 1 depending on the hydrodynamic conditions in the diffusion chamber), $P_{\text{f}}$ can be calculated using nonlinear regression by obtaining $P_{\text{eff}}$ across blank filters at various flow rates.

An example of the effect of changing flow rate on the permeability of testosterone through a cell monolayer is shown in Figure 12-9.[37]

Since testosterone is a very lipophilic compound, the aqueous UWL is a limiting barrier to diffusional transport. As the stirring rate is increased in the chamber, the resistance due to the UWL decreases and testosterone permeability increases. Similarly, $1/P_{\text{f}} + 1/P_{\text{mono}}$ can be determined by measuring the $P_{\text{eff}}$ through the cell monolayer at various flow rates and by using nonlinear regression and the equation

$$P_{\text{eff}} = \cfrac{1}{\cfrac{1}{P_{\text{f}}} + \cfrac{1}{P_{\text{mono}}} + \cfrac{1}{KV^n}} \qquad \textbf{12-29}$$



FIGURE 12-9 Transport of testosterone (0.10 mM) across Caco-2 cell monolayers at different stirring flow rates in a diffusion chamber system: 0 mL/min (■), 100 mL/min (○), and 400 mL/min (●). (Reprinted from Karlsson J, Artursson P. A new diffusion chamber system for the determination of drug permeability coefficients across the human intestinal epithelium that are independent of the unstirred water layer. Biochimica et Biophysica Acta (BBA)—Biomembranes. 1992, 1111(2), 204–210. doi:10.1016/0005-2736(92)90312-a, with permission from Elsevier.)

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

The implicit assumption of this method is that each resistance in series is independent of the other barriers. Therefore, $P_{mono}$ is calculated by difference, using the independently determined $P_f$. Because $P_{aq}$ is independent of the presence of the monolayer, $P_{mono}$ can be calculated as follows:

$$\frac{1}{P_{mono}} = \frac{1}{P_{eff}} - \frac{1}{P_{eff}^{blank}} \qquad \text{12-30}$$

Because the contributions of $R_f$ and $R_{aq}$ vary depending on the nature of the drug, it is important to correct for these biases by reporting $P_{mono}$. The deviation between $P_{mono}$ and $P_{eff}$ becomes more significant if the flow rate is low (i.e., $R_{aq}$ is high) or if the filter has low effective porosity (i.e., $R_f$ is high). In addition, the permeability of the drug also plays a major role such that the deviation between $P_{mono}$ and $P_{eff}$ becomes more significant for highly permeable compounds.[38]

## Membrane and Diffusion Layer Control

A multilayer case of special importance is that of a membrane between two aqueous phases with stationary or stagnant solvent layers in contact with the donor and receptor sides of the membrane (Fig. 12-10).

The permeability of the total barrier, consisting of the membrane and two static aqueous diffusion layers, is

$$P = \frac{1}{R} = \frac{D_m K D_a}{h_m D_a + 2h_a D_m K} = \frac{1}{h_m/D_m K + 2h_a/D_a} \qquad \text{12-31}$$

This expression is analogous to equation (12-22). In equation (12-31), however, only one partition coefficient, $K$, appears giving the ratio of concentrations of the drug in the membrane and in the aqueous solvent, $K = C_3/C_4 = C_3/C_2$. The flux, $J$, through this three-ply barrier is simply equal to the permeability, $P$, multiplied by the concentration gradient, $(C_1 - C_5)$, that is, $J = P(C_1 - C_5)$. The receptor serves as a sink (i.e., $C_5 = 0$), and the donor concentration $C_1$ is assumed to be constant, providing a steady-state flux.[39] We thus have



**FIGURE 12-10** Schematic of a multilayer (three-ply) barrier. The membrane is found between two static aqueous diffusion layers. (Reprinted from G. L. Flynn, O. S. Carpenter, and S. H. Yalkowsky, Total mathematical resolution of diffusion layer control of barrier flux. J. Pharm. Sci. 61, 313, 1972, with permission from Elsevier.)

$$J = \frac{1}{S}\frac{dM}{dt} = \frac{D_m K D_a C_1}{h_m D_a + 2h_a D_m K} \qquad \text{12-32}$$

In equations (12-31) and (12-32), $D_m$ and $D_a$ are membrane and aqueous solvent diffusivities, $h_m$ is the membrane thickness, and $h_a$ is the thickness of the aqueous diffusion layer, as shown in Figure 12-10. $M$ is the amount of permeant reaching the receptor, and $S$ is the cross-sectional area of the barrier. It is important to realize that $h_a$ is physically influenced by the hydrodynamics in the bulk aqueous phases. The higher the degree of stirring, the thinner is the stagnant aqueous diffusion layer; the slower the stirring, the thicker is this aqueous layer.

Equation (12-32) is the starting point for considering two important cases of multilayer diffusion, namely, diffusion under *membrane control* and diffusion under *aqueous diffusion layer control*.

### Membrane Control

When the membrane resistance to diffusion is much greater than the resistances of the aqueous diffusion layers, that is, $R_m$ is greater than $R_a$ by a factor of at least 10, or correspondingly, $P_m$ is much less than $P_a$, the rate-determining step (slowest step) is diffusion across the membrane. This is reflected in equation (12-32) when $h_m D_a$ is much greater than $2h_a D_m$. Thus, equation (12-32) reduces to

$$J = \left(\frac{K D_m}{h_m}\right) C_1 \qquad \text{12-33}$$

Equation (12-33) represents the simplest case of membrane control of flux.

### Aqueous Diffusion Layer Control

When $2h_a K D_m$ is much greater than $h_m D_a$, equation (12-32) becomes

$$J = \left(\frac{D_a}{2h_a}\right) C_1 \qquad \text{12-34}$$

and it is now said that the rate-determining barriers to diffusional transport are the stagnant aqueous diffusion layers. This statement means that the concentration gradient that controls the flux now resides in the aqueous diffusion layers rather than in the membrane. From the relationship $2h_a K D_m \; h_m D_a$, it is observed that membrane control shifts to diffusion layer control when the partition coefficient, $K$, becomes sufficiently large.

> **Example 12-3  Change from Membrane to Diffusion-Layer Control**
> Flynn and Yalkowsky[31] demonstrated a change from membrane to diffusion-layer control in a homologous series of *n*-alkyl *p*-aminobenzoate (PABA) esters through a silicone membrane. For the short-chain PABA esters, which diffuse easily in water, the concentration gradient is almost entirely within the membrane. As the alkyl chain of the ester is lengthened proceeding from butyl to pentyl to hexyl, lipid solubility increases and the concentration no longer drops across the membrane. Instead, the gradient is now found in the aqueous diffusion layers, and diffusion-layer control takes over

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

as the dominant factor in the permeation process. The steady-state flux, $J$, for hexyl $p$-aminobenzoate was found to be $1.60 \times 10^{-7}$ mmole/cm$^2$ s. $D_a$ is $6.0 \times 10^{-6}$ cm$^2$/s and the concentration of the PABA ester, $C$, is 1.0 mmole/L. The system is in diffusion-layer control, so equation (12-34) applies. Calculate the thickness of the static diffusion layer, $h_a$. We have

$$J = \left( \frac{D_a}{2h_a} \right) C \quad \text{or} \quad h_a = \left( \frac{D_a}{2J} \right) C$$

$$h_a = \frac{6.0 \times 10^{-6}\, \text{cm}^2/\text{s}}{2(1.60 \times 10^{-7}\, \text{mmole/cm}^2\text{s})} \times (1.0 \times 10^{-3}\, \text{mmole/cm}^3) = 0.019\, \text{cm}$$

One observes from equations (12-33) and (12-34) that, under sink conditions, steady-state flux is proportional to concentration, $C$, in the donor phase whether the flux-determining mechanism is under membrane or diffusion-layer control. Equation (12-34) shows that the flux is independent of membrane thickness, $h_m$, and other properties of the membrane when under aqueous diffusion layer control.

The maximum flux obtained in a membrane preparation depends on the solubility, or limiting concentration, of the PABA homolog. The maximum flux can therefore be obtained using equation (12-32) in which $C$ is replaced by $C_s$, the solubility of the permeating compound:

$$J_{\text{max}} = \frac{D_m K D_a}{h_m D_a + 2h_a K D_m} C_s \qquad \textbf{12-35}$$

The maximum steady-state flux, $J_{\text{max}}$, for saturated solutions of the PABA esters is plotted against the ester chain length in Figure 12-11.[39] The plot exhibits peak flux between $n = 3$ and $n = 4$ carbons, that is, between propyl and butyl $p$-aminobenzoates. The peak in Figure 12-10 suggests a role of



**FIGURE 12-11** Steady-state flux of a series of $p$-aminobenzoic acid esters. Maximum flux occurs between the esters having three and four carbons and is due to a change from membrane to diffusion-layer control, as explained in the text. (Reprinted from G. L. Flynn and S. H. Yalkowsky, Correlation and prediction of mass transport across membranes. I. Influence of alkyl chain length on flux-determining properties of barrier and diffusant. J. Pharm. Sci. 61, 838, 1972, with permission from Elsevier.)

the solubility characteristics of the PABA esters, but this peak primarily reflects the change from membrane to static diffusion-layer control of flux. For the methyl, ethyl, and propyl esters, the concentration gradient in the membrane gradually decreases and shifts from membrane control to a concentration gradient in the diffusion layers for the longer-chain esters.

By using a well-characterized membrane such as siloxane of known thickness and a homologous series of PABA esters, Flynn and Yalkowsky[39] were able to study the various factors: solubility, partition coefficient, diffusivity, diffusion lag time, and the effects of membrane and diffusion-layer control. From such carefully designed and conducted studies, it is possible to predict the roles played by various physicochemical factors as they influence diffusion of drugs through plastic containers, release rates from sustained delivery forms, and absorption and excretion processes for drugs distributed in the body.

## Lag Time Under Diffusion-Layer Control

Flynn et al.[35] showed that the lag time for ultrathin membranes under conditions of diffusion-layer control can be represented as

$$t_L = \frac{\left( \sum h_a \right)^2}{6D_a} \qquad \textbf{12-36}$$

where $\Sigma h_a$ is the sum of the thicknesses of the aqueous diffusion layers on the donor and receptor sides of the membrane. The correspondence between $t_L$ in equation (12-36) with that for systems under membrane control, equation (12-33), is evident. The lag time for *thick* membranes operating under diffusion layer control is

$$t_L = \frac{h_m h_{a1} h_{a2} K}{(h_{a1} + h_{a2}) D_a} \qquad \textbf{12-37}$$

When the diffusion layers, $h_{a1}$ and $h_{a2}$, are of the same thickness, the lag time reduces to

$$t_L = \frac{h_m h_a K}{2D_a} \qquad \textbf{12-38}$$

The partition coefficient, which was shown earlier to be instrumental in converting the flux from membrane to diffusion-layer control, now appears in the numerator of the lag-time equation. A large $K$ signifies lipophilicity of the penetrating drug species. As one ascends a homologous series of PABA esters, lengthening of the ester molecule increases the lag time once the system is in diffusion-layer control. In other words, higher lipophilicity increases the onset time for steady-state behavior. The sharp increase in lag time for PABA esters with alkyl chain length beyond $C_4$ is shown in Figure 12-12.[39]

**Example 12-4** **Change in Membrane Control for Drugs Transported Across the Cornea**

Schoenwald and Ward[40] examined the relationship between partition coefficient and permeability of a group of steroids in the cornea. The cornea is a tissue composed of two different major barriers. The first is the lipophilic surface, which is composed of five to six layers of epithelial cells. The second barrier is the stroma, which

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.



FIGURE 12-12  Change in lag time of *p*-aminobenzoic acid esters with alkyl chain length. (Reprinted from G. L. Flynn and S. H. Yalkowsky, Correlation and prediction of mass transport across membranes. I. Influence of alkyl chain length on flux-determining properties of barrier and diffusant. J. Pharm. Sci. 61, 838, 1972, with permission from Elsevier.)

from a diffusion perspective functions as a very thick aqueous layer of fixed dimension, which cannot be reduced by stirring.

Figure 12-12 shows that below a log partition coefficient (log PC) of about 3, permeability increases as the partition coefficient increases, or as the compound becomes more lipophilic. In this range of log PC, the lipophilic epithelium is the primary barrier to diffusion and the aqueous stroma allows free and more rapid diffusion. However, above a log PC of 3, permeability starts to decrease. Here, the compound becomes so lipophilic that the epithelium becomes less of a barrier the limit of diffusion begins to change to the aqueous layer of the stroma.

# VARIOUS APPARATUS AND METHODS FOR ASSESSING DRUG DIFFUSION

Measurement of diffusional processes has long been of interest in the pharmaceutical sciences. A number of experimental methods and diffusion chamber designs have been reported in the literature. Some examples of those used in pharmaceutical and biologic transport studies are introduced here.

Diffusion chambers of simple construction, such as the one reported by Karth et al. (Fig. 12-14),[41] have been extensively utilized for diffusion work. They are made of glass, clear plastic, or polymeric materials, are easy to assemble and clean, and allow visibility of the liquids and, if included, a rotating stirrer. They may be thermostated for temperature control and lend themselves to automatic sample collection and assay. Typically, the donor chamber is filled with drug solution of known concentration. Samples are collected from the receiver compartment and assayed using a variety of analytical methods such as liquid scintillation counting or high-performance liquid chromatography with a variety of detectors (e.g., ultraviolet, fluorescence, or mass spectrometry). Using these methods, experiments may be run for several hours under controlled conditions.

Nasim et al.[22] reported on the permeation of 19 aromatic compounds from aqueous solution through polyethylene films. Higuchi and Aguiar[42] studied the permeability of water vapor through enteric coating materials.

A somewhat more complicated adaptation of a chamber system can be utilized for the determination of the sorption of gases and vapors which can be determined by use of a sensitive microbalance enclosed in a temperature-controlled and evacuated vessel. The gas or vapor is introduced at controlled pressures into the glass chamber containing the polymer or biologic film of known dimensions suspended on one arm of the balance and the mass of diffusant sorbed



FIGURE 12-13  Computer-generated curvilinear relationship between the log permeability coefficient of 11 labeled steroids and their respective log octanol–water partition coefficients. (Reprinted from R. D. Schoenwald and R. L. Ward. Relationship between steroid permeability across excised rabbit cornea and octanol-water partition coefficients. J. Pharm. Sci. 1978, 67(6), 786–788, with permission from Elsevier.)

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.



FIGURE 12-14 Simple diffusion cell. (Reprinted from M. G. Karth, W. I. Higuchi, and J. L. Fox, Direct membrane method for the study of interface-controlled transport of cholesterol in aqueous media. J. Pharm. Sci. 74, 612, 1985. With permission from Elsevier.)

at various pressures by the film is recorded directly.[43] Using this approach, measurement of the rate to achieve equilibrium sorption permits a calculation of the diffusion coefficients for gases and vapors.

In studying percutaneous absorption, animal or human skin, ordinarily obtained by autopsy, is employed. Scheuplein[33] described a cell for skin penetration experiments made of Pyrex and consisting of two halves, a donor and a receptor chamber, separated by a sample of skin supported on a perforated plate and securely clamped in place. The liquid in the receptor was stirred by a Teflon-coated bar magnet. The apparatus was submerged in a constant-temperature bath, and samples were removed periodically and assayed. For compounds such as steroids where penetration was slow, sensitive assays such as radioactive methods have been found to be necessary to determine the resulting low concentrations.

Wurster et al.[44] developed a permeability cell (Fig. 12-15) to study the diffusion through stratum corneum layer of



FIGURE 12-15 Diffusion cell for permeation through stripped skin layers. The permeant may be in the form of a gas, liquid, or gel. Key: *A,* glass stopper; *B,* glass chamber; *C,* aluminum collar; *D,* membrane and sample holder. (Reprinted from D. E. Wurster, J. A. Ostrenga, and L. E. Matheson, Jr., Sarin transport across excised human skin ll: effect of solvent pretreatment on permeability. J. Pharm. Sci. 68, 1406, 1410, 1979. With permission.)



FIGURE 12-16 Sweetana/Grass diffusion cell. Tissue is mounted between acrylic half-cells. Buffer is circulated by gas lift ($O_2/CO_2$) at the inlet and flows in the direction of arrows, parallel to the tissue surface. Temperature control is maintained by a heating block.

the skin (stripped from the human forearm) of various permeants, including gases, liquids, and gels. During diffusion experiments, the chamber was kept at constant temperature and gently shaken in the plane of the membrane to reduce the UWLs. Samples were withdrawn from the receptor chamber at specific times and analyzed for the permeant.

Addicks et al.[45,46] described a flow-through cell and a cell that yielded results more comparable to the diffusion of drugs under clinical conditions. Grass and Sweetana[47] developed a side-by-side acrylic diffusion cell for studying tissue permeation, primarily using if for excised intestinal tissue. It was subsequently adapted for studying permeation through cultured cell monolayers.[48] These chambers (Fig. 12-16) have the advantage of employing laminar flow conditions across the tissue or cell surface creating a controllable fluid movement, allowing for an assessment of the ABL[49] and, therefore, calculation of intrinsic membrane drug permeability.

As drug discovery efforts have transitioned to high-throughput screening, permeability experiments which were routinely performed on tens of compounds have been adapted to throughputs of hundreds or thousands of compounds. Galkin et al. have described using optimized methods to grow cell monolayers and perform permeability studies in 96-well plates in order to screen large numbers of compounds in cell systems.[50]

In addition to the transport of drugs across various barriers and membranes, the kinetics and equilibria of liquid and solute absorption into plastics, skin, and chemical and other biologic materials by diffusion are of significant pharmaceutical interest. Absorption can be determined simply by placing sections of the film in a constant-temperature bath of the pure liquid or solution. The sections are retrieved at various times, excess liquid is removed with absorbent tissue, and the film samples are accurately weighed in tared bottles. Radioactive counting or other analytical techniques can also be used with this method to analyze for drug remaining in solution and, by difference, the amount sorbed into the film.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.



## KEY CONCEPT

### MEMBRANES AND BARRIERS

Flynn et al.[35] differentiated between a membrane and a barrier. A *membrane* is a biologic or physical "film" separating the phases, and material passes by passive, active, or facilitated transport across this film. The term *barrier* applies in a more general sense to the region or regions that offer resistance to passage of a diffusing material, the total barrier being the sum of individual resistances of membranes.

## DIFFUSION IN BIOLOGIC SYSTEMS

### Gastrointestinal Absorption of Drugs

Diffusion through biologic membranes is an essential step for drugs entering (i.e., absorption) or leaving (i.e., elimination) the body. It is also an important component along with convection for efficient drug distribution throughout the body and into tissues and organs. Diffusion can occur through the lipoidal bilayer of cells. This is termed *transcellular diffusion*. On the other hand, *paracellular* diffusion occurs through the spaces between adjacent cells. In addition to diffusion, drugs and nutrients also traverse biologic membranes using membrane transporters and, to a lesser extent, cell surface receptors. Membrane transporters are specialized proteins that facilitate drug transport across biologic membranes. The interactions between drugs and transporters can be classified as energy dependent (i.e., active transport) or energy independent (i.e., facilitated diffusion).

Membrane transporters are located in every organ responsible for the absorption, distribution, metabolism, and excretion (ADME) of drug substances.

The two main classes of transport are passive and carrier mediated (Figs. 12-17 and 12-18). Passive transfer involves a simple diffusion driven by differences in drug concentration on the two sides of the membrane. In intestinal absorption, the drug travels in most cases by passive transport from a region of high concentration in the GI tract to a region of low concentration in the systemic circulation. Given the instantaneous dilution of absorbed drug once it reaches the bloodstream, sink conditions are essentially maintained at all times.

Carrier-mediated transport can be classified as active transport (i.e., requires an energy source) or as facilitated diffusion (i.e., does not depend on an energy source such as adenosine triphosphate). In active transport, the drug can proceed from regions of *low* concentration to regions of *high* concentration through the "pumping action" of these biologic transport systems. Facilitative-diffusive carrier proteins cannot transport drugs or nutrients "uphill" or against a concentration gradient. We will make limited use of specialized carrier systems in this chapter and will concentrate attention mainly on passive diffusion. Specialized membrane transport mechanisms are covered in more detail in *Chapters 13 Biopharmaceutics and Pharmacokinetics and 15: Disintegration, Dissolution, and Drug Release.*

> **Example 12-5  Intestinal Drug Absorption and Secretion**
> The apparent permeability, $P_{app}$, of Taxol across a monolayer of Caco-2 cells is $4.4 \times 10^{-6}$ cm/s in the apical to basolateral direction (i.e., absorptive direction) and is $31.8 \times 10^{-6}$ cm/s from basolateral to apical direction (i.e., secretory direction). Assuming that both



FIGURE 12-17  Illustration shows the different mechanisms involved in transport across the intestinal membrane. Insert drawing shows the pathways for a drug when crossing the epithelium. (Reprinted from A. L. Ungell, Caco-2 replace or refine? Drug. Discov. Today Technol. 2004, 1, 423–430, with permission from Elsevier.)

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

FIGURE 12-18 Model for the absorption of a drug through the mucosa of the small intestine. Molecules can cross this barrier (i) by traveling across the epithelial cells (transcellular pathway), (ii) by traveling through the intercellular spaces (paracellular pathway), or (iii) by a carrier-mediated process in which they are carried across the epithelium by a protein carrier. (Reprinted from L. S. L. Gan and D. R. Thakker. Applications of the Caco-2 model in the design and development of orally active drugs: elucidation of biochemical and physical barriers posed by the intestinal epithelium. Adv. Drug Deliv. Rev. 1997, 23(1–3), 77–98. doi:10.1016/s0169-409x(96)00427-9, with permission from Elsevier.)



absorptive and secretory drug transport occurs under sink conditions ($C_r \ll C_d$), what is the amount of Taxol absorbed through the intestinal wall 2 hours after administering an oral dose? Assume that the Taxol concentration in the intestinal fluid is 0.1 mg/mL, and that the effective area for intestinal absorption and secretion is 1 m$^2$.[51,52]

We have

$$\frac{dJ}{dt} = \frac{dM}{dt\,A} = P_{app}C_d$$

For intestinal absorption,

$$M_a = P_{app}C_d At = (4.4 \times 10^{-6}\ \text{cm/s})(0.1\ \text{mg/mL})(1\ \text{m}^2)(2\ \text{hr})$$
$$= 31.68\ \text{mg}$$

Following intravenous administration, the initial Taxol concentration in the plasma is 10 $\mu$g/mL. How much Taxol will be secreted into the feces 2 hours after dosing?

For intestinal secretion,

$$M_e = P_{app}C_d At = (31.8 \times 10^{-6}\ \text{cm/s})(10\ \mu\text{g/mL})(1\ \text{m}^2)(2\ \text{hr})$$
$$= 22.90\ \text{mg}$$

## Effect of pH

Many drugs are weakly acidic or basic, and the ionic character of the drug and the biologic compartments and membranes have an important influence on the transfer process. From the Henderson–Hasselbalch relationship for a weak acid,

$$pH = pK_a + \log \frac{[A^-]}{[HA]} \qquad \textbf{12-39}$$

where [HA] is the molar concentration of the nonionized weak acid and [A$^-$] is the molar concentration of its ionized conjugate base. For a weak base, the equation is

$$pH = pK_a + \log \frac{[B]}{[BH^+]} \qquad \textbf{12-40}$$

where [B] is the concentration of the base and [BH$^+$] that of its conjugate acid. $pK_a$ is the dissociation exponent for the weak acid in each case. For the weak base, $pK_a = pK_w - pK_b$.

The percentage ionization of a drug which is a weak acid is the ratio of concentration of drug in the ionic form, $I$, to total concentration of drug in ionic, $I$, and undissociated, $U$, form, multiplied by 100:

$$\%\ \text{Ionized} = \frac{I}{I+U} \times 100 \qquad \textbf{12-41}$$

Therefore, the Henderson–Hasselbalch equation for weak acids can be written as

$$\frac{U}{I} = 10^{(pK_a-pH)} = \text{antilog}(pK_a - pH) \qquad \textbf{12-42}$$

or

$$U = I\ \text{antilog}(pK_a - pH) \qquad \textbf{12-43}$$

Substituting $U$ into the equation for percentage ionization yields

$$\%\ \text{Ionized} = \frac{100}{1 + \text{antilog}(pK_a - pH)} \qquad \textbf{12-44}$$

Similarly, for a weak molecular base,

$$\%\ \text{Ionized} = \frac{100}{1 + \text{antilog}(pH - pK_a)} \qquad \textbf{12-45}$$

In equation (**12-44**), $pK_a$ refers to the weak acid, whereas in (**12-45**), $pK_a$ signifies the acid that is conjugate to the weak base.

The percentage ionization at various pH values of the weak acid sulfisoxazole, $pK_a \cong 5.0$, is given in Table 12-4. At a point at which the pH is equal to the drug's $pK_a$, equal amounts are present in the ionic (or dissociated) and molecular (nonionic, undissociated) forms.

Drug absorption by means of diffusion through intestinal cells (i.e., enterocytes), *transcellular diffusion,* or in between those cells (i.e., *paracellular diffusion*) is governed by the

### TABLE 12-4

**Percentage Sulfisoxazole, p$K_a \cong$ 5.0, Dissociated and Undissociated at pH Values**

| pH | Percentage Dissociated | Percentage Undissociated |
|---|---|---|
| 2.0 | 0.100 | 99.900 |
| 4.0 | 9.091 | 90.909 |
| 5.0 | 50.000 | 50.000 |
| 6.0 | 90.909 | 9.091 |
| 8.0 | 99.900 | 0.100 |
| 10.0 | 99.999 | 0.001 |

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

state of ionization of the drug, its solubility and concentration in the intestine, and its membrane permeability.

## pH-Partition Hypothesis

Biologic membranes are predominantly lipophilic, and drugs penetrate these barriers mainly in their molecular, undissociated form. Brodie and his associates[53] were the first to apply the principle, known as the *pH-partition hypothesis,* which describes that drugs are absorbed from the GI tract by passive diffusion depending on the fraction of undissociated drug at the pH of the intestines. It is reasoned that the partition coefficient between membranes and GI fluids is large for the undissociated drug species and favors transport of the un-ionized form from the intestine through the mucosal wall and into the systemic circulation. Conversely, partitioning into lipid membranes is unfavorable for the dissociated or ionized species.

The pH-partition principle has been tested in a large number of in vitro and in vivo studies, and it has been found to be only partly applicable in real biologic systems.[53,54] In many cases, the ionized as well as the un-ionized form partitions into, and is appreciably transported across, lipophilic membranes. It is found for some drugs, such as sulfathiazole, that the in vitro permeability coefficient for the ionized form may actually exceed that for the molecular form of the drug.

Since partitioning transport of a drug across a membrane such as the GI mucosa is a diffusional process, it can be described by Fick's law:

$$-\frac{dM}{dt} = \frac{D_m S K}{h}(C_g - C_p)$$   12-46

where $M$ is the amount of drug in the gut compartment at time $t$, $D_m$ is diffusivity in the intestinal membrane, $S$ is the area of the membrane, $K$ is the partition coefficient between membrane and aqueous medium in the intestine, $h$ is the membrane thickness, $C_g$ is the concentration of drug in the intestinal compartment, and $C_p$ is the drug concentration in the plasma compartment at time $t$. The gut compartment is kept at a high concentration and has a large enough volume relative to the plasma compartment so as to make $C_g$ a constant compared to $C_p$, which is relatively small. Since it is effectively at sink conditions, it can be omitted and equation **(12-46)** then becomes

$$-\frac{dM}{dt} = \frac{D_m S K C_g}{h}$$   12-47

We can convert the left-hand side of **(12-47)** into concentration units by using $C$ (mass/unit volume) $\times V$ (volume). Using the relationship described previously in equation **(12-16)**, the right-hand side of equation **(12-44)** (the diffusion constant, membrane area, partition coefficient, and membrane thickness) can be combined to yield a *permeability coefficient*. These changes lead to the pair of equations

$$-V\frac{dC_g}{dt} = P_g C_g$$   12-48

$$-V\frac{dC_p}{dt} = P_p C_g$$   12-49

where $C_g$ and $P_g$ of equation **(12-48)** are the concentration and permeability coefficient, respectively, for drug passage from intestine to plasma. In equation **(12-49)**, $C_p$ and $P_p$ are corresponding terms for the reverse passage of drug from plasma to intestine. Because the gut volume, $V$, and the gut concentration, $C_g$, are constant, dividing **(12-48)** by **(12-49)** yields

$$\frac{dC_g/dt}{dC_p/dt} = \frac{P_g}{P_p}$$   12-50

Equation **(12-50)** demonstrates that the ratio of absorption rates in the intestine-to-plasma and the plasma-to-intestine directions is equivalent to the ratio of the permeability coefficients.

Turner et al.[54] showed that undissociated drugs pass freely through the intestinal membrane in either direction by simple diffusion, in agreement with the pH-partition principle. Drugs that are partly ionized show an increased permeability ratio, indicating favored penetration from intestine to plasma. Completely ionized drugs, either negatively or positively charged, show permeability ratios $P_g/P_p$ of about 1.3, that is, a greater passage from gut to plasma than from plasma to gut. This suggested that penetration of ions is associated with sodium ion flux. Their forward passage, $P_g$, is apparently due to a coupling of the ions with sodium transport, which then ferries the drug ions across the membrane.

The pH-partition behavior of drug molecules can become more complex when the compounds have more than one $pK_a$ (ionizable site). As an example, Colaizzi and Klink[55] investigated the pH-partition behavior of the tetracyclines, a class of drugs comprised of molecules with three separate $pK_a$ values. They found that the lipid solubility and relative amounts of the ionic forms of a tetracycline at physiologic pH have an impact on the biologic activity of the various tetracycline analogs used in clinical practice.

## Modification of the pH-Partition Principle

Ho and coworkers[56] also showed that the pH-partition principle is only approximate, by assuming, as it does, that drugs are absorbed through the intestinal mucosa in only the nondissociated form. Absorption of relatively small ionic and nonionic species through the aqueous paracellular spaces and the aqueous diffusion layer adjacent to the membrane must also be considered.[21] Other complicating factors, such as metabolism of the drug in the GI membrane, absorption and secretion by carrier-mediated processes, absorption in micellar form, and enterohepatic circulatory effects, must also be accounted for in any model that is proposed to reflect the complete in vivo processes.

Ho, Higuchi, and their associates[21] investigated the GI absorption of drugs by combining diffusional principles and a knowledge of the physiologic factors involved. They employed an in situ preparation, as shown in Figure 12-19, known as the modified Doluisio method for in situ rat intestinal absorption. (The original rat intestinal preparation[57]

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.





FIGURE 12-19 Modified Doluisio technique for in situ rat intestinal absorption. A number of in situ perfusion flow patterns have been utilized to obtain drug permeabilities. These include (a) oscillating perfusion; (b) recirculating perfusion; (c) single-pass perfusion; (d) ligated intestinal loop. s, perfused intestinal segment; c, cannula; v, jejuna' veins; p, pump; r, reservoir. (Reprinted from B. H. Stewart, O. H. Chan, N. Jezyk, and D. Fleisher, Discrimination between drug candidates using models for evaluation of intestinal absorption. Adv. Drug Deliv. Rev. 1997, 23(1–3), 27–45. doi:10.1016/s0169-409x(96)00424-3, with permission from Elsevier.)

employed two syringes without the mechanical pumping modification.) This method isolates the small intestine in an anesthetized rat and perfuses a measured section of known surface area with a drug solution of known concentration. Drug concentration of the solution at the distal end of the perfused segment is measured and the difference in concentration allows the calculation of the amount of drug that has been absorbed. Permeability of the intestine can then be calculated.

Lennernas[58] has adapted the in situ perfusion technique previously described for rats to a system for use in humans. Figure 12-20 shows an intubation system that can be localized in the upper GI tract. There are various ports that can allow delivery of drug solution directly to a specific region of the intestine and ports that can be used for sampling. In addition, small inflatable sections can be used to hold drug solution at a particular region to provide a constant exposure. Similar to the in situ rat experiments, disappearance of drug can be determined by sampling aspirated material.

A diagram of the model of the various barriers involved in the absorption of a drug through the mucosal membrane of the small intestine is shown in Figure 12-21. The ABL is in series with the biomembrane, which is composed of lipid



FIGURE 12-20 Loc-I-Gut is a perfusion technique for the proximal region of the human jejunum. The multichannel tube is 175 cm long and is made of polyvinyl chloride with an external diameter of 5.3 cm. It contains six channels and is provided distally with two 40 mm long, elongated latex balloons, placed 10 cm apart and each separately connected to one of the smaller channels. The two wider channels in the center of the tube are for infusion and aspiration of perfusate. The two remaining peripheral smaller channels are used for administration of marker substances and/or for drainage. A tungsten weight is attached to the distal end of the tube in order to facilitate passage of the tube into the jejunum. The balloons are filled with air when the proximal balloon has passed the ligament of Treitz. Gastric suction is obtained by a separate tube. $^{14}$C-PEG 4,000 is used as a volume marker to detect water flux across the intestinal barrier. (From H. Lennernas, Animal data: the contributions of the Using Chamber and perfusion systems to predicting human oral drug delivery in vivo. Adv. Drug Deliv. Rev. 2007, 59(11), 1103–1120. doi:10.1016/j.addr.2007.06.016, with permission from Elsevier.)

regions and aqueous regions in parallel. The final reservoir is a sink consisting of the blood. The flux of a drug permeating the mucosal membrane is

$$J = P_{app}(C_b - C_{blood}) \qquad \textbf{12-51}$$



FIGURE 12-21 Model for the absorption of a drug through the mucosa of the small intestine. The intestinal lumen is on the left, followed by a static aqueous diffusion layer (DL). The gut membrane consists of aqueous pores (a) and lipoidal regions (l). The distance from the membrane wall to the systemic circulation (sink) is marked off from 0 to $-L_2$; the distance through the diffusion layer is 0 to $L_1$. (Reprinted from N. F. Ho, W. I. Higuchi, and J. Turi, Theoretical model studies of drug absorption and transport in the GI tract III. J. Pharm. Sci. 61, 192, 1972, with permission from Elsevier.)

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.



## KEY CONCEPT

## TRANSPORT PATHWAYS

*Parallel* transport pathways are all of the potential pathway options encountered during a particular absorption step. Although many pathways are potentially available for drug transport across biologic membranes, drugs will traverse the particular absorption step by the path of least resistance.

For transport steps in *series* (i.e., one absorption step must be traversed before the next one), the slower absorption step is always the rate-determining process.

or, because the blood reservoir is a sink, $C_{\text{blood}} \approx 0$, and

$$J = P_{\text{app}}C_{\text{b}} \qquad \text{12-52}$$

where $P_{\text{app}}$ is the apparent permeability coefficient (cm/s) and $C_{\text{b}}$ is the total drug concentration in bulk solution in the lumen of the intestine. The apparent permeability coefficient is given by

$$P_{\text{app}} = \frac{1}{\dfrac{1}{P_{\text{aq}}} + \dfrac{1}{P_{\text{m}}}} \qquad \text{12-53}$$

where $P_{\text{aq}}$ is the permeability coefficient of the drug in the ABL (cm/s) and $P_{\text{m}}$ is the effective permeability coefficient for the drug in the lipoidal and polar aqueous regions of the membrane (cm/s).

The flux can be written in terms of drug concentration, $C_{\text{b}}$, in the intestinal lumen by combining with it a term for the volume, or

$$J = \frac{V}{S} \cdot \frac{dC_{\text{b}}}{dt} \qquad \text{12-54}$$

where $S$ is the surface area and $V$ is the volume of the intestinal segment. The first-order disappearance rate, $K_{\text{u}}$ (s$^{-1}$), of the drug in the intestine appears in the expression

$$\frac{dC_b}{dt} = -K_u C_{\text{b}} \qquad \text{12-55}$$

Substituting equation (12-55) into (12-54) gives

$$J = \frac{V}{S} \cdot K_u C_{\text{b}} \qquad \text{12-56}$$

And from equations (12-52) and (12-53), together with (12-56), we find

$$P_{\text{app}} = \frac{1}{\dfrac{1}{P_{\text{aq}}} + \dfrac{1}{P_{\text{m}}}} = \frac{V}{S}K_u \qquad \text{12-57}$$

or

$$K_u = \frac{S}{V} \cdot \frac{P_{\text{aq}}}{1 + \dfrac{P_{\text{aq}}}{P_{\text{m}}}} \qquad \text{12-58}$$

Consideration of two cases, (a) aqueous boundary layer control and (b) membrane control, results in simplification of equation (12-58) in the following two cases.

1. When the permeability coefficient of the intestinal membrane (i.e., the velocity of drug passage through the membrane in centimeter per second) is much greater than that of the aqueous layer, the aqueous layer will cause a slower passage of the drug and become a rate-limiting barrier. Therefore, $P_{\text{aq}}/P_{\text{m}}$ will be much less than unity, and equation (12-58) can be reduced to

$$K_{u,\text{max}} = (S/V)P_{\text{aq}} \qquad \text{12-59a}$$

$K_u$ is now written as $K_{u,\text{max}}$ because the maximum possible diffusional rate constant is determined by passage across the ABL.

2. If, on the other hand, the permeability of the aqueous boundary layer is much greater than that of the membrane, $P_{\text{aq}}/P_{\text{m}}$ will become much larger than unity, and equation (12-55) reduces to

$$K_u = (S/V)P_{\text{m}} \qquad \text{12-59b}$$

The rate-determining step for transport of drug across the membrane is now under membrane control, that is, limited by diffusion through the lipid regions of the cell.

When neither $P_{\text{aq}}$ nor $P_{\text{m}}$ is much larger than the other, the process is controlled by the rate of drug passage through both the stationary aqueous layer and the membrane. Figures 12-22 and 12-23 show the absorption studies of *n*-alkanol and *n*-alkanoic acid homologs, respectively, that concisely illustrate the changes from the biophysical interplay of pH, p$K_a$, solute lipophilicity due to carbon chain length, membrane permeability of the lipid and aqueous pore pathways, and permeability of the aqueous unstirred layer (UWL) as influenced by the hydrodynamics of the solution.



FIGURE 12-22 First-order absorption rate constant for a series of *n*-alkanols under various hydrodynamic conditions (static or low stirring rates and oscillation or high stirring fluid at 0.075 mL/s) in the jejunum, using the modified Doluisio technique. (From N. F. Ho, J. Y. Park, W. Morozowich, and W. I. Higuchi, in E. B. Roche (Ed.), *Design of Biopharmaceutical Properties Through Prodrugs and Analogs*, American Pharmaceutical Association, Academy of Pharmaceutical Sciences, Washington, D. C., 1977, p. 148. With permission.)

© 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.



FIGURE 12-23 First-order absorption rate constants of alkanoic acids versus buffered pH of the bulk solution of the rat gut lumen, using the modified Doluisio technique. Hydrodynamic conditions are shown in the figure. (From N. F. Ho, J. Y. Park, W. Morozowich, and W. I. Higuchi, in E. B. Roche (Ed.), *Design of Biopharmaceutical Properties Through Prodrugs and Analogs*, American Pharmaceutical Association, Academy of Pharmaceutical Sciences, Washington, D.C., 1977, p. 150. With permission.)

**Example 12-6  Intestinal Transport of a Small Molecule**

Calculate the first-order rate constant, $K_u$, for transport of an aliphatic alcohol across the mucosal membrane of the rat small intestine if $S/V = 11.2$ cm$^{-1}$, $P_{aq} = 1.5 \times 10^{-4}$ cm/s, and $P_m = 1.1 \times 10^{-4}$ cm/s.

We have:

$$K_u = (11.2)\frac{1.5 \times 10^{-4} \text{ cm/s}}{1 + \dfrac{1.5 \times 10^{-4} \text{ cm/s}}{1.1 \times 10^{-4} \text{ cm/s}}} = 11.2\left(\frac{1.5 \times 10^{-4}}{2.3636}\right)$$

$$K_u = 7.1 \times 10^{-4} \text{ s}^{-1}$$

For a weak electrolyte drug, the absorption rate constant, $K_u$, is[21]

$$K_u = \frac{S}{V} \cdot \frac{P_{aq}}{1 + \dfrac{P_{aq}}{P_0 X_s + P_p}} \qquad \textbf{12-60}$$

where $P_m$ of the membrane is now separated into two terms representing two parallel diffusional pathways (Fig. 12-17): $P_0$, the permeability coefficient of the lipoidal pathway for nondissociated drug, and $P_p$, the permeability coefficient of the polar or aqueous pathway which will allow for diffusion of both ionic and nonionic species:

$$P_m = P_0 X_s + P_p \qquad \textbf{12-61}$$

The fraction of undissociated drug species, $X_s$, at the pH of the membrane surface in the aqueous boundary is

$$X_s = \frac{[\text{H}^+]_s}{[\text{H}^+]_s + K_a} = \frac{1}{1 + \text{antilog}(\text{pH}_s - \text{p}K_a)} \qquad \textbf{12-62}$$

for weak acids, and

$$X_s = \frac{K_a}{[\text{H}^+]_s + K_a} = \frac{1}{1 + \text{antilog}(\text{p}K_a - \text{pH}_s)} \qquad \textbf{12-63}$$

for weak bases. Note the relationship between equations **(12-62)** and **(12-44)** and between **(12-63)** and **(12-45)**. $K_a$ is

the dissociation constant of a weak acid or of the acid conjugate to a weak base, and $[\text{H}^+]_s$ is the hydrogen ion concentration at the membrane surface, where $s$ stands for surface. The surface pH$_s$ is not necessarily equal to the pH of the buffered drug solution[21] because the membrane of the small intestine actively secretes buffer species (principally $CO_2^{2-}$ and $HCO_3^{-}$). It is only at a pH of about 6.5 to 7.0 that the surface pH is equal to the buffered solution pH.

**Example 12-7  Duodenal Absorption Rate Constant**

A weakly acidic drug having a $K_a$ value of $1.48 \times 10^{-5}$ is placed in the duodenum in a buffered solution of pH 5.0. Assume $[\text{H}^+]_s = 1 \times 10^{-5}$ in the duodenum, $P_{aq} = 5.0 \times 10^{-4}$ cm/s, $P_0 = 1.14 \times 10^{-3}$ cm/s, $P_p = 2.4 \times 10^{-5}$ cm/s, and $S/V = 11.20$ cm$^{-1}$. Calculate the absorption rate constant, $K_u$, using equation **(12-60)**.

First, from equation **(12-62)**, we have

$$X_s = \frac{1 \times 10^{-5}}{1 \times 10^{-5} + 1.48 \times 10^{-5}} = 0.403$$

Then,

$$K_u = (11.2)\frac{5.0 \times 10^{-4}}{1 + \dfrac{5.0 \times 10^{-4}}{(1.14 \times 10^{-3})0.403 + 2.4 \times 10^{-5}}}$$

$$K_u = 2.75 \times 10^{-3} \text{ s}^{-1}$$

**Example 12-8  Transcorneal Permeation of Pilocarpine**

In gastrointestinal absorption (see *Example 12-6*), the permeability coefficient is divided into $P_0$ for the lipoidal pathway for undissociated drug and $P_p$ for the polar pathway for both ionic and nonionic species. In an analogous way, $P$ can be divided for corneal penetration of a weak base into two permeation coefficients: $P_B$ for the un-ionized species and $P_{BH+}$ for its ionized conjugated acid. The following example demonstrates the use of these two permeability coefficients.

Mitra and Mikkelson[59] studied the transcorneal permeation of pilocarpine using an in vitro rabbit corneal preparation clamped into a special diffusion cell. The permeability (permeability coefficient) $P$ as determined experimentally is given at various pH values in Table 12-5.

1. Compute the un-ionized fraction, $f_B$, of pilocarpine at the pH values found in the table, using equation **(12-63)**. The p$K_a$ of pilocarpine (actually the p$K_a$ of the conjugate acid of the weak base, pilocarpine, and known as the pilocarpinium ion) is 6.67 at 34°C.
2. The relationship between the permeability $P$ and the un-ionized fraction $f_B$ of pilocarpine base over this range of pH values is given by the equation

$$P = P_B f_B + P_{BH^+} f_{BH^+} \qquad \textbf{12-64}$$

**TABLE 12-5**

**Permeability Coefficients at Various pH Values**

| pH, donor solution | 4.67 | 5.67 | 6.24 | 6.40 | 6.67 | 6.91 | 7.04 | 7.40 |
|---|---|---|---|---|---|---|---|---|
| $P \times 10^6$ cm/s | 4.72 | 5.44 | 6.11 | 6.81 | 7.06 | 7.66 | 6.79 | 8.85 |

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

302    MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES

where B stands for base and BH$^+$ for its ionized or conjugate acid form. Noting that $f_{BH^+} = 1 - f_B$, we can write equation (**12-61**) as

$$P = P_{BH^+} + (P_B - P_{BH^+})f_B \qquad \textbf{12-65}$$

Obtain the permeability for the protonated species, $P_{BH^+}$, and the uncharged base, $P_B$, using least-squares linear regression on equation (**12-65**) in which $P$, the total permeability, is the dependent variable and $f_B$ is the independent variable.

3. Obtain the ratio of the two permeability coefficients, $P_{BH^+}/P_B$.

**Answers:**

1. The calculated $f_B$ values are given at the various pH values in the following table:

| pH, donor solution | 4.67 | 5.67 | 6.24 | 6.40 | 6.67 | 6.91 | 7.04 | 7.40 |
|---|---|---|---|---|---|---|---|---|
| $f_B$ | 0.01 | 0.09 | 0.27 | 0.35 | 0.50 | 0.64 | 0.70 | 0.84 |

2. Upon linear regression, equation (**12-65**) gives

$$P = 4.836 \times 10^{-6} + 4.897 \times 10^{-6}\, f_B$$

$$\text{Intercept} = 4.836 \times 10^{-6} = P_{BH^+}$$

$$\text{Slope} = 4.897 \times 10^{-6} = (P_B - 4.836 \times 10^{-6})$$

$$P_B = 9.73 \times 10^{-6}\ \text{cm/s}$$

3. The ratio $P_B/P_{BH^+} \cong 2$. The permeability of the un-ionized form is seen to be about twice that of the ionized form.

## Percutaneous Absorption

The skin serves a myriad of physiologic functions, including but not limited to the containment of fluids and tissues, protection from the external environment, temperature regulation, etc. These major functions of the skin include significant barrier properties and it is this barrier function that can significantly limit diffusion of drugs, and as a result make drug delivery though the skin difficult. In contrast to epithelial barriers such as the intestine, the skin is a multilayered structure with a dense cornified epithelium of unique lipid composition. The major barrier of the epidermis is the outer layer, the stratum corneum, where dead keratinized cells are a barrier, especially for water and hydrophilic compounds, but it also restricts passage of lipophilic compounds. Once a compound crosses the stratum corneum, it diffuses to the dermis and from there to the systemic circulation. Figure 12-24 shows the various structures of the skin involved in percutaneous absorption. Although the other layers provide some resistance to the overall permeation process, in vitro experiments have that the stratum corneum with a 10- to 15-$\mu$m thickness is the primary barrier. The structure of the stratum corneum is composed of keratin-filled cells and intercellular multilamellar lipids. This results in two possible pathways as shown in Figure 12-25, including transcellular where a compound diffuses through the cells and lipid phases associated with the cells, and paracellular or intercellular route where a compound diffuses around the cells. Both pathways are believed to influence overall permeation.[60]

Percutaneous penetration, that is, passage through the skin, is generally a passive process and hence can be described by diffusion. Topical drug administration involves (a) dissolution of a drug in its vehicle, (b) diffusion of solubilized drug (solute) from the vehicle to the surface of the skin, and (c) penetration of the drug through the layers of the skin.

Scheuplein[61] found that the average permeability constant, $P_s$, for water into skin is $1.0 \times 10^{-3}$ cm/hr and the average diffusion constant, $D_s$, is $2.8 \times 10^{-10}$ cm$^2$/s (the subscript s on $D$ refers to skin). Water penetration into the stratum corneum appears to alter the barrier only slightly, primarily by its effect on the pores of the skin. Small polar nonelectrolytes penetrate into the bulk of the stratum corneum and bind strongly to its components; diffusion of most substances through this barrier is quite slow. Diffusion, for the most part, is transcellular rather than occurring through channels between cells or through sebaceous pores and sweat ducts (Fig. 12-24, mechanism A rather than B, C, or E). Stratum corneum, normal and even hydrated, is the most impermeable biologic membrane. As a point of comparison, the measured permeability of hydrocortisone in skin[60] was $3.3 \times 10^{-7}$ cm/s, $1.31 \times 10^{-6}$ cm/s in rabbit jejunum,[62] and $3.5 \times 10^{-5}$ cm/s in Caco-2 monolayers.[63]

It is an oversimplification to assume that one route prevails under all conditions.[61] Yet, after steady-state conditions have been established, transcellular diffusion through the stratum corneum most likely predominates. In the early stages of penetration or for large polar molecules, diffusion through *shunt* pathways of the appendages (hair follicles, sebaceous, and sweat ducts) may be significant.

Scheuplein et al.[64] investigated the percutaneous absorption of a number of steroids. They found that the skin's main barrier to penetration by steroid molecules is the stratum corneum. The diffusion coefficient, $D_s$, for these compounds is approximately $10^{-11}$ cm$^2$/s, several orders of magnitude smaller than for most nonelectrolytes. This small value of $D_s$ results in low permeability of the steroids. The addition of polar groups to the steroid molecule reduces the diffusion constant still more. For the polar steroids, sweat and sebaceous ducts appear to play a more important part in percutaneous absorption than diffusion through the bulk stratum corneum.

The studies of Higuchi and coworkers[65] demonstrated the methods used to characterize the permeability of different sections of the skin. Distinct protein and lipid domains appear to have a role in the penetration of drugs into the stratum corneum. The uptake of a solute may depend on the characteristics of the protein region, the lipid pathway, or a combination of these two domains in the stratum corneum as well as the lipophilicity of the solute. The lipid content of the stratum corneum is important in the uptake of lipophilic solutes but is not involved in permeation of hydrophilic drugs.[66]

Since transport across the skin can be described by passive diffusion, Hansen et al.[67] reviewed the relationships of diffusion coefficients and permeability of skin partitioning and octanol–water distribution. They hypothesized that "especially under physiologic hydration most or all water is bound to stratum corneum proteins and therefore not available to dissolve any solute. Consequently only a reduced fraction of corneocyte proteins that is in contact with stratum






FIGURE 12-24  Skin structures involved in percutaneous absorption. Thickness of layers is not drawn to scale. Key to sites of percutaneous penetration: A, transcellular; B, diffusion through channels between cells; C, through sebaceous ducts; D, transfollicular; E, through sweat ducts.

corneum lipids would be exposed to solute and participate in the adsorption."

Hansen found good correlation across several sets of data for comparison of the lipid–water partition coefficient of stratum



FIGURE 12-25  Schematic diagram of percutaneous penetration of chemicals through human stratum corneum. (Reprinted from N. Tayar, R. Tsai, B. Testa, P. Carrupt, C. Hansch, and A. Leo, Percutaneous penetration of drugs: a quantitative structure-permeability relationship study. J. Pharm. Sci. 1991, 80(8), 744–749, with permission from Elsevier.)

corneum lipids and octanol–water distribution coefficient (Fig. 12-26A). They also found good correlation between the partition coefficient of corneocyte protein–water partition coefficient and the same octanol–water distribution (Fig. 12-26B).

Chen et al.[68] described a mathematical model for percutaneous permeation, absorption, and disposition kinetics. The model accounts for the multiple parallel pathways described in Figures 12-24 and 12-25 and for the series of resistances of the multiple layers of the skin. The model uses a "brick and mortar" depiction of the stratum corneum in addition to the series of layers beneath (Fig. 12-27).

The proper choice of vehicle is important in ensuring bioavailability of topically applied drugs. Turi et al.[69] studied the effect of solvents—propylene glycol in water and polyoxypropylene 15 stearyl ether in mineral oil—on the penetration of diflorasone diacetate (a steroid ester) into the skin. The percutaneous flux of the drug was reduced by the presence of excess solvent in the base. Optimum solvent concentrations were determined for products containing both 0.05% and 0.1% diflorasone diacetate.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.



FIGURE 12-26  Log–log plots showing the dependence of (**A**) the lipid–water partition coefficient (PClip/w) and (**B**) the corneocyte protein–water partition coefficient (PCpro/w) upon the octanol–water distribution coefficient (KpH). The solid curves represent least squares fits over the entire data sets. (From S. Hansen, C. M. Lehr, U. F. Schaefer, Improved input parameters for diffusion models of skin absorption. Adv. Drug Deliv. Rev. 2013, 65(2), 251–264. doi:10.1016/j.addr.2012.04.011, with permission from Elsevier.)

The important factors influencing the penetration of a drug into the skin are (a) concentration of dissolved drug, $C_s$, because penetration rate is proportional to concentration; (b) the partition coefficient, $K$, between the skin and the vehicle, which is a measure of the relative affinity of the drug for skin and vehicle; and (c) diffusion coefficients, which represent the resistance of drug molecule movement through vehicle, $D_v$, and skin, $D_s$, barriers. The relative magnitude of the two diffusion coefficients, $D_v$ and $D_s$, determines whether release from vehicle or passage through the skin is the rate-limiting step.[69,70]

For diflorasone diacetate in propylene glycol–water (a highly polar base) and in polyoxypropylene 15 stearyl ether in mineral oil (a nonpolar base), the skin was found to be the rate-limiting barrier. The diffusional equation for this system is

$$-\frac{dC_v}{dt} = \frac{SK_{vs}D_sC_v}{Vh} \qquad \textbf{12-66}$$



FIGURE 12-27  Diagram of the overall "brick and mortar" scheme used to model transdermal penetration and absorption under in vitro conditions. (Reprinted by permission from Springer: Chen L, Han L, Saib O, Lian G. In silico prediction of percutaneous absorption and disposition kinetics of chemicals. Pharm Res. 2015, 32(5), 1779–1793. doi:10.1007/s11095-014-1575-0.)

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this contents prohibited.

where $C_v$ is the concentration of dissolved drug in the vehicle $(g/cm^3)$, $S$ is the surface area of application $(cm^2)$, $K_{sv}$ is the skin–vehicle partition coefficient of diflorasone diacetate, $D_s$ is the diffusion coefficient of the drug in the skin $(cm^2/s)$, $V$ is the volume of the drug product applied $(cm^3)$, and $h$ is the thickness of the skin barrier (cm).

The diffusion coefficient and the skin barrier thickness can be replaced by a resistance, $R_s$, to diffusion in the skin:

$$R_s = hD_s \qquad \textbf{12-67}$$

and equation **(12-66)** becomes

$$-\frac{dC_v}{dt} = \frac{SK_{vs}C_v}{VR_s} \qquad \textbf{12-68}$$

In a percutaneous experimental procedure, Turi et al.[64] measured the drug in the receptor rather than in the donor compartment of an in vitro diffusion apparatus, using hairless mouse skin as the barrier[*]. At steady-state penetration,

$$-V\frac{dC_v}{dt} = V_R\frac{dC_R}{dt} \qquad \textbf{12-69}$$

The rate of loss of drug from the vehicle in the donor compartment is equal to the rate of gain of drug in the receptor compartment. With this change, equation **(12-68)** is integrated to yield

$$M_R = \left(\frac{SK_{vs}C_v}{R_s}\right)t \qquad \textbf{12-70}$$

where $M_R$ is the amount of diflorasone diacetate in the receptor solution at time $t$. The flux, $J$, is

$$J = \frac{M_R}{St} = \frac{K_{vs}C_v}{R_s} \qquad \textbf{12-71}$$

The steady-state flux for a 0.05% diflorasone diacetate formulation containing various proportions (weight fractions) of polyoxypropylene 15 stearyl ether in mineral oil is shown in Figure 12-28. The skin–vehicle partition coefficient was measured for each vehicle formulation. The points represent the experimental values obtained with the diffusion apparatus; the line was calculated using equation **(12-71)**. The point at 0 weight fraction of the ether cosolvent is due to low solubility and slow dissolution rate of the drug in mineral oil and can be disregarded. Beyond a critical concentration, about 0.2 weight fraction of polyoxypropylene 15 stearyl ether, penetration rate decreases. The results[71] indicated that one application of the topical steroidal preparation per day was adequate and that the 0.05% concentration was as effective as the 0.1% preparation.

---

**Example 12-9** **Diflorasone Diacetate Permeation of Hairless Mouse Skin**

A penetration study of $5.0 \times 10^{-3}$ g/cm$^3$ diflorasone diacetate solution was conducted at 27°C in the diffusion cell of Turi et al.[69] using



**Flux $(\mu g/cm^2/hr)$ of diflorasone diacetate**

**Polyoxypropylene 15 stearyl ether, weight fractions, in mineral oil**

FIGURE 12-28 Steady-state flux of diflorasone diacetate in a mixture of polyoxypropylene 15 stearate ether in mineral oil. (Reprinted from J. S. Turi, D. Danielson, and W. Wolterson, Effects of polyoxypropylene 15 stearyl ether and propylene glycol on percutaneous penetration rate of diflorasone diacetate. J. Pharm. Sci. 68, 275, 1979, with permission from Elsevier.)

---

a solvent of 0.4 weight fraction of polyoxypropylene 15 stearyl ether in mineral oil. The partition coefficient, $K_{vs}$, for the drug distributed between hairless mouse skin and vehicle was found to be 0.625. The resistance, $R_s$, of the drug in the mouse skin was determined to be 6,666 hr/cm. The diameter of a circular section of mouse skin used as the barrier in the diffusion cell was 1.35 cm.[*] Calculate (a) the flux, $J = M_R/St$, in g/cm, and (b) the amount, $M_R$ in $\mu$g, of diflorasone diacetate that diffused through the hairless mouse skin in 8 hours.

Using equation **(12-71)**, we obtain

1.
$$J = \frac{K_{vs}C_v}{R_s} = \frac{(0.625)(5.0 \times 10^{-3}\,\text{g/cm}^3)}{6,666\,\text{hr/cm}}$$

$$J = 4.69 \times 10^{-7}\,\text{g/cm}^2/\text{hr}$$

2.
$$M_R = J \times S \times t$$

$$M_R = (4.69 \times 10^{-7}\,\text{g/cm}^2/\text{hr}) \times \frac{\pi}{4}(1.35\,\text{cm})^2(8\,\text{hr})$$

$$M_R = 5.37 \times 10^{-6}\,\text{g} = 5.37\,\mu\text{g}$$

---

Ostrenga and his associates[72] studied the nature and composition of topical vehicles as they relate to the transport of a drug through the skin. They varied $D_s$, $K_{vs}$, and $C_v$ to improve skin penetration of two topical steroids, fluocinonide and fluocinolone acetonide, incorporated into various propylene glycol–water gels. In vivo penetration and in vitro diffusion using human abdominal skin removed at autopsy were studied. It was concluded that clinical efficacy of topical steroids can be estimated satisfactorily from the physical chemical properties of drug and vehicle and in vitro measurements

---

[*]The use of hairless mouse skin is a common model for investigating transport across the skin because it is a simpler model in that it removes the transfollicular shunt pathway visible in Figure 12-24.

[*]The area, $S$, of a circle, expressed in terms of its diameter, $d$, is $S = \frac{1}{4}\pi d^2$. (See inside front cover.)

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.



**FIGURE 12-29**  Comparison of in vitro penetration of steroid through a skin section and in vivo skin blanching test. Key: •, in vitro method; °, in vivo method. (Reprinted from J. Ostrenga, C. Steinmetz, and B. Poulsen, Significance of Vehicle Composition I: Relationship between Topical Vehicle Composition, Skin Penetrability, and Clinical Efficacy. J. Pharm. Sci. 60, 1177, 1971, with permission from Elsevier.)

of drug release and diffusion. The diffusion, $D_s$, of the drug in the skin barrier can be influenced by components of the vehicle (mainly solvents and surfactants), and an optimum partition coefficient can be obtained by altering the affinity of the vehicle for the drug.

In vitro penetration of human cadaver skin and in vivo penetration of fluocinolone acetonide from propylene glycol gels into living skin are compared in Figure 12-29. It is observed that the shapes and peaks of the two curves are approximately similar. Thus, it appears that in vitro studies using human skin sections can serve as a rough guide to the formulation of acceptable vehicles for these steroidal compounds.

Ostrenga et al.[72] were able to show a relationship between release of the steroid from its vehicle, in vitro penetration through human skin obtained at autopsy, and in vivo vasoconstrictor activity of the drug depending on compositions of the vehicle. They determined some useful guidelines for enhancing the formulations of topically administered drugs including (a) all the drug should be in solution in the vehicle, (b) the solvent mixtures must maintain a favorable partition coefficient so that the drug is soluble in the vehicle and yet have a great affinity for the skin barrier into which it penetrates, and (c) the components of the vehicle should favorably influence the permeability of the stratum corneum.

Sloan and coworkers[73] studied the effect of vehicles having a range of solubility parameters, *d,* on the diffusion of salicylic acid and theophylline through hairless mouse skin. They were able to correlate the partition coefficient, *K,* for

the drugs between the vehicle and skin calculated from solubility parameters and the permeability coefficient, *P,* obtained experimentally from the diffusion data. The results obtained with salicylic acid, a soluble molecule, and with theophylline, a poorly soluble molecule with quite different physical chemical properties, were very similar.

The studies of skin permeation described thus far have focused upon efforts to increase percutaneous absorption processes to increase drug availability from topical dosing. However, for some classes of compounds, it is important that they not be absorbed across the skin. Pharmaceutical adjuvants, such as antimicrobial agents, antioxidants, coloring agents, and drug solubilizers, are not generally put on the skin in order to result in systemic exposure. They are expected to remain in the vehicle have activity on the skin's surface. However, they can penetrate the stratum corneum.

Parabens, typical preservatives incorporated into cosmetics and topical dosage forms, may cause allergic reactions if absorbed into the dermis. Komatsu and Suzuki[74] studied the in vitro percutaneous absorption of butylparaben (butyl *p*-hydroxybenzoate) through guinea pig skin. Disks of dorsal skin were placed in a diffusion cell between a donor and receptor chamber, and the penetration of $^{14}$C-butylparaben was determined by the fractional collection of samples from the cell's receptor side and measurement of radioactivity in a liquid scintillation counter.

When butylparaben was incorporated into various vehicles containing polysorbate 80, propylene glycol, and polyethylene glycol 400, a constant diffusivity was obtained averaging 3.63 ($\pm$0.47 SD) $\times 10^{-4}$ cm$^2$/hr.

The partition coefficient, $K_{vs}$, for the paraben between vehicle and skin changed markedly depending upon the vehicle. For a 0.015% (w/v) aqueous solution of butylparaben, $K_{vs}$ was found to be 2.77. For a 0.1% (w/v) solution of the preservative containing 2% (w/v) of polysorbate 80 and 10% (w/v) propylene glycol in water, the partition coefficient dropped to 0.18. The investigators found no apparent complexation between these solubilizers and butylparaben.

The addition of either propylene glycol or polyethylene glycol 400 to water was found to increase the solubility of paraben in the vehicle and to reduce its partition coefficient between vehicle and skin. By this means, skin penetration of butylparaben could be retarded, maintaining the preservative in the topical vehicle where it was desired. Komatsu and Suzuki[74] also found that the surfactant polysorbate 80 reduced preservative absorption, maintaining the antibacterial action of the paraben in the vehicle, but they concluded that the action of polysorbate 80 was a balance of complex factors that is difficult for the product formulator to predict and manage.

## Buccal Absorption

Permeability of the oral mucosa is between that of the intestinal mucosa and the skin and has been estimated to be 4 to 4,000 times greater than that of the skin.[75] The reason for the large range in the estimate derives from the fact that different regions of the mouth have slightly different characteristics

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

and therefore different diffusional properties. Harris and Robinson determined that the sublingual area was more permeable than the buccal region and that the palatal tissue was the least permeable. These differences are the result of the anatomical differences of each region including thickness and keratinization.

Using a wide range of organic acids and bases as drug models, Beckett and Moffat[76] studied the penetration of drugs into the lipid membrane of the mouths of humans. In harmony with the pH-partition hypothesis, absorption was related to the $pK_a$ of the compound and its lipid–water partition coefficient.

Ho and Higuchi[77] applied one of the earlier mass transfer models[78] to the analysis of the buccal absorption of $n$-alkanoic acids.[79] They utilized the aqueous–lipid phase model in which the weak acid species are transported across the aqueous diffusion layer and, subsequently, only the nonionized species pass across the lipid membrane. Unlike the intestinal membrane, the buccal membrane does not appear to possess significant aqueous pore pathways, and the surface pH is essentially the same as the buffered drug solution pH. Buccal absorption is assumed to be a first-order process owing to the capillary bed in the underlying submucosa. For their analysis, Ho and Higuchi used the following relationship:

$$\ln \frac{C}{C_0} = -K_u t \qquad \textbf{12-72}$$

where $C$ is the aqueous concentration of the $n$-alkanoic acid in the donor or mucosal compartment. The absorption rate constant, $K_u$, is

$$K_u = \frac{S}{V} \cdot \frac{P_{aq}}{1 + \dfrac{P_{aq}}{P_0 X_s}} \qquad \textbf{12-73}$$

the terms of which have been previously defined. Recall that, or, by equation **(12-59)**, $X_s = 1/[1 + \text{antilog}(pH_s - pK_a)]$ and is the fraction of un-ionized weak acid at $pH_s$.

With $S = 100$ cm$^2$, $V = 25$ cm$^3$, $P_{aq} = 1.73 \times 10^{-3}$ cm/s, $P_0 = 2.27 \times 10^{-3}$ cm/s, $pK_a = 4.84$, and $pH_s = 4.0$, equations **(12-62)** and **(12-73)** yield for caproic acid an absorption rate constant

$$K_u = \frac{100}{25}\left( \frac{1.73 \times 10^{-3}}{1 + \dfrac{1.73 \times 10^{-3}}{2.27 \times 10^{-3} \times 0.874}} \right) = 3.7 \times 10^{-3} \text{ s}^{-1}$$

Buccal absorption rate constants constructed according to the model of Ho and Higuchi agree well with experimental values. Their study shows an excellent correspondence between diffusional theory and in vivo absorption and suggests a potentially successful approach for the development of structure–activity relationships not only for buccal membrane permeation but also for diffusion-controlled absorption in general.

## Uterine Diffusion

Drugs such as progesterone and other therapeutic and contraceptive compounds may be delivered in microgram amounts into the uterus by means of diffusion-controlled forms (intrauterine device). In this way, the patient is automatically and continuously provided medication or protected from pregnancy for days, weeks, or months.[80] In this case, diffusion controls release of the drug form the dosage form and also controls drug absorption through the uterine tissue.

Yotsuyanagi et al.[81] performed in situ vaginal drug absorption studies using the rabbit doe as an animal model to develop and test more effective uterine drug delivery systems. A solution of a model drug was perfused through a specially constructed cell and implanted in the vagina of the doe (Fig. 12-30), and the drug disappearance was monitored. The drug release followed first-order kinetics, and the results permitted the calculation of apparent permeability coefficient and diffusion layer thickness.



**FIGURE 12-30** Implanted rib-cage cell in the vaginal tract of a rabbit. (Reprinted from T. Yotsuyanagi, A. Molakhia, et al., Systems approach to vaginal delivery of drugs I: development of in situ vaginal drug absorption procedure. J. Pharm. Sci. 64, 71, 1975, with permission from Elsevier.)

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.



FIGURE 12-31 Contraceptive drug in water-insoluble silicone polymer matrix. Dimensions and sections of the matrix are shown together with concentration gradients across the drug release pathway. (Reprinted from S. Hwang, E. Owada, T. Yotsuyanagi, et al. Systems Approach to Vaginak Delivery of Drugs III: Simulation Studies Interfacing Steroid Release from Silicone Matrix and Vaginal Absorption in Rabbits. J. Pharm. Sci. 65, 1578, 1976, with permission from Elsevier.)

Drug may also be implanted in the vagina in a silicone matrix (Fig. 12-31), and drug release at any time can be calculated using a quadratic expression,[81]

$$\left(\frac{1}{2\pi h a_0^2 A}\right) M^2 + \frac{D_e K_s}{a_0}\left(\frac{1}{P_{aq}} + \frac{1}{P_m}\right) M - (2\pi h D_e C_s t) = 0 \qquad \textbf{2-74}$$

The method of calculation can be shown, using the data of Hwang et al.,[71] which are given in Table 12-6. When the

### TABLE 12-6

#### Physical Parameters for the Release of Progesterone and Hydrocortisone from a Silicone Matrix for Vaginal Absorption in the Rabbit[71]

|  | Progesterone | Hydrocortisone |
|---|---|---|
| Solubility in matrix, $C_s$ (mg/cm$^3$) | 0.572 | 0.014 |
| Diffusion coefficient in matrix, $D_e$(cm$^2$/s) | $4.5 \times 10^{-7}$ | $4.5 \times 10^{-7}$ |
| Silicone–water partition coefficient, $K_s$ | 50.2 | 0.05 |
| Permeability coefficient of rabbit vaginal membrane, $P_m$ (cm/s) | $7 \times 10^{-4}$ | $5.8 \times 10^{-5}$ |
| $P_{aq}$ (when $h_{aq}$ = 100 $\mu$m) | $7 \times 10^{-4}$ | $7 \times 10^{-4}$ |
| $P_{aq}$ (when $h_{aq}$ = 1,000 $\mu$m) | $0.7 \times 10^{-4}$ | $0.7 \times 10^{-4}$ |

Reprinted from S. Hwang, E. Owada, T. Yotsuyanagi, L. Suhardja, Jr, N. F. H. Ho, G. L. Flynn, W. I. Higuchi, and J. V. Park, Systems approach to vaginal delivery of drugs II: in situ vaginal absorption of unbranched aliphatic alcohols. J. Pharm. Sci. 65, 1574–1578, 1976, with permission from Elsevier.

aqueous diffusion layer, $h_{aq}$, is 100 $\mu$m, the aqueous permeability coefficient, $P_{aq}$, is $7 \times 10^{-4}$ cm/s; this value is used in the following example.

<div style="border:1px solid">

**Example 12-10  Drug Release from Polymer Implant**
The length, $h$, of the silastic cylinder (Fig. 12-31) is 6 cm, its radius, $a_0$, is 1.1 cm, and the initial amount of drug per unit volume of plastic cylinder, or loading concentration, $A$, is 50 mg/cm$^3$.

Equation **(12-74)** is of the quadratic form $aM^2 + bM + c = 0$, where, for progesterone,

$$a = \frac{1}{(2)(3.1416)(6\ \text{cm})(1.1\ \text{cm})^2(50\ \text{mg/cm}^3)}$$

$$= 0.000438\ \text{mg}^{-1}$$

$$b = \frac{D_e K_s}{a_0}\left(\frac{1}{P_{aq}} + \frac{1}{P_m}\right) = \frac{(4.5 \times 10^{-7}\ \text{cm}^2/\text{s})(50.2)}{1.1\ \text{cm}}$$

$$= \left(\frac{1}{7 \times 10^{-4}\ \text{cm/s}} + \frac{1}{7 \times 10^{-4}\ \text{cm/s}}\right) = 0.0587\ \text{(dimensionless)}$$

$$c = -2\pi h D_e C_s t = -2(3.1416)(6\ \text{cm})$$
$$\times (4.5 \times 10^{-7}\ \text{cm}^2/\text{s})(0.572\ \text{mg/cm}^3)$$
$$\times \left(\frac{86{,}400\ \text{s}}{\text{day}}\right)(t\ \text{days}) = -0.8384 \times t\ \text{(days)}$$

How much progesterone is released in 5 days? In 20 days? The quadratic formula to be used here is

$$M = \frac{-b + \sqrt{b^2 - 4ac}}{2a}$$

After 5 days,

$$c = -0.8384\ \text{mg/day} \times 5\ \text{days} = -4.1920\ \text{mg},$$

and

$$M = \frac{-0.0587 + \sqrt{(0.0587)^2 - (4)(0.000438)(-4.1920)}}{2(0.000438)}$$

$$= 51.6\ \text{mg}$$

After 20 days, $C = -0.8384\ \text{mg/day} \times 20\ \text{days} = -16.77\ \text{mg}$, and

$$M = \frac{-0.0587 + \sqrt{(0.0587)^2 - (4)(0.000438)(-16.77)}}{2(0.000438)}$$

$$= 139.8\ \text{mg}$$

</div>

## ELEMENTARY DRUG RELEASE

Release from dosage forms and subsequent absorption are controlled by the physical chemical properties of drug and delivery form and the physiologic and physical chemical properties of the biologic system. Drug concentration, aqueous solubility, molecular size, crystal form, protein binding, and p$K_a$ are among the physical chemical factors that must be understood to design a delivery system that exhibits controlled or sustained release characteristics.[82]

The release of a drug from a delivery system involves factors of both dissolution and diffusion. As the reader has already observed in this chapter, the foundations of diffusion and theories describing diffusional processes bear

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.



FIGURE 12-32  Drug release for two steroids from a matrix or device providing zero-order release. (Reprinted by permission from Springer: R. W. Baker and H. K. Lonsdale, in A. C. Tanquary and R. E. Lacey (Eds.), Controlled Release of Biologically Active Agents, Plenum Press, New York, 1974, p. 30. Reproduced with permission of the Licensor through PLSclear.)

many resemblances. Dissolution rate is covered in detail in *Chapter 13: Disintegration, Dissolution, and Drug Release.*

### Zero-Order Drug Release

Although it is convenient to describe the flux, *J,* of equation **(12-12)** as proportional to a concentration gradient, it is more accurate to attribute it to thermodynamic activity. As such, the activity will change in different solvents, and the diffusion rate of a solvent at a specific concentration may vary widely depending on the solvent employed. The thermodynamic activity of a drug can be held constant ($a = 1$) in a dosage form by using a saturated solution in the presence of excess solid drug. Unit activity ensures constant release of the drug at a rate that depends on the membrane permeability and the geometry of the dosage form. Figure 12-32 shows the rate of delivery of two steroids from a device providing constant drug activity and what is known as "zero-order release." For more information about zero-order processes, the reader is referred to *Chapter 13: Disintegration, Dissolution, and Drug Release.* If excess solid is not present in the delivery form, the activity decreases as the drug diffuses out of the device, the release rate falls exponentially over time, and the process is referred to as first-order release, analogous to the well-known reaction in chemical kinetics. First-order release from dosage forms is discussed by Baker and Lonsdale.[83]

### Drugs in Polymer Matrices

A powdered drug is homogeneously dispersed throughout the matrix of an erodible tablet. The drug is assumed to dissolve in the polymer matrix and to diffuse out from the surface of the device. As the drug is released, the distance for diffusion becomes increasingly greater. The boundary that forms between drug and empty matrix recedes into the tablet as drug is eluted. A schematic illustration of such a device is shown in Figure 12-33A and was also the mechanism of release for the device in Figure 12-31. Figure 12-33B shows a granular matrix with interconnecting pores or capillaries. The drug is leached out of this device by entrance of the



FIGURE 12-33  Release of drug from homogeneous and granular matrix dosage forms. **A.** Drug eluted from a homogeneous polymer matrix. **B.** Drug leached from a heterogeneous or granular matrix. **C.** Schematic of the solid matrix and its receding boundary as drug diffuses from the dosage form. (Reprinted from T. Higuchi, Rate of release of medicaments from ointment bases containing drugs in suspension. J. Pharm. Sci. 50, 874, 1961, with permission from Elsevier.)

surrounding medium. Figure 12-33C depicts the concentration profile and shows the receding depletion zone that moves to the center of the tablet as the drug is released.

Higuchi[34] developed an equation for the release of a drug from an ointment base and later[84] applied it to diffusion of solid drugs dispersed in homogeneous and granular matrix dosage systems.

Fick's first law,

$$\frac{dM}{Sdt} = \frac{dQ}{dt} = \frac{DC_S}{h}$$  **12-75**

can be applied to the case of a drug embedded in a polymer matrix, in which $dQ/dt^*$ is the rate of drug released per unit area of exposed surface of the matrix. An important concept for these types of dosage forms is that the boundary between

---
*$dM$ is amount of drug diffusing; $dQ$ is introduced here to represent $dM/S$, where $S$ is surface area of the boundary.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the content is prohibited.

**310**    MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES

the drug matrix and the drug-depleted matrix recedes with time. Consequently, the thickness of the empty matrix, $dh$, through which the drug diffuses also increases with time.

Whereas $C_s$ is the solubility or saturation concentration of drug in the matrix, $A$ is the total concentration (amount per unit volume), dissolved and undissolved, of drug in the matrix.

As drug passes out of a homogeneous matrix (Fig. 12-33A), the boundary of drug (represented by the dashed vertical line in Fig. 12-33C) moves to the left by an infinitesimal distance, $dh$. The infinitesimal amount, $dQ$, of drug released because of this shift of the front is given by the approximate linear expression

$$dQ = Adh - \frac{1}{2} C_s dh \qquad \textbf{12-76}$$

Now, $dQ$ of equation (**12-76**) is substituted into equation (**12-75**), integration is carried out, and the resulting equation is solved for $h$. The steps of the derivation as given by Higuchi[34] are

$$\left( A - \frac{1}{2} C_s \right) dh = \frac{DC_s}{h} \, dt \qquad \textbf{12-77}$$

$$\frac{2A - C_s}{2DC_s} \int h \, dh = \int dt \qquad \textbf{12-78}$$

$$t = \frac{(2A - C_s)}{4DC_s} h^2 + C \qquad \textbf{12-79}$$

The integration constant, $C$, can be evaluated at $t = 0$, at which $h = 0$, giving

$$t = \frac{(2A - C_s)h^2}{4DC_S} \qquad \textbf{12-80}$$

$$h = \left( \frac{4DC_s t}{2A - C_s} \right)^{1/2} \qquad \textbf{12-81}$$

The amount of drug depleted per unit area of matrix, $Q$, at time $t$ is obtained by integrating equation (**12-76**) to yield

$$Q = hA - 1/2 \, hC_s \qquad \textbf{12-82}$$

Substituting equation (**12-81**) into (**12-82**) produces the result

$$Q = \left( \frac{DC_s t}{2A - C_s} \right)^{1/2} (2A - C_s) \qquad \textbf{12-83}$$

which can be rewritten and is known as the Higuchi equation:

$$Q = [D(2A - C_s)C_s t]^{1/2} \qquad \textbf{12-84}$$

The instantaneous rate of release of a drug at time $t$ is obtained by differentiating equation (**12-84**) to yield

$$\frac{dQ}{dt} = \frac{1}{2} \left[ \frac{D(2A - C_s)C_s}{t} \right]^{1/2} \qquad \textbf{12-85}$$

Ordinarily, $A$ is much greater than $C_s$, and equation (**12-84**) reduces to

$$Q = (2ADC_s t)^{1/2} \qquad \textbf{12-86}$$

and equation (**12-85**) becomes

$$\frac{dQ}{dt} = \left( \frac{ADC_s}{2t} \right)^{1/2} \qquad \textbf{12-87}$$

for the release of a drug from a homogeneous polymer matrix–type delivery system. Equation (**12-86**) indicates that the amount of drug released is proportional to the square root of $A$, the total amount of drug in unit volume of matrix; $D$, the diffusion coefficient of the drug in the matrix; $C_s$, the solubility of drug in polymeric matrix; and $t$, the time.

---

**Example 12-11   Classic Drug Release: Higuchi Equation**

In a polymeric dosage, the total concentration of drug in the homogeneous matrix, $A$, is 0.02 g/cm$^3$, the drug's solubility $C_s$ is $1.0 \times 10^{-3}$ g/cm$^3$ in the polymer and the diffusion coefficient, $D$, of the drug in the polymer matrix at 25°C is $6.0 \times 10^{-6}$ cm$^2$/s, or $360 \times 10^{-6}$ cm$^2$/min.

a.  What is the amount of drug per unit area, $Q$, released from a tablet matrix at time $t = 120$ min?

We use equation (**12-86**):

$$Q = [2(0.02 \text{ g/cm}^3)(360 \times 10^{-6} \text{ cm}^2 \text{/min})$$
$$\times (1.0 \times 10^{-3} \text{ g/cm}^3)(120 \text{ min})]^{1/2}$$
$$= 1.3 \times 10^{-3} \text{ g/cm}^2$$

b.  What is the instantaneous rate of drug release occurring at 120 minutes? We have

$$dQ/dt = \left[ \frac{(0.02)(360 \times 10^{-6})(1.0 \times 10^{-3})}{2 \times 120} \right]^{1/2}$$
$$= 5.5 \times 10^{-6} \text{ g/cm}^2 \text{ min}$$

---

## Release from Granular Matrices: Porosity and Tortuosity

The release of a solid drug from a granular matrix (Fig. 12-33B) involves the simultaneous penetration of the surrounding liquid, dissolution of the drug, and leaching out of the drug through interstitial channels or pores. A granule is, in fact, defined as a porous rather than a homogeneous matrix. The volume and length of the pore openings in the matrix must be accounted for in the diffusional equation, leading to a second form of the Higuchi equation,

$$Q = \left[ \frac{D\varepsilon}{\tau} (2A - \varepsilon C_s)C_s t \right]^{1/2} \qquad \textbf{12-88}$$

where $\varepsilon$ is the porosity of the matrix and $\tau$ is the tortuosity of the capillary system. Both of these parameters are dimensionless quantities.

Porosity, $\varepsilon$, is the fraction of matrix that exists as pores or channels into which the surrounding liquid can penetrate. The porosity term, $\varepsilon$, in equation (**12-88**) is the total porosity of the matrix after the drug has been extracted. This is equal to the initial porosity, $\varepsilon_0$, due to pores and channels in the matrix before the leaching process begins and the porosity created by extracting the drug. If $A$ g/cm$^3$ of drug is extracted from the matrix and the drug's specific volume or reciprocal density is $1/\rho$ cm$^3$/g, then the drug's

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the content is prohibited.

concentration, $A$, is converted to volume fraction of drug that will create an additional void space or porosity in the matrix once it is extracted. The total porosity of the matrix, $\varepsilon$, becomes

$$\varepsilon = \varepsilon_0 + A(1/\rho) \qquad \text{12-89}$$

The initial porosity, $\varepsilon_0$, of a compressed tablet may be small (i.e., a few percent) relative to the porosity $A/\rho$ created by the dissolution and removal of the drug from the device which is generally quite large. Therefore, the porosity frequently is calculated in a more convenient manner by disregarding $\varepsilon_0$ and writing

$$\varepsilon \cong (A/\rho) \qquad \text{12-90}$$

It is important to note that equation **(12-88)** differs from equation **(12-84)** only in the addition of $\varepsilon$ and $\tau$. This is due to the differences in the mechanism of drug release. Equation **(12-84)** is applicable to release from a homogeneous tablet that gradually erodes and releases the drug into the bathing medium. Equation **(12-88)** applies instead to a drug-release mechanism based upon entrance of the surrounding medium into a polymer matrix, where it dissolves and leaches out the soluble drug, leaving a shell of polymer and empty pores. In equation **(12-88)**, diffusivity is multiplied by porosity, a fractional quantity, to account for the decrease in $D$ brought about by empty pores in the matrix. The apparent solubility of the drug, $C_s$, is also reduced by the volume fraction term, which represents porosity.

Tortuosity, $\tau$, is introduced into equation **(12-88)** to account for an increase in the path length of diffusion due to branching and bending of the pores as compared to the shortest "straight-through" pores. While porosity quantifies the reduction in cross-sectional area available for transport, tortuosity is a quantity which characterizes the convoluted nature of the porous pathways followed by diffusing species. Tortuosity tends to reduce the amount of drug release in a given interval of time, and so it appears in the denominator under the square root sign. A straight channel has a tortuosity of unity (a value of 1), and a channel through spherical beads of uniform size has a tortuosity of 2 or 3. The theoretical determination of tortuosity is model dependent and extremely cumbersome for all but the simplest geometries. Various methods for obtaining diffusivity, porosity, tortuosity, and other quantities required in an analysis of drug diffusion are given by Desai et al.[85]

Another application of equation **(12-88)** is the process of lyophilization,[15] which is commonly called *freeze-drying*. In the case of a frozen aqueous solution containing drug and an inert matrix-building substance (e.g., mannitol or lactose), there is a similarity to the release of drug form a granular matrix, except in the case of lyophilization, water vapor is the diffusing substance. The process involves the simultaneous change in the receding boundary with time, phase transition at the ice–vapor interface governed by the Clausius–Clapeyron pressure–temperature relationship, and water vapor diffusion across the pore path length of the dry matrix under low temperature and vacuum conditions.

## Soluble Drugs in Topical Vehicles and Matrices

The original Higuchi model[34,84] does not provide a fit to experimental data when the drug has significant solubility in the tablet or vehicle such as an ointment base. However, the model can be extended to drug release from homogeneous solid or semisolid vehicles by using a quadratic expression introduced by Bottari et al.,[86]

$$Q^2 + 2DRA^*Q - 2DA^*C_s t = 0 \qquad \text{12-91}$$

where

$$A^* = A - \frac{1}{2}(C_s + C_v) \qquad \text{12-92}$$

$Q$ is the amount of drug released per unit area of the dosage form, $D$ is an effective diffusivity of the drug in the vehicle, $A$ is the total concentration of drug, $C_s$ is the solubility of drug in the vehicle, $C_v$ is the concentration of drug at the vehicle–barrier interface, and $R$ is the diffusional resistance afforded by the barrier between the donor vehicle and the receptor phase. $A^*$ is an effective $A$ as defined in equation **(12-92)** and is used when $A$ is only about three or four times greater than $C_s$.

When

$$Q^2 \gg 2DRA^*Q \qquad \text{12-93}$$

equation **(12-91)** reduces to one form of the Higuchi equation [equation **(12-86)**]:

$$Q^2 = (2A^*DC_s t)^{1/2} \qquad \text{12-94}$$

Under these conditions, resistance to diffusion, $R$, is no longer significant at the interface between vehicle and receptor phase. When $C_s$ is not negligible in relation to $A$, the vehicle-controlled model of Higuchi becomes

$$Q = [D(2A - C_s)C_s t]^{1/2} \qquad \text{12-95}$$

The quadratic expression of Bottari, equation **(12-91)**, should allow one to determine diffusion of drugs in ointment vehicles or homogeneous polymer matrices when $C_s$ becomes significant in relation to $A$. The approach of Bottari et al.[86] follows.

Because it is a second-degree power series in $Q$, equation **(12-91)** can be solved using the quadratic approach where one writes

$$aQ^2 + bQ + c = 0 \qquad \text{12-96}$$

Substituting with reference to equation **(12-91)**, $a = 1$, $b = 2\,DRA^*$, and $c = -2DA^*C_s t$, equation **(12-96)** has the solution

$$Q = \frac{-b \pm \sqrt{b^2 - 4ac}}{2a} \qquad \text{12-97}$$

or

$$Q = \frac{-2DRA^* + \sqrt{(2DRA^*)^2 - \left(2DA^*C_s t\right)}}{2} \qquad \text{12-98}$$

in which the positive root is taken for physical significance. It is also possible to accommodate a lag time by replacing $t$ in equation **(12-98)** with $(t - t_L)$ for the steady-state period. Bottari et al.[86] obtained satisfactory values for $b$ and $c$ by use of a least-square fit of equation **(12-91)** involving the release

Copyright © 2024 Wolters Kluwer. Unauthorized reproduction of this content is prohibited.

of benzocaine from suspension-type aqueous gels. The diffusional resistance, $R$, is determined from steady-state permeation, and $C_v$ is then obtained from the expression

$$C_v = R(dQ/dt) \qquad \text{12-99}$$

The application of equation **(12-91)** is demonstrated in the following example.

---

**Example 12-12  Benzocaine Release from an Aqueous Gel**

a. Calculate $Q$, the amount in milligrams of micronized benzocaine released per square centimeter of surface area, from an aqueous gel after 9,000 seconds (2.5 hours) in a diffusion cell. Assume that the total concentration, $A$, is 10.9 mg/mL, the solubility, $C_s$, is 1.31 mg/mL, $C_v = 1.05$ mg/mL, the diffusional resistance, $R$, of a silicone barrier separating the gel from the donor compartment is $8.10 \times 10^3$ s/cm, and the diffusivity, $D$, of the drug in the gel is $9.14 \times 10^{-6}$ cm$^2$/s. From equation **(12-92)**, we have

$$A^* = 10.9 \text{ mg/mL} - \frac{1}{2}(1.31 + 1.05) \text{ mg/mL} = 9.72 \text{ mg/mL}$$

Then,

$$DRA^* = (9.14 \times 10^{-6} \text{ cm}^2/\text{s}) \times (8.10 \times 10^3 \text{ s}) \times (9.72 \text{ mg/mL})$$
$$= 0.7196 \text{ mg cm}^{-2}$$
$$DA^*C_s t = (9.14 \times 10^{-6}) \times (9.72) \times (1.31)(9,000) = 1.047 \text{ mg}^2/\text{cm}^4$$
$$Q = -0.7196 + [(0.7196)^2 + 2(1.047)]^{1/2} \text{ mg/cm}^2$$
$$= -0.7196 + [1.616] = 0.90 \text{ mg/cm}^2$$

The $Q_{(calc)}$ of 0.90 mg/cm$^2$ compares well with $Q_{(obs)} = 0.88$ mg/cm$^2$.
A slight increase in accuracy can be obtained by replacing $t = 9,000$ seconds with $t = (9,000 - 405)$ seconds, in which the lag time $t = 405$ seconds is obtained from a plot of experimental $Q$ values versus $t^{1/2}$. This correction yields a $Q_{(calc)} = 0.87$ mg/cm$^2$.

b. Calculate $Q$ using equation (**12-95**) and compare the result with that obtained in equation (**12-94**). We have

$$Q = \{(9.14 \times 10^{-6})[(2 \times 10.9) - 1.31](1.31)(9,000)\}^{1/2}$$
$$= 1.49 \text{ mg/cm}^2$$

Paul and coworkers[87] studied various cases in which $A$, the matrix loading of drug per unit volume in a polymeric dosage form, may be greater than, equal to, or less than the equilibrium solubility, $C_s$, of the drug in a matrix. The model is a refinement of the original Higuchi approach,[34,84] providing an accurate set of equations that describe release rates of drugs, fertilizers, pesticides, antioxidants, and preservatives in commercial and industrial applications over the entire range of ratios of $A$ to $C_s$.

---

Another example of a diffusional dosage form is a silastic capsule, as depicted in Figure 12-34A, which has been used to sustain and control the delivery of drugs.[88,89] The release of a drug from a silastic capsule is shown schematically in Figure 12-34B. The molecules of the crystalline drug lying against the inside wall of the capsule leave their crystals, pass into the polymer wall by a dissolution process, diffuse through the wall, and pass into the liquid diffusion layer and the medium surrounding the capsule. The concentration differences across the polymer wall of thickness $h_m$ and the stagnant diffusion layer of thickness $h_a$ are represented by the lines $C_p - C_m$ and $C_s - C_b$, respectively. $C_p$ is the solubility of



FIGURE 12-34  Diffusion of a drug from a silastic capsule. **A.** Drug in the capsule surrounded by a polymer barrier; (**B**) diffusion of the drug through the polymer wall and stagnant aqueous diffusion layer and into the receptor compartment at sink conditions. (Data from Y. W. Chien, in J. R. Robinson (Ed.), Sustained and Controlled Release Drug Delivery Systems, Marcel Dekker, New York, 1978, p. 229; and Y. W. Chien, Chem. Pharm. Bull. 24, 147, 1976.)

the drug in the polymer and $C_m$ is the concentration at the polymer–solution interface, that is, the concentration of drug in the polymer in contact with the solution. $C_s$, on the other hand, is the concentration of the drug in the solution at the polymer–solution interface, and it is seen in Figure 12-34B to be somewhat below the solubility of drug in polymer at the interface. There is a real difference between the solubility of the drug in the polymer and in the solution, although both exist at the interface. Finally, $C_b$ is the concentration of the drug in the bulk solution surrounding the capsule.

To express the rate of drug release under sink conditions, Chien[88] used the following expression:

$$Q = \frac{K_r D_a D_m}{K_r D_a h_m + D_m h_a} C_p t \qquad \text{12-100}$$

which is an integrated form analogous to equation **(12-32)**. In equation **(12-100)**, $Q$ is the amount of drug released per unit surface area of the capsule and $K_r$ is the partition coefficient, defined as[*]

$$K_r = C_s / C_p \qquad \text{12-101}$$

When diffusion through the capsule membrane or film is the limiting factor in drug release, that is, when $K_r D_a h_m$ is much greater than $D_m h_a$, equation **(12-100)** reduces to

$$Q = \left( \frac{D_m}{h_m} \right) C_p t \qquad \text{12-102}$$

---

[*]Contrary to convention, the partition coefficient, $K_r$, in equation (**12-101**) is defined as the water/lipid distribution coefficient. Thus, $K_r$ decreases here as the compound becomes more hydrophobic. The $K$ as used previously, for example, in equations (**12-19**), (**12-31**), and (**12-37**), is the lipid/water distribution coefficient such that $K$ increases with increasing hydrophobicity of the compound. $C_m$ varies with time and eventually equals $C_p$. Therefore, the equilibrium partition coefficient does not involve $C_m$, but, rather, the equilibrium values $C_p$ and $C_s$.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

and when the limiting factor is passage through the diffusion layer ($D_m h_a K_r D_a h_m$), then

$$Q = \left(\frac{D_a}{h_a}\right) C_s t = \left(\frac{K_r D_a}{h_a}\right) C_p t \qquad \textbf{12-103}$$

The right-hand expression can be written because $C_s = K_r C_p$, as defined earlier in equation (**12-101**).

The rate of drug release, $Q/t$, for a polymer-controlled process can be calculated from the slope of a linear $Q$ versus $t$ plot which from equation (**12-102**) is seen to equal $C_p D_m / h_m$. Likewise, $Q/t$, for the diffusion-layer–controlled process, resulting from plotting $Q$ versus $t$, is found to be $C_s D_a / h_a$. Furthermore, a plot of the release rate, $Q/t$, versus $C_s$, the solubility of the drug in the surrounding medium, should be linear with a slope of $D_a / h_a$.

---

**Example 12-13  Progesterone Diffusion from a Silastic Capsule**

The partition coefficient, $K_r = C_s/C_p$, of progesterone is 0.022; the solution diffusivity, $D_a$, is $4.994 \times 10^{-2}$ cm$^2$/day; the silastic membrane diffusivity, $D_m$, is $14.26 \times 10^{-2}$ cm$^2$/day; the solubility of progesterone in the silastic membrane, $C_p$, is 513 $\mu$g/cm$^3$; the thickness of the capsule membrane, $h_m$, is 0.080 cm, and that of the diffusion layer, $h_a$, as estimated by Chien, is 0.008 cm.

Calculate the rate of release of progesterone from the capsule and express it in $\mu$g/cm$^2$ per day. Compare the calculated result with the observed value, $Q/t = 64.50$ $\mu$g/cm$^2$ per day. Using equation (**12-100**), we obtain

$$\frac{Q}{t} = \frac{C_p K_r D_a D_m}{K_r D_a h_m + D_m h_a}$$

$$\frac{Q}{t} = \frac{(513\ \mu g/cm^3)(0.022)(4.994 \times 10^{-2}\ cm^2/day)}{(0.022)(4.994 \times 10^{-2}\ cm^2/day)(0.008\ cm)}$$
$$\frac{\times (14.26 \times 10^{-2}\ cm^2/day)}{+ (14.26 \times 10^{-2}\ cm^2/day)(0.008\ cm)}$$

$$\frac{Q}{t} = \frac{0.08037}{0.00123} = 65.34\ \mu g/cm^2/day$$

In the example just given, (a) is $K_r D_a h_m$ much greater than $D_m h_a$ or (b) is $D_m h_a$ much greater than $K D_a h_m$? (c). What conclusion can be drawn regarding matrix or diffusion-layer control? First, we have

$$K_r D_a h_m = 8.79 \times 10^{-5};\ D_m h_a = 1.14 \times 10^{-3}$$
$$D_m h_a / (K_r D_a h_m + D_m h_a) = (1.14 \times 10^{-3}) / [(8.79 \times 10^{-5})$$
$$+ (1.14 \times 10^{-3})] = 0.93$$

Therefore, $D_m h_a$ is much greater than $K_r D_a h_m$, and the system is 93% under aqueous diffusion-layer control. Therefore, it should thus be possible to use the simplified equation (**12-103**):

$$\frac{Q}{t} = \frac{K_r D_a C_p}{h_a} = \frac{(0.022)(4.994 \times 10^{-2})(513)^2}{0.008} 70.48\ \mu g/cm^2/day$$

Although $D_m h_a$ is larger than $K_r D_a h_m$ by about one order of magnitude (i.e., $D_m h_a / K D_a h_m = 13$), it is evident that a considerably better result is obtained by using the full expression, equation (**12-100**).

---

**Example 12-14  Contraceptive Release from Polymeric Capsules**

Two new contraceptive steroid esters, A and B, were synthesized, and the parameters determined for release from polymeric capsules are as follows[88]:

| $K_r$ | $D_a$ (cm$^2$/day) | $D_m$ (cm$^2$/day) | $C_p$ ($\mu$g/cm$^3$) | $h_a$ (cm) | $Q/t$ (obs) ($\mu$g/cm$^2$/day) |
|---|---|---|---|---|---|
| A | 0.15 | $25 \times 10^{-2}$ | $2.6 \times 10^{-2}$ | 100 | 0.008 | 24.50 |
| B | 0.04 | $4.0 \times 10^{-2}$ | $3.0 \times 10^{-2}$ | 85 | 0.008 | 10.32 |

Using equation (**12-100**) and the quantities given in the table, calculate values of $h_m$ in centimeters for these capsule membranes. First, we write

$$\frac{Q}{t} = \frac{C_p K_r D_a D_m}{K_r D_a h_m + D_m h_a}$$

$$\frac{Q}{t}(K_r D_a h_m + D_m h_a) = C_p K_r D_a D_m$$

$$\frac{Q}{t}(K_r D_a h_m) = C_p K_r D_a D_m - + D_m h_a (Q/t)$$

$$h_m = \frac{C_p K_r D_a D_m - D_m h_a (Q/t)}{(Q/t) K_r D_a}$$

For capsule A,

$$h_m = \frac{(100)(0.15)(25 \times 10^{-2})(2.6 \times 10^{-2}) - (2.6 \times 10^{-2})(0.008)(24.50)}{(24.50)(0.15)(25 \times 10^{-2})}$$

$$h_m = \frac{0.0924}{0.9188}\ cm = 0.101\ cm$$

Note that all units cancel (dimensional analysis) except centimeters in the equation for $h_m$. The reader should carry out similar calculations for compound B. (*Answer:* 0.097 cm.)

---

## Osmotic Drug Release

Osmotic drug release systems use osmotic pressure as driving force for the controlled delivery of drugs.[13] *Osmosis* was originally defined as the passage of both solute and solvent across a membrane but now refers to an action in which only the solvent is transferred. In the diffusional process discussed previously, we have focused on membranes which allow for passage of solute (Fig. 12-2). We now examine systems using *semipermeable membranes* where only solvent passes and dilutes the solution containing solute and solvent (Fig. 12-35). Here the process is still driven by concentration, but because only solvent can cross the membrane, there is a net movement of solvent molecules into a region of higher solute concentration, that is, the direction that tends to equalize the solute concentrations on the two sides. The result is an *osmotic pressure,* which is the minimum pressure required to maintain an equilibrium, with no net movement of solvent. Osmotic pressure of a solution is dependent on the number of discrete entities of solute present in the solution, meaning that the osmotic pressure depends on the molar concentration of the solute.

Osmotic drug release systems use osmotic pressure as a driving force for the controlled delivery of drugs. A simple osmotic pump consists of an osmotic core (containing drug with or without an osmotic agent) and is coated with a semipermeable membrane (Fig. 12-36A). The semipermeable membrane has an orifice for drug release from the

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.



**(A)**



**(B)**

FIGURE 12-35  Schematic diagram of an elementary osmotic pump (**A**) and a push–pull osmotic pump (**B**). (Reprinted from R. K. Verma, D. M. Krishna, and S. Garg S. Formulation aspects in the development of osmotically controlled oral drug delivery systems. J. Control Release. 2002, 79(1–3), 7–27, with permission from Elsevier.)

"pump." The dosage form, after coming in contact with the aqueous fluids, imbibes water at a rate determined by the fluid permeability of the membrane and osmotic pressure of core formulation. The osmotic imbibition of water results in high hydrostatic pressure inside the pump, which causes the flow of the drug solution through the delivery orifice. A lag time of 30 to 60 minutes is observed in many cases as the system hydrates and develops a steady-state pressure. Approximately 60% to 80% of drug is released at a constant rate (zero order) from the pump.



FIGURE 12-36  The process of osmosis over a semipermeable membrane, the *blue dots* represent solute particles driving the osmotic gradient. (From "0307 Osmosis" by OpenStax College–Anatomy & Physiology, Connexions Website. http://cnx.org/content/col11496/1.6/, Jun 19, 2013. Licensed under CC BY 3.0 via Wikimedia Commons. Available at http://commons.wikimedia.org/wiki/File:0307_Osmosis.jpg#/media/File:0307_Osmosis.jpg)

The drug release rate from a simple osmotic pump can be described by the following mathematic equation:

$$dM/dt = AK/h(\Delta\pi - \Delta p)C \qquad \textbf{12-104}$$

where $dM/dt$ is drug release rate, $A$ is the membrane area, $K$ is the membrane permeability, $h$ is the membrane thickness, $\Delta\pi$ and $\Delta p$ are the osmotic and hydrostatic pressure differences between the inside and outside of the system, respectively, and $C$ is the drug concentration inside the pump (i.e., dispensed fluid). If the size of the delivery orifice is sufficiently large, the hydrostatic pressure inside the system is minimized and $\Delta\pi$ is much greater than $\Delta p$. When the osmotic pressure in an environment is negligible, such as the GI fluids, as compared to that of core, $\pi$, can be safely substituted for $\Delta\pi$. Therefore, equation **(12-104)** can be simplified to

$$dM/dt = AK/h\pi C \qquad \textbf{12-105}$$

When all the parameters on the right-hand side of equation **(12-105)** remain constant, the drug release rate from an osmotic device is constant. This can be achieved by carefully designing the formulation and selecting the semipermeable membrane to achieve a saturated drug solution inside the pump so that $\pi$ and $C$ remain constant.

Drug release from osmotic systems is governed by various formulation factors such as the solubility and osmotic pressure of the core component(s), size of the delivery orifice, and nature of the rate-controlling membrane.

### Solubility

The kinetics of osmotic drug release is directly related to the solubility of the drug within the core. Assuming a tablet core of pure drug (Fig. 12-36A), we find the fraction of the core released with zero-order kinetics from

$$F(z) = 1 - S/\rho \qquad \textbf{12-106}$$

where $F(z)$ is the fraction released by zero-order kinetics, $S$ is the drug's solubility (g/mL), and $\rho$ is the density (g/mL) of the core tablet. Drugs with low solubility ($\leq 0.05$ g/mL) can easily reach saturation and would be released from the core through zero-order kinetics. However, according to equation **(12-106)**, the zero-order release rate would be slow due to the small osmotic pressure gradient and low drug concentration. Conversely, highly water-soluble drugs would demonstrate a high release rate that would be zero order for a small percentage of the initial drug load. Thus, the intrinsic water solubility of many drugs might preclude them from incorporation into an osmotic pump. However, it is possible to modulate the solubility of drugs within the core and thus extend this technology to the delivery of drugs that might otherwise have been poor candidates for osmotic delivery.

### Osmotic Pressure

From equation **(12-106)**, it is evident that the release rate of a drug from an osmotic system is directly proportional to the osmotic pressure of the core formulation. For controlling drug release from these systems, it is important to optimize the osmotic pressure gradient between the inside

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

compartment and the external environment. It is possible to achieve and maintain a constant osmotic pressure by maintaining a saturated solution of osmotic agent in the compartment. If a drug does not possess sufficient osmotic pressure, an osmotic agent can be added to the formulation, or the device can be designed with a specific osmotic portion to "push" the drug contents (Fig. 12-36B).

### Delivery Orifice

Osmotic delivery systems designed to provide continuous drug release contain at least one delivery orifice in the membrane for drug release. The size of the delivery orifice must be optimized to control the drug release from osmotic systems. If the size of delivery orifice is too small, zero-order delivery will be affected because of the development of hydrostatic pressure within the core. This hydrostatic pressure may not be relieved because of the small orifice size and may lead to deformation of the delivery system, thereby resulting in unpredictable drug delivery. On the other hand, the size of the delivery orifice should not be too large, for otherwise, solute diffusion from the orifice may take place. To optimize the size of the orifice, we can use the equation

$$A_s = 8\pi(LV/t)(\eta/\Delta P)^{1/2} \qquad \textbf{12-107}$$

where $A_s$ is the cross-sectional area, $\pi = 3.14\ldots$, $L$ is the diameter of the orifice, $V/t$ is the volume release per unit time, $\eta$ is the viscosity of the drug solution, and $\Delta P$ is the difference in hydrostatic pressure.

### Semipermeable Membrane

The choice of a rate-controlling membrane is an important aspect in the development of oral osmotic systems. The semipermeable membrane should be biocompatible with the GI tract. The membrane should also be water permeable and provide effective isolation from the dissolution process in the gut environment. As such, osmotic devices include the advantages of drug release independent of the pH and agitation intensity of the GI tract. To ensure that the coating is able to resist the pressure within the device, the thickness of the membrane is usually kept between 200 and 300 $\mu$m. Selecting membranes that have high water permeability can ensure high hydrostatic pressure inside the osmotic device and hence permit rapid drug release flow through the orifice.

In summary, designing a drug with suitable solubility and selecting a semipermeable membrane with favorable water permeability and orifice size are the factors for optimizing a sustained and constant release rate through an osmotic drug delivery system.

> **Example 12-15  Osmotic Release of Potassium Chloride**
>
> Five hundred mg of potassium chloride was pressed into 0.25 mL of water; the semipermeable membrane thickness is 0.025 cm with an area of 2.2 cm$^2$. The drug solubility is 330 mg/mL. The density of the solution is 2 g/mL. Here $K\pi = 0.686 \times 10^{-3}$ cm$^2$/hr, and the diffusion coefficient, $D$, is 0.122 $\times 10^{-3}$ cm$^2$/hr. What is the release rate of potassium chloride in this osmotic delivery system?[90]

> Assuming the osmotic pressure is the main driving force of the system, we obtain, using equation **(12-105)**,
>
> $dM/dt = A/hK\,\pi C = (2.2$ cm$^2$/0.025 cm$)(0.686 \times 10^{-3}$ cm$^2$/hr$)$
> $(330$ mg/mL$) = 19.92$ mg/hr
>
> Correcting for the contribution of diffusion, we obtain
>
> $dM/dt = A/hC\,(K\pi + D) = (2.2$ cm$^2$/0.025 cm$)$
> $\times (330$ mg/mL$)(0.686 \times 10^{-3}$ cm$^2$/hr
> $+ 0.122 \times 10^{-3}$ cm$^2$/hr$) = 23.5$ mg/hr

### Dialysis

The passage of solute together with solvent is a diffusional process called *dialysis*. Hwang and Kammermeyer[91] defined *dialysis* as a separation process based on unequal rates of passage of solutes and solvent through microporous membranes, carried out in batch or continuous mode.

*Hemodialysis* is used in treating patients with end-stage renal disease to rid the blood of metabolic waste products (small molecules) while preserving the high–molecular-weight components of the blood. Similar to osmosis, dialysis is a spontaneous concentration-driven diffusional process. Dialysis works on the principles of the diffusion of solutes and ultrafiltration of fluid across a semipermeable membrane. Blood flows by one side of a semipermeable membrane, and a dialysate, or special dialysis fluid, flows by the opposite side. Smaller solutes and fluid pass through the membrane, but the membrane blocks the passage of larger substances (e.g., red blood cells, large proteins).

## ■ CHAPTER SUMMARY

The fundamentals of diffusion were discussed in this chapter. Free diffusion of substances through liquids, solids, and membranes is a process of considerable importance to the pharmaceutical sciences. A fundamental understanding of the processes of dialysis, osmosis, and ultrafiltration is essential for pharmaceutical sciences. The mechanisms of transport in pharmaceutical systems were described in some detail. Fick's laws of diffusion were also defined and their application described. Important parameters such as diffusion coefficient, permeability, and lag time were discussed and sample calculations were performed to illustrate their use. The various driving forces behind diffusion, drug absorption, and elimination were described as well as elementary drug diffusion. Although many of the treatments in this chapter appear to be highly mathematical because of the extensive use of equations, the equations and their derivations are useful as the student learns about these important pharmaceutical processes at the mechanistic level.

### References

1. E. L. Cussler, *Diffusion: Mass Transfer in Fluid Systems*, 2nd Ed., Cambridge University Press, New York, 1997.
2. I. Sivin, Drug Saf. 26, 303, 2003.
3. J. Crank, *The Mathematics of Diffusion*, 2nd Ed., Oxford University Press, Oxford, 1975, Chapters 5 and 6.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

4. Y. Wang, B. Abrahmsson, L. Lindfors, and J. G. Brasseur, J. Pharm. Sci. 104, 9, 2015.

5. P. D. Sinko, S. Harris, N. Salehi, P. J. Meyer, G. L. Amidon, and G. E. Amidon, Mol. Pharm. 17, 7, 2020.

6. A. C. Jacobsen, P. A. Elvang, A. Bauer-Brandl, and M. Brandl, Eur. J. Pharm. Sci. 127, 2019.

7. O. Hedge, F. Höök, P. Joyce, and C. A. S Bergström, Langmuir, 37, 33, 2021.

8. L. X. Yu and G. L. Amidon, in G. L. Amidon, P. I. Lee, and E. M. Topp (Eds.), *Transport Processes in Pharmaceutical Systems*, Marcel Dekker, New York, 2000, p. 29.

9. K. Sugano, Mol. Pharm. 7, 5, 2010.

10. K. E. Johansson, J. Plum, M. Mosleh, C. M. Madsen, T. Rades, A. Müllertz, J. Pharm. Sci. 107, 4, 2018.

11. R. B. Bird, W. E. Stewart, and E. N. Lightfoot, *Transport Phenomena*, Wiley, New York, 1960.

12. D. E. Wurster and P. W. Tylor, J. Pharm. Sci. 54, 169, 1965.

13. R. K. Verma, D. M. Krishna, and S. Garg, J. Control. Release 79, 7, 2002.

14. J. Schramm and S. Mitragotri, Pharm. Res. 19, 1673, 2002.

15. N. F. Ho and T. J. Roseman, J. Pharm. Sci. 68, 1170, 1979.

16. C. S. Eskilsson and E. Björklund, J. Chromatogr. A, 902, 227, 2000.

17. A. K. Banga, S. Bose, and T. K. Ghosh, Int. J. Pharm. 179, 1, 1999.

18. P. Tyle, Pharm. Res. 3, 318, 1986.

19. P. Gebauer, J. L. Beckers, and P. Bocek, Electrophoresis, 23, 1779, 2002.

20. H. Carslaw, Mathematical Theory of the Conduction of Heat, Macmillan, New York, 1921.

21. N. F. Ho, J. Y. Park, G. E. Amidon, et al., in A. J. Aguiar (Ed.), *Gastrointestinal Absorption of Drugs*, American Pharmaceutical Association, Academy of Pharmaceutical Sciences, Washington, DC, 1981; W. I. Higuchi, N. F. Ho, J. Y. Park, and I. Komiya, in L. F. Prescott and W. S. Nimmo (Eds.), *Drug Absorption*, Adis Press, Balgowlah, Australia, 1981, p. 35; N. F. Ho, J. Y. Park, W. Morozowich, and W. I. Higuchi, in E. B. Roche (Ed.), *Design of Biopharmaceutical Properties Through Prodrugs and Analogs*, American Pharmaceutical Association, Academy of Pharmaceutical Sciences, Washington, DC, 1977, Chapter 8.

22. K. Nasim, M. C. Meyer, and J. Autian, J. Pharm. Sci. 61, 1775, 1972.

23. A. L. B. Ungell, Drug Discov. Today Technol. 1, 423–430, 2004.

24. H. Lennernäs, L. Knutson, T. Knutson, A. Hussain, L. Lesko, T. Salmonson, and G. L. Amidon, Eur. J. Pharm. Sci. 15, 271, 2002.

25. S. Winiwarter, N. M. Bonham, F. Ax, A. Hallberg, H. Lennernäs, and A. Karlén. J. Med. Chem. 41, 4939, 1998.

26. A. J. Aguiar and M. A. Weiner. J. Pharm. Sci. 58, 210, 1969.

27. A. W. Larhed, P. Artursson, J. Gråsjö, and E. Björk. J. Pharm. Sci. 86, 660, 1997.

28. N. F. Ho, L. Suhardja, S. Hwang, E. Owada, A. Molokhia, G. L. Flynn, W. I. Higuchi, and J. Y. Park. J. Pharm. Sci. 65, 1578, 1976.

29. M. Fujii, N. Hori, K. Shiozawa, K. Wakabayashi, E. Kawahara, and M. Matsumoto, Int. J. Pharm. 205, 117, 2000.

30. S. Lang, B. Rothen-Rutishauser, J. C. Perriard, M. C. Schmidt, and H. P. Merkle, Peptides. 19, 599, 1998.

31. N. Takamatsu, O. N. Kim, L. S. Welage, N. M. Idkaidek, Y. Hayashi, J. Barnett, R. Yamamoto, E. Lipka, H. Lennernäs, A. Hussain, L. Lesko, and G. L. Amidon, Pharm. Res. 18, 742, 2001.

32. K. F. Farng and K. G. Nelson, J. Pharm. Sci. 66, 1611, 1977.

33. R. J. Scheuplein, J. Invest. Dermatol. 45, 334, 1965.

34. T. Higuchi, J. Soc. Cosm. Chem. 11, 85, 1960.

35. G. L. Flynn, S. H. Yalkowsky, and T. J. Roseman, J. Pharm. Sci. 63, 479, 1974.

36. T. Korjamo, A. T. Heikkinen, and J. Mönkkönen, J Pharm Sci 98, 12, 4469–4479, 2009, doi: 10.1002/jps.21762

37. J. Karlsson and P. Artursson, Biochim Biophys Acta., 1111, 2, 204–210, 1992, doi: 10.1016/0005–2736(92)90312-a

38. H. Yu and P. J. Sinko, J. Pharm. Sci. 86, 1448, 1997.

39. G. L. Flynn and S. H. Yalkowsky, J. Pharm. Sci. 61, 838, 1972.

40. R. D. Schoenwald and R. L. Ward, J Pharm Sci 67, 6, 786–788, 1978.

41. M. G. Karth, W. I. Higuchi, and J. L. Fox, J. Pharm. Sci. 74, 612, 1985.

42. T. Higuchi and A. Aguiar, J. Am. Pharm. Assoc. Sci. Ed. 48, 574, 1959.

43. J. Crank and G. S. Park, *Diffusion in Polymers*, Academic Press, New York, 1968, p. 20.

44. D. E. Wurster, J. A. Ostrenga, and L. E. Matheson, Jr, J. Pharm. Sci. 68, 1406–1410, 1979.

45. W. J. Addicks, G. L. Flynn, and N. Weiner, Pharm. Res. 4, 337, 1987.

46. W. J. Addicks, G. L. Flynn, N. Weiner, and C. M. Chiang, Pharm. Res. 5, 377, 1988.

47. G. M. Grass and S. A. Sweetana, Pharm. Res. 5, 372, 1988.

48. I. J. Hidalgo, G. M. Grass, K. M. Hillgren, and R. T. Borchardt, In Vitro Cell. Dev. Biol. 28 A, 578, 1992.

49. I. J. Hidalgo, K. M. Hillgren, G. M. Grass, and R. T. Borchardt. Pharm Res 8, 2, 222–227, 1991. doi: 10.1023/A:1015848205447.

50. A. Galkin, J. Pakkanen, and P. Vuorela, Pharmazie. 2008. doi:10.1691/ph.2008.7855

51. U. K. Walle and T. Walle, Drug Metab. Dispos, 26, 343, 1998.

52. A. Sparreboom, et al., Proc. Natl. Acad. Sci. 94, 2031, 1997.

53. B. B. Brodie and C. A. Hogben, J. Pharm. Pharmacol. 9, 345, 1957; P. A. Shore, B. B. Brodie, and C. A. Hogben, J. Pharmacol. Exp. Ther. 119, 361, 1957; L. S. Shanker, D. J. Tocco, B. B. Brodie, and C. A. Hogben, J. Pharmacol. Exp. Ther. 123, 81, 1958; C. A. Hogben, D. J. Tocco, B. B. Brodie, and L. S. Shanker, J. Pharmacol. Exp. Ther. 125, 275, 1959; L. S. Shanker, J. Med. Chem. 2, 343, 1960; L. S. Shanker, Annu. Rev. Pharmacol. 1, 29, 1961.

54. R. H. Turner, C. S. Mehta, and L. Z. Benet, J. Pharm. Sci. 59, 590, 1970.

55. J. L. Colaizzi and P. R. Klink, J. Pharm. Sci. 58, 1184, 1969.

56. A. Suzuki, W. I. Higuchi, and N. F. Ho, J. Pharm. Sci. 59, 644, 651, 1970; N. F. Ho, W. I. Higuchi, and J. Turi, J. Pharm. Sci. 61, 192, 1972; N. F. Ho and W. I. Higuchi, J. Pharm. Sci. 63, 686, 1974.

57. J. T. Doluisio, N. F. Billups, L. W. Dittert, E. T. Sugita, and J. V. Swintosky, J. Pharm. Sci. 58, 1196, 1969.

58. H. Lennernäs. Adv Drug Deliv Rev. 59, 11, 1103–1120, 2007. doi:10.1016/j.addr.2007.06.016

59. A. K. Mitra and T. J. Mikkelson, J. Pharm. Sci. 77, 771, 1988.

60. N. Tayar, R. S. Tsai, B. Testa, P. A. Carrupt, C. Hansch, and A. Leo. J Pharm Sci. 80, 8, 744–749, 1991.

61. R. J. Scheuplein, J. Invest. Dermatol. 45, 334, 1965; R. J. Scheuplein, J. Invest. Dermatol. 48, 79, 1967; R. J. Scheuplein and I. H. Blank, Physiol. Rev. 51, 702, 1971.

62. N. Jezyk, W. Rubas, and G. M. Grass, Pharm Res. 9, 12, 1580–1586, 1992.

63. W. Rubas, N. Jezyk, and G. M. Grass. Pharm Res. 10, 1, 113–118, 1993.

64. R. J. Scheuplein, I. H. Blank, G. J. Brauner, and D. J. MacFarlane, J. Invest. Dermatol. 52, 63, 1969.

65. C. D. Yu, J. L. Fox, N. F. Ho, and W. I. Higuchi, J. Pharm. Sci. 68, 1341, 1347, 1979; J. Pharm. Sci. 69, 772, 1980; H. Durrheim, G. L. Flynn, W. I. Higuchi, and C. R. Behl, J. Pharm. Sci. 69, 781, 1980; G. L. Flynn, H. Durrheim, and W. I. Higuchi, J. Pharm. Sci. 70, 52, 1981; C. R. Behl, G. L. Flynn, T. Kurihara, N. Harper, W. Smith, W. I. Higuchi, N. F. Ho, and C. L. Pierson, J. Invest. Dermatol. 75, 346, 1980.

66. P. V. Raykar, M. C. Fung, and B. D. Anderson, Pharm. Res. 5, 140, 1988.

67. S. Hansen, C. M. Lehr, and U. F. Schaefer. Adv Drug Deliv Rev. 65, 2, 251–264, 2013. doi:10.1016/j.addr.2012.04.011

68. L. Chen, L. Han, O. Saib, and G. Lian. Pharm Res. 32, 5, 1779–1793, 2015. doi:10.1007/s11095–014–1575–0

69. J. S. Turi, D. Danielson, and J. W. Wolterson, J. Pharm. Sci. 68, 275, 1979.

70. S. H. Yalkowsky and G. L. Flynn, J. Pharm. Sci. 63, 1276, 1974.

71. S. Hwang, E. Owada, T. Yotsuyanagi, L. Suhardja, Jr, N. F. Ho, G. L. Flynn, W. I. Higuchi, and J. V. Park, J. Pharm. Sci. 65, 1574, 1578, 1976.

72. J. Ostrenga, C. Steinmetz, and B. Poulsen, J. Pharm. Sci. 60, 1175, 1180, 1971.

73. K. B. Sloan, K. G. Siver, and S. A. Koch, J. Pharm. Sci. 75, 744, 1986.

74. H. Komatsu and M. Suzuki, J. Pharm. Sci. 68, 596, 1979.

75. W. R. Galey, H. K. Lonsdale, and S. Nacht, J. Invest. Dermat. 67, 713–717, 1976.

76. A. H. Beckett and A. C. Moffat, J. Pharm. Pharmacol. 20, 239S, 1968.

77. N. F. Ho and W. I. Higuchi, J. Pharm. Sci. 60, 537, 1971.

78. A. Suzuki, W. I. Higuchi, and N. F. Ho, J. Pharm. Sci. 59, 644, 651, 1970.

79. G. L. Flynn, N. F. Ho, S. Hwang, E. Owada, A. Motokhia, C. R. Behl, W. I. Higuchi, T. Yotsuyanagi, Y. Shah, and J. Park, in D. R. Paul and F. W. Harris (Eds.), *Controlled Release Polymeric Formulations*, American Chemical Society, Washington, DC, 1976, p. 87.

80. S. K. Chandrasekaran, H. Benson, and J. Urquhart, in J. R. Robinson (Ed.), *Sustained and Controlled Release Drug Delivery Systems*, Marcel Dekker, New York, 1978, p. 572.

81. T. Yotsuyanagi, A. Molakhia, S. Hwang, N. F. Ho, C. L. Flynn, and W. I. Higuchi, J. Pharm. Sci. 64, 71, 1975.

82. J. R. Robinson, *Sustained and Controlled Release Drug Delivery Systems*, Marcel Dekker, New York, 1978.

83. R. W. Baker and H. K. Lonsdale, in A. C. Tanquary and R. E. Lacey (Eds.), *Controlled Release of Biologically Active Agents*, Plenum Press, New York, 1974, p. 30.

84. T. Higuchi, J. Pharm. Sci. 50, 874, 1961.

85. S. J. Desai, P. Singh, A. P. Simonelli, and W. I. Higuchi, J. Pharm. Sci. 55, 1224–1230, 1235, 1966.

86. F. Bottari, G. DiColo, E. Nannipieri, et al., J. Pharm. Sci. 63, 1779, 1974; J. Pharm. Sci. 66, 927, 1977.

87. D. R. Paul and S. K. McSpadden, J. Memb. Sci. 1, 33, 1976; S. K. Chandrasekaran and D. R. Paul, J. Pharm. Sci. 71, 1399, 1982.

88. Y. W. Chien, in J. R. Robinson (Ed.), *Sustained and Controlled Release Drug Delivery Systems*, Marcel Dekker, New York, 1978, Chapter 4; Y. W. Chien, Chem. Pharm. Bull. 24, 1471, 1976.

89. Y. W. Chien, *Novel Drug Delivery Systems: Biomedical Applications and Theoretical Basis*, Marcel Dekker, New York, 1982, Chapter 9.

90. F. Theeuwes, J. Pharm. Sci. 64, 1987, 1975.

91. S. T. Hwang and K. Kammermeyer, *Membranes in Separations*, Wiley-Interscience, New York, 1975, pp. 23–28.

## Recommended Readings

E. L. Cussler, *Diffusion: Mass Transfer in Fluid Systems*, 2nd Ed., Cambridge University Press, New York, 1997.

G. L. Flynn, S. H. Yalkowsky, and T. J. Roseman, J. Pharm. Sci. 63, 479, 1974.

J. Crank, *The Mathematics of Diffusion*, 2nd Ed., Clarendon Press, Oxford, 1983.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited




# PHARMACEUTICAL POLYMERS

**17**

## PATRICK J. SINKO

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

### CHAPTER OBJECTIVES

**At the conclusion of this chapter the student should be able to:**

**1** Know the basic concepts of polymers, definitions, and descriptive terms.

**2** Understand the principles of polymer synthesis.

**3** Distinguish the basic principles of homogeneous and dispersion polymerizations.

**4** Understand the thermal, physical, and mechanical properties of polymers in general.

**5** Explain the glass transition temperature and factors affecting the $T_g$.

**6** Understand how polymer molecular weight affects its properties.

**7** Know what types of polymers are generally used in the pharmaceutical area.

**8** Explain why polymers are used in drug delivery applications.

## INTRODUCTION

Synthetic and natural-based polymers have found their way into the pharmaceutical and biomedical industries, and their applications are growing quickly. Understanding the role of polymers as ingredients in drug products is essential for a pharmacist or pharmaceutical scientist who deals with drug products on a routine basis. Having a basic understanding of polymers will allow you to familiarize yourself with the function of drug products and possibly develop new formulations or better delivery systems. This chapter will provide the basis for understanding pharmaceutical polymers. This chapter will cover the basic concepts of polymer chemistry, polymer properties, polymer types, polymers in pharmaceutical and biomedical industries, and reviews of some polymeric products in novel drug delivery systems and technologies.

## HISTORY OF POLYMERS

Polymers have a wide-ranging impact on modern society. Polymers are more commonly referred to as "plastics" since people are more familiar with plastic products they encounter around the house than any other type of polymeric product. Plastics can be molded, cast, extruded, drawn, thermoformed, or laminated into a final product such as plastic parts, films, and filaments. The first semisynthetic polymer ever made was guncotton (cellulose nitrate) by Christian F. Schönbein in 1845. The manufacturing process for this polymer was changed over the years due to its poor solubility, processability, and explosivity resulting in a variety of polymers such as Parkesine, celluloid (plasticized cellulose nitrate), cellulose acetate (cellulose treated with acetic acid), and hydrolyzed cellulose acetate soluble in acetone. In 1872, Bakelite, a strong and durable synthetic polymer based on

phenol and formaldehyde, was invented. Polycondensation-based polymeric products such as Bakelite and those based on phenoxy, epoxy, acrylic, and ketone resins were cheap substitutes for many parts in the auto and electronic industries. Other synthetic polymers were invented later, including polyethylene (1933), poly (vinyl chloride) (1933), polystyrene (1933), polyamide (1935), Teflon (1938), and synthetic rubbers (1942). Polyethylene was used to make radar equipment for airplanes. The British air force used polyethylene to insulate electrical parts of the radars in their planes. Synthetic rubber, which could be made in approximately 1 hour compared to 7 years for natural rubbers, was used to make tires and other military supplies. Teflon was used in atomic bombs to separate the hot isotopes of uranium. Nylon was used to make parachutes, replacing silk, which had to be imported from Japan.

The plastics revolution advanced technologies in the 20th century and opened new fields of application in the pharmaceutical and biomedical sectors. In recent years, polymers have been used to develop devices for controlling drug delivery or replacing failing natural organs. Polymers are used as coatings, binders, taste maskers, protective agents, drug carriers, and release controlling agents in oral delivery. Targeted delivery to the lower part of the gastrointestinal tract (e.g., in the colon) was made possible by using polymers that protect drugs during their passage through the stomach's harsh environment. Transdermal patches use polymers as backings, adhesives, or drug carriers in matrix or membrane products (these are described later in the book). Controlled delivery of proteins and peptides has been made possible using biodegradable polymers. You may find at least one polymer in many drug products that enhance product performance. The key difference between early polymers and pharmaceutical polymers is biocompatibility.

**481**

 

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of its content is prohibited.

**482**    MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES

Monomer    Dimer    Trimer

Oligomer (30-100 mers)

Polymer (over 200 mers)

**FIGURE 17-1** Polymer anatomy.

## POLYMERS IN GENERAL

The word "polymer" means "many parts."[1-5] A polymer is a large molecule made up of many small repeating units. In the early days of polymer synthesis, little was known about the chemical structures of polymers. Herman Staudinger, who received the Nobel Prize in Chemistry in 1953, coined the term "macromolecule" in 1922 and used it in reference to polymers. The difference between the two is that polymers are made of repeating units, whereas the term macromolecule refers to any large molecule, not necessarily just those made of repeating units. So, polymers are a subset of macromolecules.

A *monomer* is a small molecule that combines with other molecules of the same or different types to form a polymer. Since drawing a complete structure of a polymer is almost impossible, the structure of a polymer is displayed by showing the repeating unit (the monomer residue) and an "*n*" number that shows how many monomers are participating in the reaction. From the structural perspective, monomers are generally classified as olefinic (containing double bond) and functional (containing reactive functional groups) for which different polymerization methods are utilized. If two, three, four, or five monomers are attached to each other, the product is known as a dimer, trimer, tetramer, or pentamer, respectively. An *oligomer* contains from 30 to 100 monomeric units. Products containing more than 200 monomers are simply called a polymer (Fig. 17-1). From a thermodynamic perspective, polymers cannot exist in the gaseous state because of their high molecular weight. They exist only as liquids or high solid materials.

> **Example 17-1  Molecular Weight**
> A polyethylene with molecular weight of 100,000 g/mol is made of almost 3,570 monomer units ($—CH_2CH_2—$) with the molecular weight of 28 g/mol.

Since polymers originate from oil, they are generally cheap materials. Unlike other materials such as metals or ceramics, polymers are large molecular weight materials, and their molecular weight can be adjusted for a given application. For example, silicone polymers are supplied as vacuum grease (low molecular weight) and as durable implants (very high molecular weight). By changing the molecular weight, the physical and mechanical properties of the polymer can be tailor-made. This can be achieved by changing the structure of the monomer building blocks or by blending them with other polymers. Blending is a process intended to achieve superior properties that are unattainable from a single polymer. For example, polystyrene is not resistant against impact, so a polystyrene cup can be easily smashed into pieces if compressed between your fingers. However, polystyrene blended with polybutadiene is an impact resistant product. Alternatively, monomers of styrene and butadiene can be copolymerized to make a new copolymer of styrene–butadiene.

## POLYMER SYNTHESIS

To make polymers, monomers must interact with each other. Let us consider a simple scenario in which just one monomer type is going to be polymerized. The structure of the monomer molecule will tell us how we should polymerize it. A monomer may be unsaturated; in other words, it may contain a double bond of $\sigma$ (sigma) and $\pi$ (pi) between a pair of electrons. The $\pi$ bond generally requires low energy to break; therefore, polymerization starts at this site by the addition of a free radical on the monomer. On the other hand, if a monomer does not contain a double bond but possesses functional groups such as hydroxyl, carboxyl, or amines, they can interact via condensation. These two types of polymerization processes are described in the next two sections.

### Addition Polymerization

Free-radical polymerization is also known as chain or addition polymerization. As the name implies, a radical-generating



Styrene monomer    Styrene radical    Macroradical growth    Polystyrene

**FIGURE 17-2**  Addition or free-radical polymerization of styrene.



FIGURE 17-3  Examples of condensation polymerization.

ingredient induces an initiator triggering polymerization. The initiator is an unstable molecule that is cleaved into two radical-carrying species under the action of heat, light, chemical, or high-energy irradiation. Each initiating radical can attack the double bond of a monomer. In this way, the radical is transferred to the monomer and a monomer radical is produced. This step in polymerization is called *initiation*. The monomer radical is also able to attack another monomer and then another monomer, and so on and so forth. This step is called *propagation* by which a *macroradical* is formed. Macroradicals prepared in this way can undergo another reaction with another macroradical or with another inert compound (e.g., an impurity in the reaction) which terminates the macroradical. Figure 17-2 shows the free-radical polymerization of styrene, a monomer, to polystyrene. Monomers such as acrylic acid, acrylamide, acrylic salts (such as sodium acrylate), and acrylic esters (methyl acrylate) contain double bonds and they can be polymerized via addition reactions.

## Condensation Polymerization

In condensation polymerization, also called step polymerization, two or more monomers carrying different reactive functional groups interact with each other as shown in Figure 17-3. For example, a monomer containing a reactive hydrogen from the amine residue can react with another monomer containing a reactive hydroxyl group (a residue of carboxyl group) to generate a new functional group (amide) and water as a side product. If a monomer containing the reactive hydrogen reacts with a monomer containing reactive chlorine, the side product will be hydrochloric acid. Since each monomer is bifunctional (in other words, it contains two reactive hydrogens or two reactive chlorines), the reaction product can grow by reacting with another monomer generating a macromonomer. Nylon is prepared via condensation polymerization of a diamine and diacid chloride. The diamine and diacid chloride are dissolved in water and tetrachloroethylene, respectively. Since the two solutions do not mix with each other, they form two immiscible separate layers, with tetrachloroethylene at the bottom. At the interface of the two solutions, the two monomers interact and form the polymer. The polymers can then be gently removed from the interface as fiber. There are no radicals involved in this polymerization reaction.

Free-radical polymerization is an addition reaction that is characterized by fast growth of macroradicals. There is a high chance that high–molecular-weight chains are formed at the beginning of the reaction. On the other hand, condensation polymerization is a stepwise reaction in which smaller species are initially formed first and then combined to make higher–molecular-weight species. This reaction tends to be slow generally lasting for several hours. Figure 17-4 shows the concept.

## POLYMERIZATION METHODS

Now, the question is how can polymers be made from monomers? Reactions may be carried out in homogeneous or heterogeneous systems. The former includes bulk and solution polymerizations, whereas the latter includes any dispersed system such as suspensions, emulsions, and their reverse phase counterparts, in other words, inverse suspensions and inverse emulsions.

### Homogeneous Polymerization

Bulk polymerization occurs when no other materials except the monomer and initiator are used. If the monomer is

**Addition polymerization**

Ethene/Ethylene

Polyethene/Polyethylene



**Condensation polymerization**

Adipic acid    +    Hexamethylene diamine

Nylon 6,6

FIGURE 17-4  Condensation versus addition polymerizations.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

water soluble, a linear water-soluble polymer is theoretically prepared. With oil-soluble monomers, the polymer will be linear and soluble in oil. Surprisingly, sometimes when an olefinic water-soluble monomer is polymerized in bulk, a water-swellable polymer is prepared. This is due to excessive exothermic heat resulting in hydrogen abstraction from the polymer backbone, which promotes cross-linking reactions at the defective site. The cross-linked polymer obtained without using any chemical cross-linker is called a popcorn polymer and the reaction is called "popcorn polymerization." Crospovidone, a superdisintegrant in solid dose formulations, is a cross-linked polymer of vinyl pyrrolidone which is produced by popcorn polymerization.

In certain circumstances when the monomer is very temperature sensitive, a popcorn polymer can be obtained even without using an initiator. The monomer acrylic acid is glacial with a melting point around 13°C. If the monomer was stored at freezing temperature, the polymerization stabilizer will be unevenly distributed between the liquid and thawing phases. This results in poor protection of the monomer and sudden polymerization that generates tremendous amounts of heat.

To solve the problems associated with exothermic heat in bulk polymerization, polymerization can alternatively be conducted in solution. Depending on the monomer solubility, water or organic solvents can be used as diluents or solvents. Again, a water-soluble or an oil-soluble polymer is obtained if monomers are water soluble or oil soluble, respectively. The solvent or diluent molecules reside in between the monomer molecules, and they reduce the amount of interaction between the two neighboring monomers. In this way, less amounts of heat are generated in each period and a less exothermic but controllable reaction is conducted. Polymers prepared accordingly are generally soluble in their corresponding solvents, but they are swellable if a cross-linker is used during their polymerization. The cross-linker can be water soluble or oil soluble. Swellability of a polymer can be modified by the simultaneous use of water-soluble and oil-soluble cross-linkers.

## Dispersion Polymerization

Dispersion polymerization occurs in suspensions, emulsions, inverse suspensions, and inverse emulsions. In dispersion polymerization, two incompatible phases of water and oil are dispersed into each other. One phase is known as the minor (dispersed) phase and the other as the major (continuous) phase. The active material (monomer) can be water soluble or oil soluble. To conduct polymerization in a dispersed system, the monomer (in the dispersed phase) is dispersed into the continuous phase using a surface-active agent. The surfactant is chosen based on the nature of the continuous phase. In general, a successful dispersion polymerization requires that the surfactant be soluble in the continuous phase. Therefore, if the continuous phase is water, the surfactant should have more hydrophilic groups. On the other hand, if the continuous phase is oil, a more hydrophobic (lipophilic) surfactant would be selected. In general, two



FIGURE 17-5   Dispersion systems.

| | Macrodispersions | | Microdispersions | Nanodispersions |
|---|---|---|---|---|
| O/W | Suspension | Emulsion | Microemulsion | Nanoemulsion |
| W/O | Inverse suspension | Inverse emulsion | Inverse microemulsion | Inverse nanoemulsion |

basic factors control the nature of the dispersion system. These are surfactant concentration and the surface tension of the system (nature of the dispersed phase) as shown in Figure 17-5. Dispersed systems were discussed in earlier chapters. The surfactant concentration determines the size of the polymer particles. The system will be a suspension or inverse suspension with particle sizes around 0.2 to 0.8 mm below the critical micelle concentration. Above the critical micelle concentration, 10- to 100-$\mu$m particles are formed. Nanosize particles can be made if enough surfactant is used. Nanoemulsion or inverse nanoemulsion systems are rarely used in the pharmaceutical industry because of the amount of surfactant required to stabilize the system. Surfactants represent undesirable impurities that affect drug stability and formulation acceptability. Water-insoluble polymers based on acrylic or methacrylic esters are prepared via suspension or emulsion polymerization. Eudragit L30D is a copolymer of methacrylic acid and ethyl acrylate which is manufactured using an emulsion technique. Eudragit NE30D is also a copolymer of ethyl acrylate and methyl methacrylate which can be manufactured in an emulsion system. On the other hand, water-soluble polymers based on acrylic or methacrylic salts as well as acrylamide can be prepared using inverse suspension or inverse emulsion systems. Emulsion systems that use water as a continuous phase are known as latex. Table 17-1 summarizes important polymerization methods that are potentially used to prepare pharmaceutical polymers.

## COPOLYMERS AND POLYMER BLENDS

If one polymer system cannot address the needs of a particular application, its properties need to be modified. For this reason, polymer systems can be physically blended or chemically reacted. With the former, a two-phase system generally exists, whereas with the latter a monophase system exists. This can clearly be seen in a differential scanning calorimeter (DSC) by monitoring the glass transition temperature ($T_g$) of the individual polymers. With polymer blends, two $T_g$ values are observed while one single $T_g$ is detected for copolymers. Thermal analysis is discussed in detail in the *Chapter 2: States of Matter*.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

### TABLE 17-1
### Polymerization Methods

| | Bulk | Solution | Suspension | Inverse Suspension | Emulsion | Inverse Emulsion | Pseudo Latex |
|---|---|---|---|---|---|---|---|
| Monomer | WS or OS | WS or OS | OS | WS | OS | WS | |
| Initiator | WS or OS | WS or OS | Generally OS | Generally WS | Generally OS | Generally WS | |
| Cross-linker[a] | WS or OS | WS or OS | Generally OS | Generally WS | Generally OS | Generally WS | |
| Water | | If WS monomer is used | CP | DP | CP | DP | CP |
| Organic solvent | | If OS monomer is used | DP | CP | DP | CP | DP |
| Surfactant | | | WS; $C_{surf}$ <CMC; high HLB | OS; $C_{surf}$ <CMC; low HLB | WS; $C_{surf}$ >CMC; high HLB | OS; $C_{surf}$ >CMC; low HLB | WS |
| Polymer | | | | | | | OS[b] |

[a]Cross-linker is added if a swellable polymer is desired.

[b]Polymer is soluble in organic solvents, but the latex itself is water dispersible.

WS, water-soluble; OS, organic-soluble; DP, dispersed phase; CP, continuous phase; CMC, critical micelle concentration; HLB, hydrophilic lipophilic balance; $C_{surf}$, surfactant concentration.

*Copolymerization* refers to a polymerization reaction in which more than one type of monomer is involved. In general, copolymerization includes two types of monomers. If one monomer is involved, the process is called polymerization and the product is a *homopolymer*. For example, polyethylene is a homopolymer since it is made of just one type of monomer. Depending on their structure, monomers display different reactivities during the polymerization reaction. If the reactivities of two monomers are similar, there will be no preference for which monomer is added next, so the polymer that is formed is called a *random copolymer*. When one monomer is preferentially added to another monomer, the monomers are added to each other alternatively and the polymer product is called an *alternate copolymer*. Sometimes, monomers preferentially add onto themselves, and a *block copolymer* is formed. This happens when one monomer has a very high reactivity toward itself. Once more reactive monomers have participated in the reaction, the macroradical of the first monomer will attack the second monomer with the lower activity, and the second monomer will then grow as a block. Pluronic surfactants (EO-PO-EO terpolymers) are composed of block units of ethylene oxide and propylene oxides attached to each other. The major difference between graft copolymer and the other copolymer types is the nature of their building blocks. Other copolymer types are made of two or more monomer types, while a monomer and a polymer are generally used to make graft copolymers. For example, the physical and chemical properties of carboxymethyl cellulose (CMC) can be changed by grafting various monomers such as acrylic acid, acrylamide, and acrylonitrile onto the cellulose backbone. Although not very common, a terpolymer will be obtained when three monomers participate

in the polymerization reaction. Different types of copolymer products are shown in Figure 17-6.

> **Example 17-2  Pharmaceutical Polymers**
> In pharmaceutical oral solid dosage forms, the Eudragit polymers are used for sustained-release, drug protection, and taste-masking applications. These polymers are made of acrylic esters (methyl methacrylate, ethyl acrylate). Their solubility, swellability, and pH-dependent properties have been modified by incorporating anionic and cationic monomers such as methacrylic acid and dimethylaminoethyl acrylate.

From a commercial standpoint, polymer properties can be simply changed by mixing or blending one or two polymer systems. Polymer blends are simply made by physical blending



FIGURE 17-6  Polymers made of two or more monomer units.

Copyright © 2024 Wolters Kluwer. Unauthorized reproduction of this contents is prohibited.

of two different polymers in molten or in solution state. The blend is either solidified at lower temperature if prepared by melting or recovered at higher temperature if prepared in solution. Some thermoplastic polymers are not resistant to sudden stresses. Once impacted, the craze (microcrack) and macrocracks will grow very quickly within their structure and the polymer will simply and suddenly break apart. These polymers have rigid structures with high $T_g$ values. Adding a low $T_g$ polymer (in other words, a flexible polymer) such as rubber particles improves the impact resistance of these polymers by preventing the cracks from growing.

## INTERPENETRATING POLYMER NETWORKS

Interpenetrating polymer networks (IPNs) are also composed of two or more polymer systems but they are not a simple physical blend. Semi-IPNs are prepared by dissolving a polymer into a solution of another monomer. An initiator as well as a cross-linker is added into the solution and the monomer is polymerized and cross-linked in the presence of the dissolved polymer. The result will be a structure in which one cross-linked polymer interpenetrates into a non–cross-linked polymer system. With fully interpenetrated structures, two different monomers and their corresponding cross-linkers are polymerized and cross-linked simultaneously. This results in a doubly cross-linked polymer system that interpenetrates into one another. Alternatively, conducting the cross-linking reaction on a semi-interpenetrated product can form a full-IPN structure. The non–cross-linked phase of the semi-IPN product will be further cross-linked with a chemical cross-linker or via physical complexation.[6,7]

> **Example 17-3   IPN Polymer Structure**
> Elastic superporous hydrogels have been developed for oral gastric retention of the drugs with a narrow absorption window. These hydrogels are prepared using a two-step process. First, a semi-IPN structure is prepared by polymerizing and cross-linking a synthetic monomer (such as acrylamide) in the presence of a water-soluble polymer (e.g., alginate). Although the cross-linked acrylamide polymer is not soluble in water, the alginate component is. In the second step, the prepared semi-IPN is further treated with cations (such as calcium) to provide insolubility to the alginate component via ion complexation. This results in a full IPN structure with a balanced swelling and mechanical properties.

## TOPOLOGY AND ISOMERISM

The topology of a polymer describes whether the polymer structure is linear, branched, or cross-linked. Topology can affect polymer properties in its solid or solution states. With a linear polymer, the polymer chains are not chemically attached to each other, instead weaker intermolecular forces hold the polymer chains together. A linear polymer can show dual behavior. Chains in a linear polymer can freely move, which offer the polymer a low melting temperature. On the

other hand, linear chains have a higher chance of approaching each other in their solid state, which increase their crystallinity and melting temperature. The same holds true for branched polymers in which short or long side groups are attached to the backbone of the polymer. Branched polymer chains move with difficulty because of the steric hindrance induced by the side groups but they presumably possess weaker intermolecular forces, which apparently help them move freely. With cross-linked polymers, the chains are chemically linked and will be restricted from moving to a sensible extent depending on the level of cross-linking. Very highly cross-linked polymers are very rigid structures that degrade at high temperatures before their chains start to move.

In solution, a branched polymer might display a better solvent permeability compared to its linear counterpart due to its side groups. Gum Arabic is a highly branched polymer with very high solubility in water. If a linear polymer is cross-linked, its solubility will be sacrificed at the expense of swellability. Therefore, a cross-linked polymer can swell in a solvent to an extent that is inversely related to the amount of cross-linker. Figure 17-7 summarizes and correlates polymer topology to its solution and melt properties.

Isomerism can be classified as structural isomerism (Fig. 17-8A), sequence isomerism (Fig. 17-8B), and stereoisomerism (Fig. 17-8C). Gutta Percha natural rubber (*trans*-polyisoprene) and its synthetic counterpart (*cis*-polyisoprene) are similar in structure but their *trans* and *cis* nature results in a medium-crystal and amorphous behavior, respectively. This important feature can be accounted for in terms of the position of a methyl group. The *cis* and *trans* isomers of a same polymer display different $T_g$ and $T_m$ values, for example, polyisoprene ($T_g$ of –70°C vs. –50°C; $T_m$ of 39°C vs. 80°C), polybutadiene ($T_g$ of –102°C vs. –50°C; $T_m$ of 12°C vs. 142°C).[1] With sequence isomerism, monomers with pendant groups can attach to each other in head-to-tail, head-to-head, or tail-to-tail conformation. Stereoisomerism applies to polymers with chiral centers, which results in three different configurations—isotactic (pendant groups located on one side), syndiotactic (pendant groups located alternatively on both sides), and atactic (pendant groups located randomly on both sides) configurations.

> **Example 17-4   Stereoisomerism**
> The isotactic and atactic polypropylenes display glass transition temperatures of 100°C and –20°C, respectively. While the isotactic one is used for special packaging purposes, the atactic one is commonly used as a cheap excipient in general adhesive formulations.

## THERMOPLASTIC AND THERMOSET POLYMERS

Polymers with a linear or branched structure generally behave as thermoplastics. Thermoplastic polymers can undergo melting, which is potentially useful in processes such as compression molding, injection molding, and thermoforming. In other words, a polymer that is originally a solid can flow upon application of heat. The process of



FIGURE 17-7  Polymer topology and properties.

thermomelting and solidification can be repeated indefinitely with thermoplastic polymers. Examples include polystyrene, polyethylene, and poly (vinyl chloride). On the other hand, thermosetting polymers are cross-linked polymers, which are formed upon combined application of a cross-linker and heat or combined application of heat and

reaction of internal functional groups. In some cross-linking reactions such as in curing rubbers, the reaction is assisted by simultaneous application of heat and pressure. Therefore, these polymers assume a different status than thermoplastic polymers as their flow behavior is temperature independent. Once a thermoset polymer is formed, it does not soften



FIGURE 17-8  (**A**) Structural isomerism; (**B**) sequence isomerism; and (**C**) stereoisomerism.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

upon heating and decomposes with further application of heat. Since there is no reversible melting and solidifying in thermoset polymers, this feature is very useful when a thermoresistant polymer is desirable. Processing of polymers is generally favored by increasing temperature. A more processable polymer is one that requires a lower temperature to move its chains. A cross-linked polymer loses its processability as chain movement is hindered with the addition of cross-linker. On the other hand, linear and branched polymers gain more freedom to move as temperature increases.

For a polymer in its solution state, solubility in a solvent is also an entropy-favored process. In other words, a linear or branched polymer generally dissolves in an appropriate solvent. Addition of cross-links to their structure will hinder chain movement and reduce their solubility in that solvent. This is why cross-linked polymers swell when they are placed in a compatible solvent.

## POLYMER PROPERTIES

### Crystalline and Amorphous Polymers

Polymers display different thermal, physical, and mechanical properties depending on their structure, molecular weight, linearity, intra- and intermolecular interactions. If the structure is linear, polymer chains can pack together in regular arrays. For example, polypropylene chains fit together in a way that intermolecular attractions stabilize the chains into a regular lattice or crystalline state. With increased temperature, the crystal cells (crystallites) start to melt and the whole polymer mass suddenly melts at a certain temperature. Above the melting temperature, polymer molecules are in continuous motion and the molecules can slip past one another.

In many cases, the structure of a polymer is so irregular that crystal formation is thermodynamically infeasible. Such polymers form glass instead of crystal domains. A glass is a solid material existing in a noncrystalline (i.e., amorphous)



*KEY CONCEPT*

## CROSS-LINKING

A ladder is composed of two long legs and multiple short pieces that are used to connect them. When a ladder is used, you do not want its legs to move or even worse, to separate from each other. A ladder with more connection points on the two legs is more secure and more stable than a ladder with less. One cannot climb on a ladder without a connector. In polymer terms, cross-linked polymers are long linear chains (ladder legs) that are cross-linked using a functional or an olefin cross-linker (ladder legs connector). Cross-linked polymers are also intended for applications where a certain amount of load is applied. Examples of this are tires (made of cross-linked rubbers) and hydrogels (made of cross-linked hydrophilic polymers) that are expected to function and to survive under the service load of mechanical and swelling pressure, respectively. When you drive your car, the last thing you want is to have your tire melt away.

state. Amorphous structure is formed due to either rapid cooling of a polymer melt in which crystallization is prevented by quenching or due to the lack of structural regularity in the polymer structure. Rotation around single bonds of the polymer chains becomes very difficult at low temperatures during rapid cooling; therefore, the polymer molecules forcedly adopt a disordered state and form an amorphous structure. Amorphous or glassy polymers do not generally display a sharp melting point; instead, they soften over a wide temperature range.[8]

> **Example 17-5  Crystalline and Amorphous**
> Polystyrene and poly (vinyl acetate) are amorphous with melting range of 35°C to 85°C and 70°C to 115°C, respectively. On the other hand, poly (butylene terephthalate) and poly (ethylene terephthalate) are very crystalline with sharp melting range of 220°C and 250°C to 260°C, respectively.

Polymer strength and stiffness increases with crystallinity as a result of increased intermolecular interactions. With an increase in crystallinity, the optical properties of a polymer are changed from transparent (amorphous) to opaque (semicrystalline). This is due to differences in the refractive indices of the amorphous and crystalline domains, which lead to different levels of light scattering. From a pharmaceutical perspective, good barrier properties are needed when polymers are used as a packaging material or as a coating. Crystallinity increases the barrier properties of the polymer. Small molecules like drugs or solvents usually cannot penetrate or diffuse through crystalline domains. Therefore, crystalline polymers display better barrier properties and durability in the presence of attacking molecules. Diffusion and solubility are two important terms that are related to the level of crystallinity in a polymer. On the other hand, a less crystalline or an amorphous polymer is preferred when the release of a drug or an active material is intended. Crystallinity in each polymer depends on its topology and isomerism (linear vs. branched; isotactic vs. atactic), polymer molecular weight, intermolecular forces, pendant groups (bulky vs. small groups), rate of cooling, and stretching mode (uniaxial vs. biaxial). Another unique property of a crystalline polymer or a polymer-containing crystalline domains is anisotropy. A crystal cell displays different properties along longitudinal and transverse directions. This causes the polymer to behave like an anisotropic material.

### Thermal Transitions

Thermal transitions in polymers can occur in different orders. In other words, the volume of a polymer can change with temperature as a first- or second-order transition. When a crystal melts, the polymer volume increases significantly as the solid turns to a liquid. The melting temperature ($T_m$) represents a first-order thermal transition in polymers. On the other hand, the volume of an amorphous polymer gradually changes over a wide temperature range or the so-called glass transition temperature. This behavior

Copyright © 2022 Wolters Kluwer, Inc. Unauthorized reproduction of the contents is prohibited.



FIGURE 17-9  Thermal transitions in polymers.

represents a second-order thermal transition in polymers. As shown in Figure 17-9, $T_m$ and $T_g$ of a given polymer can be detected by DSC as an endothermic peak and a baseline shift, respectively. These two thermal transitions reflect the structural movement of the crystalline and amorphous regions of a polymer chain.

## Glass Transition Temperature

$T_g$ is an expression of molecular motion, which is dependent on many factors. Therefore, the $T_g$ is not an absolute property of a material and is influenced by the factors affecting the movement of polymer chains. At temperatures well below the $T_g$, amorphous polymers are hard, stiff, and glassy although they may not necessarily be brittle. On the



*KEY CONCEPT*

## ANISOTROPY

Take a roll of toilet paper from your bathroom and try to tear it apart from two directions perpendicular to each other. What will you observe?

If you tear it along the roll direction (its length), it will easily tear apart, and the tear line will be smooth and even. On the other hand, tearing in the other direction would be very difficult and the tear line will appear as a random irregular corrugated line. Why is this?

Toilet paper is manufactured using a process that applies a force along the roll direction. Because of the applied force, the chains are aligned in the direction of the force. When you try to tear the tissue in this direction, there is no barrier to the force and the material does not resist. On the other hand, tearing the tissue requires cutting the chains in the perpendicular direction that implies resistance from the material. This is *anisotropy*, which means material properties are different in different directions. Pharmaceutical tablets are generally compressed in one direction, which might affect drug release or tablet properties throughout.

other hand, at temperatures well above the $T_g$, polymers are rubbery and might flow. The $T_g$ values for linear organic polymers range from about −100°C to above 300°C. Even though some organic polymers are expected to have $T_g$ values above 300°C, they decompose at temperatures below their transition temperatures. From a pharmaceutical standpoint, $T_g$ is an important factor for solid dosage forms. For example, a chewable dosage form needs to be soft and flexible at mouth temperature of about 37°C. This means the polymer used as a chewable matrix should be softened at this temperature. Pharmaceutically acceptable polymers with their $T_g$ values close to the service temperature of 37°C would be the best candidates. Nicotine gum (Nicorette) gum is used as an aid in smoking cessation. It works by providing low levels of nicotine, which lessens the physical signs of withdrawal symptoms. The nicotine is released into the mouth as the patient chews the gum. After placing a piece of the Nicorette gum into the mouth the patient should chew it slowly several times. The patient should stop chewing it once they notice a tingling sensation or a peppery taste in the mouth. At this point the nicotine is being released and the patient should "park" the gum in the buccal area (in other words, between the cheek and the gum) and leave it there until the taste or tingling sensation is almost gone. The patient can resume chewing a few more times and then stop once the taste comes back. The patient should repeat this for about 30 minutes or until the taste or tingling sensation does not return. The reason that the patient "parks" the gum is because the release of nicotine should be slow and constant chewing will release the nicotine too quickly resulting in nausea, hiccups, or stomach problems. The patient should also avoid drinking or eating at this time. You have most likely experienced how gum behaves differently when you drink cold water or hot tea. This is all reflected in glass–rubber transition of the chewable matrix.

As mentioned before, the $T_g$ of a polymer is dependent on many factors and the most important ones are discussed here. Segmental motion in polymers is facilitated by the empty space in between the polymer chain ends, also called the *free volume*. As the free volume increases, polymer segments gain more freedom to move, and this affects the temperature at which the movement occurs. For example, low- and high-density polyethylenes are different in terms of the size of the free volume inside their structures. At a given weight, a low-density polymer occupies more volume as compared with its high-density counterpart. This means the polymer chain in general, and the chain segments in particular can move with more ease resulting in a lower $T_g$ value.

### $T_g$ and the Length of the Polymer Chain

Long polymer chains provide smaller free volume than their shorter counterparts. Since more free volume corresponds to lower $T_g$ values, polymers containing short chains or having lower molecular weight possess lower $T_g$ values.

Copyright © 2014 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

### $T_g$ and Polymer Chain Side Group

A side group may be bulky or polar. Because of its steric hindrance, higher temperature is needed to induce segmental motion in polymers containing bulky groups. For example, polystyrene and polypropylene are only different in terms of their side groups, phenyl versus methyl, respectively. The larger size of the phenyl group results in the much higher $T_g$ value of polystyrene, 100°C as opposed to −20°C for polypropylene. On the other hand, polar side groups provide stronger intermolecular interactions that significantly affect the segmental motion of the polymer chains. Poly (vinyl chloride) is like polyethylene except hydrogen is replaced by one chlorine atom. Since chlorine is more polar than hydrogen, the PVC polymer displays a much higher $T_g$ of 100°C compared to −120°C for polyethylene.

### $T_g$ and Polymer Chain Flexibility

Flexible polymer chains display higher entropy (desire to move) than rigid chains. Flexible and rigid chains behave like liquid and solid, respectively. Groups such as phenyl, amide, sulfone, and carbonyl either inside the backbone or as a side group hanging on the backbone affect the overall polymer flexibility. For example, poly (ethylene adipate) and poly (ethylene terephthalate) are structurally very similar except for the phenylene residue in phthalate versus the butylene residue in adipate. This results in almost a 100°C difference in $T_g$ values of the two polymers (−70°C vs. 69°C, respectively).

### $T_g$ and Polymer Chain Branching

Linear polymer chains possess smaller free volume as opposed to their branched counterparts. Therefore, higher $T_g$ values are expected for linear polymers. On the other hand, branches in branched polymers impose hindrance or restriction to segmental motion, for which higher $T_g$ values are expected. Therefore, branching has no obvious effect on the $T_g$ unless the whole structure of the polymer is known.

### $T$ and Polymer Chain Cross-Linking

Compared to cross-linked chains, linear chains have a higher entropy and the desire to move; hence, they display low $T_g$ values. Adding cross-links to linear polymer chains limits chain movement resulting in less entropy at a given temperature and hence a higher $T_g$ value. For very highly cross-linked polymers, $T_g$ values are expected to be very high to the extent that the polymer starts to decompose before it shows any segmental motion.

### $T_g$ and Processing Rate

To prepare polymer products, the polymer needs to be processed at different temperatures or pressures that can significantly affect the molecular motion in polymers. Therefore, the rate of processes such as heating, cooling, loading, and so on and so forth might be considered when evaluating the $T_g$

value of a given polymer. Kinetically speaking, if the rate of the process is high (fast cooling, fast loading), the polymer chains cannot move to the extent that they are expected to. They virtually behave like rigid chains with lower tendency to move, which results in reading high $T_g$ values. For instance, when a DSC is used to measure the $T_g$ of a polymer, different $T_g$ values may be observed if the same polymer is heated up at different heating rates. This implies that the heating rate must be very realistic and should be consistent with the conditions in which the polymer is expected to serve.

### $T_g$ and Plasticizers

Plasticizer molecules can increase the entropy and mobility of the polymer chains. This is translated to lower $T_g$ values for plasticized polymers compared with their nonplasticized counterparts.

## Plasticized Polymers

A plasticizer is added to a polymer formulation to enhance its flexibility and to help its processing. It facilitates relative movement of polymer chains against each other. The addition of a plasticizer to a polymer results in a reduction in the glass transition temperature of the mixture. Since plasticizers increase molecular motion, drug molecules can diffuse through the plasticized polymer matrix at a higher rate depending on the plasticizer concentration.

---

**Example 17-6  Plasticized Polymers**

Fluoxetine (Prozac Weekly) (fluoxetine hydrochloride) capsules contain hydroxypropyl methylcellulose and hydroxypropyl cellulose acetate succinate plasticized with sodium lauryl sulfate and triethyl citrate. Omeprazole magnesium (Prilosec), a delayed-release oral suspension, contains hydroxypropyl cellulose, hydroxypropyl methylcellulose, and methacrylic acid copolymer plasticized with glyceryl monostearate, triethyl citrate, and polysorbate. Triacetin can be found in ranitidine HCl (Zantac) 150-tablet formulations, which contains hydroxypropyl methylcellulose as its polymer matrix. Dibutyl sebacate is found in methylphenidate HCl (Metadate) CD which contains polymers such as povidone, hydroxypropyl methylcellulose, and ethyl cellulose.

---

## Molecular Weight

Addition of a monomer to a growing macroradical during polymer synthesis occurs by a diffusion or a random walk process. Monomers may or may not be added equally to the growing macroradicals. As a result, a polymer batch may contain polymer chains with different lengths (molecular weights) and hence different molecular weight distributions. A very narrow molecular weight distribution is very much desired for a polymer that is intended to be mechanically strong. On the other hand, a polymeric adhesive may have wide distribution of molecular sizes. In general, a given polymer cannot be identified as a molecule with a specific molecular weight. Since chains are different, the molecular weight of all chains should be considered and

Copyright © 2024 Wolters Kluwer, LLC Unauthorized reproduction of this content is Prohibited.

must be averaged to have a more realistic figure for molecular weight of a given polymer. There are different ways that molecular weights of a polymer can be expressed; by the number of the chains, by the weight of the chains (the chain size), or by viscosity. However, the two most common ways are number ($M_n$) and weight ($M_w$) average calculations. If all polymer chains are similar in size, then the number and weight average values will be equivalent. If chains are of different sizes, then weight average is distancing itself from the number average value. The term *polydispersity* (PD) indicates how far the weight average can distance itself from the number average. A PD value closer to 1 means the polymer system is close to monodispersed and all the polymer chains are almost similar in size. The farther the value from 1 indicates that the polymer system is polydisperse and chains are different in size. Figure 17-10 shows the concept.

Consider that you have received two different batches of a same polymer as shown in Table 17-2. The first batch contains 2 chains of 50,000 g/mol and 10 chains of 20,000 g/mol in size. The second batch contains 2 chains of 100,000 g/mol and 10 chains of 10,000 g/mol in size. Calculations show both batches have the same number averages of 25,000 g/mol. Should you, as a pharmaceutical scientist, claim that the two batches are similar, and you can use them interchangeably within your formulation? You continue with the calculation to find out the weight average values for the two batches. Surprisingly, two very different numbers, 30,000 and 70,000 g/mol, are found for the batch 1 and the batch 2, respectively. This shows that the two batches are beyond a doubt different. Another important piece of data that can help you with your decision is PD which is the ratio of weight to number averages. *Polydispersity* of 2.8 versus 1.2 indicates that the batch 2 contains very different chains. If both polymer batches are soluble in water, they will show different solubility behavior in the presence of water. The shorter chains are dissolved faster in water than longer chains. Drug release from these batches will certainly be different as they assume different PD values.



Monodispersed polymers (All polymer chains similar in size)    $M_w/M_n=1$    Polydispersity =1

Polydispersed polymers (All polymer chains dissimilar in size)    $M_w/M_n \gg 1$    Polydispersity $\gg$ 1

FIGURE 17-10 Molecular weight distribution in polymer systems.

Different techniques are used to calculate different averages. Since the number average relies on the number of polymer chains, technique to measure this should also rely on the number of species such as number of particles, and so on and so forth. It is well known that colligative properties such as osmotic pressure and freezing point depression are dependent on the number of particles in the solution. Colligative properties were introduced earlier in the book. These techniques are very appropriate for calculating the average $M_n$ of a given polymer. On the other hand, the weight average

Copyright © 2024 Wolters Kluwer, unauthorized reproduction of this content is prohibited.

### TABLE 17-2

**Average Molecular Weights and Polydispersity**

| Number of Chains | | Batch 1 | Batch 2 | | |
| --- | --- | --- | --- | --- | --- |
| 2 | | 50,000 g/mol | 100,000 g/mol | | |
| 10 | | 20,000 g/mol | 10,000 g/mol | | |

| Batch 1 | | | Batch 2 | | |
| --- | --- | --- | --- | --- | --- |
| $M_n$ | $M_w$ | PD | $M_n$ | $M_w$ | PD |
| 25,000 g/mol | 30,000 g/mol | 1.2 | 25,000 g/mol | 70,000 g/mol | 2.8 |

$$\overline{M_n} = \frac{\sum M_i N_i}{N_i} = \frac{(M_1 N_1) + (M_2 N_2) + (M_3 N_3) + (M_4 N_4) + \cdots}{N_1 + N_2 + N_3 + N_4 + \cdots}$$

$$\overline{M_w} = \frac{\sum M_i^2 N_i}{\sum M_i N_i} = \frac{(M_1^2 N_1) + (M_2^2 N_2) + (M_3^2 N_3) + (M_4^2 N_4) + \cdots}{(M_1 N_1) + (M_2 N_2) + (M_3 N_3) + (M_4 N_4) + \cdots}$$

**492**  MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES

Copyright © 2024 Wolters Kluwer, unauthorized reproduction of this content is prohibited.

## KEY CONCEPT

## NUMBER AND WEIGHT AVERAGES

A research institute plans to hire a good scientist who can publish many high-quality manuscripts per year. The institute receives two resumes in which both scientists have claimed 20 publications a year. The applicants were then asked to submit more details about the journals they had published in. Now, the institute knows the total number of publications and the type and the number of journals they have published in. Journals were then categorized based on their impact factor (IF) as very high, high, medium, and low. Suppose the total number of publications is divided by the number of journals. In that case, both scientists score the same, with an average of five publications per journal per year. The number will change if the impact factors of the journals are also considered in the calculation. So, the new calculation shows the average number of 1.6 as opposed to 3.4 for scientists 1 and 2, respectively. It looks like the institute has found a tool to discriminate between the achievements of the two scientists. These new numbers show that scientist 2 is more capable in publishing high-quality manuscripts. A similar discussion is valid for different polymer chains (journals) with different molecular weights (impact factors). With a number average, all chains are considered similar, and the effect of their size is overlooked.

| Journal | IF | Scientist 1 | Scientist 2 | $N_1$ | $W_1$ | $N_2$ | $W_2$ |
|---|---|---|---|---|---|---|---|
| Very high IF | 20 | 2 | 8 | | | | |
| High IF | 10 | 4 | 6 | 5 | 1.6 | 5 | 3.4 |
| Medium IF | 4 | 6 | 4 | | | | |
| Low IF | 1 | 8 | 2 | | | | |
| Total | 35 | 20 | 20 | | | | |

relies on the size of the molecules. Techniques such as light scattering are also reliant on the size of the molecules. Large- and small-sized molecules scatter light in a very different way. Therefore, it is reasonable to use a light-scattering technique to calculate the average $M_w$ of a polymer.

### Mechanical Properties

Depending on their structure, molecular weight, and intermolecular forces, polymers resist differently when they are stressed. They can resist against stretching (tensile strength), compression (compressive strength), bending (flexural strength), sudden stress (impact strength), and dynamic loading (fatigue). With increasing molecular weight and hence the level of intermolecular forces, polymers display superior properties under an applied stress. As far as structure is concerned, a flexible polymer can perform better under stretching whereas a rigid polymer is better under compression. A polymer is loaded, and its deformation is monitored to measure its strength. Figure 17-11 shows the stress–strain behavior of different materials. For elastic materials such as metals and ceramics, the stress and strain (deformation) correlation is linear up to the failure point. In general, these materials show high stress and very low elongation (deformation, strain) at their breaking point. Polymeric materials such as fibers and highly cross-linked polymers display elastic behavior, in other words, a linear stress–strain correlation up to their breaking point. With an increase in intermolecular forces within a fibrous product or cross-link density of a cross-linked polymer, the slope of the stress–strain line will become steeper. The sharper the slope, the higher the modulus. Modulus and stiffness are two terms that can be used interchangeably to demonstrate the strength of a polymer. Some polymeric materials do not display a sharp or abrupt breaking point. Instead, they yield at certain stresses and continue to deform under lower stresses before they finally break apart. Tough plastics show this typical behavior. Rubbers or elastomers on the other hand display completely different behavior, which depends on the level of cross-linking or curing. In general, under very small stresses, they deform to a large extent to more than 10 to 15 times their original lengths. You may recall a rubber band

## KEY CONCEPT

## MOLECULAR WEIGHT DISTRIBUTION

If you plan to hire individuals for a cheerleading team, you may impose rigorous requirements. For example, they should all be 6-ft tall with a body mass index of 20. In the same sense, a soccer team might need a goalkeeper and a defense and forward, for each of which you may have different requirements. For example, height is significant for the goalkeeper position. In contrast, speed and accuracy are the most critical requirements for the forward. In polymer terms, chain size distribution per se is not a bad or a good thing. Depending on the application, the polymer needs to have a sharp or wide size distribution. A polymer for an engineering application like those in aircraft or spacecraft may need a narrow size distribution. In contrast, you may use a polymer with a broader size distribution for a general-purpose application.



Methacrylic acid          Ethyl acrylate

**FIGURE 17-11**  Mechanical properties of polymers.

when you stretch it from both ends. Highly cross-linked rubbers show very low deformation at their breaking point. In fact, cross-linking is the process by which properties of a rubber can be enhanced to a very tough plastic or even a fiber. Regardless of the polymer type (fiber, tough plastic, or rubber), certain amounts of energy are needed to break the polymer apart (in other words, toughness) and the area under the stress–strain curve measures it. The larger the area is, the tougher the polymer.

## Viscoelastic Properties

Mechanical properties of a given polymer are generally measured at a fixed rate of loading, certain temperature, or relative humidity, and so on and so forth. Polymers are neither a pure elastic nor a pure fluid material. They can store energy (display elastic behavior) and to dissipate it (display viscous behavior). For this reason, most polymers are viscoelastic materials. For example, poly (vinyl chloride) has a glass transition temperature of about 100°C. This means, it behaves like a solid at temperatures below its $T_g$ and like a fluid at temperatures above its $T_g$. Since a typical PVC product is generally used at room temperature, its $T_g$ is supposed to be well above the temperature of the environment in which it is expected to serve. In other words, a PVC product behaves like a solid or glass at any temperature (including its service temperature) below its $T_g$. Now, assume that your PVC product is expected to serve under a certain load (thermal, mechanical, etc.) and at certain temperature below its $T_g$, but for various periods of time. Such a loaded polymer, which originally behaves as a solid, or elastic may change its behavior upon a long-term loading. Over time, the polymer intermolecular forces will essentially become weaker and hence, the polymer becomes softer. This can be seen in the glass windows used in the old churches as they show different thicknesses from top to bottom.

### KEY CONCEPT

## ENTANGLEMENT

Let us say that there are two laundry machines with a total capacity of each 20 lb. You separate your clothes into two small (shorts) and large (pants) groups, each weighing 20 lb. Once the laundry step is completed, the clothes are transferred into a dryer. An important observation is that more time will be spent separating the large clothes from each other, which is not the case with the small clothes. This happens because large clothes tend to tie into each other. Because of this, the washer should be loaded with a smaller number of large articles of clothing as it makes it easier to wash and dry them. In polymer terms, large molecular-weight polymers (large clothes) have a better affinity to tie into each other than their smaller molecular-weight counterparts (small clothes). This is called *entanglement*. This occurs after a specific molecular weight and affects the polymer properties in both the solution and solid states.

There are generally two methods to evaluate the viscoelasticity in polymers: the creep test and the stress relaxation test. With the former, the polymer is first loaded with a certain weight and its deformation is then monitored over the time. With the latter, the polymer is first deformed to a certain extent, and then its stress relaxation (internal stress) is monitored with the time.

## Molecular Weight and Polymer Properties

Mechanical properties of a given polymer generally increase with an increase in molecular weight. Polymer melts and polymer solutions are handled with more difficulty as their molecular weight increases. This is due to a phenomenon called entanglement, which affects the flow of the polymer chains. As molecular weight increases, polymer chains are more likely to become entangled at certain molecular weights. This results in poor polymer flow either in the solid state (as a melt) or the solution state (as a solution). There is a working range of molecular weights for many applications that a given polymer in a solid or solution state can successfully be processed.

# VARIETY OF POLYMERS

Depending on their applications, polymers may be classified as rubbers, plastics, fibers, adhesives, and coatings. Each application requires a polymer to possess certain properties.

## Rubbers

Rubbers are mostly used in tire manufacturing. A tire is a dynamic service environment that experiences friction with the ground surface; must carry a heavy load of car weight and its passengers; and is exposed to ultraviolet radiation, ozone, oxygen (inside and outside of the tire), weathering conditions (wind, rain), and fatigue (dynamic loading and unloading). From a processing perspective, a tire is a composite of a few rubbers, metal, fiber, particulate fillers, and more. This requires rubber components of a tire to have excellent cohesive (strength) and adhesive (adhesion) properties. Rubbers have unique elongation properties, they can be stretched without failure, and they can be loaded with static and dynamic loads under very severe conditions. Just imagine for a moment, landing of a fully loaded cargo plane or a commercial aircraft. Different rubbers offer different properties. Those with double bonds (e.g., isoprene, butadiene) offer resiliency but are very susceptible to oxidation and ozonation. Those without double bonds (e.g., ethylene–propylene rubber) are very durable against weathering conditions. Some are very resistant to oil (e.g., chloroprene and nitrile) and some have excellent impermeability (e.g., isobutylene–isoprene rubber). Tube-in tires are still used in which the tube part is basically made of an air-impermeable rubber called butyl. Silicone is a very inert rubber with almost no affinity to any material. Therefore, silicone rubber is an excellent candidate for very durable parts such

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

**494**    MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES

as implants in biomedical applications. Rubbers in general are not very strong in their raw form but they have a potential to be cross-linked and cured. None of the rubbers used in tires can serve this application without undergoing a curing process. Rubber is loaded with certain chemicals (curing agents) and is cured or cross-linked at high pressure and temperature. The glass transition temperatures of the rubbery polymers (elastomers) are below the room temperature.

## Plastics

Plastics on the other hand possess completely different properties. Their glass transition temperature is generally above the room temperature as opposed to elastomers as shown in Figure 17-12. Plastic parts are manufactured by techniques such as injection molding, extrusion, and thermoforming that require the plastic to be in its molten state. Plastics that are used in general applications such as packaging are generally cheap and are structurally weak. Polymers such as polyethylene, polypropylene, and polystyrene have only carbon in their backbone. The other groups of plastics which are used in engineering applications are required to be impact resistant, weather resistant, solvent resistant, and so on and so forth. These are generally heterogeneous plastics, which have elements other than carbon such as N, Si, and O in their backbone. Polyesters, polyamides, and polyacetals are engineering plastics with very high intermolecular forces and hence high melting point.

## Fibers

Polymers for fibrous products are required to have a crystalline structure with a very sharp melting point. For this application, polymers need to be meltable and spinnable. Polypropylene fibers are used for plastic baskets, they are weak, and do not possess any specific properties. On the other hand, Kevlar fibers are used for bulletproof jackets. This application requires the fiber to have very strong intermolecular forces. In manufacturing fibers, both general and



FIGURE 17-12  Plastics and elastomers.

engineering plastics are used. Examples of fiber-forming materials are cellulose acetate, rayon, polypropylene, nylon, polyester, polyamide, and polyacrylonitrile.

## Adhesives and Coatings

The required properties of polymers for adhesive and coating applications are tackiness and adhesiveness. This means that adhesive forces (interaction with a second material) should be in balance with cohesive forces (interaction with itself). Both forces increase with the molecular weight of the polymer as molecular interactions increase between the same or different molecules due to increased surface area. Structurally speaking, the cohesive forces within a polymer can be modulated by changing its molecular weight, crystallinity, or addition of a second material such as plasticizers or oils. The adhesive intended for a nonpolar adherent should be nonpolar as well. On the other hand, very polar adhesive materials such as epoxy and cyanoacrylate are suggested for very polar adherents including metals. The rule of thumb "like dissolves like" is simply applied to polymers for adhesive and coating applications. Like plastics, adhesives can be categorized as general and engineering (structural). The difference is the level of intermolecular forces within the adhesive structure. Structural adhesives are generally used for engineering application such as in air and aerospace industries where high quality, durability, and strength are the basic requirements. To ensure that these requirements are met, the adhesive undergoes special treatment such as curing. Cyanoacrylate-based adhesives or silicone adhesives are generally cured by absorbing moisture from the air. Epoxy adhesives are generally supplied as two components and cured in the presence of a third component (primary, secondary, and tertiary amines). Polyester adhesives are cured using peroxides and catalyzed by amines. The curing process increases the cohesive forces at the expense of adhesive forces. Since an adhesive should possess a balance of cohesive and adhesive properties, the curing process should also be optimized.

Coating and adhesive applications rely on similar concepts. A successful adhesive or coating process requires that the matrix onto which the adhesive is applied to be fully covered by the polymer material, which is generally applied in an emulsion form. Coatings are used for protection purposes. A successful adhesive application requires careful understanding of the properties of the adhesive and adherents since an adhesive is generally trapped in between two or more materials. For coating applications, the coating polymer is generally exposed to a second environment such as air, oxygen, water, stomach fluid, intestinal fluid, solvents, and so on and so forth. This requires a thorough understanding of the coated matrix, coating material, as well as the service environment in which the material is expected to serve. Examples of coating materials are poly(vinyl acetate), acrylate esters, ethyl cellulose, and so on and so forth.



In water

Less hydrophilic

In alcohol or salt solutions

Low $M_w$          High $M_w$          More hydrophilic

FIGURE 17-13  Polymers as rheology modifier.

## POLYMERS AS RHEOLOGY MODIFIERS

Polymer chains are in a coiled conformation at rest, and they assume extended conformation once they are loaded. In applications where increased viscosity of the solution is desirable, the goal is to increase the chain end-to-end distance under a given load. In dissolution of a polymer and polymer swelling, the load originates from the interaction of a polymer and a solvent as well as concentration gradient of ions inside the polymer structure and the solution. Apparently longer end-to-end distances are potentially obtained if the polymer chains are longer and have more interaction with the solvent. In case of water as a solvent, the more hydrophilic polymer will be better. On the other hand, a more lipophilic polymer would be more desirable when the dissolution or swelling medium is organic. Figure 17-13 shows how different polymer chains and solutions display different rheologic behavior, which is characterized by the volume occupied by the polymer chains. Because of their hydrophilicity and high molecular weight, gums are the candidate of choice for increasing the viscosity of the aqueous solutions or dispersions.

*KEY CONCEPT*

## POLYMER STRUCTURE AND SOLUTION VISCOSITY

Your cotton-based clothes get wetter on a rainy day as compared to plastics. So, if you go for a daylong trip on a rainy day, you might want to wear a poncho which is 100% plastic to repel the water. In polymer terms, polymers with water-loving functional groups make more and closer contacts with water, which causes molecules of water to move slower, which means they generate more viscosity.

## HYDROGELS

The concept of an end-to-end distance is also applied in swellable polymers. As mentioned earlier, the driving force for the dissolution and swelling processes are similar. Certain materials, when placed in excess water, can swell rapidly, and retain large volumes of water in their structures. Such aqueous gel networks are called hydrogels. These are usually made of a hydrophilic polymer that is cross-linked either by chemical bonds or by other cohesion forces such as ionic interaction, hydrogen bonding, or hydrophobic interactions. Hydrogels behave like an elastic solid in a sense that they can return to their original conformation even after a long-term loading.

A hydrogel swells for the same reason as its linear polymer dissolves in water to form a polymer solution or hydrosol. From a general physicochemical standpoint, a hydrosol is simply an aqueous solution of a polymer. Many polymers can undergo reversible transformation between hydrogel and hydrosol. When a hydrogel is made by introducing gas (air, nitrogen, or carbon dioxide) during its formation, it is called a porous hydrogel.

A hydrogel swells in water or in any aqueous medium because of positive forces (polymer–solvent interaction, osmotic, electrostatic) and negative forces (elastic) acting upon the polymer chains as shown in Figure 17-14. Dissolution of a polymer in a solvent is an entropy-driven process that happens spontaneously. A dry hydrogel is in its solid state and has the tendency to obtain more freedom as it goes into solution. If a polymer structure is nonionic, the major driving force of swelling will be polymer–solvent interactions. As the ion content of a hydrogel increases, two very strong osmotic and electrostatic forces are generated within the hydrogel structure. The presence of ions inside the gel and the absence of the same ions in the solvent trigger a diffusion process (osmosis) by which water enters the polymer structure until the concentration of the ion inside the gel and the solvent becomes

Copyright © 2024 Wolters Kluwer. Unauthorized reproduction of this content is prohibited.



FIGURE 17-14   Swelling forces in hydrogels.

equivalent. In fact, the polymer diffuses into water to balance its ion content with the surrounding solution. Polymer chains carrying ions are charged either negatively (anionic) or positively (cationic). In either case, similar charges on the polymer backbone will repel each other upon ionization in an aqueous medium. This creates more spaces inside the hydrogel and more water can be absorbed into its structure. Since swelling in many applications is a desirable property (e.g., in superabsorbent baby diapers or superdisintegrants in pharmaceutical solid dosage forms), the infinite dilution of the polymer needs to be restricted. Linking polymer chains to each other can do this, generating elastic forces and causing less entropy.

**Example 17-7  Superdisintegrants**
In pharmaceutical solid dosage forms, a superdisintegrant is generally used to help the dosage form properly disintegrate. The concept behind this is the osmotic pressure that is generated by either the hydrophilic (as in vinyl pyrrolidone) or ionic (as in CMC) nature of the structure. Sodium starch glycolate (Explotab, Primojel, Vivastar P), cross-linked poly (vinyl pyrrolidone) (Crospovidone), and cross-linked sodium salt of CMC (Ac-Di-Sol, Croscarmellose) are widely used as tablet and capsule disintegrants.

**Example 17-8  Osmotic Tablet and Pump**
Alza's Oros and Duros technologies are based on an osmosis concept. Oros provides 24-hour controlled drug release that is independent of many factors such as diet status. Tablets using Oros technology as shown in Figure 17-15 are made of two sections coated with a semipermeable material. The upper section contains drug, and the lower section contains the osmotic agent either a salt or a water-soluble/swellable polymer. The membrane allows water or the aqueous medium to enter the osmotic agent compartment. In the presence of water, osmotic pressure pushes the bottom compartment upward which in turn forces the drug through a laser-drilled orifice on top of the tablet. Since 1983, this technology has been used in several prescription and over-the-counter products marketed in the United States, including nifedipine (Procardia XL), glipizide (Glucotrol XL), methylphenidate, oxybutynin, and pseudoephedrine (Sudafed 24 Hour). Duros technology is utilized in implants that deliver drugs over a very long period. Leuprolide implant (Viadur) osmotic implant is based on Alza's Duros pump technology which delivers leuprolide acetate over a year-long period.

Depending on the nature of cross-linking, a hydrogel is classified as chemical or physical.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.



Laser drilled orifice

Drug molecules

Osmotic pressure pushes the lower part upwards

Osmotic agent ex: salt, swellable polymer

Coated with semi permeable membrane

**FIGURE 17-15** An osmotic tablet based on Oros technology.

## Chemical Gels

Chemical gels are those that are covalently cross-linked. Therefore, chemical gels will not dissolve in water or other organic solvent unless the covalent cross-links are broken apart. At least two different approaches can be used to form chemical gels, either by adding an unsaturated olefinic monomer carrying more than one double bond (e.g., *N,N′*-methylene bisacrylamide, ethylene glycol dimethacrylate) or by reacting the functional groups on the polymer backbone. The first approach is used to make water-swellable gels or hydrogels. In general, cross-linking through double bonds is energetically favored as less energy is required to break a double bond than to react the functional groups. Cross-linked polymers of acrylic acid, sodium acrylate, and acrylamide have found extensive application in hygiene and agricultural industries as water absorbent polymers. These can absorb urine in diapers or can retain water in soil.

As far as the swelling is concerned, temperature has often a positive effect on the swelling process. Most chemical gels especially those made of hydrophilic chains can swell more in warmer solutions. These gels are the so-called thermoswelling chemical gels. On the other hand, thermoshrinking chemical gels are made of relatively hydrophobic monomers that shrink upon increases in temperature. Thermoshrinking hydrogels undergo thermally reversible swelling and deswelling. The temperature at which this sharp transition occurs corresponds to a lower critical solution temperature of the non–cross-linked polymer.

## Physical Gels

Hydrogen bonding, hydrophobic interaction, and complexation are three major tools in preparing a physical gel. A hydrogen bond is formed when two electronegative atoms, such as nitrogen and oxygen interact with the same hydrogen, N–H…O. The hydrogen is covalently attached to one atom, the donor, but interacts electrostatically with the other, the acceptor. This type of interaction occurs extensively in poly (vinyl alcohol), for example. Although its structure suggests easy dissolution in water, a poly (vinyl alcohol) at molecular weight more than 100,000 g/mol is water insoluble. To dissolve the polymer, the hydrogen bonds need to be broken and that requires the solution to be heated up to 80°C to 90°C.

Hydrophobic interactions are the major driving force for the folding of thermoresponsive hydrogels and globular proteins. The existence of hydrophobic groups will change the hydrophilic lipophilic balance (HLB) of the polymer that in turn affects its solubility in water. The more hydrophobic groups within the hydrogel structure, the more temperature dependent the swelling will be. As the number of hydrophobic group increases, the solubility–insolubility transition or swelling–deswelling transition shifts to a lower temperature. Polymers, such as methylcellulose, hydroxypropyl methylcellulose, or certain PEO/PPO/PEO triblock copolymers, dissolve only in cold water and form a viscous solution. Once the solution temperature increases up to a certain point, these solutions become thicker by forming a gel.

Complexation may happen between two oppositely charged groups of different polymer structures or via metal ions. In water, alginic acid with negatively charged groups and chitosan with positively charged groups can form a complex. The solubility of the complex is generally dependent on the pH of the dissolution medium and the p$K_a$ of the polymers. On the other hand, alginic acid carrying negatively charged carboxyl groups can form insoluble complexes with divalent and trivalent ions such as calcium, aluminum, and iron. These complexes are also reversible and pH dependent. Hydrogels either chemical or physical are also known as smart, intelligent, or responsive as they react to the environmental changes such as pH, temperature, salt concentration, salt type, solvent composition, or pressure. The unique properties of responsive hydrogels are ideal for making sensors and modulated drug delivery systems.

## POLYMERS FOR PHARMACEUTICAL APPLICATIONS

In a traditional pharmaceutics area, such as tablet manufacturing, polymers are used as tablet binders to bind the excipients of the tablet. Modern or advanced pharmaceutical dosage forms utilize polymers for drug protection, taste masking, controlled release of a given drug, targeted delivery, increase drug bioavailability, and so on and so forth.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

498  MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES

Apart from solid dosage forms, polymers have found application in liquid dosage forms as rheology modifiers. They are used to control the viscosity of an aqueous solution or to stabilize suspensions or even for the granulation step in preparation of solid dosage forms. Major application of polymers in current pharmaceutical field is for controlled drug release, which will be discussed in detail in the following sections. In the biomedical area, polymers are generally used as implants and are expected to perform long-term service. This requires that the polymers have unique properties that are not offered by polymers intended for general applications. Table 17-3 provides a list of polymers with their applications in pharmaceutical and biomedical industries.

In general, the desirable polymer properties in pharmaceutical applications are film forming (coating), thickening (rheology modifier), gelling (controlled release), adhesion (binding), pH-dependent solubility (controlled release), solubility in organic solvents (taste masking), and barrier properties (protection and packaging).

From the solubility standpoint, pharmaceutical polymers can be classified as water soluble and water insoluble (oil soluble or organic soluble). The cellulose ethers with methyl and hydroxypropyl substitutions are water soluble, whereas ethyl cellulose and a group of cellulose esters such as cellulose acetate butyrate or phthalate are organic soluble. Hydrocolloid gums are also used when solubility in water is desirable. The synthetic water-soluble polymers have also found extensive applications in pharmaceutical industries, among them polyethylene glycol, polyethylene glycol vinyl alcohol polymers, polyethylene oxide, polyvinyl pyrrolidone, and polyacrylate or polymethacrylate esters containing anionic and cationic functionalities are well established.

## Cellulose-Based Polymers

Although cellulose itself is insoluble in water, its water-soluble derivatives have found extensive applications in pharmaceutical dosage forms. Methyl cellulose, CMC, and hydroxypropyl methylcellulose are the most common cellulose-based polymers with methyl, carboxymethyl, and hydroxypropyl/methyl substitution, respectively. Table 17-3 shows how functional group substitution results in different cellulose-based polymers with different properties.

Methocel polymers including pure methylcellulose and hydroxypropyl-substituted methylcellulose display thermogelling property in water. As the temperature of the solution increases, the hydrophobic groups of these polymers start to aggregate, as a result the polymer solution will assume a cloudy appearance. The cloud point temperature for the pure methyl cellulose (with no hydroxypropyl substitution) is about 50°C. As more methyl groups are substituted with hydroxypropyl groups, which have better solubility in water, the cloud point temperature shifts to higher temperature (60°C to 85°C for the Methocel E, F, and K). Cloud point temperature is critically dependent on the methyl substitution. On the other hand, aqueous viscosity of the Methocel polymers is more dependent on the polymer molecular weight than its methyl/hydroxypropyl content.

## Hydrocolloids

Various hydrocolloids or polysaccharide gums are originated from a variety of sources as summarized in Table 17-4.

Most gums are hydrophilic and contain very long polymeric chains as well as different functional groups. These features are very attractive in many pharmaceutical processes such as coating, stabilization, thickening, binding, solubilization, and disintegration. Gums behave differently in water and aqueous solutions. Almost all display thickening property, whereas some show gelling property. Although thickening is a desirable property for solution, suspension, and emulsion dosage forms, the property of gelling is utilized in drug encapsulation for controlled delivery applications. Gums such as guar gum can provide excellent thickening property, whereas gums including alginate and chitosan can offer a gelling property in the presence of ions. Like synthetic polymers, gums can be blended to provide superior properties through synergy, which cannot be achieved by individual gum alone. On the negative side, gums are obtained from natural sources with different assay and qualities. Therefore, as opposed to synthetic polymers, the batch-to-batch consistency and quality is a major challenge for pharmaceutical suppliers. Besides, gums are a good platform for bacteria growth, which limits their shelf life and requires sterilization.

Polysaccharides and their derivatives can be used as a rate controller in sustained-release formulations due to their gelling property.[9] Gums can easily be derivatized to change their solution properties. For instance, chitosan is only soluble in acidic water, but its carboxymethyl derivative is soluble at a wider pH range. Gums offer a wide range of molecular weights that also affect their dissolution properties. They are biodegradable and their chemical composition varies greatly.[10] The physicochemical properties of polysaccharide solutions and gels have recently been reviewed for pharmaceutical and food applications.[11] Polysaccharides are claimed to effectively treat local colon disorders if they are used in colon-targeting delivery systems, which utilize the colonic microflora.[12] Inulin, amylase, guar gum, and pectin are specifically degraded by the colonic microflora and used as polymer drug conjugates and coating. It has been shown that drug release in the colon can be maximized if the hydrophobicity of the gums is modified chemically or physically using other conventional hydrophobic polymers.[13] In cancer therapy, polysaccharides are used as immune modulators. A few fungal polysaccharides, either alone or in combination with chemotherapy and/or radiotherapy, have been used clinically in the treatment of various cancers.[9] It was suggested that iron stabilized into a polysaccharide structure can be used to treat anemia. The product can also be used in resonance imaging as well as in separation of cells and proteins utilizing magnetic fields due to its magnetic properties.[14]

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

**TABLE 17-3**

## Polymers in Pharmaceutical and Biomedical Applications

| Polymers | Characteristics | Applications |
|---|---|---|
| **Water-Soluble Synthetic Polymers** | | |
| **Poly(acrylic acid)** <br> (COOH) | It is miscible in alcohol, water, ethers, and chloroforms. Act as mucoadhesive polymer | Cosmetic, pharmaceuticals, immobilization of cationic drugs, base for Carbopol polymers |
| **Poly(ethylene oxide)** <br> $H_3CO$—O—$OCH_3$ | It is a semicrystalline polymers having higher molecular weight | Coagulant, flocculent, very high molecular weight up to a few millions, swelling agent |
| **Poly(ethylene glycol)** <br> HO—O—OH | It is soluble in water and organic solvents such as benzene, chloroform | $M_w <10,000$; liquid ($M_w <1000$) and wax ($M_w >1000$), plasticizer, base for suppositories |
| **Poly(vinyl pyrrolidone)** | It has good affinity to various polymers and resins. It has good film formation property. | Used to make betadine (iodine complex of PVP) with less toxicity than iodine, plasma replacement, tablet granulation |
| **Poly(vinyl alcohol)** <br> OH | It has excellent film forming, emulsifying, and adhesive properties | Water-soluble packaging, tablet binder, tablet coating |
| **Polyacrylamide** <br> $CONH_2$ | It is nontoxic and has good adhesion properties to many solid surfaces and dissolved substances. | Gel electrophoresis to separate proteins based on their molecular weights, coagulant, absorbent |
| **Poly (isopropyl acrylamide) and poly(cyclopropyl methacrylamide)** | It is thermo sensitive hydrogels and can absorb water and get dissolve in solution. | Thermogelling acrylamide derivatives, its balance of hydrogen bonding, and hydrophobic association changes with temperature |
| **Cellulose-Based Polymers** | | |
| **Ethyl cellulose** <br> $OC_2H_5$ / $OC_2H_5$ / $OC_2H_5$ | Water insoluble; aqueous coating system for sustained-release applications; impermeable barrier; plasticized EC composed of dibutyl sebacate and oleic acid; Ethocel is commercially available from Dow; ethyl cellulose latex, Aquacoat, is also available from FMC Corp | Insoluble but dispersible in water, aqueous coating system for sustained-release applications |
| **Carboxymethyl cellulose** <br> $CH_2OCH_2COONa$ / $CH_2OCH_2COONa$ | Water soluble; variable degree of substitution; cross-linked CMC is water swellable and known as croscarmellose sodium in National Formulary (NF); FMC Corp. supplies cross-linked CMC (Ac-Di-Sol; accelerated dissolution) as tablet superdisintegrant | Superdisintegrant, emulsion stabilizer |
| **Hydroxyethyl cellulose** | Soluble in water and in alcohol | Tablet coating |
| **Hydroxypropyl cellulose** | Water soluble at low temperature | Film coating application |
| **Hydroxypropyl methyl cellulose** | Soluble in water <60°C and in organic solvents; Dow Chemical supplies <br> HPMC as Methocel (such as E, F, K) for tablet coating; HPMC coating replaced sugar coating with the advantage of much shorter coating time; possesses thermogelling property | Binder for tablet matrix and tablet coating, gelatin alternative as capsule material, also used as capsule material to substitute animal-based gelatin |

(*continued*)

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

**T A B L E   1 7 - 3**

## Polymers in Pharmaceutical and Biomedical Applications (*Continued*)

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

| Polymers | Characteristics | Applications |
|---|---|---|
| **Cellulose acetate phthalate**  | It is hygroscopic in nature. No evidence of toxicity and might have a slight odour of acetic acid. | Enteric coating |
| **Water-Insoluble Biodegradable Polymers** | | |
| **(Lactide-co-glycolide) polymers (PLGA)**  | Poly(lactide-co-glycolide) has reduced stiffness compared to pure polyglycolide and offers faster degradation time than the lactide or glycolide homopolymers. | Microparticle–nanoparticle for drug delivery |
| **Starch-Based Polymers** | | |
| **Starch**  | Starch is a polymeric carbohydrate that is insoluble in cold water, alcohols, or other solvents. | Glidant, a diluent in tablets and capsules, a disintegrant in tablets and capsules, a tablet binder |
| **Sodium starch glycolate**  | Sodium starch glycolate absorbs water rapidly, resulting in swelling which leads to rapid disintegration of tablets and granules. | Superdisintegrant for tablets and capsules in oral delivery. It is also used as a suspending agent and a gelling agent. |
| **Plastics and Rubbers** | | |
| **Polyurethane** | They have strong bonding properties and have wide resiliency range. | Transdermal patch backing (soft, comfortable, moderate moisture transmission), blood pump, artificial heart, and vascular grafts, foam in biomedical and industrial products |
| **Silicones** | They are known for their outstanding temperature and oxidative stability, excellent low temperature flexibility, and high resistance to weathering and many chemicals. | Pacifier, therapeutic devices, implants, medical grade adhesive for transdermal delivery. |
| **Polycarbonate** | Polycarbonate is a durable material. It is strong and will hold up longer to extreme temperatures. | Case for biomedical and pharmaceutical products |
| **Polychloroprene** | It is a high performance multipurpose elastomer product. | Septum for injection, plungers for syringes, and valve components |
| **Polyisobutylene** | It has moisture permeability, low toxicity, and is colorless. It has good shear stability and high thickening efficiency. | Pressure sensitive adhesives for transdermal delivery |
| **Polycyanoacrylate** | They are used as strong-acid fast adhesives. They have some amount of toxicity. | Biodegradable tissue adhesives in surgery, a drug carrier in nano- and microparticles |

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

### TABLE 17-3

## Polymers in Pharmaceutical and Biomedical Applications (*Continued*)

| Polymers | Characteristics | Applications |
|---|---|---|
| **Poly (vinyl acetate)** <br> OCOCH₃ | PVAC resins produce clear, hard films that have good weather resistance and withstand water, grease, oil, and petroleum fuels. They have high initial tack, almost invisible bond line, softening at 30–45°C, good biodegradation resistance, poor resistance to creep under load, and low cost. | Binder for chewing gum |
| **Polystyrene (PS)** | Polystyrene is a transparent, rigid, brittle yet moderately strong polymer. It has good electrical properties but relatively low heat resistance. PS is soluble in chlorinated and aromatic solvents but insoluble in alcohols. | Petri dishes and containers for cell culture, cuvettes for size measurements |
| **Polypropylene** | It has good chemical resistance, good fatigue resistance, integral hinge property. | Tight packaging, heat shrinkable films, containers, sutures |
| **Poly (vinyl chloride) (PVC)** <br> Cl | PVC is a dense polymer compared to most plastics. It ranks well for hardness and durability. | Blood bag, hoses, and tubing |
| **Polyethylene** | Polyethylene is of low strength, hardness and rigidity, but has a high ductility and impact strength as well as low friction. | Transdermal patch backing for drug in adhesive design, wrap, packaging, containers |
| **Poly (methyl methacrylate)** <br> OCH₃ | PMMA polymer exhibits glass-like qualities—clarity, brilliance, transparency, translucence—at half the weight with up to 10 times the impact resistance. It is more robust and has less risk of damage. | Hard contact lenses |
| **Poly (hydroxyethyl methacrylate)** <br> OH | Poly(hydroxyethyl) methacrylate (PHEMA) is a stable, optically transparent hydrophilic polymer that is one of the most widely applied hydrogel biomaterials. It exhibits excellent cytocompatibility. | Soft contact lenses |
| **Acrylic acid and butyl acrylate copolymer** <br> COOH <br> COO(CH₂)₃CH₃ | The polymers exhibit a characteristic water solubility which is pH-dependent. | High $T$g pressure–sensitive adhesive for transdermal patches |
| **2-Ethylhexyl acrylate and butyl acrylate copolymer** | 2-Ethylhexyl acrylate polymerizes easily. The chemical, physical, and toxicologic properties, however, can be greatly modified by additives or stabilizers. | Low $T$g pressure–sensitive adhesive for transdermal patches |

(*continued*)

**502**    MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

### TABLE 17-3

## Polymers in Pharmaceutical and Biomedical Applications (*Continued*)

| Polymers | Characteristics | Applications |
|---|---|---|
| **Vinyl acetate and methyl acrylate Copolymer**  | It has excellent availability. Higher polarity, which increases adhesion to more polar surfaces. | High cohesive strength pressure–sensitive adhesive for transdermal patches |
| **Ethylene vinyl acetate and polyethylene terephthalate** | The material has good clarity and gloss, low-temperature toughness stress-crack resistance, hot-melt adhesive waterproof properties, and resistance to UV radiation. | Transdermal patch backing (heat sealable, occlusive, translucent) |
| **Polyethylene and polyethylene terephthalate** | Polyethylene terephthalate polyester (PETP) is a hard, stiff, strong, dimensionally stable material that absorbs very little water. It has good gas barrier properties and good chemical resistance except to alkalis | Transdermal patch backing (when ethylene vinyl acetate copolymer is incompatible with the drug) |
| **Hydrocolloids** | | |
| **Alginic acid** | Alginic acid can absorb 200–300 times its weight in water and solutes at low pH yielding a high viscosity, high pH gel. It is biocompatible and less toxic. | Oral and topical pharmaceutical products; thickening and suspending agent in a variety of pastes, creams, and gels, as well as a stabilizing agent for oil-in-water emulsions; binder and disintegrant |
| **Carrageenan** | Carrageenan is a safe natural product. **Carrageenans**, as linear, water-soluble, polymers, typically form highly viscous aqueous solutions. This is due to their unbranched, linear macromolecular structure, and polyelectrolytic nature. | Modified release, viscosifier |
| **Chitosan** | Chitosan is biodegradable, lacks toxicity. It shows antifungal effects and also stimulates immune system. | Cosmetics and controlled drug delivery applications, mucoadhesive dosage forms, rapid release dosage forms |
| **Hyaluronic acid** | Biocompatible and biodegradable polymer naturally found within extracellular matrix of human tissues. | Reduction of scar tissue, cosmetics |
| **Pectinic acid** | Water-insoluble, transparent gelatinous acid existing in over-ripe fruit and some vegetables. | Drug delivery |

| Cellulose-Based Polymers | R Group | Applications |
|---|---|---|
| **Cellulose**  | Water insoluble due to excessive hydrogen bonding | An adsorbent, a suspending agent, a capsule diluent. Powdered cellulose is also used as a thickening agent. |

04/01/23   6:48 PM

## TABLE 17-3

### Polymers in Pharmaceutical and Biomedical Applications (*Continued*)

| Cellulose-Based Polymers | R Group | Applications |
|---|---|---|
| **Methyl cellulose (MC)**  | Soluble in cold water only; commercially available as Methocel A; swells and disperses slowly in cold water to form a colloidal dispersion; practically insoluble in ethanol, saturated salt solutions, and hot water; soluble in glacial acetic acid. | Displays thermogelling property |
| **Ethyl cellulose (EC)** | Water-insoluble, plasticized EC composed of dibutyl sebacate and oleic acid | Commercially available as Ethocel, its aqueous dispersion is used for sustained-release and enteric-coating applications for sustained-release applications (Aquacoat); moisture barrier and taste-masking applications for tablet and multiparticulate dosage forms |
| **Carboxymethyl cellulose (CMC)** | Water soluble; also known as *cellulose gum*, is manufactured by the chemical synthesis of naturally derived cellulose with chloroacetic acid; cross-linked CMC is water swellable and known as croscarmellose sodium | Emulsion stabilizer of injections; adhesion and film-forming agents of tablets |
| **Hydroxyethyl cellulose (HEC)** | H and $CH_2CH_2OH$ | Soluble in water and in alcohol |
| **Hydroxypropyl cellulose (HPC)** | H and $CH_2CHOHCH_3$ | Water soluble at low temperature; film coating application |
| **Hydroxypropyl methyl cellulose (HPMC)** | H and $CH_3$ and $CH_2CHOHCH_3$ | Soluble in water below 60°C and in organic solvents; Dow Chemical supplies HPMC as Methocel (such as E, F, K) for tablet coating; HPMC coating replaced sugar coating with the advantage of much shorter coating time; possess thermogelling property; is also used as capsule material to substitute animal-based gelatin |

Alginic acid is a linear polysaccharide that mainly consists of two building blocks of mannuronic (M) and guluronic (G) acid residues. Alginic acid and its salts are anionic polymers that can offer gelling properties. Since they contain a carboxyl group, they can easily undergo a complexation reaction in the presence of ions. Depending on its source, the mannuronic and guluronic contents of the alginate product can be different. Between the two building blocks, the G blocks are responsible for the gelling property; as such, a product rich in G block offers stronger gel in the presence of ions, in particular, calcium. Excipient suppliers provide different grades of alginate with broad range of G/M ratios. Apparently, the mechanical property of the alginate gel is determined by the G/M contents of the product, the type of ion (monovalent, divalent, trivalent), the concentration of ion in the solution, as well as the duration of the gelling

## TABLE 17-4

### Hydrocolloids From Different Sources

| Plant Exudates | Seed Gum | Seaweed Extract | Microbial | Plant Extract | Animal-Based |
|---|---|---|---|---|---|
| Gum arabic | Guar | Agar | Xanthan | Pectin | Chitosan |
| Karaya | Locust bean | Carrageenan | Gellan | Konjac | Gelatin |
| Tragacanth | Psyllium | Alginate | Curdlan | | |
| Ghatti | | | | | |

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

process. For encapsulation purposes, all these factors must be considered in designing a tailor-made delivery system. Alginic acid and its derivatives have found applications as a stabilizing agent, binding agent, drug carrier, and so on and so forth. The antibiotic griseofulvin, which is supplied as oral suspension, contains sodium alginate stabilized with methylparaben. Alginic acid and ammonium calcium alginate can be found in metaxalone tablets. Alginate microbeads can be used to entrap drugs, macromolecules, and biologic cells. For this application, parameters such as calcium salt, other hardening agents, and different drying methods have been studied.[15] Islets of Langerhans cells embedded into alginate encapsulates can be transplanted without the risk of protein contamination and immune system suppression.[16]

Carrageenan is a sulfated linear polysaccharide of galactose and anhydrogalactose. It carries a half-ester sulfate group with the ability to react with proteins. If carrageenan is used in a solution containing proteins, the solution becomes gel or viscous due to a complex formation between carrageenan and charged amino acids of the protein. Therefore, a formulation scientist should be aware of any incompatibility issues which might jeopardize the stability of the drug solution, suspension, or emulsion. Depending on the concentration and location of the sulfated ester groups, carrageenan can be found in three different grades of kappa, iota, and lambda. Kappa carrageenan can form a strong and brittle gel, especially in the presence of potassium ions or if blended with locust bean gum. If a drug formulation requires a softer and more elastic gel, iota carrageenan can be used. Both kappa and iota carrageenan can be used for controlled delivery application as they display gelling properties under certain circumstances. If a drug formulation needs to be thickened and does not contain proteins of any source, a lambda carrageenan can be utilized. Donepezil hydrochloride orally disintegrating tablets and cefpodoxime proxetil oral suspension contain carrageenan. Carrageenan is shown to increase the permeation of sodium fluorescein through porcine skin as it changes the rheologic properties of the drug solution.[17] In capillary electrophoresis, a sulfated polysaccharide such as carrageenan can be used to separate the enantiomers of weakly basic pharmaceutical compounds. Different enantiomers of racemic compounds such as propranolol and pindolol have been separated using carrageenan.[18,19]

Chitosan is obtained from chitin, the second most abundant natural polymer after cellulose, which can be found in shrimp, crab, and lobster shells. Chitosan is a cationic polymer and has been investigated as an excipient in controlled delivery formulations and mucoadhesive dosage forms because of its gelling and adhesive properties. The bitter taste of natural extracts such as caffeine has been masked using chitosan. Chitosan can potentially be used as a drug carrier, a tablet excipient, delivery platform for parenteral formulations, disintegrant, and tablet coating.[20,21] From toxicity and safety standpoint, lower–molecular-weight chitosan (as an oligosaccharide) has been shown to have negligible cytotoxicity on Caco-2 cells.[22] During the encapsulation process using synthetic polymers, the protein is generally exposed to the conditions which might cause their denaturation or deactivation. Therefore, a biocompatible alternative such as chitosan is desirable for such applications.[23] Because of its cationic nature, chitosan can make complexes with negatively charged polymers such as hyaluronic acid (HA) to make a highly viscoelastic polyelectrolyte complex. The complex has the potential to be used as cell scaffold and as a drug carrier for gene delivery.[24] Gels based on chitosan and ovalbumin protein have been suggested for pharmaceutical and cosmetic use.[25] In the veterinary area, chitosan can be used in the delivery of chemotherapeutics such as antibiotics, antiparasitics, anesthetics, painkillers, and growth promotants.[26] As an absorption enhancer, a protonated chitosan is able to increase paracellular permeability of peptide drugs across mucosal epithelia. While trimethyl derivative of chitosan is believed to enhance the permeation of neutral and cationic peptide analogs, the carboxymethyl derivative of chitosan offers gelling properties in an aqueous environment or with anionic macromolecules at neutral pHs.[27] Chitosan can also be mixed with nonionic surfactants such as sorbitan esters to make emulsion like solutions or creams.[28] To prepare chitosan beads or microspheres, the chitosan matrix needs to be treated with an anionic compound like pentasodium tripolyphosphate. A sustained-release dosage form of salbutamol sulfate beads can be prepared using chitosan in phosphate buffer.[29]

Pectin is a ripening product of green fruits such as lemon and orange skin. Protopectin is an insoluble pectin precursor present in such fruits, which is converted to pectinic acid and subsequently to pectin. The main component of pectin is D-galacturonic acid, which is in part esterified via methylation. Depending on its methoxyl content, pectin is classified as high methoxyl (HM, 50% or more esterification) and low methoxyl (LM, less than 50% esterification). Pectins can form a gel in an aqueous solution if certain conditions are existed. For instance, high methoxyl pectins require a minimum of 65% soluble solids and low pH (<3.5) to form a gel, whereas low methoxyl pectins require calcium and may form a gel at a much lower solid content, that is, 20%. Gelation and association of pectin chains in the presence of pH-reducing additives have also been reported.[30] While pectin is generally known as a suspending and thickening agent, it is also claimed to reduce blood cholesterol levels and to treat gastrointestinal disorders.[31] Pectin can be found in amlexanox oral paste.

Xanthan gum is found in several drug formulations including cefdinir oral suspension and nitazoxanide tablets. It is a highly branched glucomannan polysaccharide with excellent stability under acidic conditions. Xanthan is generally used in solution and suspension products for its thickening property. Because of its very rigid structure, its aqueous solution is significantly stable over a wide pH range. Like locust bean gum, xanthan gum is also nongelling but forms a gel once it is mixed with the locust bean gum. Concentrated xanthan gum solutions resist flow due to excessive hydrogen

Copyright © 2024 Notes Kluwer, not authorized reproduction of its content is prohibited.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of the content is prohibited.

bonding in the helix structure, but they display shear-thinning rheology under the influence of shear flow. This feature of xanthan gum solutions is critical in food, pharmaceutical, and cosmetic manufacturing processes.[32] Oxymorphone hydrochloride extended-release tablets contain TIMERx, which consists of xanthan gum, and locust bean gum for controlled delivery.[33] Rectal delivery of morphine can be controlled using cyclodextrins as an absorption enhancer and xanthan as a swelling hydrogel. This combination produces a sustained plasma level of morphine and increases its rectal bioavailability.[34]

HA consists of *N*-acetyl-D-glucosamine and beta-glucuronic acid and has been used as fluid supplement in arthritis, in eye surgery, and to facilitate healing of surgical wounds. Solaraze gel for the topical treatment of actinic keratoses is composed of 3% sodium diclofenac in 2.5% HA gel.[35] Sodium hyaluronate and its derivatives have been evaluated in vitro and in vivo for optimized delivery of a variety of active molecules such as antibiotic gentamicin and cytokine interferon.[36] Hyaluronan is biocompatible and nonimmunogenic and has been suggested as a drug carrier for ophthalmic, nasal, pulmonary, parenteral, and dermal routes.[37] Sodium hyaluronate topical (Seprafilm), which is used to reduce scar tissue as a result of abdominal or pelvic surgery, is a bioresorbable membrane containing sodium hyaluronate.

Gum arabic or gum acacia is best known for its emulsifying properties and its solution viscosity at very high solid concentration. Locust bean gum consists of mannose and galactose sugar units at a ratio of 4:1. Like almost all gum solutions, an aqueous solution of this gum displays shear-thinning rheology. It shows synergistic effects with xanthan and kappa carrageenan. Gellan gum has been used in pharmaceutical dosage forms as a swelling agent,[38] as a tablet binder,[39] and as a rheology modifier.[40] Drug delivery behavior of scleroglucan hydrogels has been examined using theophylline as a model drug.[41] As an alternative tablet binder to starch and polyvinyl pyrrolidone, seed galactomannan of Leucaena, a natural polysaccharide comparable to guar gum, has been evaluated for poorly compressible drugs such as paracetamol.[42] Schizophyllan, which is secreted by fungus, has been evaluated as an immunostimulant (to suppress tumor growth), antitumor, antihepatitis, anti-HIV, and antiviral agent.[43,44] Sustained-release formulations based on guaran,[45] in situ gel-forming ability of xyloglucan,[46] and borax–guar gum complexes for colon-specific drug delivery have also been studied.[47]

One of the most recent applications of gums is in film forming. Recent concepts and products such as breath films, cough strips, flu, and sore throat strips have all been realized based on film-forming ability of gums. As opposed to branched gums, linear gums have more sites available for intermolecular hydrogen bonding; as a result, they offer better film-forming properties. Individual and blended gum products based on agar, alginate, *k*-carrageenan, methyl cellulose, pectin, CMC, and guar can potentially be used in film dosage forms.

# POLYMERS IN DRUG DELIVERY

## Introduction

Pharmaceutical polymers are widely used to achieve taste masking; controlled release (e.g., extended, pulsatile, and targeted), enhanced stability, and improved bioavailability. Monolithic delivery devices are systems in which a drug is dispersed within a polymer matrix and released by diffusion or erosion. The rate of drug release from a matrix product depends on the initial drug concentration and relaxation of the polymer chains, which overall displays a sustained-release characteristic. Extended-release alprazolam tablet is an example of monolithic products, in which extended or sustained delivery is provided by swelling and erosion of the polymer matrix. Alternatively, a drug can be released from a drug core through a porous or nonporous membrane. While drug release through a nonporous membrane is essentially driven by diffusion, porous membranes generate an extra path for drug release, that is, through pores. The status of drug release from membrane systems can generally be modified via membrane thickness, use of plasticizers, pore structure (size, size distribution, and morphology), and filler tortuosity (filler orientation). Membrane systems have found applications in drug stability, enteric release, taste masking, and sustained release. Enteric-coated products are the ones that pass the stomach environment safely and release the drug at a higher pH environment of the intestine. These must be coated with a pH-operative coating such as an anionic polymer. Examples of enteric-coated products are duloxetine, mesalamine, naproxen, omeprazole, and amino salicylic acid. Drugs such as lutein and lycopene are more stable in membrane dosage forms. Reservoir systems have been utilized to taste mask acetaminophen and caffeine. Potassium chloride and diltiazem also demonstrate sustained-release properties if formulated using a membrane system.

## Synthetic Polymers

Synthetic polymers based on acrylic or methacrylic acids have found extensive applications in the drug delivery area to protect the drug or to release the drug in a controlled manner. These are classified as cationic, anionic, and neutral (nonionic) polymers. Despite differing solubility and swellability across the GI tract, drug release from these matrices occurs through a diffusion process.

Cationic polymers: One of the most widely used cationic polymers for protective coating applications has dimethyl aminoethyl methacrylate for a functional group. As far as its purity is concerned, the polymer contains less than 3,000 ppm of residual monomers including butyl methacrylate (<1,000 ppm), methyl methacrylate (<1,000 ppm), and dimethyl aminoethyl methacrylate (<1,000 ppm). These are used as pH-dependent drug delivery platforms to protect sensitive drugs, to mask unpleasant tastes and odor, to protect the active ingredient from moisture, and to improve drug storage stability. Eudragit E 100 is, for instance, supplied as

a granule and is used in taste-masking applications where a low pH solubility (<5) is desirable.

Anionic polymers: Anionic polymers have methacrylic acid as a functional group and are generally used for drug delivery past the stomach into the duodenum, jejunum, ileum, or colon. As discussed in *Chapter 15: Biopharmaceutics and Pharmacokinetics*, since the pH of the fasted stomach is below pH 3 in nearly every healthy person and below pH 2 in most people, the stomach represents a harsh environment for many drugs. Since the methacrylic group dissociates at the higher pH of the small intestine and colon, anionic polymers such as Eudragit L 100–55 (with dissolution at pH 5.5) and Eudragit S 100 (with dissolution at pH >7.0) are highly desirable. Aqueous dispersions of these polymers (Eudragit L 30 D-55) are generally available for direct use in enteric-coating applications. Kollicoat MAE 30 DP, a combination of methacrylic acid and ethyl acrylate (1:1) monomers, is supplied as a 30% aqueous dispersion. The polymer is used as a film-former in enteric coating of solid dosage forms.

Neutral polymers: Acrylate or methacrylate polymers with or without aminoethyl functionality are generally insoluble or have pH-independent swelling property. These are neutral acrylic polymers which are used for sustained-release applications where insolubility of the polymeric drug carrier is very much desirable. Neutral polymers with added functionality are supplied as powder (e.g., Eudragit RS PO), granule (e.g., Eudragit RS 100), and aqueous dispersions (e.g., Eudragit RS 30 D). Neutral polymers with no added functionality are supplied as aqueous dispersions (Eudragit NE30D, NM30D, and NE40D).

## Biodegradable Polymers

Alternatively, the drug can be released from a dosage form because of polymer erosion. Erosion occurs because of biodegradation or swelling and might happen within the bulk of the polymer or may be limited to the polymer surface at a time. Porous and nonporous platforms can provide bulk and surface erosion, respectively. Polymers with ester and amide functional groups are susceptible to a hydrolytic degradation in strong acidic and basic environment. When a polymer starts to erode from its surface, the drug imbedded within the polymer matrix will be released at a rate depending on the erosion rate of the polymer. If erosion happens in bulk, a much faster release is expected as an enormous number of hydrolysable sites are simultaneously cleaved up in water.

Biodegradable polymers are classified as natural-based and synthetic. Polysaccharides and protein-based polymers are obtained from the natural sources. Polyesters or copolyesters of lactic acid and glycolic acid, polycaprolactone, polyanhydrides, and polyethylene glycol are the most common synthetic biodegradable polymers, which are used for variety of pharmaceutical applications.

---

**Example 17-9  Injectable Implant**

Injectable implants have been developed based on biodegradable polymers. Leuprolide (Eligard), a delivery system for prostate cancer, is supplied as an injectable suspension that utilizes the Atrigel technology for delivering the hormone leuprolide acetate. The delivery system consists of a biodegradable (lactide-co-glycolide) copolymer dissolved in a biocompatible solvent. The polymer gradually loses its organic solubility once it is injected subcutaneously. Doxycycline (Atridox), a bioabsorbable delivery system for the treatment of periodontal disease, also uses Atrigel technology to deliver an antibiotic, doxycycline hyclate.

---

Alternatively, a drug may be released because of matrix swelling. The matrix is made of nonbiodegradable but erodible polymers, which control the drug delivery due to its swelling. A polymer in its swollen form is mechanically weak and can be eroded at different rates depending on the swelling feature of the matrix.[48] A fast swelling hydrogel may undergo faster erosion and provide faster drug release compared with a slow swelling hydrogel. The release kinetics from a swellable matrix is generally zero-order.

## Ion-Exchange Resins

These are polymeric materials with two characteristics; they swell in an aqueous medium and they contain complexable and ionizable groups. Ion-exchange resins are generally made of methacrylic acid, sulfonated styrene, and divinyl benzene (DVB). The acidic resins can be weak or strong. Weak acid resins are produced based on methacrylic acid (containing COOH) monomer cross-linked with DVB. The counter-ion of the acidic carboxyl group is hydrogen (as in Polacrilex resin, Amberlite IRP64) or potassium (as in Polacrilin potassium, Amberlite IRP88). To make an ion-exchange resin with stronger acidity, the water-insoluble styrene is used as a monomer, which is sulfonated to become water compatible. Similarly, DVB is used to cross-link the polymer and the counter-ion of the sulfate group ($SO_3$) is generally sodium. The commercial product of sodium polystyrene sulfonate (Amberlite IRP69) is used to treat hyperkalemia. Cation exchangers are anionic polymers which contain carboxyl or sulfate groups with hydrogen, potassium, and sodium as counter-ions. On the other hand, cationic ion-exchange resins with the ability to exchange anions carry quaternary ammonium groups, $-N^+(R)3$ with chlorine as a counterion. Cholestyramine resin (Duolite AP143) is cationic styrene DVB polymer which is an anion exchanger and used to reduce cholesterol or to sequestrate the bile acid. Because of their unique properties, the ion-exchange resins are generally used for taste masking, drug stabilization, tablet disintegration, and sustained-release applications.

Cationic or anionic drugs can be complexed into the structure of an ion-exchange resin due to its ionic structure. The stability of the complex inside the mouth masks the taste of the drug since the drug will not be free to interact with taste buds. The drug will be released in the gastric medium once the complex becomes unstable. Certain drugs have a poor shelf life due to their instability against moisture, light, heat, and so on and so forth. Shelf stability and bioavailability of these drugs increase when formulated

Copyright © 2024 Motors & Movers Kluwer. Unauthorized reproduction of this content is prohibited.

with ion-exchange resins. The DVB–cross-linked potassium methacrylate copolymer possesses a very high swelling capacity in water. Although this polymer generally swells fast and to a high degree, its swelling properties are significantly affected by pH, the presence of salts, and the ionic strength of the aqueous solution. Nevertheless, the swelling pressure generated by this polymer is sufficient to disintegrate tablet dosage forms in an aqueous medium. These polymers can also provide a sustained or a zero-order release due to their high swelling capacity.

## Recent Applications of Polymers in Pharmaceutical Sciences

Polymers are finding increasing use in all spheres of life, and their applications in pharmaceutical sciences are constantly evolving. Nonetheless, drug delivery systems seem to be leveraging polymeric systems for many recent applications. However, biocompatibility remains a prerequisite for any of these applications. Some of the most sought-after applications in recent times include polymeric microneedles, polymeric nanofibers, vascular stents, and scaffolds for bone healing.

### (i) Polymeric Microneedles

As the name suggests, microneedles are micron-sized needles (<1 mm) made of polymeric materials. They can carry and deliver drugs across the skin through a micron-sized transport pathway that is minimally invasive, somewhat like the Chinese healing technique of acupuncture. Different microneedles (e.g., solid, coated, dissolving, hollow, and hydrogel) are fabricated depending on their way of delivering drugs into the epidermis. The concept has proven innovative for transdermal drug delivery allowing easy access through the stratum corneum barrier into the epidermis (up to a depth of ~1,500 $\mu$m). Microneedle drug delivery systems are made up of needles of micron size (usually 150–1,500 microns long, 50–250 microns wide, and a 1–25 microns thick tip), which are arranged on a small patch and is a hybrid between the hypodermic needle and a transdermal patch (Fig. 17-16). Microneedles can be fabricated using a variety of materials such as silicone, metals, ceramics, silica glass, carbohydrates, and a wide variety of polymers, including polylactic acid (PLA), poly (lactic-co-glycolic acid) (PLGA), polyglycolic acid (PGA), poly (carbonate), poly (vinyl alcohol) (PVA), polystyrene (PS), and polymethylmethacrylate (PMMA). Of these, the biodegradable polymers are opening avenues to make dissolving microneedles that do not need to be removed once the drug is delivered.

### (ii) Polymeric Nanofibers

Synthetic and natural polymers are viable candidates for making bioactive nanofibrous scaffolds for various applications like wound healing. Natural polymers like HA, chitosan, sodium alginate, gelatin, silk fibroin, and



FIGURE 17-16    Drug delivery through dissolving microneedles.

collagen are good material candidates for nanofibers fabrication. Common synthetic polymers that capable of giving a nanospun fibrous platform include poly(lactic acid), poly(lactic-co-glycolic acid), poly(caprolactone), poly(ethylene glycol), poly(vinyl alcohol), polyvinylpyrrolidone, or their blends and copolymers to further tune the functionality of the nanofibers. Synthetic polymers can be easily electrospun to create a fibrous micropattern like the architecture of the skin extracellular matrix. These polymeric nanofibers can be fabricated by well-known techniques of polymer self-assembly, thermally induced phase separation (TIPS), drawing, carding, touch-spinning, and electrospinning. Compared to other nanofibers manufacturing techniques, the electrospinning process can be used to give a porous structure with a high surface area using materials with tunable properties, compositions, shapes, and dimensions. The electrospun nanofibrous scaffolds are being greatly utilized for would healing applications as they provide more promising wound care that favors attachment, growth, and migration of fibroblasts, consequently promoting regeneration of skin tissue in the wound area. Their other possible technologic applications include tissue engineering, drug delivery, and cancer diagnosis.

### (iii) Polymeric Stents

Polymeric stents are finding widespread vascular applications to remove stenosis or occlusion in different arteries, such as intracranial, carotid, coronary, renal, iliac, femoral, popliteal, and tibial arteries. They also find nonvascular applications in clearing a blockage in nonvascular organs or body structures such as trachea, bronchi, esophagus, stomach, biliary tree, pancreas, colon, and the urinary tract.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

**508**    MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES

Drug-eluting stents represent technologic innovation over bare-metal stents. Bioresorbable stents are also considered a revolution in the stent industry. They provide transient support and progressively degrade, are dissolved, or absorbed into the body after the remodeling process is completed. Preferred materials include biodegradable polymers like PLA, PLLA, PDLA, PGA, PLGA, PCL, and blends and copolymers. Some other polymers that resorb after a few months of stenting include polyorthoesters, phosphorylcholine, fibrin, HA, and polyethylene oxide/polybutylene terephthalate. These bioresorbable stents are well tolerated in the body as they provide:

- Positive outward remodeling after biodegradation.
- An improved possibility of later surgical revascularization.
- Facilitation of secondary reintervention.
- Lower risk of late stent thrombosis.

Manufacturing methods include, but are not limited to, photochemical etching, helical coiling, braiding techniques, fluid dispensing, three-dimensional (3D) printing, electrospinning, hot extrusion, and selective laser melting. Some developed polymeric stents include Fantom, ReZolve, REVA Gen I, IDEAL BioStent Gen I, Fortitude, MeRes 100, DESolve, Magnitude, and ABSORB BVS.

### (iv) Scaffolds for Bone Healing

The utilization of both natural and synthetic polymers as scaffolds with customizable fibrous or porous architecture in bone healing, regeneration, and resorption is increasing. In addition to extracellular matrix mimicking bone tissue, the natural polymers are absorbable, biodegradable, and nontoxic in the physiologic environment. They can be easily excreted from the body by metabolic processes. These include proteins (like collagen, silk, fibrin gels, and soy) or polysaccharides (alginate, chitin/chitosan, starch, cellulose, and HA derivatives).

On the other hand, synthetic polymers like poly (lactide-co-glycolide) (PLGA), poly ($\varepsilon$-caprolactone) (PCL), polylactide (PLA), poly(glycolic acid) (PGA), poly (propylene fumarate) (PPF), and poly(vinyl alcohol) (PVA) are playing a vital role as scaffolds for bone tissue regeneration largely in part due to their biocompatible and biodegradable properties. In addition, they can provide the desired mechanical properties and immunogenic potential and are available in sufficient supply for bone tissue applications. These polymers are promising materials as they provide the preferred platform for cell adhesion, cell proliferation, and deposition of the extracellular matrix until the impaired bone is revitalized and the new bone is formed.

*Natural-synthetic polymer composite scaffolds:* Sometimes natural-synthetic polymer scaffolds or synthetic polymer-bioceramics are combined to be used as composite scaffolds that give advantages of each individual material to promote regeneration of functional bone tissues. The poor processability and brittle tendency of ceramics can be overcome by the bone regeneration. Some examples include PLGA/Hap, PLGA/TCP, PLGA/CDHA.

## ■ CHAPTER SUMMARY

This chapter serves as a valuable source of information for those with little or no background in polymers, researchers in the polymer, pharmaceutics, and biomedical areas, and pharmacy students. Polymers are macromolecules with very large chains, contain a variety of functional groups, can be blended with other low- and high–molecular-weight materials, and can be tailored for any application. Polymers have been used as the primary tool to control drug release rate from various formulations and drug delivery systems. They are also increasingly used as taste-masking, stabilizing, and protective agents in oral drug delivery. This chapter reviewed basic concepts behind the behavior of polymers in the solid and solution states. Polymers can bind the particles of a solid dosage form and change the flow properties of a liquid dosage form. Extensive applications of polymers in drug delivery have been realized because polymers offer unique properties that any other materials have not attained. Understanding the basic concepts of polymers provides a foundation for further understanding drug products and designing better delivery systems.

### References and Notes

1. F. Rodriguez, *Principles of Polymer Systems*, Taylor & Francis, Philadelphia, PA, 1996.
2. G. Odian, *Principles of Polymerization*, 3rd Ed., Wiley, New York, 1991.
3. P. J. Flory, *Principles of Polymer Chemistry*, Cornell University, Ithaca, New York, 1953.
4. F. W. Billmeyer, *Textbook of Polymer Science*, 3rd Ed., Wiley, New York, 1984.
5. L. H. Sperling, *Introduction to Physical Polymer Science*, Wiley, New York, 1992.
6. H. Omidian, Y. Qiu, S. Yang, D. Kim, H. Park, and K. Park, *Hydrogels Having Enhanced Elasticity and Mechanical Strength Properties*. US Patent 6960617. 2005.
7. H. Omidian, J. G. Rocca, and K. Park, Macromol. Biosci 6, 703–710, 2006.
8. D. Braun, *Simple Methods for Identification of Plastics*, 2nd Ed., Hanser Publishers, Munchen, Wien, 1986.
9. S. C. Jong, J. M. Birmingham, and S. H. Pai, E. - R. Di, Immunologia Ed Immunofarmacologia 11, 115–122, 1991.
10. L. Hovgaard and H. Brondsted, Crit. Rev. Ther. Drug Carrier Syst 13, 185–223, 1996.
11. K. Nishinari and R. Takahashi, Curr. Opin. Colloid Interface Sci 8, 396–400, 2003.
12. A. W. Basit. Drugs, 65, 1991–2007, 2005.
13. Th. F. Vandamme, A. Lenourry, C. Charrueau, and J. C. Chaumeil, Carbohydr. Polym 48, 219–231, 2002.
14. K. I. Shingel and R. H. Marchessault, in R. H. Marchessault, F. Ravenelle, X. X. Zhu (Eds.), *Polysaccharides for Drug Delivery and Pharmaceutical Applications, ACS Symposium Series 934*, American Chemical Society, 2006, pp. 271–287.
15. L. W. Chan, H. Y. Lee, and P. W. S. Heng. Int. J. Pharm 242, 259–262, 2002.
16. J. Dusseault, S. K. Tam, M. Ménard, S. Polizu, G. Jourdan, L. H. Yahia, and J. P. Hallé, J. Biomed. Mater. Res. A 76, 243–251, 2006.
17. C. Valenta and K. Schultz. J. Control. Release 95, 257–265, 2004.
18. G. M. Beck and S. H. Neau. Chirality 8, 7, 503–510, 1996.
19. G. M. Beck and S. H. Neau. Chirality 12, 8, 614–620, 2000.
20. O. Felt, P. Buri, and R. Gurny. Drug Dev. Ind. Pharm 24, 11, 979–993, 1998.
21. A. K. Singla and M. Chawla. J. Pharm. Pharmacol 53, 8, 1047–1067, 2001.
22. S. Y. Chae, M. K. Jang, and J. W. Nah. J. Control. Release 102, 2, 383–394, 2005.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.




23. M. George and T. E. Abraham. J. Control. Release 114, 1, 1–14, 2006.
24. J. Wu, X. Wang, J. K. Keum, H. Zhou, M. Gelfer, C. Avila-Orta, H. Pan, W. Chen, S. -M. Chiao, B. S. Hsiao, and B. Chu, J. Biomed. Mater. Res. A 80, 4, 800–812, 2007.
25. S. Y. Yu, J. Hu, X. Pan, P. Yao, and M. Jiang, Langmuir 22, 6, 2754–2759, 2006.
26. S. Senel and S. J. McClure. Adv. Drug Deliv. Rev 56, 10, 1467–1480, 2004.
27. M. Thanou, J. C. Verhoef, and H. E. Junginger. Adv. Drug Deliv. Rev 52, 2, 117–126, 2001.
28. J. Grant, J. Cho, and C. Allen. Langmuir 22, 9, 4327–4335, 2006.
29. E. A. El Fattah, D. J. W. Grant, K. E. Gabr, and M. M. Meshali, Drug Dev. Ind. Pharm 24, 6, 541–547, 1998.
30. P. S. Holst, A. -L. Kjøniksen, H. Bu, S. A. Sande, and B. Nyström, Polym Bull 56, 2–3, 239–246, 2006.
31. B. R. Thakur, R. K. Singh, and A. K. Handa. Crit. Rev. Food Sci. Nutr 37, 1, 47–73, 1997.
32. K. W. Song, Y. S. Kim, and G. S. Chang. Fibers Polym 7, 2, 129–138, 2006.
33. M. J. Tobyn, J. N. Staniforth, A. R. Baichwal, and T. W. McCall, Int. J. Pharm 128, 1–2, 113–122, 1996.
34. K. Uekama, T. Kondo, K. Nakamura, T. Irie, K. Arakawa, M. Shibuya, and J. Tanaka, J. Pharm. Sci 84, 1, 15–20, 1995.
35. M. B. Brown and S. A. Jones. J. Eur. Acad. Dermatol. Venereol 19, 3, 308–318, 2005.
36. N. E. Larsen and E. A. Balazs. Adv. Drug Deliv. Rev 7, 2, 279–293, 1991.
37. Y. H. Liao, S. A. Jones, B. Forbes, G. P. Martin, and M. B. Brown, Drug Deliv 12, 6, 327–342, 2005.

38. P. J. Antony and N. M. Sanghavi. Drug Dev. Ind. Pharm 23, 4, 413–415, 1997.
39. P. J. Antony and N. M. Sanghavi. Drug Dev. Ind. Pharm 23, 4, 417–418, 1997.
40. P. B. Deasy and K. J. Quigley. Int. J. Pharm 73, 2, 117–123, 1991.
41. M. E. Daraio, N. Francois, and D. L. Bernik. Drug Deliv 10, 2, 79–85, 2003.
42. U. P. Deodhar, A. R. Paradkar, and A. P. Purohit. Drug Dev. Ind. Pharm 24, 6, 577–582, 1998.
43. T. Fuchs, W. Richtering, and W. Burchard. Macromol. Symp 99:227–238, 1995.
44. J. Munzberg, U. Rau, and F. Wagner. Carbohydr. Polym 27, 4, 271–276, 1995.
45. B. P. Nagori and N. K. Mathur. Ind. J. Chem. Technol 3, 5, 279–281, 1996.
46. N. Kawasaki, R. Ohkura, S. Miyazaki, Y. Uno, S. Sugimoto, and D. Attwood, Int. J. Pharm 181, 2, 227–234, 1999.
47. A. Rubinstein and I. Glikokabir. Stp. Pharma. Sci 5, 1, 41–46, 1995.
48. H. Omidian and K. Park. J. Drug Deliv. Sci. Technol 18, 2, 83–93, 2008.

## Recommended Readings

A. M. Stephen, *Food Polysaccharides and Their Applications*, Marcel Dekker, Inc., New York, 1995.

A. T. Florence and D. Attwood, *Physicochemical Principles of Pharmacy*, 4th Ed., Pharmaceutical Press, London, 2006, Chapter 8, pp. 273–322

D. Jones. Rapra Rev. Rep 174:124, 2004.

M. Saltzman, *Tissue Engineering: Engineering Principles for the Design of Replacement Organs and Tissues, Appendix A: Introduction to Polymers*, Oxford University Press, Inc., New York, 2004, pp. 453–480.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this contents is prohibited.

# PHARMACEUTICAL EXCIPIENTS

**22**

## PATRICK J. SINKO

Copyright © 2024 Wolters Kluwer, unauthorized reproduction of this content is prohibited.

### CHAPTER OBJECTIVES

**At the conclusion of this chapter the student should be able to:**

1 Understand the role that excipients play in the functioning of dosage forms.
2 Understand the critical attributes of excipients used in oral solid dosage forms.
3 Describe the general classes of excipients and their functions as used in oral solid dosage forms.
4 Relate information in this chapter to information in earlier chapters regarding understanding the physical and chemical characteristics of the excipient and how it might interact with the API or function in a dosage form.

5 Understand how the functional nature of the excipients might differ when used in different dosage forms or intended for different routes of administration.
6 Understand the impact of grade and supplier on the function of excipients.
7 Plan the selection of excipients for a tablet dosage form.
8 Understand the concept of "active" excipients. You should be able to explain the difference in active versus classic excipient functions.
9 Identify common adverse reactions to excipients.

## INTRODUCTION

Administering drugs or biologics (active pharmaceutical ingredients or APIs) to patients requires formulations and drug delivery systems (DDSs) in drug products. According to the World Health Organization (WHO), Technical Report Series, No. 961, Annex 10 (Procedure for prequalification of pharmaceutical products), an active pharmaceutical ingredient (API) is "a substance used in a finished pharmaceutical product, intended to furnish pharmacological activity or to otherwise have direct effect in the diagnosis, cure, mitigation, treatment or prevention of disease, or to have direct effect in restoring, correcting or modifying physiological functions in human beings." All other ingredients in a pharmaceutical formulation are inactive ingredients. "Inactive ingredients are clearly not consistently inert in their biological activity and therefore should not be listed as such. A more useful and concise term is excipient."[1] This chapter examines excipients, the other essential components of drug products.

The word excipient, derived from the Latin verb *excipere*, means "except or to receive," which can be described as "other than" and refers to their function.[2] Historically, excipients were considered the components in a dosage form "other than" the API. While an API exerts a therapeutic effect, excipients "are not intended to exert therapeutic effects at the intended dosage."[3] "Excipients are essential components in a drug formulation having a functional purpose related to the performance of a drug product. With advances in the technology of drug dosage forms and drug delivery systems, functional properties including preservation, solubility, release control, and disintegration have become more critical to issues of safety and bioavailability in modern drug products."[4] Excipients improve pharmaceutical product

manufacture and performance by acting as an absorption enhancer, antioxidant, binder, buffer, chelating agent, coloring agent, compression aid, disintegrant, emulsifying agent, filler, flavoring agent, glidant, lubricant, preservative, surfactant, suspending agents, solubilizing agent, sweetener, vehicle, wetting agent, and the constituents of the outer covering of the medicinal products, for example, gelatin capsules. Excipients can be macromolecular substances such as albumin, or substances such as amino acids and sugars that are used in drug and biologic products. Excipients may constitute from 1% to 99% of a dosage form's total mass or volume, but for most dosage forms, excipients make up most of the mass or volume. Extreme examples include high-dose (≥1,000 mg API/unit) drug products containing a single API such as metformin tablets or those containing multiple APIs such as Atripla tablets (efavirenz, emtricitabine, and tenofovir disoproxil fumarate). The selection of an excipient to be used in any dosage form is based on the desired physical and chemical characteristics of the dosage form (injectable, oral liquid, oral solid, etc.), the physical and chemical nature of possible excipients, and the intended purpose of the dosage form (application to the skin, inhalation, or oral ingestion). The excipient must carry out its intended purpose throughout the shelf life and delivery of the dosage form to the patient.

Excipients are used for many reasons. For example, making the product taste and look good improves patient compliance, particularly in pediatric populations. Some excipients play essential roles in manufacturing to improve powder flow (glidants) or assist in tablet ejection from tableting machines (lubricants). Excipients also serve as a vehicle to carry the API to the site in the body where the drug is to be absorbed, released, or intended to exert its action. For

**609**



03/01/23   7:20 PM

example, excipients are essential for delaying aspirin's release to bypass the stomach and reduce gastric irritation/stomach upset. Delaying the release of mesalamine until the dose form gets to the lower intestine and colon allows for drug release where it needs to exert its therapeutic effect. Other excipients help tablets disintegrate into small particles, dissolving more quickly and reaching the bloodstream rapidly. Still, others protect the drug product's stability so it will be at maximum effectiveness at the time of use. Finally, some excipients are used to aid in drug product identification.

In an ideal world, excipients have specific functions, are nontoxic, do not interact with the API or other excipients, and have no pharmacologic/toxicologic activity. Excipients, however, can have multiple functions, and like drugs, they can exert pharmacologic and toxic effects. In 1937, over 100 people in 15 states in the United States died after taking Elixir Sulfanilamide (see Ref. 5 for a detailed account).[5] Sulfanilamide, a synthetic bacteriostatic antibiotic, was used in tablet and powder form to treat streptococcal infections. In response to the demand for a liquid formulation for children, efforts focused on identifying solvent/cosolvent systems to dissolve the drug. Sulfanilamide dissolved in diethylene glycol. To further increase palatability, they added a raspberry flavor. After testing the elixir for taste, appearance, and fragrance in September 1937, it was shipped all over the United States for distribution to patients. The formulator did not evaluate the formulation's toxicity and failed to realize that diethylene glycol, commonly used in antifreeze, was a deadly poison. The first patient deaths were reported by October, and an investigation established a link to Elixir sulfanilamide.

The U.S. Federal Food, Drug, and Cosmetic Act of 1938 was enacted because of this tragedy. The Act required manufacturers to perform safety testing and submit new drug applications demonstrating safety before marketing. To this day, the U.S. Food and Drug Administration (FDA) requires the development of safety profiles to support the use of new excipients as components of drug or biologic products.[3] Several pharmacopeias worldwide, such as United States Pharmacopeia (USP/NF, USP 44 NSF 39, 2021), the European Pharmacopeia, and the Japanese Pharmacopeia, provide public standards for excipients. The FDA's Inactive Ingredient Database (IID) provides maximum potency and daily exposure limits for excipients in FDA-approved drug products.[6] The *Handbook of Pharmaceutical Excipients* also lists monographs of the excipients used in commercial products in the developed countries in the world. The latest edition (9th Edition, 2020) of the *Handbook of Pharmaceutical Excipients* collects the essential data on excipients' physical properties, drug safety, and potential drug toxicity.

# EXCIPIENT FUNCTION, QUALITY, AND SAFETY

## What Is an Excipient?

"Excipients" mean any inactive ingredients added *intentionally* to therapeutic and diagnostic products that do not exert therapeutic effects at the intended dosage, according to a July 2019 draft U.S. FDA Guidance. Pifferi and Restani[7] remind us "intentionally" acknowledges that excipients must play multiple roles in dosage forms administered enterally, parenterally, and topically. Excipients sources include animals, biotechnology, chemical synthesis, minerals, and plants. They generally comprise most of the weight or volume of a dosage form. Regulators no longer consider excipients to be inert or inactive ingredients, and detailed knowledge of these materials is essential for formulators worldwide.[8] For example, excipients may improve product delivery (e.g., enhance absorption or control release of the drug substance). Similar expanded definitions of excipients have been adopted in the European Union and worldwide. Excipients may have some biologic activity even though they should not exert therapeutic effects. Process or product-related impurities such as degradation products, leachates, residual solvents, or extraneous contaminants in pharmaceutical dosage forms are not considered excipients.[2] An excipient is a "substance other than the active ingredient, which has been appropriately evaluated for safety and is included in a drug delivery system to:

1. Aid in the processing of the drug delivery system during its manufacture;
2. Protect, support, or enhance stability (formulation feasibility), bioavailability, or patient acceptability;
3. Aid in product identification; or
4. Enhance any other attribute of the overall safety and effectiveness of the drug during storage and use"[4,9]

## Excipient Functional Categories

The purpose an excipient serves in a formulation is generally categorized into broad descriptive functional categories. For example, USP excipient functional categories are shown in Table 22-1. Some functional categories apply to multiple dosage form types. An excipient can have multiple functions in a dosage form. The association of a functional category with a particular dosage form or excipient is not absolute and is not intended to limit use. The information can be applied to multiple dosage forms because of the complex nature and interplay between formulation ingredients, processing, and dosage form performance requirements. Each functional category includes a general description; physical properties common to these excipients; chemical properties; the mechanisms by which excipients achieve their function; dosage forms; and performance-related properties. In addition, USP chapters that can be useful in conducting specific tests and procedures and establishing acceptance criteria to ensure that material properties are adequately monitored and controlled are also listed. The effects of excipient properties on the quality and performance of a drug product may be unique for each formulation and process. They may vary from supplier to supplier and batch to batch. In addition, there could be properties of excipients that are not evaluated in official monographs.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of its content is prohibited.

**TABLE 22-1**

### Functional Categories of Excipients

| Acidifying or Alkalizing Agent | Drag-Reducing Agent | Polymer for Ophthalmic Use |
| --- | --- | --- |
| Adhesive (pressure sensitive) | Emollient | Printing Ink Component |
| Air Displacement | Emulsifying Agent | Propellant |
| Alcohol Denaturant | Film-Forming Agent | Reducing Agent |
| Antifoaming or Defoaming Agent | Filtering Aid | Release-Modifying Agent |
| Antimicrobial Preservative | Flavor and Fragrance | Solvent |
| Antioxidant | Free Radical Scavenger | Sorbent |
| Antitack Agent | Gelling Agent | Stabilizer |
| Biodegradable Polymer | Glidant and/or Anticaking Agent | Stiffening Agent |
| Buffering Agent | Humectant | Sugar-Coating Agent |
| Bulking Agent | Liposome-Forming Agent | Suppository Base |
| Capsule Shell | Lubricant | Surfactant |
| Carrier | Mucoadhesive | Suspending and/or Viscosity-Increasing Agent |
| Cationic Dendrimer | Ointment Base | Sweetening Agent |
| Colloid Stabilizing Agent | Opacifier | Tonicity Agent |
| Coloring Agent | Permeation Enhancer | Transfer Ligand |
| Complexing Agent | Pharmaceutical Water | Vehicle |
| Crystallization Inhibitor | Physical–Chemical Identifier | Viscosity-Lowering Agent |
| Desiccant | Physical Form Stabilizer | Water-Repelling Agent |
| Diluent | Plasticizer | Wet Binder |
| Disintegrant | Polymeric Membrane | Wetting and/or Solubilizing Agent |




Excipients commonly used in tablets are shown in Table 22-2. Excipients can have multiple roles in a single dosage form or different formulation types. For example, lactose is a diluent (i.e., bulking agent or filler) in capsules or tablets. At the same time, it is a carrier in dry powder inhalation products.

## Excipients Can Have Multiple Functions in Pharmaceutical Preparations

A drug can have multiple effects. "Side effects" are all effects other than the therapeutic effect. Similarly, excipients can also have multiple functions in pharmaceutical dosage

*KEY CONCEPT*

## THE CHANGING VIEW OF EXCIPIENTS

There are many parallels between the essential requirements for APIs and excipients (Fig. 22-1). While both require quality and safety, APIs must demonstrate therapeutic efficacy. At the same time, excipients must have functionality that improves dosage form performance or manufacturability. The functionality of excipients is influenced by their physical, physicochemical, and biopharmaceutical properties. Excipients are no longer considered simply inert or pharmacologically inactive ingredients. They may have some biologic activity to improve product delivery, but they should not exert therapeutic effects. The effects of excipients on drug dissolution, luminal drug reactions, absorption, and the extent

of drug absorption are discussed by Kubbinga and coworkers (Fig. 22-2).[8] As our understanding of drug absorption and intestinal physiology has increased, it has become clear that some excipients may serve a more active role in enhancing drug absorption by influencing intestinal transporters or other membrane properties. Absorption enhancers are one such group of excipients used to improve the oral delivery of difficult-to-deliver drugs. These excipients offer new opportunities for pharmaceutical scientists to solve significant delivery challenges, but caution is also warranted as indiscriminate permeability enhancement can lead to undesired consequences.[3,10,11]

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

**612**    MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES

### TABLE 22-2

### Common Excipients Used in Tablets

| Excipient | Function | Examples |
|---|---|---|
| Diluents | Provide bulk and enable accurate dosing of potent ingredients | Sugar compounds, e.g., lactose, dextrin, glucose, sucrose, sorbitol<br><br>Inorganic compounds, e.g., silicates, calcium and magnesium salts, sodium or potassium chloride |
| Binders, compression aids, granulating agents | Bind the tablet ingredients together giving form and mechanical strength | Mainly natural or synthetic polymers, e.g., starches, sugars, sugar alcohols, and cellulose derivatives |
| Disintegrants | Aid dispersion of the tablet in the gastrointestinal tract, releasing the active ingredient and increasing the surface are for dissolution | Compounds which swell or dissolve in water, e.g., starch, cellulose derivatives, and alginates, crospovidone |
| Glidants | Improve the flow of powders during tablet manufacturing by reducing friction and adhesion between particles. Also used as anticaking agents. | Colloidal anhydrous silicon and other silica compounds |
| Lubricants | Similar action to glidants, however, they may slow disintegration and dissolution. The properties of glidants and lubricants differ, although some compounds, such as starch and talc, have both actions. | Stearic acid and its salts (e.g., magnesium stearate) |
| Tablet coatings and films | Protect tablet from the environment (air, light, and moisture), increase the mechanical strength, mask taste and smell, aid swallowing, assist in product identification. Can be used to modify release of the active ingredient. May contain flavors and colorings. | Sugar (sucrose) has now been replaced by film coating using natural or synthetic polymers. Polymers that are insoluble in acid, e.g., cellulose acetate phthalate, are used for enteric coatings to delay release of the active ingredient. |
| Coloring agents | Improve acceptability to patients, aid identification and prevent counterfeiting. Increase stability of light-sensitive drugs. | Mainly synthetic dyes and natural colors. Compounds that are themselves natural pigments of food may also be used. |

Copyright © 2024 Wolters Kluwer, not for Unauthorized reproduction or this content is prohibited.

forms. The reader should not be surprised that some excipients can have divergent uses depending on the circumstance. An excipient's role can vary in either the same dosage form or different dosage forms depending on the amount used, the formulation, the physical or chemical state of the excipient, the route of administration, and the stage of the life cycle of the dosage form (during shelf storage, immediately after administration to a patient, during dissolution testing, etc.). Polysaccharides, including starch and its derivatives, are common pharmaceutical excipients obtained from several



FIGURE 22-1 The basic requirements of safety and quality of excipients are shared with drugs (APIs) but excipients require validation and testing of tests for functionality whereas APIs are evaluated for efficacy.

plants such as corn, potatoes, rice, and wheat. Starch is a carbohydrate consisting of many glucose units that can be chemically or physically modified, allowing it to perform different functions. Starches are used as diluents, fillers, binders, disintegrants, and glidants in formulations. Another example is lubricant-type excipients. Sodium dodecyl sulfate and magnesium stearate are two common lubricant-type pharmaceutical excipients (Fig. 22-3). Sodium dodecyl sulfate (also called sodium lauryl sulfate [SDS]) is a surfactant that serves as a lubricant and dissolution aid in a tablet formulation. It acts as a lubricant during the tableting process when it is dry and as a dissolution aid after ingestion or dissolution testing when it interacts with water since it is an emulsifying agent and a detergent can be used to solubilize poorly soluble drugs by creating micelles in an aqueous mixture. In another example, magnesium stearate is a hydrophobic lubricant during manufacturing tablets to ensure that the tablets are ejected from the die in the tableting machine. Magnesium stearate is one of the most common excipients in tablet formulations. However, unintended secondary effects of using magnesium stearate can include reducing tablet hardness, slowing tablet disintegration, and retarding API dissolution.[2,12–19] The potentially harmful effects of magnesium stearate on tablet disintegration and API dissolution must be balanced with the amount required to ensure the

FIGURE 22-2 **Biopharmaceutic processes that may be modulated by excipients**. Kubbinga and coworkers describe a new approach in evaluating biopharmaceutic excipient effects. They evaluated a model excipient, lactose, formulated in combination with APIs from different BCS classes. Their results suggest that companies use different (relative) amounts of lactose depending on the characteristics of the API. (Reprinted from Kubbinga, M., Moghani, L. & Langguth, P. Novel insights into excipient effects on the biopharmaceutics of APIs from different BCS classes: Lactose in solid oral dosage forms. Eur. J. Pharm. Sci. 61, 27–31, doi:10.1016/j.ejps.2014.03.008 (2014), with permission from Elsevier.)



formation of pharmaceutically acceptable tablets and ejection from the die. The magnitude of the effect depends on the magnesium stearate, the presence and properties of the other ingredients, and the manufacturing process (mixing parameters such as total mixing time, mixer configuration, etc.) making the tablets. In a study, Uzunovic and Vranic[19] showed that slight differences in magnesium stearate content (0.77% vs. 1.1%) could slow the dissolution of ranitidine (see replotted dissolution data in Figure 22-4 even though both tablet formulations would be considered immediate release by compendial standards). In another study, Uchimoto and coworkers[12] demonstrated that when magnesium stearate was mixed with acetaminophen (also known as paracetamol) granules at a concentration of 0.1%, 80% of the acetaminophen dissolved after 18 minutes. However, increasing magnesium stearate significantly reduced dissolution. The time required for 80% of the acetaminophen to dissolve increased to 80 and 140 minutes, when the concentration of magnesium stearate was 2.0% and 3.0%, respectively. These increases were well beyond the time range considered to be immediate release.

**Example 22-1** A commercially available tablet dosage form for the treatment of Parkinson disease lists the following excipients in its list of inactive ingredients: mannitol, starch, colloidal silicon dioxide, povidone, and magnesium stearate.

The functional purpose(s) of each excipient:

Mannitol: diluent
**Starch:** diluent, binder, and/or disintegrant
**Colloidal silicon dioxide:** glidant and/or anticaking agent
Povidone: binder
Magnesium stearate: lubricant

Note that starch and colloidal silicon dioxide may serve more than one purpose in this formulation, and it is sometimes difficult to know exactly what an excipient function is without knowing more



FIGURE 22-3 **Magnesium stearate and sodium dodecyl sulfate are two common lubricant-type pharmaceutical excipients**. Magnesium stearate is a magnesium salt of stearic acid. The salt consists of two stearate anions and one magnesium cation. Sodium dodecyl sulfate, also known as sodium lauryl sulfate, is an anionic surfactant.



FIGURE 22-4 **The effect of magnesium stearate on the in vitro dissolution of ranitidine hydrochloride tablets (0.77% vs. 1.1% magnesium stearate)**. While both tablets dissolution behavior indicate immediate release (i.e., 80% released in 45 minutes), the dissolution of ranitidine was significantly slower using a standard pharmacopeial test of dissimilarity (known as the $f_2$ test).

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

about the formulation. As discussed, the function of an excipient is dependent upon numerous factors such as the formulation and potential route of administration, the manufacturing process, the dosage form performance requirements, and other factors.

**Example 22-2**  In another example, highly potent APIs tablet formulations contain mostly excipients since the drug is highly potent. A typical tablet of a potent drug might have the following ingredients:

1. **API** in an appropriate dose. For example, 2 mg.
2. **Diluent** to make the final tablet size 150 mg. Spray dried lactose, for example, can be used if the tablet is to be directly compressed (total needed = 139 mg).
3. **Binder.** Povidone K 25 can be used at 1% to 3% (total needed = 3 mg).
4. **Disintegrant.** Sodium starch glycolate 2% (total needed = 3 mg).
5. **Lubricant.** Magnesium stearate 1% (total needed = 1.5 mg).
6. **Glidant.** Colloidal silicone dioxide 1% (total needed = 1.5 mg).

This would result in a total tablet weight of 150 mg containing 2 mg of API. These ingredients would be screened and blended. Magnesium stearate would then be added and blended for an additional 5 minutes before being transferred to the tablet machine for tableting.

Vitamin E TPGS is another good example of an excipient with at least two functions—the first where it plays a traditional role in dosage forms but has biologic activity as well to improve product delivery. It is discussed further in *Example 22-3*.

**Example 22-3**  D-$\alpha$-Tocopheryl polyethylene glycol 1000 succinate (vitamin E TPGS) is a water-soluble derivative of natural vitamin E, which is formed by esterification of vitamin E succinate with PEG 1000. A complete review article was recently published.[21] It has an average molecular weight of 1,513 consisting of an amphiphilic structure of lipophilic alkyl tail and hydrophilic polar head with a hydrophilic/lipophilic balance value of 13.2 and a relatively low critical micelle concentration (CMC) of 0.02% w/w. It is a waxy solid (melting point 37°C to 41°C) and completely dissolves in water. It has been widely investigated for its emulsifying, dispersing, gelling, and solubilizing effects on poorly water-soluble drugs. However, it is also considered an "active" excipient because it can also act as a P-glycoprotein (P-gp) inhibitor and has been used as an excipient for overcoming multidrug resistance (MDR). As such it is known to increase the bioavailability of drugs. Vitamin E TPGS has been approved by regulatory authorities worldwide including the U.S. FDA and has been used in numerous DDS such as nanocrystals, nanosuspensions, and solid dispersions. See Ref. 21 for a detailed discussion.[21]

## Excipient Quality and Regulation

Since excipients impact drug product performance, it is important to ensure they meet quality and performance standards. An excipient's functional category describes its role in a drug product. Excipient performance focuses on the identification, evaluation, and control of critical material attributes (CMAs). Official compendia (also known as pharmacopeias) establish specific tests and specifications for substances in pharmaceutical products, including excipients. Three compendia that provide information regarding excipient

standards, quality, purity, and packaging of the substances are the United States Pharmacopoeia National Formulary (USP-NF), the European Pharmacopoeia (Ph.Eur.), and the Japanese Pharmacopoeia (JP).[22,23] Compendia contain monographs that specify the minimum quality requirements for an excipient (standards, tests, and other conditions) (see Concept Box: Key Concept Pharmacopoeia, Compendia, and their Official Status). Performance-related properties are the physical, chemical, biologic, or microbiologic properties of excipients that may affect product quality and performance.

**Example 22-4**  **Excipient Performance-Related Properties Depend on the Application**
"A performance-related property (PRP) is a physical, chemical, biological, or microbiological property of an excipient anticipated to potentially impact finished product quality and performance, dependent on the application."[24] "Many factors influence powder flowability, such as particle size, shape, density, adhesiveness, electrostatic chargeability, and other surface conditions of the particles. In particular, particle size and shape are the most important factors for flowability."[25] Kudo et al.[25] measured two flow properties (angle of repose and compressibility) of granulated lactose samples ranging in size from 124.0 $\mu$m to 141.5 $\mu$m. They found the dependence of flow properties on particle shape was minimal. However, they did find that flowability related to particle size and particle size distribution. The greater the fraction of small particles in a distribution led to greater friction and poorer flow. Poor flow properties can lead to issues like inconsistent drug content uniformity. Therefore, in this application, particle size is a performance-related property for solid oral dosage forms. However, "if the excipient is dissolved in a liquid dosage form, the particle size distribution may not be a PRP."[24]

Setting compendial standards for excipients can be more challenging than setting standards for APIs. Unlike APIs, excipients may not be made for use in specific drug products, are often available from multiple suppliers, have special grades (e.g., microcrystalline cellulose), or do not have monograph specifications (e.g., for particle size). Another challenge is multisource suppliers of the same grade of excipient that can lead to batch-to-batch or supplier-supplier variability and, potentially, inequivalent performance. For example, Dansereau and Peck[26] found that for magnesium stearate samples,[27] variation was principally due to supplier–supplier variability rather than batch-to-batch variability from one manufacturer.

Unlike an API, an excipient has no official regulatory status. First, as described above, excipients used in drug products typically are manufactured and supplied in compliance with compendial standards. From the regulatory perspective, excipients cannot be used unless they meet certain criteria (e.g., it has been used for that function in a previously approved drug product). For example, under U.S. law, an excipient cannot be used unless it is "qualified" through one or more of the three U.S. FDA approval mechanisms, including:

1. The substance is "generally recognized as safe" (GRAS) by the FDA.
2. It is approved as a food additive.
3. The excipient has been used for a particular function in an approved new drug application (NDA).

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.



*KEY CONCEPT*

## PHARMACOPOEIA, COMPENDIA, AND THEIR OFFICIAL STATUS

Pharmacopoeia means "drug-making" or "to make a medicine." This word derives from the ancient Greek (pharmakopoiia), from (pharmakon) "drug or healing medicine," followed by the verb-stem (poi) "to make" and finally the abstract noun ending (-ia).[28,29] It is commonly spelled "Pharmacopoeia" in Britain and Europe and "Pharmacopeia" in the United States. A pharmacopoeia is also known as a compendium, a collection of monographs describing individual and general standards for ingredients, dosage forms, and analysis methods (a series of tests, test procedures, and acceptance criteria). Independent groups such as the European Pharmacopoeia Commission, Pharmaceuticals and Medical Devices Agency, and the United States Pharmacopeial Convention publish and maintain official compendia in Europe, Japan, and the United States, respectively. Compendia provide quality standards for medicines and the substances used to manufacture them. Compliance with a compendial monograph is essential for an excipient since compendial standards are legally binding and a vital part of the regulatory requirements for drug product approval.

### Novel Excipients

An excipient used for the first time in a drug product or in a new route of administration is considered "novel."[30] On the one hand, new excipients with enhanced properties are needed to support advances in formulation technology. On the other hand, formulators are reluctant to use novel excipients since regulatory approval is far from certain due to safety issues. For example, regulators may view an excipient as "novel" if:

1. It has not been used in a particular route of administration or in amounts greater than they were used in an approved drug product.
2. It was used in food or over the counter (OTC) products, but not in approved drug products.

Since the approval of generic drugs does not require nonclinical and clinical studies, the uncertainty is even greater for formulators.

There is no pathway for excipients to be evaluated independently from a drug product application.[31] For that reason, most drugs are formulated with commonly used excipients that are already included in FDA's IID as well as those listed in official compendia. The IID lists the intended route and level of administration for some excipients.[32] Relying on the IID for selecting an excipient has limitations because excipients cannot generally be approved outside a specific route of administration and concentration range listed in the database. The IID does not include excipients used in other types of products such as OTC and biologic drug products. The current regulatory landscape and lack of an independent excipient approval pathway is limiting the entrance of new excipients in the market and, subsequently, new drug products.

According to the International Pharmaceutical Excipients Council (IPEC), "various types of excipients are currently considered novel excipients. For example:

1. New chemical entities
2. Modified excipients (generally polymers of the same family with varying chain length/molecular weight/substitution)
3. New co-processed excipients made from two or more previously approved excipients
4. Previously used excipients that are employed in a new route of administration or patient population
5. Excipients used in an approved drug product but at a higher level of use than previously listed in the IID
6. Approved food-use/cosmetic-use ingredient."

In the following sections, excipients from the FDA's IID, new grades of excipients and co-processed excipients will be reviewed.

*KEY CONCEPT*

## REQUIRED SAFETY DATA: HOW "NEW" IS A NOVEL EXCIPIENT?

Most drugs are formulated with commonly used excipients that are already included in FDA's Inactive Ingredients Database (IID) as well as those listed in official compendia. The reason? The amount of excipient safety information required by regulators to get drug product approval. Based on the type of novel excipient, different levels of safety information will be required. For example, if an IID excipient is used at typical concentrations listed in the IID and it is administered by the same route of administration, it will not be considered novel and will require minimal safety data (see Fig. 22-5). However, the excipient becomes "novel" if the concentration is increased, or it is to be administered by a different route of administration. For example, an excipient that is commonly used in oral products is considered new when it is used for the first time in eye drops.[23] Kozarewicz and Loftsson reviewed some of the regulatory challenges facing novel excipients.[23]

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.



FIGURE 22-5 **The safety requirements for excipients relate to how new they are**.

## Inactive Ingredients Database

The FDA's IID provides maximum potency and daily exposure limits for excipients in FDA-approved drug products (Fig. 22-6).[6] The FDA's IID provides information on excipients present in FDA-approved drug products whether or not the product remains on the market if no safety concerns have been identified. The database lists the recommended maximum daily dose of the excipient in a drug product. The European Medicines Agency (EMA) has not developed a similar system.

## Excipient Grades

This section focuses on the grade of an excipient since a new grade of an existing family of excipients would be considered a novel excipient. So, let's start with the basic question—what is the "grade" of an excipient? The grade of an excipient refers to the specifications (particle size, bulk density, etc.) the form of the excipient must meet. For example, polyvinylpyrrolidone (PVP) is a widely used binder used in

wet granulation. Many derivatives of PVP have been developed to optimize its use for particular processes. Grades such as Povidone K-12, Povidone K-30, and Povidone K-90 have been developed to be used as suspending, stabilizing, or viscosity imparting agent. The "K" refers to the average molecular weight of the povidone. Some excipients are available in only one grade but from various suppliers. In another example, a specific excipient may be available from multiple suppliers with a "USP designation. So, "Excipient, USP" means that "Excipient" is available in a pharmaceutical grade and meets the specifications listed in the USP monograph for that excipient, no matter who makes it. In many cases different grades are available that have different characteristics and as a result one grade will be more appropriate for a specific use (e.g., Sprayed Dried Lactose in direct compression tablets). *Example 22-5* discusses the various grades and characteristics (e.g., compressibility, flowability, and lubricity) of a common excipient microcrystalline cellulose. Excipients from natural sources can be processed or modified to give improved physical and chemical characteristics (e.g., starch vs. pregelatinized starch). They often are blends of material and thus the relative amounts of each component must be carefully monitored to ensure reproducible product from batch to batch. Some excipients have a nominal name, but the material is really a blend of substances and not purely the named ingredient. Almost all excipients will have trace amounts of other elements in them, and this should be reflected in the certificate of analysis that comes with the lot and should be verified by the laboratory using the product in formulations for human or animal use.

**Example 22-5** **Comparison of Different Grades of Microcrystalline Cellulose Made by Four Manufacturers**
Nofrerias et al.[33] published a study comparing 21 powdery Microcrystalline Celluloses (MCC) of different grades (101, 102, 301, 302, and 200) made by four different manufacturers (FMC Biopolymer, Ming Thai Co., Blanver, and JRS Pharma). MCCs are commonly used as fillers or binders in oral dosage forms produced using a technique called

| Ingredient_name | Route | Dosage_form | Cas_number | UnII | Potency_amount | Potency_unit | Maximum_daily_exposure | Maximum_daily_exposure_unit |
|---|---|---|---|---|---|---|---|---|
| .Alpha.-tocopherol | Oral | Solution | 1406184 | H4N855PNZ1 | 1.05 | mg/1ml | | |
| .Alpha.-tocopherol | Oral | Tablet | 1406184 | H4N855PNZ1 | | | 1 | mg |
| .Alpha.-tocopherol | Oral | Tablet, chewable | 1406184 | H4N855PNZ1 | 0.1 | mg | | |
| .Alpha.-tocopherol | Oral | Tablet, extended Release | 1406184 | H4N855PNZ1 | | | 4 | mg |
| .Alpha.-tocopherol | Oral | Tablet, film coated | 1406184 | H4N855PNZ1 | | | 246 | mg |

FIGURE 22-6 **An excerpt of the U.S. FDA's inactive ingredient database download** (content current as of 4/21/2022).

direct compression. A large variety of MCCs are available with varying bulk densities, particle size distributions, crystallinity, etc. The product description for the same excipient grade provided by the different manufacturers does not differ greatly from one to another. For instance, the four manufacturers all offer "grade 101," which is described by all as having the finest particle size (average particle size is ~50 $\mu m$, except for JRS which is 65 $\mu m$). Grades 301 and 302 are described as the same quality as grades 101 and 102 but with a higher bulk density. The results show that each manufacturer has its own differences between grades. JRS and FMC Biopolymer demonstrated well-defined differences for each grade, which is the objective of having different grades of excipients. The other two manufacturers' grades either didn't show differences among the grades or they did not meet the manufacturer's description.

## Co-Processed Excipients

Co-processing was initially used by the food industry to improve stability, wettability and solubility, and to enhance the gelling properties of food ingredients such as co-processed glucomanan and galactomanan.[34] In pharmaceutical industry, the concept of co-processing of excipients was introduced in late 1980s with the introduction of co-processed MCC and calcium carbonate.[35] Cellactose (Meggle Co., Wasserburg, Germany) was introduced in 1990, which is a co-processed combination of 75% cellulose and 25% lactose.

Many single ingredient excipients suffer from performance issues in pharmaceutical products. For example, although microcrystalline cellulose has low chemical reactivity combined with excellent compactibility in making tablets, it has numerous limitations such as its low bulk density, high lubricant sensitivity, and poor flow characteristics.[36] In an attempt to reduce some of these problems some manufacturers of MCCs have introduced a number of new grades of MCC which improve some of the properties mentioned above. Most notable among these are high density and large particle size grades of the materials, which have been introduced by more than one company. While the new grades improved upon certain functional characteristics (e.g., greater plasticity, better compactibility), they either didn't solve all the functional challenges or introduced new shortcomings.[37–40] "Co-processed excipients provide a means whereby new excipient functionality can be introduced without the time and economic constraints relating to the introduction of novel chemical excipients. A co-processed excipient is not a simple blend."[41,42] IPEC defines a co-processed excipient as follows:

"A co-processed excipient is a combination of two or more compendial or non-compendial excipients designed to physically modify their properties in a manner not achievable by simple physical mixing, and without significant chemical change. However, in some instances, formation of necessary components may occur, such as in-situ salt formation."[41,42]

In co-processed excipients,[43] the interaction of the different components at the subparticle level results in new physically engineered particles that maintain the advantages of the base excipient combined with functional qualities of the additional components.[44] Co-processing is a relatively simple process that involves physical mixing of two or more excipients in form of either homogeneous dispersion or solution followed by co-drying, co-precipitation, or co-crystallization. Co-processed excipients have been shown to exert superior functionalities as compared to the physical mixture of the individual components. Examples include improved compactibility and tablet strength,[45,46] superior antiadherent ability and dissolution stability,[47] increased resistance to lubricant sensitivity,[48] enhanced flow properties,[49] and decreased disintegration time.[50] See Table 22-3 for an example with the poorly compressible, high-dose drug acetaminophen (paracetamol).

It is important to remember that the components have only been physically combined, and not covalently altered in comparison to the corresponding physical blend. That is, the co-processed excipient component individual chemical identities are preserved. The safety of the co-processed excipient can then be bridged to the safety of the individual components, by analytical rather than toxicologic means.

## Adverse Reactions to Excipients

Excipients can be used to enhance drug absorption through a variety of mechanisms resulting in increased bioavailability. It is important that the effect of absorption enhancers

**TABLE 22-3**

### Improved Tableting Performance of Acetaminophen (Paracetamol) with Co-Processed Excipients[51]

| API | Co-Processed Excipient | Physical Blend | Improved Parameters Compared to Physical Blend | References |
|---|---|---|---|---|
| Acetaminophen (Paracetamol) | Ludipress | $\alpha$-Lactose monohydrate, Kollidon 30 and Kollidon CL | Stable flow properties | Baykara et al.[52] |
| | Prosolv 90 | Avicel PH 102 and Aerosil | Improved powder and tablet properties except flowability | Lahdenpää et al.[53] |
| | Cellactose | Cellulose and lactose | Improved mechanical properties | Casalderrey et al.[54] |

S. Saha and A. F. Shahiwala, Multifunctional coprocessed excipients for improved tabletting performance. Expert Opin. Drug Deliv. 6, 197–208, doi:10.1517/17425240802708978), reprinted by permission of the Taylor & Francis Ltd, http://www.tandfonline.com.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

Copyright © 2024 Wolters Kluwer, not. Unauthorized reproduction of this content is prohibited.

**618**    MARTIN'S PHYSICAL PHARMACY AND PHARMACEUTICAL SCIENCES

### TABLE 22-4

### Common Examples of Adverse Reactions to Excipients

| Excipient | Function | Caution in Practice |
|---|---|---|
| Tartrazine | Coloring agent | Reported cases of hypersensitivity, and hyperkinetic activity in children |
| Aspartame | Sweetener | Caution in patients with phenylketonuria |
| Benzalkonium chloride | Preservative | Bronchoconstriction (nebulizer solutions) and ocular toxicity (soft contact lens solutions) |
| Sodium metabisulfite | Antioxidant | Hypersensitivity, including bronchospasm and anaphylaxis, are reported for all sulfites |
| Propyl gallate | Antioxidant | Contact sensitivity and skin reactions |
| Lactose | Tablet filler | Caution in patients with galactosemia, glucose-galactose malabsorption syndrome, or lactase deficiency |
| Sesame oil | Oil (injections) | Hypersensitivity reactions reported |
| Lanolin (wool fat) | Emulsifier (topical products) | Skin hypersensitivity reactions, caution in patients with known sensitivity |

be transient (i.e., reversible) and that their effect be specific. While this field of excipient research is in the early stages, adverse effects of excipients are well known and were summarized by Haywood and Glass[2] and are shown in Table 22-4.

Although it is impossible to completely cover all the excipients used in pharmaceutical dosage forms used worldwide, this chapter introduces the primary dosage forms together with the most common excipients and several other important considerations about pharmaceutical excipients.

## ORAL SOLID DOSAGE FORMS

In this section the focus will be on oral solid dosage forms, the most common dosage form. Oral solid dosage forms include capsules, both hard and soft, and tablets. The pill was a dosage form common before World War II, but it is no longer made because of the difficulty in the manufacturing process. It is possible to administer the dose as a powder, but there are significant problems with that, and it has also lapsed to marginal use. The most common powders used today are topically applied dusting powders or powders intended to be mixed in a solvent such as water or juice before ingestion (e.g., bulk laxatives).

Tablets and capsules are the most used for ambulatory patients. Their use and function in the manufacture of the dosage form as well as the functioning of the dosage form after administration can be used to classify the types of excipients used. Each can be subdivided into various types based in part on the manufacturing techniques employed or the characteristics of the dosage form desired. There are limitations on the size of the dosage form that can be conveniently used by the patient or caregiver and easily swallowed by the patient. Dosage forms intended for use in special populations such as pediatric patients or geriatric patients are designed differently than those for the general patient populations. As a rule of thumb, the oral solid dosage form must be a minimum of 90 to 100 mg in size so the patient can easily handle it and rarely exceed 1,000 mg to be easily

swallowed. For pediatric patients the 1,000 mg size is unacceptable and often the product is designed as a capsule that can be taken apart and the contents to be sprinkled on apple sauce so the child can swallow it with one or two teaspoonsful of the mixture.

Several common excipient categories, functions, and examples in oral solid dosage forms are listed in Table 22-2.[2] Some of the more important excipients are described below. All excipients used in approved products are well studied and shown to be safe for human and veterinary use.

### Critical Attributes of Excipients Used in Oral Solid Dosage Forms

All oral solid dosage forms contain the API and excipients. While it is obvious why the API is present in oral solid dosage forms the rationale for use of various excipients will be described in this section. There are three critical characteristics of the API/excipient mixture: uniformity, flowability, and compressibility. If these characteristics of the mixture are not optimal the likelihood that a viable dosage form can be produced is low.

Uniformity is primarily based on the uniform distribution of the API throughout the blend prior to filling into capsules or compressing into a tablet. The particle size of the ingredients, particle size distribution, and the relative density difference between ingredients affect the blending process and can cause segregation to begin to occur after blending depending on the storage conditions of the blend and the nature of the vibrations associated with capsule filling and tablet manufacture.

*Chapter 19: Pharmaceutical Micromeritics* described in depth the dynamics of small particles. While the reader is referred to that chapter, some relevant highlights will be reviewed here.

### Uniformity: Blending to Create Uniform Powder Mixtures

The best approach to blending powders is by dividing and recombining the powder bed many times. The blending of

powders can be carried out using conventional blending equipment such as the V blender, so named because of the shape of the blender, and twin shell blender, also so named because of the shape. As the blender rotates the powder moves and begins to slip between the spaces thus increasing the randomness of the mixture. The result is to separate and recombine the powders repeatedly.

The mixing dynamics have been characterized as having three components:

1. Diffusion where particles redistribute by random movement,
2. Convection where a group of adjacent particles move together from one place in the overall blend to another, and
3. Shear where the configuration of ingredients changes through the formation of a slip plane.

In all mixing equipment several things happen almost simultaneously. First the bed of solids expands. This is because the movement of the container adds air to the blend. This allows three-dimensional shear forces to become active (not unlike the type we see in an avalanche on a mountain side). All of this allows the powder to mix and intermingle, but it also allows particles to segregate by particle size and thus fight the intention of making a uniform blend. In other words, the forces involved in the mixing process are opposed by the tendency of smaller particles to migrate to the bottom of powder blends and larger powders to migrate to the top.

It would be preferable to develop a perfect mixture, which would yield the exact same number of particles of each component regardless of where in the mixture the sample is selected. A good example of the difference between a perfect mixture and a random mixture is if you imagine a mixture of two components. If a cross section of the mixture looks like a checkerboard it is a perfect mixture and if the cross section looks like a checkerboard that has been randomly rearranged it is a random mixture. Under normal circumstances, it is more practical to expect a pharmaceutical mixture to be a randomized mixture.

### Post-Mixing Segregation

There should be some adhesion of the particles to prevent post-blending segregation. Each time the powder is moved or subjected to vibration it will begin to separate. A good example of this can be easily seen. If you take a graduated cylinder and fill it most of the way with large particle sugar and add two or three tablespoonsful of powdered sugar to the top. You would then cover the top with plastic wrap and let it stand for several days. What you will see after several days is that the powdered sugar will migrate to the bottom. The energy needed is provided by the constant vibration of the container due to normal vibrations in the earth or the building in which it is housed. During capsule filling or tableting a great deal of vibrational energy is supplied by the equipment and thus during the filling or tableting a powder blend that may have started as a uniformly distributed mixture will begin to segregate in the hopper that feeds the tableting or capsule filling machines.

One approach to avoiding the un-mixing that might occur during blending or the segregation that will occur during storage or when filling capsules or tableting is to ensure that the particle size range of all the ingredients are approximately the same. Unfortunately, this is not always possible as the particle size of the API must often be adjusted to impart a specific physical characteristic such as rate of dissolution (see *Chapter 13: Disintegration, Dissolution, and Drug Release*). Therefore, adjusting particle size to increase drug dissolution may in fact lead to faster segregation of the powder bed while making the final dosage form. There are some well-understood physical phenomena as well as formulation techniques which can overcome this apparent conundrum.

It is possible to create granules (aggregates of API and excipients) using what are known as a wet granulation technique. This process blends the API and excipients with a binder, which is activated by a solvent. The binder then attaches the particles together to form larger and more spherical particles. Once the particles are dry, they resist segregation because the micronized particles of the API are now bound to the particles of the excipients and no amount of routine vibration will separate them. The resultant granules can be sized using mills resulting in a narrow particle size range thus reducing the potential for segregation while in the tablet machine during tablet manufacture.

If, however, the API is sensitive to moisture and a wet granulation technique cannot be used it is still possible to obtain a uniform blend because of the high surface free energy observed in powders. As seen in *Chapter 10: Interfacial Phenomena*, the free energy associated with the surface increases as the surface area increases. Although it is very hard to directly measure the surface free energy of a solid a solid in contact with air would have a higher free energy than one in contact with a liquid or another solid. This is reflected in the amount of energy we must add to the system to reduce the particle size. Most pharmacy students will have first-hand knowledge of that as they try to reduce the particle size of a powder using a conventional mortar and pestle. Since the total Free Energy of the system is a function of the surface area of the powder exposed to the air, a micronized powder will have a much larger Free Energy per gram than a coarse powder. The laws of thermodynamics (see *Chapter 3: Thermodynamics*) predict that a system will spontaneously try to give up free energy thus the micronized powders will attempt to reduce the amount of surface in contact with air. This force gives rise to a phenomenon called ordered mixing. Thiel and others[55,56] in the late 70s and early 80s published several articles that demonstrated these phenomena. They stated, "Ordered mixtures formed by the adhesion of microfine particles to coarser carrier particles, offer a method of producing highly homogeneous powder mixtures containing a small quantity of microfine material, usually less than 5% by weight." While the adhesive forces that are involved are still not clearly known Crooks postulated "adsorption occurred at crystal

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

indentations and irregularities in the larger particle." Thus, what might have been viewed as an insurmountable problem of obtaining a uniform blend when using micronized API is not so when all the factors are considered. Now let us go back and more closely examine the experiment with the powdered sugar added to the top of a graduated cylinder filled with large particle granular sugar. You would note that a large portion of the powdered sugar had migrated to the bottom of the graduated cylinder as was predicted by our understanding of segregation in solid mixtures of different particle size. But on careful observation the larger granules of sugar have some powdered sugar particles now attached to them. This confirms the power of ordered mixing when using a small amount of the highly micronized API.

### Flowability

Flow properties of the final pharmaceutical blend are important especially with high-speed tablet machines. It has been well established that the more spherical the particles the easier it will be for them to flow. It is also been established that larger particles flow better as long as there are some very small particles added to them. This means that granules that are used to ensure uniformity of the blend also increase the flow rate provided there are some smaller particles present. These smaller particles are commonly referred to as "fines."

The common test of flow is to pass a sample of the powder through a powder funnel onto a flat surface and measure the angle the cone makes with the surface. This is called the angle of repose. The smaller the angle the better the flow rate. If glass beads are passed through the funnel the angle would be zero since they would not stack up at all but rather spill all over the flat surface. A powder that is irregularly shaped or made up of very small particle will not flow well and will make a cone with a high angle. Again, the best example at hand is powdered sugar, which will not flow out of the box, while granulated sugar will flow easily out of the box. The most commonly used excipient to be added to a blend of granules to aid in the flow of bulk pharmaceutical powders is colloidal silicone dioxide.

### Compressibility

Finally, it is important that the powder be able to be compressed into a shape and hold that shape. The powder must be able to undergo plastic deformation during compression. The resultant tablet will remain in the shape of the tablet punches and die. The exact mechanism is not clearly the same for all mixtures, but the presence of binders associated with granules can aid in this process through cold bonding between the granules. Too high a compression force can result in an elastic rebound and the tablet will not maintain its shape. Often this can be seen as "capping" phenomena where the curved top of the tablet lifts off after compression.

In the following sections, common classes of excipients will be reviewed.





| T A B L E   2 2 - 5 |
| --- |
| **Common Pharmaceutical Tablet and Capsule Diluents** |
| Calcium carbonate |
| Dicalcium phosphate |
| Lactose anhydrous |
| Lactose monohydrate |
| Lactose spray process |
| Mannitol |
| Microcrystalline cellulose |
| Sorbitol |
| Starch |
| Sucrose |

### Diluent

Diluents are ingredients incorporated into formulations to increase dosage form volume or weight. They are sometimes referred to as fillers and they often comprise a significant portion of the dosage form. The quantity and type of diluent selected depend upon its physical and chemical properties and it must be matched to the active ingredient to ensure satisfactory stability and performance. Because the diluent may comprise a large portion of the dosage form, successful and robust manufacturing and dosage form performance is very dependent upon its properties. Among the most important functional roles diluents play is to impart desirable manufacturing properties such as good powder flow, tablet compaction strength, and desired performance including content uniformity, disintegration, dissolution, tablet integrity, friability, and physical and chemical stability. Several commonly used solid dosage form diluents are listed in Table 22-5. Among the most used diluents are lactose, dicalcium phosphate, and microcrystalline cellulose. The grade of the excipient used can also impact the performance of the finished product.

### Binder

Tablet binders (Table 22-6) are incorporated into formulations to facilitate the agglomeration of powder into granules

| T A B L E   2 2 - 6 |
| --- |
| **Common Pharmaceutical Tablet and Capsule Binders** |
| Hypromellose (HPMC) |
| Povidone |
| Pregelatinized starch |
| Sodium carboxymethylcellulose |
| Starch |

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

during mixing with a granulating fluid such as water, hydroalcoholic mixture, or other solvent. In a wet granulation process, the binder may be either dissolved or dispersed in the granulation liquid or blended in a dry state with other components and the granulation liquid added separately during agitation. Following evaporation of the granulation liquid, binders typically produce dry granules that achieve desirable manufacturing properties such as granule size and size distribution, shape, content, mass, active ingredient content, and compaction properties. Wet granulation facilitates the further processing of the granules by improving one or more granule properties such as flow, handling, strength, resistance to segregation, dustiness, appearance, solubility, compaction, or drug release. Tablet binders are soluble, partially soluble, or dispersible in the granulating solvent. Upon addition of liquid, binders typically facilitate the production of moist granules (agglomerates) by altering interparticle adhesion. During drying, solid bridges are produced that result in significant granule strength.

## Disintegrant

For most tablets and capsules, it is necessary to incorporate a disintegrant to overcome the cohesive strength of the tablet that was generated during compression. Disintegrants (Table 22-7) facilitate the uptake of water into the tablet or swell in contact with water producing an expansion of the tablet and the breakup of the bonds that hold the tablet together. The so-called super disintegrants perform both of these functions and cause tablets to disintegrate very rapidly upon exposure to water.

## Lubricant

Lubricants typically are used to reduce frictional forces between formulation components and metal contact surfaces of manufacturing equipment such as tablet punches and dies (Table 22-8). The most used lubricant in solid dosage forms is magnesium stearate. It is a solid powder that can be blended with other formulation components. Lubricants adhere to solid surfaces (formulation components and equipment parts) and reduce the particle–particle friction or the particle–equipment surface friction. Lubricants are

| **T A B L E   2 2 - 7** |
|---|
| **Common Pharmaceutical Tablet and Capsule Disintegrants** |
| Alginic acid |
| Crospovidone |
| Microcrystalline cellulose |
| Pregelatinized starch |
| Sodium croscarmellose |
| Sodium starch glycolate |
| Starch |

| **T A B L E   2 2 - 8** |
|---|
| **Common Pharmaceutical Tablet and Capsule Lubricants** |
| Magnesium stearate |
| Calcium stearate |
| Stearic acid |
| Sodium stearyl fumarate |
| Polyethylene glycol |
| Sodium lauryl sulfate |

typically incorporated in very low levels—often 1% w/w or less. Caution is required, however, because they may retard tablet disintegration or dissolution by creating large hydrophobic surfaces that will not wet or dissolve. Two classes of lubricants are available, such as lipid lubricants such as magnesium stearate and water-soluble lubricants such as SDS, which must be used in higher concentrations (2% to 5%) but which can promote dissolution rather than retard it.

## Glidants and Anticaking Agents

Glidants and anticaking agents (Table 22-9) are used to promote powder flow and to reduce the caking or clumping that can occur when powders are stored in bulk. Glidants and anticaking agents can also reduce the incidence of bridging during the emptying of powder hoppers and during powder processing. Glidants likely work through a combination of adsorption onto the surfaces of larger particles to help reduce particle–particle adhesive and cohesive forces and by being dispersed between the larger particles and acting to reduce the friction between those particles. Anticaking agents generally work by absorbing free moisture that may otherwise permit the formation of particle–particle bridges that can cause caking. The most common glidants are micronized silicon dioxide and talc.

## Wetting and Solubilizing Agents

Surfactants, or surface-active agents, are amphiphilic molecules that contain both a polar and nonpolar region that can function as emulsifying, wetting, and solubilizing agents (see Table 22-10). The amphiphilic nature of surfactants is responsible for two important properties of these compounds that account for a variety of interfacial phenomena.

| **T A B L E   2 2 - 9** |
|---|
| **Common Pharmaceutical Tablet and Capsule Glidants and Anticaking Agents** |
| Colloidal silicon dioxide |
| Calcium silicate |
| Magnesium silicate |
| Talc |

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.




### TABLE 22-10

**Common Pharmaceutical Tablet and Capsule Wetting and Solubilizing Agents**

| |
|---|
| Sodium lauryl sulfate |
| Docusate sodium |
| Lecithin |
| Poloxamer |
| Polysorbate 80 |

One is the ability of surfactant molecules to adsorb at gas–liquid, liquid–liquid, and solid–liquid interfaces to reduce interfacial tension. They also tend to self-associate and form aggregates or micelles once the critical micelle concentration is exceeded. The ability of surfactants to reduce interfacial tension is critical to emulsification and wetting while micelle formation enables the solubilization of water-insoluble compounds. These excipients are added to formulations to facilitate the wetting or solubilization of the drug substance. SDS can be used to perform both lubrication and solubilization in the same dosage form performing the former when dry and the latter when wet.

## Coating Agents

Pharmaceuticals may be coated for several reasons including taste masking, improving ingestion, improving appearance, ease of identification, protecting active ingredients from the environment, and controlling drug release in the GI tract. The materials used in coating systems (Table 22-11) include natural and synthetic or semisynthetic materials. Although more popular decades ago, sugarcoating tablets is still performed. Most are familiar with M&M candy and jellybeans, which are both sugar-coated products that use the same manufacturing technique used in the pharmaceutical industry to make sugar-coated tablets. Some coating materials are used as colloidal dispersions. Titanium dioxide, an inorganic compound, is used in coatings as an opacifier. The coating system forms a layer on the tablet and changes appearance

### TABLE 22-11

**Common Pharmaceutical Tablet and Capsule Coating Agents**

| |
|---|
| Hypromellose |
| Ethylcellulose |
| Methylcellulose |
| Ammonio methacrylate copolymer |
| Cellulose acetate |
| Cellulose acetate phthalate |
| Methacrylic acid copolymer |
| Sucrose |

(nonfunctional coat) or performance (functional coat). Coating materials that are used must have the ability to form a complete and continuous film or coating system around the tablet that is sufficiently thick and stable. The coating material must be applied uniformly to ensure proper performance by spreading over the surface of the dosage form and coalescing to form a smooth film. One important functional tablet coating is enteric coating. Enteric-coating polymers are insoluble in the acidic environment of the stomach and either protect the drug from the acid of the stomach or protect the stomach from the irritation of the drug. Once the enteric-coated dosage form enters the intestine where the pH is higher, the acid functional group on the polymer ionizes and the polymer dissolves or disintegrates and allows the dosage form to disintegrate and the drug to dissolve.

## Drug Release–Modifying Agents

A variety of excipients, typically polymeric, may be used to delay the release of drug from a dosage form (Table 22-12). Common technologies used for this purpose include matrix tablets, multiparticulate–coated particles, and osmotically controlled dosage forms. Selection of the release-modifying agent is dependent upon the drug properties and the drug release profile that is needed to optimize dosage form performance. In comparing the tables of excipients provided here, excipients may serve different functions depending on how they are used in a formulation. For example, hypromellose (HPMC) may be used as a tablet binder, a delayed-release agent, or a tablet-coating agent depending on the quantity and processing methods used.

## Other Excipients

There are a variety of other excipients (antioxidants, coloring and flavoring agents, dissolution retardants, etc.) that are

### TABLE 22-12

**Common Pharmaceutical Tablet and Capsule Drug Release Modifying Agents**

| |
|---|
| Hypromellose |
| Hydroxypropyl methylcellulose—acetate succinate |
| Ethylcellulose |
| Ammonio methacrylate copolymer |
| Cellulose acetate |
| Cellulose acetate phthalate |
| Methacrylic acid copolymer |
| Polymethacrylate |
| Carboxymethylcellulose |
| Polyvinylchloride |
| Polyvinylacetate |
| Fatty acids and waxes |

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

utilized in solid dosage forms that are not enumerated here. All excipients in a dosage form are there for a reason and current regulatory filings require a dosage form manufacturer to indicate the anticipated function(s) of each ingredient and ensure that they meet standards for safety, efficacy, and quality. The United States Pharmacopeia (USP/NF), the European Pharmacopeia, and the Japanese Pharmacopeia provide publicly available standards for these purposes. The USP/NF (USP 44 NSF 39, 2021), the Handbook of Pharmaceutical Excipients (9th Edition, 2020), and other standard textbooks identify the functional categories of excipients and their typical uses.

## Considerations for Other Dosage Forms

While the most common route of administration for ambulatory patients is oral, injectable and inhalation therapy are also very important while the use of vaginal/rectal suppositories or dosage forms for buccal or sublingual administration is less common.

### Injectables

Injectables are dosage forms intended to administer the API directly into the body. There are several common routes of administration of injectables, each using excipients to ensure that the administered dose causes the least toxicity while eliciting the expected pharmacologic response. The most common are intravenous (IV), intramuscular (IM), subcutaneous (SC), and intradermal (ID).

IV solutions are injected directly into a vein, completely bypassing an "absorption" step. This requires that the solution be isotonic (see *Chapter 5: Molecular Dispersions*). Failure to do this can cause dramatic damage to the circulating cells (e.g., red, and white blood cells) as well as the cells that line the vessels of the cardiovascular system. Thus, the amount of API must be supplemented with an excipient that adds an agent to maintain the proper osmotic pressure, which is a colligative property of all solutions, making the solution iso-osmotic with the blood. Some APIs (e.g., erythromycin) can be inherently irritating to the cardiovascular system but it is incumbent on the formulator to ensure that the overall formulation be as nontoxic as possible. The two most common excipients used for the purpose of ensuring an iso-osmotic solution are sodium chloride and dextrose. The reader is referred back to the *Chapter 5: Molecular Dispersions* for a more in depth discussion of colligative properties of solutions and the impact of both a too high osmotic pressure and a too low osmotic pressure.

Sometimes there is a need to control the pH to enhance the stability of the API. This can present a problem since deviation from the normal pH of the blood (~7.4) can also resulting in an irritating formulation. If the product must have a pH more acidic than the blood to ensure shelf-life stability, the buffer capacity of the solution must be low to allow the normal buffer capacity of the blood to overwhelm the buffer of the product when administered (see *Chapter 7: Buffered and Isotonic Solutions*).

If the product is to be a multi-use injectable then a bacterial preservative is also added such as chlorobutanol, which is used in concentrations up to 0.5%. Chlorobutanol is also a compound with therapeutic uses. It can be used as a sedative in much higher doses than would normally be given to a patient receiving the standard dose of the injectable in which it is used as a preservative. In the case of severe end-of-life pain (e.g., from bone cancer), the level of morphine can escalate from 15 mg every 4 to 6 hours to 1 or 2 g a day in a continuous infusion. In that case the patient will also get a therapeutic dose of the preservative and will appear sedated. The patient is best served by being given extemporaneously prepared preservative free morphine sulfate solution that is prepared fresh each day.

If the API is sensitive to hydrolysis a preparation can be made which can be reconstituted prior to use. This involves preparing the solution or suspension of the API and excipients and freeze drying the mixture under sterile conditions to form an amorphous mass. In this case the excipient of choice is mannitol to maintain the isotonicity of the reconstituted injectable. It is a sugar alcohol that does not discolor during freezing. It is available in a pyrogen free form and is used in weight ranges of 20% to 90% of the dry material. Freeze-drying takes advantage of the process of sublimation to create a solid with an amorphous structure. The solution is first prepared and rapidly frozen. It is then put under a vacuum, which causes the water to sublimate leaving behind the dissolved solids in an amorphous state. When the injectable is needed it is reconstituted by replacing the water lost during freeze drying. Normally water for injection is used to ensure the solution remains sterile and pyrogen free. Because of the high internal energy of the solid it rapidly dissolves or resuspends and is ready for administration.

It is possible to make an IV solution using a poorly water-soluble drug such as Taxol but to do this the drug must be solubilized using a surfactant which forms micelles. The two most commonly used excipients to solubilize Taxol are Tween 80 and Cremophor ELP which themselves can be irritating to the vascular system as the concentration is increased. The formulator must therefore balance the need for the therapeutic benefit with the added vascular irritation.

The IM route is favored for drugs that do not need extremely rapid onset but can more slowly be absorbed from the site of injection to the blood supply. It is also possible to design a dosage form that can reside at the site of injection and slowly release the drug over days. Most often this requires the use of oil as the solvent for the API. Corn oil is used as a solvent for many IM injections. Other digestible oils can be used but the formulator must be careful to avoid oils that have been associated with allergic reactions such as peanut oil. The volume of injection must also be controlled because the injection site will cause the muscle tissue to separate and more than 5 mL of injection can cause severe pain even when administered in the gluteus maximus. It should be obvious that an oil injectable does not need additional excipients to add osmotic pressure as it is not an aqueous

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

solution but a preservative might be needed to reduce or eliminate degradation of the oil as well as the API.

While the containers are not strictly speaking excipients their compatibility with the API and the excipients used must also be considered.

# ■ CHAPTER SUMMARY

Excipients are essential elements in all finished dosage forms that allows the API to be made available to the patient in a convenient and reliable way to ensure the best outcome for the therapy. It is well known that excipients can play multiple roles in a single formulation and quite different roles in other formulations depending on their form, the intended route of administration, the process used for manufacturing the dosage form, etc. It is also well known that excipients can exert biologic effects that change drug absorption and bioavailability as well as cause adverse reactions. While it is impossible in a single chapter to cover all the uses of the over 300 approved excipients used in approved drug product throughout the world the reader should be able to extrapolate from the discussion the usefulness of various excipients in the most common dosage forms.

## References and Notes

1. L. K. Golightly, S. S. Smolinske, M. L. Bennett, E. W. Sutherland, III, and B. H. Rumack, Pharmaceutical excipients. Adverse effects associated with inactive ingredients in drug products (Part I), Med. Toxicol. Adv. Drug Exp. 3, 128–165, 1988.
2. A. Haywood and B. D. Glass, Pharmaceutical excipients – where do we begin? Australian Prescriber. 34, 112–114, 2011.
3. Center for Drug Evaluation and Research (CDER), FDA U.S. Department of Health & Human Services, Center for Biologics Evaluation and Research (CBER), 2005.
4. IPEC, 1–50, Brussels, Belgium, 2021.
5. C. Ballentine, in FDA Consumer Magazine, FDA, Bethesda, MD, 1981.
6. U. S. F. D. Administration, *Inactive Ingredient Search for Approved Drug Products,* https://www.accessdata.fda.gov/scripts/cder/iig/index.cfm, 2022. Last Accessed 3 July 2022.
7. G. Pifferi and P. Restani, The safety of pharmaceutical excipients. Farmaco. 58, 541–550, 2003.
8. M. Kubbinga, L. Moghani, and P. Langguth, Novel insights into excipient effects on the biopharmaceutics of APIs from different BCS classes: lactose in solid oral dosage forms, Eur. J. Pharm. Sci. 61, 27–31, 2014.
9. W. H. Organization, Annex 9 guide to good storage practices for pharmaceuticals, 2003.
10. Center for Drug Evaluation and Research (CDER), FDA U.S. Department of Health & Human Services, Center for Biologics Evaluation and Research (CBER), 2003.
11. Food and Drug Administration (FDA) U.S. Department of Health & Human Services, Center for Drug Evaluation and Research, Washington, D.C., 1998.
12. T. Uchimoto et al., A comparative study of glycerin fatty acid ester and magnesium stearate on the dissolution of acetaminophen tablets using the analysis of available surface area, Eur. J. Pharm. Biopharm. 78, 492–498, 2011.
13. W. A. Strickland, Jr., E. Nelson, L. W. Busse, and T. Higuchi, The physics of tablet compression. IX. Fundamental aspects of tablet lubrication, J. Am. Pharm. Assoc. Am. Pharm. Assoc. 45, 51–55, 1956.
14. O. K. Udeala, J. O. Onyechi, and S. I. Agu, Preliminary evaluation of dika fat, a new tablet lubricant, J. Pharm. Pharmacol. 32, 6–9, 1980.
15. L. Estrada Flores, R. Lopez Arellano, and J. J. Diaz Esquivel, Lubricant susceptibility of Cellactose and Avicel PH-200: a quantitative relationship, Drug Dev. Ind. Pharm. 26, 297–305, 2000.
16. G. Levy and R. H. Gumtow, Effect of certain tablet formulation factors on dissolution rate of the active ingredient. III. Tablet lubricants, J. Pharm. Sci. 52, 1139–1144, 1963.
17. K. S. Murthy and J. C. Samyn, Effect of shear mixing on in vitro drug release of capsule formulations containing lubricants, J. Pharm. Sci. 66, 1215–1219, 1977.
18. S. J. Homg and S. K. Kim, Effect of formulation factors on dissolution rate of nitrofurantoin tablet, Soul. Taehakkyo. Yakhak. Nonmunjip. 10, 25–38, 1985.
19. A. Uzunovic and E. Vranic, Effect of magnesium stearate concentration on dissolution properties of ranitidine hydrochloride coated tablets, Bosn. J. Basic Med. Sci. 7, 279–283, 2007.
20. J. W. Moore and H. H. Flanner, Mathematical comparison of curves with an emphasis on in vitro dissolution profiles, Pharm. Technol. 20, 64–74, 1996.
21. Y. Guo, J. Luo, S. Tan, B. O. Otieno, and Z. Zhang, The applications of vitamin E TPGS in drug delivery, Eur. J. Pharm. Sci. 49, 175–186, 2013.
22. D. P. Elder, M. Kuentz, and R. Holm, Pharmaceutical excipients – quality, regulatory and biopharmaceutical considerations, Eur. J. Pharm. Sci. 87, 88–99, 2016.
23. P. Kozarewicz and T. Loftsson, Novel excipients – regulatory challenges and perspectives – the EU insight, Int. J. Pharm. 546, 176–179, 2018.
24. USP, in *USP 35-NF 30 (United States Pharmacopeial Convention)*, 598–609, USP, Rockville, MD, 2012.
25. Y. Kudo, M. Yasuda, and S. Matsusaka, Effect of particle size distribution on flowability of granulated lactose. Adv. Powder Technol. 31, 121–127, 2020.
26. R. Dansereau and G. E. Peck, The effect of the variability in the physical and chemical properties of magnesium stearate on the properties of compressed tablets. Drug Dev. Ind. Pharm. 13, 975–999, 1987.
27. USP, in *USP 34- NF 29 (United States Pharmacopeial Convention),* 1571–1157, USP, Rockville, MD, 2009.
28. D. Harper, in *Online Etymology Dictionary.* https://www.etymonline.com/ (last accessed 11/7/2022).
29. H. G. Liddell and R. Scott, in *A Greek–English Lexicon at the Perseus Project.*
30. ICH, in International Conference on Harmonisation of Technical Requirements for Registration of Pharmaceuticals for Human Use, 1–18.
31. R. Velagaleti, D. C. C., W. Brock, R. Osterberg, and J. M Goldring, Regulatory update: the IPEC novel excipient safety evaluation procedure, Pharm. Technol. 33, 2009.
32. U. S. F. D. A., Center for Drug Evaluation and Research (CDER), 2016.
33. I. Nofrerias et al., Comparison between microcrystalline celluloses of different grades made by four manufacturers using the SeDeM diagram expert system as a pharmaceutical characterization tool, Powder Technol. 342, 780–788, 2019.
34. J. J. Modeleszewski and D. A. Ballard, Coprocessed galactomannan-glucomannan, 1996.
35. D. K. Mehra, K. P. West, and J. D. Wiggins, Coprocessed microcrystalline cellulose and calcium carbonate composition and its preparation, EP0193984B1, European Patent, 1988.
36. M. J. Tobyn, G. P. McCarthy, J. N. Staniforth, and S. Edge Physicochemical comparison between microcrystalline cellulose and silicified microcrystalline cellulose. Int. J. Pharm. 169, 183–194, 1998.
37. A. Munoz-Ruiz, M. V. V. Antequera, M. Del Carmen Monedero Perales, and M. R. J. -C. Ballesteros, Tabletting properties of new granular microcrystalline celluloses. Eur. J. Pharm. Biopharm. 40, 36–40, 1994.
38. F. Khan and N. Pilpel The effect of particle size and moisture on the tensile strength of microcrystalline cellulose powder. Powder Technol. 48, 145–150, 1986.
39. J. A. Zeleznik, J. Virtanen and B. E. Sherwood, in AAPS Conference, PT 6167.
40. J. N. Staniforth and M. Chatrath, in AAPS Conference, PT 6206.
41. International Pharmaceutical Excipients Council: www.ipecamericas.org, 2014. Last accessed 3 July 2022.
42. IPEC. International Pharmaceutical Excipients Council: General Glossary of Terms and Acronyms, www.ipecamericas.org, 2014. Last accessed 3 July 2022.
43. A. Aljaberi et al., Tableting functionality evaluation of Prosolv Easytab in comparison to physical mixtures of its individual components, J. Drug Deliv. Sci. Technol. 23, 499–504, 2013.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.

44. S. K. Nachaegari and A. K. Bansal, Coprocessed excipients for solid dosage forms, Pharm. Technol. 28, 52–65, 2004.
45. A. I. Arida and M. M. Al-Tabakha, Cellactose a co-processed excipient: a comparison study, Pharm. Dev. Technol. 13, 165–175, 2008.
46. J. Muzikova and P. Novakova, A study of the properties of compacts from silicified microcrystalline celluloses, Drug. Dev. Ind. Pharm. 33, 775–781, 2007.
47. A. Aljaberi, A. Chatterji, N. H. Shah, and H. K. Sandhu Functional performance of silicified microcrystalline cellulose versus microcrystalline cellulose: a case study, Drug Dev. Ind. Pharm. 35, 1066–1071, 2009.
48. I. Rashid, M. Al-Remawi, S. A. Leharne, B. Z. Chowdhry, and A. Badwan, A novel multifunctional pharmaceutical excipient: modification of the permeability of starch by processing with magnesium silicate, Int. J. Pharm. 411, 18–26, 2011.
49. J. A. Dressler and K. G. Wagner, A corn starch/a-lactose monohydrate compound as a directly compressible excipient, Pharm. Technol. 15, 33–38, 2003.
50. J. Muzikova and I. Eimerova A study of the compaction process and the properties of tablets made of a new co-processed starch excipient. Drug. Dev. Ind. Pharm. 37, 576–582, 2011.
51. S. Saha and A. F. Shahiwala, Multifunctional coprocessed excipients for improved tabletting performance, Expert Opin. Drug Deliv. 6, 197–208, 2009.
52. T. Baykara, G. Duman, K. Ş. Özşener, Ş. Ordu, and B. Özateş, Comparing the compressibility of ludipress with the other direct tableting agents by using acetaminophen as an active ingredient, Drug Dev. Ind. Pharm. 17, 2359–2371, 1991.
53. E. Lahdenpää, O. Antikainen, and J. Yliruusi, Direct compression with silicified and non-silicified microcrystalline cellulose: Study of some properties of powders and tablets, STP Pharm. Sci. 11, 129–135, 2001.
54. M. Casalderrey, C. Souto, A. Concheiro, J. L. Gomez-Amoza, and R. Martinez-Pacheco, A comparison of drug loading capacity of cellactose with two ad hoc processed lactose-cellulose direct compression excipients, Chem. Pharm. Bull (Tokyo). 52, 398–401, 2004.
55. W. J. Thiel and L. T. Nguyen, Fluidized bed granulation of an ordered powder mixture, J. Pharm. Pharmacol. 34, 692–699, 1982.
56. M. J. Crooks and R. Ho, Ordered mixing in direct compression of tablets, Powder Technol. 14, 161–167, 1976.

## Recommended Readings

*Pharmaceutical Excipients Characterization by IR, Raman and NMR Spectroscopy* by David E. Bugay and W. Paul Findlay published by Marcel Dekker contains useful information on the spectroscopy of a large number of excipients.

The most complete compilation of the physical and chemical nature of the excipients that are currently in pharmaceutical products in the market throughout the world is found in the *Handbook of Pharmaceutical Excipients* edited by Rowe, Sheskey and Owens and published jointly by the American Pharmacists Association and the Pharmaceutical Press. This text also includes information on the relative safety of the excipients and its most common use.

The three major pharmacopeias all have sections on material used as excipients (US Pharmacopeia, European Pharmacopeia and the Japanese Pharmacopeia).

There are several publications, which compile information useful to the formulator with regard to all of the excipients currently used in marketed pharmaceutical products. The United States Food and Drug Administration has a list of inactive ingredients on its web site which lists all the inactive ingredients used in approved products in the United States along with the concentration in the dosage form. Formulators developing a new product will look to this list to determine the amount of an excipient that can be in the new dosage form without the need to establish safety thus reducing the need for extensive toxicology studies on the excipient.

Copyright © 2024 Wolters Kluwer, Inc. Unauthorized reproduction of this content is prohibited.