# EXHIBIT 29

# UNREDACTED PUBLIC VERSION



THEODORE L. BROWN

H. EUGENE LeMAY, JR.

# Chemistry

## The central science

**2ND EDITION**



# Chemistry
## The central science

The cover photo shows the surface of a high-purity crystal of arsenic (magnified about 1100 times) after it has been subjected to a vacuum at 282°C for 4 hours. The pyramidlike objects are actually pits in the surface caused by the evaporation of arsenic molecules. This photo was taken in connection with a study on the molecular processes by which molecules evaporate from crystalline solids. Photos such as this show that the most rapid evaporation occurs where imperfections are found in the crystal. (Photo courtesy of Gerd M. Rosenblatt, Carl A. Hultman, and Michael B. Dowell, Department of Chemistry, The Pennsylvania State University)

**THEODORE L. BROWN**
University of Illinois

**H. EUGENE LeMAY, JR.**
University of Nevada

Chemistry: The central science, 2nd edition

THEODORE L. BROWN ▲ H. EUGENE LEMAY, JR.

© 1981, 1977 by PRENTICE-HALL, INC., Englewood Cliffs, New Jersey 07632

All rights reserved. No part of this book
may be reproduced in any form or by any means
without permission in writing from the publisher.

10  9  8  7  6  5  4

Printed in the United States of America

PRENTICE-HALL INTERNATIONAL, INC., London
PRENTICE-HALL OF AUSTRALIA PTY. LIMITED, Sydney
PRENTICE-HALL OF CANADA, LTD., Toronto
PRENTICE-HALL OF INDIA PRIVATE LIMITED, New Delhi
PRENTICE-HALL OF JAPAN, INC., Tokyo
PRENTICE-HALL OF SOUTHEAST ASIA PTE. LTD., Singapore
WHITEHALL BOOKS LIMITED, Wellington, New Zealand

Library of Congress Cataloging in Publication Data

Brown, Theodore L
    Chemistry: the central science.

    Includes index.
    1. Chemistry.   I.  LeMay, Harold Eugene, 1940–
joint author.   II.  Title.
QD31.2.B78 1981        540        80-16771
ISBN 0-13-128504-1

This book was composed on film in Baskerville and Helvetica, with
Serif Gothic display type. Development editor: Raymond Mullaney;
acquiring editor: Elizabeth G. Perry; designer: Lorraine Mullaney;
production assistant: Richard D. Kilmartin; manufacturing buyer:
Raymond Keating; art preparation: Vantage Art, Inc.

# Our chemical world: atoms, molecules, and ions

2

Our present understanding of the changes we see around us—such as the melting of ice and the burning of wood—is intimately tied to our understanding of the nature and composition of matter. For example, before we can hope to understand what is happening when ice melts we must know what ice is—what it is composed of. It is possible to resolve or separate matter into a great variety of different **pure substances**. These are materials or portions of matter whose composition and intrinsic properties are uniform throughout. For example, seawater can be separated into several different pure substances, the most abundant being water and ordinary table salt (sodium chloride).

In this chapter we will examine the composition of matter. We will attempt to answer many fundamental questions: What types of pure substances are there? How can matter be separated into pure substances? Can pure substances be broken into simpler components? How do substances differ at the microscopic or atomic level? How do we represent the compositions of substances and how do we name them?

There is much more in the answers to these questions than can be contained in a single chapter. You should regard this chapter as, in part, an introduction. At this point you need to master some basic ideas and concepts and acquire a chemical vocabulary to facilitate laboratory work and further study of the text.

25

## 2.1 States of matter

As a starting point in answering the questions we have posed, it is useful to note that matter exists in three states: gas (also known as vapor), liquid, or solid. A **gas** has neither a shape of its own nor a fixed volume. It takes the shape and volume of any container into which it is introduced. It can be compressed to fit a small container; it will expand to occupy a large one. Air is a gas.

A **liquid** has no specific shape; it assumes the shape of the portion of any container that it occupies. It does not expand to fill the entire container; it has a specific volume. Furthermore, a liquid is only slightly compressible. Water and gasoline are common liquids.

A **solid** has a firmness that is not associated with either gases or liquids. It has a fixed volume and shape. Like liquids, solids are not compressible to any appreciable degree. Numerous objects around us are solids—nails, coins, salt, and sugar to name a few.

The state of a substance depends on temperature and pressure. Above 100°C, water exists as a gas, known as steam. Between 0°C and 100°C, it exists as a liquid. Below 0°C, it exists as a solid—ice.

Changes of state, such as the change of ice to liquid water, are examples of **physical changes**. Physical changes are ones that do not involve creation of new substances; they involve no change in the composition of the specimen of matter under consideration. **Chemical changes**, also called **chemical reactions**, involve conversion of one substance into another. Every pure substance has a unique set of **properties** or characteristics that allows us to recognize it and distinguish it from other substances. **Chemical properties** are those properties that refer to the way a substance is able to change into other substances (its reactivity, how it "reacts"). The **physical properties** of a substance are those that do not involve a change in the chemical identity of the substance.

### SAMPLE EXERCISE 2.1

Chlorine is a greenish-yellow gas with a density of 3.21 g/L. It can be changed to a liquid by cooling to −34.6°C; it reacts explosively with sodium to form sodium chloride (table salt). Which of these properties are physical properties and which are chemical?

**Solution:** The color and density of chlorine and the temperature at which it changes state, from a gas to a liquid, are all physical properties. They do not involve a change of chlorine into any other substance. The ability of chlorine to react explosively with sodium is a chemical property. In reacting with sodium, chlorine is changed into a different substance, sodium chloride.

## 2.2 The classification of matter

All specimens of matter can be classified either as pure substances or as **mixtures** of two or more substances. Most matter around us consists of mixtures. Mixtures are characterized by variable composition and by the fact that they can be separated by physical means. That is, mixtures can be separated by taking advantage of differences in physical properties such as boiling points. For example, we can recognize that blood is a mixture because its composition may vary in many ways, such as in its iron content. Furthermore, blood can be separated into two components, packed cells and plasma, by centrifugation, a physical method of separation. Some common methods of separating mixtures are discussed in Section 2.3.



**FIGURE 2.1**  The classification of matter.

Any portion of matter that is uniform throughout is said to be *homogeneous*. Homogeneous mixtures are known as solutions. For example, when salt and water are mixed, a homogeneous mixture, or solution, forms. The salt is said to dissolve in the water. Mixtures that are not homogeneous are said to be *heterogeneous*. When water and clay are mixed, no solution forms; the resultant mixture is heterogeneous. A heterogeneous mixture can generally be separated by some physical means into homogeneous components.

We have seen that solutions are homogeneous mixtures. They are of uniform properties throughout, but these properties will vary from one solution to another, depending on the relative amounts of the components from which the solution is formed. By contrast, a pure substance is a homogeneous material with a constant, invariable composition and a distinct set of intrinsic properties. Water is an example of a pure substance. It is a particular kind of pure substance, because it is composed of more than one element; in this case two, hydrogen and oxygen. Such a pure substance, called a compound, can be decomposed by chemical reaction into elements. Thus water can be decomposed into hydrogen and oxygen. These two substances are termed elements to signify that they cannot be decomposed by chemical means into still simpler substances. (We will consider a more sophisticated criterion for defining an element later in this chapter.) Elements are the simplest substances. There are 106 known elements, but most of the millions of known compounds are formed from only about two dozen elements.

The classification of matter into mixtures, substances, compounds, and elements is summarized in Figure 2.1. Before we examine compounds and elements more closely, let's consider some of the ways a mixture can be separated into its component parts.

**2.3  Separation of mixtures**

Chemists often need to separate mixtures into their component substances. For example, separation procedures are used both to determine the composition of mixtures and to purify substances. A large number of separation procedures have been developed. Three of the most common of these are filtration, distillation, and chromatography.



# Conservation of mass; stoichiometry

Antoine Lavoisier (Section 1.1) was among the first to draw his conclusions about chemical processes from careful, quantitative observations. His work laid the basis for the law of conservation of mass, one of the most fundamental laws of chemistry. In this chapter, we will consider many practical problems based on the law of conservation of mass. These problems involve the quantitative relationships between substances undergoing chemical changes. The study of these quantitative relationships is known as **stoichiometry** (pronounced stoy-key-AHM-uh-tree), a word derived from the Greek words *stoicheion* ("element") and *metron* ("measure").

## 3.1 Law of conservation of mass

Studies of countless chemical reactions have shown that the total mass of all substances present after a chemical reaction is the same as the total mass before the reaction. This observation is embodied in the **law of conservation of mass:** There are no *detectable* changes in mass in any chemical reaction.* More precisely, *atoms are neither created nor destroyed during a chemical reaction;* instead, they merely exchange partners or become otherwise rearranged. The simplicity with which this law can be stated should not mask its significance. As with many other scientific laws, this law has implications far beyond the walls of the scientific laboratory.

---

*In Chapter 20, we will discuss the relationship between mass and energy summarized by the equation $E = mc^2$ ($E$ is energy, $m$ is mass, and $c$ is the speed of light). We will find that whenever an object loses energy it loses mass, and whenever it gains energy it gains mass. These changes in mass are too small to detect in chemical reactions. However, for nuclear reactions, such as those involved in a nuclear reactor or in a hydrogen bomb, the energy changes are enormously larger; in these reactions there are detectable changes in mass.

You can readily see that it will be helpful in your study of chemistry if you are able to classify chemical reactions into certain types. We have just considered two examples of a type we might call reaction of an active metal with water. Let's briefly consider here a few of the more important and common types you will be encountering in your laboratory work and in the chapters ahead.

## COMBUSTION IN OXYGEN

We have already encountered three examples of combustion reactions: the combustion of carbon, Equation [3.1]; of methane, Equation [3.4]; and of octane ($C_8H_{18}$), Equation [3.8]. Remember that combustion is a rapid reaction that usually produces a flame. Most of the combustions we observe involve $O_2$ as a reactant. From the examples we have already seen it should be easy to predict the products of the combustion of propane $C_3H_8$. We expect that combustion of this compound would lead to carbon dioxide and water as products, by analogy with our previous examples. That expectation is correct; propane is the major ingredient in LP (liquid propane) gas, used for cooking and home heating. It burns in air as described by the balanced equation

$$C_3H_8(g) + 5O_2(g) \longrightarrow 3CO_2(g) + 4H_2O(l) \qquad [3.12]$$

If we looked at further examples, we would find that combustion of compounds containing oxygen atoms as well as carbon and hydrogen (for example, $CH_3OH$) also produces $CO_2$ and $H_2O$.

## ACIDS, BASES, AND NEUTRALIZATION

Table 3.1 lists several acids and bases and the amount of each compound produced in the United States each year. You can see that these substances are produced in enormous quantities; they are among the most important chemicals in industry and in the chemical laboratory.

You will nearly always encounter acids and bases in the form of solutions of these substances in water. Acids are substances whose water solutions contain an excess of $H^+$ ions. Although we often represent hydrochloric acid as $HCl(aq)$, it exists in water as $H^+(aq)$ and $Cl^-(aq)$ ions. Thus the process of dissolving hydrogen chloride gas in water to form hydrochloric acid can be represented as follows:

$$HCl(g) \xrightarrow{H_2O} HCl(aq)$$

or

$$HCl(g) \xrightarrow{H_2O} H^+(aq) + Cl^-(aq)$$

The $H_2O$ given above the arrows in these equations is to remind us that the reaction medium is water. Pure sulfuric acid is a liquid; when it dissolves in water it releases $H^+$ ions in two successive steps:

$$H_2SO_4(l) \xrightarrow{H_2O} H^+(aq) + HSO_4^-(aq)$$

$$HSO_4^-(aq) \xrightarrow{H_2O} H^+(aq) + SO_4^{2-}(aq)$$

**3** Conservation of mass; stoichiometry

**3.3** Chemical reactions

**TABLE 3.1** U.S. production of some acids and bases, 1977

| Compound | Formula | Annual production (kg) |
|---|---|---|
| **Acids:** | | |
| Sulfuric | $H_2SO_4$ | $3.1 \times 10^{10}$ |
| Phosphoric | $H_3PO_4$ | $7.1 \times 10^9$ |
| Nitric | $HNO_3$ | $6.7 \times 10^9$ |
| Hydrochloric | $HCl$ | $2.3 \times 10^9$ |
| **Bases:** | | |
| Sodium hydroxide | $NaOH$ | $9.5 \times 10^9$ |
| Ammonia | $NH_3$ | $1.5 \times 10^{10}$ |

Thus, although we frequently represent aqueous solutions of sulfuric acid as $H_2SO_4(aq)$, these solutions actually contain a mixture of $H^+(aq)$, $HSO_4^-(aq)$, and $SO_4^{2-}(aq)$.

**Bases** are compounds that produce an excess of hydroxide ions, $OH^-$, in water. A base such as sodium hydroxide does this because it is an ionic substance composed of $Na^+$ and $OH^-$ ions. When NaOH dissolves in water, the cations and anions simply separate in the solution:

$$NaOH(s) \xrightarrow{H_2O} Na^+(aq) + OH^-(aq)$$

Thus, although aqueous solutions of sodium hydroxide might be written as $NaOH(aq)$, it exists as $Na^+(aq)$ and $OH^-(aq)$ ions. Many other bases such as $Ca(OH)_2$ are also ionic hydroxide compounds. However, $NH_3$ is a base although it is not a compound of this sort.

You may have noticed in Table 3.1 that ammonia, $NH_3$, is produced in very large quantities. In fact, after sulfuric acid and lime (CaO), it is the third largest in production of U.S. chemicals. This important substance is used in fertilizers and as a primary chemical in other chemical processes. It may seem odd at first glance that ammonia is a base, because it contains no hydroxide ions. However, we must remember that the definition of a base is that it *produces* an excess of hydroxide ions in water. Ammonia does this by a reaction with water. We can represent the dissolving of ammonia gas in water as follows:

$$NH_3(g) + H_2O(l) \longrightarrow NH_4^+(aq) + OH^-(aq) \qquad [3.17]$$

Solutions of ammonia in water are often labeled ammonium hydroxide, $NH_4OH$, to remind us that ammonia solutions are basic. (Ammonia is referred to as a weak base, which means that not all the $NH_3$ that dissolves in water goes on to form $NH_4^+$ and $OH^-$ ions; but that is a matter for Chapter 15, and it need not concern us here.)

Solutions of acids and bases have very different properties. Acids have a sour taste, whereas bases have a bitter taste. * Acids can change the

*Tasting chemical solutions is, of course, not a good practice. However, we have all had acids such as ascorbic acid (vitamin C), acetylsalicylic acid (aspirin), and citric acid (in citrus fruits) in our mouths, and we are familiar with the characteristic sour taste. It differs from the taste of soaps, which are mostly basic.

60

colors of certain dyes in a specific way that differs from the effect of a base. For example, the dye known as litmus is changed from blue to red by an acid, and from red to blue by a base. In addition, acidic and basic solutions differ in chemical properties in several important ways. When a solution of an acid is mixed with a solution of a base, a **neutralization reaction** occurs. The products of the reaction have none of the characteristic properties of either the acid or base. For example, when a solution of hydrochloric acid is mixed with precisely the correct quantity of a sodium hydroxide solution, the result is a solution of sodium chloride, a simple ionic compound possessing neither acidic nor basic properties. (In general, such ionic products are referred to as salts.) The neutralization reaction can be written as follows:

$$HCl(aq) + NaOH(aq) \longrightarrow H_2O(l) + NaCl(aq) \qquad [3.18]$$

When we write the reaction as we have here, it is important to keep in mind that the substances shown as $(aq)$ are present in the form of the separated ions, as discussed above. Notice that the acid and base in Equation [3.18] have combined to form water as a product. The general description of an acid-base neutralization reaction in aqueous solution, then, is that an acid and base react to form a salt and water. Using this general description we can predict the products formed in any acid-base neutralization reaction. Sample Exercise 3.2 illustrates how we might go about predicting the products and writing a balanced equation for a neutralization reaction.

## SAMPLE EXERCISE 3.2

Write a balanced equation for the reaction of hydrobromic acid, HBr, with barium hydroxide, $Ba(OH)_2$.

**Solution:** The products of any acid-base reaction are a salt and water. The salt is that formed from the cation of the base, $Ba(OH)_2$, and the anion of the acid, HBr. The charge on the barium ion is $2+$ (see

Table 2.5), and that on the bromide ion is $1-$. Therefore, to maintain electrical neutrality, the formula for the salt must be $BaBr_2$. The unbalanced equation for the neutralization reaction is therefore

$$HBr(aq) + Ba(OH)_2(aq) \longrightarrow H_2O(l) + BaBr_2(aq)$$

To balance the equation we must provide two molecules of HBr to furnish the two $Br^-$ ions and to supply the two $H^+$ ions needed to combine with the two $OH^-$ ions of the base. The balanced equation is thus

$$2HBr(aq) + Ba(OH)_2(aq) \longrightarrow 2H_2O(l) + BaBr_2(aq)$$

### PRECIPITATION REACTIONS

One very important class of reactions occurring in solution is the precipitation reaction, in which one of the reaction products is insoluble. We will concern ourselves in this brief introduction with reactions between acids, bases, or salts in aqueous solution. As a simple example, consider the reaction between hydrochloric acid solution and a solution of the salt silver nitrate, $AgNO_3$. When the two solutions are mixed, a finely divided white solid forms. Upon analysis this solid proves to be silver

**SAMPLE EXERCISE 3.15**

Suppose that in the precipitation reaction described in Sample Exercise 3.3, 3.5 g of $FeBr_3$ were mixed with 6.4 g of $Na_2S$ in solution. How much $Fe_2S_3(s)$ would be formed?

**Solution:** Our first step, as always, is to write the balanced equation:

$$2FeBr_3(aq) + 3Na_2S(aq) \longrightarrow Fe_2S_3(s) + 6NaBr(aq)$$

Let us now calculate the amount of product that could be formed from each of our given amounts of reactants, assuming that each is the limiting reagent. We can write the following stoichiometric relationships:

Mole ratio:
    $2$ mol $FeBr_3 \simeq 3$ mol $Na_2S \simeq 1$ mol $Fe_2S_3$

Weight ratio:
    $2(296$ g$) FeBr_3 \simeq 3(78$ g$) Na_2S \simeq 1(208$ g$) Fe_2S_3$

Using these, we have

$$\text{Grams } Fe_2S_3 = (3.5 \text{ g } FeBr_3)\left(\frac{208 \text{ g } Fe_2S_3}{2 \times 296 \text{ g } FeBr_3}\right)$$

$$= 1.2 \text{ g } Fe_2S_3$$

and

$$\text{Grams } Fe_2S_3 = (6.4 \text{ g } Na_2S)\left(\frac{208 \text{ g } Fe_2S_3}{3 \times 78 \text{ g } Na_2S}\right)$$

$$= 5.7 \text{ g } Fe_2S_3$$

These calculations show that $FeBr_3$ is the limiting reagent, and that mixing of 3.5 g $FeBr_3$ with 6.4 g $Na_2S$ in solution will yield at most 1.2 g $Fe_2S_3$ as precipitate.

## 3.9 Molarity and solution stoichiometry

We have seen how it is possible to employ the concept of the mole to determine the quantities of substances that react with one another or to determine the quantity of product that can be obtained from a given mass of reactant. However, it often happens that chemicals are employed not as solid materials but in the form of solutions, particularly aqueous solutions. For example, the reactions described in Sample Exercises 3.15 and 3.16 involve aqueous solutions of the ionic compounds appearing in the balanced equations. It is a great convenience to be able to measure out quantities of dissolved substances by measuring out volumes of the solutions, rather than by weighing out solids or liquids each time and then dissolving these in water.

In discussing solutions it is often convenient to call one component the **solvent** and the others **solutes**. The component of a solution whose physical state is preserved when the solution is formed is known as the solvent. For example, when sodium chloride (a solid) is mixed with water, the resultant solution is a liquid. Consequently, water is referred to as the solvent and sodium chloride as the solute. If all components of a solution are in the same state, the one present in greatest amount is called the solvent.

The term **concentration** is used to designate the amount of solute dissolved in a given quantity of solvent or solution. The method for expressing concentration that is most useful for discussing solution stoichiometry is **molarity**. The molarity (symbol $M$) of a solution is defined as the number of moles of solute in a liter of solution (soln):

$$\text{Molarity} = \frac{\text{moles solute}}{\text{volume of soln in liters}} \qquad [3.24]$$

# 11

# Liquids, solids, and intermolecular forces

The physical properties of any substance depend on its physical state. We have seen (Section 2.1) that matter exists in three states, gaseous, liquid, or solid. Some properties characteristic of these states are listed in Table 11.1. In Chapter 9 we discussed the gaseous state in some detail. We now turn our attention to the properties of liquids and solids. You will remember that we could explain the most important properties of gases in terms of the kinetic-molecular theory. This same theory, with some modifications, can also help us to understand the characteristics of liquids and solids. In this chapter we will also examine those properties of the molecules themselves that are important in determining whether a substance is a gas, liquid, or solid under a given set of conditions. A key concept in comparing the properties of substances is that of intermolecular forces, the attractive forces responsible for keeping molecules together in liquids and solids. In this chapter we will be exploring the relationships among structure, intermolecular forces, and physical properties.

**11.1  The kinetic-molecular theory for liquids and solids**

In the kinetic-molecular theory a gas is viewed as a collection of widely separated molecules in chaotic, constant motion. The translational, or kinetic, energies of the molecules are large in comparison with the attractive forces between them. Indeed, in the derivation of the ideal-gas equation attractive forces are ignored altogether.

There is a great deal of free volume in a gas, that is, volume not occupied by the molecules themselves. Because this is so, gases can be readily compressed upon application of an external force. By contrast, the molecules in a liquid are in quite close contact and are kept near to one another by the attractive forces between them. The liquid state is often referred to as a condensed state. The molecules of a liquid do move about with respect to one another, as in a gas. The major difference between the liquid and gaseous states of matter has to do with the

**TABLE 11.1**  Some characteristic properties of the states of matter

| State | Property |
|-------|----------|
| Gas | 1. Assumes both the volume and shape of container.<br>2. Is compressible.<br>3. Diffusion occurs rapidly.<br>4. Flows readily. |
| Liquid | 1. Assumes the shape of the portion of the container it occupies.<br>2. Does not expand to fill container.<br>3. Is virtually incompressible.<br>4. Diffusion occurs slowly.<br>5. Flows readily. |
| Solid | 1. Retains its own shape and volume.<br>2. Is virtually incompressible.<br>3. Diffusion occurs extremely slowly.<br>4. Does not flow. |

amount of space available for translational motion. In liquids the free volume is very small; typically it might be about 3 percent of the total volume of a liquid. In a gas, even at 10 atm pressure, the free volume is about 99 percent of the total.

Because the amount of free space is so small, and the molecules of a liquid are already in quite close contact, it requires considerable force to compress a liquid still further. Thus, liquids are much less compressible than gases; they have definite volumes, independent of the shape or size of their container. However, the molecules of a liquid move freely with respect to one another. Liquids thus do not have a definite shape; they can be poured, and they flow to assume the shape of their container.

The same sorts of attractive forces that cause molecules to form a liquid also operate in the formation of solids. The difference between liquids and solids is largely one of order. In a liquid the molecules, though close together, move about in more or less chaotic fashion. Each molecule is somewhat influenced in its motions by its nearest neighbors, but there is no long-range order. In a solid, on the other hand, each molecule takes up a certain position relative to its neighbors, and this regular arrangement extends throughout the solid. The transition from a liquid to a solid is thus rather like the change that occurs on a military parade ground when the troops are called to formation.

Solids, like liquids, are not very compressible, because there is little free volume. When pressure is applied to a solid, its volume can be reduced only by forcing the molecules closer together. The intermolecular forces that oppose compression can be very large.

Because the particles of a solid are not free to undergo long-range movement, solids are rigid. The molecules within a solid have little or no translational energy, because they are constrained to remain in their locations. However, they may have vibrational energy; that is, they may move back and forward periodically about the positions they occupy in the solid. The amount of vibrational energy in a solid is proportional to absolute temperature, just as the amount of translational energy in a gas is proportional to absolute temperature. Figure 11.1 illustrates schematically the comparisons among the three states of matter based on the kinetic-molecular model. This figure depicts most of the comparative features of the three states of matter that we have just discussed.



**11** Liquids, solids, and intermolecular forces

**11.2** Equilibria between phases

Gas

Total disorder; much empty space; particles have complete freedom of motion owing to separation and ineffective attractive forces.

Cool and compress

Liquid

Disorder; particles or clusters of particles are free to move relative to each other; particles closd together.

Cool

Solid

Ordered arrangement; particles can vibrate, but are in fixed positions; particles close together.

FIGURE 11.1 A molecular-level comparison of gases, liquids, and solids. The density of particles in the gas phase is exaggerated as compared with the usual situation.

## SAMPLE EXERCISE 11.1

At about 6°C the gas, liquid, and solid phases of benzene can all coexist in a stable mixture. Under these conditions, the molar volume of $C_6H_6(g)$ is 470 L, of $C_6H_6(l)$ is 88.7 mL, and of $C_6H_6(s)$ is 86.6 mL. Account for the relative volumes of 1 mol of benzene in the three states.

Solution: In gaseous benzene, the molecules are well separated from one another and experience few close encounters. The average attractive force between molecules is thus very low. In the liquid state the molecules are in close contact and experience strong intermolecular forces that keep them together. However, there is no long-range order in the liquid, and molecules can move with respect to one another in the small amount of free volume that the liquid possesses. In solid benzene the molecules are packed in a regular lattice array, held in position by the intermolecular forces between them. The free volume in the solid is even less than in the liquid form; the molar volume is therefore slightly smaller.

**11.2 Equilibria between phases**

We know that when a substance is capable of existing in more than one of the three states of matter, it readily undergoes conversion from one state, or phase, to another. For example, water exists on our planet as a liquid in oceans, rivers, and lakes, as a gas in the earth's atmosphere, and as a solid in snow cover and glaciers. Interconversions between these three forms of water go on continuously. We must now look in more detail at how the interconversions between two different phases of matter occur.

Let us carry out an experiment in which we begin with a quantity of ethyl alcohol, also called ethanol, in a closed container, with a large space above the liquid. Suppose that we could somehow begin the experiment with all the ethanol in liquid form. The pressure in the container under these conditions would be zero, as illustrated in Figure 11.2(a). We would find that the pressure in the container quickly rises as a function of time. After a short time the pressure would attain a constant value, termed the vapor pressure of liquid ethanol, Figure 11.2(b).

We can account for these observations by using the kinetic-molecular theory. We know that the molecules of liquid ethanol are in constant motion. At any given temperature some of the molecules possess more than the average thermal energy, some less. That is, there is a distribution of molecular energies in the liquid similar to the distribution in a gas, illustrated in Figure 9.10.

**12** Solutions

**12.2** The solution process



**FIGURE 12.1** Interactions between $H_2O$ molecules and the $Na^+$ and $Cl^-$ ions of a NaCl crystal.

NaCl crystal

to understand solutions we must understand the kinds of attractive forces that exist between solute and solvent.

Any of the various kinds of intermolecular forces that we discussed in Chapter 11 can operate between solute and solvent particles in a solution. As a general rule, we expect solutions to form when the attractive forces between solute and solvent are comparable in magnitude with those that exist between the solute particles themselves or between solvent particles themselves. For example, the ionic substance NaCl dissolves readily in water. When NaCl is added to water, the water molecules orient themselves on the surface of the NaCl crystals as shown in Figure 12.1. The positive end of the water dipole is oriented toward the $Cl^-$ ions, while the negative end of the water dipole is oriented toward the $Na^+$ ions. The ion-dipole attractions between $Na^+$ and $Cl^-$ ions and water molecules are sufficiently strong to pull these ions from their positions in the crystal. Notice that the corner $Na^+$ ion is held in the crystal by only three adjacent $Cl^-$ ions. In contrast, an $Na^+$ ion on the edge of the crystal has four nearby $Cl^-$ ions, and a $Na^+$ ion in the interior of the crystal has six surrounding $Cl^-$ ions. The corner $Na^+$ ion is therefore particularly vulnerable to removal from the crystal. Once this $Na^+$ ion



**FIGURE 12.2** Hydrated $Na^+$ and $Cl^-$ ions. The negative ends of the water dipole point toward the positive ion. The positive ends of the water dipole point toward the negative ion. We do not know whether one or both positive hydrogens touch the negative ion.

has been removed, adjacent $Cl^-$ ions are similarly exposed and are therefore removed more easily than before.

Once removed from the crystal, the $Na^+$ and $Cl^-$ ions are surrounded by water molecules as shown in Figure 12.2. Such interactions between solute and solvent molecules are known as solvation. When the solvent is water it is known as hydration.

Sodium chloride dissolves in water because the water molecules interact with the $Na^+$ and $Cl^-$ ions sufficiently strongly to overcome the attraction between $Na^+$ and $Cl^-$ ions in the crystal. To form a solution, the water molecules must also separate to make room for the ions. Therefore, we can visualize three types of interaction that take place in the solution process: (1) solute-solute interactions; (2) solute-solvent interactions; and (3) solvent-solvent interactions. The enthalpy changes accompanying each of these interactions when a salt dissolves in water are shown in Figure 12.3. Energy is required in processes (a) and (b) to overcome solute-solute and solvent-solvent attractions. Energy is released in process (c), when solute and solvent interact with one another. As shown in Figure 12.3, the net solution process can be either exothermic or endothermic. For example, ammonium nitrate, $NH_4NO_3$, dissolves by an endothermic reaction ($\Delta H = 26.4$ kJ/mol). It has consequently been used to make instant ice packs, which are used to treat athletic injuries. The solid $NH_4NO_3$ is placed inside a thin-walled plastic bag. This, in turn, is sealed inside a thicker-walled bag together with some water. The small bag can be broken by kneading the larger bag. The resultant solution gets quite cold.

Figure 12.3 shows us that the heat of solution is the net result of enthalpy terms that are rather large when ionic solutions are involved. The overall heat may be exothermic or slightly endothermic. In both examples shown in Figure 12.3, however, there is a large exothermic heat term due to the attractive interaction of the ions with the solvent molecules—the solvation term, (c). We can understand from a diagram of this kind why NaCl does not dissolve in a nonpolar liquid such as gasoline.




**FIGURE 12.3** Analysis of the enthalpy changes accompanying the solution process: process (a) represents the enthalpy required to separate solute particles; process (b) represents the enthalpy required to separate solvent particles; process (c) represents the enthalpy released when solute and solvent particles interact with each other. The figure on the left shows a net exothermic heat of solution, whereas the one on the right shows a net endothermic heat of solution.

351

The more readily a substance gives up a proton, the less readily its conjugate base will accept a proton. In other words, *the stronger an acid, the weaker its conjugate base; the weaker an acid, the stronger its conjugate base.* For example, HCl is a good proton donor because its conjugate base, Cl⁻, has less attraction for protons than water does. The proton is therefore transferred to $H_2O$ to form $H^+(aq)$.

Figure 15.4 displays some common acids and their conjugate bases. Notice that strong acids have weak conjugate bases and weak acids have strong conjugate bases. $H^+(aq)$ is the strongest proton donor that can exist at equilibrium in aqueous solution. Thus acids listed above $H^+(aq)$ in Figure 15.4 completely transfer protons to water to form $H^+(aq)$. Likewise, $OH^-(aq)$ is the strongest base that can exist at equilibrium in aqueous solution. Any stronger proton acceptor will completely react with water, removing a proton to form $OH^-$ ions.

### SAMPLE EXERCISE 15.2

Hydrocyanic acid, HCN, is ionized in water by the reaction

$$HCN(aq) \rightleftharpoons H^+(aq) + CN^-(aq)$$

to a lesser extent than is an HF solution of the same concentration. What is the conjugate base of HCN? Is it a stronger or weaker base than F⁻?

**Solution:** The conjugate base of HCN is CN⁻, the ion that remains after a proton has been lost to the solvent. Because HCN dissociates to a lesser extent than does HF, this means that the tendency of the reverse reaction to occur is greater. In the reverse reaction the conjugate base, CN⁻, accepts a proton from the solvent. In other words, CN⁻ is a stronger conjugate base than is F⁻.

---

### 15.3 The dissociation of water and the pH scale

In the presence of an acid such as HCl, water acts as a proton acceptor; in the presence of a base such as $NH_3$ it acts as a proton donor. An important feature of water is that it is also capable of acting as a proton donor and proton acceptor toward itself. The process by which this occurs is called *autoionization*:

$$H-\overset{..}{\underset{H}{O}}: + H-\overset{..}{\underset{H}{O}}: \rightleftharpoons \left[H-\overset{}{\underset{H}{O}}-H\right]^+ + :\overset{}{O}-H^- \qquad [15.8]$$

This reaction amounts to a spontaneous ionization of the solvent. It occurs only to a very small extent. At room temperature, only about one out of every $10^8$ molecules is in the ionic form at any one instant. We know that water is a strongly hydrogen-bonded liquid. Thus, the hydrogen of one molecule may be attracted to an unshared pair of electrons on the oxygen of an adjacent molecule. Occasionally the hydrogen will transfer to the other molecule. Perhaps simultaneously there will be a transfer of $H^+$ from some other molecule to the oxygen that is losing a hydrogen ion. As a result of these ready transfers of $H^+$ from one molecule to another, there is, on the average, a certain very small fraction of molecules in the ionized form. No one molecule remains in that condition for long; the equilibria are extremely rapid. It has been found that,

445



0.1 M NaOH solution

Household ammonia

Increasingly basic

Borax

Seawater

Blood

Milk

Coffee

Increasingly acidic

Wine

Gastric juice

0.1 M HCl solution

**FIGURE 15.5** Values of pH for some more commonly encountered solutions. The pH scale in this figure is shown to extend from 0 to 14, because nearly all solutions commonly encountered have pH values in that range. In principle, however, the pH values for strongly acidic solutions can be less than 0, and for strongly basic solutions can be greater than 14.

With a log table (Appendix B) or log function on a calculator, it is a simple matter to convert from concentration of $H^+(aq)$ to pH, and vice versa, as outlined in Sample Exercises 15.5 and 15.6.

## SAMPLE EXERCISE 15.5

Calculate the pH values for the two solutions described in Sample Exercise 15.4.

**Solution:** In the first instance we found $[H^+]$ to be $1.0 \times 10^{-12}$. The pH of this solution is given by:

$$pH = -\log(1.0 \times 10^{-12}) = -(-12.00) = 12.00$$

The pH of the second solution is given by

$$pH = -\log(5.0 \times 10^{-6})$$
$$= -(\log 5 + \log 10^{-6})$$
$$= -(0.699 - 6.00) = 5.30$$

## SAMPLE EXERCISE 15.6

A sample of freshly pressed apple juice has a pH of 3.76. Calculate $[H^+]$.

**Solution:** From the equation defining pH, Equation [15.11], we have $-\log[H^+] = 3.76$. Thus, $\log[H^+] = -3.76$. To find $[H^+]$ we need to find the antilog of $-3.76$. Some calculators have an antilog or $\log^{-1}$ function which makes the calculation quite simple. Other calculators rely on $10^x$ or $y^x$ functions to find antilogs: antilog $(-3.76) = 10^{-3.76}$. If you are relying on a log table, the simplest way to take the antilog is to write the log as a sum of an integer and a positive decimal fraction: $-3.76 = -4.00 + 0.24$. The antilog of $-4$ is $1 \times 10^{-4}$. From a log table we find that the antilog of 0.24 is approximately 1.7. Thus $[H^+] = 1.7 \times 10^{-4} M$.

### INDICATORS

Various means are available for quantitatively estimating pH. The simplest is the use of an indicator. An **indicator** is a colored substance, usually derived from plant material, that can exist in either an acid or base form. The two forms are differently colored. By adding a small amount of an indicator to a solution and noting its color, it is possible to

448

**15  Acids and bases**

**15.3**  The dissociation of water and the pH scale

on the average, a proton transfers from one molecule to another in water, at the rate of about 1000 times per second.

By expressing the hydrated proton as $H^+(aq)$ rather than $H_3O^+(aq)$ we can rewrite Equation [15.8] as

$$H_2O(l) \rightleftharpoons H^+(aq) + OH^-(aq) \qquad [15.9]$$

The equilibrium expression for this autoionization reaction can be written as

$$K = \frac{[H^+][OH^-]}{[H_2O]}$$

The concentration of water in aqueous solutions is typically very large, about 55 $M$, and remains essentially constant for dilute solutions. It is therefore customary to exclude the concentration of water from equilibrium-constant expressions for aqueous solutions, just as we exclude the concentrations of pure solids and liquids from the equilibrium-constant expressions for heterogeneous reactions (Section 14.3). Thus we can write the equilibrium-constant expression for the autoionization of water as

$$K[H_2O] = K_w = [H^+][OH^-]$$

The product of two constants, $K$ and $[H_2O]$, defines a new constant, $K_w$. This important equilibrium constant is called the **ion-product constant** for water. $K_w$ has the value of $1.0 \times 10^{-14}$ at 25°C. This is an important equilibrium constant. You should memorize this expression:

$$K_w = [H^+][OH^-] = 1.0 \times 10^{-14} \qquad [15.10]$$

Equation [15.10] is valid for aqueous solutions as well as for pure water. A solution for which $[H^+] = [OH^-]$ is said to be *neutral*. In most solutions $H^+$ and $OH^-$ concentrations are not equal. As the concentration of one of these ions increases, the concentration of the other must decrease so that the ion-product equals $1.0 \times 10^{-14}$. In acidic solutions, $[H^+]$ exceeds $[OH^-]$; in basic solutions, the reverse is true, $[OH^-]$ exceeds $[H^+]$.

**SAMPLE EXERCISE 15.3**

Calculate the values of $[H^+]$ and $[OH^-]$ in a neutral solution at 25°C.

**Solution:** By definition, in a neutral solution, $[H^+]$ equals $[OH^-]$. Let us call the concentration of each of these species in neutral solution $x$. Using Equation [15.10], we have

$$[H^+][OH^-] = (x)(x) = 1.0 \times 10^{-14}$$
$$x^2 = 1.0 \times 10^{-14}$$
$$x = 1.0 \times 10^{-7} = [H^+] = [OH^-]$$

In an acid solution, $[H^+]$ is greater than $1 \times 10^{-7} M$; in a basic solution it is less than $1 \times 10^{-7} M$.

## SAMPLE EXERCISE 15.4

Calculate the concentration of $H^+(aq)$ in (a) a solution in which $[OH^-]$ is 0.010 $M$; (b) a solution in which $[OH^-]$ is $2.0 \times 10^{-9}$ $M$.

**Solution:**

(a) Using Equation [15.10] we have

$$[H^+][OH^-] = 1.0 \times 10^{-14}$$

$$[H^+] = \frac{1.0 \times 10^{-14}}{[OH^-]} = \frac{1.0 \times 10^{-14}}{0.010}$$

$$= 1.0 \times 10^{-12} M$$

This solution is basic because $[H^+] < [OH^-]$.

(b) In this instance

$$[H^+] = \frac{1.0 \times 10^{-14}}{[OH^-]} = \frac{1.0 \times 10^{-14}}{2.0 \times 10^{-9}}$$

$$= 5.0 \times 10^{-6} M$$

This solution is acidic because $[H^+] > [OH^-]$.

---

### pH

In almost every area of pure and applied chemistry the acid-base properties of water are of importance. As examples, the fate of pollutant chemicals in a water body, the rapidity with which a metal object immersed in water corrodes, and the suitability of an aquatic environment for support of fish and plant life are all critically dependent on the acidity or basicity of the water. The concentration of $H^+(aq)$ in such solutions is often expressed in terms of **pH**. The pH is defined as the negative log in base 10, of the hydrogen-ion concentration.*

$$pH = -\log [H^+] = \log \left(\frac{1}{[H^+]}\right) \qquad [15.11]$$

Notice that a change in $[H^+]$ by a factor of 10 results in a unit change in pH. (If you need a review of exponential notation and of the use of logs, see Appendix A.) As an example of the use of Equation [15.11], let us calculate the pH of a neutral solution, that is, one in which $[H^+] = [OH^-] = 1 \times 10^{-7}$ (Sample Exercise 15.5). The pH is given by

$$pH = -\log [H^+] = -\log (1 \times 10^{-7}) = -0 - (-7) = 7$$

Thus, the pH of a neutral solution is 7.

Because pH is simply another means of expressing $[H^+]$, acidic and basic solutions can be distinguished on the basis of their pH values:

pH $< 7$ in acidic solutions

pH $> 7$ in basic solutions

pH $= 7$ in neutral solutions

You should keep in mind that the pH is a measure only of the equilibrium concentration of dissociated hydrogen ion present as $H^+(aq)$. The pH values characteristic of several familiar solutions are shown in Figure 15.5.

*Usually you will see pH defined as $-\log [H^+]$, occasionally as $-\log [H_3O^+]$. As discussed in Section 15.1, the same species is involved in all cases.

643



0.1 M NaOH solution

Household ammonia

Borax

Seawater

Blood

Milk

Coffee

Wine

Gastric juice

0.1 M HCl solution

Increasingly basic

Increasingly acidic

**FIGURE 15.5** Values of pH for some more commonly encountered solutions. The pH scale in this figure is shown to extend from 0 to 14, because nearly all solutions commonly encountered have pH values in that range. In principle, however, the pH values for strongly acidic solutions can be less than 0, and for strongly basic solutions can be greater than 14.

With a log table (Appendix B) or log function on a calculator, it is a simple matter to convert from concentration of $H^+(aq)$ to pH, and vice versa, as outlined in Sample Exercises 15.5 and 15.6.

## SAMPLE EXERCISE 15.5

Calculate the pH values for the two solutions described in Sample Exercise 15.4.

**Solution:** In the first instance we found $[H^+]$ to be $1.0 \times 10^{-12}$. The pH of this solution is given by:

$$pH = -\log (1.0 \times 10^{-12}) = -(-12.00) = 12.00$$

The pH of the second solution is given by

$$pH = -\log (5.0 \times 10^{-6})$$
$$= -(\log 5 + \log 10^{-6})$$
$$= -(0.699 - 6.00) = 5.30$$

## SAMPLE EXERCISE 15.6

A sample of freshly pressed apple juice has a pH of 3.76. Calculate $[H^+]$.

**Solution:** From the equation defining pH, Equation [15.11], we have $-\log [H^+] = 3.76$. Thus, $\log [H^+] = -3.76$. To find $[H^+]$ we need to find the antilog of $-3.76$. Some calculators have an antilog or $\log^{-1}$ function which makes the calculation quite simple. Other calculators rely on $10^x$ or $y^x$ functions to find antilogs: antilog $(-3.76) = 10^{-3.76}$. If you are relying on a log table, the simplest way to take the antilog is to write the log as a sum of an integer and a positive decimal fraction: $-3.76 = -4.00 + 0.24$. The antilog of $-4$ is $1 \times 10^{-4}$. From a log table we find that the antilog of 0.24 is approximately 1.7. Thus $[H^+] = 1.7 \times 10^{-4} M$.

### INDICATORS

Various means are available for quantitatively estimating pH. The simplest is the use of an indicator. An **indicator** is a colored substance, usually derived from plant material, that can exist in either an acid or base form. The two forms are differently colored. By adding a small amount of an indicator to a solution and noting its color, it is possible to

448