# EXHIBIT 31

# UNREDACTED PUBLIC VERSION

issn 0021-9584
Volume 79, Number 3
March 2002

Journal of

# Chemical Education

Published by THE DIVISION OF CHEMICAL EDUCATION OF THE AMERICAN CHEMICAL SOCIETY



LINDA HALL
FEB 2 8 2002
LIBRARY

Crystal Growth of Lysozyme 360

Biochemistry 321-331, 366-388

Surface Science 332, 349-355, 385

Electrochemistry 334-352, 397



March 2002

Volume 79 • Number 3

# Journal of Chemical Education

Print     •     Software     •     Online     •     Books

JChemEd.chem.wisc.edu   •   Owned and Published by the Division of Chemical Education, Inc., of the American Chemical Society



366



Visit CLIC online for high school resources

⚠ designates articles of special interest to high school teachers

JChemEd.chem.wisc.edu/HS

## JCE Online
### JChemEd.chem.wisc.edu

*JCE Online* contains the entire editorial content of this issue. Abstracts and supplemental material are also available.

• Everything at *JCE Online* is available to *JCE* subscribers.

• Abstracts and the full text of some articles are available to all.

ɰ Indicates that the full text of the article is available to all visitors to *JCE Online*.

ɰ Indicates that supplemental material for the article is available at *JCE Online*.

## Chemical Education Today

*Editorial*
**Should All Information Be Free?** — John W. Moore — ⚠ ɰ — 279

*Especially for High School Teachers*
**Inquiry Methods in Chemistry** — Diana S. Mason — ⚠ ɰ — 281

**ACS National Meeting: Orlando, April 7–11, 2002**
   Program for the Division of Chemical Education — ⚠ — 282
         Beth Pulliam, Vic Shanbhag, Frank Torre

   High School Program — ⚠ — 292
   CHED-Sponsored Workshop — ⚠ — 292
   Presidential Plenary Session — ⚠ — 293
   Undergraduate Program — 294
   Notices, Division of Chemical Education — ⚠ — 296
   Product & Service Showcase — ⚠ — 297

*Nobel Centennial Essays*
**A Century of Chemical Dynamics Traced through the Nobel Prizes.** — ⚠ ɰ — 301
      1943: George de Hevesy — J. Van Houten

*NSF Highlights*
**The Influence of Modern NMR Spectroscopy on Undergraduate Organic, Inorganic, and Physical Chemistry at Florida State University** — Joseph B. Vaughn, Jr. — 306

**News & Announcements** — ⚠ ɰ — 309

**Letters** — ⚠ ɰ — 310

**Book & Media Reviews**
   Uncle Tungsten: Memories of a Chemical Boyhood by Oliver Sacks — ⚠ ɰ — 312
            *reviewed by A. Truman Schwartz*

   **Chemical Kinetics and Catalysis** by Richard I. Masel — *reviewed by Richard Pagni* — ɰ — 313

   **A Serious but Not Ponderous Book about Nuclear Energy** by Walter Scheider — *reviewed by Peggy Geiger* — ɰ — 314

   **Chemical Safety for Teachers and Their Supervisors, Grades 7–12** by American Chemical Society and ACS Board–Council Committee on Chemical Safety — *reviewed by Lisa Keith-Lucas* — ⚠ ɰ — 315

   **The Genie in the Bottle** by Joe Schwarcz — *reviewed by Jeffrey Kovac* — ⚠ ɰ — 316

**The Information Page** — ⚠ ɰ — 308
**Advertising in This Issue** — ⚠ ɰ — 316
**Out of the Editor's Basket** — ⚠ ɰ — 317
**Chem Ed Marketplace** — ⚠ — 320





Lego Stoichiometry

352A



**Cover**

Crystals of lysozyme grown under various conditions, as described in the article "A Novel and Innovative Biochemistry Laboratory: Crystal Growth of Hen Egg White Lysozyme" by Elizabeth Garrett, Audrey Wehr, Rebecca Hedge, David L. Roberts, and Jacqueline R. Roberts (page 366). The cover was designed by Betsy True.

## Chemistry for Everyone

*Products of Chemistry*
**Blending in with the Body**                 Andrew L. Lewis and Mike Driver    △    321

**Notes on the Early History of the Interaction between Physical Chemistry    327
and Biochemistry: The Development of Physical Biochemistry**
Mercedes Guzmán-Casado and Antonio Parody-Morreale

## In the Classroom

*Tested Demonstrations*
**Are Surfactant Molecules Really Oriented in the Interface?**    △    332
Nasimul Gani and Jasmina Khanam

**The Lead–Acid Battery: Its Voltage in Theory and in Practice**    Richard S. Treptow    △    334

**A Chemically Relevant Model for Teaching the Second Law of Thermodynamics**    339
Bryce E. Williamson and Tetsuo Morikawa

## In the Laboratory

**The Electrolytic Recovery of Copper from Brass. A Laboratory Simulation    ш    343
of an Industrial Application of Electrical Energy**
Domenico Osella, Mauro Ravera, Cristina Soave, Sonia Scorza

**Integrating HPLC and Electrochemistry: A LabVIEW-Based Pulsed Amperometric    ш    345
Detection System**    Mark B. Jensen

**A Simple Student Experiment for Teaching Surface Electrochemistry:    ш    349
Adsorption of Polyoxometalate on Graphite Electrodes**
David Martel, Neso Sojic, Alexander Kuhn

*JCE Classroom Activity*
**Lego Stoichiometry**    J. Eric Witzel    △ ш    352A

**Quantifying Meniscus Forces with an Electronic Balance: Direct Measurement    ш    353
of Liquid Surface Tension. A Physical Chemistry Experiment**    Rafael M. Digilov

**The Visible Spectrum of Liquid Oxygen in the General Chemistry Laboratory**    ш    356
Frazier Nyasulu, John Macklin, William Cusworth III

**Two Experiments Illustrating the Importance of Sampling in a Quantitative    ш    360
Chemical Analysis**    David Harvey



**282**



**334**





Blending in with the Body

**321**

Authors

**Submissions to JCE**

Looking for the *Journal's* Guide to Submissions?

See the Jan 2000 issue, p 29

Go to JCE Online at:

*JChemEd.chem.wisc.edu/ Contributors/Authors/ index.html*

JChemEd.chem.wisc.edu/ JCEWWW/

Only@JCE Online Features

- Biographical Snapshots of Famous Chemists
- Conceptual Questions and Challenge Problems
- JCE WebWare
- Mathcad in the Chemistry Curriculum
- WWW Site Reviews
- Buyers Guide

## In the Laboratory, continued

ICP in the Physical Chemistry Laboratory: Determination of Plasma Temperature  ω  364
Melissa A. Page, Benjamin W. Smith, Kathryn R. Williams

A Novel and Innovative Biochemistry Laboratory: Crystal Growth of Hen Egg White Lysozyme  ω  366
Elizabeth Garrett, Audrey Wehr, Rebecca Hedge, David L. Roberts, Jacqueline R. Roberts

Using Infrared Spectroscopy to Investigate Protein Structure  ω  369
Janet C. Olchowicz, Deidra R. Coles, Lori E. Kain, Gina MacDonald

The Cis–Trans Equilibrium of N-Acetyl-L-Proline. An Experiment for the Biophysical Chemistry Laboratory  ω  372
Kathryn R. Williams, Bhavin Adhyaru, Igor German, Eric Alvarez

Experimental Design and Polyelectrolyte Effects on Ligand Binding to Nucleic Acids. An Undergraduate Biochemistry Lab  ω  374
Matthew A. Fisher, Danielle Johnston, Daniel A. Ritt

## Research: Science and Education

*Concepts in Biochemistry*
Cholesterol Biosynthesis: Lanosterol to Cholesterol  John M. Risley  377

The Stoichiometric Displacement Model and Langmuir and Freundlich Adsorption  ω  385
Xindu Geng and Don M. Zebolsky

Statistical Study of Distribution Diagrams for Two-Component Systems: Relationships of Means and Variances of the Discrete Variable Distributions with Average Ligand Number and Intrinsic Buffer Capacity  ω  389
Rosario Moya-Hernández, Juan Carlos Rueda-Jackson, María Teresa Ramírez, Guillermo A. Vázquez, Josef Havel, Alberto Rojas-Hernández

Is Salt Melting When It Dissolves in Water?  Alan Goodwin  △  393

## Information  •  Textbooks  •  Media  •  Resources

Redox Redux: Recommendations for Improving Textbook and IUPAC Definitions  △  397
Ed Vitz



Join in!
**JCE Forums** at **Only@JCE Online**
*http://jchemed.chem.wisc.edu/cgi-bin/webx*

Information for
Contributors
Subscribers
Advertisers
308

**Journal of Chemical Education** (ISSN 0021-9584) is published monthly by the Division of Chemical Education, Inc., of the American Chemical Society. Office of publication: Journal of Chemical Education, Department of Chemistry and Biochemistry, University of Northern Colorado, Greeley, CO 80639. Periodical postage paid at Greeley, CO, and additional mailing office. • **Subscription prices** (all subscriptions include print and full online access). Individuals: U.S. $45 per year, non-U.S. $60 per year. ACS Student Affiliates: $36 per year. Libraries, institutions and companies: rates (with two choices of online access) available on request. Single copies $13 U.S., $17 non-U.S. Volume (12 copies for a calendar year) $143 U.S., $187 non-U.S. Other rates available on request. Single copies of issues available for the preceding 3 years only. • **Subscribe to Journal of Chemical Education and JCE Annual CD.** Use the form on the Inquiry Card inserted in this issue or contact the Subscription Department at the address on the Information Page. • **Payment.** Make checks payable to "Journal of Chemical Education". Foreign remittances must be made by credit card (MasterCard, VISA, or American Express), international money order, bank draft payable in U.S. funds at a U.S. bank, or UNESCO coupons. • **Postmaster.** Send address changes to Journal of Chemical Education, Subscription Department, P. O. Box 1267, Bellmawr, NJ 08099-1267. • Copyright © 2002 by the Division of Chemical Education, Inc., American Chemical Society.

This material may be protected by Copyright law (Title 17 U.S. Code)

# Is Salt Melting When It Dissolves in Water?

**Alan Goodwin**

Institute of Education, Manchester Metropolitan University, Manchester M20 2RR, UK; *A.Goodwin@mmu.ac.uk*

At the level of introductory science a sharp distinction in meaning is generally found between the terms *melting* and *dissolving*. Elementary school teachers are concerned when their pupils refer to salt or sugar "dissolving" in water as "melting" (or "disappearing"—which it clearly does), and researchers into alternative conceptions prick up their ears (*1*, p 80):

> Young children do not always discriminate between melting and dissolving. Although two materials are required for the dissolving process, children tend to focus only on the solid and they regard the process as "melting".

Since both words, melt and dissolve, are relatively common in everyday language, it is instructive to explore the relevant formal definitions in a dictionary. The following are taken from the *Oxford Compact English Dictionary* (*2*):

> *dissolve*: incorporate or become incorporated into a liquid so as to form a solution (from Latin dissolvere 'to disunite')
>
> *melt*: 1. to become liquefied by heat. 2. change to a liquid condition by heat. 3. soften or liquefy by the action of moisture; dissolve.

Obviously the third meaning of "melt" blurs the distinction that many chemists, and especially chemistry teachers, draw between the two words. It is also surprising to note that in the case of melt there is no explicit mention of the original state of matter concerned being "solid".

Extending the search just a little further to *Chambers Science and Technology Dictionary* (*3*), there is no entry for the word dissolve except for the specific usage in image technology, that is,

> Transition from one scene to another in which the whole image of the first gradually disappears as it is replaced by the second.

It seems that from a scientific viewpoint, dissolve is considered too trivial to merit any explanation. The definition of *melting point* will, however, be useful in subsequent discussion:

> (In Chemistry) The temperature at which a solid begins to liquefy. Pure metals, eutectics and some intermediate constituents melt at a constant temperature. Alloys generally melt over a range.

## Melting

It is unrealistic to focus examples of melting on metals, as the above definition apparently does, since melting points and ranges are characteristics of a wide range of substances and mixtures of substances. However, the above quotations do emphasize two points regarding melting:

1. *melting*—a term representing the transition from the solid to the liquid state caused by heating a solid material.

2. *melting*—takes place at a fixed temperature, the melting point, for pure substances (and a few other special cases) and over a range of temperatures for less pure ones.

It seems to me that from a "chemist's" perspective, these two statements are noncontroversial. It is, however, worth exploring a few of the assumptions that remain implicit.

First, the solid in question can be a pure substance or a mixture. It seems, from the quotation above (*1*), that there may be a suggestion that mixtures and impure substances cannot melt *by definition*: that is, if two or more substances are present, then the process can only be dissolving.

Second, although not stated explicitly, there are other conditions that apply for chemists:

1. The temperature change must take place slowly so that conditions of equilibrium can be assumed; for example, pure substances melt over a range of temperature if the temperature rise is too fast to enable the equilibrium between the solid and liquid to be maintained. This is important procedurally when determining the purity or identity of chemicals (usually organic) by melting-point or mixed-melting-point methods. An article in this *Journal* (*4*) makes the interesting observation that, even when equilibrium conditions are maintained, theory predicts that a slightly impure substance will melt over a *wider* temperature range than those that are much less pure. This can lead to confusion *if* students or their teachers think about it.

2. Any impurity that is to have an effect on the melting point of a solid must be miscible with it in the liquid state. When liquid and solid phases are in equilibrium any component present in both phases must produce the same saturated vapor pressure from each phase.

3. For a melting point to be meaningful the solid under test must be as homogeneous as possible. This is one reason why melting points are normally determined on small samples of finely powdered solids that have been well mixed.

## Dissolving

Superficially it appears that this is the less problematic concept. All that is required is a liquid (solvent) and another substance, solid, liquid, or gas (the solute), which will mix with it intimately under prevailing conditions and in the proportions present. The resulting liquid is a solution. (If on freezing/solidification this solution retains the random distribution of the constituents then the solid is termed a *solid solution*. This is unusual. In most cases the solid separating out when a solution is cooled slowly is a pure component.)

The characteristic that defines a system in which dissolving is happening seems to be only that *more than one substance is involved*. Melting, in contrast, can occur with a single substance. However, chemists do not limit the term melting to pure substances. It is quite usual to refer to metal alloys, rocks, and glass as melting when they are heated to form a liquid. Moreover, it is clear that the application of heat cannot be used

as a simple criterion to distinguish melting from dissolving, since (i) a substance *at* its melting point can be solid *or* liquid, and (ii) when solids are dissolved in liquids, more of the solid will usually dissolve at a higher temperature.

Melting and dissolving seem to be much less distinct than they did initially. This blurring of the concepts of melting and dissolving is not new; indeed, my own views might be traced back to my chemistry teacher and my undergraduate physical chemistry text (5). That melting (freezing-point depression) and solubility are essentially the same is also explicit in the last edition of this text (6) and in other texts (e.g., 7).

It is when common solids dissolve in common solvents that are liquid at room temperature that the use of the word "melting" seems least appropriate. Figure 1 represents two interconnected thermochemical cycles, which contain the processes of both melting sodium chloride *and* dissolving it in water. Both processes involve the separation of sodium and chloride ions into the liquid state, where they are relatively free to move. The obvious difference between them is the large amount of energy that is required to melt the solid, whereas the heat of solution of salt in water is close to zero. The lattice energy of NaCl is equal to $\Delta H_{melting} + \Delta H_{evaporation}$. In this case it has almost the same magnitude, but the opposite sign, as the heats of hydration of the separated ions from the gaseous state. This is what makes dissolving salt in water only a very slightly endothermic process. Thus, it is much easier to dissolve salt in water than to melt sodium chloride.

It seems to be this *practical* difference in the ease of getting the ions into the liquid state that makes it useful to give different names to the process in this instance. If we change the substance from salt to sugar, ions are no longer implicated but again the heat required for melting the solid is offset by the heat of hydration of sugar molecules when in solution (explained by interactions of –OH groups with water molecules). In both these instances the driving force for the solution process is predominantly the large increase in entropy that occurs when the ions enter the liquid state:

$$\text{If } \Delta H \cong 0 \qquad \text{then } \Delta G \cong -T\Delta S$$

In the case of alloys (e.g., lead and tin [solders], copper and zinc [brasses]) or any pair of relatively nonpolar solids and or liquids, then *dissolving* is also a proper term for the formation of the liquid solution at a sufficiently high temperature. If the initial system is or contains solid, *melting* as the temperature rises seems to be exactly equivalent to an increase of solubility at higher temperatures.

An example from a simple alloy system is given in Figure 2. This shows the simplified phase diagram for the two-component system formed by zinc and cadmium. If this is considered to be formation of a *solution*, it is debatable which component is the solute and which the solvent. Presumably zinc is the solvent when cadmium is the solid in the two-phase region and vice versa. When liquid 50:50 Cd/Zn alloy is cooled from about 400 °C, crystals of zinc begin to separate out around 300 °C. This is shown from point A in Figure 2. At the same time the liquid composition becomes richer in cadmium, as shown by the arrows. As the temperature continues to fall solid zinc continues to separate out until the liquid reaches the eutectic composition at E, at which point the temperature remains at 265 °C until all the liquid has



Figure 1. Energy relationships for "melting" and "dissolving".



Figure 2. Phase diagram for the zinc/cadmium alloy system. Adapted from ref 8 (cf. ref 9).



Figure 3. Phase diagram for sodium chloride/water system, drawn to scale from solubility data (10). A schematic representation (9), shown in the inset, emphasizes the similarity with the Zn/Cd system shown in Figure 2.

solidified. If the alloy is again heated the solid eutectic mixture will first melt at 265 °C and the zinc crystals will gradually dissolve (or melt) until the whole system becomes a liquid solution (or molten) just above 300 °C. Probably we would use the words melt and molten in this context—but only because of "general" usage, since we are working at high temperatures.

If we return to the water/salt system we find that this also forms a simple eutectic. The diagram in Figure 3, which is drawn to scale from solubility data (*10*), shows some marked differences from the schematic diagram found in many student texts (e.g., *9*). A representation of such a schematic diagram is shown as the inset. Careful examination of Figure 3 shows important clarifications to the schematic diagram.

1. The actual concentration of sodium chloride is much lower, both at E and at B.

2. There is a clear discontinuity in the curve at D. This represents a change in the stable form of solid sodium chloride. Below about 0 °C the solid that crystallizes (or freezes) out is $NaCl \cdot 2H_2O$; above, it is $NaCl$. At B it seems that the solution remains liquid well beyond the critical temperature of pure water. The critical temperature of water is 373.98 °C. Thus, dissolved salt increases this value to around 450 °C for the saturated solution. It is not clear what happens to the salt above 450 °C.

In this case the whole composition range is *not* accessible. Levine (*7*, section 12.10), provides information for the $NaNO_3/H_2O$ system for which it *is*. However, if a *solution* of salt in water (say at X in Fig. 3) with a lower salt concentration than the eutectic is cooled, pure ice begins to separate out at around −10 °C and continues until the solution composition reaches E, when at −21.2 °C the remaining solution solidifies. Reheating this solid reverses the process. The eutectic mixture *melts* at −21.2 °C and as the temperature rises, does the remaining ice *melt* or does it *dissolve* in the solution?

Consider the solid formed by cooling a liquid mixture of composition Y with higher salt concentration than E. Again the eutectic mixture melts at −21.2 °C and more salt then melts into the liquid phase as the temperature rises. Or does it dissolve? Line EB is usually termed the "solubility curve", although it is equally valid to call it the "melting point curve". Water lowers the melting point of salt when it dissolves in it just as salt does for water! It is clear that Moore (*5*, p 127; *6*, p 247) believes the two terms to be synonymous: "solubility curve and freezing point depression curve are two different names for the same thing". In this context, ice *dissolving* in salt solution as the temperature rises is just as valid a description as ice *melting*. Conversely, ice can be considered to be "crystallizing out" as the temperature falls (i.e., the solubility of water in salt solution is decreasing).

A particularly interesting example of the interchangeability of the terms melting and dissolving is given by crystals of "hypo" (sodium thiosulfate pentahydrate), $Na_2S_2O_3 \cdot 5H_2O$. When these are very carefully heated they melt to a clear liquid. Or do they dissolve in their own water of crystallization? The choice is yours. When cooled slowly and left undisturbed, this liquid readily becomes supersaturated, or supercooled, forming crystals again only when shaken or when seeded with a small crystal of the solid.

## Conclusion

It seems that the term *melt* is the only appropriate one in the case where a pure substance is being turned from the solid to the liquid state by increasing its temperature. Beyond that, the process taking place as solid mixtures of two or more compounds are heated can properly be called *either* melting or dissolving, melting being more usual at higher temperatures. In the case of sodium chloride and its solution in water I am convinced that in elementary science teaching there are sufficient differences to justify distinguishing between melting and dissolving. However, there seems to be a danger here if we are too sure—as adults or as teachers—that salt *dissolves* in water and that the idea that it *melts* is a serious misconception. We may be erecting a substantial barrier to understanding chemistry at a more sophisticated level where it seems that the two concepts "dissolve" into one.

There are exact parallels to this problem of making too strong the differentiation between polarized classificatory concepts. Other such cases include

> Solids and liquids
>
> Solutes and solvents
>
> Chemical and physical changes
>
> Organic and inorganic compounds
>
> Ionic and covalent bonding

For efficient learning it is important to find, with the student, an appropriate balance with sufficient certainty to render a classification or definition meaningful and useful and sufficient flexibility to facilitate further learning and re-examination of the ideas in the future. In fact, the process of achieving this balance legitimates a role for the learners in being critical and ideally leads to their *empowerment* to make their own sense of the subject matter.

The need to change what I *thought* I knew was reinforced for me when I came across the following statement in relation to systems in which solid solutions are formed (*14*):

> In view of the use of the freezing point as a criterion of purity, it is important to realize that the freezing point may be *raised* by the presence of another component.

Apparently this is the case when Pt is added to Au, or Ni to Cu, although I had no previous awareness of this possibility. Readjustment is in progress. I believed that the addition of a soluble impurity to a pure substance *always* lowers the temperature at which melting begins. Clearly, there are exceptions to this rule.

I hope it is clear from the text above that the writing of this paper was a significant learning experience for me. This is, I believe, an example of the growth of pedagogical subject knowledge (*15*) within my own learning. As teachers we tend to hide these insights from each other because we believe we should know the answers. I certainly used to believe that most other chemists already knew the "right" answers and that such learning signified a personal, and shameful, deficit in my own chemical knowledge. I am now convinced that such learning should be celebrated. It can, with benefit, be shared with colleagues, and the fact that the teacher is still learning *should* be shared with students.

## Literature Cited

1. Driver, R.; Squires, A.; Rushworth, P.; Wood-Robinson, W. *Making Sense of Secondary Science: Research into Children's Ideas*; Routledge: London and New York, 1994.
2. *Oxford Compact English Dictionary*; Oxford University Press: Oxford, 1996.
3. *Science and Technology Dictionary*; Walker, P., Ed.; Chambers: Edinburgh, 1991.
4. Harding, K. E. *J. Chem Educ.* **1999**, *76*, 224–225.
5. Moore, W. J. *Physical Chemistry*, 3rd ed.; Longmans, Green: London, 1957.
6. Moore, W. J. *Physical Chemistry*, 5th ed.; Longmans: London, 1972.
7. Levine, I. N. *Physical Chemistry*, 4th ed.; McGraw-Hill: New York, 1995.
8. Brandes, E. A.; Brook, G. B. *Smithell's Metals Reference Book*; Butterworth-Heinemann: Oxford, 1992; Section 11-181.
9. Freemantle, M. *Chemistry in Action*, 2nd ed.; Macmillan: London, 1995.
10. Linke, W. F. *Solubilities of Inorganic and Metal–Organic Compounds*, Vol. 2; American Chemical Society: Washington, DC, 1965.
11. Atkins, P.; Jones, L. *Chemical Principles: the Quest for Insight*; Freeman: New York, 1999.
12. Kaye, G. W. C.; Laby, T. H. *Tables of Physical and Chemical Constants*, 16th ed.; Longman: London, 1995.
13. *Handbook of Chemistry and Physics*, 80th ed.; Lide, D. R., Ed.; CRC Press: Boca Raton, Florida, 1999.
14. Alberty, R. A.; Sibley R. J. *Physical Chemistry*, 2nd ed.; Wiley: New York, 1997.
15. Shulman, L. S. *Educ. Res.* **1986**, *15*, 4–14.

New—video especially for organic and biochemistry!

Chemistry Comes Alive 5!


denaturing protein


decomposition of $H_2O_2$ by catalase


precipitating DNA


polymers: forming solid latex


Software

• All CD-ROMs ready to ship. To order, for information, or a free catalog contact:
JCE Software, University of Wisconsin–Madison, Department of Chemistry, 1101 University Avenue, Madison, WI 53706-1396; phone: 1-800/991-5534 or 608/262-5153; fax: 608/265-8094; email: jcesoft@chem.wisc.edu; http://jchemed.chem.wisc.edu/