IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EAGLE PHARMACEUTICALS, INC. and
EAGLE SUB1 LLC,

     Plaintiffs,

v.

SLAYBACK PHARMA LLC and AZURITY
PHARMACEUTICALS, INC.,

     Defendants.

C.A. No. 24-65-JLH

**UNREDACTED PUBLIC VERSION**

## DECLARATION OF AUDREY SPARSCHU

I, Audrey Sparschu, Esq., hereby declare and state as follows:

I am an attorney at Windels Marx Lane & Mittendorf, LLP, licensed to practice law in the State of New York, admitted *pro hac vice* here, and counsel for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. (collectively, "Slayback") in connection with the above-captioned matter. I submit this Declaration in support of Defendants' Reply to Plaintiffs' Omnibus Opposition to Defendants' Motion for Summary Judgment of Non-Infringement.

I certify that:

1. Exhibit 32 to Defendants' Reply to Plaintiffs' Omnibus Opposition to Defendants' Motion for Summary Judgment of Non-Infringement ("ROMSJ") is a true and correct copy of EAGLEBEN-SA_00010159-10184.

2. Exhibit 33 to ROMSJ is a true and correct copy of excerpts from the Reply Expert Report of Dr. Crowley Regarding Invalidity, dated 4/13/26.

3. Exhibit 34 to ROMSJ is a true and correct copy of USP <729>.

4. Exhibit 35 to ROMSJ is a true and correct copy of U.S. Patent Application Publication Number US 2009/0221622.

5. Exhibit 36 to ROMSJ is a true and correct copy of excerpts from the Reply Report of Dr. Bernhardt Trout, Ph.D., dated 4/13/26.

6.  Exhibit 37 to ROMSJ is a true and correct copy of excerpts from the Markman Hearing Transcript bearing case numbers 24-64-JLH, 24-65-JLH, and 24-66-JLH, dated 1/30/25.

7.  Exhibit 38 to ROMSJ is a true and correct copy of EAGLEBEN-SA_00116076-116083.

8.  Exhibit 39 to ROMSJ is a true and correct copy of excerpts from the Deposition Transcript of Harish Chinnari dated 12/10/25.

9.  Exhibit 40 to ROMSJ is a true and correct copy of excerpts from the Deposition Transcript of Harish Chinnari, Volume 2 dated 12/11/25.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Dated: July 20, 2026          /s/ Audrey Sparschu
                              Audrey Sparschu, Esq.
                              asparschu@windelsmarx.com
                              Windels Marx Lane & Mittendorf, LLP
                              156 West 56th Street
                              22nd Floor
                              New York, NY 10019
                              (212) 237-1000