# EXHIBIT 39

# REDACTED PUBLIC VERSION



**Planet Depos**
*We Make It Happen*™

---

**\*\*HIGHLY CONFIDENTIAL\*\***

# Transcript of Harish Chinnari

**Date:** December 10, 2025
**Case:** Eagle Pharmaceuticals, Inc., et al. -v- Apotex/Slayback/Baxter Healthcare

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EAGLE PHARMACEUTICALS,    )
INC., and EAGLE SUB 1     )
LLC,                      )
                          )
    Plaintiffs,           )
                          )
VS.                       )
                          ) C.A. NO.: 24-65-JLH
SLAYBACK PHARMA LLC and   )
AZURITY                   )
PHARMACEUTICALS, INC.,    )
                          )
    Defendants.           )

----------------------------------

ORAL, REALTIMED, VIDEOTAPED DEPOSITION OF

HARISH CHINNARI

HIGHLY CONFIDENTIAL - VOLUME 1 OF 2

DECEMBER 10, 2025

TAKEN VIA ZOOM VIDEOCONFERENCE

----------------------------------

JOB NO.: 611396

PAGES: 1 - 101

REPORTED STENOGRAPHICALLY BY:

ANNETTE PELTIER, CSR, CRR

ORAL, REALTIMED, VIDEOTAPED DEPOSITION OF HARISH CHINNARI, produced as a witness at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on DECEMBER 10, 2025, from 7:03 a.m. to 10:51 a.m. Central time, before Annette Peltier, CSR, Texas Certified Realtime Reporter, in and for the State of Texas, reported by machine shorthand pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

A P P E A R A N C E S


ON BEHALF OF THE PLAINTIFFS:

        RAMYA SRI VALLABHANENI, ESQUIRE
        Latham Watkins
        1271 Avenue of the Americas
        New York, NY 10020
        212.906.1200


ON BEHALF OF THE DEFENDANTS:

        JASON LEIF, ESQUIRE
        Windels Marx
        156 West 56th Street
        New York, NY 10019
        212.237.1061


ALSO PRESENT:

        Nick Heisler, Videographer
        Melody Adair, Zoom Tech

RECEIVING REALTIME:

        MS. Vallabhaneni
        Chris Douglas, Alston & Bird

Q. Okay. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

THE COURT REPORTER: Mr. Lief, I think you were saying something, and we didn't hear you.

MR. LIEF: Objection, and it mischaracterizes, was the objection. My microphone was off, I'm sorry.

Q. (BY MS. VALLABHANENI) Okay. So at the time of this filing, which is in 2018 or so, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, right?

MR. LIEF: Same objection.

A. That's right.

Q. (BY MS. VALLABHANENI) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

A. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Q.  Okay.

MS. VALLABHANENI:  Can we go down to page ending in 331?  Okay.

Q.  (BY MS. VALLABHANENI)

MR. LIEF:  Objection, form.

A.

Q.  (BY MS. VALLABHANENI)

Q. Okay.
09:25:38
09:25:41
09:25:44
09:25:50
09:25:53
09:25:57
09:26:03
09:26:03
09:26:05
09:26:13
09:26:18
09:26:21
09:26:23
09:26:25
09:26:29
09:26:34
09:26:37
09:26:42
09:26:46
09:26:49

Q. Okay.
09:26:51

MS. VALLABHANENI: Okay. Can we
go back up to Page 324, the chart that we were
looking at before?

Q. (BY MS. VALLABHANENI)
09:26:57
09:26:58
09:27:04
09:27:21





Q. And is that how nitrogen is used for other formulations that are --

A. Yes.

Q. -- created under a nitrogen blanket? Sorry, go ahead.

MR. LIEF: Objection, form.

A. Yes, we use nitrogen for almost all injectable products in the same vein.

Q. (BY MS. VALLABHANENI)

Did I read that right?

A. Yes.

Q.

      09:30:19

      09:30:23

      09:30:26

      09:30:35

      09:30:39

Q.  No, that's fine.      09:30:44

      09:30:45

      09:30:48

      09:30:51

      09:30:55

          MR. LIEF:  Objection, form, legal.      09:30:55

A.  That's what it says.      09:31:00

Q.  (BY MS. VALLABHANENI)  Okay.      09:31:01

      09:31:03

      09:31:05

      09:31:10

      09:31:15

Q.  Okay.      09:31:16

          MS. VALLABHANENI:  Can you go down
to page ending in 329?      09:31:18 09:31:19

Q.  (BY MS. VALLABHANENI)  Okay.      09:31:35

      09:31:36

      09:31:38

      09:31:40

      09:31:42

Did I read that right?

MR. LIEF:  Objection.

A.  Yes.

Q.  (BY MS. VALLABHANENI)  Okay.

Transcript of Harish Chinnari
Conducted on December 10, 2025                    87

███████████████████████                                09:33:07

  ████████████████████████████████████                09:33:09

███████████████████████████                            09:33:12

  █████████████████████████████████                    09:33:19

████████████████████████████████████████               09:33:21

███████████████████████████████████████                09:33:27

████████████████                                       09:33:30

            MR. LIEF:  Object to form.                 09:33:35

   A.  Can you repeat?                                  09:33:37

   Q.  (BY MS. VALLABHANENI)  Sure.                     09:33:38

         ████████████████████████                      09:33:39

██████████████████████████████████████                 09:33:43

████████████████████████████████████?                  09:33:47

            MR. LIEF:  Same objection, and             09:33:52

scope.                                                 09:33:53

   A.  █████████████████████████████                   09:33:58

███████████████████████                                09:34:01

  ██████████████████████████                           09:34:03

████████████████████████████████████████               09:34:07

█████████████████████████████                          09:34:11

███████                                                09:34:18

            MR. LIEF:  Same objection.                 09:34:23

   A.  ██████████████████████████                      09:34:27

██████████████████████                                 09:34:30

  ████████████████████████████████                     09:34:32

MR. LIEF:  Objection to the form.                09:34:38

A.  So what do you mean by that?                 09:34:42

Q.  (BY MS. VALLABHANENI)  Sure.                 09:34:44

MR. LIEF:  Objection, scope.                     09:35:05

A.                                               09:35:10

MR. LIEF:  Objection, form, scope.               09:35:29

A.                                               09:35:35

09:35:48

09:35:51

09:35:55

09:35:57

09:36:01

09:36:04

09:36:07

09:36:11

09:36:17

09:36:23

09:36:28

09:36:28

09:36:31

09:36:35

09:36:39

09:36:41

09:36:44

09:36:44

09:36:47

09:36:57

09:36:59

09:37:13

09:37:18

09:37:20

09:37:27

HIGHLY CONFIDENTIAL
Transcript of Harish Chinnari
Conducted on December 10, 2025

90

Q. Okay. So it says here: ▮▮▮▮▮▮ 09:37:28

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 09:37:31

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 09:37:33

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 09:37:37

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 09:37:42

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 09:37:45

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 09:37:49

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 09:37:54

Did I read that right? 09:38:00

A. Yes. 09:38:01

Q. Okay. And then in the second paragraph, the second sentence, ▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Did I read that right?

MR. LIEF: Objection, form.

A. Yes.

Q. (BY MS. VALLABHANENI) Okay. So I want to go back to that first sentence where it says, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮"

I think earlier on you mentioned that Mr. Subbappa was doing some of the early