# EXHIBIT 40

# REDACTED PUBLIC VERSION



**Planet Depos**
*We Make It Happen*™

## HIGHLY CONFIDENTIAL

# Transcript of Harish Chinnari, Volume 2

**Date:** December 11, 2025
**Case:** Eagle Pharmaceuticals, Inc., et al. -v- Apotex/Slayback/Baxter Healthcare

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EAGLE PHARMACEUTICALS, )
INC., and EAGLE SUB 1 )
LLC, )
)
    Plaintiffs, )
)
VS. )
) C.A. NO.: 24-65-JLH
SLAYBACK PHARMA LLC and )
AZURITY )
PHARMACEUTICALS, INC., )
)
    Defendants. )

    ------------------------------------

ORAL, REALTIMED, VIDEOTAPED DEPOSITION OF

HARISH CHINNARI

HIGHLY CONFIDENTIAL - VOLUME 2 OF 2

DECEMBER 11, 2025

TAKEN VIA ZOOM VIDEOCONFERENCE

    ------------------------------------

JOB NO.: 611397

        PAGES: 102 - 179

        REPORTED STENOGRAPHICALLY BY:

        ANNETTE PELTIER, CSR, CRR

ORAL, REALTIMED, VIDEOTAPED DEPOSITION OF
HARISH CHINNARI, produced as a witness at the
instance of the Plaintiffs, and duly sworn, was
taken in the above-styled and numbered cause on
DECEMBER 11, 2025, from 7:04 a.m. to 9:16 a.m.
Central time, before Annette Peltier, CSR, Texas
Certified Realtime Reporter, in and for the
State of Texas, reported by machine shorthand
pursuant to the Federal Rules of Civil Procedure
and the provisions stated on the record or
attached hereto.

HIGHLY CONFIDENTIAL

Transcript of Harish Chinnari, Volume 2
Conducted on December 11, 2025                          104

                    A P P E A R A N C E S


ON BEHALF OF THE PLAINTIFFS:

          RAMYA SRI VALLABHANENI, ESQUIRE
          Latham Watkins
          1271 Avenue of the Americas
          New York, NY 10020
          212.906.1200


ON BEHALF OF THE DEFENDANTS:

          JASON LEIF, ESQUIRE
          Windels Marx
          156 West 56th Street
          New York, NY 10019
          212.237.1061


ALSO PRESENT:

          Nick Heisler, Videographer
          Josh Chastain, Zoom Tech

RECEIVING REALTIME:

          MS. Vallabhaneni

Q.  Okay.

MS. VALLABHANENI:  We can take this down.

If you can pull up tab 37 and we'll mark it as Exhibit 15, please.

(Whereupon Exhibit Number 15 was marked for identification.)

EXHIBIT TECH:  Stand by.

MS. VALLABHANENI:  And just for the record, this is a document with beginning Bates number SLAY-VIVMUS0137635.

EXHIBIT TECH:  Exhibit is on screen.

MS. VALLABHANENI:  Thank you.

Q.  (BY MS. VALLABHANENI)  Mr. Chinnari, do you recognize this document?

A.  Yes.

Q.  Okay.  You recognize this as a map -- a batch manufacturing record, right?

A.  Yes, that's right.

Q.  And it's from Latina Pharma SpA; is that right?

A.  That's right.

Q.  Have you seen this document before?

A.  Not same document.

Transcript of Harish Chinnari, Volume 2
Conducted on December 11, 2025                    155

Q.  Okay.                                              08:32:12

A.  This seems to be a commercial batch, but I        08:32:13
have reviewed batch records for earlier batches,      08:32:16
the registration batches.                             08:32:21

Q.  Okay.                                              08:32:22

MS. VALLABHANENI:  If we can turn                     08:32:24
to page ending in 647... and if you can blow up       08:32:25
the portion of this chart, row 27.                    08:32:37

Q.  (BY MS. VALLABHANENI)  ███████████                08:32:47
███████████████████████████                           08:32:48
████████████                                          08:32:53
█████                                                 08:32:54
██████████████████████████                            08:32:54
██████████████████████████                            08:32:56
████████████████████████                              08:33:01
█████                                                 08:33:09

Q.  Okay.  Do you have any reason to doubt the        08:33:09
accuracy of this statement?                           08:33:13

MR. LIEF:  Objection to the form.                     08:33:16

A.  So what do you mean by that?                      08:33:24

Q.  (BY MS. VALLABHANENI)  Sure.  Let me read         08:33:26
it out loud.  That might help.                        08:33:28
        ███████████████████                           08:33:30
████████████████████████                              08:33:34
███████████████████████                               08:33:38

HIGHLY CONFIDENTIAL

Transcript of Harish Chinnari, Volume 2
Conducted on December 11, 2025

156

████████████████████████████████████  08:33:43

████████████████████████████████████  08:33:46

████████████████████████████████████  08:33:50

████████████████████████████ "  08:33:55

Did I read that right?  08:33:58

A.   Yes.  08:34:02

Q.   Okay.  So based on this, ████████  08:34:03

████████████████████████████████  08:34:07

████████████████  08:34:11

██████████████████████  08:34:11

████████████████  08:34:16

██████████████████████████████  08:34:17

███████████████████████████████  08:34:20

██████  08:34:28

████████████████  08:34:31

████████████████████████████████████  08:34:32

██████████████████████████████  08:34:36

██████  08:34:38

████████████████████  08:34:43

████████████  08:34:43

██████████████████  08:34:44

████████████████████████████████████  08:34:46

████████████████████████████████  08:34:49

████████████████████████████████  08:34:53

████████  08:34:58

Q. Okay. This is how your vendor does the batch testing, right?

MR. LIEF: Objection to the form.

A. Batch manufacturing, yes.

Q. (BY MS. VALLABHANENI) Sorry. Thank you for clarifying. Yes. This is how your vendor does batch manufacturing, right?

A. Yes.

Q. Okay.

MS. VALLABHANENI: We can take that down.

If you can please pull up tab 30, and we can mark that as Chinnari Exhibit 16.

EXHIBIT TECH: Stand by.

(Whereupon Exhibit Number 16 was marked for identification.)

MS. VALLABHANENI: And for the record, this is a document with beginning Bates number SLAY-VIVMUS0071382.

Q. (BY MS. VALLABHANENI) Mr. Chinnari, do you recognize this document?

A. Yes, I recognize.

Q. Okay. It's a Technical Summary Report; is that right?

A. That's right.