# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC,<br><br>Defendants. | REDACTED PUBLIC VERSION FILED AUGUST 7, 2026<br><br>C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED**<br><br> |

**OPENING BRIEF IN SUPPORT OF PLAINTIFFS EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC'S *DAUBERT* MOTION TO EXCLUDE THE OPINIONS OF DEFENDANTS' EXPERT, DR.  PATRICK SINKO**

## <u>TABLE OF CONTENTS</u>

**Page**

I.    Introduction ........................................................................................................1

II.   Legal Standard ...................................................................................................1

III.  Argument ...........................................................................................................1

IV.   Conclusion .........................................................................................................2

# TABLE OF AUTHORITIES[1]

## CASES

*Daubert v. Merrell Dow Pharms., Inc.*,
   509 U.S. 579 (1993) ............................................................................................................... 1

*Delaware State Univ. v. Thomas Co., Inc.*,
   No. 15-1144, 2020 WL 6799605 (D. Del. Nov. 19, 2020)............................................................. 1

*In re Paoli R.R. Yard PCB Litigation*,
   35 F.3d 717 (3rd Cir. 1994)..................................................................................................... 2

*Izumi Prods. Co. v. Koninklijke Philips Elecs. N.V.*,
   315 F. Supp. 2d 589 (D. Del. 2004), *aff'd*, 140 F. App'x 236 (Fed. Cir. 2005)......................... 1

---

[1] All emphasis added, and internal citations and quotation marks omitted, unless otherwise noted.

## I.    INTRODUCTION

 Ex. 1 at -472; Ex. 2 at -243; Ex. 4 ¶¶ 62, 70-71, Appx. B; Ex. 5 at 88:9-15 ( █████████████████████████████████████████████ ). But, to manufacture a non-infringement argument, Slayback's expert, Dr. Patrick Sinko, opines that ████████████████████████████████████████████████ Ex. 3 ¶ 20; Ex. 4 ¶ 36.  Because that opinion is factually unsound, irrelevant, and risks juror confusion, Eagle moves to exclude Dr. Patrick Sinko's non-infringement opinions ███████████████ ████████████████████ *See* Ex. 3 §§ II, IV.A-B, IV.E, V VII.A, VIII.A1-9.

## II.    LEGAL STANDARD

This Court's "gatekeeping function under Rule 702 is an important one."  *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 595 (1993).  Slayback must show that Dr. Sinko's testimony is based on sufficient facts, the product of reliable methods, and "must be supported by appropriate validation—*i.e.*, 'good grounds,' based on what is known."  *Id.* at 590.

## III.    ARGUMENT

Courts routinely exclude expert opinions that lack a sufficient factual basis, such that there is "too great an analytical gap between the data and the opinion proffered."  *Delaware State Univ. v. Thomas Co., Inc.*, No. 15-1144, 2020 WL 6799605 at *14 (D. Del. Nov. 19, 2020); *see also, e.g.*, *Izumi Prods. Co. v. Koninklijke Philips Elecs. N.V.*, 315 F. Supp. 2d 589, 602 (D. Del. 2004), *aff'd*, 140 F. App'x 236 (Fed. Cir. 2005) (determining that an expert's opinion was inadmissible because the expert did not substantiate his subjective belief with testing or scientific literature).

Dr. Sinko's opinions characterizing the ██████████████████████████ ███████████████████████████ His opinion blurs the distinction

between ███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

Dr. Sinko conflates ████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████ Dr.

Sinko's misleading opinion confuses the issues in this case, contradicts the evidence, and warrants

exclusion. *See In re Paoli R.R. Yard PCB Litigation*, 35 F.3d 717, 742 (3rd Cir. 1994).

## IV.    CONCLUSION

Dr. Sinko's opinions about ████████████████████████

████████████████████████████ *See* Ex. 3 §§ II, IV.A-B, IV.E, V, VII.A,

VIII.A1-9.

Dated: June 5, 2026

**MCCARTER & ENGLISH, LLP**

*/s/ Daniel M. Silver*

OF COUNSEL:

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
Michelle Chin
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700

405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*

Kelly A. Welsh
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Brett M. Sandford
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 9411
(415) 391-0600

Ramya Sri Vallabhaneni
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
ramya.vallabhaneni@lw.com

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that true and correct copies of the foregoing documents were caused to be served on June 5, 2026, on the following counsel in the manner indicated:                         **VIA EMAIL:**

Daniel A. Taylor
Neal C. Belgam
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
Dtaylor@skjlaw.com
Nbelgam@skjlaw.com

Jason A. Lief
Allan H. Pollack
Audrey R. Sparschu
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY 10019
jlief@windelsmarx.com
apollack@windelsmarx.com
asparschu@windelsmarx.com

Andrew Miller
Ajay Kayal
Robyn Ast-Gmoser
Daniel E. Forchheimer
Kiersten A. Fowler
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
amiller@windelsmarx.com
akayal@windelsmarx.com
rast-gmoser@windelsmarx.com
dforchheimer@windelsmarx.com
kfowler@windelsmarx.com

*Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)

ME1\61334401.v1