# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC,<br><br>Defendants. | REDACTED PUBLIC VERSION FILED AUGUST 7, 2026<br><br>C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED**<br><br> |

**CONCISE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFFS
EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC'S
MOTION FOR SUMMARY JUDGMENT REGARDING DAMAGES**

Pursuant to the Court's Scheduling Order (D.I. 304), Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC (collectively, "Eagle") respectfully submit this concise statement of facts in support of Eagle's Motion for Summary Judgment Regarding Damages ("Motion"). All exhibits cited herein are attached to the concurrently-filed Motion.

### A.    Material Undisputed Facts Related to *Panduit* Factor 1

1.    Eagle filed this lawsuit against Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. (collectively, "Slayback") on January 17, 2024, asserting U.S. Patent Nos. 11,844,783 ("'783 Patent") and 11,872,214 ("'214 Patent").[1]  Case No. 25-75, D.I. 1.

2.    On June 5, 2025, the Court consolidated Eagle's claim against Slayback for infringement of U.S. Patent No. 12,138,248 ("'248 Patent") (together, with the '214 Patent, the "Asserted Patents") with the Related Action.  Case No. 25-75, D.I. 19; Case No. 24-65, D.I. 156.

3.    The five liquid bendamustine products available on the market during the damages period, which Eagle contends practice the Asserted Patents (collectively, the "Patented Products") are:  (1) Eagle's liquid bendamustine product sold ("Belrapzo");  (2) Slayback's liquid bendamustine product ("Vivimusta"); (3) Teva Pharmaceutical Industries Ltd.'s ("Teva") liquid bendamustine product ("Bendeka"); (4) Apotex Inc. and Apotex Corp.'s (collectively, "Apotex") liquid bendamustine product (no commercial name), and (5) Baxter Healthcare Corporation's ("Baxter") liquid bendamustine product (no commercial name).  *See* Ex. 1 (Vellturo Op.) ¶ 108; Ex. 4 (Malackowski Dep.) at 76:5-21.

4.    Eagle's Belrapzo product competes in the market with Teva's Bendeka product, Slayback's Vivimusta product, and the liquid bendamustine products sold by Apotex and Baxter. *See* Ex. 1 (Vellturo Op.) ¶¶ 123, 144, 160; Ex. 4 (Malackowski Dep.) at 83:1-10, 83:21-84:14.

---

[1] On January 30, 2026, the Court granted the Parties' stipulation dismissing Eagle's claims of infringement for the '783 Patent with prejudice.  *See* Case No. 24-65, D.I. 294.

5.    *Panduit* Factor 1 is established in this case. *See* Ex. 1 (Vellturo Op.) ¶ 113 ("I therefore conclude that *Panduit* Factor 1 is satisfied"); Ex. 2 (Vellturo Reply) ¶ 47; Ex. 3 (Malackowski Rbt.) at 41 ("Given these product sales, demand exists for this allegedly-infringing product."); Ex. 4 (Malackowski Dep.) at 85:14-16 ("Q. You and Dr. Vellturo agree that *Panduit* Factor 1 has been met in this case; correct? A. Correct.").

6.    Demand exists in the market for Belrapzo, Bendeka, Vivimusta, Apotex's liquid bendamustine product, and Baxter's liquid bendamustine product. *See* Ex. 1 (Vellturo Op.) ¶¶ 15, 108, 110-113; Ex. 4 (Malackowski Dep.) at 87:7-9 ("Q. You agree that there's demand in the market for Vivimusta; right? A. I do."), 87:10-12 ("Q. And you also agree that's demand in the market for both Belrapzo and Bendeka; correct? A. I do."), 86:11-23.

7.    From the launch of Belrapzo in Q2 2018 through Q2 2025, Eagle sold █████████ ███████████████████████████████████████████. *See* Ex. 1 (Vellturo Op.) ¶¶ 109-110, 236, Exs. 9-10; Ex. 4 (Malackowski Dep.) at 87:22-88:2 ("Q. But you don't dispute any of Dr. Vellturo's calculations of unit sales or revenue associated with Bendeka, Belrapzo, or Apotex or Baxter's liquid bendamustine products in your report; correct, sir? A. I don't dispute any of his representations of historical sales.").

8.    From the launch of Bendeka in Q1 2016 through Q2 2025, Teva has sold ████████ ████████████████████████████████████████. *See* Ex. 1 (Vellturo Op.) ¶¶ 109-110, 236, Exs. 9-10; Ex. 4 (Malackowski Dep.) at 87:22-88:2.

9.    From the launch of Vivimusta in December 2022 through September 30, 2025, Slayback sold 34,479 units of Vivimusta for about $44 million in net revenues. *See* Ex. 1 (Vellturo Op.) ¶¶ 112, 237; Ex. 3 (Malackowski Rbt.) at 41 ("Slayback sold 34,479 doses of Vivimusta … and reported net revenues of $44.0 million."), App. 4.2; Ex. 4 (Malackowski Dep.) at 87:13-19.

10.    From launch in May 2023 through November 2025, Apotex sold over 23,000 units of its liquid bendamustine product and earned about $19.5 million in net revenues on those sales. *See* Ex. 1 (Vellturo Op.) ¶¶ 112, 237, Ex. 12; Ex. 4 (Malackowski Dep.) at 87:22-88:2.

11.    From launch in February 2023 through Q3 2025, Baxter sold over 20,000 units of its liquid bendamustine product and earned about $24.8 million in net revenues on those sales. *See* Ex. 1 (Vellturo Op.) ¶¶ 112, 237, Ex. 13; Ex. 4 (Malackowski Dep.) at 87:22-88:2.

12.    In total, through Q2 2025, the five Patented Products have achieved approximately $2.5 million in unit sales and over $3.6 billion in net revenue.  Ex. 1 (Vellturo Op.) ¶ 113; Ex. 4 (Malackowski Dep.) at 87:22-88:2.

### B.    Material Undisputed Facts Related to *Panduit* Factor 3

13.    Eagle had the manufacturing and marketing capacity to achieve the additional unit sales of Belrapzo and Bendeka that are being claimed as lost under Dr. Vellturo's lost profits analysis.  *See* Ex. 1 (Vellturo Op.) ¶¶ 15, 130-138; Ex. 2 (Vellturo Reply) ¶ 48 ("Mr. Malackowski also agrees with my conclusion that *Panduit* Factor 3 is met because Eagle had the manufacturing and marketing capability to exploit the demand."); Ex. 3 (Malackowski Rbt.) at 42; Ex. 4 (Malackowski Dep.) at 118:19-119:3 ("Q. And in this case, you analyzed factor 3 and concluded that it is met, in agreement with Dr. Vellturo; correct? A. Yes."), 120:6-20 ("Q. And you don't dispute that in your report; fair? A. I'm not specifically disputing his conclusion on factor 3.").

14.    *Panduit* Factor 3 is established in this case.  *See* Ex. 1 (Vellturo Op.) ¶¶ 15, 130-138; Ex. 2 (Vellturo Reply) ¶ 48; Ex. 3 (Malackowski Rbt.) at 42; Ex. 4 (Malackowski Dep.) at 118:19-119:3, 120:6-20.

### C.    Material Undisputed Facts Related to Slayback's PAS NDA Formulation

15.    Slayback began selling the accused Vivimusta product in December of 2022.  *See* Ex. 1 (Vellturo Op.) ¶¶ 5, 12; Ex. 3 (Malackowski Rbt.) at 53.

3

16. Slayback has developed an alternative formulation of Vivimusta that it contends does not contain an antioxidant, which has been referred to as the "PAS NDA Formulation" or the "PE-3 Formulation." *See* Ex. 1 (Vellturo Op.) ¶ 128; Ex. 3 (Malackowski Rbt.) at 53; Ex. 4 (Malackowski Dep.) at 23:24-24:5, 250:21-23.

17. Slayback conceived of the PAS NDA Formulation in July of 2021. *See* Ex. 1 (Vellturo Op.) ¶ 128; Ex. 4 (Malackowski Dep.) at 245:11-14 ("Q. … Slayback conceived of the PAS NDA product in July 2021, according to the testimony in this case; right? A. I believe that's correct."); Ex. 6 (Slayback's 2/13/26 Am. Resp. to Eagle's Fifth Set of Interr.) at 5 ("The antioxidant-free formulation of bendamustine contemplated in Slayback's PAS NDA Product was conceived in July 2021.").

18. Slayback first manufactured three submission batches of the PAS NDA Formulation in May 2024. *See* Ex. 1 (Vellturo Op.) ¶ 128; Ex. 6 (2/13/26 Slayback's Am. Resp. to Eagle's Fifth Set of Interr.) at 6 ("… the three submission batches were executed in May 2024.").

19. Slayback contends the development timeline for the PAS NDA Formulation was from July 2021 through October 25, 2024. *See* Ex. 1 (Vellturo Op.) ¶ 128; Ex. 3 (Malackowski Rbt.) at 53; Ex. 6 (Slayback's 2/13/26 Am. Resp. to Eagle's Fifth Set of Interr.) at 5-6.

20. Slayback cannot market or sell the PAS NDA Formulation in the United States without FDA approval. *See* Ex. 4 (Malackowski Dep.) at 247:6-10 ("Q. Okay. And it's your understanding, sir, that Slayback could not market and sell the PAS NDA product in the United States without FDA approval; correct? A. Correct.").

21. As of the hypothetical negotiation in January 2024, Slayback had not applied for or received FDA authorization for the PAS NDA Formulation. *See* Ex. 4 (Malackowski Dep.) at

244:18-22 ("Q. Okay. So at the time of the hypothetical negotiation, Slayback had not even applied for, let alone received, FDA authorization for the PAS NDA product; right? A. True.").

22.    On October 25, 2024, Azurity Pharmaceuticals, Inc. submitted the Prior Approval Supplement (PAS) to NDA No. 212209 to market the PAS NDA Formulation in the United States. *See* Ex. 1 (Vellturo Op.) ¶ 128; Ex. 3 (Malackowski Rbt.) at 53; Ex. 4 (Malackowski Dep.) at 244:15-17 ("Q. And I believe Slayback applied for the FDA approval in October 2024; correct? A. I believe that is correct."); Ex. 6 (2/13/26 Slayback's Am. Resp. to Eagle's Fifth Set of Interr.) at 6 ("[T]he Prior Approval Supplement to NDA No. 212209 was submitted on October 25, 2024 by Azurity Pharmaceuticals, Inc., the current NDA holder.").

23.    The FDA approved the PAS NDA Formulation on October 29, 2025.  *See* Ex. 1 (Vellturo Op.) ¶ 128; Ex. 3 (Malackowski Rbt.) at 53; Ex. 6 (Slayback's 2/13/26 Am. Resp. to Eagle's Fifth Set of Interr.) at 6 ("Slayback's PAS NDA Product was approved on October 29, 2025."); Ex. 4 (Malackowski Dep.) at 244:12-14 ("Q. So the PAS NDA product didn't receive FDA approval until October 2025; right? A. Correct.").

24.    The PAS NDA Formulation has not been available on the market during the damages period. *See* Ex. 1 (Vellturo Op.) ¶ 128; Ex. 4 (Malackowski Dep.) at 241:6-17 ("Q. Now, we agree that Slayback's PAS NDA product has not actually been on the market from the start of the damages period to today, April 15, 2026; correct? A. It's not actually being sold, that is correct."); Ex. 7 (Ashraf Op.) ¶¶ 56-58; Ex. 8 (Attia Op.) ¶¶ 72-75.

25.    Slayback has never offered for sale or sold the PAS NDA Formulation.  *See* Ex. 1 (Vellturo Op.) ¶ 128; Ex. 2 (Vellturo Reply) ¶ 89; Ex. 3 (Malackowski Rbt.) at 53; Ex. 4 (Malackowski Dep.) at 241:6-17; Ex. 6 (Slayback's 2/13/26 Am. Resp. to Eagle's Fifth Set of Interr.) at 6; Ex. 7 (Ashraf Op.) ¶ 56; Ex. 8 (Attia Op.) ¶ 72.

26.    No doctor, clinician, or pharmacist has ever used the PAS NDA Formulation.  *See* Ex. 1 (Vellturo Op.) ¶ 128; Ex. 2 (Vellturo Reply) ¶ 89; Ex. 4 (Malackowski Dep.) at 241:23-242:2 ("Q. You're not aware of any evidence that any clinician, pharmacist, or doctor has used this product? A. I'm not aware of the affirmative conclusion of that."); Ex. 7 (Ashraf Op.) ¶ 56; Ex. 8 (Attia Op.) ¶ 72.

27.    As of February 2026, Slayback did not have an expected date of the first offer for sale or sale of the PAS NDA Formulation.  *See* Ex. 1 (Vellturo Op.) ¶ 128; Ex. 3 (Malackowski Rbt.) at 54; Ex. 6 (Slayback's 2/13/26 Am. Resp. to Eagle's Fifth Set of Interr.) at 6 ("As of February 2, 2026, there is no identifiable date representing the 'anticipated date' of the first offer for sale or actual sale."); Ex. 8 (Attia Op.) ¶ 73.

28.    According to Slayback, the earliest expected launch date for the PAS NDA Product is "the end of 2026." Ex. 6 (Slayback's 2/13/26 Am. Resp. to Eagle's Fifth Set of Interr.) at 6; Ex. 1 (Vellturo Op.) ¶ 128; Ex. 7 (Ashraf Op.) ¶¶ 57-58; Ex. 8 (Attia Op.) ¶¶ 73-75.

29.    As of February 2, 2025, Slayback had not evaluated or estimated the anticipated or expected market share, profits and revenue associated with any sales of the Slayback's PAS NDA Formulation.  *See* Ex. 6 (Slayback's 2/13/26 Am. Resp. to Eagle's Fifth Set of Interr.) at 7; Ex. 1 (Vellturo Op.) ¶ 128.

30.    As of February 5, 2026, the pricing of Slayback's PAS NDA Product has not been determined.  *See* Ex. 6 (Slayback's 2/13/26 Am. Resp. to Eagle's Fifth Set of Interr.) at 7; Ex. 1 (Vellturo Op.) ¶ 128.

Dated: June 5, 2026

OF COUNSEL:

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
Michelle Chin
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
kenneth.schuler@lw.com
marc.zubick@lw.com
alex.grabowski@lw.com
michelle.chin@lw.com

Brett M. Sandford
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 9411
(415) 391-0600
brett.sandford@lw.com

Ramya Sri Vallabhaneni
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
ramya.vallabhaneni@lw.com

Kelly A. Welsh
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
kelly.welsh@lw.com

**MCCARTER & ENGLISH, LLP**

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
MCCARTER & ENGLISH, LLP
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*

7

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing documents were caused to be served on June 5, 2026, on the following counsel in the manner indicated:                                      **VIA EMAIL:**

Daniel A. Taylor
Neal C. Belgam
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
Dtaylor@skjlaw.com
Nbelgam@skjlaw.com

Jason A. Lief
Allan H. Pollack
Audrey R. Sparschu
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY 10019
jlief@windelsmarx.com
apollack@windelsmarx.com
asparschu@windelsmarx.com

Andrew Miller
Ajay Kayal
Robyn Ast-Gmoser
Daniel E. Forchheimer
Kiersten A. Fowler
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
amiller@windelsmarx.com
akayal@windelsmarx.com
rast-gmoser@windelsmarx.com
dforchheimer@windelsmarx.com
kfowler@windelsmarx.com

*Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*

                                                           */s/ Daniel M. Silver*
                                                           Daniel M. Silver (#4758)

ME1\61334401.v1