**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>     Plaintiffs,<br><br>          v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC,<br><br>     Defendants. | REDACTED PUBLIC VERSION FILED AUGUST 7, 2026<br><br>C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED**<br><br> |

**CONCISE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFFS EAGLE
PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC'S MOTION FOR
SUMMARY JUDGMENT REGARDING INFRINGEMENT**

Pursuant to the Court's Scheduling Order (D.I. 304), Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC (collectively, "Eagle") respectfully submit this concise statement of facts in support of Eagle's Motion for Summary Judgment Regarding Infringement ("Motion"). All exhibits cited herein are attached to the concurrently-filed Motion.

1.     Each milliliter of Slayback's NDA Product, Vivimusta, contains 25 mg of bendamustine hydrochloride equivalent to 22.7 mg of bendamustine, 5 mg of monothioglycerol, 39.45 mg (5% v/v) of absolute alcohol, and q.s. to 1 mL polyethylene glycol 400 ["PEG 400"]. Sodium hydroxide is used to adjust pH of polyethylene glycol 400. Ex. 2 at -924.

2.     Slayback's NDA Product, Vivimusta, is a liquid bendamustine-containing composition. *See* Ex. 1 at -946-47 ("It is supplied as a sterile, clear, and colorless to yellow solution in a clear glass multiple-dose vial. Each milliliter contains 25 mg of bendamustine hydrochloride equivalent to 22.7 mg of bendamustine, 5 mg of monothioglycerol, 39.45 mg (5% v/v) of absolute alcohol, and q.s. to 1 mL polyethylene glycol 400."); Ex. 2 at -924; Ex. 14 at 60:9-11; 73:14-21.

3.     Slayback's NDA Product, Vivimusta, contains bendamustine, or a pharmaceutically acceptable salt thereof, as its active pharmaceutical ingredient at a concentration of 25 mg/mL. *See* Ex. 1 at -947 ("Each milliliter contains 25 mg of bendamustine hydrochloride . . ."); Ex. 2 at -924; Ex. 25 at -305 ███████████████████████████ ██████████████.

4.     Each vial of Slayback's NDA Product, Vivimusta, contains 100 mg of bendamustine hydrochloride. *See* Ex. 1 at -951; Ex. 2 at -929; Ex. 6 at -472; Ex. 10 at -243.

5.     Slayback's NDA Product, Vivimusta, contains 5 mg monothioglycerol, which is a stabilizing amount of antioxidant. *See* Ex. 1 at -947 ("Each milliliter contains . . . 5 mg of

1

monothioglycerol"); Ex. 2 at -924; Ex. 26 at -525 ("Monothioglycerol is used as an antioxidant in pharmaceutical formulations, mainly in parenteral preparations.").

6.      Slayback's NDA Product, Vivimusta, contains PEG as the solvent.  *See* Ex. 3 at 107:21-22 (███████████████████████████████████████████████████████

███████)

7.      ████████████████████████████████████████████████████████

████████████████████████  ███████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████.

8.      Slayback's NDA Product, Vivimusta, contains dehydrated alcohol (also known as absolute alcohol or ethanol) as the co-solvent.  *See* Ex. 1 at -947 ("Each milliliter contains . . . 39.45 mg (5% v/v) of [absolute] alcohol"); Ex. 2 at -924; Ex. 6 at -472; Ex. 10 at -243; Ex. 26 at -089.

9.      Slayback's NDA Product, Vivimusta, is provided as a 100 mg/4 mL (25 mg/mL) injection.  *See* Ex. 1 at -951; Ex. 2 at -929; Ex. 6 at -472; Ex. 10 at -243.

10.     Slayback's NDA Product, Vivimusta, contains sodium hydroxide as a pH adjuster for PEG 400.  *See* Ex. 2 at -924 ("Sodium hydroxide is used to adjust pH of polyethylene glycol 400."); Ex. 6 at -472 ████████████████████████████████████

████████████████  Ex. 10 at -243 ████████████████████████████

████████████████████████████████.

11.

12.

13.

17.    Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC (collectively "Eagle")

filed this lawsuit against Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.

(collectively, "Slayback") on January 17, 2024, asserting U.S. Patent Nos. 11,844,783 ("'783

Patent") and 11,872,214 ("'214 Patent").[1]  Case No. 25-75, D.I. 1.

---

[1] On January 30, 2026, the Court granted the Parties' stipulation dismissing Eagle's claims of infringement for the '783 Patent with prejudice.  *See* Case No. 24-65, D.I. 29
4.

3

18.    On June 5, 2025, the Court consolidated Eagle's claim against Slayback for infringement of U.S. Patent No. 12,138,248 ("'248 Patent") (together, with the '214 Patent, the "Asserted Patents") with the Related Action.  Case No. 25-75, D.I. 19; Case No. 24-65, D.I. 156.

19.    The phrase "pharmaceutically acceptable fluid" means "a fluid that is suitable for pharmaceutical use," which was agreed upon at the Markman Hearing.  C.A. No. 24-64, D.I. 98 at 3, D.I. 180, D.I. 182.



20.

21.

22.

23.

24.                                          of Vivimusta in Slayback's labeling,

                                             *See* Ex. 1 at -947 ("Each milliliter contains 25 mg of

bendamustine hydrochloride . . . ”); Ex. 2 at -924; Ex. 6 at -472; Ex. 10 at -243; Ex. 27 at 120:10-23 (█████████████████████████████████████████████████████████

█████████████████████████████████████████.

25.    Dr. Kittendorf's results show "the mean normalized peak response for total impurities in Slayback's liquid bendamustine product samples was measured to be ████████

███████████████ Ex. 21 ¶ 54, Tables B1, B2.

| | |
|---|---|
| Dated: June 5, 2026 | **MCCARTER & ENGLISH, LLP** |

<div style="float:right">

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*

</div>

OF COUNSEL:

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
Michelle Chin
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700

Kelly A. Welsh
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Brett M. Sandford
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 9411
(415) 391-0600

Ramya Sri Vallabhaneni
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
ramya.vallabhaneni@lw.com

5