**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC,<br><br>Defendants. | REDACTED PUBLIC VERSION FILED AUGUST 7, 2026<br><br> C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED**<br><br>███████████████ |

**CONCISE COUNTERSTATEMENT TO DEFENDANTS' CONCISE STATEMENT OF FACTS IN OPPOSITION TO PLAINTIFFS EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC'S MOTION FOR SUMMARY JUDGMENT REGARDING DAMAGES**

Eagle respectfully submits this Concise Counterstatement to Defendants' Concise Statement of Facts in Opposition to Plaintiffs' Motion for Summary Judgment Regarding Damages ("Motion"). All exhibits cited herein are attached to Eagle's concurrently-filed Reply.

| No. | Defendants' Concise Statement of Facts | Plaintiffs' Response |
|---|---|---|
| 1 | ██████████████████████ Ex A (Malackowski Rpt.) at 53 (citing Exhibit F at pp. 5–6). | Admitted. |
| 2 | ██████████████████████ Ex. A (Malackowski Rpt.) at 54 (quoting Ex. F. at p. 6). | Disputed. *See* Ex. 10 (2/20/26 Chinnari Dep.) at 71:9-15 ("Q. ███████████████), 72:12-18 ("Q. █████████████████ |

1

| | | |
|---|---|---|
| | | Ex. 11 (Vellturo Reply Rpt.) ¶¶ 89, 93; Ex. 12 (Ashraf Op.) ¶ 58 ("████████ ████████████████ ████████████████ ████████████████ ████████████████ ██████████ "). |
| 3 | Sales of bendamustine have been historically declining due to newer therapies. *See* Ex. H (Thirman Rpt.) at ¶ 57 ("Since the launch of TREANDA® in 2008, the treatment options for CLL and NHL have significantly increased. As a result of the increased treatment options, I do prescribe bendamustine less than I used to."). | Disputed, but immaterial. *See* D.I. 341-2 (Vellturo Op.) ¶ 126 ("████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ); Ex. 12 (Ashraf Op.) ¶ 78. |
| 4 | In 2023, Eagle's cash balance was reported at \$10.2 million. *See* Ex. I at EAGLEBAN-SA_ 00347450. | Admitted, but immaterial. |
| 5 | On November 9, 2023, Eagle announced it would delay the release of its Q3 2023 results pending review of potential adjustments relating to the reporting of sales of Pemfexy®, expecting to revise its 2023 full year guidance downward. Ex. J. | Admitted, but immaterial. |
| 6 | On April 12, 2024, Eagle announced that it received a notice of deficiency from Nasdaq for failing to file its 2023 annual report. Ex. K. In that announcement, Eagle stated there could be no assurance that it would "'be able to regain compliance or maintain compliance with the rule or other listing requirements.'" *Id.* | Admitted, but immaterial. |
| 7 | Eagle's stock was suspended from Nasdaq trading on October 3, 2024 and on November 15, 2024, Eagle announced | Admitted, but immaterial. |

| | | |
|---|---|---|
| | that it intended to delist its stock from Nasdaq. Ex. L. | |
| 8 | Eagle came to be "in default of [a November 1, 2022, Eagle entered into a Third Amended and Restated Credit Agreement with JPMorgan Chase Bank, N.A. administrative agent] as of December 31, 2023 and December 31, 2024" because "the financial statements for the fiscal periods within the Non-Reliance Period previously delivered to the [JPMorgan] and the Lenders did not present fairly in all material respects the financial condition and results of operations which is an event of default under the Credit Agreement." Ex. I at EAGLEBAN-SA_00347478. | Admitted, but immaterial. |
| 9 | ███████████████████████ | Disputed, but immaterial. *See* D.I. 412-9 at 34:17-25 ██████████████ |

3

| | | |
|---|---|---|
| | | ███████████████████████████ ███████████████████████████ ███████████████████████████ |
| 10 | ████████████████████████████, and Eagle officially entered into the Blue Owl Agreement on March 31, 2025, monetizing BENDEKA® royalties for an upfront cash payment of $69.0 million. *See* Ex. I at EAGLEBANSA_ 00347499. | Admitted, but immaterial. |
| 11 | As of October 2025, Eagle's "cash and cash equivalents [] significantly deteriorated from March 31, 2025." Ex. N at EAGLEBAN-SA_00366590. | Admitted, but immaterial. |
| 12 | In December 2023, Eagle, its former CEO, and its former CFO were named as defendants in *Miller v. Eagle Pharmaceuticals, Inc. et al.*, a putative class action filed in the United States District Court for the District of New Jersey. Ex. I at 00347497; *see generally* D.I. 27 in Case No. Case 2:23-cv-23011-MAH in the District of New Jersey. The plaintiffs in that action alleged that Eagle violated federal securities laws by failing to disclose material adverse facts about Eagle's business, operations, and prospects relating to its product Pemfexy® during the period of August 8, 2023 through November 28, 2023. Ex. I at EAGLEBAN-SA_00347497; *see generally* D.I. 27 in Case No. Case 2:23-cv-23011-MAH in the District of New Jersey. | Admitted, but immaterial. |
| 13 | Eagle settled the Miller litigation in March 2026 with a class settlement of $9.5 Million. *See* Exhibit G. | Admitted, but immaterial. |
| 14 | In 2021, Eagle sued Slayback for infringement of U.S. Patent No. 11,104,483. Slayback won that case with a ruling from the bench during trial that Slayback did not infringe. (C.A. No. 1:21-cv- 1256-CFC-JLH, D.I. 117, Oct. 25, 2022). | Admitted, but immaterial. |

Dated: July 20, 2026

OF COUNSEL:

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
Michelle Chin
Nathan Fuller
Manuela Burek
Hanna Bondarowicz
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
kenneth.schuler@lw.com
marc.zubick@lw.com
alex.grabowski@lw.com
michelle.chin@lw.com
nathan.fuller@lw.com
manuela.burek@lw.com
hanna.bondarowicz@lw.com

Brett M. Sandford
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600
brett.sandford@lw.com

Ramya Sri Vallabhaneni
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
ramya.vallabhaneni@lw.com

Kelly A. Welsh
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
kelly.welsh@lw.com

Respectfully submitted,

MCCARTER & ENGLISH, LLP

/s/ Alexandra M. Joyce
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
MCCARTER & ENGLISH, LLP
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*

5

Cecila Bain
LATHAM & WATKINS LLP
801 Jefferson Avenue, Suite 300
Redwood City, CA 94063
(650) 328-4600
cecilia.bain@lw.com

6

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that true and correct copies of the foregoing documents were caused to be served on July 20, 2026, on the following counsel in the manner indicated:                                                             **<u>VIA EMAIL:</u>**

Daniel A. Taylor
Neal C. Belgam
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
Dtaylor@skjlaw.com
Nbelgam@skjlaw.com

Jason A. Lief
Allan H. Pollack
Audrey R. Sparschu
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY 10019
jlief@windelsmarx.com
apollack@windelsmarx.com
asparschu@windelsmarx.com

Andrew Miller
Ajay Kayal
Robyn Ast-Gmoser
Daniel E. Forchheimer
Kiersten A. Fowler
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
amiller@windelsmarx.com
akayal@windelsmarx.com
rast-gmoser@windelsmarx.com
dforchheimer@windelsmarx.com
kfowler@windelsmarx.com

*Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*

*/s/ Alexandra M. Joyce*
Alexandra M. Joyce (#6423)

ME1\61695075.v1