# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

EAGLE PHARMACEUTICALS, INC. and
EAGLE SUB1 LLC,

          Plaintiffs,

       v.

SLAYBACK PHARMA LLC and
AZURITY PHARMACEUTICALS, INC,

          Defendants.

REDACTED PUBLIC VERSION
FILED AUGUST 7, 2026

C.A. No. 24-65-JLH
(CONSOLIDATED)

**JURY TRIAL DEMANDED**

██████████

**REPLY BRIEF IN SUPPORT OF PLAINTIFFS EAGLE PHARMACEUTICALS, INC.
AND EAGLE SUB1 LLC'S *DAUBERT* MOTION TO EXCLUDE THE OPINIONS OF
<u>DEFENDANTS' EXPERT, DR. PATRICK SINKO</u>**

## TABLE OF CONTENTS

**Page**

I.    INTRODUCTION .................................................................................................1

II.   ARGUMENT........................................................................................................1

III.  CONCLUSION.....................................................................................................3

i

## TABLE OF AUTHORITIES[1]

**Page(s)**

**CASES**

*Ameritas Life Ins. Corp. v. Wilmington Savings Fund Soc'y,*
No. 23-236, 2025 WL 3141777 (D. Del. Nov. 10, 2025)......................................................... 2

*Del. State Univ. v. Thomas Co., Inc.,*
No. 15-1144, 2020 WL 6799605 (D. Del. Nov. 19, 2020)....................................................... 3

---

[1] All emphasis added, and internal citations and quotations omitted, unless otherwise noted.

## I.    INTRODUCTION

Dr. Sinko's opinion that Vivimusta's ███████████████ takes it outside the pharmaceutically acceptable fluid limitation rests on a basic scientific error: ████████ ████████████████████████████████████████████████████. It is not. Slayback indisputably uses ████████ to adjust the pH of the PEG vehicle in the accused Vivimusta product. D.I. 352, Ex. 3 ¶ 20, Ex. 4 ¶ 36. Rather than address that undisputed fact, Slayback attacks a straw man—arguing only that ████████████████████████████ ████████████████████████████████████████████████████ ████████████. ████████████████████████████████████████████ ███████████████████. Because Dr. Sinko conflates these two scientifically distinct processes, he should not be permitted to confuse and mislead the jury with unreliable testimony that treats ████████████████████████████████████████████.

## II.    ARGUMENT

Slayback's argument—that ███████████████████████████████████," and that Dr. Sinko is simply "telling the truth," D.I. 396 at 1-2—misses the point. ████████ ████████████████ and Dr. Sinko's contrary opinion rests on conflating ████████ ████████—a fundamental scientific error. *See, e.g.,* D.I. 352, Ex. 3 ¶ 168 (asserting that "████ ████████████████████████████████"). ████████████████████████████████████████████████ ████████████████. *See* D.I. 352, Ex. 3 ¶ 135. Slayback ignores both its own NDA documents ████████████████ and Eagle's evidence that the scientific community uniformly classifies ████████████. And Slayback's assertion that it "████████████ ████████████e," D.I. 396 at 1, is beside the point: ████████████████████ ████████████████████████████. *See* D.I. 352, Ex. 9 ¶¶ 49, 69.

1

Dr. Sinko has not provided—and cannot provide—any evidence that the ███████████ ████████████████████████████████████████████, which is the precise function of the solvents comprising the pharmaceutically acceptable fluid. *See* D.I. 396. That is not only scientifically impossible, but it is also not the function of Slayback's NaOH, which is added solely to "adjust pH of [PEG] 400." D.I. 387, Ex. 2 at -924. Dr. Sinko ignores that functional role, arguing instead ████████████████████████████████████████—but that argument is misleading because the actual solvents function to dissolve bendamustine. D.I. 352, Ex. 3 ¶ 121; D.I. 398-1, Ex. 8 ¶ 23. He should not be permitted to testify, or even suggest, that ███████████████████████████. Dr. Sinko's own textbook confirms the basic error: █ █████████████████████████ ████████████████████████ ████████████████████████ *See* D.I. 420-1, Ex. 22 at 111-12, 619. His suggestions otherwise should be excluded. *See Ameritas Life Ins. Corp. v. Wilmington Savings Fund Soc'y*, No. 23-236, 2025 WL 3141777, at *3 (D. Del. Nov. 10, 2025) (excluding opinions that "would likely confuse or mislead the jury").

Dr. Sinko's opinions also depend on treating d████████████████████████████ ████████████████████████████████████. The claims at issue, however, are neither method-of-manufacture nor product-by-process claims; they cover Vivimusta as sold in the United States, reciting a temperature range of 41-77° F. D.I. 1-1, Ex. B at col. 14. And even if manufacturing were pertinent, Dr. Sinko concedes he does not know ████████████████ █████████████████████. *See* D.I. 350 at 2. His opinion that "████████████████ █████████████████" applies here is thus wholly untethered both to ██████████████ ████ and ████████████████████████████████████████████ ██████████████████. *Id.* That gap between the known facts and Dr. Sinko's opinion is fatal,

particularly given his own admission that melting and dissolution are not the same. *Id.*; *see Del. State Univ. v. Thomas Co., Inc*., No. 15-1144, 2020 WL 6799605, at *14 (D. Del. Nov. 19, 2020).

## III.    CONCLUSION

Eagle respectfully requests the Court exclude Dr. Sinko's opinions as identified in Eagle's Opening Brief.

Dated: July 20, 2026

OF COUNSEL:

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
Michelle Chin
Nathan Fuller
Manuela Burek
Hanna Bondarowicz
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
kenneth.schuler@lw.com
marc.zubick@lw.com
alex.grabowski@lw.com
michelle.chin@lw.com
nathan.fuller.lw.com
manuela.burek@lw.com
hanna.bondarowicz@lw.com

Brett M. Sandford
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600
brett.sandford@lw.com

Ramya Sri Vallabhaneni
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
ramya.vallabhaneni@lw.com

Kelly A. Welsh
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
kelly.welsh@lw.com

MCCARTER & ENGLISH, LLP

/s/ Alexandra M. Joyce
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
MCCARTER & ENGLISH, LLP
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*

4

Cecilia Bain
LATHAM & WATKINS LLP
801 Jefferson Avenue, Suite 300
Redwood City, CA 94063
(650) 328-4600
cecilia.bain@lw.com

5

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing documents were caused to be served on July 20, 2026, on the following counsel in the manner indicated: **VIA EMAIL:**

Daniel A. Taylor
Neal C. Belgam
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
Dtaylor@skjlaw.com
Nbelgam@skjlaw.com

Jason A. Lief
Allan H. Pollack
Audrey R. Sparschu
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY 10019
jlief@windelsmarx.com
apollack@windelsmarx.com
asparschu@windelsmarx.com

Andrew Miller
Ajay Kayal
Robyn Ast-Gmoser
Daniel E. Forchheimer
Kiersten A. Fowler
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
amiller@windelsmarx.com
akayal@windelsmarx.com
rast-gmoser@windelsmarx.com
dforchheimer@windelsmarx.com
kfowler@windelsmarx.com

*Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*

*/s/ Alexandra M. Joyce*
Alexandra M. Joyce (#6423)

ME1\61695075.v1