## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | REDACTED PUBLIC VERSION FILED AUGUST 7, 2026<br><br>C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED**<br><br>████████████ |

**REPLY BRIEF IN SUPPORT OF PLAINTIFFS EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC'S *DAUBERT* MOTION TO EXCLUDE THE OPINIONS OF <u>DEFENDANTS' EXPERT, DR. BRIAN SMITH</u>**

## TABLE OF CONTENTS

**Page**

I.     INTRODUCTION .................................................................................................................1

II.    ARGUMENT.......................................................................................................................1

III.   CONCLUSION....................................................................................................................1

i

# TABLE OF AUTHORITIES[1]

**Page(s)**

### CASES

*Intell. Ventures I LLC v. Xilinx, Inc.*,
No. 10-1065, 2014 WL 1814384 (D. Del. Apr. 14, 2014)........................................................ 1

### RULES

Fed. R. Evid. 403 ................................................................................................................... 1

---

[1] All emphasis added, and internal citations and quotations omitted, unless otherwise noted.

## I.    INTRODUCTION

Unable to reconcile Dr. Smith's opinion that "a POSA would not choose [the peak area response] technique" to measure impurities in bendamustine with the claims' requirement to measure total impurities with that precise technique, Slayback reframes Dr. Smith's opinions to suggest that he "merely opines that a POSA would require an accurate peak area response test" and critiques "Dr. Kittendorf's specific 'peak area response' test."[2]  D.I. 399 at 3.  Not so.  Dr. Smith's opinions regarding the reliability and use of the "peak are response" method are predicated on a repudiation of the claimed testing method without being tethered to any invalidity contention. Thus, they are unreliable and independently inadmissible under Federal Rule of Evidence 403.

## II.    ARGUMENT

Slayback alleges "Dr. Smith understands that the claims require a peak area response test." *Id.*  Yet he testified—repeatedly and unambiguously—that "a POSA would not choose" peak area response because it "is inaccurate" "in this application."  D.I. 401-1, Ex. 6 at 66:6-17, 89:19-22, 94:16-18.  Those opinions are irrelevant to any invalidity defense and improperly contradict the inventors' express choice of quantification method.  *See Intell. Ventures I LLC v. Xilinx, Inc.*, No. 10-1065, 2014 WL 1814384, at *3-4 (D. Del. Apr. 14, 2014).  They also suggest that Dr. Smith fundamentally misunderstands the testing required by the claims.  Opinions based on such a foundational flaw will not help the jury.  Instead, Dr. Smith's opinions would invite the jury to disregard the claims' express requirement to use "peak area response" to quantify total impurities. Thus, his opinions risk misleading and confusing the jury and should be excluded.

## III.    CONCLUSION

Eagle requests the Court exclude the opinions identified in Eagle's Opening Brief.

---

[2] Slayback's defenses to Dr. Smith's other opinions (D.I. 399 at 2) are irrelevant because Eagle only seeks to exclude his unreliable opinions regarding use of the "peak area response" method.

Dated: July 20, 2026

MCCARTER & ENGLISH, LLP

OF COUNSEL:

/s/ Alexandra M. Joyce
Daniel M. Silver (#4758)

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
Michelle Chin
Nathan Fuller
Manuela Burek
Hanna Bondarowicz
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
kenneth.schuler@lw.com
marc.zubick@lw.com
alex.grabowski@lw.com
michelle.chin@lw.com
nathan.fuller@lw.com
manuela.burek@lw.com
hanna.bondarowicz@lw.com

Alexandra M. Joyce (#6423)
MCCARTER & ENGLISH, LLP
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*

Brett M. Sandford
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600
brett.sandford@lw.com

Ramya Sri Vallabhaneni
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
ramya.vallabhaneni@lw.com

Kelly A. Welsh
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
kelly.welsh@lw.com

Cecilia Bain
LATHAM & WATKINS LLP
801 Jefferson Avenue, Suite 300
Redwood City, CA 94063
(650) 328-4600
cecilia.bain@lw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that true and correct copies of the foregoing documents were caused to be served on July 20, 2026, on the following counsel in the manner indicated:                                        **<u>VIA EMAIL:</u>**

Daniel A. Taylor
Neal C. Belgam
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
Dtaylor@skjlaw.com
Nbelgam@skjlaw.com

Jason A. Lief
Allan H. Pollack
Audrey R. Sparschu
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY 10019
jlief@windelsmarx.com
apollack@windelsmarx.com
asparschu@windelsmarx.com

Andrew Miller
Ajay Kayal
Robyn Ast-Gmoser
Daniel E. Forchheimer
Kiersten A. Fowler
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
amiller@windelsmarx.com
akayal@windelsmarx.com
rast-gmoser@windelsmarx.com
dforchheimer@windelsmarx.com
kfowler@windelsmarx.com

*Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*

*/s/ Alexandra M. Joyce*
Alexandra M. Joyce (#6423)

ME1\61695075.v1