**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 24-65-JLH <br><br> **REDACTED PUBLIC VERSION** <br> **Filed August 7, 2026** |

## EXHIBITS 1, 2 AND 6 TO DECLARATION OF KIERSTEN FOWLER