**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

EAGLE PHARMACEUTICALS, INC. and
EAGLE SUB1 LLC,

      Plaintiffs,

      v.

SLAYBACK PHARMA LLC and AZURITY
PHARMACEUTICALS, INC.,

      Defendants.

C.A. No. 24-65-JLH

**UNREDACTED PUBLIC VERSION
Filed August 7, 2026**

**DECLARATION OF DANIEL FORCHHEIMER, ESQ. IN SUPPORT OF
DEFENDANTS SLAYBACK PHARMA LLC AND
AZURITY PHARMACEUTICALS, INC'S ANSWERING BRIEF IN
OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY
OF DEFENDANTS' EXPERT, JAMES MALACKOWSKI (D.I. 343)**

I, Daniel Forchheimer, hereby declare as follows:

1.  I am an attorney at Windels Marx Lane & Mittendorf LLC.  I am familiar with the facts and record in the above captioned case.

2.  Attached hereto as Exhibit A is a true and correct copy of the March 16, 2026 Expert Report of James Malackowski.

3.  Attached hereto as Exhibit B is a true and correct copy of the March 6, 2026 Expert Report of Christopher A. Vellturo, Ph.D.

2

Dated: July 1, 2026

/s/ Daniel Forchheimer
Daniel Forchheimer
**WINDELS MARX LANE &**
**MITTENDORF LLC**
180 Park Avenue
Florham Park, NJ 07932
(973) 966-3200