IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EAGLE PHARMACEUTICALS, INC. and
EAGLE SUB1 LLC,

       Plaintiffs,

     v.

SLAYBACK PHARMA LLC and AZURITY
PHARMACEUTICALS, INC.,

       Defendants.

C.A. No. 24-65-JLH

**REDACTED PUBLIC VERSION**
**Filed August 7, 2026**

**DEFENDANTS' RESPONSE TO PLAINTIFFS EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC'S CONCISE STATEMENT OF FACTS (D.I. 358) IN SUPPORT OF PLAINTIFFS'MOTION FOR SUMMARY JUDGMENT REGARDING DAMAGES (D.I. 354)**

Pursuant to the Court's Scheduling Order (D.I. 29), Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc., ("collectively "Slayback" or "Defendants") respond to Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC (collectively, "Eagle") Concise Statement of Facts (D.I. 358) in support of its Motion for Summary Judgment Regarding Damages ("Motion") (D.I. 354) as follows.

1.     Uncontested

2.     Uncontested.

3.     Uncontested as to what Eagle contends. Slayback disputes with the implicit characterization of the defined term "Patented Products" as Slayback contests infringement of the Asserted Patents. See D.I. 22(Answer); see D.I. 344, 347 (Slayback's Motion for Summary Judgment of Non-Infringement and brief in support).

4.     Slayback does not contest that the listed products are among those which compete with Eagle's Belrapzo product. Slayback contests that these are the only products that compete with Eagle's Belrapzo product. See Exhibit A to Ast-Gmoser Declaration, excerpts of the expert report of Mr. Malackowski at p. 22-32 (discussing available bendamustine products and other treatment options).  In particular, Belrapzo also competes with Treanda, a lyophilized bendamustine product and other additional non-infringing substitutes. *See id.*

5.    Disputed as a question of law and not a "fact."

6.    Disputed as ambiguous as to time frame. Slayback does not contest that the identified products have previously been sold on the market.

7.    Uncontested.

8.    Uncontested.

9.    Uncontested.

10.    Uncontested.

11.    Uncontested.

12.    Uncontested.

13.    Disputed as a mixed question of law and fact. Dr. Vellturo's analysis of Panduit Factor No. 3 did not properly consider Eagle's financial instability and how that may impact Eagle's ability manufacture, market, and distribute the additional units of Belrapzo or Bendeka. *See* Exhibit B to Ast-Gmoser Declaration, excerpts of the Opening Expert Report of Dr. Vellturo at 46-50 (no analysis of the impact of corporate governance issues on Panduit Factor No. 3); *see* Exhibit C to Ast-Gmoser Declaration, excerpts of the Reply Expert Report of Dr. Vellturo at 16 (providing no additional analysis on Panduit Factor No. 3).

14.    Disputed as a legal conclusion and not a fact.

15.    Uncontested.

16.    ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

17.    Uncontested.

18.    Uncontested.

19.    Uncontested.

20.    Contested. ████████████████████████████████
████████████████████████████████ *See* Fact No. 23 below.

21.    Uncontested.

22.    Uncontested.

23.    Uncontested.

2

24.    Disputed due to ambiguity as to "damages period" because the damages period runs until trial and, as reflected in Fact No. 23, ███████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████

25.    Disputed as to "never" as the damages period runs until trial and, as reflected in Fact No. 23, ████████████████████████████████████████████████████████ ██████████████████████████████████████████████████

26.    Disputed as to "ever" as the damages period runs until trial and, as reflected in Fact No. 23, ████████████████████████████████████████████████████ ████████████████████████████████████████████████ and therefore no doctor, clinician, or pharmacist has prescribed it as of that date.

27.    Disputed that "Slayback did not have an expected date" of the █████████████ ████████████████████████████████████████████████████████ ████████████████████████"

28.    Uncontested as of the date of the cited exhibits.

29.    Disputed. At a February 20. 2026 deposition, Slayback's corporate representative, Dr. Chinnari, ████████████████████████████████████████████████████ ███████████████████████████████ See Exhibit E to Ast-Gmoser Declaration, excerpts from the deposition of Dr. Harrish Chinnari at p. 79 (████████████████████████████ █████████████████████████████████████████████████████████████ ███████████████████████████

30.    Disputed. At a February 20. 2026 deposition, Slayback's corporate representative, Dr. Chinnari, ████████████████████████████████████████████████████ ███████████████████████████████. See Exhibit E to Ast-Gmoser Declaration, excerpts from the deposition of Dr. Harrish Chinnari at p. 77 (████████████████████████████ █████████████████████████████████████████████████████████████ ████████████)

3

Dated: July 1, 2026

*Of Counsel:*

Alan Pollack
Jason A. Lief
Daniel E. Forchheimer
Robyn Ast-Gmoser
Audrey R. Sparschu

**WINDELS MARX LANE &
MITTENDORF LLC**
1 Giralda Farms
Madison, NJ 07940
(973) 966-3200

156 West 56th Street
New York, NY 10019
(212) 237-1000

apollack@windelsmarx.com
jlief@windelsmarx.com
dforchheimer@windelsmarx.com
rast-gmoser@windelsmarx.com
asparschu@windelsmarx.com

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Slayback Pharma
LLC and Azurity Pharmaceuticals, Inc.*

4

4899-5088-1722, v. 1