# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 24-65-JLH <br><br> **REDACTED PUBLIC VERSION** <br> **Filed August 7, 2026** |

**DEFENDANTS SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC'S ANSWERING CONCISE COUNTER-STATEMENT OF FACTS IN OPPOSITION TO PLAINTIFFS EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC'S MOTION FOR SUMMARY JUDGMENT REGARDING DAMAGES (D.I. 354)**

Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc., ("collectively "Slayback" or "Defendants") respectfully submit their answering concise counter-statement of facts in support of Defendants' opposition to Plaintiffs Motion for Summary Judgment Regarding Damages. (D.I. 354). All exhibits cited herein are concurrently filed with the Declaration of Robyn Ast-Gmoser.

1. ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████ Ex A (Malackowski Rpt.) at 53 (citing Exhibit F at pp. 5–6).

2. ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

Ex. A (Malackowski Rpt.) at 54 (quoting Ex. F. at p. 6).

3. Sales of bendamustine have been historically declining due to newer therapies. See Ex. H (Thirman Rpt.) at ¶ 57 ("Since the launch of TREANDA® in 2008, the treatment options for CLL and NHL have significantly increased. As a result of the increased treatment options, I do prescribe bendamustine less than I used to.").

4. In 2023, Eagle's cash balance was reported at $10.2 million. *See* Ex. Iat EAGLEBAN-SA_ 00347450.

5. On November 9, 2023, Eagle announced it would delay the release of its Q3 2023 results pending review of potential adjustments relating to the reporting of sales of Pemfexy®, expecting to revise its 2023 full year guidance downward. Ex. J.

6. On April 12, 2024, Eagle announced that it received a notice of deficiency from Nasdaq for failing to file its 2023 annual report. Ex. K. In that announcement, Eagle stated there could be no assurance that it would "'be able to regain compliance or maintain compliance with the rule or other listing requirements.'" *Id*.

7. Eagle's stock was suspended from Nasdaq trading on October 3, 2024 and on November 15, 2024, Eagle announced that it intended to delist its stock from Nasdaq. Ex. L.

8. Eagle came to be "in default of [a November 1, 2022, Eagle entered into a Third Amended and Restated Credit Agreement with JPMorgan Chase Bank, N.A. administrative agent] as of December 31, 2023 and December 31, 2024" because "the financial statements for the fiscal periods within the Non-Reliance Period previously delivered to the [JPMorgan] and the Lenders did not present fairly in all material respects the financial condition and results of operations which is an event of default under the Credit Agreement." Ex. I at EAGLEBAN-SA_00347478.

9. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮,

11. As of October 2025, Eagle's "cash and cash equivalents [] significantly deteriorated from March 31, 2025." Ex. N at EAGLEBAN-SA_00366590.

12. In December 2023, Eagle, its former CEO, and its former CFO were named as defendants in *Miller v. Eagle Pharmaceuticals, Inc. et al.*, a putative class action filed in the United

2

States District Court for the District of New Jersey. Ex. I at 00347497; *see generally* D.I. 27 in Case No. Case 2:23-cv-23011-MAH in the District of New Jersey. The plaintiffs in that action alleged that Eagle violated federal securities laws by failing to disclose material adverse facts about Eagle's business, operations, and prospects relating to its product Pemfexy® during the period of August 8, 2023 through November 28, 2023. Ex. I at EAGLEBAN-SA_00347497; see generally D.I. 27 in Case No. Case 2:23-cv-23011-MAH in the District of New Jersey.

13.    Eagle settled the *Miller* litigation in March 2026 with a class settlement of $9.5 Million. See Exhibit G.

14.    In 2021, Eagle sued Slayback for infringement of U.S. Patent No. 11,104, 483. Slayback won that case with a ruling from the bench during trial that Slayback did not infringe. (C.A. No. 1:21-cv- 1256-CFC-JLH, D.I. 117, Oct. 25, 2022).

3

Dated: July 1, 2026                          **SMITH KATZENSTEIN & JENKINS LLP**

*Of Counsel:*
                                             /s/ *Daniel A. Taylor*
Jason A. Lief                                Neal C. Belgam (No. 2721)
Alan Pollack                                 Daniel A. Taylor (No. 6934)
Daniel E. Forchheimer                        1000 West Street, Suite 1501
Robyn Ast-Gmoser                             Wilmington, DE 19801
Audrey R. Sparschu                           (302) 652-8400
                                             nbelgam@skjlaw.com
**WINDELS MARX LANE &**                      dtaylor@skjlaw.com
**MITTENDORF LLC**
1 Giralda Farms                              *Attorneys for Defendants Slayback Pharma*
Madison, NJ 07940                            *LLC and Azurity Pharmaceuticals, Inc.*
(973) 966-3200

156 West 56th Street
New York, NY 10019
(212) 237-1000

jlief@windelsmarx.com
apollack@windelsmarx.com
dforchheimer@windelsmarx.com
rast-gmoser@windelsmarx.com
asparschu@windelsmarx.com

4

4915-6837-4202, v. 3