# EXHIBIT A

# REDACTED
# PUBLIC VERSION



## EAGLE PHARMACEUTICALS, INC, AND EAGLE SUB1 LLC.

### V.

## SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.

Civil Action No. 1:24-cv-00065-JLH

United States District Court for the District of Delaware

---

## EXPERT REPORT OF JAMES MALACKOWSKI

### March 16, 2026

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**INTELLECTUAL CAPITAL EQUITY**

| | | |
|---|---|---|
| 1 | FIRM BACKGROUND AND QUALIFICATIONS | 1 |
| 2 | ASSIGNMENT | 3 |
| 3 | SUMMARY OF OPINIONS | 4 |
| 3.1 | MY AFFIRMATIVE OPINIONS CONCERNING EAGLE'S DAMAGES | 4 |
| 3.2 | EVALUATION OF THE VELLTURO REPORT | 6 |
| 4 | THE PARTIES | 7 |
| 4.1 | PLAINTIFF - EAGLE PHARMACEUTICALS, INC. | 7 |
| 4.2 | PLAINTIFF – EAGLE SUB1 LLC | 10 |
| 4.3 | DEFENDANT – SLAYBACK PHARMA LLC | 10 |
| 4.4 | DEFENDANT – AZURITY PHARMACEUTICALS, INC | 10 |
| 5 | EAGLE LITIGATION INVOLVING BENDAMUSTINE PATENTS | 11 |
| 5.1 | PENDING LITIGATION | 11 |
| 5.2 | PRIOR LITIGATION | 14 |
| 6 | THE ASSERTED PATENTS | 17 |
| 6.1 | THE '214 PATENT | 17 |
| 6.2 | THE '248 PATENT | 18 |
| 6.3 | PURPORTED BENEFITS AND ADVANTAGES OF THE ASSERTED PATENTS | 18 |
| 7 | THE BENDAMUSTINE PRODUCTS MARKET | 20 |
| 7.1 | FDA APPROVED TREATMENTS FOR CLL AND NHL | 20 |
| 7.2 | FDA-APPROVED BENDAMUSTINE PRODUCTS | 23 |
| 7.3 | EVIDENCE SUPPORTING INCLUSION OF POWDER PRODUCTS IN MARKET DEFINITION | 28 |
| 7.4 | QUARTERLY UNIT-SALES BASED MARKET SHARES OF BENDAMUSTINE PRODUCTS | 32 |
| 7.5 | FACTORS INFLUENCING SALES OF BENDAMUSTINE PRODUCTS | 35 |
| 7.6 | CONCLUSIONS CONCERNING VIVIMUSTA® AND THE BENDAMUSTINE PRODUCT MARKET | 38 |
| 8 | QUANTIFICATION OF EAGLE'S LOST PROFITS | 40 |
| 8.1 | THE *PANDUIT*-TEST | 40 |
| 8.2 | QUANTIFICATION OF LOST PROFITS UNDER SCENARIO A: ONLY LIQUID PRODUCTS | 42 |
| 8.3 | QUANTIFICATION OF LOST PROFITS UNDER SCENARIO B – LIQUID & POWDER PRODUCTS | 45 |
| 8.4 | PRICE EROSION | 48 |
| 9 | REASONABLE ROYALTY FRAMEWORK | 49 |
| 9.1 | REASONABLE ROYALTY APPROACH | 49 |
| 9.2 | HYPOTHETICAL NEGOTIATION PARAMETERS | 50 |
| 9.3 | ROYALTY BASE | 51 |
| 9.4 | ROYALTY RATE | 52 |
| 10 | QUANTITATIVE VALUATION FACTORS | 52 |
| 10.1 | THE COST APPROACH | 52 |
| 10.2 | THE INCOME APPROACH | 54 |
| 10.3 | THE MARKET APPROACH | 55 |
| 11 | REASONABLE ROYALTY DETERMINATION | 67 |
| 11.1 | THE GEORGIA-PACIFIC FACTORS | 67 |
| 11.2 | REASONABLE ROYALTY CONCLUSION | 76 |
| 12 | EVALUATION OF THE VELLTURO REPORT | 77 |
| 12.1 | DR. VELLTURO'S MARKET ANALYSIS IMPROPERLY EXCLUDES POWDER BENDAMUSTINE PRODUCTS | 77 |
| 12.2 | DR. VELLTURO'S LOST PROFITS OPINIONS ARE DEFECTIVE AND UNRELIABLE | 79 |
| 12.3 | DR. VELLTURO'S PRICE EROSION OPINIONS ARE DEFECTIVE AND UNRELIABLE | 85 |
| 12.4 | DR. VELLTURO'S OPINIONS RE: ███ ████ ████ █████████ ARE DEFECTIVE AND UNRELIABLE | 88 |
| 12.5 | DR. VELLTURO FAILS TO PROPERLY EVALUATE EAGLE LICENSE AGREEMENTS | 92 |
| 12.6 | DR. VELLTURO'S EDGEWORTH BOX ANALYSES ARE DEFECTIVE AND UNRELIABLE | 94 |
| 12.7 | DR. VELLTURO FAILS TO CONSIDER CUSTOMARY ROYALTY RATES | 95 |
| 12.8 | DR. VELLTURO FAILS TO CONSIDER ███ ██████ █████████ ███████████ ███████████ | 96 |
| 13 | PREJUDGMENT INTEREST | 96 |
| 14 | SIGNATURE | 97 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

INTELLECTUAL CAPITAL EQUITY



---

[42] EAGLEBEN-SA_00072300 – 400 at 301.

[43] https://ir.tevapharm.com/news-and-events/press-releases/press-release-details/2011/Teva-Completes-Acquisition-of-Cephalon/default.aspx.

[44] https://www.tevausa.com/news-and-media/press-releases/cms-establishes-unique-j-code-for-bendeka-bendamustine-hydrochloride-injection/.

[45] https://investor.eagleus.com/news-releases/news-release-details/eagle-pharmaceuticals-announces-pricing-initial-public-offering.

[46] https://www.nasdaq.com/press-release/eagle-announces-update-delisting-nasdaq-and-sec-deregistration-2024-11-15.

[47] https://www.nasdaq.com/press-release/eagle-announces-update-delisting-nasdaq-and-sec-deregistration-2024-11-15; https://listingcenter.nasdaq.com/rulebook/nasdaq/rules/nasdaq-5200-series.

[48] https://www.nasdaq.com/press-release/eagle-announces-update-delisting-nasdaq-and-sec-deregistration-2024-11-15.

[49] EAGLEBEN-SA_00347447-500 at 477.

[50] EAGLEBEN-SA_00347447-500 at 477.

[51] EAGLEBEN-SA_00347447-500 at 477.

[52] EAGLEBEN-SA_00347447-500 at 499.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

emphasizes shorter preparation time, fewer compounding errors, and longer shelf life for liquids.[152]  Neither expert claims that the asserted patents improve the efficacy of bendamustine. Notably, these purported benefits were already realized by earlier liquid formulations (Belrapzo®/Bendeka®) marketed under the 2015 rapid-infusion patents.  Thus, I understand that the asserted patents do not confer additional clinical advantages.[153]

In addition, Dr. Vellturo highlights the Asserted Patents as if they underpin modern liquid bendamustine products; however, I understand that these patents merely replicate a decade-old specification and broaden the list of solvents and claim containers.[154] Dr. Thirman states in his assessment that the National Comprehensive Cancer Network guidelines for bendamustine do not suggest any elements that are covered by the Eagle family of patents.[155] It is my understanding that earlier patents (U.S. Patent 9,000,021 and U.S. Patent 9,034,908) introduced the genuine clinical innovation: small-volume rapid infusion.[156]  The asserted '214 and '248 patents do not improve bendamustine's clinical efficacy or safety; instead, they concern long-term stability and logistical convenience, benefits I understand to be already available in the prior art.[157]

Dr. Brandt contends that while the Asserted Patents may slightly improve stability, shelf life is typically not a significant factor for oncology products, as they are purchased and used per patient treatment regime rather than stored long-term.[158]  I understand that hospitals, pharmacies, and cancer clinics would likely view non-infringing alternatives with shorter shelf lives as commercially acceptable alternatives, since any reduction in shelf life would not impact storage, clinical use, or operations.  Therefore, a shorter shelf life should not materially affect demand, pricing, or adoption.  Economically, this implies that any incremental shelf-life stability that may be conferred by the Asserted Patents does not provide additional value and does not undermine the feasibility of non-infringing alternatives.

## 7      THE BENDAMUSTINE PRODUCTS MARKET

### 7.1      FDA Approved Treatments for CLL and NHL

Bendamustine is a chemotherapy drug.  Certain bendamustine products have been approved to treat chronic lymphocytic leukemia (CLL) and non-Hodgkin lymphoma (NHL).  Approved bendamustine treatments compete with dozens of other FDA approved cancer drugs and treatments.  The following subsections provide information concerning FDA-approved treatments of CLL and NHL.

---

[152] Expert report of Caroline Attia, February 6, 2026, pp. 10 – 14.

[153] Expert Report of Michael L. Brandt, March 16, 2026 (The "Brandt Report"), pp. 35 – 36; Expert Report of Michael J. Thirman (The "Thirman Report"), March 16, 2026, pp. 19 – 23.

[154] Brandt Report, March 16, 2026, pp. 35 – 36.

[155] Thirman Report, March 16, 2026, p. 22.

[156] U.S. Patent No. 9,000,021, pp. 2 – 3; U.S. Patent No. 9,034,908, pp. 2 – 3.

[157] Discussion with Dr. Brandt, March 16, 2026; Brandt Report, March 16, 2026, pp. 35 – 36.

[158] Brandt Report, March 16, 2026, pp. 26 – 27.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

INTELLECTUAL CAPITAL EQUITY

### 7.1.1 FDA Approved CLL Treatments

I understand that CLL is one of the most common types of leukemia in adults.[159]  Leukemia generally is a cancer that starts in the white blood cells called lymphocytes in the bone marrow.[160]  However, over time the cells can spread to other parts of the body including the lymph nodes, liver, and spleen.[161]  Leukemia is either chronic or acute.[162]  CLL is chronic leukemia and grows more slowly than acute leukemia.[163]

According to Cancer.org, CLL treatments depend on disease stage, symptoms, and patient-specific factors.[164]  Cancer.org reports that, for individuals diagnosed with early-stage CLL who do not have symptoms, the standard approach is "watch and wait," meaning active surveillance without immediate treatment.[165]  When treatment becomes necessary due to disease progression or the onset of symptoms, the therapeutic landscape offers several options, including targeted therapy, chemotherapy, and immunotherapy.  FDA approved treatments for CLL include those listed in **Appendix 11.1**.

I also understand that, in certain cases, low-dose radiation therapy or surgery may be an option, and less commonly a stem cell transplant may be appropriate.[166]  Therapies for second-line or later treatments are generally the same as the options for first-line therapy with the options depending on past treatments and the effectiveness of those treatments.[167]

### 7.1.2 FDA-Approved NHL Treatments

I understand that NHL is a cancer type known as lymphoma because it starts in white blood cells called lymphocytes.[168]  The type of lymphoma cancer depends in part on the type of lymphocyte cell that is affected (B cells or T cells) and how mature the cells are when they become cancerous.[169]  B lymphocytes ("B cells") normally make proteins called antibodies that help protect the body against bacteria or viruses.[170]  T lymphocytes ("T cells") either destroy germs or abnormal cells in the body or help boost or slow the activity

---

[159] https://www.cancer.org/cancer/types/chronic-lymphocytic-leukemia/about/what-is-cll.html.

[160] https://www.cancer.org/cancer/types/chronic-lymphocytic-leukemia/about/what-is-cll.html.

[161] https://www.cancer.org/cancer/types/chronic-lymphocytic-leukemia/about/what-is-cll.html.

[162] https://www.cancer.org/cancer/types/chronic-lymphocytic-leukemia/about/what-is-cll.html.

[163] https://www.cancer.org/cancer/types/chronic-lymphocytic-leukemia/about/what-is-cll.html.

[164] https://www.cancer.org/cancer/types/chronic-lymphocytic-leukemia/treating/treatment-by-risk-group.html.

[165] https://www.cancer.org/cancer/types/chronic-lymphocytic-leukemia/treating/treatment-by-risk-group.html.

[166] https://www.cancer.org/cancer/types/chronic-lymphocytic-leukemia/treating/treatment-by-risk-group.html.

[167] https://www.cancer.org/cancer/types/chronic-lymphocytic-leukemia/treating/treatment-by-risk-group.html.

[168] https://www.cancer.org/cancer/types/non-hodgkin-lymphoma/about/what-is-non-hodgkin-lymphoma.html.

[169] https://www.cancer.org/cancer/types/non-hodgkin-lymphoma/about/what-is-non-hodgkin-lymphoma.html.

[170] https://www.cancer.org/cancer/types/non-hodgkin-lymphoma/about/what-is-non-hodgkin-lymphoma.html.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

INTELLECTUAL CAPITAL EQUITY

of other immune system cells, depending on the type of T cells.[171]  While lymphoma can start in either type of lymphocytes, B-cell lymphomas are most common.[172]

NHL may also be evaluated based on how fast the cells grow and spread.[173]  Indolent lymphomas grow and spread slowly, so some indolent lymphomas can be watched closely instead of being treated.[174]  Aggressive lymphomas grow and spread quickly, so they are typically treated when found.[175]

I understand that FDA-approved treatments for NHL depend on the type and stage of the lymphoma, the patient's health, and other factors.[176]  Treatments for NHL may include chemotherapy, immunotherapy, targeted drug therapy, radiation therapy, high-dose chemotherapy and stem cell transplant, and surgery.[177]  FDA approved treatments for NHL include those listed in **Appendix 11.2**.

### 7.1.3    Evidence of Competition Among These FDA-Approved Treatments

The record evidence indicates that the FDA-approved treatments for CLL and NHL compete for prescriptions, administrations, and sales.  For example, an

In addition, Teva's 2024 Form 10-K confirms that:

> [C]ompetitors to BENDEKA include combination therapies such as R-CHOP (a combination of cyclophosphamide, vincristine, doxorubicin, and prednisone in combination with rituximab)… for the treatment of NHL, as well as a combination of fludarabine, doxorubicin

---

[171] https://www.cancer.org/cancer/types/non-hodgkin-lymphoma/about/what-is-non-hodgkin-lymphoma.html.

[172] https://www.cancer.org/cancer/types/non-hodgkin-lymphoma/about/what-is-non-hodgkin-lymphoma.html.

[173] https://www.cancer.org/cancer/types/non-hodgkin-lymphoma/about/what-is-non-hodgkin-lymphoma.html.

[174] https://www.cancer.org/cancer/types/non-hodgkin-lymphoma/about/what-is-non-hodgkin-lymphoma.html.

[175] https://www.cancer.org/cancer/types/non-hodgkin-lymphoma/about/what-is-non-hodgkin-lymphoma.html.

[176] https://www.cancer.org/cancer/types/non-hodgkin-lymphoma/treating.html.

[177] https://www.cancer.org/cancer/types/non-hodgkin-lymphoma/treating.html.

[178] EAGLEBEN-SA_00351787 – 789 at 787.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

INTELLECTUAL CAPITAL EQUITY

and rituximab for the treatment of CLL and newer targeted oral therapies, such as ibrutinib, idelilisib and venetoclax.[179]

Teva's 2025 Form 10-K likewise indicates that "competitors to BENDEKA include combination therapies for the treatment of NHL, as well as a combination for the treatment of CLL and newer targeted oral therapies."[180]  According to Teva, "BENDEKA and TREANDA combined revenues in our United States segment in 2025 decreased by 13% to $147 million, compared to 2024, mainly due to competition from alternative therapies, as well as from generic bendamustine products."[181]

## 7.2    FDA-Approved Bendamustine Products

Bendamustine was first synthesized in Germany in the early 1960s.[182]  Bendamustine was first introduced in Europe in the 1990s and in the U.S. in 2001.[183] Bendamustine was first FDA approved in 2008 for CLL and certain B-cell NHL under the brand name Treanda®.[184]  Bendeka® was approved in 2015.[185]  Belrapzo® received tentative approval in 2014 and final approval in 2018.[186]  Generic bendamustine powder products were first FDA approved as early as December 2022 as generic formulations of Treanda®.[187]  Vivimusta® was FDA approved in December 2022.[188]

Currently bendamustine is offered in two forms – lyophilized powder and solution.[189]  Lyophilized powder is reconstituted before administration, while solutions are ready-to-dilute formulations that eliminate the need for reconstitution.[190]  Lyophilized powder is widely utilized due to its stability and extended shelf life which is beneficial in hospital settings, whereas solution-based products are popular for their convenience.[191]  The following are summaries of FDA approved liquid and powder formulations of bendamustine.

---

[179] Teva 2024 Form 10-K, p. 10.

[180] Teva 2025 Form 10-K, p. 10.

[181] Teva 2025 Form 10-K, p. 63.

[182] "Bendamustine: An old drug for a potential new indication," Cancer Research, Statistics, and Treatment, p. 156.

[183] "Bendamustine: An old drug for a potential new indication," Cancer Research, Statistics, and Treatment, p. 156.

[184] https://www.accessdata.fda.gov/drugsatfda_docs/label/2008/022303lbl.pdf.

[185] https://www.accessdata.fda.gov/drugsatfda_docs/nda/2015/208194Orig1s000Approv.pdf.

[186] https://www.accessdata.fda.gov/drugsatfda_docs/nda/2018/205580Orig1s000OtherR.pdf.

[187] https://www.fda.gov/drugs/drug-and-biologic-approval-and-ind-activity-reports/2022-first-generic-drug-approvals.

[188] https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2022/212209Orig1s000ltr.pdf.

[189] https://dataintelo.com/report/bendamustine-market.

[190] https://dataintelo.com/report/bendamustine-market.

[191] https://dataintelo.com/report/bendamustine-market.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

### 7.2.1    Liquid Bendamustine Products

#### 7.2.1.1  Teva's Bendeka®

Bendeka® was approved by the FDA in December 2015 via the 505(b)(2) NDA pathway.[192]  Bendeka® was first sold in the U.S. in January 2016.[193]  Bendeka® is indicated to treat patients with CLL and certain B-cell NHL that has progressed during or within six months of treatment with rituximab or a rituximab-containing regimen.[194]

Current dosage and administration information for Bendeka® indicates that for CLL, Bendeka® should be administered as 100 mg/m$^2$ [195] infused intravenously over 10 minutes on days 1 and 2 of a 28-day cycle, with up to six cycles.[196]  For NHL Bendeka® should be administered as 120 mg/m$^2$ infused intravenously over 10 minutes on days 1 and 2 of a 21-day cycle, with up to eight cycles.[197]

#### 7.2.1.2  Eagle's Belrapzo®

Belrapzo® received tentative approval from the FDA in July 2014 and final approval in 2018 via the 505(b)(2) NDA pathway.[198]  Belrapzo® was first sold in June 2019.[199]  Belrapzo® is indicated to treat patients with CLL and certain B-cell NHL that has progressed during or within six months of treatment with rituximab or a rituximab-containing regimen.[200]

Current dosage and administration information for Belrapzo® indicates that for CLL Belrapzo® should be administered as 100 mg/m$^2$ infused intravenously over 30 minutes on days 1 and 2 of a 28-day cycle, with up to six cycles.[201]  For NHL, Belrapzo® should be administered as 120 mg/m$^2$ infused intravenously over 60 minutes on days 1 and 2 of a 21-day cycle, with up to eight cycles.[202]

---

[192] https://www.accessdata.fda.gov/drugsatfda_docs/nda/2015/208194Orig1s000Approv.pdf.  The FDA's 505(b)(2) pathway is a hybrid NDA process that allows approval for drugs similar to, but not identical to, previously approved drugs by relying on existing data, such as public literature. https://www.thefdagroup.com/blog/505b2.

[193] https://investor.eagleus.com/news-releases/news-release-details/fda-does-not-grant-seven-year-orphan-drug-exclusivity-bendeka.

[194] https://www.accessdata.fda.gov/drugsatfda_docs/label/2015/208194s000lbl.pdf.

[195] The abbreviation mg/m$^2$ refers to milligrams per square meter and is an important unit in pharmacology, especially in cancer treatment and pediatrics. This measurement is determined by the patient's body surface area (BSA), offering a more accurate dosing approach for potent medications than simply using body weight.

[196] https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/208194s026lbl.pdf.

[197] https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/208194s026lbl.pdf.

[198] https://www.accessdata.fda.gov/drugsatfda_docs/nda/2018/205580Orig1s000OtherR.pdf.

[199] https://investor.eagleus.com/news-releases/news-release-details/cms-establishes-unique-j-code-belrapzotm-bendamustine-500ml.

[200] https://www.accessdata.fda.gov/drugsatfda_docs/label/2018/205580s002lbl.pdf.

[201] https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/205580s013lbl.pdf.

[202] https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/205580s013lbl.pdf.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



INTELLECTUAL CAPITAL EQUITY



### 7.2.1.3 Slayback's Vivimusta®

Vivimusta® was approved by the FDA in December 2022 via the 505(b)(2) NDA pathway.[208] Vivimusta® is indicated to treat patients with CLL and certain B-cell NHL that has progressed during or within six months of treatment with rituximab or a rituximab-containing regimen.[209] Vivimusta® was first sold in the U.S. in December 2022.[210]

Current dosage and administration information for Vivimusta® indicates that for CLL, Vivimusta® should be administered as 100 mg/m$^2$ infused intravenously over 20 minutes on days 1 and 2 of a 28-day cycle, with up to six cycles. For NHL, Vivimusta® should be administered as 120 mg/m$^2$ infused intravenously over 20 minutes on days 1 and 2 of a 21-day cycle, with up to eight cycles.[211]

A March 2023 Slayback corporate presentation identifies ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

---

[203] Deposition of David Bricker, November 25, 2025, p. 23.

[204] Deposition of David Bricker, November 25, 2025, pp. 95 – 96.

[205] Deposition of David Bricker, November 25, 2025, p. 23.

[206] Deposition of David Bricker, November 25, 2025, p. 23.

[207] Deposition of David Bricker, November 25, 2025, p. 24.

[208] https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2022/212209Orig1s000ltr.pdf.

[209] https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/212209s000lbl.pdf; Deposition of Harish Chinnari Vol 2, December 11, 2025, pp. 166 – 167.

[210] Appendix 4.2.

[211] https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/212209s005lbl.pdf.

[212] SLBEND-REV0000125197, slide 46.

[213] SLBEND-REV0000125197, slide 44.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**INTELLECTUAL CAPITAL EQUITY**

**Figure 5**
**Slayback Identified Advantages of Vivimusta®[214]**



### 7.2.1.4   Belrapzo® Theraputic Equivalents – Apotex and Baxter

Currently, Apotex and Baxter offer versions of liquid bendamustine considered therapeutic equivalents to Belrapzo®.[215]  Apotex's liquid bendamustine product was approved by the FDA in December 2022 via the 505(b)(2) NDA pathway,[216] and first sold in the U.S. in Q2 2023.[217]  The dosage and administration information for Apotex's product is the same as that of Belrapzo®.

Baxter's liquid bendamustine product was approved by the FDA in December 2022 via the 505(b)(2) NDA pathway,[218] and first sold in the US. in Q1 2023.[219]  The dosage and administration information for Baxter's product is the same as that of Belrapzo®.

---

[214] SLBEND-REV0000125197, slide 46.

[215] https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=BasicSearch.process, Search "Belrapzo".

[216] https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2022/215033Orig1s000ltr.pdf.

[217] Appendix 6.1.

[218] https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2022/216078Orig1s000ltr.pdf.

[219] Appendix 6.1.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**INTELLECTUAL CAPITAL EQUITY**

### 7.2.2    Lyophilized Powder Formulations

#### 7.2.2.1  Teva's Treanda®

Treanda® was approved by the FDA in March 2008[220] to treat patients with CLL and certain B-cell NHL that has progressed during or within six months of treatment with rituximab or a rituximab-containing regimen.[221] Treanda® was available in two formulations, a liquid offered in two doses, 45 mg/0.5 mL or 180 mg/2 mL (90 mg/mL) in a single-dose vial, and a lyophilized powder offered in two doses, 25 mg or 100 mg, in a single-dose vial for reconstitution.[222]  Treanda®'s liquid formulations have been discontinued.[223]

In January 2016, Teva announced the introduction of Bendeka®.  At that time, Paul Rittman, Senior Vice President and General Manager, Teva Oncology, provided that "We believe BENDEKA represents an important benefit to both patients and healthcare providers, and are pleased it is now available.  Based on the product profile, we expect BENDEKA to replace TREANDA® liquid."[224]  Upon launch of Bendeka®, Teva promoted Bendeka®'s low-volume (50 mL) and short infusion time (10 minutes).[225]

Current dosage and administration information for Treanda® indicates that for CLL, Treanda® should be administered as 100 mg/m$^2$ infused intravenously over 30 minutes on days 1 and 2 of a 28-day cycle, up to six cycles.[226]  For NHL, Treanda® should be administered as 120 mg/m$^2$ infused intravenously over 60 minutes on days 1 and 2 of a 21-day cycle, up to eight cycles.[227]

#### 7.2.2.2  Treanda® Generics

According to the FDA, the bendamustine lyophilized powder products of Accord Healthcare, Dr. Reddy's, Eugia Pharma, and Meithal Pharmaceuticals have been approved as therapeutical equivalents to Treanda® lyophilized powder bendamustine.[228]  The bendamustine products of Accord Healthcare and Dr. Eddys were approved in December 2022, and the bendamustine products of Eugia Pharma and Meithal Pharmaceuticals were approved in June 2023.[229]

---

[220] https://www.accessdata.fda.gov/drugsatfda_docs/label/2008/022249lbl.pdf.

[221] https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/022249s026lbl.pdf.

[222] https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/022249s026lbl.pdf.

[223] https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=022249.

[224] https://www.tevausa.com/news-and-media/press-releases/teva-and-eagle-pharmaceuticals-announce-commercial-availability-of-bendeka-bendamustine-hydrochloride-/.

[225] https://www.tevausa.com/news-and-media/press-releases/teva-and-eagle-pharmaceuticals-announce-commercial-availability-of-bendeka-bendamustine-hydrochloride-/.

[226] https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/022249s026lbl.pdf.

[227] https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/022249s026lbl.pdf.

[228] https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=022249.

[229] https://www.fda.gov/media/71474/download?attachment, at 3-56.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

### 7.3    Evidence Supporting Inclusion of Powder Products in Market Definition

### 7.3.1    Legal Precedence and Clinical Evidence

An evaluation of whether products compete in the same market often focuses on substitution. This typically involves determining whether purchasers perceive products or services as acceptable substitutions or alternatives and would switch between them in response to changes in certain factors such as price. In evaluating this issue, the U.S. Supreme Court stated the "determination of the competitive market for commodities depends upon . . . how far buyers will go to substitute one commodity for another," and that "commodities reasonably interchangeable by consumers for the same purposes" constitute the relevant market.[230] The Supreme Court later similarly reiterated that the "outer boundaries" of a relevant product market are determined by "reasonable interchangeability of use or the cross-elasticity of demand" between a product and a substitute.[231]

The regulatory and compendial[232] framework for parenteral drugs supports treating lyophilized and liquid injectables as alternatives designated to achieve the same therapeutic benefits. The injections nomenclature of the United States Pharmacopeia ("USP"), which sets quality standards for drugs, distinguishes between "[DRUG] Injection," defined as "liquid preparations," and "[DRUG] for Injection," defined as "dry solids that, upon the addition of suitable vehicles, yield solutions" meeting injection requirements, explicitly recognizing that dry and liquid forms converge on the same end use after constitution.[233] That baseline matters because if a ready-to-dilute ("RTD") liquid and a lyophilized powder version of the same active pharmaceutical ingredient ("API") are both available to satisfy the same clinical order (e.g., "administer bendamustine" or "administer ceftriaxone"), the purchaser's selection between these products becomes an economic choice among substitutes rather than a choice between different therapeutic categories.

Bendamustine regulatory and clinical records provide direct evidence of interchangeability, overlapping indications, comparable safety profiles, and manufacturer intent. FDA's clinical review for Bendeka® states, "[f]rom a clinical perspective [Bendeka®] should be granted approval for the following indications which are the same indications as the reference drug," and then identifies the CLL and B-cell NHL indications.[234] The FDA review further identifies the reference drug as Treanda® and explains that Treanda® was "manufactured as a lyophilized powder for injection," and expressly states that "both of the approved bendamustine hydrochloride formulations (lyophilized powder and injectable solution) have the same indications as those proposed for Bendeka."[235] This is direct regulatory confirmation that, at the indication level, bendamustine

---

[230] *United States v. E.I. du Pont de Nemours & Co.*, 351 U.S. 377 (1956).

[231] *Brown Shoe Co., Inc. v. United States*, 370 U.S. 294 (1962); Clayton Antitrust Act of 1914, 15 U.S.C. §§ 12-27.

[232] Compendial refers to standards, methods, and specifications for pharmaceutical raw materials and finished products outlined in official, recognized publications like the U.S. Pharmacopeia-National Formulary (USP/NF).

[233] https://www.usp.org/sites/default/files/usp/document/harmonization/gen-method/q08_pf_ira_33_2_2007_chapter_1.pdf.

[234] https://www.accessdata.fda.gov/drugsatfda_docs/nda/2015/208194Orig1s000MedR.pdf.

[235] https://www.accessdata.fda.gov/drugsatfda_docs/nda/2015/208194Orig1s000MedR.pdf.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

RTD and lyophilized formulations occupy the same therapeutic space and therefore can be demand substitutes for the same treatment decision.[236]

The FDA Bendeka® review also provides explicit support for a comparable safety/risk profile.  The FDA reviewer states that "the proportion of patients with adverse events and severity of adverse events in the bioequivalence study … were similar for Bendeka infusion over 10 minutes compared to Treanda infusion over 60 minutes," and further concludes that "it does not appear that the more rapid infusion of Bendeka compared to Treanda increases the risk or severity of adverse reactions for the intended populations."[237]  The FDA further states: "[o]verall, the risk benefit assessment favors the approval of the Bendeka formulation for the same indications as that of the Treanda formulation," while describing the principal differences as administration logistics (rapid infusion and device compatibility) rather than a new therapeutic purpose.[238]  In economic terms, this demonstrates competition within the market: two products address the same clinical need, have comparable risk profiles, and compete on convenience and handling attributes.

Peer-reviewed and clinical-trial materials reinforce the same "same space, comparable risks" conclusion and also provide direct evidence of Eagle's sponsorship and comparative intent.  The 2015 American Society of Hematology (ASH) Blood journal abstract titled "*Phase 1, Open-Label, Randomized, Bioequivalence Study of 2 Bendamustine Hydrochloride Formulations; A Ready-to-Dilute Low-Volume, Rapid Infusion Solution and a Lyophilized Powder Formulation*" states in its Introduction that the study "assessed the bioequivalence (BE) and safety of an investigational, ready-to-dilute … solution … and the approved bendamustine lyophilized powder formulation."[239] The abstract reports that "the overall safety profiles of [test and reference] were similar" and concludes that the "safety profile of the two drugs was comparable with no new safety signals."[240] Critically, the abstract identifies the "Sponsor: Eagle Pharmaceuticals, Inc." and discloses multiple author relationships with Eagle (research funding and employment), linking the comparative exercise to Eagle's strategy and interests.[241]

Furthermore, ClinicalTrials.gov corroborates this sponsorship and clarifies the 2013 study's purpose in plain terms: the record lists "Sponsor: Eagle Pharmaceuticals, Inc." and states the purpose is "to demonstrate that a new formulation … is bioequivalent (BE) (similar) to the commercially available product," and further describes the study as intended "to demonstrate the BE, and safety and tolerability profile of 2 formulations ... Eagle-BDM and Teva-BDM."[242]  These sources together provide direct evidence that Eagle itself sponsored and disseminated a head-to-head comparison between an RTD formulation and a lyophilized formulation, framed the products as addressing the same therapeutic use (bendamustine infusion), and

---

[236] https://www.accessdata.fda.gov/drugsatfda_docs/nda/2015/208194Orig1s000MedR.pdf; *United States v. E.I. du Pont de Nemours & Co.,* 351 U.S. 377 (1956).

[237] https://www.accessdata.fda.gov/drugsatfda_docs/nda/2015/208194Orig1s000MedR.pdf.

[238] https://www.accessdata.fda.gov/drugsatfda_docs/nda/2015/208194Orig1s000MedR.pdf.

[239] https://doi.org/10.1182/blood.V126.23.4857.4857.

[240] https://doi.org/10.1182/blood.V126.23.4857.4857.

[241] https://doi.org/10.1182/blood.V126.23.4857.4857.

[242] https://clinicaltrials.gov/study/NCT02162888; "Teva-BDM" represents Treanda®, which was the only commercially available bendamustine formulation from Teva in 2013.

**INTELLECTUAL CAPITAL EQUITY**

emphasized comparable safety and bioequivalence, consistent with Eagle viewing the products as alternatives rather than distinct product markets.

An academic abstract supports the same conclusion. The abstract of the 2017 Journal of Clinical Pharmacology paper titled "*Safety and Pharmacokinetics of Bendamustine Rapid-Infusion Formulation*", which is similarly sponsored by Eagle and has several co-authors with Eagle employment, states that "the overall safety profiles of the 2 BDM formulations were comparable, with no new safety signals identified and no differences in infusion-related adverse events," which directly supports a conclusion that the liquid and lyophilized formulations occupy the same clinical risk space and are competing products.[243]

### 7.3.2    Eagle Business Records



---

[243] https://doi.org/10.1002/jcph.942.

[244] Deposition of Alan Eagle, November 18, 2025, Exhibit 5 (EAGLEBEN-SA_00344611-762 at 629 – 630), p. 23.

[245] EAGLEBEN-SA_00344611-762 at 629 – 630.

[246] EAGLEBEN-SA_00344611-762 at 642.

[247] EAGLEBEN-SA_00344400-610 at 439 – 440; EAGLEBEN-SA_00344611-762 at 643.

[248] EAGLEBEN-SA_00344400-610 at 439, 443.

[249] Deposition of Alan Eagle, November 18, 2025, Exhibit 5 (EAGLEBEN-SA_00344611-762 at 643), p. 43.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

INTELLECTUAL CAPITAL EQUITY

leave the market altogether. . . .  Moreover, only by comparing the patented invention to its next-best available alternative(s) – regardless of whether the alternative(s) were actually produced and sold during the infringement – can the court discern the market value of the patent owner's exclusive right, and therefore his expected profit or reward, had the infringer's activities not prevented him from taking full economic advantage of this right.[390]





---

[390] *Grain Processing Corp. v. American Maize-Products Co.,* 185 F.3d 1341, 1350 – 1351 (Fed. Cir. 1999).

[391] https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2022/212209Orig1s000ltr.pdf; Appendix 4.2.

[392] Defendants' Fifth Supplemental Response to Interrogatories (No. 7), December 5, 2025, p. 14.

[393] Prior Approval Supplement (PAS) New Drug Application (NDA).

[394] Defendants' Fifth Supplemental Response to Interrogatories (No. 7), December 5, 2025, p. 15.

[395] Defendants' Fifth Supplemental Response to Interrogatories (No. 7), December 5, 2025, p. 36. ███████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████ t."

[396] Brandt Report, March 16, 2026, p. 26.

[397] Brandt Report, March 16, 2026, pp. 26 – 27.

[398] Brandt Report, March 16, 2026, pp. 26 – 27.

[399] Defendants' Fifth Supplemental Response to Interrogatories (No. 7), December 5, 2025, p. 37.

[400] Defendants' Response to Interrogatories (Nos. 10 – 12), February 5, 2026, p. 6.

[401] Defendants' Response to Interrogatories (Nos. 10 – 12), February 5, 2026, p. 6.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



██████████████████████████████████████████████████████████████
█████████████████

- ███████████████████████████████████
- ██████████████████████████
- ███████████████████████████████
- ████████████████████████████
- ██████████████████████████
- ████████████████████████████
- █████████████████████████████████
- ██████████████████████████████████

███████████████████████████████████████████████████████████████████████
██████████████ ███████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████████████
████████ ██████████████████████████████████████████████████████████████
████████████████████████████████

███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████ ████████████
███████████████████████████[406]

## 10.2    The Income Approach

The Income Approach provides a systematic framework for estimating an asset's price based on the value of the benefits derived from the use of that asset. As described in *Economic Damages in Intellectual Property*:

> The income approach is a method used to value intellectual property assets based on the present value of the future income stream generated by an asset. There are three major inputs to the income approach: (1) expected future cash flows from the asset; (2) economic life of the asset; and (3) business risk associated with the realization of the cash flow stream. The key goal is to

---

[402] Defendants' Response to Interrogatories (Nos. 10 – 12), February 5, 2026, pp. 5 – 6.

[403] Defendants' Fifth Supplemental Response to Interrogatories (No. 7), December 5, 2025, p. 37.

[404] Appendix 9.1; Defendants' Response to Interrogatories (Nos. 10 – 12), February 5, 2026, p. 6.

[405] Brandt Report, March 16, 2026, p. 26.

[406] Defendants' Response to Interrogatories (Nos. 10-12), February 5, 2026, p. 6.

█████████████████████████████████████

███████████████

**INTELLECTUAL CAPITAL EQUITY**

███████████████████████████████████████  ██████████████████████
████████████████████████████████████████████████████  ████████
████████████████████████████  ████████████████████████████████
██████████  ███████████████████████████████  █████████████████
███████████████████.

### 12.3.4  Dr. Vellturo Fails to Consider Price Elasticity of Demand

For the same reasons set forth in Sections 12.2.2 and 12.2.3 concerning lost profits from lost unit sales, Dr. Vellturo's ████████████████████████████████ renders his ██████████ analyses defective and unreliable.  ██████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ █████████████████.

██████████████████████████████████████████████████████████████ ████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ██████████████████████████████████████  ████████ ███████████████████████████  █████████████████████████████████████ ███████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ████████████████████████████████████ ███████████████████████  ████████████████████████████████ influence of price elasticity of demand, which renders his price erosion analyses defective and unreliable.

### 12.4    Dr. Vellturo's Opinions Re: The ████████████████ are Defective and Unreliable

██████████████████████████████████████████████

██████████████████████████████████████████████████████████████ ████████████████████████████████████████  █████ ████████████████ ██████████████████████████████████

---

[590] Vellturo Report, February 6, 2026, p. 64.

[591] Vellturo Report, February 6, 2026, Exhibit 18.

[592] Vellturo Report, February 6, 2026, p. 64.

[593] Appendix 7.2.

[594] Discussion with Dr. Michael L. Brandt, March 6, 2026.  Discussion with Mr. Josh Mathew, March 6, 2026.

[595] Vellturo Report, February 6, 2026, p. 65.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



INTELLECTUAL CAPITAL EQUITY

---

[596] EAGLEBEN-SA_00347447-500 at 477.

[597] EAGLEBEN-SA_00347447-500.

[598] EAGLEBEN-SA_00347447-500 at 477.

[599] EAGLEBEN-SA_00347447-500 at 477.

[600] EAGLEBEN-SA_00347447-500 at 477.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

INTELLECTUAL CAPITAL EQUITY



”610

601 EAGLEBEN-SA_00347447-500 at 478.

602 https://www.nasdaq.com/press-release/eagle-announces-update-delisting-nasdaq-and-sec-deregistration-2024-11-15.

603 https://www.nasdaq.com/press-release/eagle-announces-update-delisting-nasdaq-and-sec-deregistration-2024-11-15; https://listingcenter.nasdaq.com/rulebook/nasdaq/rules/nasdaq-5200-series.

604 https://www.nasdaq.com/press-release/eagle-announces-update-delisting-nasdaq-and-sec-deregistration-2024-11-15.

605 EAGLEBEN-SA_00346062-439 at 066.

606 EAGLEBEN-SA_00346062-439 at 078.

607 EAGLEBEN-SA_00346062-439 at 082; EAGLEBEN-SA_00347447-500 at 499.

608 EAGLEBEN-SA_00347447-500 at 478.

609 Deposition of Christopher Krawtschuk, December 5, 2025, p. 15.

610 Deposition of Christopher Krawtschuk, December 5, 2025, pp. 45 – 47.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**INTELLECTUAL CAPITAL EQUITY**

_____

611 Vellturo Report, February 6, 2026, p. 67.

612 Vellturo Report, February 6, 2026, p. 67.

613 Vellturo Report, February 6, 2026, p. 66.

614 Eagle Consolidated Financial Statements as of March 31, 2025, p. F-2; Vellturo Report, February 6, 2026, Exhibit 19.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



INTELLECTUAL CAPITAL EQUITY

**12.5    Dr. Vellturo Fails to Properly Evaluate Eagle License Agreements**

**12.5.1    Dr. Vellturo Fails to Apportion the** ████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

---

[615] $█████████████████████████████████

[616] Vellturo Report, February 6, 2026, Exhibit 19; Eagle Consolidated Financial Statements as of March 31, 2025, p. F-2.

[617] Eagle Consolidated Financial Statements as of March 31, 2025, p. F-2.

[618] Vellturo Report, February 6, 2026, p. 67.

[619] Vellturo Report, February 6, 2026, Exhibit 18.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

INTELLECTUAL CAPITAL EQUITY

**14    SIGNATURE**

Respectfully submitted,

_____                    March 16, 2026

James E. Malackowski                         _____

                                             Date

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY