# EXHIBIT D

# REDACTED
# PUBLIC VERSION



*Committed to making a difference in patients' lives.*

October 25, 2024

CDER Central Document Room:
FDA/Center for Drug Evaluation and Research (CDER)
Central Document Room (CDR)
5901-B Ammendale Road
Beltsville, MD 20705-1266

8 Cabot Road, Ste 2000, Woburn, MA 01801, USA • t 877.495.6858 • f 781.933.1682 • www.azurity.c

**Exhibit #**

**4**

2/20/2026- SY

Highly Confidential Information

SLAY-VIVMUS0013082

Re: NDA 212209, SN 0097



The following updated sections and/or documents are provided in this supplement submission to support the inclusion of additional formulation:



8 Cabot Road, Ste 2000, Woburn, MA 01801, USA ∗ t 877.495.6858 ∗ f 781.933.1682 ∗ www.azurity.com

Highly Confidential Information

SLAY-VIVMUS0013083

Re: NDA 212209, SN 0097

| Summary of the Changes and Documents | | |
|---|---|---|
| NDA Section | Document Submitted and Description of the Proposed Change(s) | Justification/Rationale for the Change(s) |
| | | |

8 Cabot Road, Ste 2000, Woburn, MA 01801, USA ∗ t 877.495.6858 ∗ f 781.933.1682 ∗ www.azurity.com

Highly Confidential Information                                                                                                    SLAY-VIVMUS0013084

Re: NDA 212209, SN 0097

| Summary of the Changes and Documents | | |
|---|---|---|
| NDA Section | Document Submitted and Description of the Proposed Change(s) | Justification/Rationale for the Change(s) |



8 Cabot Road, Ste 2000, Woburn, MA 01801, USA ◦ t 877.495.6858 ◦ f 781.933.1682 ◦ www.azurity.com

Highly Confidential Information                                                 SLAY-VIVMUS0013085

Re: NDA 212209, SN 0097

| Summary of the Changes and Documents | | |
|---|---|---|
| NDA Section | Document Submitted and Description of the Proposed Change(s) | Justification/Rationale for the Change(s) |



8 Cabot Road, Ste 2000, Woburn, MA 01801, USA ∘ t 877.495.6858 ∘ f 781.933.1632 ∘ www.azurity.com

Highly Confidential Information

SLAY-VIVMUS0013086

Re: NDA 212209, SN 0097



| Summary of the Changes and Documents | | |
|---|---|---|
| NDA Section | Document Submitted and Description of the Proposed Change(s) | Justification/Rationale for the Change(s) |

8 Cabot Road, Ste 2000, Woburn, MA 01801, USA • t 877.495.6858 • f 781.933.1682 • www.azurity.com

Highly Confidential Information

SLAY-VIVMUS0013087

Re: NDA 212209, SN 0097

| Summary of the Changes and Documents | | |
|---|---|---|
| NDA Section | Document Submitted and Description of the Proposed Change(s) | Justification/Rationale for the Change(s) |



8 Cabot Road, Ste 2000, Woburn, MA 01801, USA  ⋄  t 877.495.6858  ⋄  f 781.933.1632  ⋄  www.azurity.com

Highly Confidential Information

SLAY-VIVMUS0013088

Re: NDA 212209, SN 0097

| Summary of the Changes and Documents | | |
|---|---|---|
| NDA Section | Document Submitted and Description of the Proposed Change(s) | Justification/Rationale for the Change(s) |
| ███████ | ██████████████████████ | ██████████████ |

As per the *"Guidance for Industry: Changes to an Approved NDA or ANDA, Section V. Components and Composition', any changes in the qualitative or quantitative formulation, including inactive ingredients as provided in the approved application, are considered major changes requiring a prior approval supplement, unless exempted by regulation or guidance (§314.70(b)(2)(i))'.* ███████████ ████████████████████████████.

This submission is well organized, technically complete and is being provided as a complete electronic submission in accordance with current FDA guidance documents as noted below:

- ▪ "Providing Regulatory Submissions in Electronic Format - Certain Human Pharmaceutical Product Applications and Related Submissions using the eCTD Specifications (February 2020)"
- ▪ "Providing Regulatory Submissions in Electronic Format - General Considerations (January 1999)"



8 Cabot Road, Ste 2000, Woburn, MA 01801, USA ◦ t 877.495.6858 ◦ f 781.933.1682 ◦ www.azurity.com

Highly Confidential Information

SLAY-VIVMUS0013089

Re: NDA 212209, SN 0097

Should you have any questions concerning this submission, please contact Ravindhar Gonti, Associate Director, Regulatory Affairs by e-mail at primary e-mail: rasa@azurity.com or secondary e-mail: ravindhar.gonti@azurity.com. Alternately, you may contact Korie Osborn, Vice President, Regulatory Affairs by email at kosborn@azurity.com or phone at 816-679-3955.

Sincerely,

**Ravindh**   Digitally signed by
**ar Gonti**  Ravindhar Gonti
             Date: 2024.10.24
             20:28:48 +05'30'

Ravindhar Gonti
Associate Director, Regulatory Affairs



8 Cabot Road, Ste 2000, Woburn, MA 01801, USA ⬥ t 877.495.6858 ⬥ f 781.933.1682 ⬥ www.azurity.com

Highly Confidential Information                                                            SLAY-VIVMUS0013090