# EXHIBIT E

# REDACTED
# PUBLIC VERSION



**Planet Depos**
We Make It *Happen*™

**HIGHLY CONFIDENTIAL**

# Transcript of Harish Chinnari, Corporate Designee & Individually

**Date:** February 20, 2026
**Case:** Eagle Pharmaceuticals, Inc., et al. -v- Apotex/Slayback/Baxter Healthcare

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

HIGHLY CONFIDENTIAL

Transcript of Harish Chinnari, Corporate Designee & Individually   1 (1 to 4)
Conducted on February 20, 2026

**Page 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - x

EAGLE PHARMACEUTICALS, INC.    :

and EAGLE SUB1 LLC,            :

    Plaintiffs,         :

  v.                         : Civil Action No.

SLAYBACK PHARMA LLC and        : C.A. No. 24-65-JLH

AZURITY PHARMACEUTICALS, INC., :

    Defendants.         :

- - - - - - - - - - - - - - - - x

HIGHLY CONFIDENTIAL

Deposition of Slayback Pharma LLC and Azurity

Pharmaceuticals, Inc.

By and through its Designated Representative

HARISH CHINNARI

And in his Individual Capacity

Conducted virtually

Friday, February 20, 2026

8:04 a.m. India Standard Time (UTC+5:30)

Job No.:  620986
Pages:  1 - 122
Reported By:  M. Allred, RPR

**Page 2**

Deposition of HARISH CHINNARI, conducted virtually by videoconference.  All parties attended remotely.

Pursuant to notice, before M. Allred, Registered Professional Reporter.

**Page 3**

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFFS EAGLE

PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC:

  BRETT M. SANDFORD, ESQUIRE

  HANNA BONDAROWICZ, ESQUIRE  (Chicago)

  LATHAM & WATKINS LLP

  505 Montgomery Street, Suite 2000

  San Francisco, CA 94111

  Phone:  +1-415-391-0600

ON BEHALF OF THE DEFENDANTS SLAYBACK PHARMA LLC

AND AZURITY PHARMACEUTICALS, INC.:

  JASON A. LIEF, ESQUIRE

  WINDELS MARX LANE & MITTENDORF LLP

  156 West 56th Street

  New York, NY 10019

  Phone:  +1-212-237-1061

ALSO PRESENT:

  TREVOR PRICE, CLVS, Videographer

  SCOTT YUKEN, Technician

**Page 4**

C O N T E N T S

EXAMINATION OF HARISH CHINNARI                PAGE

  By Mr. Sandford                             6

E X H I B I T S

(Attached to the transcript.)

CHINNARI DEPOSITION EXHIBIT                    PAGE

Exhibit 1    Plaintiffs' Notice of           13

    Deposition of Harish Chinnari

Exhibit 2    SLAY-VIVMUS0013091              22

Exhibit 3    Defendants Slayback Pharma LLC  45

    and Azurity Pharmaceuticals

    Inc. Amended Response to

    Plaintiffs  Fifth Set of

    Individual Interrogatories

    (Nos. 10-12)

Exhibit 4    SLAY-VIVMUS0013082              62

Exhibit 5    SLAY-VIVMUS0123911              69

Exhibit 6    SLAY-VIVMUS0125205              70

Exhibit 7    SLAY-VIVMUS0152647             86

Exhibit 8    SLAY-VIVMUS0161184             93

Exhibit 9    SLAY-VIVMUS0153734            103

Exhibit 10   SLAY-VIVMUS0141789            118

Exhibit 11   SLAY-VIVMUS0126514            118

HIGHLY CONFIDENTIAL

Transcript of Harish Chinnari, Corporate Designee & Individually 19 (73 to 76)
Conducted on February 20, 2026



HIGHLY CONFIDENTIAL

Transcript of Harish Chinnari, Corporate Designee & Individually   20 (77 to 80)
Conducted on February 20, 2026

