# EXHIBIT H

# UNREDACTED PUBLIC VERSION

*HIGHLY CONFIDENTIAL*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., AND EAGLE SUB1 LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.<br><br>    Defendants. | C.A. No. 24-65-JLH<br><br>*HIGHLY CONFIDENTIAL* |

**REBUTTAL EXPERT REPORT OF DR. MICHAEL J. THIRMAN, M.D.**

*HIGHLY CONFIDENTIAL*

54.    Though I offer no opinions related to the asserted patents, I understand that the '214 and '248 patents generally relate to liquid bendamustine products containing bendamustine, a solvent, an antioxidant, and an specified impurity profile.

55.    I understand that Eagle asserts that its BELRAPZO® product and Teva's BENDEKA® product are commercial embodiments of the asserted patents.

56.    BELRAPZO® was first approved in 2018.[9]

**F.    Non-Bendamustine Treatment Options for NHL/CLL**

57.    Since the launch of TREANDA® in 2008, the treatment options for CLL and NHL have significantly increased. As a result of the increased treatment options, I do prescribe bendamustine less than I used to. In particular, bendamustine has decreased in use for CLL patients. But, bendamustine is still commonly used for NHL patients. In recent years, bendamustine is almost always concomitantly prescribed with a CD-20 antibody. Likewise, in recent years, I do not recall having prescribed bendamustine as a single-agent therapy.

58.    There are currently dozens of non-bendamustine treatment options for CLL and NHL that have been reviewed and endorsed by the NCCN guidelines. Many of the treatment options are combinations of products. As an oncologist, I consider each of these options when developing a treatment plan for an individual patient which may or may not include a bendamustine product. For example, for first-line therapies for CLL, NCCN recommends the following regimens:[10]

---

[9] https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2018/205580s000ltr.pdf (Original Approval May 15, 2018)

[10] EAGLEBEN-SA_00361180 at 208 (CLL/SLL guidelines).

*HIGHLY CONFIDENTIAL*

Date: March 16, 2026

Dr. Michael J. Thirman