# EXHIBIT M

# REDACTED
# PUBLIC VERSION



## Planet Depos
We Make It *Happen*™

# HIGHLY CONFIDENTIAL

# Transcript of Christopher Krawtschuk, Corporate Designee

**Date:** December 5, 2025
**Case:** Eagle Pharmaceuticals, Inc., et al. -v- Apotex/Slayback/Baxter Healthcare

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

-------------------------------x

EAGLE PHARMACEUTICALS, INC.,    :

                Plaintiff,    : C.A. No. 24-64-JLH

     v.    :

APOTEX INC., AND APOTEX CORP., :

             Defendants.    :

-------------------------------x

EAGLE PHARMACEUTICALS, INC.,    :

                Plaintiff,    : C.A. No. 24-65-JLH

     v.    :

SLAYBACK PHARMA LLC and    :

AZURITY PHARMACEUTICALS, INC., :

             Defendants.    :

-------------------------------x

(caption continued on next page)


** HIGHLY CONFIDENTIAL **

VIDEOTAPED DEPOSITION OF EAGLE PHARMACEUTICALS, INC.

By and Through Its Corporate Representative

CHRISTOPHER KRAWTSCHUK

New York, New York

Fiday, December 5, 2025

9:03 a.m. EST

HIGHLY CONFIDENTIAL
Transcript of Christopher Krawtschuk, Corporate Designee
Conducted on December 5, 2025                    2

```
------------------------------x

EAGLE PHARMACEUTICALS, INC.,   :

              Plaintiff,       : C.A. No. 24-66-JLH

    v.                         :

BAXTER HEALTHCARE CORPORATION, :

              Defendant.       :

------------------------------x
```

Job No.:  611124

Pages: 1 - 160

Reported by:  Monique Vouthouris, CCR, RPR, CRR

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF EAGLE PHARMACEUTICALS, INC., by and through its corporate representative CHRISTOPHER KRAWTSCHUK, held at the offices of:

LATHAM & WATKINS LLP

1271 Avenue of the Americas

New York, New York 10020

212.906.10020

Pursuant to notice, before Monique Vouthouris, Certified Court Reporter, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public in and for the States of New York and New Jersey.

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF EAGLE PHARMACEUTICALS,

INC. AND THE WITNESS, CHRISTOPHER KRAWTSCHUK:

    RAMYA SRI VALLABHANENI, ESQ.

    LATHAM & WATKINS LLP

    1271 Avenue of the Americas

    New York, New York  10020

    212.906.10020


ON BEHALF OF DEFENDANT BAXTER HEALTHCARE

CORPORATION:

    MARTIN J. BLACK, ESQ.

    DECHERT LLP

    Cira Centre, 2929 Arch Street

    Philadelphia, Pennsylvania  19104-2808

    215.994.4000


ON BEHALF OF DEFENDANTS APOTEX INC.

AND APOTEX CORP.:

    CHRISTOPHER B. FERENC, ESQ. (via Zoom)

    KATTEN MUCHIN ROSENMAN LLP

    1919 Pennsylvania Ave., N.W.

    Suite 800

    Washington, D.C.  20006-3404

    202.625.3500

HIGHLY CONFIDENTIAL

Transcript of Christopher Krawtschuk, Corporate Designee
Conducted on December 5, 2025                    5

A P P E A R A N C E S   C O N T I N U E D


ON BEHALF OF DEFENDANT AZURITY

PHARMACEUTICALS, INC.:

     CONSTANCE S. HUTTNER, ESQ. (via Zoom)

     WINDELS MARX

     One Giralda Farms

     Madison, New Jersey  07940

     973.966.3200




ALSO PRESENT:

     ELIZABETH GONZALEZ,

     Planet Depos Videographer

HIGHLY CONFIDENTIAL
Transcript of Christopher Krawtschuk, Corporate Designee
Conducted on December 5, 2025                        6

C O N T E N T S

EXAMINATION OF CHRISTOPHER KRAWTSCHUK                PAGE

  By Mr. Black                                       12

  By Mr. Ferenc                                     128

  By Ms. Huttner                                    145

E X H I B I T S

(Attached to transcript.)

KRAWTSCHUK DEPOSITION EXHIBITS                       PAGE

 Exhibit 1    Eagle Pharmaceuticals, Inc. Audited    20
              Consolidated Financial Statements
              for the years ended December 31,
              2024 and 2023, EAGLEBEN-SA_00347447
              - 00347500.

 Exhibit 2    ████████████████████████████  ██

              ████████████████████████████████

              ██████████████████████████

              ██████.

 Exhibit 3    ██████████████████████████  ██

              ███████████████████████████████.

E X H I B I T S   C O N T I N U E D

(Attached to transcript.)

KRAWTSCHUK DEPOSITION EXHIBITS                        PAGE

Exhibit 4    Defendants Apotex, Inc., Apotex        49

Corp., Slayback Pharma LLC, and

Baxter Healthcare Corp.'s Notice of

Rule 30(b)(6) Deposition of

Plaintiff Eagle Pharmaceuticals,

Inc.

Exhibit 5    Excerpts from spreadsheet produced     57

as EAGLEBEN-SA_00353678.

Exhibit 6    Spreadsheet, EAGLEBEN-SA_00002634.     92

Exhibit 7    Excerpts from spreadsheet Inventory    94

Transactions, EAGLEBEN-SA_00002634.

Exhibit 8    ███████████████████████ █

████████████████████

█████████████

EAGLEBEN-SA_00344611 - 00344762.

Exhibit 9    █████████████████████████

███████████████████

████████████████████

████    EAGLEBEN-CELERITY00069665 -

00069765.



E X H I B I T S   C O N T I N U E D

(Attached to transcript.)

KRAWTSCHUK DEPOSITION EXHIBITS                    PAGE

Exhibit 10

EAGLEBEN-SA_00347200 - 00347235.

Exhibit 11

EAGLEBEN-CELERITY-00269656 -

00269658.

Exhibit 12

EAGLEBEN-SA_00351791.

Exhibit 13

EAGLEBEN-SA_00344370 - 00344387.

Exhibit 14

EAGLEBEN-SA_00351773.



EXHIBITS CONTINUED

(Attached to transcript.)

KRAWTSCHUK DEPOSITION EXHIBITS                    PAGE

Exhibit 15 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇

EAGLEBEN-SA_00352183 - 00352187,

Exhibit 16 ▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇ EAGLEBEN-SA_00347509

- 00347510.

Exhibit 17 ▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇ EAGLEBEN-SA_00345611 -

00345953.

                    * * * * *

HIGHLY CONFIDENTIAL
Transcript of Christopher Krawtschuk, Corporate Designee
Conducted on December 5, 2025                10

P R O C E E D I N G S

THE VIDEOGRAPHER:  Here begins Media Number 1 in the videotaped deposition of Christopher Krawtschuk in the matter of Eagle Pharmaceuticals, Inc. versus Apotex, Inc., Case Number C.A. No. 24-64, Eagle Pharmaceuticals, Inc. versus Slayback Pharma, Case Number C.A. 24-65, Eagle Pharmaceuticals, Inc. versus Baxter Healthcare Corporation, Case Number C.A. 24-66, in the United States District Court for the District of Delaware.

Today's date is December 5, 2025.  The time on the monitor is 9:04 a.m.  The videographer today is Elizabeth Gonzalez representing Planet Depos.  This deposition is taking place at 1271 6th Avenue, New York, New York.

Will counsel please voice-identify themselves and state whom they represent.

MR. BLACK:  Martin Black from Dechert LLP here for Baxter.

MR. FERENC:  Christopher Ferenc from Katten Muchin Rosenman on behalf of the Apotex defendants.

MS. HUTTNER:  Constance Huttner, Windels Marx, on behalf of the Azurity defendants.

MS. VALLABHANENI:  Ramya Vallabhaneni on

09:03:40
09:03:40
09:03:52
09:03:56
09:04:00
09:04:07
09:04:11
09:04:17
09:04:22
09:04:26
09:04:28
09:04:32
09:04:37
09:04:41
09:04:45
09:04:46
09:04:49
09:04:51
09:04:55
09:04:57
09:05:01
09:05:01
09:05:03
09:05:03

HIGHLY CONFIDENTIAL

Transcript of Christopher Krawtschuk, Corporate Designee
Conducted on December 5, 2025                    11

behalf of Latham & Watkins for plaintiffs.

THE VIDEOGRAPHER: The court reporter today is Monique Vouthouris, representing Planet Depos.

The witness will now be sworn.

CHRISTOPHER KRAWTSCHUK, being first duly sworn or affirmed by the Notary, testifies as follows:

MR. BLACK: Okay. Now that we got that out of the way, we've got to fix this echo. Could those on Zoom mute their microphones? Maybe that -- maybe that would solve the problem.

MR. FERENC: Marty, we're not hearing an echo over here, but --

MR. BLACK: Yeah, that's why we're hearing it here, and I'm wondering whether it's actually coming from your side.

MR. FERENC: It might be --

THE TECHNICIAN: Counsel, we were all muted when the echo happened.

MR. BLACK: Okay. So it's not you. All right. Did it stop? No, I can't take it --

THE TECHNICIAN: You may need a speaker from the laptop that we are on.

MR. BLACK: Yeah. You have to turn off the microphone in the laptop.

THE WITNESS:  Can you hear us okay?  Still there?                                                   09:06:34 / 09:06:36

THE TECHNICIAN:  We can hear you fine.  I think you're going to need to turn the volume down on the speaker on the laptop to avoid the echo there.   09:06:37 / 09:06:38 / 09:06:42

MR. BLACK:  It has to be disabled.                 09:06:47

THE VIDEOGRAPHER:  What about now?                 09:06:59

MR. BLACK:  Testing.  Testing.  That's better.                                                     09:07:01 / 09:07:04

THE WITNESS:  Can you hear us okay?  We can't hear them.                                            09:07:04 / 09:07:07

MS. VALLABHANENI:  Do you want to go off record for a little bit until we fix this?      09:07:09 / 09:07:10

THE VIDEOGRAPHER:  We are going off the record.  The time is 9:07 a.m.                    09:07:14 / 09:07:15

(Brief recess.)                                    09:07:18

THE VIDEOGRAPHER:  We're back on the record. The time is 9:07 a.m.                        09:07:57 / 09:07:58

                    EXAMINATION                     09:08:02

BY MR. BLACK:                                       09:08:03

     Q    Okay.  Good morning, sir.  How are you?   09:08:03

     A    Good, thank you.                          09:08:05

     Q    Have you been deposed before?             09:08:06

     A    I have.                                    09:08:08

     Q    On how many occasions?                     09:08:09

A    A few.

Q    Okay.  So I'll skip the long description of the rules of depositions and just give you a few reminders.

One is that you have to answer the questions verbally.  If you shake your head, nod your head, the court reporter can't take that down.

Do you understand that?

A    Understood.

Q    Second, if I ask a question which is unclear, which lawyers do from time to time, you just stop me and ask for a clarification.  All right?

A    Understood.

Q    And if you need to take a break at any time, you tell us and we can go off the record.  It's not a -- it's not a physical test of wills.  Okay?

A    Thank you.

Q    All right.  Great.

Could you give us a little bit about your background, tell us about your educational background and your work history?

A    Sure.  So I'm a CPA.  I went -- I have my BA -- BS at William Paterson University.  And I started with PricewaterhouseCoopers in 2001 in their audit practice, spent about seven years in their audit

practice, moved over to their transaction business called Capital Markets and Accounting Advisory.

After I spent about 15 years total at the firm, I left as a managing director. One of my largest clients had asked me to work there, which was Pfizer. I moved over to Pfizer, spent about two years at Pfizer.

And then after that I moved over to a small company that was being spun out of Unilever and helped them set their operations, their financial operations up.

And then I went over to MorphoSys, which was a German-based company, R&D company, and I was employed to set up their operations. Hired 118 people in about 18 months, launched their first product in diffuse large B-cell lymphoma.

Then after that I went over to a company called Jubilant and I was their global pharmaceutical CFO. And after Jubilant I went to Bluebird and I was Bluebird's CFO.

And now I'm at Eagle and I'm an Eagle Pharmaceuticals CFO.

Q   Okay. And the name of the Unilever spinout was what?

A   Upfield Foods.

Q    And when did you join Eagle?

A    November of 2024.

Q    And your title is?

A    Chief financial officer.

Q    Tell us about how you came to work at Eagle.

A    I came to work at Eagle I would say after being recruited several times from some of the board members at Eagle.  I have quite a bit of experience on helping companies stand up their organizations, fix their organizations, or emerge from a stressful situation, and that's how I joined the company.

Q    Who were the board members who recruited you?

A    Steve Ratoff, Mike Graves, who's the interim CEO.

Q    Was Scott Tarriff gone at that point?

A    He was gone.

Q    Have you ever met Scott Tarriff?

A    Never.

Q    And what did you understand your job to be?

A    Job one was to correct the financial statement issues.

Q    And that's because the 2023 and 2024 financial statements had errors in them?

A    2024 --

MS. VALLABHANENI:  Objection.  Form.

Wait a second.  Go ahead.

THE COURT REPORTER:  We're overlapping.

There were additional errors found that --

Q

A [REDACTED]    09:13:25

MS. VALLABHANENI:  Before you answer, I'm just going to caution you not to reveal the substance of any privileged conversations you may have had on this issue.  Okay.  Go ahead.    09:13:26 09:13:27 09:13:30 09:13:33

A [REDACTED]    09:13:34 09:13:37 09:13:41 09:13:41

[REDACTED]    09:13:41

[REDACTED]    09:13:41

[REDACTED]    09:13:55

[REDACTED]    09:14:00

MS. VALLABHANENI:  Same caution.    09:14:02

A [REDACTED]    09:14:05 09:14:09

Q [REDACTED]    09:14:11

MS. VALLABHANENI:  Same caution.    09:14:13

A [REDACTED]    09:14:15 09:14:18 09:14:21 09:14:24

[REDACTED]    09:14:27

[REDACTED]    09:14:30

[REDACTED]    09:14:32

MS. VALLABHANENI:  Objection.  Outside the scope.  Same caution.

A

MS. VALLABHANENI:  Same objections.  Same caution.

MR. BLACK:  What's the objection?

MS. VALLABHANENI:  Outside the scope.

MR. BLACK:  You have taken the position in this case that the ▮▮▮▮▮▮▮ and the ▮▮▮▮▮▮ is somehow relevant to your damages, so I'm entitled to inquire.

MS. VALLABHANENI:  You're not asking --

MR. BLACK:  You are -- you are entitled to object to form and that's it.  You're in Delaware. You're not entitled to make speaking objections. You're not entitled to coach the witness.  We're not going to spend the day this way.  Okay?

MS. VALLABHANENI:  I'm going to make an

HIGHLY CONFIDENTIAL
Transcript of Christopher Krawtschuk, Corporate Designee
Conducted on December 5, 2025                    19

objection.  We have our objections and our responses

to your 30(b)(6) topics.  He's not supposed to be

talking about █████████████████████████████████

████████████████████████.

          MR. BLACK:  If I ask him about ████████ and

he has knowledge about it, he's sitting here at the

deposition, he's required to answer.

          MS. VALLABHANENI:  And I'm entitled to make

an objection that it's outside the scope.  That's not

against any Delaware rule.  You can send me the rule,

I'll take a look at it.

          MR. BLACK:  You should -- you should check

the rules.  I'm allowed to ask him these questions.

Outside the scope is not an appropriate deposition

objection.

BY MR. BLACK:

     Q   █████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████

     ██ ███████████████████████████████████████████

██████████████████████

     ██ ████████████████████████████

     ██ █████████████████████████████

     ██ ██████████████████████████████████

     ████████████

HIGHLY CONFIDENTIAL

Transcript of Christopher Krawtschuk, Corporate Designee
Conducted on December 5, 2025                    20

MS. VALLABHANENI:  Same objection.

And I caution you not to reveal any privileged information.

A   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

MR. BLACK:  All right.  Let's mark as Exhibit 1 a document entitled "Audited Consolidated Financial Statements For the Years Ended December 31, 2024 and 2023."  It's been Bates numbered EAGLEBEN-SA_347447.

(Krawtschuk Exhibit 1 marked for identification.)

A   Okay.  Where would you like me to go, Marty?

Q   I think you're correct, footnote 2 is where we should start.

A   Okay.

Q   You're familiar with this document?

A   I am.

HIGHLY CONFIDENTIAL

Transcript of Christopher Krawtschuk, Corporate Designee
Conducted on December 5, 2025                    21

Q    And is this the restated financial statements that you were brought in, in part, to help prepare?    09:18:44 09:18:50 09:18:55

A    That's correct, footnote 3.    09:18:55

Q    And did you supervise the work that went into this?    09:18:57 09:19:01

A    I did.    09:19:01

Q    Who did you retain to do that work?  An outside -- there was an outside firm that was involved in preparing this?    09:19:03 09:19:06 09:19:07

A    No.  I effectively -- so we had consultants at PwC that helped us sporadically throughout the engagement on discrete accounting matters.    09:19:09 09:19:16 09:19:20

████████████████████████    09:19:23
██████████████████████    09:19:27
███    09:19:30
█ ████████████████████    09:19:31
████████████████████    09:19:36
█ ██████████████████    09:19:38
██████████████████    09:19:41
████████████████    09:19:45

Q    Okay.  So this report was not prepared by --    09:19:47

A    No.  This report was prepared by Eagle and Eagle's employees and it was audited by BDO.    09:19:50 09:19:52

Q    I see.  So the work in the report was    09:19:57

prepared by Eagle and then BDO audited that work?

A    That's correct.

Q    Do you recall whether BDO made any changes to the document as it was being created?

A    Of course.

Q    Do you recall what those changes were?

A    No.  There were many changes.  It is a fluid process between an auditor and the preparer.

Q    The footnote 3 is titled "Restatement of Previously Issued Consolidated Financial Statements," correct?

A    Correct.

Q    And the revenue recognition issue is identified as the first item in the footnote, it says "Revenue Recognition Adjustments - Product Sales, Net - Pemfexy," correct?

A    Correct.

Q    And what the report states is that "The company concluded that revenue previously recognized related to a single sale of Pemfexy in the second quarter of 2022 did not meet certain criteria of FASB ASC 606 - Revenue from Contracts with Customers, when originally recorded.  The company previously recognized revenue upon delivery to a wholesale customer but it was subsequently determined that

HIGHLY CONFIDENTIAL
Transcript of Christopher Krawtschuk, Corporate Designee
Conducted on December 5, 2025             23

revenue from this transaction should be deferred and

recognized in later periods to the extent certain

criteria have been achieved.  As a result, net product

sales were overstated in consolidated financial

statements, for the year ended December 31, 2022,"

correct?

     A     That's exactly what it says.

     Q     ████████████████████████████

████████████████████████████

██████

     A     ███████████

          MS. VALLABHANENI:  Objection to form.

     Q     █████████████████████

          MS. VALLABHANENI:  Objection.  Form.

     A     ██████████████████████

████████████████████████

██████████████████████████

████████████████████████████

█████████

     █     ████████████████

     █     █████████████████

     █     ████████████████████████

███████████

          MS. VALLABHANENI:  Objection.  Form.

          Again, I caution you --

HIGHLY CONFIDENTIAL

Transcript of Christopher Krawtschuk, Corporate Designee

Conducted on December 5, 2025                     24

Q    ███████████████████████████                09:22:48

████████████████████████████████████            09:22:51

█████████████                                    09:22:54

MS. VALLABHANENI:  Hold on, Chris.               09:22:54

Objection.  Form.  Outside the scope.            09:22:57

A    ███████████████████████████████            09:22:58

██████████████████████████████████              09:23:03

██████████████████████████████████              09:23:07

████████████████████████████                    09:23:12

████████████████████████████████                09:23:14

██████████████████████████████████              09:23:16

████████████████████████████                    09:23:19

██████████                                       09:23:22

█  ███████████████████████                       09:23:24

MS. VALLABHANENI:  Same objection.  Asked        09:23:28

and answered --                                  09:23:28

A    I've said it --                             09:23:28

MS. VALLABHANENI:  Hold on.  Let me make my      09:23:28

objection and then answer.  Go ahead.            09:23:31

Q    ████████████████████████                    09:23:31

████████████████████████████████████            09:23:35

████████████████████████████████████            09:23:41

█████████████████████████                        09:23:43

█  ███████████████████████████                   09:23:45

████████████████████████████████████            09:23:49

HIGHLY CONFIDENTIAL

Transcript of Christopher Krawtschuk, Corporate Designee

Conducted on December 5, 2025                    25

MS. VALLABHANENI:  You can answer if you know the answer.

A    I don't know if that document has been produced.

MR. BLACK:  Do you know whether the document has been produced?

MS. VALLABHANENI:  I don't know.  I can take a look.

MR. BLACK:  Okay.  We insist on the production of the document and I'd like to have it over the lunch break so we can finish this witness' deposition on the topic.

MS. VALLABHANENI:  We can take a look.

BY MR. BLACK:

Q

A    I'm sorry, Marty --

MS. VALLABHANENI:  Form objection.  Outside

HIGHLY CONFIDENTIAL
Transcript of Christopher Krawtschuk, Corporate Designee
Conducted on December 5, 2025                              26

the scope.

        Go ahead.

    Q    ███████████████████████

    A    ███████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

████████████████████████

        █████████████████████████

███████████████████████████████

███████████████████████████

    Q    With respect here, with respect, sir, you're
here to answer the questions.

    A    Yeah.

    Q    Your lawyer has certain limited ability to
make objections.  You do not.

    A    Yeah, that's fine.

    Q    ████████████████████████████

████████████████

        MS. VALLABHANENI:  Hold on.  I'm going to
caution you not to reveal any substance of
communications.  If this is privileged material, if
████████████████████, I instruct you not to
answer the question.

        MR. BLACK:  Okay.  Those -- those are

different things.  So privilege means -- it's not a

privileged communication, it's a fact, he either knows

or he doesn't whether ████████████████████

██████████████████████████████.

　　　　MS. VALLABHANENI:  Same caution.  Go ahead.

BY MR. BLACK:

　　　Q　　████████████

　　　　██████████████████

　　　　███████████████████████

　　　　████████████

　　　　███████████████████

　　　　MS. VALLABHANENI:  Same caution.

　　　A　　██████████████████

████████

　　　　████████████████

████████████████████████████

██████████████

　　　　MS. VALLABHANENI:  Objection.  Form.

Outside the scope.  Asked and answered.

　　　A　　██████████████████

　　　　████████████████████

████████████████████████

██████████████████████

████████████████████████

██████████████████████

probably move on.                                          09:26:47

      MS. VALLABHANENI:  Same objections.      09:26:48

A                                                          09:26:50

<span></span> 09:26:52

<span></span> 09:26:56

<span></span> 09:26:59

<span></span> 09:27:01

<span></span> 09:27:05

<span></span> 09:27:10

<span></span> 09:27:14

<span></span> 09:27:17

<span></span> 09:27:20

<span></span> 09:27:23

<span></span> 09:27:28

<span></span> 09:27:29

<span></span> 09:27:31

<span></span> 09:27:34

<span></span> 09:27:37

<span></span> 09:27:41

<span></span> 09:27:43

<span></span> 09:27:45

<span></span> 09:27:47

<span></span> 09:27:51

<span></span> 09:27:54

      MS. VALLABHANENI:  Objection.  Form.      09:27:56

Outside the scope.

A    ███████████████████████

███████████████████████████

███████████████████████████

████

█    █████████████████

MS. VALLABHANENI:  Same objections.

You can answer if you know.

A    ███████████████████████

█████████████████████████

█████████████████████████

█████████████████████████

█████████████████████████

████████████

████████████████████████

█████████████████████████

█████████████████████████

█████████████████████████

████████████████████████████

██████████████

█    ████████████████████

█████████████████████████

████████████████████

MS. VALLABHANENI:  Objection to form.

A    ███████████████████

HIGHLY CONFIDENTIAL
Transcript of Christopher Krawtschuk, Corporate Designee
Conducted on December 5, 2025                30

MS. VALLABHANENI:  Objection.

Q

MS. VALLABHANENI:  Objection.  Form.

A

THE COURT REPORTER:  I'm sorry, you're overlapping on each other.

THE WITNESS:  Sorry.

MR. BLACK:  Okay.

THE COURT REPORTER:  "When it comes back you compare it to"?

A ███████████████████████████          09:29:59

████████████████████████████          09:30:03

███████████████████████               09:30:05

█ ████████████████████████            09:30:07

███████████████████████████          09:30:09

█ ███████████████████                 09:30:13

█ ████████████████████                09:30:15

████████████████████████████          09:30:19

████████████████████████████          09:30:22

████████████████████████████          09:30:26

████████████████                      09:30:32

MS. VALLABHANENI:  Objection.  Form.    09:30:32

Outside the scope.                     09:30:33

Q ████                                 09:30:36

█ █████████████████                    09:30:36

█ █████████████████                    09:30:38

█ ███                                  09:30:42

█ ███████████████████████             09:30:42

██████████████                         09:30:49

█ ████████████                         09:30:51

█ █████████████████                    09:30:53

████████████████████████████          09:30:57

MS. VALLABHANENI:  Objection.  Form.

Q    In footnote 13 there's a note about the company's debt.  Do you see that?

A    I see footnote 13.

Q    And that describes a credit agreement with JPMorgan Chase and various amendments to the credit agreement, right?

A    Correct.

Q    

MS. VALLABHANENI:  Objection.  Form. Outside the scope.

A    

MS. VALLABHANENI:  Same objections.

A

HIGHLY CONFIDENTIAL
Transcript of Christopher Krawtschuk, Corporate Designee
Conducted on December 5, 2025                    33

MS. VALLABHANENI:  Same objections.

A

MS. VALLABHANENI:  Objection.  Form.
Outside the scope.

A

HIGHLY CONFIDENTIAL
Transcript of Christopher Krawtschuk, Corporate Designee
Conducted on December 5, 2025                    34

██                                                      09:34:32

            MS. VALLABHANENI:   Same objections.       09:34:32

     A    Eventually.                                  09:34:34

     Q    ████████████████████████                     09:34:36

     █    █████████████████████████████                09:34:38

██████████████████████████████████████                09:34:43

████████████████████████████████████████              09:34:46

██████████████████████████████████████████            09:34:52

██████████████████████████████████████████            09:34:57

███████████████████████████████████                   09:35:04

████████████████████████                               09:35:07

        ██████████████████████                         09:35:09

█████████████████████████████                          09:35:11

███████████████████████████████████████               09:35:13

███████████████████████████████████████████           09:35:19

█████████████                                          09:35:28

     █    █████████████████████████████                09:35:31

███████████████████████████                            09:35:34

     █    ██████████████████████████████               09:35:40

██████████████████████████████                         09:35:46

█████████████████████████████████████████             09:35:49

█████████████████████████████████████                 09:35:58

████████████████████████████████████████████          09:36:03

████████████████████████████████████████              09:36:07

████████████                                           09:36:10

HIGHLY CONFIDENTIAL

Transcript of Christopher Krawtschuk, Corporate Designee
Conducted on December 5, 2025

35

Q

MS. VALLABHANENI:  Objection.  Form.
Outside the scope.

A

HIGHLY CONFIDENTIAL
Transcript of Christopher Krawtschuk, Corporate Designee
Conducted on December 5, 2025                                    36

A     ███████████████

█  ████████████████████████████

█  ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████

█  ████████████████████████████████

████████████████████████████

█  ████████████████████████████████

██████████████████████████████████████

█████████████████

█  █████████████████████████

█  ████████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████████████████

████████████████████████████████████████

██████████████████████████████

█  ████████████████████████████

████████████████████████████████

████████████████████████████████████

█████████████████

█  ████████████████████████████

██████████████████████████████████

HIGHLY CONFIDENTIAL
Transcript of Christopher Krawtschuk, Corporate Designee
Conducted on December 5, 2025                    37



                    MS. VALLABHANENI:    Objection.    Form.

        Q

HIGHLY CONFIDENTIAL
Transcript of Christopher Krawtschuk, Corporate Designee
Conducted on December 5, 2025                    38

MS. VALLABHANENI:  Objection.  Form.

Go ahead.

A

MS. VALLABHANENI:  Objection.  Form.

A

███████████████████████████████████

████████████

MS. VALLABHANENI:  I'm going to caution you not to reveal the substance of any privileged communications.  Go ahead.

MR. BLACK:  How can that possibly be privileged?  I'm asking about a question about what he proposed with ████████

MS. VALLABHANENI:  I just cautioned him.  I said he can answer if he wants.  I'm allowed to caution him if there were counsel present at those meetings.

MR. BLACK:  Either object attorney-client privilege or not.

BY MR. BLACK:

Q   ████████████████████████████
████████████████████████████████
████████████████████████████████
█████████████████████████████
█ ████████████████████████████
█ ████████

MS. VALLABHANENI:  Same caution.  Go ahead.

A   ████████████████████████████
████████████████████████████████
████████████