**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, | |
| Plaintiffs, | |
| v. | C.A. No. 24-65-JLH |
| SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC., | **REDACTED PUBLIC VERSION** |
| Defendants. | |

**DEFENDANTS SLAYBACK PHARMA LLC AND AZURITY
PHARMACEUTICALS, INC'S
RESPONSE TO PLAINTIFFS' CONCISE STATEMENT OF FACTS (D.I. 386)
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OF
<u>INFRINGEMENT (D.I. 363)</u>**

*Of Counsel:*

Jason A. Lief
Alan H. Pollack
Daniel E. Forchheimer
Robyn Ast-Gmoser
Audrey R. Sparschu

**WINDELS MARX LANE &
MITTENDORF LLC**
1 Giralda Farms
Madison, NJ 07940
(973) 966-3200

156 West 56th Street
New York, NY 10019
(212) 237-1000

jlief@windelsmarx.com
apollack@windelsmarx.com
dforchheimer@windelsmarx.com
rast-gmoser@windelsmarx.com
asparschu@windelsmarx.com

July 1, 2026

**SMITH KATZENSTEIN & JENKINS LLP**

Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Slayback Pharma LLC
and Azurity Pharmaceuticals, Inc.*

Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.'s (collectively "Slayback") herein respond to each of Plaintiffs' "Concise Statements of Facts" (D.I. 386, "SOF") in support of Plaintiffs' summary judgment motion for infringement (D.I. 363, 364).

1.   **Disputed as Incomplete and Misleading**.  (Ex. 9, Sinko Rep. at ¶¶ 73-77; Ex. 10, at SLAY-VIVMUS0000698-99).[1]

2.   **Disputed as Incomplete and Misleading**. Slayback admits only that each of the ingredients that Plaintiffs list is present in the Slayback NDA Product (Vivimusta®) and that the Product is ███████████████████████████████████████████████ (Ex. 9, Sinko Rep. at ¶¶ 73-77; Ex. 10, at SLAY-VIVMUS0000698-99; *see also* Plaintiffs' SOF 10 and 20).

3.   **Admitted**.

4.   **Admitted**.

5.   **Disputed**. ████████████████████████████████████████████████ (Ex. 53, at SLAY-VIVMUS0013189-90).

6.   **Disputed as Misleading**. Slayback admits only that the Slayback NDA Product (Vivimusta®) contains PEG, and PEG does play a role as a co-solvent. It is disputed that PEG is

---

[1]   All citations to Exhibits refer to the Exhibits attached to the Declaration of Jason A. Lief.

"the" solvent or that there are no other solvents or co-solvents. ██████████████████

██████████████████████████████████████  ████████████████████████████████████████

████████████

7.      **Disputed as Presenting a Mixed Question of Law and Fact and as Irrelevant**.

Slayback admits only that the five listed fluids in "SOF 7" can dissolve some amount of

bendamustine hydrochloride.  However, the definition of "solvent" would be a question of law if

Plaintiffs' construction of "fluid means solvent" were to be adopted.  Unanswered questions

about the meaning of "solvent" include:  Must a particular ingredient dissolve all of the

bendamustine present in the product on its own to be considered a solvent?  Can something be a

solvent if it only dissolves some of the bendamustine? ███████████████████████████

████████████████████████████████████████ Must a solvent also dissolve in

whole, or part, the excipients?  And, what makes an ingredient a "co-solvent" or a participant in

a "solvent system"?

Beyond those legal questions, the statement is also irrelevant because it refers to

"bendamustine," but the Slayback NDA Product (Vivimusta®) contains bendamustine

hydrochloride which will have different levels of solubility or insolubility in the various fluids.

8.      **Disputed as Misleading**.  Slayback admits only that the Slayback NDA Product

contains ethanol and that ethanol does play a role as a co-solvent.  It is disputed that ethanol is

"the" co-solvent or that there are no other solvents or co-solvents. ████████████████

███████████████████████████████████████  ███████████████████████████████████

███████████████████

9.      **Disputed as Incomplete**.  Slayback admits only that its Vivimusta® Product is

provided as a 100 mg of ***bendamustine hydrochloride*** per 4 mL (25 mg ***bendamustine***

*__hydrochloride__* per mL) solution that then can be further diluted for injection at the clinic. Plaintiffs' statement omits the bendamustine hydrochloride.

10.    **Disputed as Incomplete and Misleading**.

(Ex. 9, Sinko Rep. at ¶¶ 178-182, 121-126 and citations therein; Ex. 4, 12/10/25 Chinnari Tr. at 87:2-4, 88:24-89:3; Ex. 5, 12/11/25 Chinnari Tr. at 151:8-13, 163:11-19).

11.    **Disputed as Incomplete and Misleading.**  Slayback admits only that the bendamustine hydrochloride in the Slayback NDA Product (Vivimusta®) is dissolved in the entirety of the fluid solvents and co-solvents in the Product, ████████████████

████████  (Ex. 9, Sinko Rep. at ¶ 77 and citations therein).

12.    **Disputed as Incomplete and Misleading and Irrelevant.**  ████████████

13.    **Disputed as Incomplete and Misleading and Irrelevant.**  Slayback responds to this "SOF 13" with the same response as above in response to "SOF 12."

14.    **Disputed as Incomplete and Misleading and Irrelevant.**  Slayback responds to this "SOF 14" with the same response as above in response to "SOF 12" and "SOF 13."

15.    **Disputed as Incomplete and Misleading and Irrelevant.**  Slayback responds to this "SOF 15" with the same response as above in response to "SOFs 12-14."

3

16.    **Disputed as Incomplete and Misleading and Irrelevant.**   Slayback responds to this "SOF 15" with the same response as above in response to "SOFs 12-15."

17.    **Disputed.**   While Slayback admits that the lawsuit was filed on the date indicated with the patents-in-suit indicated (at that time), Slayback believes the Case Action Number 25-75 recited in Plaintiffs' "SOF 17" for the January 17, 2024 Complaint is incorrect.

18.    **Admitted.**

19.    **Disputed as Incomplete and Misleading.**

(D.I. 347, Slayback SJ Brief at 11-14).

20.    **Disputed in Part and Irrelevant.**

21.    **Disputed.**

. (Ex. 9, Sinko Rep. at ¶¶ 178-183).

4

22.    **Disputed and Vague.** ████████████████████████████████

████████████████████████. (Ex. 9, Sinko Rep. ¶¶ 69-70, 73-75, 144, 197, citations

therein). ████████████████████████████████ is vague and ambiguous.

23.    **Disputed as Incomplete and Misleading.** ████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████

24.    **Disputed and Vague.** ████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████ (Ex. 49, SLAY-

VIVMUS0005653; Ex. 50, SLAY-VIVMUS0010977; Ex. 51, SLAY-VIVMUS0010979; Ex. 52,

SLAY-VIVMUS0010981)).  The word "component" is not defined.

25.    **Disputed and Irrelevant.**  Dr. Kittendorf's test results are disputed.  (D.I. 349,

351, *Daubert* re Kittendorf).  The test results are not validated, are inaccurate, and Dr. Kittendorf

could not say whether the analytes he found were in fact "impurities resulting from the

degradation of bendamustine" which is required by the claims – and thus the results are also

irrelevant.

5

Dated: July 1, 2026

*Of Counsel:*                                          **SMITH KATZENSTEIN & JENKINS LLP**

Jason A. Lief                                          */s/ Daniel A. Taylor*
Alan Pollack                                           Neal C. Belgam (No. 2721)
Daniel E. Forchheimer                                  Daniel A. Taylor (No. 6934)
Robyn Ast-Gmoser                                       1000 N. West Street, Suite 1501
Audrey R. Sparschu                                     Wilmington, DE 19801
                                                       (302) 652-8400
**WINDELS MARX LANE &**                                nbelgam@skjlaw.com
**MITTENDORF LLC**                                     dtaylor@skjlaw.com
1 Giralda Farms
Madison, NJ 07940                                      *Attorneys for Defendants Slayback Pharma*
(973) 966-3200                                         *LLC and Azurity Pharmaceuticals, Inc.*

156 West 56th Street
New York, NY 10019
(212) 237-1000

jlief@windelsmarx.com
apollack@windelsmarx.com
dforchheimer@windelsmarx.com
rast-gmoser@windelsmarx.com
asparschu@windelsmarx.com