**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>    Defendants. | C.A. No. 24-65-JLH<br><br>**REDACTED PUBLIC VERSION**<br>**Filed August 7, 2026** |

**EXHIBITS 1, 4, 5, 8-11, 19, 20, 23-25, 27, 28, and 32-36 TO DECLARATION OF JASON LIEF**