# EXHIBIT 48

# REDACTED IN ITS ENTIRETY

# EXHIBIT 49

# REDACTED IN ITS ENTIRETY

# EXHIBIT 50

# REDACTED IN ITS ENTIRETY

# EXHIBIT 51

# REDACTED IN ITS ENTIRETY

# EXHIBIT 52

# REDACTED IN ITS ENTIRETY

# EXHIBIT 53

# REDACTED IN ITS ENTIRETY

# EXHIBIT 54

# REDACTED IN ITS ENTIRETY