**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

EAGLE PHARMACEUTICALS, INC. and
EAGLE SUB1 LLC,

       Plaintiffs,

    v.

SLAYBACK PHARMA LLC and AZURITY
PHARMACEUTICALS, INC.,

       Defendants.

C.A. No. 24-65-JLH

**REDACTED PUBLIC VERSION
Filed August 7, 2026**

**<u>EXHIBITS 55 AND 56 TO DECLARATION OF JASON LIEF</u>**