# EXHIBIT 55

# REDACTED IN ITS ENTIRETY

# EXHIBIT 56

# REDACTED IN ITS ENTIRETY