# EXHIBIT 57

# REDACTED IN ITS ENTIRETY