**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |

**MOTION FOR TELECONFERENCE TO RESOLVE DISPUTE**
**REGARDING PLAINTIFFS' MOTION TO STRIKE**

Pursuant to the Court's procedures in the Scheduling Order, Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC (collectively, "Eagle") respectfully move this Court to schedule a teleconference to address the following dispute between Eagle and Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. (collectively, "Slayback"):

- Eagle's Motion to Strike new arguments raised for the first time in Section III.E of Slayback's reply brief in support of its motion for summary judgment on non-infringement (D.I. 434), seeking to exclude certain testimony by Dr. Trout.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following date: August 7, 2026.

Delaware Counsel:

Alexandra Joyce (McCarter & English, LLP) for Eagle

Neal Belgam (Smith Katzenstein & Jenkins LLP) for Slayback

Lead Counsel:

Kenneth Schuler (Latham & Watkins LLP) for Eagle

Jason Lief and Robyn Ast-Gmoser (Windels Marx Lane & Mittendorf, LLP) for Slayback

The parties are available for a teleconference on the following dates:

- September 2, 2026; and
- September 10, 2026 (after 2pm ET),

Dated: August 17, 2026

**MCCARTER & ENGLISH, LLP**

*/s/ Alexandra M. Joyce*

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*
.

OF COUNSEL:

Kelly A. Welsh
LATHAM & WATKINS LLP
555 Eleventh Street, NW,
Suite 1000 Washington, D.C. 20004
kelly.welsh@lw.com

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
kenneth.schuler@lw.com
marc.zubick@lw.com
alex.grabowski@lw.com

Brett M. Sandford
LATHAM & WATKINS LLP
505 Montgomery Street
San Francisco, CA 94111
(415) 391-0600