**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFFS EAGLE PHARMACEUTICALS INC. AND EAGLE SUB1 LLC'S MOTION TO STRIKE DEFENDANTS' ARGUMENT IN VIOLATION OF LOCAL RULE 7.1.3(b)(2)**

The Court having considered the Motion to Strike Defendants' Argument in Violation of Local Rule 7.1.3(b)(2) (the "Motion to Strike") filed by Plaintiffs, the related briefing, and any arguments by the parties,

IT IS HEREBY ORDERED THAT:

1. The Motion to Strike is GRANTED.
2. Section III.E of Defendants' reply brief in support of their motion for summary judgment of non-infringement (D.I. 434) is STRICKEN.

SO ORDERED this ____________ day of _______________________, 2026.

_______________________________________

THE HONORABLE JENNIFER L. HALL