**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH |

**DEFENDANTS SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. (collectively "Slayback") respectfully move the Court to exempt certain persons from the District of Delaware's May 17, 2024, Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of its motion, Slayback states as follows:

The District of Delaware's May 17, 2024, Standing Order provides procedures to regulate the possession and use of personal electronic devices having a primary function of wireless communication by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, inter alia, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

A Hearing on pending Dispositive and Daubert Motions in the above captioned action is set to begin September 11, 2026 at 10 a.m. in Courtroom 6D. The following personnel from Slayback's team plan to attend the Hearing and require access to their electronic devices, but do not meet the exemptions listed in Paragraph 4 of the May 17, 2024, Standing Order:

- Jason Lief (admitted *pro hac vice*)
- Daniel E. Forchheimer (admitted *pro hac vice*)
- Lena Cavallo (Azurity Pharmaceuticals, Inc. VP)

WHEREFORE, Slayback respectfully requests that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 17, 2024, Standing Order.

Dated: September 8, 2026

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Neal C. Belgam*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*