**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH |

**[PROPOSED] ORDER**

WHEREAS, the Court has considered Slayback's Motion requesting an exemption of persons from the District of Delaware's May 17, 2024, Standing Order on Personal Devices:

IT IS HEREBY ORDERED that the Motion is GRANTED, and that for purposes of the Hearing on the pending Dispositive and Daubert Motions in the above captioned action set to begin September 11, 2026, the following person is exempt from the District of Delaware's May 17, 2024, Standing Order and shall be permitted to retain and use their personal electronic devices:

- Jason Lief (admitted *pro hac vice*)
- Daniel E. Forchheimer (admitted *pro hac vice*)
- Lena Cavallo (Azurity Pharmaceuticals, Inc. VP)

IT IS SO ORDERED this ______ day of April, 2026.

______________________________
United States District Judge