**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,

Plaintiffs,

v.

SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,

Defendants.

C.A. No. 24-65-JLH

**UNOPPOSED MOTION TO SEAL THE COURTROM DURING UPCOMING ORAL ARGUMENT AND RELATED TRANSCRIPT**

Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc., ("Slayback") respectfully request that the Courtroom be sealed for discussion of certain confidential information during upcoming oral argument regarding pending motions for summary judgment on September 11, 2026 and the related transcript. Plaintiffs and Defendant Apotex do not oppose the motion.

The parties anticipate that certain information that has been designated as "Confidential" or "Highly Confidential" by Slayback under the Stipulated Protective Order (D.I. 54) will be referenced during the upcoming oral arguments. This information includes confidential information about the production process of Slayback's Accused Product. This information also includes confidential information regarding the research and development activity, formulation information, commercial launch plans and other confidential commercial information regarding a Slayback product that is not on the market. Disclosure of such information would cause competitive harm to Slayback in that it would disclose Slayback's research and development process and related decision making as well as competitive decision-making regarding product design, which would be a clearly defined and serious injury to Azurity. *See Amgen Inc. v. Amneal Pharms. LLC*, No.

CV 16-853-MSG, 2021 WL 4133516 (D. Del. Sept. 10, 2021), opinion vacated in part on reconsideration, No. CV 16-853-MSG, 2021 WL 4843959 (D. Del. Oct. 18, 2021) (granting motion to seal trial exhibits) (reconsideration granting sealing of additional trial exhibits).

To the extent Slayback wishes to seal the courtroom if any Slayback "Confidential" or "Highly Confidential" information is referenced during the upcoming oral argument, Slayback will undertake responsibility for asking the Court to close the courtroom. Slayback respectfully requests that due to the brief amount of time allotted to address the numerous pending motions, that the time to seal the court not be counted against any party's time allocation for argument on the motions. Slayback has represented to Plaintiffs that any time needed to close the courtroom during Plaintiffs' presentation will not detract from Plaintiffs' argument time. Eagle will act in good faith to limit the discussion of Slayback's confidential information during its presentation.

WHEREFORE, Slayback respectfully requests that the Court grant its motion restricting access to the Courtroom for discussion of the above identified information during the upcoming oral arguments regarding pending summary judgment motions and the related transcript by entering the attached form of proposed order.

Dated: September 9, 2026

*Of Counsel:*

Alan Pollack
Jason A. Lief
Daniel E. Forchheimer
Robyn Ast-Gmoser
Audrey R. Sparschu

**WINDELS MARX LANE & MITTENDORF LLC**
1 Giralda Farms
Madison, NJ 07940
(973) 966-3200

156 West 56th Street
New York, NY 10019
(212) 237-1000

apollack@windelsmarx.com
jlief@windelsmarx.com
dforchheimer@windelsmarx.com
rast-gmoser@windelsmarx.com
asparschu@windelsmarx.com

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Neal C. Belgam*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*

## STATEMENT UNDER LOCAL RULE 7.1.1

Pursuant to District of Delaware Local Rule 7.1.1, counsel for Slayback certifies that they have met and conferred with opposing counsel (including Delaware counsel) of Plaintiffs and with counsel for Apotex in the above-captioned cases regarding Slayback's Motion to Seal the Courtroom and Related Transcript and the motion is unopposed

Dated: September 9, 2026

Respectfully Submitted,

*/s/ Neal C. Belgam*
Neal C. Belgam (No. 2721)