**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH |

**ORDER GRANTING UNOPPOSED MOTION TO SEAL THE COURTROM DURING UPCOMING ORAL ARGUMENT AND RELATED TRANSCRIPT**

WHEREAS, Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc (collectively "Slayback") moved this Court for an order sealing the Courtroom (and the resulting transcript of the proceedings) during the presentation of certain confidential evidence during the hearing on the parties' motions for summary judgment scheduled for September 11, 2026: and

WHEREAS, the motion is not opposed and Slayback has demonstrated that public disclosure of its confidential information will likely cause a clearly defined and serious injury to Slayback;

NOW THEREFORE, it is hereby ordered that the Courtroom and resulting transcript shall be sealed during the discussion of the production process of Slayback's Accused Product, including confidential information regarding the research and development activity, formulation information, commercial launch plans and other confidential commercial information regarding a Slayback product that is not on the market. The parties shall confer and alert the Court in advance of the presentation of material subject to this order.

IT IS SO ORDERED this ______ day of September, 2026.

______________________________

United States District Judge